Case 2:13-cv-00193 Document 662-12 Filed on 11/11/14 in TXSD Page 1 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 144 of 237
HEARING - Volume 1                                    APRIL 07, 2009

114

1    students at Virginia Tech received a release from

2    the Montgomery County Registrar saying that students

3    would face serious consequences for registering in

4    Virginia including being dropped from their parents'

5    health insurance or voiding their status as

6    dependents on their parents' tax returns.  So in

7    addition to the fact that students, let's say, at

8    the University of Texas could vote with their U.T.

9    I.D., the intent and continued disenfranchisement of

10   young people who vote, mainly because we happen to

11   have actually shown up this year, congrats to us, we

12   are actually being intimidated in disproportionate

13   amounts in what seem to be swing states like

14   Florida, Michigan, Virginia, Pennsylvania, Colorado.

15   And that -- I mean, I think that there's a clear --

16   a clear issue with where these instances are

17   occurring and how people are -- are reacting.

18          In fact, another notable case would be

19   North Carolina, where we had students on the UNCW's

20   campus when addresses could not be verified for poll

21   workers, students were turned away.  Some also said

22   they never received voter registration cards and

23   they could not find their registration status

24   online.

25          REPRESENTATIVE ANCHIA:  Let's talk



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033738

USA_00021478

115

1       really quickly about Texas.  I want to ask you --

2       this is -- this is the last question.

3                  If this Senate bill passed the House and

4       was signed by the Governor and became law as is, do

5       you believe that college students in Texas would be

6       disenfranchised?

7                       MARY NARANJO:  Yes.

8                       REPRESENTATIVE ANCHIA:  What is an

9       acceptable level of U.S. citizen eligible college

10      students -- college students -- what is an

11      acceptable level of disenfranchisement for the

12      members of -- of your organization?

13                      MARY NARANJO:  I -- I think the fact

14      that we've been working so hard as a democracy to

15      say you want to participate and be counted as a real

16      citizen of the U.S., you have to go and vote, you

17      have to participate.  I think the fact that now

18      we're saying, no, not only do you have to be alive,

19      kicking and (inaudible) to show up, now you have to

20      have these documents, which cost money to have, or

21      you have to go through this process to get this

22      document.

23                 Right now, voting is free in the State of

24      Texas.  When you go to register to vote you either

25      put in your Social Security number, your I.D. number



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033739

USA_00021479

Case 2:13-cv-00193 Document 662-12 Filed on 11/11/14 in TXSD Page 3 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 146 of 237
HEARING - Volume 1                                      APRIL 07, 2009

116

1          or check none or --

2                          REPRESENTATIVE ANCHIA:  So I think

3          I'm hearing your answer is zero.

4                          MARY NARANJO:  Exactly.

5                          REPRESENTATIVE ANCHIA:  Okay.

6                          MARY NARANJO:  I would say one is too

7          many when we're still trying -- when we still have

8          voter participation of 42.8 percent on average since

9          1945.

10                         REPRESENTATIVE ANCHIA:  Are you aware

11         of -- and I know I said it was my last question.

12         But are you aware of any cases of voter

13         impersonation among college students in Texas?

14                         MARY NARANJO:  No.  We have people

15         dress up as Mario Brothers when they voted, but they

16         didn't say they were Mario Brothers.

17                         REPRESENTATIVE ANCHIA:  Okay.  Thank

18         you for your testimony.

19                         CHAIRMAN SMITH:  Any other questions,

20         Members?

21                 Let me just say that I -- I don't know how

22         many students we have at private universities that

23         would not have any of the documents on this list,

24         which include a variety of documents, but I -- I --

25         I do not understand and can't imagine where a photo



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033740

USA_00021480

Case 2:13-cv-00193 Document 662-12 Filed on 11/11/14 in TXSD Page 4 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 147 of 237
HEARING - Volume 1                                          APRIL 07, 2009

117

```
 1        identification from any private university in this
 2        state would not be sufficient --
 3                      MARY NARANJO:  Well --
 4                      REPRESENTATIVE ANCHIA:  -- like our
 5        alma mater, Mr. Chairman.
 6                      CHAIRMAN SMITH:  Absolutely.
 7                      MARY NARANJO:  If the language said
 8        that, then that would be fine.
 9               Again, the intent of the Committee is
10        different than the language in the Senate bill.  And
11        I think that's where there are discrepancies and
12        confusion.
13               And I'm sorry Representative Bonnen is not
14        here to hear me explain this, but if you look at
15        Subsection B, which is the no photo I.D. documents
16        that you can have, a utility bill is not commonly
17        had by a student who's a freshman living in a
18        dormitory.  A birth certificate costs money to get,
19        and you have to actually go to the county where you
20        were born to get it in some states.  Citizenship
21        papers issued to a person -- a passport costs money,
22        citizenship papers cost money.  Again, the
23        discrepancy here is that students could get some of
24        this stuff, yes.  That's not the issue.  It's that
25        it's going to cost money for them to get this --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033741

USA_00021481

Case 2:13-cv-00193   Document 663-12   Filed on 11/11/14 in TXSD   Page 5 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 146 of 237
HEARING - Volume 1                                          APRIL 07, 2009

118

1     these documents that you are requesting.  And if the

2     state wants to make these documents fully available

3     to students and let students of private universities

4     vote and inform everyone in the State of Texas that

5     they have to have this information to vote, then I

6     don't think there would be really an issue.

7               But the fiscal note that was attached to

8     this bill does not indicate a willingness to do

9     that, only $2 million.  That -- I mean, a holistic

10    perspective if -- if we want to put our money where

11    our mouth is, well, then, people can put their votes

12    where their votes are.  I mean --

13              CHAIRMAN SMITH:  I think -- I think

14    you've identified one thing we can add to the list

15    of photo identifications, and that's why we have

16    public testimony.  And we appreciate you taking the

17    time to be with us today.  I didn't know if you

18    realized this morning when you got up and put on

19    that red coat what confusion you were going to

20    cause.

21              MARY NARANJO:  I know what's going

22    on.  Right?

23              CHAIRMAN SMITH:  Thank you.

24              MARY NARANJO:  Thank you for having

25    me.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033742

USA_00021482

Case 2:13-cv-00193 Document 662-12 Filed on 11/11/14 in TXSD Page 6 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 149 of 237
HEARING - Volume 1                                    APRIL 07, 2009

119

```
 1                    CHAIRMAN SMITH:  You bet.
 2                    UNIDENTIFIED REPRESENTATIVE:  Can I
 3       see this?
 4                    CHAIRMAN SMITH:  At this time the
 5       Chair calls Skipper Wallace representing the Texas
 6       Republican County Chair's Association testifying in
 7       favor of Senate Bill 362.
 8            Please state your name and who you
 9       represent.
10                    SKIPPER WALLACE:  Mr. Chairman, my
11       name is Skipper Wallace.  I represent the Texas
12       Republican County Chairman's Association, and we do
13       support the bill.
14            I have a solution for this young lady's
15       problem.
16                    CHAIRMAN SMITH:  Okay.
17                    SKIPPER WALLACE:  All she's got to do
18       is declare she's an adult and change her address on
19       her driver's license as any other student in any of
20       these other universities do and they can vote.
21            There's been a lot of testimony about
22       different kinds of voter fraud.  We're talking about
23       impersonation today, voter impersonation and voter
24       fraud through voter impersonation.  We've taken all
25       kinds of testimony about voter fraud, about how many
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033743

USA_00021483

Case 2:13-cv-00193 Document 662-12 Filed on 11/11/14 in TXSD Page 7 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 150 of 237
HEARING - Volume 1                                          APRIL 07, 2009

120

```
 1       cases there are of voter impersonation or how many

 2       cases there aren't of voter impersonation.

 3               I've been an election judge -- I've been a

 4       county chair for 18 years; I've been election judge

 5       in one capacity or another for all those 18 years.

 6       I can guarantee you we've got a room full of

 7       election judges and election workers here.

 8               You cannot prove voter impersonation

 9       unless you know personally the person that's

10       presenting the fake I.D. card or the -- or the voter

11       registration card that is not theirs.  There is no

12       way to prove it.  And that leads to the second

13       problem.  We can't prove voter impersonation,

14       because we don't have any cases logged and filed and

15       with the Attorney General or the local D.A. because

16       the folks are already gone.  The only way we know

17       we've had voter impersonation is if we get a whole

18       bunch of signatures that look like they match or if

19       we get dead people after we checked the rolls after

20       the election that voted.  And that's -- that's the

21       only way that we can know that we've had voter

22       impersonation.  Voter impersonation is almost

23       impossible to prove.

24               There's been talk about delaying the

25       implementation of this bill for another four years.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033744

USA_00021484

Case 2:13-cv-00193 Document 662-12 Filed on 11/11/14 in TXSD Page 8 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 151 of 237
HEARING - Volume 1                                                    APRIL 07, 2009

121

1    Mr. Chairman, I've been working on this bill for six

2    years already.  This bill does not need to be

3    delayed any longer.  It needs to be passed now.  And

4    it needs to be passed in as strict a form as we can

5    possibly do to get it passed and still get the House

6    votes to get it there.

7         One of the main complaints that we have on

8    this bill, it's difficult for seniors, the poor and

9    the handicapped to get photo I.D.  We've agreed in

10   the bill or in -- I think in all our discussions

11   that we would put forward an education program in

12   the bill, we would put together an increased voter

13   registration effort to -- and we would also have no

14   cost for anyone that didn't have the money to pay

15   for the bill.  The Secretary of State's office says

16   that there was 12.7 registered voters in the last

17   primary.  There is 14 million driver's licenses and

18   4 million I.D. cards, and there are 5.3 million more

19   government-issued I.D. cards in the State of Texas

20   than there are registered voters to vote.  So I

21   would like to know who didn't have an I.D. card.

22        I beg you to stop perpetuating voter fraud

23   and pass a good voter I.D. bill.  Thank you.

24        Be glad to answer any questions.

25        CHAIRMAN SMITH:  Questions, Members,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033745

USA_00021485

Case 2:13-cv-00193 Document 662-12 Filed on 11/11/14 in TXSD Page 9 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 192 of 237
HEARING - Volume 1                                          APRIL 07, 2009

122

```
 1     for Mr. Wallace?
 2                    REPRESENTATIVE VEASEY:  (Inaudible).
 3                    CHAIRMAN SMITH:  Members of the
 4     Committee, anybody -- I'm going to come to you,
 5     Mark, but first of all, Members of the Committee?
 6            Mark?  Representative Veasey.  There's a
 7     button under there somewhere.
 8                    REPRESENTATIVE VEASEY:  Yeah.
 9     (Inaudible).
10                    CHAIRMAN SMITH:  Wrong one.
11                    REPRESENTATIVE VEASEY:  (Inaudible).
12                    CHAIRMAN SMITH:  Yes, sir.
13                    REPRESENTATIVE VEASEY:  Sorry about
14     that.  Okay.  Where are you from, again?
15                    SKIPPER WALLACE:  Lampasas, Texas.
16                    REPRESENTATIVE VEASEY:  Lampasas.
17     Okay.
18            How many instances of voter impersonation
19     has there been in Lampasas?
20                    SKIPPER WALLACE:  Who knows?  We
21     can't prove it.
22                    REPRESENTATIVE VEASEY:  If there were
23     evidence presented to you -- and I know that you
24     weren't here last night, but --
25                    SKIPPER WALLACE:  Oh, yes, I was,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033746

USA_00021486

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 10 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 153 of 237
HEARING - Volume 1                                          APRIL 07, 2009

123

1     until midnight.

2              REPRESENTATIVE VEASEY:  You were?

3     Okay.  So even after some of the witnesses came and

4     said there would be certain groups that could be

5     disenfranchised and they would be denied their right

6     of suffer-age, did that help move you at all?

7              SKIPPER WALLACE:  I -- I appreciated

8     the lesson we got on black history last night about

9     all the suffer-age the black people have gone

10    through, and I sympathize with you on that.  And we

11    have tried to do everything we possibly can do by

12    legal or whatever means to -- to take care of those

13    things.  And I think we have done that, or we make a

14    genuine effort to do that.  We certainly don't want

15    to disenfranchise anybody from voting, particularly

16    minorities, anybody from voting.  Every vote counts.

17    We want to make sure that every vote that is cast is

18    cast by someone that is supposed to be voting and

19    not canceled out by someone who is not supposed to

20    be voting.

21              REPRESENTATIVE VEASEY:  If -- if

22    there were measures or amendments that would make it

23    to where someone who legally did have the right to

24    vote -- where they were not committing voter

25    impersonation but, for whatever reasons that you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033747

USA_00021487

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 11 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 154 of 237
HEARING - Volume 1                                          APRIL 07, 2009

124

1    heard last night, didn't have an I.D., would you be

2    willing to work with, you know, myself and members

3    of the minority community, various members of your

4    communities?

5              And I'm sure that you have a diverse

6    community; maybe not --

7                   SKIPPER WALLACE:  Very, very diverse.

8                   REPRESENTATIVE VEASEY:  Yeah.  But

9    would you be willing to work with members of that

10   community on -- on compromise and make sure that

11   everybody's vote counted?

12                  SKIPPER WALLACE:  Sure.  In fact, we

13   have had many discussions about how to take care of

14   folks through increased voter registration efforts,

15   through increased voter education.  We're more than

16   willing to try to work with anybody that feels like

17   they have been suppressed from voting to try to

18   solve that problem.  We do not want anybody to feel

19   like they're suppressed.  Yes, sir.

20                  UNIDENTIFIED REPRESENTATIVE:

21   Representative --

22                  CHAIRMAN SMITH:  Representative.

23                  REPRESENTATIVE BROWN:  Mr. Wallace --

24                  SKIPPER WALLACE:  Yes, ma'am.

25                  REPRESENTATIVE BROWN:  -- we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033748

USA_00021488

Case 2:13-cv-00193   Document 663-12   Filed on 11/11/14 in TXSD   Page 12 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 155 of 237
HEARING - Volume 1                                        APRIL 07, 2009

125

1      appreciate you sticking with us tonight.

2                     SKIPPER WALLACE:  I'm always there.

3                     REPRESENTATIVE BROWN:  And nice to

4      see you again today.

5              Do you share the -- the opinion that we

6      would actually be helping a lot of people by giving

7      them means by which they can attain -- obtain a

8      voter I.D. or a -- an I.D., people who are now

9      suffering the consequences of not being able to

10     prove their identity for anything?

11                    SKIPPER WALLACE:  I certainly want to

12     do everything we can do to provide I.D.s to folks

13     who do not have I.D.s.  I just stated in my

14     testimony a while ago that we have 5.3 million more

15     government-issued I.D.s in the State of Texas than

16     what we have registered voters.  I'm trying to

17     figure out who doesn't have an I.D. already.

18                    REPRESENTATIVE BROWN:  Uh-huh,

19     uh-huh.  That number does bring some questions to

20     mind, does it not?

21                    SKIPPER WALLACE:  It does to me.

22                    REPRESENTATIVE BROWN:  It certainly

23     makes it look like we perhaps don't have quite as

24     many people without I.D.as has been previously --

25                    SKIPPER WALLACE:  I'm sure there are



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033749

USA_00021489

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 13 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 156 of 237
HEARING - Volume 1                                        APRIL 07, 2009

126

```
 1       some.
 2                     REPRESENTATIVE BROWN:  Do you
 3       remember the days when Debra Danberg was Chairman of
 4       Elections in the House?
 5                     SKIPPER WALLACE:  I -- I do.
 6                     REPRESENTATIVE BROWN:  I just --
 7       someone brought me a quote from her yesterday.  It
 8       was a few days -- I mean, a few years ago.
 9                     SKIPPER WALLACE:  Yes, ma'am.
10                     REPRESENTATIVE BROWN:  It was printed
11       in the Wall Street Journal, and this was back in the
12       year 2000.  "State Representative Debra Danberg, a
13       Democrat who was Chairwoman of the Elections Panel
14       of the Texas Legislature, says such cases that have
15       been presented strengthen her resolve to press for
16       reforms, even if many older voters don't want it."
17            "To me, this is victimizing the elderly,"
18       she says.  "I wish the older citizens' lobby groups
19       would see the fraud I'm seeing and start reacting
20       like victims of fraud."
21            So even in 2000, Ms. Danberg was seeing
22       that there was fraud going on.  She -- she was --
23       she was seeing the effects of it and -- and saying
24       that she hoped -- that she wished that more people
25       would step forward and let's end this.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033750

USA_00021490

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 14 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 15 of 237
HEARING - Volume 1                                    APRIL 07, 2009

127

```
 1                    SKIPPER WALLACE:  Well --
 2                    REPRESENTATIVE BROWN:  So I thought
 3        this was a significant quote.
 4                    SKIPPER WALLACE:  I -- I think it is
 5        a very good quote and a good feeling that she had.
 6        That was before Mary Denny's time.
 7                    REPRESENTATIVE BROWN:  Right.
 8                    SKIPPER WALLACE:  Mary Denny was the
 9        one that really started working hard on the voter
10        I.D. bill.
11                    REPRESENTATIVE BROWN:  Uh-huh.
12                    SKIPPER WALLACE:  And I worked with
13        her.  I worked with the Chairman before Mr. Smith
14        and I --
15                    REPRESENTATIVE BROWN:  And so you
16        know that I carried Mary Denny's bill last year.
17                    SKIPPER WALLACE:  I'm very aware you
18        carried Mary Denny's bill, and I -- I testified on
19        it a number of times, too.
20                    REPRESENTATIVE BROWN:  I know you
21        did.
22                    SKIPPER WALLACE:  I really feel like,
23        you know, that we're -- that -- the problem is we
24        can't prove that there isn't voter I.D. fraud.  The
25        Democrats, Mr. Anchia or whoever his constituents,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006609

TX_00033751

USA_00021491

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 15 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 158 of 237
HEARING - Volume 1                                    APRIL 07, 2009

128

```
 1      can't prove that there, you know, is.  We can't

 2      prove that there is, you can't prove that there

 3      isn't.

 4                      REPRESENTATIVE BROWN:  Uh-huh.

 5                      SKIPPER WALLACE:  My thinking is

 6      we've got lots of election problems in the fraud

 7      area.

 8                      REPRESENTATIVE BROWN:  That's right.

 9                      SKIPPER WALLACE:  We might have some

10      voter suppression issues that we need to address.

11      But let's address this one and get it behind us.

12      Then we'll work on the -- the ballot by mail.  And I

13      know we have problems in the ballot by mail.

14                      REPRESENTATIVE BROWN:  And I agree.

15      I think this is just a baby step that we

16      absolutely --

17                      SKIPPER WALLACE:  We -- we -- I

18      think --

19                      REPRESENTATIVE BROWN:  -- before we

20      do anything else.

21                      SKIPPER WALLACE:  -- everybody wants

22      the best elections that we can get.  And we've got

23      to do it -- we've got to temper justice with mercy.

24      And I understand -- my friend Raphael over here, we

25      talk about these things all the time.  And I know
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033752

USA_00021492

Case 2:13-cv-00193   Document 663-12   Filed on 11/11/14 in TXSD   Page 16 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 159 of 237
HEARING - Volume 1                                          APRIL 07, 2009

129

1    he's got one opinion and I've got another, and

2    that's okay.  That's what it's all about.  But I

3    started to bring my -- my passport for you today,

4    Raphael, but you didn't ask for it.  But anyway --

5                    UNIDENTIFIED REPRESENTATIVE:  That's

6    a different bill.

7                    SKIPPER WALLACE:  That's a different

8    bill.

9                    REPRESENTATIVE BROWN:  Do you have --

10    by the way, do you have your voter registration

11    card?

12                    SKIPPER WALLACE:  I have my voter

13    registration card, I have my handgun license, I have

14    my driver's license.  I -- I'm -- I'm very I.D.ed.

15                    REPRESENTATIVE BROWN:  I have all of

16    those, too.  And I --I never --

17                    SKIPPER WALLACE:  I don't have

18    (inaudible) with me, though.

19                    REPRESENTATIVE BROWN:  -- take my

20    voter card out of my billfold.  And I can't figure

21    out these people that can never find their voter

22    registration card --

23                    SKIPPER WALLACE:  I cannot, either.

24                    REPRESENTATIVE BROWN:  -- because

25    mine stays there with my driver's license.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006611

TX_00033753

USA_00021493

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 17 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 160 of 237
HEARING - Volume 1                                           APRIL 07, 2009

130

1                 SKIPPER WALLACE:  I'm sorry Mr. Bohac

2       can't find his, but...

3                 REPRESENTATIVE BROWN:  Thank you,

4       Mr. Wallace.

5                 SKIPPER WALLACE:  Yes, ma'am.

6                 CHAIRMAN SMITH:  Representative

7       Anchia.

8                 REPRESENTATIVE ANCHIA:  I just want

9       to say to Skipper thank you for staying up with us

10      yesterday and being here to testify on the bill.

11            I would love to engage you on a more

12      in-depth discussion of mail-in ballot fraud.  It is

13      clearly a problem, and I think you talked about

14      Representative Dan -- former Chairwoman Danberg's

15      concern about mail-in fraud.  I just want to state

16      for the record that the Senate bill does nothing --

17                REPRESENTATIVE WALLACE:  I understand that.

18                REPRESENTATIVE ANCHIA:  -- to remedy

19      mail-in fraud.

20                SKIPPER WALLACE:  I understand that.

21                REPRESENTATIVE ANCHIA:  You share

22      that concern.

23            And if -- if the Republican county

24      officials group that you represent has a plan to

25      deal with that, I'd really appreciate if you brought



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033754

USA_00021494

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 18 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 161 of 237
HEARING - Volume 1                                              APRIL 07, 2009

131

 1       it forward so we could work constructively on that.

 2                  SKIPPER WALLACE:  I would certainly

 3       love to work with you solving the voter fraud

 4       problem, but if you'll help me solve this one first,

 5       then we'll work on that one, I promise you.

 6                  REPRESENTATIVE ANCHIA:  Let's --

 7                  SKIPPER WALLACE:  I promise you.

 8                  REPRESENTATIVE ANCHIA:  -- let's

 9       solve all the fraud at the same time.

10                  SKIPPER WALLACE:  Well, you

11       know, that's ideal.  I would love to do that, but I

12       don't think it's realistic.  And I'm a very

13       realistic, down-to-earth, commonsense kind of guy.

14       And I know things are hard to get through the

15       legislature, because there's two sides to

16       everything.  And if we can get this one, that's one

17       small problem out of the way, and then we can work

18       on the next biggest problem, then the next biggest.

19       And soon maybe we'll have them all solved.  I doubt

20       it; not in my lifetime.

21                  REPRESENTATIVE ANCHIA:  No.  My view,

22       I -- and I agree with you --

23                  SKIPPER WALLACE:  You're a lot

24       younger than I am.

25                  REPRESENTATIVE ANCHIA:  -- we should



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006613

TX_00033755

USA_00021495

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 19 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 162 of 237
HEARING - Volume 1                                          APRIL 07, 2009

132

```
 1        prioritize.  So if we have a big problem that we

 2        know exists in mail-in ballots, let's tackle it.

 3        And the problems that you don't have evidence for or

 4        really none --

 5                    SKIPPER WALLACE:  We may have a big

 6        voter impersonation problem that we don't know

 7        before.  We think we do.  There is lots of folks out

 8        here that's going to testify that they've seen cases

 9        of it.

10                    REPRESENTATIVE ANCHIA:  There are

11        people who believe in UFOs who have never seen one,

12        either.

13                    SKIPPER WALLACE:  I understand that,

14        too.

15                    REPRESENTATIVE ANCHIA:  Thank you,

16        Mr. Wallace.

17                    SKIPPER WALLACE:  Thank you.

18                    UNIDENTIFIED REPRESENTATIVE:  And

19        Mr. Wallace --

20                    SKIPPER WALLACE:  Yes, sir.

21                    UNIDENTIFIED REPRESENTATIVE:  -- we

22        heard from Buck Wood here today.

23                    REPRESENTATIVE ANCHIA:  I listened to

24        Mr. Wood's testimony.

25                    UNIDENTIFIED REPRESENTATIVE:  And his
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033756

USA_00021496

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 20 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 163 of 237
HEARING - Volume 1                                          APRIL 07, 2009

133

1    opinion after having looked at this for years was

2    the only way he knew to get at it was to go back to

3    the old law where you had to have an excuse when

4    you're over 65 on how to vote by mail.  That was his

5    opinion.

6              SKIPPER WALLACE:  I -- I -- I --

7    well, I don't think we're here to just vote about

8    mail problems today.

9              UNIDENTIFIED REPRESENTATIVE:  Do you

10   know of any -- believe me, I don't know why we can't

11   try to solve voter registration fraud as a part of

12   this or other legislation this session.

13             What we need is an I.D. that would solve

14   that problem that would not result in anybody being

15   accused of voter suppression, because my

16   impression - and I think this happened in -- in --

17   when Representative Woolens filed his legislation in

18   early 2000 to try to get at the problem of

19   harvesting votes in senior citizens homes - is he

20   was accused of trying to suppress voters, also.

21   It's -- it's -- you know, believe me, I think

22   everybody on this Committee is prepared to address

23   that problem.  And we just need a good idea that

24   would solve it and that -- where we could all agree

25   that we're solving this problem and nobody would



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033757

USA_00021497

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 21 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 164 of 237
HEARING - Volume 1                                    APRIL 07, 2009

134

1    accuse anybody of trying to suppress any legal vote.

2                 SKIPPER WALLACE:  Well, that's always

3    the situation, Mr. Chairman, is that when we tighten

4    up the process we're accused of suppression.  When

5    we try to make it easier for people to vote, we're

6    accused of making it, you know, too easy and voter

7    fraud creeps in.  So I don't know that there is a

8    magic bullet.

9                 I think that between you smart folks you

10   can come up with a -- maybe a solution to that.

11   We'll be glad to help you with that.  I don't have

12   the magic bullet.  I wish I did, I tell you.

13                 CHAIRMAN SMITH:  Representative

14   Brown.

15                 SKIPPER WALLACE:  Yes, ma'am.

16                 REPRESENTATIVE BROWN:  Just one other

17   comment.  Your statement -- one of your statements

18   brought to mind a testimony that was given in the

19   Senate when they were hearing the bill --

20                 SKIPPER WALLACE:  I was there, too.

21                 REPRESENTATIVE BROWN:  -- from the

22   gentleman from --

23                 SKIPPER WALLACE:  Twenty-seven hours.

24                 REPRESENTATIVE BROWN:  Yes.  You

25   think -- you probably remember the gentleman from



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033758

USA_00021498

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 22 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 165 of 237
HEARING - Volume 1                                      APRIL 07, 2009

135

 1         Indiana talking about once they passed the -- the

 2         I.D. bill in Indiana --

 3                     SKIPPER WALLACE:  Uh-huh.

 4                     REPRESENTATIVE BROWN:  -- he said

 5         suddenly there was an atmosphere of cooperation; we

 6         were able to get things done.  The Democrats and

 7         Republicans worked together - excuse me - and we

 8         went on and passed a lot of needed legislation,

 9         working together.  But for some reason the voter

10         I.D. bill had become a wedge issue and --

11                     SKIPPER WALLACE:  As it is here.

12                     REPRESENTATIVE ANCHIA:  -- and had

13         stood in the way of getting other things done.

14               Once they got it out of the way they were

15         able to work on many other things together.  And

16         that's --

17                     SKIPPER WALLACE:  I think --

18                     REPRESENTATIVE BROWN:  -- what I'm

19         hoping for Texas.

20                     SKIPPER WALLACE:  -- one of the

21         things, it brings voter confidence back in the

22         system --

23                     REPRESENTATIVE BROWN:  Amen.

24                     SKIPPER WALLACE:  -- that say, why do

25         I need to go vote?  You know, mine's going to get



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 23 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 166 of 237
HEARING - Volume 1                                      APRIL 07, 2009

136

```
 1     canceled out by somebody through whatever reason,
 2     voter impersonation by mail, whatever reason.  We've
 3     got lots of problems in the election processes.
 4           But I think if we can get past this hurdle
 5     and get these problems solved where we have a little
 6     bit more creditability in the election process, the
 7     next hurdle we'll tackle is mail-in ballots, which
 8     we know we have a problem there, too.  You know,
 9     we've got a lot of problems we've got to work on in
10     the State, not just voter problems.  But these are
11     some of the ones -- these are the basic platform for
12     our whole society, for our whole country is our
13     election process.  If we don't have creditability in
14     the election process, then, you know, as we found
15     out in Linda Harper-Brown's -- it doesn't take very
16     many bogus votes to flip an election.  And it's --
17     you know, we like to lost her.
18                  REPRESENTATIVE BROWN:  To me, it's so
19     important that we prove that we can get control of
20     our elections and provide more integrity --
21                  SKIPPER WALLACE:  I think so.
22                  REPRESENTATIVE BROWN:  -- because we
23     are the ones that are trying to export democracy --
24                  SKIPPER WALLACE:  Yeah.
25                  REPRESENTATIVE BROWN:  -- Democratic
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033760

USA_00021500

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 24 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 167 of 237
HEARING - Volume 1                                    APRIL 07, 2009

137

1    elections to other countries.  For us to lose
2    control of ours and it not be --
3                    SKIPPER WALLACE:  Well, the simple
4    thing about it here in the United States is that we
5    have such a trusting system.  We have an honor
6    system.
7                    REPRESENTATIVE BROWN:  Uh-huh.
8    (Inaudible).
9                    SKIPPER WALLACE:  We're the only
10   country in the world that goes on the honor system.
11   Even in Mexico, right across the border --
12                    REPRESENTATIVE BROWN:  Correct.
13                    SKIPPER WALLACE:  -- which I would
14   have thought their system was much more loosy-goosey
15   than ours, they require biometrics.  You
16   know, you've got to have a thumbprint, you've got to
17   have an I.D. card, no question.  You don't vote or
18   you got it, one or the other.
19        Of course, even in Iraq now they've got to
20   stick their finger in the blue ink to vote.  That
21   might be a good thing here.  Who knows.  We'd sure
22   cut out multiple voting.
23                    UNIDENTIFIED REPRESENTATIVE:  My kids
24   really want to move to Iraq and Mexico, too.
25                    SKIPPER WALLACE:  I don't, either,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033761

USA_00021501

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 25 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 168 of 237
HEARING - Volume 1                                              APRIL 07, 2009

138

 1      sir.

 2                  UNIDENTIFIED REPRESENTATIVE:  What

 3      votes -- what votes -- how many bogus votes were

 4      there in Ms. Harper-Brown's election?

 5                  SKIPPER WALLACE:  I think it was -- I

 6      don't know.  I think she was finally elected by 14,

 7      I believe.  But that's --

 8                  UNIDENTIFIED REPRESENTATIVE:  Okay.

 9      And how many -- how many of the 40,000 were bogus?

10                  SKIPPER WALLACE:  I couldn't tell

11      you, sir.

12                  UNIDENTIFIED REPRESENTATIVE:  Well,

13      then, why did you just say that bogus votes almost

14      cost her her seat?

15                  SKIPPER WALLACE:  Well, that were --

16      some news articles that I read --

17                  UNIDENTIFIED REPRESENTATIVE:  That

18      said what?

19                  SKIPPER WALLACE:  That said there

20      were a number of votes in question.  And I think

21      they had to recount them three times.  And --

22                  UNIDENTIFIED REPRESENTATIVE:  And

23      they counted them three times.  And how many bogus

24      votes did they find?

25                  SKIPPER WALLACE:  I don't know, sir.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033762

USA_00021502

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 26 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 169 of 237
HEARING - Volume 1                                                    APRIL 07, 2009

139

1          I can't testify to that.

2                    UNIDENTIFIED REPRESENTATIVE:  Then

3          why did you come up here and just tell this

4          Committee she almost lost her seat because of bogus

5          votes?  I'm just curious.  That -- I'm just -- I

6          want to know the answer.

7                People say things.  It's easy to say

8          things.

9                    SKIPPER WALLACE:  Well, there were a

10         number of questionable votes.  I don't know --

11                   UNIDENTIFIED REPRESENTATIVE:  And

12         they counted them three times.

13                   SKIPPER WALLACE:  -- wasn't involved

14         in that process.

15                   UNIDENTIFIED REPRESENTATIVE:  They

16         counted them three times?

17                   SKIPPER WALLACE:  That was my

18         understanding.

19                   UNIDENTIFIED REPRESENTATIVE:  And her

20         opponent picked up in votes after they recounted

21         them.  She won.

22                   SKIPPER WALLACE:  Good.

23                   UNIDENTIFIED REPRESENTATIVE:  So I

24         still -- if she almost -- if you almost lost her

25         because of bogus votes, I would like to know what



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006621

TX_00033763

USA_00021503

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 27 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 176 of 237
HEARING - Volume 1                                      APRIL 07, 2009

140

```
 1     they are.
 2                    SKIPPER WALLACE:  Well, if she were
 3     here maybe she could answer that question.
 4                    UNIDENTIFIED REPRESENTATIVE:  You
 5     said it.  She didn't.
 6                    SKIPPER WALLACE:  She's the expert.
 7                    UNIDENTIFIED REPRESENTATIVE:  Okay.
 8                    SKIPPER WALLACE:  I'm a public
 9     testimony.  Remember?
10                    UNIDENTIFIED REPRESENTATIVE:  You're
11     what?
12                    SKIPPER WALLACE:  Public testimony.
13                    UNIDENTIFIED REPRESENTATIVE:  Well,
14     she's a member of the public, too.  We only get paid
15     $35 a month.
16                    UNIDENTIFIED REPRESENTATIVE:  He's
17     referring to the fact that last night we had expert
18     testimony and today it's public testimony.
19                    UNIDENTIFIED REPRESENTATIVE:  Okay.
20                    CHAIRMAN SMITH:  Members, any other
21     questions?  Thank you, Skipper.
22                    SKIPPER WALLACE:  Thank you,
23     Mr. Pena.
24                    REPRESENTATIVE VEASEY:  All right.
25     Mr. Chairman --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033764

USA_00021504

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 28 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 171 of 237
HEARING - Volume 1                                          APRIL 07, 2009

141

1              CHAIRMAN SMITH:  Yes.

2              REPRESENTATIVE VEASEY:  -- can you

3      hear me okay?  Because the light's not coming on.

4              CHAIRMAN SMITH:  I can hear you.  Go

5      ahead.

6              REPRESENTATIVE VEASEY:  Okay.  I

7      wanted to just point out that Mr. Skipper [sic] in

8      his testimony when I pointed out about, you know,

9      voter suffer-age and people being able to exercise

10     their right to vote, that Mr. Skipper said that he

11     would be supportive in this, that [sic] would make

12     sure that everybody that has the legal right to vote

13     in this country -- even if they didn't have an I.D.,

14     that he wanted to make sure that no one that could

15     legally vote lost their suffer-age.  So I think

16     that's particularly important for our Republican

17     friends to take forward with them as we proceed

18     along with this particular debate.  So I just want

19     to point that out.

20             VICE CHAIR PENA:  Thank you,

21     Representative Veasey.

22             Okay.  The Chair calls Luis Figueroa.

23             Luis, I have you here from MALDEF, but why

24     don't you go ahead and state your name and who you

25     represent.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006623

TX_00033765

USA_00021505

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 29 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 172 of 237
HEARING - Volume 1                                    APRIL 07, 2009

142

1          LUIS FIGUEROA:  Thank you, Vice

2     Chair, Chairman.  My name is Luis Figueroa.  I'm the

3     Legislative Staff Attorney at the Mexican American

4     Legal Defense & Educational Fund, MALDEF.  And we

5     are here in opposition to Senate Bill 362.

6          MALDEF is a legal organization founded in

7     San Antonio, Texas to protect and promote Latino

8     civil rights including voter rights.  And we want to

9     inject some new information to this debate based on

10    some of the litigation that we've done.  We

11    understand that the Committee is trying to weigh the

12    cost of benefits of stopping potential voter fraud

13    or unproven voter impersonation versus preventing

14    access to the ballots.  And the best information we

15    have about that is from our litigation in Gonzalez

16    v. Arizona (phonetic) in which MALDEF served as lead

17    counsel for the plaintiffs.  This is important

18    information from Arizona, because it's the closest

19    to what's being proposed by Senate Bill 362.  In

20    Arizona you prepare a photo I.D.  If you don't have

21    one, you present two non-photo I.D.s.  So it's

22    probably the closest state to what is being proposed

23    by Senate Bill 362.  What we learned in Arizona is

24    there weren't that many or there were actually no

25    supportive (inaudible) incidence of voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033766

USA_00021506

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 30 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 173 of 237
HEARING - Volume 1                                    APRIL 07, 2009

143

1  impersonation.  If mister -- and there was something

2  of a -- a solution in search of a problem.

3        But during these investigations we found

4  that what happened was when a person was -- did not

5  have representative documentation they would cast a

6  provisional ballot which would actually count the

7  number of people who were disenfranchised based on

8  the lack of identification.  They were told to

9  return within five days.  And if they did not return

10  within five days their vote was not counted.

11       Across three federal elections, the 2006

12  primary, the 2006 general, and the 2008

13  Presidential, 4194 votes cast conditional

14  provisional ballots that were never counted because

15  a voter could not provide the required I.D.

16       Now, in Texas, we know we cast 42,000

17  provisional ballots.  And under our current law,

18  which requires only one form of identification,

19  there were about under 400 voters who were unable to

20  cast -- were -- cast a provisional ballot for lack

21  of identification and were counted.

22       Now, the problem in Arizona was not so

23  much the documentation, but -- as much as the

24  implementation of the law.  For example, Karen

25  Lucero (phonetic), a police officer and registered



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006625

TX_00033767

USA_00021507

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 31 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 174 of 237
HEARING - Volume 1                                        APRIL 07, 2009

144

```
1    Republican, was forced to cast a conditional
2    provisional ballot, but -- because her driver's
3    license listed a different address than the voter
4    rules.  She had consistently moved.  And when she
5    tried to cast a ballot, when the demands from job
6    (inaudible) to transfer county to show additional
7    I.D., her vote was not counted.
8              We have a few other examples in
9    (inaudible) testimony, but another one was Georgia
10   Morrison.  And Georgia Morrison Flores was a
11   newlywed when she registered to vote and registered
12   under her married name.  Despite her status,
13   unable -- the eligible status she was unable to cast
14   her regular qualified ballot.  So these were the
15   type of situations we found in Arizona.
16             We are strongly cautious about a voter
17   I.D. bill without the proper safeguards, and this
18   Senate Bill 362 doesn't have those safeguards in
19   place right now.  So for those reasons we're in
20   opposition to the bill.  And we're open for
21   questions.  We'd love to discuss this further with
22   the Committee.
23             VICE CHAIR PENA:  Thank you,
24   Mr. Figueroa.  I have a question.
25             Earlier did you hear the testimony from
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006626

TX_00033768

USA_00021508

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 32 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 173 of 237
HEARING - Volume 1                                          APRIL 07, 2009

145

```
 1        the Vice-President of the Young Democrats?
 2                    LUIS FIGUEROA:  I did.
 3                    VICE CHAIR PENA:  Listening to her
 4        testimony, I was concerned about the similar
 5        problems that migrant students may have.  You
 6        know, where I -- where I live in South Texas, and
 7        many other parts of Texas, we have migrants that you
 8        have all around the country.  Could you address
 9        that --
10                    LUIS FIGUEROA:  Absolutely.
11                    VICE CHAIR PENA:  -- and how that
12        would -- any problems that they may encounter.
13                    LUIS FIGUEROA:  Absolutely.  And so
14        the initial problem is whether they have the initial
15        documentation, whether they will have the utility
16        bill or state identity document.  Many of those
17        migrant students or migrant families may not have
18        that documentation.  They may not have a driver's
19        license.  But even if they did, the address on the
20        identity documents may not match what's on the voter
21        rolls.  What we found in Arizona, which did not
22        require under the status that the address match, but
23        was through regulation through the administrative
24        procedure required some type of address match, many
25        people were unable to cast a regular ballot and were
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 33 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 176 of 237
HEARING - Volume 1                                          APRIL 07, 2009

146

 1    disenfranchised.  This would -- exactly [sic] is

 2    what would occur for someone who moves a lot and

 3    people who have different names.  We know that

 4    Latino names typically have varying names.  For

 5    example, Beatrice Avila after marrying Jose Verez

 6    (phonetic), it would not be atypical for her to add

 7    Verez to her last name and, therefor, her last name

 8    wouldn't match the voter registration name on there.

 9             So these kind of technical issues in name

10    matching, address matching, is where we see the

11    potential for -- for disenfranchisement.

12             VICE CHAIR PENA:  Representative.

13             REPRESENTATIVE BROWN:  The -- all

14    these that you say their votes were not counted and

15    they were disenfranchised, have you removed the

16    numbers from that -- from those that were found to

17    be illegal or non-residents or felons or for some

18    reason they were not qualified to vote?

19             LUIS FIGUEROA:  Right.  So in these

20    situations the conditional provisional ballot is

21    someone who was otherwise eligible to vote in terms

22    of their name being on the list, but they didn't

23    have the proper identification, and so they were

24    given a conditional provisional ballot which would

25    separate specifically for people with lack of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033770

USA_00021510

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 34 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 177 of 237
HEARING - Volume 1                                          APRIL 07, 2009

147

```
 1      identification.  So --
 2                    REPRESENTATIVE BROWN:  Those
 3      people --
 4                    LUIS FIGUEROA:  Do we know --
 5                    REPRESENTATIVE BROWN:  -- only for --
 6                    LUIS FIGUEROA:  That's right.  Do we
 7      know for sure that those were all legitimate voters?
 8      We don't.  But we do know that was the reason why
 9      they couldn't vote.
10                    CHAIRMAN SMITH:  Any other questions,
11      Members?  Thank you, Luis.  Appreciate it.
12                    CHAIRMAN SMITH:  At this time the
13      Chair calls Mary Opitz representing herself,
14      testifying in favor of Senate Bill 362.  Come on
15      down.
16                    MARY OPITZ:  (Inaudible).
17                    CHAIRMAN SMITH:  We'll see.
18                    MARY OPITZ:  Okay.
19                    CHAIRMAN SMITH:  Please state your
20      name and who you represent.
21                    MARY OPITZ:  Sure.  My name is Mary
22      Opitz, and I'm from Plano, Texas, Collin County, and
23      I am representing myself.  I'm a life-long Democrat
24      who is in favor of this bill.
25                    Had it been in effect I believe last
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033771

USA_00021511

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 35 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 178 of 237
HEARING - Volume 1                                          APRIL 07, 2009

148

```
 1       spring I wouldn't have witnessed some of the
 2       violations that I did see.
 3               I thank the Committee for this opportunity
 4       to present some information.
 5               I had four items.  I don't think time will
 6       prevent [sic] me to -- to mention the four, but I'll
 7       try to get through three.
 8               CHAIRMAN SMITH:  Mention as many you
 9       can, and we'll ask about the others.
10               MARY OPITZ:  Thank you.  I appreciate
11       that.
12               CHAIRMAN SMITH:  I've been asked to
13       have you pull the microphone a little closer to your
14       mouth.
15               MARY OPITZ:  Okay.  Like this?
16               CHAIRMAN SMITH:  Yes.
17               MARY OPITZ:  Thank you.
18               Excuse me.  The -- the one claim I hear
19       from Democratic leaders is that this bill -- or,
20       excuse me, there have been no legal cases of fraud
21       that have been prosecuted, but I'm aware of one case
22       in Collin County that was narrowly prosecuted.  It
23       was a result of the primary election last spring.
24       Charges were leveled against an individual for
25       having voted in Collin County when they resided in
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033772

USA_00021512

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 36 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 179 of 237
HEARING - Volume 1                                        APRIL 07, 2009

149

```
 1        Dallas and -- actually lived in Dallas County.  The
 2        D.A. took this information to the Grand Jury and was
 3        going to indict this individual until the word came
 4        from the Attorney General's office not to go forward
 5        because residency is fuzzy.  And I understand that
 6        this bill doesn't necessarily address the residency
 7        issue.
 8                    UNIDENTIFIED REPRESENTATIVE:
 9        (Inaudible).
10                    MARY OPITZ:  Oh.
11                    UNIDENTIFIED REPRESENTATIVE:
12        (Inaudible).
13                    MARY OPITZ:  I guess I'm too
14        soft-spoken.  Sorry.  Anyway, the --
15                    CHAIRMAN SMITH:  Unlike most
16        Democrats I know.
17                    UNIDENTIFIED REPRESENTATIVE:  Oh.
18                    UNIDENTIFIED REPRESENTATIVE:  Oh.
19                    MARY OPITZ:  In other words, someone
20        who does not live in a precinct can vote there,
21        because they may have an intention of one day living
22        there.  That was the word that came down.  And so
23        the whole thing was dropped.
24                    As a result, there was a great deal of
25        precinct shopping, as documented in a 100-page
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033773

USA_00021513

Case 2:13-cv-00193   Document 663-12   Filed on 11/11/14 in TXSD   Page 37 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 180 of 237
HEARING - Volume 1                                           APRIL 07, 2009

150

1    challenge that I and a few other people put together
2    to take before the State Democratic Credentials
3    Committee.  Our challenge was sustained by the
4    Committee, but there was no remedy that they would
5    offer.  And so as a result, people who cheated the
6    system got away with it.
7            And I should have given some background.
8    I have worked elections as well as a clerk, and so
9    I'm familiar with the process.  And I'm not going to
10   get to very many of these.  But I participated in my
11   own precinct's Democratic Convention on election day
12   last spring.  I served on the county's Credentials
13   Committee.  And because of this I not only witnessed
14   events firsthand, I was also privy to situations
15   that occurred in my county.  I was part of the group
16   that I just mentioned, filed this 100-page
17   challenge.  We also spoke to the temporary
18   Democratic credentials and I -- when it held a
19   hearing in Grand Prairie, Texas for north Texas
20   counties.  And it was a hearing much like this.  It
21   went 13 hours.  We didn't testify until 11:00 p.m.
22   And during those 13 hours we heard similar issues
23   brought forward from Tarrant, Dallas, Denton and
24   Collin Counties.  Anyway, so that was kind of the
25   background for this -- this challenge.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033774

USA_00021514

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 38 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 181 of 237
HEARING - Volume 1                                        APRIL 07, 2009

151

1                I have with me documentations.  Anyway,

2     I'll stop.  If you have any questions about any of

3     the things --

4                CHAIRMAN SMITH:  Members, any

5     questions of Ms. Opitz?  Any questions, Members?

6                MARY OPITZ:  Okay.

7                UNIDENTIFIED REPRESENTATIVE:

8     (Inaudible).

9                CHAIRMAN SMITH:  Yeah.  Let --

10                MARY OPITZ:  I'm sorry?

11                CHAIRMAN SMITH:  There's only time in

12     terms of the microphone.  You do --

13                REPRESENTATIVE BROWN:  Please finish

14     your sentence at least.

15                CHAIRMAN SMITH:  Take another 30

16     seconds.  Yeah.  Thank you.

17                MARY OPITZ:  Two really quick items.

18     One is Precinct 25 there were documented 22 people

19     who were ineligible to vote in that precinct, and

20     they -- their votes were counted.  One of those

21     individuals signed in with the first name I believe

22     of Jerry, no last name, no address.  The Credentials

23     Committee chose not to discard that.  And, you know,

24     to me that's a fraudulent vote and it cast out other

25     voters as well as the two.  But to have a single



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033775

USA_00021515

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 39 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 182 of 237
HEARING - Volume 1                                    APRIL 07, 2009

152

1      first name and have that go through was, to me,

2      totally unacceptable.

3              One case that's very personal to me, I

4      have a daughter who has special needs.  She has

5      cognitive impairment.  My husband and I have legal

6      guardianship for her.  I think it would be very easy

7      for someone to register her name, get her voter

8      registration card and vote in her place today.  And

9      so I would ask you to please protect her rights and

10     the voting rights of numerous other citizens with

11     her condition or in similar situations.

12             The one other point that I would like to

13     make is last spring -- or excuse me, last summer in

14     July the Democratic party initiated a Committee to

15     study the convention/caucus process.  It was headed

16     by Senator Royce West (phonetic) of Dallas.  And in

17     that kickoff meeting, Boyd Richie (phonetic), the

18     Democratic Chair, in his remarks to the Committee

19     said, "It should be hard for people to participate."

20     He was actually defending a process which in many

21     cases precludes people from voting.  If he really

22     thinks it should be hard for people to exercise

23     their franchise, then I don't believe he can say

24     that this particular bill presents an onerous burden

25     for those same people.  It's been --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006634

TX_00033776

USA_00021516

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 40 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 163 of 237
HEARING - Volume 1                                    APRIL 07, 2009

                                                                    153

1                    CHAIRMAN SMITH:  At this point --

2                    MARY OPITZ:  Okay.

3                    CHAIRMAN SMITH:  -- to be fair to all

4        the witnesses, I'm going to have to stop.

5                    MARY OPITZ:  All right.

6                    CHAIRMAN SMITH:  Otherwise, it would

7        be unfair to the other witnesses.

8                    MARY OPITZ:  I thank you for your

9        time.

10                   REPRESENTATIVE VEASEY:  One question.

11                   CHAIRMAN SMITH:  Representative

12       Veasey.

13                   REPRESENTATIVE VEASEY:  What were you

14       saying about Chairman Richie again?  What -- would

15       you repeat that?

16                   MARY OPITZ:  Yes.  The purpose of

17       this Committee hearing -- or this Committee of the

18       Democratic party was to study the convention caucus

19       process and they held hearings throughout the State.

20                   REPRESENTATIVE VEASEY:  Right.

21                   MARY OPITZ:  But the kickoff hearing

22       was in July here in Austin.  And at that time --

23                   REPRESENTATIVE VEASEY:  I'm on that

24       Committee.

25                   MARY OPITZ:  Okay.  Boyd Richie and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033777

USA_00021517

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 41 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 184 of 237
HEARING - Volume 1                                    APRIL 07, 2009

154

 1    the legal counsel both identified that there were --

 2    there was evidence that rules and laws weren't

 3    followed in the precinct conventions.  But what

 4    really caught my eye and seems hypocritical to me is

 5    the contention that this bill presents an onerous

 6    burden for the same individuals that it's well

 7    documented the conventions provide a hardship on.

 8    And he said that it should be hard for people to

 9    participate in the conventions.  The elderly, people

10    with shift work, people with young children, people

11    who are in the military and perhaps deployed cannot

12    participate in those.  And did -- he did not see

13    that that was a particular onerous burden or a

14    problem.  And I think that that's just inconsistent

15    that you can hold -- that the conventions are not a

16    burden and --

17               REPRESENTATIVE VEASEY:  I -- I --

18               MARY OPITZ:  Okay.

19               REPRESENTATIVE VEASEY:  -- know the

20    Chairman very well and sat in on those committees.

21    I don't remember him making any sort of statement --

22               MARY OPITZ:  I don't think you were

23    there, but I do have it on film.  I taped his

24    conversation.

25               REPRESENTATIVE VEASEY:  -- I don't



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033778

USA_00021518

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 42 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 185 of 237
HEARING - Volume 1                                    APRIL 07, 2009

155

1    remember him making any statements like that.  And

2    you may have misunderstood his comments or --

3                MARY OPITZ:  That may have been the

4    case.  That may have been the case, but I don't

5    believe so.

6                REPRESENTATIVE VEASEY:  Thank you.

7                CHAIRMAN SMITH:  Chairman would like

8    to indicate for the record that Dr. Alan has joined

9    us.

10               Any other questions, Members, for this

11   witness?

12               REPRESENTATIVE BROWN:  Just one

13   question.

14               CHAIRMAN SMITH:  Ms. Brown.

15               REPRESENTATIVE BROWN:  Did you attend

16   either the State or Democratic Convention?

17               MARY OPITZ:  I did, but I was a

18   delegate.  I was a volunteer working the Democratic

19   Convention and --

20               REPRESENTATIVE BROWN:  So you saw the

21   delegates as they came in?

22               MARY OPITZ:  Yes.

23               REPRESENTATIVE BROWN:  Did they have

24   to present a photo I.D. to enter for the convention?

25               MARY OPITZ:  Yes, ma'am.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006637

TX_00033779

USA_00021519

Case 2:13-cv-00193   Document 663-12   Filed on 11/11/14 in TXSD   Page 43 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 186 of 237
HEARING - Volume 1                                          APRIL 07, 2009

156

```
 1                    REPRESENTATIVE BROWN:  Thank you.
 2      That's interesting.
 3                    MARY OPITZ:  Oh, I'm sorry.  Excuse
 4      me.  Am I dismissed?
 5                    CHAIRMAN SMITH:  Any other questions
 6      of this witness, Members?  I think you're dismissed.
 7                    MARY OPITZ:  Okay.
 8                    CHAIRMAN SMITH:  Thank you very much.
 9                    MARY OPITZ:  Thank you for your time.
10                    CHAIRMAN SMITH:  You bet.
11                    UNIDENTIFIED REPRESENTATIVE:
12      Chairman?
13                    CHAIRMAN SMITH:  Yes.
14                    UNIDENTIFIED REPRESENTATIVE:  It's my
15      understanding we had varied -- took a few witnesses
16      so -- because of the connection to last night.  Can
17      we switch back and let some of these Members lay out
18      their bill so that they can go on to their other
19      committees --
20                    CHAIRMAN SMITH:  Not at this time.
21      We'll engage about discussions about doing that, but
22      I -- I need to understand what we're doing before we
23      do that, if that's okay.
24                    UNIDENTIFIED REPRESENTATIVE:  Okay.
25      Okay.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033780

USA_00021520

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 44 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 187 of 237
HEARING - Volume 1                                        APRIL 07, 2009

157

```
 1                  CHAIRMAN SMITH:  At this time the
 2       Chair calls Doug Bell, who represents himself and is
 3       testifying against Senate Bill 362.
 4                  DOUG BELL:  Thank you very much.  My
 5       name's Doug Bell, and I am representing myself.  I'm
 6       also here to speak on behalf of homeless people and
 7       working poor.  And my credentials in that area are
 8       that I have started and worked in a -- a homeless
 9       shelter in downtown Austin for the past ten years.
10       So I'm here to tell you how this bill will affect
11       the folks that are working poor and homeless.
12                  First of all, working people -- working
13       poor people and homeless people do want to vote.
14       Many of them very interested in state and local
15       elections.  A lot of them are proud veterans, as a
16       matter of fact, who want to participate in their --
17       in their political process, because they've served
18       their country.  They have a right to vote.  And if
19       bureaucratic roadblocks keep them from the polls,
20       then they feel like they've been unfairly excluded.
21                  Now, you asked earlier, Representative
22       Smith, if there was anybody that doesn't have any of
23       the things on that list.  Yes, there are.  A lot of
24       these folks do not have any of those things.  And
25       you might ask why is that.  Well, several reasons.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006639

TX_00033781

USA_00021521

Case 2:13-cv-00193   Document 663-12   Filed on 11/11/14 in TXSD   Page 45 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 188 of 237
HEARING - Volume 1                                          APRIL 07, 2009

158

1      First of all, if you carry everything that you own

2      in a backpack, there's a good chance that's going to

3      get stolen if you fall asleep somewhere.  And that

4      does happen a lot.  So we have individuals on a

5      regular basis who do not have any I.D.  Believe me,

6      they want to have I.D., not particularly because

7      they want to vote, but because they want to get a

8      job, and they want to find a place to work.  And so

9      it is a problem with -- with them, and we help those

10     folks try to get I.D.s.

11            And so what I'm here to tell you about is

12     how hard it is to actually get an I.D.

13            On the back page of what I passed out is a

14     sheet on this blue sheet that we pass out to all the

15     homeless folks that say they want to get an I.D. and

16     it describes how to do that.  And the bottom line on

17     it, since I have limited time, is that it typically

18     takes them from six to ten weeks to be able to get a

19     photo I.D. because of the process they have to go

20     through.  If they're lucky and were born in Texas,

21     then they can get a birth certificate fairly

22     quickly, but it cost $23, so that's a deterrent

23     right there.  So you talked about possibly having

24     free photo I.D.  That doesn't solve the free birth

25     certificate problem.  So because they can't afford a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006640

TX_00033782

USA_00021522

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 46 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 189 of 237
HEARING - Volume 1                                        APRIL 07, 2009

159

 1       birth certificate, they can't afford to even go get

 2       a free photo I.D.  So that would be a problem that I

 3       would see with the way the bill's written right now.

 4                We do try to get those folks registered to

 5       vote, and we did a lot of that during this past

 6       election cycle.  And there, you know, you fill out

 7       an application, and you sign it saying that you're a

 8       citizen and that you're able to vote.  And a lot of

 9       those did that.  If we had to say to those people,

10       "Well, come back when you've gotten your birth

11       certificate and when you've gotten your photo I.D.

12       and then we'll sign you up to register -- register

13       to vote," that would be a problem.  So, anyway,

14       these folks do definitely have a burden, and they

15       will be disenfranchised by this bill.  So I

16       recommend you vote against it.  Thank you.

17                CHAIRMAN SMITH:  Just a question --

18       quick question.  I mean, you -- you cite the example

19       of the guy who has a backpack that was stolen just

20       before the election.  And I'm presuming, you know,

21       that you're talking about, by and large, someone

22       who's homeless, sleeping on the street, something of

23       that effect?

24                DOUG BELL:  Right.  Or living in

25       shelters, right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033783

USA_00021523

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 47 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 190 of 237
HEARING - Volume 1                                        APRIL 07, 2009

160

```
 1              CHAIRMAN SMITH:  Everything they've
 2      got is in a backpack?
 3              DOUG BELL:  Right.
 4              CHAIRMAN SMITH:  And I guess the only
 5      way that we address that problem of that identifying
 6      individual [sic] is to have no identification
 7      requirements whatsoever and simply allow people to
 8      go in the polls and say, "I am so and so," and if
 9      the name matches a name to the rolls let them vote
10      without any documentation of any kind.  That's the
11      only way to address that concern you're expressing.
12              DOUG BELL:  And I'm not advocating
13      that.  What I'm saying is at least --
14              CHAIRMAN SMITH:  Are there any
15      identification requirements that -- that might be
16      presented to that guy who everything he owns is in a
17      backpack and it is stolen within a few days before
18      an election, is in trouble?
19              DOUG BELL:  Well, he might not be
20      able to afford to get to -- a photo I.D.  He might
21      be able to afford to get a birth certificate.  But
22      today he can afford to get a voter registration
23      card.  So that may be the only thing he has.  In
24      fact, that's one of the forms of I.D. we tell them
25      to get first is voter registration, because it is
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033784

USA_00021524

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 48 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 191 of 237
HEARING - Volume 1                                        APRIL 07, 2009

161

1      free.

2                  CHAIRMAN SMITH:  But under current

3      law, current law, if that voter registration is

4      stolen within a certain number of days before the

5      election before he has an opportunity to go get a

6      copy of it, he's in trouble.  Right?

7                  DOUG BELL:  That's right.  But what

8      I'm saying is it takes -- they often go for months

9      and months without any of those other

10     identifications because they can't afford to do it.

11                 CHAIRMAN SMITH:  So in light of the

12     fact that you're concerned about present

13     requirements, I take it that you do not agree with

14     the card or (inaudible) recommendations in terms of

15     enhancing security of our polls in general?

16                 DOUG BELL:  I'm not familiar with

17     what those rules are exactly.  I don't know.

18                 CHAIRMAN SMITH:  Okay.  Any other

19     questions, Members?  Yes.  Representative Bohac.

20                 REPRESENTATIVE BOHAC:  You said that

21     during this last election -- (inaudible) last

22     election you went out to try to help homeless people

23     register to vote.  Is that right?

24                 DOUG BELL:  Yes, sir.

25                 REPRESENTATIVE BOHAC:  That's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006643

TX_00033785

USA_00021525

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 49 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 192 of 237
HEARING - Volume 1                                    APRIL 07, 2009

162

```
 1       certainly a laudable goal.  But I just have some

 2       practical questions.

 3               How would you help them go vote after they

 4       got their card and what address would you use to

 5       have their card mailed to?

 6               DOUG BELL:  You use the address of

 7       the shelter.  And so we have probably, oh, easily

 8       100 people who use the address of the shelter.  And

 9       so when the card is mailed - we do have a mail

10       service for people, also - then we give them their

11       card.  And if they are able to hold onto it, then

12       they're eligible to vote.  And then we encourage

13       them to go to the polls.  We tell them where the

14       polls are and that sort of thing.

15               REPRESENTATIVE BOHAC:  Okay.  I would

16       certainly believe and hope you all are going to help

17       them to -- or provide them with transportation or

18       something to help them go vote.  I mean, if they're

19       homeless, transportation would probably be an issue.

20               DOUG BELL:  It is.  It is.

21       Transportation is an issue.  We don't help with

22       transportation.  We don't have the funds for that.

23       We used to, but funds are down these days, so we are

24       not able to give out bus tickets like we used to.

25               REPRESENTATIVE BOHAC:  Okay.  I
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033786

USA_00021526

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 50 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 193 of 237
HEARING - Volume 1                                    APRIL 07, 2009

163

 1        was -- I was just curious, you know, about how the

 2        process works.

 3                     DOUG BELL:  Sometimes the polls are

 4        close enough.  You know, I mean, Trinity Center is

 5        downtown, and there's facilities for early voting

 6        anyway nearby.  And they walk a lot, so they get a

 7        way -- get around a lot that way.

 8                     CHAIRMAN SMITH:  And I guess I just

 9        want to make one follow-up comment.  While I don't

10        believe we can develop our identification

11        requirements as a state around the horror story of

12        the homeless gentleman whose entire possessions are

13        in a backpack that is stolen within a few days of

14        the election --

15                     DOUG BELL:  Uh-huh.

16                     CHAIRMAN SMITH:  -- I do understand

17        and am sympathetic to the fact that even that guy

18        under those circumstance has a constitutional right

19        to vote.

20                     DOUG BELL:  Uh-huh.

21                     CHAIRMAN SMITH:  And I think that

22        there has been discussion today from Buck Wood and

23        other -- other Members about how even that

24        individual, that worst-case scenario, that -- that

25        horror story could be allowed to cast a provisional



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033787

USA_00021527

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 51 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 194 of 237
HEARING - Volume 1                                      APRIL 07, 2009

164

```
 1        ballot which, under a variety of mechanisms so long
 2        as that individual is able to establish that they
 3        are who they say they are within a reasonable period
 4        of time --
 5                    DOUG BELL:  Uh-huh.
 6                    CHAIRMAN SMITH:  -- would have their
 7        vote counted anyway, even under the worst horror
 8        story that you could imagine in testifying today.
 9        And I -- I -- I just want to make it clear that --
10        that -- that even though I think that's an extreme
11        example that is almost never going to occur, that
12        guy still has a constitutional right to vote, and
13        we're going to be trying to find a way to make sure
14        that his vote is counted to the extent that he is
15        who he says he is, and that is a legal United States
16        voter.
17                    UNIDENTIFIED REPRESENTATIVE:
18        Representative (inaudible).
19                    DOUG BELL:  Free birth certificates
20        would help.
21                    CHAIRMAN SMITH:  What's that?
22                    DOUG BELL:  Free birth certificates
23        would help.
24                    CHAIRMAN SMITH:  We're going to
25        consider every possibility.  We have to consider
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033788

USA_00021528

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 52 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 193 of 237
HEARING - Volume 1                                         APRIL 07, 2009

165

1     fiscal notes, as well.

2                    DOUG BELL:  Right.

3                    CHAIRMAN SMITH:  I think we could

4     balance cost and principles here.

5                    Yes.  Representative.

6                    REPRESENTATIVE BROWN:  Would you give

7     me a ballpark figure of the -- maybe the percentage

8     of people that you deal with that you're absolutely

9     not able to get them some kind of I.D.?

10                    DOUG BELL:  Yes, ma'am.  I would say

11    that on a given day -- we see about 100 people a

12    day.  And of those, we'll talk to, oh, you know, 15

13    or so that are trying to get an I.D.  And so there

14    probably are somewhere in the neighborhood of

15    20 percent who have no I.D. at all on any given day.

16                    So then we present them with this -- this

17    document that I showed you and try to help them

18    through the process.  One of the first things we do

19    is we'll help them get a transcript from their high

20    school or their junior high.  So that's one of the

21    forms of I.D.  So we try to help them do that.  We

22    try to get them a voter registration card, because

23    that's another form of I.D. that's on the list.  And

24    we try to help them through the process.  But

25    typically it will take them -- well, as I said in my



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006647

TX_00033789

USA_00021529

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 53 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 198 of 237
HEARING - Volume 1                                    APRIL 07, 2009

166

1      report here, it takes six to ten weeks and costs

2      $50.  And the $50 is usually the biggest problem.

3      But it takes a long time and a lot of determination,

4      you know, to get their I.D.  So any given day,

5      probably 20 percent don't have any I.D. at all.

6                   REPRESENTATIVE BROWN:  I've been told

7      that if you get a -- with a voter registration

8      certificate you can get a driver's license.  Is that

9      correct?

10                  DOUG BELL:  If -- if you -- no, I

11     don't think so.  I think you have to have a birth

12     certificate.

13                  REPRESENTATIVE BROWN:  You have to

14     have other documentation?

15                  DOUG BELL:  Uh-huh.  You have to have

16     two documents, and one of them would be a birth

17     certificate to do that and a Social Security card.

18                  Typically what we cross, we -- while we're

19     helping them apply for birth certificate, we also

20     help them get their high school I.D. information.

21     That takes a few weeks.  Once that comes in, we send

22     them to Social Security to get a Social Security

23     card, which is free.  And then they can go down to

24     DPS and try to get either a Texas I.D., a photo

25     I.D., or a -- a driver's license.  Mostly they get a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006648

TX_00033790

USA_00021530

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 54 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 197 of 237
HEARING - Volume 1                                        APRIL 07, 2009

167

 1       photo I.D., because they don't drive.

 2                      REPRESENTATIVE BROWN:  And -- and the

 3       cost on it is?

 4                      DOUG BELL:  I believe it's around 22,

 5       $25, I think, for the driver's license.  The photo

 6       I.D., I think, is 15.  And that -- that's a big sum

 7       for the folks that we deal with.

 8                      REPRESENTATIVE BROWN:  How much of a

 9       problem -- you showed me the sheet -- well, this

10       sheet right here that has all the instructions on

11       it.

12                      DOUG BELL:  Uh-huh.

13                      REPRESENTATIVE BROWN:  How much of a

14       problem is illiteracy among that population?

15                      DOUG BELL:  It's a big problem.  And

16       another problem is reading glasses.  We pass out

17       free reading glasses, the -- the kind you get at the

18       drugstore that are pretty cheap.  We pass those out,

19       because people literally can't see the forms.  We

20       help out with that.  And illiteracy is another

21       problem.  We help them fill out forms.

22                      REPRESENTATIVE BROWN:  Thank you.

23                      DOUG BELL:  Uh-huh.

24                      CHAIRMAN SMITH:  And you do

25       understand under the Senate bill the proposal is to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033791

USA_00021531

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 55 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 198 of 237
HEARING - Volume 1                                        APRIL 07, 2009

168

1     provide people with a free photo I.D.?

2                   I understand that some of the documents

3     that would be necessary to get the photo I.D. cost

4     money, but you've identified others that do not cost

5     money.  Is that correct?

6                   DOUG BELL:  That's correct.  But I

7     think you have to at least have that birth

8     certificate, which costs money.  So I don't think

9     there's a free path even if the photo I.D. is free.

10    I don't think that's a free path.

11                  CHAIRMAN SMITH:  So you don't think

12    the Social Security card itself is sufficient?

13                  DOUG BELL:  You can't get that unless

14    you have the birth certificate.

15                  CHAIRMAN SMITH:  Okay.  I will -- I

16    will -- I will look at that.  I've got some

17    information back here that will answer those

18    questions.

19                  Yes.  Any other questions, Members?

20                  Thank you very much.

21                  DOUG BELL:  Thank you.  Thank you.

22                  CHAIRMAN SMITH:  Thank you for your

23    testimony.

24                  At this time the Chair calls Stephan

25    Findley testifying on behalf of the Republican Party



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033792

USA_00021532

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 56 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 199 of 237
HEARING - Volume 1                                        APRIL 07, 2009

169

```
 1      of Texas and also representing himself in favor of
 2      Senate Bill 362.
 3                   Please state your name again and who you
 4      represent.
 5                   STEPHAN FINDLEY:  Steve Findley.  I'm
 6      the Senate Executive Republican Committeeman from
 7      Senate District 1.  More so than that, I'd like to
 8      be here as the father of eight young Texans who I
 9      have an innate desire to leave for them the State of
10      Texas in the same shape, if not better shape, than I
11      received it in.  It's a very wonderful state, and
12      I'm proud to live in it.
13                   As a nation, we have exported or stood
14      before the whole world and exported democracy and
15      said, "This is the model of government that will
16      bring prosperity to your people."  We have actually
17      gone -- gone as far as tell them that one person
18      should have one vote in securing that democracy for
19      your people.
20                   The voter fraud issue can be solved.  We
21      can have 99.9 percent accuracy in this.  We live in
22      a -- we live in a country where we don't have to use
23      the purple paint to make sure that we have one
24      person casting one vote.  We can do it with
25      technology, a voter I.D. card.  Senate Bill 362, I
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033793

USA_00021533

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 57 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 200 of 237
HEARING - Volume 1                                    APRIL 07, 2009

170

1    think, is a great step in the right direction toward

2    achieving this high integrity in the voting process.

3    I would encourage the Committee to advance it to a

4    full vote and bring it to fruition in the State of

5    Texas.

6              I would like to note that I read in the

7    paper this morning -- it's the -- the local Austin

8    paper; it's the front page about Bill 362.  It said

9    that people of brown, black and elders would be

10   discouraged from voting because of pursuing a voter

11   I.D. card.  Personally, I find that awkward in that

12   in the town I live in every day, I drive around with

13   lots of Hispanic folks driving their cars, lots of

14   black folks driving their cars.  I have African

15   American friends that work with me, Hispanic friends

16   that work with me, and my parents are elder people,

17   75 and 73.  And they all have made the effort to not

18   only go and pass the test, but they also go and

19   renew their driver's license.  I don't see how

20   getting a voter I.D. card is going to be a huge

21   obstacle for our Hispanics and our blacks and our

22   elderly Texans.

23              Thank you for your time.

24              CHAIRMAN SMITH:  Just -- just to be

25   fair to the witness who testified before, I did look



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033794

USA_00021534

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 58 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 201 of 237
HEARING - Volume 1                                          APRIL 07, 2009

171

1          up the process for getting DPS-issued I.D. cards,

2          and it requires you to issue a -- either a

3          government-issued photo I.D., which obviously if

4          you're getting for purposes of voting, you would --

5          you would have one, or a birth certificate and two

6          supporting documents.

7                   So to the extent that we required every

8          voter in Texas to have a photo I.D., unless we

9          provided free birth certificates in addition to a

10         free photo I.D., then it would place a requirement

11         on those voters to pay anywhere from 22 to $43

12         depending on whether they ordered the birth

13         certificate by mail or whether they got it in

14         person, et cetera.  And just for the purposes of the

15         audience, this is something you need to be aware of.

16         That's one of the things that was addressed in the

17         Supreme Court opinion is that the poll tax that was

18         found unconstitutional in 1965 was $1.50.  On an

19         inflation-adjusted basis that's about $10.

20                  To the extent that you require voters to

21         obtain documents in the 20 to 40-dollar range --

22         now, this would only be a one-time purchase unlike

23         the poll tax where you had to pay it every time you

24         voted, but I think it does subject you to legitimate

25         concerns about economic barriers to the polls, which



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033795

USA_00021535

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 59 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 202 of 237
HEARING - Volume 1                                          APRIL 07, 2009

172

```
 1        is why I have not been a proponent of the Indiana
 2        law and why the Senate opted for a different version
 3        which -- which allowed photo identification but also
 4        provided a bypass, an alternative, to provide for
 5        two photo -- two non-photographic identifications to
 6        eliminate any legitimate concerns on the part of our
 7        Democratic colleagues about any economic barriers to
 8        the polls, which -- which I don't want to support.
 9        Just -- just for some educational background for you
10        and for anybody else in the audience who may not be
11        aware of those facts.
12              Anybody else who has any questions?
13        Representative Heflin.
14                  REPRESENTATIVE HEFLIN:  Mr. Findley,
15        as to the issue of mail-in ballot fraud which seems
16        to be, from all the testimony we've heard, the area
17        where it's the highest concentration, just what --
18        what -- have you thought about what would help that
19        situation?  That seems to be one area of fraud that
20        we -- we struggle with.
21                  STEPHAN FINDLEY:  Yes, sir.  I've got
22        a couple of colleagues from Bowie County that will
23        testify before you shortly on this, and they're the
24        real experts at it.
25              I personally would like to see a special
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033796

USA_00021536

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 60 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 203 of 237
HEARING - Volume 1                                        APRIL 07, 2009

173

1    prosecutor appointed.

2              REPRESENTATIVE HEFLIN:  Okay.

3              STEPHAN FINDLEY:  And that person

4    could be summoned -- we all know that voter --

5    mail-in ballot voter fraud is going on, and in our

6    area it's not prosecuted.  Although all the

7    documentation needed, signatures, spoiled ballots,

8    personal witnesses, everything you need there to

9    successfully prosecute this is available, it has not

10   been prosecuted because of the political

11   ramifications related to the prosecuting District

12   Attorney in that county.

13        If you had an independent special

14   prosecutor whose mission was to go and prosecute

15   individuals that were doing this kind of mail-in

16   fraud and word got around the State that they will

17   put you in the penitentiary for this, I think you

18   would see a 90 -- a 90 percent reduction in that

19   kind of activity.

20              REPRESENTATIVE HEFLIN:  And -- and

21   this actually could be a regional-type thing.  Would

22   you agree with me?

23              STEPHAN FINDLEY:  Absolutely.

24              REPRESENTATIVE HEFLIN:  He could have

25   ten counties to cover and actually would make it



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033797

USA_00021537

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 61 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 204 of 237
HEARING - Volume 1                                    APRIL 07, 2009

174

```
 1     easier.
 2                    STEPHAN FINDLEY:  Absolutely.  Folks
 3     show up with a gold badge and start taking testimony
 4     under oath, you'll get to the bottom of these type
 5     of problems very quickly.
 6                    CHAIRMAN SMITH:  Representative.
 7                    REPRESENTATIVE BROWN:  Thank you.
 8     Thank you for your testimony.
 9            I think that -- I wish there were some way
10     we would find -- we could have the numbers broken
11     down so that when we're talking about elderly who
12     could -- could possibly be disenfranchised --
13     disenfranchised, we could actually see the number
14     taken away that are already using mail-in ballots,
15     because actually none of the bills we're here to
16     discuss today are addressing the mail-in problem.
17     We're trying to take, as I said earlier, this first
18     baby step toward photo identification.  But if we
19     could remove those who are, you know, using the
20     mail-in process and don't have to show any kind
21     of -- of I.D.
22            Also, if we could see those who are very,
23     very poor and are using a Lone Star card or
24     something of that nature who had to prove some way
25     their identity in order to qualify for their Lone
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033798

USA_00021538

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 62 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 205 of 237
HEARING - Volume 1                                         APRIL 07, 2009

175

1     Star card or their Medicaid, one of those, I -- I --

2     we haven't taken that into consideration in this

3     process.

4             It seems to me to -- to figure out just,

5     you know, how few or how many, that this -- this

6     would affect.  And I'm not discounting those cases

7     that -- that the gentleman earlier talked about in

8     the shelter.  We need to find a way to -- to address

9     that, too.

10             STEPHAN FINDLEY:  On the way back to

11    Marshall tonight or tomorrow, I will not drive

12    120 miles an hour.  I know it's against the law, and

13    I know they'll take me, put me in jail.

14             REPRESENTATIVE BROWN:  Uh-huh.

15             STEPHAN FINDLEY:  If we have

16    enforcement of the existing laws --

17             REPRESENTATIVE BROWN:  Good point.

18             STEPHAN FINDLEY:  -- that does not

19    tolerate this rampant voter fraud of mail-in ballots

20    and if word gets around the state that they'll put

21    you in the penitentiary for it --

22             REPRESENTATIVE BROWN:  Uh-huh.

23             STEPHAN FINDLEY:  -- you'll see this

24    practice diminish dramatically within a 24-month

25    period.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006657

TX_00033799

USA_00021539

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 63 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 206 of 237
HEARING - Volume 1                                    APRIL 07, 2009

176

1           REPRESENTATIVE BROWN:  I think you're

2      right.  We've had cases of -- of election fraud, not

3      necessarily what we're talking about, election fraud

4      in my county and it was taken all the way to the

5      Grand Jury.  And you know, nothing was done, even

6      though they knew that it took place.  And -- and

7      this actually was impersonation, come to think of

8      it.  But I think you're right, that -- that people

9      don't have anything to fear from -- from doing these

10     things.  And so that needs to be changed, too.  They

11     need to realize it is serious.  And I think that

12     we're sending a message that we take it seriously

13     when we -- when we require photo I.D.

14           STEPHAN FINDLEY:  I have had the

15     privilege to travel around the world and see some

16     nations that don't have it as well as we do here in

17     the U.S.  And I've come to understand that it is a

18     wonderful, wonderful, personal privilege to live in

19     a country like this.

20           REPRESENTATIVE BROWN:  Every time I

21     say that I get (inaudible).  But I consider it both.

22           STEPHAN FINDLEY:  Taking the time to

23     position one's self to vote over a 20-month --

24     24-month period in that nation's operations is a

25     great privilege and a responsibility, as well.  And



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033800

USA_00021540

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 64 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 207 of 237
HEARING - Volume 1                                        APRIL 07, 2009

177

```
 1      that would be the message that I would hope we would

 2      take forward as well is that everyone in this

 3      country has a right to vote; do it responsibly and

 4      enjoy the -- the privileges of this nation.

 5                  CHAIRMAN SMITH:  Representative

 6      Heflin?  Sorry.  I'm sorry.  Representative, were

 7      you done?  I thought -- thank you.

 8                  REPRESENTATIVE HEFLIN:  Mr. Findley,

 9      just so you're aware, in the last election cycle we

10      had an amendment for creation of Election Integrity

11      Unit and also appointment of Special Prosecutor Unit

12      for this type of issue.

13                  STEPHAN FINDLEY:  Yes, sir.

14                  REPRESENTATIVE HEFLIN:  I'm going to

15      present those amendments again, and I would hope to

16      get support.  And as a taxpayer -- now, this is

17      always a question we get.  I personally think it

18      would be well worth the money spent, because I don't

19      think it would last long, just like you stated.

20      Once we nip it in the bud, I think it's going to go

21      away.

22                  STEPHAN FINDLEY:  Yes, sir.

23                  REPRESENTATIVE HEFLIN:  You think I'm

24      wrong?

25                  STEPHAN FINDLEY:  No.  You're
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006659

TX_00033801

USA_00021541

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 65 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 208 of 237
HEARING - Volume 1                                        APRIL 07, 2009

178

```
 1    100 percent right on.
 2                    REPRESENTATIVE HEFLIN:  Thank you,
 3    sir.
 4                    STEPHAN FINDLEY:  Thank you.
 5                    CHAIRMAN SMITH:  Any other -- yes.
 6    Any other members from the Committee, questions?
 7    Representative Veasey.
 8                    REPRESENTATIVE VEASEY:  Thank you,
 9    Mr. Chairman.  Are you here from Marshall?
10                    STEPHAN FINDLEY:  Yes, sir.
11                    REPRESENTATIVE VEASEY:  Okay.  And
12    you know -- and luckily we're post that era, but you
13    know some bad things happened in Marshall during the
14    day.
15                    STEPHAN FINDLEY:  Yeah.  And we just
16    recently elected our first African American 71st
17    District Judge, who I was the No. 1 private
18    supporter of.  So some good things are happening in
19    Marshall.
20                    REPRESENTATIVE VEASEY:  Right.  And
21    my family migrated, on my dad's side, from Marshall
22    to the Fort Worth area.
23                    STEPHAN FINDLEY:  Great.
24                    REPRESENTATIVE VEASEY:  So I'm
25    familiar with the Marshall area very well.  But you
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006660

TX_00033802

USA_00021542

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 66 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 209 of 237
HEARING - Volume 1                                          APRIL 07, 2009

179

```
 1      know Jim Farmer, very famous civil rights activist

 2      in the '50s and '60s, very close with Dr. King --

 3                 STEPHAN FINDLEY:  Uh-huh.

 4                 REPRESENTATIVE VEASEY:  -- he was

 5      from the Marshall area.  I don't know if you knew

 6      that.  He was --

 7                 STEPHAN FINDLEY:  No, no.  I do.

 8                 REPRESENTATIVE VEASEY:  -- and

 9      (inaudible) the great debaters.  I don't know if

10      you've had a chance to see it.  Great movie.

11                 STEPHAN FINDLEY:  Wiley -- what do

12      you call it?

13                 REPRESENTATIVE VEASEY:  Wiley

14      (inaudible).

15                 STEPHAN FINDLEY:  And --

16                 REPRESENTATIVE VEASEY:  And you

17      understand that -- because you understand history

18      and you understand Marshall, that the right to vote

19      is not a privilege.  The right to vote is a right,

20      and it was earned.  It was --

21                 STEPHAN FINDLEY:  It's a privilege

22      you can lose if you get caught doing felonous stuff.

23                 REPRESENTATIVE VEASEY:  Exactly.  But

24      you understand it was a right that was --

25                 STEPHAN FINDLEY:  Sure.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006661

TX_00033803

USA_00021543

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 67 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 210 of 237
HEARING - Volume 1                                    APRIL 07, 2009

                                                                    180

1                    REPRESENTATIVE VEASEY:  -- by those
2       individuals I just named?
3                    STEPHAN FINDLEY:  Sure.
4                    REPRESENTATIVE VEASEY:  And it was a
5       right that they died, bled for, thrown in jail for,
6       had dogs sicked on them for --
7                    STEPHAN FINDLEY:  Right.
8                    REPRESENTATIVE VEASEY:  -- had water
9       pressure hoses sprayed on them so they could have
10      that right to pass it down to generations past them
11      so they wouldn't have to go through that same --
12                   STEPHAN FINDLEY:  You bet.
13                   REPRESENTATIVE VEASEY:  -- situation.
14                   STEPHAN FINDLEY:  Have you ever been
15      to Arlington National Cemetery in Washington?
16                   REPRESENTATIVE VEASEY:  I have been
17      to Arlington National Cemetery.
18                   STEPHAN FINDLEY:  There, too, are men
19      and women of all ethnic races --
20                   REPRESENTATIVE VEASEY:  Absolutely,
21      but --
22                   STEPHAN FINDLEY:  -- that have earned
23      that same right.
24                   REPRESENTATIVE VEASEY:  Absolutely.
25      Since -- but since we're talking about the fact that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006662

TX_00033804

USA_00021544

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 68 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 211 of 237
HEARING - Volume 1                                    APRIL 07, 2009

181

```
1        this bill may have a disproportionate effect on some
2        of the folks like we just talked about that
3        Mr. Farmer and other people down in east Texas were
4        fighting very hard for, we want to make sure that we
5        don't revisit that, because --
6                    STEPHAN FINDLEY:  You bet.
7                    REPRESENTATIVE VEASEY:  -- because
8        just like you have eight kids, I have a
9        three-year-old.  I don't want my son to have to, you
10       know, go through, and I'm glad that I didn't have to
11       go through, some of those same atrocities.
12                   STEPHAN FINDLEY:  You bet.
13                   REPRESENTATIVE VEASEY:  So what I'm
14       asking you today -- the questions that I'm asking
15       you today is that as a Republican --
16                   STEPHAN FINDLEY:  Yes.
17                   REPRESENTATIVE VEASEY:  -- as
18       somebody that doesn't want their kid to live through
19       it -- and I think it was Jim Lare (phonetic) that
20       did a great special about Marshall, Texas called
21       "Marshall, Texas" --
22                   STEPHAN FINDLEY:  Right.
23                   REPRESENTATIVE VEASEY:   -- you don't
24       want your kids -- your eight kids to have to live in
25       the old Marshall, Texas.  You want them to live in
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033805

USA_00021545

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 69 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 212 of 237
HEARING - Volume 1                                        APRIL 07, 2009

182

1          the new Marshall, Texas.

2                    Would you be supportive of amendment --

3          hold on.  Let me ask my questions before you answer.

4                    Would you be supportive of an amendment

5          that would allow individuals to vote, individuals

6          that live out in those Elysian Fields that may not

7          have a car, that may not be able to get around town

8          so easily as you can --

9                    STEPHAN FINDLEY:  Uh-huh.

10                   REPRESENTATIVE VEASEY:   -- would you

11         be willing to support an amendment that would make

12         sure that those folks that don't have an I.D. that

13         maybe was born and have different last names, you

14         know, like -- like everybody -- a lot of folks down

15         in Marshall that are related to me, their name is

16         V-A-S-L-E-Y and I'm V-A-S-E-Y [sic] because of

17         various things that happened.  And some of those

18         folks aren't that old.  Some of those folks are in

19         their 50s.  To make sure that everybody, regardless

20         of if they had an I.D., if they are lawful and

21         they're not impersonating someone, that on election

22         day when they go to cast a ballot that people died

23         and bled for that they're vote would count on

24         election day?

25                   STEPHAN FINDLEY:  Three points --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033806

USA_00021546

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 70 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 213 of 237
HEARING - Volume 1                                                  APRIL 07, 2009

                                                                    183

1                    REPRESENTATIVE VEASEY:  I just

2        want -- make your point.

3                    STEPHAN FINDLEY:  I'm going to.

4                    REPRESENTATIVE VEASEY:  Answer my

5        question.  Do you want --

6                    STEPHAN FINDLEY:  I'm going to.  I'm

7        going to answer all three of your inquiries.  Okay?

8                    REPRESENTATIVE VEASEY:  One -- but I

9        just -- but just for the record, it would be great

10       if you could answer the question simply do you want

11       to make sure that everybody who is legally -- who

12       has a legal right to vote in this country and in

13       Marshall, Texas, has that right on election day, and

14       would you support an amendment to make sure --

15                   STEPHAN FINDLEY:  Well --

16                   REPRESENTATIVE VEASEY:  -- whether

17       they have an I.D. or not --

18                   STEPHAN FINDLEY:  Yes, sir.

19                   REPRESENTATIVE VEASEY:  -- to make

20       sure that their vote counts?

21                   STEPHAN FINDLEY:  Well, let me -- let

22       me answer in three points to you.

23                   REPRESENTATIVE VEASEY:  But you can't

24       answer in yes or no?  You can't -- just simply just

25       as a basic human rights question, can you answer yes



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033807

USA_00021547

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 71 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 214 of 237
HEARING - Volume 1                                        APRIL 07, 2009

184

```
1     or no?
2                 STEPHAN FINDLEY:  One --
3                 REPRESENTATIVE VEASEY:  No.  Okay.
4                 STEPHAN FINDLEY:  -- my old General
5     used to say I'm in violent agreement with you about
6     folks having the right to vote and the prosperity
7     for all of our children.
8            Two, I live in Elysian Fields and know a
9     lot of those people you're talking about.
10           Three, if they comply with the law, if
11    that's what the legislature puts forward, and have
12    the identification elements that 362 talks about,
13    yes, they get to vote.  And even if they don't have
14    those elements, they get to cast a provisional
15    ballot which can count for them.
16           But for -- for folks to vote with no I.D.
17    whatsoever --
18                REPRESENTATIVE VEASEY:  If they have
19    transportation to make it back down to the
20    courthouse from the Elysian Fields.  And if they
21    don't have that transportation --
22                STEPHAN FINDLEY:  No, no, no, no.
23                REPRESENTATIVE VEASEY:  -- or can't
24    make it back in 48 hours, because they have to go
25    back and take care of their kids, you're saying you
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033808

USA_00021548

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 72 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 213 of 237
HEARING - Volume 1                                      APRIL 07, 2009

185

```
 1      don't want their vote to count because --
 2                      STEPHAN FINDLEY:  Well, see, again, I
 3      know lots of people --
 4                      REPRESENTATIVE VEASEY:  -- telling me
 5      here today?
 6                      STEPHAN FINDLEY:  I'm from Elysian
 7      Fields, and what you're telling me doesn't hook up.
 8                      REPRESENTATIVE VEASEY:  But I'm
 9      telling you that my family --
10                      STEPHAN FINDLEY:  The folks that live
11      in Elysian Fields --
12                      REPRESENTATIVE VEASEY:  Uh-huh.
13                      STEPHAN FINDLEY:  -- have the
14      wherewithal --
15                      REPRESENTATIVE VEASEY:  Not all of
16      them.
17                      STEPHAN FINDLEY:  I find that hard to
18      believe.
19                      REPRESENTATIVE VEASEY:  Well, you
20      need to be a little more connected to your
21      community.
22                      STEPHAN FINDLEY:  Do you live in
23      Elysian Fields?  Do you live in Elysian Fields?
24                      REPRESENTATIVE VEASEY:  No.
25                      STEPHAN FINDLEY:  I do.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006667

TX_00033809

USA_00021549

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 73 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 216 of 237
HEARING - Volume 1                                                APRIL 07, 2009

186

1                   REPRESENTATIVE VEASEY:  I've been
2       down there before.
3                   STEPHAN FINDLEY:  I know Elysian
4       Fields like the back of my hand.
5                   REPRESENTATIVE VEASEY:  I've been
6       down there before.
7                   STEPHAN FINDLEY:  I find it very --
8                   REPRESENTATIVE VEASEY:  I'm not going
9       to argue with you over a place that I've been
10      before --
11                  STEPHAN FINDLEY:  -- I find it very
12      much --
13                  REPRESENTATIVE VEASEY:  -- you may
14      live there, but --
15                  STEPHAN FINDLEY:   -- I find it very
16      (inaudible) that we're going to disenfranchise a
17      single vote --
18                  REPRESENTATIVE VEASEY:  You just said
19      that --
20                  STEPHAN FINDLEY:  -- in Elysian
21      Fields --
22                  CHAIRMAN SMITH:  Whoa, whoa, whoa.
23      I'm trying to let this go, but let's make sure this
24      is a question and answer format.
25                  REPRESENTATIVE VEASEY:  Right.  And



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033810

USA_00021550

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 74 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 217 of 237
HEARING - Volume 1                                    APRIL 07, 2009

187

```
 1        I -- and I just wanted to just find out from him --
 2                  CHAIRMAN SMITH:  Yeah.
 3                  REPRESENTATIVE VEASEY:  -- that he
 4        wanted to make sure those folks could go back and
 5        vote and make sure their vote would count --
 6                  STEPHAN FINDLEY:  Ask a question --
 7                  REPRESENTATIVE VEASEY:  -- if they
 8        don't have an I.D. --
 9                  CHAIRMAN SMITH:  Ask a question.
10                  REPRESENTATIVE VEASEY:  And so he's
11        telling me no.  And that's all I need to know.  I
12        don't need any more explanation.
13             I appreciate you coming down from east
14        Texas.  Thank you very much.
15                  STEPHAN FINDLEY:  You bet.
16                  CHAIRMAN SMITH:  Is there any
17        question he asked that you didn't get an opportunity
18        to answer that you wish to?
19                  STEPHAN FINDLEY:  No.  I think I made
20        myself perfectly clear that I am color-blind.  I
21        look at content of character.  And everybody that
22        complies with the law should have the right to vote.
23        Even if they don't (inaudible) required documents,
24        we still vote a provisional ballot.  We are not
25        trying to exclude anybody.  We are trying to ensure
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006669

TX_00033811

USA_00021551

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 75 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 218 of 237
HEARING - Volume 1                                    APRIL 07, 2009

188

1      that every vote cast counts and is not

2      disenfranchised by a fraudulent vote.  That's what

3      we're trying to do.  It --

4                  CHAIRMAN SMITH:  Any other questions,

5      Members, for this witness?  Thank you,

6      Mr. Findley --

7                  STEPHAN FINDLEY:  Thank you,

8      Committee.

9                  CHAIRMAN SMITH:  -- for your time.

10           At this time the Chair calls Mark Hester,

11     who is testifying on behalf of the Brain Injury

12     Association of Texas against Senate Bill 362.  Would

13     you please state your name and who you represent.

14                  MARK HESTER:  Yes.  I'm Mark Hester.

15     I'm a member of the Brain Injury Association of

16     Texas.  I'm a -- I'm a board member.  And one thing

17     I didn't want us to overlook is the fact that I'm

18     representing a group that I belong to by way of my

19     sometimes trait that's dis -- discriminated against,

20     and yet it's -- it's not always immediately evident,

21     and that is my brain injury.

22           Now, I -- my -- my -- my -- my fell --

23     fellow clients that I have just spent the last three

24     days with at our Brain Injury Association

25     Conference, you know, are -- are -- are befuddled



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033812

USA_00021552

Case 2:13-cv-00193   Document 663-12   Filed on 11/11/14 in TXSD   Page 76 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 219 of 237
HEARING - Volume 1                                                    APRIL 07, 2009

189

1          sometimes by why it is that I'm able to attend and

2          share that -- to -- to try to keep myself especially

3          on track and not so prone to tangential discussions,

4          you know, heading that way or this way, that --

5          that -- which is the nature of my brain injury,

6          the -- a -- an organic variety.  It's not due to

7          a -- a -- an impact or a physical trauma.  It's a --

8          it's what they -- it's what folks impaired by a

9          disease process are affected or encumbered by.

10               And the reason I'm here in particular is

11          to share the fact that that organization has

12          membership like myself that are -- I think for the

13          most -- well, I say -- I'm going to say that for the

14          most part -- I -- I -- it would be -- it would be

15          almost impossible for me to believe that there was

16          some type of deliberate discrimination between

17          myself and my fellow citizenry, because we're like,

18          you know, everybody else that's living and breathing

19          the best that they can and that's to get the most

20          out of what life may yet have to offer them.  And so

21          we -- we get an eminent charge -- and I'm saying

22          this, folks, just to emphasize the fact that we're

23          not -- the -- the group that I'm representing

24          doesn't have all of the medals and ribbons to

25          represent our successes in life like some folks are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006671

TX_00033813

USA_00021553

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 77 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 220 of 237
HEARING - Volume 1                                    APRIL 07, 2009

190

 1          able to achieve.  But I'll tell you right now we get

 2          a charge out of being able to have our view

 3          influence anything of the such where we can be

 4          accounted for, taken into a certain degree of

 5          measure.  And -- and we -- it -- it's something that

 6          we can do by being able to vote in an easier process

 7          than what is being, as best as I can understand it,

 8          a somewhat more restrictive process than what was

 9          previously allowed.  And -- and -- and -- and I --

10          I -- again, I don't think it is necessary -- I don't

11          think this -- this isn't an intentional

12          discriminatory move.  It's just something that maybe

13          doesn't -- it -- it doesn't shine -- shine the --

14          the light beam at this issue as readily, because my

15          fellow citizenry that's likewise affected

16          cognitively, like I am sometimes, via short-term

17          memory or -- short-term memory impairment, not being

18          able to think about two different things at one

19          time, these are the kinds of things that everybody

20          takes for granted.  But let me just share the fact

21          that it doesn't take much at all to confuse a

22          taken-for-granted process of going to this

23          particular place that you've gotten used to where

24          you will be able to exercise your right to have an

25          impact upon the society in which you live.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033814

USA_00021554

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 78 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 221 of 237
HEARING - Volume 1                                                    APRIL 07, 2009

191

1              And that's just got to be a -- a -- it --
2         it -- it's a charge for my fellow clients that they
3         desire so much, because, listen, there's few things
4         that they can automatically experience in a real
5         satisfying, grateful manner.
6              But I'll tell you from the get-go that
7         when I was treated in the brain injury
8         rehabilitation facility, I was a client until they
9         realized that this guy's got a Master's in health
10        and physical education and a minor in psychology,
11        and he taught middle school students and did that
12        for ten years, and then led a teacher organization
13        in his school district.  And it -- it -- it was a
14        case of me having had a good bit of life
15        engagement -- engaging experiences that I've
16        benefited from as well as the charges that I came in
17        contact with and influenced, including, now, my
18        thousands of students that I made an impression on,
19        and they made an impression on me, via my ten years
20        in the public school.  I was -- I was teaching and
21        coaching.
22             And so I -- and I know it's too late, but
23        my intent to make a long story short, if it's not
24        too late, is -- is to share with you that the -- the
25        group that I'm here today representing is just



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033815

USA_00021555

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 79 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 222 of 237
HEARING - Volume 1                                    APRIL 07, 2009

192

```
 1        counting on the voting process to be one that they

 2        can access without any additional restrictive

 3        discriminatory hoops, reasons that they'll have to

 4        tread through or jump or climb over, because, you

 5        know, I've got fellow clients that I used to work

 6        with who -- who were so gratified by just being

 7        able -- that I shared with them the fact that, hey,

 8        look, you -- you make a difference.  You matter.

 9        There's nobody that's going to take that away from

10        you.  I mean, you -- you can go and lodge your

11        interest and desires at a polling place, and your

12        influence by doing so will have just as much of an

13        effect as, you know, King -- King Roy, which doesn't

14        exist, but that was my attempt at sharing the fact

15        that as -- as -- as small as they may think they

16        are, they are empowered to have as much sway or

17        influence by the --

18                    CHAIRMAN SMITH:  Mr. Hester.

19                    MARK HESTER:  Yes.  I'm sorry.

20                    CHAIRMAN SMITH:  That's all right.

21              I hesitate to interrupt you.  I have given

22        you several times the amount of time that the other

23        witnesses have.

24                    MARK HESTER:  Uh-huh.

25                    CHAIRMAN SMITH:  And I've done that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033816

USA_00021556

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 80 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 223 of 237
HEARING - Volume 1                                    APRIL 07, 2009

193

1        on purpose because of the nature of your disability.

2                    MARK HESTER:  I sure appreciate it.

3                    CHAIRMAN SMITH:  And I want to give

4        the members of the panel an opportunity to ask you

5        some questions.

6                    MARK HESTER:  Thank you so much.

7                    CHAIRMAN SMITH:  And I want to ask

8        you a question or two.  I want to make sure it's

9        clear I'm not cross examining you --

10                   MARK HESTER:  No, no.

11                   CHAIRMAN SMITH:  -- I want to give

12       you an opportunity to educate me about your

13       situation.

14                   MARK HESTER:  Certainly.

15                   CHAIRMAN SMITH:  How -- how -- how do

16       you currently vote?

17                   MARK HESTER:  How I do currently --

18                   CHAIRMAN SMITH:  When you go vote --

19                   MARK HESTER:  Uh-huh.

20                   CHAIRMAN SMITH:  -- what

21       documentation or identification do you use when you

22       vote?

23                   MARK HESTER:  I do whatever I happen

24       to have in my clothing that day.

25                   CHAIRMAN SMITH:  Okay.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033817

USA_00021557

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 81 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 224 of 237
HEARING - Volume 1                                    APRIL 07, 2009

194

1              MARK HESTER:  And so I usually have

2      my wallet and all of its contents.

3                  (End of Volume 1.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033818

USA_00021558

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 82 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 223 of 237
HEARING - Volume 1                                      APRIL 07, 2009

195

```
 1      IN THE COUNTY OF TRAVIS  )

 2      STATE OF TEXAS           )

 3              I, Rhonda Howard, Certified Shorthand

 4      Reporter in and for the State of Texas, hereby

 5      certify to the following:

 6              That the CD entitled, "Texas House of

 7      Representatives Committee on Elections, 4-7-2009,"

 8      was transcribed at the request of Anne Wilson, 209

 9      West 14th Street, Attorney General's Office, Austin,

10      Texas 78701, and the amount due is

11      $_____.

12              That the aforementioned CD was transcribed

13      to the best of my ability to hear and understand the

14      CD;

15              That the transcript was submitted by

16      E-trans on April 16, 2012, to Anne Wilson, 209 West

17      14th Street, Attorney General's Office, Austin,

18      Texas  78701;

19              I further certify that I am neither

20      counsel for, related to, nor employed by any of the

21      parties or attorneys in the action in which this

22      proceeding was taken, and further that I am not

23      financially or otherwise interested in the outcome

24      of the action.

25
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033819

USA_00021559

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 83 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 226 of 237
HEARING - Volume 1                                                    APRIL 07, 2009

196

1              Certified to by me, this 16th day of

2      April, 2012.

3

4                    *Rhonda Howard*

5

6              RHONDA HOWARD, Texas CSR No. 4
               Expiration Date 12/31/12
7              FIRM REGISTRATION NO: 283
               ESQUIRE DEPOSITION SERVICES
8              100 Congress, Suite 2000
               Austin, Texas  78701
9              (512) 328-5557

10

11     Job No. 330582RH

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033820

USA_00021560

Case 2:13-cv-00193   Document 663-12   Filed on 11/11/14 in TXSD   Page 84 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 227 of 237

HEARING - Volume 1                                    APRIL 07, 2009

197

**A**

AARP
28:3 102:13
103:4
ability
9:5 52:23
77:22
103:12
195:13
able
8:14 9:15
15:23 18:15
23:22,25
24:1,6
27:25 30:10
30:22,23,23
31:3 32:7,9
34:7,18
35:15 36:2
36:11 37:6
38:22 44:1
71:25 72:1
72:7,9
73:15 74:20
77:3 88:7
92:10 94:10
95:9 101:15
105:24
111:7,12,16
112:5,24
113:2 125:9
135:6,15
141:9
158:18
159:8
160:20,21
162:11,24
164:2 165:9
182:7 189:1
190:1,2,6
190:18,24
192:7
absent
113:17
absentee
19:12,14
23:11,19
57:18 94:6

absolutely
31:24 71:2
117:6
128:16
145:10,13
165:8
173:23
174:2
180:20,24
accept
45:25 71:10
acceptable
33:21 95:24
98:15 115:9
115:11
access
51:4 53:13
54:10 87:12
88:10
142:14
192:2
accidentally
56:5
accomplished
14:7
accounted
190:4
accuracy
169:21
accuse
134:1
accused
133:15,20
134:4,6
achieve
190:1
achieving
170:2
ACORN
20:5 59:4,15
68:7,16
81:5,16
Act
91:18
action
195:21,24
activist
179:1

activity
173:19
actual
39:21 43:2
85:6 95:9
99:10
110:13,17
add
58:21 118:14
146:6
addition
93:14 110:12
113:21
114:7 171:9
additional
9:3 27:16
87:13
100:15
144:6 192:2
address
12:8 34:18
40:3,4
66:20 91:25
94:14,25
97:9,12,13
97:14 98:7
98:9 103:16
104:6,19
106:22
110:6
119:18
128:10,11
133:22
144:3 145:8
145:19,22
145:24
146:10
149:6
151:22
160:5,11
162:4,6,8
175:8
addressed
171:16
addresses
110:10
114:20
addressing

53:12 65:10
174:16
administr...
145:23
adopt
104:15
adopted
54:14
adult
92:2 119:18
advance
41:18 170:3
adversely
104:14
advocating
160:12
Affairs
85:5
affect
18:9 48:2
97:2 157:10
175:6
affidavit
56:22
affirmation
11:22
affirmative
87:12 88:1
Affirmati...
113:5
afford
158:25 159:1
160:20,21
160:22
161:10
aforement...
195:12
afraid
75:9
African
170:14
178:16
afternoon
3:25 7:17,23
60:24 90:18
age
23:20 73:15

112:12
agency
96:8 98:17
101:16
agenda
4:19
aggressive
87:13 88:1
aggressively
79:13
ago
15:1 22:13
22:18 47:17
62:20
125:14
126:8
agree
6:19 45:25
46:12 49:24
50:14 58:6
65:18 87:8
90:5 96:14
128:14
131:22
133:24
161:13
173:22
agreed
41:18 121:9
agreement
184:5
ahead
141:5,24
Aikman
81:12,13
ain't
91:7
aisle
69:6
Alan
155:8
ALISEDA
110:22
alive
115:18
allay
51:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033821

USA_00021561

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 85 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 228 of 237

HEARING - Volume 1                                    APRIL 07, 2009

198

allegations
63:6,21
allow
5:14 6:7,8
 14:10 15:19
 23:24 34:25
 38:3,6
 41:19,20
 75:3,5
 99:22 101:4
 101:7
 102:18
 103:20
 105:6
 107:25
 160:7 182:5
allowed
26:22 34:4,5
 34:9,21,22
 35:12 36:3
 36:5,17,24
 37:23 52:3
 52:5 66:5
 86:21
 104:18
 163:25
 172:3 190:9
allowing
54:11 82:19
 108:17
allows
11:2 37:13
 67:18
 107:24
all's
70:15
alma
117:5
alteration
8:11
altered
75:24
alternative
9:12,13
 107:24
 172:4
alternatives
8:14

alters
10:18
amazingly
61:25
Amen
135:23
amended
55:12 113:11
amendment
8:11 177:10
 182:2,4,11
 183:14
amendments
123:22
 177:15
America
90:13,23
American
142:3 170:15
 178:16
Americans
63:20,21
amount
4:10 67:8
 77:5 192:22
 195:10
amounts
114:13
analysis
46:17
Anchia
7:7,9,10
 16:17,18
 17:9,15,23
 18:4,18,21
 19:12 20:4
 20:8,22
 21:3,7,10
 21:14,20
 22:2 28:18
 33:3 108:25
 109:4,5,10
 109:14,24
 110:25
 111:3,11,15
 111:19,22
 112:1,8,18
 113:5,8,19

114:25
115:8 116:2
116:5,10,17
117:4
127:25
130:7,8,18
130:21
131:6,8,21
131:25
132:10,15
132:23
135:12
Andrew
53:5
and/or
92:25 94:16
Angelina
94:18
Anglo
63:20
Anne
195:8,16
answer
73:10 78:13
 109:15
 116:3
 121:24
 139:6 140:3
 168:17
 182:3 183:4
 183:7,10,22
 183:24,25
 186:24
 187:18
anticipate
42:4
Antonio
19:17 24:21
 142:7
anybody
4:6 6:6
 14:16 26:17
 28:7 29:7,8
 57:25 70:20
 71:3 73:15
 79:21 88:6
 100:21
 101:2

103:11
108:18
122:4
123:15,16
124:16,18
133:14
134:1
157:22
172:10,12
187:25
anymore
15:18 73:2
 79:20,21
anyway
57:13 129:4
 149:14
 150:24
 151:1
 159:13
 163:6 164:7
appear
99:17
appeared
69:7
application
49:19 75:5
 84:24 159:7
applied
84:24
applies
23:21
apply
166:19
appointed
86:3 173:1
appointment
177:11
appreciate
68:21 80:15
 82:11,20
 88:23
 105:13
 118:16
 125:1
 130:25
 147:11
 148:10
 187:13

193:2
appreciated
123:7
approach
8:13
approaches
8:15
appropriate
78:10 87:1
April
1:3,15
 195:16
 196:2
area
13:25 24:8
 31:22 56:18
 88:6 128:7
 157:7
 172:16,19
 173:6
 178:22,25
 179:5
areas
18:7 70:20
 85:9
argue
50:16 186:9
argument
15:13 46:1,7
 46:10,10,13
arguments
108:13
Arizona
22:21 142:16
 142:18,20
 142:23
 143:22
 144:15
 145:21
Arlington
180:15,17
Armstrong
2:4 82:13,15
 82:16 85:16
 85:21 87:16
 87:18 88:17
 88:21,22
 89:5 90:1,4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033822

USA_00021562

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 86 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 229 of 237

HEARING - Volume 1                                    APRIL 07, 2009

199

90:7,9,10
article
58:1
articles
138:16
asked
37:20,21
  45:23 50:19
  56:25 83:12
  148:12
  157:21
  187:17
asking
9:20 34:14
  35:25 76:10
  181:14,14
asleep
158:3
aspects
11:6
assertion
92:15
assist
25:10 78:9
  79:14
Association
119:6,12
  188:12,15
  188:24
assume
76:13 85:25
  89:22 112:3
assure
64:6 103:15
Athens
13:17
Atlanta
53:6
atmosphere
135:5
atrocities
181:11
attached
118:7
attain
125:7
attempt

16:3 79:14
  192:14
attend
24:6 93:20
  155:15
  189:1
attending
113:22
attorney
13:7 23:4
  28:20 30:18
  120:15
  142:3 149:4
  173:12
  195:9,17
attorneys
50:8 195:21
atypical
146:6
audience
3:21 10:12
  41:1,7 42:2
  60:5,22
  67:1 85:25
  87:6 171:15
  172:10
Austin
3:17 92:3
  93:21 95:1
  97:14 98:6
  101:7
  153:22
  157:9 170:7
  195:9,17
  196:8
automatic...
191:4
available
76:7 80:6,7
  118:2 173:9
average
116:8
Avila
146:5
avoidance
22:5,7
aware
8:9 33:25

58:11 74:5
  77:22 113:9
  116:10,12
  127:17
  148:21
  171:15
  172:11
  177:9
awkward
170:11
A.G
30:11

─────────
      B
─────────

B
101:16
  117:15
baby
128:15
  174:18
back
12:15 19:16
  25:21 29:10
  31:12 32:17
  42:23 43:22
  47:22 54:24
  69:1 73:13
  97:10
  126:11
  133:2
  135:21
  156:17
  158:13
  159:10
  168:17
  175:10
  184:19,24
  184:25
  186:4 187:4
background
150:7,25
  172:9
backpack
158:2 159:19
  160:2,17
  163:13
bad
53:7 178:13

badge
174:3
Baker
83:2 85:14
  86:7
balance
105:10 165:4
ballot
12:14,23
  14:11 15:21
  15:22 23:11
  25:22 27:23
  29:11,12,12
  29:14,20
  30:7 34:5
  34:16,17
  36:12,14,18
  37:6,25
  47:4,7,8,11
  47:15,20
  48:18 49:20
  50:14 52:13
  62:15 66:19
  68:3 74:10
  75:25 79:10
  86:22,22
  94:6 128:12
  128:13
  130:12
  143:6,20
  144:2,5,14
  145:25
  146:20,24
  164:1
  172:15
  173:5
  182:22
  184:15
  187:24
ballots
12:19 16:10
  18:22 19:13
  19:14 24:11
  24:15,15
  26:9,21
  27:3,5,17
  29:15 30:4

37:12,13
  39:7 48:15
  57:18 62:23
  67:6,9,12
  68:1 74:14
  74:16 76:1
  76:15,19
  77:3,11
  132:2 136:7
  142:14
  143:14,17
  173:7
  174:14
  175:19
ballot's
75:6
ballot-by...
73:6,11
ballpark
165:7
barrier
108:14
barriers
171:25 172:7
based
8:3 80:23
  142:9 143:7
basic
136:11
  183:25
basically
35:10 46:19
basis
39:20 43:24
  68:14 74:21
  77:4 82:5
  158:5
  171:19
Baylor
111:13
beam
190:14
Beatrice
146:5
Bee
67:25
Beeville
67:25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033823

USA_00021563

Case 2:13-cv-00193   Document 663-12   Filed on 11/11/14 in TXSD   Page 87 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 230 of 237

HEARING - Volume 1                                          APRIL 07, 2009

200

befuddled
188:25
beg
121:22
beginning
54:24
behalf
6:8,9 157:6
168:25
188:11
believe
8:23 12:18
13:14,19
14:7 39:9
44:14,15
55:22,23
56:15,22,23
57:17 58:9
59:24 72:2
76:11 77:1
84:3,3 89:6
89:7,14
98:21 99:21
100:1
106:11,25
115:5
132:11
133:10,21
138:7
147:25
151:21
152:23
155:5 158:5
162:16
163:10
167:4
185:18
189:15
believing
24:18
Bell
2:9 157:2,4
157:5
159:24
160:3,12,19
161:7,16,24
162:6,20
163:3,15,20

164:5,19,22
165:2,10
166:10,15
167:4,12,15
167:23
168:6,13,21
belong
19:21,22
188:18
belongs
103:4
benefit
42:2
benefited
191:16
benefits
142:12
best
72:5 76:11
128:22
142:14
189:19
190:7
195:13
bet
14:22 50:18
119:1
156:10
180:12
181:6,12
187:15
better
62:20 96:14
169:10
Bexar
84:22,22
beyond
8:14 78:6
big
21:10 49:24
64:25 132:1
132:5 167:6
167:15
biggest
131:18,18
166:2
bill
4:17,19 5:5

5:6,9 6:15
6:17,21,25
6:25,25 8:7
9:7,9 10:8
10:12,14,17
10:18 11:14
12:12 13:8
14:8,9
15:14 17:10
18:16,19
19:9 20:19
24:25 31:8
34:18 37:12
37:16,18
50:21 51:14
52:21 53:1
53:11 55:1
55:7,7
62:24 65:9
66:1,20
71:13 80:8
82:13,17
83:12 85:20
90:14 93:11
94:23 96:23
98:14 99:2
99:7,8,22
100:16
102:10,15
102:15
107:24
108:16
109:17,20
111:4,8,24
112:6
113:20
115:3
117:10,16
118:8 119:7
119:13
120:25
121:1,2,8
121:10,12
121:15,23
127:10,16
127:18
129:6,8
130:10,16
134:19

135:2,10
142:5,19,23
144:17,18
144:20
145:16
147:14,24
148:19
149:6
152:24
154:5
156:18
157:3,10
159:15
167:25
169:2,25
170:8 181:1
188:12
billfold
129:20
bills
4:1,11,12,20
4:25 6:23
7:12,20 9:5
22:8 72:15
113:11
174:15
bill's
159:3
biometrics
137:15
bipartisan
82:24 83:11
84:5 87:15
88:7
birth
83:8 92:25
117:18
158:21,24
159:1,10
160:21
164:19,22
166:11,16
166:19
168:7,14
171:5,9,12
bit
16:19 19:7
88:5 112:9

136:6
191:14
black
123:8,9
170:9,14
blacks
170:21
Blanco
23:4
blasted
50:2,4,9
bled
180:5 182:23
block
23:12
Bloomington
97:21
blue
137:20
158:14
board
20:18 188:16
Bob
13:23
bogus
136:16 138:3
138:9,13,23
139:4,25
Bohac
3:8 10:5
65:18 68:24
68:25 69:12
69:24 70:7
71:9 73:22
74:3 75:11
75:16 130:1
161:19,20
161:25
162:15,25
bond
22:23
Bonnen
3:8,9 33:15
33:15,16
34:10,13,24
35:4,8,13
35:19,24
36:4,9,15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033824

USA_00021564

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 88 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 231 of 237

HEARING - Volume 1                                          APRIL 07, 2009

201

37:1,9,17
38:1,5,10
38:13,16
39:14,19
40:9,18,24
41:2,5,9,13
42:7,11,25
43:5,11,13
43:17 44:18
45:3,9,18
45:21 46:15
46:21
117:13
**book**
69:3,7 70:9
**border**
61:8 64:9
137:11
**born**
13:16 117:20
158:20
182:13
**bothered**
79:17
**bottom**
52:12 158:16
174:4
**bouncing**
7:21
**Bowie**
172:22
**Boyd**
152:17
153:25
**brain**
188:11,15,21
188:24
189:5 191:7
**breathing**
189:18
**brevity**
105:20
**bright**
105:3,3
**bring**
36:2 91:13
92:17,20
93:3,10

107:6
125:19
129:3
169:16
170:4
**brings**
135:21
**broad**
40:15 112:19
**broke**
91:7
**broken**
174:10
**Brooks**
64:10
**Brothers**
116:15,16
**brought**
28:18 75:22
112:2 126:7
130:25
134:18
150:23
**brown**
3:10,11 12:3
12:7,21,25
13:4 54:22
54:23 55:4
55:10,13,16
55:19 56:2
56:10,19
57:4,10,22
58:11 60:6
88:20,23
89:22 90:2
90:5 103:3
103:22,24
104:2,5
124:23,25
125:3,18,22
126:2,6,10
127:2,7,11
127:15,20
128:4,8,14
128:19
129:9,15,19
129:24
130:3

134:14,16
134:21,24
135:4,18,23
136:18,22
136:25
137:7,12
146:13
147:2,5
151:13
155:12,14
155:15,20
155:23
156:1 165:6
166:6,13
167:2,8,13
167:22
170:9 174:7
175:14,17
175:22
176:1,20
**Buck**
2:3 11:25
13:6,9,12
13:13,13,16
17:8,14,22
17:25 18:5
18:20,23
19:14 20:6
20:10 21:1
21:5,9,12
21:16,21
22:6,14
23:15 24:14
25:6,8,12
25:20,23
26:3,15
28:2,5,9
29:13,23
30:9 32:19
32:24 34:2
34:12,20
35:2,6,9,17
35:21 36:1
36:7,13,20
37:4,15,19
38:2,8,12
38:15 39:12
39:16 40:8

40:17,20
41:16 42:10
42:14 43:3
43:7,12,15
44:5,9,13
44:20 45:5
45:11,19
46:14,16,25
47:2,12,24
49:15,22
50:10 51:11
53:19 54:19
55:2,6,11
55:15,17,25
56:8,12,20
57:8,19,23
59:10 61:1
61:6,14,20
61:24 62:4
62:12,17,19
63:1,9,23
64:1,6,14
64:22 65:3
65:11,16
66:13,22
67:14,18,22
68:9,12,20
69:10,14,25
70:10 71:19
73:3,10,12
74:1,8 75:9
75:12,19
76:6,16
77:13,16,21
78:12,17
79:16 80:1
81:15,20
82:3,6
132:22
163:22
**bud**
177:20
**build**
31:1
**bullet**
134:8,12
**Bullock**
13:23

**bunch**
59:17 120:18
**burden**
73:18 152:24
154:6,13,16
159:14
**bureaucratic**
157:19
**bus**
162:24
**business**
4:15,16 6:23
10:7 20:11
20:11 21:18
**button**
122:7
**buy**
19:22
**buying**
74:6
**bypass**
172:4

---
C
---
**California**
21:24
**call**
3:3 70:3
99:5 179:12
**called**
3:2 20:5,6
82:24
181:20
**calls**
10:7 13:6
82:12 90:12
119:5
141:22
147:13
157:2
168:24
188:10
**cameras**
67:2
**Cameron**
61:8 64:8
**camp**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033825

USA_00021565

62:5
campaigns
92:7
campground
20:13
campus
114:20
canceled
123:19 136:1
candidate
62:7
candidates
15:25 16:6
45:15 47:25
48:4 49:12
49:21 61:11
74:22 88:25
canvassed
48:23
capacity
120:5
Capitol
7:16
car
21:22 79:2
182:7
card
11:9,11
21:23 26:2
32:1 37:22
50:18,20,22
50:25 51:2
51:5 65:19
65:22,24
72:13,19
83:6,7 84:9
86:12 92:18
92:20 96:3
96:10 97:24
98:1,16
99:16,23
102:19,19
102:20
105:5
106:15
120:10,11
121:21
129:11,13

129:20,22
137:17
152:8
160:23
161:14
162:4,5,9
162:11
165:22
166:17,23
168:12
169:25
170:11,20
174:23
175:1
cards
51:6 65:18
84:9,10
98:9 114:22
121:18,19
171:1
care
68:16 79:20
123:12
124:13
128:25
carefully
51:20
Carolina
112:17
114:19
carried
95:10 127:16
127:18
carry
65:21 72:13
72:15,16
158:1
carrying
72:12 110:18
cars
170:13,14
Carter
83:1 85:14
86:8
case
46:19 81:5
111:10
114:18

148:21
152:3 155:4
155:4
191:14
cases
16:11 17:10
61:5,7
102:10
116:12
120:1,2,14
126:14
132:8
148:20
152:21
175:6 176:2
cast
11:2 34:16
77:4,5,12
78:2 79:10
84:4 86:21
86:25 94:6
123:17,18
143:5,13,16
143:20,20
144:1,5,13
145:24
151:24
163:25
182:22
184:14
188:1
casting
169:24
caucus
153:18
caught
33:9,13
154:4
179:22
cause
118:20
cautious
144:16
CD
195:6,12,14
Cemetery
180:15,17
Center

163:4
certain
14:4,10
31:15 39:1
52:4 79:5
102:14
103:18
106:13
123:4 161:4
190:4
certainly
6:7 9:1 48:3
61:20 68:9
76:12 99:24
100:1
123:14
125:11,22
131:2 162:1
162:16
193:14
certificate
84:9,9 92:25
117:18
158:21,25
159:1,11
160:21
166:8,12,17
166:19
168:8,14
171:5,13
certificates
164:19,22
171:9
certifica...
2:12 84:8
Certified
195:3 196:1
certify
195:5,19
cetera
171:14
chair
3:7 7:7 8:9
9:7,25 10:2
10:4,4,6
11:15,20
12:2 13:6
13:10 60:24

61:2,10,17
61:23 62:3
62:11,14,18
62:21 63:2
63:18,25
64:4,13,17
65:2,8,15
66:12,16,23
77:6,9,15
77:18 82:12
90:12
106:10
119:5 120:4
141:20,22
142:2
144:23
145:3,11
146:12
147:13
152:18
157:2
168:24
188:10
Chairman
3:1,15 7:8
7:13,24 8:1
8:5,22 9:16
9:21,24
10:1,3
11:19,21
12:5,16,24
13:1,5,11
13:15 16:13
22:10 33:14
33:15 40:22
40:25 41:4
41:6,10,14
41:17 42:8
46:23 54:21
60:4,7,18
60:23 66:25
68:23 71:13
75:20 76:9
76:24 77:6
77:8,19,25
78:1,16
79:7,23
80:11,17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033826

USA_00021566

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 90 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 233 of 237

HEARING - Volume 1                                    APRIL 07, 2009

                                                                    203

| | | | | |
|---|---|---|---|---|
| 82:10 85:13 | 154:20 | 119:18 | **citizen** | **clerk's** |
| 85:17,22 | 155:7,7,14 | **changed** | 14:24 33:8 | 5:12 48:14 |
| 87:17,20 | 156:5,8,10 | 9:17 29:12 | 115:9,16 | 74:15 75:14 |
| 88:18 90:8 | 156:12,13 | 31:9 75:24 | 159:8 | **client** |
| 90:11,20 | 156:20 | 92:1 176:10 | **citizenry** | 36:3,5 191:8 |
| 91:1 93:8 | 157:1 | **changes** | 189:17 | **clients** |
| 93:18,23 | 159:17 | 10:16 | 190:15 | 188:23 191:2 |
| 94:2,9 | 160:1,4,14 | **changing** | **citizens** | 192:5 |
| 95:12 96:25 | 161:2,11,18 | 94:18 | 15:4 16:4,8 | **climb** |
| 97:4,25 | 163:8,16,21 | **character** | 23:3 63:24 | 192:4 |
| 98:3,6,13 | 164:6,21,24 | 187:21 | 63:25 | **clings** |
| 98:21 99:3 | 165:3 | **charge** | 102:14 | 97:9 |
| 99:12,18,21 | 167:24 | 189:21 190:2 | 112:11 | **close** |
| 100:6 | 168:11,15 | 191:2 | 126:18 | 49:13 163:4 |
| 101:19,23 | 168:22 | **charges** | 133:19 | 179:2 |
| 102:4,12,17 | 170:24 | 148:24 | 152:10 | **closeness** |
| 102:23 | 174:6 177:5 | 191:16 | **citizenship** | 83:15 |
| 103:1,7,22 | 178:5,9 | **chasing** | 14:23 84:11 | **closer** |
| 103:23 | 186:22 | 89:3 | 117:20,22 | 83:16,16 |
| 104:8,12,22 | 187:2,9,16 | **cheap** | **civil** | 89:13,14 |
| 105:1 | 188:4,9 | 167:18 | 142:8 179:1 | 148:13 |
| 106:10,11 | 192:18,20 | **cheated** | **claim** | **closest** |
| 106:20 | 192:25 | 150:5 | 148:18 | 142:18,22 |
| 107:2,19 | 193:3,7,11 | **check** | **claimed** | **closing** |
| 108:7,23 | 193:15,18 | 70:6 116:1 | 15:3 | 75:21 |
| 109:2,6 | 193:20,25 | **checked** | **clarify** | **clothing** |
| 116:19 | **Chairman's** | 120:19 | 57:15 | 193:24 |
| 117:5,6 | 119:12 | **children** | **class** | **club** |
| 118:13,23 | **Chairwoman** | 154:10 184:7 | 91:18 | 20:25 21:2,4 |
| 119:1,4,10 | 126:13 | **choice** | **clear** | **coaching** |
| 119:16 | 130:14 | 76:13 | 35:14 37:10 | 191:21 |
| 121:1,25 | **Chair's** | **choose** | 38:7 40:11 | **coat** |
| 122:3,10,12 | 5:11 119:6 | 88:9 | 57:17 60:9 | 118:19 |
| 124:22 | **challenge** | **chose** | 67:4,8 | **code** |
| 126:3 | 34:14 150:1 | 151:23 | 72:20 77:20 | 98:11 |
| 127:13 | 150:3,17,25 | **chunk** | 100:7 | **cognitive** |
| 130:6 134:3 | **challenged** | 96:22 | 104:12 | 152:5 |
| 134:13 | 22:17 | **circle** | 114:15,16 | **cognitively** |
| 140:20,25 | **challenging** | 36:10,19 | 164:9 | 190:16 |
| 141:1,4 | 37:14 | **circumscribe** | 187:20 | **collateral** |
| 142:2 | **chance** | 72:5 | 193:9 | 87:14 |
| 147:10,12 | 158:2 179:10 | **circumstance** | **clearly** | **colleagues** |
| 147:17,19 | **change** | 163:18 | 59:20 76:3 | 172:7,22 |
| 148:8,12,16 | 10:24 33:23 | **circumsta...** | 130:13 | **college** |
| 149:15 | 95:13 100:9 | 7:1 | **clerk** | 90:13,23 |
| 151:4,9,11 | 100:14 | **cite** | 3:2,4,6,8,10 | 91:17 |
| 151:15 | 104:16 | 159:18 | 3:12 70:8 | 110:23 |
| 153:1,3,6 | 113:23 | | 150:8 | |
| 153:11,14 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006685

TX_00033827

USA_00021567

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 91 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 234 of 237

HEARING - Volume 1                          APRIL 07, 2009

204

112:10,23
112:23
115:5,9,10
116:13
Collin
147:22
148:22,25
150:24
Colorado
91:12 112:17
114:14
color-blind
187:20
come
9:12 12:10
12:15 15:6
15:7 18:15
27:6 28:10
32:20 43:21
46:5 63:10
68:25 96:13
97:7,10
122:4
134:10
139:3
147:14
159:10
176:7,17
comes
28:23 29:10
58:17 61:16
64:20 80:1
96:16
166:21
coming
141:3 187:13
comment
38:22 41:20
42:12,15
45:22,23
53:3 134:17
163:9
comments
88:24 155:2
commission
82:24 83:5
83:11 85:15
86:3 87:9

87:15 88:12
Commissioner
20:18
commit
81:2,12
committee
1:2 3:1,22
4:23 5:1,4
5:6 6:15,19
6:20 7:15
7:18 8:1,8
9:4,11,11
10:10 13:10
14:3 16:16
47:5 54:8
54:15,16
73:9 75:22
80:12 82:19
82:24 86:10
88:14 95:15
100:12
102:7 104:9
105:13
109:19
110:16
117:9 122:4
122:5
133:22
139:4
142:11
144:22
148:3 150:3
150:4,13
151:23
152:14,18
153:17,17
153:24
170:3 178:6
188:8 195:7
Committeeman
169:6
committees
4:2 7:15,19
7:20 154:20
156:19
Committee's
103:15
committing

123:24
commonly
117:16
commonsense
131:13
communities
124:4
community
62:6,7 63:4
63:19 108:5
124:3,6,10
185:21
compared
45:16 85:6
comparisons
45:2,4
complaints
121:7
completely
105:1
complicate
104:22
complication
100:15
complies
187:22
comply
6:11 78:11
184:10
comprehen...
9:12
compromise
124:10
concede
46:13
conceding
103:19
104:14
concentra...
172:17
concepts
54:13
concern
40:2 53:13
76:5 79:22
79:24 96:25
110:10,13

130:15,22
160:11
concerned
51:12 53:22
65:25,25
145:4
161:12
concerns
84:25 103:14
171:25
172:6
concluded
83:2
concurrently
94:19
condition
152:11
conditional
143:13 144:1
146:20,24
Conference
188:25
confession
58:16
confidence
83:21,25
135:21
conflicting
110:10
confuse
190:21
confusion
117:12
118:19
congrats
114:11
Congress
196:8
conjunction
86:12
connected
185:20
connection
156:16
consensus
88:8 100:12
100:13

consequences
114:3 125:9
consider
57:1,5 96:19
113:24
164:25,25
176:21
considera...
175:2
considered
19:1
considering
45:8 102:8
consistently
144:4
constituents
127:25
constitut...
163:18
164:12
constrained
8:13
construct...
131:1
contact
16:3,7 27:11
27:12,14
30:23 48:9
48:11 52:18
52:20
191:17
contains
98:16
content
187:21
contention
154:5
contents
194:2
contest
27:19 34:15
38:11 48:13
64:7 67:25
contests
13:24 14:16
14:22 15:2
17:20 22:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033828

USA_00021568

24:9 25:14
28:22
**continue**
42:9 112:16
**continued**
114:9
**control**
20:14 22:23
136:19
137:2
**controver...**
93:3
**convention**
150:11
153:18
155:16,19
155:24
**conventions**
154:3,7,9,15
**conventio...**
152:15
**conversation**
109:12
154:24
**convinced**
71:3
**convincing**
71:2
**cooperation**
135:5
**copy**
161:6
**correct**
12:18 35:20
38:20 61:13
61:16 73:11
73:13 76:15
85:21 90:1
104:7
108:12
110:1,23
111:1,25
112:6,7,13
137:12
166:9 168:5
168:6
**corrected**
75:2

**correction**
92:12
**correctly**
17:16,17
101:13
**corruption**
63:7
**cost**
93:2 107:12
107:14,17
108:14
115:20
117:22,25
121:14
138:14
142:12
158:22
165:4 167:3
168:3,4
**costs**
107:13,15
117:18,21
166:1 168:8
**counsel**
142:17 154:1
195:20
**count**
27:5,6 32:8
66:14 67:9
72:9 79:18
86:22 143:6
182:23
184:15
185:1 187:5
**counted**
14:6 15:9
16:9,11
26:23 27:1
27:17 28:16
29:20 36:8
52:16 72:23
76:4 78:3
79:15 87:3
115:15
124:11
138:23
139:12,16
143:10,14

143:21
144:7
146:14
151:20
164:7,14
**counties**
27:4 80:5
150:20,24
173:25
**counting**
192:1
**countries**
137:1
**country**
22:19 45:10
49:8 84:2
111:1
136:12
137:10
141:13
145:8
157:18
169:22
176:19
177:3
183:12
**counts**
123:16
183:20
188:1
**county**
19:8,9,17
20:13,14,16
20:17 21:23
21:24 22:23
23:4 24:20
31:11 48:11
48:12 49:5
49:5 51:14
51:14 56:16
58:14 61:8
62:23 64:8
64:8 67:25
79:10 84:22
92:6,11
93:24 94:7
94:10,17,19
94:19,21

97:7 105:21
106:2 110:4
114:2
117:19
119:6,12
120:4
130:23
144:6
147:22
148:22,25
149:1
150:15
172:22
173:12
176:4 195:1
**county's**
150:12
**county-wide**
20:17
**couple**
67:5 69:1
90:19
172:22
**course**
41:20 63:13
137:19
**Court**
19:6 46:18
96:18
171:17
**courthouse**
61:3,4 79:9
184:20
**cover**
173:25
**covered**
111:24
**create**
79:8 100:14
105:3,6
**created**
97:18
**creates**
104:17
**creation**
177:10
**credentials**
150:2,12,18

151:22
157:7
**creditabi...**
136:6,13
**creeps**
134:7
**crimes**
58:24
**critical**
51:18
**criticism**
30:11
**crooks**
23:2
**cross**
166:18 193:9
**crowd**
4:7
**Crystal**
64:10
**CSR**
1:15 196:6
**cure**
25:25 26:8
26:13,20
27:24 29:11
**cured**
26:11,17
32:17
**curing**
26:8
**curious**
33:17 139:5
163:1
**current**
10:18,22,24
12:20 36:5
84:7 92:5,5
92:19 94:9
94:12 95:17
95:18 96:20
97:20 100:9
100:14,16
101:9
104:16,17
104:19
107:3
109:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033829

USA_00021569

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 93 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 236 of 237

HEARING - Volume 1                                    APRIL 07, 2009

                                                            206

| | | | | |
|---|---|---|---|---|
| 143:17 | 149:21 | 8:16,23 | 26:25 115:14 | 62:14 |
| 161:2,3 | 150:11 | **decision's** | 136:23 | **designated** |
| **currently** | 165:11,12 | 8:21 | 169:14,18 | 10:20,21 |
| 91:24 93:20 | 165:15 | **declare** | **Democrat** | 11:2 |
| 94:2 105:20 | 166:4 | 119:18 | 50:3 126:13 | **designed** |
| 107:3 | 170:12 | **decreased** | 147:23 | 16:22 87:25 |
| 193:16,17 | 178:14 | 62:22,23 | **Democratic** | **desire** |
| **cut** | 182:22,24 | **defended** | 136:25 | 75:23 169:9 |
| 42:21,22 | 183:13 | 69:5 | 148:19 | 191:3 |
| 137:22 | 193:24 | **defending** | 150:2,11,18 | **desires** |
| **cycle** | 196:1 | 152:20 | 152:14,18 | 192:11 |
| 159:6 177:9 | **days** | **Defense** | 153:18 | **desk** |
| | 12:14 26:7 | 142:4 | 155:16,18 | 5:12 |
| ___D___ | 26:10,11,12 | **deficiencies** | 172:7 | **despite** |
| **dad's** | 26:16 27:8 | 26:14 | **Democrats** | 94:13 144:12 |
| 178:21 | 39:10,17 | **deficiency** | 50:3 84:6 | **determina...** |
| **daily** | 67:7 79:5 | 26:1 | 90:13,13,23 | 166:3 |
| 74:21 | 80:10 126:3 | **defined** | 90:24 | **determine** |
| **Dallas** | 126:8 143:9 | 17:17 39:1 | 127:25 | 16:7 89:8 |
| 24:21 31:11 | 143:10 | 101:25 | 135:6 145:1 | **determined** |
| 149:1,1 | 160:11 | **definitely** | 149:16 | 108:1 |
| 150:23 | 161:4 | 105:12 | **denied** | **determines** |
| 152:16 | 162:23 | 159:14 | 30:4 123:5 | 101:10 |
| **damaging** | 163:13 | **definition** | **Denny** | **deterrent** |
| 66:6 | 188:24 | 93:6,6 | 127:8 | 158:22 |
| **Dan** | **dead** | **definitions** | **Denny's** | **develop** |
| 130:14 | 120:19 | 16:21 | 127:6,16,18 | 163:10 |
| **Danberg** | **deal** | **degree** | **Denton** | **device** |
| 126:3,12,21 | 16:22 22:3 | 50:16 86:14 | 150:23 | 5:13 |
| **Danberg's** | 80:14 | 88:7 190:4 | **Department** | **died** |
| 130:14 | 130:25 | **Del** | 11:8 96:4 | 180:5 182:22 |
| **database** | 149:24 | 61:7 | 106:16 | **difference** |
| 31:1 | 165:8 167:7 | **delayed** | **dependents** | 37:23 61:22 |
| **date** | **debate** | 121:3 | 114:6 | 95:16 192:8 |
| 83:7 96:6 | 141:18 142:9 | **delaying** | **depending** | **different** |
| 97:20,22 | **debaters** | 120:24 | 6:25 101:25 | 4:12 36:11 |
| 98:11 | 179:9 | **delegate** | 103:9 | 45:14,14 |
| 106:18 | **Debra** | 155:18 | 171:12 | 46:3 57:11 |
| 196:6 | 126:3,12 | **delegates** | **deployed** | 69:9 80:24 |
| **daughter** | **decade** | 155:21 | 154:11 | 91:16 104:6 |
| 58:2 152:4 | 25:5 | **deliberate** | **DEPOSITION** | 106:23 |
| **day** | **decades** | 189:16 | 196:7 | 109:25 |
| 19:15 32:18 | 73:7 | **delineation** | **depositions** | 110:16,19 |
| 38:20 39:16 | **deceased** | 92:22 | 22:19 | 117:10 |
| 51:1 74:15 | 58:1,3 84:23 | **demands** | **describes** | 119:22 |
| 79:9 80:8 | **decide** | 144:5 | 158:16 | 129:6,7 |
| 94:8 97:10 | 5:4 113:23 | **democracy** | **description** | 144:3 146:3 |
| 100:13 | **decision** | | 7:4 10:11 | 172:2 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033830

USA_00021570

**182:13**
**190:18**
**difficult**
22:16 50:20
89:7 110:7
121:8
**dilemma**
23:13
**diligently**
14:18
**diminish**
175:24
**direct**
6:14
**direction**
170:1
**director**
13:21
**dirty**
64:19 66:19
**dis**
188:19
**disability**
193:1
**disabled**
23:22
**disagree**
56:12 99:1
**disagreeing**
87:18
**disappears**
58:17
**discard**
151:23
**discounting**
175:6
**discouraged**
170:10
**discrepan...**
117:11
**discrepancy**
95:1 97:15
97:17
117:23
**discretion**
41:24 105:2
105:7,9

**discrimin...**
188:19
**discrimin...**
189:16
**discrimin...**
190:12 192:3
**discuss**
144:21
174:16
**discussed**
106:8
**discussing**
43:18,21
**discussion**
38:19 86:2
100:8
104:23
106:7
130:12
163:22
**discussions**
121:10
124:13
156:21
189:3
**disease**
189:9
**disenfran...**
39:18 91:15
123:15
186:16
**disenfran...**
115:6 123:5
143:7 146:1
146:15
159:15
174:12,13
188:2
**disenfran...**
114:9 115:11
146:11
**dismissed**
156:4,6
**displaying**
84:3,4
**dispropor...**
114:12 181:1
**distingui...**

**77:2**
**district**
50:8 169:7
173:11
178:17
191:13
**diverse**
124:5,7
**Division**
13:21
**doctor**
24:5 73:20
**document**
96:8 100:22
100:25
101:1,3,6
108:23
115:22
145:16
165:17
**documenta...**
93:1,5
100:11
101:11
143:5,23
145:15,18
160:10
166:14
173:7
193:21
**documenta...**
151:1
**documented**
149:25
151:18
154:7
**documents**
12:9,13
100:20
109:9
112:20
115:20
116:23,24
117:15
118:1,2
145:20
166:16
168:2 171:6

**171:21**
**187:23**
**dogs**
180:6
**doing**
13:24 14:15
26:20 30:8
40:21 41:24
47:2 59:4
59:15 60:3
70:12,25
108:16
156:21,22
173:15
176:9
179:22
192:12
**domicile**
93:12 95:2
113:23
**dormitory**
117:18
**dorms**
102:9
**double**
67:7
**doubt**
58:3 81:22
131:19
**Doug**
2:9 157:2,4
157:5
159:24
160:3,12,19
161:7,16,24
162:6,20
163:3,15,20
164:5,19,22
165:2,10
166:10,15
167:4,12,15
167:23
168:6,13,21
**downtown**
157:9 163:5
**down-to-e...**
131:13
**DPS**

**166:24**
**DPS-issued**
171:1
**Dr**
82:15 88:21
155:8 179:2
**draft**
5:3
**drafted**
51:20
**dramatically**
175:24
**dress**
116:15
**drive**
33:10 59:14
94:4,7
167:1
170:12
175:11
**driver's**
17:12 37:21
51:22 52:2
72:18 88:3
91:24 92:21
93:14 94:14
94:16,20,24
96:2,21
105:25
106:12,14
106:24
107:4,15
111:6,12,16
112:5,22
119:19
121:17
129:14,25
144:2
145:18
166:8,25
167:5
170:19
**drives**
82:7
**driving**
170:13,14
**dropped**
95:22 114:4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033831

USA_00021571

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 95 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 2 of 216

HEARING - Volume 1                                    APRIL 07, 2009

208

149:23
**drugstore**
167:18
**Duane**
40:5
**due**
39:7 44:2
77:12 189:6
195:10
**Dunnam**
7:24,24 8:6
**duplicate**
84:15,19
**D.A**
31:17 58:14
120:15
149:2
**D.A.s**
50:1 58:22

**E**
**earlier**
42:1,5 43:21
57:16 84:20
96:5 106:17
144:25
157:21
174:17
175:7
**early**
3:24 4:1
6:24 18:12
25:4 133:18
163:5
**earned**
179:20
180:22
**easier**
22:15 50:17
58:25 67:13
134:5 174:1
190:6
**easily**
162:7 182:8
**east**
24:20 49:6
62:1 181:3
187:13

**easy**
134:6 139:7
152:6
**economic**
171:25 172:7
**educate**
15:6,7 89:25
193:12
**educating**
71:17
**education**
31:8 32:13
37:8 66:2
71:12,20
78:25
121:11
124:15
191:10
**educational**
65:17 66:2
142:4 172:9
**effect**
147:25
159:23
181:1
192:13
**effective**
67:21
**effects**
126:23
**efficiency**
6:3
**effort**
28:14 65:17
68:7 121:13
123:14
170:17
**efforts**
58:23 66:2
124:14
**eight**
62:20 169:8
181:8,24
**either**
10:25 11:3
19:10 57:5
59:18 74:2
115:24

129:23
132:12
137:25
155:16
166:24
171:2
**elder**
170:16
**elderly**
48:9,16
78:24 85:1
126:17
154:9
170:22
174:11
**elders**
170:9
**elect**
20:16
**elected**
16:1 138:6
178:16
**election**
10:17 14:16
14:22,25
15:2 16:2
17:20 19:15
22:18 24:9
24:18 25:13
27:19 28:22
29:5,19
31:4 33:24
39:4 45:14
45:15 46:5
48:13,21
51:1,13
53:24 59:3
61:13 63:14
64:7 69:21
70:18 78:18
79:9 80:8
82:25 84:14
84:23 86:4
86:5 87:2
89:15 91:6
91:21 94:8
94:22 95:6
96:17 120:3

120:4,7,7
120:20
128:6 136:3
136:6,13,14
136:16
138:4
148:23
150:11
159:6,20
160:18
161:5,21,22
163:14
176:2,3
177:9,10
182:21,24
183:13
**elections**
1:2 3:2
11:12 13:21
13:24,25
15:15 18:9
22:23 30:21
39:3 45:7
45:13 53:24
61:21 82:23
83:15,16
89:1,13
126:4,13
128:22
136:20
137:1
143:11
150:8
157:15
195:7
**electoral**
83:22
**electric**
34:18 52:21
72:15
102:15
**elects**
20:16
**elements**
184:12,14
**eligible**
30:24 59:5
59:18,24

62:8 82:8
112:25
115:9
144:13
146:21
162:12
**eliminate**
172:6
**else's**
84:8
**Elysian**
182:6 184:8
184:20
185:6,11,23
185:23
186:3,20
**em**
91:2
**eminent**
189:21
**emphasize**
189:22
**employed**
195:20
**empowered**
192:16
**encounter**
145:12
**encourage**
32:15 40:12
41:23
162:12
170:3
**encouraging**
54:3
**encumbered**
189:9
**enforced**
75:10
**enforcement**
30:10 175:16
**engage**
130:11
156:21
**engagement**
191:15
**engaging**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00033832

USA_00021572

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 96 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 3 of 216

HEARING - Volume 1                                              APRIL 07, 2009

209

| | | | | |
|---|---|---|---|---|
| 191:15 | 171:14 | 159:18 | 3:23 81:21 | extremely |
| enhance | ethnic | 164:11 | 140:6,17 | 51:19 |
| 87:10 | 180:19 | examples | experts | eye |
| enhanced | Europe | 81:6 91:20 | 86:3 172:24 | 154:4 |
| 88:9,10 | 65:21 | 95:4 113:24 | expiration | E-trans |
| enhancement | evening | 144:8 | 97:20,22 | 195:16 |
| 32:14 | 4:15 7:17,23 | exception... | 98:11 99:5 | |
| enhancing | events | 38:25 | 99:6 196:6 | **F** |
| 161:15 | 150:14 | excited | expired | face |
| enjoy | everybody | 70:2 | 96:4,5,10 | 60:10 114:3 |
| 177:4 | 5:23 20:18 | exclude | 106:17,17 | facial |
| enormous | 22:20 42:1 | 187:25 | explain | 60:11 |
| 31:21 | 54:1,5 | excluded | 10:8 12:11 | facilities |
| ensure | 60:19 65:19 | 157:20 | 20:9 33:20 | 163:5 |
| 15:9 83:3 | 65:24 87:5 | excuse | 36:16 | facility |
| 187:25 | 128:21 | 17:3 23:19 | 105:19 | 191:8 |
| enter | 133:22 | 23:19 24:3 | 117:14 | fact |
| 53:8 155:24 | 141:12 | 24:3 73:14 | explains | 4:20 7:18 |
| entertain | 182:14,19 | 88:17,18 | 34:11 | 15:14 18:6 |
| 8:2 | 183:11 | 133:3 135:7 | explanation | 29:19 39:20 |
| entire | 187:21 | 148:18,20 | 11:13 71:10 | 43:24 45:6 |
| 48:23 163:12 | 189:18 | 152:13 | 187:12 | 46:18 54:4 |
| entitled | 190:19 | 156:3 | explicit | 66:9 72:12 |
| 23:24 30:20 | everybody's | Executive | 97:15 | 72:12 78:15 |
| 56:15,17,23 | 62:5 124:11 | 169:6 | explore | 88:11 93:4 |
| 58:10 195:6 | evidence | exercise | 47:18 | 94:13 98:4 |
| era | 122:23 132:3 | 141:9 152:22 | export | 98:9 104:24 |
| 178:12 | 154:2 | 190:24 | 136:23 | 108:4 110:7 |
| error's | evident | exhaustive | exported | 114:7,18 |
| 83:18 | 188:20 | 10:11 | 169:13,14 | 115:13,17 |
| Escapee | evidents | exist | expressing | 124:12 |
| 20:10 | 51:6 | 18:6 47:10 | 9:17 160:11 | 140:17 |
| Escapees | exact | 67:23 89:4 | expression | 157:16 |
| 20:7,8,9,14 | 5:7 | 89:21 | 60:11 | 160:24 |
| 21:18 22:22 | exactly | 192:14 | extent | 161:12 |
| especially | 70:11 99:12 | existing | 5:23,25 9:1 | 163:17 |
| 23:19 70:19 | 109:23 | 175:16 | 9:2,3,6 | 180:25 |
| 89:13 101:8 | 113:6 116:4 | exists | 16:25 75:23 | 188:17 |
| 105:13 | 146:1 | 18:6 132:2 | 86:11 100:8 | 189:11,22 |
| 189:2 | 161:17 | expand | 101:8 | 190:20 |
| ESQUIRE | 179:23 | 87:11 | 103:13,17 | 192:7,14 |
| 196:7 | examining | experience | 104:18 | factors |
| essentially | 193:9 | 44:14 59:11 | 105:9 107:4 | 46:4,7,11 |
| 32:8 | example | 59:11,12 | 108:12 | facts |
| establish | 11:7 58:19 | 80:23 191:4 | 164:14 | 40:13 172:11 |
| 164:2 | 58:19 93:13 | experiences | 171:7,20 | fail |
| et | 143:24 | 191:15 | extreme | 86:20 |
| | 146:5 | expert | 164:10 | fails |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033833

USA_00021573

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 97 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 4 of 216

HEARING - Volume 1                                    APRIL 07, 2009

210

```
     12:9              feeling           159:6 167:21      178:23            fiscal
fair                   127:5             filled            179:3,7,11        118:7 165:1
46:15 153:3            feels             55:14             179:15,21         five
     170:25            124:16            film              179:25            6:5 26:10
fairly                 fell              154:23            180:3,7,12          50:24 67:7
10:11 101:5            188:22            finally            180:14,18          92:4 143:9
     158:21            fellow            44:16 138:6       180:22              143:10
fake                   188:23            financially       181:6,12,16      five-year
120:10                 189:17            195:23            181:22            86:16 87:4
fall                   190:15            find              182:9,25         fix
158:3                  191:2 192:5       7:2 16:4          183:3,6,15       91:7
familiar               felonous             19:6 23:13     183:18,21        flat
85:25 108:21           179:22               30:20 33:1     184:2,4,22       23:5
     150:9             felons               42:20 43:8     185:2,6,10       flawed
     161:16            146:17               44:15,22       185:13,17        33:17
     178:25            fewer                48:15 51:24     185:22,25        fleshed
families               70:15,15             57:24 61:18     186:3,7,11       48:6
145:17                 fictitious           62:13 66:8      186:15,20       fleshing
family                 81:3                 66:8 70:20     187:6,15,19      41:25
178:21 185:9           Fields               80:12 88:7     188:6,7         flip
famous                 182:6 184:8          114:23        fine             136:16
179:1                     184:20            129:21         31:5 47:2        flipped
far                       185:7,11,23       130:2            117:8          43:18
56:11 67:2                185:23            138:24        finger            Flores
     113:3                186:4,21          158:8         137:20            144:10
     169:17            fighting             164:13        finish            Florida
Farmer                 181:4                170:11         6:22 42:12       26:7 76:11
179:1 181:3           Figueroa             174:10           151:13            76:12,14
father                 2:7 141:22          175:8         FIRM                77:8,10
33:7 169:8                142:1,2          185:17         196:7              78:1,6
favor                     144:24           186:7,11,15    first               91:11,20
82:13,16                  145:2,10,13      187:1          4:23 6:17           95:6 112:15
     119:7                146:19          finding           7:6 11:24         114:14
     147:14,24            147:4,6          51:1 88:2        21:17 30:25     flowing
     169:1            figure              findings          30:25 31:1      40:14
fear                   18:14 23:18        87:24             34:23 36:21     folks
176:9                     23:23 50:25     Findley           73:23 82:21     6:1 53:4
fears                     54:16           168:25 169:5      122:5 131:4       120:16
51:9                      125:17             169:5          151:21            124:14
federal                   129:20            172:14,21       152:1             125:12
82:25 143:11              165:7 175:4       173:3,23        157:12            132:7 134:9
Feds                  file                  174:2           158:1             157:11,24
54:4                   22:18                175:10,15       160:25            158:10,15
feel                  filed                 175:18,23       165:18            159:4,14
124:18                 120:14               176:14,22       174:17            167:7
     127:22               133:17            177:8,13,22     178:16            170:13,14
     157:20               150:16           177:25        firsthand           174:2 181:2
                      fill                  178:4,10,15    150:14             182:12,14
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006692

TX_00033834

USA_00021574

Case 2:13-cv-00193  Document 663-12  Filed on 11/11/14 in TXSD  Page 98 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 5 of 216

HEARING - Volume 1                                    APRIL 07, 2009

211

| | | | | |
|---|---|---|---|---|
| 182:18,18 | 80:20 178:22 | 92:10 94:23 | 115:23 | 5:2 7:3 |
| 184:6,16 | **forth** | **fraud** | 158:24,24 | 10:23 11:13 |
| 185:10 | 52:8 | 17:19,21 | 159:2 161:1 | 23:4 28:20 |
| 187:4 189:8 | **forward** | 18:1,11,24 | 164:19,22 | 30:19 31:4 |
| 189:22,25 | 121:11 | 18:25 19:1 | 166:23 | 39:2,4 |
| **follow** | 126:25 | 23:11 24:8 | 167:17 | 84:14 86:4 |
| 74:17 | 131:1 | 31:14,17 | 168:1,9,9 | 120:15 |
| **followed** | 141:17 | 49:24 50:7 | 168:10 | 143:12 |
| 154:3 | 149:4 | 55:22,23 | 171:9,10 | 161:15 |
| **following** | 150:23 | 56:4,25 | **frequently** | 184:4 |
| 68:1 76:3 | 177:2 | 57:1,2,5,7 | 46:8 | **generally** |
| 195:5 | 184:11 | 57:16,18,24 | **freshman** | 56:21 72:18 |
| **follow-up** | **found** | 58:16,20 | 117:17 | **General's** |
| 163:9 | 14:15,18,21 | 59:7 61:12 | **friend** | 149:4 195:9 |
| **food** | 14:24 17:1 | 61:18 63:7 | 128:24 | 195:17 |
| 98:11 | 17:6,21 | 64:19 67:12 | **friends** | **generations** |
| **football** | 24:9 27:20 | 68:17 73:11 | 23:9 141:17 | 180:10 |
| 81:6 | 28:21 29:6 | 83:20 84:17 | 170:15,15 | **gentleman** |
| **forced** | 29:7 33:4 | 89:2,6,8,17 | **frighten** | 38:24 45:22 |
| 144:1 | 43:9 49:5 | 89:24 94:22 | 31:10 32:9 | 58:12 77:9 |
| **forever** | 49:25 58:5 | 119:22,24 | 33:18 | 134:22,25 |
| 44:10 | 59:19,22 | 119:25 | **front** | 163:12 |
| **forget** | 63:8,16 | 121:22 | 7:20 52:10 | 175:7 |
| 37:16 | 64:1,3,4,11 | 126:19,20 | 71:12 170:8 | **genuine** |
| **forgot** | 64:12,14,15 | 126:22 | **fruition** | 123:14 |
| 32:17 | 70:6 78:4 | 127:24 | 170:4 | **Georgia** |
| **form** | 88:6 136:14 | 128:6 | **full** | 26:10 38:24 |
| 10:18,25 | 143:3 | 130:12,15 | 54:12 83:7 | 39:3,21,23 |
| 11:1,3 | 144:15 | 130:19 | 120:6 170:4 | 40:6 42:20 |
| 50:23 102:8 | 145:21 | 131:3,9 | **fully** | 43:25 52:17 |
| 121:4 | 146:16 | 133:11 | 118:2 | 53:5 76:12 |
| 143:18 | 171:18 | 134:7 | **Fund** | 77:7,8 |
| 165:23 | **founded** | 142:12 | 142:4 | 144:9,10 |
| **format** | 142:6 | 148:20 | **funds** | **germane** |
| 186:24 | **four** | 169:20 | 162:22,23 | 8:12,19 9:1 |
| **former** | 22:13,17 | 172:15,19 | **further** | 9:6,8,14 |
| 53:5 82:25 | 47:5 94:4 | 173:5,16 | 144:21 | **getting** |
| 83:1 86:6,8 | 120:25 | 175:19 | 195:19,22 | 53:14 83:16 |
| 130:14 | 148:5,6 | 176:2,3 | **fuzzy** | 87:22 95:3 |
| **forms** | **framework** | **fraudulent** | 149:5 | 107:11 |
| 11:4,22 | 14:8 | 44:3 56:21 | | 135:13 |
| 71:15 95:24 | **franchise** | 151:24 | **G** | 170:20 |
| 111:4 | 152:23 | 188:2 | | 171:1,4 |
| 112:21 | **frankly** | **fraudulently** | **gap** | **get-go** |
| 160:24 | 45:10 104:13 | 43:20 | 75:7 | 191:6 |
| 165:21 | **Fraser** | **free** | **gavel** | **give** |
| 167:19,21 | 10:7 | 5:8 11:8 | 9:25 | 5:14 15:24 |
| **Fort** | **Fraser's** | 51:6 88:2 | **general** | 16:15 26:13 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 99 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 6 of 216

HEARING - Volume 1                                        APRIL 07, 2009

212

34:19 60:20
91:19,23
162:10,24
165:6 193:3
193:11
**given**
4:11,20
134:18
146:24
150:7
165:11,15
166:4
192:21
**gives**
29:20 36:22
**giving**
5:2 45:4
54:9 125:6
**glad**
121:24
134:11
181:10
**glasses**
167:16,17
**go**
5:22 6:23
8:14 15:18
19:16,16
23:21 24:22
24:24 33:10
34:1 37:16
37:20 42:23
48:13,14,16
49:12,18
50:22 51:1
52:4 56:14
57:2 59:12
59:13,25
60:8 64:9
67:7,24
68:2,3 70:4
70:5,5 72:6
73:13 74:14
78:6 79:4
79:12,17
80:2 94:5
96:18 97:11
97:24

115:16,21
115:24
117:19
133:2
135:25
141:4,24
149:4 152:1
156:18
158:19
159:1 160:8
161:5,8
162:3,13,18
166:23
170:18,18
173:14
177:20
180:11
181:10,11
182:22
184:24
186:23
187:4
192:10
193:18
**goal**
14:2,6 162:1
**goes**
65:13 113:3
137:10
**going**
4:9,22 5:14
5:16,22
6:12,17 7:4
7:5,15 8:12
8:17 9:15
15:3,8 16:2
16:14 18:2
18:18 25:1
26:17,18
28:11,12,13
28:24,25
29:17 31:14
32:7,9,10
32:21 34:3
34:5,6,8,21
34:22 35:12
35:15 36:23
38:3,5 39:5

39:17 40:15
41:19 42:23
45:24 49:5
49:10,13
50:24 51:17
52:3,5
53:25 54:6
59:4,7 63:5
63:15 66:2
66:4 70:21
71:11,23,23
72:1,2,3,7
72:9,9 73:2
73:25 74:9
79:3 83:2
89:15 91:14
95:25 96:24
97:7 100:8
105:5,11
109:11
112:24
113:1
117:25
118:19,21
122:4
126:22
132:8
135:25
149:3 150:9
153:4 158:2
162:16
164:11,13
164:24
170:20
173:5
177:14,20
183:3,6,7
186:8,16
189:13
190:22
192:9
**gold**
174:3
**Gonzalez**
142:15
**good**
21:19 23:1
38:19,25

60:24 65:19
76:20 90:18
121:23
127:5,5
133:23
137:21
139:22
158:2
175:17
178:18
191:14
**gotten**
159:10,11
190:23
**government**
42:18 169:15
**governmen...**
93:17 121:19
125:15
171:3
**Governor**
115:4
**Governor's**
48:2
**Grand**
149:2 150:19
176:5
**granted**
190:20
**grateful**
191:5
**gratified**
192:6
**great**
45:23 80:14
91:4,19
149:24
170:1
176:25
178:23
179:9,10
181:20
183:9
**grew**
19:3 62:1
**grimace**
60:10
**groundwork**

44:15
**group**
6:3,8,9,25
28:4 47:6
49:7 81:10
130:24
150:15
188:18
189:23
191:25
**groups**
123:4 126:18
**grow**
53:10
**guarantee**
120:6
**guardianship**
152:6
**guess**
25:14 33:22
40:2 101:1
110:21
149:13
160:4 163:8
**guy**
131:13
159:19
160:16
163:17
164:12
**guy's**
191:9

---

**H**

**hand**
47:6 71:13
71:14 86:7
88:10 105:8
186:4
**handful**
65:6
**handgun**
129:13
**handicapped**
121:9
**handle**
76:14,16,17
100:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033836

USA_00021576

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 109 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 7 of 216

HEARING - Volume 1                                           APRIL 07, 2009

213

handled
12:19
hands
50:19
happen
28:13 29:18
29:18 33:12
39:15 64:2
65:1 71:23
89:12 112:9
114:10
158:4
193:23
happened
23:6 24:19
81:21
112:15
133:16
143:4
178:13
182:17
happening
80:4 95:4
178:18
happens
12:8,12
14:20 16:25
24:25 29:18
33:13 48:22
65:5 97:15
hard
24:17 30:3
49:3 58:19
84:20,21
115:14
127:9
131:14
152:19,22
154:8
158:12
181:4
185:17
hardship
154:7
harmful
93:12
Harper-Brown
3:12

Harper-Br...
136:15 138:4
Harris
58:14
Harry
85:4
harvesting
49:17 74:7
133:19
head
22:12
headed
86:6 152:15
heading
189:4
heads
71:24
health
114:5 191:9
hear
4:5 5:23,24
6:8,23
11:24 12:11
51:24,25
63:5,22
78:5,21
86:1 117:14
141:3,4
144:25
148:18
195:13
heard
3:22 26:6
30:1 47:15
50:6 53:4
58:12 61:4
69:2 81:6
102:13
104:25
105:15
124:1
132:22
150:22
172:16
hearing
3:19 6:22
7:22 9:2
101:2 116:3

134:19
150:19,20
153:17,21
hearings
58:13 153:19
Heflin
3:12,13
25:17,18,21
25:24 26:5
27:21 28:3
28:7 29:9
29:21,25
32:12,23
38:17 67:3
67:4,16,20
68:5,11,18
68:21
172:13,14
173:2,20,24
177:6,8,14
177:23
178:2
held
150:18
153:19
help
5:3 11:22
23:12 25:1
27:15,25
49:18,19
51:3,5,7,8
53:7,8,9,10
53:12,15,16
54:12 63:2
78:22 123:6
131:4
134:11
158:9
161:22
162:3,16,18
162:21
164:20,23
165:17,19
165:21,24
166:20
167:20,21
172:18
helped

25:5 63:1
76:8
helpful
5:2 65:23
69:20 70:8
helping
54:9 92:16
92:19 125:6
166:19
hesitate
192:21
Hester
2:10 188:10
188:14,14
192:18,19
192:24
193:2,6,10
193:14,17
193:19,23
194:1
hey
192:7
Hi
54:23
Hidalgo
64:8
high
165:19,20
166:20
170:2
higher
45:7 108:4
highest
39:24,25
45:9 49:7
172:17
hire
48:13 61:11
hired
61:15
Hispanic
170:13,15
Hispanics
170:21
history
39:24 123:8
179:17
hold

21:12,12
154:15
162:11
182:3
holistic
118:9
home
19:5,16 49:6
49:8,9
96:19 97:10
113:24
homeless
157:6,8,11
157:13
158:15
159:22
161:22
162:19
163:12
homes
24:22 48:10
48:10,23,23
133:19
honesty
93:4
honor
137:5,10
hook
91:2 185:7
hoops
192:3
hope
110:19,20
162:16
177:1,15
hoped
126:24
hoping
135:19
horror
163:11,25
164:7
hoses
180:9
hot
22:12
hour
175:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033837

USA_00021577

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 101 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 8 of 216

HEARING - Volume 1                                    APRIL 07, 2009

214

hours
75:6 87:2
 94:5 105:14
 134:23
 150:21,22
 184:24
house
 1:1 3:1 4:12
 4:18,20
 5:10 6:12
 8:12,20
 9:11,11,15
 10:6 15:2
 18:13 23:17
 48:17 79:13
 100:13
 115:3 121:5
 126:4 195:6
Houston
 19:17
Howard
 1:15 195:3
 196:6
huge
 170:20
human
 183:25
humbly
 98:25
hundreds
 29:6 58:5
hurdle
 136:4,7
husband
 152:5
hypocritical
 154:4

I
idea
 53:7 65:19
 65:20 89:2
 133:23
ideal
 26:12 131:11
ideas
 5:3 54:10
identific...

10:25 11:1,3
 11:4,9
 14:10 15:10
 15:20,22,24
 26:2,3
 28:12 30:5
 34:8 36:23
 43:9 52:8
 52:25 66:4
 75:24 78:10
 79:11 82:18
 86:12 96:3
 98:15,16
 99:23
 100:18
 101:15
 103:13
 104:18
 106:15
 108:19
 117:1 143:8
 143:18,21
 146:23
 147:1 160:6
 160:15
 163:10
 172:3
 174:18
 184:12
 193:21
identific...
 10:21,22
 33:20
 108:18
 118:15
 161:10
 172:5
identified
 76:3 101:6
 118:14
 154:1 168:4
identifier
 10:20
identifies
 100:10
identify
 30:22 51:7
 77:17

103:18
identifying
 98:1 160:5
identity
 95:18 109:20
 110:1
 125:10
 145:16,20
 174:25
ignorance
 89:9,18,23
ignore
 109:11
III
 1:7
illegal
 15:4 146:17
illiteracy
 167:14,20
imagine
 79:17 116:25
 164:8
immediately
 74:20 76:8
 188:20
impact
 25:13 31:21
 189:7
 190:25
impaired
 189:8
impairment
 152:5 190:17
impersonate
 14:19 57:25
 67:20,23
impersonated
 29:4
impersona...
 14:16,19
 29:7 64:11
 182:21
impersona...
 9:14 16:23
 28:19 63:8
 63:17 64:20
 64:24 65:10
 66:10 69:13

80:22 81:2
 81:9,13
 116:13
 119:23,23
 119:24
 120:1,2,8
 120:13,17
 120:22,22
 122:18
 123:25
 132:6 136:2
 142:13
 143:1 176:7
implement...
 54:11 120:25
 143:24
implications
 95:9 110:17
imply
 9:1
important
 6:12 12:8
 26:24 73:3
 82:22 87:5
 89:19 92:22
 136:19
 141:16
 142:17
impossible
 58:15,18,21
 120:23
 189:15
impression
 36:21 66:3
 133:16
 191:18,19
improprie...
 80:24
inadverte...
 56:6
inaudible
 10:2 12:2
 13:23 25:25
 29:22 32:23
 38:17 40:24
 41:16 42:7
 43:14 44:8
 44:12 46:24

60:17 64:10
 64:21 69:24
 72:5 74:22
 77:18 78:16
 82:5,6
 98:24 102:3
 113:2
 115:19
 122:2,9,11
 129:18
 137:8
 142:25
 144:6,9
 147:16
 149:9,12
 151:8
 161:14,21
 164:18
 176:21
 179:9,14
 186:16
 187:23
incentive
 61:18
incidence
 142:25
incidences
 84:12
include
 116:24
included
 29:24
includes
 83:7
including
 86:14 113:13
 114:4 142:8
 191:17
income
 21:25
incomplete
 52:1
inconsistent
 154:14
incorrectly
 89:19
increase
 87:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033838

USA_00021578

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 103 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 9 of 216

HEARING - Volume 1                    APRIL 07, 2009

215

increased
85:9 88:10
121:12
124:14,15
independent
173:13
INDEX
2:1
Indiana
26:10 46:18
76:12 85:3
91:11 97:17
97:18 99:2
99:7,15
106:12
108:2 112:9
135:1,2
172:1
indicate
11:10 85:23
118:8 155:8
indict
149:3
individual
15:19 16:3
148:24
149:3 160:6
163:24
164:2
individually
6:25
individuals
16:6 30:22
42:18 47:24
48:16 52:20
53:10
151:21
154:6 158:4
173:15
180:2 182:5
182:5
ineligible
59:21,25
151:19
infirmed
78:24
inflation...
171:19

influence
190:3 192:12
192:17
influenced
191:17
inform
118:4
information
5:3 15:10,25
27:12,16
34:19 35:11
35:22 37:21
38:23,25
39:11 46:6
52:16,19
71:25 72:3
72:16,20
74:20 75:3
76:7 78:7
80:3,6,9
88:5 91:23
106:13
118:5 142:9
142:14,18
148:4 149:2
166:20
168:17
informed
37:14
initial
145:14,14
initiated
152:14
inject
142:9
injury
188:11,15,21
188:24
189:5 191:7
ink
137:20
innate
169:9
inquiries
183:7
inquisitive
67:2
inside

73:4
instance
27:22 70:11
81:6 97:21
instances
31:23 47:25
48:19 57:9
79:19 85:11
110:14
114:16
122:18
instill
83:21,24
Institute
85:3
institution
98:17 101:16
instructions
167:10
instrumental
5:2
insurance
114:5
insurmoun...
71:18
integrity
80:14 82:23
136:20
170:2
177:10
intended
8:25 99:22
intending
104:10
intent
9:7,17
103:16
104:9,20
105:13
107:8
109:18
110:16
112:19
114:9 117:9
191:23
intention
5:11 149:21
intentional

56:7 57:6
190:11
intention...
18:2
interest
96:1 192:11
interested
31:13 78:8
101:2
157:14
195:23
interesting
46:20 47:17
80:13 86:5
91:9 156:2
interim
17:3,3
interpreted
105:22
interrupt
40:23 192:21
interviewed
71:1
intimidated
114:12
introduced
113:11
invested
92:8
investigate
14:17,17
28:25 62:12
investigated
31:18
investiga...
80:23
investiga...
70:4,5
investiga...
13:25 143:3
inviting
59:16
involved
89:1 139:13
involvement
27:10
in-depth

130:12
Iraq
137:19,24
issue
3:24 4:6
9:13 13:20
14:9 22:7
22:13 23:10
28:17 40:19
43:14,18
47:16 48:1
50:13,13
64:24,25
70:15 81:16
84:5 86:4
88:8 91:7
93:6 97:17
107:11,16
114:16
117:24
118:6
135:10
149:7
162:19,21
169:20
171:2
172:15
177:12
190:14
issued
85:23 86:9
86:18 96:3
96:8 98:17
99:24 100:1
106:15
117:21
issues
8:24 40:3
41:25 48:4
53:14 54:10
92:8 93:12
105:15
128:10
146:9
150:22
items
102:11 148:5
151:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033839

USA_00021579

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 103 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 10 of 216

HEARING - Volume 1                                    APRIL 07, 2009

216

| | | | | |
|---|---|---|---|---|
| **I.D** | 137:17 | 86:19,23 | **keeping** | 28:17 30:10 |
| 11:5 16:22 | 141:13 | **Jerry** | 50:25 | 30:19 31:10 |
| 16:24 17:13 | 142:20 | 151:22 | **kicked** | 33:7 34:15 |
| 26:9 29:10 | 143:15 | **Jim** | 54:10 | 34:17 36:8 |
| 30:5 32:17 | 144:7,17 | 179:1 181:19 | **kicking** | 40:2 43:22 |
| 39:4,7,7 | 155:24 | **Jimmy** | 115:19 | 43:23 45:16 |
| 40:1 44:2 | 158:5,6,12 | 83:1 86:8 | **kickoff** | 45:19 46:2 |
| 46:3,8 | 158:15,19 | **job** | 152:17 | 46:19 47:14 |
| 50:12,15,23 | 158:24 | 144:5 158:8 | 153:21 | 48:5 49:4,6 |
| 51:8 53:14 | 159:2,11 | 196:11 | **kid** | 49:10,10,16 |
| 53:16 54:1 | 160:20,24 | **joined** | 181:18 | 50:1 51:23 |
| 54:4,6,9,13 | 165:9,13,15 | 155:8 | **kids** | 52:17,24 |
| 71:14,16 | 165:21,23 | **Jose** | 20:19 137:23 | 54:15,16 |
| 77:12 78:3 | 166:4,5,20 | 146:5 | 181:8,24,24 | 58:22,24 |
| 79:3 82:22 | 166:24,25 | **Journal** | 184:25 | 59:25 60:1 |
| 83:6,14,23 | 167:1,6 | 126:11 | **kind** | 61:25 62:1 |
| 84:3,4,14 | 168:1,3,9 | **Jr** | 4:9 5:13 | 62:8 65:21 |
| 85:10 86:12 | 169:25 | 13:23 | 20:16 27:19 | 69:19 70:2 |
| 86:20,25 | 170:11,20 | **judge** | 31:12 33:16 | 70:13,14,23 |
| 87:3,24 | 171:1,3,8 | 29:5 48:12 | 35:11 43:8 | 71:22 72:11 |
| 92:17,18,20 | 171:10 | 48:12,21 | 47:22 50:12 | 73:5,5,10 |
| 92:23,24 | 174:21 | 70:18 71:3 | 65:20 69:4 | 73:13,21 |
| 93:17 94:24 | 176:13 | 120:3,4 | 91:5 95:22 | 74:5,9,15 |
| 95:24 97:8 | 182:12,20 | 178:17 | 103:15 | 74:18,23 |
| 97:11,18,19 | 183:17 | **judges** | 131:13 | 75:12,15 |
| 97:21 | 184:16 | 120:7 | 146:9 | 76:21 77:1 |
| 101:18 | 187:8 | **July** | 150:24 | 78:20,23 |
| 104:6,7 | **I.D.as** | 152:14 | 160:10 | 80:24 81:5 |
| 105:4 106:7 | 125:24 | 153:22 | 165:9 | 81:7,23 |
| 107:13,14 | **I.D.ed** | **jump** | 167:17 | 84:18 89:6 |
| 107:22,24 | 129:14 | 192:4 | 173:15,19 | 89:12,14 |
| 108:13 | **I.D.s** | **junior** | 174:20 | 91:10,23 |
| 109:3 111:4 | 53:8,21 88:2 | 165:20 | **kinds** | 92:15 93:2 |
| 111:7,13,17 | 93:14,15 | **jury** | 105:6 119:22 | 93:2 95:7,8 |
| 111:20 | 97:23 | 71:3 149:2 | 119:25 | 99:12 100:7 |
| 112:2,4,21 | 108:10 | 176:5 | 190:19 | 100:23 |
| 112:23 | 113:3,12 | **justice** | **King** | 101:14,24 |
| 114:9 | 125:12,13 | 128:23 | 179:2 192:13 | 103:21 |
| 115:25 | 125:15 | | 192:13 | 104:15,20 |
| 117:15 | 142:21 | | **knew** | 107:8 113:9 |
| 120:10 | 158:10 | **K** | 133:2 176:6 | 113:16 |
| 121:9,18,19 | | **Karen** | 179:5 | 116:11,21 |
| 121:21,23 | **J** | 143:24 | **know** | 118:17,21 |
| 124:1 125:8 | **jail** | **keep** | 3:20 6:16 | 120:9,16,21 |
| 125:8,17 | 175:13 180:5 | 19:5 50:17 | 8:2,18,20 | 121:21 |
| 127:10,24 | **James** | 50:20 76:19 | 13:18 14:20 | 122:23 |
| 133:13 | 83:2 86:7 | 157:19 | 15:1,15 | 124:2 |
| 135:2,10 | **January** | 189:2 | 18:10 19:4 | 127:16,20 |
| | | | | 127:23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033840

USA_00021580

Case 2:13-cv-00193 Document 663-12 Filed on 11/11/14 in TXSD Page 104 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 11 of 216

HEARING - Volume 1                                    APRIL 07, 2009

217

128:1,13,25
131:11,14
132:2,6
133:10,10
133:21
134:6,7
135:25
136:8,8,14
136:17
137:16
138:6,25
139:6,10,25
141:8
143:16
145:6 146:3
147:4,7,8
149:16
151:23
154:19
159:6,20
161:17
163:1,4
165:12
166:4 173:4
174:19
175:5,12,13
176:5
178:12,13
179:1,5,9
181:10
182:14
184:8 185:3
186:3
187:11
188:25
189:4,18
191:22
192:5,13
knowledge...
80:13
known
81:4
knows
15:13 72:6
73:4 122:20
137:21

L

lack
26:9 30:5
39:7 143:8
143:20
146:25
lady's
119:14
laid
71:13
Lampasas
122:15,16,19
language
5:4,7 6:19
31:8 33:17
33:19,23
34:7,25
35:3,6 36:6
36:11,16,21
37:2,5,11
38:10 40:15
51:17 95:18
98:13 99:1
99:4,4,17
104:13,15
105:24
109:17
117:7,10
Lare
181:19
Laredo
19:17 61:9
large
22:8 43:23
159:21
larger
108:5
late
191:22,24
Latino
142:7 146:4
laudable
162:1
law
10:17,18,22
10:23,24
12:20 30:10
40:1 75:11
78:7,11

84:7 94:1,9
94:12 95:18
95:19 99:15
100:9
104:16,17
104:19
105:22
106:8,12,14
106:24
107:4 115:4
133:3
143:17,24
161:3,3
172:2
175:12
184:10
187:22
lawful
182:20
laws
97:16 154:2
175:16
lawsuit
36:2
lawsuits
69:6
lawyer
11:25
lay
4:1,22
156:17
laying
7:12,19
lays
10:6
lead
59:23 142:16
leaders
148:19
leads
62:10 120:12
League
28:5 42:19
learned
142:23
leave
7:11 53:3
66:3 67:2

169:9
leaves
58:17
led
191:12
left
86:16
legal
17:4,5,10,12
66:9,15
76:3 83:7
123:12
134:1
141:12
142:4,6
148:20
152:5 154:1
164:15
183:12
legally
123:23
141:15
183:11
legis
95:17
legislation
3:19 4:22,23
9:3,8 22:11
89:11,20
91:14 92:10
107:20,21
110:18
133:12,17
135:8
Legislative
142:3
legislature
14:3 22:15
41:21
126:14
131:15
184:11
legitimacy
107:12
legitimate
16:12 73:14
74:23
103:14

107:9,16
147:7
171:24
172:6
legitimately
80:10
length
49:13
lengthy
86:9
lesson
123:8
letter
87:23 105:4
let's
11:15 40:12
40:13,14
53:23 66:7
66:13 96:12
114:7,25
126:25
128:11
131:6,8
132:2
186:23
level
115:9,11
leveled
148:24
license
37:21 51:22
52:2 72:18
91:24 92:21
93:14 94:14
94:16,20,24
96:2,9,22
105:25
106:12,15
106:24
107:5,15
110:6 111:6
111:13,17
112:5,22
119:19
129:13,14
129:25
144:3
145:19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com