Case 2:13-cv-00193   Document 662-13   Filed on 11/11/14 in TXSD   Page 1 of 96
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 12 of 216

HEARING - Volume 1                                    APRIL 07, 2009

218

| | | | | |
|---|---|---|---|---|
| 166:8,25 | 157:23 | 73:7 149:1 | 168:16 | 132:7 136:3 |
| 167:5 | 165:23 | **lives** | 170:25 | 170:13,13 |
| 170:19 | **listed** | 19:4 | 187:21 | 185:3 |
| **licenses** | 144:3 | **living** | 192:8 | **love** |
| 17:13 88:3 | **listen** | 63:19,20,20 | **looked** | 91:19 130:11 |
| 121:17 | 10:11 69:25 | 102:9 | 14:23 31:22 | 131:3,11 |
| **life** | 191:3 | 117:17 | 64:23 69:16 | 144:21 |
| 189:20,25 | **listened** | 149:21 | 86:10 88:5 | **Lucero** |
| 191:14 | 13:19 132:23 | 159:24 | 133:1 | 143:25 |
| **lifetime** | **listening** | 189:18 | **looking** | **luckily** |
| 131:20 | 105:14 145:3 | **lobby** | 23:10 92:13 | 178:12 |
| **life-long** | **lists** | 126:18 | **looks** | **lucky** |
| 147:23 | 11:2 100:20 | **local** | 63:11 | 79:5 158:20 |
| **light** | 100:22 | 30:14,14,18 | **loosy-goosey** | **Lufkin** |
| 5:16 161:11 | **litany** | 48:1,4,4 | 137:14 | 91:24 94:5 |
| 190:14 | 105:15 | 80:5 120:15 | **lose** | 94:14,20,25 |
| **light's** | **literally** | 157:14 | 137:1 179:22 | 97:9,12 |
| 141:3 | 167:19 | 170:7 | **loses** | 104:3 |
| **liked** | **litigation** | **locations** | 107:13 | 105:25 |
| 30:1 | 25:4 142:10 | 3:18 110:15 | **losing** | 106:1 110:6 |
| **likewise** | 142:15 | **lodge** | 61:11,16 | **Luis** |
| 190:15 | **little** | 192:10 | **lost** | 2:7 141:22 |
| **like-minded** | 16:19 20:2 | **logged** | 84:10 136:17 | 141:23 |
| 6:1 | 59:2,6 62:6 | 120:14 | 139:4,24 | 142:1,2 |
| **limit** | 62:6 108:4 | **logistics** | 141:15 | 145:2,10,13 |
| 6:20 8:10 | 136:5 | 95:10 110:18 | **lot** | 146:19 |
| **limitation** | 148:13 | **Lone** | 3:21 13:20 | 147:4,6,11 |
| 4:10 | 185:20 | 174:23,25 | 19:25 23:9 | |
| **limited** | **live** | **long** | 26:19 30:12 | **M** |
| 158:17 | 20:24 21:4,6 | 5:22 25:14 | 30:12 31:13 | **mad** |
| **limits** | 22:20 23:2 | 52:17 55:5 | 62:9 81:17 | 92:1 |
| 105:9 | 54:17 92:3 | 60:8 94:21 | 84:18 88:25 | **magic** |
| **Linda** | 95:2 105:21 | 164:1 166:3 | 89:1 100:7 | 134:8,12 |
| 136:15 | 145:6 | 177:19 | 103:19 | **mail** |
| **line** | 149:20 | 191:23 | 112:10 | 18:12 19:10 |
| 105:4 158:16 | 169:12,21 | **longer** | 119:21 | 19:11,21 |
| **list** | 169:22 | 21:24 121:3 | 125:6 | 20:21 21:8 |
| 10:20,21 | 170:12 | **look** | 131:23 | 21:9 23:19 |
| 11:5 63:11 | 176:18 | 4:3 27:18 | 135:8 136:9 | 47:5,7,8,11 |
| 69:16 74:13 | 181:18,24 | 29:3,4 | 146:2 | 47:16,20 |
| 75:4 83:5 | 181:25 | 33:10 46:4 | 157:15,23 | 50:13,14 |
| 98:14 | 182:6 184:8 | 61:11,24 | 158:4 159:5 | 73:16 74:9 |
| 100:18,19 | 185:10,22 | 63:10,15 | 159:8 163:6 | 74:14 75:5 |
| 101:3 102:5 | 185:23 | 86:3 97:7 | 163:7 166:3 | 84:24 |
| 112:19 | 186:14 | 97:16 102:8 | 182:14 | 128:12,13 |
| 116:23 | 190:25 | 117:14 | 184:9 | 133:4,8 |
| 118:14 | **lived** | 120:18 | **lots** | 136:2 162:9 |
| 146:22 | 22:20,21 | 125:23 | 71:7,7 128:6 | 171:13 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033842

USA_00021582

Case 2:13-cv-00193   Document 662-13   Filed on 11/11/14 in TXSD   Page 2 of 96
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 13 of 216

HEARING - Volume 1                                        APRIL 07, 2009

219

mailbox
68:3,4
mailboxes
24:16
mailed
48:15 74:14
 74:16 162:5
 162:9
mailman
68:2
mail-in
18:21 62:15
 62:23 66:19
 67:12
 130:12,15
 130:19
 132:2 136:7
 172:15
 173:5,15
 174:14,16
 174:20
 175:19
main
21:17,21
 121:7
mainstream
53:9
maintain
48:9,10
 101:8
major
27:4 32:4
 71:24
majority
60:21
making
79:15 80:6
 89:18 92:18
 95:12 99:19
 134:6
 154:21
 155:1
MALDEF
141:23 142:4
 142:6,16
mama
19:4
mandate

16:8
mandated
108:12,14
manner
4:13 10:13
 191:5
margin
83:18
Mario
116:15,16
Mark
2:10 122:5,6
 188:10,14
 188:14
 192:19,24
 193:2,6,10
 193:14,17
 193:19,23
 194:1
marked
15:22 27:22
markets
71:24
marking
30:6
married
144:12
marrying
146:5
Marshall
175:11 178:9
 178:13,19
 178:21,25
 179:5,18
 181:20,21
 181:25
 182:1,15
 183:13
Mary
2:5,8 90:12
 90:17,17,22
 91:2 93:9
 93:22,25
 94:4,12
 95:21 97:3
 97:6 98:2,4
 98:8,25
 99:9,20

100:4
101:12,21
102:6,16,21
102:25
103:6 104:1
104:4,11,21
104:25
105:12
107:1,6
108:6,20
109:13,23
110:11,24
111:2,9,14
111:18,21
111:25
112:7,14
113:1,6,18
113:21
115:7,13
116:4,6,14
117:3,7
118:21,24
127:6,8,16
127:18
147:13,16
147:18,21
147:21
148:10,15
148:17
149:10,13
149:19
151:6,10,17
153:2,5,8
153:16,21
153:25
154:18,22
155:3,17,22
155:25
156:3,7,9
Maryland
108:3
Mary's
101:22
Master's
191:9
match
97:12 105:5
 120:18

145:20,22
145:24
146:8
matches
160:9
matching
146:10,10
mater
117:5
matter
4:15 6:3
 15:14 78:17
 157:16
 192:8
maxim
91:5
mayor
53:5
ma'am
104:4 124:24
 126:9 130:5
 134:15
 155:25
 165:10
mean
18:2 19:20
 21:11 26:17
 28:12 29:17
 29:18 35:4
 36:10 39:1
 51:21 57:24
 58:20 71:6
 71:22 79:8
 89:23 96:24
 104:16
 108:20,22
 113:21
 114:15
 118:9,12
 126:8
 159:18
 162:18
 163:4
 192:10
meaningful
52:15
meaningless
46:17 52:14

means
47:23 123:12
 125:7
meant
47:19 66:18
measure
190:5
measures
123:22
mech
100:9
mechanisms
10:15 83:19
 89:16 164:1
medals
189:24
Medicaid
102:19 175:1
Medicare
102:19
meet
88:25 97:19
meeting
7:16 86:2
 152:17
member
8:1 140:14
 188:15,16
members
4:2,8,13
 7:14,17,21
 10:9 11:9
 11:16 13:10
 13:18 16:16
 18:13 22:12
 41:12,18,21
 41:23 60:4
 67:1 80:12
 85:25 86:10
 88:13 90:9
 115:12
 116:20
 121:25
 122:3,5
 124:2,3,9
 140:20
 147:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033843

USA_00021583

Case 2:13-cv-00193  Document 662-13  Filed on 11/11/14 in TXSD  Page 3 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 14 of 216

HEARING - Volume 1                                      APRIL 07, 2009

220

151:4,5
155:10
156:6,17
161:19
163:23
168:19
178:6 188:5
193:4
**membership**
189:12
**memory**
190:17,17
**men**
180:18
**mention**
44:25 148:6
148:8
**mentioned**
30:3 42:18
45:6 72:12
85:14,17
150:16
**mercy**
128:23
**merely**
51:1
**message**
176:12 177:1
**Methodist**
111:7
**Mexican**
63:20,24,25
142:3
**Mexicans**
63:19,21,23
**Mexico**
137:11,24
**Michigan**
110:14
114:14
**Mickey**
81:7,11
**microphone**
148:13
151:12
**middle**
13:13 191:11

**midnight**
123:1
**migrant**
145:5,17,17
**migrants**
145:7
**migrated**
178:21
**miles**
175:12
**military**
154:11
**million**
40:6 78:2
93:15 118:9
121:17,18
121:18
125:14
**mind**
5:18 57:12
60:9 90:15
125:20
134:18
**mine**
61:15 72:14
129:25
**mine's**
135:25
**minor**
79:22 191:10
**minorities**
79:1 91:16
123:16
**minority**
31:20 85:1,8
108:5 124:3
**minute**
43:1 47:17
56:3
**minutes**
5:15,19
93:19
**misleading**
31:9
**mission**
173:14
**Mississippi**

108:3
**Missouri**
85:5
**misspoke**
66:16
**mistakenly**
57:2
**mistakes**
89:18
**mister**
143:1
**misunders...**
105:18
**misunders...**
155:2
**mobile**
51:5
**model**
169:15
**mom**
92:1
**moment**
47:21 71:11
91:8
**money**
30:12 51:15
93:2 107:17
115:20
117:18,21
117:22,25
118:10
121:14
168:4,5,8
177:18
**Montgomery**
114:2
**month**
140:15
**months**
161:8,9
**morning**
3:25 4:1
118:18
170:7
**Morrison**
144:10,10
**mother**

33:7 58:2
65:5 71:4
97:9
**Mouse**
81:7,11
**mouth**
118:11
148:14
**move**
5:10 19:5
123:6
137:24
190:12
**moved**
6:18 144:4
**moves**
146:2
**movie**
179:10
**moving**
4:21
**multiple**
69:9 84:16
137:22
**murder**
30:16 58:23

─────────
         **N**
─────────
**naive**
59:2,6
**name**
6:13 13:11
13:12,13
22:24 59:16
61:3,4
68:15 70:9
80:2 81:3
81:13 82:14
83:7 90:16
90:20 97:19
98:10 110:4
119:8,11
141:24
142:2
144:12
146:7,7,8,9
146:22
147:20,21

151:21,22
152:1,7
160:9,9
169:3
182:15
188:13
**named**
180:2
**names**
63:12 69:21
79:9 81:11
81:24,24
84:16,19
146:3,4,4
182:13
**name's**
157:5
**Naranjo**
2:5 90:12,17
90:18,22
91:2 93:9
93:22,25
94:4,12
95:21 97:3
97:6 98:2,4
98:8,25
99:9,20
100:4
101:12,21
102:6,16,21
102:25
103:6 104:1
104:4,11,21
104:25
105:12
107:1,6
108:6,20
109:13,23
110:11,24
111:2,9,14
111:18,21
111:25
112:7,14
113:1,6,18
113:21
115:7,13
116:4,6,14
117:3,7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033844

USA_00021584

HEARING - Volume 1                                    APRIL 07, 2009

221

```
118:21,24          156:22            new                24:4 73:19         24:22 48:9
narrowly           171:15            4:15 6:23          118:7 170:6        48:22,23
148:22             173:8 175:8       88:2 94:17         noted              49:6,8,9
nation             176:11            95:23 142:9        113:17
30:25 31:1         185:20           182:1               notes              ———————
39:25              187:11,12         newlywed           165:1                    O
169:13             needed            144:11             notice
177:4              12:9,13 34:1      news               5:12 35:7          oath
National           109:20           138:16             noticeable         174:4
180:15,17          135:8 173:7       nice               113:25             objection
nations            needs            125:3               noticeably        53:20 54:3
176:16             14:11 27:11       night              113:17            obligations
nationwide         27:16 28:14      26:6 30:2           noticed           7:22
83:17              31:9 32:14        60:8 104:24        62:22             obstacle
nation's           73:9 76:7        122:24             notified           170:21
176:24             78:21 121:3       123:8 124:1        10:15             obtain
nature             121:4 152:4      140:17             number            103:12 125:7
73:20 174:24       176:10            156:16            3:23 10:14         171:21
189:5 193:1        neighborhood      nip                11:21 25:9       obtaining
nearby             165:14            177:20             39:6,18,20        11:10
163:6              neither           noise              40:5,6           obviously
nearly             195:19            60:13              43:19 69:6        4:7 41:23
67:7               never             non-citizen       69:17 70:19       42:4 84:19
necessarily        14:15,18,21      14:21,24           77:3 80:9         84:25 171:3
53:7 54:13         14:23 18:15       16:19,23          83:9 92:7,8       occasion
149:6 176:3        19:25 20:1        19:20 64:12       94:15 95:4        64:19
necessary          23:22 24:1        non-citizens      100:19,23        occur
5:6 7:22           24:10,10         17:5               102:5,11          10:17 81:10
104:23             27:5,20           non-germane       103:8,17          146:2
168:3              28:19,19,21      9:2                 115:25,25        164:11
190:10             29:6,7 32:3       non-photo          125:19           occurred
need               33:13 36:7       10:22 11:4,5       127:19            24:19 150:15
7:11 15:5,18       36:8 39:15        71:16             138:20           occurring
26:15 27:7         43:9 57:11        108:17            139:10            114:17
27:7,9 31:5        57:25 58:5        142:21             143:7 161:4      occurs
31:6 34:21         59:22 61:7        non-photo...      174:13            58:4
34:23 37:7         63:16 64:1       11:1 172:5         numbers          offensive
37:7 50:22         64:3,4,11         non-photos        18:10 22:8       60:14 63:3
52:3,14            64:12 69:22      100:19             30:3 39:8        offer
60:15 72:5         70:6,22           non-resid...      43:2,23,24       8:14 150:5
73:11 77:14        76:21 94:6       146:17             43:25 79:5       189:20
78:11,21           114:22            north             146:16           office
79:4 83:18         129:16,21        114:19             174:10           13:22 30:11
84:13 88:9         132:11            150:19            numerous          31:18,18
106:5 121:2        143:14            notable           43:22 46:10       48:15 75:7
128:10             164:11           114:18             113:24           75:14 87:2
133:13,23          nevertheless     note               152:10           121:15
135:25             61:17                                nursing          149:4 195:9
                                                                         195:17
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033845

USA_00021585

Case 2:13-cv-00193 Document 662-13 Filed on 11/11/14 in TXSD Page 5 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 16 of 216

HEARING - Volume 1                                    APRIL 07, 2009

222

| | | | | |
|---|---|---|---|---|
| **officer** 143:25 | 141:3,6,22 147:18 148:15 151:6 153:2 153:25 154:18 156:7,23,24 156:25 161:18 162:15,25 168:15 173:2 178:11 183:7 184:3 193:25 | 41:20 **operate** 68:7 **operating** 14:13 **operations** 176:24 **opinion** 60:19 107:18 125:5 129:1 133:1,5 171:17 | 3:2 5:5 6:11 10:13 18:8 20:3 65:17 71:25 73:19 81:24 174:25 **ordered** 171:12 **ordinary** 29:14 **organic** 189:6 | 160:16 ─────── **P** **page** 2:12 158:13 170:8 **paid** 47:25 48:5,8 49:20 81:25 140:14 **paint** 169:23 |
| **offices** 74:15 | | | | |
| **official** 50:23 78:18 | | | | |
| **officials** 15:11,25 16:1 20:17 51:13 69:21 80:5 130:24 | | | | **pan** 29:1 |
| **oftentimes** 69:2 | | **Opitz** 2:8 147:13 147:16,18 147:21,22 148:10,15 148:17 149:10,13 149:19 151:5,6,10 151:17 153:2,5,8 153:16,21 153:25 154:18,22 155:3,17,22 155:25 156:3,7,9 | **organization** 19:23 20:5 115:12 142:6 189:11 191:12 | **panel** 4:3 5:20 41:21,23 126:13 193:4 |
| **oh** 12:5 28:22 28:24 33:7 122:25 149:10,17 149:18 156:3 162:7 165:12 | **Oklahoma** 96:21 111:6 **Oklahomans** 96:12 **old** 33:10 102:22 103:10 133:3 181:25 182:18 184:4 | | **organized** 24:7 25:10 47:18,19,22 47:23 48:24 57:18 68:7 | **paper** 170:7,8 **papers** 65:20 117:21 117:22 |
| **okay** 8:5 9:21 12:21,22,25 13:5 16:13 17:3 18:5 25:16 26:15 28:8 36:15 37:10 38:13 38:16 44:5 45:5 54:19 55:10,19 56:19 60:4 62:18 64:13 65:2,8 66:12 68:20 76:9 77:21 81:20 87:17 93:18 97:4 98:13 101:21 111:11,22 116:5,17 119:16 122:14,17 123:3 129:2 138:8 140:7 140:19 | **older** 126:16,18 **once** 66:11 67:2 135:1,14 166:21 177:20 **onerous** 152:24 154:5 154:13 **ones** 83:5 136:11 136:23 **one's** 40:10 176:23 **one-time** 171:22 **online** 114:24 **open** 11:15 144:20 **opening** | **opponent** 139:20 **opportunity** 5:18,21 10:10 16:16 26:13 27:24 60:20 78:9 106:21 148:3 161:5 187:17 193:4,12 **opposed** 67:7 **opposition** 86:14 142:5 144:20 **opted** 172:2 **order** | **originally** 91:25 **ought** 44:21 **outcome** 195:23 **outcomes** 18:9 **outside** 32:3 113:15 **out-coming** 96:12 **out-of-state** 111:5,12,16 112:5,22 **overflow** 4:7 **overlook** 188:17 **overriding** 14:2 **overturn** 61:12 **owns** | **paperwork** 107:12 **parents** 114:4,6 170:16 **park** 21:11 **part** 5:25 6:1 48:7 96:2 101:16 105:7,9 107:23 133:11 150:15 172:6 189:14 **participate** 115:15,17 152:19 154:9,12 157:16 **participated** 150:10 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033846

USA_00021586

Case 2:13-cv-00193 Document 662-13 Filed on 11/11/14 in TXSD Page 6 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 17 of 216

HEARING - Volume 1                                      APRIL 07, 2009

223

participa...
116:8
particular
6:1 51:10
56:16,16
70:11 93:10
93:11 95:25
100:25
101:1
141:18
152:24
154:13
189:10
190:23
particularly
80:25 123:15
141:16
158:6
parties
27:13 28:1
52:18,19
78:8 80:25
195:21
parts
145:7
party
152:14
153:18
168:25
pass
9:25 121:23
158:14
167:16,18
170:18
180:10
passed
25:4 62:25
115:3 121:3
121:4,5
135:1,8
158:13
passport
117:21 129:3
path
168:9,10
pathetic
49:11
paused

47:21
pay
59:14,15
93:1,4
107:17
121:14
171:11,23
paying
21:24 68:15
Pena
3:6,7 10:1,2
10:4 11:15
11:20 12:2
60:23,24
61:2,10,17
61:23 62:3
62:11,14,18
62:21 63:2
63:18,25
64:4,13,17
65:2,8,15
66:12,16,23
77:6,9,15
77:18
106:10
140:23
141:20
144:23
145:3,11
146:12
pending
4:16 10:7
penitentiary
173:17
175:21
Pennsylvania
110:14
114:14
people
6:5 15:24
16:7 19:1,3
19:7,21
20:11,24
21:4,15,19
23:1,1,24
24:10,12,14
24:22 25:9
26:21 27:13

28:10,13
29:2 31:6
31:10,22,23
32:5,6,10
32:15 33:1
33:5,6,18
37:6,24
39:18 42:22
43:8,16,19
45:17 48:5
48:9,14,24
49:1,9,19
49:19 51:3
51:4,7,15
51:16,20
52:18 53:8
53:13,15,21
53:25 54:3
54:9,12
56:14 57:20
58:8 59:5,8
59:15,16,17
59:20,25
62:1,2,8
63:4,10,16
64:16 65:17
66:3 67:8
67:19,21,23
67:23 69:9
69:17,18
70:16,17,21
70:21 71:2
71:7,21,21
72:14 73:19
74:13,21,24
75:3,4,4
76:2,21
78:19,22,23
79:2,10,12
79:14 81:1
81:7,11,17
81:22 82:2
82:7 89:18
91:16 92:16
100:24
102:22
103:8,18
107:8 108:8
108:15

114:10,17
116:14
118:11
120:19
123:9 125:6
125:8,24
126:24
129:21
132:11
134:5 139:7
141:9 143:7
145:25
146:3,25
147:3 150:1
150:5
151:18
152:19,21
152:22,25
154:8,9,10
154:10
157:6,12,13
157:13
159:9 160:7
161:22
162:8,10
165:8,11
167:19
168:1
169:16,19
170:9,16
176:8 181:3
182:22
184:9 185:3
people's
26:19
percent
72:14 83:22
84:2 85:9
93:16 108:2
108:8,11
116:8
165:15
166:5
169:21
173:18
178:1
percentage
32:5 39:5

51:4 108:2
108:21
165:7
percentages
43:25
perfectly
57:17 60:9
187:20
period
5:19 13:19
15:11 23:17
26:18 39:17
53:20 54:1
76:2 86:17
87:4 164:3
175:25
176:24
permanent
17:4,5,11,12
22:21 91:25
perpetuating
121:22
person
6:2,4 11:24
14:18 27:23
28:15,20
29:10 34:20
57:16 58:16
63:12 69:3
69:8,8,15
70:3,9,23
72:6 76:25
78:9 79:17
96:3,8,21
103:10,10
106:16
110:8
117:21
120:9 143:4
169:17,24
171:14
173:3
personal
96:3 106:15
107:18
110:13
152:3 173:8
176:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033847

USA_00021587

HEARING - Volume 1                                    APRIL 07, 2009

224

personally
87:1 120:9
  170:11
  172:25
  177:17
persons
34:3 72:21
  83:3
person's
83:7,8 98:16
perspective
118:10
persuade
106:21
persuasive
103:21
phonetic
23:16 25:3
  62:22 97:22
  142:16
  143:25
  146:6
  152:16,17
  181:19
photo
10:21 11:3
  50:15 51:8
  53:8,14,16
  53:21 54:1
  54:4,6,9
  71:14 78:3
  82:22 83:14
  83:23 84:3
  84:4,14
  85:10 86:11
  86:25 87:2
  87:24 92:23
  92:24 93:14
  93:15,17
  94:24 97:20
  98:10,14
  100:18
  107:22,24
  108:9,12,19
  109:2 112:3
  112:21,23
  116:25
  117:15

118:15
121:9
142:20
155:24
158:19,24
159:2,11
160:20
166:24
167:1,5
168:1,3,9
171:3,8,10
172:3,5
174:18
176:13
photograph
83:8 98:17
  110:5
photographic
10:25
physical
189:7 191:10
pick
82:7
picked
139:20
piece
4:16,22
  91:14,22
  92:5,10
  93:5
piecemeal
68:14
pieces
9:3 107:21
pitching
26:21
pivot
71:11
placard
31:15
place
5:5 15:7,8
  22:20 24:6
  28:10 30:19
  31:21,24
  32:4,5,20
  40:1 48:20
  52:5,9

57:20 58:9
66:7,14
69:20 70:22
72:7 78:19
79:4,6,18
83:4,19
84:18 89:17
144:19
152:8 158:8
171:10
176:6 186:9
190:23
192:11
places
31:15,20
  32:10 33:6
  70:16 71:7
  71:8 94:22
plaintiffs
142:17
plan
130:24
Plano
147:22
platform
136:11
players
81:6
please
3:3 5:12
  6:20 41:11
  42:8 60:12
  73:9 82:14
  90:15,21
  119:8
  147:19
  151:13
  152:9 169:3
  188:13
plenty
108:22
point
5:17,20 6:20
  7:2 9:18
  12:12,23
  40:23 42:24
  67:5 75:22
  99:15,15,18

103:7
105:17
109:7,16
110:2 141:7
141:19
152:12
153:1
175:17
183:2
pointed
141:8
pointing
88:8
points
40:14 67:5
182:25
183:22
police
143:25
policy
5:9 85:4
political
27:25 98:18
101:16
157:17
173:10
politically
50:8
politics
48:8 64:19
66:20
Polk
19:17 20:13
  20:14,15
  21:22,23
  22:23
poll
69:3,7,16
  70:1,9
  83:22 84:1
  93:3 99:11
  100:10
  101:10
  105:2,10
  106:21
  109:21
  110:7 112:3
  114:20

171:17,23
polling
15:7 24:6
  28:10 30:19
  31:15,20,24
  32:4,5,10
  32:20 33:6
  48:20 52:5
  52:9 57:20
  58:8 66:7
  66:14 69:20
  70:16,22
  71:7 72:7
  78:19 79:4
  79:6,17
  83:4 110:15
  192:11
polls
16:23 31:10
  51:21 56:15
  59:9 80:22
  86:20 87:10
  87:12 91:13
  108:15
  111:5
  112:12,20
  157:19
  160:8
  161:15
  162:13,14
  163:3
  171:25
  172:8
poor
85:1 121:8
  157:7,11,13
  174:23
population
167:14
portion
37:2
posed
43:9
position
24:23 176:23
possessions
163:12
possibility



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033848

USA_00021588

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 8 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 19 of 216

HEARING - Volume 1                                          APRIL 07, 2009

225

164:25
**possible**
10:14
**possibly**
57:15 121:5
123:11
158:23
174:12
**post**
79:8 178:12
**potential**
108:13
142:12
146:11
**practical**
162:2
**practice**
43:10 95:10
99:1,10
175:24
**practicing**
13:25
**Prairie**
150:19
**precinct**
19:8 29:19
56:16,18,24
57:3 149:20
149:25
151:18,19
154:3
**precincts**
85:2,8
**precinct's**
150:11
**precludes**
152:21
**preface**
26:6
**preferences**
5:9
**preferred**
76:13
**prepare**
142:20
**prepared**
133:22

**present**
3:14,16 10:5
11:23 12:9
27:2 50:23
51:2 57:11
58:8 82:17
86:20
142:21
148:4
155:24
161:12
165:16
177:15
**presentation**
6:10 96:6
106:18
**presented**
15:10 56:3
109:22
110:9
122:23
126:15
160:16
**presenting**
83:4 120:10
**presently**
66:1
**presentment**
95:16 109:25
**presents**
152:24 154:5
**preserve**
23:18
**President**
83:1 86:6
90:23,24
**Presidential**
53:24 86:5
143:13
**Presidents**
90:14
**press**
126:15
**pressure**
89:14 180:9
**presume**
3:17 108:1
**presuming**

159:20
**presumption**
9:18 95:13
95:21 108:3
**pretty**
52:14 167:18
**prevalent**
67:12
**prevent**
83:20 148:6
**prevented**
16:24 84:13
**preventing**
142:13
**previous**
45:7
**previously**
125:24 190:9
**primary**
31:4 39:2
75:22 76:5
84:23
121:17
143:12
148:23
**principles**
165:4
**printed**
126:10
**prioritize**
132:1
**privacy**
79:11,24
**private**
111:23 112:4
112:23
113:13
116:22
117:1 118:3
178:17
**privilege**
176:15,18,25
179:19,21
**privileges**
177:4
**privy**
150:14

**proactively**
53:16
**probably**
14:20 51:24
65:6 69:17
86:1 89:10
92:1 100:12
134:25
142:22
162:7,19
165:14
166:5
**problem**
15:13,16,17
23:11,14,23
30:21 31:2
37:18 38:11
44:21,23,23
47:9,9
62:15 66:19
69:16 71:22
73:6,16,17
81:16,17
82:2 84:7
91:8 97:16
104:17
109:13
119:15
120:13
124:18
127:23
130:13
131:4,17,18
132:1,6
133:14,18
133:23,25
136:8 143:2
143:22
145:14
154:14
158:9,25
159:2,13
160:5 166:2
167:9,14,15
167:16,21
174:16
**problems**
40:4 79:8

105:6
112:17
128:6,13
132:3 133:8
136:3,5,9
136:10
145:5,12
174:5
**procedural**
8:3,19
**procedure**
145:24
**proceed**
7:4 12:4
141:17
**proceeding**
195:22
**process**
32:13,14,14
34:11 39:4
83:22 86:4
115:21
134:4 136:6
136:13,14
139:14
150:9
152:15,20
153:19
157:17
158:19
163:2
165:18,24
170:2 171:1
174:20
175:3 189:9
190:6,8,22
192:1
**processes**
136:3
**product**
63:8
**Professio...**
82:25
**program**
121:11
**prohibiting**
8:10
**promise**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033849

USA_00021589

Case 2:13-cv-00193  Document 663-13  Filed on 11/11/14 in TXSD  Page 9 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 20 of 216

HEARING - Volume 1                                    APRIL 07, 2009

226

131:5,7
**promote**
142:7
**prone**
189:3
**proof**
82:17 84:10
109:21
110:9
**proper**
15:9,11,20
29:10
100:11
101:11
103:13
104:19
144:17
146:23
**properly**
15:15
**proponent**
172:1
**proposal**
167:25
**proposed**
55:7 142:19
142:22
**proposing**
34:3
**prosecute**
50:1,7 58:15
58:18 173:9
173:14
**prosecuted**
31:17 49:3
69:5 70:25
148:21,22
173:6,10
**prosecuting**
58:23 173:11
**prosecutor**
30:18 173:1
173:14
177:11
**prosecutors**
30:14,15
**prosperity**
169:16 184:6

**prosperous**
53:9
**protect**
82:23 142:7
152:9
**protected**
91:17
**proud**
157:15
169:12
**prove**
12:15 84:21
120:8,12,13
120:23
122:21
125:10
127:24
128:1,2,2
136:19
174:24
**proved**
24:18
**provide**
10:19 11:8
21:18 36:12
36:17 78:7
79:11
125:12
136:20
143:15
154:7
162:17
168:1 172:4
**provided**
78:11 80:14
171:9 172:4
**provides**
10:14 51:15
106:20
**providing**
78:10 88:2
**provision**
12:17 26:9
27:2
**provisional**
12:14,19,23
14:11 15:21
15:21 16:10

25:22 27:2
27:5,23
29:14,14,15
30:4,6 34:4
34:16 35:16
36:12,14,17
37:6,12,13
37:25 38:8
38:20 39:6
52:13 67:6
75:25 76:14
77:4,11
86:22,25
143:6,14,17
143:20
144:2
146:20,24
163:25
184:14
187:24
**provision...**
76:22,23
77:12
**provisions**
113:12,17
**psychology**
191:10
**public**
4:8 10:15
11:8,9
71:17 80:3
83:25 85:4
85:5 96:4
106:16
113:14
118:16
140:8,12,14
140:18
191:20
**publicly**
78:8
**publish**
74:13
**pull**
15:23 148:13
**purchase**
171:22
**purple**

169:23
**purpose**
11:10 30:7
100:15
153:16
193:1
**purposes**
10:12 11:11
15:23 56:21
65:23 85:24
171:4,14
**pursuant**
12:19
**pursuing**
89:24 170:10
**pursuit**
107:10
**put**
31:15,19,20
31:21 32:2
50:25 59:17
70:3 72:3
80:7 81:17
94:15
115:25
118:10,11
118:18
121:11,12
150:1
173:17
175:13,20
**puts**
73:18 184:11
**putting**
31:6
**p.m**
150:21

---

**Q**

**qualified**
14:4,5 26:22
27:15 28:11
28:15 32:11
32:21,25
72:8,21
102:1
144:14
146:18

**qualifies**
101:17
**qualify**
98:20 174:25
**question**
8:3 12:4
23:8 33:22
38:18 59:1
66:17 67:9
68:6 73:10
78:14 79:25
80:16,21
82:21 92:13
101:24
103:11,25
109:1,15
115:2
116:11
137:17
138:20
140:3
144:24
153:10
155:13
159:17,18
177:17
183:5,10,25
186:24
187:6,9,17
193:8
**questionable**
139:10
**questions**
5:21 11:16
11:16 16:17
33:24 41:22
42:2,5 62:9
73:2 75:17
88:13 90:8
116:19
121:24,25
125:19
140:21
144:21
147:10
151:2,5,5
155:10
156:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033850

USA_00021590

Case 2:13-cr-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 10 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 21 of 216

HEARING - Volume 1                                    APRIL 07, 2009

227

161:19
162:2
168:18,19
172:12
178:6
181:14
182:3 188:4
193:5
**quick**
54:2 151:17
159:18
**quickly**
17:18 71:12
101:5 115:1
158:22
174:5
**quite**
19:7 45:10
88:5 112:9
125:23
**quorum**
3:16
**quote**
83:3 126:7
127:3,5
**quoted**
58:12
**quoting**
108:22

**R**

**race**
48:2,3 49:14
**races**
48:3 180:19
**radio**
51:25
**raise**
33:24 34:14
**raised**
38:18
**raising**
38:11
**ramificat...**
173:11
**rampant**
175:19

**Randall**
2:3 11:24
13:6,9,12
13:13,16
17:8,14,22
17:25 18:5
18:20,23
19:14 20:6
20:10 21:1
21:5,9,12
21:16,21
22:6,14
23:15 24:14
25:6,8,12
25:20,23
26:3,15
28:2,5,9
29:13,23
30:9 32:19
32:24 34:2
34:12,20
35:2,6,9,17
35:21 36:1
36:7,13,20
37:4,15,19
38:2,8,12
38:15 39:12
39:16 40:8
40:17,20
41:16 42:10
42:14 43:3
43:7,12,15
44:5,9,13
44:20 45:5
45:11,19
46:14,16
47:2,12,24
49:22 50:10
51:11 53:19
54:19 55:2
55:6,11,15
55:17,25
56:8,12,20
57:8,19,23
59:10 61:1
61:6,14,20
61:24 62:4
62:12,17,19

63:1,9,23
64:1,6,14
64:22 65:3
65:11,16
66:13,22
67:14,18,22
68:9,12,20
69:10,14,25
70:10 71:19
73:12 74:1
74:8 75:9
75:12,19
76:6,16
77:13,16,21
78:12,17
79:16 80:1
81:15,20
82:3,6
**range**
171:21
**rape**
58:24
**rapes**
30:15
**Raphael**
128:24 129:4
**rarely**
73:4
**Rasmussen**
84:1
**rationally**
40:13
**reaching**
59:8
**reacting**
114:17
126:19
**reaction**
39:22 41:7
60:12
**read**
28:20 35:18
36:21 37:2
58:1 87:22
138:16
170:6
**readily**
190:14

**reading**
167:16,17
**real**
12:8 62:16
71:22 83:6
86:12 91:22
115:15
172:24
191:4
**realistic**
131:12,13
**reality**
64:18
**realize**
64:24 65:3
96:13
176:11
**realized**
118:18 191:9
**really**
13:13 17:18
17:18 23:24
30:21 42:17
42:19 44:16
44:21 54:8
56:17,17
57:5 58:9
59:18 70:2
72:21 73:3
78:20 87:8
92:8 97:1
101:1
102:10
115:1 118:6
127:9,22
130:25
132:4
137:24
151:17
152:21
154:4
**reason**
4:4 21:17,22
50:4 74:23
76:22,23
83:14
107:23
135:9 136:1

136:2
146:18
147:8
189:10
**reasonable**
4:9 16:3
76:2 164:3
**reasons**
50:6 86:14
123:25
144:19
157:25
192:3
**recall**
12:17 87:14
**received**
114:1,22
169:11
**receives**
42:2
**recession**
110:21
**recognize**
64:18
**recognized**
3:21
**recognizes**
10:5
**recommend**
86:11,16,17
102:7
159:16
**recommend...**
86:24 87:9
87:15
**recommend...**
161:14
**recommending**
87:24 88:12
**record**
6:14 77:20
85:23 90:15
130:16
155:8 183:9
**records**
84:15
**recount**
138:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033851

USA_00021591

Case 2:13-cr-00193 - Document 663-13 - Filed on 11/11/14 in TXSD - Page 11 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 22 of 216

HEARING - Volume 1                                    APRIL 07, 2009

228

recounted
139:20
red
118:19
reduction
173:18
reference
112:16
referred
49:16,17,17
referring
43:24 44:2,3
  140:17
reflection
53:6
reforms
126:16
refuted
56:3
regard
25:5 57:18
  104:16
  108:11
regarding
9:13 108:13
regardless
60:20 96:9
  182:19
regards
65:9 66:18
  105:16
regional-...
173:21
register
20:15 21:22
  59:19 87:13
  92:24 94:16
  105:21
  115:24
  152:7
  159:12,12
  161:23
registered
19:24 33:9
  64:15 81:18
  81:23 93:23
  94:11 108:9
  112:11

121:16,20
125:16
143:25
144:11,11
159:4
registering
24:23 59:5
  81:1 114:3
registrant
94:18
registrar
27:12 72:2
  114:2
registrars
16:1 51:13
Registrar's
75:7
registration
13:2 21:23
  26:1 29:16
  33:9 37:22
  49:7 50:18
  55:23 56:4
  59:8,14,20
  68:13 72:13
  82:5,7 83:5
  87:25 92:17
  105:5 110:3
  114:22,23
  120:11
  121:13
  124:14
  129:10,13
  129:22
  133:11
  146:8 152:8
  160:22,25
  161:3
  165:22
  166:7 196:7
regressing
113:7
regressive
91:14
regular
29:12 144:14
  145:25
  158:5

regulation
145:23
rehabilit...
191:8
rejected
44:16,17
related
4:13 80:21
  173:11
  182:15
  195:20
relates
80:25
release
114:1
relevant
103:25
relief
66:25
reluctance
58:21
rely
9:7 45:12
remark
41:8
remarks
152:18
remedied
39:2
remedy
130:18 150:4
remember
22:12 23:16
  40:4 67:24
  92:14 126:3
  134:25
  140:9
  154:21
  155:1
remove
33:23 37:11
  105:1
  174:19
removed
146:15
renew
170:19

Rep
88:18
repeat
153:15
repeating
69:4
report
85:23 86:1,9
  86:17 166:1
reported
84:1
Reporter
195:4
REPORTER'S
2:12
represent
6:14 60:21
  87:21 88:4
  90:16,21
  99:24
  110:23
  119:9,11
  130:24
  141:25
  147:20
  169:4
  188:13
  189:25
represent...
3:9,11,13
  7:7,8,10,24
  7:25 8:6
  9:10,19,22
  10:5,8,9
  11:18 12:3
  12:7,21,25
  13:4 16:17
  16:18 17:9
  17:15,23
  18:4,18,21
  19:12 20:4
  20:8,22
  21:3,7,10
  21:14,20
  22:2,4 23:7
  24:12 25:2
  25:7,11,16
  25:17,18,21

25:24 26:5
27:21 28:3
28:7,17
29:9,21,25
32:12,23
33:3,14,16
34:10,13,24
35:4,8,13
35:19,24
36:4,9,15
37:1,9,17
38:1,5,10
38:13,16,17
39:14,19
40:9,18,24
41:2,5,9,13
42:7,11,13
42:25 43:5
43:11,13,17
44:7,11,18
45:3,9,18
45:21 46:15
46:21,23,25
47:3,14
49:15,23
50:11 53:2
54:7,21,23
55:4,10,13
55:16,19,24
56:2,10,19
57:4,10,14
57:22 58:11
60:6,16,23
62:25 65:18
67:3,4,16
67:20 68:5
68:11,18,21
68:23,25
69:12,24
70:7 71:9
72:24 73:1
73:22 74:3
75:1,11,16
77:24 80:16
80:18,19,20
81:19 82:1
82:4 88:19
88:20,23
89:22 90:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033852

USA_00021592

| | | | | |
|---|---|---|---|---|
| 90:5 92:14 | 136:18,22 | 180:13,16 | 86:19 | **respectfully** |
| 98:19,23 | 136:25 | 180:20,24 | 107:22 | 40:21 |
| 99:14 102:2 | 137:7,12,23 | 181:7,13,17 | 137:15 | **response** |
| 103:3,22,24 | 138:2,8,12 | 181:23 | 145:22 | 39:22 60:13 |
| 104:2,5 | 138:17,22 | 182:10 | 171:20 | 62:24 |
| 106:6,19 | 139:2,11,15 | 183:1,4,8 | 176:13 | **responsib...** |
| 108:25 | 139:19,23 | 183:16,19 | **required** | 176:25 |
| 109:4,5,8 | 140:4,7,10 | 183:23 | 84:4,11 | **responsibly** |
| 109:10,14 | 140:13,16 | 184:3,18,23 | 92:18,23,25 | 177:3 |
| 109:24 | 140:19,24 | 185:4,8,12 | 143:15 | **rest** |
| 110:22,25 | 141:2,6,21 | 185:15,19 | 145:24 | 4:19 |
| 111:3,11,15 | 143:5 | 185:24 | 171:7 | **restrict** |
| 111:19,22 | 146:12,13 | 186:1,5,8 | 187:23 | 25:9 |
| 112:1,8,18 | 147:2,5 | 186:13,18 | **requirement** | **restricted** |
| 113:5,8,19 | 149:8,11,17 | 186:25 | 51:10 75:24 | 18:1 |
| 114:25 | 149:18 | 187:3,7,10 | 78:3 171:10 | **restrictive** |
| 115:8 116:2 | 151:7,13 | **represent...** | **requirements** | 190:8 192:2 |
| 116:5,10,17 | 153:10,11 | 1:1 7:11 | 71:17 83:10 | **result** |
| 117:4,13 | 153:13,20 | 102:13 | 85:19 97:19 | 89:9 133:14 |
| 119:2 122:2 | 153:23 | 195:7 | 99:16 160:7 | 148:23 |
| 122:6,8,11 | 154:17,19 | **representing** | 160:15 | 149:24 |
| 122:13,16 | 154:25 | 13:7 28:23 | 161:13 | 150:5 |
| 122:22 | 155:6,12,15 | 90:12 119:5 | 163:11 | **results** |
| 123:2,21 | 155:20,23 | 147:13,23 | **requires** | 30:13 |
| 124:8,20,21 | 156:1,11,14 | 157:5 169:1 | 10:19 106:12 | **return** |
| 124:22,23 | 156:24 | 188:18 | 106:14 | 38:20 39:10 |
| 124:25 | 157:21 | 189:23 | 143:18 | 44:1 87:1 |
| 125:3,18,22 | 161:19,20 | 191:25 | 171:2 | 143:9,9 |
| 126:2,6,10 | 161:25 | **represents** | **requiring** | **returns** |
| 126:12 | 162:15,25 | 83:6 157:2 | 10:24 11:7 | 114:6 |
| 127:2,7,11 | 164:17,18 | **Republican** | 82:17 83:14 | **revelations** |
| 127:15,20 | 165:5,6 | 50:2 86:6 | 108:18 | 59:3 |
| 128:4,8,14 | 166:6,13 | 119:6,12 | **resided** | **revisit** |
| 128:19 | 167:2,8,13 | 130:23 | 148:25 | 181:5 |
| 129:5,9,15 | 167:22 | 141:16 | **residency** | **Rhonda** |
| 129:19,24 | 172:13,14 | 144:1 | 93:13 149:5 | 1:15 195:3 |
| 130:3,6,8 | 173:2,20,24 | 168:25 | 149:6 | 196:6 |
| 130:14,18 | 174:6,7 | 169:6 | **resident** | **ribbons** |
| 130:21 | 175:14,17 | 181:15 | 17:11 106:1 | 189:24 |
| 131:6,8,21 | 175:22 | **Republicans** | **residents** | **Rice** |
| 131:25 | 176:1,20 | 50:4 84:6 | 17:4,6,12 | 111:19 |
| 132:10,15 | 177:5,6,8 | 135:7 | 19:7 56:18 | **Richie** |
| 132:18,21 | 177:14,23 | **request** | **resolve** | 152:17 |
| 132:23,25 | 178:2,7,8 | 195:8 | 126:15 | 153:14,25 |
| 133:9,17 | 178:11,20 | **requesting** | **respect** | **rid** |
| 134:13,16 | 178:24 | 85:19 118:1 | 41:11 112:19 | 24:7 74:6 |
| 134:21,24 | 179:4,8,13 | **require** | **respectful** | **ridiculous** |
| 135:4,12,18 | 179:16,23 | 14:9 82:22 | 60:15 | |
| 135:23 | 180:1,4,8 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033853

USA_00021593

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 13 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 24 of 216

HEARING - Volume 1                                APRIL 07, 2009

230

| | | | | |
|---|---|---|---|---|
| 26:16 | 178:1,20 | 89:17 | 12:18 25:25 | schools |
| **rig** | 179:18,19 | **rooting** | 26:6 27:25 | 111:23 |
| 18:3 | 179:19,24 | 89:23 | 32:13 33:12 | **search** |
| **right** | 180:5,7,10 | **rounding** | 37:10,11 | 47:9 143:2 |
| 3:15 7:3 | 180:23 | 39:8 | 42:11,17 | **seat** |
| 11:17 13:15 | 181:22 | **Roy** | 43:6,7,8 | 138:14 139:4 |
| 16:9 26:2 | 183:12,13 | 192:13 | 44:6,19,22 | **second** |
| 31:24 32:15 | 184:6 | **Royce** | 50:21 56:5 | 73:24 106:3 |
| 37:15,20 | 186:25 | 152:16 | 57:6 59:23 | 106:4 107:7 |
| 38:1 39:5 | 187:22 | **rude** | 64:2,3 | 120:12 |
| 39:12 41:9 | 190:1,24 | 60:14 | 71:16 78:5 | **seconds** |
| 41:13 52:13 | 192:20 | **rule** | 94:11 114:2 | 5:16 93:8 |
| 52:24 55:8 | **rights** | 41:15,17 | 115:18 | 151:16 |
| 55:9 61:23 | 91:18 142:8 | **rules** | 126:23 | **Secretary** |
| 62:3,11,21 | 142:8 152:9 | 6:11 8:20 | 153:14 | 13:22 83:1 |
| 64:9 74:19 | 152:10 | 11:23 144:4 | 159:7 | 86:7 121:15 |
| 75:20 81:19 | 179:1 | 154:2 | 160:13 | **section** |
| 85:13 86:15 | 183:25 | 161:17 | 161:8 | 92:13 96:1,2 |
| 88:15 92:18 | **Rio** | **running** | 184:25 | 101:14 |
| 92:23 95:23 | 61:7 | 16:2 48:11 | 189:21 | **securing** |
| 96:15 98:5 | **risk** | **RV** | **says** | 169:18 |
| 103:6 | 51:7 | 20:25 21:2,3 | 19:6 28:24 | **security** |
| 109:22 | **roadblocks** | 21:11 22:21 | 34:15 44:22 | 54:6 72:19 |
| 111:24 | 157:19 | **RVs** | 47:6 52:10 | 83:9 87:10 |
| 112:4 | **Robin** | 20:12 | 71:24 83:3 | 88:9 94:15 |
| 113:18 | 2:4 82:12,15 | | 91:24 96:18 | 102:19 |
| 115:23 | 82:15 85:16 | ___S___ | 96:20 98:14 | 115:25 |
| 118:22 | 85:21 87:16 | **s** | 108:24 | 161:15 |
| 123:5,23 | 87:18 88:17 | 30:11 31:17 | 121:15 | 166:17,22 |
| 127:7 128:8 | 88:22 89:5 | 85:4 | 126:14,18 | 166:22 |
| 137:11 | 90:1,4,7,10 | **safeguards** | 164:15 | 168:12 |
| 140:24 | **role** | 144:17,18 | **SB-362** | **see** |
| 141:10,12 | 3:3 88:1 | **Safety** | 10:6 | 27:14 28:13 |
| 144:19 | **roles** | 11:8 96:4 | **scare** | 29:15 30:23 |
| 146:19 | 29:16 | 106:16 | 32:3,4 51:20 | 43:1 58:2 |
| 147:6 153:5 | **roll** | **sake** | 52:8 | 65:9,23 |
| 153:20 | 94:25 97:13 | 105:19 | **scenario** | 66:20 69:4 |
| 157:18 | **rolls** | **San** | 163:24 | 75:23 79:24 |
| 158:23 | 13:3 59:17 | 19:16 24:21 | **school** | 81:16 82:9 |
| 159:3,24,25 | 59:20 81:18 | 142:7 | 20:18,19 | 119:3 125:4 |
| 160:3 161:6 | 84:16 110:9 | **sat** | 85:4 92:4 | 126:19 |
| 161:7,23 | 120:19 | 154:20 | 96:18 99:25 | 146:10 |
| 163:18 | 145:21 | **satisfying** | 100:5 | 147:17 |
| 164:12 | 160:9 | 191:5 | 106:24 | 148:2 |
| 165:2 | **room** | **saw** | 165:20 | 154:12 |
| 167:10 | 53:11 91:5 | 71:12 155:20 | 166:20 | 159:3 |
| 170:1 176:2 | 96:15 120:6 | **saying** | 191:11,13 | 165:11 |
| 176:8 177:3 | **root** | | 191:20 | 167:19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033854

USA_00021594

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 14 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 25 of 216

HEARING - Volume 1                                    APRIL 07, 2009

231

170:19
172:25
173:18
174:13,22
175:23
176:15
179:10
185:2
**seeing**
126:19,21,23
**seeking**
50:12
**seen**
24:20,20,21
24:21 28:19
28:21 48:23
57:25 61:3
64:20 69:7
69:10,22
73:7 82:7
132:8,11
**segment**
62:6
**seldom**
33:13 57:23
**self**
176:23
**sell**
49:18
**Senate**
4:16,17,19
5:5,6,8,9
6:17,21 8:7
8:15 9:7,9
10:12,14,16
10:18,23
11:14 12:12
13:8 14:8
17:10 18:19
19:9 24:25
31:8 33:17
33:19 34:25
36:6,16,20
37:16,18
51:14 53:1
65:9 66:1
66:20 82:13
82:16 83:12

85:20 90:14
98:14 99:22
104:13
105:23
107:23
109:17,20
111:4 112:6
113:20
115:3
117:10
119:7
130:16
134:19
142:5,19,23
144:18
147:14
157:3
167:25
169:2,6,7
169:25
172:2
188:12
**Senate's**
8:13
**Senator**
23:16 48:2
50:21 92:9
94:23
152:16
**Senators**
18:13
**send**
166:21
**sending**
176:12
**senior**
90:25 102:14
133:19
**seniors**
121:8
**sense**
55:20 95:15
**sensitive**
50:8 54:8,15
**sentence**
87:23 151:14
**separate**
50:12 146:25

**separately**
9:5
**September**
85:24
**serious**
18:7,8 114:3
176:11
**seriously**
81:22 176:12
**served**
47:5 142:16
150:12
157:17
**service**
19:22 21:19
162:10
**services**
20:11 196:7
**session**
17:2,2,2
113:10,10
133:12
**sessions**
22:13,17
23:18 113:9
**set**
3:19 37:5
80:10
**seven**
26:11 27:8
38:20 62:20
**shape**
169:10,10
**share**
125:5 130:21
189:2,11
190:20
191:24
**shared**
192:7
**sharing**
192:14
**sheet**
55:13 158:14
158:14
167:9,10
**shelter**

157:9 162:7
162:8 175:8
**shelters**
159:25
**sheriff**
20:18 31:12
**shift**
154:10
**shine**
190:13,13
**shopping**
149:25
**short**
13:18 39:17
74:8 191:23
**Shorthand**
195:3
**shortly**
172:23
**short-term**
190:16,17
**show**
33:20 39:10
50:19 70:1
71:14,15
112:20
115:19
144:6 174:3
174:20
**showed**
34:16 85:5,7
111:5
165:17
167:9
**showing**
84:16
**shown**
114:11
**shows**
29:10
**sic**
20:10 38:21
103:4
113:24
141:7,11
146:1 148:6
160:6
182:16

**sicked**
180:6
**side**
61:15,16
69:6 178:21
**sidebar**
109:11
**sides**
3:23 50:9
87:9 131:15
**sign**
52:9 56:22
80:2 81:10
159:7,12
**signature**
69:4 83:8
86:23
**signatures**
29:3 63:11
63:14 69:22
120:18
173:7
**signed**
63:12 69:8,8
69:17 115:4
151:21
**significant**
39:18,20
107:20
127:3
**signing**
70:9
**similar**
77:14 96:8
97:16 99:1
99:3 145:4
150:22
152:11
**simple**
15:19 137:3
**simplest**
10:18
**simply**
9:17 15:5
33:20 35:25
58:4 86:13
88:8 99:23
100:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033855

USA_00021595

Case 2:13-cv-00193 · Document 663-13 · Filed on 11/11/14 in TXSD · Page 15 of 96
Case 1:12-cv-00128-RMC-DST-RLW · Document 214-2 · Filed 06/20/12 · Page 26 of 216

HEARING - Volume 1                                    APRIL 07, 2009

232

103:17
160:7
183:10,24
**simultane...**
87:11
**single**
14:24 151:25
186:17
**sir**
16:18 80:17
85:16 93:22
94:4 98:2,8
99:9 109:23
110:11,24
122:12
124:19
132:20
138:1,11,25
161:24
172:21
177:13,22
178:3,10
183:18
**sit**
31:11
**situation**
20:23 31:11
134:3
172:19
180:13
193:13
**situations**
27:19 144:15
146:20
150:14
152:11
**six**
4:12,12
121:1
158:18
166:1
**skip**
105:20
**Skipper**
2:6 119:5,10
119:11,17
122:15,20
122:25

123:7 124:7
124:12,24
125:2,11,21
125:25
126:5,9
127:1,4,8
127:12,17
127:22
128:5,9,17
128:21
129:7,12,17
129:23
130:1,5,9
130:17,20
131:2,7,10
131:23
132:5,13,17
132:20
133:6 134:2
134:15,20
134:23
135:3,11,17
135:20,24
136:21,24
137:3,9,13
137:25
138:5,10,15
138:19,25
139:9,13,17
139:22
140:2,6,8
140:12,21
140:22
141:7,10
**sleeping**
159:22
**slight**
105:18
**small**
20:13 37:2
108:2
131:17
192:15
**smart**
134:9
**Smith**
3:1,4,5,15
7:8,13 8:1

8:5,22 9:16
9:21,24
10:3,8,9
11:21 12:5
12:16,24
13:1,5,11
13:15 16:13
22:10 33:14
40:22,25
41:4,6,10
41:14,17
42:8 46:23
54:21 60:4
60:7,18
66:25 68:23
75:20 76:9
76:24 77:8
77:19 78:1
78:16 79:7
79:23 80:11
80:17 82:10
85:13,17,22
87:17,20
88:18 90:8
90:11,20
91:1 93:8
93:18,23
94:2,9
95:12 96:25
97:4,25
98:3,6,13
98:21 99:3
99:12,18,21
100:6
101:19,23
102:4,12,17
102:23
103:1,7,23
104:8,12,22
105:1
106:11,20
107:2,19
108:7,23
109:2
116:19
117:6
118:13,23
119:1,4,16
121:25

122:3,10,12
124:22
127:13
130:6
134:13
140:20
141:1,4
147:10,12
147:17,19
148:8,12,16
149:15
151:4,9,11
151:15
153:1,3,6
153:11
155:7,14
156:5,8,10
156:13,20
157:1,22
159:17
160:1,4,14
161:2,11,18
163:8,16,21
164:6,21,24
165:3
167:24
168:11,15
168:22
170:24
174:6 177:5
178:5
186:22
187:2,9,16
188:4,9
192:18,20
192:25
193:3,7,11
193:15,18
193:20,25
**SMU**
101:22
**Social**
54:5 65:24
72:19 83:8
94:15
102:18
115:25
166:17,22

166:22
168:12
**society**
53:17 136:12
190:25
**socioecon...**
79:1
**soft-spoken**
149:14
**sole**
11:10
**solution**
23:14 54:17
73:6,23,24
119:14
134:10
143:2
**solutions**
74:4
**solve**
124:18 131:4
131:9
133:11,13
133:24
158:24
**solved**
131:19 136:5
169:20
**solving**
131:3 133:25
**somebody**
24:5 27:11
44:22 54:20
56:6 62:5
65:4 69:17
69:19 70:5
75:14,15
136:1
181:18
**somewhat**
16:15 190:8
**son**
181:9
**soon**
131:19
**sorry**
12:5 16:14
40:22,25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 - Document 663-13 - Filed on 11/11/14 in TXSD - Page 16 of 96
Case 1:12-cv-00128-RMC-DST-RLW - Document 214-2 - Filed 06/20/12 - Page 27 of 216

HEARING - Volume 1                                    APRIL 07, 2009

233

| | | | | |
|---|---|---|---|---|
| 90:22 | specifically | started | statement | 172:21 |
| 102:25 | 106:12 | 4:3 127:9 | 134:17 | 173:3,23 |
| 103:6 106:5 | 146:25 | 129:3 157:8 | 154:21 | 174:2 |
| 117:13 | spend | starting | statements | 175:10,15 |
| 122:13 | 4:11 44:6 | 13:22 | 134:17 155:1 | 175:18,23 |
| 130:1 | spent | state | states | 176:14,22 |
| 149:14 | 3:21 20:1 | 3:18 6:2,13 | 30:2 42:16 | 177:13,22 |
| 151:10 | 23:9 30:12 | 10:19 11:12 | 46:18 68:8 | 177:25 |
| 156:3 177:6 | 177:18 | 14:23 17:13 | 83:6 85:20 | 178:4,10,15 |
| 177:6 | 188:23 | 18:7 30:25 | 87:12 88:1 | 178:23 |
| 192:19 | spoiled | 31:1 39:21 | 92:20 95:5 | 179:3,7,11 |
| sort | 173:7 | 39:23,25 | 97:1 112:16 | 179:15,21 |
| 10:20 61:12 | spoke | 48:2,6 77:7 | 114:13 | 179:25 |
| 61:18 78:7 | 6:4 150:17 | 82:14 83:1 | 117:20 | 180:3,7,12 |
| 154:21 | spot | 83:17 86:7 | 137:4 | 180:14,18 |
| 162:14 | 22:22 | 86:19 90:16 | 164:15 | 180:22 |
| sorts | sprayed | 96:9,14 | statewide | 181:6,12,16 |
| 24:17 | 180:9 | 98:18 99:25 | 48:3 65:7 | 181:22 |
| sounds | spring | 100:4,5,21 | 77:3 78:4 | 182:9,25 |
| 36:18 101:5 | 25:14 148:1 | 101:17 | State's | 183:3,6,15 |
| source | 148:23 | 108:8 113:3 | 13:22 121:15 | 183:18,21 |
| 49:24 | 150:12 | 113:14,15 | state-issued | 184:2,4,22 |
| south | 152:13 | 115:23 | 93:15 97:8 | 185:2,6,10 |
| 61:4 112:17 | St | 117:2 118:2 | 97:18 | 185:13,17 |
| 145:6 | 101:22 | 118:4 119:8 | statistical | 185:22,25 |
| Southern | Staff | 121:19 | 45:1 46:5,17 | 186:3,7,11 |
| 111:6 | 142:3 | 125:15 | statistician | 186:15,20 |
| speak | stand | 126:12 | 45:12 | 187:6,15,19 |
| 7:16,19 | 6:9 70:3 | 130:15 | statistics | 188:7 |
| 60:20 157:6 | standard | 136:10 | 42:16 76:19 | steps |
| speaking | 95:17,18 | 141:24 | status | 79:9 87:13 |
| 6:8,9 51:12 | 100:14,17 | 142:22 | 114:5,23 | Steve |
| 51:13 | 101:9 | 145:16 | 144:12,13 | 169:5 |
| speaks | 109:25 | 147:19 | 145:22 | stick |
| 6:2 | 110:1 | 150:2 | statute | 16:14 137:20 |
| special | standing | 153:19 | 92:5,19 | sticking |
| 15:21 26:8 | 48:21 | 155:16 | 96:20 | 125:1 |
| 27:22 30:6 | standpoint | 157:14 | staying | stolen |
| 34:4 36:13 | 79:12,12 | 163:11 | 130:9 | 84:10 158:3 |
| 37:5,24 | Star | 169:3,9,11 | stays | 159:19 |
| 152:4 | 174:23 175:1 | 170:4 | 129:25 | 160:17 |
| 172:25 | Starr | 173:16 | step | 161:4 |
| 173:13 | 64:9 | 175:20 | 47:22 126:25 | 163:13 |
| 177:11 | start | 188:13 | 128:15 | stood |
| 181:20 | 71:20 91:4 | 195:2,4 | 170:1 | 135:13 |
| specific | 126:19 | stated | 174:18 | 169:13 |
| 12:17 73:9 | 174:3 | 46:1 125:13 | Stephan | stop |
| 111:10 | | 177:19 | 168:24 169:5 | 17:10 74:18 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033857

USA_00021597

Case 2:13-cv-00193 · Document 663-13 · Filed on 11/11/14 in TXSD · Page 17 of 96
Case 1:12-cv-00128-RMC-DST-RLW · Document 214-2 · Filed 06/20/12 · Page 28 of 216

HEARING - Volume 1                                    APRIL 07, 2009

234

| | | | | |
|---|---|---|---|---|
| 121:22 | 117:17 | 135:5 | 28:23 | 164:13 |
| 151:2 153:4 | 119:19 | **suffering** | **supporting** | 169:23 |
| **stopped** | **students** | 125:9 | 62:7 171:6 | 179:25 |
| 15:17 | 91:10,12,15 | **suffer-age** | **supportive** | 180:3 181:4 |
| **stopping** | 91:17 93:11 | 123:6,9 | 141:11 | 182:12,19 |
| 142:12 | 93:15 95:3 | 141:9,15 | 142:25 | 183:11,14 |
| **story** | 96:1,11,11 | **sufficient** | 182:2,4 | 183:20 |
| 163:11,25 | 96:23 97:1 | 26:20 101:4 | **suppose** | 186:23 |
| 164:8 | 97:21 | 117:2 | 100:20 | 187:4,5 |
| 191:23 | 101:22 | 168:12 | **supposed** | 193:2,8 |
| **straight** | 102:9 | **suggest** | 16:10 65:12 | **sustained** |
| 16:21 | 110:15,23 | 31:3 40:21 | 80:6 123:18 | 150:3 |
| **strange** | 112:10 | 45:15 | 123:19 | **sway** |
| 63:15 | 113:22 | **suggesting** | **suppress** | 192:16 |
| **street** | 114:1,2,7 | 74:12 76:17 | 46:9 85:10 | **swing** |
| 126:11 | 114:19,21 | **suggestion** | 133:20 | 114:13 |
| 159:22 | 115:5,10,10 | 98:22 | 134:1 | **switch** |
| 195:9,17 | 116:13,22 | **suggestions** | **suppressed** | 156:17 |
| **strengthen** | 117:23 | 8:19 | 46:9 124:17 | **sympathetic** |
| 126:15 | 118:3,3 | **Suite** | 124:19 | 163:17 |
| **stricken** | 145:5,17 | 196:8 | **suppression** | **sympathize** |
| 96:7 | 191:11,18 | **sum** | 85:1 128:10 | 123:10 |
| **strict** | **study** | 167:6 | 133:15 | **system** |
| 121:4 | 17:1 85:2 | **summarizes** | 134:4 | 18:3 73:13 |
| **strictly** | 152:15 | 87:23 | **Supreme** | 87:24 89:14 |
| 68:8 | 153:18 | **summary** | 46:18 96:18 | 89:15 91:6 |
| **strike** | **stuff** | 10:13 75:21 | 171:17 | 135:22 |
| 113:3 | 30:16 31:19 | **summer** | **sure** | 137:5,6,10 |
| **stringent** | 117:24 | 152:13 | 7:13 8:9 | 137:14 |
| 83:12 85:18 | 179:22 | **summoned** | 15:1 16:20 | 150:6 |
| **strive** | **subdivision** | 173:4 | 17:16 20:23 | |
| 105:11 | 98:18 101:17 | **supplied** | 26:25 27:11 | |
| **strong** | **subject** | 38:24 | 28:14 31:23 | **T** |
| 27:3 | 4:14 5:1 | **supply** | 31:24,25 | **tackle** |
| **strongly** | 88:5 171:24 | 27:15,15 | 32:25 33:2 | 132:2 136:7 |
| 144:16 | **submitted** | 52:16 | 33:8 53:21 | **take** |
| **structure** | 75:4 195:15 | **support** | 63:5,18 | 6:17 40:10 |
| 76:1 | **Subsection** | 55:3,7,8 | 65:5 79:15 | 48:18 53:23 |
| **struggle** | 117:15 | 83:23 84:13 | 79:19 83:19 | 58:22 62:24 |
| 172:20 | **substitute** | 119:13 | 84:20 89:11 | 68:3 123:12 |
| **student** | 5:8 | 172:8 | 89:12,16 | 124:13 |
| 90:25 96:16 | **successes** | 177:16 | 94:8 101:13 | 129:19 |
| 97:23,24,25 | 189:25 | 182:11 | 123:17 | 136:15 |
| 98:9 99:23 | **successful** | 183:14 | 124:5,10,12 | 141:17 |
| 99:25 101:7 | 53:17 | **supporter** | 125:25 | 150:2 |
| 101:17 | **successfully** | 178:18 | 137:21 | 151:15 |
| 107:13 | 173:9 | **supporters** | 141:12,14 | 161:13 |
| | **suddenly** | | 147:7,21 | 165:25 |
| | | | | 174:17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006716

TX_00033858

USA_00021598

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 18 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 29 of 216

HEARING - Volume 1                                      APRIL 07, 2009

235

```
175:13          103:8 108:7     63:10 71:21     56:11 105:4     141:8 144:9
176:12          109:18,19       77:3 78:18      170:18          144:25
177:2           119:22          79:3,7          testified       145:4
184:25          135:1           90:21 93:20     55:5 127:18     168:23
190:21          159:21          97:4 134:12     170:25          172:16
192:9           174:11          138:10          testify         174:3,8
taken           176:3           139:3           3:18 4:6,8      Texans
24:15,16        180:25          157:10          6:13 12:1       83:22 169:8
86:13           184:9           158:11          13:8 82:13      170:22
119:24          talks           160:24          82:20           Texas
174:14          184:12          162:13          100:24          1:1 17:19,21
175:2 176:4     tangential      169:17          130:10          18:6,11
190:4           189:3           190:1 191:6     132:8 139:1     19:23,24
195:22          taped           telling         150:21          20:1,25
taken-for...    154:23          6:5 35:22       172:23          21:4 23:2,3
190:22          Tarrant         51:23 62:13     testifying      24:20 49:6
takes           150:23          70:21 75:13     6:16 82:16      61:5 62:1
5:22 158:11     taught          185:4,7,9       90:14 119:6     68:6,8,10
161:8 166:1     191:11          187:11          147:14          83:17,23
166:3,21        tax             tells           157:3 164:8     84:7 90:12
190:20          21:25 22:3,3    34:7 35:10      168:25          90:24,25
talk            22:5,6 93:3     47:13 75:14     188:11          91:24 92:3
17:18 40:12     114:6           temper          testimony       93:21 94:5
40:13,14        171:17,23       128:23          2:2 4:25        94:14,16,20
43:1 52:7       taxpayer        temporary       5:15 6:14       94:25 96:13
63:15           177:16          150:17          6:21,22         96:13,17,21
114:25          teacher         ten             11:7 13:20      96:18,19,20
120:24          191:12          6:5 61:22       26:7 30:2       97:14 98:1
128:25          teaching        157:9           37:3 42:3       99:8 100:21
165:12          191:20          158:18          47:15 49:25     101:7,20
talked          Tech            166:1           50:6 53:4       106:1,23
16:19 95:14     114:1           173:25          54:18,25        108:4
102:14          technical       191:12,19       55:21 56:11     113:23
130:13          11:6 146:9      ten-vote        60:12,13        114:8 115:1
158:23          technology      63:13           68:22 70:8      115:5,24
175:7 181:2     169:25          term            75:17 76:25     116:13
talking         television      47:19           80:13 91:4      118:4 119:5
36:10,18        71:24           terms           91:19           119:11
37:18 43:19     tell            16:21 17:16     103:21          121:19
47:20 48:25     14:14 16:4      38:14 47:6      105:14          122:15
56:9 57:15      21:24 27:4      76:14 85:19     116:18          125:15
57:19 60:2      27:18 29:2      100:9,17        118:16          126:14
65:6 78:23      32:6,19         101:9           119:21,25       135:19
78:24 79:1      33:6 34:6       107:11          125:14          142:7
79:21 91:16     34:22,23        146:21          132:24          143:16
99:7,8,10       38:4 46:20      151:12          134:18          145:6,7
99:13           47:23 48:19     161:14          140:9,12,18     147:22
102:24          49:5 51:16      test            140:18          150:19,19
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006717

TX_00033859

USA_00021599

Case 2:13-cv-00193 · Document 663-13 · Filed on 11/11/14 in TXSD · Page 19 of 96
Case 1:12-cv-00128-RMC-DST-RLW · Document 214-2 · Filed 06/20/12 · Page 30 of 216

HEARING - Volume 1                                    APRIL 07, 2009

236

158:20
166:24
169:1,10
170:5 171:8
181:3,20,21
181:25
182:1
183:13
187:14
188:12,16
195:2,4,6
195:10,18
196:6,8
**text**
95:23
**thank**
9:22,24 13:4
13:9 16:14
54:18 60:6
66:23 68:18
75:16,18
80:11 82:10
82:19 85:12
88:16,20,22
90:6,7,9,10
91:1 93:9
109:5,6
116:17
118:23,24
121:23
130:3,9
132:15,17
140:21,22
141:20
142:1
144:23
147:11
148:3,10,17
151:16
153:8 155:6
156:1,8,9
157:4
159:16
167:22
168:20,21
168:21,22
170:23
174:7,8

177:7 178:2
178:4,8
187:14
188:5,7
193:6
**theirs**
120:11
**theory**
95:7
**therefor**
146:7
**thing**
7:14 14:4
25:22 30:1
31:7 34:23
40:11 44:25
80:4 93:3
93:10 102:6
106:3,4
107:3,7
112:14
118:14
137:4,21
149:23
160:23
162:14
173:21
188:16
**things**
14:13 15:12
24:17 28:24
28:25 42:15
47:4 63:5
69:1 70:1
70:14,22
73:8 74:11
76:18 81:8
90:19 91:3
102:21
103:18,20
105:17
123:13
128:25
131:14
135:6,13,15
135:21
139:7,8
151:3

157:23,24
165:18
171:16
176:10
178:13,18
182:17
190:18,19
191:3
**think**
7:3 9:6 12:7
17:6 26:24
27:7,9
34:10,24
36:9 37:4
41:24 42:20
44:20,21
45:23 46:16
49:13 50:23
52:1 53:18
54:7 55:11
56:9 57:15
57:16 59:1
59:2,6,7,9
59:12 60:7
60:14 61:25
62:19 65:13
65:19 66:16
71:19 73:24
74:1,3,4
75:2,2,21
76:18 78:5
79:21 80:12
81:1,9,12
81:14 82:22
83:17,18,24
86:9 87:5
88:15 89:9
89:10,19,21
91:9 92:2
92:21 93:18
96:14
100:11
103:15
104:2,9,10
105:8,18
106:18
107:23,25
108:11

109:7,10,16
110:2
114:15
115:13,17
116:2
117:11
118:6,13,13
121:10
123:13
127:4
128:15,18
130:13
131:12
132:7 133:7
133:16,21
134:9,25
135:17
136:4,21
138:5,6,20
141:15
148:5 152:6
154:14,22
156:6
163:21
164:10
165:3
166:11,11
167:5,6
168:7,8,10
168:11
170:1
171:24
173:17
174:9 176:1
176:7,8,11
177:17,19
177:20,23
181:19
187:19
189:12
190:10,11
190:18
192:15
**thinking**
91:5,6 128:5
**thinks**
152:22
**third**

26:8 27:13
52:17,19
80:25
**third-party**
81:10
**Thirty**
93:8
**thought**
31:13 69:19
127:2
137:14
172:18
177:7
**thousand**
49:1
**thousands**
20:3 24:9
191:18
**three**
5:15,19 17:7
22:13,17
30:2 33:4
73:8 93:19
112:16
138:21,23
139:12,16
143:11
148:7
182:25
183:7,22
184:10
188:23
**three-yea...**
181:9
**throw**
26:18
**thrown**
180:5
**thumbprint**
137:16
**tickets**
162:24
**tighten**
134:3
**time**
3:22 4:10
5:17,20
6:15,20 7:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

7:2 9:25
12:10 13:5
13:19 15:11
20:2 23:9
23:24 24:17
26:12,16,18
26:20 39:17
40:23 41:7
44:6 48:11
53:15,20
54:2 58:23
67:24 70:18
72:14 76:2
82:12 88:16
90:11 110:5
118:17
119:4 127:6
128:25
131:9
147:12
148:5
151:11
153:9,22
156:9,20
157:1
158:17
164:4 166:3
168:24
170:23
171:23
176:20,22
188:9,10
190:19
192:22
times
48:17 69:9
84:16
127:17
138:21,23
139:12,16
192:22
timing
5:13
tired
4:3
today
3:19 4:5
11:24,25

13:7 37:15
40:12 82:20
118:17
119:23
125:4 129:3
132:22
133:8
140:18
152:8
160:22
163:22
164:8
174:16
181:14,15
185:5
191:25
Todd
81:14
told
28:21 35:1
67:1 143:8
166:6
tolerate
175:19
tomorrow
175:11
tonight
3:24 125:1
175:11
tool
74:19
top
22:12
tossed
43:23,23
total
77:4
totally
18:1 48:20
48:22 107:9
152:2
totals
29:24
touch
47:4
touched
78:15
town

170:12 182:7
track
30:8 58:19
189:3
trait
188:19
transcribed
1:15 195:8
195:12
transcript
165:19
195:15
transcripts
102:8
transfer
144:6
transition
86:17 87:4
transport...
162:17,19,21
162:22
184:19,21
trauma
189:7
travel
20:12 176:15
traveled
3:17
Travis
5:14 92:6,11
93:24 94:10
94:17,19,21
97:7 105:21
106:2 110:4
195:1
tread
192:4
treat
60:19
treated
191:7
tried
24:8 25:6,8
25:9,12
61:5,6,7,8
64:7,8 82:9
123:11
144:5

Trinity
101:22
111:17
163:4
trouble
23:13 160:18
161:6
troublesome
41:4
Troy
81:11,13
true
16:10 30:14
31:16 50:10
52:3 58:6
62:1
truly
26:21
Truman
85:4
trusting
137:5
truth
32:6,20
try
16:7,14
18:14 25:13
47:8 65:17
70:24 78:22
107:4
109:11,14
124:16,17
133:11,18
134:5 148:7
158:10
159:4
161:22
165:17,21
165:22,24
166:24
189:2
trying
18:3 23:18
50:17 53:20
54:16 61:11
67:6 89:24
91:12,13
105:11

109:17
110:2 116:7
125:16
133:20
134:1
136:23
142:11
164:13
165:13
174:17
186:23
187:25,25
188:3
turn
19:15 32:24
46:8 76:10
turned
15:4 32:2
52:24 75:6
76:21 95:3
96:24
112:12
114:21
turning
33:5
turnout
45:6 46:17
85:6,10
turnouts
39:24,25
turns
69:18
Twenty-seven
134:23
two
11:4 15:12
17:6 26:7
26:16 33:4
39:10,16,17
42:10,14
47:4 54:12
67:7 71:15
73:8 87:8
96:5 100:18
102:11,11
105:17
106:17
108:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006719

TX_00033861

USA_00021601

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 21 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 32 of 216

HEARING - Volume 1                                    APRIL 07, 2009

238

| | | | | |
|---|---|---|---|---|
| 111:4  112:2 | 137:7 | 195:13 | 140:13,16 | **usually** |
| 112:21 | 163:15,20 | **understan...** | 140:19 | 166:2  194:1 |
| 113:2 | 164:5 | 11:13  13:3 | 149:8,11,17 | **utility** |
| 131:15 | 166:15 | 33:19  53:15 | 149:18 | 102:10 |
| 142:21 | 167:12,23 | 95:20 | 151:7 | 117:16 |
| 151:17,25 | 175:14,22 | 101:13 | 156:11,14 | 145:15 |
| 166:16 | 179:3  182:9 | 105:23 | 156:24 | **U.S** |
| 171:5  172:5 | 185:12 | 139:18 | 164:17 | 91:11  96:18 |
| 172:5  184:8 | 192:24 | 156:15 | **uniformly** | 112:11 |
| 190:18 | 193:19 | **uneducated** | 75:10 | 115:9,16 |
| 193:8 | **unable** | 71:6  78:25 | **uninterru...** | 176:17 |
| **two-day** | 143:19 | **unfair** | 5:19 | **U.T** |
| 38:18,19 | 144:13,13 | 153:7 | **Unit** | 90:13  107:14 |
| **two-thirds** | 145:25 | **unfairly** | 177:11,11 | 114:8 |
| 26:11 | **unacceptable** | 157:20 | **United** | |
| **two-year** | 152:2 | **unfortuna...** | 46:18  137:4 | **V** |
| 54:11 | **unconstit...** | 7:14  27:3 | 164:15 | **v** |
| **type** | 171:18 | 31:19 | **universities** | 142:16 |
| 17:23  18:25 | **UNCW's** | **UNIDENTIFIED** | 113:13,13,14 | **valid** |
| 19:19  36:23 | 114:19 | 7:25  9:10,19 | 116:22 | 86:24  87:2 |
| 93:1  144:15 | **understand** | 9:22  11:18 | 118:3 | 98:15 |
| 145:24 | 4:25  7:6 | 22:4  23:7 | 119:20 | **validly** |
| 174:4 | 20:23  34:2 | 24:12  25:2 | **university** | 112:11 |
| 177:12 | 37:19  39:13 | 25:7,11,16 | 83:23  90:25 | **Valley** |
| 189:16 | 40:8  52:4 | 42:13  44:7 | 93:21  98:1 | 61:5  63:6 |
| **types** | 55:21  58:25 | 44:11  46:25 | 101:6,19 | **varied** |
| 89:17  112:2 | 65:12  75:13 | 47:3,14 | 106:23 | 156:15 |
| **typically** | 86:15  87:6 | 49:15,23 | 111:7,13,17 | **variety** |
| 16:25  61:10 | 87:20 | 50:11  53:2 | 112:4 | 3:17  39:21 |
| 146:4 | 102:23 | 54:7  55:24 | 113:22 | 86:13 |
| 158:17 | 103:2  104:8 | 57:14  60:16 | 114:8  117:1 | 116:24 |
| 165:25 | 105:15 | 72:24  73:1 | **unproven** | 164:1  189:6 |
| 166:18 | 108:19 | 75:1  77:24 | 142:13 | **various** |
| | 109:7,11,16 | 98:19,23 | **unsupervised** | 4:2  124:3 |
| **U** | 116:25 | 99:14  102:2 | 48:20,22 | 182:17 |
| **UFOs** | 128:24 | 106:6,19 | 67:15 | **vary** |
| 132:11 | 130:17,20 | 109:8  119:2 | **urban** | 103:11 |
| **uh-huh** | 132:13 | 124:20 | 70:20 | **varying** |
| 18:4  21:20 | 142:11 | 129:5 | **use** | 146:4 |
| 25:11  35:8 | 149:5 | 132:18,21 | 5:7  11:11 | **Veasey** |
| 56:19  57:22 | 156:22 | 132:25 | 41:24  83:6 | 80:16,18,19 |
| 102:16 | 163:16 | 133:9 | 84:8  97:23 | 80:20  81:19 |
| 104:11 | 167:25 | 137:23 | 101:15 | 82:1,4 |
| 106:19 | 168:2 | 138:2,8,12 | 162:4,6,8 | 122:2,6,8 |
| 107:1  108:6 | 176:17 | 138:17,22 | 169:22 | 122:11,13 |
| 125:18,19 | 179:17,17 | 139:2,11,15 | 193:21 | 122:16,22 |
| 127:11 | 179:18,24 | 139:19,23 | **useful** | 123:2,21 |
| 128:4  135:3 | 190:7 | 140:4,7,10 | 74:19 | 124:8 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033862

USA_00021602

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 22 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 33 of 216

HEARING - Volume 1                                    APRIL 07, 2009

239

| | | | | |
|---|---|---|---|---|
| 140:24 | Vice | 9:15 11:3 | 85:7 87:3 | 170:4 |
| 141:2,6,21 | 3:7 10:1,2,4 | 12:10,13,22 | 92:6,11,16 | 176:23 |
| 153:10,12 | 11:15,20 | 14:5,5,11 | 92:24 93:5 | 177:3 |
| 153:13,20 | 12:2 60:23 | 15:8,9,20 | 93:24 94:5 | 179:18,19 |
| 153:23 | 60:24 61:2 | 16:9 19:10 | 94:8,10,17 | 182:5,23 |
| 154:17,19 | 61:10,17,23 | 19:11 20:2 | 94:21,21 | 183:12,20 |
| 154:25 | 62:3,11,14 | 20:2,15,21 | 95:9 96:17 | 184:6,13,16 |
| 155:6 178:7 | 62:18,21 | 21:8 22:7,7 | 96:20 97:24 | 185:1 |
| 178:8,11,20 | 63:2,18,25 | 22:16,23 | 98:12 99:22 | 186:17 |
| 178:24 | 64:4,13,17 | 23:25,25 | 101:4,8 | 187:5,5,22 |
| 179:4,8,13 | 65:2,8,15 | 24:1,15,23 | 102:18 | 187:24 |
| 179:16,23 | 66:12,16,23 | 24:24 26:22 | 103:20 | 188:1,2 |
| 180:1,4,8 | 77:6,9,15 | 26:23,23 | 104:3 | 190:6 |
| 180:13,16 | 77:18 90:24 | 27:15 28:15 | 105:24 | 193:16,18 |
| 180:20,24 | 106:10 | 28:16 30:20 | 106:1 107:4 | 193:22 |
| 181:7,13,17 | 141:20 | 30:24 32:7 | 107:8,17 | **voted** |
| 181:23 | 142:1 | 32:8,9,11 | 111:7 112:6 | 4:17 24:10 |
| 182:10 | 144:23 | 32:16,21,22 | 112:24 | 43:20,20 |
| 183:1,4,8 | 145:3,11 | 33:11 34:1 | 113:2 114:8 | 45:17 46:2 |
| 183:16,19 | 146:12 | 34:4,5,9,18 | 114:10 | 58:2 59:23 |
| 183:23 | **Vice-Pres...** | 34:21,22 | 115:16,24 | 64:12 65:4 |
| 184:3,18,23 | 145:1 | 35:12,16 | 118:4,5 | 69:15 71:4 |
| 185:4,8,12 | **victimizing** | 36:3,5,24 | 119:20 | 82:9 84:17 |
| 185:15,19 | 126:17 | 37:7,20,23 | 121:20 | 93:16 |
| 185:24 | **victims** | 37:24 38:3 | 123:16,17 | 116:15 |
| 186:1,5,8 | 126:20 | 38:6 40:5,5 | 123:24 | 120:20 |
| 186:13,18 | **view** | 44:2 46:9 | 124:11 | 148:25 |
| 186:25 | 131:21 190:2 | 48:17,19 | 133:4,7 | 171:24 |
| 187:3,7,10 | **views** | 49:17,18,19 | 134:1,5 | **voter** |
| **vehicle** | 60:21 | 49:20 50:24 | 135:25 | 9:13 10:19 |
| 4:21 6:18 | **violations** | 52:2,3,6,13 | 137:17,20 | 11:2 13:1,2 |
| 8:7,10,17 | 148:2 | 52:15 56:15 | 141:10,12 | 14:4,19 |
| 8:24 9:8 | **violent** | 56:23 57:21 | 141:15 | 15:6,7,8 |
| **vehicles** | 58:24 184:5 | 58:9,10 | 143:10 | 16:22,22,24 |
| 21:13,15 | **Virginia** | 59:6,12,13 | 144:7,11 | 17:19,21 |
| **Verez** | 91:11 110:14 | 59:21,24,25 | 146:18,21 | 18:1,11,24 |
| 146:5,7 | 113:25 | 60:1 62:8 | 147:9 | 18:25 21:23 |
| **verified** | 114:1,4,14 | 66:5,14,14 | 149:20 | 27:11,13,14 |
| 86:23 109:21 | **virtually** | 68:4 72:1,7 | 151:19,24 | 28:18 29:16 |
| 114:20 | 58:15,18 | 72:10,21,22 | 152:8 | 30:5 31:14 |
| **verify** | **voiding** | 72:22,23 | 157:13,18 | 31:17 32:14 |
| 27:6 | 114:5 | 73:15 74:6 | 158:7 159:5 | 33:9,25 |
| **version** | **Volume** | 74:6,25 | 159:8,13,16 | 34:15 36:22 |
| 52:1 172:2 | 1:7 194:3 | 75:5 79:15 | 160:9 | 37:1,22 |
| **versus** | **volunteer** | 79:18,18 | 161:23 | 39:3 40:1,1 |
| 57:16 142:13 | 155:18 | 80:3 81:1 | 162:3,12,18 | 43:9 45:6 |
| **veterans** | **vote** | 82:8,9,22 | 163:19 | 46:3,8 49:7 |
| 157:15 | 5:5 6:18 9:5 | 83:15,24 | 164:7,12,14 | |
| | | 84:5,14 | 169:18,24 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033863

USA_00021603

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 23 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 34 of 216

HEARING - Volume 1                                    APRIL 07, 2009

240

| | | | | |
|---|---|---|---|---|
| 49:24 50:7 | 144:3,16 | 151:20 | 122:25 | 44:25 47:3 |
| 50:12,15,18 | 145:20 | **vote's** | 123:7 124:7 | 47:18 53:3 |
| 52:9 55:22 | 146:8 152:7 | 72:8 | 124:12,23 | 54:14,17 |
| 58:16,20 | 160:22,25 | **voting** | 124:24 | 57:21 58:9 |
| 59:14,20 | 161:3 | 11:11 14:24 | 125:2,11,21 | 60:8 63:10 |
| 61:12 63:7 | 164:16 | 15:6 16:20 | 125:25 | 68:25 72:20 |
| 63:7,8 | 165:22 | 16:23 17:5 | 126:5,9 | 73:1 74:4 |
| 64:19,20 | 166:7 | 17:11 18:12 | 127:1,4,8 | 74:24,24 |
| 65:10 67:11 | 169:20,25 | 19:1,2,5,8 | 127:12,17 | 79:20 80:7 |
| 68:13 69:12 | 170:10,20 | 19:8,20 | 127:22 | 85:22 105:2 |
| 71:20 72:13 | 171:18 173:4 | 21:15 23:19 | 128:5,9,17 | 105:3,6,8 |
| 75:7 76:4 | 173:5 | 32:16 33:18 | 128:21 | 105:19 |
| 80:5,21 | 175:19 | 49:9 56:4 | 129:7,12,17 | 107:14,15 |
| 81:2,9,12 | **voters** | 63:22,24 | 129:23 | 115:1,15 |
| 82:7,17 | 28:6,11 40:6 | 64:16 65:22 | 130:1,4,5 | 118:10 |
| 83:20 84:8 | 42:19 84:2 | 66:9 70:8 | 130:17,20 | 123:14,17 |
| 84:17 85:1 | 84:23 86:19 | 76:22,22 | 131:2,7,10 | 124:18 |
| 85:6,10 | 86:20,24 | 80:2,24 | 131:23 | 125:11 |
| 89:6,8,8 | 87:13,25 | 82:18 83:25 | 132:5,13,16 | 126:16 |
| 92:17,20 | 88:2 90:2 | 85:8 89:19 | 132:17,19 | 130:8,15 |
| 94:25 105:5 | 108:9 | 91:18 97:13 | 132:20 | 137:24 |
| 114:22 | 121:16,20 | 115:23 | 133:6 134:2 | 139:6 |
| 116:8,12 | 125:16 | 123:15,16 | 134:15,20 | 141:18 |
| 119:22,23 | 126:16 | 123:18,20 | 134:23 | 142:8 |
| 119:23,24 | 133:20 | 124:17 | 135:3,11,17 | 157:13,16 |
| 119:25 | 143:19 | 137:22 | 135:20,24 | 158:6,7,7,8 |
| 120:1,2,8 | 147:7 | 152:10,21 | 136:21,24 | 158:15 |
| 120:10,13 | 151:25 | 163:5 170:2 | 137:3,9,13 | 163:9 164:9 |
| 120:17,21 | 171:11,20 | 170:10 | 137:25 | 172:8 181:4 |
| 120:22 | **Voter's** | 171:4 192:1 | 138:5,10,15 | 181:9,18,24 |
| 121:12,22 | 84:9 | **V-A-S-E-Y** | 138:19,25 | 181:25 |
| 121:23 | **votes** | 182:16 | 139:9,13,17 | 183:2,5,10 |
| 122:18 | 16:12 26:25 | **V-A-S-L-E-Y** | 139:22 | 185:1 |
| 123:24 | 43:6,22 | 182:16 | 140:2,6,8 | 188:17 |
| 124:14,15 | 44:4 49:1 | | 140:12,22 | 193:3,7,8 |
| 125:8 127:9 | 58:17 76:4 | **W** | **wallet** | 193:11 |
| 127:24 | 78:2 118:11 | | 194:2 | **wanted** |
| 128:10 | 118:12 | **wait** | **want** | 8:2 77:19 |
| 129:10,12 | 121:6 | 42:25 56:2 | 8:18,20 | 80:20 94:13 |
| 129:20,21 | 133:19 | **walk** | 16:15,20 | 141:7,14 |
| 131:3 132:6 | 136:16 | 57:20 163:6 | 17:15 20:22 | 187:1,4 |
| 133:11,15 | 138:3,3,3 | **walked** | 21:17 23:8 | **wanting** |
| 134:6 135:9 | 138:13,20 | 32:2 | 31:7 32:6,9 | 74:23 79:18 |
| 135:21 | 138:24 | **Wall** | 32:19 35:5 | **wants** |
| 136:2,10 | 139:5,10,20 | 126:11 | 37:10 38:3 | 13:14 96:17 |
| 141:9 142:8 | 139:25 | **Wallace** | 38:6 40:3,3 | 97:10 118:2 |
| 142:12,13 | 143:13 | 2:6 119:5,10 | 40:10,23 | 128:21 |
| 142:25 | 146:14 | 119:11,17 | 41:22 42:12 | **warning** |
| 143:15 | | 122:1,15,20 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033864

USA_00021604

| | | | | |
|---|---|---|---|---|
| 5:13 | wedge | 50:16,21 | 121:9 128:6 | 2:2 5:15,17 |
| Washington | 135:10 | 56:8 63:5 | 128:22,23 | 11:22 41:19 |
| 180:15 | weeks | 63:15 70:15 | 136:2,9,9 | 60:18 73:3 |
| wasn't | 158:18 166:1 | 72:2 73:25 | 142:10 | 155:11 |
| 30:20 33:25 | 166:21 | 78:23,24 | 172:16 | 156:6 |
| 43:18 44:3 | weigh | 79:1 87:24 | 176:2 | 170:25 |
| 68:10,11 | 142:11 | 89:23,24 | whatsoever | 188:5 |
| 139:13 | welcome | 91:12,13 | 53:20 160:7 | witnessed |
| watch | 3:16 13:8 | 100:8 101:1 | 184:17 | 148:1 150:13 |
| 73:5 | 75:19 | 103:7 | wherewithal | witnesses |
| water | went | 104:10 | 185:14 | 3:23 4:11 |
| 102:15 180:8 | 29:4 30:19 | 105:10 | whichever | 7:5 41:11 |
| way | 31:22 59:22 | 108:7 | 69:5 | 41:22 42:1 |
| 13:17 15:19 | 65:4 69:15 | 109:18 | whip | 42:6 123:3 |
| 18:15 22:15 | 69:15,18 | 113:6 | 23:23 | 153:4,7 |
| 23:23,25,25 | 71:1,4,5 | 115:18 | whoa | 156:15 |
| 30:18 39:1 | 92:9 106:9 | 116:7 | 35:19,19 | 173:8 |
| 41:8 42:3 | 110:15 | 119:22 | 90:17 | 192:23 |
| 51:17 52:15 | 135:8 | 124:15 | 186:22,22 | woman |
| 53:1 54:5 | 150:21 | 127:23 | 186:22 | 65:4 |
| 54:16 61:12 | 161:22 | 133:7,25 | widely | women |
| 65:13 66:1 | weren't | 134:4,5 | 81:3 | 28:6 42:19 |
| 72:11 73:12 | 37:14 112:10 | 137:9 | Wiley | 180:19 |
| 73:21 76:1 | 122:24 | 144:19,20 | 179:11,13 | won |
| 76:11 78:22 | 142:24 | 156:22 | willing | 139:21 |
| 95:11 100:9 | 154:2 | 164:13,24 | 70:16 124:2 | wonderful |
| 100:17 | West | 166:18 | 124:9,16 | 169:11 |
| 101:9 | 152:16 195:9 | 174:11,15 | 182:11 | 176:18,18 |
| 105:22 | 195:16 | 174:17 | willingness | Wood |
| 120:12,16 | we'll | 176:3,12 | 118:8 | 2:3 11:25 |
| 120:21 | 30:22,23,23 | 178:12 | Wilson | 13:6,9,12 |
| 129:10 | 42:4 46:12 | 180:25 | 195:8,16 | 13:13,16 |
| 131:17 | 46:13 | 186:16 | winning | 16:13,19 |
| 133:2 | 128:12 | 188:3 | 61:15 | 17:8,14,22 |
| 135:13,14 | 131:5,19 | 189:17,22 | wish | 17:25 18:5 |
| 159:3 160:5 | 134:11 | we've | 4:8 5:23 6:6 | 18:20,23 |
| 160:11 | 136:7 | 17:1 18:12 | 11:24 40:4 | 19:14 20:6 |
| 163:7,7 | 147:17 | 18:15 22:10 | 60:10,11 | 20:10 21:1 |
| 164:13 | 148:9 | 23:22 24:1 | 79:14 | 21:5,9,12 |
| 174:9,24 | 156:21 | 28:24 49:16 | 126:18 | 21:16,21 |
| 175:8,10 | 159:12 | 49:25 54:10 | 134:12 | 22:6,14 |
| 176:4 | 165:12,19 | 70:20 95:14 | 174:9 | 23:8,15 |
| 188:18 | we're | 100:7 | 187:18 | 24:14 25:6 |
| 189:4,4 | 4:22 5:14,22 | 102:12,12 | wished | 25:8,12,19 |
| ways | 6:16 7:4 | 102:13 | 126:24 | 25:20,23 |
| 79:13 | 14:13 36:18 | 115:14 | wishes | 26:3,15 |
| Webb | 38:5 41:6 | 119:24 | 4:6 9:4 | 28:2,5,9 |
| 24:19 | 41:24,25 | 120:6,17,21 | witness | 29:13,23 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 · Document 663-13 · Filed on 11/11/14 in TXSD · Page 25 of 96
Case 1:12-cv-00128-RMC-DST-RLW · Document 214-2 · Filed 06/20/12 · Page 36 of 216

HEARING - Volume 1                                            APRIL 07, 2009

242

| | | | | |
|---|---|---|---|---|
| 30:9 32:19 | 132:22 | 70:18 91:10 | 42:13 61:6 | 23:16 |
| 32:24 34:2 | 163:22 | 91:20 | 68:12 76:24 | **Zapata** |
| 34:12,20 | **Wood's** | 115:14 | 122:8 124:8 | 64:10 |
| 35:2,6,9,17 | 132:24 | 121:1 127:9 | 136:24 | **Zavala** |
| 35:21 36:1 | **Woolens** | 135:9 | 151:9,16 | 64:10 |
| 36:7,13,20 | 25:3 62:22 | 155:18 | 178:15 | **zero** |
| 37:4,15,19 | 62:25 | 157:7,11,12 | 187:2 | 116:3 |
| 38:2,8,12 | 133:17 | 157:12 | **year** | |
| 38:15 39:12 | **word** | **works** | 32:1 114:11 | **$** |
| 39:16 40:8 | 149:3,22 | 58:13 163:2 | 126:12 | **$1.50** |
| 40:17,20 | 173:16 | **world** | 127:16 | 171:18 |
| 41:16 42:10 | 175:20 | 91:22 137:10 | **years** | **$10** |
| 42:14 43:3 | **words** | 169:14 | 14:15 15:1 | 107:13,14 |
| 43:7,12,15 | 68:15 149:19 | 176:15 | 18:14 33:4 | 171:19 |
| 44:5,9,13 | **work** | **worst** | 33:10 43:10 | **$2** |
| 44:20 45:5 | 13:24 42:3 | 164:7 | 54:12 60:3 | 118:9 |
| 45:11,19 | 70:16 95:8 | **worst-case** | 62:20 70:19 | **$23** |
| 46:14,16 | 124:2,9,16 | 163:24 | 92:4 96:5 | 158:22 |
| 47:2,12,24 | 128:12 | **worth** | 106:18 | **$25** |
| 49:22 50:10 | 131:1,3,5 | 80:20 177:18 | 120:4,5,25 | 107:16 167:5 |
| 51:11 53:19 | 131:17 | 178:22 | 121:2 126:8 | **$35** |
| 54:19,23 | 135:15 | **wouldn't** | 133:1 157:9 | 140:15 |
| 55:2,6,11 | 136:9 | 37:13 38:14 | 191:12,19 | **$43** |
| 55:15,17,25 | 154:10 | 55:2 146:8 | **yellow** | 171:11 |
| 56:8,12,20 | 158:8 | 148:1 | 5:16 | **$50** |
| 57:8,19,23 | 170:15,16 | 180:11 | **yesterday** | 166:2,2 |
| 59:10 60:25 | 192:5 | **write** | 3:22,25 | |
| 61:1,6,14 | **worked** | 74:24 | 13:20 38:19 | **0** |
| 61:20,24 | 18:13 23:15 | **writing** | 45:22 47:15 | **0003** |
| 62:4,12,17 | 42:17,19 | 81:7 | 49:25 50:6 | 39:6 |
| 62:19 63:1 | 70:22 92:6 | **written** | 53:4 58:13 | |
| 63:9,23 | 92:7 95:5 | 53:1 55:8,18 | 76:25 | **1** |
| 64:1,6,14 | 113:10 | 66:1 159:3 | 105:14 | **1** |
| 64:22 65:3 | 127:12,13 | **wrong** | 126:7 | 96:2 169:7 |
| 65:11,16 | 135:7 150:8 | 29:17 57:2 | 130:10 | 178:17 |
| 66:13,22 | 157:8 | 65:14 | **young** | 194:3 |
| 67:14,18,22 | **worker** | 122:10 | 53:5 90:13 | **1st** |
| 68:9,12,20 | 100:10 | 177:24 | 90:24 103:9 | 86:19,23 |
| 69:10,14,25 | 101:10 | **wrote** | 114:10 | **1.2** |
| 70:10 71:19 | 105:7,10 | 69:21 | 119:14 | 108:2 |
| 73:12 74:1 | 106:22 | | 145:1 | **1:30** |
| 74:8 75:9 | 109:21 | **Y** | 154:10 | 3:25 |
| 75:12,19,21 | 110:7 | **Yeah** | 169:8 | **100** |
| 76:6,16 | **workers** | 7:25 10:3 | **younger** | 72:14 162:8 |
| 77:13,16,21 | 99:11 105:2 | 12:6,16 | 131:24 | 165:11 |
| 78:12,17 | 114:21 | 17:8,14 | | 178:1 196:8 |
| 79:16 80:1 | 120:7 | 25:7 28:5 | **Z** | **100-page** |
| 81:15,20 | **working** | 40:7 41:5 | **Zacharany** | |
| 82:3,6,10 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033866

USA_00021606

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 26 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 37 of 216

HEARING - Volume 1                                    APRIL 07, 2009

243

149:25
150:16
**11:00**
150:21
**1100**
39:8,8 40:10
42:21 77:11
**119**
2:6
**12**
105:14
**12.7**
121:16
**12/31/12**
196:6
**120**
175:12
**13**
2:3 150:21
150:22
**14**
121:17 138:6
**14th**
195:9,17
**14,000**
77:10
**142**
2:7
**147**
2:8
**15**
1:15 165:12
167:6
**15,000**
20:14 21:7
21:15 77:10
**15-vote**
61:22
**157**
2:9
**16**
39:3 195:16
**16th**
196:1
**18**
120:4,5
**188**

2:10
**19**
93:16
**1945**
116:9
**195**
2:12
**1965**
171:18
**1969**
13:22

──────── **2** ────────

**2**
85:9
**20**
63:14,15
165:15
166:5
171:21
**20-month**
176:23
**200-somet...**
15:3
**2000**
86:6 126:12
126:21
133:18
196:8
**2004**
84:22
**2005**
17:2 85:24
86:18
113:10
**2006**
17:2,3
143:11,12
**2007**
17:2 113:10
**2008**
17:3 84:14
91:21
143:12
**2009**
1:3
**2010**

53:24 86:19
86:24
**2012**
1:15 53:25
195:16
196:2
**2016**
54:5
**209**
195:8,16
**22**
151:18 167:4
171:11
**24-month**
175:24
176:24
**25**
14:22 42:21
43:4,6
151:18
**250**
39:9
**2500**
43:2,4
**283**
196:7
**290**
39:9

──────── **3** ────────

**3-minute**
41:20
**3.5**
40:6
**3.9**
40:6,6
**30**
5:14,16
151:15
**300**
21:13,14
**328-5557**
196:9
**330582RH**
196:11
**35-plus**
14:14

**362**
6:17,21 8:7
8:11,12
11:14 13:8
14:8 24:25
37:16,18
55:17 65:9
66:1,20
82:13,17
83:13 90:14
119:7 142:5
142:19,23
144:18
147:14
157:3 169:2
169:25
170:8
184:12
188:12
**394**
78:2

──────── **4** ────────

**4**
121:18
**4-7-2009**
195:7
**40**
43:10 60:3
**40,000**
138:9
**40-dollar**
171:21
**400**
143:19
**41**
84:23
**4136**
196:6
**4194**
143:13
**42,000**
143:16
**42.8**
116:8
**44**
93:15
**48**

75:6 87:2
184:24

──────── **5** ────────

**5.3**
121:18
125:14
**50**
33:4 67:21
**50s**
179:2 182:19
**512**
196:9

──────── **6** ────────

**6**
101:14
**60s**
179:2
**62,548**
84:15
**63.0101**
96:2
**65**
23:20,21
24:4 73:15
133:4

──────── **7** ────────

**7**
1:3
**70**
83:22
**71st**
178:16
**73**
170:17
**75**
33:10 170:17
**75,000**
111:2
**77**
84:2
**78701**
195:10,18
196:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033867

USA_00021607

Case 2:13-cv-00193  Document 663-13  Filed on 11/11/14 in TXSD  Page 27 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 38 of 216

HEARING - Volume 1                                    APRIL 07, 2009

| 8 | | | | |
|---|---|---|---|---|
| **8.3** | | | | |
| 78:2 | | | | |
| **80s** | | | | |
| 31:12 | | | | |
| **82** | | | | |
| 2:4 | | | | |

| 9 | | | | |
|---|---|---|---|---|
| **9** | | | | |
| 92:13 | | | | |
| **90** | | | | |
| 2:5  173:18 | | | | |
| 173:18 | | | | |
| **99.9** | | | | |
| 169:21 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006726

TX_00033868

USA_00021608

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

APRIL 7, 2009

Transcribed by Lynne M. Homan, CSR

April 16, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033869

USA_00021609

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 29 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 40 of 216
Hearing - Volume 2                                            April 7, 2012

199

```
 1              These are the kinds of things that everybody
 2      takes for granted, but let me just share the fact that
 3      it didn't take much at all to confuse a taken-for-
 4      granted process of going to this particular place that
 5      you've gotten used to, where you will be able to
 6      exericse your right to have an impact upon the society
 7      in which you live, and that's just got to be -- it's a
 8      charge for my fellow clients that they desire so much,
 9      because listen, there's few things that they can't
10      automatically experience in a real satisfying grateful
11      manner, but I'll tell you from the get-go, that when I
12      was treated in the brain injury rehabilitation facility,
13      I was a client until they realized that this guys got a
14      Master's in health and physical education and a minor in
15      psychology and he taught middle school students and did
16      that for ten years, and then led a teacher organization
17      in his school district, and it was a case of me having
18      had a good bit of life engagement, engaging experiences
19      that I benefited from, as well as the charges that I
20      came in contact with and influenced, including now my
21      thousands of students that I made an impression on and
22      they made an impression on me, via my ten years in the
23      public school.  I was teaching and coaching, and so I
24      know it's too late but my intent, to make a long story
25      short, if it's not too late, is to share with you that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033870

USA_00021610

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 30 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 41 of 216
Hearing - Volume 2                                           April 7, 2012

200

```
 1    the group that I'm here today representing is just

 2    counting on the voting process to be one that they can

 3    access without any additional restrictive discriminatory

 4    hoops, ropes that they'll have to tread through or jump

 5    or climb over, because, you know, I've got fellow

 6    clients that I used to work with who were so gratified

 7    by just being able that I shared with them the fact

 8    that, hey, look, you, you make a difference, you

 9    matter.  There's nobody that's going to take that away

10    from you.  I mean, you can go and lodge your interest

11    and desires at a polling place and your influence by

12    doing so will have just as much of an effect as, you

13    know, King Roy, which doesn't exist, but that was my

14    attempt at sharing the fact that as small as they may

15    think they are, they are empowered to have as much sway

16    or influence by the --

17              CHAIRMAN:  Mr. Heston.

18              MR. HESTON:  yes, I'm sorry.

19              CHAIRMAN:  That's all right.  I hate to

20    interrupt you.  I have given you several times the

21    amount of time the other witnesses have.

22              MR. HESTON:  Uh-huh.

23              CHAIRMAN:  And I've done that on purpose

24    because of the nature of your disability.

25              MR. HESTON:  I appreciate it.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033871

USA_00021611

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 31 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 42 of 216
Hearing - Volume 2                                        April 7, 2012

201

```
 1            CHAIRMAN:  And I want to give you the members

 2      of the panel to ask you some questions.

 3            MR. HESTON:  Thank you so much.

 4            CHAIRMAN:  And I want to ask you a question or

 5      two and I just want to make sure it's clear I'm not

 6      cross examining you.

 7            MR. HESTON:  No, no.

 8            CHAIRMAN:  I want to give you an opportunity

 9      to educate me about your situation.

10            MR. HESTON:  Certainly.

11            CHAIRMAN:  How do you currently vote?

12            MR. HESTON:  How do I currently --

13            CHAIRMAN:  When you go vote, what

14      documentation or identification do you use when you

15      vote?

16            MR. HESTON:  I do whatever I happen to have in

17      my clothing that day.

18            CHAIRMAN:  Okay.

19            MR. HESTON:  So I usually have my wallet and

20      all of its contents from, you know, credit cards and

21      such that I live on, you know.  I don't -- I don't do

22      much other than kind of keep a compact package to take

23      whatever it is.

24                  I might have my, you know, license, and

25      don't be scared, don't be afraid you might run into me
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033872

USA_00021612

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 32 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 33 of 216
Hearing - Volume 2                                              April 7, 2012

202

1      on the roadway, because I can --

2                CHAIRMAN:  You do have a driver's license?

3                MR. HESTON:  I do, and I can drive just fine.

4      I just, you know, desire for there not to be a sudden

5      malfunction in the cab of my vehicle that might cause a

6      problem.

7                CHAIRMAN:  And you understand that you, under

8      this legislation, you can use that driver's license to

9      vote just as you can under current law?

10               Did you know that under the Senate bill, you

11     can use that driver's license to vote just as you can

12     under current law?

13               MR. HESTON:  Well, I -- you're bringing to

14     mind something that I think I come across.  But you

15     know, I'm one of the few that has the capacity to drive.

16               CHAIRMAN:  Right.

17               MR. HESTON:  Amongst that group that I

18     represent.

19               CHAIRMAN:  Okay.  Have you looked, by chance,

20     at the list of none photo identifications that are

21     available?

22               We heard some testimony today from a witness

23     that brought to our attention that perhaps we ought to

24     include in that list photo identifications from a

25     private university in the state of Texas.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006731

TX_00033873

USA_00021613

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 33 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 44 of 216
Hearing - Volume 2                                    April 7, 2012

203

 1          MR. HESTON:  Yes.

 2          CHAIRMAN:  I mean, that's why we're having

 3     these hearings, is for people like you to identify

 4     things that we haven't thought about.

 5          MR. HESTON:  Okay.

 6          CHAIRMAN:  Have you had a chance to look at

 7     the list?

 8          MR. HESTON:  I can say that I glanced over

 9     it.  I don't have the capacity to remember.  Just like

10     you just got my attention.

11          CHAIRMAN:  Yes.

12          MR. HESTON:  And opened my eyes and realized

13     that I probably have been going on for 45 minutes, but

14     nevertheless --

15          CHAIRMAN: I don't think it was quite that

16     long.

17          MR. HESTON:  Okay.  Well, nevertheless, see,

18     I'm hugely fortunate in that I attend the brain injured

19     association because I can advocate for my fellow members

20     in the association in that that I'm able to drive and I

21     can work the copier and I can type and I can even write

22     a story or two if I get so motivated, but yes, go

23     ahead.  I'm sorry.

24          CHAIRMAN:  I just want to give the other

25     members of the panel an opportunity to ask you any



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006732

TX_00033874

USA_00021614

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 34 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 45 of 216
Hearing - Volume 2                                        April 7, 2012

204

1    questions they would like to ask you.  Representative

2    Heffer?

3              REPRESENTATIVE HEFFER:  Mr. Heston, I just

4    want to thank you for coming here today.

5              MR. HESTON:  My pleasure, sir.

6              REPRESENTATIVE HEFFER:  And I want to assure

7    you that you represent a very important segment of our

8    population, and I think it would behoove that committee

9    to ensure that whatever steps we need to take to ensure

10   you're right to vote is protected, to do so.

11             MR. HESTON:  Thank you very much.

12             REPRESENTATIVE HEFFER:  So I want to

13   thank you for being here today.  You certainly do

14   represent your citizenry well.

15             MR. HESTON:  Thank you so much.

16             REPRESENTATIVE HEFFER:  Thank you for

17   your testimony here today.

18             MR. HESTON:  I appreciate it.

19             REPRESENTATIVE HEFFER: Thank you.

20             CHAIRMAN:  Any other questions for this

21   witness?  I think that's all we have.  We thank you,

22   Mr. Heston, for taking the opportunity to do this today.

23             MR. HESTON:  I appreciate the

24   opportunity.

25             CHAIRMAN:  Absolutely.  Good job.  At



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033875

USA_00021615

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 35 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 46 of 216
Hearing - Volume 2                                        April 7, 2012

205

1     this time, the Chair would caller Eric Nichols, who is

2     speaking on behalf of the Office of the Attorney General

3     as a resource witness and is neutral on Senate Bill

4     362.

5                    Please state your name and who you

6     represent.

7                    MR. NICHOLS:  Thank you, Mr. Chairman.

8     Eric Nichols, Deputy Attorney General for Criminal

9     Justice here on behalf of the Office of the Attorney

10    General.  I appeared as a resource witness before the

11    committee in its last session.  Actually that was

12    earlier this morning.  But I'm here, I understand, to

13    answer one particular concern that the committee had in

14    addition to what I testified to earlier this morning,

15    which concerns a matter that I raised in my earlier

16    testimony but may not have put enough of a punctuation

17    mark on it, and that is the issue about public testimony

18    concerning matters that are the subject of ongoing

19    criminal investigations through our office.

20                   And I want to make clear that it was on the

21    record that among the matters that we have under active

22    investigation for potential election code violations

23    include two elections that occurred in the year 2008 in

24    Hidalgo County in the city of Progresso.

25                   One was an independent school district



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033876

USA_00021616

Case 2:13-cv-00193   Document 663-13   Filed on 11/11/14 in TXSD   Page 36 of 96
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 47 of 216
Hearing - Volume 2                                          April 7, 2012

206

1        election.  The other was a municipal election.  The

2        other matters that I've heard some reference to in the

3        debate over this legislation concern Harris County, and

4        our office has active investigations concerning both the

5        primary and general elections in Harris County in 2008.

6               The reason why I'm mentioning this is that

7        from the perspective of a person who works with both our

8        prosecutors and our investigators on these types of

9        investigations, I would find it extremely unfortunate

10       if, in the context of a public hearing on legislation

11       such as this, that either the committee or individual

12       witnesses would engage in a discussion about facts of

13       matters that are under active investigation.  And the

14       reason for that is many fold but I'll give you two.

15              Number one, there's a need to protect the

16       integrity of ongoing criminal investigations.  And

17       number two, in all criminal investigations, both inside

18       and outside of grand jury, we respect the rights of

19       people who report crime and we respect the rights of the

20       people who may be accused of crime.  And until such time

21       as an investigation is completed and a determination is

22       made that somebody is going to stand to account for

23       charges, it's wholly inappropriate to engage, in our

24       view, in a public discussion about those types of

25       allegations.  So I would certainly ask for and respect



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006735

TX_00033877

USA_00021617

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 37 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 48 of 216
Hearing - Volume 2                                              April 7, 2012

207

1    the committee's desire to provide some indulgence to not

2    engage in a discussion about facts of matters that are

3    under investigation, and I would also encourage any

4    witnesses who are here that may be aware of the fact

5    that the matters that they may wish to talk about are

6    under investigation to refrain from discussing those.

7    That is not to interfere with someone's ability to

8    exercise their rights, to testify about the legislation,

9    what they see as the advantages or disadvantages of a

10   particular piece of legislation.

11           My comments deal specifically with the

12   discussion of facts of matters that are under

13   investigation, and I hope, Mr. Chairman and members of

14   the committee, that that is a little bit more clear than

15   I was at 1:15 a.m. this morning, but if the committee

16   has any questions on that or other subject, I would be

17   happy to amplify.

18           CHAIRMAN:  Representative Anchia?

19           REPRESENTATIVE ANCHIA:□ Thank you for being

20   here today, Mr. Nichols.  I want to make sure I

21   understand the admonition completely.  If someone is

22   here and wants to testify about specific facts that may

23   be the subject of an ongoing investigation by the

24   Attorney General, you are advising that that may

25   adversely impact the investigation of the Attorney



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033878

USA_00021618

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 38 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 49 of 216
Hearing - Volume 2                                        April 7, 2012

208

```
 1    General.
 2              MR. NICHOLS:  Yes, sir.
 3              REPRESENTATIVE ANCHIA:☐ And it is your further
 4    admonition that if someone has come here to testify in
 5    favor or against the Senate bill, that they should limit
 6    their testimony specifically to the provisions of the
 7    bill?
 8              By way of example, I think that provision A,
 9    B, C, or D is good for the following reasons, correct?
10              MR. NICHOLS:  That is exactly our preference.
11    Thank you Representative Anchia.
12              REPRESENTATIVE ANCHIA:☐ Thank you.
13              MR. NICHOLS:  And so we're going to have no
14    choice but to leave that to the discretion of the
15    witnesses on the list, whether you be from Houston or
16    Progresso or any other part of our state and you're
17    aware or familiar with any ongoing active criminal
18    investigations, we can't and don't wish to prevent you
19    from testifying on how you feel about this particular
20    piece of legislation, but you're the one that's going to
21    be talking and so you need to make sure that you do not
22    say anything about any facts or matters related to items
23    that you have reason to believe are under active
24    criminal investigation, and to the extent that you're
25    not sure you can do that, then it's up to you on whether
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006737

TX_00033879

USA_00021619

Case 2:13-cv-00193  Document 663-13  Filed on 11/11/14 in TXSD  Page 39 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 50 of 216
Hearing - Volume 2                                            April 7, 2012

209

```
 1     you want to testify.  I presume all of you do not want
 2     to do is do anything to undermine the ability to
 3     prosecute any crime of any kind in this state.
 4            Any other questions of the representative of
 5     the Attorney General?
 6            NEW SPEAKER:  I just want to make sure I
 7     understand.  Are you asking this committee to refrain
 8     from asking questions about specific instances that have
 9     been involved -- I'm sorry -- that have been discussed
10     in the newspapers?
11            MR. NICHOLS:  To the extent that they are the
12     subject of ongoing criminal investigations, and that's
13     why I wanted to particularly point out the situation
14     with Hidalgo County and Harris County.
15            NEW SPEAKER:  There's no legal prohibition,
16     you're just asking us to respect your wishes?
17            MR. NICHOLS:  I'm asking for the committee's
18     indulgence on that and appreciate whatever consideration
19     the committee can provide.
20            CHAIRMAN:  Representative (Inaudible)?
21            REPRESENTATIVE:  Technically speaking,
22     wouldn't there be some legal reason for that though?  I
23     mean, it's not just your indulgence, it's the fact that
24     we could compromise a pending case.
25            MR. NICHOLS:  That is certainly a possibly,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033880

USA_00021620

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 40 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 51 of 216
Hearing - Volume 2                                            April 7, 2012

210

```
 1     plus we have to take into account that both witnesses

 2     and persons who may be the subject of investigations may

 3     have rights that, that, if they're testifying before a

 4     public body such as this, may be compromised.  And so

 5     for that reason as well, to protect the rights of

 6     individual witnesses, I just think it's the most prudent

 7     course of action to do what I've suggested.

 8               NEW SPEAKER:  And to be clear, you're

 9     just not asking you to indulge us in our choosing not to

10     ask you questions, but ensuring that they don't enter

11     testimony specific to their case simply, they need to be

12     very pointed and specific to the legislation and only

13     speak to that.

14               MR. NICHOLS:  Yes, sir.

15               CHAIRMAN:  Representative Peña?

16               REPRESENTATIVE PEÑA:  My understanding of

17     any legal prohibition would be the discussion of grand

18     jury testimony, is that correct?

19               MR. NICHOLS:  Grand jury proceedings are

20     secret by law, yes, sir.

21               MR. PEÑA:  Right, but other than that,

22     it's simply a request made to us, without legal

23     restriction?

24               MR. NICHOLS:  If it's not -- if it

25     doesn't relate to grand jury proceedings, it's not
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033881

USA_00021621

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 41 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 52 of 216
Hearing - Volume 2                                          April 7, 2012

211

```
 1    subject to grand jury secrecy; however I think there are

 2    other legal considerations that come in into play.

 3                 MR. PEÑA:  I appreciate what you're

 4    trying to tell me.  I just want to make sure I

 5    understand.

 6                 MR. NICHOLS:  Yes, sir.

 7                 MR. PEÑA:  There are many times --

 8                 I'm an attorney and many times I'm asked

 9    to -- when there are criminal proceedings against an

10    individual, for example, in a sexual assault case, I'm

11    asked, or the judge is asked to hold me back from

12    conducting discovery because it just seems unfair or

13    you'd rather do one thing at a time, and in this case,

14    you have no -- you have no way to legally bind us,

15    you're simply making a request?

16                 MR. NICHOLS:  I'm making a request that I

17    believe is based on both law and good policy.

18                 MR. PEÑA:  You understand the impression

19    that that leaves on many of the people who read the

20    papers, and when there are allegations made of voter

21    impersonation, that those are just blanket allegations,

22    without any cross examination or examination, and that

23    leaves a -- it can leave a bad impression on the reader

24    or on the citizenry out there.

25                 MR. NICHOLS:  Representative, I'm a
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006740

TX_00033882

USA_00021622

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 42 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 53 of 216
Hearing - Volume 2                                          April 7, 2012

212

```
 1      Prosecutor by profession and one of the things that I

 2      strongly believe in that persons are innocent until such

 3      time as they are proven guilty in a court of law, and I

 4      believe that very strongly and I believe that anyone who

 5      reads a paper should feel the same way.

 6                  MR. PEÑA:  Yes.  Now let me just say,

 7      just as a statement, I've said here and I have friends

 8      here from the valley.  There is a level of political,

 9      dirty politics.  For example, in the treatment of the

10      elderly with mail-in ballots that I'm concerned about,

11      but when an allegation is made of voter impersonation,

12      you can understand my concern, when other witnesses have

13      said that they've never seen any of it found in the

14      valley, you can understand that, right?  You can

15      appreciate my concern.

16                  MR. NICHOLS:  I appreciate your concern

17      and I've heard a number of things said by persons who

18      are on different sides of this issue about the lack of

19      evidence of voter -- voter impersonation and so forth,

20      so I understand, I think, where you're coming from.

21                  MR. PEÑA:  Right.  Well, I'll listen to

22      the testimony.

23                  MR. NICHOLS:  Yes, sir.

24                  MR. PEÑA:  But I also want to make this

25      statement.  I'm probably one of the strongest opponents
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006741

TX_00033883

USA_00021623

213

1    against voter corruption in my community.  I will come
2    out and blast people, and my friends here who are the
3    owls, understand who are against voter corruption as
4    well.
5          Will understand that I've taken great steps to
6    talk about corruption, and in all my experience, like
7    Mr. Wood, I found little evidence of voter
8    impersonation.  I simply haven't seen it.  And I simply
9    want to make that statement because the papers have all
10   covered this event in Progresso, and I understand how
11   politics is done in my smaller community in the valley,
12   but I also would like people to understand that you
13   can't take a bear statement as gospel, that there needs
14   to be an examination of the facts.
15          MR. NICHOLS:  And you and I agree a
16   hundred percent on that, which gets to my point, that
17   that examination of the facts needs to be done, it needs
18   to be done in a professional manner by professional
19   investigators, professional prosecutors, before anyone
20   reaches a conclusion one way or the other.
21          MR. PEÑA:  Let me say if, in fact, there
22   is any voter impersonation that has occurred, I would
23   ask that you prosecute them to the fullest.
24          MR. NICHOLS:  Yes, sir.
25          MR. PEÑA:  But that doesn't leave my



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006742

TX_00033884

USA_00021624

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 44 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 55 of 216
Hearing - Volume 2                              April 7, 2012

214

```
 1    skepticism as to the things I've read in the paper,

 2    based on the experience I've had in living in the

 3    community.  But anyway, I respect your request.

 4              MR. NICHOLS:  I appreciate it.

 5              CHAIRMAN:  Representative Bonner?

 6    Chairman Bonner.

 7              REPRESENTATIVE BONNER:  Chairman Peña, I

 8    respect completely, I think what we're trying to do is

 9    make sure this committee doesn't engage in the rhetoric

10    or discussion that's been in the newspapers, and that we

11    leave that out of this, because this committee is not

12    the proper place to get the facts and decide whether

13    this is appropriate or inappropriate.

14              I think what we're trying to do is ensure what

15    you want to ensure, which is that we not go into these

16    discussions and we not have allegations brought that

17    can't be discovered fully, true or untrue, by this

18    committee.  Is that fair, Mr. Peña?

19              MR. PEÑA:  I understand what you're

20    saying, and my goal, as is everyone here, is to find the

21    truth and to find some, and that's all I'm attempting to

22    do.

23              REPRESENTATIVE BONNER:  Yes, sir.

24              CHAIRMAN:  All right, Representative

25    Brown's question, before she asks it, I would just like
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033885

USA_00021625

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 45 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 56 of 216
Hearing - Volume 2                                                    April 7, 2012
215

```
 1     to show on the record that Lynn Harper has joined us.

 2     Representative Brown.

 3                    REPRESENTATIVE BROWN:  One question.  You

 4     were with us last night until we adjourned, correct?

 5                    MR. NICHOLS:  Yes, sir.

 6                    REPRESENTATIVE BROWN:  Did you hear

 7     anything that he gave you that you were concerned about

 8     that we've entered into?

 9                    MR. NICHOLS:  Well, I did want to mention

10     Harris County, because there was some discussion about

11     Harris County.  I don't know if issue is going to come

12     up again today or not, and that is why.

13                    REPRESENTATIVE BROWN:  Was the video a

14     problem?

15                    MR. NICHOLS:  No, the video was a news

16     report, but in terms of getting into questions of

17     wanting to get copies of records so that people can do

18     signature comparisons, I think I heard a reference to

19     that during the committee's hearing, wanting to talk to

20     witnesses who are involved in this outside the

21     professional criminal investigation process, any effort

22     by either, by anyone outside the criminal investigation

23     process to interview witnesses, collect documents, all

24     of that has the capacity to interfere with an ongoing

25     criminal investigation, so I appreciate your clarifying
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033886

USA_00021626

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 46 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 57 of 216
Hearing - Volume 2                                              April 7, 2012

216

```
1     that.
2                    REPRESENTATIVE BROWN:  Thank you.
3                    CHAIRMAN:  Any other questions of this
4     witness?
5                    I don't see any questions.  Thank you.
6                    MR. NICHOLS:  Thank you.
7                    CHAIRMAN:  Thank you, Mr. Nichols.  At
8     this time, the Chair calls Marilu Ybarra, representing a
9     group from Progresso, who's testifying in favor of
10    Senate Bill 362.  Do you wish to testify?  Just state
11    your name.
12                   MS. YBARRA:  Yes, my name is Marilu
13    Ybarra?
14                   CHAIRMAN:  And you represent yourself?
15                   MS. YBARRA:  Yes, sir.
16                   CHAIRMAN:  And do you have anything you
17    wish to share with us today, in light of this discussion
18    we've just had?
19                   MS. YBARRA:  Okay.  We leave this effect
20    on the borders for every election in Progresso, so
21    please help us to pass this leg -- I don't know how to
22    --
23                   CHAIRMAN:  Legislation?
24                   MS. YBARRA:  Yes.
25                   CHAIRMAN:  Thank you very much.  Members,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033887

USA_00021627

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 47 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 58 of 216
Hearing - Volume 2                                                    April 7, 2012

217

```
 1    do you all have any questions of this witness?

 2    Representative Peña, Chairman Peña?

 3                   MR. PEÑA:  Ms. Ybarra?

 4                   MS. YBARRA:  Yes, sir.

 5                   MR. PEÑA:  I want to assure you that

 6    everybody here is against it and it's our intention to

 7    have good government not only in the valley but

 8    throughout Texas, I want you to know that and I want to

 9    thank you.

10                   MS. YBARRA:  Okay.

11                   CHAIRMAN:  And you want us to show you in

12    favor of Senate bill 362?

13                   MS. YBARRA:  Yes, sir.

14                   CHAIRMAN:  And we will.  Thank you.

15                   MS. YBARRA:  Thank you.

16                   CHAIRMAN:  The Chair calls Annabell

17    Medina, representing herself as a taxpayer testifying in

18    favor of Senate bill 362.

19                   UNIDENTIFIED FEMALE:  She's in favor.

20                   CHAIRMAN:  Thank you.  Just state your

21    name.

22                   MS. MEDINA:  My name is Annabell Medina.

23    My name is Annabell Medina.

24                   CHAIRMAN:  And you're here representing

25    yourself?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033888

USA_00021628

Case 2:13-cv-00193  Document 663-13  Filed on 11/11/14 in TXSD  Page 48 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 59 of 216
Hearing - Volume 2                                        April 7, 2012

218

```
 1                 MS. MEDINA:  Yes.  I'm from Progresso,
 2         Texas.
 3                 CHAIRMAN:  All right.  Anything you wish
 4         to tell us?
 5                 MS. MEDINA:  Well, we just wish for that
 6         law to pass because we are having trouble there, people
 7         voting without an ID, voting for somebody else with a
 8         card.
 9                 CHAIRMAN:  Thank you.  Any questions
10         members, of this witness?  And just to be clear, I think
11         I've already established this, but you wish us to show
12         you as in favor of Senate bill 362, right?
13                 MS. MEDINA:  Yes, that's right.
14                 CHAIRMAN:  Thank you.
15                 MR. MEDINA:  Thank you.
16                 CHAIRMAN:  At this time, the Chair calls
17         Pedro Lopez, representing himself.  Is he close by or --
18                 UNIDENTIFIED FEMALE:  He went to the
19         bathroom.
20                 CHAIRMAN:  Okay.  Well, I want to give
21         him an opportunity to testify.
22                 The Chair calls Ramey Coe, representing
23         the Organization of Chinese Americans.  Are you here?  I
24         got to give these people an opportunity to testify.
25         Ramey, if you are hearing me or seeing me --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033889

USA_00021629

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 49 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 60 of 216
Hearing - Volume 2                                          April 7, 2012

219

```
1              There you are.
2              MR. COE:  (Inaudible).
3              CHAIRMAN:  I understand.  Please state your
4       name and who you represent.
5              MR. COE:  My name is Ramey Coe.  I represent
6       the Organization of Chinese Americans.
7              CHAIRMAN:  You're testifying against Senate
8       bill 362?
9              MR. COE:  That's correct, sir.
10             CHAIRMAN:  Okay, thank you.  Please proceed.
11             MR. COE:  Just to tell you a little bit about
12      OCA, we were founded in 1973 as national organization.
13      There are over 81 chapters and affiliates currently
14      dedicated to advancing the social, political and
15      economic well-being of Asian Pacific Americans, as one
16      of 14 national civil rights, Asian American civil rights
17      organizations in D.C.
18             Photo ID requirements for voting have a
19      particularly onerous effect on the ability for Asian
20      Americans to vote.  A recent survey of voters in
21      California, Washington State and New Mexico, Asian
22      American voters, that is, showed that Asian Americans
23      are eight percent less likely to have photo ID than
24      their white counterparts.
25             Additionally, and these are some things that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006748

TX_00033890

USA_00021630

Case 2:13-cv-00193  Document 663-13  Filed on 11/11/14 in TXSD  Page 50 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 61 of 216
Hearing - Volume 2                                        April 7, 2012

220

1    aren't necessarily against all of elements of the bill

2    but things I'd like the committee to keep in mind when

3    looking at possible changes or amendments to the bill,

4    to be aware of the fact that the expense and time

5    required to obtain an ID is especially problematic for

6    naturalized citizens.  Half the Asian American

7    population is foreign born, a higher proportion than any

8    other ethnic group in the United States.

9          Even if photo IDs are provided for free,

10   obtaining documents such as naturalization certificates

11   to obtain the ID or other documentation requires a great

12   deal of time and expense.  Naturalization certificates

13   cost $380 and can take up to a year to receive.

14          Photo ID requirements give poll workers an

15   enormous degree of discretion at polling places, which

16   can be particularly problematic for naturalized Asian

17   Americans who have limited experience the legalese

18   surrounding ID laws.

19          A law would raise the risk of communication

20   difficulties that would deny Asian Americans the right

21   to vote.  Numerous studies have already documented many

22   cases in the past several elections that where Asian

23   Americans were asked to show ID at polls in various

24   states, mis-understandings arose that frequently

25   resulted had in the legally eligible voters being denied



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006749

TX_00033891

USA_00021631

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 51 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 62 of 216
Hearing - Volume 2                                      April 7, 2012

221

```
 1     the right to cast a ballots.

 2            Now one thing in particular I'd like to

 3     emphasize is the problem with name matching

 4     requirements, and this is just something perhaps to keep

 5     in mind about the bill itself.  In 2008, various Asian

 6     Americans organizations, including the Asian American

 7     Justice Center, documented numerous cases of Asian

 8     Americans being denied the right to vote in states with

 9     voter ID laws because of name matching problems.  This

10     was particularly a problem in Florida.  Chinese,

11     Japanese and Korean names are not written with the

12     English alphabet and have multiple parts.  When Asian

13     Americans transliterate these names for documentation

14     and IDs, there are frequently inconsistencies, either

15     because the person has refined the spelling over time or

16     because errors are made in transcription by workers

17     unfamiliar with Asian names.  These can range from

18     incorrect hyphenation to switched letters, to improperly

19     combining or splitting separate parts of the name.  Many

20     Asian Americans also adopt American names for daily use,

21     so sometimes they have different names on different ID.

22     For example, my cousin's passport and Social Security

23     card use her transliterated Chinese name but her

24     driver's license says Kathy.

25            What all of this points to is the fact that
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033892

USA_00021632

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 52 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 63 of 216
Hearing - Volume 2                                            April 7, 2012

222

1    Asian American voters, as a community, have numerous

2    concerns with various elements of this legislation and

3    the way that it might impact their right to vote.

4         CHAIRMAN:  Before I let members of the

5    committee to ask you questions, Mr. Coe, can you give me

6    some sense, how many people do we have in the overflow

7    room?

8         MR. COE:  I think we have about I'd say 20 to

9    30.

10        CHAIRMAN:  Okay, and if you're listening or

11   you can see me, I guess you can see me, I think we have

12   20 do 30 empty seats in this room, and so to the extent

13   you would like to, I welcome you to join us here in this

14   room so that as we call random people to testify, you

15   might be more readily available.

16        Any questions for this witness?

17   Representative Brown?

18        REPRESENTATIVE BROWN:  Yes.  Thank you for

19   coming to testify.  When a person is naturalalized and

20   they come to this country and are naturalized, aren't

21   you given some kind of document proving that

22   naturalization at that point?

23        MR. COE:  Sometimes, there's frequently cases

24   where an official naturalization certificate, for

25   whatever reason, doesn't make it to the person.  A lot



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033893

USA_00021633

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 53 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 64 of 216
Hearing - Volume 2                                          April 7, 2012

223

1    of times, also there's problems where, over a course of

2    time, that certificate is lost.  A lot of people, it's

3    not a document people keep on them, it's not a document

4    that a lot of people have readily available.  My

5    parents' naturalization certificates, for example, are

6    in their safety deposit box.

7              REPRESENTATIVE BROWN:  So that wouldn't be

8    that difficult for them to prove their identity with

9    that paper?

10             MR. COE:  No, not for my parents, no, but for

11   other Asian Americans.

12             REPRESENTATIVE BROWN:  I just wondered if this

13   was presented and people just tossed it like it wasn't

14   valuable.

15             MR. COE:  Oh, no, I don't think it's because

16   people don't think it's valuable.  I just think that,

17   you know, people here who have been naturalized for --

18   there's a significant number of Asian Americans now who

19   have been naturalized for 20, 30 years, and over the

20   course of moving, you know, papers gets shuffled around

21   and sometimes even important documents get lost.

22             REPRESENTATIVE BROWN:  But you feel that would

23   be the exception and not the rule, that most people

24   would still retain that document and not be forced to go

25   spend $300 to obtain one?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033894

USA_00021634

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 54 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 65 of 216
Hearing - Volume 2                                              April 7, 2012

224

1          MR. COE:  I think it's an example of the type

2     of additional documentation hurdles that people who are

3     naturalized citizens tend to face.  I couldn't give you

4     an exact number of exactly how many people that would

5     effect, but between naturalization documents and other

6     types of documentation issues related to that, you know,

7     I just want to point out that that is an additional

8     burden.

9          REPRESENTATIVE BROWN:  Is there a proof of any

10    kind of identification prove in China in order to

11    participate in an election or do you have --

12         MR. COE:  Well, there's not a lot of elections

13    in China.

14         REPRESENTATIVE BROWN:  I guess not.  Touche.

15    Okay, would there be any other time that you have to

16    prove identity in China?

17         MR. COE:  Well, in China, this is actually a

18    tradition dating back through the imperial period of

19    Chinese history.  All Chinese residents were required to

20    register with local magistrates, and in fact, to this

21    day, that survives.

22         When you're born, you have to go and get this

23    document registration, and actually there's a lot of

24    restrictive rules around, that you can't move without

25    permission because the government has to be able to keep



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033895

USA_00021635

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 55 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 66 of 216
Hearing - Volume 2                                         April 7, 2012

225

```
 1      track of where you are at all times, et cetera, et

 2      cetera.

 3                  REPRESENTATIVE BROWN:  It's like a birth

 4      certificate?

 5                  MR. COE:  Kind of.  It's more like an all

 6      purpose passport.  Well, it's not a passport.  It's more

 7      like an all-purpose government identity card, but the

 8      reason everybody has it is because it's very strictly

 9      enforced by the government to ensure that all people are

10      monitored.

11                  REPRESENTATIVE BROWN:  I wanted to establish,

12      do you think -- do you see the need for us to be able to

13      prove identity in this country in order to participate

14      in something like an election?

15                  MR. COE:  Yes, I do think there are certain

16      needs.

17                  REPRESENTATIVE BROWN:  Do you have any

18      suggestion for us, something that would help the Chinese

19      community that would be easier to -- easier on you?

20                  MR. COE:  Well, I mean, just one suggestion

21      off the top of my head is some type of provision

22      addressing the problem with names.  That's, I think, one

23      of the most frequently noted problems that happened in

24      the 2008 election, which is the problem with a lot of

25      voters having problems because their names didn't match.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033896

USA_00021636

```
 1              REPRESENTATIVE BROWN:  Well, rather than
 2      everyone here having to learn Chinese, I understand it's
 3      a rather difficult language --
 4              MR. COE:  Right.
 5              REPRESENTATIVE BROWN:  Do you think it would
 6      behoove you and your citizens to adopt a name that we
 7      could deal with more readily here, such as you're
 8      talking about, and I'm not talking about changing your
 9      name, I'm talking about the transliteration, or whatever
10      you refer to this, that you could use with us.
11              MR. COE:  Well, transliteration typically is
12      technically governed by certain academic standards
13      right.  Like for Chinese, there's the Wade-Giles
14      transliteration system and the Pinyan transliteration
15      system.  For Korean and Japanese, there are other
16      various systems.  I think two or three for Japanese and
17      three for Korean, so that's transliteration.  That's
18      basically where you try to keep the pronunciation of
19      your name but you write it in English alphabet.  But a
20      lot of Asian Americans will, for the purpose of daily
21      use, adopt, you know, quote, unquote, American names, so
22      for example, again, my cousin, she goes by Kathy
23      normally, on a day-to-day basis, and Kathy is what it
24      says on her school transcripts and it's what it says --
25      well, she's not in school any more but it's what she
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033897

USA_00021637

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 57 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 68 of 216
Hearing - Volume 2                                          April 7, 2012
                                                                   227

 1      used before and it's what it says on her driver's
 2      license, but on her Social Security card and her
 3      passport, it says TiShen, because when she first
 4      immigrated to the United States, before she chose to
 5      adopt Kathy, she used the transliterated Chinese names
 6      on those documents, so a problem that arises frequently
 7      with Asian Americans is that as time passes, people do
 8      one of three things.
 9              One, is that they chose to adopt a more
10      Americanized given name to make it easier, as you said,
11      for people to communicate, et cetera, and for
12      documentation purposes.  But two is sometimes they will
13      alter the transliteration of their name because they
14      learn that, because not everyone is familiar with who to
15      transliterate names, so when they first come, they kind
16      of give it their best shot, like what they think it
17      sounds like in English, but then they will learn later
18      that they actually should write it differently, et
19      cetera.
20              REPRESENTATIVE BROWN:  Can't you see that this
21      is something that would make it a lot easier both for
22      you and for the people who are the poll workers if there
23      were some means by which you could adopt a name just for
24      this poll identification purposes that was easier for
25      the Americans to deal with?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033898

USA_00021638

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 58 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 69 of 216
Hearing - Volume 2                                                    April 7, 2012

228

```
 1              MR. COE:  What I'm saying is there may be
 2    difficulty in obtaining that ID because of discrepancies
 3    between those names or because of discrepancies between
 4    the name on the ID and because it was obtained with a
 5    certain document versus the name on the polling.
 6              REPRESENTATIVE BROWN:  Evidently there's
 7    difficulties as is it presently exists, from what you
 8    tell me.
 9              MR. COE:  Yes.  I mean, I think Asian American
10    Justice Center represented several of the Asian American
11    voters in Florida who had this problem, although a lot
12    of times with them, the problem was, as you
13    transliterated names being basically mangled in the
14    course of being transcribed by government workers.
15              REPRESENTATIVE BROWN:  Okay, I see a need here
16    for young people like you, that are obviously very
17    bright, to come up with something that would work for
18    you and then let us see if we can't make it work for us.
19              MR. COE:  Well, I think it would be a small
20    but effective adjustment to the bill if we could allow
21    there to be some give and take on the exact matching of
22    the name.
23              I know that -- Gosh, I know there's actually
24    differences between the different states that currently
25    have voter ID laws on this.  Florida, I believe, was the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193  Document 663-13  Filed on 11/11/14 in TXSD  Page 59 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 70 of 216
Hearing - Volume 2                                        April 7, 2012

229

1    most stringent case where people who were literally had

2    a hyphen their ID and there was no hyphen on the voter

3    rolls were not allowed to vote.

4            REPRESENTATIVE BROWN:  That's not just for

5    Chinese.

6            MR. COE:  That's for Korean, Chinese,

7    Japanese.  Khmer, I believe, is not written in Roman

8    script.

9            REPRESENTATIVE BROWN:  Thank you.

10           NEW SPEAKER:  And let me just say that I

11   believe Representative Hofburg has a bill in front of

12   our committee where, that we're looking very seriously

13   at, that would, if I understand it correctly, simply

14   provide for the Secretary of State's office to issue

15   some sort of rules and clarifications to create some

16   sort of standardization to ensure that slight

17   mis-spellings in what would be to many poll workers a

18   fairly complicated name --

19           MR. COE:  Right.

20           NEW SPEAKER:  --  are counted.

21           MR. COE:  Right.

22           NEW SPEAKER:  Obviously in Texas, we see that

23   with our Hispanic community more than we do with any

24   other community, but I believe that that's currently in

25   the hopper and I think we want to make a very favorable



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033900

USA_00021640

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 60 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 71 of 216
Hearing - Volume 2                                    April 7, 2012

1    look at that issue.  It may or may not be a part of this

2    bill.

3            MR. COE:  Right.

4            CHAIRMAN:  And it may be that, for simplicity

5    sake, this bill doesn't change current law in that

6    regard but I do think that this committee needs to look

7    very favorably at legislation along those lines to

8    address those separate concerns simply about transposing

9    letters in any kind of a name, whether it's complicated

10   or otherwise.

11           MR. COE:  Right.  Well, I mean, again, I think

12   to, you know, also something I forgot to mention to

13   address some of the concerns that Representative Brown

14   raised, I think part of the issue is that under the

15   current law, you know, Asian Americans can use either

16   their photo ID or the voter registration card, and so a

17   lot of Asian Americans who know that they have a problem

18   because their driver's license uses a different name

19   have been, you know, up to this point, able to just use

20   a voter registration card and just avoid that problem.

21           I mean, again, to what degree did that impact

22   the ability for Asian Americans to vote, you know,

23   there's probably a lot of disagreement over that data

24   but I think there's definitely evidence that's there.

25           NEW SPEAKER:  And you know, I don't want to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033901

USA_00021641

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 61 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 72 of 216
Hearing - Volume 2                                                                April 7, 2012

231

 1    create the impression of the audience that currently if

 2    there's one letter that's off, people are not --

 3              MR. COE:  Right.

 4              NEW SPEAKER:  -- typically being able to

 5    vote.  I think poll workers are already exercising

 6    reasonable discretion in that regard.  It may be that we

 7    can provide some clearer standards.  I think there is a

 8    list that Representative Hofburg presented to us in that

 9    committee hearing where it did look like some voters, a

10    relatively small number at the statewide level, that we

11    would all agree are most likely that person were running

12    into some difficulty simply because of the process of

13    comparing names, and that's something that we definitely

14    need to look at.  Representative Anchia, did you have a

15    question?

16              REPRESENTATIVE ANCHIA:  Just really quickly,

17    in the Senate bill, there is language included that says

18    that your identity must be proven from the documents

19    presented, and what I think --

20              I think the point that you're trying to make

21    is that with names in the Chinese community, your voter

22    registration certificate may have a different name or

23    the way you're listed on the roles may have a different

24    name than your photo ID, your concealed handgun license

25    or any other secondary non-photo identification that you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033902

USA_00021642

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 62 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 73 of 216
Hearing - Volume 2                                          April 7, 2012

232

```
 1    may have, and your concern is that if there -- and there
 2    are all kinds of national studies about the disparity
 3    application of on different communities.  In fact, in
 4    one, I think it was the Cal Tech study that we looked at
 5    last night, Asians were asked for additional ID on a
 6    much higher percentage.
 7               MR. COE:  Yes, I've seen that data as well.
 8               NEW SPEAKER:  So I'm concerned about those
 9    issues.
10               MR. COE:  Right.  I think there's overlap
11    between those issues; you know, again because you're
12    giving poll workers a lot of discretion to look at these
13    items, then you create the increased likelihood of mis-
14    understandings, particularly with naturalized citizens,
15    who, you know, may speak English perfectly well for
16    day-to-day purposes, but when having to talk to somebody
17    about the intricacies and technicalities of, you know,
18    voting law, election law, may be very lost, and a lot of
19    mis-understandings have arisen.
20               In fact, there's been several documented cases
21    before in New York City of this happening.  And then
22    again, as you said, the problem with somebody might
23    bring their photo ID thinking I have a photo ID so it be
24    fine, but then there's a discrepancy either because of,
25    again, the difficulty of transliterated names or the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006761

TX_00033903

USA_00021643

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 63 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 74 of 216
Hearing - Volume 2                                          April 7, 2012

233

```
 1    fact that they're really using completely different

 2    names on both forms of ID.

 3             NEW SPEAKER:  And you brought up citizen

 4    documents.  You've got I know one that's called for in

 5    63 spot 0101, and let me preface this question by asking

 6    you if you know a little bit about the citizenship

 7    documents that are listed in the bill.

 8             MR. COE:  I actually do not recall off the top

 9    of my head so I'd appreciate you refreshing me.

10             NEW SPEAKER:  Okay.  One is a United States

11    citizenship certificate.

12             MR. COE:  Yes.

13             NEW SPEAKER:  Which I think refers to the

14    notification of a birth abroad for a U.S. citizen, and I

15    think that's different than a naturalization

16    certificate, which is an N360.

17             MR. COE:  Yes.

18             NEW SPEAKER:  Okay, so those are two different

19    documents?

20             MR. COE:  Yes.

21             NEW SPEAKER:  And my understanding is the

22    citizenship certificate would have one's picture on it

23    but that picture might be taken at the time that that

24    person is young.

25             MR. COE:  Right.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033904

USA_00021644

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 64 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 75 of 216
Hearing - Volume 2                                               April 7, 2012

234

1          NEW SPEAKER:  Or naturalized, so someone who
2     could be 70 would present that piece of photo
3     documentation and the picture was taken when they were
4     10.
5          MR. COE:  Right.
6          NEW SPEAKER:  So there might be a difference
7     in their appearance in the intervening 60 years.  And
8     then the other documentation that is included in the
9     bill is, relates to naturalization documents, and
10    they're not spelled out here, or citizenship papers
11    rather, in subsection 4.  Do you know what those would
12    refer to?  So they're non-photo ID citizenship papers.
13         MR. COE:  I'm not exactly sure what that
14    refers to.
15         NEW SPEAKER:  Okay, I'm not sure either.
16         MR. COE:  Yes, I'm not aware of other types of
17    citizenship documents for naturalized immigrants, no.
18         NEW SPEAKER:  Thank you for your testimony.
19         MR. COE:  Thank you.
20         NEW SPEAKER:  Is it true that it's very common
21    for people (Inaudible) for people to sometimes do the
22    surname first and their given name last, or
23    interchangeably?
24         MR. COE:  Yes.
25         NEW SPEAKER:  Which may also may cause a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033905

USA_00021645

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 65 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 76 of 216
Hearing - Volume 2                                    April 7, 2012

235

1    problem.

2              MR. COE:  Right.  Similar to Latino names,

3    many Chinese and Korean names are three parts.

4              NEW SPEAKER:  Yes.

5              MR. COE:  So there's often confusion with

6    which parts are which.

7              NEW SPEAKER:  Sometimes Latino names are

8    forenames, we discussed that last night.

9              MR. COE:  Right.

10             NEW SPEAKER:  They use forenames.

11             MR. COE:  Right.

12             NEW SPEAKER:  And I'm not a proponent of

13   changing your name.  I think names mean something in

14   families, and for those of us who lost our name

15   somewhere along the way when they wanted us to change

16   our name to the master's name and so we've lost our

17   name.  I don't know what my name is.  And so I just

18   wanted to bring that to the forefront.  We don't want to

19   damage cultures and ask people to change their name for

20   the purpose of voting.

21             CHAIRMAN:  Any other questions, members?

22   Representative Hefler?

23             REPRESENTATIVE. HEFLER:  No, I'll pass.

24             CHAIRMAN:  All right.  Representative Brown?

25             REPRESENTATIVE BROWN:  And I'm sorry if I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033906

USA_00021646

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 66 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 77 of 216
Hearing - Volume 2
April 7, 2012

236

1    leave the impression that I -- I'm sorry if I gave the

2    impression that I was trying to get you to change your

3    name.

4         MR. COE:  No, no, my name is Ramey.

5         REPRESENTATIVE BROWN:  I'm trying to figure

6    out some form of identification that the poll workers,

7    if they happen to be white, Anglo, Hispanic, whatever,

8    that they might be -- if Chinese was not their native

9    tongue, I'll put it that way.

10        MR. COE:  Right.

11        REPRESENTATIVE BROWN:  That they might be some

12   sort of matching.

13        MR. COE:  Right.  Again, I'm not saying that

14   that isn't a possibility.  You know.  I think the issue

15   is that many Asian American voters will have existing

16   valid photo ID that they think and have always been led

17   to believe is sufficient photo ID to prove their

18   identity for other purposes.  You know, a driver's

19   license that they've had for years and years and years

20   and it's current and it's not expired, but because now

21   there's a requirement that requires them to show that

22   particular piece of ID or something, you know, other

23   type of ID where they have a name that they use in

24   certain contexts and that happened to not be the name

25   that they used to register to vote because they decided



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033907

USA_00021647

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 67 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 78 of 216
Hearing - Volume 2                                    April 7, 2012
237

1   they needed to use their Social Security card name for

2   legal purposes or whatever.  Again, that's just an

3   additional issue.  They might show up at the polls and

4   say, "Well, this is my driver's license.  It's current,

5   and then now I have to go and deal with this somehow,"

6   you know.

7            REPRESENTATIVE BROWN:  I think you're arguing

8   that you may need some more education about the voting

9   process if we, if we go through with this bill.

10           MR. COE:  Yes, I think that's definitely, if

11  the bill, if some form of the bill goes through, I think

12  that's critical.

13           REPRESENTATIVE BROWN:  To Chinese Americans.

14           MR. COE:  An outreach, yes, specifically.

15  Vietnamese Americans is obviously another very large

16  community here in Texas.  And so, you know, I think it's

17  definitely critical, especially because since Asian

18  Americans are such a fragmented language population, a

19  lot of places, polling places, won't have language

20  assistance for most of them because they don't meet the

21  population requirements to have language assistance.  So

22  if they encounter problems and they get to a point where

23  the discussion of the poll worker starts going over

24  their heads, it may be very difficult, so --

25           REPRESENTATIVE BROWN:  Thank you for pointing



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033908

USA_00021648

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 68 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 79 of 216
Hearing - Volume 2                                           April 7, 2012

238

```
 1        that out to us.

 2                MR. COE:  Yes.  No problem.

 3                CHAIRMAN:  Any other questions of Mr. Coe?

 4        Thank you, Mr. Coe.  I appreciate it very much.

 5                MR. COE:  Thank you very much, committee,

 6        Mr. Chairman.

 7                CHAIRMAN:  Okay, we had a witness that wasn't

 8        available earlier, Pedro Lopez.  Are you with us now?

 9                I don't see Mr. Lopez, and therefore, I'm

10        going to show him as not testifying but being in favor

11        of Senate bill 362.

12                Members, at this time, I'm going to close on

13        Senate bill -- I'm going to close on Senate bill 362 and

14        leave that bill pending, and before you throw a riot,

15        members, members of the audience, let me explain what

16        we're doing.  We have two members that have been with us

17        for about several hours today, along with the audience,

18        and they have bills that have only a few witnesses that

19        wish to testify, and we have a number of witnesses that

20        still wish to testify on Senate bill 362, so rather than

21        require Mr. Dunham and Mr. Hobson to sit around here for

22        the rest of the evening and listen to all of the

23        witnesses on Senate bill 362, what we're going to do at

24        this point is take about a 15 minute break from

25        testimony on Senate bill 362 and lay out their bills,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006767

TX_00033909

USA_00021649

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 69 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 80 of 216
Hearing - Volume 2                                          April 7, 2012

239

```
 1    hear from a few witnesses on them and then return --
 2            Okay, we're not going to hear from witnesses
 3    on them, we're simply going to lay out their
 4    legislation.
 5            Okay, I've been told that they have a number
 6    of witnesses.  Apparently it's not just a few witnesses,
 7    and therefore, what we're going to do is allow them to
 8    lay their legislation out, and then close, leave it as
 9    pending business and then return to Senate bill 362.  Is
10    that all right?
11            At this time, the Chair lays out House Bill
12    4421 by Representative Chairman Dunham and calls on
13    Chairman Dunham to explain the bill.
14            REPRESENTATIVE DUNHAM:  Thank you,
15    Mr. Chairman.  I also have 4418, which has similar
16    elements in it, and at your pleasure, I would lay them
17    out both.
18            CHAIRMAN:  Okay, the Chair now lays out House
19    Bill 4418 by Chairman Dunham and would ask you to
20    explain that bill as well.
21            REPRESENTATIVE DUNHAM:  Thank you,
22    Mr. Chairman and members.  We have issues regarding to
23    the integrity in our voting system that has gotten
24    thousands of people writing the capitol and hundreds of
25    people showing up at the capitol, and I think that maybe
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006768

TX_00033910

USA_00021650

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 70 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 81 of 216
Hearing - Volume 2                                          April 7, 2012

240

1     we're overcomplicating the issue.

2            I can, if I want, take this card that has no

3     picture on it and no name on it and get access to a

4     multi million dollar building across the street that has

5     confidential client information in it, that has a safe

6     in it, that has information that should only be accessed

7     exclusively.  And when I use this card, they know I use

8     this card, they know what time I entered the building,

9     they know what time I left the building, and if someone

10    tried to use this card at the same time, they would get

11    caught across town.

12           Today, I have a daughter and she can take a

13    card just like this and go to Dillards and buy

14    something.  It doesn't have her picture on it and it

15    gives her access to amount of money that's probably

16    imprudent on her father's part, and if she buys a gallon

17    of gasoline, crosses street and buys another gallon of

18    gasoline, the credit card company will cut her off

19    because they know about the potential of fraud.

20           We have learned in this country there is

21    billions, if not trillions, of dollars that is being

22    securely used in transactions every second in the United

23    States with integrity and there is no picture on this.

24    I had to sign it.  There's a magnetic strip on the back

25    that has a great quantity of information, and every time



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006769

TX_00033911

USA_00021651

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 71 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 82 of 216
Hearing - Volume 2                                        April 7, 2012

241

1    I use it, they know where I used it and what I used it

2    for, and if I lose it, I can call a phone number and

3    immediately cut it off.

4         I get this in the mail from the state of

5    Texas.  You know what?  If I want to get this in my

6    wallet, I got to cut it, I probably got to laminate  it,

7    I got to fold it several ways to where you can't see all

8    the information on it, and so what I generally do when I

9    get this is I lay it on a counter somewhere and I lose

10   it.

11        Now the state of Texas, we know, despite the

12   government not doing everything right, can issue this,

13   which is a piece of plastic that happens to be the same

14   size as my credit card, and I can drive with it, and I

15   don't lose this because it's really easy.  In fact, they

16   actually make wallets for these to fit in them, things

17   this size.  They don't make wallets to contain these

18   things.

19        So there's several issues that we have before

20   us.  One is why in the world is the state of Texas

21   spending millions of dollars and having me give them all

22   this verification for them to give me this voter

23   registration card if it's meaningless.  Why am I having

24   to show up with a Social Security card and this and that

25   and whatever and prove I'm a U.S. citizen and prove I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033912

USA_00021652

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 72 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 83 of 216
Hearing - Volume 2                                                                    April 7, 2012

242

1      live in Texas, and all other things, my water bill and
2      whatever, for the state to issue this to me and then for
3      the state to say, "Oh, and by the way, you can't vote
4      with that."  Right?  I don't understand.  Why would we
5      do that?  Why would have the state go through and spend
6      millions of dollars and employ hundreds, if not
7      thousands, of people to verify and make sure we don't
8      give this to the wrong person and then we give it to
9      them and say you can't vote with it.  You got to have
10     something else.  Well, just give me something else to
11     begin with, right?

12            So we came up with a bill that's called the
13     Voter Integrity Act of 2009.  It sets forth two things
14     that seem to make sense.  One is if I'm going to
15     register in the Motor Voter Program, or whatever it's
16     really called, you know, where you go in and you get
17     your driver's license and they say, "Hey, you want to
18     vote," just like, "Hey, you want to give your organs,"
19     or whatever it is, right?  They ask you that, they ask
20     you if you want to give your organs, and if you do, they
21     put it on the back of your driver's license, so that
22     when you're in a car wreck and you're at the hospital
23     and they see your driver's license and I'm a goner, they
24     can take my organs, right?  Why can't they put something
25     on the back of this thing that says, "I'm registered to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033913

USA_00021653

Case 2:13-cv-00193  Document 663-13  Filed on 11/11/14 in TXSD  Page 73 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 84 of 216
Hearing - Volume 2                                     April 7, 2012

243

1    vote?"  And put it whatever on the magnetic strip, you
2    know, that gives them the whatever, the security they
3    need, you know, so that this can't be copied, you know,
4    other than by an enterprising 15 year old that wants to
5    buy a beer?  Why can't they do that?  Why can't they
6    just put something on the strip that says where I vote
7    and all the data that's on this card and then they put
8    on the back there's a box that says here, you know,
9    allergic reaction, that they can check it and they can
10   put that I'm allergic to penicillin on the back of my
11   driver's license.  Why can't they check a box that says
12   that Jim Dunham is registered to vote and when I show up
13   and when I vote, I hand them this and I vote?
14          Well, they can.  They can.  We just have to
15   tell them to, and HB 4418 tells them to.  It tells DPS
16   whenever I show up, someone shows up to get a driver's
17   license and they chose to register to vote at the same
18   time, they put on their driver's license, and that's
19   it.  They don't get a voter registration card.  This is
20   it.  This is what you use to vote.
21          Now we have voter drives, we have mail-in
22   ballots, where you people who live in nursing homes,
23   they don't show up at the DPS, they don't have a
24   driver's license, so what do you do about that?  Well,
25   the problem with this to me, I guess, is man, I agree,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033914

USA_00021654

Case 2:13-cv-00193  Document 663-13  Filed on 11/11/14 in TXSD  Page 74 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 85 of 216
Hearing - Volume 2                                            April 7, 2012

244

```
1    you know, I guess I could copy that.  I could copy that.

2          Well, everything we have these days doesn't

3    have photos all over it.  The first photo ID I got when

4    I was an adult was when I got in the legislature, other

5    than my driver's license.  People don't get photo IDs.

6    You get one when you're in college, I guess.  Baylor

7    gave me one.  I was a handsome skinny, young guy, but I

8    didn't have a photo ID, a second photo ID as an adult

9    until I got in the Texas legislature and they gave me

10   one.

11         So why don't we have something where this

12   document, this voter registration card, if we're going

13   to go through all the effort to validate the information

14   and then send it to someone, why don't we have a secure

15   something, not a piece of cardboard, but a card that has

16   a magnetic strip that has the information on it that,

17   you know, we don't --

18         I mean, people aren't copying these credit

19   cards all the time to go vote, but they can put

20   information on it, you can sign the back just like you

21   do your credit card when you get it.  You can call.  As

22   soon as you get your voter registration card, you know

23   what you can do?  Just like you get your credit card.

24   It doesn't work if you don't call and say you got it,

25   right?  Do the same thing, and issue a voter
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 75 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 86 of 216
Hearing - Volume 2                                                April 7, 2012

245

1    registration card that looks like this for people that

2    don't do Motor Voter.

3            There's two ways you vote.  One is you got a

4    piece of plastic that looks like a credit card that you

5    activated when you got it by calling in and validating

6    and verifying that it got to the right person, or you

7    did Motor Voter and you used your driver's license.  You

8    do one of those two things.  And you create, to the

9    extent that there's a problem with the security of this

10   voter registration card, fix it.  We have security

11   devices on our dollar bills.  You if you hold them up to

12   the light, there's a hologram.  If you're worried about

13   this thing getting copied, put a hologram on it.  They

14   know how to do all this stuff.  It's very easy.

15           So House Bill 4418 does that to provide the

16   security that we need, because again why in the world

17   are we spending millions of dollars for the state of

18   Texas to give me a piece of paper that will not allow me

19   to vote?  It's totally -- it's just crazy.  It's crazy,

20   and that's why I can't remember ever voting with this,

21   because I proceed to lose it almost as soon as I get it

22   because I don't know what to do with it, because it's

23   like this, this big piece of paper that I don't want to

24   carry around.

25           So if we can do it to gain access to a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033916

USA_00021656

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 76 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 87 of 216
Hearing - Volume 2                                          April 7, 2012

```
1    building, if we can do it to spend thousands and

2    thousands of dollars with security, why can't we do it

3    for voting?

4              The second thing that we do with 4418 --

5              Yes.

6              NEW SPEAKER:  Real quick, Mr. Dunham.  I don't

7    understand; your fiscal note says, "No significant

8    physical implications to the state."

9              REPRESENTATIVE DUNHAM:  There's not, because

10   all we're doing is changing this to a piece of plastic,

11   which we already do for the Lone Star card.  I mean, the

12   Lone Star card is a piece of plastic that has some

13   security devices in it.  When they swipe it, they know

14   what the recipient, the food stamp recipient bought,

15   they know where they bought it, they have mechanisms

16   that they put in place under Commissioner Sharp about

17   how to track fraud when people are fraudulently using

18   their Lone Star card.  The same thing.  And so there's

19   no extra cost to do this instead of this.  It's a piece

20   of plastic.  We do it all the time.

21             NEW SPEAKER:  You know, Representative Dunham,

22   I understand, I think I agree with you in terms of the

23   convenience of carrying a billfold sized card.

24             REPRESENTATIVE DUNHAM:  It's not the

25   convenience, it's the security.  This is something that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033917

USA_00021657

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 77 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 88 of 216
Hearing - Volume 2                                    April 7, 2012

247

 1      I probably, if I'm enterprising enough, could probably
 2      copy this, okay.  I can't copy this unless I'm in the
 3      Mafia, I guess.  I mean, it's difficult to do
 4      evidently.  And so why don't we create a secure, a
 5      secure ID for voting.
 6            NEW SPEAKER:  If you're simply taking this,
 7      you're relying on the very identical process that we
 8      currently use and you're taking the exact same
 9      information and you're simply putting it on a plastic
10      card that is smaller and easier to carry than a current
11      voter registration card.
12            REPRESENTATIVE DUNHAM:  But it's also a --
13            NEW SPEAKER:  How is your argument that that
14      enhances security at the polls?
15            REPRESENTATIVE DUNHAM:  Because it's a secure,
16      it's a secure document.  It has -- it has information on
17      it electronically coded on it.  If I lose it, I can
18      report it lost immediately.  If it's misplaced, I can
19      report it lost immediately.  When I receive it, I
20      actually do something to activate it, which assures that
21      it was received by the correct person.
22            When I use it to vote, swipe, instantly.  No
23      one else can vote with a falsified card, or if they do,
24      bingo, the computer tells them and that person gets
25      stopped and arrested and starts getting asked questions.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006776

TX_00033918

USA_00021658

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 78 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 89 of 216
Hearing - Volume 2                                                April 7, 2012

248

1        It improves the integrity of the system

2    because you can computerize and automate it, everything,

3    just like if I go use this credit card across the street

4    to buy a Coke and then 30 minutes later, buy another

5    Coke across the street, they know that I'm a potential

6    for credit card fraud.

7        NEW SPEAKER:  I can see your argument insofar

8    as it relates to a voter in good faith who is receiving

9    this card in the mail and who wishes to use it for

10   purposes of casting their vote only, and it would allow

11   them, if they lost it, to call someone, secure the

12   credit card and say cancel that, so that someone can't

13   pick it up on the street and use it for purposes of

14   voting.

15       NEW SPEAKER:  And also you can't even activate

16   it until you call.  And guess what?  You actually have

17   to call from your home number to activate your credit

18   card.  You can't just call from any number, you have to

19   call from your home number.  They know that.  So it

20   protects the integrity.  You have a closed loop on

21   handing this out.  If we're worried about people swiping

22   these things, which I can't quite figure out why, but

23   people are worried about it, so why don't you have a

24   closed loop on how they're handed out.  We do it every

25   day.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033919

USA_00021659

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 79 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 90 of 216
Hearing - Volume 2                                                      April 7, 2012

249

1          If I lose this, I'll get another one in three

2     days and I won't be able to use it until I've called

3     from my home phone number and activate it.

4          CHAIRMAN:  Representative Bohac?

5          REPRESENTATIVE BOHAC:  Chairman Dunham, I can

6     say as a technical, tech guy myself, I like where you're

7     going, I really do, but I think there's a couple things

8     I would like to consider.  Number one is the cost,

9     because technology, while bringing efficiencies, it

10    would --

11         There's a number of counties who don't have

12    the money to fund electronic voting machines or the

13    technology we would need to be able to utilize this

14    system.

15         REPRESENTATIVE DUNHAM:  Well, that's why, if

16    you look at the fiscal note, it talks about that.  It

17    talks about the cost.  That's proportionally why we have

18    fiscal notes, and this one says there's no cost.  I

19    mean, there's no cost for it, because they're already

20    doing this, and to just do it in a different form that

21    has some security doesn't require any extra, extra

22    money.

23         REPRESENTATIVE BOHAC:  No, no, what I'm saying

24    is, Chairman Dunham, is that county election departments

25    would have to have some type of equipment that would be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033920

USA_00021660

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 80 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 91 of 216
Hearing - Volume 2                                          April 7, 2012
250

 1    able to read that card and then be able to communicate

 2    real time with other voting places and so forth, so I'm

 3    just saying, conceptually, I like the direction you're

 4    going.  Number one, I think there could be a significant

 5    cost to local voting jurisdictions.  Number two, I think

 6    this requires a higher level of sophistication, voting

 7    sophistication, than some of the other concepts that we

 8    discussed here in this body, just coming from, you know,

 9    just looking at it.  I mean, there's a lot of upside,

10    because you got to be -- we would have to use the

11    telephone and --

12              REPRESENTATIVE DUNHAM:  Oh, my God.

13              REPRESENTATIVE BOHAC:  Well, what I'm saying

14    is there are accessibility issues for many of these --

15    for some of these, for some folks, and I don't know, I'm

16    just saying we have to --

17              REPRESENTATIVE DUNHAM:  Right now you're

18    saying they would have to go find another photo ID,

19    which I never had one until I was 33 years old.

20              REPRESENTATIVE BOHAC:  I think we heard some

21    testimony yesterday that roughly you have about 1 point

22    some odd percent folks that do not currently have a

23    voter ID, so we would have to actively seek them out

24    and, of course, help them.

25              CHAIRMAN:  Note for the record at this point



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006779

TX_00033921

USA_00021661

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 81 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 92 of 216
Hearing - Volume 2                                                April 7, 2012

251

1      that Representative Bohac is accusing Chairman Dunham of

2      attempting to suppress photos.  Go ahead.  I'm kidding.

3              REPRESENTATIVE BOHAC:  No, no, I just think,

4      conceptually, if we really, you know, think big about

5      your bill, I think it has a lot of, there's a lot of

6      good items in it.  I don't know if we're there yet.

7              REPRESENTATIVE DUNHAM:  I don't think we're

8      there yet because I think this is not about protecting

9      the integrity of the voting system.  I don't think

10     that's what this process is about.

11             I think this process is about trying to effect

12     elections in artificial manners.  I think this is about

13     suppressing votes.  I don't think this is about

14     impersonating people to go vote.  I don't think that's

15     happening no one is getting prosecuted on it, but if

16     this is really about people impersonating other people

17     on voting, then let's increase the integrity of the

18     security device on what the state of Texas sends out.

19     Let's not have the state of Texas make me jump through

20     five hoops to get one of these and then the state of

21     Texas says, "You know what, Jim?  That ain't enough for

22     you to vote.  You need something else too."  Why don't

23     you just give me that to begin with?  Why don't you give

24     that to me to begin with?  If I need my photo on there,

25     take my photo and it put it on it, okay, but don't give



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033922

USA_00021662

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 82 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 93 of 216
Hearing - Volume 2                                        April 7, 2012

252

```
1    me a piece of paper that I can like, you know, clean my
2    teeth with.  It has to have some useful purpose other
3    than creating one more obstacle to me voting, because
4    now I have to have two things.
5         I think we would be better off having one
6    thing, either a driver's license, if they go ahead and
7    put it on there when they give it to me and they
8    electronically coat it and I can vote with this thing,
9    because I can't anyway, or are they not doing the
10   correct things to pass these out?  Are we not being
11   scrutinous in getting information and passing these
12   out?  Then why do we pass them out?  Why are we passing
13   these out if that's not good enough?
14        REPRESENTATIVE BOHAC:  I understand your
15   point.  One more question --
16        REPRESENTATIVE DUNHAM:  No, I want to know.
17   Why are we passing this out if this is not good enough?
18   Make it good enough.  Do whatever it takes to make this
19   good enough.
20        REPRESENTATIVE BOHAC:  When you say do
21   whatever it takes, you don't want us to require people
22   that can currently register to vote in their living room
23   by filling out a form and sticking it in the mail box to
24   have to go to the DPS station to register to vote.
25        REPRESENTATIVE DUNHAM:  No, of course not.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033923

USA_00021663

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 83 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 94 of 216
Hearing - Volume 2                                              April 7, 2012

253

1    Because I can get one of these the same way at home by

2    filling out an application and doing whatever is

3    necessary and they give me one of these, and we know for

4    decades, they have been able to protect the integrity of

5    a credit card or a Lone Star card.

6           You know, we went to the Lone Star card with a

7    computerized automated system to prevent fraud, and it

8    saved millions of dollars and we don't have problems

9    with people replicating Lone Star cards all over the

10   state of Texas.  It is technology that they can do and

11   they can do it very, very quickly if the issue really is

12   voter impersonation.

13          The other thing you do if the issue really is

14   voter impersonation, you tell someone that does it that

15   they're going to jail two to ten.  You make it a third

16   degree felony.  I laid out a bill in criminal justice

17   today --

18          REPRESENTATIVE BOHAC:  It's already two to

19   ten.

20          REPRESENTATIVE DUNHAM:  And that is already,

21   already also obtaining it should be a third degree

22   felony.  Obtaining the card and voting with the card,

23   both.  And also you allow, by pulling in, by that, to

24   pull in people that aid and abet others or participate

25   in conspiracies with others to either aid and abet



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033924

USA_00021664

Case 2:13-cv-00193  Document 663-13  Filed on 11/11/14 in TXSD  Page 84 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 95 of 216
Hearing - Volume 2                                        April 7, 2012

254

1     obtaining the card or aid and abet in the actual

2     voting.  That is something that I laid out in front of

3     criminal justice today and it's actually a provision in

4     4482.  That's why it's a Voter Integrity Act.  It's not

5     just one thing.  It covers several things.

6          It covers the security, the security of the

7     identification.  Whatever you want it to be, make it

8     secure so that folks out here aren't worried about

9     people going around and voting for other people.  That

10    there's only one of these out there and there's only one

11    of these like this out there, and once it's used, nobody

12    else can vote for that person.  That solves part of the

13    problem.  And also put it on a driver's license for

14    people that go through Motor Voter so that you're not --

15    you will actually save money because you don't have to

16    then send me this.

17          REPRESENTATIVE BOHAC:  When you says once it's

18    used, nobody else can vote for that voter, how is that.

19          REPRESENTATIVE DUNHAM:  Because once they use

20    it, you can only vote at one precinct, we know that, it

21    says that, and you can actually put that on the card.

22    It's actually on the card.  It says this is the precinct

23    you can vote at it.  And right now, low and behold, when

24    I show up and vote, they have a stamp that says "Voted,"

25    and they stamp that right by my name, and when the next



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033925

USA_00021665

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 85 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 96 of 216
Hearing - Volume 2                                                    April 7, 2012

255

1    guy comes up and says, "I'm Jim Dunham, here's my ID,"

2    they say, "Wait a minute, Jim already voted.  Let's go

3    talk to the DA or the sheriff," right?

4         If you get, if you move towards doing that

5    even electronically, with a swipe card, and I'm not

6    saying we do it instantly, but if you move towards doing

7    it with a swipe card, then you're headed towards

8    additional integrity on it.

9         Then the third thing --

10        REPRESENTATIVE BOHAC:  And let me say,

11   I'm not representing any opinion about the extent to

12   which this does occur or would occur, but under your

13   scenario, with that card, you could, with impunity,

14   simply hand it to someone else and let them vote on your

15   behalf.

16        REPRESENTATIVE DUNHAM:  I can with this too.

17        REPRESENTATIVE BOHAC:  Is that right?

18        REPRESENTATIVE DUNHAM:  Yes, I guess so.  I

19   can do this too except I've signed this.

20        REPRESENTATIVE BOHAC:  Yes.

21        REPRESENTATIVE DUNHAM:  And I've signed this,

22   and what's weird is when I try to buy that loaf of bread

23   at the grocery store, or I'm buying something, they turn

24   this over and they look at my signature and they compare

25   it to the signature of the other person, and it gives



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033926

USA_00021666

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 86 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 97 of 216
Hearing - Volume 2                                     April 7, 2012
256

1    them the opportunity to do some verification that it's

2    me.  That's why they say you can't use it until you've

3    signed it.  And so all these things are already in

4    place.

5              We have a huge problem with credit card

6    fraud.  We will until the end of time because it has to

7    do with stealing money, okay, and they have come up with

8    the systems to protect our credit system for credit

9    cards, and we use it for our own Lone Star card and I

10   assume we use it for our driver's license.  I imagine

11   that this thing has stuff on the back of it that's very,

12   very unique to me, so we already use it, and I do swipe

13   it, I don't know why and I don't know what's on there

14   but there's something on there, and the technology is

15   all there.

16             So to me, there's three pieces to this if it's

17   really voter impersonation.  One is the integrity of the

18   ID.  Whether it has a picture or not, it has to have --

19   and I promise, I hope, if you look at this picture and

20   me now, I've lost 45 pounds and hopefully I look a

21   little different, okay, so there's more to it than just

22   the picture.  There's the signature too and there's the

23   other information.

24             So the first piece is protecting the integrity

25   of the ID, and that's what we do in here.  The second



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006785

TX_00033927

USA_00021667

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 87 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 98 of 216
Hearing - Volume 2                                                April 7, 2012

257

1    thing is making sure people understand that there are

2    strong consequences to not just doing, not just voting

3    illegally, but procuring an  ID illegally or assisting

4    and abetting someone else in doing so.  Make it a third

5    degree felony, make it a second degree felony.  If it's

6    a felony and you hear about people, oh, they were paid

7    $50 to go vote, well, this has a $10,000 fine, and we do

8    know that deterrence works.

9         The third piece of this is the issue of dead

10   people voting, okay.  Because I'm not really -- I mean,

11   the odds of somebody taking my ID, go voting for me, I'm

12   going to show up.  I mean, you know, you risk somebody

13   is going to show up and somebody is going to start

14   asking questions, okay.  So people say what about dead

15   people voting, and if you look in here, right now, right

16   now we have laws on the book that every year, the people

17   that are in charge of the death certificates are

18   supposed to communicate with the people who handle the

19   voting certificates.  They are supposed to talk to one

20   another and say, "Here, here's all the people that

21   died," okay.  And they're supposed to tell them, "Hey,

22   these people died, take them off the rolls."  That is

23   already current law, okay.  And to the extent we have

24   dead people on the rolls, it's because somebody is not

25   doing their job.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033928

USA_00021668

Case 2:13-cv-00193 Document 663-13 Filed on 11/11/14 in TXSD Page 88 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 99 of 216
Hearing - Volume 2                                    April 7, 2012

258

1          REPRESENTATIVE BOHAC:  I'll just tell you we
2     heard testimony last night that what they're doing in
3     Harris County, if I recall correctly, is cutting
4     peoples' names out of the obituaries in the newspapers
5     for the purpose of trying to clean up the rolls.
6          REPRESENTATIVE DUNHAM:  Right, and we have,
7     there is a system on the books right now where the
8     registrar of death certificates is required to
9     communicate with the voter registrar.
10         REPRESENTATIVE BOHAC:  That happens monthly.
11         REPRESENTATIVE DUNHAM:  So if people aren't
12    doing that, we need to do something about that.  In
13    addition, in addition, we have people that keep track of
14    people who move.  There is a system of when people move,
15    that that is supposed to also be reported, and so we
16    have a third provision in here that, that requires
17    additional reporting and job duties for the Secretary of
18    State, and if you look at the last part of the bill,
19    each register is going to report their cancellations in
20    this chapter monthly to the Secretary of State.  And so
21    the Secretary of State will report those cancellations
22    to the legislature, and that way, you're going to assure
23    that that registrar who got the death certificates and
24    is supposed to purging them monthly, they're going to be
25    telling the Secretary of State whether or not they did



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033929

USA_00021669

Case 2:13-cv-00193 Document 662-13 Filed on 11/11/14 in TXSD Page 89 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 100 of 216
Hearing - Volume 2                                          April 7, 2012

259

```
 1     it every month, and if they don't comply with the law,
 2     then let's call the AG, or whoever we need to call to
 3     call these people on the map.
 4            Actually the bill, as I asked them to draft
 5     it, I said, "Hey, let's get the death certificate people
 6     to talk to the voter registrar people and let's make
 7     sure they get off the rolls," and we looked and they
 8     said low and behold, the statute already says they're
 9     going to do it. And so why aren't they doing it? So we
10     said let's get the Secretary of State authority that
11     they will monitor it monthly and so you, you deal with
12     that issue as well.
13            REPRESENTATIVE BOHAC:  It only requires them
14     to report it, doesn't it, Jim?  There's no
15     requirement --
16            REPRESENTATIVE DUNHAM:  That's right.
17            REPRESENTATIVE BOHAC:  -- that they do
18     anything about it, is there, in the bill?
19            REPRESENTATIVE DUNHAM:  Well, the law is
20     already the law what they're supposed to do, so if
21     they're not complying --
22            REPRESENTATIVE BOHAC:  Is there a consequence
23     for failure to comply with the law currently?
24            REPRESENTATIVE DUNHAM:  I'll pull that for you
25     but I'm pretty sure there's consequences to not
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033930

USA_00021670

Case 2:13-cv-00193   Document 662-13   Filed on 11/11/14 in TXSD   Page 90 of 96
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 101 of 216
Hearing - Volume 2                                          April 7, 2012

260

1    following the law on almost everything.  What we want to

2    do is have the Secretary of State to get the list,

3    because if they get a list from Harris County next month

4    that says, "Hey, you know what?  Nobody died."  Well, we

5    know they didn't do their job because somebody died in

6    Harris County last month and probably some of them were

7    registered to vote, okay.

8           So either they didn't get the information from

9    the registrar of death certificates or they didn't get

10   the information, or the registrar of voting didn't do

11   anything with it, and that's why you have the voter

12   registrar report on it, on their cancellations each

13   month, and that way you can police whether they're doing

14   their job.

15          If there's another way to do that, we'll do

16   that.  But I mean, the bottom line is if there are dead

17   peoples on the rolls, somebody is not doing their job so

18   let's fire them and get somebody else that can do the

19   job.  Let's not make it harder for me to vote.  Let's

20   make them do their job.  I do my job, and if I don't, I

21   have consequences that people behind me don't.  I mean,

22   that's what I don't understand.  If somebody is not

23   doing their job, why does that mess with me?  I mean,

24   I'm doing my job.

25          CHAIRMAN:  Questions?  Representative Brown?



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006789

TX_00033931

USA_00021671

Case 2:13-cv-00193   Document 662-13   Filed on 11/11/14 in TXSD   Page 91 of 96
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 102 of 216
Hearing - Volume 2                                    April 7, 2012

261

1           REPRESENTATIVE BROWN:  Representative Dunham,

2     I like the thought that you have put into this and the

3     solutions you have come up with.  However, you haven't

4     addressed any of those things that we've been wrestling

5     with all this time.  All the bills have been filed, you

6     know, we still have the claims of how hard it is on the

7     very poor and the very old and the, you know, all of

8     these populations, and I don't see that your solution

9     makes it any easier.  In fact, it probably makes it

10    harder on these populations.

11          REPRESENTATIVE DUNHAM:  I don't know how it

12    makes it any harder.  Right now, these populations are

13    getting this document and you all are fixing to tell

14    them that's not good enough for them to vote, and what

15    I'm suggesting is that the state, instead of sending

16    them this document, send them a secure document in the

17    first place that says that is good enough for you to

18    vote.  I think that makes it easier on them.

19          REPRESENTATIVE BROWN:  So they don't have to

20    show up anywhere to get it?  It just comes in the mail?

21          REPRESENTATIVE DUNHAM:  They have to do

22    whatever is necessary to get this document right now,

23    whatever forms of ID, whatever affidavits, whatever it

24    is you have to do to get this.

25          Actually I know I did it when I voted, when I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033932

USA_00021672

Case 2:13-cv-00193   Document 662-13   Filed on 11/11/14 in TXSD   Page 92 of 96
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 103 of 216
Hearing - Volume 2                                           April 7, 2012

262

1    got my driver's license, but whatever you have to do to

2    get this, you get it.  You just get something that is a

3    more secure form of identification that provides

4    additional security for the system, so I don't see how

5    that makes it tougher on anybody.  It makes it easier.

6         REPRESENTATIVE BROWN:  And you're not

7    recommending that we have a photo on this card?

8         REPRESENTATIVE DUNHAM:  No, because it makes

9    it difficult for you to have voter registration drives.

10   You know, at the mall, you would have to take their

11   picture and keep track of whose picture goes with what,

12   and it would be very, very difficult.  That's why I

13   think for people that happen to already be at DPS doing

14   their driver's license and doing all those things, you

15   had actually save money by just putting a code on the

16   back of your driver's license and say that's it.  That's

17   all you need.

18        REPRESENTATIVE BROWN:  The phase-in on this

19   would be six years, right?

20        REPRESENTATIVE DUNHAM:  On mine?  No, I think

21   that they could probably start doing the driver's

22   license deals almost immediately.

23        REPRESENTATIVE BROWN:  Yes.  But I assume it

24   would be done as driver's license come up for renewal?

25        REPRESENTATIVE DUNHAM:  Right.  Yes, but for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006791

TX_00033933

USA_00021673

Case 2:13-cv-00193 Document 662-13 Filed on 11/11/14 in TXSD Page 93 of 96
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 104 of 216
Hearing - Volume 2                                                    April 7, 2012

263

```
 1     people that are getting these and registering and

 2     getting their new voter registration cards, instead of

 3     getting these, they would start getting the more secure

 4     identification immediately, but it wouldn't be anything

 5     like six years.  I imagine it would take them, I don't

 6     know, six months or something to --

 7               CHAIRMAN:  So if they don't call within a

 8     certain period of time, then they would not be able to

 9     vote?  I mean, you accept that barrier?

10               REPRESENTATIVE DUNHAM:  I received this -- I

11     received this, I don't know how often.  I get it in the

12     mail, and actually this is not mine because I've lost

13     mine so I got one from one of my staffers to happened to

14     have one.  So -- so whatever the process is for renewal

15     and re-issuance of these, we would do the same thing.

16               CHAIRMAN:  But you earlier said that one of

17     the reasons why this would be more secure is that people

18     would have to call from the telephone at their home.

19     Are you prepared to accept that barrier?

20               REPRESENTATIVE DUNHAM:  Am I prepared?

21               CHAIRMAN:  Yes.

22               REPRESENTATIVE DUNHAM:  Yes, I can do it.

23               CHAIRMAN:  For all voters.  What about the

24     homeless guy whose back pack --

25               REPRESENTATIVE DUNHAM:  If it's a bad idea,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006792

TX_00033934

USA_00021674

Case 2:13-cv-00193   Document 662-13   Filed on 11/11/14 in TXSD   Page 94 of 96
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 105 of 216
Hearing - Volume 2                                        April 7, 2012

264

 1    don't make them call and do it.  It's better than giving
 2    them something that has no security at all.  I mean, we
 3    tried to -- I mean, I don't understand it.
 4          CHAIRMAN:  Well, we had an earlier, you may
 5    not have been here but we had one of the earlier people
 6    express concerns about Senate bill 362 because you could
 7    have a homeless guy whose all of his possessions are in
 8    his back pack who has his back pack stolen three weeks
 9    before an election, and we were talking about the fact
10    that it's difficult to structure an identification
11    requirement around that sort of horror story, but we do
12    provide and take that person's right to vote seriously
13    and are trying to accommodate that in some sort of
14    provisional ballot mechanism even for the worst horror
15    story, but I'm trying to point out that even this
16    proposal places barriers in front of some voters than I
17    believe are different than and therefore potentially
18    harsher than.
19          REPRESENTATIVE DUNHAM:  Like what?
20          CHAIRMAN:  Well, if we're going to require,
21    for security purposes, than in order to activate the
22    more secure card --
23          REPRESENTATIVE DUNHAM:  The bill doesn't say
24    that.
25          CHAIRMAN:  -- a phone call from their home.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006793

TX_00033935

USA_00021675

Case 2:13-cv-00193   Document 662-13   Filed on 11/11/14 in TXSD   Page 95 of 96
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 106 of 216

Hearing - Volume 2                                    April 7, 2012

265

1          REPRESENTATIVE DUNHAM:  The bill doesn't say

2     that.

3          CHAIRMAN:  Okay.  Well, earlier when I asked

4     you how this was more secure than a voter registration

5     card, that was the answer that I was given.

6          REPRESENTATIVE DUNHAM:  Well, the reason it's

7     more secure is because you have magnetic data on it,

8     identifying data on it, and you have a signature on it,

9     just like you do on this, and you can't replicate the

10    magnetic data.

11         CHAIRMAN:  Yes, the magnetic data has your

12    name and address on a magnetic card.

13         REPRESENTATIVE DUNHAM:  That's what -- that is

14    what makes it unique and a secure device.

15         CHAIRMAN:  Well, I don't know if that makes it

16    any more secure than a registration card.  If the person

17    has to call from their home in order to activate the

18    card, which you have to do with a credit card, if you

19    have to do that, then I might agree that does add an

20    element of security, but it also creates a barrier.

21         REPRESENTATIVE DUNHAM:  Well, then don't do

22    it.  It's not in the bill.  You asked me to how to make

23    it more secure.

24         CHAIRMAN:  It's really the classic example of

25    the tension between the goals and access of security



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033936

USA_00021676

Case 2:13-cv-00193  Document 662-13  Filed on 11/11/14 in TXSD  Page 96 of 96
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 107 of 216
Hearing - Volume 2                                           April 7, 2012
266

1    that you get to no matter which device you're

2    proposing.

3              I think everybody on this panel believes that

4    technology can be a part of striking that balance, but,

5    you know, it's a tricky, tricky deal.  If you want to

6    make it more secure, I think that's the element that

7    made it more secure but it's also the element that

8    created the barrier.

9              REPRESENTATIVE DUNHAM:  You don't think that's

10   more secure than this?  What about this, what about

11   this?

12             CHAIRMAN:  If that electronic data simply

13   provides the telephone number and address and

14   information and is already on the voter registration

15   card, I don't see how it does, no.

16             REPRESENTATIVE DUNHAM:  Because you can't

17   replicate it readily.  You cannot replicate is readily.

18   I don't have to call when I get my driver's license.

19             CHAIRMAN:  I don't know that we, you know,

20   maybe I'm wrong, but I'm not aware of a part of the

21   allegation of fraud being that someone is taking a valid

22   voter registration card and making copies of it a bunch

23   of time.

24             REPRESENTATIVE DUNHAM:  So what's the

25   allegation?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033937

USA_00021677