Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 1 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 108 of 216
Hearing - Volume 2                                    April 7, 2012
267

1          CHAIRMAN:  Well, that there, you know, are a

2     variety of mechanisms that people are registering under

3     names that do not exist or people are voting under dead

4     people's names that are on the rolls or people that are

5     on the rolls for other reasons.  And again, I'm not

6     making a representation about --

7          REPRESENTATIVE DUNHAM:  Then make it harder

8     for me to get this.  Do whatever it is, ask me whatever

9     it is you got to ask me before you give this to me.

10    Don't give it to me and tell me it's worthless.

11         CHAIRMAN:  Well, I think you've got a

12    legitimate point, which is that we could structure it in

13    such a way to create more security with the documents

14    you're providing.  I'm not sure how you do that without

15    creating barriers that you don't want to create.  That,

16    to me, is the balance.

17         REPRESENTATIVE DUNHAM:  It's sort of bizarre

18    that we're saying that the government is going to go

19    through a process to give me this and then say it's

20    useless.  If the process for them to give me this was

21    not thorough enough, fix the process before you give it

22    to me, but once you give it to me, don't say copying

23    these, okay, fine.  I don't --

24         CHAIRMAN:  I don't think that it's not that

25    you can't use that but that that is not as reliable a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033938

USA_00021678

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 2 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 109 of 216
Hearing - Volume 2                                      April 7, 2012

268

```
 1    source of identification as a photo identification

 2    because it does not have your photograph on it.

 3              REPRESENTATIVE DUNHAM:  If the whole deal is

 4    you can't use without a photo ID, then that's what you

 5    all are saying.

 6              CHAIRMAN:  Representative --

 7              NEW SPEAKER:  Mr. Dunham, the driver's license

 8    has your photo on it.  Couldn't you scan the data on the

 9    back of it and show that you're registered to vote?

10              REPRESENTATIVE DUNHAM:  What I'm saying, you

11    know, most people, and ultimately you will have a lot of

12    people who would be able to just vote with their

13    driver's license.  That's what their doing anyway.

14    They're showing their driver's license to sign their

15    name.

16              REPRESENTATIVE DUNHAM:  And even if a person

17    just got a photo ID from the DPS--

18              REPRESENTATIVE DUNHAM:  They do the same

19    thing.

20              NEW SPEAKER:  Still have the same --

21              REPRESENTATIVE DUNHAM:  But we do have people

22    that are in nursing homes and other places.

23              NEW SPEAKER:  That's true.

24              REPRESENTATIVE DUNHAM:  And they can't do

25    that, and we don't want to put up those barriers, and so
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006797

TX_00033939

USA_00021679

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 3 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 110 of 216
Hearing - Volume 2                                        April 7, 2012

269

```
 1      if they are eligible to receive one of these and they
 2      provide the state with the information that the state
 3      says we're going to send you this, then I ought to be
 4      able to vote with it or the state, if the state didn't
 5      ask me for enough at the time, well, that's not my
 6      fault.  If we have a problem with the integrity on
 7      passing these out, is that the issue?  Is that the
 8      issue?
 9            Is that the issue, that we shouldn't be
10      passing these out to everybody?  Is that a problem with
11      that process?  Then why don't we fix in a process rather
12      than make me -- make it harder for me to vote.  I mean,
13      you're making me show up with extra stuff because the
14      state of Texas can't do its job.
15            CHAIRMAN:  Yes, Representative Brown?
16            REPRESENTATIVE BROWN:  Your solution here
17      would require a scanner in every polling precinct,
18      right?
19            REPRESENTATIVE DUNHAM:  Could, if they're
20      going to use it that way.  Right now, they stamp my name
21      when I show up.  I have a -- it's just like in a shop
22      that doesn't have access to a phone, they run this
23      through a mechanical machine and make a copy of
24      something and they get the number down and they check my
25      signature and I go on my merry way.  I can still buy
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033940

USA_00021680

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 4 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 211-2 Filed 06/20/12 Page 111 of 216
Hearing - Volume 2                                          April 7, 2012
270

1      something without there being a card swipe in a store.

2      And so you're not requiring them, but you're providing a

3      piece of ID that has more integrity in the security of

4      it than this piece of paper.

5              CHAIRMAN:  And with that credit card, there's

6      some mechanism by which they have reason to believe it

7      found its way to the right person because the bills are

8      being paid on a monthly basis that are being charged.

9              REPRESENTATIVE DUNHAM:  Well, is that the

10     problem?  Are these things going to the wrong people?

11             CHAIRMAN:  Well, I think there's some question

12     about it that.

13             REPRESENTATIVE DUNHAM:  Well, why don't we

14     answer that question before you make it harder for me to

15     vote.  Don't think I think maybe it might be happening

16     so we're going to make 25 million Texans to give them an

17     extra hurdle before they can vote because we think there

18     might be a problem.

19             CHAIRMAN:  I think the testimony is that 98

20     percent of Texans have a driver's license or a photo

21     identification, and so we're not, there's nothing that

22     25 million Texans are being required to do that they

23     don't currently do.

24             The question is, and again, I want to

25     emphasize that this committee, and I think everybody on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006799

TX_00033941

USA_00021681

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 5 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 112 of 216
Hearing - Volume 2                                    April 7, 2012

271

 1      the committee takes seriously, is how we handle that two

 2      percent that does not already have the photo

 3      identification that would be acceptable even if it were

 4      to be mandated in this legislation, which it is not.

 5              REPRESENTATIVE DUNHAM:  Then you give them,

 6      you give them a document issued by the state of Texas

 7      that qualifies them to vote and you allow them to use

 8      that to vote.  That's what this is right now.

 9              If the problem is this is insufficient, then

10      make it sufficient.  That's, that's what I'm getting

11      at.  The state of Texas is the one that gave me this,

12      and for them now to say that we gave that to you but

13      it's really pretty meaningless, I can figure out where

14      to vote by reading the newspaper.  I don't need to know

15      all that stuff, so -- so give me an ID that allows me to

16      use it to vote.  Because we have -- we have a history in

17      the state of Texas of putting up barriers for people

18      voting.  In our lifetime, they had literacy tests.  In

19      our lifetime, this was not a hundred years ago, in our

20      lifetime, you had to answer 60 questions to vote.  And

21      so we should be very, cautious any time we put up a

22      barrier or additional barrier for people to vote.

23              CHAIRMAN:  And there has been lots of

24      testimony by the committee in the last 24 hours that the

25      way to handle the two percent that do not already have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033942

USA_00021682

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 6 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 113 of 216
Hearing - Volume 2                                        April 7, 2012

272

 1      the proper photo identification is to put in the bill
 2      some mechanism by which the state does assert itself and
 3      make a point to go out into the community and make sure
 4      that that two percent does, in fact, have a photo
 5      identification.
 6              The challenge, in light of the fact that in
 7      order to get a photo identification, if you do not have
 8      a photo identification, is under current law you have to
 9      provide a birth certificate, which costs $20 to $40, and
10      that's a problem.  But, as a matter of principle, I
11      don't think that anybody has disagreed that, that if we
12      could find some way to get a photo identification in
13      those peoples' hands, a single document that would be
14      sufficient for them to vote, without creating
15      unreasonable barriers, it would not only enhance our
16      election process but it would also provide them with an
17      opportunity to do a lot of things in their daily lives
18      that because they do not have that document, but we do
19      have that little issue of the economic barrier that we
20      all take seriously.
21              REPRESENTATIVE DUNHAM:  This is a solution in,
22      in pursuit of a problem, because no one can identify the
23      real problem that we're fixing, because no one can
24      demonstrate that a real problem exists.  There's just a
25      solution that people want and so they're coming up with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006801

TX_00033943

USA_00021683

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 7 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 114 of 216
Hearing - Volume 2                                    April 7, 2012

273

```
 1      a problem.  The problem that was explained to me is a

 2      voter impersonation and problems with the integrity of

 3      this document that the state gives, so I came up with a

 4      solution.

 5              CHAIRMAN:  And I think it's an innovative one.

 6              REPRESENTATIVE DUNHAM:  Then people said, then

 7      people said well, you know, they're going to do it

 8      anyway.  Said okay, let's send them to jail for ten

 9      years if they do it or they aid and abet in it on both

10      ends, obtaining it and using it, and then they said,

11      well, but you're still going to have dead people vote.

12      Okay, let's do something to enforce the existing law on

13      purging people from the rolls.

14              So what's the problem?  If people will sit

15      down and say that is the identifiable problem, we could

16      come up with a responsible solution to that problem.

17      The issue that is apparent is that this is a solution

18      that was created on a national level to suppress voting,

19      and so they're running around the states trying to enact

20      a solution for problems that don't exist.  So I'm trying

21      to get to a problem, and if someone will articulate the

22      problem, then reasonable minds can come up with a

23      solution to the problem.  If the problem is we can't

24      figure out an articulate problem to justify voter

25      suppression, I can't help on that.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033944

USA_00021684

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 8 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 115 of 216
Hearing - Volume 2                                    April 7, 2012

274

```
 1              CHAIRMAN:  Any questions, members, of

 2      Representative Dunham?

 3              No questions.  Thank you.

 4              REPRESENTATIVE DUNHAM:  Thank you.

 5              CHAIRMAN:  Do you want to close?

 6              REPRESENTATIVE DUNHAM:  I will close or allow

 7      someone to do it for me.  My understanding is any

 8      witnesses on this bill will be provided the opportunity

 9      to testify at the conclusion.  You'll probably close,

10      then re-open for those witnesses and whatever it

11      necessary procedurally.

12              CHAIRMAN:  I think it's our intent to have you

13      close and then we'll leave the bill pending and then

14      re-open it later for testimony.

15              REPRESENTATIVE DUNHAM:  Then I will close.

16      Just to say, I do want to add that House Bill 4421 is

17      really only the ID piece, and 4418 is everything

18      combined, and I have separate bills on all the

19      combination that are going to other committees, so the

20      Comprehensive Voter Integrity Act is 4418.

21              CHAIRMAN:  So just to be clear, you are

22      closing at this time on House Bill 4421 and 4418?

23              REPRESENTATIVE DUNHAM:  Correct.

24              CHAIRMAN:  All right.  At this time, the Chair

25      moves that House Bill 4421 and House Bill 4418 be left
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033945

USA_00021685

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 9 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 116 of 216
Hearing - Volume 2                                     April 7, 2012

275

```
 1    pending before the committee.  Are there any
 2    objections?
 3              Hearing none.  So moved.
 4              At this time, the Chair lays out House Bill
 5    2513 by Representative Chairman Hobson and calls on
 6    Chairman Hobson to explain the bill.
 7              REPRESENTATIVE HOBSON:  Mr. Chairman, members,
 8    thank you very, very, much for allowing me to be here
 9    today.  I was talking to a group of retired teachers
10    about three years ago, a teacher name Lois Bowles, and
11    we had all sorts of -- we had a question and answer
12    period after their retired teachers meeting, and I said,
13    "Are there any questions," and we got to talking about
14    voter ID, and Ms. Bowles has been a friend of mine and a
15    customer in my drug store for 35 years, and she said,
16    "Chuck, you got a lot of sense."  She said, "Why don't
17    you just do like common sense approach and solve this
18    thing?"  And I got to thinking about that over the last
19    three years, and House Bill number 2513 makes a photo
20    identification as a part of voter registration process.
21    The bill would allow procedures to be put in place to
22    secure a photo of the individual as an additional part
23    of the registration application form and the photo would
24    appear on the voter's registration certificate issued to
25    the voter.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033946

USA_00021686

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 10 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 117 of 216
Hearing - Volume 2                                        April 7, 2012

276

```
1          The voter would be accepted for voting if his
2     or her name is found on the precinct list of registered
3     voters and the voter's identity can be verified from the
4     photograph on the document presented.
5          House Bill 2513 grants the Secretary of State
6     the authority to enter into agreements with the
7     Department of Public Safety or other state entities and
8     government entities for assistance and assigning
9     photographs to appropriate voter's registration
10    certificate.  And I think this bill is a common sense
11    approach and it's an inexpensive way to restore the
12    public confidence and the sanctity of the ballot box,
13    and I would be happy to entertain any questions.
14          CHAIRMAN:  How do we do it, Representative
15    Hobson?
16          REPRESENTATIVE HOBSON:  Well, I think on page
17    four of the bill, it says, "Photo identification.  The
18    Secretary of State shall establish methods to obtain a
19    photograph which registered voters for use on the voter
20    registration certificate.  For purposes of the section,
21    the Secretary of State may enter into agreements with
22    the Department of Public Safety or other state agencies
23    or government entities to assist in assigning
24    photographs to the appropriate voters' registration
25    certificate."
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033947

USA_00021687

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 11 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 118 of 216
Hearing - Volume 2                                          April 7, 2012
277

1          I think we give the Secretary of State the

2     ability to go ahead and do this, and if we wanted to put

3     it on a driver's license, if we wanted to -- if we

4     wanted to have a separate voters ID that just, it's got

5     all the information we have now, plus a picture, we

6     could use the cardboard thing we're using now and assign

7     a photograph to it, but this bill would give the

8     Secretary of State the ability to work out that with

9     other agencies.

10         CHAIRMAN:  Okay.  Obviously 90 something

11    percent of the voters, if we want to just merge driver's

12    license records with voters' registration cards, that

13    would solve that problem, and you may be suggesting why

14    don't we just merge pictures from DPS with voter's

15    registration cards, and my answer has been, well, it

16    really doesn't solve the problem because it is the

17    voters that do not have driver's licenses that is, after

18    all, the issue.

19         REPRESENTATIVE HOBSON:  This bill gives the

20    Secretary of State the ability to work with other

21    agencies and get photographs, and it would be up to the

22    Secretary of State to see that that comes to pass.

23         CHAIRMAN:  And so does the voter who currently

24    votes from their living room by simply filling out a

25    card and who then receives a document in the mail and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033948

USA_00021688

1    then presumably, under this legislation, has all that is

2    necessary to vote, either because they already have a

3    photo ID or because they have some other document in

4    conjunction with their voter registration card, have to,

5    as a result of this legislation, go somewhere else

6    presumably?

7            I mean, there's two choices, as far as I can

8    tell.  We either make them go somewhere and get the

9    photograph or we send a roving photographer to their

10   home.

11           REPRESENTATIVE HOBSON:  And I think the good

12   thing about this bill is it allows the Secretary of

13   State the ability.  If you say we have 98 percent of it,

14   then the if we have to go out to take their photographs

15   or whatever, it gives the Secretary of State the ability

16   to work with the other agencies and see that this is

17   done.

18           CHAIRMAN:  Is there a fiscal note?

19           REPRESENTATIVE HOBSON:  You know, I don't have

20   a fiscal note on it.  We've requested one and they

21   haven't sent us one yet.

22           NEW SPEAKER:  Okay.  Mr. Chairman?

23           CHAIRMAN:  They're probably scratching their

24   head.

25           REPRESENTATIVE HOBSON:  Yes, they are really,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033949

USA_00021689

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 12 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 120 of 216
Hearing - Volume 2                                        April 7, 2012

279

1   I'm sure. But to me, this is a real common sense thing

2   to do.  We have a document, whether we want to put it on

3   the driver's license, we want to put it on -- if we want

4   to use the cardboard thing we're using now and put their

5   photograph on it, I think that would be fine.  But, you

6   know, we talked to DPS and they said yes, they've got

7   the ability to do that.  We talked to the concealed

8   weapon people.  They've got the ability to do that.  You

9   know, they can take our picture off our state stuff.

10  They have the ability to do a lot of it.

11              CHAIRMAN:  I guess what that -- well, never

12  mind.

13              REPRESENTATIVE ANCHIA:  Chairman?

14              CHAIRMAN:  Yes, Representative Anchia.

15              REPRESENTATIVE ANCHIA:  Thank you for bringing

16  this forward, Mr. Hobson.

17              REPRESENTATIVE HOBSON:  Yes.

18              REPRESENTATIVE ANCHIA:  And I don't know if

19  you're in possession of this, I know we talked about it,

20  but there's a letter from the Secretary of State to the

21  committee, dated the March 6, 2009.  If you're not in

22  possession, I'd be happy to give it to you.  But it

23  deals with the costs associated with the bill you're

24  proposing.

25              In subsection 2, it says the first thing we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006808

TX_00033950

USA_00021690

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 14 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 121 of 216
Hearing - Volume 2                                           April 7, 2012

280

 1     need is authorization to allow DPS to merge that data

 2     base into the Secretary of State's data base, and

 3     clearly your bill does that.  Then it addresses costs,

 4     and the DPS, DPS estimates a fiscal impact of about

 5     $273,000, which is a lot of money, but when you're

 6     talking legislative initiatives, certainly not very

 7     much, and it says that $273,000 just to create a daily

 8     file with photos, and it says also here that that our

 9     agency, meaning the Secretary of State, would bear

10     similar costs to modify our statewide system to accept

11     this file and then be able to send it on to the

12     counties.

13          When I talked further to Secretary of State

14     over the phone, it was represented to me that if you

15     took the voter's registration card distribution out of

16     the counties and put it up at the state level,

17     Mr. Chairman, and Chairman Hobson, you would actually

18     save the counties a bunch of money, because they

19     wouldn't have to administrate it.

20          Since the official voter roll is at the state

21     level, pursuant to HAVA, that would be the logical place

22     to do it.  You have DPS, which is a state agency,

23     Secretary of State's office, which is a state agency.

24     You give them authorization to talk to each other, you

25     bring up from the counties the voter's registration



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033951

USA_00021691

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 15 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 122 of 216
Hearing - Volume 2                                    April 7, 2012

281

```
 1      certificate distribution process and let the state do

 2      it, get volume pricing, certainly do it for 254 counties

 3      instead of each one doing it on a one-off basis, it

 4      would certainly be more efficient from an administrative

 5      perspective, and that would drive the costs down even

 6      lower.  So I think this is a very sensible proposal and

 7      I think, Mr. Chairman, your question to Mr. Hobson

 8      about, you know, what do you do for the people, either

 9      the people that, for example, Toby Moore testified to

10      that may be anywhere between 150 thousand to 400

11      thousand, who have no form of photo ID but are

12      nonetheless validly registered voters, I think you phase

13      this thing in.  And for people, for example, who don't

14      have the state ID or the driver's license or the

15      concealed handgun license that is being merged in, you

16      phase it in over time for these people and the Secretary

17      of State can affirmatively go find them.  I mean, they

18      have their addresses in the voter file, right, so we

19      know where they are.  Or as they come in, you can say

20      during the first couple of election cycles, hey, if we

21      have not provided you a voter registration certificate

22      with your photo on it, if the state has not provided to

23      you, voter, you can do, you can swear an affidavit that

24      you are the person on that voter registration card, then

25      turn around, and at early voting locations, for example,
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033952

USA_00021692

Case 2:13-cv-00193    Document 662-14    Filed on 11/11/14 in TXSD    Page 16 of 98
Case 1:12-cv-00128-RMC-DST-RLW    Document 214-2    Filed 06/20/12    Page 123 of 216
Hearing - Volume 2                                                April 7, 2012

282

1    we could take a picture of you and then send you the

2    requisite voter card later.

3            I mean, I don't think this is an all or

4    nothing.  If we look at this sensibly, phased in over

5    time, we can create a document similar to what

6    Representative Dunham was saying and what you're

7    suggesting, that actually has your face on the voter

8    registration card.  I think it's a very sensible

9    proposal and we have the technology to do it and I'd

10   really like to work with you further on this.

11           REPRESENTATIVE HOBSON:  Thank you.  The things

12   that I hear from my constituents at home, it's the same

13   things that we all have heard for two days here.  You

14   have to show your ID to get on the airplane, you know,

15   you have to show ID to do this, you have to show your ID

16   to get a credit card.

17           I think this, with our photo ID on the card,

18   sanctifies that voter, when he comes down here, that

19   that's really something they need to do.  And you know,

20   the last time I went to Sam's Club, they took my

21   picture; in about 15 minutes, they brought me back a

22   document in about 15 minutes that I can use at Sam's

23   Club all over the United States, and it's got the

24   electronic stuff on there, and I think that our

25   technology is here now that the state of Texas can do



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033953

USA_00021693

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 17 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 124 of 216
Hearing - Volume 2                                        April 7, 2012

283

 1     this, and certainly for the 98 percent that we talked

 2     about in some sort of expedient manner in some way that

 3     works.

 4            NEW SPEAKER:  Just a real quick question,

 5     Representative Hobson.

 6            REPRESENTATIVE HOBSON:  Yes.

 7            CHAIRMAN:  So without having read all this

 8     language, basically if I understand it correctly,

 9     instead of the burden being on the voter to obtain the

10     voter identification, you're basically placing the

11     burden on the government to provide the photo

12     identification to the voter.

13            REPRESENTATIVE HOBSON:  That is correct, it

14     plays the burden on the Secretary of State's office.

15            CHAIRMAN:  And is it a hard photo

16     identification requirement or do you provide two

17     alternative non-photo IDs?

18            REPRESENTATIVE HOBSON:  No, no.

19            CHAIRMAN:  If you're doing it this way, it's

20     hard photo.

21            REPRESENTATIVE HOBSON:  It doesn't say that at

22     all, Mr. Chairman.  It says, "The Secretary of State

23     shall establish methods to obtain a photograph for each

24     registered voter to use on the voter's registration

25     certificate," and that's what used to vote with.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006812

TX_00033954

USA_00021694

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 18 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 125 of 216
Hearing - Volume 2                                            April 7, 2012
284

```
 1          You use this certificate that's got your
 2     identification on it and your photograph, that it's a
 3     document that the state of Texas produces that will
 4     protect the sanctity of the vote.
 5          CHAIRMAN:  And if you don't have that
 6     document, then you cast a provisional ballot, which is
 7     cured if you go somewhere within ten days and establish
 8     that your who you say you are?
 9          REPRESENTATIVE HOBSON:  That is correct, and
10     there are several provisions in here.  If you go to vote
11     under this bill and you have your voter's identification
12     with you now, the bill, the thing they send out now, you
13     go in and your name is on that voters' list, just like
14     we do now, you give them your voters thing and they say,
15     "Oh, here, there you are," and they stamp.
16          If you do not have -- if you do not have that
17     ability, and what we perceived is that that bill, that
18     document that we're going to give them in the future
19     will have your photo photograph on it.
20          If you don't have that with you, they will
21     look on the voter's list and say, "Do you have any other
22     form of identification?"  And whatever the Secretary of
23     State can come up with what we need to use, or this one
24     says two other forms of identification, I believe, that
25     will be provided.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006813

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 19 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 126 of 216
Hearing - Volume 2                                        April 7, 2012

285

 1            If you don't have any identification and your
 2    name is on the voter's thing, you will be able to sign
 3    an affidavit that you're who you say you are, and within
 4    ten days, you can come back and give them the document.
 5    You don't have to do a provisional, but you would have
 6    ten days to come back in and show an ID.
 7            CHAIRMAN:  So if you don't have the photo ID,
 8    you sign an affidavit, you cast a provisional ballot.
 9    If you do not go wherever you have to go, DPS --
10            REPRESENTATIVE HOBSON:  In ten days.
11            CHAIRMAN:  -- within ten days, then your vote
12    does not count?
13            REPRESENTATIVE HOBSON:  That is correct.
14            CHAIRMAN:  Representative Anchia?
15            REPRESENTATIVE ANCHIA:  And Mr. Hobson, one of
16    the things you may want to think about, instead of
17    making that a provisional is making it a regular
18    ballot.
19            For example, if you're in this class of
20    people, and I think that same letter that I gave you
21    shows that there are about 809,000 Texans that did not
22    put a driver's license number nor a Social Security
23    number down on their voter registration card when they
24    registered, so these are folks who may have limited
25    access to documentation, I think the number is 809,041.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006814

TX_00033956

USA_00021696

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 20 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 12 of 216
Hearing - Volume 2                                          April 7, 2012

286

1    If we use that kind of as a baseline of people who may

2    not have documentation, that is a finite number, we know

3    where they are.  If they come and swear under penalty of

4    perjury and before witnesses and have their photograph

5    taken that they are who they say they are, would you

6    allow them maybe to cast a regular ballot as opposed to

7    a provisional?

8            REPRESENTATIVE HOBSON:  I would be happy to

9    work with this committee on any of that.  What I want to

10   do is a sensible, economic way to get a document that we

11   can vote with that's issued by the state of Texas that

12   contains all your information plus your photograph, and

13   that's my desire here.

14           CHAIRMAN:  Thank you, Mr. Hobson.  Thanks for

15   bringing it forward.

16           Any other questions?

17           NEW SPEAKER:  Yes, Mr. Chairman.

18           CHAIRMAN:  Yes.

19           NEW SPEAKER:  Representative Hobson, I've held

20   elections for about 20 years and (Inaudible) and he

21   chose not to.  (Inaudible.)

22           NEW SPEAKER:  You may be the only one.

23           NEW SPEAKER:  and I appreciate that.  The

24   problem with the ballot like this is (Inaudible) DPS

25   take pictures within ten days, you're hanging the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033957

USA_00021697

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 21 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 128 of 216
Hearing - Volume 2                                      April 7, 2012
                                                                287

```
 1    ballots (Inaudible.)  You know, Senator Mike Jackson won
 2    his first election on 7 votes.
 3              REPRESENTATIVE HOBSON:  Let me just say in my
 4    experience in this, I won my last election on December
 5    the 23rd.  That's when my opponent withdrew his election
 6    challenge.  I had a recount after that.  I won by 104.
 7    Then after the recount, I won by 121, so I'm very
 8    cognizant of how this works, but what we're trying to do
 9    on this is, what I'm trying to do is have a sensible
10    economical way that we protect the integrity of the
11    ballot, and whether we have to do it on provisional or
12    whether we have to do it what, that's not really -- I'm
13    giving the Secretary of State the ability to work a lot
14    of this out.
15              NEW SPEAKER:  I appreciate that.  Let me just
16    say that talking here about a driver's license and a
17    concealed handgun license I don't like, because, for
18    example, driver's license are renewed every six years.
19              NEW SPEAKER:  What we need though is the
20    photograph off of it, that's all we need.
21              NEW SPEAKER:  Okay, as long as we don't put it
22    on driver's license.
23              REPRESENTATIVE HOBSON:  No, no, no, that's not
24    mentioned in my bill at all.
25              NEW SPEAKER:  It was in a different context.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033958

USA_00021698

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 22 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 129 of 216
Hearing - Volume 2                                                April 7, 2012

288

```
 1              REPRESENTATIVE HOBSON:  We can use the
 2      photograph off of them.
 3              NEW SPEAKER:  Right; I understand.
 4              REPRESENTATIVE HOBSON:  Yes, yes.
 5              NEW SPEAKER:  And you mentioned stamping, you
 6      vote and (Inaudible.)  Voters certificates are only
 7      stamped in the primary.  What was voiced earlier was
 8      there was some sort of ulterior motive of having voter
 9      ID (Inaudible.)
10              REPRESENTATIVE HOBSON:  Respectfully, mine was
11      stamped both times I voted.
12              NEW SPEAKER:  In the general election?
13              REPRESENTATIVE HOBSON:  In the general
14      election, it says, "Voted."
15              NEW SPEAKER:  (Inaudible.)
16              REPRESENTATIVE HOBSON:  They stamp on ours
17      "Voted," so when we go down and cast our ballot in the
18      general election, they pull that thing down and it's
19      upside down.
20              NEW SPEAKER: They have never stamped a voter
21      certificate.  They always do in the primary but not in
22      the general.
23              REPRESENTATIVE HOBSON:  Yes, we stamp ours
24      with a D or R in the primary and then we stamp "Voted"
25      in the general in my area.  I don't know what -- that's
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006817

TX_00033959

USA_00021699

Case 2:13-cv-00193　Document 662-14　Filed on 11/11/14 in TXSD　Page 23 of 98
Case 1:12-cv-00128-RMC-DST-RLW　Document 214-2　Filed 06/20/12　Page 130 of 216
Hearing - Volume 2                                    April 7, 2012

                                                        289

1      just what we do.

2              NEW SPEAKER:  I don't believe it is because we

3      were never instructed to.

4              REPRESENTATIVE HOBSON:  I'll bring you my

5      card.

6              NEW SPEAKER:  That's okay.  Well, okay, that's

7      fine.  I wanted to get things clarified.  It has never

8      been a problem in the 20 years that I've held elections

9      for a picture ID.

10             REPRESENTATIVE HOBSON:  Right.

11             NEW SPEAKER:  The problem has been when people

12     don't vote, they consolidate voting locations and then

13     people can't find where to vote because they try to save

14     money to cut back and they get mad (Inaudible) that put

15     ID has never been a problem.

16             REPRESENTATIVE HOBSON:  And the reason why I

17     bring up the photo ID so much is because I have

18     constituents in both parties that say, "I go to Wal-Mart

19     and when I give them a check, I got to show an ID," and

20     say, "You know, I think we can fix that."  So that's why

21     I'm interested.

22             CHAIRMAN:  Mr. Hobson, that's a good concept.

23     We appreciate you bringing it to us.  Representative

24     Hefler.

25             REPRESENTATIVE HEFLER:  One question.  For the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033960

USA_00021700

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 24 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 131 of 216
Hearing - Volume 2                                      April 7, 2012

290

 1        purpose of those like myself and representative Bohac,

 2        could you make it the size of a driver's license so it

 3        could fit in our wallet?  Thank you.

 4               NEW SPEAKER:  With large print.

 5               REPRESENTATIVE HEFLER:  With large print, yes.

 6               REPRESENTATIVE HOBSON:  This was one that I

 7        thought about for a long time, and I think it may be

 8        harder than I think it will be in putting it together,

 9        but I think we have the resources and I think we have

10        the desire to do that, and I think as the great state of

11        Texas, we can, and I'm looking forward to working with

12        you.

13               CHAIRMAN:  Just throw that sucker in the

14        Secretary of State's lap, right?

15               REPRESENTATIVE HOBSON:  That's okay.  They

16        turn around pretty fast anyway.

17               CHAIRMAN:  Representative Bohac.

18               REPRESENTATIVE BOHAC:  I want to just say we

19        got to unpack this thing because we're presented so many

20        ideas and issues together.  I want to unpack them one by

21        one.

22               First of all, let me say this for the benefit

23        of the committee.  I believe this is a workable solution

24        but I don't think it's the optimal but I think it is

25        workable.  Over the 8 years that Anchia and I have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 25 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 132 of 216
Hearing - Volume 2                                        April 7, 2012

291

1     served on this committee --

2             REPRESENTATIVE ANCHIA:  Six.

3             REPRESENTATIVE BOHAC:  Six for him.  This

4     always comes back to number two, okay.  The reason

5     number one works, a photo ID, is because most people

6     already have a driver's license and/or a Texas ID card.

7     That's the point that's being missed here.

8             The target audience we're trying to reach,

9     based on the testimony that we have heard over the

10    years, is that there is a small segment of folks who do

11    not have --

12            There's a finite group of folks that do not

13    have.  This committee is trying to come up with a

14    solution that would help this finite group of wonderful

15    citizens get a photo ID or be able to vote, if they

16    chose not to get one, to have a different methodology.

17            REPRESENTATIVE HOBSON:  I understand.

18            REPRESENTATIVE BOHAC:  With the two other

19    forms of ID.  But having said that, there is a benefit

20    to having a photo ID beyond voting.  It was alluded to

21    in early testimony yesterday that a photo ID will

22    actually help people become more successful in the state

23    of Texas and in the United States in general because,

24    because it helps mainstream people, and so while I see

25    the benefit, I think your's is the number two solution,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033962

USA_00021702

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 26 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 133 of 216
Hearing - Volume 2                                          April 7, 2012

292

1     because the number one solution is that it is reasonably

2     -- it is, I think most members on this committee would

3     agree that most people, that there is a finite set of

4     people that do not have a Texas driver's license or an

5     ID card.  We need to figure out how to reach those

6     people.

7              Now we heard testimony before your bill about

8     this card.  Well, the card, we got myopically focused on

9     this card.  That card is just communicating, a vehicle

10    to communicate information.  That information does not

11    have to be communicated on that card, but that card

12    does, on the other hand, contain very valuable

13    information.  It tells you where to vote.  It tells you

14    who you can vote for.  So it's not -- it's almost like

15    we're changing the subject and not making it about the

16    card.

17             You could send out a letter that would

18    accomplish the same thing when you register to vote and

19    forget the card, okay, because a letter would say who

20    you are, tell you where to go vote, what commissioner's

21    precinct, state rep, state house, state senate and

22    precinct and any other information they want to put on

23    there, so we got --

24             You know, we're putting so many concepts

25    together.  I just want to say I like your bill.  I think



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006821

TX_00033963

USA_00021703

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 23 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 134 of 216
Hearing - Volume 2                                      April 7, 2012

293

1    it is a number two solution.  Number one would be just

2    to use the ID that most people already possess, and also

3    if we help them get a standard ID, I think they will be

4    more likely to become successful and mainstream and feel

5    more part of this great place we call home, which is

6    Texas.  And with that, I want to thank you.

7              CHAIRMAN:  Go ahead.

8              REPRESENTATIVE HOBSON:  Excuse me, when I

9    started doing this, I checked a lot of stuff, and I

10   can't tell you which state agency I checked with but I

11   said how many fake drivers license do you think are four

12   blocks up the road here, and they said probably in the

13   range of 8 to 10 thousand.  So within four or five

14   blocks of our capitol, with all the kids that go to our

15   universities, there's probably several thousands fake

16   drivers license out there, and you know, so it became to

17   me, I said, you know, if we're going to have to show

18   identification, which could be our driver's license,

19   let's make sure we get a real driver's license or let's

20   make sure we've got a real -- we have something real

21   that we can go vote for so that the people, and you run

22   these elections, and a lot of times you run them

23   shorthanded and you run people that are not experiences

24   and you run all these people.

25              Don't make them make the big choices of who's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006822

TX_00033964

USA_00021704

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 28 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 135 of 216
Hearing - Volume 2                                    April 7, 2012

294

```
 1    eligible to vote.  Let's do that up front and give a
 2    document so that he can go to his polling place and say,
 3    "Oh, yes, come on in, Mr. Bohac, we appreciate you
 4    coming to vote," and that's what I'm trying to do.
 5           NEW SPEAKER:  Isn't it ultimately, Chairman
 6    Hobson, why, in my view, this should be the plan A and
 7    not the plan B, is that this is, voting is a sacred
 8    right, and if government is going to infringe on that
 9    right, maybe the burden should be on the government to
10    produce that new ID and give it to you rather than
11    putting the burden on the voter to do, and that's why I
12    like your proposal more than the others, because here it
13    says, "Hey, Secretary of State, give them the photo ID,
14    give them the secure document, give them the voter
15    registration certificate at your cost."  We can't do
16    democracy on the cheap.  You say, "Well, it costs
17    money."  Well if you're going to enfranchise people and
18    do democracy, you got to spend a little money too.
19    That's why I think you've got a good bill.
20           In that letter I just gave you, can you open
21    it up to page three really quickly?
22           REPRESENTATIVE HOBSON:  I lost it already.
23           NEW SPEAKER:  You already lost it.
24           REPRESENTATIVE HOBSON:  Yes.
25           NEW SPEAKER:  In subsection five, it talks
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006823

TX_00033965

USA_00021705

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 29 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 136 of 216

Hearing - Volume 2                                    April 7, 2012

295

1    about people are falling in love with this 1.2 number or
2    2 percent number for people who do not potentially have
3    voter ID, but in the breakdown that we got from the
4    Secretary of State, there are a couple of interesting
5    observations about the voter file.
6           The number of people on the voter file, the
7    statewide voter file that registered using their
8    driver's license, 5,600,000 roughly.  See where I'm
9    reading from?
10          The number of voters who registered with a
11   Social Security number but not a driver's license,
12   250,000 roughly.  The number of voters who did it with
13   both, about 4 million, and the number of voters who
14   didn't have either, about 809,000.  So it's not an
15   insignificant number of folks that we're talking about.
16   Whether you use the $150,000 to 400,000 that we heard
17   yesterday or you use, or you can extrapolate from the
18   numbers that you have, this is no joke.
19          I mean, these are people who are registered,
20   these are Americans, these are Texans, and my view is if
21   you're going to erect additional barriers, the
22   government needs to be responsible for providing folks
23   the ID, so I laud your, I laud your bill, and again,
24   want to work with you.  I think it makes a lot of sense.
25          NEW SPEAKER:  Just to piggyback, if I can,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033966

USA_00021706

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 30 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 137 of 216
Hearing - Volume 2                                                April 7, 2012

296

1    Mr. Chairman, I agree with my friend Representative

2    Anchia.  If we want to shift the burden back to the

3    state for helping you achieve that photo ID, I'm all for

4    it, and if that takes some technology similar or some

5    processes that we would use with your concept, I'm okay

6    with it.

7          I think in general, we're all getting very

8    close to saying similar things, and anyway, I'm glad

9    Anchia is seeing it my way.  Just kidding.  I'm not hung

10   up on a card or a piece of cardboard or a size.  I think

11   we've got people that are smarter than I in technology

12   that can come up with it.  You know, I don't want to put

13   a chip in my elbow.  You know, I think I'll draw the

14   line there.  But other than that, I think we can come up

15   with something and we can come up with something that we

16   can renew, and every year, we have to register, we can

17   do that, and I think with technology, we can.

18         NEW SPEAKER:  I think you have a great idea

19   and I appreciate it.  I know your heart is in the right

20   place and you meant this to be very serious legislation

21   to be considered by this body, and I appreciate that.

22         REPRESENTATIVE HOBSON:  Well, I think Lois

23   Bowles would be proud of me except she died a couple

24   years ago.  I mean a couple months ago.  But thank you

25   very much, and I'll close and give you the ability or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006825

TX_00033967

USA_00021707

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 31 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 138 of 216
Hearing - Volume 2                                        April 7, 2012

297

1    whatever you want to do with it.

2              NEW SPEAKER:  Let me say, I think that's

3    really the issue that this committee has been struggling

4    with throughout this testimony, is how we make sure that

5    that 2, 4, whatever percent it is, percent it is,

6    percentage of people who do not already have photo ID's

7    have the documentation that is necessary to allow them

8    to vote.  And I think what the only objection that I

9    heard from Representative Bohac to your concept was that

10   he didn't see any purpose in providing 90 something

11   percent of our constituents with an additional form of

12   photo ID.

13             REPRESENTATIVE HOBSON:  Right.

14             NEW SPEAKER:  There's just no costs

15   associated, no reason to do that, and I think we all

16   agree that it is our responsibility to find a mechanism

17   by which everybody has no unreasonable barrier to the

18   ability to vote.

19             REPRESENTATIVE HOBSON:  Right.

20             NEW SPEAKER:  And of course, the Senate thinks

21   they've come up with that.  To the extent that we hear a

22   lot of testimony that indicates that there are lots of

23   people out there, like the homeless guy that had his

24   back pack stolen, and I think we are all interested in

25   taking that into consideration, but that is the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033968

USA_00021708

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 32 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 139 of 216
Hearing - Volume 2                                    April 7, 2012

298

```
 1      question, is whether or not what the Senate has done is

 2      create a situation that is not available to that two to

 3      four percent, whatever it is, and that is, I think it's

 4      still an outstanding question.  Where I'm not quite

 5      clear on the extent to which the answer is no, I'd like

 6      to see more evidence on that.

 7           I heard one lady today said they might go to a

 8      private university.  I think we can absolutely all agree

 9      to add that to the list.  I think the question is how

10      many voters are there that do not have in their

11      possession today the documentation that would be

12      required to vote under the senate bill.

13           REPRESENTATIVE HOBSON:  Right.

14           CHAIRMAN:  I haven't heard a lot of testimony

15      from people who said there are people that fit that

16      category.  I'm very interested in testimony that would

17      suggest that there are people out there who do not have

18      that documentation.

19           Yes, Representative Hefler?

20           REPRESENTATIVE HEFLER:  Mr. Chairman, maybe

21      something to think about is we focus starting this on

22      the two to four percent, the homeless guy, help

23      Mr. Hester and his citizenry, others like that, and

24      eventually phase it in.

25           I mean, if we're going to go to the real ID
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033969

USA_00021709

 1    eventually, I'm not saying I don't oppose that, don't

 2    support it, but that's where we're headed, maybe that's

 3    something we can consider.  You know, that way, we would

 4    spread the cost out over six, eight years, because

 5    everyone can still vote that has ID, they got the ID.

 6    We provide those that don't have an ID a means to do

 7    it.

 8            We talked about voter registration trucks

 9    going around.  We can have a photo thing on that truck

10    and go to Radio Shack and spend $500 and get everything

11    we need to take the photo.

12            CHAIRMAN:  Any other questions, members, for

13    Representative Chairman Hobson?  I don't hear any.

14            Would you like to close on, is it House Bill

15    2513?

16            REPRESENTATIVE HOBSON:  Yes, sir.

17            CHAIRMAN:  Okay.  Close.

18            REPRESENTATIVE HOBSON:  Thank you, I close.

19            CHAIRMAN:  At this time, members, it's the

20    Chair's intention to leave House Bill 2513 pending.  Are

21    there any objections?

22            Hearing none, so moved.

23            REPRESENTATIVE HOBSON:  Thank you very much,

24    ma'am.

25            CHAIRMAN:  Thank you, Senator Hobson.  At this



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033970

USA_00021710

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 34 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 141 of 216
Hearing - Volume 2                                           April 7, 2012

300

1    time, the Chair lays out House Bill 362 as pending

2    business and I open so that we may hear additional

3    witnesses on Senate bill, I said House Bill, Senate bill

4    362.

5              At this time, the Chair calls Alice Micca or

6    Mica -- I don't know if I pronounced that correctly --

7    who is representing herself and testifying in favor of

8    Senate bill 362.

9              Please state your name again on the record and

10   who you represent.

11             MS. MICCA:  Hello.  My name is Alice Micca and

12   I represent myself in support of SB 362.  I'd just like

13   to say that election results can be corrupted when

14   inadequate safeguards are in place.  Let me give you an

15   example.  March 4, 2008, precinct 52, Collin County

16   caucus.  In this caucus, ID's and registrations were not

17   validated for all exhibits.  The sign-in sheets were not

18   controlled.  At the end of the night, the exhibits were

19   tallied, delegates were allocated.  A few days later, I

20   personally validated the results.  Sheets were missing,

21   including the sheet with my name.  Of the 200 names that

22   they were collected that evening, 94 were actually

23   available for review, and based on this analysis, 14

24   names on this list were ineligible.

25             This means the delegate allocation was skewed



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033971

USA_00021711

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 35 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 142 of 216
Hearing - Volume 2                                        April 7, 2012

301

```
 1     and basically my vote was cancelled, lost, whatever.

 2            When you go to cash a check, board an

 3     airplane, use a credit card, you're required to produce

 4     a photo ID.  A law requiring a photo ID would have

 5     allowed my vote to count.

 6            I've heard some concerns expressed about the

 7     photo ID's being too hard on the voting public.  I think

 8     we should ask some people like my father.  He's a World

 9     War II veteran that served in the military until after

10     the Vietnam war.  We could ask our troops, who put their

11     lives on the line every day.  They sacrifice so that we

12     have a choice.  A photo ID would have ensured their

13     sacrifice is not squandered or misused, and a photo ID

14     would ensure the integrity of our election process and

15     the validity of the results.  I apologize for my

16     nervousness.  Thank you for listening.

17            CHAIRMAN:  Members, are there any questions

18     for the witness?

19            Thank you for your testimony.

20            The Chair calls Anita Privit, testifying or

21     appearing to speak on behalf of the League of Women

22     Voters.  She is testifying against the bill and she does

23     wish to testify.  Is she here?  Take your time.  We see

24     you back there.  No problem.  It's no problem.

25            Mrs. Privit, if you would introduce yourself
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033972

USA_00021712

Case 2:13-cv-00193　Document 662-14　Filed on 11/11/14 in TXSD　Page 36 of 98
Case 1:12-cv-00128-RMC-DST-RLW　Document 214-2　Filed 06/20/12　Page 143 of 216
Hearing - Volume 2　　　　　　　　　　　　　　　　April 7, 2012

302

1　　and tell us who you're representing.

2　　　　　　MS. PRIVIT:  I hope my cell phone didn't throw

3　　things off.

4　　　　　　Let's see, I was going to say, Mr. Chairman,

5　　but we seem to have lost the chairman.  Members of the

6　　committee -- oh, you're the chairman.  Okay.

7　　　　　　CHAIRMAN:  If you would introduce yourself.

8　　　　　　MS. PRIVIT:  I'm Anita Privit, representing

9　　the League of Women Voters of Texas.  I'm pleased to be

10　　here today to express the League's support for full

11　　voting participation by all eligible citizens and our

12　　opposition to efforts to create new barriers that block

13　　citizen voter participation.

14　　　　　　We believe that Senate bill 362 would turn

15　　back the clock.  Excuse me, I'm out of breath.  And

16　　erect unnecessary barriers to Texas voters.  We want to

17　　be very, very clear, this is a bad bill.  For more than

18　　89 years, the League of Women Voters has worked to

19　　educate the electorate.  Registered voters make

20　　government at all levels more accessible and responsible

21　　to citizens.

22　　　　　　Some had suggested that requiring a voter ID

23　　at the polling place will prevent voter fraud.  Thanks.

24　　Sorry.  We in the League do not share that view.  Voter

25　　impersonation at the polling place has not been a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033973

USA_00021713

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 37 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 144 of 216
Hearing - Volume 2                                                April 7, 2012

303

1    problem in Texas or any place else that we can determine

2    since the HAVA Act was implemented.

3            Actually determining whether a person matches

4    their photo ID when it is presented can be a very

5    subjective and open -- can be very subjective and open

6    to discrimination.

7            Voter ID requirements disproportionately

8    effect the elderly, young people, racial and ethnic

9    minorities and persons with disability.  This bill

10   offers alternates types of documents, along with a voter

11   ID, to establish a voter's identity.

12           Can we ensure that these requirements will be

13   uniformly implemented across Texas so that all voters

14   are qualified with the same results?

15           Lawfully implementing this bill will require

16   significant expenditures of time and money to train

17   election officials and temporary poll workers so that

18   they will be able to understand how to do their job in a

19   uniform manner.  Laws that are not or cannot be

20   uniformly enforced are unjust.  Voting is our most

21   fundamental expression of citizenship.  The expansion of

22   the franchise to include all Americans, regardless or

23   race, ethnicity or sex is one of the great successes in

24   the evolution of American democracy.  Breaking down

25   barriers to citizen voter participation with literacy



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033974

USA_00021714

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 38 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 145 of 216
Hearing - Volume 2                                          April 7, 2012

304

```
 1      tests to the poll tax has been a constant battle for
 2      those of us that believe that every citizen should be
 3      able to exercise their right to vote.
 4              Let's work together to seek ways to improve
 5      voter participation in Texas instead of erecting
 6      unnecessary barriers to voting by passing this bill.
 7              Thank you for the opportunity to share our
 8      views.
 9              CHAIRMAN:  Thank you very much for your
10      testimony.
11              Committee members, do you have any questions
12      for the witness?  If not, thank you very much for your
13      testimony.  You did a fantastic job.
14              MS. PRIVIT:  Thank you.
15              NEW SPEAKER:  thank you, ma'am.
16              CHAIRMAN:  The Chair now calls Kathy Hicks.
17      She is testifying for herself and she is for the bill.
18      Is Kathy here?
19              We'll call her back.  We'll show her for the
20      bill and not testifying.
21              The Chairs calls Joey Cardenes.  It doesn't
22      say who he's representing but it does say LULAC on
23      here.  I would check the box for you, if that's okay.
24              NEW SPEAKER:  (Inaudible).  I signed up late.
25      Can I take his place (Inaudible).
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033975

USA_00021715

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 39 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 146 of 216
Hearing - Volume 2                                    April 7, 2012

305

```
 1             CHAIRMAN:  Yes, I think you filled out a sheet
 2     already.  Then you can gladly approach the podium.  One
 3     moment.
 4             NEW SPEAKER:  Okay.  Thank you.  You found
 5     it?  Okay.
 6             CHAIRMAN:  Be patient with us.  We're looking
 7     for your witness affirmation form, okay?
 8             NEW SPEAKER:  Okay.  I'm from San Antonio,
 9     Texas.
10             CHAIRMAN:  And you did fill out a witness
11     affirmation form?
12             NEW SPEAKER:  Yes.
13             CHAIRMAN:  We're looking for it.  The Chair
14     calls Angela Garcia.  She is representing herself and
15     she is against the bill, and if you would state your
16     name and tell us who you're representing.
17             MS. GARCIA:  Thank you.  My name is Angela
18     Garcia and I am -- I wear different hats, but this time,
19     I want to represent myself as a precinct Chair.  I
20     belong to 2046 in Bexar County and Senatorial District
21     26.  I'm a very, very active precinct chair in my
22     precinct.  I have never, never -- I've been a precinct
23     chair for 30 years.  I have never heard of any
24     impersonation.  You know, I don't know why you all are
25     doing this.  You keep saying it happens but you cannot
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006834

TX_00033976

USA_00021716

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 40 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 147 of 216

Hearing - Volume 2                                          April 7, 2012

306

1    prove it.  So then if it's not happening, then if it's

2    not broken, don't fix it.

3          I think -- I think, I agree with a lot of the

4    people that are against it.  It's going to -- it's going

5    to create -- as it is, we can't even get the people out

6    to vote.  I think for the first time, we got so many

7    people this time, and then creating barriers and

8    obstacles, and there's already a process, because if you

9    forget your voter registration, you have to show an ID.

10   They will not let you vote until you show that it's you,

11   and I don't know, maybe because all Mexicans look alike,

12   so they say.  I think that was a cheap shot.  But I

13   thought I'd mention that.

14         But I think you really need to look at this

15   seriously.  It's going to cost a lot of money.  Do we

16   really need to spend that money in the crisis that we

17   are?  And so I think you really need to study this and I

18   don't think we need to proceed with it.

19         My recommendation is that we're doing such a

20   great job already in getting -- and we just finished

21   training the seniors, most of the seniors how to use the

22   machine, the touch machine.  We just finished doing

23   that.

24         They were so afraid of it, and they still

25   don't get it because they vote, they vote just for one



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033977

USA_00021717

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 41 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 148 of 216
Hearing - Volume 2                                    April 7, 2012

307

```
 1     candidate and they forget about everybody else.  So I
 2     thank you and I thank all the panelists.  I think you
 3     all are doing a great job.  Keep it up, working hard.
 4     I'm sorry but it has to be done.  Thank you.
 5              CHAIRMAN:  Ms. Garcia, thank you.  Members,
 6     are there any questions for the witness?
 7              NEW SPEAKER:  Just a quick one.  Ms. Garcia,
 8     thank you for your service to this state in working the
 9     polls.  I wish we could have more people willing to do
10     that.
11              MS. GARCIA:  I also take all the seniors to
12     all the centers in Bexar County.
13              NEW SPEAKER:  Thanks for helping the seniors
14     in Bexar County.
15              MS. GARCIA:  Yes, yes, definitely.
16              NEW SPEAKER:  You testified that 30 years, no
17     cases of voter impersonation.  How often do you see the
18     people who come to your polling place who are used to
19     voting with their registration card and don't bring a
20     license?  They have been voting with their voter
21     registration card 5, 10, 15, 20, 30, 40 years and they
22     come to you and that's the piece of ID they have.  Do
23     you see that regularly?
24              MS. GARCIA:  Yes.  Sometimes there's a lot --
25     I live in an old district in San Antonio, and a lot of
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033978

USA_00021718

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 42 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 149 of 216
Hearing - Volume 2                                          April 7, 2012

308

```
 1    times, like there was -- I think there was somebody that
 2    testified that they got divorced but they still have the
 3    same address but they have a different name, and a lot
 4    of times, they're not allowed to vote.  Of course, I'm
 5    always -- I'm always overseeing it and, of course, they
 6    vote on that other ballots, and it doesn't count, but at
 7    least they got the satisfaction that they voted.
 8              NEW SPEAKER:  Yes.
 9              MS. GARCIA:  And they were allowed to vote,
10    but, you know, it doesn't do any good.  And also, in the
11    names, you know, when you get an ID, because I just got
12    an ID, my birth certificate says Angelita, and I sign
13    everything Angela, so even at the airport, they look and
14    look and look.  I said it's in Spanish.  So, you know,
15    it's going to be difficult.
16              NEW SPEAKER:  And you think that may create
17    problems --
18              MS. GARCIA:  Yes, it is.
19              NEW SPEAKER:  -- in people not being able to
20    vote on the regular ballot?
21              MS. GARCIA:  Yes.  You don't have to be
22    Chinese, German.  You know, they have different names.
23    I've been in the United States.  I mean, I was born
24    here, I'm a second generation citizen, but, you know,
25    our names, we were named with -- in fact, it was so
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033979

USA_00021719

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 43 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 190 of 216
Hearing - Volume 2                                    April 7, 2012
309

1      funny, I always tell this story to everybody.  We

2      changed our name.  When we went to our school, all

3      Mexicans, when we went to high school, we decided to

4      change our names so nobody would laugh at us, and that's

5      when I became Angela.

6                NEW SPEAKER:  Thank you for your testimony.

7                CHAIRMAN:  Thank you very much.  The Chair

8      calls Kathy Hicks.  She's representing herself.  She is

9      testifying for the bill.

10               Ms. Hicks, if you would state your name and

11     tell us who you represent.

12               MS. HICKS:  My name is Kathy Hicks and I'm

13     from Texarkana, Texas, in Bowie County.  I'm involved in

14     ballot security and studying election irregularities in

15     1992 and a poll watcher since 1996.  There's been some

16     discussion about the DAs across the state of Texas that

17     have the lack of willingness to prosecute.  You know,

18     they do take a sworn oath to uphold the law and when

19     they have individuals or groups of citizens that are

20     well organized, well funded, and they know this, and

21     they don't prosecute, that reminds me of the RICO act.

22               In my opinion, DAs should be brought to

23     justice themselves for not upholding the law.

24               I have one of many signed affidavits relating

25     to the absentee application process and ballots being



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033980

USA_00021720

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 44 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 151 of 216
Hearing - Volume 2                                        April 7, 2012

310

1       sent to those that did not request them.  I believe the

2       passage of Senate bill 362 is a step in the right

3       direction.

4            Earl and Reba Hines of Bowie County was killed

5       in an automobile accident on Highway 59 but voted in

6       person in the general election.  Today's technology can

7       easily reproduce a voter registration card, and after

8       someone votes with your registration card, there's no

9       paper trail and almost impossible to locate the

10      impersonator after they leave.

11           Ira Stuart and Doris Miles stated that they

12      did not request an absentee ballot by mail but received

13      one.  Copies will show Mr. Stuart's application, his

14      first name is wrong and his signature does not match.

15      Copies will also show Mr. Stuart's voter registration

16      application has been altered to match the wrongful

17      name.  Mr. Stuart never voted his ballot.

18           Mr. Stuart and Ms. Miles stated a lady by the

19      name of Willie Jay Ray came by their home, both their

20      homes, when the ballots arrived.  Ms. Willie Ray took

21      the ballots with her when she left.

22           This bill could possibly prevent political

23      activists and people such as Texarkana city council

24      member Willie Ray from engaging in intimidation and

25      influence and influencing and allow the living voter to



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033981

USA_00021721

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 45 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 152 of 216
Hearing - Volume 2                                        April 7, 2012

311

1      be the only one to be able to vote in person or apply

2      for a ballot by mail in the future.

3              The LBB reported the DPS would be prohibited

4      from charging a fee for personal identification

5      certificate for the sole purpose of voting, and since it

6      would be free, everyone could afford it.  And if it

7      happened to cost the state a few dollars, well, it would

8      be worth every penny.  The integrity of the election

9      process is worth more than any dollar amount.

10             My grandfather fought and many have died

11     protecting our freedom.  Our vote, which is our voice,

12     it is the right to express each individual's freedom to

13     elect the leader of his or her choice.  Once lost or

14     stolen, you can't replace it, you can't get it back, and

15     I am in favor of the voter ID bill, and likewise, ask

16     you to pass it.

17             CHAIRMAN:  Ms. Hicks, thank you for your

18     testimony.  Members, are there any questions for the

19     witness?  If not, we thank you very much for your

20     testimony.  Have a safe travel back to Texarkana.  My

21     in-laws are from Texarkana.  I love your accent.

22             MS. HICKS:  It's good to get back over here.

23     I'm a little winded, but thank you.

24             CHAIRMAN:  The Chair now calls Jonathan Hill,

25     representing himself.  He is against the bill.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006840

TX_00033982

USA_00021722

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 46 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 153 of 216
Hearing - Volume 2                                    April 7, 2012

312

1              Jonathan, if you would state your name and
2       tell us who you represent.
3              MR. HILL:  My name is Jonathan Hill.  I'm
4       representing myself.  I'm from McLennan County.  I'm a
5       high school student so I guess I'm kind of representing
6       that age group more than anything else.  I'm also 17
7       years old so I can't technically vote right now, but I'm
8       trying to protect that, that issue for me personally.
9              I know for high school students, it can
10      sometimes seem like voting is more of an adult game, I
11      guess, that we're not really able to be involved in, and
12      I know that regulation to youth seems to come across
13      more and more as a negative thing, and especially for me
14      personally and the students that I work with at my high
15      school, we look at that kind of thing, and honestly, I
16      have no problem with, with preventing voter fraud.
17      That's not an issue to me at all, and I think that's
18      something that's absolutely necessary and something that
19      I think it's great that this committee is looking,
20      that's looking to improve on, but as far as making
21      something seem more -- I mean, this is seemingly a bill
22      that would make this process more difficult for several
23      different groups, including students.
24             And as the (Inaudible) of the Vice-President
25      of the Texas Young Democrats said, she was talking about



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006841

TX_00033983

USA_00021723

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 47 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 154 of 216
Hearing - Volume 2                                      April 7, 2012

313

1    the issue with out of state students, and I think that
2    was something you all talked about improving on the
3    bill.  This is going to be a process that's going to be
4    very lengthy and very complicated for students that are
5    out of state or even out of county, as she stated for
6    herself, and that's going to be the same thing with me
7    as I move from Galveston to McLennan County, so with
8    that kind of thing, I found issues with the current
9    system, trying to get kids in my school registered to
10   vote.
11          Now to say to those kids, hey, now go get your
12   Social Security card, or go get, you know, a utility
13   bill, or something like that, to go register to vote,
14   you're making a system more complicated for students
15   that, that are, you know, trying to find ways to get
16   into the system, you know.
17          They're not going to jump into a system that's
18   requiring more than they're willing to put into it.
19   That was a big issue for us trying to get students to
20   vote and that's just an issue that I've had over the
21   past year, trying to get students to register to vote in
22   my school and to get those seniors that have that area
23   of leadership to step up and be willing to vote, and
24   whenever you increase restrictions or, you know, make it
25   harder for them to register to vote and make that system



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033984

USA_00021724

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 48 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 155 of 216
Hearing - Volume 2                                      April 7, 2012

314

 1    more complicated, I mean, I'm not going to lie, we are,

 2    in McLennan County, we're one of the most conservative

 3    areas in the state, and you're telling these kids, you

 4    know, I'm a Democrat, and so I'm standing up to these

 5    kids, them knowing that I'm a Democrat and telling them

 6    to go register to vote.

 7              I mean, it's hard enough to get them register

 8    to vote coming from my mouth, and there's no one else

 9    telling them to, so whenever I can't get them to do it

10    now, it's going to be more complicated to do whenever we

11    increase these restrictions.

12              CHAIRMAN:  Mr. Hill, you understand we're not

13    adding on anything to the voter registration process?

14              MR. HILL:  It's just more complicated and it's

15    going to be a whole lot more complicated to explain to

16    them.  I mean, obviously we've had plenty of issues

17    today with some different views on this issue and it's

18    complicated to explain in this room, you know, with

19    representatives and with county officials and with

20    polling place officials, it's hard to explain to people

21    here exactly and get a clear idea of what we're doing,

22    so think about that, taking that back to high school

23    students that don't know much about the process and try

24    to explain to them about why we're doing this.

25              CHAIRMAN:  I want to thank you for your



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006843

TX_00033985

USA_00021725

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 49 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 196 of 216
Hearing - Volume 2                                          April 7, 2012
315

```
 1    testimony, for driving up here, and, I mean, you ought

 2    to be applauded for that.  That's terrific and very

 3    respectable.  You're going to run for office one day.

 4    You did a very good job.

 5            Members of the committee, are there any

 6    questions for this young man?  Representative Brown?

 7            REPRESENTATIVE BROWN:  I'd like to commend you

 8    as well for taking time to come here and speak very well

 9    to us, and I appreciate it.  Of course, I question some

10    of your party affiliation, but I do commend you for

11    doing this.  There are few young people your age that

12    can speak so well and are this involved and want to be,

13    want to participate in the process, so I hope you will

14    continue that and be an inspiration to others.

15            MR. HILL:  Yes, ma'am.

16            REPRESENTATIVE BROWN:  And I'm sorry, I missed

17    the question over here, but aren't most of your -- don't

18    most of your friends have driver's licenses?

19            MR. HILL:  Well, actually, I would say about

20    50 percent of them do.  I mean, I don't think people

21    realize exactly how few of the young adults, especially,

22    I live in a rural area and that's where my precinct is

23    too, and so a lot of those kids don't, there's nobody

24    telling them they need driver's licenses, they don't

25    have driver's licenses.  I mean, that's just being
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033986

USA_00021726

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 50 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 157 of 216
Hearing - Volume 2                                        April 7, 2012

316

```
 1     honest.
 2              REPRESENTATIVE BROWN:  And I won't ask how
 3     many are driving without license.
 4              MR. HILL:  I have my license, so don't worry
 5     about that.
 6              REPRESENTATIVE BROWN:  And I think one thing
 7     that makes it seem more complicated is that we are
 8     considering every facet of it and how to deal with those
 9     people that don't have driver's licenses, which I feel
10     like most of your friends will within another year or
11     two.  I hope so.  But thanks again for being here.
12              MR. HILL:  Yes, ma'am.
13              CHAIRMAN:  Do you have questions, members, of
14     this witness?  Thank you.  Thank you very much.
15              NEW SPEAKER:  Thank you.
16              CHAIRMAN:  I got a stack of witnesses here and
17     I'm going to proceed as the clerk would like me to, but
18     before this thing thins out any more, in order for us to
19     fully consider the views of those people out here today,
20     I want to give anyone who is here today and who has
21     looked at the Senate bill language, both with regard to
22     the list of photograph documents that are acceptable and
23     the list of non-photographic documents that are
24     acceptable and is prepared to testify, that you wouldn't
25     be able to vote as a result of that list.  I want to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006845

TX_00033987

USA_00021727

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 51 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 158 of 216
Hearing - Volume 2                                            April 7, 2012

317

 1       make priority for that person.

 2               If there's anybody out there who is prepared

 3       to testify that are familiar with the list and that you

 4       wouldn't be able to vote as a result of that list.  Is

 5       there anybody like that that's still with us at this

 6       late hour of the evening?

 7               If not, I will proceed with the witnesses.

 8       Rusty Hicks, testifying in favor of Senate bill 362 and

 9       representing himself, please state your name and who you

10       represent.

11               MR. HICKS:  My name is Rusty Hicks.  I'm from

12       Bowie County in Texarkana, Texas.  My friend and I drove

13       about six hours here to testify in front of the Senate,

14       and again today, we drove about six hours yesterday and

15       stayed overnight to see you good folks that are doing

16       such a great job here on the house.

17               I was ready to testify about specific evidence

18       in Bowie County we have of people voting from vacant

19       residencies.  Also, I was here to be prepared to show

20       evidence of sign-in sheets of that fact, exactly who is

21       relevant of doing this type of things in Bowie County,

22       but what I will have to do is cut it about half short of

23       what I'm here to testify about because the Attorney

24       General's Office has advised me not to engage, just like

25       you good folks were advised, not to engage in current



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033988

USA_00021728

Case 2:13-cv-00193   Document 663-14   Filed on 11/11/14 in TXSD   Page 52 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 159 of 216
Hearing - Volume 2                                        April 7, 2012

318

1    ongoing investigations.

2              I've been involved in ballot secure since

3    1996.  I've testified in front of grand juries on ballot

4    fraud, especially in absentee ballots.  I've been before

5    the Texas legislature, (Inaudible) Sergio Munoz, in

6    Dallas, Texas in 1996, and also I've turned in an

7    investigation in 2004 that went before the Attorney

8    General that got three indictments and convictions of a

9    city council lady by the name of Willie Ray in

10   Texarkana, Texas, in Bowie County, that ended up suing

11   the Attorney General, the DNC and Attorney General for

12   civil rights violations with, I guess, the purpose of

13   denying the Attorney General's right or his duty to

14   prosecute these laws that actually have been violated.

15             With that said, the current investigation we

16   have that we are working on now is not just about

17   absentee ballot fraud, it's about people voting from

18   across -- we live in a twin city, Texarkana, Texas and

19   Arkansas.  In the '04 and '06 elections, where I was,

20   basically '06 to '08, I was ballot security chairman of

21   the Republican party of Bowie County.  We witnessed

22   Arkansas residents and Arkansas license plates coming

23   into precincts across Texas, going in with voter

24   registration cards, leaving, getting in Arkansas

25   licensed vehicles and going back across state line.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033989

USA_00021729

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 53 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 100 of 216
Hearing - Volume 2                                                April 7, 2012

319

1          Poll watchers inside that we had were

2     verifying that these people were voting.  Now I can't

3     give you these sign-in sheets.  I did not bring those

4     with me today, but what I can tell you is that after

5     investigating, since 1996, absentee ballot fraud and

6     mail-in ballot fraud and mail-in ballots, we have got

7     convictions in Bowie County, they have been upheld, and

8     they did result in causing the taxpayers hundreds of

9     thousands of dollars, and it also cost the DNC.  We had

10    testimony it cost them about $500,000 in the case of Ray

11    vs. The State of Texas and the Attorney General of

12    Texas.  So when it comes down to absentee ballot fraud,

13    I am pretty much very informed in terms of what it will

14    take when it comes up in the future for you guys to work

15    on problems with absentee balloting.  You ask a lot of

16    people what do you think it will take to take voter

17    fraud and absentee balloting.

18          One thing it will take is active prosecution,

19    not selective prosecution by DAs that we have in Bowie

20    County or any other county.  Thank you, sir.

21          CHAIRMAN:  Did you say three convictions?

22          MR. HICKS:  Three indictments, three

23    convictions.  They pled guilty to possession of mail-in

24    ballots in Bowie County.  Also not signing a witness,

25    when you assist somebody on the application process.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033990

USA_00021730

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 54 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 161 of 216
Hearing - Volume 2                                    April 7, 2012
320

 1      This is called the technical term of ballot harvesting

 2      in Bowie County.  We have the epidemic of election fraud

 3      that everybody denies or everybody wants to see.

 4           CHAIRMAN:  Okay.  And so you also described

 5      what you believe you witnessed, and that is voter

 6      impersonation, where people vote on both sides of the

 7      state line in Texarkana?

 8           MR. HICKS:  Yes, sir.  I didn't say voter

 9      inpersonation; where they are not eligible to vote in

10      the state of Texas and people vote are from Arkansas

11      into the state of Texas.

12           Now when it comes to the voter ID bill was

13      actually to be involved in the actual testimony, this is

14      the part of the testimony that I have been advised not

15      to reveal but all I can give you is that we have people

16      voting from residencies and addresses that no one lives

17      in.  And this is not just an isolated incident in Bowie

18      County, and I have brought actual evidence of this that

19      it does happen and it is a reality, but I'm reluctant to

20      hand it to you as of this date.

21           CHAIRMAN:  Sure, and I don't want you to, but

22      are you representing that you believe you have witnessed

23      yourself instances -- I'm trying to determine what

24      you're alleging you've seen without getting details or

25      specifics.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033991

USA_00021731

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 55 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 182 of 216
Hearing - Volume 2                                          April 7, 2012

321

```
 1              Do you represent that there are people in your
 2      town -- and I'll just represent that there are some
 3      indication in the documents behind me and stuff that I
 4      had read this could have occurred in Kansas City, which
 5      is another city that's on a state line, where there
 6      might be a peculiar and particular temptation on the
 7      part of certain voters if they're really into a
 8      presidential candidate, for example.
 9              MR. HICKS:  Yes, sir.
10              CHAIRMAN:  To try to get about twice as much
11      representation as the rest of us.
12              Are you aware of that type of activity
13      occurring in Texarkana?
14              MR. HICKS:  As far as impersonating an actual
15      voter, the incident that my wife testified to earlier
16      was an uncle and aunt of my mother, actual residents in
17      Bowie County that passed away in a car accident and
18      actually voted, and the reason why we know this, because
19      we do -- our kinfolk was also election judge for years
20      and years, Ms. Betty Hines, and she was the election
21      judge at that time, and they did, they did come up on --
22      of course, she had clerks and alternate clerks and all
23      that, and they did come up on the roll but she did not
24      witness them being there.  Apparently she was having
25      lunch, or whatever, to the extent that she did not
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033992

USA_00021732

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 56 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 103 of 216
Hearing - Volume 2                                         April 7, 2012

322

1    witness someone actually signing in the sign-in sheet,

2    but the kin folk of ours were on the sign-in sheet and

3    the election judge did witness the sign-in sheet, and

4    also the assistant election judge, Mr. Roy Stinett, was

5    there also and they had a wonderful conversation on how

6    did this happen, because we were all directly kin to

7    these folks.

8         Now as far as the voter ID bill goes and what

9    I wanted to testify to would be, you know, if you have a

10   proper accurate, it's not just only having a voter ID,

11   in my opinion, it's having an accurate, legal and

12   accurate current voter ID that would either make you

13   eligible or ineligible to vote at a certain precinct.

14   Whether you're voting from precinct to precinct you

15   shouldn't be or you designate a legal residency that you

16   actually have on your voter registration card, and those

17   are hard to prove but they can be proven.

18        Election crimes can be investigated and can be

19   proven.  It takes a little hard work and some money to

20   do it but it can be done.

21        CHAIRMAN:  Any other questions, members?

22   Representative Veasey?

23        REPRESENTATIVE VEASEY:  Can you hear me okay?

24   Because I'm kind of far away from this mic.  Does it

25   resonate okay?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033993

USA_00021733

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 57 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 164 of 216
Hearing - Volume 2                                    April 7, 2012

323

 1                CHAIRMAN:  I can hear you.

 2                REPRESENTATIVE VEASEY:  Mr. Hicks, I want to

 3      ask you a couple questions.  What city do you reside in?

 4                MR. HICKS:  Texarkana, Texas.

 5                REPRESENTATIVE VEASEY:  Have you run for

 6      office in Texarkana before?

 7                MR. HICKS:  Yes, I have.

 8                REPRESENTATIVE VEASEY:  Were you successful in

 9      running?

10                MR. HICKS:  No, sir, I haven't.

11                REPRESENTATIVE VEASEY:  Is that the reason you

12      have had past run-in's with Ms. Ray in the past?

13                MR. HICKS:  I would not call that run-in's

14      whatsoever.  I am an Republican now, but in 1992, I ran

15      as a Democrat candidate for county office back then, and

16      that is where I learned the process of election fraud

17      and absentee ballots, being inside the Democrat party in

18      Bowie County.  I can't speak for other counties across

19      the state of Texas of what goes on there but I am very

20      well aware of the process of ballot harvesting in Bowie

21      County.

22                Now with that said, I've been very active in

23      trying to get, you know, fair prosecution to whoever

24      commits a crime in the election process.  Whether they

25      are R or D, it makes no difference to me.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033994

USA_00021734

Case 2:13-cv-00193　Document 662-14　Filed on 11/11/14 in TXSD　Page 58 of 98
Case 1:12-cv-00128-RMC-DST-RLW　Document 214-2　Filed 06/20/12　Page 105 of 216
Hearing - Volume 2　　　　　　　　　　　　　　　　April 7, 2012
324

```
 1              REPRESENTATIVE VEASEY:  Let me ask you a

 2      question.  Did you have a family member follow and

 3      photograph elderly election workers in their cars?

 4              MR. HICKS:  No.

 5              REPRESENTATIVE VEASEY:  You have never done

 6      that?

 7              MR. HICKS:  No.

 8              REPRESENTATIVE VEASEY:  Did you hire a private

 9      investigator to go to the homes of voters and

10      interrogate them about voting?

11              MR. HICKS:  In 1996, I did hire a private

12      investigator out of -- Joe Horne out of Dallas, Texas,

13      American Investigators International out of Dallas,

14      Texas to go in, we sent to certain addresses that we

15      looked of election fraud on the application process.

16      That's where you first identify election fraud.  And we

17      sent him in to interview, for the purpose of taking the

18      interviews and the investigation over to the current

19      DA.  That's what resulted in the grand jury of 1996,

20      which is where the one of the places that I did testify

21      about election fraud.

22              REPRESENTATIVE VEASEY:  So you did hire a

23      private investigator to go and interrogate voters.  Did

24      you call the police on a poll watcher who threatened to

25      call the NAACP?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033995

USA_00021735

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 58 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 186 of 216
Hearing - Volume 2                                    April 7, 2012

325

1            MR. HICKS:  There was an incident over at the

2     Lincoln Street voting precinct, and this is the same

3     voting precinct where we was -- the poll watcher was

4     witnessing the Arkansas plates coming and voting and

5     leaving and going back to Arkansas, the residence

6     issue.

7            There was an incident of a poll watcher being

8     threatened, just because he was there as a poll watcher,

9     and yes, there was a phone call made to protect the poll

10    watcher from any violent harm is what it was.

11           REPRESENTATIVE VEASEY:  So someone called a

12    poll watcher, threatened to call, somebody called the

13    police on a poll watcher and threatened to -- you did,

14    you called the police on the poll watcher, just because

15    they threatened to call the NAACP?

16           MR. HICKS:  No, it had nothing to do with

17    that.  What it was, was a poll watcher was being

18    threatened by people that was in the voting place who

19    actually really shouldn't have been there at all -- they

20    wasn't even voters -- being threatened because he was

21    there overlooking the process.  That's all that was

22    about.

23           REPRESENTATIVE VEASEY:  Okay.  So you're

24    saying --

25           MR. HICKS:  That was pretty much mistaken



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006854

TX_00033996

USA_00021736

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 60 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 107 of 216
Hearing - Volume 2                                              April 7, 2012

1      identity of anything, as far as that goes.

2              REPRESENTATIVE VEASEY:  Did you ever use poll

3      workers to disrupt polling locations?

4              MR. HICKS:  Oh, absolutely not.  Poll watchers

5      is there for a reason, they're to observe, and this is a

6      violation.  Their job is to bring a violation to the

7      attention of the election judge.

8              REPRESENTATIVE VEASEY:  Have you ever

9      presented yourself or represented yourself as working on

10     behalf of the Attorney General of Texas, Greg Abbott?

11             MR. HICKS:  No, sir, I never have.  That come

12     from an election administrator in Bowie County.

13             REPRESENTATIVE VEASEY:  You never told anybody

14     you were assisting the Attorney General?

15             MR. HICKS:  In all actuality, I have assisted

16     in the investigation that caused the indictments, the

17     investigation that caused the grand jury and got the

18     actual --

19             REPRESENTATIVE VEASEY:  Are you a licensed

20     attorney in the state of Texas.

21             MR. HICKS:  Oh, absolutely not.

22             REPRESENTATIVE VEASEY:  So you know that you

23     cannot say that you're with the Attorney General's

24     office.

25             MR. HICKS:  I didn't say I was with.  I said I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033997

USA_00021737

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 61 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 168 of 216
Hearing - Volume 2                                    April 7, 2012

327

1    assisted.  When you do an investigation and you turn it

2    over, that is some assistance, and without that kind of

3    assistance from individuals or experts or ballot

4    security people, you would not have any convictions or

5    any integrity as far as looking into any kind of

6    election process.

7              REPRESENTATIVE VEASEY:  Have you ever been

8    accused of illegally serving as a poll watcher?

9              MR. HICKS:  Yes, I've been accused, and I know

10   --

11             REPRESENTATIVE VEASEY:  Why?  Why were you

12   accused of illegally serving as a poll watcher?

13             MR. HICKS:  Well, that was pretty much a

14   misunderstanding.  It was a city race to where Mrs. Ray

15   was running for, a city council race.  Okay, with that

16   said, there was a lady that had asked me to poll watch,

17   which Ms. Barbara Adams was a candidate, which we also

18   supported, which was an African American also, a real

19   nice lady that deserved the job too.

20             Okay, we would go up to the city council and

21   she signs us in as poll watchers, and there was -- we

22   considered we had a gray area where it was kind of

23   called to our attention, and we made a phone call to the

24   Secretary of State and it was -- Let me see.  One of the

25   largest Secretary of State's, and he said this is a gray



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006856

TX_00033998

USA_00021738

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 62 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 169 of 216
Hearing - Volume 2                                        April 7, 2012

328

```
 1    area.  We probably advise that you do not be poll
 2    watchers.  But I will tell you this, I did not falsify a
 3    government document.  I put down my correct and current
 4    and legal accurate address where I lived, presented it
 5    to the county clerk before we did do a little bit of
 6    poll watching.
 7              REPRESENTATIVE VEASEY:  But you were illegally
 8    serving as a poll --
 9              You weren't supposed to be a poll watcher at
10    the poll that you were working at, right?
11              MR. HICKS:  Well, that's kind of a gray area
12    at this point in time.  When it was observed, the
13    Secretary of State's attorney said it's a gray area, you
14    really shouldn't be there, because the law did not say
15    the city of your voting jurisdiction or if you live in
16    the --  it didn't say that you had to live in Ward 2,
17    put it that way, exactly, so we had to get
18    clarification.
19              REPRESENTATIVE BROWN:  Excuse me.
20              REPRESENTATIVE VEASEY:  I just have one more
21    question, Representative Brown.
22              REPRESENTATIVE BROWN:  Excuse me, Mr. Hicks,
23    Mr. Hicks, if I could, Mr. Hicks, you are not on trial
24    here.  You're here to testify on whether or not you're
25    for or against.  Do not answer any more of these
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006857

TX_00033999

USA_00021739

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 63 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 170 of 216
Hearing - Volume 2                                            April 7, 2012

329

1      questions.

2              REPRESENTATIVE VEASEY:  Ms. Harper-Brown, he

3      needs to answer them.

4              REPRESENTATIVE BROWN:  He's here to testify

5      for or against the bill, not on his bad rap.

6              CHAIRMAN:  Members, members, members.

7      Please.  Is there anything else that you would like to

8      say in testifying before the committee today?

9              MR. HICKS:  Only that obviously I'm for the

10     voter ID bill and ballot security.  That doesn't take

11     away anybody's absolute right to vote.  It can only

12     upgrade the integrity of the election process, and

13     that's why I'm here today, is because we, we are --

14             I will say this.  Election fraud in Bowie

15     County begins in the Democratic primary, Democrat on

16     Democrat.  All the evidence that's ever been produced to

17     any agency whatsoever was from the Democrat primary, not

18     a general election.  I will tell you that.

19             With that said, I aptly support and help

20     candidates on both sides of the aisle, and I think

21     that's what any good person should do, and I'm here to

22     give this testimony.  I wished I could give it all to

23     you, but maybe when it comes back to absentee balloting

24     and the remedies for what we're having problems with, I

25     would be more than happy to come back and see if I can



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034000

USA_00021740

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 64 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 171 of 216
Hearing - Volume 2                                        April 7, 2012

330

```
 1    assist in any way in remedies for absentee by mail

 2    balloting, because that's where I have most experience

 3    in looking at.

 4              REPRESENTATIVE VEASEY:  Just a couple more

 5    questions in closing.

 6              CHAIRMAN:  Okay, I've given you a lot leeway,

 7    Lamar.

 8              REPRESENTATIVE VEASEY:  I know.  Just a couple

 9    more questions in closing.

10              CHAIRMAN:  As long as it stays in the proper

11    time.

12              REPRESENTATIVE VEASEY:  I appreciate that.

13    You're very familiar with Mrs. Willie Ray.

14              MR. HICKS:  Yes, sir.

15              REPRESENTATIVE VEASEY:  You've known her for

16    awhile, and I think there was someone that came up and

17    testified.

18              MR. HICKS:  Sure, anybody in Bowie County is

19    familiar is with who are our elected officials, anybody

20    that cares about the election process, yes, sir.

21              REPRESENTATIVE VEASEY:  Absolutely,

22    absolutely.  And so you're aware and can state for

23    everybody that's here today that Ms. Ray was exonerated.

24              MR. HICKS:  Exonerates from what?

25              REPRESENTATIVE VEASEY:  From the charges that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034001

USA_00021741

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 65 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 172 of 216
Hearing - Volume 2                                              April 7, 2012

331

```
 1      you've been alleging.
 2              MR. HICKS:  She was indicted and she pled
 3      guilty.
 4              REPRESENTATIVE VEASEY:  And she was
 5      exonerated, correct?
 6              MR. HICKS:  Does probation and fine --
 7              REPRESENTATIVE VEASEY:  Everybody in Bowie
 8      County knows each other, so I think you can state for
 9      the record, and just like you said, small town and
10      everybody knows each other.  She was exonerated,
11      correct?
12              MR. HICKS:  I think that's a matter of your
13      opinion.  Convicted and pled guilty to a crime with --
14              REPRESENTATIVE VEASEY:  Was she exonerated?
15              CHAIRMAN:  Let him finish the answer.  You
16      asked the question was she exonerated.  Let the witness
17      answer the question.
18              MR. HICKS:  Adjudicated, not exonerated.  She
19      was convicted, pled guilty and had a $200 fine and did
20      not have any jail sentence.  She was on probation for a
21      year.
22              REPRESENTATIVE VEASEY:  She was later
23      exonerated, Mr. Chairman, just for the record.
24              MR. HICKS:  That's not exonerated.
25              CHAIRMAN:  Okay, any other questions, members,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034002

USA_00021742

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 66 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 173 of 216
Hearing - Volume 2                                    April 7, 2012

332

```
 1    for this witness?  Thank you, Mr. Hicks.

 2              MR. HICKS:  You bet.

 3              NEW SPEAKER:  (Inaudible).

 4              CHAIRMAN:  Okay.  Well, what's your name?

 5              MR. TYSON:  My name is Tyson, James Tyson.

 6              CHAIRMAN:  James Tyson.

 7              MR. TYSON:  (Inaudible.)

 8              CHAIRMAN:  Dick Tyson.  I'm going to take a

 9    second and try to find your witness form.

10              You filled one out, I take it?

11              MR. TYSON:  Yes.

12              CHAIRMAN:  We found it.  It was at the bottom

13    of the stack.

14              MR. TYSON:  I'll wait.

15              CHAIRMAN:  No, I want to give you that

16    opportunity.  We'll here from you.  Was this a cheap

17    trick to get in front of the line?

18              MR. TYSON:  I hope not.  Mr. Smith,

19    Representative Smith, Mr. Chairman, I appreciate what

20    you all do.

21              CHAIRMAN:  Please state your name.

22              MR. TYSON:  My name is James Richard Tyson.

23              CHAIRMAN:  You represent yourself.

24              MR. TYSON:  And I'm representing myself and I

25    live in Alvin.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034003

USA_00021743

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 67 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 174 of 216
Hearing - Volume 2                                                    April 7, 2012

333

```
 1              CHAIRMAN:  And you're testifying against?

 2              MR. TYSON:  I'm testifying for a voter ID.  I

 3    mean, I'm testifying with modifications that one of my,

 4    your first witness has been a long time friend and he

 5    testified --

 6              CHAIRMAN:  Just be clear for the record --

 7              MR. TYSON:  In other words, there's a pro and

 8    a con.

 9              CHAIRMAN:  Just to be clear for the record, as

10    it's presently written, you're against it?

11              MR. TYSON:  I'm firmly against it.  As I

12    understand it, it will erase my rights to run for public

13    office and vote.  That's rather serious to me.

14              CHAIRMAN:  Okay, tell us why you think that's

15    the case.  Help us why you don't think you will be able

16    to vote.

17              MR. TYSON:  First about myself, I have lived

18    in Alvin.  My parents married there.  You know, I

19    volunteered for the service, volunteered in the party

20    for many years.

21              I'm proud of the fact that one of our former

22    chairman of our parties said I was the best volunteer in

23    Texas.  I've worked in every election, probably in our

24    party since the '40s.  I distinctly remember the '48

25    election, and I really resent the fact that we are in
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034004

USA_00021744

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 68 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 175 of 216
Hearing - Volume 2                                          April 7, 2012

334

1      this position.  In my opinion, we have two parties that

2      have dug in so deep they don't even know where they're

3      at.

4              This is a major issue with me.  I've been run

5      off the polls as a kid by other kids.  You go home

6      crying, you come back.  I have been in two knock down

7      drag out fights at the polls.  I don't like it.  It's no

8      fun.  I don't like to be hostile.  That's no fun.  I

9      respect what you do and the time you put in and the

10     torture your families go through because you're up

11     here.  I understand all that.

12             When I got out of the Marine Corps in '60,

13     politics in Missouri County had gone sour.  My

14     grandfather was a chair in the '50s.  We elected a

15     senator and a state rep.  I thought my job was to keep

16     them here.  They were doing a good job.

17             I officed with one of them when he was Dean of

18     the Senate.  I've been through Deans of the house, I've

19     been drug out of the capitol.  The last session was the

20     Dean of the house.  I was in his office.  I had a key.

21     It used to be the offices of this capitol belonged to

22     the representatives and the senators.  Those were their

23     offices.  There was no keys to the capitol.  The

24     constitution let us walk in and out.  Also, the

25     courthouse.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034005

USA_00021745

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 69 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 176 of 216
Hearing - Volume 2                                              April 7, 2012

335

 1            Now we're in the position we're going back to

 2     carpetbagger days, where some Texans can vote and some

 3     Texans can't vote, and the State Police, you're going to

 4     give the State Police the right to let us vote.  Is that

 5     what I'm hearing?  That's carpetbagger days.  That's who

 6     can vote and who can't.

 7            If you were a Texan, by God, you couldn't vote

 8     for ten years.  A hundred years later, we started

 9     electing Republicans.  Now they're back.  I'm a

10     Democrat.  That doesn't mean anything.  I'm in a county

11     that was most Democratic county in this state when

12     grand-daddy was chairman.  Now it is the most Republican

13     county in this state.  Things go around.  We meet

14     ourself coming in the door, but the bill itself, where

15     we're at, why can't we just -- I hear all the

16     testimony.

17            Why is it we got a voter -- the state has a

18     picture of most of the voters.  Why don't you just send

19     us a voter ID with that picture on it?  And four years

20     later, four years later, for the next presidential

21     election, there may or may not be legislation, but kick

22     it in then and put Texas not behind the curve,

23     Mr. Chairman, don't let us drag the rear end of this

24     country, put us ahead, do something that makes some

25     sense.  I think you can.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034006

USA_00021746

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 70 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 177 of 216
Hearing - Volume 2                                          April 7, 2012

336

```
 1              CHAIRMAN:  Okay, thank you.
 2              MR. TYSON:  And there's a lot of other issues
 3     you've heard but I think you can get it done.
 4              CHAIRMAN:  Okay.  Thank you.  Now we've got
 5     time for questions.  I want you to stay there because
 6     I'm really wanting to find -- I want to determine if you
 7     are someone who would be --
 8              MR. TYSON:  I'd like to know too.
 9              CHAIRMAN:  And we'll know.  Do you have a
10     driver's license?
11              MR. TYSON:  No, sir.
12              CHAIRMAN:  And why don't you have a driver's
13     license.
14              MR. TYSON:  Well, I don't drive very well is
15     one reason.  Why should I?  I've learned to ride a
16     bike.  I got my back pack.
17              CHAIRMAN:  How long have you not had a
18     driver's license?
19              MR. TYSON:  About three, four years.
20              CHAIRMAN:  Well, I shouldn't ask you, don't
21     give us the detail, but is it a result of some sort of
22     medical disability?
23              MR. TYSON:  That's questionable.
24              CHAIRMAN:  Well --
25              MR. TYSON:  I get a 20 percent disability from
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006865

TX_00034007

USA_00021747

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 71 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 178 of 216
Hearing - Volume 2                                         April 7, 2012

337

1    the VA.

2              CHAIRMAN:  Okay.

3              MR. TYSON:  I got no other disability.  I

4    have, I realized in '80, after coming home from -- no,

5    in '76, after coming home from the national convention,

6    I had a problem.  For five days, I didn't sleep.  I

7    couldn't figure out what the problem was.  I was later

8    diagnosed as a manic, so there is a medical problem.

9              CHAIRMAN:  Okay.

10             MR. TYSON:  But that doesn't have a lot to do

11   with whether I can vote or not.

12             CHAIRMAN:  No.

13             MR. TYSON:  And the issue is, I just got

14   sued.  I was on the ballot this last election in

15   Missouri County.

16             CHAIRMAN:  Yes.

17             MR. TYSON:  If you want to find voter fraud,

18   it isn't fraud, it's just a question of this group

19   against that group.

20             CHAIRMAN:  Do you mind me asking you how old

21   you are?

22             MR. TYSON:  I don't mind.  As you say, I'll

23   never see 60 again.  You get a cue card in Houston and,

24   you know, I've have got some voter ID.  I don't mind you

25   looking at them.  I don't mind you going through the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034008

USA_00021748

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 72 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 179 of 216
Hearing - Volume 2                                          April 7, 2012
                                                                      338

 1      billfold.  I'm not here to have any secrets.

 2              You know, I was elected president of the

 3      Missouri County City Association, the only person in our

 4      community to ever do that and it's been there 30 years.

 5              CHAIRMAN:  Do you have another form of --

 6              MR. TYSON:  I've got an ID.  They give me one

 7      from the Veterans.  You go in there and they give you

 8      one when you start drawing disability.

 9              CHAIRMAN:  Yes.  Is it a photo identification?

10              MR. TYSON:  Yes, but it's from --

11              CHAIRMAN:  But it's from the Veterans

12      Association.

13              MR. TYSON:  No, it's from --

14              As I understand it, it doesn't qualify but

15      you're welcome to look at it.  There's a key card.  I've

16      got different cards.  Why isn't my voter registration

17      good enough to let me vote, Mr. Chairman?

18              CHAIRMAN:  Well, we're trying to answer the

19      question that allowed you to go to the front of the mic.

20              MR. TYSON:  There's two voters ID's that I'm

21      carrying.  There is a credit card and some other --

22              CHAIRMAN:  They can't hear you.  Go ahead.  I

23      don't mean you to leave your billfold with me.  That

24      could be dangerous.  My understanding is that you do

25      have --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034009

USA_00021749

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 73 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 180 of 216
Hearing - Volume 2                                        April 7, 2012

339

```
 1              MR. TYSON:  Well, my money is in the other
 2      one, so that's just a card.
 3              CHAIRMAN:  You have a valid identification
 4      card that contains your photograph and is issued by an
 5      agency or institution of the federal government?
 6              MR. TYSON:  I assume that the Veterans
 7      Administration is --
 8              CHAIRMAN:  Federal government.
 9              MR. TYSON:  I get a check from them every
10      month that I'm happy with.
11              CHAIRMAN:  And again, we didn't determine your
12      exact age, but that document allows you to vote without
13      any other document, okay.  Now if that document didn't
14      allow you to vote --
15              MR. TYSON:  I beg your pardon.
16              CHAIRMAN:  If that document didn't allow you
17      to vote, then you would go to the list of non photo
18      identifications, and there's a number of things you
19      could vote with in addition to your voter registration
20      card, one of which is a Medicare card.
21              I don't know if you've reached 65 or not, but
22      there's a long laundry list of documents that would work
23      that do not have a photo identification, but I think the
24      primary purpose for which I allowed you to testify in
25      front of everybody else --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034010

USA_00021750

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 74 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 181 of 216
Hearing - Volume 2                                            April 7, 2012

340

 1              MR. TYSON:  I appreciate that, but if I lose
 2     those cards, I'm in deep water on it.
 3              CHAIRMAN:  I just think it's important --
 4              MR. TYSON:  I mean, it takes months to get
 5     them back.
 6              CHAIRMAN:  I just think it's important for
 7     everybody to know that we haven't had a witness yet in
 8     24 hours that has said, "I can't vote pursuant to the
 9     Senate bill because of the documents that are provided,"
10     and I'm very sensitive to and interested in hearing from
11     those people, but I'm just wanting to point out that we
12     haven't heard from them yesterday.
13              MR. TYSON:  Well, I appreciate the chance that
14     they didn't write me out.
15              CHAIRMAN:  Yes.
16              MR. TYSON:  But when I used to be able to
17     vote, I could walk into the precinct here, that I happen
18     to have something to do with put -- I mean, the election
19     judge, and since I had appointed him as precinct chair,
20     they knew me in that precinct.  It used to be the rules,
21     Mr. Chairman, where your precinct judge had to be from
22     the precinct, that the election in the city had to be
23     within the city.
24              When Hart Graphics codified the election code,
25     it wasn't this wide, it was a little book.  It's tough



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034011

USA_00021751

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 75 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 182 of 216
Hearing - Volume 2                                              April 7, 2012

341

1    out there.  The identification is necessary for the

2    people working the polls.  The people working the polls

3    need to be able to get their job done.

4            If we had it on the computer, I walk in and

5    say my name is, and they type it in and up pops my

6    picture with my information, which is easy.  Why can't

7    we do that.

8            CHAIRMAN:  Let's give you an opportunity to

9    respond to any questions the members might have.  Any

10   questions of Mr. Tyson, members?  Any questions?

11           Thank you.  Thank you very much for your

12   testimony.  I appreciate it.

13           At this time, the Chair calls Gilberto

14   Hinajosa.  He had to leave.  I will show him as not

15   testifying but against Senate bill 362, and representing

16   himself.

17            This time, the Chair calls Crystal

18   Molina.  Are you here with us, Crystal?  I don't see

19   Crystal.  Will indicate that she was representing Brown

20   County Election Administration and Voter Registration

21   and is against Senate bill 362, and show her not

22   testifying.

23           At this time, the Chair calls Bea Whitlock.

24   Come on down.  I feel like Bob Barker.

25           MS. WHITLOCK:  Good evening.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006870

TX_00034012

USA_00021752

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 76 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 183 of 216
Hearing - Volume 2                                                April 7, 2012

342

```
1                CHAIRMAN:  Please state your name and who you
2       represent.  You're here to testify for Senate bill 362,
3       is that correct?
4                MS. WHITLOCK:  Yes.
5                CHAIRMAN:  State your name and who you
6       represent.
7                MS. WHITLOCK:  My name is Bea Whitlock.  I'm
8       from Mission, Texas, in Hidalgo County.
9                CHAIRMAN:  And you're speaking on behalf of --
10               MS. WHITLOCK:  Of OWLS, which is Objective
11      Watchers of the Legal System.
12               CHAIRMAN:  Okay.  Thank you.  Please proceed.
13               MS. WHITLOCK:  Now I consider myself a senior
14      citizen.  I'm not in a nursing home yet, and I hope I
15      won't be for awhile, but I don't have any problem going
16      anywhere to vote.
17
18
19
20
21
22
23
24
25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006871

TX_00034013

USA_00021753

Case 2:13-cv-00193 Document 663-14 Filed on 11/11/14 in TXSD Page 77 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 184 of 216
Hearing - Volume 2                                              April 7, 2012

343

```
 1      IN THE COUNTY OF TRAVIS     )

 2      STATE OF TEXAS              )

 3           I, Lynne Rodriguez, Certified Shorthand Reporter in

 4      and for the State of Texas, hereby certify to the

 5      following:

 6               That the CD entitled, "Texas House of

 7      Representatives Committee on Elections, 4-8-2009,"

 8      was transcribed at the request of Anne Wilson, 209

 9      West 14th Street, Attorney General's Office, Austin,

10      Texas 78701, and the amount due is $_____.

11           That the aforementioned CD was transcribed

12      to the best of my ability to hear and understand the

13      CD;

14           That the transcript was submitted by

15      E-trans on April 16, 2012, to Anne Wilson, 209 West

16      14th Street, Attorney Generals' Office, Austin,

17      Texas  78701;

18           I further certify that I am neither

19      counsel for, related to, nor employed by any of the

20      parties or attorneys in the action in which this

21      proceeding was taken, and further that I am not

22      financially or otherwise interested in the outcome

23      of the action.

24           Certified to by me, this 16th day of

25      April, 2012.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 78 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 185 of 216
Hearing - Volume 2                                        April 7, 2012

344



1
2
3
4

Lynne M. Rodriguez

Lynne Rodriguez, Texas CSR No.

5       Expiration Date 12/31/13

FIRM REGISTRATION NO: 283

6        ESQUIRE DEPOSITION SERVICES

100congress, Suite 2000

7        Austin, Texas   78701

(512) 328-5557

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034015

USA_00021755

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 79 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 186 of 216

Hearing - Volume 2                                      April 7, 2009

345

| A | | | | |
|---|---|---|---|---|
| **Abbott** | 309:25 | **accurate** | **add** | **administr...** |
| 326:10 | 310:12 | 322:10,11,12 | 265:19 | 326:12 |
| **abet** | 318:4,17 | 328:4 | 274:16 | **admonition** |
| 253:24,25 | 319:5,12,15 | **accused** | 298:9 | 207:21 208:4 |
| 254:1 273:9 | 319:17 | 206:20 327:8 | **adding** | **adopt** |
| **abetting** | 323:17 | 327:9,12 | 314:13 | 221:20 226:6 |
| 257:4 | 329:23 | **accusing** | **addition** | 226:21 |
| **ability** | 330:1 | 251:1 | 205:14 | 227:5,9,23 |
| 207:7 209:2 | **absolute** | **achieve** | 258:13,13 | **adult** |
| 219:19 | 329:11 | 296:3 | 339:19 | 244:4,8 |
| 230:22 | **absolutely** | **act** | **additional** | 312:10 |
| 277:2,8,20 | 204:25 298:8 | 242:13 254:4 | 200:3 224:2 | **adults** |
| 278:13,15 | 312:18 | 274:20 | 224:7 232:5 | 315:21 |
| 279:7,8,10 | 326:4,21 | 303:2 | 237:3 255:8 | **advancing** |
| 284:17 | 330:21,22 | 309:21 | 258:17 | 219:14 |
| 287:13 | **academic** | **action** | 262:4 | **advantages** |
| 296:25 | 226:12 | 210:7 343:20 | 271:22 | 207:9 |
| 297:18 | **accent** | 343:23 | 275:22 | **adversely** |
| 343:12 | 311:21 | **activate** | 295:21 | 207:25 |
| **able** | **accept** | 247:20 | 297:11 | **advise** |
| 199:5 200:7 | 263:9,19 | 248:15,17 | 300:2 | 328:1 |
| 203:20 | 280:10 | 249:3 | **Additionally** | **advised** |
| 224:25 | **acceptable** | 264:21 | 219:25 | 317:24,25 |
| 225:12 | 271:3 316:22 | 265:17 | **address** | 320:14 |
| 230:19 | 316:24 | **activated** | 230:8,13 | **advising** |
| 231:4 249:2 | **accepted** | 245:5 | 265:12 | 207:24 |
| 249:13 | 276:1 | **active** | 266:13 | **advocate** |
| 250:1,1 | **access** | 205:21 206:4 | 308:3 328:4 | 203:19 |
| 253:4 263:8 | 200:3 240:3 | 206:13 | **addressed** | **affidavit** |
| 268:12 | 240:15 | 208:17,23 | 261:4 | 281:23 285:3 |
| 269:4 | 245:25 | 305:21 | **addresses** | 285:8 |
| 280:11 | 265:25 | 319:18 | 280:3 281:18 | **affidavits** |
| 285:2 | 269:22 | 323:22 | 320:16 | 261:23 |
| 291:15 | 285:25 | **actively** | 324:14 | 309:24 |
| 303:18 | **accessed** | 250:23 | **addressing** | **affiliates** |
| 304:3 | 240:6 | **activists** | 225:22 | 219:13 |
| 308:19 | **accessibi...** | 310:23 | **adjourned** | **affiliation** |
| 311:1 | 250:14 | **activity** | 215:4 | 315:10 |
| 312:11 | **accessible** | 321:12 | **Adjudicated** | **affirmation** |
| 316:25 | 302:20 | **actual** | 331:18 | 305:7,11 |
| 317:4 | **accident** | 254:1 320:13 | **adjustment** | **affirmati...** |
| 333:15 | 310:5 321:17 | 320:18 | 228:20 | 281:17 |
| 340:16 | **accommodate** | 321:14,16 | **administrate** | **afford** |
| 341:3 | 264:13 | 326:18 | 280:19 | 311:6 |
| **abroad** | **accomplish** | **actuality** | **Administr...** | **aforement...** |
| 233:14 | 292:18 | 326:15 | 339:7 341:20 | 343:11 |
| **absentee** | **account** | **Adams** | **administr...** | **afraid** |
| | 206:22 210:1 | 327:17 | 281:4 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034016

USA_00021756

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 80 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 187 of 216

Hearing - Volume 2                                    April 7, 2009

346

201:25
306:24
African
327:18
AG
259:2
age
312:6 315:11
339:12
agencies
276:22 277:9
277:21
278:16
agency
280:9,22,23
293:10
329:17
339:5
ago
271:19
275:10
296:24,24
agree
213:15
231:11
243:25
246:22
265:19
292:3 296:1
297:16
298:8 306:3
agreements
276:6,21
ahead
203:23 251:2
252:6 277:2
293:7
335:24
338:22
aid
253:24,25
254:1 273:9
ain't
251:21
airplane
282:14 301:3
airport
308:13

aisle
329:20
Alice
300:5,11
alike
306:11
allegation
212:11
266:21,25
allegations
206:25
211:20,21
214:16
alleging
320:24 331:1
allergic
243:9,10
allocated
300:19
allocation
300:25
allow
228:20 239:7
245:18
248:10
253:23
271:7 274:6
275:21
280:1 286:6
297:7
310:25
339:14,16
allowed
229:3 301:5
308:4,9
338:19
339:24
allowing
275:8
allows
271:15
278:12
339:12
alluded
291:20
all-purpose
225:7
alphabet

221:12
226:19
alter
227:13
altered
310:16
alternate
321:22
alternates
303:10
alternative
283:17
Alvin
332:25
333:18
amendments
220:3
American
219:16,22
220:6 221:6
221:20
222:1
226:21
228:9,10
236:15
303:24
324:13
327:18
Americanized
227:10
Americans
218:23 219:6
219:15,20
219:22
220:17,20
220:23
221:6,8,13
221:20
223:11,18
226:20
227:7,25
230:15,17
230:22
237:13,15
237:18
295:20
303:22
amount

200:21
240:15
311:9
343:10
amplify
207:17
analysis
300:23
Anchia
207:18,19
208:3,11,12
231:14,16
279:13,14
279:15,18
285:14,15
290:25
291:2 296:2
296:9
and/or
291:6
Angela
305:14,17
308:13
309:5
Angelita
308:12
Anglo
236:7
Anita
301:20 302:8
Annabell
217:16,22,23
Anne
343:8,15
answer
205:13 265:5
270:14
271:20
275:11
277:15
298:5
328:25
329:3
331:15,17
338:18
Antonio
305:8 307:25
anybody

262:5 272:11
317:2,5
326:13
330:18,19
anybody's
329:11
anyway
214:3 252:9
268:13
273:8
290:16
296:8
apologize
301:15
apparent
273:17
Apparently
239:6 321:24
appear
275:24
appearance
234:7
appeared
205:10
appearing
301:21
applauded
315:2
application
232:3 253:2
275:23
309:25
310:13,16
319:25
324:15
apply
311:1
appointed
340:19
appreciate
200:25
204:18,23
209:18
211:3
212:15,16
214:4
215:25
233:9 238:4



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034017

USA_00021757

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 81 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 188 of 216

Hearing - Volume 2                                        April 7, 2009

347

| | | | | |
|---|---|---|---|---|
| 286:23 | 310:20 | 276:8,23 | 319:11 | 207:15 |
| 287:15 | articulate | assist | 326:10,14 | |
| 289:23 | 273:21,24 | 276:23 | 326:20,23 | **B** |
| 294:3 | artificial | 319:25 | 328:13 | B |
| 296:19,21 | 251:12 | 330:1 | 343:9,16 | 208:9 294:7 |
| 315:9 | Asian | assistance | attorneys | back |
| 330:12 | 219:15,16,19 | 237:20,21 | 343:20 | 211:11 |
| 332:19 | 219:21,22 | 276:8 327:2 | audience | 224:18 |
| 340:1,13 | 220:6,16,20 | 327:3 | 231:1 238:15 | 240:24 |
| 341:12 | 220:22 | assistant | 238:17 | 242:21,25 |
| approach | 221:5,6,7 | 322:4 | 291:8 | 243:8,10 |
| 275:17 | 221:12,17 | assisted | aunt | 244:20 |
| 276:11 | 221:20 | 326:15 327:1 | 321:16 | 256:11 |
| 305:2 | 222:1 | assisting | Austin | 262:16 |
| appropriate | 223:11,18 | 257:3 326:14 | 343:9,16 | 263:24 |
| 214:13 276:9 | 226:20 | associated | 344:7 | 264:8,8 |
| 276:24 | 227:7 228:9 | 279:23 | authority | 268:9 |
| April | 228:10 | 297:15 | 259:10 276:6 | 282:21 |
| 198:3,14 | 230:15,17 | association | authoriza... | 285:4,6 |
| 343:15,25 | 230:22 | 203:19,20 | 280:1,24 | 289:14 |
| aptly | 236:15 | 338:3,12 | automate | 291:4 296:2 |
| 329:19 | 237:17 | assume | 248:2 | 297:24 |
| area | Asians | 256:10 | automated | 301:24 |
| 288:25 | 232:5 | 262:23 | 253:7 | 302:15 |
| 313:22 | asked | 339:6 | automatic... | 304:19 |
| 315:22 | 211:8,11,11 | assure | 199:10 | 311:14,20 |
| 327:22 | 220:23 | 204:6 217:5 | automobile | 311:22 |
| 328:1,11,13 | 232:5 | 258:22 | 310:5 | 314:22 |
| areas | 247:25 | assures | available | 318:25 |
| 314:3 | 259:4 265:3 | 247:20 | 202:21 | 323:15 |
| arguing | 265:22 | attempt | 222:15 | 325:5 |
| 237:7 | 327:16 | 200:14 | 223:4 238:8 | 329:23,25 |
| argument | 331:16 | attempting | 298:2 | 334:6 335:1 |
| 247:13 248:7 | asking | 214:21 251:2 | 300:23 | 335:9 |
| arisen | 209:7,8,16 | attend | avoid | 336:16 |
| 232:19 | 209:17 | 203:18 | 230:20 | 340:5 |
| arises | 210:9 233:5 | attention | aware | bad |
| 227:6 | 257:14 | 202:23 | 207:4 208:17 | 211:23 |
| Arkansas | 337:20 | 203:10 | 220:4 | 263:25 |
| 318:19,22,22 | asks | 326:7 | 234:16 | 302:17 |
| 318:24 | 214:25 | 327:23 | 266:20 | 329:5 |
| 320:10 | assault | attorney | 321:12 | balance |
| 325:4,5 | 211:10 | 205:2,8,9 | 323:20 | 266:4 267:16 |
| arose | assert | 207:24,25 | 330:22 | ballot |
| 220:24 | 272:2 | 209:5 211:8 | awhile | 264:14 |
| arrested | assign | 317:23 | 330:16 | 276:12 |
| 247:25 | 277:6 | 318:7,11,11 | 342:15 | 284:6 285:8 |
| arrived | assigning | 318:13 | a.m | 285:18 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 82 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 189 of 216

Hearing - Volume 2                                    April 7, 2009
348

286:6,24
287:11
288:17
308:20
309:14
310:12,17
311:2 318:2
318:3,17,20
319:5,6,12
320:1
323:20
327:3
329:10
337:14
**balloting**
319:15,17
329:23
330:2
**ballots**
212:10 221:1
243:22
287:1 308:6
309:25
310:20,21
318:4 319:6
319:24
323:17
**Barbara**
327:17
**Barker**
341:24
**barrier**
263:9,19
265:20
266:8
271:22,22
272:19
297:17
**barriers**
264:16
267:15
268:25
271:17
272:15
295:21
302:12,16
303:25
304:6 306:7

**base**
280:2,2
**based**
211:17 214:2
291:9
300:23
**baseline**
286:1
**basically**
226:18
228:13
283:8,10
301:1
318:20
**basis**
226:23 270:8
281:3
**bathroom**
218:19
**battle**
304:1
**Baylor**
244:6
**Bea**
341:23 342:7
**bear**
213:13 280:9
**beer**
243:5
**beg**
339:15
**begins**
329:15
**behalf**
205:2,9
255:15
301:21
326:10
342:9
**behold**
254:23 259:8
**behoove**
204:8 226:6
**believe**
208:23
211:17
212:2,4,4

228:25
229:7,11,24
236:17
264:17
270:6
284:24
289:2
290:23
302:14
304:2 310:1
320:5,22
**believes**
266:3
**belong**
305:20
**belonged**
334:21
**benefit**
290:22
291:19,25
**benefited**
199:19
**best**
227:16
333:22
343:12
**bet**
332:2
**better**
252:5 264:1
**Betty**
321:20
**Bexar**
305:20
307:12,14
**beyond**
291:20
**big**
245:23 251:4
293:25
313:19
**bike**
336:16
**bill**
202:10 205:3
208:5,7
216:10
217:12,18

218:12
219:8 220:1
220:3 221:5
228:20
229:11
230:2,5
231:17
233:7 234:9
237:9,11,11
238:11,13
238:13,14
238:20,23
238:25
239:9,11,13
239:19,20
242:1,12
245:15
251:5
253:16
258:18
259:4,18
264:6,23
265:1,22
272:1 274:8
274:13,16
274:22,25
274:25
275:4,6,19
275:21
276:5,10,17
277:7,19
278:12
279:23
280:3
284:11,12
284:17
287:24
292:7,25
294:19
295:23
298:12
299:14,20
300:1,3,3,3
300:8
301:22
302:14,17
303:9,15
304:6,17,20
305:15

309:9 310:2
310:22
311:15,25
312:21
313:3,13
316:21
317:8
320:12
322:8 329:5
329:10
335:14
340:9
341:15,21
342:2
**billfold**
246:23 338:1
338:23
**billions**
240:21
**bills**
238:18,25
245:11
261:5 270:7
274:18
**bind**
211:14
**bingo**
247:24
**birth**
225:3 233:14
272:9
308:12
**bit**
199:18
207:14
219:11
233:6 328:5
**bizarre**
267:17
**blanket**
211:21
**blast**
213:2
**block**
302:12
**blocks**
293:12,14
**board**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034019

USA_00021759

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 83 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 190 of 216

Hearing - Volume 2                                        April 7, 2009

349

301:2
**Bob**
341:24
**body**
210:4 250:8
296:21
**Bohac**
249:4,5,23
250:13,20
251:1,3
252:14,20
253:18
254:17
255:10,17
255:20
258:1,10
259:13,17
259:22
290:1,17,18
291:3,18
294:3 297:9
**Bonner**
214:5,6,7,23
**book**
257:16
340:25
**books**
258:7
**borders**
216:20
**born**
220:7 224:22
308:23
**bottom**
260:16
332:12
**bought**
246:14,15
**Bowie**
309:13 310:4
317:12,18
317:21
318:10,21
319:7,19,24
320:2,17
321:17
323:18,20
326:12

329:14
330:18
331:7
**Bowles**
275:10,14
296:23
**box**
223:6 243:8
243:11
252:23
276:12
304:23
**brain**
199:12
203:18
**bread**
255:22
**break**
238:24
**breakdown**
295:3
**Breaking**
303:24
**breath**
302:15
**bright**
228:17
**bring**
232:23
235:18
280:25
289:4,17
307:19
319:3 326:6
**bringing**
202:13 249:9
279:15
286:15
289:23
**broken**
306:2
**brought**
202:23
214:16
233:3
282:21
309:22
320:18

**Brown**
215:2,3,6,13
216:2
222:17,18
223:7,12,22
224:9,14
225:3,11,17
226:1,5
227:20
228:6,15
229:4,9
230:13
235:24,25
236:5,11
237:7,13,25
260:25
261:1,19
262:6,18,23
269:15,16
315:6,7,16
316:2,6
328:19,21
328:22
329:4
341:19
**Brown's**
214:25
**building**
240:4,8,9
246:1
**bunch**
266:22
280:18
**burden**
224:8 283:9
283:11,14
294:9,11
296:2
**business**
239:9 300:2
**buy**
240:13 243:5
248:4,4
255:22
269:25
**buying**
255:23
**buys**

240:16,17

─── **C** ───
**c**
208:9
**cab**
202:5
**Cal**
232:4
**California**
219:21
**call**
222:14 241:2
244:21,24
248:11,16
248:17,18
248:19
259:2,2,3
263:7,18
264:1,25
265:17
266:18
293:5
304:19
323:13
324:24,25
325:9,12,15
327:23
**called**
233:4 242:12
242:16
249:2 320:1
325:11,12
325:14
327:23
**caller**
205:1
**calling**
245:5
**calls**
216:8 217:16
218:16,22
239:12
275:5 300:5
301:20
304:16,21
305:14
309:8

311:24
341:13,17
341:23
**cancel**
248:12
**cancellat...**
258:19,21
260:12
**cancelled**
301:1
**candidate**
307:1 321:8
323:15
327:17
**candidates**
329:20
**capacity**
202:15 203:9
215:24
**capitol**
239:24,25
293:14
334:19,21
334:23
**car**
242:22
321:17
**card**
218:8 221:23
225:7 227:2
230:16,20
237:1 240:2
240:7,8,10
240:13,18
241:14,23
241:24
243:7,19
244:12,15
244:21,22
244:23
245:1,4,10
246:11,12
246:18,23
247:10,11
247:23
248:3,6,9
248:12,18
250:1 253:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034020

USA_00021760

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 84 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 191 of 216

Hearing - Volume 2                                    April 7, 2009

350

| | | | | |
|---|---|---|---|---|
| 253:5,6,22 | 330:20 | 343:6,11,13 | 343:4,18 | 230:4 |
| 253:22 | carpetbagger | cell | cetera | 235:21,24 |
| 254:1,21,22 | 335:2,5 | 302:2 | 225:1,2 | 238:3,6,7 |
| 255:5,7,13 | carry | Center | 227:11,19 | 239:12,13 |
| 256:5,9 | 245:24 | 221:7 228:10 | chair | 239:15,18 |
| 262:7 | 247:10 | centers | 205:1 216:8 | 239:19,22 |
| 264:22 | carrying | 307:12 | 217:16 | 249:4,5,24 |
| 265:5,12,16 | 246:23 | certain | 218:16,22 | 250:25 |
| 265:18,18 | 338:21 | 225:15 | 239:11,18 | 251:1 |
| 266:15,22 | cars | 226:12 | 274:24 | 260:25 |
| 270:1,5 | 324:3 | 228:5 | 275:4 300:1 | 263:7,16,21 |
| 277:25 | case | 236:24 | 300:5 | 263:23 |
| 278:4 | 199:17 | 263:8 321:7 | 301:20 | 264:4,20,25 |
| 280:15 | 209:24 | 322:13 | 304:16 | 265:3,11,15 |
| 281:24 | 210:11 | 324:14 | 305:13,19 | 265:24 |
| 282:2,8,16 | 211:10,13 | certainly | 305:21,23 | 266:12,19 |
| 282:17 | 229:1 | 201:10 | 309:7 | 267:1,11,24 |
| 285:23 | 319:10 | 204:13 | 311:24 | 268:6 |
| 289:5 291:6 | 333:15 | 206:25 | 334:14 | 269:15 |
| 292:5,8,8,9 | cases | 209:25 | 340:19 | 270:5,11,19 |
| 292:9,11,11 | 220:22 221:7 | 280:6 281:2 | 341:13,17 | 271:23 |
| 292:16,19 | 222:23 | 281:4 283:1 | 341:23 | 273:5 274:1 |
| 296:10 | 232:20 | certificate | chairman | 274:5,12,21 |
| 301:3 | 307:17 | 222:24 223:2 | 200:17,19,23 | 274:24 |
| 307:19,21 | cash | 225:4 | 201:1,4,8 | 275:5,6,7 |
| 310:7,8 | 301:2 | 231:22 | 201:11,13 | 276:14 |
| 313:12 | cast | 233:11,16 | 201:18 | 277:10,23 |
| 322:16 | 221:1 284:6 | 233:22 | 202:2,7,16 | 278:18,22 |
| 337:23 | 285:8 286:6 | 259:5 272:9 | 202:19 | 278:23 |
| 338:15,21 | 288:17 | 275:24 | 203:2,6,11 | 279:11,13 |
| 339:2,4,20 | casting | 276:10,20 | 203:15,24 | 279:14 |
| 339:20 | 248:10 | 276:25 | 204:20,25 | 280:17,17 |
| cardboard | category | 281:1,21 | 205:7 | 281:7 283:7 |
| 244:15 277:6 | 298:16 | 283:25 | 207:13,18 | 283:15,19 |
| 279:4 | caucus | 284:1 | 209:20 | 283:22 |
| 296:10 | 300:16,16 | 288:21 | 210:15 | 284:5 285:7 |
| Cardenes | caught | 294:15 | 214:5,6,7 | 285:11,14 |
| 304:21 | 240:11 | 308:12 | 214:24 | 286:14,17 |
| cards | cause | 311:5 | 216:3,7,14 | 286:18 |
| 201:20 | 202:5 234:25 | certificates | 216:16,23 | 289:22 |
| 244:19 | caused | 220:10,12 | 216:25 | 290:13,17 |
| 253:9 256:9 | 326:16,17 | 223:5 | 217:2,11,14 | 293:7 294:5 |
| 263:2 | causing | 257:17,19 | 217:16,20 | 296:1 |
| 277:12,15 | 319:8 | 258:8,23 | 217:24 | 298:14,20 |
| 318:24 | cautious | 260:9 288:6 | 218:3,9,14 | 299:12,13 |
| 338:16 | 271:21 | Certified | 218:16,20 | 299:17,19 |
| 340:2 | CD | 343:3,24 | 219:3,7,10 | 299:25 |
| cares | | certify | 222:4,10 | 301:17 |
| | | | | 302:4,5,6,7 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034021

USA_00021761

Hearing - Volume 2                                    April 7, 2009

                                                                    351

304:9,16
305:1,6,10
305:13
307:5 309:7
311:17,24
314:12,25
316:13,16
318:20
319:21
320:4,21
321:10
322:21
323:1 329:6
330:6,10
331:15,23
331:25
332:4,6,8
332:12,15
332:19,21
332:23
333:1,6,9
333:14,22
335:12,23
336:1,4,9
336:12,17
336:20,24
337:2,9,12
337:16,20
338:5,9,11
338:17,18
338:22
339:3,8,11
339:16
340:3,6,15
340:21
341:8 342:1
342:5,9,12
**Chairs**
304:21
**Chair's**
299:20
**challenge**
272:6 287:6
**chance**
202:19 203:6
340:13
**change**
230:5 235:15

235:19
236:2 309:4
**changed**
309:2
**changes**
220:3
**changing**
226:8 235:13
246:10
292:15
**chapter**
258:20
**chapters**
219:13
**charge**
199:8 257:17
**charged**
270:8
**charges**
199:19
206:23
330:25
**charging**
311:4
**cheap**
294:16
306:12
332:16
**check**
243:9,11
269:24
289:19
301:2
304:23
339:9
**checked**
293:9,10
**China**
224:10,13,16
224:17
**Chinese**
218:23 219:6
221:10,23
224:19,19
225:18
226:2,13
227:5 229:5
229:6

231:21
235:3 236:8
237:13
308:22
**chip**
296:13
**choice**
208:14
301:12
311:13
**choices**
278:7 293:25
**choosing**
210:9
**chose**
227:4,9
243:17
286:21
291:16
**Chuck**
275:16
**citizen**
233:3,14
241:25
302:13
303:25
304:2
308:24
342:14
**citizenry**
204:14
211:24
298:23
**citizens**
220:6 224:3
226:6
232:14
291:15
302:11,21
309:19
**citizenship**
233:6,11,22
234:10,12
234:17
303:21
**city**
205:24
232:21

310:23
318:9,18
321:4,5
323:3
327:14,15
327:20
328:15
338:3
340:22,23
**civil**
219:16,16
318:12
**claims**
261:6
**clarifica...**
328:18
**clarifica...**
229:15
**clarified**
289:7
**clarifying**
215:25
**class**
285:19
**classic**
265:24
**clean**
252:1 258:5
**clear**
201:5 205:20
207:14
210:8
218:10
274:21
298:5
302:17
314:21
333:6,9
**clearer**
231:7
**clearly**
280:3
**clerk**
316:17 328:5
**clerks**
321:22,22
**client**
199:13 240:5

**clients**
199:8 200:6
**climb**
200:5
**clock**
302:15
**close**
218:17
238:12,13
239:8 274:5
274:6,9,13
274:15
296:8,25
299:14,17
299:18
**closed**
248:20,24
**closing**
274:22 330:5
330:9
**clothing**
201:17
**Club**
282:20,23
**coaching**
199:23
**coat**
252:8
**code**
205:22
262:15
340:24
**coded**
247:17
**codified**
340:24
**Coe**
218:22 219:2
219:5,5,9
219:11
222:5,8,23
223:10,15
224:1,12,17
225:5,15,20
226:4,11
228:1,9,19
229:6,19,21
230:3,11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034022

USA_00021762

Case 2:13-cv-00193   Document 662-14   Filed on 11/11/14 in TXSD   Page 86 of 98
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-2   Filed 06/20/12   Page 193 of 216

Hearing - Volume 2                                    April 7, 2009

352

231:3 232:7
232:10
233:8,12,17
233:20,25
234:5,13,16
234:19,24
235:2,5,9
235:11
236:4,10,13
237:10,14
238:2,3,4,5
**cognizant**
287:8
**Coke**
248:4,5
**collect**
215:23
**collected**
300:22
**college**
244:6
**Collin**
300:15
**combination**
274:19
**combined**
274:18
**combining**
221:19
**come**
202:14 208:4
211:2 213:1
215:11
222:20
227:15
228:17
256:7 261:3
262:24
273:16,22
281:19
284:23
285:4,6
286:3
291:13
294:3
296:12,14
296:15
297:21

307:18,22
312:12
315:8
321:21,23
326:11
329:25
334:6
341:24
**comes**
255:1 261:20
277:22
282:18
291:4
319:12,14
320:12
329:23
**coming**
204:4 212:20
222:19
250:8
272:5
294:4 314:8
318:22
325:4
335:14
337:4,5
**commend**
315:7,10
**comments**
207:11
**Commissioner**
246:16
**commissio...**
292:20
**commits**
323:24
**committee**
198:2 204:8
205:11,13
206:11
207:14,15
209:7,19
214:9,11,18
220:2 222:5
229:12
230:6 231:9
238:5
270:25

271:1,24
275:1
279:21
286:9
290:23
291:1,13
292:2 297:3
302:6
304:11
312:19
315:5 329:8
343:7
**committees**
274:19
**committee's**
207:1 209:17
215:19
**common**
234:20
275:17
276:10
279:1
**communicate**
227:11 250:1
257:18
258:9
292:10
**communicated**
292:11
**communica...**
292:9
**communica...**
220:19
**communities**
232:3
**community**
213:1,11
214:3 222:1
225:19
229:23,24
231:21
237:16
272:3 338:4
**compact**
201:22
**company**
240:18
**compare**

255:24
**comparing**
231:13
**comparisons**
215:18
**completed**
206:21
**completely**
207:21 214:8
233:1
**complicated**
229:18 230:9
313:4,14
314:1,10,14
314:15,18
316:7
**comply**
259:1,23
**complying**
259:21
**Comprehen...**
274:20
**compromise**
209:24
**compromised**
210:4
**computer**
247:24 341:4
**computerize**
248:2
**computerized**
253:7
**con**
333:8
**concealed**
231:24 279:7
281:15
287:17
**concept**
289:22 296:5
297:9
**concepts**
250:7 292:24
**conceptually**
250:3 251:4
**concern**
205:13 206:3

212:12,15
212:16
232:1
**concerned**
212:10 215:7
232:8
**concerning**
205:18 206:4
**concerns**
205:15 222:2
230:8,13
264:6 301:6
**conclusion**
213:20 274:9
**conducting**
211:12
**confidence**
276:12
**confidential**
240:5
**confuse**
199:3
**confusion**
235:5
**conjunction**
278:4
**consequence**
259:22
**consequences**
257:2 259:25
260:21
**conservative**
314:2
**consider**
249:8 299:3
316:19
342:13
**considera...**
209:18
297:25
**considera...**
211:2
**considered**
296:21
327:22
**considering**
316:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034023

USA_00021763

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 87 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 194 of 216

Hearing - Volume 2                                    April 7, 2009

353

| | | | | |
|---|---|---|---|---|
| consolidate | 215:17 | council | 321:17 | 245:8 247:4 |
| 289:12 | 266:22 | 310:23 318:9 | 323:15,18 | 267:13,15 |
| conspiracies | 310:13,15 | 327:15,20 | 323:21 | 280:7 282:5 |
| 253:25 | copy | counsel | 326:12 | 298:2 |
| constant | 244:1,1 | 343:19 | 328:5 | 302:12 |
| 304:1 | 247:2,2 | count | 329:15 | 306:5 |
| constituents | 269:23 | 285:12 301:5 | 330:18 | 308:16 |
| 282:12 | copying | 308:6 | 331:8 | created |
| 289:18 | 244:18 | counted | 334:13 | 266:8 273:18 |
| 297:11 | 267:22 | 229:20 | 335:10,11 | creates |
| constitution | Corps | counter | 335:13 | 265:20 |
| 334:24 | 334:12 | 241:9 | 337:15 | creating |
| contact | correct | counterparts | 338:3 | 252:3 267:15 |
| 199:20 | 208:9 210:18 | 219:24 | 341:20 | 272:14 |
| contain | 215:4 219:9 | counties | 342:8 343:1 | 306:7 |
| 241:17 | 247:21 | 249:11 | couple | credit |
| 292:12 | 252:10 | 280:12,16 | 249:7 281:20 | 201:20 |
| contains | 274:23 | 280:18,25 | 295:4 | 240:18 |
| 286:12 339:4 | 283:13 | 281:2 | 296:23,24 | 241:14 |
| contents | 284:9 | 323:18 | 323:3 330:4 | 244:18,21 |
| 201:20 | 285:13 | counting | 330:8 | 244:23 |
| context | 328:3 331:5 | 200:2 | course | 245:4 248:3 |
| 206:10 | 331:11 | country | 210:7 223:1 | 248:6,12,17 |
| 287:25 | 342:3 | 222:20 | 223:20 | 253:5 256:5 |
| contexts | correctly | 225:13 | 228:14 | 256:8,8 |
| 236:24 | 229:13 258:3 | 240:20 | 250:24 | 265:18 |
| continue | 283:8 300:6 | 335:24 | 252:25 | 270:5 |
| 315:14 | corrupted | county | 297:20 | 282:16 |
| controlled | 300:13 | 205:24 206:3 | 308:4,5 | 301:3 |
| 300:18 | corruption | 206:5 | 315:9 | 338:21 |
| convenience | 213:1,3,6 | 209:14,14 | 321:22 | crime |
| 246:23,25 | cost | 215:10,11 | court | 206:19,20 |
| convention | 220:13 | 249:24 | 212:3 | 209:3 |
| 337:5 | 246:19 | 258:3 260:3 | courthouse | 323:24 |
| conversation | 249:8,17,18 | 260:6 | 334:25 | 331:13 |
| 322:5 | 249:19 | 300:15 | cousin | crimes |
| convicted | 250:5 | 305:20 | 226:22 | 322:18 |
| 331:13,19 | 294:15 | 307:12,14 | cousin's | criminal |
| convictions | 299:4 | 309:13 | 221:22 | 205:8,19 |
| 318:8 319:7 | 306:15 | 310:4 312:4 | covered | 206:16,17 |
| 319:21,23 | 311:7 319:9 | 313:5,7 | 213:10 | 208:17,24 |
| 327:4 | 319:10 | 314:2,19 | covers | 209:12 |
| copied | costs | 317:12,18 | 254:5,6 | 211:9 |
| 243:3 245:13 | 272:9 279:23 | 317:21 | crazy | 215:21,22 |
| copier | 280:3,10 | 318:10,21 | 245:19,19 | 215:25 |
| 203:21 | 281:5 | 319:7,20,20 | create | 253:16 |
| copies | 294:16 | 319:24 | 229:15 231:1 | 254:3 |
| | 297:14 | 320:2,18 | 232:13 | crisis |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034024

USA_00021764

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 88 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 195 of 216

Hearing - Volume 2                                      April 7, 2009

354

306:16
**critical**
237:12,17
**cross**
201:6 211:22
**crosses**
240:17
**crying**
334:6
**Crystal**
341:17,18,19
**CSR**
198:13 344:4
**cue**
337:23
**cultures**
235:19
**cured**
284:7
**current**
202:9,12
230:5,15
236:20
237:4
247:10
257:23
272:8 313:8
317:25
318:15
322:12
324:18
328:3
**currently**
201:11,12
219:13
228:24
229:24
231:1 247:8
250:22
252:22
259:23
270:23
277:23
**curve**
335:22
**customer**
275:15
**cut**

240:18 241:3
241:6
289:14
317:22
**cutting**
258:3
**cycles**
281:20

————— D —————

**D**
208:9 288:24
323:25
**DA**
255:3 324:19
**daily**
221:20
226:20
272:17
280:7
**Dallas**
318:6 324:12
324:13
**damage**
235:19
**dangerous**
338:24
**DAs**
309:16,22
319:19
**data**
230:23 232:7
243:7 265:7
265:8,10,11
266:12
268:8 280:1
280:2
**date**
320:20 344:5
**dated**
279:21
**dating**
224:18
**daughter**
240:12
**day**
201:17
224:21

248:25
301:11
315:3
343:24
**days**
244:2 249:2
282:13
284:7 285:4
285:6,10,11
286:25
300:19
335:2,5
337:6
**day-to-day**
226:23
232:16
**dead**
257:9,14,24
260:16
267:3
273:11
**deal**
207:11
220:12
226:7
227:25
237:5
259:11
266:5 268:3
316:8
**deals**
262:22
279:23
**Dean**
334:17,20
**Deans**
334:18
**death**
257:17 258:8
258:23
259:5 260:9
**debate**
206:3
**decades**
253:4
**December**
287:4
**decide**

214:12
**decided**
236:25 309:3
**dedicated**
219:14
**deep**
334:2 340:2
**definitely**
230:24
231:13
237:10,17
307:15
**degree**
220:15
230:21
253:16,21
255:5,5
**delegate**
300:25
**delegates**
300:19
**democracy**
294:16,18
303:24
**Democrat**
314:4,5
323:15,17
329:15,16
329:17
335:10
**Democratic**
329:15
335:11
**Democrats**
312:25
**demonstrate**
272:24
**denied**
220:25 221:8
**denies**
320:3
**deny**
220:20
**denying**
318:13
**Department**
276:7,22

**departments**
249:24
**deposit**
223:6
**DEPOSITION**
344:6
**Deputy**
205:8
**described**
320:4
**deserved**
327:19
**designate**
322:15
**desire**
199:8 202:4
207:1
286:13
290:10
**desires**
200:11
**despite**
241:11
**detail**
336:21
**details**
320:24
**determina...**
206:21
**determine**
303:1 320:23
336:6
339:11
**determining**
303:3
**deterrence**
257:8
**device**
251:18
265:14
266:1
**devices**
245:11
246:13
**diagnosed**
337:8
**Dick**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034025

USA_00021765

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 89 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 190 of 216

Hearing - Volume 2                                    April 7, 2009

355

332:8
died
257:21,22
260:4,5
296:23
311:10
difference
200:8 234:6
323:25
differences
228:24
different
212:18
221:21,21
228:24
230:18
231:22,23
232:3 233:1
233:15,18
249:20
256:21
264:17
287:25
291:16
305:18
308:3,22
312:23
314:17
338:16
differently
227:18
difficult
223:8 226:3
237:24
247:3 262:9
262:12
264:10
308:15
312:22
difficulties
220:20 228:7
difficulty
228:2 231:12
232:25
Dillards
240:13
direction
250:3 310:3

directly
322:6
dirty
212:9
disability
200:24 303:9
336:22,25
337:3 338:8
disadvant...
207:9
disagreed
272:11
disagreement
230:23
discovered
214:17
discovery
211:12
discrepan...
228:2,3
discrepancy
232:24
discretion
208:14
220:15
231:6
232:12
discrimin...
303:6
discrimin...
200:3
discussed
209:9 235:8
250:8
discussing
207:6
discussion
206:12,24
207:2,12
210:17
214:10
215:10
216:17
237:23
309:16
discussions
214:16

disparity
232:2
dispropor...
303:7
disrupt
326:3
distinctly
333:24
distribution
280:15 281:1
district
199:17
205:25
305:20
307:25
divorced
308:2
DNC
318:11 319:9
document
222:21 223:3
223:3,24
224:23
228:5
244:12
247:16
261:13,16
261:16,22
271:6
272:13,18
273:3 276:4
277:25
278:3 279:2
282:5,22
284:3,6,18
285:4
286:10
294:2,14
328:3
339:12,13
339:13,16
documenta...
201:14
220:11
221:13
224:2,6
227:12
234:3,8

285:25
286:2 297:7
298:11,18
documented
220:21 221:7
232:20
documents
215:23
220:10
223:21
224:5 227:6
231:18
233:4,7,19
234:9,17
267:13
303:10
316:22,23
321:3
339:22
340:9
doing
200:12
238:16
241:12
246:10
249:20
252:9 253:2
255:4,6
257:2,4,25
258:2,12
259:9
260:13,17
260:23,24
262:13,14
262:21
268:13
281:3
283:19
293:9
305:25
306:19,22
307:3
314:21,24
315:11
317:15,21
334:16
dollar
240:4 245:11

311:9
dollars
240:21
241:21
242:6
245:17
246:2 253:8
311:7 319:9
door
335:14
Doris
310:11
DPS
243:15,23
252:24
262:13
268:17
277:14
279:6 280:1
280:4,4,22
285:9
286:24
311:3
draft
259:4
drag
334:7 335:23
draw
296:13
drawing
338:8
drive
202:3,15
203:20
241:14
281:5
336:14
drivers
293:11,16
driver's
202:2,8,11
221:24
227:1
230:18
236:18
237:4
242:17,21
242:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034026

USA_00021766

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 90 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 197 of 216

Hearing - Volume 2                                          April 7, 2009

356

```
243:11,16          249:5,15,24      early              215:22             324:21
243:18,24          250:12,17        281:25             221:14             326:7,12
244:5 245:7        251:1,7          291:21             230:15             327:6
252:6              252:16,25      easier               232:24             329:12,14
254:13             253:20           225:19,19          234:15             329:18
256:10             254:19            227:10,21         252:6              330:20
262:1,14,16        255:1,16,18       227:24            253:25             333:23,25
262:21,24          255:21            247:10            260:8 278:2        335:21
266:18             258:6,11          261:9,18          278:8 281:8        337:14
268:7,13,14        259:16,19         262:5             295:14             340:18,22
270:20             259:24          easily              322:12             340:24
277:3,11,17        261:1,11,21       310:7           elbow                341:20
279:3              262:8,20,25     easy                296:13           elections
281:14             263:10,20         241:15          elderly              198:2 205:23
285:22             263:22,25          245:14          212:10 303:8        206:5
287:16,18          264:19,23          341:6           324:3              220:22
287:22             265:1,6,13     economic            elect               224:12
290:2 291:6        265:21            219:15           311:13             251:12
292:4              266:9,16,24       272:19         elected               286:20
293:18,19          267:7,17          286:10          330:19              289:8
295:8,11           268:3,7,10     economical          334:14             293:22
315:18,24          268:16,18        287:10            338:2              318:19
315:25             268:21,24     educate            electing             343:7
316:9              269:19           201:9 302:19     335:9             electorate
336:10,12          270:9,13      education         election              302:19
336:18             271:5            199:14 237:8     205:22 206:1     electronic
drives             272:21         effect              206:1              249:12
243:21 262:9       273:6 274:2      200:12           216:20             266:12
driving            274:4,6,15        216:19          224:11             282:24
315:1 316:3        274:23            219:19          225:14,24       electroni...
drove              282:6             224:5           232:18             247:17 252:8
317:12,14        duties              251:11          249:24             255:5
drug               258:17            303:8           264:9           element
275:15           duty             effective          272:16             265:20 266:6
334:19             318:13           228:20           281:20             266:7
due              D.C              efficiencies       287:2,4,5       elements
343:10             219:17           249:9            288:12,14          220:1 222:2
dug                              efficient           288:18             239:16
334:2            ─── E ───         281:4             300:13          eligible
Dunham           Earl            effort              301:14             220:25 269:1
238:21             310:4            215:21           303:17             294:1
  239:12,13      earlier            244:13           309:14             302:11
  239:14,19        205:12,14,15  efforts             310:6 311:8        320:9
  239:21           238:8            302:12           320:2              322:13
  243:12           263:16        eight               321:19,20       emphasize
  246:6,9,21       264:4,5          219:23 299:4     322:3,4,18         221:3 270:25
  246:24           265:3 288:7   either              323:16,24       employ
  247:12,15        321:15           206:11           324:3,15,16        242:6
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034027

USA_00021767

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 91 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 198 of 216

Hearing - Volume 2                                    April 7, 2009

357

| | | | | |
|---|---|---|---|---|
| employed | 301:14 | established | 208:10 224:4 | 331:10,14 |
| 343:19 | 303:12 | 218:11 | 234:13 | 331:16,18 |
| empowered | ensured | estimates | 314:21 | 331:23,24 |
| 200:15 | 301:12 | 280:4 | 315:21 | Exonerates |
| empty | ensuring | et | 317:20 | 330:24 |
| 222:12 | 210:10 | 225:1,1 | 328:17 | expansion |
| enact | enter | 227:11,18 | examination | 303:21 |
| 273:19 | 210:10 276:6 | ethnic | 211:22,22 | expedient |
| encounter | 276:21 | 220:8 303:8 | 213:14,17 | 283:2 |
| 237:22 | entered | ethnicity | examining | expenditures |
| encourage | 215:8 240:8 | 303:23 | 201:6 | 303:16 |
| 207:3 | enterprising | evening | example | expense |
| ended | 243:4 247:1 | 238:22 | 208:8 211:10 | 220:4,12 |
| 318:10 | entertain | 300:22 | 212:9 | experience |
| ends | 276:13 | 317:6 | 221:22 | 199:10 213:6 |
| 273:10 | entities | 341:25 | 223:5 224:1 | 214:2 |
| enforce | 276:7,8,23 | event | 226:22 | 220:17 |
| 273:12 | entitled | 213:10 | 265:24 | 287:4 330:2 |
| enforced | 343:6 | eventually | 281:9,13,25 | experiences |
| 225:9 303:20 | epidemic | 298:24 299:1 | 285:19 | 199:18 |
| enfranchise | 320:2 | everybody | 287:18 | 293:23 |
| 294:17 | equipment | 199:1 217:6 | 300:15 | experts |
| engage | 249:25 | 225:8 266:3 | 321:8 | 327:3 |
| 206:12,23 | erase | 269:10 | exception | Expiration |
| 207:2 214:9 | 333:12 | 270:25 | 223:23 | 344:5 |
| 317:24,25 | erect | 297:17 | exclusively | expired |
| engagement | 295:21 | 307:1 309:1 | 240:7 | 236:20 |
| 199:18 | 302:16 | 320:3,3 | Excuse | explain |
| engaging | erecting | 330:23 | 293:8 302:15 | 238:15 |
| 199:18 | 304:5 | 331:7,10 | 328:19,22 | 239:13,20 |
| 310:24 | Eric | 339:25 | exercise | 275:6 |
| English | 205:1,8 | 340:7 | 207:8 304:3 | 314:15,18 |
| 221:12 | errors | evidence | exercising | 314:20,24 |
| 226:19 | 221:16 | 212:19 213:7 | 231:5 | explained |
| 227:17 | especially | 230:24 | exericse | 273:1 |
| 232:15 | 220:5 237:17 | 298:6 | 199:6 | express |
| enhance | 312:13 | 317:17,20 | exhibits | 264:6 302:10 |
| 272:15 | 315:21 | 320:18 | 300:17,18 | 311:12 |
| enhances | 318:4 | 329:16 | exist | expressed |
| 247:14 | ESQUIRE | evidently | 200:13 267:3 | 301:6 |
| enormous | 344:6 | 228:6 247:4 | 273:20 | expression |
| 220:15 | establish | evolution | existing | 303:21 |
| ensure | 225:11 | 303:24 | 236:15 | extent |
| 204:9,9 | 276:18 | exact | 273:12 | 208:24 |
| 214:14,15 | 283:23 | 224:4 228:21 | exists | 209:11 |
| 225:9 | 284:7 | 247:8 | 228:7 272:24 | 222:12 |
| 229:16 | 303:11 | 339:12 | exonerated | 245:9 |
| | | exactly | 330:23 331:5 | 255:11 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034028

USA_00021768

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 93 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 199 of 216

Hearing - Volume 2                                    April 7, 2009

358

| | | | | |
|---|---|---|---|---|
| 257:23 | failure | 238:10 | find | 278:18,20 |
| 297:21 | 259:23 | 300:7 | 206:9 214:20 | 280:4 |
| 298:5 | fair | 311:15 | 214:21 | fit |
| 321:25 | 214:18 | 317:8 | 250:18 | 241:16 290:3 |
| extra | 323:23 | favorable | 272:12 | 298:15 |
| 246:19 | fairly | 229:25 | 281:17 | five |
| 249:21,21 | 229:18 | favorably | 289:13 | 251:20 |
| 269:13 | faith | 230:7 | 297:16 | 293:13 |
| 270:17 | 248:8 | federal | 313:15 | 294:25 |
| extrapolate | fake | 339:5,8 | 332:9 336:6 | 337:6 |
| 295:17 | 293:11,15 | fee | 337:17 | fix |
| extremely | falling | 311:4 | fine | 245:10 |
| 206:9 | 295:1 | feel | 202:3 232:24 | 267:21 |
| eyes | falsified | 208:19 212:5 | 257:7 | 269:11 |
| 203:12 | 247:23 | 223:22 | 267:23 | 289:20 |
| E-trans | falsify | 293:4 316:9 | 279:5 289:7 | 306:2 |
| 343:15 | 328:2 | 341:24 | 331:6,19 | fixing |
| | familiar | fellow | finish | 261:13 |
| **F** | 208:17 | 199:8 200:5 | 331:15 | 272:23 |
| face | 227:14 | 203:19 | finished | Florida |
| 224:3 282:7 | 317:3 | felony | 306:20,22 | 221:10 |
| facet | 330:13,19 | 253:16,22 | finite | 228:11,25 |
| 316:8 | families | 257:5,5,6 | 286:2 291:12 | focus |
| facility | 235:14 | FEMALE | 291:14 | 298:21 |
| 199:12 | 334:10 | 217:19 | 292:3 | focused |
| fact | family | 218:18 | fire | 292:8 |
| 199:2 200:7 | 324:2 | fights | 260:18 | fold |
| 200:14 | fantastic | 334:7 | FIRM | 206:14 241:7 |
| 207:4 | 304:13 | figure | 344:5 | folk |
| 209:23 | far | 236:5 248:22 | firmly | 322:2 |
| 213:21 | 278:7 312:20 | 271:13 | 333:11 | folks |
| 220:4 | 321:14 | 273:24 | first | 250:15,22 |
| 221:25 | 322:8,24 | 292:5 337:7 | 227:3,15 | 254:8 |
| 224:20 | 326:1 327:5 | file | 234:22 | 285:24 |
| 232:3,20 | fast | 280:8,11 | 244:3 | 291:10,12 |
| 233:1 | 290:16 | 281:18 | 256:24 | 295:15,22 |
| 241:15 | father | 295:5,6,7 | 261:17 | 317:15,25 |
| 261:9 264:9 | 301:8 | filed | 279:25 | 322:7 |
| 272:4,6 | father's | 261:5 | 281:20 | follow |
| 308:25 | 240:16 | fill | 287:2 | 324:2 |
| 317:20 | fault | 305:10 | 290:22 | following |
| 333:21,25 | 269:6 | filled | 306:6 | 208:9 260:1 |
| facts | favor | 305:1 332:10 | 310:14 | 343:5 |
| 206:12 207:2 | 208:5 216:9 | filling | 324:16 | food |
| 207:12,22 | 217:12,18 | 252:23 253:2 | 333:4,17 | 246:14 |
| 208:22 | 217:19 | 277:24 | fiscal | forced |
| 213:14,17 | 218:12 | financially | 246:7 249:16 | 223:24 |
| 214:12 | | 343:22 | 249:18 | forefront |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034029

USA_00021769

235:18
**foreign**
220:7
**forenames**
235:8,10
**forget**
292:19 306:9
307:1
**forgot**
230:12
**form**
236:6 237:11
249:20
252:23
262:3
275:23
281:11
284:22
297:11
305:7,11
332:9 338:5
**former**
333:21
**forms**
233:2 261:23
284:24
291:19
**forth**
212:19
242:13
250:2
**fortunate**
203:18
**forward**
279:16
286:15
290:11
**fought**
311:10
**found**
212:13 213:7
270:7 276:2
305:4 313:8
332:12
**founded**
219:12
**four**
276:17

293:11,13
298:3,22
335:19,20
336:19
**fragmented**
237:18
**franchise**
303:22
**fraud**
240:19
246:17
248:6 253:7
256:6
266:21
302:23
312:16
318:4,17
319:5,6,12
319:17
320:2
323:16
324:15,16
324:21
329:14
337:17,18
**fraudulently**
246:17
**free**
220:9 311:6
**freedom**
311:11,12
**frequently**
220:24
221:14
222:23
225:23
227:6
**friend**
275:14 296:1
317:12
333:4
**friends**
212:7 213:2
315:18
316:10
**front**
229:11 254:2
264:16

294:1
317:13
318:3
332:17
338:19
339:25
**full**
302:10
**fullest**
213:23
**fully**
214:17
316:19
**fun**
334:8,8
**fund**
249:12
**fundamental**
303:21
**funded**
309:20
**funny**
309:1
**further**
208:3 280:13
282:10
343:18,21
**future**
284:18 311:2
319:14

——— G ———
**gain**
245:25
**gallon**
240:16,17
**Galveston**
313:7
**game**
312:10
**Garcia**
305:14,17,18
307:5,7,11
307:15,24
308:9,18,21
**gasoline**
240:17,18

**general**
205:2,8,10
206:5
207:24
208:1 209:5
288:12,13
288:18,22
288:25
291:23
296:7 310:6
318:8,11,11
319:11
326:10,14
329:18
**generally**
241:8
**Generals**
343:16
**General's**
317:24
318:13
326:23
343:9
**generation**
308:24
**German**
308:22
**getting**
215:16
245:13
247:25
251:15
252:11
261:13
263:1,2,3,3
271:10
296:7
306:20
318:24
320:24
**get-go**
199:11
**Gilberto**
341:13
**give**
201:1,8
203:24
206:14

218:20,24
220:14
222:5 224:3
227:16
228:21
241:21,22
242:8,8,10
242:18,20
245:18
251:23,23
251:25
252:7 253:3
267:9,10,19
267:20,21
267:22
270:16
271:5,6,15
277:1,7
279:22
280:24
284:14,18
285:4
289:19
294:1,10,13
294:14,14
296:25
300:14
316:20
319:3
320:15
329:22,22
332:15
335:4
336:21
338:6,7
341:8
**given**
200:20
222:21
227:10
234:22
265:5 330:6
**gives**
240:15 243:2
255:25
273:3
277:19
278:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 2                                    April 7, 2009

360

| giving | 335:13 | 306:4,4,15 | 267:18 | group |
| 232:12 264:1 | 338:7,19,22 | 308:15 | 276:8,23 | 200:1 202:17 |
| 287:13 | 339:17 | 313:3,3,6 | 283:11 | 216:9 220:8 |
| glad | goal | 313:17 | 294:8,9 | 275:9 |
| 296:8 | 214:20 | 314:1,10,15 | 295:22 | 291:12,14 |
| gladly | goals | 315:3 | 302:20 | 312:6 |
| 305:2 | 265:25 | 316:17 | 328:3 339:5 | 337:18,19 |
| glanced | God | 318:23,25 | 339:8 | groups |
| 203:8 | 250:12 335:7 | 325:5 332:8 | grand | 309:19 |
| go | goes | 335:1,3 | 206:18 | 312:23 |
| 200:10 | 226:22 | 337:25 | 210:17,19 | guess |
| 201:13 | 237:11 | 342:15 | 210:25 | 222:11 |
| 203:22 | 262:11 | goner | 211:1 318:3 | 224:14 |
| 214:15 | 322:8 | 242:23 | 324:19 | 243:25 |
| 223:24 | 323:19 | good | 326:17 | 244:1,6 |
| 224:22 | 326:1 | 199:18 | grandfather | 247:3 |
| 237:5,9 | going | 204:25 | 311:10 | 248:16 |
| 240:13 | 199:4 200:9 | 208:9 | 334:14 | 255:18 |
| 242:5,16 | 203:13 | 211:17 | grand-daddy | 279:11 |
| 244:13,19 | 206:22 | 217:7 248:8 | 335:12 | 312:5,11 |
| 248:3 | 208:13,20 | 251:6 | granted | 318:12 |
| 250:18 | 215:11 | 252:13,17 | 199:2,4 | guilty |
| 251:2,14 | 237:23 | 252:18,19 | grants | 212:3 319:23 |
| 252:6,24 | 238:10,12 | 261:14,17 | 276:5 | 331:3,13,19 |
| 254:14 | 238:13,23 | 278:11 | Graphics | guy |
| 255:2 257:7 | 239:2,3,7 | 289:22 | 340:24 | 244:7 249:6 |
| 257:11 | 242:14 | 294:19 | grateful | 255:1 |
| 267:18 | 244:12 | 308:10 | 199:10 | 263:24 |
| 269:25 | 249:7 250:4 | 311:22 | gratified | 264:7 |
| 272:3 277:2 | 253:15 | 315:4 | 200:6 | 297:23 |
| 278:5,8,14 | 254:9 | 317:15,25 | gray | 298:22 |
| 281:17 | 257:12,13 | 329:21 | 327:22,25 | guys |
| 284:7,10,13 | 257:13 | 334:16 | 328:11,13 | 199:13 |
| 285:9,9 | 258:19,22 | 338:17 | great | 319:14 |
| 288:17 | 258:24 | 341:25 | 213:5 220:11 | |
| 289:18 | 259:9 | Gosh | 240:25 | H |
| 292:20 | 264:20 | 228:23 | 290:10 | half |
| 293:7,14,21 | 267:18 | gospel | 293:5 | 220:6 317:22 |
| 294:2 298:7 | 269:3,20 | 213:13 | 296:18 | hand |
| 298:25 | 270:10,16 | gotten | 303:23 | 243:13 |
| 299:10 | 273:7,11 | 199:5 239:23 | 306:20 | 255:14 |
| 301:2 | 274:19 | governed | 307:3 | 292:12 |
| 313:11,12 | 284:18 | 226:12 | 312:19 | 320:20 |
| 313:13 | 293:17 | government | 317:16 | handed |
| 314:6 324:9 | 294:8,17 | 217:7 224:25 | Greg | 248:24 |
| 324:14,23 | 295:21 | 225:7,9 | 326:10 | handgun |
| 327:20 | 298:25 | 228:14 | grocery | 231:24 |
| 334:5,10 | 299:9 302:4 | 241:12 | 255:23 | 281:15 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034031

USA_00021771

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 95 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 202 of 216

Hearing - Volume 2                                    April 7, 2009

361

| | | | | |
|---|---|---|---|---|
| 287:17 | 267:7 | 323:1 | 291:14,22 | 328:23,23 |
| **handing** | 269:12 | 335:15 | 293:3 | 329:9 |
| 248:21 | 270:14 | 338:22 | 298:22 | 330:14,18 |
| **handle** | 290:8 | 343:12 | 329:19 | 330:24 |
| 257:18 271:1 | 313:25 | **heard** | 333:15 | 331:2,6,12 |
| 271:25 | **harm** | 202:22 206:2 | **helping** | 331:18,24 |
| **hands** | 325:10 | 212:17 | 296:3 307:13 | 332:1,2 |
| 272:13 | **Harper** | 215:18 | **helps** | **Hidalgo** |
| **handsome** | 215:1 | 250:20 | 291:24 | 205:24 |
| 244:7 | **Harper-Brown** | 258:2 | **Hester** | 209:14 |
| **hanging** | 329:2 | 282:13 | 298:23 | 342:8 |
| 286:25 | **Harris** | 291:9 292:7 | **Heston** | **high** |
| **happen** | 206:3,5 | 295:16 | 200:17,18,22 | 309:3 312:5 |
| 201:16 236:7 | 209:14 | 297:9 298:7 | 200:25 | 312:9,14 |
| 262:13 | 215:10,11 | 298:14 | 201:3,7,10 | 314:22 |
| 320:19 | 258:3 260:3 | 301:6 | 201:12,16 | **higher** |
| 322:6 | 260:6 | 305:23 | 201:19 | 220:7 232:6 |
| 340:17 | **harsher** | 336:3 | 202:3,13,17 | 250:6 |
| **happened** | 264:18 | 340:12 | 203:1,5,8 | **Highway** |
| 225:23 | **Hart** | **hearing** | 203:12,17 | 310:5 |
| 236:24 | 340:24 | 206:10 | 204:3,5,11 | **Hill** |
| 263:13 | **harvesting** | 215:19 | 204:15,18 | 311:24 312:3 |
| 311:7 | 320:1 323:20 | 218:25 | 204:22,23 | 312:3 |
| **happening** | **hate** | 231:9 275:3 | **hey** | 314:12,14 |
| 232:21 | 200:19 | 299:22 | 200:8 242:17 | 315:15,19 |
| 251:15 | **hats** | 335:5 | 242:18 | 316:4,12 |
| 270:15 | 305:18 | 340:10 | 257:21 | **Hinajosa** |
| 306:1 | **HAVA** | **hearings** | 259:5 260:4 | 341:14 |
| **happens** | 280:21 303:2 | 203:3 | 281:20 | **Hines** |
| 241:13 | **HB** | **heart** | 294:13 | 310:4 321:20 |
| 258:10 | 243:15 | 296:19 | 313:11 | **hire** |
| 305:25 | **head** | **Heffer** | **Hicks** | 324:8,11,22 |
| **happy** | 225:21 233:9 | 204:2,3,6,12 | 304:16 309:8 | **Hispanic** |
| 207:17 | 278:24 | 204:16,19 | 309:10,12 | 229:23 236:7 |
| 276:13 | **headed** | **Hefler** | 309:12 | **history** |
| 279:22 | 255:7 299:2 | 235:22,23 | 311:17,22 | 224:19 |
| 286:8 | **heads** | 289:24,25 | 317:8,11,11 | 271:16 |
| 329:25 | 237:24 | 290:5 | 319:22 | **Hobson** |
| 339:10 | **health** | 298:19,20 | 320:8 321:9 | 238:21 275:5 |
| **hard** | 199:14 | **held** | 321:14 | 275:6,7 |
| 261:6 283:15 | **hear** | 286:19 289:8 | 323:2,4,7 | 276:15,16 |
| 283:20 | 215:6 239:1 | **Hello** | 323:10,13 | 277:19 |
| 301:7 307:3 | 239:2 257:6 | 300:11 | 324:4,7,11 | 278:11,19 |
| 314:7,20 | 282:12 | **help** | 325:1,16,25 | 278:25 |
| 322:17,19 | 297:21 | 216:21 | 326:4,11,15 | 279:16,17 |
| **harder** | 299:13 | 225:18 | 326:21,25 | 280:17 |
| 260:19 | 300:2 | 250:24 | 327:9,13 | 281:7 |
| 261:10,12 | 322:23 | 273:25 | 328:11,22 | 282:11 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034032

USA_00021772

Case 2:13-cv-00193  Document 662-14  Filed on 11/11/14 in TXSD  Page 96 of 98
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-2  Filed 06/20/12  Page 263 of 216

Hearing - Volume 2                                       April 7, 2009

362

| | | | | |
|---|---|---|---|---|
| 283:5,6,13 | homes | 300:1,3 | 255:1 | 290:20 |
| 283:18,21 | 243:22 | 317:16 | 256:18,25 | **identical** |
| 284:9 | 268:22 | 334:18,20 | 257:3,11 | 247:7 |
| 285:10,13 | 310:20 | 343:6 | 261:23 | **identifiable** |
| 285:15 | 324:9 | **Houston** | 268:4,17 | 273:15 |
| 286:8,14,19 | **honest** | 208:15 | 270:3 | **identific...** |
| 287:3,23 | 316:1 | 337:23 | 271:15 | 201:14 |
| 288:1,4,10 | **honestly** | **huge** | 274:17 | 224:10 |
| 288:13,16 | 312:15 | 256:5 | 275:14 | 227:24 |
| 288:23 | **hoops** | **hugely** | 277:4 278:3 | 231:25 |
| 289:4,10,16 | 200:4 251:20 | 203:18 | 281:11,14 | 236:6 254:7 |
| 289:22 | **hope** | **hundred** | 282:14,15 | 262:3 263:4 |
| 290:6,15 | 207:13 | 213:16 | 282:15,17 | 264:10 |
| 291:17 | 256:19 | 271:19 | 285:6,7 | 268:1,1 |
| 293:8 294:6 | 302:2 | 335:8 | 288:9 289:9 | 270:21 |
| 294:22,24 | 315:13 | **hundreds** | 289:15,17 | 271:3 272:1 |
| 296:22 | 316:11 | 239:24 242:6 | 289:19 | 272:5,7,8 |
| 297:13,19 | 332:18 | 319:8 | 291:5,6,15 | 272:12 |
| 298:13 | 342:14 | **hung** | 291:19,20 | 275:20 |
| 299:13,16 | **hopefully** | 296:9 | 291:21 | 276:17 |
| 299:18,23 | 256:20 | **hurdle** | 292:5 293:2 | 283:10,12 |
| 299:25 | **hopper** | 270:17 | 293:3 | 283:16 |
| **Hofburg** | 229:25 | **hurdles** | 294:10,13 | 284:2,11,22 |
| 229:11 231:8 | **Horne** | 224:2 | 295:3,23 | 284:24 |
| **hold** | 324:12 | **hyphen** | 296:3 | 285:1 |
| 211:11 | **horror** | 229:2,2 | 297:12 | 293:18 |
| 245:11 | 264:11,14 | **hyphenation** | 298:25 | 311:4 338:9 |
| **hologram** | **hospital** | 221:18 | 299:5,5,6 | 339:3,23 |
| 245:12,13 | 242:22 | | 301:4,4,12 | 341:1 |
| **Homan** | **hostile** | _____ | 301:13 | **identific...** |
| 198:13 | 334:8 | I | 302:22 | 202:20,24 |
| **home** | **hour** | **ID** | 303:4,7,11 | 339:18 |
| 248:17,19 | 317:6 | 218:7 219:18 | 306:9 | **identify** |
| 249:3 253:1 | **hours** | 219:23 | 307:22 | 203:3 272:22 |
| 263:18 | 238:17 | 220:5,11,14 | 308:11,12 | 324:16 |
| 264:25 | 271:24 | 220:18,23 | 311:15 | **identifying** |
| 265:17 | 317:13,14 | 221:9,21 | 320:12 | 265:8 |
| 278:10 | 340:8 | 228:2,4,25 | 322:8,10,12 | **identity** |
| 282:12 | **house** | 229:2 | 329:10 | 223:8 224:16 |
| 293:5 | 198:1 239:11 | 230:16 | 333:2 | 225:7,13 |
| 310:19 | 239:18 | 231:24 | 335:19 | 231:18 |
| 334:5 337:4 | 245:15 | 232:5,23,23 | 337:24 | 236:18 |
| 337:5 | 274:16,22 | 233:2 | 338:6 | 276:3 |
| 342:14 | 274:25,25 | 234:12 | **idea** | 303:11 |
| **homeless** | 275:4,19 | 236:16,17 | 263:25 | 326:1 |
| 263:24 264:7 | 276:5 | 236:22,23 | 296:18 | **IDs** |
| 297:23 | 292:21 | 244:3,8,8 | 314:21 | 220:9 221:14 |
| 298:22 | 299:14,20 | 247:5 | **ideas** | 244:5 |
| | | 250:18,23 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 2                                    April 7, 2009

283:17
ID's
297:6 300:16
  301:7
  338:20
II
301:9
illegally
257:3,3
  327:8,12
  328:7
imagine
256:10 263:5
immediately
241:3 247:18
  247:19
  262:22
  263:4
immigrants
234:17
immigrated
227:4
impact
199:6 207:25
  222:3
  230:21
  280:4
imperial
224:18
impersona...
251:14,16
  321:14
impersona...
211:21
  212:11,19
  213:8,22
  253:12,14
  256:17
  273:2
  302:25
  305:24
  307:17
  320:6
impersonator
310:10
implemented
303:2,13
implementing

303:15
implications
246:8
important
204:7 223:21
  340:3,6
impossible
310:9
impression
199:21,22
  211:18,23
  231:1 236:1
  236:2
improperly
221:18
improve
304:4 312:20
improves
248:1
improving
313:2
imprudent
240:16
impunity
255:13
inadequate
300:14
inappropr...
206:23
  214:13
Inaudible
209:20 219:2
  234:21
  286:20,21
  286:24
  287:1 288:6
  288:9,15
  289:14
  304:24,25
  312:24
  318:5 332:3
  332:7
incident
320:17
  321:15
  325:1,7
include
202:24

205:23
  303:22
included
231:17 234:8
including
199:20 221:6
  300:21
  312:23
inconsist...
221:14
incorrect
221:18
increase
251:17
  313:24
  314:11
increased
232:13
independent
205:25
indicate
341:19
indicates
297:22
indication
321:3
indicted
331:2
indictments
318:8 319:22
  326:16
individual
206:11 210:6
  211:10
  275:22
individuals
309:19 327:3
individual's
311:12
indulge
210:9
indulgence
207:1 209:18
  209:23
ineligible
300:24
  322:13

inexpensive
276:11
influence
200:11,16
  310:25
influenced
199:20
influencing
310:25
information
240:5,6,25
  241:8
  244:13,16
  244:20
  247:9,16
  252:11
  256:23
  260:8,10
  266:14
  269:2 277:5
  286:12
  292:10,10
  292:13,22
  341:6
informed
319:13
infringe
294:8
initiatives
280:6
injured
203:18
injury
199:12
innocent
212:2
innovative
273:5
inpersona...
320:9
inside
206:17 319:1
  323:17
insignifi...
295:15
insofar
248:7

inspiration
315:14
instances
209:8 320:23
instantly
247:22 255:6
institution
339:5
instructed
289:3
insufficient
271:9
integrity
206:16
  239:23
  240:23
  242:13
  248:1,20
  251:9,17
  253:4 254:4
  255:8
  256:17,24
  269:3 270:3
  273:2
  274:20
  287:10
  301:14
  311:8 327:5
  329:12
intent
199:24
  274:12
intention
217:6 299:20
interchan...
234:23
interest
200:10
interested
289:21
  297:24
  298:16
  340:10
  343:22
interesting
295:4
interfere
207:7 215:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034034

USA_00021774

Case 2:13-cv-00193 Document 662-14 Filed on 11/11/14 in TXSD Page 98 of 98
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 205 of 216

Hearing - Volume 2                                        April 7, 2009

364

Internati...
324:13
interrogate
324:10,23
interrupt
200:20
intervening
234:7
interview
215:23
  324:17
interviews
324:18
intimidation
310:24
intricacies
232:17
introduce
301:25 302:7
investigated
322:18
investiga...
319:5
investiga...
205:22
  206:13,21
  207:3,6,13
  207:23,25
  208:24
  215:21,22
  215:25
  318:7,15
  324:18
  326:16,17
  327:1
investiga...
205:19 206:4
  206:9,16,17
  208:18
  209:12
  210:2 318:1
investigator
324:9,12,23
investiga...
206:8 213:19
  324:13
involved
209:9 215:20

309:13
312:11
315:12
318:2
320:13
in-laws
311:21
Ira
310:11
irregular...
309:14
isolated
320:17
issue
205:17
  212:18
  215:11
  229:14
  230:1,14
  236:14
  237:3 240:1
  241:12
  242:2
  244:25
  253:11,13
  257:9
  259:12
  269:7,8,9
  272:19
  273:17
  277:18
  297:3 312:8
  312:17
  313:1,19,20
  314:17
  325:6 334:4
  337:13
issued
271:6 275:24
  286:11
  339:4
issues
224:6 232:9
  232:11
  239:22
  241:19
  250:14
  290:20

313:8
314:16
336:2
items
208:22
232:13
251:6

___ J ___
Jackson
287:1
jail
253:15 273:8
  331:20
James
332:5,6,22
Japanese
221:11
  226:15,16
  229:7
Jay
310:19
Jim
243:12
  251:21
  255:1,2
  259:14
job
204:25
  257:25
  258:17
  260:5,14,17
  260:19,20
  260:20,23
  260:24
  269:14
  303:18
  304:13
  306:20
  307:3 315:4
  317:16
  326:6
  327:19
  334:15,16
  341:3
Joe
324:12
Joey

304:21
join
222:13
joined
215:1
joke
295:18
Jonathan
311:24 312:1
  312:3
judge
211:11
  321:19,21
  322:3,4
  326:7
  340:19,21
jump
200:4 251:19
  313:17
juries
318:3
jurisdiction
328:15
jurisdict...
250:5
jury
206:18
  210:18,19
  210:25
  211:1
  324:19
  326:17
justice
205:9 221:7
  228:10
  253:16
  254:3
  309:23
justify
273:24

___ K ___
Kansas
321:4
Kathy
221:24
  226:22,23
  227:5

304:16,18
309:8,12
keep
201:22 220:2
  221:4 223:3
  224:25
  226:18
  258:13
  262:11
  305:25
  307:3
  334:15
key
334:20
  338:15
keys
334:23
Khmer
229:7
kick
335:21
kid
334:5
kidding
251:2 296:9
kids
293:14 313:9
  313:11
  314:3,5
  315:23
  334:5
killed
310:4
kin
322:2,6
kind
201:22 209:3
  222:21
  224:10
  225:5
  227:15
  230:9 286:1
  312:5,15
  313:8
  322:24
  327:2,5,22
  328:11
kinds



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034035

USA_00021775