Hearing - Volume 2                                    April 7, 2009

| | | | | |
|---|---|---|---|---|
| 199:1 232:2 | 256:13,13 | knowing | 309:4 | learned |
| **kinfolk** | 257:8,12 | 314:5 | **laundry** | 240:20 |
| 321:19 | 260:4,5 | **known** | 339:22 | 323:16 |
| **King** | 261:6,7,11 | 330:15 | **law** | 336:15 |
| 200:13 | 261:25 | **knows** | 202:9,12 | **leave** |
| **knew** | 262:10 | 331:8,10 | 210:20 | 208:14 |
| 340:20 | 263:6,11 | **Korean** | 211:17 | 211:23 |
| **knock** | 265:15 | 221:11 | 212:3 218:6 | 213:25 |
| 334:6 | 266:5,19,19 | 226:15,17 | 220:19 | 214:11 |
| **know** | 267:1 | 229:6 235:3 | 230:5,15 | 216:19 |
| 199:24 200:5 | 268:11 | | 232:18,18 | 236:1 |
| 200:13 | 271:14 | **L** | 257:23 | 238:14 |
| 201:20,21 | 273:7 | | 259:1,19,20 | 239:8 |
| 201:24 | 278:19 | **lack** | 259:23 | 274:13 |
| 202:4,10,15 | 279:6,9,18 | 212:18 | 260:1 272:8 | 299:20 |
| 215:11 | 279:19 | 309:17 | 273:12 | 310:10 |
| 216:21 | 281:8,19 | **lady** | 301:4 | 338:23 |
| 217:8 | 282:14,19 | 298:7 310:18 | 309:18,23 | 341:14 |
| 223:17,20 | 286:2 287:1 | 318:9 | 328:14 | **leaves** |
| 224:6 | 288:25 | 327:16,19 | **Lawfully** | 211:19,23 |
| 226:21 | 289:20 | **laid** | 303:15 | **leaving** |
| 228:23,23 | 292:24 | 253:16 254:2 | **laws** | 318:24 325:5 |
| 230:12,15 | 293:16,17 | **Lamar** | 220:18 221:9 | **led** |
| 230:17,19 | 296:12,13 | 330:7 | 228:25 | 199:16 |
| 230:22,25 | 296:19 | **laminate** | 257:16 | 236:16 |
| 232:11,15 | 299:3 300:6 | 241:6 | 303:19 | **leeway** |
| 232:17 | 305:24,24 | **language** | 318:14 | 330:6 |
| 233:4,6 | 306:11 | 226:3 231:17 | **lay** | **left** |
| 234:11 | 308:10,11 | 237:18,19 | 238:25 239:3 | 240:9 274:25 |
| 235:17 | 308:14,22 | 237:21 | 239:8,16 | 310:21 |
| 236:14,18 | 308:24 | 283:8 | 241:9 | **leg** |
| 236:22 | 309:17,20 | 316:21 | **lays** | 216:21 |
| 237:6,16 | 312:9,12 | **lap** | 239:11,18 | **legal** |
| 240:7,8,9 | 313:12,15 | 290:14 | 275:4 300:1 | 209:15,22 |
| 240:19 | 313:16,24 | **large** | **LBB** | 210:17,22 |
| 241:1,5,11 | 314:4,18,23 | 237:15 290:4 | 311:3 | 211:2 237:2 |
| 242:16 | 321:18 | 290:5 | **leader** | 322:11,15 |
| 243:2,3,3,8 | 322:9 | **largest** | 311:13 | 328:4 |
| 244:1,17,22 | 323:23 | 327:25 | **leadership** | 342:11 |
| 245:14,22 | 326:22 | **late** | 313:23 | **legalese** |
| 246:13,15 | 327:9 330:8 | 199:24,25 | **League** | 220:17 |
| 246:21 | 333:18 | 304:24 | 301:21 302:9 | **legally** |
| 248:5,19 | 334:2 336:8 | 317:6 | 302:18,24 | 211:14 |
| 250:8,15 | 336:9 | **Latino** | **League's** | 220:25 |
| 251:4,6,21 | 337:24 | 235:2,7 | 302:10 | **legislation** |
| 252:1,16 | 338:2 | **laud** | **learn** | 202:8 206:3 |
| 253:3,6 | 339:21 | 295:23,23 | 226:2 227:14 | 206:10 |
| 254:20 | 340:7 | **laugh** | 227:17 | 207:8,10 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034036

USA_00021776

Hearing - Volume 2                                    April 7, 2009

366

| | | | | |
|---|---|---|---|---|
| 208:20 | 230:18 | 216:17 | 229:1 | **Lone** |
| 210:12 | 231:24 | 245:12 | **little** | 246:11,12,18 |
| 216:23 | 236:19 | 272:6 | 207:14 213:7 | 253:5,6,9 |
| 222:2 230:7 | 237:4 | **likelihood** | 219:11 | 256:9 |
| 239:4,8 | 242:17,21 | 232:13 | 233:6 | **long** |
| 271:4 278:1 | 242:23 | **likewise** | 256:21 | 199:24 |
| 278:5 | 243:11,17 | 311:15 | 272:19 | 203:16 |
| 296:20 | 243:18,24 | **limit** | 294:18 | 287:21 |
| 335:21 | 244:5 245:7 | 208:5 | 311:23 | 290:7 |
| **legislative** | 252:6 | **limited** | 322:19 | 330:10 |
| 280:6 | 254:13 | 220:17 | 328:5 | 333:4 |
| **legislature** | 256:10 | 285:24 | 340:25 | 336:17 |
| 244:4,9 | 262:1,14,16 | **Lincoln** | **live** | 339:22 |
| 258:22 | 262:22,24 | 325:2 | 199:7 201:21 | **look** |
| 318:5 | 266:18 | **line** | 242:1 | 200:8 203:6 |
| **legitimate** | 268:7,13,14 | 260:16 | 243:22 | 230:1,6 |
| 267:12 | 270:20 | 296:14 | 307:25 | 231:9,14 |
| **lengthy** | 277:3,12 | 301:11 | 315:22 | 232:12 |
| 313:4 | 279:3 | 318:25 | 318:18 | 249:16 |
| **letter** | 281:14,15 | 320:7 321:5 | 328:15,16 | 255:24 |
| 231:2 279:20 | 285:22 | 332:17 | 332:25 | 256:19,20 |
| 285:20 | 287:16,17 | **lines** | **lived** | 257:15 |
| 292:17,19 | 287:18,22 | 230:7 | 328:4 333:17 | 258:18 |
| 294:20 | 290:2 291:6 | **list** | **lives** | 282:4 |
| **letters** | 292:4 | 202:20,24 | 272:17 | 284:21 |
| 221:18 230:9 | 293:11,16 | 203:7 | 301:11 | 306:11,14 |
| **let's** | 293:18,19 | 208:15 | 320:16 | 308:13,14 |
| 251:17,19 | 295:8,11 | 231:8 260:2 | **living** | 308:14 |
| 255:2 259:2 | 307:20 | 260:3 276:2 | 214:2 252:22 | 312:15 |
| 259:5,6,10 | 316:3,4 | 284:13,21 | 277:24 | 338:15 |
| 260:18,19 | 318:22 | 298:9 | 310:25 | **looked** |
| 260:19 | 336:10,13 | 300:24 | **loaf** | 202:19 232:4 |
| 273:8,12 | 336:18 | 316:22,23 | 255:22 | 259:7 |
| 293:19,19 | **licensed** | 316:25 | **local** | 316:21 |
| 294:1 302:4 | 318:25 | 317:3,4 | 224:20 250:5 | 324:15 |
| 304:4 341:8 | 326:19 | 339:17,22 | **locate** | **looking** |
| **level** | **licenses** | **listed** | 310:9 | 220:3 229:12 |
| 212:8 231:10 | 277:17 | 231:23 233:7 | **locations** | 250:9 |
| 250:6 | 315:18,24 | **listen** | 281:25 | 290:11 |
| 273:18 | 315:25 | 199:9 212:21 | 289:12 | 305:6,13 |
| 280:16,21 | 316:9 | 238:22 | 326:3 | 312:19,20 |
| **levels** | **lie** | **listening** | **lodge** | 327:5 330:3 |
| 302:20 | 314:1 | 222:10 | 200:10 | 337:25 |
| **license** | **life** | 301:16 | **logical** | **looks** |
| 201:24 202:2 | 199:18 | **literacy** | 280:21 | 245:1,4 |
| 202:8,11 | **lifetime** | 271:18 | **Lois** | **loop** |
| 221:24 | 271:18,19,20 | 303:25 | 275:10 | 248:20,24 |
| 227:2 | **light** | **literally** | 296:22 | **Lopez** |

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



ESQUIRE
DEPOSITION SOLUTIONS

TX_00034037

USA_00021777

Hearing - Volume 2                                    April 7, 2009

367

| | | | | |
|---|---|---|---|---|
| 218:17 | 337:10 | mail-in | 205:17 | 263:9 264:2 |
| 238:8,9 | lots | 212:10 | married | 264:3 |
| lose | 271:23 | 243:21 | 333:18 | 269:12 |
| 241:2,9,15 | 297:22 | 319:6,6,23 | master's | 278:7 |
| 245:21 | love | mainstream | 199:14 | 281:17 |
| 247:17 | 295:1 311:21 | 291:24 293:4 | 235:16 | 282:3 |
| 249:1 340:1 | low | major | match | 295:19 |
| lost | 254:23 259:8 | 334:4 | 225:25 | 296:24 |
| 223:2,21 | lower | making | 310:14,16 | 298:25 |
| 232:18 | 281:6 | 211:15,16 | matches | 308:23 |
| 235:14,16 | LULAC | 257:1 | 303:3 | 312:21 |
| 247:18,19 | 304:22 | 266:22 | matching | 314:1,7,16 |
| 248:11 | lunch | 267:6 | 221:3,9 | 315:1,20,25 |
| 256:20 | 321:25 | 269:13 | 228:21 | 333:3 |
| 263:12 | Lynn | 285:17,17 | 236:12 | 335:10 |
| 294:22,23 | 215:1 | 292:15 | matter | 338:23 |
| 301:1 302:5 | Lynne | 312:20 | 200:9 205:15 | 340:4,18 |
| 311:13 | 198:13 343:3 | 313:14 | 266:1 | meaning |
| lot | 344:4 | malfunction | 272:10 | 280:9 |
| 222:25 223:2 | | 202:5 | 331:12 | meaningless |
| 223:4 | **M** | mall | matters | 241:23 |
| 224:12,23 | M | 262:10 | 205:18,21 | 271:13 |
| 225:24 | 198:13 | man | 206:2,13 | means |
| 226:20 | machine | 243:25 315:6 | 207:2,5,12 | 227:23 299:6 |
| 227:21 | 269:23 | mandated | 208:22 | 300:25 |
| 228:11 | 306:22,22 | 271:4 | ma'am | meant |
| 230:17,23 | machines | mangled | 299:24 | 296:20 |
| 232:12,18 | 249:12 | 228:13 | 304:15 | mechanical |
| 237:19 | mad | manic | 315:15 | 269:23 |
| 250:9 251:5 | 289:14 | 337:8 | 316:12 | mechanism |
| 251:5 | Mafia | manner | McLennan | 264:14 270:6 |
| 268:11 | 247:3 | 199:11 | 312:4 313:7 | 272:2 |
| 272:17 | magistrates | 213:18 | 314:2 | 297:16 |
| 275:16 | 224:20 | 283:2 | mean | mechanisms |
| 279:10 | magnetic | 303:19 | 200:10 203:2 | 246:15 267:2 |
| 280:5 | 240:24 243:1 | manners | 209:23 | medical |
| 287:13 | 244:16 | 251:12 | 225:20 | 336:22 337:8 |
| 293:9,22 | 265:7,10,11 | map | 228:9 | Medicare |
| 295:24 | 265:12 | 259:3 | 230:11,21 | 339:20 |
| 297:22 | mail | March | 235:13 | Medina |
| 298:14 | 241:4 248:9 | 279:21 | 244:18 | 217:17,22,22 |
| 306:3,15 | 252:23 | 300:15 | 246:11 | 217:23 |
| 307:24,25 | 261:20 | Marilu | 247:3 | 218:1,5,13 |
| 308:3 | 263:12 | 216:8,12 | 249:19 | 218:15 |
| 314:15 | 277:25 | Marine | 250:9 | meet |
| 315:23 | 310:12 | 334:12 | 257:10,12 | 237:20 |
| 319:15 | 311:2 330:1 | mark | 260:16,21 | 335:13 |
| 330:6 336:2 | | | 260:23 | meeting |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034038

USA_00021778

Hearing - Volume 2                                    April 7, 2009

368

275:12
member
310:24 324:2
members
201:1 203:19
203:25
207:13
216:25
218:10
222:4
235:21
238:12,15
238:15,16
239:22
274:1 275:7
292:2
299:12,19
301:17
302:5
304:11
307:5
311:18
315:5
316:13
322:21
329:6,6,6
331:25
341:9,10
mention
215:9 230:12
306:13
mentioned
287:24 288:5
mentioning
206:6
merge
277:11,14
280:1
merged
281:15
merry
269:25
mess
260:23
methodology
291:16
methods
276:18

283:23
Mexicans
306:11 309:3
Mexico
219:21
mic
322:24
338:19
Mica
300:6
Micca
300:5,11,11
middle
199:15
Mike
287:1
Miles
310:11,18
military
301:9
million
240:4 270:16
270:22
295:13
millions
241:21 242:6
245:17
253:8
mind
202:14 220:2
221:5
279:12
337:20,22
337:24,25
minds
273:22
mine
262:20
263:12,13
275:14
288:10
minor
199:14
minorities
303:9
minute
238:24 255:2

minutes
203:13 248:4
282:21,22
mis
232:13
misplaced
247:18
missed
291:7 315:16
missing
300:20
Mission
342:8
Missouri
334:13
337:15
338:3
mistaken
325:25
misunders...
327:14
misused
301:13
mis-spell...
229:17
mis-under...
220:24
232:19
modificat...
333:3
modify
280:10
Molina
341:18
moment
305:3
money
240:15
249:12,22
254:15
256:7
262:15
280:5,18
289:14
294:17,18
303:16
306:15,16

322:19
339:1
monitor
259:11
monitored
225:10
month
259:1 260:3
260:6,13
339:10
monthly
258:10,20,24
259:11
270:8
months
263:6 296:24
340:4
Moore
281:9
morning
205:12,14
207:15
mother
321:16
motivated
203:22
motive
288:8
Motor
242:15 245:2
245:7
254:14
mouth
314:8
move
224:24 255:4
255:6
258:14,14
313:7
moved
275:3 299:22
moves
274:25
moving
223:20
multi
240:4

multiple
221:12
municipal
206:1
Munoz
318:5
myopically
292:8

N

NAACP
324:25
325:15
name
205:5 216:11
216:12
217:21,22
217:23
219:4,5
221:3,9,19
221:23
226:6,9,19
227:10,13
227:23
228:4,5,22
229:18
230:9,18
231:22,24
234:22
235:13,14
235:16,16
235:17,17
235:19
236:3,4,23
236:24
237:1 240:3
254:25
265:12
268:15
269:20
275:10
276:2
284:13
285:2 300:9
300:11,21
305:16,17
308:3 309:2
309:10,12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034039

USA_00021779

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 5 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 210 of 216

Hearing - Volume 2                               April 7, 2009

369

309:10,12
310:14,17
310:19
312:1,3
317:9,11
318:9 332:4
332:5,21,22
341:5 342:1
342:5,7
**named**
308:25
**names**
221:11,13,17
221:20,21
225:22,25
226:21
227:5,15
228:3,13
231:13,21
232:25
233:2 235:2
235:3,7,13
258:4 267:3
267:4
300:21,24
308:11,22
308:25
309:4
**national**
219:12,16
232:2
273:18
337:5
**native**
236:8
**naturalal...**
222:19
**naturaliz...**
220:10,12
222:22,24
223:5 224:5
233:15
234:9
**naturalized**
220:6,16
222:20
223:17,19
224:3

232:14
234:1,17
**nature**
200:24
**necessarily**
220:1
**necessary**
253:3 261:22
274:11
278:2 297:7
312:18
341:1
**need**
204:9 206:15
208:21
210:11
225:12
228:15
231:14
237:8 243:3
245:16
249:13
251:22,24
258:12
259:2
262:17
271:14
280:1
282:19
284:23
287:19,20
292:5
299:11
306:14,16
306:17,18
315:24
341:3
**needed**
237:1
**needs**
213:13,17,17
225:16
230:6
295:22
329:3
**negative**
312:13
**neither**

343:18
**nervousness**
301:16
**neutral**
205:3
**never**
212:13
250:19
279:11
288:20
289:3,7,15
305:22,22
305:23
310:17
324:5
326:11,13
337:23
**nevertheless**
203:14,17
**new**
209:6,15
210:8
219:21
229:10,20
229:22
230:25
231:4 232:8
232:21
233:3,10,13
233:18,21
234:1,6,15
234:18,20
234:25
235:4,7,10
235:12
246:6,21
247:6,13
248:7,15
263:2 268:7
268:20,23
278:22
283:4
286:17,19
286:22,23
287:15,19
287:21,25
288:3,5,12
288:15,20

289:2,6,11
290:4 294:5
294:10,23
294:25
295:25
296:18
297:2,14,20
302:12
304:15,24
305:4,8,12
307:7,13,16
308:8,16,19
309:6
316:15
332:3
**news**
215:15
**newspaper**
271:14
**newspapers**
209:10
214:10
258:4
**nice**
327:19
**Nichols**
205:1,7,8
207:20
208:2,10,13
209:11,17
209:25
210:14,19
210:24
211:6,16,25
212:16,23
213:15,24
214:4 215:5
215:9,15
216:6,7
**night**
215:4 232:5
235:8 258:2
300:18
**non**
339:17
**non-photo**
231:25
234:12

283:17
**non-photo...**
316:23
**normally**
226:23
**note**
246:7 249:16
250:25
278:18,20
**noted**
225:23
**notes**
249:18
**notification**
233:14
**number**
206:15,17
212:17
223:18
224:4
231:10
238:19
239:5 241:2
248:17,18
248:19
249:3,8,11
250:4,5
266:13
269:24
275:19
285:22,23
285:25
286:2 291:4
291:5,25
292:1 293:1
293:1 295:1
295:2,6,10
295:11,12
295:13,15
339:18
**numbers**
295:18
**numerous**
220:21 221:7
222:1
**nursing**
243:22
268:22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034040

USA_00021780

342:14
N360
233:16

O

oath
309:18
obituaries
258:4
objection
297:8
objections
275:2 299:21
Objective
342:10
observations
295:5
observe
326:5
observed
328:12
obstacle
252:3
obstacles
306:8
obtain
220:5,11
  223:25
  276:18
  283:9,23
obtained
228:4
obtaining
220:10 228:2
  253:21,22
  254:1
  273:10
obviously
228:16
  229:22
  237:15
  277:10
  314:16
  329:9
OCA
219:12
occur

255:12,12
occurred
205:23
  213:22
  321:4
occurring
321:13
odd
250:22
odds
257:11
offers
303:10
office
205:2,9,19
  206:4
  229:14
  280:23
  283:14
  315:3
  317:24
  323:6,15
  326:24
  333:13
  334:20
  343:9,16
officed
334:17
offices
334:21,23
official
222:24
  280:20
officials
303:17
  314:19,20
  330:19
oh
223:15 242:3
  250:12
  257:6
  284:15
  294:3 302:6
  326:4,21
okay
201:18
  202:19
  203:5,17

216:19
217:10
218:20
219:10
222:10
224:15
228:15
233:10,18
234:15
238:7 239:2
239:5,18
247:2
251:25
256:7,21
257:10,14
257:21,23
260:7 265:3
267:23
273:8,12
277:10
278:22
287:21
289:6,6
290:15
291:4
292:19
296:5
299:17
302:6
304:23
305:4,5,7,8
320:4
322:23,25
325:23
327:15,20
330:6
331:25
332:4
333:14
336:1,4
337:2,9
339:13
342:12
old
243:4 250:19
  261:7
  307:25
  312:7

337:20
once
254:11,17,19
  267:22
  311:13
onerous
219:19
one's
233:22
one-off
281:3
ongoing
205:18
  206:16
  207:23
  208:17
  209:12
  215:24
  318:1
open
294:20 300:2
  303:5,5
opened
203:12
opinion
255:11
  309:22
  322:11
  331:13
  334:1
opponent
287:5
opponents
212:25
opportunity
201:8 203:25
  204:22,24
  218:21,24
  256:1
  272:17
  274:8 304:7
  332:16
  341:8
oppose
299:1
opposed
286:6
opposition

302:12
optimal
290:20
order
224:10
  225:13
  264:21
  265:17
  272:7
  316:18
organization
199:16
  218:23
  219:6,12
organizat...
219:17 221:6
organized
309:20
organs
242:18,20,24
ought
202:23 269:3
  315:1
ourself
335:14
outcome
343:22
outreach
237:14
outside
206:18
  215:20,22
outstanding
298:4
overcompl...
240:1
overflow
222:6
overlap
232:10
overlooking
325:21
overnight
317:15
overseeing
308:5
owls



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034041

USA_00021781

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 7 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 212 of 216

Hearing - Volume 2                                      April 7, 2009

371

| | | | | |
|---|---|---|---|---|
| 213:3 | 321:7 | passing | 228:16 | 297:6,23 |
| 342:10 | participate | 252:11,12,17 | 229:1 231:2 | 298:15,15 |
| | 224:11 | 269:7,10 | 234:21,21 | 298:17 |
| **P** | 225:13 | 304:6 | 235:19 | 301:8 303:8 |
| Pacific | 253:24 | passport | 239:24,25 | 306:4,5,7 |
| 219:15 | 315:13 | 221:22 225:6 | 242:7 | 307:9,18 |
| pack | participa... | 225:6 227:3 | 243:22 | 308:19 |
| 263:24 264:8 | 302:11,13 | patient | 244:5,18 | 310:23 |
| 264:8 | 303:25 | 305:6 | 245:1 | 314:20 |
| 297:24 | 304:5 | PEÑA | 246:17 | 315:11,20 |
| 336:16 | particular | 210:16,21 | 248:21,23 | 316:9,19 |
| package | 199:4 205:13 | 211:3,7,18 | 251:14,16 | 317:18 |
| 201:22 | 207:10 | 212:6,21,24 | 251:16 | 318:17 |
| page | 208:19 | 213:21,25 | 252:21 | 319:2,16 |
| 276:16 | 221:2 | 214:19 | 253:9,24 | 320:6,10,15 |
| 294:21 | 236:22 | 217:3,5 | 254:9,9,14 | 321:1 |
| paid | 321:6 | peculiar | 257:1,6,10 | 325:18 |
| 257:6 270:8 | particularly | 321:6 | 257:14,15 | 327:4 |
| panel | 209:13 | Pedro | 257:16,18 | 340:11 |
| 201:2 203:25 | 219:19 | 218:17 238:8 | 257:20,22 | 341:2,2 |
| 266:3 | 220:16 | penalty | 257:24 | peoples |
| panelists | 221:10 | 286:3 | 258:11,13 | 258:4 260:17 |
| 307:2 | 232:14 | pending | 258:14,14 | 272:13 |
| paper | parties | 209:24 | 259:3,5,6 | people's |
| 212:5 214:1 | 289:18 | 238:14 | 260:21 | 267:4 |
| 223:9 | 333:22 | 239:9 | 262:13 | perceived |
| 245:18,23 | 334:1 | 274:13 | 263:1,17 | 284:17 |
| 252:1 270:4 | 343:20 | 275:1 | 264:5 267:2 | percent |
| 310:9 | parts | 299:20 | 267:3,4 | 213:16 |
| papers | 221:12,19 | 300:1 | 268:11,12 | 219:23 |
| 211:20 213:9 | 235:3,6 | penicillin | 268:21 | 250:22 |
| 223:20 | party | 243:10 | 270:10 | 270:20 |
| 234:10,12 | 315:10 | penny | 271:17,22 | 271:2,25 |
| pardon | 318:21 | 311:8 | 272:25 | 272:4 |
| 339:15 | 323:17 | people | 273:6,7,11 | 277:11 |
| parents | 333:19,24 | 203:3 206:19 | 273:13,14 | 278:13 |
| 223:5,10 | pass | 206:20 | 279:8 281:8 | 283:1 295:2 |
| 333:18 | 216:21 218:6 | 211:19 | 281:9,13,16 | 297:5,5,11 |
| part | 235:23 | 213:2,12 | 285:20 | 298:3,22 |
| 208:16 230:1 | 252:10,12 | 215:17 | 286:1 | 315:20 |
| 230:14 | 277:22 | 218:6,24 | 289:11,13 | 336:25 |
| 240:16 | 311:16 | 222:6,14 | 291:5,22,24 | percentage |
| 254:12 | passage | 223:2,3,4 | 292:3,4,6 | 232:6 297:6 |
| 258:18 | 310:2 | 223:13,16 | 293:2,21,23 | perfectly |
| 266:4,20 | passed | 223:17,23 | 293:24 | 232:15 |
| 275:20,22 | 321:17 | 224:2,4 | 294:17 | period |
| 293:5 | passes | 225:9 227:7 | 295:1,2,6 | 224:18 263:8 |
| 320:14 | 227:7 | 227:11,22 | 295:19 | 275:12 |
| | | | 296:11 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006900

TX_00034042

USA_00021782

Hearing - Volume 2                                      April 7, 2009

372

| | | | | |
|---|---|---|---|---|
| 286:4 | 280:14 | 284:2,19 | 274:17 | **please** |
| **permission** | 302:2 325:9 | 286:4,12 | 296:10 | 205:5 216:21 |
| 224:25 | 327:23 | 287:20 | 307:22 | 219:3,10 |
| **person** | **photo** | 288:2 | **pieces** | 300:9 317:9 |
| 206:7 221:15 | 202:20,24 | 316:22 | 256:16 | 329:7 |
| 222:19,25 | 219:18,23 | 324:3 339:4 | **piggyback** | 332:21 |
| 231:11 | 220:9,14 | **photographer** | 295:25 | 342:1,12 |
| 233:24 | 230:16 | 278:9 | **Pinyan** | **pleased** |
| 242:8 245:6 | 231:24 | **photographs** | 226:14 | 302:9 |
| 247:21,24 | 232:23,23 | 276:9,24 | **place** | **pleasure** |
| 254:12 | 234:2 | 277:21 | 199:4 200:11 | 204:5 239:16 |
| 255:25 | 236:16,17 | 278:14 | 214:12 | **pled** |
| 265:16 | 244:3,5,8,8 | **photos** | 246:16 | 319:23 331:2 |
| 268:16 | 250:18 | 244:3 251:2 | 256:4 | 331:13,19 |
| 270:7 | 251:24,25 | 280:8 | 261:17 | **plenty** |
| 281:24 | 262:7 268:1 | **physical** | 275:21 | 314:16 |
| 303:3 310:6 | 268:4,8,17 | 199:14 246:8 | 280:21 | **plus** |
| 311:1 317:1 | 270:20 | **pick** | 293:5 294:2 | 210:1 277:5 |
| 329:21 | 271:2 272:1 | 248:13 | 296:20 | 286:12 |
| 338:3 | 272:4,7,8 | **picture** | 300:14 | **podium** |
| **personal** | 272:12 | 233:22,23 | 302:23,25 | 305:2 |
| 311:4 | 275:19,22 | 234:3 240:3 | 303:1 | **point** |
| **personally** | 275:23 | 240:14,23 | 304:25 | 209:13 |
| 300:20 312:8 | 276:17 | 256:18,19 | 307:18 | 213:16 |
| 312:14 | 278:3 | 256:22 | 314:20 | 222:22 |
| **persons** | 281:11,22 | 262:11,11 | 325:18 | 224:7 |
| 210:2 212:2 | 282:17 | 277:5 279:9 | **places** | 230:19 |
| 212:17 | 283:11,15 | 282:1,21 | 220:15 | 231:20 |
| 303:9 | 283:20 | 289:9 | 237:19,19 | 237:22 |
| **person's** | 284:19 | 335:18,19 | 250:2 | 238:24 |
| 264:12 | 285:7 | 341:6 | 264:16 | 250:21,25 |
| **perspective** | 289:17 | **pictures** | 268:22 | 252:15 |
| 206:7 281:5 | 291:5,15,20 | 277:14 | 324:20 | 264:15 |
| **Peña** | 291:21 | 286:25 | **placing** | 267:12 |
| 210:15 214:7 | 294:13 | **piece** | 283:10 | 272:3 291:7 |
| 214:18 | 296:3 297:6 | 207:10 | **plan** | 328:12 |
| 217:2,2 | 297:12 | 208:20 | 294:6,7 | 340:11 |
| **phase** | 299:9,11 | 234:2 | **plastic** | **pointed** |
| 281:12,16 | 301:4,4,7 | 236:22 | 241:13 245:4 | 210:12 |
| 298:24 | 301:12,13 | 241:13 | 246:10,12 | **pointing** |
| **phased** | 303:4 338:9 | 244:15 | 246:20 | 237:25 |
| 282:4 | 339:17,23 | 245:4,18,23 | 247:9 | **points** |
| **phase-in** | **photograph** | 246:10,12 | **plates** | 221:25 |
| 262:18 | 268:2 276:4 | 246:19 | 318:22 325:4 | **police** |
| **phone** | 276:19 | 252:1 | **play** | 260:13 |
| 241:2 249:3 | 277:7 278:9 | 256:24 | 211:2 | 324:24 |
| 264:25 | 279:5 | 257:9 270:3 | **plays** | 325:13,14 |
| 269:22 | 283:23 | 270:4 | 283:14 | 335:3,4 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006901

TX_00034043

USA_00021783

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 9 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 214 of 216

Hearing - Volume 2                                    April 7, 2009

373

policy
211:17
political
212:8 219:14
310:22
politics
212:9 213:11
334:13
poll
220:14
227:22,24
229:17
231:5
232:12
236:6
237:23
303:17
304:1
309:15
319:1
324:24
325:3,7,8,9
325:12,13
325:14,17
326:2,4
327:8,12,16
327:21
328:1,6,8,9
328:10
polling
200:11
220:15
228:5
237:19
269:17
294:2
302:23,25
307:18
314:20
326:3
polls
220:23 237:3
247:14
307:9 334:5
334:7 341:2
341:2
poor
261:7

pops
341:5
population
204:8 220:7
237:18,21
populations
261:8,10,12
position
334:1 335:1
possess
293:2
possession
279:19,22
298:11
319:23
possessions
264:7
possibility
236:14
possible
220:3
possibly
209:25
310:22
potential
205:22
240:19
248:5
potentially
264:17 295:2
pounds
256:20
precinct
254:20,22
269:17
276:2
292:21,22
300:15
305:19,21
305:22,22
315:22
322:13,14
322:14
325:2,3
340:17,19
340:20,21
340:22
precincts

318:23
preface
233:5
preference
208:10
prepared
263:19,20
316:24
317:2,19
present
234:2
presented
223:13 231:8
231:19
276:4
290:19
303:4 326:9
328:4
presently
228:7 333:10
president
338:2
presidential
321:8 335:20
presumably
278:1,6
presume
209:1
pretty
259:25
271:13
290:16
319:13
325:25
327:13
prevent
208:18 253:7
302:23
310:22
preventing
312:16
pricing
281:2
primary
206:5 288:7
288:21,24
329:15,17
339:24

principle
272:10
print
290:4,5
priority
317:1
private
202:25 298:8
324:8,11,23
Privit
301:20,25
302:2,8,8
304:14
pro
333:7
probably
203:13
212:25
230:23
240:15
241:6 247:1
247:1 260:6
261:9
262:21
274:9
278:23
293:12,15
328:1
333:23
probation
331:6,20
problem
202:6 215:14
221:3,10
225:22,24
227:6
228:11,12
230:17,20
232:22
235:1 238:2
243:25
245:9
254:13
256:5 269:6
269:10
270:10,18
271:9
272:10,22

272:23,24
273:1,1,14
273:15,16
273:21,22
273:23,23
273:24
277:13,16
286:24
289:8,11,15
301:24,24
303:1
312:16
337:6,7,8
342:15
problematic
220:5,16
problems
221:9 223:1
225:23,25
237:22
253:8 273:2
273:20
308:17
319:15
329:24
procedurally
274:11
procedures
275:21
proceed
219:10
245:21
306:18
316:17
317:7
342:12
proceeding
343:21
proceedings
210:19,25
211:9
process
199:4 200:2
215:21,23
231:12
237:9 247:7
251:10,11
263:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034044

USA_00021784

Case 2:13-cv-00193 Document 662-15 Filed on 11/11/14 in TXSD Page 10 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-2 Filed 06/20/12 Page 215 of 216

Hearing - Volume 2                                      April 7, 2009

374

267:19,20
267:21
269:11,11
272:16
275:20
281:1
301:14
306:8
309:25
311:9
312:22
313:3
314:13,23
315:13
319:25
323:16,20
323:24
324:15
325:21
327:6
329:12
330:20
processes
296:5
procuring
257:3
produce
294:10 301:3
produced
329:16
produces
284:3
profession
212:1
professional
213:18,18,19
215:21
Program
242:15
Progresso
205:24
208:16
213:10
216:9,20
218:1
prohibited
311:3
prohibition

209:15
210:17
promise
256:19
pronounced
300:6
pronuncia...
226:18
proof
224:9
proper
214:12 272:1
322:10
330:10
proponent
235:12
proportion
220:7
proportio...
249:17
proposal
264:16 281:6
282:9
294:12
proposing
266:2 279:24
prosecute
209:3 213:23
309:17,21
318:14
prosecuted
251:15
prosecution
319:18,19
323:23
Prosecutor
212:1
prosecutors
206:8 213:19
protect
206:15 210:5
253:4 256:8
284:4
287:10
312:8 325:9
protected
204:10

protecting
251:8 256:24
311:11
protects
248:20
proud
296:23
333:21
prove
223:8 224:10
224:16
225:13
236:17
241:25,25
306:1
322:17
proven
212:3 231:18
322:17,19
provide
207:1 209:19
229:14
231:7
245:15
264:12
269:2 272:9
272:16
283:11,16
299:6
provided
220:9 274:8
281:21,22
284:25
340:9
provides
262:3 266:13
providing
267:14 270:2
295:22
297:10
proving
222:21
provision
208:8 225:21
254:3
258:16
provisional
264:14 284:6

285:5,8,17
286:7
287:11
provisions
208:6 284:10
prudent
210:6
psychology
199:15
public
199:23
205:17
206:10,24
210:4 276:7
276:12,22
301:7
333:12
pull
253:24
259:24
288:18
pulling
253:23
punctuation
205:16
purging
258:24
273:13
purpose
200:23 225:6
226:20
235:20
252:2 258:5
290:1
297:10
311:5
318:12
324:17
339:24
purposes
227:12,24
232:16
236:18
237:2
248:10,13
264:21
276:20
pursuant

280:21 340:8
pursuit
272:22
put
205:16 236:9
242:21,24
243:1,6,7
243:10,18
244:19
245:13
246:16
251:25
252:7
254:13,21
261:2
268:25
271:21
272:1
275:21
277:2 279:2
279:3,4
280:16
285:22
287:21
289:14
292:22
296:12
301:10
313:18
328:3,17
334:9
335:22,24
340:18
putting
247:9 262:15
271:17
290:8
292:24
294:11

—— Q ——
qualified
303:14
qualifies
271:7
qualify
338:14
quantity



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 240:25 | 322:21 | Ray | really | 208:9 263:17 |
| question | 323:3 329:1 | 310:19,20,24 | 231:16 233:1 | 267:5 |
| 201:4 214:25 | 330:5,9 | 318:9 | 241:15 | Reba |
| 215:3 | 331:25 | 319:10 | 242:16 | 310:4 |
| 231:15 | 336:5 341:9 | 323:12 | 249:7 251:4 | recall |
| 233:5 | 341:10,10 | 327:14 | 251:16 | 233:8 258:3 |
| 252:15 | quick | 330:13,23 | 253:11,13 | receive |
| 270:11,14 | 246:6 283:4 | reach | 256:17 | 220:13 |
| 270:24 | 307:7 | 291:8 292:5 | 257:10 | 247:19 |
| 275:11 | quickly | reached | 265:24 | 269:1 |
| 281:7 283:4 | 231:16 | 339:21 | 271:13 | received |
| 289:25 | 253:11 | reaches | 274:17 | 247:21 |
| 298:1,4,9 | 294:21 | 213:20 | 277:16 | 263:10,11 |
| 315:9,17 | quite | reaction | 278:25 | 310:12 |
| 324:2 | 203:15 | 243:9 | 282:10,19 | receives |
| 328:21 | 248:22 | read | 287:12 | 277:25 |
| 331:16,17 | 298:4 | 211:11 214:1 | 294:21 | receiving |
| 337:18 | quote | 250:1 283:7 | 297:3 | 248:8 |
| 338:19 | 226:21 | 321:4 | 306:14,16 | recipient |
| questionable | | reader | 306:17 | 246:14,14 |
| 336:23 | ——— R ——— | 211:23 | 312:11 | recommend... |
| questions | R | readily | 321:7 | 306:19 |
| 201:2 204:1 | 288:24 | 222:15 223:4 | 325:19 | recommending |
| 204:20 | 323:25 | 226:7 | 328:14 | 262:7 |
| 207:16 | race | 266:17,17 | 333:25 | record |
| 209:4,8 | 303:23 | reading | 336:6 | 205:21 215:1 |
| 210:10 | 327:14,15 | 271:14 295:9 | rear | 250:25 |
| 215:16 | racial | reads | 335:23 | 300:9 331:9 |
| 216:3,5 | 303:8 | 212:5 | reason | 331:23 |
| 217:1 218:9 | Radio | ready | 206:6,14 | 333:6,9 |
| 222:5,16 | 299:10 | 317:17 | 208:23 | records |
| 235:21 | raise | real | 209:22 | 215:17 |
| 238:3 | 220:19 | 199:10 246:6 | 210:5 | 277:12 |
| 247:25 | raised | 250:2 | 222:25 | recount |
| 257:14 | 205:15 | 272:23,24 | 225:8 265:6 | 287:6,7 |
| 260:25 | 230:14 | 279:1 283:4 | 270:6 | refer |
| 271:20 | Ramey | 293:19,20 | 289:16 | 226:10 |
| 274:1,3 | 218:22,25 | 293:20 | 291:4 | 234:12 |
| 275:13 | 219:5 236:4 | 298:25 | 297:15 | reference |
| 276:13 | ran | 327:18 | 321:18 | 206:2 215:18 |
| 286:16 | 323:14 | reality | 323:11 | refers |
| 299:12 | random | 320:19 | 326:5 | 233:13 |
| 301:17 | 222:14 | realize | 336:15 | 234:14 |
| 304:11 | range | 315:21 | reasonable | refined |
| 307:6 | 221:17 | realized | 231:6 273:22 | 221:15 |
| 311:18 | 293:13 | 199:13 | reasonably | refrain |
| 315:6 | rap | 203:12 | 292:1 | 207:6 209:7 |
| 316:13 | 329:5 | 337:4 | reasons | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034046

USA_00021786

Case 2:13-cv-00193   Document 663-15   Filed on 11/11/14 in TXSD   Page 12 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-3   Filed 06/20/12   Page 2 of 239

Hearing - Volume 2                                        April 7, 2009

376

```
      207:6 209:7     262:9 263:2    reliable        216:14          252:14,16
refreshing           265:4,16       267:25          219:4,5         252:20,25
233:9                266:14,22      reluctant       300:10,12       253:18,20
regard               275:20,23      320:19          305:19          254:17,19
230:6 231:6          275:24         relying         309:11          255:10,16
316:21               276:9,20,24    247:7           312:2           255:17,18
regarding            277:12,15      remedies        317:10          255:20,21
239:22               278:4          329:24 330:1    321:1,2         258:1,6,10
regardless           280:15,25      remember        332:23          258:11
303:22               281:21,24      203:9 245:20    342:2,6         259:13,16
register             282:8            333:24        represent...    259:17,19
224:20               283:24         reminds         267:6 321:11    259:22,24
      236:25         285:23         309:21          represent...    260:25
      242:15         294:15         renew           204:1,3,6,12    261:1,1,11
      243:17         299:8 306:9    296:16          204:16,19       261:19,21
      252:22,24      307:19,21      renewal         207:18,19       262:6,8,18
      258:19         310:7,8,15     262:24          208:3,11,12     262:20,23
      292:18         314:13           263:14        209:4,20,21     262:25
      296:16         318:24         renewed         210:15,16       263:10,20
      313:13,21      322:16         287:18          211:25          263:22,25
      313:25         338:16         rep             214:5,7,23      264:19,23
      314:6,7        339:19         292:21          214:24          265:1,6,13
registered           341:20           334:15        215:2,3,6       265:21
242:25               344:5          replace         215:13          266:9,16,24
      243:12        registrat...    311:14          216:2 217:2     267:7,17
      260:7 268:9   300:16          replicate       222:17,18       268:3,6,10
      276:2,19      regular          265:9 266:17   223:7,12,22     268:16,18
      281:12        285:17 286:6      266:17        224:9,14        268:21,24
      283:24          308:20        replicating     225:3,11,17     269:15,16
      285:24        regularly       253:9           226:1,5        269:19
      295:7,10,19   307:23          report          227:20          270:9,13
      302:19        regulation      206:19          228:6,15        271:5
      313:9         312:12            215:16        229:4,9,11      272:21
registering         rehabilit...      247:18,19     230:13          273:6 274:2
263:1 267:2         199:12            258:19,21     231:8,14,16     274:4,6,15
registrar           relate            259:14        235:22,23      274:23
258:8,9,23          210:25            260:12        235:24,25       275:5,7
      259:6 260:9   related         reported        236:5,11       276:14,16
      260:10,12     208:22 224:6      258:15 311:3   237:7,13,25    277:19
registration          343:19        Reporter        239:12,14      278:11,19
224:23              relates         343:3           239:21         278:25
      230:16,20     234:9 248:8     reporting       246:9,21,24    279:13,14
      231:22        relating        258:17          247:12,15      279:15,17
      241:23        309:24          represent       249:4,5,15     279:18
      243:19        relatively      202:18 204:7    249:23         282:6,11
      244:12,22     231:10            204:14        250:12,13      283:5,6,13
      245:1,10      relevant          205:6         250:17,20      283:18,21
      247:11        317:21                          251:1,3,7      284:9
                                                                    285:10,13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034047

USA_00021787

Hearing - Volume 2                                         April 7, 2009

285:14,15
286:8,19
287:3,23
288:1,4,10
288:13,16
288:23
289:4,10,16
289:23,25
290:1,5,6
290:15,17
290:18
291:2,3,17
291:18
293:8
294:22,24
296:1,22
297:9,13,19
298:13,19
298:20
299:13,16
299:18,23
315:6,7,16
316:2,6
322:22,23
323:2,5,8
323:11
324:1,5,8
324:22
325:11,23
326:2,8,13
326:19,22
327:7,11
328:7,19,20
328:21,22
329:2,4
330:4,8,12
330:15,21
330:25
331:4,7,14
331:22
332:19
**represent...**
198:1 314:19
334:22
343:7
**represented**
228:10
280:14

326:9
**representing**
200:1 216:8
217:17,24
218:17,22
255:11
300:7 302:1
302:8
304:22
305:14,16
309:8
311:25
312:4,5
317:9
320:22
332:24
341:15,19
**reproduce**
310:7
**Republican**
318:21
323:14
335:12
**Republicans**
335:9
**request**
210:22
211:15,16
214:3 310:1
310:12
343:8
**requested**
278:20
**require**
238:21
249:21
252:21
264:20
269:17
303:15
**required**
220:5 224:19
258:8
270:22
298:12
301:3
**requirement**
236:21

259:15
264:11
283:16
**requirements**
219:18
220:14
221:4
237:21
303:7,12
**requires**
220:11
236:21
250:6
258:16
259:13
**requiring**
270:2 301:4
302:22
313:18
**requisite**
282:2
**resent**
333:25
**reside**
323:3
**residence**
325:5
**residencies**
317:19
320:16
**residency**
322:15
**residents**
224:19
318:22
321:16
**resonate**
322:25
**resource**
205:3,10
**resources**
290:9
**respect**
206:18,19,25
209:16
214:3,8
334:9
**respectable**

315:3
**Respectfully**
288:10
**respond**
341:9
**responsib...**
297:16
**responsible**
273:16
295:22
302:20
**rest**
238:22
321:11
**restore**
276:11
**restriction**
210:23
**restrictions**
313:24
314:11
**restrictive**
200:3 224:24
**result**
278:5 316:25
317:4 319:8
336:21
**resulted**
220:25
324:19
**results**
300:13,20
301:15
303:14
**retain**
223:24
**retired**
275:9,12
**return**
239:1,9
**reveal**
320:15
**review**
300:23
**re-issuance**
263:15
**re-open**

274:10,14
**rhetoric**
214:9
**Richard**
332:22
**RICO**
309:21
**ride**
336:15
**right**
199:6 200:19
202:16
204:10
210:21
212:14,21
214:24
218:3,12,13
220:20
221:1,8
222:3 226:4
226:13
229:19,21
230:3,11
231:3
232:10
233:25
234:5 235:2
235:9,11,24
236:10,13
239:10
241:12
242:4,11,19
242:24
244:25
245:6
250:17
254:23,25
255:3,17
257:15,15
258:6,7
259:16
261:12,22
262:19,25
264:12
269:18,20
270:7 271:8
274:24
281:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034048

USA_00021788

Hearing - Volume 2                                          April 7, 2009

378

288:3
289:10
290:14
294:8,9
296:19
297:13,19
298:13
304:3 310:2
311:12
312:7
318:13
328:10
329:11
335:4
**rights**
206:18,19
207:8 210:3
210:5
219:16,16
318:12
333:12
**riot**
238:14
**risk**
220:19
257:12
**road**
293:12
**roadway**
202:1
**Rodriguez**
343:3 344:4
**roles**
231:23
**roll**
280:20
321:23
**rolls**
229:3 257:22
257:24
258:5 259:7
260:17
267:4,5
273:13
**Roman**
229:7
**room**
222:7,12,14

252:22
277:24
314:18
**ropes**
200:4
**roughly**
250:21 295:8
295:12
**roving**
278:9
**Roy**
200:13 322:4
**rule**
223:23
**rules**
224:24
229:15
340:20
**run**
201:25
269:22
293:21,22
293:23,24
315:3 323:5
333:12
334:4
**running**
231:11
273:19
323:9
327:15
**run-in's**
323:12,13
**rural**
315:22
**Rusty**
317:8,11

**S**

**sacred**
294:7
**sacrifice**
301:11,13
**safe**
240:5 311:20
**safeguards**
300:14

**safety**
223:6 276:7
276:22
**sake**
230:5
**Sam's**
282:20,22
**San**
305:8 307:25
**sanctifies**
282:18
**sanctity**
276:12 284:4
**satisfaction**
308:7
**satisfying**
199:10
**save**
254:15
262:15
280:18
289:13
**saved**
253:8
**saying**
214:20 228:1
236:13
249:23
250:3,13,16
250:18
255:6
267:18
268:5,10
282:6 296:8
299:1
305:25
325:24
**says**
221:24
226:24,24
227:1,3
231:17
242:25
243:6,8,11
246:7
249:18
251:21
254:17,21

254:22,24
255:1 259:8
260:4
261:17
269:3
276:17
279:25
280:7,8
283:22
284:24
288:14
294:13
308:12
**SB**
300:12
**scan**
268:8
**scanner**
269:17
**scared**
201:25
**scenario**
255:13
**school**
199:15,17,23
205:25
226:24,25
309:2,3
312:5,9,15
313:9,22
314:22
**scratching**
278:23
**script**
229:8
**scrutinous**
252:11
**seats**
222:12
**second**
240:22 244:8
246:4
256:25
257:5
308:24
332:9
**secondary**
231:25

**secrecy**
211:1
**secret**
210:20
**Secretary**
229:14
258:17,20
258:21,25
259:10
260:2 276:5
276:18,21
277:1,8,20
277:22
278:12,15
279:20
280:2,9,13
280:23
281:16
283:14,22
284:22
287:13
290:14
294:13
295:4
327:24,25
328:13
**secrets**
338:1
**section**
276:20
**secure**
244:14 247:4
247:5,15,16
248:11
254:8
261:16
262:3 263:3
263:17
264:22
265:4,7,14
265:16,23
266:6,7,10
275:22
294:14
318:2
**securely**
240:22
**security**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006907

TX_00034049

USA_00021789

Hearing - Volume 2                                    April 7, 2009

379

| | | | | |
|---|---|---|---|---|
| 221:22 | 337:23 | 244:14 | 333:13 | **sheriff** |
| 227:2 237:1 | 341:18 | 254:16 | **seriously** | 255:3 |
| 241:24 | **seeing** | 261:16 | 229:12 | **shift** |
| 243:2 245:9 | 218:25 296:9 | 269:3 273:8 | 264:12 | 296:2 |
| 245:10,16 | **seek** | 278:9 | 271:1 | **shop** |
| 246:2,13,25 | 250:23 304:4 | 280:11 | 272:20 | 269:21 |
| 247:14 | **seemingly** | 282:1 | 306:15 | **short** |
| 249:21 | 312:21 | 284:12 | **served** | 199:25 |
| 251:18 | **seen** | 292:17 | 291:1 301:9 | 317:22 |
| 254:6,6 | 212:13 213:8 | 335:18 | **service** | **Shorthand** |
| 262:4 264:2 | 232:7 | **sending** | 307:8 333:19 | 343:3 |
| 264:21 | 320:24 | 261:15 | **SERVICES** | **shorthanded** |
| 265:20,25 | **segment** | **sends** | 344:6 | 293:23 |
| 267:13 | 204:7 291:10 | 251:18 | **serving** | **shot** |
| 270:3 | **selective** | **senior** | 327:8,12 | 227:16 |
| 285:22 | 319:19 | 342:13 | 328:8 | 306:12 |
| 295:11 | **senate** | **seniors** | **session** | **show** |
| 309:14 | 202:10 205:3 | 306:21,21 | 205:11 | 215:1 217:11 |
| 313:12 | 208:5 | 307:11,13 | 334:19 | 218:11 |
| 318:20 | 216:10 | 313:22 | **set** | 220:23 |
| 327:4 | 217:12,18 | **sense** | 292:3 | 236:21 |
| 329:10 | 218:12 | 222:6 242:14 | **sets** | 237:3 |
| **see** | 219:7 | 275:16,17 | 242:13 | 238:10 |
| 203:17 207:9 | 231:17 | 276:10 | **sex** | 241:24 |
| 216:5 | 238:11,13 | 279:1 | 303:23 | 243:12,16 |
| 222:11,11 | 238:13,20 | 295:24 | **sexual** | 243:23 |
| 225:12 | 238:23,25 | 335:25 | 211:10 | 254:24 |
| 227:20 | 239:9 264:6 | **sensible** | **Shack** | 257:12,13 |
| 228:15,18 | 292:21 | 281:6 282:8 | 299:10 | 261:20 |
| 229:22 | 297:20 | 286:10 | **share** | 268:9 |
| 238:9 241:7 | 298:1,12 | 287:9 | 199:2,25 | 269:13,21 |
| 242:23 | 300:3,3,8 | **sensibly** | 216:17 | 282:14,15 |
| 248:7 261:8 | 302:14 | 282:4 | 302:24 | 282:15 |
| 262:4 | 310:2 | **sensitive** | 304:7 | 285:6 |
| 266:15 | 316:21 | 340:10 | **shared** | 289:19 |
| 277:22 | 317:8,13 | **sent** | 200:7 | 293:17 |
| 278:16 | 334:18 | 278:21 310:1 | **sharing** | 304:19 |
| 291:24 | 340:9 | 324:14,17 | 200:14 | 306:9,10 |
| 295:8 | 341:15,21 | **sentence** | **Sharp** | 310:13,15 |
| 297:10 | 342:2 | 331:20 | 246:16 | 317:19 |
| 298:6 | **senator** | **separate** | **sheet** | 341:14,21 |
| 301:23 | 287:1 299:25 | 221:19 230:8 | 300:21 305:1 | **showed** |
| 302:4 | 334:15 | 274:18 | 322:1,2,3 | 219:22 |
| 307:17,23 | **Senatorial** | 277:4 | **sheets** | **showing** |
| 317:15 | 305:20 | **Sergio** | 300:17,20 | 239:25 |
| 320:3 | **senators** | 318:5 | 317:20 | 268:14 |
| 327:24 | 334:22 | **serious** | 319:3 | **shows** |
| 329:25 | **send** | 296:20 | | 243:16 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034050

USA_00021790

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 16 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 8 of 239

Hearing - Volume 2                                    April 7, 2009

380

| | | | | |
|---|---|---|---|---|
| 285:21 | 229:13 | 214:1 | 254:12 | 315:8,12 |
| **shuffled** | 230:8 | **skewed** | **somebody** | 323:18 |
| 223:20 | 231:12 | 300:25 | 206:22 218:7 | **SPEAKER** |
| **sides** | 239:3 247:6 | **skinny** | 232:16,22 | 209:6,15 |
| 212:18 320:6 | 247:9 | 244:7 | 257:11,12 | 210:8 |
| 329:20 | 255:14 | **sleep** | 257:13,24 | 229:10,20 |
| **sign** | 266:12 | 337:6 | 260:5,17,18 | 229:22 |
| 240:24 | 277:24 | **slight** | 260:22 | 230:25 |
| 244:20 | **single** | 229:16 | 308:1 | 231:4 232:8 |
| 268:14 | 272:13 | **small** | 319:25 | 233:3,10,13 |
| 285:2,8 | **sir** | 200:14 | 325:12 | 233:18,21 |
| 308:12 | 204:5 208:2 | 228:19 | **someone's** | 234:1,6,15 |
| **signature** | 210:14,20 | 231:10 | 207:7 | 234:18,20 |
| 215:18 | 211:6 | 291:10 | **soon** | 234:25 |
| 255:24,25 | 212:23 | 331:9 | 244:22 | 235:4,7,10 |
| 256:22 | 213:24 | **smaller** | 245:21 | 235:12 |
| 265:8 | 214:23 | 213:11 | **sophistic...** | 246:6,21 |
| 269:25 | 215:5 | 247:10 | 250:6,7 | 247:6,13 |
| 310:14 | 216:15 | **smarter** | **sorry** | 248:7,15 |
| **signed** | 217:4,13 | 296:11 | 200:18 | 268:7,20,23 |
| 255:19,21 | 219:9 | **Smith** | 203:23 | 278:22 |
| 256:3 | 299:16 | 332:18,19 | 209:9 | 283:4 |
| 304:24 | 319:20 | **social** | 235:25 | 286:17,19 |
| 309:24 | 320:8 321:9 | 219:14 | 236:1 | 286:22,23 |
| **significant** | 323:10 | 221:22 | 302:24 | 287:15,19 |
| 223:18 246:7 | 326:11 | 227:2 237:1 | 307:4 | 287:21,25 |
| 250:4 | 330:14,20 | 241:24 | 315:16 | 288:3,5,12 |
| 303:16 | 336:11 | 285:22 | **sort** | 288:15,20 |
| **signing** | **sit** | 295:11 | 229:15,16 | 289:2,6,11 |
| 319:24 322:1 | 238:21 | 313:12 | 236:12 | 290:4 294:5 |
| **signs** | 273:14 | **society** | 264:11,13 | 294:23,25 |
| 327:21 | **situation** | 199:6 | 267:17 | 295:25 |
| **sign-in** | 201:9 209:13 | **sole** | 283:2 288:8 | 296:18 |
| 300:17 | 298:2 | 311:5 | 336:21 | 297:2,14,20 |
| 317:20 | **six** | **solution** | **sorts** | 304:15,24 |
| 319:3 322:1 | 262:19 263:5 | 261:8 269:16 | 275:11 | 305:4,8,12 |
| 322:2,3 | 263:6 | 272:21,25 | **sounds** | 307:7,13,16 |
| **similar** | 287:18 | 273:4,16,17 | 227:17 | 308:8,16,19 |
| 235:2 239:15 | 291:2,3 | 273:20,23 | **sour** | 309:6 |
| 280:10 | 299:4 | 290:23 | 334:13 | 316:15 |
| 282:5 296:4 | 317:13,14 | 291:14,25 | **source** | 332:3 |
| 296:8 | **size** | 292:1 293:1 | 268:1 | **speaking** |
| **simplicity** | 241:14,17 | **solutions** | **Spanish** | 205:2 209:21 |
| 230:4 | 290:2 | 261:3 | 308:14 | 342:9 |
| **simply** | 296:10 | **solve** | **speak** | **specific** |
| 210:11,22 | **sized** | 275:17 | 210:13 | 207:22 209:8 |
| 211:15 | 246:23 | 277:13,16 | 232:15 | 210:11,12 |
| 213:8,8 | **skepticism** | **solves** | 301:21 | 317:17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006909

TX_00034051

USA_00021791

Hearing - Volume 2                                April 7, 2009

381

| | | | | |
|---|---|---|---|---|
| **specifically** | 229:16 | 279:9,20 | 221:8 227:4 | 199:24 |
| 207:11 208:6 | **standards** | 280:9,13,16 | 228:24 | 203:22 |
| 237:14 | 226:12 231:7 | 280:20,22 | 233:10 | 264:11,15 |
| **specifics** | **standing** | 280:23 | 240:23 | 309:1 |
| 320:25 | 314:4 | 281:1,14,17 | 273:19 | **street** |
| **spelled** | **Star** | 281:22 | 282:23 | 240:4,17 |
| 234:10 | 246:11,12,18 | 282:25 | 291:23 | 248:3,5,13 |
| **spelling** | 253:5,6,9 | 283:22 | 308:23 | 325:2 343:9 |
| 221:15 | 256:9 | 284:3,23 | **statewide** | 343:16 |
| **spend** | **start** | 286:11 | 231:10 | **strictly** |
| 223:25 242:5 | 257:13 | 287:13 | 280:10 | 225:8 |
| 246:1 | 262:21 | 290:10 | 295:7 | **striking** |
| 294:18 | 263:3 338:8 | 291:22 | **State's** | 266:4 |
| 299:10 | **started** | 292:21,21 | 229:14 280:2 | **stringent** |
| 306:16 | 293:9 335:8 | 292:21 | 280:23 | 229:1 |
| **spending** | **starting** | 293:10 | 283:14 | **strip** |
| 241:21 | 298:21 | 294:13 | 290:14 | 240:24 243:1 |
| 245:17 | **starts** | 295:4 296:3 | 327:25 | 243:6 |
| **splitting** | 237:23 | 300:9 | 328:13 | 244:16 |
| 221:19 | 247:25 | 305:15 | **station** | **strong** |
| **spot** | **state** | 307:8 | 252:24 | 257:2 |
| 233:5 | 202:25 205:5 | 309:10,16 | **statute** | **strongest** |
| **spread** | 208:16 | 311:7 312:1 | 259:8 | 212:25 |
| 299:4 | 209:3 | 313:1,5 | **stay** | **strongly** |
| **squandered** | 216:10 | 314:3 317:9 | 336:5 | 212:2,4 |
| 301:13 | 217:20 | 318:25 | **stayed** | **structure** |
| **stack** | 219:3,21 | 319:11 | 317:15 | 264:10 |
| 316:16 | 241:4,11,20 | 320:7,10,11 | **stays** | 267:12 |
| 332:13 | 242:2,3,5 | 321:5 | 330:10 | **struggling** |
| **staffers** | 245:17 | 323:19 | **stealing** | 297:3 |
| 263:13 | 246:8 | 326:20 | 256:7 | **Stuart** |
| **stamp** | 251:18,19 | 327:24 | **step** | 310:11,17,18 |
| 246:14 | 251:20 | 330:22 | 310:2 313:23 | **Stuart's** |
| 254:24,25 | 253:10 | 331:8 | **steps** | 310:13,15 |
| 269:20 | 258:18,20 | 332:21 | 204:9 213:5 | **student** |
| 284:15 | 258:21,25 | 334:15 | **sticking** | 312:5 |
| 288:16,23 | 259:10 | 335:3,4,11 | 252:23 | **students** |
| 288:24 | 260:2 | 335:13,17 | **Stinett** | 199:15,21 |
| **stamped** | 261:15 | 342:1,5 | 322:4 | 312:9,14,23 |
| 288:7,11,20 | 269:2,2,4,4 | 343:2,4 | **stolen** | 313:1,4,14 |
| **stamping** | 269:14 | **stated** | 264:8 297:24 | 313:19,21 |
| 288:5 | 271:6,11,17 | 310:11,18 | 311:14 | 314:23 |
| **stand** | 272:2 273:3 | 313:5 | **stopped** | **studies** |
| 206:22 | 276:5,7,18 | **statement** | 247:25 | 220:21 232:2 |
| **standard** | 276:21,22 | 212:7,25 | **store** | **study** |
| 293:3 | 277:1,8,20 | 213:9,13 | 255:23 270:1 | 232:4 306:17 |
| **standardi...** | 277:22 | **states** | 275:15 | **studying** |
| | 278:13,15 | 220:8,24 | **story** | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006910

TX_00034052

USA_00021792

Hearing - Volume 2                          April 7, 2009

382

| | | | | |
|---|---|---|---|---|
| 309:14 | suing | 246:13 | 301:23 | 291:8 |
| **stuff** | 318:10 | 247:22 | 304:25 | **taught** |
| 245:14 | **Suite** | 255:5,7 | 307:11 | 199:15 |
| 256:11 | 344:6 | 256:12 | 309:18 | **tax** |
| 269:13 | **support** | 270:1 | 319:14,16 | 304:1 |
| 271:15 | 299:2 300:12 | **swiping** | 319:16,18 | **taxpayer** |
| 279:9 | 302:10 | 248:21 | 329:10 | 217:17 |
| 282:24 | 329:19 | **switched** | 332:8,10 | **taxpayers** |
| 293:9 321:3 | **supported** | 221:18 | **taken** | 319:8 |
| **subject** | 327:18 | **sworn** | 213:5 233:23 | **teacher** |
| 205:18 | **supposed** | 309:18 | 234:3 286:5 | 199:16 |
| 207:16,23 | 257:18,19,21 | **system** | 343:21 | 275:10 |
| 209:12 | 258:15,24 | 226:14,15 | **taken-for** | **teachers** |
| 210:2 211:1 | 259:20 | 239:23 | 199:3 | 275:9,12 |
| 292:15 | 328:9 | 248:1 | **takes** | **teaching** |
| **subjective** | **suppress** | 249:14 | 199:2 252:18 | 199:23 |
| 303:5,5 | 251:2 273:18 | 251:9 253:7 | 252:21 | **tech** |
| **submitted** | **suppressing** | 256:8 258:7 | 271:1 296:4 | 232:4 249:6 |
| 343:14 | 251:13 | 258:14 | 322:19 | **technical** |
| **subsection** | **suppression** | 262:4 | 340:4 | 249:6 320:1 |
| 234:11 | 273:25 | 280:10 | **talk** | **technical...** |
| 279:25 | **sure** | 313:9,14,16 | 207:5 213:6 | 232:17 |
| 294:25 | 201:5 207:20 | 313:17,25 | 215:19 | **technically** |
| **successes** | 208:21,25 | 342:11 | 232:16 | 209:21 |
| 303:23 | 209:6 211:4 | **systems** | 255:3 | 226:12 |
| **successful** | 214:9 | 226:16 256:8 | 257:19 | 312:7 |
| 291:22 293:4 | 234:13,15 | | 259:6 | **technology** |
| 323:8 | 242:7 257:1 | _____ | 280:24 | 249:9,13 |
| **sucker** | 259:7,25 | **T** | **talked** | 253:10 |
| 290:13 | 267:14 | **take** | 279:6,7,19 | 256:14 |
| **sudden** | 272:3 279:1 | 199:3 200:9 | 280:13 | 266:4 282:9 |
| 202:4 | 293:19,20 | 201:22 | 283:1 299:8 | 282:25 |
| **sued** | 297:4 | 204:9 210:1 | 313:2 | 296:4,11,17 |
| 337:14 | 320:21 | 213:13 | **talking** | 310:6 |
| **sufficient** | 330:18 | 220:13 | 208:21 226:8 | **teeth** |
| 236:17 | **surname** | 228:21 | 226:8,9 | 252:2 |
| 271:10 | 234:22 | 238:24 | 264:9 275:9 | **telephone** |
| 272:14 | **surrounding** | 240:2,12 | 275:13 | 250:11 |
| **suggest** | 220:18 | 242:24 | 280:6 | 263:18 |
| 298:17 | **survey** | 251:25 | 287:16 | 266:13 |
| **suggested** | 219:20 | 257:22 | 295:15 | **tell** |
| 210:7 302:22 | **survives** | 262:10 | 312:25 | 199:11 211:4 |
| **suggesting** | 224:21 | 263:5 | **talks** | 218:4 |
| 261:15 | **sway** | 264:12 | 249:16,17 | 219:11 |
| 277:13 | 200:15 | 272:20 | 294:25 | 228:8 |
| 282:7 | **swear** | 278:14 | **tallied** | 243:15 |
| **suggestion** | 281:23 286:3 | 279:9 282:1 | 300:19 | 253:14 |
| 225:18,20 | **swipe** | 286:25 | **target** | 257:21 |
| | | 299:11 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006911

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 19 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 9 of 239

Hearing - Volume 2                                          April 7, 2009

383

| | | | | |
|---|---|---|---|---|
| 258:1 | 308:2 318:3 | 274:14 | 286:11 | 290:3 293:6 |
| 261:13 | 321:15 | 291:9,21 | 290:11 | 296:24 |
| 267:10 | 330:17 | 292:7 297:4 | 291:6,23 | 299:18,23 |
| 278:8 | 333:5 | 297:22 | 292:4 293:6 | 299:25 |
| 292:20 | **testify** | 298:14,16 | 302:9,16 | 301:16,19 |
| 293:10 | 207:8,22 | 301:19 | 303:1,13 | 304:7,9,12 |
| 302:1 | 208:4 209:1 | 304:10,13 | 304:5 305:9 | 304:14,15 |
| 305:16 | 216:10 | 309:6 | 309:13,16 | 305:4,17 |
| 309:1,11 | 218:21,24 | 311:18,20 | 312:25 | 307:2,2,4,5 |
| 312:2 319:4 | 222:14,19 | 315:1 | 317:12 | 307:8 309:6 |
| 328:2 | 238:19,20 | 319:10 | 318:5,6,10 | 309:7 |
| 329:18 | 274:9 | 320:13,14 | 318:18,23 | 311:17,19 |
| 333:14 | 301:23 | 329:22 | 319:11,12 | 311:23 |
| **telling** | 316:24 | 335:16 | 320:10,11 | 314:25 |
| 258:25 314:3 | 317:3,13,17 | 341:12 | 323:4,19 | 316:14,14 |
| 314:5,9 | 317:23 | **tests** | 324:12,14 | 316:15 |
| 315:24 | 322:9 | 271:18 304:1 | 326:10,20 | 319:20 |
| **tells** | 324:20 | **Texan** | 333:23 | 332:1 336:1 |
| 243:15,15 | 328:24 | 335:7 | 335:22 | 336:4 |
| 247:24 | 329:4 | **Texans** | 342:8 343:2 | 341:11,11 |
| 292:13,13 | 339:24 | 270:16,20,22 | 343:4,6,10 | 342:12 |
| **temporary** | 342:2 | 285:21 | 343:17 | **thanks** |
| 303:17 | **testifying** | 295:20 | 344:4,7 | 286:14 |
| **temptation** | 208:19 210:3 | 335:2,3 | **thank** | 302:23 |
| 321:6 | 216:9 | **Texarkana** | 201:3 204:4 | 307:13 |
| **ten** | 217:17 | 309:13 | 204:11,13 | 316:11 |
| 199:16,22 | 219:7 | 310:23 | 204:15,16 | **thing** |
| 253:15,19 | 238:10 | 311:20,21 | 204:19,21 | 211:13 221:2 |
| 273:8 284:7 | 300:7 | 317:12 | 205:7 | 242:25 |
| 285:4,6,10 | 301:20,22 | 318:10,18 | 207:19 | 244:25 |
| 285:11 | 304:17,20 | 320:7 | 208:11,12 | 245:13 |
| 286:25 | 309:9 317:8 | 321:13 | 216:2,5,6,7 | 246:4,18 |
| 335:8 | 329:8 333:1 | 323:4,6 | 216:25 | 252:6,8 |
| **tend** | 333:2,3 | **Texas** | 217:9,14,15 | 253:13 |
| 224:3 | 341:15,22 | 198:1 202:25 | 217:20 | 254:5 255:9 |
| **tension** | **testimony** | 217:8 218:2 | 218:9,14,15 | 256:11 |
| 265:25 | 202:22 | 229:22 | 219:10 | 257:1 |
| **term** | 204:17 | 237:16 | 222:18 | 263:15 |
| 320:1 | 205:16,17 | 241:5,11,20 | 229:9 | 268:19 |
| **terms** | 208:6 | 242:1 244:9 | 234:18,19 | 275:18 |
| 215:16 | 210:11,18 | 245:18 | 237:25 | 277:6 |
| 246:22 | 212:22 | 251:18,19 | 238:4,5 | 278:12 |
| 319:13 | 234:18 | 251:21 | 239:14,21 | 279:1,4,25 |
| **terrific** | 238:25 | 253:10 | 274:3,4 | 281:13 |
| 315:2 | 250:21 | 269:14 | 275:8 | 284:12,14 |
| **testified** | 258:2 | 271:6,11,17 | 279:15 | 285:2 |
| 205:14 281:9 | 270:19 | 282:25 | 282:11 | 288:18 |
| 307:16 | 271:24 | 284:3 | 286:14 | 290:19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034054

USA_00021794

Hearing - Volume 2                                  April 7, 2009

384

| | | | | |
|---|---|---|---|---|
| 292:18 | 226:5,16 | 294:19 | **thousand** | 244:19 |
| 299:9 | 227:16 | 295:24 | 281:10,11 | 246:20 |
| 312:13,15 | 228:9,19 | 296:7,10,13 | 293:13 | 250:2 256:6 |
| 313:6,8 | 229:25 | 296:14,17 | **thousands** | 261:5 263:8 |
| 316:6,18 | 230:6,11,14 | 296:18,22 | 199:21 | 266:23 |
| 319:18 | 230:24 | 297:2,8,15 | 239:24 | 269:5 |
| **things** | 231:5,7,19 | 297:24 | 242:7 246:1 | 271:21 |
| 199:1,9 | 231:20 | 298:3,8,9 | 246:2 | 274:22,24 |
| 203:4 212:1 | 232:4,10 | 298:21 | 293:15 | 275:4 |
| 212:17 | 233:13,15 | 301:7 305:1 | 319:9 | 281:16 |
| 214:1 | 235:13 | 306:3,3,6 | **threatened** | 282:5,20 |
| 219:25 | 236:14,16 | 306:12,14 | 324:24 325:8 | 290:7 |
| 220:2 227:8 | 237:7,10,11 | 306:17,18 | 325:12,13 | 299:19 |
| 241:16,18 | 237:16 | 307:2 308:1 | 325:15,18 | 300:1,5 |
| 242:1,13 | 239:25 | 308:16 | 325:20 | 301:23 |
| 245:8 | 246:22 | 312:17,19 | **three** | 303:16 |
| 248:22 | 249:7 250:4 | 313:1 | 226:16,17 | 305:18 |
| 249:7 252:4 | 250:5,20 | 314:22 | 227:8 235:3 | 306:6,7 |
| 252:10 | 251:3,4,5,7 | 315:20 | 249:1 | 315:8 |
| 254:5 256:3 | 251:8,9,11 | 316:6 | 256:16 | 321:21 |
| 261:4 | 251:12,13 | 319:16 | 264:8 | 328:12 |
| 262:14 | 251:14 | 329:20 | 275:10,19 | 330:11 |
| 270:10 | 252:5 | 330:16 | 294:21 | 333:4 334:9 |
| 272:17 | 261:18 | 331:8,12 | 318:8 | 336:5 |
| 282:11,13 | 262:13,20 | 333:14,15 | 319:21,22 | 341:13,17 |
| 285:16 | 266:3,6,9 | 335:25 | 319:22 | 341:23 |
| 289:7 296:8 | 267:11,24 | 336:3 | 336:19 | **times** |
| 302:3 | 270:11,15 | 339:23 | **throw** | 200:20 211:7 |
| 317:21 | 270:15,17 | 340:3,6 | 238:14 | 211:8 223:1 |
| 335:13 | 270:19,25 | **thinking** | 290:13 | 225:1 |
| 339:18 | 272:11 | 232:23 | 302:2 | 228:12 |
| **think** | 273:5 | 275:18 | **time** | 288:11 |
| 200:15 | 274:12 | **thinks** | 200:21 205:1 | 293:22 |
| 202:14 | 276:10,16 | 297:20 | 206:20 | 308:1,4 |
| 203:15 | 277:1 | **thins** | 211:13 | **TiShen** |
| 204:8,21 | 278:11 | 316:18 | 212:3 216:8 | 227:3 |
| 208:8 210:6 | 279:5 281:6 | **third** | 218:16 | **Toby** |
| 211:1 | 281:7,12 | 253:15,21 | 220:4,12 | 281:9 |
| 212:20 | 282:3,8,17 | 255:9 257:4 | 221:15 | **today** |
| 214:8,14 | 282:24 | 257:9 | 223:2 | 200:1 202:22 |
| 215:18 | 285:16,20 | 258:16 | 224:15 | 204:4,13,17 |
| 218:10 | 285:25 | **thorough** | 227:7 | 204:22 |
| 222:8,11 | 289:20 | 267:21 | 233:23 | 207:20 |
| 223:15,16 | 290:7,8,9,9 | **thought** | 238:12 | 215:12 |
| 223:16 | 290:10,24 | 203:4 261:2 | 239:11 | 216:17 |
| 224:1 | 290:24 | 290:7 | 240:8,9,10 | 238:17 |
| 225:12,15 | 291:25 | 306:13 | 240:25 | 240:12 |
| 225:22 | 292:2,25 | 334:15 | 243:18 | 253:17 |
| | 293:3,11 | | | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034055

USA_00021795

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 21 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 11 of 239

Hearing - Volume 2                                    April 7, 2009

385

| | | | | |
|---|---|---|---|---|
| 254:3 275:9 | 240:22 | 218:6 | 201:5 203:22 | 337:3,10,13 |
| 298:7,11 | **transcribed** | **truck** | 205:23 | 337:17,22 |
| 302:10 | 198:13 | 299:9 | 206:14,17 | 338:6,10,13 |
| 314:17 | 228:14 | **trucks** | 226:16 | 338:20 |
| 316:19,20 | 343:8,11 | 299:8 | 227:12 | 339:1,6,9 |
| 317:14 | **transcript** | **true** | 233:18 | 339:15 |
| 319:4 329:8 | 343:14 | 214:17 | 238:16 | 340:1,4,13 |
| 329:13 | **transcrip...** | 234:20 | 242:13 | 340:16 |
| 330:23 | 221:16 | 268:23 | 245:3,8 | 341:10 |
| **Today's** | **transcripts** | **truth** | 250:5 252:4 | |
| 310:6 | 226:24 | 214:21 | 253:15,18 | **U** |
| **told** | **translite...** | **try** | 271:1,25 | **Uh-huh** |
| 239:5 326:13 | 221:13 | 226:18 | 272:4 278:7 | 200:22 |
| **tongue** | 227:15 | 255:22 | 282:13 | **ulterior** |
| 236:9 | **translite...** | 289:13 | 283:16 | 288:8 |
| **top** | 221:23 227:5 | 314:23 | 284:24 | **ultimately** |
| 225:21 233:8 | 228:13 | 321:10 | 291:4,18,25 | 268:11 294:5 |
| **torture** | 232:25 | 332:9 | 293:1 298:2 | **uncle** |
| 334:10 | **translite...** | **trying** | 298:22 | 321:16 |
| **tossed** | 226:9,11,14 | 211:4 214:8 | 316:11 | **undermine** |
| 223:13 | 226:14,17 | 214:14 | 334:1,6 | 209:2 |
| **totally** | 227:13 | 231:20 | 338:20 | **understand** |
| 245:19 | **transposing** | 236:2,5 | **type** | 202:7 205:12 |
| **touch** | 230:8 | 251:11 | 203:21 224:1 | 207:21 |
| 306:22 | **travel** | 258:5 | 225:21 | 209:7 211:5 |
| **Touche** | 311:20 | 264:13,15 | 236:23 | 211:18 |
| 224:14 | **TRAVIS** | 273:19,20 | 249:25 | 212:12,14 |
| **tough** | 343:1 | 287:8,9 | 317:21 | 212:20 |
| 340:25 | **tread** | 291:8,13 | 321:12 | 213:3,5,10 |
| **tougher** | 200:4 | 294:4 312:8 | 341:5 | 213:12 |
| 262:5 | **treated** | 313:9,15,19 | **types** | 214:19 |
| **town** | 199:12 | 313:21 | 206:8,24 | 219:3 226:2 |
| 240:11 321:2 | **treatment** | 320:23 | 224:6 | 229:13 |
| 331:9 | 212:9 | 323:23 | 234:16 | 242:4 246:7 |
| **track** | **trial** | 338:18 | 303:10 | 246:22 |
| 225:1 246:17 | 328:23 | **turn** | **typically** | 252:14 |
| 258:13 | **trick** | 255:23 | 226:11 231:4 | 257:1 |
| 262:11 | 332:17 | 281:25 | **Tyson** | 260:22 |
| **tradition** | **tricky** | 290:16 | 332:5,5,5,6 | 264:3 283:8 |
| 224:18 | 266:5,5 | 302:14 | 332:7,8,11 | 288:3 |
| **trail** | **tried** | 327:1 | 332:14,18 | 291:17 |
| 310:9 | 240:10 264:3 | **turned** | 332:22,22 | 303:18 |
| **train** | **trillions** | 318:6 | 332:24 | 314:12 |
| 303:16 | 240:21 | **twice** | 333:2,7,11 | 333:12 |
| **training** | **troops** | 321:10 | 333:17 | 334:11 |
| 306:21 | 301:10 | **twin** | 336:2,8,11 | 338:14 |
| **transactions** | **trouble** | 318:18 | 336:14,19 | 343:12 |
| | | **two** | 336:23,25 | **understan...** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034056

USA_00021796

| | | | | |
|---|---|---|---|---|
| 210:16 | 329:12 | 230:18 | 324:1,5,8 | violation |
| 233:21 | upheld | usually | 324:22 | 326:6,6 |
| 274:7 | 319:7 | 201:19 | 325:11,23 | violations |
| 338:24 | uphold | utility | 326:2,8,13 | 205:22 |
| understan... | 309:18 | 313:12 | 326:19,22 | 318:12 |
| 232:14 | upholding | utilize | 327:7,11 | violent |
| unfair | 309:23 | 249:13 | 328:7,20 | 325:10 |
| 211:12 | upside | U.S | 329:2 330:4 | voice |
| unfamiliar | 250:9 288:19 | 233:14 | 330:8,12,15 | 311:11 |
| 221:17 | use | 241:25 | 330:21,25 | voiced |
| unfortunate | 201:14 202:8 | | 331:4,7,14 | 288:7 |
| 206:9 | 202:11 | | 331:22 | volume |
| UNIDENTIFIED | 221:20,23 | **V** | vehicle | 281:2 |
| 217:19 | 226:10,21 | VA | 202:5 292:9 | volunteer |
| 218:18 | 230:15,19 | 337:1 | vehicles | 333:22 |
| uniform | 235:10 | vacant | 318:25 | volunteered |
| 303:19 | 236:23 | 317:18 | verification | 333:19,19 |
| uniformly | 237:1 240:7 | valid | 241:22 256:1 | vote |
| 303:13,20 | 240:7,10 | 236:16 | verified | 201:11,13,15 |
| unique | 241:1 | 266:21 | 276:3 | 202:9,11 |
| 256:12 | 243:20 | 339:3 | verify | 204:10 |
| 265:14 | 247:8,22 | validate | 242:7 | 219:20 |
| United | 248:3,9,13 | 244:13 | verifying | 220:21 |
| 220:8 227:4 | 249:2 | validated | 245:6 319:2 | 221:8 222:3 |
| 233:10 | 250:10 | 300:17,20 | versus | 229:3 |
| 240:22 | 254:19 | validating | 228:5 | 230:22 |
| 282:23 | 256:2,9,10 | 245:5 | veteran | 231:5 |
| 291:23 | 256:12 | validity | 301:9 | 236:25 |
| 308:23 | 267:25 | 301:15 | Veterans | 242:3,9,18 |
| universities | 268:4 | validly | 338:7,11 | 243:1,6,12 |
| 293:15 | 269:20 | 281:12 | 339:6 | 243:13,13 |
| university | 271:7,16 | valley | Vice-Pres... | 243:17,20 |
| 202:25 298:8 | 276:19 | 212:8,14 | 312:24 | 244:19 |
| unjust | 277:6 279:4 | 213:11 | video | 245:3,19 |
| 303:20 | 282:22 | 217:7 | 215:13,15 | 247:22,23 |
| unnecessary | 283:24 | valuable | Vietnam | 248:10 |
| 302:16 304:6 | 284:1,23 | 223:14,16 | 301:10 | 251:14,22 |
| unpack | 286:1 288:1 | 292:12 | Vietnamese | 252:8,22,24 |
| 290:19,20 | 293:2 | variety | 237:15 | 254:12,18 |
| unquote | 295:16,17 | 267:2 | view | 254:20,23 |
| 226:21 | 296:5 301:3 | various | 206:24 294:6 | 254:24 |
| unreasonable | 306:21 | 220:23 221:5 | 295:20 | 255:14 |
| 272:15 | 326:2 | 222:2 | 302:24 | 257:7 260:7 |
| 297:17 | useful | 226:16 | views | 260:19 |
| untrue | 252:2 | Veasey | 304:8 314:17 | 261:14,18 |
| 214:17 | useless | 322:22,23 | 316:19 | 263:9 |
| upgrade | 267:20 | 323:2,5,8 | violated | 264:12 |
| | uses | 323:11 | 318:14 | 268:9,12 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034057

USA_00021797

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 23 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 13 of 239

Hearing - Volume 2                                            April 7, 2009

387

| | | | | |
|---|---|---|---|---|
| 269:4,12 | 254:24 255:2 | 285:23 | 302:19 | 302:11 |
| 270:15,17 | 261:25 | 288:8,20 | 303:13 | 303:20 |
| 271:7,8,14 | 288:11,14 | 294:11,14 | 321:7 324:9 | 304:6 |
| 271:16,20 | 288:17,24 | 295:3,5,6,7 | 324:23 | 307:19,20 |
| 271:22 | 308:7 310:5 | 299:8 | 325:20 | 311:5 |
| 272:14 | 310:17 | 302:13,22 | 335:18 | 312:10 |
| 273:11 | 321:18 | 302:23,24 | 338:20 | 317:18 |
| 278:2 | **voter** | 303:7,10,25 | **voter's** | 318:17 |
| 283:25 | 211:20 | 304:5 306:9 | 275:24 276:3 | 319:2 |
| 284:4,10 | 212:11,19 | 307:17,20 | 276:9 | 320:16 |
| 285:11 | 212:19 | 310:7,15,25 | 277:14 | 322:14 |
| 286:11 | 213:1,3,7 | 311:15 | 280:15,25 | 324:10 |
| 288:6 | 213:22 | 312:16 | 283:24 | 325:2,3,4 |
| 289:12,13 | 221:9 | 314:13 | 284:11,21 | 325:18 |
| 291:15 | 228:25 | 318:23 | 285:2 | 328:15 |
| 292:13,14 | 229:2 | 319:16 | 303:11 | **vs** |
| 292:18,20 | 230:16,20 | 320:5,8,12 | **votes** | 319:11 |
| 293:21 | 231:21 | 321:15 | 251:13 | |
| 294:1,4 | 241:22 | 322:8,10,12 | 277:24 | **W** |
| 297:8,18 | 242:13,15 | 322:16 | 287:2 310:8 | **Wade-Giles** |
| 298:12 | 243:19,21 | 329:10 | **voting** | 226:13 |
| 299:5 301:1 | 244:12,22 | 333:2 | 200:2 218:7 | **wait** |
| 301:5 304:3 | 244:25 | 335:17,19 | 218:7 | 255:2 332:14 |
| 306:6,10,25 | 245:2,7,10 | 337:17,24 | 219:18 | **walk** |
| 306:25 | 247:11 | 338:16 | 232:18 | 334:24 |
| 308:4,6,9 | 248:8 | 339:19 | 235:20 | 340:17 |
| 308:20 | 250:23 | 341:20 | 237:8 | 341:4 |
| 311:1,11 | 253:12,14 | **voters** | 239:23 | **wallet** |
| 312:7 | 254:4,14,18 | 219:20,22 | 245:20 | 201:19 241:6 |
| 313:10,13 | 256:17 | 220:25 | 246:3 247:5 | 290:3 |
| 313:20,21 | 258:9 259:6 | 222:1 | 248:14 | **wallets** |
| 313:23,25 | 260:11 | 225:25 | 249:12 | 241:16,17 |
| 314:6,8 | 262:9 263:2 | 228:11 | 250:2,5,6 | **Wal-Mart** |
| 316:25 | 265:4 | 231:9 | 251:9,17 | 289:18 |
| 317:4 320:6 | 266:14,22 | 236:15 | 252:3 | **want** |
| 320:9,10 | 273:2,24 | 263:23 | 253:22 | 201:1,4,5,8 |
| 322:13 | 274:20 | 264:16 | 254:2,9 | 203:24 |
| 329:11 | 275:14,20 | 276:3,19,24 | 257:2,10,11 | 204:4,6,12 |
| 333:13,16 | 275:25 | 277:4,11,12 | 257:15,19 | 205:20 |
| 335:2,3,4,6 | 276:1,19 | 277:17 | 260:10 | 207:20 |
| 335:7 | 277:23 | 281:12 | 267:3 | 209:1,1,6 |
| 337:11 | 278:4 | 284:13,14 | 271:18 | 211:4 |
| 338:17 | 280:20 | 288:6 | 273:18 | 212:24 |
| 339:12,14 | 281:18,21 | 295:10,12 | 276:1 | 213:9 |
| 339:17,19 | 281:23,24 | 295:13 | 281:25 | 214:15 |
| 340:8,17 | 282:2,7,18 | 298:10 | 289:12 | 215:9 217:5 |
| 342:16 | 283:9,10,12 | 301:22 | 291:20 | 217:8,8,11 |
| **voted** | 283:24 | 302:9,16,18 | 294:7 301:7 | 218:20 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034058

USA_00021798

Hearing - Volume 2                                      April 7, 2009

| | | | | |
|---|---|---|---|---|
| 224:7 | 320:3 | 283:2,19 | 251:6,7 | 321:15 |
| 229:25 | **war** | 286:10 | 264:20 | **Willie** |
| 230:25 | 301:9,10 | 287:10 | 267:18 | 310:19,20,24 |
| 235:18 | **Ward** | 296:9 299:3 | 269:3 | 318:9 |
| 240:2 241:5 | 328:16 | 328:17 | 270:16,21 | 330:13 |
| 242:17,18 | **Washington** | 330:1 | 272:23 | **willing** |
| 242:20 | 219:21 | **ways** | 277:6 279:4 | 307:9 313:18 |
| 245:23 | **wasn't** | 241:7 245:3 | 284:18 | 313:23 |
| 252:16,21 | 223:13 238:7 | 304:4 | 287:8 | **willingness** |
| 254:7 260:1 | 325:20 | 313:15 | 290:19 | 309:17 |
| 266:5 | 340:25 | **weapon** | 291:8 | **Wilson** |
| 267:15 | **watch** | 279:8 | 292:15,24 | 343:8,15 |
| 268:25 | 327:16 | **wear** | 293:17 | **winded** |
| 270:24 | **watcher** | 305:18 | 295:15 | 311:23 |
| 272:25 | 309:15 | **weeks** | 296:7 | **wish** |
| 274:5,16 | 324:24 | 264:8 | 298:25 | 207:5 208:18 |
| 277:11 | 325:3,7,8 | **weird** | 299:2 305:6 | 216:10,17 |
| 279:2,3,3 | 325:10,12 | 255:22 | 305:13 | 218:3,5,11 |
| 285:16 | 325:13,14 | **welcome** | 306:19 | 238:19,20 |
| 286:9 | 325:17 | 222:13 | 312:11 | 301:23 |
| 290:18,20 | 327:8,12 | 338:15 | 314:2,12,21 | 307:9 |
| 292:22,25 | 328:9 | **well-being** | 314:24 | **wished** |
| 293:6 | **watchers** | 219:15 | 329:24 | 329:22 |
| 295:24 | 319:1 326:4 | **went** | 335:1,1,15 | **wishes** |
| 296:2,12 | 327:21 | 218:18 253:6 | 338:18 | 209:16 248:9 |
| 297:1 | 328:2 | 282:20 | **we've** | **withdrew** |
| 302:16 | 342:11 | 309:2,3 | 215:8 216:18 | 287:5 |
| 305:19 | **watching** | 318:7 | 235:16 | **witness** |
| 314:25 | 328:6 | **weren't** | 261:4 | 202:22 |
| 315:12,13 | **water** | 328:9 | 278:20 | 204:21 |
| 316:20,25 | 242:1 340:2 | **West** | 293:20 | 205:3,10 |
| 320:21 | **way** | 343:9,15 | 296:11 | 216:4 217:1 |
| 323:2 | 208:8 211:14 | **we'll** | 314:16 | 218:10 |
| 332:15 | 212:5 | 260:15 | 336:4 | 222:16 |
| 336:5,6 | 213:20 | 274:13 | **whatsoever** | 238:7 |
| 337:17 | 222:3 | 304:19,19 | 323:14 | 301:18 |
| **wanted** | 231:23 | 332:16 | 329:17 | 304:12 |
| 209:13 | 235:15 | 336:9 | **white** | 305:7,10 |
| 225:11 | 236:9 242:3 | **we're** | 219:24 236:7 | 307:6 |
| 235:15,18 | 253:1 | 203:2 208:13 | **Whitlock** | 311:19 |
| 277:2,3,4 | 258:22 | 214:8,14 | 341:23,25 | 316:14 |
| 289:7 322:9 | 260:13,15 | 229:12 | 342:4,7,7 | 319:24 |
| **wanting** | 267:13 | 238:16,23 | 342:10,13 | 321:24 |
| 215:17,19 | 269:20,25 | 239:2,3,7 | **wholly** | 322:1,3 |
| 336:6 | 270:7 | 240:1 | 206:23 | 331:16 |
| 340:11 | 271:25 | 244:12 | **wide** | 332:1,9 |
| **wants** | 272:12 | 246:10 | 340:25 | 333:4 340:7 |
| 207:22 243:4 | 276:11 | 248:21 | **wife** | **witnessed** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034059

USA_00021799

| | | | | |
|---|---|---|---|---|
| 318:21 | 290:23,25 | 316:24 | 271:19 | 331:19 |
| 320:5,22 | **worked** | 317:4 | 273:9 | **$273,000** |
| **witnesses** | 302:18 | **wreck** | 275:10,15 | 280:5,7 |
| 200:21 | 333:23 | 242:22 | 275:19 | **$300** |
| 206:12 | **worker** | **wrestling** | 286:20 | 223:25 |
| 207:4 | 237:23 | 261:4 | 287:18 | **$380** |
| 208:15 | **workers** | **write** | 289:8 | 220:13 |
| 210:1,6 | 220:14 | 203:21 | 290:25 | **$40** |
| 212:12 | 221:16 | 226:19 | 291:10 | 272:9 |
| 215:20,23 | 227:22 | 227:18 | 296:24 | **$50** |
| 238:18,19 | 228:14 | 340:14 | 299:4 | 257:7 |
| 238:23 | 229:17 | **writing** | 302:18 | **$500** |
| 239:1,2,6,6 | 231:5 | 239:24 | 305:23 | 299:10 |
| 274:8,10 | 232:12 | **written** | 307:16,21 | **$500,000** |
| 286:4 300:3 | 236:6 | 221:11 229:7 | 312:7 | 319:10 |
| 316:16 | 303:17 | 333:10 | 321:19,20 | |
| 317:7 | 324:3 326:3 | **wrong** | 333:20 | |
| **witnessing** | **working** | 242:8 266:20 | 335:8,8,19 | **0** |
| 325:4 | 290:11 307:3 | 270:10 | 335:20 | **0101** |
| **Women** | 307:8 | 310:14 | 336:19 | 233:5 |
| 301:21 302:9 | 318:16 | **wrongful** | 338:4 | **04** |
| 302:18 | 326:9 | 310:16 | **yesterday** | 318:19 |
| **won** | 328:10 | | 250:21 | **06** |
| 287:1,4,6,7 | 341:2,2 | **Y** | 291:21 | 318:19,20 |
| **wondered** | **works** | **Ybarra** | 295:17 | **08** |
| 223:12 | 206:7 257:8 | 216:8,12,13 | 317:14 | 318:20 |
| **wonderful** | 283:3 287:8 | 216:15,19 | 340:12 | |
| 291:14 322:5 | 291:5 | 216:24 | **York** | **1** |
| **Wood** | **world** | 217:3,4,10 | 232:21 | **1** |
| 213:7 | 241:20 | 217:13,15 | **young** | 250:21 |
| **words** | 245:16 | **year** | 228:16 | **1.2** |
| 333:7 | 301:8 | 205:23 | 233:24 | 295:1 |
| **work** | **worried** | 220:13 | 244:7 303:8 | **1:15** |
| 200:6 203:21 | 245:12 | 243:4 | 312:25 | 207:15 |
| 228:17,18 | 248:21,23 | 257:16 | 315:6,11,21 | **10** |
| 244:24 | 254:8 | 296:16 | **your's** | 234:4 293:13 |
| 277:8,20 | **worry** | 313:21 | 291:25 | 307:21 |
| 278:16 | 316:4 | 316:10 | **youth** | **100congress** |
| 282:10 | **worst** | 331:21 | 312:12 | 344:6 |
| 286:9 | 264:14 | **years** | | **104** |
| 287:13 | **worth** | 199:16,22 | **$** | 287:6 |
| 295:24 | 311:8,9 | 223:19 | **$10,000** | **12/31/13** |
| 304:4 | **worthless** | 234:7 | 257:7 | 344:5 |
| 312:14 | 267:10 | 236:19,19 | **$150,000** | **121** |
| 319:14 | **wouldn't** | 236:19 | 295:16 | 287:7 |
| 322:19 | 209:22 223:7 | 250:19 | **$20** | **14** |
| 339:22 | 263:4 | 262:19 | 272:9 | 219:16 |
| **workable** | 280:19 | 263:5 | **$200** | 300:23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 26 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 16 of 239

Hearing - Volume 2                                      April 7, 2009

390

| | | | | |
|---|---|---|---|---|
| **14th**<br>343:9,16<br>**15**<br>238:24 243:4<br>282:21,22<br>307:21<br>**150**<br>281:10<br>**16**<br>198:14<br>343:15<br>**16th**<br>343:24<br>**17**<br>312:6<br>**1973**<br>219:12<br>**1992**<br>309:15<br>323:14<br>**1996**<br>309:15 318:3<br>318:6 319:5<br>324:11,19<br><hr>**2**<br>**2**<br>279:25 295:2<br>297:5<br>328:16<br>**20**<br>222:8,12<br>223:19<br>286:20<br>289:8<br>307:21<br>336:25<br>**200**<br>300:21<br>**2000**<br>344:6<br>**2004**<br>318:7<br>**2008**<br>205:23 206:5<br>221:5<br>225:24<br>300:15 | **2009**<br>198:3 242:13<br>279:21<br>**2012**<br>198:14<br>343:15,25<br>**2046**<br>305:20<br>**209**<br>343:8,15<br>**23rd**<br>287:5<br>**24**<br>271:24 340:8<br>**25**<br>270:16,22<br>**250,000**<br>295:12<br>**2513**<br>275:5,19<br>276:5<br>299:15,20<br>**254**<br>281:2<br>**26**<br>305:21<br>**283**<br>344:5<br><hr>**3**<br>**30**<br>222:9,12<br>223:19<br>248:4<br>305:23<br>307:16,21<br>338:4<br>**328-5557**<br>344:7<br>**33**<br>250:19<br>**35**<br>275:15<br>**362**<br>205:4 216:10<br>217:12,18<br>218:12 | 219:8<br>238:11,13<br>238:20,23<br>238:25<br>239:9 264:6<br>300:1,4,8<br>300:12<br>302:14<br>310:2 317:8<br>341:15,21<br>342:2<br><hr>**4**<br>**4**<br>234:11<br>295:13<br>297:5<br>300:15<br>**4-8-2009**<br>343:7<br>**40**<br>307:21<br>**40s**<br>333:24<br>**400**<br>281:10<br>**400,000**<br>295:16<br>**4418**<br>239:15,19<br>243:15<br>245:15<br>246:4<br>274:17,20<br>274:22,25<br>**4421**<br>239:12<br>274:16,22<br>274:25<br>**4482**<br>254:4<br>**45**<br>203:13<br>256:20<br>**48**<br>333:24<br><hr>**5** | **5**<br>307:21<br>**5,600,000**<br>295:8<br>**50**<br>315:20<br>**50s**<br>334:14<br>**512**<br>344:7<br>**52**<br>300:15<br>**59**<br>310:5<br><hr>**6**<br>**6**<br>279:21<br>**60**<br>234:7 271:20<br>334:12<br>337:23<br>**63**<br>233:5<br>**65**<br>339:21<br><hr>**7**<br>**7**<br>198:3 287:2<br>**70**<br>234:2<br>**76**<br>337:5<br>**78701**<br>343:10,17<br>344:7<br><hr>**8**<br>**8**<br>290:25<br>293:13<br>**80**<br>337:4<br>**809,000**<br>285:21<br>295:14 | **809,041**<br>285:25<br>**81**<br>219:13<br>**8140**<br>344:4<br>**89**<br>302:18<br><hr>**9**<br>**90**<br>277:10<br>297:10<br>**94**<br>300:22<br>**98**<br>270:19<br>278:13<br>283:1 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034061

USA_00021801

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 27 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 17 of 239

345

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

APRIL 7, 2009

VOLUME 3

Transcribed by Jean Thomas Fraunhofer, CSR

April 15, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034062

USA_00021802

346

1              MS. WHITLOCK:  (Continued) If I was at a

2   nursing home, someone would take me.  I think everyone

3   should have a right to vote.  If I know there's going to

4   be an election, I get all my papers and files

5   immediately and have them ready to go and vote, and

6   everyone needs to be responsible for themselves and not

7   depend on someone else to do everything for them, and

8   we're just for good elections, and that's all we want

9   and good politics.  Thank you.

10             CHAIRMAN SMITH:  Any questions, members,

11  of Ms. Whitlock?

12             REPRESENTATIVE BROWN:  If I may comment?

13             CHAIRMAN SMITH:  Representative Brown.

14             REPRESENTATIVE BROWN:  Ms. Whitlock, thank

15  you so much --

16             MS. WHITLOCK:  Yes.

17             REPRESENTATIVE BROWN:  -- for being

18  patient with us and waiting to testify.  Yes, you've

19  been here for two days.

20             MS. WHITLOCK:  Yes.

21             REPRESENTATIVE BROWN:  You used a word

22  just now that I -- I think we don't discuss enough and

23  that was responsibility.

24             MS. WHITLOCK:  Yes.

25             REPRESENTATIVE BROWN:  You know,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034063

USA_00021803

347

1    regardless of what we do and how far we go to try to

2    make it easy for everyone, there still remains some

3    responsibility on the part of the voter.

4                 MS. WHITLOCK:  Yes.

5                 REPRESENTATIVE BROWN:  Don't you agree?

6                 MS. WHITLOCK:  Yes.  I'm sorry.  I do.

7                 REPRESENTATIVE BROWN:  I just think

8    sometimes we just feel like that we can do every -- do

9    everything for everyone --

10                MS. WHITLOCK:  We can't.  We've got to

11   be --

12                REPRESENTATIVE BROWN:  -- and it's just

13   not possible.

14                MS. WHITLOCK:  Do things for ourselves

15   once in a while.

16                REPRESENTATIVE BROWN:  That's right.

17   Thank you.

18                MS. WHITLOCK:  Okay.

19                CHAIRMAN SMITH:  Any other questions for

20   Ms. Whitlock, members?  Thank you very much.

21                MS. WHITLOCK:  Thank you.

22                CHAIRMAN SMITH:  I know you've been with

23   us for a long time.

24                MS. WHITLOCK:  Yes.

25                CHAIRMAN SMITH:  Thank you.  At this time



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034064

USA_00021804

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 30 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 20 of 239

1    the chair calls Elaine Adkison, and you're representing

2    yourself testifying against Senate Bill 362; is that

3    correct?

4              MS. ADKISON:  Yes, sir.

5              CHAIRMAN SMITH:  Give us your name for the

6    record.

7              MS. ADKISON:  Elaine Adkison.

8              CHAIRMAN SMITH:  Please proceed.

9              MS. ADKISON:  Okay.  Mr. Chairman, ladies

10   and gentlemen, thank you for letting me participate

11   today.  My name is Elaine Adkison.  I live in

12   Nacogdoches, and after the sea of red that -- that I've

13   seen today, I felt right at home.  I work on political

14   campaigns all across east Texas, and I'd like to visit

15   with you today briefly about my experiences.

16             I interact with voters and county clerks

17   and voters registrars on a daily basis.  Part of my job

18   is to persuade people to vote.  I fought voter apathy,

19   complacency, and cynicisms everyday.  Instead of

20   encouraging people to vote, this bill will proceed yet

21   another impediment to that effort.  I can assure you I

22   have heard all the excuses for not voting.  I forgot my

23   dog ate my voter registration certificate.  The most

24   dreaded for Democrats, it was raining outside or the

25   most common, my vote doesn't count.  And there have been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034065

USA_00021805

1    plenty of what in the world were they thinking moments

2    too.  You only have to participate in a recount in east

3    Texas to understand what I'm talking about with that,

4    and it just doesn't take much to confuse some voters,

5    I'll just tell you that.

6               In one county, White-Out was used on early

7    voting ballots not by the voter.  In another county,

8    electronic voting machines registered suspect results,

9    but not because of the voter.  You of -- All the excuses

10   and voting anomalies I've encountered, none included the

11   express concerns that my may be stole -- my voter

12   registration card from my mail box, down to baseball

13   cap, sunglasses and a trench coat and self-lingering

14   around polling locations and impersonating me.

15              I personally went in February to renew my

16   driver's license.  I had to pay $24.  $24.  I'm a single

17   working mother.  That's a tank of gas for me.  But I

18   paid that fee because driving's a privilege, and there

19   is a cost attached to that.  But Representative Veasey

20   is right.  Voting's a right, and that price has already

21   been paid.

22              Just today we've identified additional

23   problems not addressed by this bill and solutions

24   offered by others.  So why rush this bill to law.  Why

25   not sunset it and study the unique effects to Texas, not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034066

USA_00021806

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 32 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 22 of 239

                                                                    350

1     for other states.  We all admit there are inadequacies,

2     but this bill as it's written does nothing to address

3     those.  There has to be a reasonable solution.  I think

4     we've heard some of them today.  Thank you.

5                    CHAIRMAN SMITH:  Any questions of

6     Ms. Adkison, members?

7                    UNIDENTIFIED SPEAKER:  Just a quick one,

8     Mr. Chairman.

9                    CHAIRMAN SMITH:  Sure.

10                   UNIDENTIFIED SPEAKER:  Thank you for your

11    patience and your testimony today.  I know you've come a

12    long way.  I think you hit on something really

13    important, and I think something that no Texan really

14    can be proud of and that's that this state ranks

15    consistently in the bottom 10 percentile or the bottom

16    10 states in terms of voter participation.

17                   MS. ADKISON:  Yes, sir.

18                   UNIDENTIFIED SPEAKER:  When I sit on the

19    elections commission, I think we're going to be coming

20    up with ideas that are going to be innovative and

21    creative about how we expand the number of people that

22    come to vote because the fewer people that vote in my

23    view, the worse our democracy is functioning, right?

24                   MS. ADKISON:  Absolutely.

25                   UNIDENTIFIED SPEAKER:  And in some -- in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034067

USA_00021807

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 33 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 23 of 239

1   some places, like Venezuela, only some people are

2   allowed to vote.  The young man from China talked about

3   how only party operatives in China really control

4   elections.  But this is Texas and this is America, and

5   my view as a member of the elections committee is, yes,

6   I mean, we can discuss security, but let's talk about

7   the big issue in the room.  Do we always consistently

8   want to be with Louisiana, Mississippi in terms of the

9   states that are always bringing up the rear in terms of

10  turnout or do we want to be upfront?  Do we want Texas

11  to lead?  And some of your testimony caused me to think

12  about that again and think, you know, let's focus on the

13  big issue, the big issue of making Texas a leader in

14  voter participation.

15              MS. ADKISON:  We all want fair elections,

16  but we need to encourage participation, and I'm here to

17  tell you that -- that as this bill is written, it will

18  further diminish that participation in east Texas, I can

19  tell you.  I'm out there everyday.

20              CHAIRMAN SMITH:  Thanks for your

21  testimony.

22              MS. ADKISON:  You're welcome.

23              CHAIRMAN SMITH:  Thank you.  At this time

24  the chair calls Virginia Townsend.  You all are on a

25  roll.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006926

TX_00034068

USA_00021808

352

 1                    MS. TOWNSEND:  Good evening.

 2                    CHAIRMAN SMITH:  You're here testifying --

 3        it says you're speaking on behalf of a caring citizen.

 4        I assume you are that caring citizen?

 5                    MS. TOWNSEND:  I am the caring citizen.

 6                    CHAIRMAN SMITH:  And that you are

 7        testifying in favor of Senate Bill 362; is that correct?

 8                    MS. TOWNSEND:  Yes, sir.

 9                    CHAIRMAN SMITH:  Please state your name.

10                    MS. TOWNSEND:  I'm Virginia Townsend,

11        citizen of Hidalgo County where I've lived all my life

12        and don't want to live anywhere else.  I also am a

13        lifelong Democrat, but I'm a conservative Democrat which

14        kind of leaves me with no party right now.  I served on

15        a school board for nine years.  I've been a poll

16        watcher, I've been a clerk and I've been a judge.  And I

17        can tell you people who come in to vote who care,

18        whether they are the poor people or they are the elderly

19        people, when they are there and they are serious about

20        voting, they come prepared and they're very happy about

21        it.  They're always enthusiastic, especially this last

22        election, and everybody came and they had ID and very

23        few did not, and I can tell you that the only ones that

24        may have gotten offended are the ones who are hauled in

25        in vans or cars and told how to vote, and they're not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034069

USA_00021809

353

1   sure exactly what they're doing.  Those people may get a

2   little bit offended of having to have another -- or

3   having to have a picture ID.  Otherwise, I'm not buying

4   this that people are going to be offended or that it's

5   going to be something that's going to turn them away.  I

6   don't believe it, at least not in my experience in south

7   Texas.

8              Now, there was 14 people here that were

9   ready to tell you they live it day by day and then

10  turned away because they were afraid they were going to

11  hurt their case.  That's fine because I'm sure they want

12  to do what the Attorney General wants them to do, but

13  those are the faces of the people who are living day by

14  day with voter fraud and they could have told you

15  unbelievable stories, but they -- there was a chilling

16  effect to say no, you better not.  So they did.  They

17  went home.  But they were here ready.

18             I can tell you this is -- this is not

19  something -- as everybody is coming up and saying, there

20  isn't one case -- Well, the only reason there isn't one

21  conviction because no district attorneys have the guts

22  to do it.  Other than that, there is enough evidence.

23  It's just -- It's a political thing, and I'm so

24  disappointed to see it's between Democrats and

25  Republicans.  I'm just -- It has been a disappointment



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006928

Hearing - Volume 3                              April 7, 2009

354

1    for me to sit here in these hearings because it becomes

2    partisan, and I don't think that's right, and I think

3    it's getting away from the issue to make it partisan.

4    The issue is to make our voting more secure, so why

5    isn't there participation in Texas?  Are you kidding?

6    What do people tell you?  They tell me they do not

7    trust.  Thank you.

8              CHAIRMAN SMITH:  Okay.  And I think it's

9    clear that and I think we've even had witnesses on the

10   opposite side of this issue agree that the absence of

11   prosecution does not equate to the answer of crime.

12   Okay?  And, therefore, I'm interested in hearing what

13   you have seen.  You've testified with great conviction

14   that it occurs though it isn't prosecuted.  What --

15             MS. TOWNSEND:  No.  That is not something

16   I have seen because as a judge or a clerk, I have seen

17   people come in and do the process correctly.

18             CHAIRMAN SMITH:  Okay.

19             MS. TOWNSEND:  But I've talked to and

20   heard from the people who are down by the border who

21   live right next to Mexico who definitely have a problem.

22             CHAIRMAN SMITH:  Okay.

23             MS. TOWNSEND:  And I've listened to them

24   when nobody else would listen.  We listened because we

25   felt sorry for them because they couldn't get anyone to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006929

TX_00034071

USA_00021811

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 37 of 95

355

```
 1    listen.
 2              CHAIRMAN SMITH:  And what problems are
 3    they describing?
 4              MS. TOWNSEND:  There's people who are
 5    resident aliens who are voting because they are told to,
 6    and they are given a everything, IDs, whatever they need
 7    by the opposing party, the one that is controlling the
 8    little town.  They walk across -- One man walked across
 9    and they asked him aren't you from Mexico?  Yes, but I
10    was told to vote.  I have the papers.  When people live
11    this when, they're out there trying to clean up their
12    little town and it's just happening right in front of
13    their face and nobody is helping, that's frustrating for
14    them, enough so they came up here -- got up at 5 o'clock
15    this morning and drove up here to have somebody pay
16    attention to their problems.  But it's okay.  I mean,
17    they went back.  They understand.  I'm not sure I do,
18    but they understand.
19              CHAIRMAN SMITH:  Are you getting paid?  Is
20    this a job what you do?
21              MS. TOWNSEND:  Are you joking?
22              CHAIRMAN SMITH:  You're a volunteer?
23              MS. TOWNSEND:  My husband wishes.
24              CHAIRMAN SMITH:  So what you're doing is a
25    matter of conviction on your part as a volunteer.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034072

USA_00021812

Hearing - Volume 3                                    April 7, 2009

356

 1                    MS. TOWNSEND:  Yes.

 2                    CHAIRMAN SMITH:  Okay.

 3                    MS. TOWNSEND:  And I've been a court

 4        watcher for 30 years.

 5                    CHAIRMAN SMITH:  When you talk about

 6        conversations, is this a single conversation?  How many

 7        conversations have you had with people?

 8                    MS. TOWNSEND:  With the people --

 9                    CHAIRMAN SMITH:  Describe the kind of

10        problem that you're referring to.

11                    MS. TOWNSEND:  Oh, I don't know.  Probably

12        six or seven times.

13                    CHAIRMAN SMITH:  Okay.  All right.

14        Members, questions?  Vice-chairman Pena?

15                    VICE-CHAIRMAN PENA:  Hello, Ms. Townsend.

16                    MS. TOWNSEND:  Hello.

17                    VICE-CHAIRMAN PENA:  How are you doing?

18                    MS. TOWNSEND:  I'm okay.

19                    VICE-CHAIRMAN PENA:  Yeah, I will attest

20        that the OWLS, which is the group that you all call

21        yourselves, started as I recall watching the court

22        system down in south Texas.

23                    MS. TOWNSEND:  Yes.

24                    VICE-CHAIRMAN PENA:  You all sat in and

25        watched trials to make sure that the legal system was



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034073

USA_00021813

```
 1    above board, right?

 2                MS. TOWNSEND:  Yes.

 3                VICE-CHAIRMAN PENA:  That's how you all

 4    started?

 5                MS. TOWNSEND:  Yes, sir.

 6                VICE-CHAIRMAN PENA:  And since I live down

 7    there with you, I think I understand what you're talking

 8    about to some degree.  You are talking about the elderly

 9    from adult daycare centers who are rounded up and put

10    into buses or vans.  The talk is that some people may be

11    paid to organize them and then these senior citizens

12    are -- some of them who don't really understand really

13    fully what's going on are told to vote.  Sometimes

14    people will walk in with them to assist them because

15    their language skills may not be -- be sufficient and

16    maybe they assist in voting.

17                MS. TOWNSEND:  Yes.

18                VICE-CHAIRMAN PENA:  Right?  That sort of

19    thing?

20                MS. TOWNSEND:  M-hm.

21                VICE-CHAIRMAN PENA:  We're talking about

22    the excessive use of what we in south Texas call

23    politiqueras or vote harvesters is the phrase used up

24    here, and maybe some excesses in and that sort of thing,

25    right?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006932

TX_00034074

USA_00021814

358

1              MS. TOWNSEND:  I think some people make a

2       living out of it.

3              VICE-CHAIRMAN PENA:  Right.  We heard some

4       testimony about people with mail-in ballots may go

5       looking for ballots and picking them up out of the

6       mailbox and then voting.

7              MS. TOWNSEND:  Yes.

8              VICE-CHAIRMAN PENA:  And then having them

9       sign it and that sort of thing.

10             MS. TOWNSEND:  Yes.  That's very hard to

11      prove, but --

12             VICE-CHAIRMAN PENA:  It is very hard to

13      prove, but the only thing -- You know, so we agree on

14      almost on all those things because I live there, and I

15      see it along with you, and I agree with that position

16      that some corruption is occurring and it's up to our

17      DA's to do something and that laws can be implemented

18      for us to improve it.

19             The problem I have though, Ms. Townsend,

20      is other than this circumstance in Progresso that has

21      been raised, which I've not been able to explore much

22      because of the AG's concerns, is that I -- even though

23      you and I share the same hostility toward corruption, I

24      don't see the impersonation.  That's the only thing --

25      That's the only disagreement you and I have on -- on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006933

TX_00034075

USA_00021815

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 41 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 31 of 239

1    what we've talked about here is that the impersonation

2    is just not there.  All the other things you talked

3    about and that we shared, you and I know that happens in

4    some of our smaller towns where the school districts are

5    the only source of employment, so everybody fights over

6    the jobs.  But when it comes to voter impersonation,

7    other than Progresso, have you ever seen that before?

8              MS. TOWNSEND:  I've heard about it.  Have

9    not seen it.

10             VICE-CHAIRMAN PENA:  Yeah.  That's -- You

11   know, that's my reservation is that when we fashion

12   things -- These are all good people here.  We try to

13   fashion what we think is right.  We want to make sure

14   that we're not -- you know, we've got a problem with our

15   little toe, we don't want to cut off the whole leg, you

16   understand?  And so when we hear about voter

17   impersonation being a problem, it's hard for me because

18   I concede some of the stuff you're talking about, but I

19   don't see the impersonation.  And if we're going to deal

20   with the abuse of our elderly like you and I are

21   concerned about in our adult daycare centers and -- and

22   we're going to deal with the mail-in ballot problems, we

23   need to deal with those things, but had it come to the

24   impersonation to spend so much money.  It's difficult.

25             And so what -- what we've been doing here



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034076

USA_00021816

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 42 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 32 of 239

360

1    is trying to explore options, and the chairman has been

2    taking testimony so that we can find a workable solution

3    and try to find some common ground, and if not, we'll

4    have to take our the positions that we hold at the

5    moment as I've shared with you in private, because I

6    don't see voter impersonation on a wide scale.  It

7    really is a cost benefit analysis for me, and the cost

8    is just simply great.  But that does not mean that we

9    cannot listen and learn and perhaps fashion something

10   that people can live with, but I thank you for your

11   testimony, and I thank you for all the years you've been

12   doing this in Hidalgo County.  I know that the -- the

13   lawyers shaped up a bit when you guys were watching down

14   in south Texas, so I thank you for that.  Thank you.

15   Mr. Chair?

16           MS. TOWNSEND:  This bill is just the

17   beginning, you all.  I think it's a step in the right

18   direction, but it's just the beginning.  There's a lot

19   more to be done.  Thank you.

20           CHAIRMAN SMITH:  Any questions, members,

21   of Ms. Townsend?  Thank you very much for coming today.

22   Appreciate it.  At this time chair calls Dustin Rynders

23   speaking -- representing, Advocacy, Inc. and Disability

24   Policy Consortium testifying against Senate Bill 362; is

25   that correct?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034077

USA_00021817

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 43 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 33 of 239

                                                            361

1               MR. RYNDERS:  That's correct.

2               CHAIRMAN SMITH:  Would you please state

3       your name for the record?

4               MR. RYNDERS:  Thank you very much.  I'm

5       Dustin Rynders from Advocacy, Incorporated and the

6       Disability Policy Consortium.  Advocacy, Incorporated is

7       the state-wide protection and advocacy organization

8       designated by the Federal government to protect the

9       legal rights of people with disabilities in the State of

10      Texas.  I'm also authorized to speak here today on

11      behalf of the Disability Policy Consortium, which is a

12      group of 24 state-wide disability rights organizations,

13      and I'm here to testify against Senate Bill 362 as

14      written, but also want to commend the committee for

15      really elevating, I think, this dialogue in the last

16      two days beyond the way we've, I think, heard it

17      discussed before.

18              Specifically, I -- the mission of our

19      organization is to both expand access to people with

20      disabilities as well as to ensure the kind of security

21      that the Help America Vote Act, which gives us partial

22      funding to do our work, is designed to do as well, and

23      so those goals dealing both with access to the franchise

24      and security in a comprehensive manner are fully

25      consistent with the things that we want to see done in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034078

USA_00021818

362

1    elections.  Of course, our concerns over the bill have

2    been addressed already.

3              You know, we do not see the kind of proof

4    of in-person voter impersonation that -- that the

5    picture ID is designed to prevent.  We do disagree at

6    all that there is some voter fraud in Texas in other

7    areas.  I think we've heard -- heard convincing evidence

8    in some areas in registration.  I'll tell you nationwide

9    in our experience and as members of the Election

10   Protection Network, registration is the big issue in

11   voting rights nationwide, in Texas and in other states.

12             I think there's a lot -- We can explore,

13   if you all are interested, in reforms around our

14   registration list, our access to registration,

15   furthermore, around the mail-in ballot system.  Of

16   course, access to mail-in ballots is very important to

17   my people, but there are ideas that I have about how we

18   can deal with security in those.  Is it your question

19   time if I answer now?

20             CHAIRMAN SMITH:  You bet.  I want to hear

21   them.  Give them to me.

22             MR. RYNDERS:  Okay.  For instance, in the

23   mail-in ballot system, a lot of people with disabilities

24   do not want to vote by mail, right?  I mean, it needs to

25   be available to people who can't go to a polling place,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006937

TX_00034079

USA_00021819

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 45 of 95

363

1    but, remember, whenever you're assisted by a person, the

2    kind of corrupt individuals that we've heard about or a

3    good natured friend or family member, you're losing the

4    privacy of your ballot.

5              One of the best things about HAVA is it

6    allows you with an accessible machine to have a private

7    and independent ballot.  If you had voting -- mobile

8    voting centers during early voting that took these

9    accessible machines out to where the people are who

10   can't go to the polling place, you'd decrease the need

11   for people to be voting by mail.  You know, a lot of

12   what we talk about in the needs of the disability

13   community are going to be talking about mobility, right?

14   If you have people who aren't able to go where you are

15   or access information in the same way, you have to deal

16   with mobility.

17             So if we're talking about IDs, it's not

18   enough just to have the free ID.  We've already heard

19   you also have to pay for the birth certificate, but you

20   also have to go to them, right?  And we know that in

21   Georgia part of their preclearance process was that they

22   said they were going to go to people, and we heard

23   really interesting testimony last night that apparently

24   they didn't go to people.  In the disability community

25   you absolutely must go to people.  I mean, you cannot



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034080

USA_00021820

364

1    expect everyone to show up at a certain place to get

2    their ID or to cast their vote, but that doesn't mean

3    the mail-in ballots is the only option.  It has to be

4    one option, but you can definitely decrease reliance on

5    mail-in ballots with mobile voting centers.

6              CHAIRMAN SMITH:  Thank you.  And, I mean,

7    I'm going to give the members an opportunity to ask

8    questions, but I just want to kind of give everybody a

9    sense of where we are.  My understanding is that there's

10   62 witnesses left to testify on this bill before we get

11   to the other bills.  If we do not ask any questions,

12   that's three hours, and we have done a very good job in

13   not asking any questions, and that's, again, before we

14   get to the other bills that we have before the

15   committee, and there are a number of witnesses that are

16   going to testify with regard to certain of these other

17   pieces of legislation.

18             So I'm -- The agreement among the members

19   was we would let everybody testify for 3 minutes, and

20   the members will ask any questions they wanted.  I

21   wanted to advise you of the 3 seconds as we proceed.

22   Any questions of this witness?  Dead silence.

23             MR. RYNDERS:  Thank you.

24             CHAIRMAN SMITH:  Representative Anchia.

25             REPRESENTATIVE ANCHIA:  Just -- Just a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034081

USA_00021821

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 47 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 37 of 239

365

1    couple.  Thanks for testifying.  Advocacy does a --
2    always does a really good job before this committee.
3    Couple of questions.  Are people with disabilities less
4    likely to have photo ID and if so why?
5              MR. RYNDERS:  Absolutely.  I so wanted to
6    stand up when you asked if anyone in the room would be
7    affected by this bill because I absolutely have
8    represented people who are.  I'll just give you a little
9    history of me as a lawyer.  I've represented a lot of
10   people with disabilities who were affected by Hurricane
11   Katrina.  I was in the Houston area after Katrina and
12   worked with a lot of those people.  Myself personally, I
13   represented six individuals who had no paperwork,
14   identity, prescriptions for pharmaceuticals that they
15   needed, anything, so there are absolutely people out
16   there who don't have IDs.
17             As you've already heard from the -- the
18   gentleman who represents homeless individuals, those of
19   us who work with low income individuals with
20   disabilities, without disabilities, we all know how hard
21   it is to get the ID because we've all tried to help our
22   clients get them, and so there are absolutely people out
23   there who are impacted.
24             Representative Anchia, I like that you
25   brought the attention earlier today to this larger



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006940

TX_00034082

USA_00021822

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 48 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 38 of 239

1    number of the people who don't have the two most

2    preferred IDs.  We've heard a lot about 2 percent.  That

3    may be the best estimate of who don't have one form of

4    photo ID, but certainly the numbers post HAVA's and

5    September 1st, 2006, when an ID number was required on

6    the voter registration application, if the person has it

7    would tend to show that somewhere between 800,000 and

8    1.2 million eligible Texas voters would not have the two

9    most common forms of photo ID.

10              Now, of course, some of those people

11   definitely have other documents that are on the list.  I

12   think the most important thing to consider about those

13   other forms of documents is that you've heard confusion

14   in this room today about exactly what the bill does and

15   what the bill doesn't do in making voters understand who

16   have always shown up year and year, again, with that

17   registration certificate, what's going to be required,

18   and I'll tell you that kind of education for people with

19   disabilities is going to go back to in-person training

20   in mobile units even providing that training.  It is not

21   enough to provide written documentation on a back of a

22   registration card to the people I represent or --

23              REPRESENTATIVE ANCHIA:  Can I just ask you

24   about that because that was one of the technical

25   questions that I had, and I know you're familiar with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006941

TX_00034083

USA_00021823

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 49 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 39 of 239

                                                            367

1    HAVA.  The notice requirement in the Senate Bill says

2    we're going to put it on the back of your -- of your

3    voter registration card.  I looked at the back of mine

4    and the font -- it's full, right, and the font is like

5    6-point, so if we're adding additional notice about all

6    the different types of ID that you need, is it going to

7    be 2-point font, 1-point font?  Is it going to be

8    readable?  Is it going to be -- Is it going to be ADA or

9    HAVA compliant?  Let's start with ADA since you know a

10   little bit about that.

11              MR. RYNDERS:  Accessible font is 14-point

12   Arial, so I think we can say it's not going to be

13   14-point Arial.  The other thing we need to know is that

14   there are people who are visually impaired.  A lot of

15   who HAVA was trying to get at to provide that kind of

16   independence are nonreaders, you know, people who aren't

17   going to be able to see even a normal font, so we're

18   going to need that education to go out in multiple

19   forms.  I'm not saying don't put it on the back of the

20   registration card, but we're going to want to see a full

21   scale campaign and, you know, the idea of how much you

22   spend on education, just to give you some information on

23   that, based on HAVA, in the last few years we've

24   allocated over 3 million, 3.4 million, 3.5 million in

25   HAVA funds for voter education in the state, even



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034084

USA_00021824

368

1    without the kind of drastic changes that are being

2    proposed with this kind of legislation.

3                So you're going to need to see a robust

4    educational effort that is multifaceted dealing not only

5    with the written kind of documents, but, also, I think,

6    you know, PSA's on the radio, things on the -- the

7    television.  You are definitely going to need a lot and

8    in-person outreach to specifically targeted communities.

9    This 2 percent -- We keep talking about this 2 percent.

10   You don't only get to in the newspaper.  This 2 percent

11   you have to get to in the streets.

12               REPRESENTATIVE ANCHIA:  And is the

13   disability community concentrated in clusters dispersed?

14   You know, I want to get a sense -- we're concerned about

15   making sure everybody has a franchise.  If you're an

16   American, if you're a Texan, if you are eligible, it's

17   my sense and I think the sense of everybody on the

18   committee, we want you to vote.  What's the best way to

19   reach the community that you represent?

20               MR. RYNDERS:  People with disabilities are

21   absolutely filtered throughout the state.  They come in

22   all ages and races and colors and political

23   affiliations.  Some are in institutions.  Some are in

24   community centers.  There's a lot of talk about nursing

25   homes, and these are places I have a lot of experience



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006943

TX_00034085

USA_00021825

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 51 of 95

369

```
 1    on voting issues.  I'd be happy to work with any members

 2    of the committee in concerns in those areas and -- and

 3    expanding the franchise in those areas.

 4              But you have to remember that the whole

 5    paradigm of people with disabilities being in

 6    institutions is a dated paradigm.  Now, Texas's system

 7    is also dated, but we do have more and more people with

 8    disabilities who are living in the community, and so

 9    when we talk about outreach, it can't only be focused on

10    institutional settings.  It also has to be those

11    individuals who are at home.  So you may have mobile

12    voting centers who can hit low lying fruit at

13    institutional settings or you are going to have clusters

14    of people who are living -- but you are also going to

15    still have to make sure that you're reaching out to

16    those individuals who are living in their home with

17    perhaps day support or hours of respite for caregivers.

18              REPRESENTATIVE ANCHIA:  Okay.  I

19    appreciate your testimony.

20              MR. RYNDERS:  Thank you.

21              CHAIRMAN SMITH:  Thank you.  Members, any

22    other questions?  Thank you.

23              MR. RYNDERS:  Thank you.

24              CHAIRMAN SMITH:  Appreciate it very much.

25    At this time the chair calls Ignacio Aguilar
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006944

TX_00034086

USA_00021826

```
 1    representing himself testifying in favor -- He's not

 2    going to testify.  He's gone.  Don't see anybody, so

 3    we're going to show him as not testifying but as in

 4    favor of the bill.

 5              At this time the chair calls Jerry Lee

 6    Phillips.  This may reduce that 60 number somewhat.  I

 7    don't see -- Are you Jerry Lee Phillips?

 8              MR. PHILLIPS:  Yes, sir.

 9              CHAIRMAN SMITH:  Okay.  Testifying against

10    the bill and representing yourself.

11              MR. PHILLIPS:  That is correct, sir.

12              CHAIRMAN SMITH:  All right.  Please state

13    your name and proceed.

14              MR. PHILLIPS:  My name is Jerry Lee

15    Phillips.  I am from Hurst, Texas.  Thank you, Chairman

16    Smith.

17              CHAIRMAN SMITH:  Got my attention.

18              MR. PHILLIPS:  Yes.  That's House District

19    92, isn't it?

20              CHAIRMAN SMITH:  Good.

21              MR. PHILLIPS:  Thank you, Chairman Smith,

22    and to the rest of the members of the elections

23    committee.  I thank you also for the opportunity to

24    speak.  I believe my friendly testimony will reflect the

25    feelings of a large number of hard working Texans from
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034087

USA_00021827

371

1    House District 92, and other areas of our state who

2    could not take time away from work or were unable to

3    leave their families to come to Austin to address you

4    about this controversial election legislation.

5              As you've heard in other testimony,

6    Chairman Smith and committee, there are no proven

7    widespread voter fraud issues in Texas.  Republican

8    Attorney General Greg Abbott has spent over a million

9    tax party dollars trying to hunt down election

10   violators.  He has come up empty handed.  The former

11   political director for the Texas Republican party as

12   cited by the Brennan Institute for Justice concluded

13   that Voter ID legislation would suppress traditional

14   democratic voter turn out by a significant 2.93 percent.

15   That's a lot of voters.

16             Whether intended or not, and I'd like to

17   repeat that, whether intended or not, you are

18   considering a voter suppression bill.  Pursuit of voter

19   suppression legislation is tantamount to political

20   hanky-panky with the ugly goal of unfairly perpetuating

21   one party dominance for several more election cycles.

22             There's some very important facts that I'd

23   like to remind Chairman Smith and this committee of.

24   First, that according to the Wall Street Journal

25   article, in July 2008, Texans pay some of the very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034088

USA_00021828

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 54 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 44 of 239

372

1    highest utility rates in the United States.  Escalating

2    utility costs is a real problem facing mainstream

3    Texans.  Pursuing partisan legislation that would

4    restrict the right of minorities, seniors and young

5    Texans to vote does not solve that problem.

6               According to KTXA Channel 11, Texans pay

7    some of the highest homeowners insurance rates in the

8    United states.  Escalating homeowner insurance rates is

9    a problem facing mainstream Texans and partisan election

10   legislation does not solve that problem either.

11   According to the Dallas Morning News economy watch, the

12   State of Texas has lost over 100,000 jobs so far in 2009

13   and is projected to lose another 600,000 by the end of

14   this year.  Job loss is a problem facing mainstream

15   Texans, many who live in House District 92.

16               The proposed legislation that restricts

17   the right of minority seniors and young Texans to vote

18   simply does not deserve the attention of the

19   legislature.  As a constituent in House District 92, I

20   ask you, Chairman Smith and committee, to address the

21   growing utility crisis in Texas, make tuition affordable

22   for -- for hard working Texas and bring down those

23   insurance rates.  These are the issues facing your

24   constituents in House District 92 and elsewhere.

25               I implore this committee to get its



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034089

USA_00021829

Hearing - Volume 3                              April 7, 2009

373

1    priorities right, drop the voter suppression bill, allow

2    the legislature to devote its full attention to our

3    state's biggest problems without the distraction of the

4    highly partisan election bill.  I appreciate your

5    courtesy.

6                    CHAIRMAN SMITH:  Is it -- Is it your

7    impression, Mr. Phillips, that the 2 point -- is it

8    2.9 percent?  2.7 percent.  2.7 percent finding in that

9    study by the Brennan Institute pertains to the

10   legislation that we're considering --

11                   MR. PHILLIPS:  Pardon me, sir?

12                   CHAIRMAN SMITH:  -- today?  Do you

13   think -- Do you think that finding of -- of that study

14   pertains to what's being proposed in Texas?

15                   MR. PHILLIPS:  What's being proposed in

16   Texas?  You know, I haven't read the report, I'll be

17   honest.  I just heard a report of the testimony last

18   night, Mr. Chairman.

19                   CHAIRMAN SMITH:  So you heard discussion

20   of it last night.

21                   MR. PHILLIPS:  I heard report of the --

22   the discussion last night.  I was not in attendance.

23                   CHAIRMAN SMITH:  Okay.  Here's -- Just

24   want to make this point quickly for you, and I don't

25   know if the audience has had a chance to consider this



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034090

USA_00021830

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 56 of 95

374

1    either.  There's a number of studies.  What you've done

2    is cited one of them.  There is another study from the

3    Heritage Foundation, and these are sort of think tanks

4    that tend to align themselves, and I don't want to name

5    any names, but one tends to have more conservative

6    findings, and one tends to have less conservative

7    findings, and -- and in this instance, they do as well.

8              There are a number of studies that

9    indicate that even if you compare -- I'm reading from

10   the study that you're citing to.  It says, Voters in

11   states that required photo identification, that required

12   it, were 2.7 percent less likely to vote than voters in

13   states where individuals had to give their names,

14   meaning, Vermont.  All you have to do is go to the polls

15   and state who you are.  What this study is saying, which

16   is different than a number of other studies which have

17   found that even when you compare the -- the least

18   onerous system to the most onerous system, there is no

19   change in turnout.

20             This finding suggests that when you do

21   compare the most onerous system, like Vermont's, where

22   you just show up and say my name is Todd Smith, if they

23   see your name on the roll, they let you vote.  To

24   Indiana, one extreme to the other.  Indiana, hard photo

25   identification requirements, only way your vote counts



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006949

TX_00034091

USA_00021831

375

```
 1    if you don't have it, just to do certain things within
 2    10 days.
 3              If you make that comparison, one of
 4    several studies has concluded that there's an effect.
 5    Again, many other studies or several other studies have
 6    made a different finding, but there's not any study --
 7    there is no evidence to suggest that the marginal change
 8    that's being proposed by the Senate Bill in Texas, which
 9    is simply going from a requirement that you have either
10    photo or non-photo identification, to a requirement that
11    you have either photo or two forms of non-photo
12    identification, has any effect on voter turnout.
13              Are you aware of any study that would
14    indicate or suggest that that difference, which is
15    the -- that's the difference before us today, would --
16    would have any effect on voter turnout?
17              MR. PHILLIPS:  No.  It was just my
18    understanding that people like my mom, who are getting
19    old and somewhat forgetful and no longer have Voter ID,
20    that this would create a burden for them and, therefore,
21    people in her age category would be less likely to vote.
22              Now to answer your question specifically
23    because I apologize because I knew that's what you were
24    going to say is do you know specifically.  No, sir, I
25    don't.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034092

USA_00021832

                                                              376

1              CHAIRMAN SMITH:  Okay.

2              MR. PHILLIPS:  I just know my mom pretty

3    good, and I wouldn't want to put her in the spot because

4    she does feel that voting is her civic duty, and like I

5    said, she's gotten forgetful, and she's gotten where she

6    doesn't have a driver's license, and so it could be an

7    issue with my mother.

8              CHAIRMAN SMITH:  Well, and you understand

9    that one of the documents she can use to vote is a

10   Medicare card?  She has one of those, doesn't she?

11             MR. PHILLIPS:  She certainly does, yes,

12   sir.

13             CHAIRMAN SMITH:  Okay.  All right.  And so

14   I just I think there are two legitimate issues, if not

15   more, before the committee.  One is the evidence

16   relating to fraud, what is -- is the purpose of this

17   legislation.  The other though, which is sometimes

18   skipped over, is the evidence suggesting that this small

19   marginal change in the existing identification that is

20   required to vote in the State of Texas will in fact have

21   any effect of any kind, and let me tell you, I got half

22   my friends on this committee that have argued that if we

23   do this, it's going to dramatically increase turnout,

24   and I don't agree with them anymore than I agree with

25   you.  I don't there's any -- I don't think there's any



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006951

TX_00034093

USA_00021833

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 59 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 49 of 239

377

```
 1    evidence to suggest that this change in the law is going

 2    to -- to affect our turnout in this state to one iota

 3    for whatever it's worth.  But I appreciate you coming

 4    down.  Any other questions from the members of the

 5    panel?  (Inaudible.)

 6              Yeah.  I think we have had arguments from

 7    this panel, there's no question.  So any other questions

 8    for Mr. Phillips?  Representative Heflin?

 9              REPRESENTATIVE HEFLIN:  Mr. Chairman,

10    Mr. Phillips, as to your mom and other senior citizens,

11    now she doesn't have a photo ID, but she has an ID

12    showing she's over 65.

13              MR. PHILLIPS:  Yes, sir.

14              REPRESENTATIVE HEFLIN:  So if we put a

15    provision in the bill that exempted those over 65 from

16    having the photo as long as they have some documentation

17    proving they're over 65, would you believe that would be

18    a burden upon the senior citizens or most of them have

19    Social Security cards and/or Medicare cards?

20              MR. PHILLIPS:  You know, certainly I'm

21    sure it would cover most folks.  I guess we're all -- or

22    I guess the committee is looking at that number of folks

23    who maybe wouldn't be in that --

24              REPRESENTATIVE HEFLIN:  Right.

25              MR. PHILLIPS:  -- group.  So you would
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034094

USA_00021834

378

1    probably know better than I about that number of folks

2    who don't have access to or don't have identification.

3              REPRESENTATIVE HEFLIN:  Right.  So what I

4    would propose is that right now I would -- I have a hard

5    time picturing anyone 65 and younger in today's

6    society -- mobile society -- 65 is pretty young anymore

7    because some members are getting close to it, and I'm

8    not there yet, but I can see it around the corner -- so

9    would have an ID of some form that might have a photo on

10   it.  So I would propose that, okay, those that are born

11   in 1944 and after, okay, fine, they will participate,

12   but that it goes up every year as we -- you know,

13   everybody is accustomed to this program.

14             You know, this is not going to happen

15   overnight, but I just -- I want to make sure that we do

16   everything possible to make sure those senior citizens,

17   many who fought World War II and Korea and, you know,

18   have that right to vote because I think it's that

19   important that we do everything we can -- In fact, I

20   don't like the name Voter ID Bill.  I think -- I think

21   this ought to be the voter enhancement and quality

22   assurance bill.  I think that's where we need to go is

23   enhance every vote we can get to the polls, and so do

24   you think that would be fair to like your mom?

25             MR. PHILLIPS:  Well, I don't know.  I'll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034095

USA_00021835

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 61 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 51 of 239

379

     1    have to ask my mother about that voter enhancement.

     2                  REPRESENTATIVE HEFLIN:  Quality

     3    assurance --

     4                  MR. PHILLIPS:  Quality assurance.

     5                  REPRESENTATIVE HEFLIN:  -- bill, yes.

     6                  MR. PHILLIPS:  But, you know, she's been

     7    sold soap before and she might want to read it first.

     8                  REPRESENTATIVE HEFLIN:  Thank you very

     9    much.

    10                  MR. PHILLIPS:  Yes, sir.

    11                  REPRESENTATIVE ANCHIA:  Just a quick

    12    question.  What does your mom use to vote right now?

    13    Her voter registration card?  When she goes in does she

    14    bring her voter registration card with her?

    15                  MR. PHILLIPS:  The last time she voted she

    16    voted by mail.

    17                  CHAIRMAN SMITH:

    18                  REPRESENTATIVE ANCHIA:  Okay.  The last

    19    time she voted in person when you -- if you take her to

    20    the polls, what was it she used?

    21                  MR. PHILLIPS:  Well, it's been -- it's

    22    been probably four years since I took her or six to the

    23    polls, and she took actually -- she had an old driver's

    24    license that she took.  Now, she hadn't been driving,

    25    but they accepted it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034096

USA_00021836

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 62 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 52 of 239

380

1                  REPRESENTATIVE ANCHIA:  Was it expired?

2                  MR. PHILLIPS:  Yeah.

3                  REPRESENTATIVE ANCHIA:  Okay.  Depending

4       upon when it was expired, under this bill she wouldn't

5       have been able to vote if it, I -- I think, had been

6       expired two years from the date that you were going to

7       be voting that it might not -- her vote might not have

8       counted under the Senate Bill, so, I mean, I understand

9       why you'd be cautious about -- about the things that are

10      required and aren't.  And my reason in asking that, what

11      people usually bring to the poll is people are in the

12      habit of bringing certain pieces of identification for

13      the polls.

14                 I've got constituents that for 40 years

15      have voted with their voter registration card.  You

16      know, their husbands drove them around.  Their husbands

17      have now passed on.  They don't drive, but they like to

18      either walk to the polls or get a ride to the polls.

19      We'd furnish them with rides, and they vote with their

20      voter registration card.  My fear is that if we change

21      the rules on them and say that that's insufficient and

22      don't do any -- any education, then they might just do

23      what they're used to and then not be able to vote.  So I

24      think any change that we make in the law, and this may

25      allay some of your concerns, if we're able to implement



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006955

TX_00034097

USA_00021837

381

1    it is that we need to do quite a bit of voter education

2    and not implement this immediately because it could have

3    an impact on a lot of people.

4              Now, we spend some time trying to

5    education -- spend some time and money educating the

6    public about any change that we undertake, so I just

7    offered that up for thought.

8              CHAIRMAN SMITH:  And I'll just say I think

9    we're in agreement on that.  Any other questions,

10   members?  Thank you.  At this time the chair calls Vern

11   McClaugherty.  Is that right?  I'm sorry.

12             MS. McCLAUGHERTY:  McClaugherty.

13             CHAIRMAN SMITH:  McClaugherty.

14             MS. McCLAUGHERTY:  I thought maybe you had

15   lost it.  I was beginning to think that.

16             CHAIRMAN SMITH:  That's probably true.

17             MS. McCLAUGHERTY:  We signed up way before

18   lunch.

19             CHAIRMAN SMITH:  Give us your name and who

20   you represent.

21             MS. McCLAUGHERTY:  My name is Vern

22   McClaugherty.  I'm from Edinburg.  I'm representing the

23   OWLS and myself.

24             CHAIRMAN SMITH:  You're testifying for

25   Senate Bill 362?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006956

TX_00034098

USA_00021838

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 64 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 54 of 239

382

1            MS. McCLAUGHERTY:  Yes.

2            CHAIRMAN SMITH:  Thank you.

3            MS. McCLAUGHERTY:  And first thing I want

4    to say is I'm from Hidalgo County, and when I say that,

5    most people up here giggle, so maybe you all know where

6    I'm from.  One of our county commissioners was arrested

7    April the 2nd, '09 by the FBI.  We've had a sheriff,

8    we've had our election administrator indicted.  Crooks

9    in our county?  I mean, things that go on, please.

10           We've had people here today that came up

11   here to speak to you so you would know the truth and

12   they were stopped dead in the water.  We were not

13   supposed to say anything today, by the way.  There is

14   evidence and it was a person that was in this room today

15   that was not a registered voter and voted.  And I'm not

16   sure if they were from Mexico, but I do know that we're

17   so close that it's very possible that she was, but she's

18   not a registered voter, and she was paid to vote, but

19   she was turned away today so that you all will never get

20   to see her, I guess.

21           But this is a city election down there

22   that we've gotten involved with, and they have complete

23   control of that town, of the city and of the school.

24   There's two place to get a job in that town.  That's the

25   city and the school.  If you don't vote their way,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006957

TX_00034099

USA_00021839

383

1    you're fired.  So these people have a problem down

2    there.  I have been a ballot board judge.  I have been

3    on the ballot board.  I have seen the mail come in --

4    the mail-in ballots that do not even have a signature on

5    the back.  We've had the signatures that do not match.

6    We tried to look at a letter and make sure that it is

7    something that is close to it.  We have absentee ballots

8    that go to one address, and we know that there's large

9    families, but, believe me, these are large people.  They

10   have no names that are even close to each other, but

11   they go to that same address.  When you have an absentee

12   ballot, it is to go to wherever you're going to be out

13   of the county.  You are not -- If you are in county, you

14   should be able to vote.  It's supposed to go out.

15              Progresso is in Hidalgo County.  It goes

16   to the same address.  So these are things that we see

17   personally and we know.  And I don't understand whenever

18   they swear that they are a registered voter, why is it

19   don't you make a law that it's a felony?  Put them in

20   jail.  They just swore.  They have nothing that's going

21   to give them any time or anything that they -- what they

22   lie.  Who cares?  We need the -- When you are going to

23   go and you keep someone from voting, you need to make it

24   a felony to stop that.

25              I know right now people are here, and I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034100

USA_00021840

384

1    want to talk fast.  Be prepared.  You have picture IDs,

2    you have student cards, you have driver's license, you

3    have CHL.  By the way, I had to drive with my driver's

4    license and my CHL up here today in case I saw a DPS --

5    Yesterday.  Sam -- Sam's credit card has your picture.

6    Credit cards, passport pictures, military cards,

7    agencies with the government, fishing and hunting

8    licenses, I believe you have to give them an ID.  You

9    want to cash a check, you got to give them two IDs.  You

10   got to give them money.

11            The county put this in the paper and they

12   paid for it.  This was so that they could get help with

13   their light bills for the low income, and the one thing

14   they need was proof of purchase -- I mean, proof of

15   income, but most of all, they need the picture ID, a

16   birth certificate or a passport or a Social Security

17   number.  So you're telling me you can't have a little

18   picture card that lets someone vote that we know that

19   they are a registered voter?

20            CHAIRMAN SMITH:  Members, any questions?

21            REPRESENTATIVE BROWN:  Yes, sir.

22            CHAIRMAN SMITH:  Representative Brown?

23            REPRESENTATIVE BROWN:  I'm just curious.

24   You said that you knew someone who was -- that had come

25   up here to talk about her experiences and she was turned



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006959

TX_00034101

USA_00021841

385

```
 1   away?
 2                MS. McCLAUGHERTY:  Well, the -- the
 3   Attorney General said -- told us for -- not to speak
 4   today.
 5                REPRESENTATIVE BROWN:  Yeah, I understand.
 6                MS. McCLAUGHERTY:  And like I say, we were
 7   at your meeting yesterday until way late, and we
 8   didn't -- we found out that I think he spoke to you all
 9   last night about 1:30.  I asked him why didn't he do
10   that this morning -- about 1:30 this afternoon and we
11   could have asked these people or tried to stop them or
12   if we would have known yesterday earlier, we could have
13   called these people and told them not to come.  They
14   took off from work to come up here to talk to you all.
15                REPRESENTATIVE BROWN:  Was that the only
16   person that --
17                MS. McCLAUGHERTY:  That was the one that I
18   know of right now.
19                REPRESENTATIVE BROWN:  Okay.
20                MS. McCLAUGHERTY:  There was some other
21   testimonies.  They wanted to come and tell you the
22   truth.
23                REPRESENTATIVE BROWN:  Was that the only
24   person that spoke to her about not -- not talking?
25                MS. McCLAUGHERTY:  Yes.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006960

TX_00034102

USA_00021842

386

1        REPRESENTATIVE BROWN:  Okay.

2        MS. McCLAUGHERTY:  I mean, you know, he

3   told her that he preferred that we not do that and then

4   he told us outside.  So like I say, they were -- they

5   were turned away.

6        REPRESENTATIVE BROWN:  Okay.  And that's

7   very unfortunate, and I'm still a little confused about

8   what they could have said and could not have said, but,

9   you know, we really don't want to jeopardize that case.

10       MS. McCLAUGHERTY:  Right.  Well, I

11  understand and that's --

12       REPRESENTATIVE BROWN:  Those people do

13  need to be prosecuted if indeed that is what happened.

14       MS. McCLAUGHERTY:  And that's what we told

15  them.  We said this -- You know, let's pass this up, but

16  they wanted to come and tell you all the truth and have

17  somebody listen.  No one's listened to them.  Most of

18  them will just throw them off and go on.  I'm too busy

19  today.  And I can't believe today how much this has

20  become a Democratic and Republican thing.  You all get

21  into a fight yesterday.  I thought you all were going to

22  go to fist city.  My God.  Like I say, I was shocked.

23  This should be for the people.  This is for the people

24  so they can vote, and a picture ID is not going to hurt

25  anything.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034103

USA_00021843

                                                               387
 1                    REPRESENTATIVE BROWN:  Couldn't agree
 2     more.  Thank you so much.
 3                    UNIDENTIFIED SPEAKER:  Mr. Speaker?
 4                    CHAIRMAN SMITH:  Yes.
 5                    UNIDENTIFIED SPEAKER:  She's already gone.
 6                    CHAIRMAN SMITH:  Yeah.  Just, again, a
 7     reminder to the audience that we want to try to avoid --
 8                    MS. McCLAUGHERTY:  I'm sorry.  Someone has
 9     got a question for --
10                    CHAIRMAN SMITH:  Yes.  Our Representative
11     Heflin.
12                    MS. McCLAUGHERTY:  Okay.  I'm used to --
13                    REPRESENTATIVE HEFLIN:  What is the
14     population of Edinburg?
15                    MS. McCLAUGHERTY:  Don't ask me.  They're
16     getting bigger by the minute.
17                    REPRESENTATIVE HEFLIN:  And how far is --
18     how far is Progresso from Edinburg?
19                    MS. McCLAUGHERTY:  We're about under --
20     under 25 minutes -- 25 -- 20, 25 minutes, and if you
21     speed a little bit, you can -- you can get there a
22     little faster.
23                    REPRESENTATIVE HEFLIN:  Is it due north?
24                    MS. McCLAUGHERTY:  Pardon?
25                    REPRESENTATIVE HEFLIN:  Is it due north?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

388

1           MS. McCLAUGHERTY:  It's south.  It's south

2     of Edinburg, coming into Edinburg and then you are going

3     to go to Target on the expressway and you are going to

4     go to Weslaco and go south of Weslaco and it's just

5     close to the border.  I mean, you cannot believe.

6           REPRESENTATIVE HEFLIN:  Okay.  Now, are

7     you also election judge and clerk and do you do that as

8     well?

9           MS. McCLAUGHERTY:  No.  I have been on the

10    ballot board, and I have clerked in the past, and I've

11    been a judge and I've been a poll watcher, but it was

12    years ago.

13          REPRESENTATIVE HEFLIN:  Okay.  And you

14    think the big concern that you're having is mail-in

15    ballots?  That's a big problem?

16          MS. McCLAUGHERTY:  That's a big one to me

17    and then, like I say, just making sure that -- you know,

18    that everyone that's voting is a registered voter.

19          REPRESENTATIVE HEFLIN:  Now, you said that

20    if -- if -- they should be out of county if they are

21    going to use an absentee ballot.

22          MS. McCLAUGHERTY:  That's the way.

23          REPRESENTATIVE HEFLIN:  Do you believe we

24    ought to go back to the you have to have a reason for a

25    absentee ballot instead of a --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006963

TX_00034105

USA_00021845

389

1              MS. McCLAUGHERTY:  Only thing I know is if

2     you are requesting a ballot, the way I understood it

3     that if you ask for an absentee, that it will be sent to

4     you wherever you're at, but you are not to be in your

5     county because if you are in your county, you should be

6     able to go vote.  Well, yes, I'm just talking about

7     the -- I'm not talking about the age or anything.

8              REPRESENTATIVE HEFLIN:  You are talking

9     about the able-bodied?

10             MS. McCLAUGHERTY:  I'm just talking about

11    just, you know, not going to be here.

12             REPRESENTATIVE HEFLIN:  Very good.  Thank

13    you.

14             CHAIRMAN SMITH:  Any other questions,

15    members?  Frank?

16             VICE-CHAIRMAN PENA:  How are you doing?

17             MS. McCLAUGHERTY:  Well, I'm hungry.  I'm

18    going to faint here in just a minute.  I haven't had

19    anything since early this morning.

20             CHAIRMAN SMITH:  I'll help you in a little

21    bit.

22             MS. McCLAUGHERTY:  Okay.

23             VICE-CHAIRMAN PENA:  I understand you

24    support this -- this senate proposal.  What else can we

25    do?  I mean, what else -- I realize that we have a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006964

TX_00034106

USA_00021846

1    problem with prosecutions, right?

2                MS. McCLAUGHERTY:  Yes.

3                VICE-CHAIRMAN PENA:  This stuff goes on.

4                MS. McCLAUGHERTY:  Yes.

5                VICE-CHAIRMAN PENA:  And have you all gone

6    to the DA?

7                MS. McCLAUGHERTY:  Yes.  That's the reason

8    why we are here is because we accidentally found a

9    website that had stated that possibly we had tainted the

10   people down through -- tainted the affidavits and things

11   that they had signed by Chuy Hinojosa, and we have no --

12   we had not even seen the affidavits.  We had no idea, so

13   that's why we're up here on this today, to make sure

14   that you understand how important this is.

15               VICE-CHAIRMAN PENA:  There are other

16   avenues that you're pursuing, right?  There are other

17   bills in the senate or in the process --

18               MS. McCLAUGHERTY:  Yes.

19               VICE-CHAIRMAN PENA:  -- that you are

20   supporting?

21               MS. McCLAUGHERTY:  We're hoping that --

22   that possibly any of the population that -- of the

23   cities, of the -- of the counties, all over the state

24   here that have 20,000 or less, that you will be able to

25   have the county run the election, and maybe we can get



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

                                                                391

1    some people in there that will watch what's going on.

2    Maybe we can have a fair one.

3                 VICE-CHAIRMAN PENA:  I'm going to ask you

4    a question.  I want you to be real straight with me.

5    Let's say we get this Voter ID thing.  You and I know

6    that sort of corruption that we're concerned about is

7    not going to go away, right?

8                 MS. McCLAUGHERTY:  That's right, for a

9    while.

10                VICE-CHAIRMAN PENA:  Yeah.

11                MS. McCLAUGHERTY:  But it's a one-step --

12   one more step tightening down.

13                VICE-CHAIRMAN PENA:  You say it's one

14   step, but this is the way it's been in Hidalgo County

15   for a long time, right?

16                MS. McCLAUGHERTY:  Yes.

17                VICE-CHAIRMAN PENA:  And it's true in most

18   of the small towns?

19                MS. McCLAUGHERTY:  Yeah.

20                VICE-CHAIRMAN PENA:  And I'm talking about

21   the stuff, about the elderly and the daycare centers

22   and --

23                MS. McCLAUGHERTY:  Well, the --

24                VICE-CHAIRMAN PENA:  The political boss

25   and that sort of thing, right?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034108

USA_00021848

392

1                MS. McCLAUGHERTY:  M-hm.

2                VICE-CHAIRMAN PENA:  That's what you're

3      talking about?

4                MS. McCLAUGHERTY:  M-hm.

5                VICE-CHAIRMAN PENA:  But the Voter ID

6      thing, my observations what I see in south Texas, that's

7      going to not make most of the stuff we're concerned

8      about go away.

9                MS. McCLAUGHERTY:  Well, it will some if

10     you're looking at the picture and it's a nice looking

11     woman or man and the woman you are looking at looks

12     nothing like them and it's not even -- it's not them,

13     then you are going to stop that person from illegally

14     voting because it's not the person that card belongs to.

15                VICE-CHAIRMAN PENA:  Most of the things we

16     complain about those are these rounding up of senior

17     citizens at adult care centers and people nudging them

18     to vote for their candidate, right?

19                MS. McCLAUGHERTY:  That's true, right.

20                VICE-CHAIRMAN PENA:  And that's not going

21     to stop them, right?

22                MS. McCLAUGHERTY:  If there's more ways

23     that we can get control and get the people when they've

24     coming in educating them on the voting because right

25     now, like you say, they bus them in.  They give them --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006967

TX_00034109

USA_00021849

393

1    They tell them or they go in and you see shoes this

2    direction and the voting thing is here.  Back when we

3    had the old shoe thing type, you knew very well that

4    they were not voting.  The person that went in there had

5    pulled it, but there's no way you say anything.  The

6    shoes look in the other direction.

7                   VICE-CHAIRMAN PENA:  Okay.  But I guess I

8    want --

9                   MS. McCLAUGHERTY:  I mean, I'm trying to

10   tell you what's happening down there.

11                  VICE-CHAIRMAN PENA:  And I'm right there

12   with you, and you and I have these discussions back

13   home, but -- but you have to concede that this solution

14   that's proposed is not going to make what you and I

15   complain about mostly go away.

16                  MS. McCLAUGHERTY:  It's one more step.  I

17   mean, the more that you -- The people, they want to

18   vote, the ones that are elderly, and, by the way, at the

19   end of the month, I'm going to be 60, and so 64 is not

20   very old, at least not to me.  70 is looking pretty

21   good.  So I plan to be able to take my card -- And, by

22   the way, I know where my voter registration cards are

23   for my entire family, my two sons, my husband and my two

24   daughter in-laws and myself.  I have them.  They're

25   right where I know I can get to them, and I hand them



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034110

USA_00021850

394

1    out.  It's very important that we know where they're at,

2    and I try to tell people those cards are very important

3    to take with you.  So when you -- If we had something

4    there to get the people to go -- they're ready to vote.

5    These people are not wanting a reason not to vote.

6              So -- And, like I say, I don't care how

7    old you are, and when we were in Progresso the other

8    day, the last election -- let me quickly -- we had -- a

9    little old lady was in a walker, and she was walking

10   trying to get her way to go over there and vote.  Now, I

11   don't know how she was voting, but it was blocked by a

12   big trailer on the side of the road, halfway in the road

13   and halfway on the sidewalk, but she was going to vote.

14   Nothing was going to stop her.  So that's what we need.

15   We need -- And the people there, they want to be able to

16   vote.

17              VICE-CHAIRMAN PENA:  I thank you for

18   coming down here.  I look forward to working with you --

19              MS. McCLAUGHERTY:  Up here.

20              VICE-CHAIRMAN PENA:  I look forward to

21   working with you on these on the problems that we've

22   talked about and finding solutions.

23              MS. McCLAUGHERTY:  All right.

24              VICE-CHAIRMAN PENA:  Okay?  And I thank

25   the OWLS for all the work they do.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034111

USA_00021851

395

```
 1              MS. McCLAUGHERTY:  Thank you all.
 2              REPRESENTATIVE ANCHIA:  Really quickly.
 3              CHAIRMAN SMITH:  Whoa, whoa, whoa.  Wait
 4      just a minute, if you don't mind.  Representative
 5      Anchia?
 6              REPRESENTATIVE ANCHIA:  I'm sorry.  Just
 7      really quickly.  How do you pronounce the county name
 8      again?
 9              MS. McCLAUGHERTY:  Hidalgo.
10              REPRESENTATIVE ANCHIA:  Say it one more
11      time?
12              MS. McCLAUGHERTY:  H-I-D-A-L-G-O.
13              REPRESENTATIVE ANCHIA:  How do you
14      pronounce it?
15              MS. McCLAUGHERTY:  Hidalgo.
16              REPRESENTATIVE ANCHIA:  Hidalgo.  How do
17      you pronounce it?
18              UNIDENTIFIED SPEAKER:  Hidalgo, if you
19      want to say it --
20              REPRESENTATIVE ANCHIA:  Okay.  I was
21      just --
22              MS. McCLAUGHERTY:  See how he -- how he
23      pronounces my name.
24              REPRESENTATIVE ANCHIA:  I was confused.
25      There's like a treaty named after that, right, at some
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034112

USA_00021852

396

```
 1    point?  Just checking.
 2              MS. McCLAUGHERTY:  But I'm from west
 3    Texas, so I have a little bit of an accent, so --
 4              REPRESENTATIVE ANCHIA:  Yeah.  Now, I was
 5    going to ask Representative Heflin how he pronounced it
 6    just to get a little close (inaudible) going.
 7              MS. McCLAUGHERTY:  Yeah.
 8              REPRESENTATIVE HEFLIN:  Hidalgo.
 9              REPRESENTATIVE ANCHIA:  All right.  Thank
10    you.
11              MS. McCLAUGHERTY:  See if he can pronounce
12    my name, and then we'll -- we'll talk about the county.
13              REPRESENTATIVE ANCHIA:  Yeah, I know.  One
14    step at a time as you said.  Thank you.
15              CHAIRMAN SMITH:  At this time the chair
16    calls Fidel Acevedo.  How did I do?  President of LULAC
17    Council No. 4860 here to testify against Senate Bill
18    362.  Please state your name and who you represent.
19    Thank you -- Thank you to all of you for sticking with
20    us.
21              MR. ACEVEDO:  My name is Fidel Acevedo.
22              CHAIRMAN SMITH:  Who do you represent?
23              MR. ACEVEDO:  I represent Council 4860.
24    I'm the president for that particular council.
25              CHAIRMAN SMITH:  Tell us what you want us
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006971

TX_00034113

USA_00021853

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 79 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 69 of 239

1    to know.  Thank you.

2              MR. ACEVEDO:  Well, first of all, I want

3    to let you know that I'm against this particular bill.

4              CHAIRMAN SMITH:  Okay.

5              MR. ACEVEDO:  Second of all is I've been

6    an election judge here in Travis County for at least

7    10 years.  It doesn't surprise me that we're trying to

8    suppress voter turnout.  It doesn't surprise me.  Here

9    in Travis county we do have a heck of a turnout.  But at

10   the same time as an election judge, at any facet of the

11   election process, the photo ID to me wouldn't and shall

12   not be the thing that will make it -- make it possible

13   for you to be able to vote.  You have voter registration

14   cards, and as a judge, you should be able to oversee

15   that election and be able to see that the election is

16   run properly and fairly.

17             With -- With that in mind, I also serve on

18   the advisory board here in Travis County with elections.

19   So all these things that we hear about voter fraud and

20   different types of fraud, I tell you what, it seemed

21   like to me like a lot of paranoia from a lot of folks

22   that are not really willing to teach the process.  I

23   believe in teaching the process.  I believe in the

24   process.  But for this type of bill to go forward and

25   become law, where is the bucks coming from so we can



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006972

TX_00034114

USA_00021854

                                                              398

1    continue to teach and be able to relate to the voters
2    what it's all about?
3                    We're having trouble right now keeping up
4    with what is out there right now as the law has changed
5    since HAVA came into play.  So, folks, let me tell you,
6    they say if it ain't broke, don't fix it.  Well, if you
7    think it's broke and you're trying to fix it, the best
8    you can do is throw a lot of bucks into it so that we
9    can have the money to train folks on the process and not
10   just put another law into play that is just going to
11   totally continue to confuse our voters.
12                   We need voter turnout.  It doesn't matter
13   to me as a judge whether you're Republican, Democrat or
14   otherwise, but we do need -- we do need folks to
15   understand the process first and that avoids a heck of a
16   lot of confusion.  Thank you very much.
17                   CHAIRMAN SMITH:  Thank you too.  Members,
18   any questions?  Representative Pena?
19                   VICE-CHAIRMAN PENA:  Fidel, how are you
20   doing?
21                   MR. ACEVEDO:  Fine, sir.
22                   VICE-CHAIRMAN PENA:  I know that you live
23   in the City of Austin, right?
24                   MR. ACEVEDO:  Yes, sir.
25                   VICE-CHAIRMAN PENA:  And I know that


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034115

USA_00021855

Case 2:13-cv-00193  Document 663-15  Filed on 11/11/14 in TXSD  Page 81 of 95

1    you've been working in the -- in the grassroots level

2    with mainly in Hispanic populations across the State of

3    Texas; is that right?

4              MR. ACEVEDO:  That's true.

5              VICE-CHAIRMAN PENA:  And based on your

6    experience, you've heard some of the testimony earlier

7    that in some states turnout actually went up.  At least

8    that's the allegation, but in your experience in dealing

9    with the communities that you've worked with for many,

10   many years, do you see this as having -- having an

11   effect where voter turnout goes down or goes up?

12             MR. ACEVEDO:  Well, I'm going to -- I'm

13   going to reflect on what Todd's -- the representative --

14   the chairman reflected to with the study, and he was so

15   clear about the way this one study was referenced to the

16   other, and the gap is so narrow.  Well, I don't know

17   where he gets all that information, but I can tell you,

18   Chairman, that -- that you can take any study and you

19   can make any kind of percentage look narrow or big,

20   depending on the numbers.  I can tell you for a fact

21   that in the areas where I have been throughout the State

22   of Texas, trying to teach this process and trying to

23   keep up with the process, whether it was from

24   Brownsville to El Paso, it's -- it just floors you to

25   know that we could have better turnout if we could only



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034116

USA_00021856

                                                                400

1    reach those folks that we're trying to reach and trying

2    to make big difference.

3              I would suspect since we don't have any

4    data, that this would only hurt the minority

5    communities.

6              CHAIRMAN SMITH:  Tell me this.  Is that

7    the goal is to expand voter participation in your

8    district?

9              MR. ACEVEDO:  Exactly.

10             CHAIRMAN SMITH:  Do we register more

11   voters?  Do we -- Some of these studies seem to indicate

12   that we could register every voter in Texas, every human

13   being in Texas, and the turnout would not materially

14   change because you can't make them interested in

15   government or politics.  What -- What do you think would

16   be the best means of expanding voter participation?

17             MR. ACEVEDO:  Well, first of all, it's an

18   education process, sir, and when we go to any school,

19   high school, and try to bring voter registration -- as

20   LULAC to try to participate and bring voter registration

21   to any high school, unless you have specific directions

22   from that principal or in Spanish, you are not going to

23   get anywhere.  They don't teach this process in high

24   school.  You learn by hook or crook one way or another

25   that this is what your civic duty is.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034117

USA_00021857

                                                        401

1              So, yes, I agree with you.  You can arrest

2     them all a hundred percent.  You can ID them with their

3     thumbprint and let them come in there.  The technology

4     data is there, but the idea of registering more voters,

5     that's something that we're very heavy on trying to

6     register as many voters as we can during voter

7     registration.  I do lead that effort here in the

8     community.  However, again, it's the beginning of the

9     process and nothing's going to say that we're going to

10    get a hundred percent participation.

11             CHAIRMAN SMITH:  No.  Do you think

12    registering more voters will materially increase voter

13    participation?

14             MR. ACEVEDO:  I do believe so.  If we have

15    a follow-up, yes, sir.

16             CHAIRMAN SMITH:  Okay.  Any other

17    questions members?

18             MR. ACEVEDO:  Thank you, sir.

19             CHAIRMAN SMITH:  Thank you for coming.

20    Appreciate it.  At this time the chair calls Eleazar

21    Perez, Junior.  Are you still with us?  He's not

22    testifying, but wishes to be shown in favor of Senate

23    Bill 362.  The chair calls Maria Leach speaking on

24    behalf of the OWLS.  This may be our last OWL --

25             MS. LEACH:  Tired.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034118

USA_00021858

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 84 of 95

                                                          402

```
 1              CHAIRMAN SMITH:  -- in favor of Senate
 2    Bill 362.  Please state your name and who you represent.
 3              MS. LEACH:  Yes.  I'm Mrs. Maria Leach.
 4    I'm from Edinburg, Texas from the same town of our
 5    representative, and we thank you for the opportunity.
 6              CHAIRMAN SMITH:  Who are you speaking on
 7    behalf of today?
 8              MS. LEACH:  I'm speaking on behalf of
 9    Senate Bill 362.
10              CHAIRMAN SMITH:  Are you speaking on
11    behalf of OWLS?
12              MS. LEACH:  Yes.
13              CHAIRMAN SMITH:  Okay.
14              MS. LEACH:  And I am for it.  We are for
15    it.
16              CHAIRMAN SMITH:  All right.
17              MS. LEACH:  And you asked if we got paid
18    for this?  Yes, we do in thank yous, in appreciation.
19    These people they are just, you know, thank you, thank
20    you, thank you, because -- and I just tell them, you
21    know, we're there to support you.  I'm talking about
22    Progresso people, and this is what makes our wanting to,
23    you know, be there for them support them in their
24    efforts and to get better government to do away with the
25    corruption that they've seen and experienced.  And they
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034119

USA_00021859

Hearing - Volume 3                                    April 7, 2009

403

1    had a young lady that was going to testify here before

2    you that she was paid, like Mrs. McClaugherty said, for

3    voting for the mayor -- that's present mayor, and so,

4    you know, there are problems.

5            And this is how we got involved with the

6    town of Progresso because these people didn't know who

7    to turn to.  They were frustrated and we came to their

8    aid.  We encouraged them to stand up for their rights

9    and to do the right thing, and -- and, you know, just

10   getting a thank you, that means a lot to us because we

11   feel like, well, maybe we are contributing a little bit

12   of help to these people.  And this is why we want this

13   photo card because we think they have the problem that

14   they get names and just present these cards with

15   different names, and they can vote.  You know, nobody's

16   going to question them, and I think that if we are going

17   to have elections that they should be honest, fair

18   elections for everybody and that's, you know, my

19   standing and the OWLS stand.

20           CHAIRMAN SMITH:  We've heard your friends.

21   Are there -- Are you aware of any allegations from

22   conversations you've had with any other people?  I don't

23   suppose you personally witnessed it.

24           MS. LEACH:  No, we did not.

25           CHAIRMAN SMITH:  Where there is an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006978

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 86 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 76 of 239

1    allegation that someone went to the polls claiming to be

2    somebody other than who they are.

3                 MS. LEACH:   No.  We've just been told, and

4    we believe these people that have told us because I

5    don't think that, you know, they would be making up

6    something that's not so.  I mean, they're honest people.

7    They're hard working people.  Some of them miss jobs to

8    come over here and, you know, try to -- to bring the

9    case before you, and, of course, the state Attorney

10   General has their case and they're saying -- but, you

11   know, the thing is that they don't want us to testify

12   about, you know, certain things, but the newspaper.

13                The Monitor there in McAllen, they've had

14   front pages -- they've had front page stories about

15   Progresso, what's going on, because they have had

16   reporters.  When we've been there, they've come to us,

17   and they wanted to know what was going on, and, you

18   know, so they are familiar with that too.  So that's the

19   kind of evidence that we have that, you know -- And we

20   believe these people.  I mean, I don't think that they

21   have any reason to tell us otherwise.

22                CHAIRMAN SMITH:  Any other questions

23   members?  Vice-chairman Pena?

24                VICE-CHAIRMAN PENA:  We also hear

25   complaints about another community.  That's delta



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006979

TX_00034121

USA_00021861

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 87 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 77 of 239

                                                              405

1    community, right?

2              MS. LEACH:  Sure.  That's correct.

3              VICE-CHAIRMAN PENA:  We have --

4              MS. LEACH:  Delta and --

5              VICE-CHAIRMAN PENA:  We have complaints

6    about LaJoya and Sullivan City.

7              MS. LEACH:  Exactly.  Yes.

8              VICE-CHAIRMAN PENA:  And some of the other

9    small communities around.

10             MS. LEACH:  Right.  Right.

11             VICE-CHAIRMAN PENA:  Every time we have an

12   election, there's allegations of corruption, right?

13             MS. LEACH:  Right.  M-hm.  Yes.  And I

14   think that, like I said, the thing is that these people

15   come to us because they know that they can trust us,

16   that they can tell us, you know, whatever is bothering

17   them or whatever they have seen, and, you know, I don't

18   think that they have any reason to tell us otherwise.  I

19   don't think that they are fabricating these stories.  I

20   mean, we believe them because they are honest, hard

21   working people, and all they want is for some -- you

22   know, to have clean elections so that they can have --

23   you know, that their votes will count for the people

24   that they're voting for.

25             VICE-CHAIRMAN PENA:  Let me just end by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034122

USA_00021862

406

1    saying thank you for coming and thank you for assisting

2    people, and we're going to do our very best to find a

3    solution to this.

4                 MS. LEACH:  We hope you do, and we thank

5    you for the opportunity also that -- You know, like I

6    said, we just want the right thing for these -- for all

7    of us -- for all of us because I think that we as

8    taxpayers and as voters, you know, that's a very -- a

9    right that we have, and we -- you know, we want to be

10   sure that when we vote for the person that we think

11   would do the best job for us would be an honest vote,

12   and nobody will, you know, be getting that vote and

13   putting it in the trash or whatever.  Thank you so much.

14                 CHAIRMAN SMITH:  Just a minute.  If you

15   don't mind.  Representative Brown?

16                 REPRESENTATIVE BROWN:  And our chairman

17   has given information to read these and before I do, my

18   staff person has checked with the Attorney General.  The

19   gentleman that was here from the Attorney General's

20   office, and we have clearance to read these because they

21   are in the public record and these are the affidavits --

22                 MS. LEACH:  The affidavits.

23                 REPRESENTATIVE BROWN:  -- by these people

24   that have already left us?

25                 MS. LEACH:  Right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006981

TX_00034123

USA_00021863

Hearing - Volume 3                                    April 7, 2009
                                                              407

1          REPRESENTATIVE BROWN:  But I'm just going
2    to read right quick -- there's just three or four of
3    them here -- that I think it might help people to
4    understand a little bit about what they're facing and
5    why they did go to such lengths.
6          MS. LEACH:  I can get my copy.  I have a
7    copy.
8          REPRESENTATIVE BROWN:  All right.  We have
9    them.  I have them right here.  Thank you.  And her name
10   is Maricela Infante (phonetic), date of birth 10/4/62,
11   resides in Progresso, Texas, and of sound mind and over
12   the age of 18 and state the following:  I was appointed
13   as a poll watcher for the Progresso ISD School Board
14   election by the candidate, Eleazar Perez, Junior.  On
15   April 28th, '08 on or about 8:30 a.m., Mrs. Maria Isabel
16   Vela was allowed to enter and vote without providing an
17   ID or a voter registration card.  On April 28th, '08, on
18   or about 10 a.m., Mr. Guadalupe Vela was allowed to
19   enter and vote without providing an ID or a voter
20   registration card.  On April 28th on or about 2 p.m., a
21   voter by the name of Jimmy Vasquez walked in to vote but
22   with a voter registration card with the name of Juan
23   Pablo Maldonado.  Priscilla, the clerk, told him he was
24   not Juan Pablo Maldonado.  When the voter was asked for
25   an ID, he turned around and walked out.  Mr. -- I don't



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034124

USA_00021864

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 90 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 90 of 239

408

1    know what the first name is -- but Rocha was the last

2    name, the presiding judge, told Priscilla, the clerk, to

3    confiscate the voter's registration card.  The election

4    clerk kept the voter's registration card.  Various

5    people were allowed to vote with an expired voter

6    registration card and were asked not to and were not

7    asked to provide an ID.  As a poll watcher, I continued

8    to observe the election judge and other election staff

9    stand close by the voting machines while the voters

10   voted.  They were being intimidated to vote their way.

11   And she has signed it here and there's the date.

12              The next one was Abigail Infante, a date

13   of birth, January 3rd, '86, residing in Progresso,

14   Texas, and of sound mind and over the age of 18 to state

15   the following:  I was appointed as a poll watcher for

16   the Progresso ISD School Board election by a candidate,

17   Eleazar Perez, Junior, held on May 10th, 2008.  On

18   April 28th, '08, around 8:30, Maria Isabel Vela came in

19   to vote without showing an ID or voter registration card

20   and then there's the next -- the next time around 10,

21   Guadalupe Vela voted -- voted without showing an ID and

22   so on, and then April 28th around 2 p.m., a voter by the

23   name of Jimmy Vasquez went in to vote and when he showed

24   his voter registration card, Priscilla told him you're

25   not Juan Pablo Maldonado, you're Jimmy Vasquez, and then



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006983

TX_00034125

USA_00021865

Hearing - Volume 3                                    April 7, 2009

                                                              409

1    Jimmy answered "Yes, I am."  Then Jerry Jasso (phonetic)

2    Junior asked him for an ID and Jimmy walked out.  Then

3    Judge Rocha told the clerks to confiscate the voter

4    registration card, and so on, and that's -- that's

5    the -- very, very similar to the first one.

6              And then this one is from a Simon Torres,

7    it looks like, from Progresso, and also over the age of

8    18.  I participated in the Progresso School -- ISD

9    School Board election held on May 10th, 2008.  I state

10   that on Monday, April 28th, '08, I was brought to the

11   Progresso ISD School election site by Lorenzo Castillo

12   who handed me a voter's registration card to participate

13   in the elections.  He stated they would pay for me to go

14   vote and vote for Juan Ramos (phonetic), Michael Vela

15   and David Hernandez.  I proceeded to go in and cast a

16   vote with the registration card that belonged to Alfredo

17   Maldonado.  After I went in to vote, I was paid $10 by

18   Jose Guadalupe Vela, and at this time Mr. Lorenzo

19   Castillo took the card from my possession.  And the next

20   is in Spanish, and I think that's about it.

21              MS. LEACH:  Right.

22              REPRESENTATIVE BROWN:  But that gives us

23   an idea of what she's testifying to.

24              MS. LEACH:  Right.  Yes.

25              REPRESENTATIVE BROWN:  And these are all



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034126

USA_00021866

                                                              410

 1    notarized --

 2                MS. LEACH:  Right.  Yes.

 3                REPRESENTATIVE BROWN:  -- affidavits.

 4                MS. LEACH:  And these people, all they

 5    want is a chance because they've said that if they can

 6    just like put their own candidates on the ballot and if

 7    they lose, they want it to be fair, not -- not, you

 8    know, by trick or, you know, like these people are doing

 9    it right now and that's all.  They just want a fair

10    chance, and we thank you for the opportunity too.

11                REPRESENTATIVE BROWN:  Thank you.  We

12    appreciate what you're doing very much.

13                MS. LEACH:  Thank you.

14                CHAIRMAN SMITH:  Representative Pena?

15                VICE-CHAIRMAN PENA:  Yeah.  This is not so

16    much a question for you, Maria.  I just want to make a

17    statement into the record.

18                MS. LEACH:  Okay.

19                VICE-CHAIRMAN PENA:  Mr. Chairman, I'm

20    going to object because when the representative from the

21    AG's office was present, he asked us not to go into this

22    matter, and I out of respect for his request did not

23    seek to examine the witnesses who were present, and now

24    we've had affidavits read into the record without the

25    ability of examination.  And so I object on a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034127

USA_00021867

411

1    fundamental fairness basis.  I just want to make that

2    statement.

3                   MS. LEACH:  Okay.  Thank you.

4                   VICE-CHAIRMAN PENA:  Because I would have

5    examined these.  Look, let me ask you a question.

6                   MS. LEACH:  M-hm.

7                   VICE-CHAIRMAN PENA:  There's always

8    allegations of corruption, and certainly in the valley,

9    any time any side loses, there's allegations of

10   corruption.  It's usually after examination that we find

11   out whether or not it's real or not, right?

12                  MS. LEACH:  M-hm.

13                  VICE-CHAIRMAN PENA:  And so what I've said

14   here which is that when we read these affidavits, I have

15   no way of determining whether or not they're true or not

16   because the witnesses aren't here anymore, and it's

17   really not a statement to you.  It's just a --

18                  MS. LEACH:  I understand what you are

19   saying.

20                  VICE-CHAIRMAN PENA:  It's something I

21   wanted to say into the record.

22                  MS. LEACH:  Okay.  Thank you very much.

23   Well, have a good night.

24                  CHAIRMAN SMITH:  I have questions.  Thank

25   you, and -- and -- and were you here when the Attorney



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034128

USA_00021868

Hearing - Volume 3                                    April 7, 2009

                                                              412

1    General was here?

2                MS. LEACH:  Yes.

3                CHAIRMAN SMITH:  So I just want to

4    reiterate what he said.

5                MS. LEACH:  M-hm.

6                CHAIRMAN SMITH:  I can't prevent you from

7    answering any questions, nor would I try.  I can't

8    prevent Representative Anchia from asking any questions,

9    nor would I try, but it is -- it is my intent to ensure

10   that as much information is available as possible

11   without compromising any criminal investigation that may

12   be presently underway.  And the Attorney General's

13   office is the one who has -- who has instructed the

14   committee with regard to what is acceptable and what is

15   not acceptable.

16               He has indicated in the hearing today,

17   that to the extent that you answer questions about the

18   details of any ongoing investigation, that because your

19   testimony is not something that is already a matter of

20   public record, unlike these documents which are, that it

21   has the potential -- and I'll let him determine later

22   where that line is drawn, but it has the potential to

23   preclude law enforcement officers in the State of Texas

24   from being able to prosecute certain of these

25   allegations and get to the point where we can be certain



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006987

TX_00034129

USA_00021869

Case 2:13-cv-00193 Document 663-15 Filed on 11/11/14 in TXSD Page 95 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 85 of 239

                                                             413

1    of whether or not they are or are not true.  Everybody

2    will agree that these affidavits are nothing more than a

3    particular individual's statement in writing.  That's

4    all it is.

5                MS. LEACH:  Right.

6                CHAIRMAN SMITH:  It could be true, it

7    could be false, just like a lot of stuff that we've

8    heard over the last 48 hours during this -- during this

9    hearing.  It is and can be taken for whatever it's

10   worth, nothing more and nothing less.

11               And so with that instruction, you

12   understand that you are free to answer these questions.

13   You are free not to answer these questions depending

14   upon what the question is and whether you feel like it

15   has the potential to undermine any prosecution in the

16   State of Texas.  Representative Anchia?

17               REPRESENTATIVE ANCHIA:  My question is for

18   Representative Brown.  What was the purpose of reading

19   those into the record after the admonition that we had

20   received from the Attorney General both last night and

21   today?

22               REPRESENTATIVE BROWN:  Well, to begin

23   with, these were statements that as I understand it that

24   have been made in the senate prior, and they are a

25   matter of public record.  That's what we were told by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034130

USA_00021870