414

1    the AG's office.  Since they are a matter of public

2    record at this point that we were free to share them.

3                    REPRESENTATIVE ANCHIA:  Who did you speak

4    to at the AG's office?

5                    REPRESENTATIVE BROWN:  My chief of staff

6    can answer that.

7                    REPRESENTATIVE ANCHIA:  So did you speak

8    to someone at the AG's office?

9                    REPRESENTATIVE BROWN:  Not personally.

10                    REPRESENTATIVE ANCHIA:  And so you -- you

11    did not get the direct okay from the -- from the AG's

12    office to read those into the record?

13                    REPRESENTATIVE BROWN:  I did not speak to

14    him personally.

15                    REPRESENTATIVE ANCHIA:  Okay.  Did you

16    speak to anyone from his office?

17                    REPRESENTATIVE BROWN:  No.  My chief of

18    staff did.

19                    REPRESENTATIVE ANCHIA:  Were you here

20    during the admonition by the AG related --

21                    REPRESENTATIVE BROWN:  I was.

22                    REPRESENTATIVE ANCHIA:  And you were

23    present last night during the admonition?

24                    REPRESENTATIVE BROWN:  I was.

25                    REPRESENTATIVE ANCHIA:  What was the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006989

TX_00034131

USA_00021871

                                                                    415

1    purpose of you -- What was your intent in reading those

2    into the record?

3                REPRESENTATIVE BROWN:  I guess my -- my --

4    I had no intent other than to satisfy the feeling that

5    these ladies had that we had been denied the testimony

6    by these people who have already left.

7                REPRESENTATIVE ANCHIA:  But they

8    understood it could jeopardize the investigation,

9    correct?

10               REPRESENTATIVE BROWN:  No I would not have

11   I would not have read that if I had thought that it had

12   any bearing.

13               REPRESENTATIVE ANCHIA:  Now, but they

14   understood that their testimony could jeopardize --

15               REPRESENTATIVE BROWN:  Mr. Anchia, I am

16   not on trial here.

17               REPRESENTATIVE ANCHIA:  No, no.  I'm

18   asking you questions.  I think you've done something a

19   little bit reckless.

20               REPRESENTATIVE BROWN:  I answered you, and

21   I have been named by the AG --

22               REPRESENTATIVE ANCHIA:  So -- I'm just as

23   concerned about the investigation as you are, so I just

24   want to make sure that I understand what your intent

25   was, and I -- I'm trying to be respectful --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034132

USA_00021872

416

1              REPRESENTATIVE BROWN:  I had no ulterior

2    motive.

3              REPRESENTATIVE ANCHIA:  -- and to get at

4    it.

5              REPRESENTATIVE BROWN:  I -- I was simply

6    sharing information.

7              CHAIRMAN SMITH:  And, you know, Rafael, if

8    you'd like to ask the witness a question, then please

9    proceed.  I'm going to place some restraints on your

10   ability to cross-examination the colleague in the Texas

11   House of Representatives.

12             REPRESENTATIVE ANCHIA:  Well, it was my

13   understanding, Mr. Chairman, that -- that this committee

14   was going to refrain and many of us spoke about that.

15   We had -- We had the opportunity to cross-examination

16   some of the people when we were here.  We were asked not

17   to not raise this issue.  We were admonished on a

18   regular basis, so it caught me a little bit by surprise,

19   frankly, that we would go in this direction because I --

20   I -- I spoke to the Attorney General's office, and there

21   was a very clear direction, and -- and I -- I think

22   it's -- it's a problem that we -- that we have done

23   this.  So I'd like to make that -- that clear.

24             I mean, it's also clear that the

25   delegation that was here got to speak to the Attorney



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034133

USA_00021873

Hearing - Volume 3                               April 7, 2009

417

1   General, so, I mean, they're speaking to officials from

2   the state about their problem.  It's not like they

3   haven't been able to speak to anybody.  They've also

4   spoken to the Secretary of State's office on this issue,

5   okay?  So it's not like they haven't been given an

6   avenue to air their grievances.  Now, the fact that they

7   didn't come -- that they were unable to testify here was

8   not our decision.  It was the AG's decision.

9              CHAIRMAN SMITH:  I think it was their

10  decision in reliance upon advice and recommendations by

11  the Attorney General that they volitionally prevented

12  them from testifying.

13             REPRESENTATIVE ANCHIA:  They volitionally

14  left, right, and did not testify.

15             CHAIRMAN SMITH:  That's right.

16             REPRESENTATIVE ANCHIA:  So let me ask the

17  witness.  Do you have any personal knowledge of the

18  events related or that were included in the -- in the

19  affidavits that were read into the record by

20  Representative Brown?

21             MS. LEACH:  No, not personally.  No.  Just

22  from what we've been told by the --

23             REPRESENTATIVE ANCHIA:  Do you know -- I'm

24  sorry.  I apologize.  I didn't mean to cut you off.

25             MS. LEACH:  No.  I just said not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034134

USA_00021874

                                                          418

1    personally.  These people, we don't know them.

2              REPRESENTATIVE ANCHIA:  Do you know any of

3    the people who did --

4              MS. LEACH:  We know the people that came

5    here because we met them, like I said.  They -- they --

6    We would meet with them when they first, you know,

7    didn't know who to turn for advice, for a little support

8    and so forth.  But other than that, they had told us

9    that they had submitted these affidavits because they

10   wanted, you know, the State's Attorney General to -- to

11   investigate, and we know that they have been, so --

12             REPRESENTATIVE ANCHIA:  And you know that

13   it's under current investigation, correct?

14             MS. LEACH:  Yes, yes.  Sure do.  Yes.

15             REPRESENTATIVE ANCHIA:  Since last

16   September, correct?

17             MS. LEACH:  Right when -- Yeah, because

18   we've been involved with them for over a year now.

19             REPRESENTATIVE ANCHIA:  And you've been

20   working with the Attorney General's office as well?

21             MS. LEACH:  No.  We just told them to --

22   you know, to contact the State Attorney General's

23   office, the DA's office, and we just kind of gave them

24   the advice or, you know, to -- to -- who to contact and

25   see if they could get -- help give their support to look



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006993

TX_00034135

USA_00021875

1    into this matter, and, like I said, we went for a

2    meeting there one time and, of course, the media was

3    interested in stories like that.  So when we were there,

4    they had -- they had, like I said, The Monitors covered

5    it like they had maybe like three, four articles in

6    their paper ever.  And so, you know, they -- they were

7    there at the meetings and, you know, knew what was going

8    on and so forth, and they reported.  We did not.  They

9    didn't have interviews with us.  You know, we know some

10   of the reporters and all that, but they went and covered

11   the stories.  They were interested because, you know, it

12   made good news.

13            REPRESENTATIVE ANCHIA:  Yes, it certainly

14   makes good news and sensational news.  Do you know Mary

15   Lou Moreno?  Do you know who she is?

16            MS. LEACH:  I know Mary Lou Ybarra, not

17   Moreno.  I don't know Moreno.

18            REPRESENTATIVE ANCHIA:  Does she also go

19   by Mary Lou Ybarra and Mary Lou Moreno?

20            MS. LEACH:  She might.  Yeah.  She might,

21   but, I mean, we know her as Mary Lou Ybarra.  I don't

22   know whether that's her -- You know, I don't even know

23   that she's married or not.  I know that she stays with

24   her mom who's been seriously ill, but we know her as

25   Mary Lou Ybarra.  It might be because they use both



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034136

USA_00021876

                                                                  420

 1    names, you know, husband and --

 2                 REPRESENTATIVE ANCHIA:  Was she one of the

 3    people who was going to testify today?

 4                 MS. LEACH:  Yes.  M-hm.

 5                 REPRESENTATIVE ANCHIA:  And I would have

 6    liked to have cross-examined her if she was going to

 7    testify today because we've been given some information

 8    about her -- her reliability potentially as a witness.

 9    Are you aware of any problems with her background?

10                 MS. LEACH:  Not that I know of, no.  I

11    know that she's works -- she works at a daycare center,

12    and, you know, like I said, we just -- we became friends

13    because we were there, and she calls me from time to

14    time, and, like I said, they were very appreciative,

15    just tell us thank you, thank you, and I said, well, you

16    know -- I mean, we were glad to be there and, you know,

17    just extend a helping hand.  That's all we do.

18                 CHAIRMAN SMITH:  Any other questions,

19    members, of this witness?  Representative Heflin?

20                 REPRESENTATIVE HEFLIN:  Ms. Leach, as to

21    the documents that were just read into the record, were

22    you there personally when any of these events took

23    place?

24                 MS. LEACH:  Not -- I was not.  None of us

25    were.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006995

TX_00034137

USA_00021877

Hearing - Volume 3                                    April 7, 2009

421

1              MR. HEFLIN:  None of you were there?

2              MS. LEACH:  No, no.

3              REPRESENTATIVE HEFLIN:  So you have no

4     knowledge about any of the facts or circumstances --

5     personal knowledge about these events?

6              MS. LEACH:  No.  We were just -- they --

7              REPRESENTATIVE HEFLIN:  You were told.

8              MS. LEACH:  Yes.  The people that are

9     involved, Mary Lou and the other people that were here

10    today, they would tell us, you know, this is going on,

11    and basically some of these things that -- that are on

12    the affidavit, but, no, we're -- we're, you know --

13             MR. HEFLIN:  Okay.

14             MS. LEACH:  =We did not participate

15    in that.

16             CHAIRMAN SMITH:  Representative Heflin,

17    please?

18             REPRESENTATIVE HEFLIN:  Mr. Chairman, I

19    just have one quick question, and I'm trying to be as

20    delicate about this as I can.  But I guess my curiosity

21    was if the same attorney that gave us the advice today

22    is the one that okayed this tonight.

23             CHAIRMAN SMITH:  Yes.

24             REPRESENTATIVE HEFLIN:  It was the same

25    attorney?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034138

USA_00021878

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 9 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 94 of 239

                                                                 422

 1              CHAIRMAN SMITH:  Yes.

 2              REPRESENTATIVE HEFLIN:  So at this point I

 3    guess I would have to ask any of the OWLS -- I know

 4    they're not up here for questioning -- if they know the

 5    persons involved in this and have personal knowledge of

 6    any of these events, if you would -- can we bring them

 7    back up?

 8              MS. LEACH:  I can answer.  You know -- You

 9    know, it's the same answer, but, you know, you can ask

10    them.

11              REPRESENTATIVE HEFLIN:  You may come back

12    up if you wish to.

13              CHAIRMAN SMITH:  And as you come up, would

14    you please identify yourself for the record?  One at a

15    time, please.

16              MS. McCLAUGHERTY:  Vern McClaugherty.

17              REPRESENTATIVE HEFLIN:  Ms. McClaugherty,

18    as to the petitions that you heard read a few moments

19    ago, do you have any personal knowledge of any of the

20    events that are happening surrounding these documents?

21              MS. McCLAUGHERTY:  No.

22              REPRESENTATIVE HEFLIN:  Okay.  All right.

23    Now, you understand that two of these documents are not

24    sworn documents.  They're just signed.  The other two --

25    Actually, the other three actually are sworn documents



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034139

USA_00021879

423

```
 1    before a notary.
 2              MS. McCLAUGHERTY:  I've never seen --
 3              REPRESENTATIVE HEFLIN:  You've never seen
 4    them?
 5              MS. McCLAUGHERTY:  No.
 6              REPRESENTATIVE HEFLIN:  Okay.
 7              MS. McCLAUGHERTY:  I held them for a few
 8    minutes this afternoon because I used them to write
 9    something on a note, but I have not looked at them, no.
10    We have heard the people tell us the story and that's
11    why they came here today was so that you could ask
12    questions about the way he said he would like to have
13    asked them.  They were here to answer them and they were
14    stopped.
15              REPRESENTATIVE HEFLIN:  I'm going to
16    address that same issue in just a second.
17              MS. McCLAUGHERTY:  All right.
18              REPRESENTATIVE HEFLIN:  So next?
19              CHAIRMAN SMITH:  Okay.  Just a minute.
20    Could you please come back before the next witness?
21              REPRESENTATIVE HEFLIN:  I'm sorry.
22              MS. McCLAUGHERTY:  Me?
23              CHAIRMAN SMITH:  No, no.  State your name.
24    No -- Yes, Mrs. McClaugherty.
25              MS. McCLAUGHERTY:  I'm Vern.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034140

USA_00021880

                                                                    424

 1                    CHAIRMAN SMITH:  Okay.  And you're

 2      testifying on behalf of OWLS in favor of Senate Bill

 3      362.

 4                    MS. McCLAUGHERTY:  Yes, sir.

 5                    CHAIRMAN SMITH:  Okay.  What was your

 6      name?

 7                    MS. McCLAUGHERTY:  Vern.  You want the

 8      full name?

 9                    CHAIRMAN SMITH:  Yes, ma'am.

10                    MS. McCLAUGHERTY:  Altalla (phonetic) Vern

11      Carter McClaugherty, if you want my legal complete name.

12      I go by Vern McClaugherty.

13                    REPRESENTATIVE HEFLIN:  We just need the

14      name you testified under.

15                    MS. McCLAUGHERTY:  Well, okay.  I'm just

16      letting you know if you wanted it all.  I was ready.

17                    CHAIRMAN SMITH:  Apparently Mr. Heflin has

18      determined he doesn't need to hear from all of you, so

19      thank you very much.

20                    REPRESENTATIVE HEFLIN:  Right.

21                    MS. McCLAUGHERTY:  Okay.  He wants certain

22      ones?

23                    REPRESENTATIVE HEFLIN:  I guess I'm going

24      to follow Mr. Pena's -- I think I'm going to object to

25      these being entered into the record or read into the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034141

USA_00021881

Hearing - Volume 3                                    April 7, 2009

                                                                425

1    record because we were denied basically the right to

2    cross and ask questions of these witnesses.

3              CHAIRMAN SMITH:  Let me just state no

4    record be --

5              REPRESENTATIVE HEFLIN:  I understand.

6              CHAIRMAN SMITH:  There is no evidentiary

7    record.  This is not a trial.  This is a public hearing

8    which a public document was read, and if anybody else on

9    this committee wishes to read a public document that is

10   relevant to the purpose of this hearing that is of any

11   reasonable length because we want as much information as

12   we can get out into the public in a public hearing that

13   does not jeopardize a prosecution, you'll be allowed to

14   do so.  If this were a trial rather than a legislative

15   hearing, there would be a legitimate point.  If there

16   was an evidentiary record, an affidavit was being

17   submitted as evidence, that would be a legitimate point,

18   simply not the proceeding in which we find ourselves,

19   and, therefore, this is no legitimate complaint request

20   reading a public document into a public hearing.

21             REPRESENTATIVE HEFLIN:  I would still --

22             CHAIRMAN SMITH:  But those objections by

23   my colleagues are duly noted.

24             REPRESENTATIVE HEFLIN:  Thank you very

25   much.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007000

TX_00034142

USA_00021882

426

```
 1                CHAIRMAN SMITH:  You bet.
 2                REPRESENTATIVE VEASEY:  Mr. Chairman?
 3                CHAIRMAN SMITH:  Yes.
 4                REPRESENTATIVE VEASEY:  I would like to
 5     read a public document to go that the record.  I've been
 6     wanting to do this for a while and was waiting for the
 7     right segue, and you just opened the door for me.
 8                CHAIRMAN SMITH:  How long is this going to
 9     take?  I said reasonably --
10                REPRESENTATIVE VEASEY:  It is always very
11     reasonable.
12                CHAIRMAN SMITH:  Okay.
13                REPRESENTATIVE VEASEY:  It's a few
14     paragraphs.
15                CHAIRMAN SMITH:  All right.  Thank you.
16     Please proceed.
17                REPRESENTATIVE VEASEY:  This is a
18     testimony in opposition to Senate Bill 362 submitted by
19     Boyd L. Richey of Young County.  He was the chairman of
20     the Texas Democratic Party.  And the letter reads:  As
21     chairman of the state political party, I'm always trying
22     to get Texans engaged and involved in our election
23     process.  In 2008, we were encouraged to see many first
24     time voters take an interest in the process.  This is
25     especially the case among our young people who can --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034143

USA_00021883

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 14 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 99 of 239

                                                            427

1    who can be notoriously difficult to engage in politics.

2    In last year's primary election, Texas youth voter

3    turnout rate nearly tripled from the 2000 primary

4    election.  It's encouraging to see more Texas voters

5    participating because the right to choose our elected

6    representatives in free and open elections is the most

7    fundamental cornerstone of our American democracy.

8              However, numerous studies indicate that

9    certain segments of the population are less likely to

10   have the ID required by this proposed Voter ID

11   legislation.  While we should do everything important to

12   encourage voting, Voter ID registration will make it

13   harder for every Texan to vote by placing new

14   bureaucratic hurdles between Texans and the ballot box.

15             While responsible lawmakers want to make

16   it harder for Texans to vote, there's no evidence of

17   voter impersonation which is the only type of voter

18   fraud this Voter ID legislation would address.  The only

19   rationale then is that this is an -- this is a desperate

20   attempt to try and keep failed Republican leaders in

21   office by suppressing the vote of groups that tend to

22   vote democratic.  The harder it is to vote, the harder

23   it is for Texans to demand and get the change we need.

24   Just as there are more important issues facing our state

25   than phantom voting fraud epidemic, there are more --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007002

TX_00034144

USA_00021884

428

1    more pressing election items pending in this committee,

2    and the fact that the Republican elections committee

3    members have prioritized partisan Voter ID legislation

4    at the expense of critical issues is revealing of their

5    own partisan extremism.

6              Republican photo Voter ID legislation

7    places partisanship over progress.  Texas Republicans

8    have given this costly and unnecessary legislation top

9    priority status while ignoring real issues caused by

10   this Republican recession.  Texans face far more urgent

11   problems like lack of access to quality affordable

12   health care, the rising cost college tuition and

13   skyrocketing insurance and utility rates.

14             These are the issues folks in my community

15   are concerned with, and I suspect yours as well.  Let's

16   do right by Texans to preserve free and fair elections

17   and get to work on solving some actual problems.  I

18   strongly urge you to vote against this legislation as it

19   is bad for all Texans.  And I have the testimony, and

20   I'll give it to the clerk, also the names of 5,000

21   individuals that --

22             CHAIRMAN SMITH:  Please, I'm trying to be

23   fair about this.

24             REPRESENTATIVE VEASEY:  -- against --

25   state an opposition to the bill.  Mr. Chairman, thank



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034145

USA_00021885

                                                                    429

 1    you.

 2                 CHAIRMAN SMITH:  Thank you, Representative

 3    Veasey.

 4                 UNIDENTIFIED SPEAKER:  Mr. Chairman, I'd

 5    like to also make a statement in the record in

 6    opposition to the reading into the record of the -- of

 7    the affidavits which we were not able to cross-examine

 8    and state my concerns about possibly hampering the

 9    Attorney General's investigation citing, again, his

10    admonitions from last night and today related to --

11    related to the ongoing investigation in Progresso.

12                 CHAIRMAN SMITH:  Please.

13                 UNIDENTIFIED SPEAKER:  I would also like

14    to note just for the record, Mr. Chairman, that the

15    Progresso allegations relate predominantly to voter

16    intimidation and poll worker and official misconduct and

17    voter suppression bribery and in some cases, official

18    intimidation of voters.  Thank you.

19                 CHAIRMAN SMITH:  So noted.  Anybody else?

20    Chair calls Joey Cardenas?  Cardenas.  Yes, sir.

21    Representing LULAC and speaking against testifying

22    against Senate Bill 362; is that correct?

23                 MR. CARDENAS:  That is correct, sir.

24                 CHAIRMAN SMITH:  Please state your name

25    and who you represent.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007004

TX_00034146

USA_00021886

430

1              MR. CARDENAS:  Joe Cardenas, the third,
2     representing the state of Texas for the organization of
3     LULAC.  LULAC is the -- the -- this state's premiere
4     civil rights organization.  It is its oldest Hispanic
5     civil rights organization as well.  Speaking on behalf
6     of the thousands of members that belong to this
7     organization that vote in both the Republican and the
8     Democratic party, we're unanimously against this bill.
9     We don't believe that this bill will serve any purpose
10    other than to hinder people from going out to vote.  To
11    put a further hindrance and a hurdle in front of the
12    voters of the state of Texas, we believe is simply
13    wrong.

14              Given that the State of Texas is
15    increasingly becoming Hispanic, we most -- we most of
16    all feel offended that this bill will even be introduced
17    as legislation.  Recalling the days when we had to pay
18    poll taxes in order to participate and the electoral
19    process of 1960s and -- and certainly well before that,
20    this is exactly what that smells like to us.  This is a
21    regressive law if passed, and we want you to know that
22    this to us is an election issue.  This is an issue that
23    we will well remember at the next election cycle.  We
24    will go out and we will continue to increase our voter
25    participation.  We will go out and we will continue to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034147

USA_00021887

431

1    register more and more voters.  This past year, I'm glad

2    to tell you that we registered 4,000 new voters here in

3    Austin area as well.

4              LULAC feels very strongly about voter

5    fraud.  We are the organization that people in this

6    state go to when they suspect voter fraud.  When they

7    suspect fraud at county government, when they suspect

8    fraud at school districts.  They come to us and we look

9    into that.  We send the information.  We -- We send the

10   information to our attorneys (inaudible) in some cases

11   that review that information to let us know whether

12   there is an actual cause, and I'm here to let you know

13   that, yes, there are cases of voter fraud and, yes, we

14   have had some, but you would lead us to believe that

15   this is a state-wide epidemic, and it is not.

16             I am also an election judge back home, and

17   I'm happy to let you know that apparently I happen to be

18   one of the competent counties that can run an election.

19   Because in my county we don't have voter fraud.  There's

20   a long process that people must follow in order to vote.

21   We have voter rolls that we have to check aside from the

22   voter card that they must present different judges,

23   different clerks, folks.  We're not incompetent.

24             If anything -- If anything, I think that

25   you ought to be thanking those volunteers who volunteer



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034148

USA_00021888

Hearing - Volume 3                          April 7, 2009

432

1    in all of our counties to run those elections because it

2    is an arduous process, and it is a very lengthy process

3    to sit there literally 12 hours a day and then at the

4    very end having to do paperwork that in some cases takes

5    an hour.  Thank you.

6              CHAIRMAN SMITH:  Thank you very much.  Any

7    questions, members?  Any questions, members?  Thank you

8    very much.  Appreciate it.  Some of you may not have

9    been here 12 hours ago when this thing started, and I

10   asked all of the members in the congregation to -- to

11   refrain -- I said you can make any facial expressions

12   you would like to make.  I'll even let you stick your

13   tongue out, but please, please refrain from any verbal

14   indications of whether you agree or disagree with the

15   witness, otherwise, it results in something we don't

16   want it to result in.

17             At this time the chair calls Patrick --

18   Patricia Elaine Ignacio.  Are you present?  Calling

19   once.  Calling twice.  I'm going to show her as

20   testifying -- as not testifying, but being in favor.  At

21   this time the chair calls Kelly McDonald.  Kelly

22   McDonald, you're here?  Testifying against Senate Bill

23   362 on behalf of yourself.  Please state your name and

24   who you represent.

25             MS. McDONALD:  Kelly McDonald.  I'm



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034149

USA_00021889

433

1    representing myself.  I'm from Waco, Texas, McLennan

2    County, and I appreciate my name being called finally.

3              CHAIRMAN SMITH:  Sorry it took so long.

4              MS. McDONALD:  I waded through my stuff

5    yesterday and all of today and for the senate hearing as

6    well.  So I work as a community organizer in McLennan

7    County for political reasons to help educate voters, and

8    I encourage voter participation and train poll watchers.

9    I've worked in Texas and I worked in Florida as a

10   campaign worker, and I'm not opposed to having more

11   stringent rules to protect the integrity of the system,

12   but there are many aspects of Senate Bill 362 that

13   concern me, mostly, the lack of time and the lack of

14   funding to educate voters on the changes, and,

15   Mr. Chairman, I saw your name quoted today in the Waco

16   Trib as also wanting to extend the amount of time that

17   we have to educate voters before these changes are

18   implemented.

19              And a lot of the concern that I have in

20   the reading of the Senate Bill 362 is that it seems that

21   the responsibility falls more on like community

22   organizers and nonprofit organizations to do this

23   educating and less on our election officials in our

24   state, and I know that in some cases, some of the

25   organizations like the NAACP and AARP and LULAC, there's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034150

USA_00021890

Hearing - Volume 3                                    April 7, 2009

434

1     not enough volunteers for those organizations to really

2     get to all the people that we would need to educate in

3     the amount of time that's allotted.

4              And then I'm also worried about -- Like I

5     live in a rural area south of Waco, and there's not

6     organizations sustained to reach out to the low income

7     voter in the rural community, and so I'm wondering how

8     we're going to educate them under the writing of the

9     current bill.  And then my second concern with 362 is

10    that it seems to rely on the poll worker to -- to have a

11    lot of discretion and to make judgments on the validity

12    of the IDs and the documentation that's required and

13    then also as a community organizer, we organize

14    rights -- rights to the polling places for disabled and

15    elderly and the homeless and the poor, and for us to

16    have to arrange transportation for this same group of

17    people to get Voter ID is going to place an additional

18    burden on a lot of volunteers, and I just don't think

19    that we have adequate people to get that done.

20             And then last night when Michael Ortrell

21    (phonetic) from Florida came and was speaking to the

22    committee, I worked in Florida in the last election and

23    there were some issues with that that I wanted to

24    address because it sounded like you all may be looking

25    at Indiana and Georgia and Florida as to ways to get



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007009

TX_00034151

USA_00021891

                                                               435

1      some legislation passed here.  And one thing that the

2      vice-president of the student Democrats mentioned today

3      was the address not matching, and we had several people

4      that were turned away in Florida because of that very

5      reason, so I think that the wording needs clarification

6      on any bill that is sent forth here.

7                   And, also, it concerns me when you were

8      questioning Mr. Ortrell as far as how Florida does the

9      ballot by mail because there there's no cause required

10     for you to request a ballot by mail, and I know that's

11     not how it is in Texas now, but if you do re-look at

12     that and address it, I encourage you to make sure that

13     it stays in Texas where you need to have a reason for

14     doing a ballot by mail.

15                  And, also, in Florida, you don't have to

16     be deputized to carry a filled-out ballot.  I know that

17     we were having volunteers go and pinning up ballot by

18     mails and bringing them and then I have some ideas on

19     how to prevent voter impersonation fraud and some

20     possible ideas to toss around about absentee ballots.

21                  CHAIRMAN SMITH:  Okay.  Thank you.  That

22     will give the members an opportunity to -- to ask any

23     questions, but I'm interested in those subjects, so why

24     don't you answer those questions for me.  Thank you.

25                  MS. McDONALD:  Okay.  And let's see.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034152

USA_00021892

436

1    There's the thumbprint.  If we could maybe put the --

2    the responsibility on the elections offices to -- to

3    help instead of requiring a photo ID of the voter to

4    either, you know, take a photograph or have a thumbprint

5    when people go and vote and maybe that wouldn't work for

6    the first one or two election cycles, but if we started

7    doing it now, then eventually that would possibly be a

8    way to prevent voter impersonation fraud.

9              CHAIRMAN SMITH:  Yeah.  Let me just say,

10   you know, that certainly is a way to do that.  My sense

11   is that you get some pretty significant opposition from

12   both the left and the right.

13             MS. McDONALD:  May I ask what the

14   reasoning is?

15             CHAIRMAN SMITH:  Just Libertarian concerns

16   about being required to give a thumbprint whenever you

17   vote.  But I'm open -- You know, I'm not much of a

18   Libertarian, so, you know, those aren't my concerns as

19   much.  I'm more interested in honest elections.  And

20   -- But I'm just -- I'm just letting you know.  I

21   appreciate the suggestions because that certainly would

22   be a mechanism by which we would enhance the security of

23   our polls if we required fingerprints.  The question --

24   question is whether we create such opposition to the --

25   We're politicians.  We have to consider not only policy,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034153

USA_00021893

Hearing - Volume 3                                    April 7, 2009

                                                                437

1    but does the policy that you would recommend allow us to

2    get the votes.  So, anyway, continue.  You don't have to

3    worry about that.

4              MS. McDONALD:  Okay.

5              CHAIRMAN SMITH:  You just get to think

6    about what --

7              MS. McDONALD:  Or what about taking a

8    photograph --

9              CHAIRMAN SMITH:  -- about what's right and

10   what's wrong.

11             MS. McDONALD:  -- of the person that votes

12   and then that would also allow for a method of

13   prosecution if it was shown that somebody voted in

14   somebody else's name.  You know, I mean, we have the

15   capability of taking photographs and storing large

16   numbers of photographs and then even a future election.

17             CHAIRMAN SMITH:  As they vote, you mean?

18             MS. McDONALD:  Yes.  As they sign in to

19   vote, take their photograph and then there could even be

20   a -- a digital image that's printed out for them to

21   compare to in further elections further down the road.

22             CHAIRMAN SMITH:  That would secure it as

23   well.  There would probably be a fiscal note on that,

24   but that's an interesting idea.  There's lots of ways to

25   have more secure elections, and you are providing us



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007012

TX_00034154

USA_00021894

                                                          438

1    with some.

2              MS. McDONALD:  And it wouldn't -- And it

3    wouldn't put the responsibility on the voter or

4    community organizers or nonprofits to educate the voter

5    because the voters wouldn't actually have to do anything

6    different.  And --

7              UNIDENTIFIED SPEAKER:  Can I ask a quick

8    question about the photograph?

9              CHAIRMAN SMITH:  Yes.

10             UNIDENTIFIED SPEAKER:  We currently take

11   people's photographs if they get a concealed hand -- or

12   the state does if they get a concealed handgun license,

13   state ID or a driver's license, right, and we store

14   large files of those photographs already at the state

15   level.  Would your proposal be for every voter or for

16   every voter that doesn't have the requisite ID or that

17   states an affidavit, for example, that, hey, I don't

18   have a photo ID?  So I could see where we would not want

19   to take an additional picture of a voter who already is

20   showing a photo ID, right, but maybe for those who did

21   not have it saying, hey, I don't have it, you take a

22   photograph of them and maybe you present them with photo

23   ID for the next election so they will have something.  I

24   mean, is that part of the plan?

25             MS. McDONALD:  I thought about that.  I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007013

TX_00034155

USA_00021895

439

1    was thinking more of something that was stored within

2    the election system and doesn't require someone to

3    replace it or keep up with it.  It will put the

4    responsibility more on the system and less on the voter,

5    but I thought about what you were saying as well, and I

6    would certainly prefer what you're proposing to 362.

7              CHAIRMAN SMITH:  Thank you.

8              MS. McDONALD:  And then I've been really

9    tossing around a lot of ideas the last couple of days

10   listening to this is what we could possibly do about

11   absentee ballots.

12             CHAIRMAN SMITH:  I'm going to have to ask

13   you to be as succinct as possible out of respect for the

14   rest of the people.

15             MS. McDONALD:  Okay.  This is my very last

16   point, and I don't know if these are valid suggestions

17   or not, but I just want to propose them as

18   possibilities.  It was already mentioned about sending a

19   mobile voting van out to people that do the absentee

20   ballots.  I was thinking of even sending a deputized

21   worker out to -- to pick up the ballots and to -- to see

22   some sort of ID or one of the documents that's

23   mentioned.  And then as far as out of town, turning

24   something into a like the Federal post, if you're doing

25   a ballot by mail to not just send it in the mail mail



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007014

TX_00034156

USA_00021896

440

1    because you can do fraud that way, I think.  But to turn

2    it into a Federal place like the post office or military

3    post or a public school or something where somebody

4    could verify your identity before you mailed it in.  I

5    don't know how easy those would be, but very quickly,

6    and then I will get off.

7              That reminds me that that might be another

8    way, and we do end up with something as awful as Senate

9    Bill 362, but to offer more options for people to get

10   that Voter ID instead of just going to the DPS office

11   and have it where they could go to a public school or a

12   post office or something that was more -- more

13   accessible to them in order to obtain that ID.

14             CHAIRMAN SMITH:  I do very much appreciate

15   your very constructive suggestions.  Members, any

16   questions?  Representative Brown?

17             REPRESENTATIVE BROWN:  I just have one

18   question.  Yes.  Thank you for your comments.  I've been

19   trying to figure out how the thumbprint would work.  The

20   county would store thumbprints for all the voters and

21   then as the voter came in, they would thumbprint again

22   and compare that.  Is that how you see it working?

23             MS. McDONALD:  Well, I think that since

24   we're already using the thumbprint, when we go and get

25   the Texas ID or the Texas driver's license and most



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007015

TX_00034157

USA_00021897

441

1    of those would already be on record, and then if

2    everyone gave it when they voted, then you would then

3    have that additional record.  And I was thinking more of

4    use to prosecute somebody if there was a case of voter

5    fraud and just to help preserve the integrity of the

6    system without putting the burden on the voter.

7              REPRESENTATIVE BROWN:  Okay.  So you

8    wouldn't make the comparison then when they came in to

9    vote?

10             MS. McDONALD:  I don't even know how

11   possible that is.

12             REPRESENTATIVE BROWN:  I think it would

13   really slow the process down.

14             CHAIRMAN SMITH:  I think it would be a

15   mechanism by which someone could investigate after the

16   fact if there was a reason to do so.

17             MS. McDONALD:  That's what I was thinking.

18             CHAIRMAN SMITH:  And I would suspect if

19   you did it, you'd have a box by where you presently

20   sign.

21             REPRESENTATIVE BOHAC:  I have a question.

22             CHAIRMAN SMITH:  Yes.  Representative

23   Bohac?

24             REPRESENTATIVE BOHAC:  Hi there.  You had

25   mentioned that you help out -- you help people as a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034158

USA_00021898

442

1   community organizer and you help to go vote, and, you

2   know, we do require Voter ID now in the sense that you

3   have to keep up with that card.  And you made a comment

4   to the committee that really don't want to have --

5   really don't want to keep up with too many items.  There

6   already is something you have to keep up with, that

7   voter registration card.  What we're saying is get rid

8   of that card.  You don't got to keep up with it anymore.

9   Just use the ID that you have, and if you -- and if you

10  don't have the ID, we're going to help you get one.  And

11  I would assume for most people, you especially, if you

12  are going to receive help from anyone, you would have to

13  be able to prove up who you are.  Are you saying that

14  the group of people that you help do not have access to

15  a photo ID?

16            MS. McDONALD:  No, sir.  Actually, I'm not

17  saying that at all.  I can -- I do believe in the

18  statistics that I keep hearing that there is a

19  population of -- of around 2 percent that don't have

20  photo ID.  But I have not personally carried anyone to

21  the polls that hasn't been able to present some form,

22  and I really like the part of Representative Brown's

23  HB125 that makes a provision in there for low income

24  voters.

25            CHAIRMAN SMITH:  We need to make sure we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034159

USA_00021899

443

1    keep the testimony on this piece of legislation, which

2    is the Senate Bill at this point in time, and we will

3    have testimony later or today tomorrow or the next day

4    on Representative Brown's bill.

5              MS. McDONALD:  Well, to answer your

6    question more directly then, I believe that there are

7    some low income voters that maybe don't go vote because

8    they don't have either their registration card or ID.

9              MR. BOHAC:  And for that group of vote, I

10   was -- we have to figure out a strategy on this

11   committee because I think everyone's heart is in the

12   right place.  I really do.  I mean, this has been a

13   terrific learning experience for everyone on this

14   committee.  I think everyone has been all ears really

15   trying to come up with -- with solutions and not just

16   throw wrenches or throw bombs at one another.  That has

17   not been the case.

18             MS. McDONALD:  For this committee, I

19   agree.  For Senate Bill 362, I disagree.  I think that

20   was suppression.

21             REPRESENTATIVE BOHAC:  I want to thank you

22   for your testimony.

23             CHAIRMAN SMITH:  We all thank you for your

24   testimony, and if there are no questions, I'll take my

25   next witness.  Thank you very much.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034160

USA_00021900

Hearing - Volume 3                                    April 7, 2009

444

1           At this time the chair calls Phillip Laird
2    representing himself.  You here, Phillip?  Walk in --
3    Are you Phillip?  Okay.  Phillip's not here, so I'm
4    going to show Phillip as not testifying but as being
5    shown in favor of the bill.  And just for your
6    information, we are calling these people I am told in
7    the order that you signed up with the exception of a few
8    witnesses at the very beginning of the day, and that
9    gentleman who I let move to the front of the line
10   because he told me that he thought he would be
11   disqualified from voting.  So as we get closer till
12   2 o'clock in the morning, some of the rest of you may
13   try that.  I'm sorry?
14           At this time the chair calls Steve
15   Whichard speaking for himself against Senate Bill 362.
16   Welcome.
17           MR. WHICHARD:  Thank you.
18           CHAIRMAN SMITH:  State your name and who
19   you represent.
20           MR. WHICHARD:  Okay.  I'm Steve Whichard,
21   and I'm representing myself and the rest of Texas
22   voters.
23           CHAIRMAN SMITH:  All of them?
24           MR. WHICHARD:  Yes.  I'm actually one
25   those that would be disenfranchised by this bill.  I am



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034161

USA_00021901

Hearing - Volume 3                                    April 7, 2009

                                                                445

 1    homeless.  I'm not illiterate, even though that's one of

 2    the questions that was asked about helping the homeless

 3    get IDs earlier by Representative Brown.  I carry most

 4    of the things I own -- since I lost my job and lost my

 5    home I carry in this bag or I have a lock at the Arch,

 6    one with a combination lock and one with another lock

 7    that has a key.  I have my wallet.  If my wallet

 8    disappears that has my Social Security card and my

 9    driver's license, if this bag that has my voter

10    registration card disappears, and if someone brakes into

11    the locker and my birth certificate is stolen, I have

12    nothing.  And it can happen.  I've seen it happen there

13    all within one week to one person.

14                    To get a birth certificate from North

15    Carolina, to get another copy of my Social Security card

16    in time to vote, I'd have to hope that the robbery

17    happened three months before the election.  Otherwise, I

18    would be a Texas voter that could not vote.

19                    I skipped school the day I turned 18 to

20    register to vote, and I'm 50 years old.  I've been

21    active in politics and civil rights since I was 8 years

22    old, and for you to try with this bill to disenfranchise

23    the homeless, the poor, the elderly and minorities is

24    nothing but partisan voter suppression.  Next, you'll

25    be -- when I'm walking down the street you will have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007020

TX_00034162

USA_00021902

446

1    someone asking me to show my papers so that I can walk

2    through the City of Austin.  This is not helping stop

3    voter fraud.

4             You've talked about voter fraud all day

5    long because I've been here.  I've listened.  It's all

6    mail-in ballots.  You have no proof of any voter fraud

7    where someone goes in and votes as someone else.  So

8    that's not an issue in this state.  So why is this the

9    priority issue instead of funding schools, Chip, taking

10   care of the Texas roads, taking care of the homeless

11   problem.  Because believe it or not, as a college

12   graduate, I was two paychecks away from being homeless

13   and it happened, and there are a lot of others here in

14   Texas as the economy gets worse and our unemployment

15   gets higher, they will be in the same situation I'm in,

16   but you don't care about them.  You only care about this

17   partisan bill.  Thank you.

18             CHAIRMAN SMITH:  Any questions for this

19   witness, members?  I don't see any.  Thank you.

20             At this time the chair calls Roxanne

21   Lewis.  Roxanne, are you here?  Don't see her.  So I --

22   I'm going to show her in favor of Senate Bill 362, but

23   did not testify.

24             At this time the chair calls Vanessa

25   Edwards Foster?  Are you here?  Is that a yes?  Okay.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034163

USA_00021903

447

1    And as you're coming up, I believe she's going to

2    testify on behalf of Texas Gender Advocacy & Information

3    Network against Senate Bill 362.  If you would please

4    state your name and who you represent.

5                MS. FOSTER:  Again?

6                CHAIRMAN SMITH:  Yes, please, if you don't

7    mind.

8                MS. FOSTER:  All right.  My name is

9    Vanessa Edward Foster, and, again, I'm the director of

10   the Texas Gender Advocacy & Information Network.  First

11   off, I just want to applaud you for -- for attempting to

12   try and find a way to end voter fraud.  I am a -- a long

13   time actually election judge there in Houston, Harris

14   County, and one of the things that you know is dear to

15   my heart is to find a way to ensure that everybody

16   votes, but you have one vote, one person.

17               However, that said, I also oppose this

18   bill for a couple of different reasons.  There's

19   actually four different things within the text of the

20   bill that I have issues with.  One of them specifically

21   that especially as election judge, I find a very

22   probable extra way of actually having fraudulent vote or

23   more than one vote for one person.  But what we are

24   trying to do here is to end any potential fraud, any

25   potential individuals voting when they are not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034164

USA_00021904

Hearing - Volume 3                                        April 7, 2009
                                                                    448

 1    registered to vote.

 2            And, for instance -- say, for instance,

 3    someone walks in with a Voter ID and on the photo ID,

 4    the individual is black, but the photo ID shows someone

 5    who is white.  They will not be allowed to vote,

 6    correct?  Now, you have someone that's 25 years old

 7    like -- say like a skate punk with his long hair kind of

 8    tied back, and he walks in with a Voter ID and a photo

 9    ID of someone that is 75 years old.  He's not going to

10    be allowed to vote.

11            I am a transsexual, and one of the things

12    that is not addressed adequately in Senate Bill 362 are

13    for individuals who transition from one gender to

14    another, and I know because I've had this situation

15    happen to me in 1996 when I went to go vote early vote.

16    What happens is there are standards of care that are not

17    taken into account for here.  Individuals change

18    literally.  Their appearance changes.  So what happens

19    if someone who walks in with a Voter ID that says Kathy

20    and a photo that is female, but it's obviously someone

21    who's been on testosterone for a while and has receding

22    hairline, and a beard and maybe even some chest hair

23    showing.  Do you think they're actually going to be

24    allowed to vote?

25            For Senator Fraser, his words were that he



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007023

TX_00034165

USA_00021905

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 36 of 109

449

1    wanted to ensure in the senate testimony that the

2    individual who is presenting the registration did not

3    have a stolen registration.  They really wanted to make

4    sure that that person was who they said that they were.

5    In fact, Senator Shapiro said the same thing.  They're

6    just trying to make sure that everyone's ID matches who

7    they are, and, in fact, Representative Bonnen, you

8    mentioned that you wanted the facts on this, that we

9    needed to stick to the facts and the point.

10           The facts and the points are that for

11   individuals who transition from one gender to the other

12   in the State of Texas, we have no uniform code on that,

13   and we've had difficulties in trying to address this now

14   for seven sessions.  This is our eighth.  For 16 years

15   we've been trying it, and we've got another bill again,

16   but it's languishing.  I don't really, you know, presume

17   that that's actually going to pass by the time this bill

18   actually makes it into law.  But the issue is that we

19   are actually in essence disenfranchising anyone who's

20   transsexual, who's transitioning from one gender to the

21   other by requiring a photo ID at the vote -- especially

22   when that photo ID does not match their presentation and

23   this is something that --

24           CHAIRMAN SMITH:  Time's up, if you don't

25   mind.  At this point I want you to know I think there's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034166

USA_00021906

450

1    a lot of sympathy with your position on this committee.

2    There's some uncertainty of what the Senate Bill does in

3    that regard and the extent to which you may be correct

4    in terms of how you read it.  It would be my hope that

5    the house language would be perfectly clear, and let me

6    just tell you why.

7              We took a trip -- My family took a trip

8    overseas where I was in the woods for three or

9    four weeks, and I was in China trying to get from one

10   province to another, and my hair was all out of whack,

11   my beard was all grown, and I had some Chinese guy who

12   couldn't speak my language, and I couldn't speak his.

13   And he was looking at me and he was looking at that

14   picture, and he was looking at me, looking at that

15   picture.

16             I do agree with you that it could be

17   create significant problems if we have part-time poll

18   workers trying to decide whether you look enough like

19   your picture to be able to cast a regular ballot or

20   provisional ballot.  Obviously, to the extent that

21   anybody suspects fraud, they would be able to report it

22   to the proper authorities.

23             MS. FOSTER:  But it's just the picture

24   though.

25             CHAIRMAN SMITH:  But what they would not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007025

TX_00034167

USA_00021907

451

1    be able to do is prevent you from exercising your

2    constitutional right to cast a ballot based on a

3    discretionary decision of whether or not you have the

4    same amount of facial hair, the same amount of weight,

5    or even the same gender as you did at the time the

6    photograph was taken.

7                MS. FOSTER:  Gender and me.

8                CHAIRMAN SMITH:  So I think -- I think

9    those concerns can -- and to the extent that the rest of

10   the committee agrees with me -- will be addressed in the

11   legislation coming out of this committee.  So we

12   appreciate your testimony.  Are there any other

13   questions from any of the members at this time?  I don't

14   hear any.  Thank you very much.

15               The chair calls H. Dale Jennings.  Are you

16   here, Mr. Jennings, because if you are not here, I'm

17   going to show you as not testifying but be in favor of

18   Senate Bill 362.

19               Russell Duerstine?  Not here?  He's not

20   going to testify, but is in favor of Senate Bill 362.

21               The chair calls Madeline Dewar, speaking

22   on behalf of herself against Senate Bill 362.  Please

23   state your name and who you represent.

24               MS. DEWAR:  My name is Madeline Dewar.

25   I'm from San Antonio, and I am against Senate Bill 362.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034168

USA_00021908

                                                             452

1                CHAIRMAN SMITH:  Speaking on behalf of

2      yourself?

3                MS. DEWAR:  Speaking on behalf of myself,

4      yes.

5                CHAIRMAN SMITH:  Okay.

6                MS. DEWAR:  I'd like to preface my

7      testimony with the statement that I feel much more

8      positive and comfortable with the overwhelming majority

9      of this committee including your conduct, Mr. Chairman,

10     than I felt during the 20 plus hours I sat waiting to

11     testify in the senate -- I mean, this is -- this is

12     warming my heart, and I do feel that most of you,

13     Republican and Democrat, are really trying to do

14     something.

15               CHAIRMAN SMITH:  Thank you.

16               MS. DEWAR:  You know, my testimony is that

17     I live in a working class barrio in San Antonio.  Many

18     of my neighbors work two and sometimes three jobs.

19     Others are elderly and on very limited incomes.  Even if

20     the photo ID were made available entirely free, the

21     documents required to obtain those IDs are not.  If you

22     choose food for your children or medicines for yourself

23     against obtaining birth certificates or other documents,

24     what would you do?  What would your priority be?  Just

25     taking time off from work from a minimum wage hourly --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034169

USA_00021909

453

 1    for a minimum wage hourly worker is often not feasible,

 2    especially in San Antonio with the horrible public

 3    transportation system.

 4            Some of you may consider obtaining a

 5    driver's license or a Texas ID a simple matter.  For the

 6    poor and many elderly, it can be a complex time

 7    consuming and costly process.  By the way, for a number

 8    of reasons, my 38-year old son does not have a driver's

 9    license, nor does he have any alternative forms

10    mentioned in this bill except his birth certificate and

11    his voter registration, and if he didn't have me to buy

12    him a Texas ID, he wouldn't be able to get it.  He would

13    no longer be able to vote, but the noncitizen, a felon,

14    who'll be out of the county during the election period

15    would be able to early easily vote with the -- the

16    process, the absentee process.

17            If we have evidence of tens of thousands

18    or even hundreds of fraudulent voters, I'd be standing

19    here working hard to find an answer to ensure ballot

20    integrity, but as has been clearly shown that there is

21    no voter fraud in Texas that would be eliminated by this

22    bill, okay, despite the inappropriate use of huge amount

23    of taxpayer's money to investigate and find such fraud.

24            I was very impressed with the suggestions

25    and testimony of the first witness, Randall Buck Wood.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034170

USA_00021910

454

1    His suggestions are intended to enhance voter

2    participation and truly test for voter fraud while this

3    bill, as currently written, is simply intended to reduce

4    voter participation.  It is not intended to reduce

5    nonexistent voter fraud.

6                In the senate, Senator Fraser repeatedly

7    referred to the increase in democratic votes in Georgia

8    and Indiana, but failed to mention that those increases

9    were present across the entire country inarguably

10   attributable to Barack Obama and the overall 2008

11   political environment.  Those two states were

12   particularly in play as never before.  This bill is a

13   blatant partisan effort to disenfranchise minorities and

14   the elderly and poor of Texas with a very expensive

15   backdoor poll tax.  The bill's real intent is to

16   suppress democratic votes in order to stem the political

17   direction of the great State of Texas.

18                I'm here to ask that every representative

19   present today look into their hearts and do the right

20   thing for the many voters of Texas who are less

21   fortunate themselves.  Do not take away their right to

22   vote.

23                CHAIRMAN SMITH:  We won't.  Any questions,

24   members?  You all are doing good.  I'm proud of you.

25   That's okay.  I like it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034171

USA_00021911

```
 1              At this time the chair calls Ann Hettinger
 2     with Concerned Women of Americas.  Ann still here?
 3     Don't see Ann, so I'm going to show her as not
 4     testifying, but being in favor of Senate Bill 362.  Now
 5     we're getting down to the tough ones.
 6              Hayward Vickery, Junior.  Are you here?
 7     All right.  I'm going to show him as being in favor of
 8     Senate Bill 362, but not testifying.
 9              Chair calls Wayne Lessmann.  Don't see
10     Wayne.  So I will show him as testifying in -- or not
11     testifying in favor of Senate Bill 362.
12              Chair calls Richard Wheeler who's
13     testifying in favor of Senate Bill 362 on behalf of
14     himself, I believe.  Please state your name and who you
15     represent.
16              MR. WHEELER:  My name is Richard Wheeler,
17     and I represent myself.
18              CHAIRMAN SMITH:  Thank you.
19              MR. WHEELER:  I've got kind of a story
20     that I want to tell you, and I'll try to keep it as
21     brief as I can.  I own a mail store here in Austin,
22     Texas, and every voting period we get stacks and stacks
23     and stacks of voter registrations that come in for our
24     mailbox holders.  The problem is is about 50 percent of
25     them are wrong.  50 percent of the voter registrations
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034172

USA_00021912

456

1    that come to my store are people who have not had a

2    mailbox at my store.  I've got the evidence right here

3    in this folder right here that I'm going to leave with

4    you guys that haven't had mailboxes in five, six,

5    seven years.

6              And what's happening is I got so fed up

7    with it, that finally when I saw one of the voter

8    registrations for the guy that I knew was in jail for

9    armed robbery, I said that's it.  I've had it, you know.

10   So I finally decided I was going to get on the phone,

11   and I called the Secretary of State's office.  And I

12   complained and complained, and they said it wasn't our

13   problem.  So then they said, Bill, that's Travis

14   County's problem.

15             So then I got on the phone.  I called

16   Travis county, and I said, look, I've got 35 to 40 voter

17   registrations in my hand right now are for people who

18   haven't had a mailbox here in five to seven years, and I

19   said and you're mailing them to the last known address

20   that you have for them, and I said there's no integrity

21   there.  I could go out and I could vote 40 times if I

22   wanted to.  And they said, no, you're wrong.  We remove

23   them after two years, and I said you do not.  I said I

24   have them here and I have proof, and they said, no, we

25   don't.  I said you're mailing them to people that are in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007031

TX_00034173

USA_00021913

457

 1    jail too.  No, we're not.  Yes, you are.  I said I have

 2    the voter registration in my hand.  They denied it.

 3    They gave me the runaround.  They kept giving me the

 4    runaround.

 5              So, finally, I contacted News 8.  News 8

 6    came out to my store, and they looked at it and they

 7    were just shocked, so they did a piece on it.  And that

 8    was about a year ago, and, finally, it was -- became a

 9    dead issue.  So about, I don't know, maybe a month ago,

10    an election judge came into my store, and I showed him

11    that big stack of voter registrations and when I showed

12    him that stack of voter registrations, his eyes got big,

13    and I said I called everybody.  Nobody cares.  I said

14    they're just sending the voter registrations out to the

15    last known address, and some of these people haven't

16    lived in Texas that, you know, I've got in here where

17    they've moved out of state.  They live in California.

18    Several -- Bunch of these live in California.  Some even

19    live in North Carolina.  I've got the address in North

20    Carolina.  I got the address in California.  They

21    haven't lived here in years, but the voter registration

22    still goes to last known address.  So anybody can take

23    that, walk in and vote.

24              And I had the gentleman back there go

25    through these with me, and according to what his person



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034174

USA_00021914

458

1    was working on it is that 24 of these -- of this stack

2    here were fraudulently registered because they said that

3    they lived in my store and received their mail in my

4    store and of those six voted.  So six of these should

5    have been invalidated to begin with and that's the ones

6    that I knew about.  That's the ones I didn't put into

7    people's mailboxes.  These are the ones that, you

8    know -- and every year I'm just getting tired of seeing

9    stacks and stacks and stacks of these come in.

10              And I asked my mail carrier that delivers

11   mail, and I said what do you do when you get a stack of

12   voter registrations that go to a house that there's 15

13   different names on that?  I said do you go through those

14   same things one by one by one to make sure that these

15   people live in this house?  And he goes, not my job.  He

16   said I put them there, and it's up to the people living

17   there to either return them or destroy them.  And I said

18   what if they don't?  He goes, that's not my problem.

19              So I -- I thought it would be, you know,

20   worthwhile coming up here, and I'm going to leave these

21   as evidence for you.  I don't know what to do with them.

22   I'll keep showing them to people.  I don't know what to

23   do with them.  So, finally, I've got somewhere where I

24   can leave them somewhere and somebody can take these off

25   my hands because I'm tired of showing them to people.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034175

USA_00021915

459

1              But I think we need to -- I think we need

2       an ID because I think -- at least I know Travis County

3       is way too haphazard by sending out voter registrations

4       to the last known address on file, and like one of these

5       people that was sent to, I called him up, and I said I

6       got a confession to make.  I said I got your voter

7       registration here -- He hasn't lived here in four years.

8       I said I got your voter registration here.  And he said,

9       well, I never registered to vote.  I got my license

10      there when I -- when I visited Austin last time, but he

11      said I never registered to vote, and I said, well, your

12      voter registration is here.  I said I've got it here.  I

13      just want to let you know that I'm going to be taking it

14      in, and I'm going to give them your phone number and

15      your address on here so you can validate that you

16      haven't lived in Austin, you know, in the last

17      four years, and Travis County has not removed you from

18      the voting list.  He said I've never voted in Travis

19      County in my life.

20              So until Travis County gets a little bit

21      more efficient on sending out voter registrations, we

22      got to have something to -- to prove that these people

23      are who they say they are.  One suggestion that I made,

24      and I don't know whether this is even possible about a

25      possible solution to maybe make the Democrats and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034176

USA_00021916

                                                                  460

1    Republicans happy is say if you don't --

2                CHAIRMAN SMITH:  Give them to me.

3                MR. WHEELER:  If you don't have a say, if

4    you don't have a picture ID, you take -- you have to go

5    into this other group of voting machines, and it asks

6    you what is the sum of the last four digits of your

7    Social Security or it randomly asks you what's the sum

8    of the last two, what's the sum of the last three.  And

9    each time it asks you a different one, and that way if

10   you find your voter registration on your uncle's desk

11   and your uncle doesn't want to vote, you can't grab it

12   off his desk.  You go in to vote, and you don't have his

13   ID.  You go, oh, what's the sum of the last three digits

14   of Uncle Bob's social security number?  I guess I'll

15   take a guess, and if it's wrong, it invalidates your

16   vote.  I mean, that's one way where you could actually

17   prove that that's the person that it is without actually

18   giving away what your Social Security number is.

19   Because -- And the machine's going to know whether it's

20   right or wrong.  It will ask you randomly.

21               You know, that's a suggestion I've had,

22   but I don't know if that's something that the machine

23   could do, but I'm tired of keeping up with all these,

24   and they went through them, and, I mean, you'll see so

25   many of these that came into my store, and I've got



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034177

USA_00021917

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 48 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 133 of 239

461

1   their mailbox applications here that shows that they

2   haven't had -- you know, received mail in my place in

3   years and years and years and years, but -- Travis

4   County does not update their files, but I did find out

5   that the guy that did get arrested for armed robbery and

6   is in prison, they have recently taken him off the

7   voting thing.  They sent his voter's registration, but

8   now he's off.  I don't know whether my call in to there

9   and raising cane with them had him removed or not, but

10  he has been removed.

11          CHAIRMAN SMITH:  So your concern is that

12  we've got basically these documents floating around out

13  there --

14          MR. WHEELER:  Going to the wrong

15  addresses.

16          CHAIRMAN SMITH:  -- that are basically a

17  free ticket for anybody to pick them up and go vote.

18          MR. WHEELER:  That's exactly right.

19          CHAIRMAN SMITH:  And you have a signature

20  on the card so if you are capable of in general terms

21  recreating the signature that you see on the card when

22  you -- when you -- when you vote.  I don't know if when

23  you offer that and you have to sign -- Yeah.  And so I

24  don't know if they lay a card down where they have to

25  sign or not.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007036

TX_00034178

USA_00021918

Hearing - Volume 3                                April 7, 2009

                                                            462

1                    MR. WHEELER:  So they just have to sign

2      it, yeah.

3                    CHAIRMAN SMITH:  But -- but -- So if you

4      don't have to sign at the poll, there's not even the

5      matching signature provision.

6                    MR. WHEELER:  I get 30 to 50 every voting

7      period.  30 to 50.  I have about --

8                    CHAIRMAN SMITH:  So your presumption is --

9                    MR. WHEELER:  -- 34 in here right now.

10                   CHAIRMAN SMITH:  That if it's that easy,

11     all you do is lay the card down.  There's not anything

12     to back it up.  That it is almost impossible, if not

13     impossible, in that situation to catch.

14                   MR. WHEELER:  Right.  I could have voted

15     45 times.

16                   CHAIRMAN SMITH:  That your presumption is,

17     therefore, there are people doing it because it's easy

18     to do.

19                   MR. WHEELER:  It's too easy not to do.

20                   CHAIRMAN SMITH:  Impossible to detect and

21     there are motives to do it because people are trying to

22     win elections and, therefore, your presumption is that

23     it occurs more often than what we know as a matter of --

24                   MR. WHEELER:  Exactly.

25                   CHAIRMAN SMITH:  -- evidence and fact.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007037

TX_00034179

USA_00021919

Case 2:13-cv-00193  Document 663-16  Filed on 11/11/14 in TXSD  Page 50 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-3  Filed 06/20/12  Page 135 of 239

                                                              463

1                MR. WHEELER:  Exactly.

2                CHAIRMAN SMITH:  Any questions, members?

3                UNIDENTIFIED SPEAKER:  Real quick.  Those

4      aren't originals, are they?

5                MR. WHEELER:  Yes, they are.

6                UNIDENTIFIED SPEAKER:  I don't know if I'd

7      leave originals here.  That's your call.

8                MR. WHEELER:  Well, I don't want to give

9      them to somebody else.

10               UNIDENTIFIED SPEAKER:  It sounds like you

11     really want to get rid of them.

12               MR. WHEELER:  I'm tired of showing them to

13     people in my store, so --

14               CHAIRMAN SMITH:  You should probably turn

15     them over to Dana.

16               MR. WHEELER:  I made copies of them all

17     and kept them at my work, but I assume get rid of all

18     these originals to someone here.

19               UNIDENTIFIED SPEAKER:  And they send them

20     back to you.

21               CHAIRMAN SMITH:  I'd like to have a copy

22     of them.

23               UNIDENTIFIED SPEAKER:  Tom, we're only

24     kidding.

25               CHAIRMAN SMITH:  What I would like to do



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034180

USA_00021920

Hearing - Volume 3                        April 7, 2009

464

 1    if okay is take possession of them and then make copies

 2    available to any of the members on the panel that wish

 3    to have them or I will actually -- Okay.  Any other

 4    questions for this witness, please?  I don't see any

 5    questions.  Yeah, I'm going to give that to my clerk and

 6    we'll make copies.

 7              UNIDENTIFIED SPEAKER:  He's going to do

 8    the investigation.

 9              CHAIRMAN SMITH:  Thank you.

10              MR. WHEELER:  Thank you, gentlemen.

11              CHAIRMAN SMITH:  Appreciate it.  We're

12    just going to make copies to the extent that anybody

13    asks for it.  You got it, Travis?  I want to look at

14    those.  Carla Mercado?

15              UNIDENTIFIED SPEAKER:  She's gone.

16              CHAIRMAN SMITH:  She's gone.  So the

17    witness is not testifying and being against Senate Bill

18    362.

19              The chair calls Terri Burke representing

20    the ACLU of Texas against Senate Bill 362.  Please state

21    your name and who you represent.

22              MS. BURKE:  I'm Terri Burke.  I'm the

23    executive director of the ACLU of Texas.

24              CHAIRMAN SMITH:  Thank you.

25              MS. BURKE:  Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034181

USA_00021921

465

 1            CHAIRMAN SMITH:  You're welcome.

 2            MS. BURKE:  Earlier Representative Anchia

 3    made the point that he thought perhaps the elections

 4    committee would focus on broader issues and the broader

 5    picture.  We at the ACLU agree that what Texas needs is

 6    a top to bottom review of the election process.

 7    Nevertheless, the bill in front of us is this one.  And

 8    our concern specifically about it is the fact that we

 9    believe it will create more possibilities for

10    provisional ballots.  Provisional ballots are a serious

11    problem in our state.  They are more serious than voter

12    impersonation because so many provisional ballots are

13    rejected in our elections.

14            We've discovered through our research of

15    provisional ballots that we have an extremely high rate

16    of rejection.  The average rate nationwide is

17    20 percent.  In Texas, in the '04 presidential election,

18    the rejection rate was over 78 percent.  In the 2008

19    election, the one we just had, the rejection rate was

20    right at 78 percent.  42,000 Texas voters cast

21    provisional ballots and only 9,400 of them were actually

22    counted, meaning, that 32,000 Texans were -- their votes

23    were not accepted.

24            There are deterrences to in-person voter

25    fraud already in place in Texas.  You've spoken today



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007040

TX_00034182

USA_00021922

466

1    about HAVA.  You've had witnesses who have testified to

2    that.  There is more risk in Texas of an eligible voter

3    being rejected at the polls due to some clerical error

4    than there is of a fraudulent one even being allowed to

5    pick up a ballot.  Voting in Texas should mean your vote

6    counts.  It should not be a case that you have a one in

7    five chance of having your vote count.  Voting is a

8    foundational right, and we don't think it's something

9    that should be gambled with.

10              CHAIRMAN SMITH:  Thank you very much.  And

11   just for purposes, my understanding is that currently

12   most of the absent -- I mean, the provisional ballots

13   are cast because people are not even on the voter

14   registration rolls.

15              MS. BURKE:  They have been purged.

16              CHAIRMAN SMITH:  So I think we're looking

17   real seriously at the possibility of creating a separate

18   kind of provisional ballot where the mechanism by which

19   it is counted is very different, and -- and it will be

20   structured so that we do everything within our power to

21   ensure that those votes are counted to the extent that

22   they are demonstrated to be legal, okay?  So I think --

23   I think we can get there.

24              MS. BURKE:  You know, one other issue with

25   them is that often the election folks, the poll workers,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034183

USA_00021923

Hearing - Volume 3                                    April 7, 2009

467

1    don't offer that option to the voter.  A lot of these

2    provisional ballots only get cast because the voter

3    knows to ask for it.  But if you don't know to ask for

4    it, it doesn't get offered, so that's another part of

5    that educational process --

6                 CHAIRMAN SMITH:  Yeah.

7                 MS. BURKE:  -- you've been talking about.

8                 CHAIRMAN SMITH:  Well, we'll do what we

9    can, and that certainly would not be the intent of this

10   committee for that to be discretionary on the part of a

11   judge.

12                MS. BURKE:  Well, it has been.

13                CHAIRMAN SMITH:  Okay.  Thank you very

14   much.  Any other questions, members?  Thank you.

15                MS. BURKE:  Thank you.

16                CHAIRMAN SMITH:  James Carter?

17   Representing the Republican party of Bell County and is

18   testifying in favor of Senate Bill 362.  Please state

19   your name.

20                UNIDENTIFIED SPEAKER:  Is this James

21   Carter of the Carter Baker Commission?

22                CHAIRMAN SMITH:  No, it is not.

23                MR. CARTER:  Thank goodness.

24                UNIDENTIFIED SPEAKER:  I thought we had an

25   authoritative source.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007042

TX_00034184

USA_00021924

468

1          CHAIRMAN SMITH:  I didn't even pick up on

2    that.

3          UNIDENTIFIED SPEAKER:  Are you willing to

4    stand in as an authoritative source?

5          MR. CARTER:  I'm going to avoid that by

6    the plague.

7          CHAIRMAN SMITH:  Please state your name

8    and who you represent.

9          MR. CARTER:  James Carter.  I represent

10   the Republican party of Bell County, specifically as the

11   person designated to perform the cleaning of election

12   judges and clerks under Section 32.113.  And then

13   additionally as myself in the capacity of an election

14   judge, and I've operated in that capacity since 1990.

15          The Texas election laws direct that each

16   party's political county executive committee provide the

17   training for the election officers administering the

18   elections under your election code.  Part of that

19   education -- and the training is provided, the substance

20   is based on the Secretary of State's training materials.

21   Part of that is notifying the election personnel that

22   they swear and must protect the integrity and the purity

23   of the election.  They take that oath very seriously.

24   They do it to the best of their ability.

25          What you're looking at is a set of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034185

USA_00021925

469

1    election workers that may perform this duty once, twice,

2    maybe three times every two years.  In that span of time

3    your legislation or legislative actions have changed.

4    So they have to understand what changes are now in

5    effect.  On election day, they're going to process

6    between 30 and 50 percent of the eligible voters in

7    their precinct.  The others either have not chosen to

8    vote or have voted early.  That is a lot of people in a

9    very short period of time for a person that has a very

10   short exposure to training in the election law.

11            Most of the tools that they have right now

12   are effective.  The one essential element they have not

13   got is to identify the person presenting themselves to

14   vote as the person they represent themselves to be

15   correlated with the name on the precinct list.  Your

16   present voter card correlates the precinct and the

17   residence address which is based upon the apportionment

18   of the overlays of the elected offices on the ballot.

19            In Bell County for a normal election, we

20   have 13 formats.  If you add special elections,

21   overlaying that with school, water district, whatever,

22   then they must have still a separate ballot within that

23   same precinct.  You're requiring the election voters to

24   do an awful lot.  One of the problems that they have is

25   making sure that that person gets the proper ballot,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034186

USA_00021926

                                                                    470

1     proper format, in order to cast a legitimate vote.

2              We need this bill.  We need the photo ID

3     for it.  I'm out of time.  I didn't get a chance to talk

4     about anything.  What we don't need is proxy votes.  We

5     do need people picking up different registration cards

6     using one in early voting in one location, early voting

7     in another location and for however many early voting

8     locations you have in Bell County, we have six and then

9     on election day coming in with the seventh.  Each would

10    have different addresses, but the signature would align

11    with the name and without a photo ID.  How do you

12    determine that person is whom they represent to you?

13    I'm sorry for going over time.

14              CHAIRMAN SMITH:  That's all right.  You're

15    good.  Representative Heflin?

16              MR. CARTER:  Say again?

17              CHAIRMAN SMITH:  No.  I was just saying

18    you are not alone in going over, so we're not going to

19    give you a hard time about it.  Representative Heflin?

20              REPRESENTATIVE HEFLIN:  Mr. Carter, one of

21    the things that I'm so enjoying about the testimony

22    we've heard in the last two days, it's been such a

23    wonderful educational process, and I often hear these,

24    wow, I didn't even think of that, but you hit it on the

25    head when you said, you know, if you got different



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034187

USA_00021927

471

1  hospital districts, water district, all these different

2  elections, and I know in some of my counties people are

3  running all over town trying to vote and that's a real

4  critical issue that you bring up.

5          MR. CARTER:  I would like to expand on

6  that just a moment.

7          REPRESENTATIVE HEFLIN:  Please.

8          MR. CARTER:  At your early voting

9  locations, each location must have the ballot format for

10  every category of voter in the county.  In our case, we

11  use a paper ballot with a precinct tabulation unit which

12  automatically counts that.  In early voting, our county

13  has computers which are tied in, wired in to the county

14  database.  Two completely different reporting systems.

15  And what I'm addressing in my testimony is confined to

16  election day effort by the election orders.

17          REPRESENTATIVE HEFLIN:  Thank you for the

18  information.

19          CHAIRMAN SMITH:  Questions, members?

20  Representative Bonnen?

21          REPRESENTATIVE BONNEN:  You all aren't

22  doing -- You all aren't using the electronic voting

23  machines at this point?

24          MR. CARTER:  No, sir.  We -- We have a

25  paper ballot based system which causes us to have to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034188

USA_00021928

472

1    estimate how many ballots need to be printed for each

2    format.  Boy, that's a crystal ball operation.

3                REPRESENTATIVE BONNEN:  Are you having --

4    are you having to transition -- I mean, do you have

5    electronic voting machines on the horizon or --

6                MR. CARTER:  No.  Our county commissioners

7    chose to get the paper ballot and the precinct level

8    tabulation to provide a ballot trail in the event of a

9    recount.

10               REPRESENTATIVE BONNEN:  Okay.

11               MR. CARTER:  And that has worked very

12   well.  In fact, we had a -- in the last general

13   election, we were inspected in several precincts by

14   representatives of the Secretary of State's office and

15   they found no procedure lures.

16               REPRESENTATIVE BONNEN:  Very good.

17               MR. CARTER:  Our training in Bell County

18   is working well, but we need to be able to identify the

19   voter with the person on the list.  Yes, sir?

20               REPRESENTATIVE BONNEN:  If we're not here

21   all night, next week I think I'm going to Bell County

22   with my local emergency management and commissioners to

23   thank you all for the phenomenal job you did in helping

24   our evacuees during Hurricane Ike.  Bell County couldn't

25   have been more welcoming and more decent to the folks



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007047

TX_00034189

USA_00021929

                                                              473

1    that -- that took shelter there.

2              MR. CARTER:  I'll pass on your

3    appreciation to the appropriate folks.

4              CHAIRMAN SMITH:  Have you seen any

5    suspicious activity yourself?

6              MR. CARTER:  Yes, sir, I have.

7              CHAIRMAN SMITH:  Can you describe what

8    you've seen?

9              MR. CARTER:  The most recent two

10   incidences, the first one -- and I was working as

11   election judge with trying to keep the ballot signatures

12   stamped and furnished, the documentation flowing to my

13   clerks.  One of my clerks called to my attention an

14   individual in unique clothing stood out like a -- like a

15   sore thumb.  I had noticed him coming through the

16   Republican primary, voted.  Approximately 40 minutes

17   later, time is just kind of nebulous there, she called

18   and she said see that guy?  Hey, look at that.  He's

19   putting a Democrat ballot into the tabulation machine.

20   So that individual voted in the primary of the Democrat

21   party and the Republican party.  With whose party he's

22   associated, I have not any idea, nor do I know what kind

23   of documentation he presented because it was -- we're

24   not keeping track of that.  If they qualify to vote,

25   they get the ballot, move on -- move the people through



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034190

USA_00021930

Hearing - Volume 3                                    April 7, 2009

                                                                474

1    as quickly as possible.  The Democrats did the same

2    thing.  With the voter picture -- I mean a voter photo

3    on the identification, that would have stopped that.

4    One would have been accepted.  The other would have been

5    rejected.

6              The second was an individual who came in

7    demanding that he be given the right to vote.  The

8    clerks tried to find his name on the precinct list.  It

9    was not there.  They -- They called and tried to verify

10   it with the election voter registrar's office, and lo

11   and behold, no, we haven't got him in that precinct.

12   We've got him in a different precinct in the county, at

13   which time he was becoming irate demanding his name be

14   found on the precinct list.  I was called in to

15   intervene.  And he said I know my name's there.  I'm

16   supposed to vote in this precinct.  And I investigated

17   further and found out, well, from the voter registrar,

18   we've got an indication that you voted in this precinct

19   over here.  Oh, that's right.  I've already cast my

20   ballot.  I was trying to vote here also.

21             Now, that was an intentional attempt to

22   double vote.  If -- If the clerks had not been doing

23   what they should have done, they would have given a

24   provisional ballot and would that have counted, meaning,

25   a double vote?  I have no idea.  It should not have.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007049

TX_00034191

USA_00021931

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 62 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 147 of 239

                                                              475

1    But the point is the clerks did their job.  They

2    filtered that person, found out that, yes, he had

3    qualified and voted elsewhere, but they stopped the

4    subsequent attempt.  Those are the two I have personal

5    knowledge of.

6              CHAIRMAN SMITH:  Thank you.  Any other

7    questions, members of the committee?  Thank you very

8    much for taking the time to come.  Thank you for staying

9    so late with us.

10             REPRESENTATIVE BROWN:  Thank you for

11   taking time to train your clerks so well too.

12             MR. CARTER:  You know, let me address

13   that.  That requirement is in the election code.  It is

14   not stressed sufficiently, and that is where a lot of

15   problems start.  The parties are required -- the words

16   used are shall provide the training.  The county clerk

17   may provide the training.  That pertains to the

18   primaries which are party peculiar.  In a general

19   election or in other types of elections, the appropriate

20   election authority provides the training, county clerk,

21   city clerk, election administrator, whatever the

22   appropriate term is, but if you emphasize the training,

23   you are going to solve a lot of the problems.

24             CHAIRMAN SMITH:  Thank you, sir, very

25   much.  It Robert Stewart still with us by chance?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034192

USA_00021932

Hearing - Volume 3                                April 7, 2009

476

1    Robert Stewart?  You are not Robert Stewart, I don't

2    think, are you?  Okay.  I know Estelle Teague, and I

3    don't see her.  Are you still here, Estelle?  She's not

4    here, so I'm going to show her as --

5                UNIDENTIFIED SPEAKER:  Let's wait and see

6    if she comes in.

7                CHAIRMAN SMITH:  -- as being neutral and

8    not testifying on the bill.  She's just so excited in

9    anticipation of our version that she decided to be

10   neutral on the Senate Bill.  I think that's what it must

11   have been, what it was.  And let me just -- I want to

12   state that last witness, I think some of us have been --

13   we haven't asked every witness, and we are particularly

14   interested in there's been a lot of debate and

15   discussion about the extent to which this bill would

16   alter voter turnout on the one hand and the extent to

17   which there is evidence of voter impersonation on the

18   other hand, and so those are the issues as much as

19   anything else that we're interested in.

20               So any of you who have any personal

21   experience or testimony regarding either of those

22   issues, we want to make sure we hear from you on those

23   subjects.  So please don't disappoint us.

24               Christopher Bilardi?  Who is -- Is he

25   still here?  I'm going to show him as against and not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034193

USA_00021933

477

```
 1    testifying.
 2               Amy Clark?  Amy Clark is here.  You're
 3    going to testify on behalf of yourself in favor of 362;
 4    is that correct?
 5               MS. CLARK:  Yes, sir.
 6               CHAIRMAN SMITH:  Please state your name
 7    and who you represent.
 8               MS. CLARK:  Good evening.  I'm Amy Clark.
 9    I'm representing myself.  I'm from Wilson County outside
10    of Floresville, and thank you for your attentiveness to
11    everybody that's speaking.  I know sometimes we all just
12    have a desire to be heard and tonight is no different,
13    but thank you very much for -- for that and the
14    insightful questions.
15               I have no doubt that in 3 minutes I could
16    in any way improve upon the reams of pertinent
17    information that have already been presented to you in
18    the last three days now on behalf of this bill, but I
19    did want to come before you tonight simply to register
20    my support in favor of the bill and to echo the many
21    voices across my community who want our
22    representatives -- who want you all in Austin to pass
23    what we consider back on the home front as common sense
24    legislation and back on the home front in little town
25    Texas, that's what this bill is seemed to be.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034194

USA_00021934

Hearing - Volume 3                                      April 7, 2009

                                                                   478

1          I wholeheartedly affirm the earlier idea

2    that was expressed that we do not want to in any way

3    suppress voter turnout, but instead to increase

4    legitimate voter turnout, and I believe this bill would

5    accomplish just that.

6          The Senate Bill 362 would be a positive

7    effort to close the loophole of potential voter fraud,

8    and it has the added benefit of demonstrating to the

9    voters of Texas that an effort is being made to ensure

10   fair and honest elections should further efforts be made

11   absolutely, especially in the avenues as we've heard

12   before of mail-in ballots and voter registration.

13   Absolutely.  But this represents a very good start.

14         The very perception of voter fraud in our

15   community works to increase general sense of

16   disillusionment, and it's been suggested that people

17   might stay home from an election in fear of the

18   crackdown on voter fraud or a change in the process, but

19   I submit to you this.  What about the folks that stay

20   home because they don't believe in the system, that the

21   system is broken, that their vote doesn't count and then

22   everything is crooked?  I think that that distrust is

23   real, it's tangible and it runs very deep.  And I see it

24   as a problem that you have the opportunity to fix here

25   with this bill.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007053

479

1                As it was suggested earlier by the

2     committee, we are all in this room unified in our desire

3     to fight voter fraud.  Nobody wants voter fraud, and I'm

4     sure we are also unified in agreement that the right to

5     vote a right of this importance carries with it an

6     inherent and unique responsibility, and I think that

7     that is something that has gotten lost in some of the

8     discussions as the hours go on.  It is all right to

9     vote.  It also carries our responsibility, and I think

10    that this bill affirms that notion.

11               Members of this committee, I respectfully

12    ask you to let the people of Texas know that you're

13    serious about the integrity of our elections by passing

14    this bill.  Senate Bill 362 represents a simple, a

15    common sense measure working to eliminate one specific

16    avenue of potential fraud and strengthen our election

17    system.  Is it the most perfect and all encompassing

18    bill?  Absolutely not.  But it is a first step and it's

19    a positive step in the right direction.

20               I ask you genuinely to consider this bill

21    to restore confidence in the system to take this step to

22    further secure our elections, and please consider it in

23    the light of common sense and personal responsibility.

24    Thank you.

25               CHAIRMAN SMITH:  Any questions of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034196

USA_00021936

                                                                    480

1     Ms. Clark, members?  No questions?  Thank you very much

2     for coming.

3                  MS. CLARK:  Thank you.

4                  CHAIRMAN SMITH:  At this time the chair

5     calls Marsha Correira -- Correira -- I'm messing that

6     up -- on behalf of yourself against Senate Bill 362.

7                  MS. CORREIRA:  Yes.

8                  CHAIRMAN SMITH:  Please state your name

9     and who you represent.

10                 MS. CORREIRA:  I'm Marsha Correira.  I

11    represent myself.  I'm from Bastrop County.  I grew up

12    between Wylie and seven points.  Let me get my glasses

13    on.  I have several points to make, and this is going to

14    be kind of disjointed because I have a lot to say, but I

15    don't have a lot of time to do it.

16                 We heard reports today and this evening of

17    massive voter fraud in Texas associated with mail-in

18    ballots, ballots being taken out of mailboxes, for

19    instance.  This bill doesn't address mail-in ballots at

20    all and shouldn't even be discussed in those terms.

21                 Also, just because you're in the same

22    county during an election doesn't mean you're able to go

23    and vote.  I voted with a mail-in ballot last fall

24    because I was just two weeks out of the hospital and

25    couldn't travel.  My big travel was from the bedroom to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034197

USA_00021937

481

1    the living room, and if a crook could steal a mail-in

2    ballot, they could also steal a bank statement and

3    utility bill, even the voter registration certificate

4    itself, even IDs are sent by US mail.

5              Provisional ballots.  Provisional ballots

6    in general are to the counted.  It happened in my own

7    precinct.  To be required to drive to the county seat to

8    present ID to the elections administrator within 10 days

9    is a barrier to voting, and there's nothing in this bill

10   which mentions the 10-day deadline, nor in any way

11   curing the defect.

12             People work.  They'd have to take off

13   work.  Transportation could be an issue, and they would

14   be disenfranchised, many of them, after voting for many

15   years or even decades.  The bill's fiscal notes

16   indicates $2 million in state money would be spent next

17   year to implement this scheme, and the cost of the free

18   photo ID from DPS for the sole purpose of voting was not

19   included in the fiscal notes.

20             There are Texans who are qualified to

21   vote, but lack resources for the proof of identity.

22   Supreme court spoke to that.  They said, well, their fee

23   paying has no relation to voting qualifications.  The

24   right to vote is too fundamental, burdened or

25   conditioned.  The bill specifically states "the fee for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034198

USA_00021938

482

1   personal identification certificate is $15."  There's

2   also a fee for birth certificate to obtain that ID.  In

3   the same Supreme Court case, the court held we

4   conclude -- "We conclude that a state violates the equal

5   protection clause of the 14th Amendment whenever it

6   makes the affluence of the voter or payment of any fee

7   an electoral standard.  Voter qualifications have no

8   relation to wealth, nor to paying this or any other

9   tax." And this is a poll tax and that's what they were

10  speaking to in 1966.  This is long settled.  May I

11  continue as others did?

12                CHAIRMAN SMITH:  I'll give you a little

13  bit, yeah.

14                MS. CORREIRA:  Okay.  Any purchase of any

15  service or document or the establishment of any account

16  or the maintenance or renewal thereof is a poll tax,

17  outlawed by the 24th Amendment to our US Constitution

18  and then followed up when Texas, Virginia, South

19  Carolina and a few other states continued to charge the

20  poll tax in spite of the constitutional amendment.

21                The non-photo ID option seems reasonable

22  now, but you wait two years, four years, six years, then

23  there will be another partisan piece of legislation

24  outlawing the non-photo IDs.  People of means probably

25  can't identify with people who are not financially well



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034199

USA_00021939

483

1   off.  When I was young, I couldn't register to vote.  I

2   could have registered to vote, but I had my priorities,

3   and one of them it was having dinner on the table for my

4   daughter.  There was a poll tax when I was young, and I

5   was poor.  I was part of the working poor.  My daughter

6   and I always had one thing for dinner.  That was all we

7   could afford.  Usually something like a 49 cent box of

8   frozen brussel sprouts.  1.50 was a lot of money, and

9   there are voters today who don't have money for a birth

10  certificate.

11          You want to know the voter fraud in my

12  precinct?  Republicans voting in the Democratic primary

13  last clear and casting a ballot that says I'm a

14  Democrat, that's the fraud in my precinct.  We don't

15  have a problem with Voter ID.

16          CHAIRMAN SMITH:  You understand that

17  Republicans can vote in Democratic primaries in Texas as

18  long as they do not also vote in a Republican primary?

19          MS. CORREIRA:  Yeah, I understand that.

20          CHAIRMAN SMITH:  Vice versa.

21          MS. CORREIRA:  But when you cast that

22  ballot, it says I am a Democrat, okay?  That's an

23  outright lie, and every Republican that voted in a

24  Democratic primary last year, big bunch of liars.

25          CHAIRMAN SMITH:  I guess we could be a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034200

USA_00021940

484

 1    Democrat for a day in this.

 2                    MS. CORREIRA:  Yeah.  I heard that -- I

 3    heard that from somebody already.

 4                    CHAIRMAN SMITH:  You mentioned earlier

 5    that while there might be voter registration cards that

 6    are floating around out there that create potential for

 7    fraud, that there also --

 8                    MS. CORREIRA:  Did I say that?

 9                    CHAIRMAN SMITH:  Well, you -- you said

10    something about prior testimony to that effect and then

11    you said your point was there are also --

12                    MS. CORREIRA:  Oh, okay.

13                    CHAIRMAN SMITH:  There are also driver's

14    licenses that are mailed by regular mail to people as

15    well, and those are floating around out there as well to

16    the extent that they end up going to the incorrect

17    address.

18                    MS. CORREIRA:  No, I didn't say anything

19    about floating around.

20                    CHAIRMAN SMITH:  Okay.

21                    MS. CORREIRA:  What I said is that

22    somebody could take them out of the mailbox.

23                    CHAIRMAN SMITH:  Right.  Right.  And if

24    they did that, if somebody took them out of the mailbox,

25    you understand why there's less of a risk with regard to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034201

USA_00021941

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 72 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 157 of 239

485

1    that photo ID for the purposes we're talking about here

2    of it being used simply because it has on it a photo of

3    another human being that is not you.  That -- That's

4    sort of the distinction that's being made in the senate

5    between a photo ID on the one hand where that's -- you

6    really can't take that and use it to vote because it has

7    a picture of somebody else on it --

8                    MS. CORREIRA:  Yeah.

9                    CHAIRMAN SMITH:  -- and a voter

10   registration card which does not.

11                   MS. CORREIRA:  Yeah.

12                   CHAIRMAN SMITH:  And so any -- any -- any

13   questions, members?

14                   MS. CORREIRA:  But my bank statement

15   doesn't have my picture, my utility bill doesn't have my

16   picture, and if it's not a photo ID, it doesn't prove

17   squat.  It doesn't.

18                   CHAIRMAN SMITH:  Well, you may be arguing

19   that the Senate Bill is too weak, and I've got some

20   Republican friends that would make that very argument.

21                   MS. CORREIRA:  What I'm saying is if it's

22   not photo ID, it's not photo ID, you know, and non-photo

23   ID is non-photo ID and doesn't prove anything.

24                   CHAIRMAN SMITH:  Any other questions,

25   members?  Thank you for staying late and testifying.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007060

TX_00034202

USA_00021942

486

1           MS. CORREIRA:  My pleasure.  Thank you.

2           CHAIRMAN SMITH:  Gloria Deverick?  There

3    you are.  You are going to speak in favor of Senate Bill

4    362 on behalf of yourself; is that correct?

5           MS. DEVERICK:  Well, to a certain extent

6    in my -- and my father's dead, but I'm speaking up for

7    my father too.

8           CHAIRMAN SMITH:  Okay.  Can you give me

9    your name and who you are speaking on behalf of?

10          MS. DEVERICK:  Myself.

11          CHAIRMAN SMITH:  What's your name?

12          MS. DEVERICK:  I'm the only one that --

13   that's left.

14          CHAIRMAN SMITH:  Okay.

15          MS. DEVERICK:  My name is Gloria Deverick.

16          CHAIRMAN SMITH:  Okay.  Thank you.

17   Proceed.

18          MS. DEVERICK:  My father and my uncle

19   founded LULAC.

20          CHAIRMAN SMITH:  LULAC?

21          MS. DEVERICK:  Yes.

22          CHAIRMAN SMITH:  Okay.

23          MS. DEVERICK:  And you've had all these

24   LULACers over here who are just corrupt as they can be.

25   My father is possibly a tornado in his grave, and so is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007061

TX_00034203

USA_00021943

Hearing - Volume 3                                    April 7, 2009

487

1    his brother.  My -- I'm the only one left in the family

2    that will stand up.  My cousin, Ben Garza, died last

3    year, but he would not stand up.  He didn't like what

4    LULAC was doing, but he had been a justice of the peace

5    and he had family, and I think that he felt that LULAC

6    would -- that he'd lose his job.  His son is a banker.

7    His daughter is in health care.  But he wouldn't speak

8    up, and so I knew that he was disappointed, but -- and

9    he was justice of the peace.

10            I have a cousin in Corpus Christi that's a

11   county commissioner.  I've gotten on her case for being

12   rude.  And you were talking about Hidalgo.  She -- What

13   she did was the same thing.  We -- There was a man

14   there, Heldenfels his name is.  They were the ones that

15   built the streets from the very beginning in Corpus

16   Christi, and so they and this man was pretty outspoken,

17   and so she -- she -- he came in and he was complaining

18   about the sewers, and they had done something there at

19   Delmar, and it's -- he was complaining that it was -- it

20   was a terrible job, but he says the job that was done

21   there, it looks like it was done -- and he couldn't

22   pronounce the name Barrera (phonetic).  He said barrio,

23   and my cousin walked out and took all the Hispanics on

24   the council with her.

25            So but my father never -- when -- see,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

ESQUIRE
DEPOSITION SOLUTIONS

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034204

USA_00021944

488

1   we -- It's League of United Latin American Citizens, of

2   the citizens.  Latin American.  He came here.  He was

3   honored by the State of Texas by the senate and the

4   legislature.  And in 1971, who betrayed him?  Carlos Tua

5   (phonetic) who he mentored.  He tried to smear me

6   because I became a Republican in Baltimore, Maryland.  I

7   was managing public housing over there.  I had been

8   trained in a white housing project, and then they sent

9   me to a black one, and I was the only white woman

10  probably in a mile square, and my staff was black.

11             And so there's so much fraud in everything

12  including public housing, but the thing that I'm trying

13  to say is that it had to be citizens.  His youngest

14  sister and her family were migrants.  My father, on the

15  other hand, was pushing and pushing and pushing that

16  they had to go to school, that they had to go learn

17  everything, and thank God they taught civics and

18  history -- Texas history and US history at that time,

19  but the teachers union was communist.  It was originated

20  by communists.  The Raza Unida and LULAC and the

21  American GI Forum, there's a lot of envy in stuff like

22  that among Hispanics, particularly those that are called

23  Mexican Americans.  There's envy and jealously and just

24  all kinds of things like that.

25             And so the -- the thing that he fought



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034205

USA_00021945

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 76 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 161 of 239

```
 1     hard to be called Latin American because our ancestors

 2     are from Spain, and so the -- so he didn't say Mexican

 3     American.  He didn't say -- It was American GI for

 4     (inaudible) that did this.  You've got a congressman in

 5     Corpus -- from Corpus Christi whose father is state

 6     senator.  This is what he did.  You talk about voter

 7     fraud and stuff like that.

 8              I was also a Republican.  I've been a

 9     Republican since 1962.

10              CHAIRMAN SMITH:  Ms. Deverick, the time

11     has more than expired.  If you might wrap it up?

12              MS. DEVERICK:  Well, if you want to ask

13     questions.  I have seen the voter fraud.  I believe that

14     the thing that you need to do is, like you said, take

15     pictures at the voting booth because when I was election

16     judge, they put me -- since I could speak Spanish and it

17     was a blank in a Hispanic area and I was overwhelmed as

18     an election judge because they come with all their

19     children, the Hispanics, not the blacks.  They come with

20     all their children.  You know that the blacks are going

21     to vote democratic.  That's all right, but the same goes

22     for LULACers now.

23              CHAIRMAN SMITH:  I'm going to have to

24     limit the testimony.

25              MS. DEVERICK:  That's fine.  But I -- I --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034206

USA_00021946

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 77 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 162 of 239

490

1   can -- Can I leave my phone number and any time that --

2   I can tell you a lot more, but the Raza Unida and LULAC

3   and the American GI Forum are as corrupt as they can be,

4   and the Raza is communist.  LULAC is into power.

5               CHAIRMAN SMITH:  Okay.  We have your

6   telephone number, and so any witness that wishes to

7   contact you could do so.  Are there any questions for

8   this witness, members?  Thank you.  Thank you very much

9   for coming.

10              MS. DEVERICK:  Oh, by the way, I came on

11  the metro, and I -- somebody may have to give me a ride.

12  I don't know how to get home.

13              CHAIRMAN SMITH:  I'm afraid it's going to

14  be very late for us to be able to give you a ride.

15              MS. DEVERICK:  Well, no, I'll keep

16  hollering if I have to walk.

17              CHAIRMAN SMITH:  I recommend that former

18  Representative Carolyn Galloway do it.  She's right back

19  there.  Got a red shirt on.

20              At this time the chair calls -- it says

21  Courage John, but I imagine that's John Courage.

22              UNIDENTIFIED SPEAKER:  John just left.

23              CHAIRMAN SMITH:  Okay.  Not going to

24  testify, shown against Senate Bill 362 on behalf of

25  Common Cause of Texas.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034207

USA_00021947

491

 1                 UNIDENTIFIED SPEAKER:  Mr. Chair, we

 2      should make sure that she gets a ride home.  I mean,

 3      seriously, if she wants to wait around, we can have a

 4      staff --

 5                 CHAIRMAN SMITH:  We got a volunteer.

 6                 UNIDENTIFIED SPEAKER:  We got somebody?

 7                 CHAIRMAN SMITH:  Skipper Wallace to the

 8      rescue.  Shirley Lindsey?  Don't see any movements, so

 9      I'm showing Shirley as not testifying, but being in

10      favor of Senate Bill 362.  Move quickly.

11                 Robert Green?  Don't see anybody moving,

12      so we're going to show him as not testifying, but he

13      will be shown in favor of Senate Bill 362.

14                 Helen Carvell is here speaking on behalf

15      of herself and against Senate Bill 362.  Please state

16      your name and who you represent.

17                 MS. CARVELL:  I'm Helen Katherine Carvell,

18      and I represent myself, and I thank you for the

19      opportunity to speak with you at this late hour, and

20      thank you all for coming.  As someone else has

21      previously mentioned, the tone has been very cooperative

22      and collaborative, and I appreciate that.

23                 I'd like to discuss with you this problem

24      in terms of the election judge.  As a nurse, I have

25      watched people go through various and sundry diseases.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034208

USA_00021948

492

1    If you were -- If you had a wasting disease, a

2    diagnosis, you would be suffering extreme weight loss.

3    With treatment, you would have extreme weight gain,

4    chemotherapy, the natural aging process, and one of our

5    ways we've entertained ourselves while here is trying to

6    compare all of you with your pick your pictures, and I

7    might say -- I might say -- I might say --

8                    CHAIRMAN SMITH:  Be careful.

9                    MS. CARVELL:  No.  I just might say you

10   don't all look like your pictures.  Now, as the person

11   who's worked an election, do I sit here and say is that

12   really you, Aaron Pena, or is that your brother or your

13   dad because you aren't gray in that photo.  That's the

14   only difference, but the rest of you I might not

15   recognize at all.  At least I recognize him.

16                    I have a passport that -- that -- You may

17   not know that passports are valid for 10 years.  I would

18   guarantee my passport from nine years ago doesn't look

19   like me today.  Is that my job now as the election -- am

20   I the judge and jury?  In addition to saying have you

21   moved since the last election, is this your current

22   address?  Look at the voter registration.  Give them the

23   right ballot.  Am I also supposed to say, oh, let me see

24   the picture?  Oh, yeah, that looks just like you.  I

25   think not.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007067

TX_00034209

USA_00021949

493

1              Furthermore, what I've heard today, which

2    I didn't realize, and how much corruption there is in

3    the election system in Texas.  What I haven't heard is

4    any evidence that the system is not working in terms of

5    Voter ID.  The man who is up from Bell County gave you a

6    perfect example.  Somebody tried it.  It didn't succeed,

7    but I also heard about problems in the valley where the

8    voting clerks and judges are intimidating.  This just

9    gives them a gun.  Why are we doing that?  Why are we

10   making it easier for the corrupt to disenfranchise our

11   voters?  This is especially true in the minority

12   community.

13              I used to work in Detroit, Michigan, and

14   someone once said to me, oh, I've never taken a driver's

15   test.  I said how did you get a license?  I sent my

16   cousin.  You know, down south, they think all those

17   black people look alike.  I mean, this to me is an

18   outrage.  If we disenfranchise our minority community,

19   what's the purpose of any of us going to the polls?  And

20   if you don't think the lines are going to be long while

21   we look at all the IDs and if that isn't going to

22   disincline the mothers, the working poor, to get in line

23   or take a day off to vote, I think you're sadly

24   mistaken, and I will be terribly disappointed if this

25   Voter ID passes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034210

USA_00021950

                                                            494

 1                CHAIRMAN SMITH:  Any questions, members?

 2    Thank you.  Representative Anchia?

 3                REPRESENTATIVE ANCHIA:  Do I look like my

 4    photograph?  Kind of?  Sort of?  All right.

 5                MS. CARVELL:  No, no.

 6                REPRESENTATIVE ANCHIA:  I'll work on that.

 7                MS. CARVELL:  You all look -- Some of you

 8    even look much cuter in your photographs.  It wasn't --

 9                UNIDENTIFIED SPEAKER:  Which ones?  We

10    want to know.

11                MS. CARVELL:  But I'm not going to say

12    which ones.

13                UNIDENTIFIED SPEAKER:  Are you guys

14    finished?

15                UNIDENTIFIED SPEAKER:  No.  We want to

16    know which ones.

17                MS. CARVELL:  When this thing goes down,

18    I'll come back and tell you, okay?

19                CHAIRMAN SMITH:  Thank you.  20ish.  Yes,

20    ma'am.

21                MS. JOHNSON:  Mr. Chairman --

22                CHAIRMAN SMITH:  Yes, ma'am.

23                MS. JOHNSON:  I'm becoming physically ill,

24    and I have --

25                CHAIRMAN SMITH:  What's your name?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007069

TX_00034211

USA_00021951

Case 2:13-cv-00193   Document 663-16   Filed on 11/11/14 in TXSD   Page 82 of 109

```
 1              MS. JOHNSON:  My name is Brenda Johnson.
 2    Can I just give you -- mine is really --
 3              CHAIRMAN SMITH:  Would you like to testify
 4    right now?  Brenda Johnson, you filled out a form?
 5              MS. JOHNSON:  Yes.
 6              CHAIRMAN SMITH:  Okay.  We'll find it.
 7    Give us a minute.
 8              UNIDENTIFIED SPEAKER:  Would you like
 9    anything to drink, Ms. Johnson?  Do you need something
10    to drink?  Water?
11              UNIDENTIFIED SPEAKER:  Yes, she probably
12    does.
13              UNIDENTIFIED SPEAKER:  Okay.
14              CHAIRMAN SMITH:  If anybody else is
15    suffering under the same circumstances, I do believe
16    there are water fountains outside, and if that's not the
17    case, we can certainly make provisions.  We'll send
18    Skipper Wallace to 7-Eleven.  Please state your name for
19    the record and who you represent.
20              MS. JOHNSON:  My name is Brenda Johnson.
21    I'm representing myself.  I'm from San Antonio, from
22    Bexar County.
23              CHAIRMAN SMITH:  And you're here to
24    testify against Senate Bill 362; is that correct?
25              MS. JOHNSON:  Yes, I am.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034212

USA_00021952

496

1              CHAIRMAN SMITH:  Okay.  Please proceed.

2              MS. JOHNSON:  Okay.  I am one of those

3     voters -- I am 55 years old.  I have never had a

4     driver's license.  I spent $160 to come here in a taxi

5     tonight to testify because that's how strongly I feel

6     against Senate Bill 362.  If you really want a photo ID

7     to ensure the voter before the polling official is the

8     registered voter, the ID would need to reflect the

9     correct name of the registered voter, reflect an address

10    corresponding to that precinct and that of the

11    registered voter and the picture of the ID would need to

12    match the physical characteristics of the person before

13    the polling official.

14              If you've moved, got married or divorced

15    and went back to your maiden name, colored or cut your

16    hair, forgot you're wearing those blue contact lenses or

17    lost considerable weight, you could be a problem, and I

18    suggest that you look at Madeline Dewar's driver's

19    license if you want some verification of that.  You

20    won't recognize it.

21              Since these Voter IDs would be required by

22    state law and not proof of an earned and paid for

23    privilege, the State would have to bear the cost.  Since

24    driving is a privilege being like me choose to forgo,

25    Voter IDs need to be issued by the agency for which they



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007071

TX_00034213

USA_00021953

497

1    are to be used, i.e., the Secretary of State through

2    election offices, not the DMV.  That means installing

3    the equipment and personnel in these offices to meet the

4    considerable demands such a measure would bring.  The

5    IDs would have to have a distinguishing feature making

6    them difficult to counterfeit.

7              Let's not forget the additional training

8    of volunteer poll workers like me in the proper

9    detection of fraudulent IDs, and I -- I forgot to

10   mention that I wanted to start off by saying that if the

11   risk of disfranchisement doesn't sway folks, let's talk

12   dollars and cents, and I want to know where the impact

13   statements or costs of this bill are.  Since there's a

14   lot of evidence, these kind of measures constitute voter

15   disenfranchisement, you can expect the state to spend a

16   lot of money in court win or lose.  So those are all

17   costs that we've got to consider.

18             We've got a million problems in this

19   state, and no state tax fund to draw from to pay for

20   them, and this is where Texans want legislators to spend

21   their limited time, attention and our tax dollars?  This

22   citizen does not.  I want to believe that proponents of

23   this measure are doing this for honorable if misguided

24   reasons, thus, my reasons thus far, but I am the

25   granddaughter of Mississippi sharecroppers.  I was born



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034214

USA_00021954

                                                            498

1     the year of Brown versus Board of Education, was 10 when

2     the Voter Rights Act was signed by Texas's own President

3     Lyndon Johnson and know the significance of Texas and

4     Juneteenth.  I know about poll taxes and literacy tests.

5               Although I served my country honorably and

6     am a disabled veteran, I've been the victim of both

7     blatant and both subtle racism, and I'm sad to see it

8     expressed almost daily in the nation I love.  So I

9     cannot ignore the elephant in the living room.  I'll

10    leave the rest of my comments for you to read.

11              CHAIRMAN SMITH:  Any questions, members,

12    for Ms. Johnson?  Thank you very much.

13              MS. JOHNSON:  Thank you.

14              CHAIRMAN SMITH:  At this time the chair

15    calls Brent -- I'm sorry -- Munhofen.

16              MR. MUNHOFEN:  Munhofen.

17              CHAIRMAN SMITH:  I'm going blind.  You

18    wrote it clearly.  Tell me who you represent -- You are

19    testifying in favor of Senate Bill 362.  Give me your

20    name and who you represent.

21              MR. MUNHOFEN:  My name's Brent Munhofen,

22    and I'm representing the Immigration Reform Coalition of

23    Texas as well as myself.  First of all, I wanted to ask

24    you a question about this bill just for clarification

25    purposes.  The only thing we're changing over current



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034215

USA_00021955

499

1    law is we're adding one additional piece of alternative

2    identification, right?

3              CHAIRMAN SMITH:  There's some question,

4    I'll tell you, among the members, and I'm not -- I'm not

5    entirely sure, but there's some question about whether

6    or not the standard that the poll worker would use to

7    look that that identification has changed.  I'm not

8    entirely clear on that.  But there may be -- there may

9    be some legitimacy to that.

10             MR. MUNHOFEN:  Okay.  I just --

11             CHAIRMAN SMITH:  Otherwise, in general,

12   you're correct.

13             MR. MUNHOFEN:  And I just want to point

14   that out because I've looked through the bills and it

15   appears to me that that's primarily what's been changed

16   on it.

17             CHAIRMAN SMITH:  I think that's right.

18             MR. MUNHOFEN:  So I'm a little confused by

19   all of the doomsday scenarios about voter

20   disenfranchisement, the references to the poll tax and

21   these various different issues.  I don't want to

22   minimize them, but I don't see the relevance of that to

23   what we're -- what's in SB362.  So that being said, we

24   do support Voter ID.  In fact, we support using a

25   government issued photo ID at the polls to identify the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034216

USA_00021956

500

 1    voters.

 2              And one aspect of the voter irregularities

 3    or election fraud that's been brought up that's kind of

 4    a road that's a little less traveled, but in the last

 5    election there were a number of states where voter

 6    irregularities were picked up and a number of studies

 7    have been done.  California, Connecticut, Florida,

 8    Indiana, Mississippi, Rhode Island, New York and

 9    Tennessee, to name some of them, and if I may, I just

10    want to cite a couple of examples.

11              In Ohio, WHIO-TV in Dayton did an

12    investigation in October of last year, and they

13    identified 3,856 deceased voters that were still

14    registered.  Of them, 22 of them managed to vote.  Nancy

15    Watts of Beaver Creek, Ohio, had been deceased for

16    two years, but yet she still managed to vote in the

17    March 4th primary.  That's one example.  There's also

18    examples from California and New York, as I indicated.

19              So the reason I bring these up is it's

20    been suggested, and I think even Senator Watson

21    suggested that Voter ID is a -- to quote him, "A

22    solution looking for a problem."  And I think that's a

23    little disingenuous in my opinion because with a lot of

24    elections being decided by 20 votes or less with

25    Representative Brown as an example, I think it's very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034217

USA_00021957

Hearing - Volume 3                          April 7, 2009

                                                            501

1    important that we ensure the integrity.  So, I mean,

2    it's important to make sure that everyone that's

3    eligible to vote is allowed to vote.  But what's equally

4    important is knowing that legitimate votes won't be

5    canceled out by someone that's not eligible.  So thank

6    you for your time.

7                    CHAIRMAN SMITH:  Thank you.  Any

8    questions?  Representative Brown?

9                    REPRESENTATIVE BROWN:  I don't think so,

10   but I sure appreciate your staying so late and

11   testifying.

12                   MR. MUNHOFEN:  You're welcome.

13                   CHAIRMAN SMITH:  Thank you very much.

14   Appreciate it.

15                   At this time the chair calls Roman Pena?

16   Front row.  Now, you are with LULAC, aren't you?  I'm

17   kind of wondering about you.

18                   MR. PENA:  Both LULAC and GI Forum, in

19   which this lady just spoke against us.  You know,

20   she's -- she's the wife of one of the founding LULAC

21   presidents, and I'm surprised that she has that kind of

22   attitude.

23                   CHAIRMAN SMITH:  Okay.  Please -- Please

24   state your name.

25                   MR. PENA:  My name is Roman Pena.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007076

TX_00034218

USA_00021958

502

1                  CHAIRMAN SMITH:  Who you represent.

2                  MR. PENA:  And I represent LULAC of Texas

3      and myself.

4                  CHAIRMAN SMITH:  You are testifying

5      against Senate Bill 362.

6                  MR. PENA:  Yes.  I'm testifying against

7      the bill.

8                  CHAIRMAN SMITH:  Please proceed.

9                  MR. PENA:  As you have already heard

10     testimony from our state director, LULAC stands against

11     this Bill 362 for the reasons that he has stated in his

12     testimony.  I am the chairman of the Texas LULAC

13     Veterans Affairs Committee, and my reason being here and

14     why I stayed -- You know, you almost beat me to it.  I

15     almost had to leave, but I says I'm going to wait him

16     out.  I know that your mind thought has already been

17     made.  You're for the bill.

18                 CHAIRMAN SMITH:  No, no, no, no.  We're in

19     the process of drafting a bill.

20                 MR. PENA:  I think the way you sound you

21     are already for it.  You know, I got to give you guys,

22     Republicans, credit for what you did here today.  You

23     brought all your Republican base to give you testimony

24     and you dressed them in red.  So that's -- God ought to

25     give you a little bit of credit for that -- for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007077

TX_00034219

USA_00021959

503

1    organizing that because you're the chairman of this

2    committee.  But what I wanted to tell you today, you

3    know, is that us Democrats and us did not think that

4    this was -- this important of this committee.

5    Therefore, our state Democratic party probably didn't do

6    anything to bring the Democrats down here.

7              We as an organization, a civic

8    organization of which is LULAC and GI Forum, have -- as

9    you know, have fought very hard to can what we have here

10   today.  You know, what we've got here today has not been

11   a privilege like state representative over there.  This

12   was done by a lot of work and a lot of fights in the

13   streets with the various factions of the conservative

14   elements of the State of Texas and this country for that

15   matter.  So it's not something that we are going to take

16   lightly.

17             You know, this lady here, one of my senior

18   citizens that already left, I wanted them -- I wanted

19   for them to stay here that said that last night you

20   almost had a little fist fight among yourselves.  Well,

21   if you recall, you know, if you read history, there was

22   a Republican controlled house and state sometime in the

23   reconstruction days, and if you recall what happened

24   there, you know, that didn't just come out to fist

25   fights.  It came out to some real heavy effort on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034220

USA_00021960

504

1    part of both parties to -- and you know what happened

2    after that.  After that, a hundred years it took before

3    the Republicans came back into some kind of power.

4              Because of the oppression that was being

5    put for the citizens at that time and probably the

6    oppression was not so much against what you are steering

7    in this bill.  See, this bill -- the intent of this bill

8    as you see it is to -- is to really deter the voters

9    that -- that come out in great numbers here in the last

10   election.  You know, this last election showed us that

11   there is a way to get the people out to vote, and -- and

12   in order -- and the Democrats did very well, as you

13   know.  The Republicans did well in Texas.

14             Well, today, you are trying to just put

15   something in the mill as an obstacle to get this

16   progression going, and we at LULAC and GI Forum are not

17   going to sit by, you know, and just take it in sleight

18   and say nothing.  It's like our Texas state director

19   said earlier, he said that -- that if this bill passes,

20   we're not just going to stay silent and not say anything

21   about this.  This is a direct, you would say, intent by

22   very strong forces in Texas to keep control of what you

23   have, and it's very sad because you should not fear --

24   you should not fear us.

25             You know, we can be easily divided --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007079

505

1    Mr. Smith -- Representative Smith, we can be easily

2    divided, let me tell you.  You don't have to fear us

3    that we are going to take over the State of Texas

4    because you know our history.  You know we are very

5    independent minded.  So this thing that you are trying

6    to push through is just something of another obstacle,

7    another, you would say, barrier to try to keep certain

8    citizens from being part of the electoral process, and

9    you know who they are because you -- I don't know if you

10   heard the senate testimony.  We stayed there till

11   2 o'clock in the morning.  We left because the hearing

12   was still going on.

13            There was great testimony from people like

14   we are doing here.  There's great testimony.  This is

15   America and democracy in the making.  You know, you hear

16   all kinds of opinions, and when you've heard over and

17   over that there is no proof anywhere where somebody

18   impersonated another voter, there's not one --

19            CHAIRMAN SMITH:  That's not true, but go

20   ahead.

21            MR. PENA:  No, but --

22            CHAIRMAN SMITH:  The time is up.

23            MR. PENA:  You haven't heard -- Let me

24   just say -- I'm going to share with you a little bit

25   that I have experienced.  You see, I was a monitor -- a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034222

USA_00021962

Hearing - Volume 3                                    April 7, 2009

506

1    counter in the elections of not this last one, the

2    previous one.  And you know -- you know where the

3    biggest fraud is?  This is fraud.  It's in the mail

4    ballots.

5                CHAIRMAN SMITH:  Everybody understands

6    that.

7                MR. PENA:  You know where the mail

8    ballots -- the biggest fraud is?  In the military.  You

9    need to examine the military ballot.  Let me tell you,

10   we were the monitors there at the electoral committee

11   there where we counted all the ballots that were coming

12   in, all the mail ballots coming in in the early vote.

13   There was 17,000.

14               CHAIRMAN SMITH:  I'm going to have to cut

15   you off in just a minute, sir.

16               MR. PENA:  Well, if somebody would like to

17   ask me a question, I would be willing to answer the

18   question.

19               CHAIRMAN SMITH:  Sure.  Go ahead and

20   finish your comment, if you want to.

21               MR. PENA:  Okay.  There were 17,000

22   ballots that came in from Iraq in a big bag with a

23   envelope -- white envelope.  Do you know that all of

24   them -- because we went and checked the signatures

25   because that's how you can verify -- the signature and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034223

USA_00021963

507

1    the -- the request for the ballot has to match the

2    signature of the ballot that you vote in.  Well, do you

3    know that all the ballots -- It's like a -- like a

4    sergeant -- first class sergeant signed all the requests

5    and all the ballots.  The same signature was there for

6    that particular vote.  Probably that poor soldier out

7    there fighting didn't even know he voted.

8              Let me tell you, 17,000 of those 15,000

9    were Republican, so someone has a connection to the

10   military ballot, and that's the one you've got to check

11   because that is a big, big fraud, and that's what wins

12   elections without you counting the vote.  It just comes

13   out in no place all of the sudden.  What happened in

14   Ohio, you know, they thought the Democrats had won on

15   the exit vote.  What happened?  The Republicans won.  So

16   that's what you need to look in the committee, you know,

17   because I think Todd has already made his mind.  You

18   know, he's going to follow the Republicans the way they

19   did in the senate.

20             So thank you very much, and I hope that

21   I'm wrong.  I hope I'm wrong.  I'll come visit you if

22   I'm wrong, and I'll apologize.

23             CHAIRMAN SMITH:  I've been referred to as

24   a Tom DeLay partisan thug just for your information.

25   Mr. Pena?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034224

USA_00021964

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 95 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 180 of 239

                                                                    508

 1                    VICE-CHAIRMAN PENA:  How are you doing?

 2                    MR. PENA:  Fine.

 3                    VICE-CHAIRMAN PENA:  You are here for GI

 4       Forum and LULAC; is that right?

 5                    MR. PENA:  Yes, sir.

 6                    VICE-CHAIRMAN PENA:  Okay.  I didn't want

 7       you to go away without hearing it from one of us that we

 8       appreciate the work that LULAC has done and the GI

 9       Forum.  I'm a member of both, so I guess you and I are

10       both members of the communist party.

11                    MR. PENA:  Well, you know, this lady here,

12       I don't know where in the world she came from, but

13       wherever it is, I think that the chairman gave her more

14       time than she should have had because I think she spoke

15       for 20 minutes.  She was putting us down.  She's overly

16       tough.  I want to hear that.

17                    VICE-CHAIRMAN PENA:  It was all planned,

18       Mr. Pena.

19                    CHAIRMAN SMITH:  It seemed like a long

20       time to you, didn't it?

21                    MR. PENA:  It did.  It did.  Believe me.

22       But, you know -- But, you know, that we are only

23       carrying and passing the kindness that happened years

24       ago.  LULAC was organized in 1929 for the purpose of

25       bringing about justice for all citizens of Texas.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034225

USA_00021965

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 96 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 181 of 239

509

```
 1              VICE-CHAIRMAN PENA:  Let me just say one
 2    last thing because I just --
 3              MR. PENA:  Okay.
 4              VICE-CHAIRMAN PENA:  I like to make points
 5    about history because remember back then it was
 6    conservative Democrats keeping Hispanics down?
 7              MR. PENA:  Correct.
 8              VICE-CHAIRMAN PENA:  Okay.  So it's --
 9    it's not always Republicans, sometimes it's Democrats.
10              MR. PENA:  No.  At that time it was
11    Democrats, you are correct, but all the conservative
12    Democrats -- when -- When Lyndon Johnson signed the
13    Voting Rights Act, they all jumped to the Republican
14    party.  Now, they're the Republicans.  All of those guys
15    that were here testified as Republican, they're former
16    Democrats.
17              VICE-CHAIRMAN PENA:  Okay.  Well, listen,
18    I just wanted to say something in appreciation for LULAC
19    and GI Forum.
20              MR. PENA:  Thank you.
21              VICE-CHAIRMAN PENA:  And thank you very
22    much for your time.
23              MR. PENA:  Thank you.  You all are doing a
24    good job.  I'm sure --
25              CHAIRMAN SMITH:  All of us?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034226

USA_00021966

Hearing - Volume 3                                        April 7, 2009

                                                                  510

 1                 MR. PENA:  Well Todd, Pena, I'm going to

 2      check with him, see how you vote on this issue.

 3                 CHAIRMAN SMITH:  All right.  Thank you.

 4      We appreciate it very much.  All right.

 5                 The chair calls Laurel Allbritton.  Not

 6      here.  Will show her as not testifying, but in favor of

 7      Senate Bill 362.

 8                 The chair calls Alma Holiday.  Not here.

 9      Not testifying, but will be shown against Senate Bill

10      362.

11                 Louise Whiteford?  I don't see any

12      movement, so we're showing her as not testifying and in

13      favor of Senate Bill 362.

14                 Alfredo Esparza?  Don't see movement.  We

15      are showing him against Senate Bill 362 and not

16      testifying.

17                 Rebecca Forest?  No movement.  We're

18      showing her as for Senate Bill 362, but not testifying.

19                 Bill Stout?  Showing him representing the

20      Green Party of Texas being against Senate Bill 362 and

21      not testifying.

22                 Maria Martinez, come on down.  You are

23      representing IRCOT.  Tell us who that is.  You're for

24      Senate Bill 362.

25                 MS. MARTINEZ:  My name is Maria Martinez.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034227

USA_00021967

511

1   I represent the Immigration and Reform Coalition of

2   Texas as well as Texans for Immigration Reform and

3   Central Texans for Secured Borders.

4              CHAIRMAN SMITH:  Okay.

5              MS. MARTINEZ:  We are in favor of House

6   Bill 125 and Senate Bill 362.

7              CHAIRMAN SMITH:  This is -- okay -- Senate

8   Bill 362.  Please direct your attention just to Senate

9   Bill 362.

10             MS. MARTINEZ:  Specifically?

11             CHAIRMAN SMITH:  We're going to have a

12  separate hearing, believe it or not, when this one's

13  finished --

14             MS. MARTINEZ:  Oh, God.

15             CHAIRMAN SMITH:  -- on that bill along

16  with others.

17             MS. MARTINEZ:  Tonight?

18             CHAIRMAN SMITH:  Yes.  Get some coffee.

19             MS. MARTINEZ:  I like my caffeine cold,

20  but --

21             CHAIRMAN SMITH:  Okay.  So 362.

22             MS. MARTINEZ:  Anyway, in any event, there

23  have been a lot of very eloquent speakers, and really

24  what I wanted to stress was the fact that I -- with the

25  name like Maria Martinez, you can probably imagine the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007086

TX_00034228

USA_00021968

512

1    kind of problems that a person with that name would have

2    with identification theft.  So for me personally, it's

3    important that we have integrity of the process, so I

4    want to be sure that, you know, just like from my credit

5    report, you know, there will be possibly, you know,

6    umpteen numbers of people using my identification all

7    over the country, which there have been at times.

8              So what I'm -- You know, just a very small

9    point is we need to have a system where I can be assured

10   of the fact that my vote is going to count, the fact

11   that, you know, as a person with that type of name there

12   is going to be -- there won't be a dilution of my notes,

13   and we won't have, you know, other people trying to vote

14   in my place.  So I think that's a really -- a really

15   strong point that no one has mentioned before.

16             Also, I should say that we -- we believe

17   that there have been many instances as you've heard of

18   some situations that have become apparent.  For

19   instance, the gentleman from Bell County, but what I

20   would point out is how many did he not catch?  How many

21   people just went through and voted?  I mean, people have

22   said that there are so many -- that there aren't any

23   instances -- pardon me -- but I would say on the

24   contrary.  It's quite possible that there were.  For

25   everyone that was caught, there may be 10 or 20 that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007087

TX_00034229

USA_00021969

Case 2:13-cv-00193 Document 663-16 Filed on 11/11/14 in TXSD Page 100 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 185 of 239

513

 1   haven't been.  So integrity -- we would love to see some

 2   integrity and -- and a secure feeling that the process

 3   works, and it works effectively for everyone, so no one

 4   has the potential for their votes being diluted by a

 5   person voting that is not appropriate.

 6             CHAIRMAN SMITH:  Thank you very much.  Any

 7   questions, members?

 8             MS. MARTINEZ:  Thank you.

 9             CHAIRMAN SMITH:  Thank you very much.

10             MS. MARTINEZ:  I'll see you shortly on

11   125.

12             CHAIRMAN SMITH:  Okay.  All right.  We're

13   weeding them out at this point.

14             Sharon Shepard?  No movement.  Not

15   testifying, but is against Senate Bill 362, and she was

16   going to speak on behalf of Group Color of Change.

17             Derek Ryan, Republican Party of Texas is

18   for the bill, but will not be shown testifying.

19             David Harris on behalf of himself against

20   Senate Bill 362 will not be shown testifying.

21             Sheila Dean indicated that she would

22   testify.  You here?  Okay.  Testifying on behalf of

23   those opposed to this legislation associated with 511

24   Campaign -- I'll let you explain that -- testifying

25   against Senate Bill 362.  Oh, I'm going to have to have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007088

TX_00034230

USA_00021970

                                                                  514

 1    you sign this.  You forgot to sign the witness --

 2               MS. DEAN:  Did I?  I'm sorry.

 3               CHAIRMAN SMITH:  -- affidavit.

 4               MS. DEAN:  I might have been in a hurry.

 5    There was actually someone directly ahead of me that was

 6    talking about Real ID and that's -- Okay.  Oh, thank

 7    you.  No?  I'm not known for being detail oriented.

 8               CHAIRMAN SMITH:  That's okay.  Please

 9    state your name and who you represent.  You have some

10    stuff for us?

11               MS. DEAN:  I do.

12               CHAIRMAN SMITH:  Okay.  Want to pass it

13    out?

14               MS. DEAN:  My name is Sheila Dean, and I

15    I'm representing the 511 Campaign, Texans Against Real

16    ID.  I'm referring to the September of 2005 Carter Baker

17    report on the commission of the Federal election reform

18    which has been cited to the committee earlier in the

19    day, much much earlier in the day.  I'm going to refer

20    directly to Page 19 where, as quoted, the Real ID

21    cards -- the states use Real ID cards for voting

22    purposes because of the National Voter Registration --

23    National Voter Registration Act establishing a

24    connection between obtaining a driver's license and

25    registering to vote.  Okay.  That connection lies



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034231

USA_00021971

Case 2:13-cv-00193   Document 663-16   Filed on 11/11/14 in TXSD   Page 102 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-3   Filed 06/20/12   Page 187 of 239

515

```
 1    probably with the pragmatic responsibilities of AAMVA,
 2    the American Association of Motor Vehicle Administrators
 3    and their databases.
 4                As Voter ID pertains to the Federal Real
 5    ID Act, we are opposed to it due to the expansion of
 6    powers delegated to the Department of Homeland Security
 7    to determine identity for Federal purposes.  Federal ID
 8    is under the oversight of a national security agency.
 9    Voting is not a matter of national security last time I
10    checked, nor should identity be commandeered to be so.
11                Okay.  Driver's license is necessary to
12    operate a vehicle.  We ask that photo ID be a voluntary
13    measure, a concession, but not mandatory, and while we
14    have the benefit of your audience, we ask that you also
15    reject the Federal Real ID Act because it is a voluntary
16    inadequately funded and an inadequate form of identity
17    that imperils the public trust.
18                I might add that the -- if you are aware
19    of the fusion centers, the information analysis centers,
20    as data aggregates for voter information that goes
21    through AAMVA, that that information has been delegated
22    to them through AAMVA.  So voter rolls information or
23    any attributes of identity would go to AAMVA and then to
24    the information analysis centers.
25                Okay.  And how that may translate, I'm
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034232

USA_00021972

516

1    going to give you a scenario that came up in press as of

2    recently.  In Missouri, there was a -- there was some

3    sort of memo or directive given to the local police

4    enforcement to target third -- third party voter

5    constituents associated with Ron Paul, the constitution

6    party, Chuck Baldwin, and one other third party voter.

7    Might as well have been Cynthia McKinney or any third

8    party.  They were directly profiled as terrorist threats

9    based on their party affiliation.

10               And so if voter information goes to a

11   national security administration database and then

12   somehow is circumvented to become a retroactive tool to

13   target people, then that is not a judicious use of voter

14   identity, and I wanted to make sure that that was clear

15   and on the record.

16               And that I would ask this committee to

17   please specifically pay special attention to the use of

18   Real ID and decouple that concept with any relationship

19   with Voter ID --

20               CHAIRMAN SMITH:  Okay.

21               MS. DEAN:  -- if that's possible.

22               CHAIRMAN SMITH:  My sense is that there's

23   not a lot of movement on the Real ID issue.

24               MS. DEAN:  We hope not.

25               CHAIRMAN SMITH:  Okay.  Any questions,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034233

USA_00021973

                                                              517

 1    members?  Thank you very much.

 2                   MS. DEAN:  Thank you.

 3                   CHAIRMAN SMITH:  At this time the chair

 4    calls Patti Edelman, representing yourself and against

 5    Senate Bill 362.

 6                   MS. EDELMAN:  Mr. Chair and members of the

 7    committee, my name is --

 8                   CHAIRMAN SMITH:  State your name.

 9                   MS. EDELMAN:  -- Patti Edelman.  I live

10    here in Austin.

11                   CHAIRMAN SMITH:  Representing?

12                   MS. EDELMAN:  Me.

13                   CHAIRMAN SMITH:  Good.  Thank you.

14    Proceed.

15                   MS. EDELMAN:  And I guess other citizens

16    who might agree with me.  I have served in the capacity

17    as an election official and also as a -- what's the word

18    I'm looking for -- all of the sudden -- It's so late.

19    I've worked as an election judge, and in that time I

20    have never encountered any voter fraud.  In every

21    instance that has been mentioned here today, of -- of

22    things that have happened to different people and

23    instances where somebody might have done something

24    untoward while they were voting, voting illegally,

25    voting with someone else's ID or being persuaded to vote



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034234

USA_00021974

Case 2:13-cv-00193 · Document 663-16 · Filed on 11/11/14 in TXSD · Page 105 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 190 of 239

518

1    by someone when in a way that they hadn't intended, all

2    of these things are covered by other laws that they

3    could be pursued, that -- other laws that would cover

4    them for the illegal act -- these illegal acts.

5              People have talked about mail-in ballots

6    as being a problem, and, yes, they are a problem in

7    Livingston in Polk County.  For instance, there are

8    12,000 people registered to vote at 101 Rainbow Drive,

9    and they vote and most of them vote Republican, and most

10   of them don't live in Texas, and I know that you all

11   have had that discussed.

12             Two last things I wanted to say.  The one

13   issue that you all haven't touched upon and most people

14   haven't talked about is what it's going to take to

15   inform voters about the -- about the changes in the law.

16   The State of Georgia is about tenth the size of the

17   State of Texas with one major media market, and in Texas

18   we have five major media markets and probably five

19   smaller media markets.  They've set aside $1.5 million

20   to educate their voters.  If we -- if we take that and

21   multiply it by the State of Texas and the media markets

22   we have, we're looking at somewhere between five and

23   $20 million to educate voters to the changes in the

24   registration and the ID required.  And I think that in

25   the time in these -- in these times where we are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034235

USA_00021975

519

1   strapped for cash and we're trying to figure out how to

2   fund health and all these other things for our citizens,

3   that wasting money on these -- this issue, whether it's

4   really not an issue, is the responsibility of this house

5   and of the senate.

6            Lastly, I want to show you a picture, and

7   if you -- if you ask me as an election judge whether

8   this man matches the man who would be in front of me

9   today with this -- this picture ID, I think that as -- I

10  would have a really hard time saying that this might be

11  the same man.  And, I'm sorry, but if you leave it to

12  the people who are election judges across this state --

13  if you leave it to people who are election judges across

14  this state to determine if the -- if the picture on an

15  ID is the same one as the voters standing before them --

16            CHAIRMAN SMITH:  We all agree that we do

17  not let felons vote.

18            MS. EDELMAN:  Well, this is -- I realize

19  that it's late and it's -- it's comical, but most of the

20  election judges in this state are at best 50 years old

21  and at worst 85 or older, and for them to turn the voter

22  away because they have a picture and can't really be

23  sure if that's the person that's holding the ID, I think

24  that it's unfair to voters, and so you're trying to fix

25  a problem that doesn't really exist.  And if it did --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007094

TX_00034236

USA_00021976

                                                              520

 1    if it does, then our Attorney General should be taking

 2    people in right and left and prosecuting them for the

 3    voter fraud that you pretend exists in this state.

 4    Thank you.

 5              CHAIRMAN SMITH:  Hold on just a minute.

 6    Questions, members?  Anybody?

 7              UNIDENTIFIED SPEAKER:  I just -- You

 8    didn't take our laughing to diminish the seriousness of

 9    your testimony.

10              MS. EDELMAN:  No, sir, I didn't.

11              UNIDENTIFIED SPEAKER:  Okay.  Good.  Good.

12    Because --

13              MS. EDELMAN:  Because I know you wouldn't

14    do that.

15              UNIDENTIFIED SPEAKER:  Well, exactly.

16    And --

17              MS. EDELMAN:  Now, maybe Mr. Smith might,

18    but --

19              UNIDENTIFIED SPEAKER:  Well, I don't think

20    he would either, but I'm really glad you showed up.

21              CHAIRMAN SMITH:  This is Strauss's fault.

22              UNIDENTIFIED SPEAKER:  You showed us

23    representative -- I'm glad you showed us that picture

24    because that's the most compelling visual evidence I've

25    seen today about the difficulty in identifying people.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007095

TX_00034237

USA_00021977

521

1               MS. EDELMAN:  You can all go home now.

2     Thank you.

3               UNIDENTIFIED SPEAKER:  Can we have that

4     entered into the record?

5               MS. EDELMAN:  Absolutely.  I'm willing --

6     I am willing to submit this.

7               UNIDENTIFIED SPEAKER:  No objection.

8               UNIDENTIFIED SPEAKER:  Can we have that

9     entered into the record?

10              UNIDENTIFIED SPEAKER:  We are going to

11    create a record for this document.

12              MS. EDELMAN:  And I hope that if he does

13    return and even if he doesn't want to claim it, you'll

14    have him sign it.

15              CHAIRMAN SMITH:  Thank you, Ms. Edelman.

16              MS. EDELMAN:  Thank you.

17              CHAIRMAN SMITH:  Appreciate it.  At this

18    time the chair calls Vickie Karp on behalf of Vote

19    Rescue testifying against Senate Bill 362.  Please state

20    your name and who you represent.

21              MS. KARP:  I'm Vickie Karp.  I'm here on

22    behalf of Rescue and our Coalition of Texans for

23    Reelections.  Chairman Smith, Vice-chairman Pena and

24    committee members, voter fraud is a molehill, not a

25    mountain of fraud.  I quote Allen Lichtman, a consultant



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034238

USA_00021978

Hearing - Volume 3                              April 7, 2009

                                                              522

 1    on voting rights and expert witness in 75 voting rights

 2    cases who found not a single fraudulent vote among the

 3    1.4 million ballots cast in a Maryland election in 1998

 4    which he was asked to investigate.

 5              Many experts here and elsewhere conclude

 6    and we agree that voter fraud is not a significant

 7    problem nationally and certainly not in Texas.  I would

 8    like to instead focus on what is the very real threat to

 9    our democratic process, the problem of election fraud

10    made possible with the use of electronic voting machines

11    controlled by corporate vendors using software that is

12    so secret not even our election officials are allowed to

13    look at it, all of which really amounts to no more than

14    secret vote counting.

15              So for my remaining time this evening,

16    I'll cite just a fraction of the available evidence

17    proving that none of the three major vendors' voting

18    machine equipment being used in Texas today is safe from

19    undetectable fraud.  The Diebold Company, now called

20    Premier Election Systems, has had two types of their

21    voting systems successfully hacked in minutes both by

22    expert teams brought in by the nonprofit group Black Box

23    Voting, as well as by Princeton University computer

24    experts.  The first hack of Diebold, optical scanners

25    used to count paper ballots prove that the scanners were



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007097

TX_00034239

USA_00021979