523

1    able to be hacked within minutes and election results

2    flipped to the opposite candidate simply by switching

3    out the memory card used to track vote totals.  This

4    hack was shown on the HBO documentary Hacking Democracy

5    which was nominated for an Emmy in 2007.  The problem is

6    countless individuals have access to election equipment

7    before and during election day and the ability to easily

8    switch out a memory card.

9             And to quote once again this evening from

10   the Carter Baker Commission on Federal Election Reform

11   from 2005 their report, software can be modified

12   maliciously before being installed --

13            CHAIRMAN SMITH:  I want to go ahead and

14   ask you to the extent that you possibly can -- to the

15   extent that you're familiar with the legislation to

16   limit your testimony to Senate Bill 362 which -- which

17   does not involve election equipment --

18            MS. KARP:  Okay.

19            CHAIRMAN SMITH:  -- if possible.  If you

20   are not entirely familiar with the constraints of the

21   legislation, then do your best, but --

22            MS. KARP:  Okay.

23            CHAIRMAN SMITH:  -- but it doesn't have

24   anything to do with election equipment.

25            MS. KARP:  Okay.  Well and, we will come



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034240

USA_00021980

524

1    back in the future -- future hearings hopefully and

2    discuss this further.

3               CHAIRMAN SMITH:  We do -- We have an

4    election equipment hearing on the 15th of April and

5    you're welcome to attend.

6               MS. KARP:  I understand.  I left back

7    there at my seat, but several studies and reports.

8               CHAIRMAN SMITH:  If you can't make

9    finance, call my staff.  They'll give you an update.

10              MS. KARP:  Okay.  Thank you very much.

11              CHAIRMAN SMITH:  Uh-huh.

12              MS. KARP:  On the subject of Voter ID, I

13   think I just want to reiterate what's been said before

14   me.  I think it is a fake problem.  I think this

15   legislation is unnecessary.  I think there are all types

16   of fraud that need to be addressed in our voting

17   systems, but people impersonating voters is not one of

18   them.

19              And just one last point.  I'd like to

20   clear up something for the record.  The dead voters from

21   Lyndon B. Johnson's senate campaign, his election in

22   1948 in Duval County, those were not individual people

23   posing as dead voters to get to vote.  Those were

24   election officials insiders who rigged that election for

25   Lyndon Johnson.  As the Carter Baker commission said,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034241

USA_00021981

Hearing - Volume 3                                    April 7, 2009

                                                                525

1    insiders are one of our biggest threats in election

2    fraud situations and that was just another case of

3    insiders committing election fraud, and it was not a

4    case of a voter impersonating a -- or voter

5    impersonating a dead person in order to get in a vote

6    that they did not deserve.  Thank you.

7              CHAIRMAN SMITH:  Any questions for Ms.

8    Karp, members?  Oh, he's back.  Oh, we got an

9    exhibit for you.  No questions.  Thank you very much.

10             UNIDENTIFIED SPEAKER:  This is Exhibit A.

11   We'll go take a look at it over there.

12             UNIDENTIFIED SPEAKER:  Oh, very nice.  I

13   had hair once.

14             CHAIRMAN SMITH:  Matthew Mannis on behalf

15   of his testifying in favor of Senate Bill 362.  Please

16   state your name and who you represent.

17             MR. MANNIS:  My name is Matthew Mannis.

18   I'm from Georgetown, Texas.  I'm retired and I'm

19   representing myself and most of my family, which is 10

20   children and their spouses, 23 grandchildren and a lot

21   of other family, but I came here today to testify on --

22   I mean, for bill --

23             CHAIRMAN SMITH:  Senate Bill.

24             MR. MANNIS:  Senate Bill -- I'm sorry.

25   Senate Bill.  It's late.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034242

USA_00021982

Hearing - Volume 3                                      April 7, 2009

526

1          CHAIRMAN SMITH:  I understand.

2          MR. MANNIS:  Senate Bill 362, and, please,

3    I do not mean any disrespect to you guys on the

4    comparisons that I'm going to make because I've been in

5    your place.  I was a city councilman.  I listened to

6    testimony on ordinances and a lot of other things.  But

7    what this looks like is that you guys are polishing the

8    car while the wheels are falling off, and I think it's

9    time for you to put the wheels back on.

10          And the reason I'm saying that is that

11   you're looking at 98 percent of the problem being

12   solved.  And you have a database of all the -- the

13   licenses and people.  You can set it up in a poll.  You

14   can click Mack Mannis.  You can click my address and

15   whatever.  There's my picture.  And it's solid.

16   98 percent is solid.

17          And the reason I'm saying that is that we

18   keep on worrying about the other 2 percent.  I'm worried

19   about the other 2 percent also, but let's don't let the

20   2 percent stop from a Voter ID.  You have to have Voter

21   IDs for everything that you do in this country now.

22          I think it's -- We need a fair play.  I

23   think the Voter ID system needs to be worked on, but I

24   think this is one -- one of the solutions.  And, by the

25   way, you can fold this to fit in your wallet.  That's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007101

TX_00034243

USA_00021983

527

1    about all I have, if you guys have any questions.

2              There is one item and we need a little

3    levity.  That very young girl from UT, and I wanted to

4    tell her from the very old guy from U of H, that you

5    have a 10 days to change your driver's license in the

6    State of Texas, and if you get stopped for speeding, you

7    get another ticket for not being in the right location.

8    So I think that that's not correct.  She can't live

9    someplace else and have a driver's license in one place.

10             CHAIRMAN SMITH:  Any other questions,

11   members, of Mr. Mannis?  Thank you very much.

12   Representative Brown?

13             REPRESENTATIVE BROWN:  You made reference

14   to something that someone else earlier said, and this is

15   all kind of running together for me, about bringing up

16   your picture on the computer screen, and it made me

17   start thinking earlier, maybe we're -- maybe we're

18   focusing on the picture at the wrong place, that you

19   shouldn't have to carry something with your picture on

20   it.

21             MR. MANNIS:  That's what I'm --

22             REPRESENTATIVE BROWN:  If the system had

23   your picture there --

24             MR. MANNIS:  It's already there.

25             REPRESENTATIVE BROWN:  -- and it comes up



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034244

USA_00021984

Hearing - Volume 3                                    April 7, 2009

                                                                 528

 1    on the computer screen, the person looks up and says,

 2    yeah, that's you, and so the -- it's not -- it's not

 3    placed on you for the responsibility of presenting a

 4    photo ID.  You're presenting yourself to compare with

 5    what's in the computer.

 6                MR. MANNIS:  And the cost savings.

 7                REPRESENTATIVE BROWN:  I honestly never

 8    thought of it that way till it was stated earlier, and I

 9    thought maybe we're going at this wrong.

10                MR. MANNIS:  Well, the cost savings would

11    be astounding, and -- and you would have -- you would be

12    able to pin a guy down right away.  You know, you pull

13    up Matt Mannis and you pull up say a back guy, well,

14    obviously, that's not correct.  So I think that's

15    something you guys really need to take a look at, and

16    let's solve the 98 percent and work on the 2 percent.

17                REPRESENTATIVE BROWN:  That may be for

18    another day.  The way I see it, we need to go ahead and

19    get photo ID passed --

20                MR. MANNIS:  Yes.

21                REPRESENTATIVE BROWN:  -- and do it as

22    quickly as possible and implement it, and people that --

23    that do have to get an ID, I think they're that much

24    better off because they can use it for other things --

25                MR. MANNIS:  Yes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007103

TX_00034245

USA_00021985

Case 2:13-cv-00193 Document 663-17 Filed on 11/11/14 in TXSD Page 7 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 201 of 239

529

1           REPRESENTATIVE BROWN:  -- and -- And I
2    really think they'll be helped by having an ID.
3           MR. MANNIS:  Thank you for your time.
4           REPRESENTATIVE BROWN:  Thank you.
5           CHAIRMAN SMITH:  Thank you, sir.  The
6    chair calls Sylvia Mendoza.  Here?  Testifying in favor
7    of Senate Bill 362.  Please state your name and who you
8    represent.
9           MS. MENDOZA:  Hello.  Thank you, Chair.
10   My name is Sylvia Mendoza, and I represent myself, my
11   family, my friends, Hispanic Americans that believe like
12   I do, and some of the graduating class that I've talked
13   to that's Hispanic from 1973.  This is directed to those
14   of you who are against the Voter ID.
15           Do you know what the definition of illegal
16   is?  It is banned, forbidden, prohibited, felonious,
17   unlawful, not legal, wrong, unjust, and
18   unconstitutional.  Even though it is unconstitutional,
19   voter fraud has been committed.  One reason there may
20   not be too many documented cases of voter fraud is
21   because exactly that.  It was voter fraud.  People got
22   away with it.
23           I've had a Social Security card, but I
24   acquired a fake Social Security card on the black
25   market.  It was easy to acquire, and it is accepted as



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007104

TX_00034246

USA_00021986

Case 2:13-cv-00193  Document 662-17  Filed on 11/11/14 in TXSD  Page 8 of 119
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-3  Filed 06/20/12  Page 202 of 239

                                                                    530

1    if it were valid.  Right now it is almost as easy to

2    sometimes get by without having the legal right to vote.

3    A lot of people who voted this presidential election

4    were people who had never voted before.  Some did not

5    respect and honor the right to vote before.  Some say

6    they didn't love America until now.  What a shame.

7              I feel now is the time for the Voter ID to

8    prepare for the future.  If you don't vote for it now,

9    you will be voting for it later.  You all have a duty to

10   us citizens, our lawmakers, so do your job and make this

11   a deterrent to prepare and make it nearly impossible for

12   voter fraud.

13             Anyone who votes against it is not doing

14   everything within their power for this great state

15   within this great country, and I am a Hispanic.  But,

16   first of all, I'm an American -- third generation

17   American, and I do not want special treatment.  All

18   elections should be fair.  Vote for SB362.  Thank you.

19             REPRESENTATIVE PENA:  Thank you,

20   Ms. Mendoza.  Does anybody have any questions?  Okay.

21             The chair calls Andrea Pena?  She was here

22   for the Citizens of Progresso, so I guess she left.  She

23   did not testify, but she wanted to show herself in favor

24   of the bill.

25             The chair calls John Yarber.  John, are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007105

TX_00034247

USA_00021987

531

1   you here?  Retired citizen representing himself, showing

2   against the bill, and he did not testify.

3              The chair calls Ramiro Mondragon

4   representing himself, wishing to show himself against

5   the bill.  He did not testify.

6              The chair calls Rene Lara?  Rene, are you

7   still here?  Rene is with the Texas AFL-CIO, and he is

8   against the bill, and he is testifying.  Renee, go ahead

9   and give us your full name.

10             MR. LARA:  I'll make it quick.  As a

11   matter of fact --

12             CHAIRMAN SMITH:  Give us your full name

13   and who you represent.

14             MR. LARA:  Yes.  My name is Rene Lara with

15   the Texas AFL-CIO, and this is my reason for testimony.

16   And so I'm not going to go through most of it, but on

17   behalf of the AFL-CIO, there is one -- and you can read

18   the rest of the testimony, but we want to focus on one

19   item, and this is the decoupling or the difficulty in

20   decoupling the Real ID issue with the Voter ID issue.

21   We know that the key feature of the bill -- the Senate

22   Bill is a photograph, an ID, a government official photo

23   ID, and we understand the public understands this to

24   be -- in fact, it's the number one item listed despite

25   the alternatives.  The one item that people will



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034248

USA_00021988

532

1    understand as the official government photo ID will be

2    the Department of Public Safety driver's license or

3    state ID, and this is our concern.

4            Members, you've heard about the Baker

5    Carter Commission requiring -- recommending that states

6    require voters to use the Real ID and that the Real ID

7    become the principal identification on a nationwide

8    basis, that in effect it would be a national ID.  The

9    national AFL-CIO opposes the national ID and, in fact,

10   we've been hoping that the national Federal government

11   will backtrack on their plans to implement it because as

12   you know, the Real ID Act is law in effect that has been

13   postponed in its implementation, but it's still the law,

14   and there's still a deadline, and DPS is still working

15   on rules.  In fact, there's a bill in another committee

16   that has been discussed on this issue.  So it hasn't

17   gone away.

18           What this Voter ID proposal does is it

19   incentivizes -- Well, what it does is it creates the --

20   it uses the driver's license as an official government

21   ID.  It is the same item that the Real ID will use for

22   its purposes, and, in fact, it's the same thing except

23   for the -- the hookup to a national database, which is,

24   you know, fairly easy to implement.

25           So we feel that -- And, in fact, the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007107

TX_00034249

USA_00021989

1    Republican party of Texas also opposes a national ID, so

2    together the AFL-CIO and the Republican party of Texas

3    in opposition to a national ID ought to be very

4    concerned about this Voter ID proposal because it uses

5    the same item that the Real ID Act looks to to implement

6    that part of the law.

7            So that's the -- what we would like you to

8    think about and what ramifications this bill would have

9    beyond its intended effect in the very near future.

10           CHAIRMAN SMITH:  Questions, members?

11   Thank you, Rene.

12           At this time the chair calls Lee Medley.

13           MR. MEDLEY:  Yes.  My name's Lee Medley.

14   I'm with the United Steel Workers.  I live down in

15   Galveston County, Texas.  Like they said, there's been a

16   lot of eloquent speakers tonight.  I'm not going to be

17   one of those.  What I want to tell you is you had a man

18   up here earlier talk about you all are misguided, that

19   you all have your priorities wrong, and you all passed

20   over that.  That's what I'm going to tell you.

21           You know, you got -- I work in a plant.

22   When I go back to that plant, the men and women ask me

23   what are they doing in Austin?  So what do I tell them?

24   They're spending your time and money on some fictitious

25   conspiracy theory problem that they haven't convicted a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034250

USA_00021990

534

1    single person on while in Rockdale, Texas, they're

2    shutting down the aluminum plant, while in Lake Jackson

3    and in that area, the Dow plant's suffering huge

4    layoffs, while Lone Star, Texas, 750 people get laid off

5    and we're worried about this?

6              I tell you what.  You go ask one of those

7    people in the barber shop if they're worried about Voter

8    ID.  You go ask them in Santa Fe, Texas.  I'll guarantee

9    you there's not been anyone going in and say that's Lee

10   Medley, I'm voting for him.  They're not stealing my ID.

11             You heard a lot of people say that people

12   are disenfranchised.  They are not disenfranchised over

13   the fact of voter fraud.  They're disenfranchised

14   because they send you up here to Austin to take care of

15   work and families and this is what you do.  They're

16   disenfranchised because you are supposed to be taking

17   care of jobs, health care and that sort of thing in the

18   State of Texas, and instead, you're playing partisan

19   politics.  That's what disenfranchises people, Democrats

20   and Republicans.  You know, they want -- My cousin

21   called me last night.  He said the plant he's at in

22   (inaudible) is shutting down.  I got to have a job.  Guy

23   from Lindell called me the night before.  Lindell

24   cutting back.  Got to have a job.  That's what's on the

25   minds of Texans, not voter fraud.  I mean, I've been in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007109

TX_00034251

USA_00021991

1    precincts here for quite a while where I'm at.  I

2    haven't seen that.  I haven't seen anyone come in and

3    try and take my voter's slip and vote.

4              I've seen a lot of men and women lose

5    their health care at UTMB in Galveston because of the

6    hurricane.  I'll tell you what, Judge Yarbrough and them

7    folks, Craig Allen, they worked their rear end off

8    trying to make sure everyone got the right to vote after

9    that hurricane, and people lost everything, everything,

10   and now we got people up here trying to take that right

11   away from them.  That's just not right.  You all need to

12   think about what you're doing and get your all's

13   priority right.  Thank you.

14             CHAIRMAN SMITH:  Members, any questions of

15   this witness?  I appreciate your testimony.  I just want

16   you to know this is the elections committee.

17             MR. MEDLEY:  I understand what committee

18   it is.

19             CHAIRMAN SMITH:  And not one of us asked

20   to be on it, and we can't pass legislation out here

21   dealing with jobs and health care or -- the subject

22   matter of this committee is elections.

23             MR. MEDLEY:  I understand exactly what the

24   sub --

25             CHAIRMAN SMITH:  Whether we like it or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034252

USA_00021992

536

1     not, we're limited to that.

2               MR. MEDLEY:  And there's plenty of other

3     committees, and I understand what the subject matter is

4     here, but you sure spend a lot of time and money,

5     taxpayer dollars, to be here all night.

6               CHAIRMAN SMITH:  Thank you very much.

7     Chair calls Ruth Epstein.  No Ruth Epstein.  Showing not

8     testifying and against Senate Bill 362.

9               Chair calls Kenneth Koym -- Koym.  Tell

10    us -- You are going to testify against Senate Bill 362.

11    Please tell us your name and who you represent.

12              MR. KOYM:  Friends, I'm Kenneth Koym, and

13    I'm representing Kenneth Koym and family, the mental

14    health profession.  I'm a licensed clinical marriage and

15    family therapist.  I'm a certified mediator.  I don't

16    believe that Texas --

17              CHAIRMAN SMITH:  Before you start on your

18    form, you indicated you are speaking on behalf of the

19    American International University --

20              MR. KOYM:  I will address that as well.

21              CHAIRMAN SMITH:  -- Dialogue Producing

22    Consortium; is that correct?

23              MR. KOYM:  Yes.

24              CHAIRMAN SMITH:  Okay.  Thank you.

25    Continue.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034253

USA_00021993

537

 1           MR. KOYM:  Those are nonprofit

 2    organizations.  They are small, but they have caused me

 3    to -- to give to a society 60,000 hours.  That's

 4    30 years or better.  2,000, sometimes 3,000 hours per

 5    year.  I've seen changes in Mexico in the voter process.

 6    I heard it said in the senate because I spent all

 7    night -- I didn't just spend to mid -- to midnight.  I

 8    spent all night and had somebody tell me -- a young

 9    squirt tell me, a 69-year old, old man, get that hat

10    off, and it was cold as hell in the senate.

11           Now, I'm telling you that the kind of

12    things that we're doing in this United States do not

13    compare to some very small republics like the Republic

14    of China where I observed election, in Mexico where I

15    observed Mr. Cedillo, and the vote of the people, and

16    that new process that kicked the (inaudible) out after

17    70 something years.  In Brazil, in Belize, in Guatemala,

18    yes, 13 years.  But I have paid my price or paid the

19    price and earned something special to know that people

20    are offended and intimidated very easily in the United

21    States.  They are in fact intimidated to the extent that

22    this bill -- if SB362 passes in some form, in some form,

23    that will be a highly probable mental health judgment on

24    my part that it amounts to a violation of the Hate

25    Crimes Act of 2007.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034254

USA_00021994

538

1             We need to look very carefully at that

2     question as to whether this bill is not practicing

3     prejudice, and we need to walk very carefully, not to

4     exercise anymore prejudice against American Indians,

5     against the black, against the brown and against Germans

6     and against every one of us because we all have

7     different prejudices, and this bill pushes and allows

8     that.  Is there any questions?

9             CHAIRMAN SMITH:  Are there any questions,

10    members?  We don't have any questions.  We sure

11    appreciate it.

12            MR. KOYM:  Thank you so much for hearing

13    me, and I don't mean to be sarcastic.

14            CHAIRMAN SMITH:  You are a --

15            MR. KOYM:  I am deadly.

16            CHAIRMAN SMITH:  -- convicted --

17            MR. KOYM:  Opposed to voter photo ID.  We

18    don't need it.

19            CHAIRMAN SMITH:  Thank you for patiently

20    waiting to testify.  The chair calls Manuel Rendon.

21    Okay.  We're going to show him against and not

22    testifying.

23            The chair calls Melissa Gonzalez.  Going

24    to show her against and not testifying.

25            The chair calls Andy Wilson.  Against, and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007113

TX_00034255

USA_00021995

539

1    tell us who you represent and state your name for the

2    record.

3              MR. WILSON:  My name's Andy Wilson.  I'm

4    here representing public citizens.  I'm also a board

5    member of Common Cause Texas.

6              CHAIRMAN SMITH:  Thank you.

7              MR. WILSON:  And I'm here testifying

8    against Senate Bill 362.

9              CHAIRMAN SMITH:  Okay.

10             MR. WILSON:  Now, I agree with much of the

11   testimony that groups like the League of Women Voters,

12   other members of Common Cause Advocacy, Inc., et cetera,

13   have given here today.  I won't repeat what they've

14   said.  You've already heard that.  But I am here to tell

15   you something that they haven't told you, and that is

16   there is voter impersonation going on that is happening

17   right here in Austin.  In fact, it's happening not one

18   hundred yards from where we sit right here.  That voter

19   impersonation is the so-called ghost voting that happens

20   on the floor of the legislature.

21             So and I -- being a little bit coy here.

22   I'm being a little bit funny, but just follow me around

23   on this.  Here we have two issues.  One, with little or

24   no empirical evidence of someone showing up and

25   impersonating someone else in the polling place.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034256

USA_00021996

                                                                540

1    Second, documented empirical times when members of the

2    house are not on the floor of the house, are not voting

3    for themselves.  Their desk mate is voting for them.

4    Someone else is voting for them.  So I ask you to

5    consider this.

6              Now, of course, that isn't again the house

7    rules.  I understand that.  That's fine.  They're your

8    rules.  You set them.  You also set the rules for

9    elections here in the State of Texas.  So I ask that

10   whatever standard that you set for us here in Texas,

11   whatever form of ID that you ask grandpa or abuela to

12   show up with at the polls every time that they vote, if

13   you bring this or a substitute bill to the floor or any

14   other similar legislation also brings a resolution to

15   the floor that would amend the House rules to require a

16   similar standard for members of the state legislature.

17   And since you will require this of all voters every time

18   they vote, and many people here in this room want that

19   requirement, I hope that you will require the same

20   standard of Voter ID from you every time you vote so

21   that you will consider the gravity of what it is that we

22   are doing here today.

23             We have available technology to do this.

24   I believe that, therefore, thumbprint scanners in the

25   House lounge available for this sort of thing.  We can



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034257

USA_00021997

541

1   go ahead and institute these sorts of things, but just

2   realize the disconnect from -- from those of us who look

3   here at what this process is.  Questions?

4                CHAIRMAN SMITH:  Representative Bonnen?

5                REPRESENTATIVE BONNEN:  Yeah.  You

6   actually raised a real interesting issue.  I selected my

7   office this session on the fourth floor of the Capitol

8   based on the fact that at the time that people believe

9   Tom Craddick would continue to be the speaker, there was

10  quite a bit of interest in how we would be voting on the

11  house floor, and I am curious what your thoughts would

12  be as to why that issue seemed to go away at the point

13  they decided we have a different speaker.

14               MR. WILSON:  I'm not sure.  That's a good

15  question.

16               REPRESENTATIVE BROWN:  I remember going

17  onto the house floor over the holidays and seeing the

18  machines all around there and ready to go.  Do you know

19  where they are now?

20               MR. WILSON:  I do not know.

21               REPRESENTATIVE BONNEN:  It's just

22  interesting.  Do you know where that issue's fallen off

23  in the press and everywhere else?  It's not really

24  talked about, is it?

25               MR. WILSON:  I'm not sure.  We've raised



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007116

TX_00034258

USA_00021998

Hearing - Volume 3                                    April 7, 2009

542

1    this a little bit.  I know that this has been a pet

2    issue of Smitty's.

3              REPRESENTATIVE BONNEN:  But I mean it

4    seems to have gone silent though.

5              MR. WILSON:  I can't speak for anyone

6    other than myself.  I for one did not bring this up as

7    an issue in the senate testimony because after staying

8    there the whole night had to pack up and leave for

9    Dallas, so was unable to present this same rhetorical

10   argument to the senate.  So for our part, we have failed

11   in bringing that to the forefront, but --

12             CHAIRMAN SMITH:  You have tonight.

13   Representative Anchia?  Go ahead, please.

14             REPRESENTATIVE ANCHIA:  I defer.

15             CHAIRMAN SMITH:  Okay.

16             REPRESENTATIVE BROWN:  Thank you,

17   Mr. Representative.  Thank you, Mr. Chairman.  I will

18   tell you that I agree with you, as a matter of fact.  I

19   sat on house administration last session and actually

20   agreed that that's equipment that we should have on the

21   house floor, so actually voted for that thumbprint.

22             MR. WILSON:  That's excellent.  Thank you.

23             REPRESENTATIVE BONNEN:  Do you know where

24   the equipment is now?

25             REPRESENTATIVE BROWN:  No.  Not on house



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007117

TX_00034259

USA_00021999

543

1    administration anymore.

2              CHAIRMAN SMITH:  Representative Anchia?

3              REPRESENTATIVE ANCHIA:  You know, I think

4    the analogy's instructive.  I mean the -- we've -- We've

5    got busy schedules in the -- in our capacity as state

6    representative.  We're not always able to get from one

7    side of the floor to the other, so we changed rules,

8    remodified rules to make it easier to vote.  And I think

9    that -- I think that analogy makes sense, and we've --

10   and we've put rules in place at the same time to suggest

11   that with someone's authorization, you can vote on their

12   behalf, and I think we modified the house rules this

13   session to make that happen.  And it speaks to the fact

14   or the analogy can be made that people in their lives

15   are also very busy.  Things happen.  They have to be at

16   work or they have to be taking care of their children,

17   and the rules are set up sometimes to make it more

18   difficult to vote, and at least if the -- if I think

19   where you are going -- if I think I understand where

20   your a going with the analogy, we may want to look at

21   the rules that we have in place to make sure that --

22   that it is convenient to vote, that it is accessible to

23   vote just as we modified our rules.

24              And I will say this, that I don't think

25   you were suggesting that there was any fraud on the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034260

USA_00022000

                                                                544

 1    house floor.  I certainly have not -- I've never heard a

 2    case --

 3                MR. WILSON:  I was very careful not to say

 4    that there was voter --

 5                REPRESENTATIVE ANCHIA:  Sure.

 6                MR. WILSON:  -- fraud going on in the

 7    Capitol.

 8                REPRESENTATIVE ANCHIA:  Sure.  And I've

 9    never heard of a case where someone voted --

10    intentionally voted their desk mate or their neighbor

11    the wrong way.  I mean, I haven't heard of any

12    complaints.

13                REPRESENTATIVE BROWN:  It would only

14    happen once.

15                REPRESENTATIVE ANCHIA:  Once it happened

16    to you?

17                REPRESENTATIVE BROWN:  I said it would

18    only happen, happen once.

19                REPRESENTATIVE ANCHIA:  Right.  And

20    usually that would happen, and there was a way to

21    correct it in the house journal, right?  You'd go and

22    say, hey, you know, I voted the wrong way or I was voted

23    the wrong way, and there would be a way to correct that.

24    And I don't think there's any analogy in our -- in our

25    voting system to do that other than maybe the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034261

USA_00022001

1    provisional ballot that would be remedied on the back

2    end where you could come back and say you know what?  I

3    didn't have my ID at this polling place or I wasn't able

4    to comply with the voting requirement.  I want to come

5    back and submit the right information in order for the

6    vote to be rectified, similar to what we do in the

7    journal.

8              MR. WILSON:  Correct.  And if those

9    provisional ballots were to be counted as actual ballots

10   and not in the case of a close run-off or something to

11   that extent.  You know, we believe in making elections

12   bullet proof, and we're lucky that the house and the

13   senate are small enough bodies to be able to

14   self-police, and there's a community there.  If men were

15   angels, we wouldn't need any sort of legislation to take

16   care of these things, but we have to counteract the

17   worser angels of our nature.

18              REPRESENTATIVE ANCHIA:  But I think -- And

19   I agree it's a different scale that we are dealing with

20   in Texas elections versus how we vote on the house

21   floor.  In some cases, different stakes too.  We take

22   multiple votes, and there's only one -- you know, in

23   elections there's one vote for a particular candidate,

24   for example, or a particular election.  But I think the

25   analogy holds true, and I think you're asking us to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034262

USA_00022002

                                                            546

 1   temper or at least to balance accessibility in the way

 2   we set up rules so that -- so that people are able to

 3   vote -- to have at least convenience in voting so that

 4   they manage their lives and their careers and their

 5   children as part of their lives.

 6              MR. WILSON:  I'd like to think of us as

 7   the teenager showing up to tell mom and dad that this

 8   isn't fair because you let older brother, sister do X, Y

 9   and Z.  We're bringing up a similar issue here.

10              CHAIRMAN SMITH:  Well, you all are really

11   losing me on this one.  I mean, if we ever get to the

12   point where we ask members of the public to vote 50

13   times a day at whatever point a bill starts ringing, at

14   unknowable times over a 2-month period, then I would be

15   quite sympathetic towards the analogy, but I don't see

16   it at all.

17              REPRESENTATIVE BONNEN:  Mr. Chair?

18              CHAIRMAN SMITH:  I'm slow.  Representative

19   Bonnen?

20              REPRESENTATIVE BONNEN:  I think where the

21   analogy is actually very interesting though is what I

22   was discussing earlier, how the interest in the analogy

23   seemed to disappear overnight.  I mean, there was

24   significant interest from organizations like the ones

25   you are here representing and working with.  It was a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034263

USA_00022003

Hearing - Volume 3                           April 7, 2009

547

 1    feverishly important issue, and it's gone, poof.

 2            MR. WILSON:  I think, you know, a vote is

 3    a vote is a vote is a vote.

 4            REPRESENTATIVE BONNEN:  Well, no, but I

 5    don't think necessarily you all have the record to say

 6    that because using your analogy there was quite a bit of

 7    editorialism and discussion and importance.

 8            REPRESENTATIVE BROWN:  Accusations.

 9            REPRESENTATIVE BONNEN:  And accusations.

10    Thank you.  To how someone would cast a vote as a member

11    of the legislature.  It was of significant importance,

12    and I respected that importance.  And then, poof, it's

13    gone.  It's not important anymore.

14            MR. WILSON:  I brought this up in an

15    editorial board meeting with the Austin American

16    Statesman.  I brought this up in other places.  I

17    apologize.

18            REPRESENTATIVE BONNEN:  When?  When?

19            MR. WILSON:  This was -- I can't give you

20    the exact date, but it was within --

21            REPRESENTATIVE BONNEN:  Ballpark it.

22            MR. WILSON:  The last few weeks.

23            REPRESENTATIVE BONNEN:  Okay.  But -- And

24    I appreciate that, and I apologize if it was --

25            MR. WILSON:  No, no, no.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007122

TX_00034264

USA_00022004

                                                        548

1              REPRESENTATIVE BONNEN:  -- simply directed

2     at you, but, I mean -- but, I mean, my point is it seems

3     to no longer be an issue.  It went away in a moment's

4     notice.

5              MR. WILSON:  And do you have --

6              REPRESENTATIVE BONNEN:  Well, if it was

7     prior to changing though.  I mean, you know --

8              CHAIRMAN SMITH:  I just think that's -- a

9     potential explanation is that I think we changed the

10    rules to --

11             REPRESENTATIVE BONNEN:  No, that's not

12    really --

13             CHAIRMAN SMITH:  -- to sell that.

14             REPRESENTATIVE BONNEN:  You can believe it

15    to be, but --

16             CHAIRMAN SMITH:  So that practice on the

17    house floor was no longer in violation of the written

18    rule.

19             REPRESENTATIVE BONNEN:  I think the

20    discussion, the interest, the concern and the thought of

21    the issue fell off long before we adopted the house

22    rules.

23             CHAIRMAN SMITH:  Well, we -- if your

24    allegation --

25             REPRESENTATIVE BONNEN:  -- which candidly



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007123

TX_00034265

USA_00022005

549

1    it really doesn't matter.

2               CHAIRMAN SMITH:  If your allegation is

3    that it occurred at the time we elected a new speaker --

4               REPRESENTATIVE BONNEN:  I'm not making an

5    allegation.

6               CHAIRMAN SMITH:  I think we adopted the

7    house rules within a matter of days after electing a new

8    speaker.

9               REPRESENTATIVE BONNEN:  I'm not -- I'm not

10   making an allegation.  I'm simply discussing the fact

11   that it's interesting how what's important to people

12   seems to come and go.

13              MR. WILSON:  I believe that when at least

14   speaking for public citizens, we circulated a memo to

15   members of the house about what rules we would like to

16   see changed, and I believe that ending ghost voting was

17   on that.  So we -- we did try and bring that up.  I was

18   not a member of the board of common cause at that time.

19              REPRESENTATIVE BONNEN:  But you did -- But

20   you did -- you yourself did recognize that it seemed to

21   be the tide of interest in, and as you said, you talked

22   to the Statesman editorial board and they didn't seem

23   particularly interested anymore.

24              MR. WILSON:  Well, I can't speak to their

25   motivations or --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007124

TX_00034266

USA_00022006

                                                               550

 1              REPRESENTATIVE BONNEN:  No, I'm not -- I
 2  didn't ask you what their motivation was.  They didn't
 3  write anything they had before though.
 4              MR. WILSON:  Okay.
 5              REPRESENTATIVE BONNEN:  Thank you.
 6              CHAIRMAN SMITH:  Representative Brown?
 7              REPRESENTATIVE BROWN:  I have a question.
 8  Please tell me how I am harming my constituents or the
 9  citizens of Texas for that matter if I have to leave my
10  desk to go to the bathroom and I ask my seat mate if I'm
11  not back in time before the vote to vote me a certain
12  way, so she's the one that punches the button.  I made
13  the decision, but she punches it the way I tell her to
14  do.  How am I harming anyone?
15              MR. WILSON:  I will answer that in two
16  ways, and I do mean this with the utmost respect.
17  First, if I'm your constituent and you ask your seat
18  mate to vote for -- in your place, I did not vote for
19  your seat mate.  I --
20              REPRESENTATIVE BROWN:  But she votes the
21  way I told her to vote.
22              MR. WILSON:  All right.  The second point
23  is if I show up and vote for my mother, even if I vote
24  the way that she told me to, I think that would be
25  considered voter fraud, even if I had her consent.  So,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034267

USA_00022007

                                                                    551

1    you know --

2                    REPRESENTATIVE BROWN:  You don't have

3    to -- She doesn't have to stay at that poll all day long

4    chained to that desk.  I mean, let's be realistic here.

5    We can't go all day without leaving our desk.  I mean --

6    And I can't time the votes I have left before thinking,

7    well, I'll have time to run to the bathroom and get

8    back?  And, you know, here comes the bill.  Somebody

9    decided to quit talking on the floor, and it's come up

10   for a vote.  We have to -- We have to think about things

11   like that.  We are human.

12                   MR. WILSON:  I agree.  And I believe that

13   we have technology to work around those issues.

14                   CHAIRMAN SMITH:  In the bathroom.

15                   REPRESENTATIVE BROWN:  Well --

16                   MR. WILSON:  Blackberrys?  I don't -- I

17   don't know what the -- what that is.  I leave that to

18   the --

19                   REPRESENTATIVE BROWN:  Actually, what you

20   are saying is I should --

21                   REPRESENTATIVE BONNEN:  Why haven't you

22   invested in that technology?

23                   REPRESENTATIVE BROWN:  What -- What you're

24   saying is --

25                   CHAIRMAN SMITH:  It was Mickey Mouse



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007126

TX_00034268

USA_00022008

1   before and it's Mickey Mouse now.

2                REPRESENTATIVE BROWN:  -- that I should be

3   shown missing that vote -- simply missing that vote

4   because I have to leave my desk.

5                MR. WILSON:  If someone has to leave on a

6   medical emergency and is not able to vote on the day of

7   voting, I believe that, you know, that would be --

8                REPRESENTATIVE BROWN:  I'm not talking

9   about a medical emergency.

10                MR. WILSON:  No, I'm -- but I am.  What

11   I'm -- What I'm saying is --

12                CHAIRMAN SMITH:  We're all interested in

13   the subject.

14                REPRESENTATIVE BROWN:  I don't -- I don't

15   think -- I think I made my point.  I think you made your

16   point.

17                MR. WILSON:  I believe you have.

18                REPRESENTATIVE BROWN:  And we need to go

19   on to other things.

20                CHAIRMAN SMITH:  Yeah.  Let's, please, if

21   there's anything else on Senate Bill 362?  I don't see

22   any questions.  Thank you very much.

23                MR. WILSON:  Thank you.  Appreciate it.

24                CHAIRMAN SMITH:  Karen Renick, are you

25   here?  Showing not testifying, but being against Senate



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034269

USA_00022009

553

1    Bill 362.

2              James Graham?  Going to show you not

3    testifying, but --

4              UNIDENTIFIED SPEAKER:  He's here.

5              CHAIRMAN SMITH:  Oh, I'm sorry.  Got you.

6    Against Senate Bill 362.

7              MR. GRAHAM:  Yes, sir.

8              CHAIRMAN SMITH:  Tell us your name and who

9    you represent.

10             MR. GRAHAM:  My name is James Graham.  I'm

11   representing myself.  I want to thank you all for

12   allowing me to come up here and take your time.

13   Hopefully, I won't waste too much of it.  I'll keep an

14   eye on the clock.  Biggest question is why do we need to

15   do this at all?  Let's see.  My understanding is that

16   this legislation, SBC362, is intended to solve the

17   problem that is virtually nonexistent.  As I understand

18   it, Attorney General Greg Abbott spent $1.4 million on

19   voter fraud -- on a voter fraud crusade in 2005 and 2006

20   that resulted in no documentation and no prosecutions of

21   a single case of voter fraud.  Now, I know that this has

22   been brought up a million times, but I'm just going to

23   do it again because I like to voice my opinion on it.

24   My bill will go into place that would stop nothing

25   because there's nothing to stop.  So how is that common



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034270

USA_00022010

554

1    sense legislation?

2            Just to let you all know, I have worked on

3    several campaigns.  One of the recent ones that I worked

4    on was for Congressman Nick Lampson for his reelection

5    campaign in 2008.  I just want to say that when I worked

6    for his campaign, I got several phone calls from people

7    all around Congressional District 22 asking me how to

8    vote.  They simply don't know if they have to go up

9    there with their voter identification card or if they

10   have to have their driver's license, what exactly is

11   necessary.  And if they don't have their Voter ID card,

12   how can they still vote.  If that's a problem today that

13   we have, then that's a problem that we need to solve.

14           It's a very easy solution.  You just go up

15   there with a bill that is addressed to the same address

16   that's on your Voter ID card and you can vote.  Now,

17   $2 million is my understanding of what you all say is

18   what we need to educate the voters.  Voters don't know

19   how to vote already, so how is $2 million going to solve

20   this?  $2 million was spent during the 2008 campaign by

21   Congressman Nick Lampson and that was only across four

22   counties.  $2 million is what you all are planning on

23   spending state-wide.  That seems absolutely ridiculous

24   to me, especially when people don't know how to vote

25   already.  That's just a small matter.  That's my



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007129

TX_00034271

USA_00022011

555

1    opinion.

2              But on behalf of all the voters of this

3    state, I would like to, well, say you're welcome for

4    giving you your jobs, and when you waste our time with

5    these kind of bills, it greatly angers us.  Now, I can't

6    tell you how unbelievably upset and thousands of others

7    are that you continue to try to pass this kind of

8    legislation year after year, but we're fed up with it,

9    and there's a lot of problems going on right now.  We're

10   seeing the biggest financial breakdown since the great

11   depression, and we, of course, get to waste our time

12   with things like this.  So thank you.  I know that it is

13   the elections committee, I understand, and my opinion

14   that I'm voicing is that I don't think this needs to be

15   passed because it's a waste of time.

16             CHAIRMAN SMITH:  Thank you for voicing it.

17   Members, any questions?  Representative Brown?

18             REPRESENTATIVE BROWN:  Just one.  I just

19   wanted to ask you because you were saying that people in

20   Texas don't know how to vote now --

21             MR. GRAHAM:  Yes, ma'am.

22             REPRESENTATIVE BROWN:  -- and what could

23   you tell me what you base that on?

24             MR. GRAHAM:  Yes.  Well, I worked for

25   Congressman Lampson.  In the campaign office we received



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034272

USA_00022012

Hearing - Volume 3                                April 7, 2009

556

1    several phone calls a day asking us what do they do if

2    they do not have their voter registration card and

3    there's not enough time to go out and get another one.

4    We had to tell them, well, if you have obviously a

5    utility bill addressed to you, then you can go out and

6    use that.  That's an example of they don't even know how

7    to vote already.  Not everybody obviously, but there are

8    a few people who still need help and that's completely

9    understandable to think that $2 million is going to

10   solve this new problem that is thrown upon everyone.

11   That's absolutely ridiculous in my opinion.

12              REPRESENTATIVE BROWN:  Did you hear the

13   testimony yesterday?

14              MR. GRAHAM:  I just -- I'm sorry.  I just

15   got here.  I was in class all yesterday, and I was in

16   class all today and just got here, so, no, I didn't hear

17   anything else.

18              REPRESENTATIVE BROWN:  I appreciate you

19   taking the time to come and especially to spend time

20   with us to testify on this, but do you think the people

21   in Georgia are smarter than the people in Texas?

22              MR. GRAHAM:  I'm not going to make any

23   comparison between the two states.

24              REPRESENTATIVE BROWN:  They've had this

25   since 2007.  They've held 16 elections up there with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007131

TX_00034273

USA_00022013

Hearing - Volume 3                        April 7, 2009

557

1   Voter ID without the options that this Senate Bill has

2   for something other than photo ID, and they've had --

3   not had any complaints.

4            MR. GRAHAM:  There hasn't been a single

5   complaint through the entire state?

6            REPRESENTATIVE BROWN:  None.  None.  They

7   evidently learned up there.

8            MR. GRAHAM:  Okay.  Well, then I guess

9   you're making the assumption that people aren't as smart

10  here when I -- I said that they're still having

11  problems, and there's no ID card already.

12           REPRESENTATIVE BROWN:  So we would be

13  educating them.  So we'd be helping them --

14           MR. GRAHAM:  With only $2 million.

15           REPRESENTATIVE BROWN:  -- for people that

16  may not have that information.

17           MR. GRAHAM:  With only $2 million -- I'm

18  saying is not enough.  If you're going to propose this,

19  then let's not make it laughable.  Let's do something

20  that we can actually get accomplished.

21           CHAIRMAN SMITH:  Do you like the idea of

22  instead of implementing it immediately and spending

23  money with television commercials, radio ads, whatever

24  you do educating people as they vote literally over some

25  reasonable period of time you literally hand them



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007132

TX_00034274

USA_00022014

Hearing - Volume 3                          April 7, 2009

558

1    information that they can take home with them?

2                MR. GRAHAM:  Right.

3                CHAIRMAN SMITH:  Provides them a telephone

4    number where they can get a free photo ID.  Again, it

5    may not be free when you consider the accompanying

6    documents depending on whether you have a birth

7    certificate.

8                MR. GRAHAM:  Right.

9                CHAIRMAN SMITH:  There's options available

10   to you to the extent that it's not an economic

11   impediment.  To the extent that it is, you on that sheet

12   of paper provide a list of non-photo identification

13   documents that are acceptable.  Say take it home with

14   them over a several year period of time and --

15               MR. GRAHAM:  Not necessarily.

16               CHAIRMAN SMITH:  You don't prefer that

17   over radio or TV?

18               MR. GRAHAM:  No.  I think -- I mean, I

19   think that makes it all a lot -- your case a lot

20   better --

21               CHAIRMAN SMITH:  Okay.

22               MR. GRAHAM:  -- but that's only one of my

23   concerns.  That's not a main concern by any means.

24               CHAIRMAN SMITH:  I understand.

25               MR. GRAHAM:  I'm against it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007133

TX_00034275

USA_00022015

559

```
 1              CHAIRMAN SMITH:  That won't make you
 2     support the bill.
 3              MR. GRAHAM:  Yes.
 4              CHAIRMAN SMITH:  I understand.  I
 5     understand.  Everybody understands that.  Representative
 6     Anchia?
 7              REPRESENTATIVE ANCHIA:  Yeah.  Just a
 8     thought.
 9              MR. GRAHAM:  Yes.
10              REPRESENTATIVE ANCHIA:  If we did a
11     four-year layout on this and when people came -- during
12     two successful election cycles when people came to the
13     polls, if poll workers asked them to the extent they
14     didn't show a photo ID to vote, like I vote with my
15     driver's license, but let's say they came and just
16     showed their voter registration certificate.  What if --
17     What if at least at the early voting locations if not on
18     election day we had cameras available for the people
19     that said you know what?  I don't have photo ID.  We
20     take their information, take their picture and have the
21     Secretary of State send them a voter registration card
22     with their picture on this.  Does that -- I mean, is
23     that a step in the right direction; do you think?
24              MR. GRAHAM:  I think it's possibly a step
25     in the right direction, but there should not be a step
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007134

TX_00034276

USA_00022016

560

1    made to begin with because I don't think that there's a

2    problem, and I think that the Attorney General has

3    showed that there wasn't a problem.

4                    REPRESENTATIVE ANCHIA:  I completely agree

5    with you that the record is --

6                    MR. GRAHAM:  Right.

7                    REPRESENTATIVE ANCHIA:  -- virtually --

8    virtually nonexistent with respect to voter

9    impersonation.

10                    MR. GRAHAM:  Absolutely.

11                    REPRESENTATIVE ANCHIA:  So we're in

12    agreement there.  But if -- You know, I'm always

13    thinking about creative ways to --

14                    MR. GRAHAM:  Right.  If this had to take

15    place --

16                    CHAIRMAN SMITH:  Yeah.  If it had to take

17    place and you put the onus on the state to produce the

18    required photo ID for people who do not have it already,

19    a sufficient layout period and cameras might be part of

20    that solution.  I just want to gauge your thoughts on

21    that.

22                    MR. GRAHAM:  No.  I think it's a very good

23    point.

24                    REPRESENTATIVE ANCHIA:  Okay.

25                    MR. GRAHAM:  I think it is a step in the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007135

TX_00034277

USA_00022017

561

1    right direction, but there shouldn't be a step to begin

2    with.

3                   REPRESENTATIVE ANCHIA:  Okay.

4                   CHAIRMAN SMITH:  Any other questions,

5    members?  Mr. Graham, thank you for coming.

6                   MR. GRAHAM:  Thank you very much.

7                   CHAIRMAN SMITH:  Chair calls Randall

8    Terrell.  Show him as not testifying --

9                   UNIDENTIFIED SPEAKER:  No, he's right

10   there.

11                  CHAIRMAN SMITH:  Oh, I'm sorry.  There you

12   are.  I saw somebody squirm in their seat.  Be careful

13   about that when I call names.

14                  UNIDENTIFIED SPEAKER:  Okay.  Thank you.

15                  CHAIRMAN SMITH:  Yes.  Tell us your name

16   and who you represent.

17                  MR. TERRELL:  My name is Randall Terrell.

18   I am with the group called A Quality Texas.  We are the

19   state-wide lesbian, gay, bi-sexual and transgender

20   advocacy organization.  We are against 362.  The primary

21   focus of my testimony is on what I believe to be the

22   difference between the current presentment standard for

23   the poll workers to evaluate ID versus the -- I think

24   you heard reference to the identity standard.  I look at

25   it as sort of a objective versus subjective standard



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034278

USA_00022018

562

1    where someone comes up to the poll if they have the --

2    currently, if they have the right documents, they're

3    allowed to vote.  There's no judgment call being made.

4              Under the current version of the bill, the

5    last one I saw, if they present some documents the poll

6    worker's required to make a judgment call.  We consider

7    that to be pre-dangerous.  Where I come from on the

8    issue and basically from the idea -- I think you heard

9    some of this testimony already today -- from the -- the

10   perspective of taking people -- taking care of people

11   who are transgender and those are folks who express

12   their gender identity as something other than the gender

13   that was assigned at their birth.

14             We started looking at 362 and looking at

15   what was happening with that.  Now, 90 percent of the

16   people who are transgender never go -- undergo sexual

17   reassignment surgery.  There is a requirement in -- an

18   opportunity in 362 that allows people who go through

19   sexual reassignment surgery to get their ID changed and

20   present their sex change ID or the -- the court order

21   for sex change as a -- quote, one of the qualifying

22   documents for -- to vote, and I think that's very

23   important and needs to stay in there.  But since

24   90 percent of the people never get those documents, then

25   that's a real concern.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034279

USA_00022019

Hearing - Volume 3                                    April 7, 2009

563

1            And I started looking at it as well, and

2    then we get into the criteria, the laundry list, I think

3    you've heard already today, is how -- how hard it is to

4    find some difference between one ID and another ID, one

5    ID and your current appearance.  Someone's always going

6    to be taller, shorter, fatter, slimmer, older, younger

7    and putting the discretion for making those judgment

8    calls in the hands of poll workers becomes non-just, and

9    with all due respect to poll workers, they do make

10   mistakes, but on top of that, there's also the idea

11   with -- as close as some elections have been in the last

12   few years, it only takes one poll worker making one

13   judgment call the wrong way in each precinct possibly to

14   change an election, and if there is some malfeasance

15   behind that, then that actually becomes a much bigger

16   problem than the fraud that we have alleged as the basis

17   for this bill.

18           I think you've heard everything else that

19   I might say.  We do remain opposed to the bill on other

20   grounds, but that's the one that's particularly

21   motivational to us.

22           CHAIRMAN SMITH:  I think we'll fix that

23   one.  Any questions, members?  Thank you for your

24   testimony.

25           MR. TERRELL:  Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034280

USA_00022020

Case 2:13-cv-00193 Document 663-17 Filed on 11/11/14 in TXSD Page 42 of 110

564

 1                    CHAIRMAN SMITH:  Kriss Crano?  Is he here?

 2     We're showing him as against, but not testifying.  Lydia

 3     Camarillo?  Camarillo.  Is that two L's maybe?  She was

 4     going to testify on behalf of -- Oh, you're here.

 5                    UNIDENTIFIED SPEAKER:  She's here.

 6                    CHAIRMAN SMITH:  Got you.

 7                    MS. CAMARILLO:  It's my birthday.

 8                    CHAIRMAN SMITH:  Happy birthday.

 9                    MS. CAMARILLO:  Only it's a different day

10     now.

11                    REPRESENTATIVE BROWN:  Was it yesterday?

12                    CHAIRMAN SMITH:  Was it yesterday?  That's

13     the same as Representative Alma Allen.  Yeah.  Hers was

14     yesterday.

15                    UNIDENTIFIED SPEAKER:  Alma was yesterday.

16                    CHAIRMAN SMITH:  Yeah.  And so was hers, I

17     think.

18                    UNIDENTIFIED SPEAKER:  No.  Lydia's is

19     today.

20                    CHAIRMAN SMITH:  Oh, yours is today.  I'm

21     sorry.  I was confused.

22                    MS. CAMARILLO:  Mine is the 8th.

23                    CHAIRMAN SMITH:  Okay.  Is that what today

24     is?

25                    MS. CAMARILLO:  Yes, sir.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007139

TX_00034281

USA_00022021

Case 2:13-cv-00193 Document 663-17 Filed on 11/11/14 in TXSD Page 43 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 214-3 Filed 06/20/12 Page 237 of 239

565

1              CHAIRMAN SMITH:  I'm completely lost.

2              MS. CAMARILLO:  And my children promised

3     me breakfast in bed before they go to school, so I got

4     to get to San Antonio.

5              CHAIRMAN SMITH:  Please state your name

6     and who you represent.

7              MS. CAMARILLO:  Well, first of all, thank

8     you all.  Mr. Chair, Mr. Vice-chair, I know he stepped

9     out, and members of the elections committee, I am Lydia

10    Camarillo, vice-president for Southwest Voter

11    Registration Education Project, the largest and oldest

12    nonprofit organization of its kind.  We have registered

13    since we opened the doors in 1974, 2.4 million Latino

14    voters across the southwest, trained 100,000 voters and

15    leaders across the state, and, most recently, we also

16    organized the lawsuit, Gonzalez versus State of Arizona.

17    MALDEF, which was our attorney, challenged in Federal

18    court the issue of voter registration.  So we are one of

19    the plaintiffs in the Arizona case as well as in the

20    Florida case.

21              So I'm letting you know that we are here

22    to oppose Senate Bill 362, and we'll -- I'm not going to

23    stay around for HB125 and HB3556.  I'm also here to tell

24    you that I'm clearly in opposition of it.  I know I

25    stated it wrong, but I mean, you have the copy.  It's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007140

TX_00034282

USA_00022022

Hearing - Volume 3                              April 7, 2009

566

1    supposed to be HB3556.  We firmly believe that these

2    bills have disenfranchised hundreds and thousands of

3    Texas voters.

4            CHAIRMAN SMITH:  I don't know if I just

5    misheard what you said, but just try to limit your

6    testimony to 362.  I don't know if you said -- You said

7    something about another bill, I think.

8            MS. CAMARILLO:  That we think -- we think,

9    and I think that the other two bills are similar, so --

10   but I'll stick to --

11           CHAIRMAN SMITH:  Please try to limit the

12   testimony to this bill.

13           MS. CAMARILLO:  I'll stick to the SB362.

14           CHAIRMAN SMITH:  Thank you.

15           MS. CAMARILLO:  We are in opposition

16   because it will harm hundreds and thousands of voters.

17   We believe that it will -- that it will hurt an

18   estimated 1.7 to 2 million Texas voters, all voters that

19   are citizens and individuals who have the right to vote

20   and should be counted.

21           You know, it's a shame that in America we

22   cannot have every vote counted.  It's a shame that in

23   America every vote doesn't count and then when a voter

24   wants to vote and he or she is an American citizen, they

25   are at risk of not being counted.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007141

TX_00034283

USA_00022023

567

1              I'm here to tell you that the Voter ID

2      does nothing, but already contradicts the HAVA case --

3      the HAVA law, rather, and it also has -- it's a problem

4      because HAVA already says that you can use other

5      requirements, so you're basically going to be repeating

6      something that already does.  Also, the Voter ID that

7      you're proposing is supposed to stop voter fraud, and as

8      we know, that's not the case.  The Attorney General has

9      spent over the last two years, as you know, $1.4 million

10     trying to prove a case that doesn't exist, and,

11     therefore, it would do everything but ensure that voter

12     fraud is stopped.  In fact, all it would do is

13     disenfranchise Latino voters, African-American voters,

14     white voters that are poor and senior citizens.

15              There's at least three issues -- I'm not

16     going to -- Election Code 623.0101 already says that in

17     Texas, you can use a wide range of identification

18     documents in order to vote.

19              Last but not least, I just basically want

20     to share with you that voting for this bill would hurt

21     Texas, and it makes no sense that in Texas when we

22     are -- have one of the highest number of young voters

23     that are not finishing high school, that we're spending

24     time with a bill that doesn't make any sense that will

25     only hurt voters -- American voters.  Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007142

TX_00034284

USA_00022024

568

1          CHAIRMAN SMITH:  Questions, members, for
2     this witness?  Thank you very much.
3          VICE-CHAIRMAN PENA:  Let me just --
4          MS. CAMARILLO:  Vice-chairman Pena?
5          REPRESENTATIVE PENA:  Lydia, Southwest
6     Voters is a national nonpartisan organization; is that
7     correct?
8          MS. CAMARILLO:  That is correct.  We don't
9     tell voters how to vote or what party to vote for.  We
10    only ask them to participate in America's democracy.
11         REPRESENTATIVE PENA:  And you've done --
12    as the name implies, you've done work all over
13    California, New Mexico, Arizona.
14         MS. CAMARILLO:  By law we're supposed to
15    work every year in at least five states, and so we work
16    always in Texas and California for sure, clearly in
17    Florida, and we always select a couple of other states,
18    but over the years, we focus on about eight states.
19         REPRESENTATIVE PENA:  Okay.  And it's your
20    opinion that this will have a negative impact on -- on
21    Texas, but in particular the Hispanic community?  Is
22    that my understanding?
23         MS. CAMARILLO:  We think -- We not only
24    think, we know that it will disenfranchise Latino voters
25    and African-American voters and in Florida we have sued



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007143

TX_00034285

USA_00022025

569

1    along with NAACP a similar issue, the Voter ID issue in

2    Florida.  We also sued in Arizona on a similar case, and

3    we expect to sue Texas if it passes and you sign it into

4    law.  That is correct.

5                    REPRESENTATIVE PENA:  I want to thank you

6    for the work you've done over the years and thank you

7    for your testimony.

8                    MS. CAMARILLO:  Thank you.

9                    CHAIRMAN SMITH:  Representative Anchia?

10                   REPRESENTATIVE ANCHIA:  Lydia, happy

11   birthday.

12                   MS. CAMARILLO:  Thank you.

13                   REPRESENTATIVE ANCHIA:  Thanks for the

14   work you do.  Are there things that we can be doing in

15   our voter registration laws that would make it easier

16   for people to register to vote and possibly increase

17   participation in the program?

18                   MS. CAMARILLO:  Well, it seems to me that

19   when we began to hear the conversations about what Voter

20   ID was necessary, it was because people felt that

21   American citizens were not necessarily the only ones

22   voting, and it's clear that there is already in the

23   election code a requirement that you must be a citizen,

24   and when you sign the affidavit, it's an affidavit.

25   Individuals who are not citizens clearly understand that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034286

USA_00022026

570

1    it's a perjury to sign it and, therefore, they don't.

2              Plus, if you're talking about folks that

3    are not documented, they are not going to want to come

4    from underground and be put forth and risk the thing

5    about being deported, so that's one thing.  The -- The

6    Baker Carter Commission suggested a couple of things.

7    One is that we move the election date to same day

8    election or 15 days prior so that people can vote

9    because what happens is, folks like my mother who are

10   busy surviving, sustaining their children, their

11   families, they're not thinking about voting.  They're

12   not thinking about registration until you start hearing

13   the commercials and that usually happens anywhere from

14   two weeks to a month, and if you don't have the time,

15   you realize, oh, it passed.  So if you -- If I have more

16   time for registration, then you can ensure that people

17   can vote.

18             The other thing that it also says is that

19   you shouldn't have anyone being deputized in order to be

20   volunteers.  In fact, there is a case in Hidalgo

21   where -- where the person had to leave because that

22   person was charged with something, the elections

23   official, and there were something like 90 days for

24   individuals who are required to be deputized in order to

25   register to vote.  There was no deputization at that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007145

571

1    process.  So I would say that states like California do

2    not have that.

3              I would also suggest that if you're really

4    serious about making sure that everybody votes, that we

5    have what California has, which is if you think you are

6    going to be sick, if you think you are going to be out

7    of state, you can have absentee ballots, and you can

8    vote by mail.  That guarantees that more people will

9    stick with America's democracy.

10              REPRESENTATIVE ANCHIA:  Does California

11    have no fault vote by mail -- I mean, no excuse vote by

12    mail?

13              MS. CAMARILLO:  That is correct.  My

14    mother is now a perpetual absentee ballot voter, and

15    she -- basically when the ballot comes home, she has

16    everybody come over.  They have dinner.  They discuss

17    the elections.  California also has issues to memorandum

18    so they go through all that process.  The family votes

19    because everybody brings their ballot.  They send it

20    forward.  Yeah.  A hundred percent participation.

21              REPRESENTATIVE ANCHIA:  Thank you for your

22    testimony.

23              MS. CAMARILLO:  Thank you.

24              CHAIRMAN SMITH:  Any other questions,

25    members?  Thank you very much.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007146

TX_00034288

USA_00022028

                                                              572

1              MS. CAMARILLO:  Thank you.  Have a good

2      day.

3              CHAIRMAN SMITH:  You too.  At this time

4      the chair calls Kenneth Flippin, a community organizer.

5      I heard another one of those.  You are going to testify

6      against Senate Bill 362?

7              MR. FLIPPIN:  That's correct.

8              CHAIRMAN SMITH:  Please state your name

9      and who you represent.

10             MR. FLIPPIN:  Sure.  My name is Kenneth

11     Flippin, and I am representing myself.  I just want to

12     make hopefully what's a little bit different argument

13     because I know you've all heard a lot of things, and I

14     appreciate you all staying up late and listening to the

15     public.

16             As a community organizer, first thing I'd

17     say it is very hard in this state that has one of the

18     lowest registration rates, turnout rates, it's very hard

19     to get people to register to vote.  It takes a lot of

20     work.  Those efforts that are done by community groups,

21     non-profits, done by campaigns, I can tell you they're

22     not targeting noncitizens because, number one, it would

23     be just dumb thing to do, and, number two, it takes so

24     much effort to get people that can legally vote to just

25     -- it would be an effort that would be pointless, and it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007147

TX_00034289

USA_00022029

573

1      just doesn't happen, and that's why you don't see very

2      much of the fraud that you're talking about.

3                  The other thing that I would say from my

4      community organizing experience is that people will be

5      disenfranchised by this, and it's not because it's just

6      tons and tons of people that don't have the documents.

7      It's literally the -- you know, 70-year old woman who

8      goes with her son to the voting poll after he gets off

9      work and she didn't know that she needed this extra

10     documentation, and by the time she gets in there, they

11     realize it, and she's got to go all the way back home

12     and then get all the way -- she's not going to do it,

13     and she's not going to be able to vote, and it's just

14     that reality and that happens a lot in -- I can tell you

15     it happens a lot because we've taken a lot of people to

16     the polls, and they tend to go later in the day if you

17     look at the turnout projections.  That's just the way

18     that it kind of works.

19                 The other thing I'd say is that if you

20     really had a big voter fraud problem, you would see it.

21     There's a big red flag.  It's -- When people vote, they

22     mark voted, and if somebody stole any of your IDs or

23     anybody else's IDs, it would come up eventually that

24     somebody would say, hey, wait a second, I just went and

25     voted, and they told me -- tried to vote and they told



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034290

USA_00022030

574

1    me somebody else voted or it would be the other way

2    around and the person would come in after the legal

3    voter, and they would go wait a second, you already

4    voted, and yet do we see these cases?  The few cases of

5    voter impersonation that you all are hearing about are

6    almost always cases of somebody saying, well, we heard

7    this, we saw this and they are very rare.

8                  Eight million Texans voted in this last

9    election.  Do you think we'd have at least 80 or a

10   hundred cases?  The one case that we did have was

11   actually somebody who didn't vote in two different

12   places, even though she was prosecuted.  A 56-year old

13   woman -- white woman from Amarillo, she was prosecuted

14   and told she was having her voting rights taken away,

15   all this kind of stuff, and then they realized it was

16   clerical error.  There's going to be more clerical

17   errors or mistakes or folks that just say, well, you

18   don't look like your ID.  There's going to be more of

19   those problems than there's going to be people who are

20   literally taken out of the system that shouldn't be

21   there because of this voter ID.

22                  CHAIRMAN SMITH:  Any questions, members?

23   Thank you very much.

24                  MR. FLIPPIN:  Thank you all.  Appreciate

25   it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034291

USA_00022031

575

1              CHAIRMAN SMITH:  Anybody else here to

2      testify for or against Senate Bill 362?  Seeing none --

3      Yes, ma'am?

4              UNIDENTIFIED SPEAKER:  Are you going to

5      hear testimony tonight on Representative Hopson's bill

6      and Dunnam's bill?

7              CHAIRMAN SMITH:  We already -- Yes, we

8      are.  Yes, we are.  Anybody else here wish to testify on

9      or against Senate Bill 362?  Hearing none, seeing none,

10     I close at this point.  The chair moves that Senate Bill

11     362 be left pending subject to the call of the chair.

12     Is there any objection?  Hearing none, so moved.  All

13     right.

14              At this time the chair lays out House Bill

15     125 and recognizes representative -- I'm going to lay

16     out House Bill 125, our Representative Betty Brown.  I'm

17     going to lay out House Bill 2335, Representative Heflin,

18     and lay out House Bill 2513 by Representative Hopson,

19     lay out House Bill 3556 by Representative Bonnen, lay

20     out House Bill 4418 as pending business by Chairman

21     Dunnam, and lay out House Bill 4421 as pending business

22     by Chairman Dunnam.  At this time the chair recognizes

23     Chairman Bonnen to lay out --

24              REPRESENTATIVE BONNEN:  House Bill 3556.

25              CHAIRMAN SMITH:  -- House Bill 3556.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034292

USA_00022032

576

1   Thank you.

2                   REPRESENTATIVE BONNEN:  Thank you.  This

3   is a Voter ID bill.

4                   CHAIRMAN SMITH:  Okay.

5                   REPRESENTATIVE BONNEN:  I reserve the

6   right to close.

7                   CHAIRMAN SMITH:  Questions?  Recognize

8   Representative Brown to explain House Bill 125.

9                   REPRESENTATIVE BROWN:  Well, I'll try to

10  be brief, but maybe not.

11                  CHAIRMAN SMITH:  My understanding is you

12  have a substitute?

13                  REPRESENTATIVE BROWN:  I do.

14                  CHAIRMAN SMITH:  Recognize at this time

15  Representative Bonnen to lay out to the committee

16  Substitute House Bill 125.

17                  REPRESENTATIVE BROWN:  And this is also a

18  Voter ID bill, and I'll just give you a couple of

19  differences in the chairman's bill.  I seem to find that

20  some of the language in the SB362 might cause some

21  confusion among co-workers and, also, among those who

22  are voting, so trying to make it as simple as possible,

23  and, therefore, we don't have two lists in it.  There is

24  simply the one list, and I -- it's my intention to have

25  an amendment added then on the floor because I would



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007151

TX_00034293

USA_00022033

Hearing - Volume 3                                April 7, 2009

577

1    like to handle it the way the Florida bill is handled

2    whereby every vote is counted.  Every vote is cast with

3    the potential to be counted.  Then when it is reviewed

4    by a panel and have a similar envelope like they showed

5    us the other day -- yesterday.  It seems like a week

6    ago.  And so I feel like after listening to all of this

7    talk and trying to get it all straight in my mind, that

8    that would be the simplest way to handle it.

9             Therefore, it would -- the ones would be

10   weeded out that were actually not qualified to vote and

11   every -- and other than that, every vote was accounted.

12   I've sat here now and I've lost my place.  We can

13   discuss those things that are -- that can be counted for

14   to qualify as a voter or we can go ahead and hear

15   testimony if the chairman chooses.

16             CHAIRMAN SMITH:  Okay.  Thank you,

17   Representative Brown.  At this time the chair recognizes

18   Representative Anchia to explain House Bill 2335 by

19   Representative Heflin.

20             REPRESENTATIVE ANCHIA:  Mr. Chairman and

21   members, I appreciate the opportunity to lay out

22   Representative Heflin's bill, House Bill 2335, which is

23   a free Voter ID bill and ensures that Texas does not

24   return to the days of poll taxes.  Most of you know in

25   1966, Harper V. Virginia State Board of Elections



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034294

USA_00022034

578

1   declared poll taxes as unconstitutional by violations of

2   the Equal Protection Clause of the 14th Amendment.

3   Voting Rights Act of 1965 prohibits a poll tax in state

4   elections.  Some voters will have to pay a fee to obtain

5   the proper ID to vote bearing in mind that they do not

6   possess the proper documentation to present as proof of

7   identification.

8               We all know that it takes ID to get ID in

9   this state, and the underlying ID is not free.  This

10  bill reaffirms the voter's protection from poll taxes by

11  prohibiting a state or local government from charging a

12  fee for document that voters have to present as proof of

13  ID to be eligible to vote.  So, in essence, any of the

14  IDs on the list would have to be free.

15              HB2335 has a modest negative fiscal impact

16  over a five-year period of $562,295,909.  This number

17  includes all funds, and Representative Heflin asked me

18  to contrast that since the language of House Bill 2335

19  is not substantially different from the language used in

20  the bill that we heard earlier, which had a zero fiscal

21  note when it left the senate.  He asked me to contrast

22  the zero fiscal note with the $562 million fiscal note,

23  and he plans on bringing back a committee substitute

24  that tries to bring them more in line with each other.

25              So thank you for allowing me to present



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007153

TX_00034295

USA_00022035

579

1    Representative Heflin's free Voter ID bill, and I

2    reserve the right to close.

3              CHAIRMAN SMITH:  Thank you.  Any

4    questions, members, any -- of these people who have laid

5    out any of these legislations before we go to witnesses?

6    Don't see any.  So we're going to proceed to witnesses.

7    We have at this time one, two, three, four, five, six

8    bills that have been laid out in front of the committee.

9              And I call John Yeaman.  Not here.  Did

10   not testify and wishes to be shown against House Bill

11   125.  Okay.

12             Steve Whichard?  Vickie Karp?  John

13   Courage?  Charles Snyder?  Ramey Ko?  I remember him.

14   Doug Bell?  Joseph Money?  Anita Privett?  Crystal

15   Molina?

16             REPRESENTATIVE BROWN:  Are all these

17   against?

18             CHAIRMAN SMITH:  They are in a variety.

19   Elaine Adkison?  All right.  Now, we got two sheets.

20   I'd like to recognize you, first of all, if I could to

21   testify against House Bill 125.

22             MS. ADKISON:  Yes, sir.

23             CHAIRMAN SMITH:  Your name and who you

24   represent.

25             MS. ADKISON:  Elaine Adkison, and what's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007154

TX_00034296

USA_00022036

580

1     left of me.

2                     CHAIRMAN SMITH:  Okay.

3                     MS. ADKISON:  And I think the other one

4     you might discard.

5                     CHAIRMAN SMITH:  Okay.  All right.  You

6     don't wish to testify on that other one?

7                     MS. ADKISON:  No, sir.

8                     CHAIRMAN SMITH:  We can just show you as

9     for House Bill 2235 -- 2335; is that right?

10                    MS. ADKISON:  Yes, sir.

11                    CHAIRMAN SMITH:  Okay.  Thank you.  Please

12    continue.

13                    MS. ADKISON:  Okay.  I just wanted to

14    suggest that this plan is not without its own potential

15    for corruption.  We can't keep teenagers from getting

16    into clubs with fake IDs on the weekends.  How are you

17    going to guarantee that the voting process doesn't

18    suffer the same abuse?  If your neighbor's going to

19    steal your voter registration card from your mailbox,

20    he's not going to have any trouble going to find a fake

21    ID -- photo ID.

22                    I'd like to make a couple other points.

23    My county clerk in my county is fastidious about purging

24    deceased voters off of there.  I don't understand why

25    other counties aren't doing the same thing and why there



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034297

USA_00022037

                                                     581

 1    would even be a problem with dead people voting.  Let's

 2    see.

 3              And I just wanted to point out that the

 4    White-Out that was used on that early voting ballot was

 5    used by the ballot board and it favored the Republican

 6    candidate.

 7              Now, I just wanted to ask, how many of you

 8    have spent any time at all in east Texas?

 9              UNIDENTIFIED SPEAKER:  I've spent a lot of

10    time there.

11              MS. ADKISON:  Okay.  And I don't say this

12    to --

13              REPRESENTATIVE BROWN:  I missed the

14    question.

15              CHAIRMAN SMITH:  You spent some time --

16              MS. ADKISON:  Yes, ma'am.  She does.  I

17    don't say this to disparage my neighbors, but before you

18    do a lot of stuff on this bill, I highly suggest that

19    some of you come spend some time in my rural counties.

20    The computer issue is going to be a problem.  Somebody

21    said pulling up their pictures on computers.

22              REPRESENTATIVE BROWN:  That's not in this

23    bill.

24              MS. ADKISON:  I know.  I'm just saying --

25              REPRESENTATIVE BROWN:  It's just something



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034298

USA_00022038

582

```
 1    sounds --
 2             MS. ADKISON:  And it would be for most of
 3    us, but some of my old people that work in my polling
 4    locations, it will be a nightmare.  What else?
 5             Okay.  And there's been some referral to
 6    personal responsibility.  It would be nice if we were
 7    all physically able to get up, go to the polling
 8    location, go to the county clerk's office, get our
 9    stuff.  That's not always going to be the case.
10             REPRESENTATIVE BROWN:  And those people
11    who can't, of course, are using mail-in ballots?
12             MS. ADKISON:  Yes, ma'am.  And I'm fixing
13    to address that.  Ballot by mail is an important GOTV
14    tool all across Texas, but especially in east Texas.
15    Most of your districts are urban, but Representative
16    Heflin, Hopson and myself, we work in large -- in large
17    geographical -- Yes, ma'am, but you have what, two
18    counties?  Yeah.  He's got like a whole list.  And then
19    usually mine are four to five counties.  So we have a
20    large geographical area to cover.
21             For some of the old people that are in the
22    nursing homes that can't get out, it really causes
23    logistical problems, so I understand if that has to --
24             REPRESENTATIVE BROWN:  I'm sorry.  I
25    missed what you were talking about here.  What's causing
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034299

USA_00022039

583

1   the nursing home people --

2            MS. ADKISON:  Well, there's just been so

3   much disparage of the ballot by mail.  It does have good

4   uses.  I have advocates in counties --

5            REPRESENTATIVE BROWN:  We don't address

6   the --

7            MS. ADKISON:  Yes, ma'am, I know, but it's

8   been addressed.  It's been talked about, so I just

9   wanted to say something positive about it.  I've got a

10  lot of advocates that have purely -- pure -- I've lost

11  my train of thought.  In fact, it's just generated by

12  local advocates whose primarily goal is to enable those

13  voters who can't get out to participate in the political

14  process.  I would just say that this bill is indicative

15  of an abridgment, and I would urge you to please not let

16  allow more attitude in political dog trump compelling

17  state interest.  We all want fairly legal elections, but

18  this bill just puts a prom dress on an elephant.  I'm

19  going home to Nacogdoches.  I thank you for your time,

20  your courtesy and your service.

21            CHAIRMAN SMITH:  Any questions, members?

22  Thank you very much.

23            MS. ADKISON:  You all have a good night.

24            CHAIRMAN SMITH:  All right.  Mary Ann

25  Collins?  Neutral on House Bill 125.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034300

USA_00022040

584

1                MS. COLLINS:  I'm Mary Ann Collins.  I

2        have --

3                CHAIRMAN SMITH:  You are representing

4        yourself?

5                MS. COLLINS:  I'm representing myself.  I

6        have been an election judge for 20 years and a poll

7        watcher off and on over many years.  I was poll watching

8        in '06 at the Oak Cliff Subcourthouse in Dallas and a

9        lady came in to vote with purple hair and, man, that

10       does get your attention when you're standing there and

11       here's this purple hair.  Later on that afternoon, I

12       look up and here is what I think is the purple hair

13       again, and I thought that couldn't be.  She passed the

14       qualifying table.  Then it dawned on me later, you

15       moron, she voted on somebody else's certificate.  I did

16       call the DA's office and, of course, I knew there was

17       nothing they could do, but I just wanted to alert him

18       that I thought this situation was going on.  And, of

19       course, there was nothing because we didn't have any

20       names, et cetera.

21                Several days later after early voting was

22       over, one of the clerks at that early voting location

23       called me about something completely unrelated, and I

24       said to her I think there was a lady there who voted

25       twice.  She said, oh, I know exactly who you're talking



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034301

USA_00022041

585

1    about.  She said -- I asked her if she hadn't been here

2    before, and she said no.  I want to tell you that people

3    can take other people's voting certificates and make at

4    least four or five early voting locations in one day in

5    Dallas County.  The problem with voter photo ID is not

6    on election day.  It is in early voting, especially in a

7    big county like Dallas, Texas where there are -- in the

8    last election we had 28 early voting locations.

9              So I just -- I also want to mention that I

10   was a poll watcher on the ballot board in Dallas County

11   this last time.  The ballot board was chaired by a

12   Democrat.  Before I could serve on that ballot board as

13   a poll watcher, I had to present not only my voter

14   registration certificate, but a picture ID.

15             So I just want to address a couple of

16   things in Betty Brown's bill that I'm a little bit

17   concerned about.  That's why I vote -- said neutral.  In

18   the first part she says that the Secretary of State

19   sends out these notices to people who had not voted

20   before, et cetera.  To me that sounds like a logistical

21   nightmare.  The other thing -- Let's see.  I've got a

22   couple of other things.  She says they could sign an

23   affidavit at the main early voting location.  We do not

24   have a main early voting location in Dallas County, and

25   so that's an issue that I have with that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034302

USA_00022042

Hearing - Volume 3                              April 7, 2009

586

1               Then in another place it says they may

2      present -- I have to look here and see what this says.

3      It says they may present their identification -- your

4      two different documents.  I think it should say shall

5      instead of may because if it says may, they don't have

6      to.  If they say shall, they have to.

7               REPRESENTATIVE BROWN:  Did you say two

8      different documents?

9               MS. COLLINS:  It's on Section --

10              REPRESENTATIVE BROWN:  Do you have the

11     committee substitute?

12              MS. COLLINS:  I don't have a substitute.

13     What I have is Section 63.0103, Section B.  It says, A

14     person to whom this section applies may present as

15     identification either two different documents.

16              REPRESENTATIVE BROWN:  Committee

17     substitute only -- has one list and you present one.

18              MS. COLLINS:  Okay.  I have another.

19              REPRESENTATIVE BROWN:  Okay.

20              MS. COLLINS:  Things about the provisional

21     ballots.  If you'll ask me the question, I'm over my

22     time.

23              REPRESENTATIVE BROWN:  What is it about

24     the provisional ballots?

25              MS. COLLINS:  What I want to say about the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007161

TX_00034303

USA_00022043

587

1   provisional ballots is there are already several things

2   that the -- either the election judge checks, and there

3   are a number of things that would say if they didn't

4   have the proper identification, if they didn't -- if

5   they were in the wrong precinct, if they live -- did not

6   live in Dallas County, so it's not only ID.

7                I think you said in the substitute that

8   all these ballots should count if -- I forgotten exactly

9   what you said -- if they could prove their identity.

10  Well, there are other issues with why a provisional

11  ballot may not be accepted.  Also, if they're not

12  registered, they cannot be accepted, so there are other

13  issues about provisional ballots, and I want to make

14  that perfectly clear that just because they have photo

15  ID doesn't mean that should be counted.

16                REPRESENTATIVE BROWN:  Oh, I agree.  I

17  agree.  And my plan at this point is to have an

18  amendment on the floor if my bill were to pass through

19  that way to amended -- to be handled like the Florida

20  bill, like Florida handles theirs --

21                MS. COLLINS:  Well, I don't know how

22  Florida handles theirs.

23                REPRESENTATIVE BROWN:  -- whereby the

24  provisional ballot would be voted and then there's a

25  panel that analyzes it and just decides if that is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034304

USA_00022044

                                                                588

1      indeed a qualified vote, if there's anything wrong with

2      accepting the ballot.

3                  MS. COLLINS:  Okay.

4                  CHAIRMAN SMITH:  Before you ask anything,

5      I want to put on my Rafael Anchia hat here and ask you a

6      question.  What makes you think this lady committed

7      voter impersonation other than the fact that she had

8      purple hair and you saw her twice?

9                  MS. COLLINS:  Well, I mean she voted

10     twice.

11                 CHAIRMAN SMITH:  How do you know that?

12                 MS. COLLINS:  I saw her.  I saw her vote

13     twice.

14                 CHAIRMAN SMITH:  You saw her --

15                 MS. COLLINS:  Vote twice.

16                 CHAIRMAN SMITH:  -- filling out a form and

17     put it in the --

18                 MS. COLLINS:  She went to the voting

19     booth.

20                 CHAIRMAN SMITH:  Twice.

21                 MS. COLLINS:  Why would I say that if she

22     hadn't been to the voting booth?  She went to a voting

23     booth two different times in the same day.

24                 CHAIRMAN SMITH:  And how much time

25     separation was there between --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034305

USA_00022045

Hearing - Volume 3                          April 7, 2009

                                                    589

1              MS. COLLINS:  One was in the morning and

2    one was in the afternoon.

3              CHAIRMAN SMITH:  There's no doubt in your

4    mind that was the same person.

5              MS. COLLINS:  I feel pretty certain, and

6    the fact that the clerk said to me -- I said I think

7    there was a lady who voted twice.  She said I know

8    exactly who you're talking about, and she even

9    questioned her about the fact that she had been there

10   before.

11             CHAIRMAN SMITH:  You're admitting that

12   there is a possibility that there were two people with

13   purple hair?

14             MS. COLLINS:  There is a remote

15   possibility, but I feel pretty certain, and I also --

16   besides the fact of this lady, people can take other

17   people's -- they can pass out -- and I know this is -- I

18   have not seen it, but I've heard it from other reliable

19   poll workers, that they just take voter registration

20   cards and pass them out.

21             Now, one other thing I would like to

22   mention.  They could stop this if they look at

23   signatures.  Early voting workers are so busy at most of

24   these locations they they're not even really looking at

25   the pictures too much right now.  They -- They don't



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034306

USA_00022046

                                                                    590

 1    even have time to look at these signatures.  The way

 2    they do is now is they pass the card up and that's it,

 3    but I think signatures should be checked.

 4              CHAIRMAN SMITH:  Questions?

 5              REPRESENTATIVE ANCHIA:  Yeah.  Just a

 6    couple quick questions.

 7              MS. COLLINS:  Go right ahead.

 8              REPRESENTATIVE ANCHIA:  Thank you.  The

 9    first thing is I admire your staying power being here.

10    It's quite late.

11              MS. COLLINS:  This is nothing compared to

12    when I stayed at the senate for 26 hours.

13              REPRESENTATIVE ANCHIA:  You poor thing

14    because that really -- I couldn't even stay up for that

15    and that was rough.  You said earlier that someone in

16    Dallas County could make copies of a voter registration

17    certificate.

18              MS. COLLINS:  I never said that.

19              REPRESENTATIVE ANCHIA:  I believe you did.

20              MS. COLLINS:  I did not say they made

21    copies of voter registrations, no, sir.

22              CHAIRMAN SMITH:  I don't think you are

23    going to get away with much with this witness, Rafael.

24              REPRESENTATIVE ANCHIA:  Let me tell you

25    what I heard and --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

ESQUIRE
DEPOSITION SOLUTIONS

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034307

USA_00022047

591

```
 1                MS. COLLINS:  It wasn't out of my mouth.
 2    It was not out of my mouth.
 3                REPRESENTATIVE ANCHIA:  Let me tell you
 4    what I heard out of your mouth --
 5                MS. COLLINS:  Then better check your ears.
 6                REPRESENTATIVE ANCHIA:  -- and then -- and
 7    then we can figure out if you said or not -- if you
 8    didn't mean to say it.  So you said that somebody can
 9    make multiple copies --
10                MS. COLLINS:  I never said that.
11                REPRESENTATIVE ANCHIA:  May I finish?  May
12    I finish and will you answer my question?
13                MS. COLLINS:  Okay.
14                REPRESENTATIVE ANCHIA:  I don't want to
15    get -- I mean, it's late.
16                UNIDENTIFIED SPEAKER:  She said that they
17    can pass them out.
18                REPRESENTATIVE ANCHIA:  It's late.  No,
19    she said early on that.
20                CHAIRMAN SMITH:  Please be nice to Rafael.
21                MS. COLLINS:  I'm not planning not to be
22    nice to him, so that's okay.
23                CHAIRMAN SMITH:  All right.
24                UNIDENTIFIED SPEAKER:  I think she is
25    being nice.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034308

USA_00022048

                                                              592

 1                REPRESENTATIVE ANCHIA:  In Dallas County
 2      you said that during the early -- there's risk that
 3      during the early voting period that someone could make
 4      copies of the voter registration certificate and go to
 5      multiple locations --
 6                MS. COLLINS:  No.
 7                REPRESENTATIVE ANCHIA:  -- and vote.  Is
 8      that --
 9                MS. COLLINS:  You completely misunderstood
10      what I said.
11                REPRESENTATIVE ANCHIA:  Okay.
12                MS. COLLINS:  What I said was people can
13      take other people's voters' certificates.  They could
14      gather them up at a church.  They could gather them up
15      at a homeless shelter and pass them out.  They did -- I
16      never said they made copies.  They take the card itself
17      is my understanding and pass them out and that anybody
18      can go use those to vote.  Now, let me --
19                REPRESENTATIVE ANCHIA:  Have you seen that
20      occur ever?
21                MS. COLLINS:  I did not say I did.  I
22      said --
23                REPRESENTATIVE ANCHIA:  I'm asking you a
24      question.
25                MS. COLLINS:  Let me just mention one



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034309

USA_00022049

Hearing - Volume 3                                    April 7, 2009

593

1    other --

2                    REPRESENTATIVE ANCHIA:  I'm simply asking

3    you the question.

4                    MS. COLLINS:  All right.  Let me just

5    finish here.  In my own precinct, people arrive on

6    election day who have not signed their voter

7    registration cards, and we always say would you please

8    sign your card, so it is not an uncommon practice that

9    voter registration cards are not signed.  So it would

10   not be an unusual practice for voter registration cards

11   to have been sent to somebody's house, homeless shelter,

12   whatever, and they're not signed.  Anybody could sign

13   those, take them and go vote, and this is what is

14   possible to happen on people who care to do that sort of

15   thing.  A photo ID would eliminate that, and the point

16   of all --

17                   REPRESENTATIVE ANCHIA:  Is it possible to

18   falsify a photo ID?

19                   MS. COLLINS:  Well, I'm going to say this.

20   All I know --

21                   REPRESENTATIVE ANCHIA:  Is it possible to

22   falsify a photo ID?

23                   MS. COLLINS:  I don't know.  What I do

24   know is --

25                   REPRESENTATIVE ANCHIA:  Have you ever



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007168

TX_00034310

USA_00022050

                                                                     594

 1    heard of people falsifying a photo ID?

 2                  MS. COLLINS:  Not a photo.

 3                  REPRESENTATIVE ANCHIA:  You've never heard

 4    of someone having a fake driver's license?

 5                  MS. COLLINS:  Heard of fake driver's

 6    license, but that is not the -- the fake --

 7                  REPRESENTATIVE ANCHIA:  That's a photo ID,

 8    correct?

 9                  MS. COLLINS:  The fake is not the -- The

10    photo is not the fake part.  It's the other information

11    that's the fake part, so let me -- let me -- let me

12    finish.

13                  REPRESENTATIVE ANCHIA:  So someone could

14    -- So someone could --

15                  MS. COLLINS:  Wait.  Let me finish,

16    please.

17                  REPRESENTATIVE ANCHIA:  So someone

18    could --

19                  MS. COLLINS:  And you make me lose my

20    train of thought.

21                  REPRESENTATIVE ANCHIA:  I'm sorry.

22                  MS. COLLINS:  All right.  The point of

23    photo ID is so that when this person shows up to vote,

24    they look at that picture and they say, yes, this is

25    this person.  I don't care if it is a fake ID.  It has a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034311

USA_00022051

Hearing - Volume 3                                    April 7, 2009

595

1    photo on it, and that is the point of all this.  You're

2    looking at that person and saying, yes, this is this

3    person or, no, it's not that person.  Now, we are -- in

4    our precinct we are what I would say reasonable.  If

5    somebody came with a picture ID that, you know, I could

6    tell they were 30 years younger, we're going to probably

7    accept it, but if it's completely out of the question, I

8    mean, like it's a 10 -- you know, somebody that's 16 and

9    the person's 70, I would take question of that.  You

10   have to have your picture redone when you go to renew

11   your driver's license after a certain age.  So, you

12   know, that is a far-fetched thing.

13                  REPRESENTATIVE ANCHIA:  What is

14   far-fetched?  Can you --

15                  MS. COLLINS:  That you are going to have

16   somebody whose picture was taken when they were 20 and

17   here they are voting on a -- say a driver's license when

18   they're 70 that doesn't have a new picture.  It is going

19   to have a new picture because you have to get one

20   because I've done it.

21                  REPRESENTATIVE ANCHIA:  She made me lose

22   my train of thought.

23                  CHAIRMAN SMITH:  We're all going to give

24   you a long leash and let you all have as much time as

25   you need.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007170

TX_00034312

USA_00022052

596

1              MS. COLLINS:  Go right ahead.

2              REPRESENTATIVE ANCHIA:  Just a couple

3     simple questions.  Do you have -- Have you seen somebody

4     engage in voter impersonation?

5              MS. COLLINS:  Other than the lady with

6     purple hair, no.

7              REPRESENTATIVE ANCHIA:  And did you see

8     that the lady -- did you see the lady execute two

9     ballots?

10              MS. COLLINS:  I saw her walk into two --

11    to a voting booth, one in the morning and one in the

12    afternoon.

13              REPRESENTATIVE ANCHIA:  And you saw her

14    cast two ballots?

15              MS. COLLINS:  Well, I didn't stand there

16    and watch her punch the thing, but I saw her go to the

17    voting booth.

18              REPRESENTATIVE ANCHIA:  Did -- And you're

19    absolutely positively sure it was the same person.

20              MS. COLLINS:  I didn't say I was

21    absolutely positive.  I said I was pretty certain of the

22    fact that the election clerk corroborated it several

23    days later, made me feel pretty certain about it.

24              REPRESENTATIVE ANCHIA:  And you were a

25    poll watcher at the time.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034313

USA_00022053

Hearing - Volume 3                              April 7, 2009

597

 1              MS. COLLINS:  Yes, I was.

 2              REPRESENTATIVE ANCHIA:  Did you go

 3      immediately to the election judge at the time?

 4              MS. COLLINS:  I told you that I didn't

 5      figure it out until later on that I thought -- at first

 6      I thought, hey, there's that lady, but I thought it

 7      can't be because she's passed the qualifying table.

 8      Later on that afternoon it dawned on me what a dummy I

 9      was because that lady was voting on somebody else's

10      certificate.

11              REPRESENTATIVE ANCHIA:  And did you see

12      that lady have two different certificates?

13              MS. COLLINS:  No.  That's what I

14      assumed -- Since she voted twice -- was going to the

15      voting booth two different times, I assumed she was

16      voting on somebody else's certificate.

17              REPRESENTATIVE ANCHIA:  Okay.  Thank you.

18      I appreciate those assumptions.  Thank you.

19              CHAIRMAN SMITH:  Representative Bonnen?

20              REPRESENTATIVE BONNEN:  Miss, who is your

21      state representative?

22              MS. COLLINS:  Will Hartnett.

23              REPRESENTATIVE BONNEN:  I like Will a lot.

24      But if I gave you a little money and got the signatures,

25      would you run for state representative so you could



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007172

TX_00034314

USA_00022054

598

```
 1    carry --
 2                 MS. COLLINS:  Ain't no way.  I have more
 3    fun doing this.
 4                 REPRESENTATIVE BONNEN:  We'll save you the
 5    desk next to Representative Anchia.
 6                 MS. COLLINS:  Oh, Lord.  I have more fun
 7    making Democrats squirm.
 8                 REPRESENTATIVE BONNEN:  I don't think that
 9    could be argued here tonight.  Thank you for your vigor.
10                 MS. COLLINS:  All right.  You'll see me
11    again in a minute.
12                 CHAIRMAN SMITH:  I don't know that we're
13    done yet.  You got any questions, Representative Pena?
14                 REPRESENTATIVE PENA:  Yeah.  You didn't
15    talk about my bill.
16                 MS. COLLINS:  I'm going to.
17                 UNIDENTIFIED SPEAKER:  I'm going to tell
18    you, this is so entertaining.  I just want to extend
19    your time, so you get --
20                 MS. COLLINS:  Well, the people I'm staying
21    with are -- I'm having a little problem keeping them up.
22                 UNIDENTIFIED SPEAKER:  Okay.  I don't want
23    to sound inappropriate, but I have an extra bedroom --
24                 UNIDENTIFIED SPEAKER:  You're from Dallas;
25    is that right?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034315

USA_00022055

599

1              MS. COLLINS:  Yes, sir.

2              UNIDENTIFIED SPEAKER:  So you know

3    representative Anchia over there?

4              MS. COLLINS:  I know of Representative

5    Anchia.

6              UNIDENTIFIED SPEAKER:  You know of him?

7              MS. COLLINS:  Yes, I do.

8              UNIDENTIFIED SPEAKER:  Tell us what you

9    think about him.

10             MS. COLLINS:  That's not germane to this

11   bill.

12             UNIDENTIFIED SPEAKER:  That's good.

13             CHAIRMAN SMITH:  Representative Pena,

14   you've not been watching for -- for long.  You will not

15   -- No.  Any other questions or offers for habitation for

16   this witness?  Thank you, Ms. Collins.

17             MS. COLLINS:  Thank you.

18             CHAIRMAN SMITH:  Marie Bowman?  Well, I

19   don't think anybody's going to be willing to testify at

20   this point.  Tough act to follow.  Dustin Rynders?  You

21   got three witness forms.

22             MR. RYNDERS:  I'm just going to do them

23   quickly in or out separately.

24             CHAIRMAN SMITH:  Let's start with Betty

25   Brown's bill, House Bill 125, testifying against -- on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034316

USA_00022056

600

1    behalf of.  I'll let you tell who you are.

2                MR. RYNDERS:  Dustin Rynders, Advocacy,

3    Incorporated, and the Disability Policy Consortium.  The

4    reason I wanted to testify separately about this bill is

5    we oppose the bill for all the reasons that I stated in

6    may earlier testimony, but I did want to state some

7    appreciation to Representative Brown for some things

8    that I found in the bill that I found helpful.  It was

9    the only one of the bills that I had looked at that had

10   a provision dealing with an exemption for people who

11   were indigent and people who live in nursing homes, and,

12   you know, when I saw that, it definitely made me pause

13   because those are a lot of the people that I work with,

14   and so I did want to point out that I think that you may

15   have indicated to an earlier witness that this is

16   something that you are aware of.

17               One of the limitations of that exemption

18   was that it seems to only be amicable during early

19   voting at the main early voting polling place, and, of

20   course, in some areas that is a big limitation if you

21   are in a big city that hasn't identified one.

22               REPRESENTATIVE BROWN:  That point needs to

23   be amended.

24               MR. RYNDERS:  And so, you know, that's

25   something you're willing to look at.  It would certainly



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034317

USA_00022057

601

1    extend the practical utility of that exemption.

2            The other concern that I had was the two

3    non-photo ID list, and I take it from your earlier

4    comments that you've kind of taken a different view of

5    that to having to require one and the other, so I think

6    that that's a positive improvement as well.  So I --

7    That's all I'd like to say on this unless there's any

8    questions.

9            CHAIRMAN SMITH:  Any questions, members?

10   I don't see any.  Thank you very much.

11           At this time the chair recognizes Dustin

12   Rynders to testify for House Bill 2335.  State your name

13   and who you represent.

14           MR. RYNDERS:  Yeah.  Dustin Rynders just

15   representing Advocacy, Incorporated, testifying for this

16   bill.  A lot of the testimony we've heard over the last

17   couple days especially highlighted by Representative

18   Bohac mentioning often Andrew Young's comments about how

19   IDs bring people into the mainstream of society.

20   Certainly the testimony I offered earlier to you about

21   the people that I have represented who don't have IDs

22   that would find them useful in accessing other services,

23   absolutely true, and so providing free IDs to people is

24   something that we a hundred percent support.  All I have

25   to say unless there's questions.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034318

USA_00022058

Hearing - Volume 3                                    April 7, 2009

                                                              602

 1              CHAIRMAN SMITH:  Questions, members?
 2    Don't see any.  Thank you very much.
 3              Chair recognizes Dustin Rynders to testify
 4    against House Bill 3556.  Please state your name and who
 5    you represent.
 6              MR. RYNDERS:  Yeah.  Dustin Rynders,
 7    Advocacy, Incorporated, and the Disability Policy
 8    Consortium, testifying against the bill for all the
 9    reasons formerly mentioned.  The only other reason I
10    wanted to testify separately on this one is,
11    Representative Bonnen, to explain to you that I did
12    appreciate -- I did appreciate that in your bill
13    compared to the senate version that we looked at
14    earlier, the provisional ballots were at least dealt
15    with so that there was a provision for someone to come
16    back and cure and, you know, not having a provisional
17    ballot within a 10-day window.
18              The other thing that I wanted to take a
19    minute to kind of mention using this opportunity for
20    more time, it's relevant to all of these bills, is that
21    there's been a lot of discussion about Florida and how
22    we handle ballots after the fact.  I do want to point
23    out if you're looking at signature matches as a way of
24    handling ballots after the fact, people who have poor
25    fine motor skills, some people with disabilities who



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007177

Hearing - Volume 3                                    April 7, 2009

603

1    don't have good signatures are not going to do as well

2    with this kind of fix as other people, and so I would

3    encourage you to instead look to Michigan who has an

4    affidavit bypass that's not going to rely as much on a

5    signature match instead of looking at the signature

6    match requirements of Florida.  Any questions?

7                  CHAIRMAN SMITH:  Questions, members?

8    Don't see any.

9                  UNIDENTIFIED SPEAKER:  I'd like to thank

10   you for testifying on my bill.

11                 MR. RYNDERS:  Thank you.  And have a good

12   night.

13                 CHAIRMAN SMITH:  Thank you very much.

14   B.R. Wallace?

15                 MR. WALLACE:  That's my other name.  She

16   said I don't think this person's here.

17                 CHAIRMAN SMITH:  I've got six witness

18   forms for you.

19                 MR. WALLACE:  Most of them are not oral

20   testimony.

21                 CHAIRMAN SMITH:  Oh, okay.  Well, let's

22   start with the one on the top that is testifying and

23   that is House Bill 125.  Please state your name --

24   You're in favor of it.  Your name and who you represent.

25                 MR. WALLACE:  B.R. Skipper Wallace, and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034320

USA_00022060

604

1    I'm with the Texas Republican County Chairmans

2    Association, and we are for Betty Brown's Bill 125.  We

3    certainly support the efforts to make a stronger bill

4    that we could use to support the photo ID effort.  We

5    feel like this bill actually is a little more stringent,

6    has a few less opt-outs for photo IDs and so forth, that

7    this might actually be a better bill than the Senate

8    bill, but we certainly would support her bill if it is

9    the decision of the committee to -- to vote this one

10   out.

11            CHAIRMAN SMITH:  Thank you very much.  Any

12   questions, members?  Thank you.  The chair recognizes

13   B.R. Wallace to testify against House Bill 2513.  Please

14   state your name and who you represent.

15            MR. WALLACE:  I think that's with no oral

16   testimony though, isn't it?

17            CHAIRMAN SMITH:  Okay.  Well, it does say

18   you wish to testify.  Do you want me to change that?

19            MR. WALLACE:  Yeah.

20            CHAIRMAN SMITH:  You don't wish to

21   testify?

22            MR. WALLACE:  No, I don't want to testify.

23            CHAIRMAN SMITH:  He thinks you just did.

24   Okay.  Any questions, members?

25            UNIDENTIFIED SPEAKER:  Why do you not want



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034321

USA_00022061

                                                           605

 1    to testify?

 2                 CHAIRMAN SMITH:  Are there -- any other --

 3    Any other bills you wish to testify on?

 4                 MR. WALLACE:  No.

 5                 CHAIRMAN SMITH:  Okay.  Thank you.

 6                 MR. WALLACE:  Thank you.

 7                 CHAIRMAN SMITH:  Vanessa Edwards Foster.

 8    I think she left.  Remember her?  Show her as not

 9    testifying against 125.  Roxanne Lewis?  Sarah McDonald?

10    Carol Alexander?  Bill Baker?  Madeline Dewar?  Carla

11    Mercado?

12                 REPRESENTATIVE BROWN:  We need to call in

13    the others from the overflow room.

14                 UNIDENTIFIED SPEAKER:  We should slow down

15    and give them the chance to walk over.

16                 CHAIRMAN SMITH:  Avril McClure?

17                 REPRESENTATIVE BROWN:  They could be in

18    there asleep.  Check.

19                 CHAIRMAN SMITH:  John Chairez Hernandez?

20    John Cook?  H. Dale Jennings?  Wayne Lessmann?  Kenneth

21    Flippin?  Russell Smith?  Lydia Camarillo?  Maria

22    Martinez?  Come on down.  Testifying on behalf of IRCOT

23    for House Bill 125.  Please state your name and who you

24    represent.

25                 MS. MARTINEZ:  Maria Martinez, and I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007180

TX_00034322

USA_00022062

606

```
 1   represent the Immigration and Reform Coalition of Texas,

 2   and I am here to testify in favor of House Bill 125.

 3   Because the hour's so late, I'll just be brief, and I

 4   apologize for not bringing this up last time, but I

 5   didn't get my caffeine, and, of course, I still haven't

 6   gotten my caffeine, but I got some rest.  I have -- I

 7   just wanted to mention the fact that in Mexico, if

 8   you're a voter and you want to vote, this is the type of

 9   card that you would use, has a picture of the

10   individual, their address and so forth, age, and on the

11   back it has their thumbprint and signature.  And then

12   when they go to the polls, the sheets have the

13   individual's name and, of course, their number and their

14   ID, their photo, and then, of course, they'll sign and

15   leave the thumbprint.  So I would just say that we're a

16   little bit behind here, folks, and it would be wonderful

17   if we could do something about that.

18             CHAIRMAN SMITH:  Any questions, members?

19   Representative Brown?

20             REPRESENTATIVE BROWN:  Just brings to mind

21   we had testimony a little earlier that said that there's

22   no way we could be the ones that retain the photographs

23   and just have the person show up and we look and see.  I

24   wonder if -- if that wouldn't be the answer for the poll

25   workers that would not want to deal with the electronics
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034323

USA_00022063

Hearing - Volume 3                              April 7, 2009

607

```
 1    and have a book with pictures in it.
 2              MS. MARTINEZ:  Well, it does work in a
 3    country that's not as technologically advanced.
 4              REPRESENTATIVE BROWN:  I'm thinking down
 5    the road, but --
 6              MS. MARTINEZ:  Sure.
 7              REPRESENTATIVE BROWN:  Thank you.
 8              MS. MARTINEZ:  Thank you.
 9              CHAIRMAN SMITH:  Any other questions,
10    members?  Thank you, Ms. Martinez.  The chair recognizes
11    Maria Martinez to testify for House Bill 3556.  Please
12    state your name and who you represent.
13              MS. MARTINEZ:  Maria Martinez, and I
14    represent the Immigration and Reform Coalition of Texas,
15    and we like all the good bills coming out of your
16    office.
17              UNIDENTIFIED SPEAKER:  Don't hold back.
18              MS. MARTINEZ:  That's probably all I
19    should say.
20              CHAIRMAN SMITH:  Any questions, members?
21              UNIDENTIFIED SPEAKER:  You got 3 minutes.
22              MS. MARTINEZ:  Good night.  Sleep tight.
23              CHAIRMAN SMITH:  Thank you.  Oh, boy.  The
24    chair calls Mary Ann Collins --
25              UNIDENTIFIED SPEAKER:  Yes.  Come on down.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007182

TX_00034324

USA_00022064

                                                             608

1           CHAIRMAN SMITH:  -- to testify against

2    House Bill 2553 -- 2513.  I'm transposing.

3           MS. COLLINS:  That was Hopson's bill.

4    Well, originally I was against that because I state --

5    My name is Mary Ann Collins representing myself.

6           CHAIRMAN SMITH:  Thank you.

7           MS. COLLINS:  I'm opposing the bill

8    because I felt like that was a huge expense to go

9    through all that.  I didn't realize that you could

10   transpose all the driver's licenses and all the other

11   photos that are all over this state and make one card.

12   However, I think representative -- I believe it was

13   Bohac made the point, you know, 98 percent of the people

14   have already got all this stuff, so why are we

15   reinventing that wheel and we need to address the other

16   2 percent.  So I still probably am going to be opposed

17   to that bill just because I think it's a waste of time

18   and money.

19          CHAIRMAN SMITH:  Questions, members?

20          MS. COLLINS:  It sounds like a good idea,

21   but I think it's a waste of time and money.

22          CHAIRMAN SMITH:  Representative Anchia?

23          REPRESENTATIVE ANCHIA:  We're on a roll.

24   Should -- If voter registration cards with photos on

25   them would be a waste of money because 98 percent of the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007183

TX_00034325

USA_00022065

609

1    people have photo ID already, should I just get -- get

2    rid of voter registration cards?

3                    MS. COLLINS:  No.

4                    REPRESENTATIVE ANCHIA:  Okay.

5                    MS. COLLINS:  One thing.

6                    REPRESENTATIVE ANCHIA:  Explain that

7    rationale.

8                    MS. COLLINS:  Well, you know, it kind of

9    goes into what -- I don't you don't want to talk about

10   another bill, but it does go into what Representative

11   Dunnam said, you know, those voter registration cards

12   are not quite as worthless as he claimed them to be.

13   They are bar coded, and in Dallas County, they take

14   those bar codes and go under the some kind of scanner

15   thing for early voting.  Now, I'm sure a lot of the

16   rural counties, they probably don't do that, but in

17   Dallas County they do use those bar codes.  So they are

18   not quite as worthless as he claimed them to be.

19                   REPRESENTATIVE ANCHIA:  If we did load --

20   if your driver's license became your ID as the young

21   lady earlier said they do in Mexico, and the information

22   was encrypted on that card, would we need voter

23   registration certificates?

24                   MS. COLLINS:  I'll have to think about all

25   that.  I don't want to say without contemplating that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007184

TX_00034326

USA_00022066

Hearing - Volume 3                                    April 7, 2009

610

1   I think you probably -- There has to be something on

2   that card that says this is also a voter registration

3   card.  I think that would have to be probably on there.

4               REPRESENTATIVE ANCHIA:  You know, we have

5   a strip on the back of our driver's license.  If it was

6   encrypted on the strip and somehow you could read that,

7   would that -- would that make sense?  Should your

8   precinct --

9               MS. COLLINS:  I need to think about that.

10              REPRESENTATIVE ANCHIA:  -- where you live

11  and so --

12              MS. COLLINS:  I don't know.  I'd have to

13  think about that.

14              REPRESENTATIVE ANCHIA:  Okay.

15              MS. COLLINS:  One thing I will say about

16  the voter registration card, you can look on that voter

17  registration card and tell -- say what -- look and see

18  what your precinct number is and all the different

19  places, the state rep that you are going to vote for,

20  your congressional person that you are going to vote

21  for, all that information is right there readily

22  available, and, you know, it wouldn't be on a magnetic

23  strip on a plastic card.  The voter might not be able to

24  -- I mean, I don't know how he -- the voter would figure

25  all that out.  I'd have to think about all that.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007185

TX_00034327

USA_00022067

Hearing - Volume 3                                    April 7, 2009

                                                              611

1                REPRESENTATIVE ANCHIA:  Don't feel you

2     need to answer now because I want to have something to

3     look forward to which is your coming back with that

4     answer.

5                CHAIRMAN SMITH:  Good idea.  Thank you.

6                REPRESENTATIVE ANCHIA:  A reason to get up

7     in the morning.

8                CHAIRMAN SMITH:  Thank you for your

9     testimony.

10               UNIDENTIFIED SPEAKER:  I thought you were

11    talking about your bedroom at home.  I'm sorry.

12               MS. COLLINS:  If you'd let me testify on

13    33, whatever it is, I can go home go back to where I'm

14    staying.

15               CHAIRMAN SMITH:  Any other questions,

16    members?

17               UNIDENTIFIED SPEAKER:  No.  Did you hear

18    her request?

19               CHAIRMAN SMITH:  No.  What was it?

20               MS. COLLINS:  I said if you would let me

21    testify on Representative Bonnen's bill, then I can go

22    back to where I'm staying so those people -- and I don't

23    have to get them up in the middle of the night.

24               CHAIRMAN SMITH:  Let's get that done.

25    What number is that?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007186

TX_00034328

USA_00022068

                                                              612

 1              MS. COLLINS:  It's 35 --

 2              CHAIRMAN SMITH:  3556.  The chair

 3    recognizes Mrs. Collins to testify for 3556.  Please

 4    state your name and who you represent.

 5              MS. COLLINS:  Mary Ann Collins

 6    representing myself.  I am in favor of Representative

 7    Bonnen's bill, and one of the reasons I like it is

 8    because it's simple.

 9              REPRESENTATIVE BONNEN:  Thank you.  I've

10    been called simple before and not in a positive way.

11              MS. COLLINS:  I didn't say you're simple.

12    I said your bill is simple.

13              REPRESENTATIVE BONNEN:  No, no, that's --

14    it was a compliment.

15              MS. COLLINS:  The other thing I like about

16    it is that it names two other forms of identification

17    that are acceptable, one of which has been discussed

18    today, and that is a student identification card issued

19    by a public or private institution of higher education

20    located in Texas that contains the person's photograph.

21    I think that is a very good point about this bill.

22              REPRESENTATIVE BONNEN:  Thank you.

23              MS. COLLINS:  The other thing that I like

24    in here --

25              REPRESENTATIVE BONNEN:  And for the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034329

USA_00022069

613

1   record, that was done before the young lady testified

2   earlier today.

3            MS. COLLINS:  That's right.  The other

4   thing I like is a valid employee identification card

5   that contains the person's photograph and is issued by

6   the employer of the person in the ordinary course of the

7   employer's business, school teachers, all -- you know,

8   we work in a -- most factories now require those, so I

9   think it should be acceptable because it's got the

10  picture on it.  That's the point.

11           UNIDENTIFIED SPEAKER:  Are you sure you

12  haven't already been to his home?

13           MS. COLLINS:  To whose home?  No, I

14  haven't.

15           REPRESENTATIVE BONNEN:  I appreciate that

16  because I have a lot of plant employees in the security

17  at Dow Company or BSF, and the credentials required to

18  enter and exit those facilities are rather significant.

19  One quick thing I'd like to point out.  You were talking

20  about how wonderful my bill is.  One change I want you

21  to be aware of that I would make if my bill made it out

22  of committee, Mr. Chairman, would be that in it I have a

23  10 -- 10 business days for them to come back and show

24  proof on the provisional ballot.  I would change that

25  backwards to seven because of canvassing and that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007188

TX_00034330

USA_00022070

Hearing - Volume 3                                    April 7, 2009

614

1              MS. COLLINS:  Also, I like the idea that

2     your bill is going to be implemented sooner rather than

3     later.  I think I would find January the 1st, 2010,

4     acceptable.

5              CHAIRMAN SMITH:  No, it won't.

6              MS. COLLINS:  Won't be what?

7              CHAIRMAN SMITH:  No, it won't.

8              REPRESENTATIVE BONNEN:  Mr. Smith is

9     suggesting that my bill won't see the light of day.

10              CHAIRMAN SMITH:  Well, no, actually,

11     that's not what I was suggesting.  What I was suggesting

12     is the legal challenges to his bill will prevent it from

13     being implemented right away.

14              MS. COLLINS:  That may be the case.  I

15     don't know what all those are, so it may be Betty

16     Brown's bill has more stuff that --

17              REPRESENTATIVE BONNEN:  Come on.  Don't

18     let him beat you into that.

19              MS. COLLINS:  But, anyway, I've already

20     said why I like your bill, and I also like the

21     implementation of the fact that it's done sooner.  I

22     feel like January 1st, 2010, is a fair date --

23              REPRESENTATIVE BONNEN:  That's a very good

24     day.

25              MS. COLLINS:  -- for this to be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034331

USA_00022071

615

1    implemented, and the reason why I'm saying that is if

2    all of the voters who were registered and mobilized to

3    vote for last November, if that could be done in the

4    short period of time that it was done, we can get this

5    done.

6                 REPRESENTATIVE BONNEN:  That's right.

7                 MS. COLLINS:  Especially when the

8    Secretary of State is promulgating it, and it could

9    start -- if whatever bill passes, it can be started

10   immediately saying that at such and such a time you are

11   going to have to have so and so and so and so.  I will

12   say --

13                CHAIRMAN SMITH:  In a perfect world where

14   there was no lawyers, you would be correct.

15                MS. COLLINS:  Well, that's true.  But,

16   anyway, I will say that --

17                REPRESENTATIVE BONNEN:  Well, we wouldn't

18   have that if we didn't have lawyers.

19                MS. COLLINS:  A lot of the people in my

20   precinct just automatically pull out their voter

21   registration card and their driver's license, and when I

22   poll watched in another minority precinct, not in Oak

23   Cliff, but in another one in Dallas County, I would say

24   probably -- of the voters used their driver's license

25   rather than their voter -- one lady out of all the poll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007190

TX_00034332

USA_00022072

Hearing - Volume 3                                    April 7, 2009

                                                                616

1    watching I've ever done used -- and it's been used a

2    lot, their utility -- some utility bill or something

3    like that.  I forgot exactly what it was, but one person

4    out of all that time.

5                    CHAIRMAN SMITH:  Yes, Representative

6    Bonnen?

7                    REPRESENTATIVE BONNEN:  I just have to ask

8    you this question.  I vote with my driver's license, and

9    I vote in my hometown where I was born and raised and

10   have lived my entire life except for Stinson College,

11   and the nice ladies who I grew up around who have worked

12   the polls forever, they chastise me greatly for not

13   having my Voter ID card.  Would you do that to me if you

14   were --

15                   MS. COLLINS:  No.

16                   REPRESENTATIVE BONNEN:  Thank you.

17                   MS. COLLINS:  Because under the present

18   law, it says, you know, you can have the photo ID.  If

19   they present identification that's listed as one of the

20   forms of identification along with about 20 others and

21   that is an acceptable form, so, no, we don't say

22   anything.

23                   REPRESENTATIVE BONNEN:  I've never

24   understood why they pick on me about that.  Thank you.

25                   CHAIRMAN SMITH:  Any other questions,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034333

USA_00022073

617

1    members?  Okay.  Do you wish to testify yes or no on

2    House Bill 4418?

3                   MS. COLLINS:  Is that Dunnam's bill?

4                   CHAIRMAN SMITH:  Yes.

5                   MS. COLLINS:  Well, that is just a joke.

6                   CHAIRMAN SMITH:  Well, state your name and

7    who you represent.

8                   MS. COLLINS:  Mary Ann Collins.  I

9    represent myself.

10                   CHAIRMAN SMITH:  Okay.  Let us have it.

11                   MS. COLLINS:  All right.  All he is saying

12   is nothing more than what we already have.  The voter

13   registration card, it's only laminated and it's plastic.

14                   REPRESENTATIVE BONNEN:  That's, I think,

15   his point, unfortunately.

16                   MS. COLLINS:  Well, the point is -- I

17   mean, it's crazy.  We've got a voter registration card

18   now that serves the same person and the security that he

19   keeps harping about of the security of the ballot that

20   is not the issue.  The security of the ballot, the issue

21   is is this the person -- is this the person who's

22   presenting this card.  It's not the security of the

23   ballot itself.  It's is this that person?  That's the

24   point of the whole thing.  So that other stuff is in my

25   opinion nuts.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007192

TX_00034334

USA_00022074

Hearing - Volume 3                              April 7, 2009

                                                        618

1            CHAIRMAN SMITH:  Any questions, members?

2            UNIDENTIFIED SPEAKER:  I'd like to --

3            CHAIRMAN SMITH:  The only regret is that

4    he wasn't here to hear that.

5            MS. COLLINS:  I might have been a little

6    bit nicer if he had been here.  Probably not though.

7            UNIDENTIFIED SPEAKER:  I want to be very

8    clear that the record should reflect that the Dunnam

9    bill is nuts.

10           CHAIRMAN SMITH:  Questions?

11           REPRESENTATIVE BROWN:  Thank you,

12   Mr. Chairman.  I just wanted to say thank you to Mary

13   Ann and to tell the committee how fortunate I am because

14   Mary Ann was involved in my recap, so you can imagine

15   how -- how she impressed the members of the ballot

16   board.  Thank you, Mary.

17           MS. COLLINS:  I will have -- may I ask --

18   Well, I think I shouldn't say that, but Buck Woods sat

19   at the same table that I was, and he had a really good

20   time reading the New York Times the majority of the

21   time, so he said he never saw voter fraud.  Well, he's

22   busy reading the New York Times.

23           CHAIRMAN SMITH:  Thank you.  Roberto

24   Hinojosa?

25           UNIDENTIFIED SPEAKER:  Not here.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007193

TX_00034335

USA_00022075

619

1              UNIDENTIFIED SPEAKER:  He left.

2              CHAIRMAN SMITH:  Dick Tyson?  I think I

3     remember him.

4              UNIDENTIFIED SPEAKER:  He's not here.  He

5     used to be one of my constituents.

6              CHAIRMAN SMITH:  Randy Weber?  Sandra

7     Lackey?  Marsha Correira?  Ruth Epstein?  Albert

8     Stewart?  I want to invite you to come back to any

9     elections committee hearing that we have because

10    everybody on the committee would like to make that

11    invitation to you.

12              MS. COLLINS:  Thank you.  I've been here

13    on some of them.  I don't know how many, but some.

14              UNIDENTIFIED SPEAKER:  I would -- I'd like

15    to make the recommendation that we simply allow her to

16    be used as a special resource witness in the future.

17              UNIDENTIFIED SPEAKER:  I'm here with my

18    list of bills that she can come --

19              REPRESENTATIVE BROWN:  Just put her on the

20    committee.

21              CHAIRMAN SMITH:  I recommended she run.

22              UNIDENTIFIED SPEAKER:  We're killing all

23    those bills.

24              CHAIRMAN SMITH:  Christopher Bilardi?  I

25    don't want to kill all these bills.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007194

TX_00034336

USA_00022076

Hearing - Volume 3                          April 7, 2009

                                                        620

1              MS. COLLINS:  So just put me down.

2              CHAIRMAN SMITH:  Do you have that you are

3    testifying?  Come up real quick.

4              REPRESENTATIVE BROWN:  You'll have to come

5    up or you'll kill the bills.  Just come on up and say

6    that there it is.

7              CHAIRMAN SMITH:  I recognize Carolyn

8    Galloway in favor of House Bill 125.  Please state your

9    name and who you represent.

10             MS. GALLOWAY:  Carolyn Galloway, and I

11   represent Texas Eagle Forum.  Is that all and I'm in

12   favor.

13             CHAIRMAN SMITH:  It says here you are

14   representing yourself.  Do you want to put down here

15   that you're representing the Eagle Forum?  Please do.

16             MS. GALLOWAY:  I thought I did.

17             UNIDENTIFIED SPEAKER:  Don't hurry.

18   Mrs. Collins is waiting.

19             CHAIRMAN SMITH:  Any questions, members?

20   Good night.  Thank you.  Laura Allbritton?  Louise

21   Whiteford?  Hayward Vickery, Junior?  Shirley Lindsey?

22   Melissa Gonzalez?  Matthew Mannis?  Laurie Bartlett?

23   Terri Burke?  Keith Rodebush?  Thank you.  Testifying

24   for House Bill 125.  Please state your name and who you

25   represent.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034337

USA_00022077

Hearing - Volume 3                                    April 7, 2009

621

 1            MR. RODEBUSH:  Keith Rodebush.  I'm here
 2    representing the North Shore Republicans Club at Lago
 3    Vista, Texas.  I have a statement that was approved by
 4    the board members of the North Shore Republicans.
 5    Pardon me.  But after being here for 13 hours, if you
 6    don't mind, without objection, I'd like to just turn
 7    this over to you and go rogue for a little bit.
 8            CHAIRMAN SMITH:  Sure.  You are welcome
 9    to.
10            MR. RODEBUSH:  Thank you very much for
11    having us here.  I want to say that first, get that out
12    of the way.  I really appreciate everything you're doing
13    and the hours that you're putting in on this very
14    important issue.  But after listening to all the
15    testimony that I've heard today, I have to say that in
16    my opinion -- again, this is not the North Shore
17    Republicans speaking, this is Keith Rodebush -- this is
18    exactly the problem with our government.  We get so tied
19    up in the minutiae of everything.  Everybody's trying to
20    work out all these fine details that we forget the
21    overall philosophical debate.  And that's what I would
22    like to have all of you think about is to concentrate on
23    the overall philosophical debate.  The right to vote
24    obviously is a sacred right.  It should be protected for
25    all people.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034338

USA_00022078

622

1        You're never going to get rid of all the

2   fraud.  You're never going to keep from disenfranchising

3   someone.  Those are facts.  We all know that.  That's

4   philosophical debate.  It is your job as the government

5   to protect our right to vote, however, and to make it as

6   secure as possible.  So you have to weigh on the one

7   hand your overall job to protect our right to vote.  On

8   the other hand, what you have is convenience and cost.

9   You want to make it as convenient as possible.  You

10  don't want to spend too much money on this.

11        The logical decision to make on this is a

12  photo ID.  It is not perfect.  Some people will be

13  disenfranchised.  They may get scared and walk away.  I

14  guess those same people don't rent videotapes because

15  you have to have a photo ID to do that.

16        CHAIRMAN SMITH:  You also have to have a

17  DVD player.

18        MR. RODEBUSH:  Exactly.  And the other

19  thing I'd say, you know, these groups that come up

20  against this bill, I respect them and all the work

21  they're doing is fantastic, the time that they're

22  spending.  If they spent that time and the money and the

23  resources going out there and getting photo IDs for all

24  their constituents, we've got 2 percent -- We've all

25  said here today you've got 2 percent that need photo



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034339

USA_00022079

623

1    IDs.  If all these groups get together, I guarantee you

2    they could have photo IDs for those 2 percent of the

3    Texans in no time, and the issue would be over.

4              So that's all I'd like to say.  It's late,

5    and I know we're all getting a little punch drunk here,

6    but please everybody keep in mind that the overall

7    debate, the philosophical debate is the most important.

8    It is up to you to protect our right to vote.  It is not

9    up to you to get us up off the couch, make us go down to

10   the voting booth, make us get a photo ID.  We do that on

11   our own.  It's a responsibility, not just a right.  All

12   of the founding fathers said that we did not want to

13   just sweep up everybody in the country and take them

14   down to the voting booth.  You needed to be informed.

15   You needed to be motivated.  It's part of it.  It is a

16   responsibility.

17             CHAIRMAN SMITH:  Tell me this.

18             MR. RODEBUSH:  It's not just a right.

19             CHAIRMAN SMITH:  Tell me this.  Because of

20   the concerns regarding economic barriers for that

21   percentage, would you be willing to pay if it were

22   determined that this is someone requesting an ID who

23   does not have a driver's license -- we could determine

24   that, they don't have a driver's license?  They're

25   requesting an ID for purposes of voting.  Would you as a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034340

USA_00022080

624

1    taxpayer of the state be willing to pay for them to

2    obtain a birth certificate at taxpayer expense?

3                MR. RODEBUSH:  No, sir.  The reason I say

4    that is because I want to get back to what I said

5    originally.  This is the problem with the government.

6    Everybody comes to daddy government and says I've got a

7    little problem here and now you have to fix it.  Oh,

8    I've got a different problem and you have to fix it.

9    Oh, I've got a different problem and you have to fix it.

10   I say that you, as the government, need to tell us that

11   we're going to protect your right to vote.  We're going

12   to do that by requiring you to have a photo ID.  It's up

13   to the rest of us to take care of it.

14               Speaking again for the North Shore

15   Republicans, I can tell you that if there's anybody in

16   our neighborhood that cannot afford a photo ID, we would

17   be the first ones on the block to make sure they got

18   one, and I know many organizations that would be willing

19   to help people out, and that's what I want you to

20   understand.

21               You don't need to fix every little problem

22   here.  Let us do it.  We can do it.  Churches can do it.

23   All these groups that came up tonight, they have lots of

24   money, and people all over the streets, they can do it.

25   We can get photo IDs for this 2 percent, and we really



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034341

USA_00022081

Hearing - Volume 3                                    April 7, 2009

625

1    don't need you, sir.

2              CHAIRMAN SMITH:  Well, I agree with you

3    that we can't fix every little problem.  What I disagree

4    with you about is that economic barriers to a voting

5    booth is a little problem.

6              MR. RODEBUSH:  I don't think it's a little

7    problem, but I don't think it's a problem that you

8    necessarily have to fix, especially if you end up

9    jumping through many more hoops making laws very

10   complicated and then tell the people now the taxpayers

11   all have to pay money for this.  We have to have systems

12   in place.  It doesn't have to be all that difficult.

13   The only thing the lady that we just saw that you like

14   so much, she says it's very easy.  I just want to know

15   the person standing in front of me is who he says he is.

16   If somebody comes in and says they're Keith Rodebush,

17   you need to know that that's who it is.  So a photo ID,

18   that's your job.  Getting the photo ID is Keith

19   Rodebush's job.

20             Now, if I'm indigent and there's no way I

21   can do it, there are organizations out there who help

22   these kind of people all the time.  I contribute to some

23   of those organizations.  I'd be glad to write those

24   people letters that I contribute to and say here's where

25   I'd like some of my money going.  Make sure that they



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034342

USA_00022082

Case 2:13-cv-00193 Document 663-17 Filed on 11/11/14 in TXSD Page 104 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 60 of 221

1    have photo IDs.

2              CHAIRMAN SMITH:  Well, I don't think

3    anybody -- I don't think anybody really alleged that

4    there's anybody out there, anybody, you know, that can't

5    at some point in their life access 20 to $40.  The

6    question is whether or not there is a category of voters

7    that because of that cost is going to be deterred from

8    voting.  That was the issue of the poll tax.  It wasn't

9    that there were a lot of voters out there that couldn't

10   handle 1.50.  It was that that particular class of

11   voters would be particularly deterred from voting

12   because that had a more significant effect on them than

13   it did on other classes of voters, and that -- that's --

14   and that's the ruling of the Supreme Court and that rule

15   has not changed and will not change and that requires us

16   to treat economic barriers differently.

17             Now, I don't know that the problem here is

18   a legal barrier because I think the kind of thing that

19   we are talking about, and if I'm correct, has been held

20   not to be a legal poll tax, but I still believe it's a

21   legitimate issue as a matter of public policy for us to

22   consider.

23             MR. RODEBUSH:  I can appreciate you being

24   concerned about that, especially since you have to

25   listen to testimony of person after person saying, oh,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034343

USA_00022083

627

1   my God, nobody will ever vote if you do this, sir.

2                   CHAIRMAN SMITH:  Nobody said that.

3                   MR. RODEBUSH:  I'm exaggerating to make a

4   point, obviously.

5                   CHAIRMAN SMITH:  Indigents will not vote

6   in disproportionate numbers to the extent that you

7   create economic barriers to polls, and I think they're

8   right about that.

9                   MR. RODEBUSH:  But if those indigents are

10  helped by somebody to get a photo ID, not only will they

11  vote, they will have a photo ID for other purposes.

12  They will be better off for it.

13                  CHAIRMAN SMITH:  I agree with you about

14  that.

15                  MR. RODEBUSH:  And what I'm saying to you,

16  sir, is that it's -- I don't believe that it's the

17  government's job to go out and fix all of these small

18  little problems that rise from anything that you do.

19  That's up to the individual to participate.  I don't

20  believe that you're putting a substantial barrier in

21  their way.  That's not to say there's not some barrier.

22  The same could be said that they have to make it down to

23  the polling station too.  Do we have to have a tax now

24  to give everybody gas money to get to the polling

25  stations?  Some people don't -- When gas went $4 a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007202

TX_00034344

USA_00022084

628

1    gallon, there are some people that don't have $4.  I

2    understand that.

3              That's why I'm saying, philosophically

4    speaking, you are not going to solve it all, and we

5    shouldn't try to.  We should try to look at it from a

6    broader perspective and say that there is a good reason

7    for the government to protect our right to vote for the

8    money and for the convenience of it.  The easiest way to

9    do that right now is with a photo ID, which we've all

10   said today 98 percent of us already have.  The 2 percent

11   that do not have that, you're claiming a burden will be

12   put upon, can be fixed by us without you writing

13   anything.  That's what I'm saying.  Nobody should be

14   denied a right to vote, nobody.

15             CHAIRMAN SMITH:  If I believed that, I

16   could assure that that would happen, then I wouldn't

17   have any problem philosophically, but I don't know how

18   you assure me on that.

19             MR. RODEBUSH:  I don't know how you assure

20   me that any bill that you ever write is not going to

21   keep somebody from voting.

22             CHAIRMAN SMITH:  No.  I think that's

23   correct as a matter of degree.

24             MR. RODEBUSH:  What I'm saying is that

25   you're not putting an undue burden upon them.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007203

TX_00034345

USA_00022085

Case 2:13-cv-00193 Document 663-17 Filed on 11/11/14 in TXSD Page 107 of 110

629

```
 1              CHAIRMAN SMITH:  Any other questions,
 2      members?
 3              REPRESENTATIVE BROWN:  Thank you.  Thank
 4      you.  I think that you have kind of brought us back to
 5      full circle where we started off, you know, saying that
 6      we need photo IDs, and you're right.  We have gotten
 7      involved in all the minutiae.  We've had to do that, but
 8      we don't need to lose site of the fact of our goal, and
 9      our goal is to create photo IDs so that our elections
10      will be more secure.
11              MR. RODEBUSH:  Well, thank you, ma'am, and
12      that's the reason that I waited this long to come in on
13      your bill because it was more simplified, and I think
14      that's the way it needs to be.  I think we need to
15      understand that there are things the government can do,
16      but we really need to get away from this idea that the
17      government needs to take care of every little small
18      problem in our lives.  It's getting way out of hand.
19              REPRESENTATIVE BROWN:  We've gone awful
20      far down that road.
21              MR. RODEBUSH:  It's not just on this
22      issue, but it's on many more issues and especially at
23      the Federal level.  Looking at what's happening at the
24      Federal level.  This is what happens when the government
25      thinks it has to fix everything, and you may think,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007204

TX_00034346

USA_00022086

Case 2:13-cv-00193 Document 663-17 Filed on 11/11/14 in TXSD Page 108 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 64 of 221

1   well, that's not going to happen here in Texas.  That

2   didn't happen overnight.  It happened over 200 years,

3   and it can happen here too if we continually think that

4   we have to fix every little minute detail.  No.  Your

5   job is to set the philosophical larger aspect of the

6   issue.  It's the rest of our responsibility to get out

7   there and take care of it on our own.

8              CHAIRMAN SMITH:  Any other questions,

9   members?

10             REPRESENTATIVE BROWN:  Thank you, sir.

11             CHAIRMAN SMITH:  Thank you, sir.

12   Appreciate it.

13             MR. RODEBUSH:  Thank you very much.

14             CHAIRMAN SMITH:  Robert Green?  Brent

15   Munhofen, whatever -- Munhofen.  Barbara Mabray --

16   Mabray?  God.  Barbara Mueller?  Rebecca Forest?  John

17   Yarber?  Ramiro Mondragon?

18             UNIDENTIFIED SPEAKER:  Mondragon.

19             CHAIRMAN SMITH:  Thank you.

20             UNIDENTIFIED SPEAKER:  Or whatever.

21             CHAIRMAN SMITH:  David Harris?  Roman

22   Pena?  Brenda Johnson?  Sheila Dean?  Richard Wheeler?

23   Estelle Teague?  Donna Keel?  Martha Blomquist?  Anybody

24   else who wishes to testify for or against House Bill

25   125, House Bill 2335, House Bill 2513, House Bill 3556,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007205

TX_00034347

USA_00022087

Hearing - Volume 3                                    April 7, 2009

                                                              631

 1    House Bill 4418 or House Bill 4421?  Patti?

 2              MS. EDELMAN:  Representative Bonnen

 3    probably lost it.  Yes.  I'm Patti Edelman.

 4              CHAIRMAN SMITH:  I think you just

 5    mistakenly put no testimony.  Did you not mean to do

 6    that?

 7              MS. EDELMAN:  I put no originally and then

 8    I X'd it out and circled the other one.

 9              CHAIRMAN SMITH:  Okay.  Only on one bill

10    which is 4421?

11              MS. EDELMAN:  Whatever.

12              CHAIRMAN SMITH:  All of them?

13              MS. EDELMAN:  My points are germane to you

14    pick up --

15              CHAIRMAN SMITH:  Yeah.  I'm going to hear

16    them one at a time.

17              MS. EDELMAN:  Which one you want me to

18    talk about?  You just say what number it is, and I'll

19    speak.

20              CHAIRMAN SMITH:  Okay.  Good.  That's

21    pretty impressive.  4421.  If I could ask Patti Edelman.

22              MS. EDELMAN:  I'm Patti Edelman.

23              CHAIRMAN SMITH:  Testifying for that house

24    bill on behalf of yourself.  Please state your name and

25    who you represent.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034348

USA_00022088

Case 2:13-cv-00193 Document 663-17 Filed on 11/11/14 in TXSD Page 110 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 66 of 221

632

1              MS. EDELMAN:  My name is Patti Edelman.

2     I'm representing me as a citizen.

3              CHAIRMAN SMITH:  Okay.

4              MS. EDELMAN:  Two points.  The woman

5     earlier that you all were joking around with made some

6     comment about how driver's licenses didn't do this, that

7     and the other, and I went and pulled mine out, and,

8     actually, it has a bar code on the back of it and having

9     been a poll worker, I can tell you that the bar code

10    actually -- is connected to the VUID number, which is

11    the Voter Unique ID Number, and so there's nothing that

12    would prevent this right now from being used as a photo

13    ID, and mine looks better than yours because my hair's

14    the same.

15             UNIDENTIFIED SPEAKER:  Well, actually, you

16    don't have my driver's license.

17             MS. EDELMAN:  No.  I said mine looks

18    better.  Does yours have hair on it?

19             UNIDENTIFIED SPEAKER:  I can't control

20    whether legislative services uses updated photos, but my

21    driver's license does.

22             MS. EDELMAN:  The other thing that I

23    wanted to say about -- about Voter ID and whether or not

24    somebody would have one or not such as the gentleman who

25    just spoke about the government's not responsible for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007207

TX_00034349

USA_00022089