Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 1 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 199 of 221

PL082
9/2/2014
2:13-cv-00193

1

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

FEBRUARY 28, 2007


(EXCERPT OF HEARING REGARDING

HB 1290, HB 266, HB101, HB 218 AND HB 626)


Transcribed by Jean Thomas Fraunhofer, CSR


April 30, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205011

USA_00022222

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 2 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 200 of 221
House Elections Committee Hearing                                    February 28, 2007

2

1                    (TIMER: 1:18:28 to 4:36:31)

2            CHAIRMAN BERMAN:  The chair calls Russ

3       Duerstine.  Russ, would you state your name and who

4       you're representing?  And you're showing as being

5       against House Bill 265.

6            MR. DUERSTINE:  Thank you, Mr. Chairman.

7       Russ Duerstine, Tom Green County Republican Party

8       chairman located in San Angelo, Texas.  And I do rise to

9       speak against the committee substitute.  I -- My primary

10      concern is voter fraud.  It is the ability to move large

11      amounts or even small amounts of voters in a short

12      period of time.  I do believe the ability for somebody

13      to vote, even if they're living in the YMCA, is

14      something they should be able to do.  And because they

15      can do that, it would be very easy to move a significant

16      number of people for one night to the YMCA, register to

17      votes that day and effect an election.

18            I have three county districts or three

19      precincts that are very Republican in county.  I have

20      one that's really close, 50/50.  Conceivably, I could

21      convince a handful of people to move to that one

22      precinct where it's really close between Democrats and

23      Republicans, get them to register at the YMCA that's in

24      that precinct that's close, and they're all going to

25      vote for people on the ballot they like anyways, so we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205012

USA_00022223

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 3 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215  Filed 06/20/12  Page 201 of 221
House Elections Committee Hearing                    February 28, 2007

3

 1    could affect a commissioner's race in that one precinct.

 2                 I would never do that -- never consider

 3    doing that, but I can imagine it being done at a county

 4    level.  I can imagine it being done at a congressional

 5    district, and God forbid we have state races where

 6    people are imported from other states to affect who

 7    Texans pick as their governor, lieutenant governor,

 8    senator, what-have-you.  So I'm very concerned about the

 9    ability to affect an outcome by having people to

10    register to vote in a temporary living facility such as

11    the YMCA.

12                 CHAIRMAN BERMAN:  Members, any questions?

13    Mr. England?

14                 REPRESENTATIVE ENGLAND:  Are you aware

15    that if they lived at the YMCA, they'd have to have a

16    utility bill addressed to the person dated not earlier

17    than the 30th day before the person seeks to vote?  Is

18    that right, Mr. Anchia?

19                 REPRESENTATIVE ANCHIA:  We would deny a

20    person living at the YMCA who does not have a utility

21    bill in their home.

22                 REPRESENTATIVE ENGLAND:  I sure hope so.

23    I sure hope so according to -- Again Mr. Anchia, can you

24    help me there?  Would I want to deny somebody --

25                 CHAIRMAN BERMAN:  Mr. Anchia, if you could



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007342

TX_00205013

USA_00022224

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 4 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 202 of 221
House Elections Committee Hearing                        February 28, 2007

4

1      answer the question.

2                  REPRESENTATIVE ANCHIA:  Thank you,

3      Mr. Chair.  The bill reads you as follows.  You either

4      have to present a driver's license to prove you're -- a

5      valid driver's license to prove your residency at a

6      particular precinct or in the absence of that, you could

7      provide a -- a utility bill that had your address on it

8      that was valid for an -- and I'll read the language

9      specifically for you, but it would be utility bill,

10     address of the person, dated not earlier than 30 days

11     before the date the person seeks to vote.  So not

12     earlier is the key language there.  And a Texas driver's

13     license or state Voter ID that was out of date

14     potentially that, for example, at your old address.  So

15     you'd have the utility bill from your current address,

16     the driver's license with the photo ID or the state ID

17     at the old address or a passport or a -- a US military

18     identification card.

19                 So the key is to determine the address,

20     your current address and that could be done through a

21     valid driver's license, a valid state ID or a utility

22     bill plus the other form of identification.  So, I mean,

23     the scenario -- Well, I'll speak in my closing to -- to

24     the -- to some of the concerns about voters coming in

25     and voting on or being imported from other states.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007343

TX_00205014

USA_00022225

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 5 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 203 of 221
House Elections Committee Hearing                    February 28, 2007

5

1          MS. EDELMAN:  It just seems to me
2     relatively easy to establish residence and/or you have
3     to deny people who are legitimately in that situation
4     the ability to vote and neither seemed probable to me.
5          CHAIRMAN BERMAN:  Members, any other
6     questions?  Russ, thank you for your testimony.
7          REPRESENTATIVE ENGLAND:  Thank you,
8     Mr. Chairman.
9          CHAIRMAN BERMAN:  The chair calls Tina
10    Benkiser?
11         MS. BENKISER:  Thank you, Mr. Chairman.
12    My name is Tina Benkiser on -- here on behalf of myself
13    as well as the Republican party of Texas where I serve
14    in a voluntary capacity as its chairman.  I think
15    there's one point that needs to be made in considering
16    this particular bill.  Under the provisions of HAVA, a
17    voter registration must be checked against the Social
18    Security database or the DPA driver's license database.
19    At this time no county has the ability to do that check.
20    Only the Secretary of State does, so -- so no county
21    could voluntarily choose to participate unless it has an
22    expensive contract with DPS or the Social Security
23    Administration.
24         CHAIRMAN BERMAN:  Members, any questions?
25    Mr. Anchia?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007344

TX_00205015

USA_00022226

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 6 of 105

6

1              REPRESENTATIVE ANCHIA:  Yes, ma'am.

2     Thanks, Ms. Benkiser.  If the Secretary of State gave a

3     county the -- the ability or contracted with the

4     county -- gave the county the ability to access its --

5     its files to verify the very information that you

6     suggested, do you believe that that would be HAVA

7     compliant?

8              MS. BENKISER:  I'm not an expert in HAVA.

9     I understand -- What I would say is I'm sure the

10    Secretary of State would be able to give you that --

11    that information.  I think we also had an expert -- a

12    former Federal Elections Commission expert that would be

13    better able to answer that question than I would.

14             REPRESENTATIVE ANCHIA:  And you are aware

15    that the bill provides the Secretary of State the

16    opportunity to create rules to implement the temporary

17    pilot program, and those rules certainly could include

18    access to the Secretary of State's database to check the

19    very information that you are concerned about, correct?

20             MS. BENKISER:  Again, I'm simply saying

21    that under the provisions, currently there is no county

22    that can do that, and, in fact, if you look at the

23    counties that are already on line with the Secretary of

24    State's office, there are only 126 out of 254 and none

25    of those are large counties.  There's probably pretty



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205016

USA_00022227

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 7 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 205 of 221
House Elections Committee Hearing                        February 28, 2007

7

1      good reason for that.  We're still in the developmental

2      stage, so I think we really shouldn't get the cart

3      before the horse in this.

4                   REPRESENTATIVE ANCHIA:  And you realize

5      that this is a voluntary program so that --

6                   MS. BENKISER:  That's --

7                   REPRESENTATIVE ANCHIA:  -- a county

8      that -- that --

9                   MS. BENKISER:  I realize that.

10                  REPRESENTATIVE ANCHIA:  -- that would be

11     interested in participating would have to have the

12     ability to implement the program?

13                  MS. BENKISER:  Right.  And, currently,

14     they could not do that unless they had an expensive

15     contract.  I know there's been some testimony that there

16     was no fiscal note.  I think there's probably been

17     testimony just recently that there was indeed a very

18     huge fiscal note.  I'm simply saying this is one more

19     element of that.  Thank you.

20                  REPRESENTATIVE ANCHIA:  Thank you,

21     Ms. Benkiser.

22                  CHAIRMAN BERMAN:  Members, any other

23     questions?

24                  UNIDENTIFIED SPEAKER:  Question for you.

25     Any concern with voter fraud?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007346

TX_00205017

USA_00022228

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 8 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 200 of 221
House Elections Committee Hearing                                    February 28, 2007

8

1           MS. BENKISER:  I'm always --

2           UNIDENTIFIED SPEAKER:  Just curious.

3           MS. BENKISER:  -- concerned about voter

4       fraud.  Unfortunately, it is still alive and well in

5       Texas, but, again, I think the point here -- and I will

6       be addressing some things later, but certainly with any

7       of these issues, there is -- and I never cease to be

8       amazed at the creativity of people out there who want to

9       keep every -- every qualified citizen from having their

10      one vote and having their one vote counted.  Yes, there

11      are always voter fraud concerns.

12          UNIDENTIFIED SPEAKER:  Any concern that

13      this particular bill would increase voter fraud cases?

14          MS. BENKISER:  I have not sat down and

15      given that a great deal of thought.  I will tell you I

16      served as election judge for many years, and every time

17      there's a system devised to minimize, there are people

18      who found ways around it.  I've seen many, many things,

19      and I certainly can see that this would provide that

20      opportunity as well.

21          UNIDENTIFIED SPEAKER:  Any idea how many

22      voter fraud cases were prosecuted in Texas last year?

23          MS. BENKISER:  I know that the Secretary

24      of State forwarded about 50 cases of voter fraud to the

25      Attorney General for action since 2004.  That certainly



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007347

TX_00205018

USA_00022229

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 9 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 207 of 221
House Elections Committee Hearing                    February 28, 2007

9

1    does not include any and all cases that may have been

2    sent to district attorneys across the state.  Of course,

3    the Attorney General only has jurisdiction in

4    multi-county race races.  So I don't know that

5    particular number, if that -- if that answers your

6    question.

7              UNIDENTIFIED SPEAKER:  No idea how many

8    cases outside of the AG's office?

9              MS. BENKISER:  I know lots of specific

10   instances, but I do not know of a solid number outside

11   of the AG's office.  No, sir, I don't.

12             UNIDENTIFIED SPEAKER:  Thank you.

13             CHAIRMAN BERMAN:  Ms. Benkiser, thank you.

14   Mr. Burnam?

15             REPRESENTATIVE BURNAM:  I just wanted a

16   clarification on the fiscal note.  I think what you were

17   talking about was the fiscal note on the original bill

18   which would have -- because it wasn't voluntary had an

19   extension.  This is strictly voluntary, and so it will

20   be a fiscal note for the individual county which means

21   whatever election administrator is in charge, they'd

22   have to go justify it to their county judge or the

23   appropriate administrator; is that right?

24             MS. BENKISER:  Well, my primary point here

25   was that under the current provisions of HAVA and given



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205019

USA_00022230

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 10 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 208 of 221
House Elections Committee Hearing                    February 28, 2007

10

1    that those voter registrations have to be checked

2    against either the Social Security database or the DPS

3    driver's license base, that no county has the ability to

4    do that, and so, in fact, any of those counties who

5    voluntarily chose to participate would in fact have to

6    have a contract with DPS or with the Social Security

7    Administration or something of that nature in order to

8    even do what you're -- you're giving them the ability to

9    voluntarily do.

10                   REPRESENTATIVE BURNAM:  So you're really

11   kind of putting people on due notice.  If you do do

12   this, it's going to cost you more than you might be

13   thinking a county.

14                   MS. BENKISER:  I'll just say you guys have

15   5,000 bills or so that will probably be filed before the

16   end of the session.  There are numerous things that are

17   truly important for the State to do.  I'm simply up here

18   to point out that in this particular bill, it's really

19   sort of nonsensical, if you will.

20                   REPRESENTATIVE BURNAM:  So in answer to my

21   question, my question to you was about your giving

22   notice that the fiscal note to a county might be higher

23   than what they were thinking?

24                   MS. BENKISER:  Absolutely.  That is one

25   notice, but they cannot voluntarily participate unless



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ES QUIRE
DEPOSITION SOLUTIONS

TX_00205020

USA_00022231

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 11 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 209 of 221
House Elections Committee Hearing                    February 28, 2007

                                                              11

1      they take an additional step.  They do not in their own

2      right as it stands under this bill have the ability to

3      do what you're giving them the opportunity to do.

4                    REPRESENTATIVE BURNAM:  I appreciate your

5      warning to my election administrator.  Thank you.

6                    MS. BENKISER:  Thank you.

7                    CHAIRMAN BERMAN:  Thank you, Ms. Benkiser.

8      Chair calls Mario Champion.  Mr. Champion?

9                    THE CLERK:  He had to leave.

10                   CHAIRMAN BERMAN:  Okay.  We show

11     Mr. Champion as being for the bill.  Are there any other

12     witnesses that would like to testify for, on or against

13     the bill?  Do you have a registration form, sir?  What

14     is your name, sir?

15                   MR. BORDEN:  Bill Borden.

16                   CHAIRMAN BERMAN:  Borden, b-O-R-D-E-N.

17     Let me look through this here.  Mr. Borden, I'm going to

18     ask you to come up and testify, and we'll complete

19     another form for you just as soon as you're finished.

20                   MR. BORDEN:  And I'll certainly fill it

21     out first.

22                   CHAIRMAN BERMAN:  Okay.  Mr. Borden, just

23     one second, please.  You have to sign the affirmation

24     form first before you testify.

25                   MR. BORDEN:  I have to sign that.  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205021

USA_00022232

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 12 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 210 of 221
House Elections Committee Hearing                    February 28, 2007

12

1      Sure.  Be happy to.

2                 CHAIRMAN BERMAN:  The affirmation form is

3      your --

4                 MR. BORDEN:  Signed it on some other

5      bills.  I can sign it on this one if you want.

6                 CHAIRMAN BERMAN:  Yeah.  Give him another

7      affirmation form, please.

8                 MR. BORDEN:  I'm sorry.  Okay.  Can I fill

9      out the rest of the form address after I testify?

10                CHAIRMAN BERMAN:  Well, just sign that in

11     the case -- that you swear that the testimony you are

12     about to give is true and is truth and nothing but the

13     truth.  That takes place at a oath -- takes place at a

14     oath.  And you're testifying on committee substitute

15     House Bill 265?

16                MR. BORDEN:  Right.  I'm testifying

17     against.

18                CHAIRMAN BERMAN:  All right.  Would you

19     state your name, sir, and who you're with?

20                MR. BORDEN:  Yes, sir.

21                CHAIRMAN BERMAN:  I'm with myself.  My

22     name is Bill Borden, B-O-R-D-E-N, like Borden Ice Cream,

23     milk, cottage cheese.  Good food.  I'm from Harris

24     County.  Mr. Anchia asked a question earlier about

25     anybody getting heartburn from some of the things that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007351

TX_00205022

USA_00022233

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 13 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215  Filed 06/20/12  Page 211 of 221
House Elections Committee Hearing                        February 28, 2007

13

1      have been missing here, and I am, bad.

2                    Mr. Chairman, I am the former -- first of

3      all, I've been an election judge, election clerk, member

4      of an early ballot board, member of the signature

5      verification committee, a primary director and chairman

6      of a ballot security committee for the Republican party

7      since the mid-'60s.  That's before many of you were

8      born.  I've had a little experience with elections, and

9      I question when I hear information from other states

10     about the integrity of the process of same day voter

11     registration.  I seriously question the veracity of that

12     information just based on my own experience here in the

13     State of Texas.

14                    Let me -- Let me just mention a few things

15     to you about this.  First of all, I think this is a

16     slippery slope in the direction of same day voter

17     registration, and we some sub information from a number

18     of voter registrars around the State of Texas that will

19     tell you that the integrity of the voter registration on

20     same day voter registration just absolutely cannot be

21     verified with any significance -- significant accuracy,

22     and I think that the -- that the testimony that's been

23     previous here has indicated some of that.

24                    I've got a three page list in 9 and a half

25     point type on war stories of voter fraud that's occurred



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007352

TX_00205023

USA_00022234

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 14 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 212 of 221
House Elections Committee Hearing                    February 28, 2007

14

1    in the State of Texas.  I want to tell you about one --

2    one to two cases that we've dealt with.  We have one

3    case in suburban Harris County area where a person was

4    registered to vote in two counties, and the reason he

5    was is because he lived in two counties.  How did he

6    live in two counties?  The county line split his house.

7    He made the -- He made the case that -- that when he

8    slept in the bedroom, he was -- one bedroom, he was in

9    one county.  When he slept in another bedroom, it was

10   another county.  His -- When he got caught, he said,

11   well, I'm a taxpayer in both counties.  I ought to be

12   able to vote in both counties.  Well, I -- that's hard

13   to argue with except that he was registered to vote

14   twice and voters license, and this is not uncommon.

15           We've caught a number of other people that

16   have been registered to vote twice because the county

17   line split their house in suburban areas of major

18   cities.  In -- In the suburban -- one suburban area, we

19   found 300 -- over 300 ballots by mail that were avoided

20   by proxy for advanced Alzheimer's patients at a nursing

21   home.  Another case, we found -- at an early location,

22   we found over 200 ballots that were cast by people

23   voting and appearing at polling places in alphabetical

24   order.  When they were questioned by the election judge

25   and the election clerk, said, well, the people just



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205024

USA_00022235

Case 2:13-cv-00193  Document 663-30  Filed on 11/11/14 in TXSD  Page 15 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215  Filed 06/20/12  Page 213 of 221
House Elections Committee Hearing                    February 28, 2007

15

1       happened to show up that way.

2                   Ladies and gentlemen, the problem we have

3       with voting in the State of Texas is that we need to

4       make sure that everybody's right to vote is protected

5       and equally as important.  We need to make sure that the

6       integrity of the process is also protected, and right

7       now, we have serious problems with the integrity of the

8       voting process in the State of Texas and that needs to

9       be addressed.  At the present time, 18 year olds can

10      register to vote at 17 years and 10 months of age.  As a

11      deputy voter registrar, ever since the deputy voter

12      registrar law went into effect, I've registered a number

13      of those people because I've gone to my church that has

14      a school with it, and I've registered some of those

15      students that have just turned or going to be 18 before

16      the next election.

17                  We had a -- We had a case in Harris County

18      where we had 113 percent voter turn out folks.  That's

19      13 percent more than there are registered voters.

20      The -- the -- The issues that we deal with and I think

21      this committee ought to be dealing with are issues to

22      protect the integrity and the veracity of elections in

23      the State of Texas more so than -- engage more people to

24      participate in the elections because the participation

25      is available.  Now, the people who don't participate are



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205025

USA_00022236

16

```
 1     the ones who just don't show up to vote.  Thank you,

 2     Mr. Chairman.

 3                 CHAIRMAN BERMAN:  Mr. Borden, let me see

 4     if there are any questions.  Mr. Anchia?

 5                 REPRESENTATIVE ANCHIA:  Thanks for

 6     testifying, Mr. Borden.  I appreciate your testimony.  I

 7     appreciate you being here today.  I -- You mentioned a

 8     couple of things I just want to clarify.

 9                 MR. BORDEN:  Okay.

10                 REPRESENTATIVE ANCHIA:  You talked

11     about -- talked about substantial information that had

12     been presented about -- from across the state about how

13     same day voter registration creates fraud.  Can you

14     document that for me?

15                 MR. BORDEN:  I don't have that all with

16     me. I can't --

17                 REPRESENTATIVE ANCHIA:  Do you have any of

18     it with you?

19                 MR. BORDEN:  I don't have any of it with

20     me.

21                 REPRESENTATIVE ANCHIA:  Okay.

22                 MR. BORDEN:  I don't have any of that with

23     me.  I tell you -- I want to tell you this a

24     substantial -- I was formerly in a private investigation

25     business, and some of the issues that we dealt with in
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

JA_007355

TX_00205026

USA_00022237

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 17 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215  Filed 06/20/12  Page 215 of 221
House Elections Committee Hearing                    February 28, 2007

17

1    voter fraud involved some of the investigation that we

2    did.  I will tell you -- and, by the way -- Well, my

3    second point.  I will tell you that much of the

4    information that we have on that is intuitive and

5    empirical rather than having the concrete information to

6    show that it's -- that to show you all that we have it

7    here.

8                I will tell you this.  I was involved in

9    2000 down in the State of Florida counting chads, and we

10   found -- we were sitting there in rooms with multiple

11   people counting chads of observing voting fraud -- voter

12   fraud taking place in our presence with at least two

13   people who had fingernails sharpened to a point so as

14   they counted punch card ballots, they were punching

15   holes in the ballots.

16               REPRESENTATIVE ANCHIA:  Can I ask you what

17   hanging chads has to do about same day voter

18   registration?

19               MR. BORDEN:  Just has to do with the fact

20   that there is some voter fraud that is associated

21   with --

22               REPRESENTATIVE ANCHIA:  Okay.

23               MR. BORDEN:  -- the integrity of the

24   process.  My -- One of my concerns with same day voter

25   registration is a slippery slope that we're looking at.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205027

USA_00022238

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 18 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 216 of 221
House Elections Committee Hearing                    February 28, 2007

18

1     We're looking at -- We're looking at moving into the

2     direction of same day voter registration.  We're looking

3     at making it more possible for people -- for more people

4     to be registered voters, which I have no problem with,

5     providing we can verify the veracity of voters.

6                 REPRESENTATIVE ANCHIA:  Are you aware that

7     seven states have same day voter registration?

8                 MR. BORDEN:  I'm very aware of that.

9                 REPRESENTATIVE ANCHIA:  Would you

10    characterize Idaho as a state that -- where there's a

11    lots of voter fraud or a state that is --

12                MR. BORDEN:  No, sir.

13                REPRESENTATIVE ANCHIA:  -- not -- not

14    conservative or not protective of its -- of its election

15    system?

16                MR. BORDEN:  I knew that question was

17    coming.  I would -- I would say this about it.  You

18    know, I don't know.

19                REPRESENTATIVE ANCHIA:  About Idaho?

20                MR. BORDEN:  Yeah.  It's in this, but I

21    don't know that -- I don't know -- I don't know what

22    kind of problems they have, if they have any at all.

23                REPRESENTATIVE ANCHIA:  Okay.

24                MR. BORDEN:  But I do know this.  Based

25    upon my own experience in having dealt with issues in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007357

TX_00205028

USA_00022239

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 19 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215 Filed 06/20/12 Page 217 of 221
House Elections Committee Hearing                    February 28, 2007

19

1    the State of Texas, I do know that there is no possible

2    way that they could confirm the veracity of voters

3    registered on election day.  No possible way.  It can't

4    be done.

5                    REPRESENTATIVE ANCHIA:  You said you know

6    of no situation in Idaho.  Do you know of a situation in

7    Wyoming?

8                    MR. BORDEN:  I don't know --

9                    REPRESENTATIVE ANCHIA:  Do you know --

10                   MR. BORDEN:  If the state --

11                   REPRESENTATIVE ANCHIA:  Do you know the

12   situation of New Hampshire?

13                   MR. BORDEN:  I don't know the cases in any

14   of those states.

15                   REPRESENTATIVE ANCHIA:  Of Maine,

16   Minnesota --

17                   MR. BORDEN:  Don't know any of them.

18                   REPRESENTATIVE ANCHIA:  Wisconsin?  Okay.

19   I just wanted to check.

20                   MR. BORDEN:  No, I haven't checked those.

21                   CHAIRMAN BERMAN:  Because you talked about

22   war stories and war stories sometimes are like fish

23   stories.  They're not true, so -- so when you -- when

24   you -- when you -- when you talk about sort of

25   widespread substantial information and widespread voter



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205029

USA_00022240

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 20 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215  Filed 06/20/12  Page 218 of 221
House Elections Committee Hearing                    February 28, 2007

20

1      fraud related to to same day voting, I just would like

2      to know if you have anything to substantiate that claim.

3                      MR. BORDEN:  Do I have such?  I have three

4      sheets, three pieces of paper here with nine point type,

5      three columns, with the issues that have occurred in the

6      State of Texas.

7                      REPRESENTATIVE ANCHIA:  On same day voter

8      registration?

9                      MR. BORDEN:  Not on same a voter

10     registration.

11                     REPRESENTATIVE ANCHIA:  Oh, okay.  I

12     just -- I just --

13                     MR. BORDEN:  Not on same day.

14                     REPRESENTATIVE ANCHIA:  I'm checking.

15     Just checking.

16                     MR. BORDEN:  Registration, I'm not -- I'm

17     not talking about that.  What I'm telling you is that

18     this is a slippery slope direction of the inability to

19     verify the accuracy of the people who are registered to

20     vote.

21                     REPRESENTATIVE ANCHIA:  Thanks for your

22     testimony.

23                     CHAIRMAN BERMAN:  Mr. Borden, we found

24     your witness affirmation form for another bill, but you

25     have to fill one out for each bill.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007359

TX_00205030

USA_00022241

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 21 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 219 of 221
House Elections Committee Hearing                    February 28, 2007

21

```
 1                    MR. BORDEN:  I did.  I -- I -- I did
 2         after.
 3                    CHAIRMAN BERMAN:  Yeah.  Well, you can
 4         finish that one right there, Bill.
 5                    MR. BORDEN:  I will.
 6                    CHAIRMAN BERMAN:  And we'll take care of
 7         that.  Thank you.
 8                    MR. BORDEN:  Thank you very much, sir.
 9                    CHAIRMAN BERMAN:  You bet.  Did you find
10         it?  All right.  Can we have your form?  You will be
11         shown voting in favor of the bill.  Thank you very much
12         for bringing it to our attention.  Ladies and gentlemen,
13         is there anyone else who wishes to testify on, for or
14         against the committee substitute to House Bill 265?
15         Seeing none, the chair calls on Mr. Anchia to close.
16                    REPRESENTATIVE ANCHIA:  Thank you,
17         Mr. Chair.  I appreciate the testimony of all the
18         witnesses and the dialogue that we've been able to have
19         related to this bill.  It seems like most of the people
20         that have testified against were concerned about voter
21         fraud.  The reality is that there's no evidence of voter
22         fraud in any of the states that have -- there's no
23         evidence of voter fraud related to same day registration
24         in any of the states that -- that currently have it.
25                    What it has shown is that it's an
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205031

USA_00022242

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 22 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215  Filed 06/20/12  Page 220 of 221
House Elections Committee Hearing                    February 28, 2007

22

 1      increased turn out substantially in all those states,

 2      and I will point out, you know, Charlie just said you

 3      may have a partisan bill.  This has nothing to do with

 4      red or blue, nothing to do with Republican or Democrat.

 5      Idaho's a Republican state.  Montana's a Republican

 6      state.  Wyoming's a Republican state.  They all have

 7      same day voter registration.  This is about access.

 8      This is about giving the opportunity -- giving the

 9      opportunity to people to come register to vote on the

10      same day that they want to vote because of whatever

11      circumstances.  There are very conservative provisions

12      in this pilot program that prevent voter fraud.

13              It was suggested that people might come

14      from other states in bus loads to vote.  That can

15      absolutely not happen under this pilot program because

16      people would actually have to reside in the precinct

17      where they said they live, and they would have to show

18      identification to prove that.  So the suggestion is

19      absolutely absurd that people would come from other

20      states and immediately be able to register and have the

21      opportunity to vote, to say that is to not read the

22      committee substitute, not understand the bill.

23              Mr. Chairman, I would hope for your

24      favorable consideration of this bill and that we have

25      the opportunity to vote it out post taste.  Thank you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205032

USA_00022243

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 23 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 221 of 221
House Elections Committee Hearing                    February 28, 2007

23

```
 1        for the opportunity, Mr. Chairman, to lay it out, and --
 2        and I especially appreciate, Mr. Chairman, your
 3        constructive dialogue on this bill and your giving me
 4        the ability to improve it.  Thank you.
 5                 CHAIRMAN BERMAN:  Thank you, Mr. Anchia.
 6        Members, we have three other witness forms that just
 7        came in.  Mary Hatfield does not wish to testify, but
 8        she's shown as being against House Bill -- committee
 9        substitute to House Bill 265.  Susan Barrick being shown
10        as being for committee substitute to House Bill 265, and
11        Johnnie Jones, no testimony, but she's being shown to be
12        for committee substitute to House Bill 265.
13                 Members, if there's no objections, the
14        chair at this time withdraws the committee substitute to
15        House Bill 265 and will leave House Bill 265 pending as
16        is the custom of the committee.
17                 The Chair lays out House Bill 1290 by
18        Mr. Macias.  Mr. Macias, will you please tell us about
19        your wonderful bill?  I didn't sign those last three.
20                 REPRESENTATIVE MACIAS:  Well, good
21        evening, Mr. Chairman.  Thank you so much for the
22        opportunity, and my esteemed colleagues and members of
23        the committee.  I'm here today to lay out House Bill
24        1290.  It's a very simple bill, and I will not be asking
25        any questions of our esteemed committee.  I will receive
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205033

USA_00022244

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 24 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 2 of 231
House Elections Committee Hearing                      February 28, 2007

24

1      any questions that you might have.

2                      The clarification of the bill that defines

3      the parties who can appeal an ethics commission final

4      decision.  The current code on Section 5733 of the

5      Government Code says that -- allows a person to file a

6      petition for appeal and that idea of person is not

7      defined, so it can be a person unrelated to the

8      complaint.  For example, if I was to have rendered --

9      there was a decision rendered by the ethics commission,

10     a decision on a complaint that I filed against another

11     member, if you will.  Our current law allows any

12     unrelated person, any person in this room or any other

13     person would be able to file an appeal of that decision.

14     And the bill would -- This bill, as I've laid out, would

15     limit the appeal process to just the complainant and the

16     respondent.  And it helps to define and clarify which is

17     currently in the law as fairly broad and just the word

18     person.  So we're just trying to make sure that we can

19     clean this up.

20                     The Texas Ethics Commission Task Force had

21     generated a report, and this is one of the

22     recommendations that was in that report to help clarify

23     from this point forward this idea of who in fact can

24     file for an appeal of a final decision by the

25     commission.  With that, I will be open to any other



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205034

USA_00022245

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 25 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 3 of 231
House Elections Committee Hearing                    February 28, 2007

25

1    questions, Mr. Chairman.

2                CHAIRMAN BERMAN:  All right.  Mr. Macias,

3    thank you very much.  Members, do you have any questions

4    for Representative Macias?

5                REPRESENTATIVE ANCHIA:  I'm just curious

6    how many bills you've presented before committees today.

7                REPRESENTATIVE MACIAS:  This is my third

8    bill.

9                REPRESENTATIVE ANCHIA:  This is your a

10   good.  All right.  I had my first today, and so I was

11   just wondering if you've been down this road before.

12               REPRESENTATIVE MACIAS:  Yes, I have.  Yes,

13   I have.

14               CHAIRMAN BERMAN:  Members, any other

15   questions?  No other questions.  We show John Courage?

16   No testimony, being for the bill, and we have Natalia

17   Luna Ashley as -- Mr. Burnam?  We have Ms. Ashley as a

18   witness for the Texas Ethics Commission, if any of you

19   have any questions for her.

20               Okay.  Ms. Ashley, will you please come

21   forward?  Natalia?  Thank you.  State your name and who

22   you are with.

23               MS. ASHLEY:  Natalia Ashley, Texas Ethics

24   Commission.

25               REPRESENTATIVE ENGLAND:  Hi, Ms. Ashley.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205035

USA_00022246

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 26 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 4 of 231
House Elections Committee Hearing                        February 28, 2007

26

1       The testimony earlier was that this was one of the

2       recommendations for the Texas Ethics Commission; is that

3       right?

4                    MS. ASHLEY:  Just a recommendation for

5       clarification of the law, yes, sir.

6                    REPRESENTATIVE HOWARD:  Okay.  So

7       clarification.  Was your clarification that you only

8       wanted these two claimant and/or the respondent or was

9       it you just wanted to say some definition of who the

10      person was?

11                   MS. ASHLEY:  When the commission set out

12      its request for clarification, it presented three

13      options, and the commission is not taking any position

14      on any one of the options.  One of the options was just

15      the respondent being able to appeal.  The other option

16      was the respondent and the complainant and that the

17      other option was any person.  Basically, the commission

18      was just seeking a clarification as to what the

19      legislature would want in this area of law.

20                   REPRESENTATIVE HOWARD:  Well, current

21      law -- As we I read this, current law says any person

22      could appeal.  Is that not right?

23                   MS. ASHLEY:  That's correct.

24                   REPRESENTATIVE HOWARD:  So that was one of

25      your options.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007365

TX_00205036

USA_00022247

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 27 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 5 of 231
House Elections Committee Hearing                    February 28, 2007

27

1          MS. ASHLEY:  The law says a person, and so

2     we were unclear as to whether the legislature wanted --

3     intended that to be any person.

4          REPRESENTATIVE HOWARD:  Okay.  So if I

5     hire a political consultant and I'm paying them money

6     and they're supposed to keep up with these things,

7     they've been involved by hiring an attorney to help me,

8     if I'm a respondent, whatever, or complainant or if one

9     of my constituents comes to me and wants me to file a

10    complaint to whatever, and they want to follow up, and

11    they want to appeal under this bill, they would not be

12    able to do that; is that correct?

13         MS. ASHLEY:  That's correct.

14         REPRESENTATIVE HOWARD:  So --

15         MS. ASHLEY:  It would only be the person

16    against whom the complaint was filed and the person who

17    filed the complaint.

18         REPRESENTATIVE HOWARD:  That the person

19    that I'm paying -- I being an attorney or a political

20    consultant to follow this for me would not be able to do

21    that?

22         MS. ASHLEY:  If that person was not a

23    respondent or a complainant, that's correct.

24         REPRESENTATIVE HOWARD:  Whether the --

25    Most of the complaints are filed against the person



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007366

TX_00205037

USA_00022248

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 28 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 6 of 231
House Elections Committee Hearing                    February 28, 2007

28

1      running for office typically or person who's given a

2      gift or whatever; is that correct.

3                  MS. ASHLEY:  Most of the respondents are

4      candidates or officers for an elective office.

5                  REPRESENTATIVE HOWARD:  All right.  So

6      your -- your -- your question was clarification about

7      who a person is.

8                  MS. ASHLEY:  Yes.

9                  REPRESENTATIVE HOWARD:  Okay.  And what I

10     have suggested to you is a person could be a consultant,

11     could be an attorney, could be a constituent who is

12     interested in the case.

13                 MS. ASHLEY:  That's right.  And I think

14     that the law could be interpreted to mean that and it

15     would and that is the desire of the legislature adding

16     the word any person would make that clear.

17                 REPRESENTATIVE HOWARD:  Okay.  So -- So

18     all you really were asking for was clarification.

19                 MS. ASHLEY:  Yes, sir.

20                 REPRESENTATIVE HOWARD:  You weren't saying

21     we wanted to be the complainant and the respondent only.

22     You were just asking for a clarification --

23                 MS. ASHLEY:  That's correct.

24                 REPRESENTATIVE HOWARD:   -- who a person

25     is.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205038

USA_00022249

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 29 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 7 of 231
House Elections Committee Hearing                    February 28, 2007

29

1           MS. ASHLEY:  That's right.

2           REPRESENTATIVE HOWARD:  Okay.  How would

3      you define who a person is?

4           MS. ASHLEY:  I think the way that the law

5      is currently written, it would be any person.

6           REPRESENTATIVE HOWARD:  Okay.

7           MS. ASHLEY:  It could probably mean that.

8           REPRESENTATIVE HOWARD:  I am very

9      confused.  You'll have to help me, and I apologize.  If

10     we're saying the current law says a person, and you are

11     asking for clarification of who's the person.

12          MS. ASHLEY:  Well, what we are -- May I

13     give you an example?

14          REPRESENTATIVE HOWARD:  Yes, ma'am.

15          MS. ASHLEY:  If -- Let's say that a -- an

16     individual files -- a complainer files a complaint

17     against an official.  The commission deliberates and

18     makes a determination that a violation occurred, reaches

19     a resolution with the official.  The official signs the

20     order.  The commission pays the fine, whatever the case

21     may be, and the law as currently written would allow

22     anyone potentially to appeal that decision.

23          REPRESENTATIVE HOWARD:  Is that a bad

24     thing?

25          MS. ASHLEY:  I mean, I don't know.  That



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007368

TX_00205039

USA_00022250

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 30 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 8 of 231
House Elections Committee Hearing                        February 28, 2007

30

1    has never happened.  I mean that's -- We have had

2    situations where respondents appeal a commission

3    decision to this report.  In the 1,700 complaints filed

4    with the commission, that has happened three times.  The

5    number of complaints increase on a yearly basis.  Last

6    year we had 270.  We started off the first year with 49.

7    So this is not an issue -- a light issue that we've ever

8    dealt with.  We -- Because the number of complaints are

9    increasing, the likelihood for this situation to arise

10   increases, so because the law currently says a person,

11   we wanted to try to seek some clarification.  I think

12   that if the law is left as currently written, it could

13   mean any person.

14              REPRESENTATIVE HOWARD:  Is there a problem

15   with that?

16              MS. ASHLEY:  No.  And that's -- that's --

17   No.  I mean the commission is not in -- its

18   recommendation -- it's not saying we have a problem.

19   We're just saying this is an area of the law that we

20   think may create a problem.  So to the extent that the

21   legislature wishes to clarify it or limit it to just a

22   respondent involved in a complaint or -- or the

23   respondent and the complainant, then that's something

24   that the commission thought --

25              REPRESENTATIVE HOWARD:  You think the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205040

USA_00022251

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 31 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 9 of 231
House Elections Committee Hearing                          February 28, 2007

31

1    commission would be open to having it to anyone who

2    represents a respondent or a complainant?

3            MS. ASHLEY:  I think that the commission

4    is happy to do whatever the legislature would ask the

5    commission to do, and I think that this is just a -- an

6    area that the commission has addressed that may need

7    some clarification and perhaps not.  Maybe what the

8    legislature intended was for any person to appeal a

9    commission decision regarding this one complaint matter,

10   and if that is the desire of the legislature, well,

11   that's really what the commission would do with the

12   current language of the law.

13           REPRESENTATIVE HOWARD:  Thank you very

14   much.

15           CHAIRMAN BERMAN:  Mr. Bohac?

16           REPRESENTATIVE BOHAC:  Maybe this will

17   help maybe, Charlie.  I don't know if this is the

18   direction you're going, but listening to the dialogue

19   here.  What if it said a complainant, if any, or

20   respondent or agent of the complainant or respondent?

21           REPRESENTATIVE HOWARD:  That -- She's just

22   looking for clarification.  She doesn't have a problem

23   about it being in person, if that's what she --

24           MS. ASHLEY:  Right.

25           REPRESENTATIVE HOWARD:  If that's what we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007370

TX_00205041

USA_00022252

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 32 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 10 of 231
House Elections Committee Hearing                    February 28, 2007

32

 1      meant.  I think what you're saying is what you want to

 2      know is what -- whoever relative law, that's us at this

 3      present time, what we meant by that.

 4                  MS. ASHLEY:  That's right.

 5                  REPRESENTATIVE HOWARD:  And you don't

 6      really care what we meant.

 7                  MS. ASHLEY:  No.

 8                  REPRESENTATIVE HOWARD:  Whatever we say

 9      you're going to --

10                  MS. ASHLEY:  That's right.  That's right.

11                  REPRESENTATIVE HOWARD:  -- follow.

12                  MS. ASHLEY:  And I.

13                  REPRESENTATIVE HOWARD:  You all are really

14      good about that, so --

15                  MS. ASHLEY:  Thank you.

16                  REPRESENTATIVE HOWARD:  You are just

17      trying to decide -- You want us to tell you what you

18      want -- what we want you to do.

19                  MS. ASHLEY:  That's right.  We just

20      thought that perhaps this would be a good opportunity to

21      get feedback from you before we are faced with a

22      situation where the commission perhaps considers a

23      complaint, dismisses it and then you have an ordinary --

24      you have just any person appeal that to District Court

25      or reaches a resolution with a respondent and then



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007371

TX_00205042

USA_00022253

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 33 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 11 of 231
House Elections Committee Hearing                    February 28, 2007

33

1    appeals that to District Court.  Again, this has never

2    happened, but it may, and so we were just trying to stay

3    a step ahead of the situation and try to seek

4    clarification.

5               REPRESENTATIVE HOWARD:  Thank you.

6               CHAIRMAN BERMAN:  I'll tell you, would you

7    be a lot more comfortable if we clarified that in the

8    law instead of just telling you?  I think you'd like to

9    have it in writing.

10               MS. ASHLEY:  Yes.  I think our commission

11    would -- would prefer that.

12               CHAIRMAN BERMAN:  Okay.  Thank you very

13    much.

14               MS. ASHLEY:  Thank you.  Any other

15    questions?

16               CHAIRMAN BERMAN:  No other questions.

17    Thanks, Natalia.  Is there anyone else who would like to

18    testify on for or against House Bill 1290?  Seeing

19    none -- Mr. Macias?  Mr. Macias, let me ask you a

20    question.

21               REPRESENTATIVE MACIAS:  Yes, Mr. Chairman.

22               CHAIRMAN BERMAN:  I know you heard the

23    dialogue and you heard the words of Mr. Bohac.  If we

24    just add in language concerning an agent of both the

25    client -- the complainant and the respondent --



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205043

USA_00022254

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 34 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 12 of 231
House Elections Committee Hearing                    February 28, 2007

34

1               REPRESENTATIVE MACIAS:  Yes, sir.

2               CHAIRMAN BERMAN:  -- could you do that

3      with a substitute or a committee substitute?

4               REPRESENTATIVE MACIAS:  No doubt.  In

5      fact, Representative Bohac read my mind as I was getting

6      ready for close that I'd be more than happy to address

7      the issues that Representative Howard brought up.  As we

8      -- as we -- As we work this, we saw these options.  We

9      were looking at some sort of way to clarify.  I, as the

10     author of the bill, chose to use this option as the way

11     to get some clarification in, so I'm more than open,

12     Mr. Chairman, to amending this to get you a substitute

13     that we can add this idea of the agent.

14               CHAIRMAN BERMAN:  Complainant or

15     respondent?

16               REPRESENTATIVE MACIAS:  With that, I -- I

17     close and ask you to just leave this open pending.

18               CHAIRMAN BERMAN:  Mr. Macias, you did a

19     great job.

20               REPRESENTATIVE MACIAS:  Thank you.

21               CHAIRMAN BERMAN:  As Mr. England said, we

22     really do appreciate your testimony, and we'll be

23     waiting to hear from you with your committee substitute.

24               REPRESENTATIVE MACIAS:  Thank you.

25               CHAIRMAN BERMAN:  Thank you very much.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007373

TX_00205044

USA_00022255

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 35 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 13 of 231
House Elections Committee Hearing                    February 28, 2007

35

1          REPRESENTATIVE MACIAS:  Thank you.

2          CHAIRMAN BERMAN:  Members, we're now going

3     to take up three bills.  Well, before we do that, let me

4     take up one other bill.  Mr. Anchia, are you ready with

5     House Bill 266?  The chair calls up House Bill 266 and

6     calls on Representative Anchia to provide information on

7     the bill.  Do we have any testimony?

8          REPRESENTATIVE ANCHIA:  Thank you,

9     Mr. Chairman.  HB266 is a very simple bill.  It

10    acknowledges the importance of voting and giving people

11    the opportunity to vote, and it honors with the creation

12    of a state holiday, the -- the days of an election and

13    state-wide elections.  Since it adds to the list of

14    state-wide holidays, every day on which an election,

15    including a primary election, is held throughout the

16    state.  Texas traditionally ranks near the lowest in the

17    nation in voter turnout.  In the 1998 midterm elections,

18    Texas ranked 45th in voter turnout with just 39 percent

19    of registered voters.  In 2000, it ranked 34th with

20    62 percent of registered voters.  Excuse me.  And in

21    2002, it ranked 43rd out of 50 states with just

22    44 percent of registered voters.  In 2004, it ranked

23    48th in terms of voter turnout.  A way to increased

24    turnout would be to declare a state-wide holiday where

25    state offices were closed, and it would give the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007374

TX_00205045

USA_00022256

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 36 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 14 of 231
House Elections Committee Hearing                    February 28, 2007

36

1      opportunity for people to come out.  The bipartisan

2      Ford/Carter commission recommended in 2001 that Federal

3      elections be held on national holidays in order to

4      increase turnout, provide additional poll workers, to

5      increase -- excuse me -- to assist at the polls.  This

6      would be a gateway to make sure we had more people

7      available to work the polls.  I know a lot of people

8      have articulated concerns about the availability of poll

9      workers, and this would help solve that problem.  With

10     that, I will take questions.

11             CHAIRMAN BERMAN:  Mr. Anchia, I guess I'll

12     start.  I'm looking at the fiscal note, and I just can't

13     believe the fiscal note when it says no significant

14     fiscal implications to the state is anticipated.  When

15     you get the entire state off for one day, we lose a

16     day's productivity of every single employee of the

17     state.  And they're saying that there is no -- no fiscal

18     implication.

19             REPRESENTATIVE ANCHIA:  Yeah.  It not only

20     says no fiscal implications to the state is anticipated,

21     but it also says no fiscal impact to local government.

22     So I take -- I take the comptroller's office at their

23     word on that, Mr. Chair.

24             CHAIRMAN BERMAN:  This comes from the

25     legislative budget board.  I may have to ask the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205046

USA_00022257

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 37 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 15 of 231
House Elections Committee Hearing                    February 28, 2007

37

```
 1      comptroller for their fiscal --
 2                  REPRESENTATIVE ANCHIA:  I take the LBB at
 3      their word, Mr. Chair.
 4                  CHAIRMAN BERMAN:  I don't.  I know that we
 5      all get -- we all get paid -- as state employees, we
 6      don't get paid very much, those of us on this dais, but
 7      a state employee does get paid and when they're not
 8      working on the job, the state loses that much
 9      productivity, so there just has to be a fiscal note.
10                  REPRESENTATIVE ANCHIA:  Well, the fiscal
11      note wouldn't -- wouldn't change because you're paying
12      those employees anyway, but the --
13                  CHAIRMAN BERMAN:  But would not get any
14      productivity though.
15                  REPRESENTATIVE ANCHIA:  But the net cost
16      -- but the net cost would not be any greater than it is
17      now, and I'm sure that's why the -- the analysis shows
18      no -- no fiscal implication to the state because those
19      costs continue to be those costs.
20                  REPRESENTATIVE BURNAM:  Mr. Chair?
21                  CHAIRMAN BERMAN:  Mr. Burnam?
22                  REPRESENTATIVE BURNAM:  I'd just like to
23      ask a philosophical question of the chair.  Except for
24      possibly child protective services and adult protective
25      services, wouldn't we be better off if there was
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205047

USA_00022258

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 38 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 10 of 231
House Elections Committee Hearing                    February 28, 2007

38

1       additional holidays and state employees weren't working?

2               CHAIRMAN BERMAN:  Mr. Burnam, I think

3       there's a lot of state employees that will disagree.

4       Thank you for the question.  I'll check with the

5       comptroller because there has to be some cost of people

6       not producing on their jobs and just staying at home.

7       Are there any other questions, members?  If not, I'll

8       call on witnesses starting with Stephen Reeves.  No

9       testimony, shown for the bill.  Okay.  Start handing

10      them over.  Susan Barrick, no testimony shown for the

11      bill.  Mary Hatfield, no testimony shown for the bill.

12      Johnnie Jones, no testimony shown for the bill.  Kathryn

13      Dean, no testimony shown for the bill.  Luis Figueroa,

14      no testimony shown for the bill.  Ken Bailey, no

15      testimony shown for the bill.  Teri Sperry, no testimony

16      shown for the bill.  Mary Finch, no testimony shown for

17      the bill.  Ysidro Gutierrez -- Gutierrez, no testimony

18      shown for the bill.  Marcelo Tafoya?  Marcelo Tafoya?

19      Is Marcelo here?  All right.  He's shown for the bill.

20      Dana DeBeauvoir without the gun.

21              MS. DE BEAUVOIR:  Good evening, Mr. Chair

22      and members of the committee.  My name is Dana

23      DeBeauvoir.  I'm the Travis County Clerk, and I am

24      representing the county and district clerk's legislative

25      committee.  So what we would like to share with you is a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007377

TX_00205048

USA_00022259

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 39 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 17 of 251
House Elections Committee Hearing                    February 28, 2007

39

 1    couple of points that are really important about this

 2    bill.  County clerks are in favor of it.

 3              The first point that we'd like to make is

 4    we just get all aflutter at the idea of all of those

 5    wonderful state employees and banking employees and, you

 6    know, all of those folks who might be able to work the

 7    election.  That's -- That's a very exciting crop of

 8    people who recruit.  We're thrilled with that.  But more

 9    seriously, I think we're reaching a point where we're

10    going to have to contend with an issue that's evolving,

11    and the issue that I'm referring to is many, many of our

12    polling places are, in fact, public schools.

13              The public schools are crowded for space.

14    It's often difficult to have the polling place itself

15    with its workers plus the voters coming in, plus the

16    teachers, plus the children, and there has been growing

17    concern about mixing the population, especially smaller

18    children, middle school aged children, with just

19    incoming voters.  And I -- I -- we -- we kind of

20    sympathize with parents who are concerned that, just the

21    general public in a precinct just walking into a school

22    that day.  If the schools were closed because it's a

23    holiday, then we could have that separation between the

24    children and the voting population.  And, also, we would

25    have facilities that would be much larger and could much



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205049

USA_00022260

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 40 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 18 of 231
House Elections Committee Hearing                          February 28, 2007

40

 1    more accommodate what is also becoming an issue of long

 2    lines forming, especially late in the day at the polling

 3    place.

 4              While our turnout might not be great

 5    compared to other states, we certainly do experience

 6    lines especially forming late in the day.  So we would

 7    just like to make that point to the committee that

 8    separating the children from the voters might be

 9    something we really should think about.

10              CHAIRMAN BERMAN:  Do you think

11    superintendents would want to close their schools six

12    extra days a year?

13              MS. DE BEAUVOIR:  We'll be glad for just

14    one extra day a year, if I could just have one.  I don't

15    know.  I don't have a position for -- for the school

16    boards.  We do indeed need to ask them.

17              CHAIRMAN BERMAN:  I didn't think you did.

18              MS. DE BEAUVOIR:  I did suggest that we

19    would want to work and talk with -- with them.

20              CHAIRMAN BERMAN:  Mr. Bohac?

21              REPRESENTATIVE BOHAC:  Dana, how are you?

22              MS. DE BEAUVOIR:  I'm doing great.  Thank

23    you.

24              REPRESENTATIVE BOHAC:  Welcome to

25    elections this year.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205050

USA_00022261

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 41 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 19 of 231
House Elections Committee Hearing                    February 28, 2007

41

1             MS. DE BEAUVOIR:  Thank you.  I see new

2      faces here.

3             REPRESENTATIVE BOHAC:  Good to see your

4      smiling face again.

5             MS. DE BEAUVOIR:  Thanks.

6             REPRESENTATIVE BOHAC:  Just real quick,

7      really voting now is already a season.  It's really not

8      just an election day anymore.  In fact, what are the

9      statistics in your county of folks who do go vote early?

10            MS. DE BEAUVOIR:  Oh, it's about 50/50.

11     About half of my voters will take advantage of early

12     voting.

13            REPRESENTATIVE BOHAC:  And do you see that

14     increasing year over year as people become more

15     accustomed to early voting?

16            MS. DE BEAUVOIR:  I think that statistic

17     varies from county to county depending on the kind of

18     program you run and how many polling places you have.

19     But, yes, certainly as people have gotten accustomed to

20     the convenience of early voting, it does seem to be very

21     popular.

22            REPRESENTATIVE BOHAC:  And then, secondly,

23     as -- as we move to what I hope is more to the super

24     precinct concept, that also makes voting easier as well.

25     And I'm just trying to balance the need between making



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007380

TX_00205051

USA_00022262

42

 1    the polling locations available for more than just one

 2    day, but, also, not asking the state and other companies

 3    to necessarily take the cost of -- of giving people a

 4    holiday.  I think there's -- that's kind of old school

 5    thinking.  I think new school thinking is perhaps moving

 6    more towards the super precinct concept and, also,

 7    educating voters that voting is a season.  It's no

 8    longer a day.

 9            So for us to argue that voting is just a

10    day and people don't have any other day to go vote when

11    they have weekends and evenings, and, I mean, truly

12    early voting is a season.  Perhaps our job is to just

13    make sure people are as educated as they can be that

14    voting is no longer a day.  That may be the better route

15    to go.  I'm just kind of thinking along those lines.

16            MS. DE BEAUVOIR:  Representative, we

17    concur with your concerns about the number of days, and,

18    you know, how we might perhaps not have to deal with an

19    additional cost so much as a lost productivity.  It

20    seems like the question is a different question.

21            But I am so glad you brought up the idea

22    of super sites because we're going to run into a

23    problem.  What's happened with super sites is they're

24    gaining in popularity.  It looks like it's going to be a

25    terrific tool for the future.  However, for the inner



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007381

TX_00205052

USA_00022263

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 43 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 21 of 231
House Elections Committee Hearing                    February 28, 2007

43

1       city, older parts of town, the dense, you know, center

2       city parts, it is going to be very difficult to find a

3       suitable structure that will hold enough people to be

4       able to serve as a super site.  We promised Wal-Mart.

5       We can't very well deliver a 7-Eleven.  It's just not

6       going to work, and, certainly, Colorado felt the bite of

7       that problem.

8                   If we were to be able to use the schools

9       though, then we don't have to worry about -- some parts

10      of town have good infrastructure, some don't.  The

11      school's very equitably distributed, and we would have

12      that facility and perhaps the entire school doesn't have

13      to shut down.  Perhaps only if we were going to super

14      sites, just the gymnasium or something large like that.

15      We appreciate this tie-in with super sites.

16                  REPRESENTATIVE BOHAC:  Sure.  And not to

17      get off on a rabbit trail, I mean, that will be a

18      discussion for a different day on this committee that --

19      the super precincts, but I think your point is well

20      taken.  It's not just a direct cost of paying the labor

21      force at all.  There's the -- There's the indirect cost

22      of lost productivity, so this would be a huge financial

23      impact.  I don't know if I much agree with the -- the

24      LBB's concept of no fiscal impact to the state.  I would

25      have to look at the way they're measuring that.  Maybe



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205053

USA_00022264

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 44 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 22 of 231
House Elections Committee Hearing                    February 28, 2007

44

1    just direct cost, but there's certainly some substantial

2    indirect cost in terms of lost productivity that would

3    have to be -- that would be paid for by somebody, and I

4    just think about elections being a season.

5              Now, this may not be as forward thinking

6    as it is.  I think we just -- we just need to look -- I

7    think the super precinct concept and then the election

8    season is addressing what -- what this bill is

9    attempting to solve.

10             CHAIRMAN BERMAN:  Members, witnesses,

11   before we go on, I want to caution you, we have three

12   major bills that are coming up in just a few moments,

13   and I want to ask that when you testify, don't repeat

14   what other witnesses have said.  We have it all on tape

15   and on television.  Just please add anything new that

16   you want to add.  Dana -- Oh, I'm sorry, Mr. Anchia.

17   Did you have --

18             REPRESENTATIVE ANCHIA:  Yeah.  Just really

19   quickly in response to Mr. Bohac's and Mr. Burnam --

20   Chairman Burnam's concern.  I wasn't crazy -- I actually

21   did take the comptroller out there.  What I have before

22   me dated January 29, 2007, the comptroller public

23   accounts fiscal note estimate which says that this bill

24   -- let's see -- this bill would have no fiscal impact on

25   the state or units of local government.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205054

USA_00022265

Case 2:13-cv-00193  Document 663-30  Filed on 11/11/14 in TXSD  Page 45 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 23 of 231
House Elections Committee Hearing                    February 28, 2007

45

```
 1              So in addition to LBB, we have a
 2     determination by the comptroller of public accounts and
 3     their fiscal note estimate dated January 29, 2007 that
 4     it would have no fiscal impact on the state or units of
 5     local government.  This bill would have no effect on the
 6     state's cash flow.  There would be no administrative
 7     cost to the comptroller's office, and their methodology
 8     said because state agencies are required to maintain
 9     sufficient staff on duty to conduct business during
10     state holidays, state agencies and institutions of
11     higher education would continue to function on these
12     election days, thereby, allaying some of the concerns
13     both the chairman and the vice-chairman have with
14     respect to this.  I wanted to read that into the record
15     before we wasted too much time thinking about those
16     concerns.
17              And, Mr. Bohac, you pointed out that we
18     don't -- in addition, during the testimony, you pointed
19     out that we do not want to require companies to do
20     things.  This bill does not require companies to do
21     anything.  Companies can choose one way or the other
22     whether they want to stay open or closed, and I just
23     want to make that clarification before Ms. DeBeauvoir
24     finished her testimony.  Thank you.
25              CHAIRMAN BERMAN:  Thank you, Mr. Anchia.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007384

TX_00205055

USA_00022266

Case 2:13-cv-00193  Document 663-30  Filed on 11/11/14 in TXSD  Page 46 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 24 of 251
House Elections Committee Hearing                    February 28, 2007

46

1       You haven't relieved my concerns.  When you allow a

2       whole staff of people to go with a payroll of a half

3       billion dollars in doing absolutely nothing but going to

4       the polls, a half billion dollars worth of productivity

5       is wasted, I'm sorry to say, and I'll be speaking to the

6       comptroller about that and, also, to the legislative

7       budget board, but let's not -- let's not --

8                    REPRESENTATIVE ANCHIA:  Well, I'd just

9       like to point out entire staffs would not be sent to the

10      polls.  It would say --

11                   CHAIRMAN BERMAN:  I didn't say that.

12                   REPRESENTATIVE ANCHIA:  It would say state

13      -- And I'm reading from the comptroller, and, again, I

14      take them at their word.  State agencies are required to

15      maintain sufficient staff on duty to conduct the

16      business of the state during state holidays.  State

17      agencies and institutions of higher education would

18      continue to function on these days.

19                   CHAIRMAN BERMAN:  Thank you.  Thank you,

20      Dana.

21                   MS. DEBEAUVOIR:  Thank you very much.

22                   CHAIRMAN BERMAN:  The chair calls Will

23      Harrell.  Mr. Harrell, are you here?  Mr. Harold

24      indicated no testimony for the bill.  The chair calls

25      Suzy Woodford.  No testimony for the bill.  The chair



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007385

TX_00205056

USA_00022267

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 47 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 25 of 231
House Elections Committee Hearing                    February 28, 2007

47

1    calls Ray Martinez.

2                    MR. MARTINEZ:  Thank you, Mr. Chairman.

3    Ray Martinez with the Texas Conference of Urban

4    Counties.  We are neutral on this bill.  Mr. Chairman

5    and members, there is -- not a fiscal notification to

6    local governments has been discussed already.  I would

7    simply amplify -- and I know that we're not supposed to

8    repeat previous testimony, but, obviously, the -- the

9    job of being a poll worker is increasingly complex, and

10   we need bilingual poll workers.  We need poll workers

11   that are comfortable with technology.  Any time there is

12   a new pool of potential poll workers, we're -- as a

13   county government, we're certainly excited about that

14   possibility.

15                   CHAIRMAN BERMAN:  Questions, members?

16   Thank you.

17                   MR. MARTINEZ:  Thank you, Mr. Chairman.

18                   CHAIRMAN BERMAN:  The chair calls Bruce

19   Galloway.  Bruce, welcome.

20                   MR. MARTINEZ:  Mr. Chairman and members,

21   I'm opposed to the bill for a couple of reasons.  Number

22   one, I think your down pressure on your employers is

23   going to be fierce.  Well, the state employees are off.

24   We need to be off, and now you are going to cost

25   everybody a lot of money.  I don't think it's fair.  I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205057

USA_00022268

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 48 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 20 of 251
House Elections Committee Hearing                    February 28, 2007

48

1    don't think it's fair for you to pressure them and

2    that's what's going to happen.

3              Now, in regard to the schools closing,

4    this is a lot of nonsense.  I have been an election

5    judge since 1980.  We've held it at University Park

6    Elementary School every time, and we have never had a

7    problem.  We have never had an issue.  The school makes

8    money because they have bake sales and they have about

9    1,800 people to buy all this stuff.  They bring the kids

10   down by classes, and we let them observe the election

11   process.  What a better learning tool can we have?  The

12   bill just -- we don't need this bill.

13             CHAIRMAN BERMAN:  Bruce, before you leave,

14   will you state who you represent?

15             MR. MARTINEZ:  Myself.

16             CHAIRMAN BERMAN:  Thank you.  Members, any

17   questions?  Hearing none, the chair calls Bill Borden.

18             MR. BORDEN:  Mr. Chairman, I'm -- I'm

19   going to be brief.

20             CHAIRMAN BERMAN:  State your name.

21             MR. BORDEN:  I'm Bill Borden.  I represent

22   myself.

23             CHAIRMAN BERMAN:  Okay.

24             MR. BORDEN:  I oppose the proposal, I

25   oppose the bill, and I don't have anymore to say.  Thank



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007387

TX_00205058

USA_00022269

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 49 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 2 of 231
House Elections Committee Hearing                    February 28, 2007

49

```
 1    you.
 2              CHAIRMAN BERMAN:  Thank you.  The chair
 3    calls Nathanael Isaacson.  Mr. Isaacson?
 4              MR. ISAACSON:  I have no testimony, but I
 5    just want to be on the record.
 6              CHAIRMAN BERMAN:  The record is being for
 7    the bill?
 8              MR. ISAACSON:  Right.  (Inaudible.)
 9              CHAIRMAN BERMAN:  Okay.  Thank you very
10    much.  The chair calls Paula Littles.
11              MS. LITTLES:  I'm going to -- I promise,
12    Mr. Chairman, that I will not repeat to what anyone else
13    has said.  My name is Paula Littles, and I'm with the
14    Texas AFL-CIO, and we represent the very hard working
15    state employees in the State of Texas.  They are one of
16    the unions that are affiliated with the Texas AFL-CIO,
17    and I indeed feel as if they're very hard working
18    people.  We support this bill for a number of reasons.
19              One is, we generally believe that election
20    day is a holiday, even if it is just for the state
21    employees, will indeed increase voter participation in
22    the state.  Unfortunately, we do have quite a lot of
23    avenues for people to vote early, and since that has
24    occurred, the very unfortunate thing about that is it
25    has really not increased our voter participation in the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007388

TX_00205059

USA_00022270

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 50 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 28 of 231
House Elections Committee Hearing                    February 28, 2007

50

1    state.  We -- It is our opinion that we have to look at

2    every mechanism possible to increase people coming to

3    the polls and participating in the one thing that should

4    be important for everyone in this room as well as every

5    person in this country.

6              And just a little history.  The reason

7    that election day is in November is actually because

8    when Congress looked at it, they realized that they

9    needed to pick a time when the harvest was in and that

10   people weren't working, so that they actually could go

11   and vote.  And that is the reason election day is in

12   November, and I won't go into why it was picked that

13   day, but I basically felt compelled to speak instead of

14   just saying I was in favor of the bill.  And are there

15   any questions?  And thank you for your testimony.

16             CHAIRMAN BERMAN:  Thank you so much for

17   your testimony.  The chair calls Sonia Santana.

18             MS. SANTANA:  I don't have any -- I won't

19   testify, Mr. Chair, but I would like to say that I'm

20   speaking for ACLU Texas.  No testimony.

21             CHAIRMAN BERMAN:  All right.  Thank you.

22   The chair calls Mary Ann Collins.  Mary Ann, are you

23   here?

24             UNIDENTIFIED SPEAKER:  She had to leave.

25             CHAIRMAN BERMAN:  All right.  Mary Ann is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007389

TX_00205060

USA_00022271

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 51 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 29 of 231
House Elections Committee Hearing                              February 28, 2007

51

1       shown against the bill.  No testimony.  The chair calls

2       Ken Flippin.  No testimony for the bill.  The chair

3       calls Mr. Champion.  Mr. Champion, are you here?

4       Mr. Champion will be shown for the bill.  The chair

5       calls Skipper Wallace.  Mr. Wallace, state your name and

6       who you are with, please.

7                    MS. LITTLES:  Skipper Wallace.  I

8       represent the Texas Republican County Chairmans

9       Association.  We oppose this bill, and I understand what

10      you have from the comptroller's office, and I think that

11      they need to go back and look at their figures.  I was a

12      city manager for 14 years, and every time the state took

13      a holiday, the city took a holiday, I didn't get the

14      trash picked up.  I didn't get the roads paved.  I

15      didn't get anything else done, and it had to be done

16      sometimes, so we did it on overtime or we worked extra

17      days, and the counties do the same thing.  When the

18      state declares another holiday, the county gets another

19      holiday.  They don't get any work done.  It may not be

20      in dollar cost, but it's in productivity which equates

21      to cost.  Any questions?

22                   CHAIRMAN BERMAN:  Thank you.  Any

23      questions, members?  Thank you, Mr. Wallace.  We have

24      Ann McGeehan here from the Texas Secretary of State's

25      Office.  Anyone like to hear Ann, please?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205061

USA_00022272

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 52 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 30 of 231
House Elections Committee Hearing                    February 28, 2007

52

 1                    MS. McGEEHAN:  Ann McGeehan with the

 2     Secretary of State's office.

 3                    CHAIRMAN BERMAN:  Mr. Burnam?

 4                    REPRESENTATIVE BURNAM:  Thank you, Ann.

 5     I'd like maybe the three and a half minute version of

 6     the growing difficulty in recruiting people to work what

 7     in essence is a minimum of 14 or 15-hour workday and

 8     what this might gain us in the ability to conduct our

 9     elections all across the state.

10                    MS. McGEEHAN:  Well, because the state

11     doesn't recruit election workers, I can only speak to

12     what I've heard anecdotally --

13                    REPRESENTATIVE BURNAM:  Right.  I

14     understand.

15                    MS. McGEEHAN:  -- from the counties and

16     cities, and I think some communities have a harder time

17     finding folks to work the polls than others.  It's

18     definitely a problem, but folks that work the polls tend

19     to be -- are older citizens, and it's been repeated to

20     me that counties have had a hard time getting people

21     interested.

22                    REPRESENTATIVE BURNAM:  Is that a worse

23     problem in the urban areas maybe?

24                    MS. McGEEHAN:  I really don't know.

25                    REPRESENTATIVE BURNAM:  I know it's been a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007391

TX_00205062

USA_00022273

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 53 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 31 of 231
House Elections Committee Hearing                    February 28, 2007

53

```
 1     growing problem in Tarrant County, and I really hadn't

 2     thought about this until we heard other testimony, but

 3     we are having a growing problem in recruiting enough

 4     people to work it, and this would certainly be a savings

 5     for us.

 6                    CHAIRMAN BERMAN:  Ann, thank you very

 7     much.

 8                    MS. McGEEHAN:  Thank you.

 9                    CHAIRMAN BERMAN:  Is there anyone else who

10     wishes to testify on, for or against House Bill 266?

11     Hearing, none, Mr. Anchia to close.

12                    REPRESENTATIVE ANCHIA:  Thank you,

13     Mr. Chairman, and, once again, thank you for giving me

14     the opportunity to lay out these bills in committee.  I

15     appreciate you working with me on -- in proving these

16     bills and just -- just want to speak to a question that

17     was asked earlier by the chair or a comment, I guess,

18     that was made where it was articulated that there might

19     be six extra days.  The reality is that there would only

20     be two pursuant to this bill, a day on which the

21     primary's held and a day on which the general election

22     is held and that's stated at the bottom of the bill in

23     Section 662.033B9, which would be the new section which

24     reads, "Everyday on which an election, including a

25     primary election, is held throughout the state," so this
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205063

USA_00022274

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 54 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 32 of 231
House Elections Committee Hearing                    February 28, 2007

54

```
 1      would be state-wide elections which typically happen in

 2      November and the primary election.  So I just wanted to

 3      clarify that for you.  It would not be, in fact, six

 4      extra days, but, rather, only two days.

 5              Once again, I reiterate that the fiscal

 6      note from the LBB and from the comptroller's office,

 7      whichever the only two sources that we have to rely on,

 8      show no impact.  The reality is that despite the

 9      suggestions by witnesses to the contrary, is that this

10      only impacts the state, does not impact business, does

11      not impact local government, and in its requirement to

12      have a day off to the extent the local governments felt

13      pressure, they could elect to do one of two things.

14      Either declare the day off for their local either

15      employees, if it's a private corporation, or public

16      employees, if it's a municipal entity or not.  And that

17      would be -- that would continue to be within their

18      purview.

19              This only affects state employees, and as

20      we suggest -- as we discussed earlier, the methodology

21      used by the comptroller's office in their fiscal note

22      estimate points out clearly that because state agencies

23      are required to maintain sufficient staff on duty to

24      conduct business during state holidays, state agencies

25      and institutions of higher education would continue to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007393

TX_00205064

USA_00022275

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 55 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 33 of 231
House Elections Committee Hearing                    February 28, 2007

55

1      function on these election days.  And I close,

2      Mr. Chair.  Thank you.

3                    REPRESENTATIVE BURNAM:  May I ask?

4                    CHAIRMAN BERMAN:  Yes, Mr. Burnam.

5                    REPRESENTATIVE BURNAM:  Mr. Anchia?

6                    REPRESENTATIVE ANCHIA:  I'm not taking any

7      further questions.  No I'm kidding.  I'm kidding.

8                    REPRESENTATIVE BURNAM:  I'm noticing that

9      the way it's stated, it's election day and primary

10     election, so it doesn't even include runoffs the way

11     it's worded.

12                   REPRESENTATIVE ANCHIA:  That's correct.

13                   REPRESENTATIVE BURNAM:  And so we're

14     really talking --

15                   REPRESENTATIVE ANCHIA:  It's only for

16     state-wide on a day in which elections are conducted

17     state-wide.

18                   REPRESENTATIVE BURNAM:  And we don't know

19     for sure.  There may be runoffs in certain places, and I

20     understand.  So what we're really talking about is

21     two days out of the two-year budget cycle for the state.

22                   REPRESENTATIVE ANCHIA:  Well, I don't know

23     if it's only two days in the two-year budget cycle

24     because there may be a November election, a

25     constitutional election in off years that would also be



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007394

TX_00205065

USA_00022276

Case 2:13-cv-00193  Document 663-30  Filed on 11/11/14 in TXSD  Page 56 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 34 of 231
House Elections Committee Hearing                     February 28, 2007

                                                                      56

```
 1    covered by this.

 2                   REPRESENTATIVE BURNAM:  So there could

 3    be --

 4                   REPRESENTATIVE ANCHIA:  A third.  There

 5    could be a third.

 6                   REPRESENTATIVE BURNAM:  -- three in the

 7    two year cycle.

 8                   REPRESENTATIVE ANCHIA:  That's correct,

 9    sir.

10                   REPRESENTATIVE BURNAM:  Thank you.

11                   CHAIRMAN BERMAN:  We're going to change

12    the procedure just a little bit.  I'm going to call up

13    each of the authors of the bills on identification and

14    let them lay out their bills and then we'll hear

15    witnesses testifying on all three bills.  So, at first,

16    I will call -- call up House Bill 218 and call Chairman

17    Betty brown to lay out House Bill 218, and I'll call

18    Chairman Phil King to lay out House Bill 626 and then

19    Representative Riddle to lay out House Bill 101.  Betty,

20    it's good to have you.

21                   REPRESENTATIVE BROWN:  Thank you,

22    Mr. Chairman.  Appreciate your giving me this

23    opportunity.  There's been so much said about voter

24    registration, and so I'll try to make this very brief

25    and not repeat anything else.  There are presently --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205066

USA_00022277

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 53 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 35 of 231
House Elections Committee Hearing                    February 28, 2007

57

```
 1    there are -- There are no statutory standards to verify
 2    the identity of individuals at the polling place when
 3    they present a voter registration certificate.  HB218
 4    modifies provisions requiring a voter to present proof
 5    of identification when offering to vote.  The bill
 6    requires that in offering to vote, a voter must present
 7    either one form of photo identification or two different
 8    forms of non-photo identification.  If the person fails
 9    to meet these standards, they may still vote upon
10    completion of a provisional ballot affidavit.
11              HB218 adds proof of identification to the
12    existing qualifications required for our provisional
13    ballot to being accepted by the early voting ballot
14    board.  Voting is the most important right in America.
15    And as I have said before, I consider this a very
16    personal thing because I think when someone votes who's
17    not qualified and shouldn't be voting, it diminishes the
18    rights that the rest of us have and this great privilege
19    that we have to vote.
20              The government requires voters to register
21    before receiving a ballot, therefore, verifying the
22    information they provide on their registration
23    application is not a measure designed to prevent any
24    citizen from voting.  It is instead a measure designed
25    to keep illegal aliens, noncitizens and people otherwise
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205067

USA_00022278

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 58 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 58 of 231
House Elections Committee Hearing                    February 28, 2007

58

1    not qualified from voting and diluting the legitimate

2    votes cast by citizens.  So that pretty well covers what

3    my bill addresses.  I could go into a lot of instances

4    that I've seen happen at the polls because I've worked a

5    lot of elections myself, but I will save that for

6    another day.

7                CHAIRMAN BERMAN:  I will allow members to

8    question.  Do you have a question?

9                UNIDENTIFIED SPEAKER:  Yes.

10               CHAIRMAN BERMAN:  Lon?

11               REPRESENTATIVE BURNAM:  Thank you,

12   Chairman Brown, in your closing comments just then, you

13   mentioned a concern about illegal aliens and noncitizens

14   voting.  They can't register to vote at this, time can

15   they?

16               REPRESENTATIVE BROWN:  All it takes to

17   register to vote if you are a noncitizen is to check a

18   box.  It presently is not -- there's no one verifying

19   that that person is a citizen.  There's a little box

20   that says check here if you're a citizen, and so that's

21   all it takes.  We know that this is happening, that

22   people are registering to vote because they're showing

23   up in the jury pools.  As people are called in, you

24   know, those people who are called in to serve on a jury

25   are taken from the registered voter list, right?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007397

TX_00205068

USA_00022279

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 59 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 37 of 231
House Elections Committee Hearing                    February 28, 2007

59

1          REPRESENTATIVE BURNAM:  No.  I thought
2     they were taken from the driver's license list.  Back
3     when you first learned that fact, that was true.
4          REPRESENTATIVE BROWN:  Okay.
5          REPRESENTATIVE BURNAM:  But that's one of
6     those facts that has changed over time.
7          REPRESENTATIVE BROWN:  Okay.  Let's say
8     it's from the driver's license list.  There are still
9     people showing up to serve on juries because they've
10    been summoned, and when they get there admit that
11    they're not citizens because as, again, when you go to
12    get a driver's license, all you have to do is say yes,
13    check a box or whatever, and say you're a citizen or if
14    it's even asked.
15         REPRESENTATIVE BURNAM:  I don't believe
16    it's asked --
17         REPRESENTATIVE BROWN:  Okay.
18         REPRESENTATIVE BURNAM:  -- in acquiring a
19    driver's license.  I don't believe you have to indicate
20    your citizenship status.
21         REPRESENTATIVE BROWN:  Okay.  So you --
22         REPRESENTATIVE BURNAM:  So -- So in the
23    jury pool, you are in increasing numbers --
24         REPRESENTATIVE BROWN:  Assumed.
25         REPRESENTATIVE BURNAM:  -- going to be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205069

USA_00022280

Case 2:13-cv-00193  Document 663-30  Filed on 11/11/14 in TXSD  Page 60 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 38 of 231
House Elections Committee Hearing                    February 28, 2007

60

```
 1     drawn from a population base that -- with noncitizens
 2     because --
 3               REPRESENTATIVE BROWN:  Correct.
 4               REPRESENTATIVE BURNAM:  -- because we made
 5     a conscious decision to change where we draw our jury
 6     pool from.  We used to do it from the --
 7               REPRESENTATIVE BROWN:  Okay.
 8               REPRESENTATIVE BURNAM:  -- registered
 9     voter list.
10               REPRESENTATIVE BROWN:  And my story --
11               REPRESENTATIVE BURNAM:  -- and it was
12     determined that --
13               REPRESENTATIVE BROWN:  -- came from a
14     judge -- a court at law judge who shared with me that
15     they had more and more people showing up because they've
16     been summoned to serve on juries --
17               REPRESENTATIVE BURNAM:  Right.  So but --
18               REPRESENTATIVE BROWN:  -- and assuming
19     they were -- they were citizens and they weren't.
20               REPRESENTATIVE BURNAM:  You know, we all
21     learn things at different times, and it's amazing to me
22     how many people in our community are in responsible
23     positions and they don't know that we've changed that.
24     A number of years ago, I think it's been over
25     10 years -- There's a reason why we draw the jury from
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205070

USA_00022281

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 61 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 39 of 231
House Elections Committee Hearing                    February 28, 2007

61

```
 1      the driver's license pool because, frankly, you were
 2      having people not registering to vote because they
 3      didn't want to risk this responsibility of citizenship.
 4      We wanted to be able to capture a larger audience of
 5      eligible people serve.  Unfortunately, which is -- we
 6      had a growing population that has both a driver's
 7      license and are not citizens, so it's -- really, isn't
 8      it up to the responsibility of the court administrators
 9      to distinguish between those who are eligible to serve
10      on a jury and those who simply have a driver's license?
11               REPRESENTATIVE BROWN:  What we need is
12      people to have to prove citizenship in order to register
13      to vote, but that's not going to happen immediately.
14               REPRESENTATIVE BURNAM:  Okay.
15               REPRESENTATIVE BROWN:  I hope that -- this
16      session, but immediately, we could have in our very next
17      election requiring our citizen -- our registered voters
18      when they show up to vote to prove they are who they say
19      they are, and that's not difficult to do.
20               REPRESENTATIVE BURNAM:  But the example of
21      the problem that you've offered up is not accurate, am I
22      correct?  The problem that you offered up is related to
23      jury pools, not related to people that are going to
24      vote.
25               REPRESENTATIVE BROWN:  You may be true --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007400

TX_00205071

USA_00022282

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 62 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 40 of 231
House Elections Committee Hearing                    February 28, 2007

62

```
 1    That may be true.

 2                 REPRESENTATIVE BURNAM:  I believe it is,

 3    and what can I say?

 4                 CHAIRMAN BERMAN:  Mr. Burnam, if I may

 5    intervene, driver's licenses are controlled by DPS and

 6    our voter registration is controlled by counties and the

 7    district clerk who actually calls juries, and I still

 8    believe that they're called by voter registration card,

 9    and I think Mr. King has a comment on it.

10                 REPRESENTATIVE KING:  Yeah, and it is kind

11    of confusing and Lon is right.  About six years ago,

12    they did decide -- six, seven years ago, they did decide

13    that you could use driver's licenses as a jury pool, but

14    it was never deleted that you could also use the

15    registered voter, so most counties draw from both.  They

16    will have a registered voters' pool and it's merged with

17    a driver's license pool, and they will draw from both.

18                 There was just a Supreme Court special

19    task force that looked -- that looked at this for the

20    state bar.  In fact, the ABA has had a recommendation

21    out that you merge as many lists as possible from which

22    to draw so you get a larger jury base, and the -- the

23    Supreme Court just had a task force that has come out

24    and recommended, if I understand it right, full merger

25    votes for every county so that you're drawn from
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007401

TX_00205072

USA_00022283

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 63 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 41 of 231
House Elections Committee Hearing                    February 28, 2007

63

```
 1      driver's licenses and from voter registration, but,

 2      currently, it is still law that you can draw from both

 3      and many, if not most, counties do that.

 4                  REPRESENTATIVE BROWN:  Well, that explains

 5      why my county court at law judge -- I know it's been

 6      less than two years ago that she shared that story

 7      because that increasingly they were seeing these people

 8      show up that say I don't know why I was summoned.

 9                  REPRESENTATIVE KING:  And, in fact, in

10      Bexar County in between 2003 and '05, they had 41

11      different instances where people came from jury service

12      and it was identified that they were not a US citizen,

13      but they were a registered voter and that's what had

14      drawn them there.  There were 300 -- actually, were 300

15      instances of people being registered that were not yet

16      citizens.  41 of those were discovered at jury duty and

17      from the registered voting, but the voters

18      registration --

19                  REPRESENTATIVE BROWN:  Well, this is a

20      privilege that should be protected.

21                  CHAIRMAN BERMAN:  Thank you Chairman King.

22      Any other questions, Chairman Brown?  Yes.  Mr. Anchia?

23                  REPRESENTATIVE ANCHIA:  Just a technical

24      question.  You said voting is a privilege.  Is it not a

25      right?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205073

USA_00022284

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 64 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 42 of 231
House Elections Committee Hearing                          February 28, 2007

64

1              REPRESENTATIVE BROWN:  It is a right.

2              REPRESENTATIVE ANCHIA:  Okay.

3              REPRESENTATIVE BROWN:  But I also consider

4      it a privilege, absolutely.

5              REPRESENTATIVE ANCHIA:  Okay.  Thank you.

6      Be.

7              CHAIRMAN BERMAN:  Okay.  Thank you, Betty.

8              REPRESENTATIVE BROWN:  It's a right for a

9      citizen, and it should be for a citizen only.

10             CHAIRMAN BERMAN:  Thanks, Betty.

11             REPRESENTATIVE BROWN:  Thank you,

12     Mr. Chairman.  Thank you.

13             CHAIRMAN BERMAN:  The chair lays out House

14     Bill 626 and calls on Chairman King to present the bill.

15             REPRESENTATIVE KING:  Thank you.  Thank

16     you, Mr. Chairman and members.  My bill's probably a lot

17     like Betty's.  In September of 2005, the bipartisan

18     Carter/Baker commission on election reform issued a big

19     long report -- I've got a copy of it here -- entitled

20     Building Confidence in Elections, and it made a number

21     of recommendations, and HB626 drives a fork right to

22     those recommendations for Texas.  One is to require a

23     confirmation of US citizenship at the time you register

24     to vote and the second is to require a photo ID at the

25     time that you are voting.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205074

USA_00022285

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 65 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 43 of 231
House Elections Committee Hearing                    February 28, 2007

65

1            I mean, clearly, the fraud of noncitizens

2       participating in our election system flies in the face

3       of both the US constitution and the Texas constitution

4       which reserves that right to vote only to citizens, and,

5       moreover, on election codes, state election code

6       requires you to be a US citizen to vote.

7            In a couple of -- We looked to see for a

8       couple of examples where this was occurring, and I know

9       on June 22nd, 2006 in Harris County, the tax

10      assessor/collector and voter registrar testified before

11      the US House Administration Committee that in 2005 he

12      identified at least 35 foreign nationals who either

13      applied for or -- or received voter registration cards.

14      More concern between 2003 and '05 -- I misstated this a

15      minute ago, and I apologize Mr. Burnam.

16           In Bexar County, 303 people were removed

17      from the voter rolls in Bexar County because they were

18      not US citizens, and before being canceled they found

19      that 41 of those had actually cast ballots in bond

20      elections, runoff primaries and general elections that

21      were not US citizens.  Sometimes say, well, but it's

22      such a small number.  Does that really make a

23      difference?  And, you know, I just draw your memory back

24      to the Talmadge Heflin/Herbert Vo election, which

25      Herbert Vo -- sorry -- a year ago election which was



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007404

TX_00205075

USA_00022286

1    held here, and we had an election contest that rose all

2    the way to the level of the Texas House.  That election

3    was decided by 33 votes initially, and if I remember

4    right, after the house review and dropping down to, I

5    think, 30 votes difference, so every vote counts.

6              Also, Todd Baxter and Kelly White in a --

7    in a primary -- neither one of them are with us, but in

8    a primary there was out of 34,000 votes cast Republican

9    and approximately 34,000 votes Democrats, almost 70,000

10   votes, the election was decided by a mere 147 vote

11   difference.

12             REPRESENTATIVE BURNAM:  You meant in a

13   general election?

14             REPRESENTATIVE KING:  In a general.  I'm

15   sorry.  Did I say primary?  I'm sorry.  I wish primaries

16   would elect it, but, anyhow, 147 votes out of almost

17   70,000, and so every vote does count.  We saw on our own

18   last election cycle how most of the races -- how some of

19   the races were.

20             HB626 proposes to require citizenship

21   verification starting on all new registrations that take

22   place after September '07.  Verification will be done by

23   submission of either a certified copy of a birth

24   certificate or US passport being submitted with

25   registration application.  Currently, the DPS doesn't



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

EsQUIRE
DEPOSITION SOLUTIONS

JA_007405

TX_00205076

USA_00022287

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 67 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 45 of 231
House Elections Committee Hearing                    February 28, 2007

67

```
 1      check citizenship when issuing a driver's license as
 2      Mr. Burnam pointed out, but effective January '08, when
 3      the Federal Real ID Act applies to Texas, the DPS will
 4      begin verification of citizenship when you get your
 5      driver's license and that will in essence require
 6      citizenship to register to vote under our motor voter
 7      statute already in place, will also provide anyone
 8      that's taking registered voters with an automatic way to
 9      verify citizenship when they are registering someone,
10      simply check their -- their Texas driver's license which
11      most -- most Texans of voting age have.
12                  Additionally, as recommended by the
13      Carter/Baker commission, HB626 would require voters to
14      show a picture ID when they appear to vote and
15      implements it in such a manner that it will avoid the
16      legal challenges that other states have faced in
17      implementing the recommendation.  The requirement to
18      show a picture ID under 626 for -- will not require a
19      specific type of ID.  I think that IDs are just a part
20      of our society today at all levels for simple
21      transactions.  It's prevalent throughout any commerce in
22      our society.  For example, you have to show an ID to
23      rent a DVD, to check out a library book or an airplane,
24      buy tobacco.  Even to join a retail Sam's Club you have
25      to have some kind of ID that you show, and I think it's
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007406

TX_00205077

USA_00022288

68

1    -- and to purchase certain cold medications, now you

2    have got to present a valid ID, and I think it's -- if

3    -- if voting as -- it rises at least to the level of

4    buying a decongestant at the drugstore in terms of

5    determining who someone is.

6                    CHAIRMAN BERMAN:  I think that was my

7    fault, Chairman King.

8                    REPRESENTATIVE KING:  I do --

9                    CHAIRMAN BERMAN:  House Bill 163.

10                   REPRESENTATIVE KING:  I -- My Drixoral is

11   still a issue, but I forgive you.  Our election system

12   cannot inspire public confidence if no safeguards exist

13   to deter or protect fraud or to confirm the identity of

14   voters.  Bottom line, this is a recommendation of a

15   bipartisan commission.  It incorporate in a manner that

16   is legally defensible.  It simply requires proof of

17   citizenship when you register to vote and then -- and

18   simply requires a Voter ID of some type when you come to

19   vote.

20                   CHAIRMAN BERMAN:  Members, questions?

21   Mr. Bohac?

22                   REPRESENTATIVE BOHAC:  Phil, I have a

23   question for you.  Are you aware that Alabama, Arizona,

24   Colorado, Delaware, Florida, Georgia, Kentucky,

25   Louisiana, Hawaii, Montana, North Dakota and South



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205078

USA_00022289

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 69 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 4 of 231
House Elections Committee Hearing                    February 28, 2007

69

 1          Dakota all require proof of identification to vote and

 2          that the voter registration card is not considered an

 3          acceptable form of ID?

 4                    REPRESENTATIVE KING:  Do tell.

 5                    REPRESENTATIVE BOHAC:  Well, they are.  My

 6          point is that we would not be -- this is not new

 7          ground-breaking land that we're treading on, so I think

 8          we'll be joining the company of other states, and, by

 9          the way, of the -- of the states I just mentioned, six

10          of them are covered by Section 5 of the voting rights

11          act.  So, anyway, I think -- I think Voter ID is a good

12          bill.

13                    REPRESENTATIVE KING:  I was very concerned

14          about this being legally defensible, and -- and I relied

15          a lot on my chief clerk and general counsel in the

16          regulated industries committee who is formerly the

17          general counsel to the Secretary of State and knows

18          the -- knows the election law backward and forward, and

19          we spent a lot of time under his consultation with --

20          and he actually drafted this bill initially, and, in

21          fact, he probably would be a good expert witness if

22          anybody wanted to call him up here.  But -- But I'm

23          convinced it's legally defensible.  We've looked at the

24          other places where there have been challenges around the

25          country, and we believe we have -- we have drafted



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007408

TX_00205079

USA_00022290

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 70 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 48 of 231
House Elections Committee Hearing                    February 28, 2007

70

1    around those.

2              CHAIRMAN BERMAN:  Members, any other

3    questions?  Mr. Anchia?

4              REPRESENTATIVE ANCHIA:  Mr. -- Mr. --

5    Chairman King.  Excuse me.  Thank you for bringing this

6    bill to the committee.  I noticed one thing that was

7    interesting in your testimony.  You said this would only

8    apply to new voter registrations.

9              REPRESENTATIVE KING:  Right.

10              REPRESENTATIVE ANCHIA:  Can you -- Can you

11    talk about that and just point out to me in the bill

12    where that is?

13              REPRESENTATIVE KING:  I'll have to read

14    where it is, but it -- oh, it would be the effective

15    date portrayed here.  Okay.  I think -- I think the

16    logic works like this.  You do not have to present proof

17    of citizenship until you register beginning 2007, so

18    there is no requirements date.  Any time anybody

19    registers after September 1st, 2000 -- Sorry it took me

20    a while to get this.  Any time anyone registers after

21    September 1st, 2007, when they go to register, they --

22    they are going to have to present a -- a valid proof of

23    citizenship.

24              REPRESENTATIVE ANCHIA:  Okay.  I -- I

25    thought -- I thought the -- the new voters related to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007409

TX_00205080

USA_00022291

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 71 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 49 of 231
House Elections Committee Hearing                    February 28, 2007

71

1    people being grandfathered in who have, for example,

2    previously --

3                    REPRESENTATIVE KING:  For example, you'll

4    never have to show unless you've got a reregistered

5    voter -- If you have to register to vote again, you'll

6    have to still prove citizenship.

7                    REPRESENTATIVE ANCHIA:  But I thought this

8    related to the Voter ID requirement that people who have

9    been previously registered, by the time certain would

10   not have to present Voter ID at a -- at a polling

11   location.  That was my understanding of -- of --

12                   REPRESENTATIVE KING:  If -- Two parts.  If

13   you register to vote after September 1st, 2007, you got

14   to show proof of citizenship.  Hopefully that will be by

15   simply showing your driver's license under the Real ID

16   Act.

17                   REPRESENTATIVE ANCHIA:  Right.

18                   REPRESENTATIVE KING:  When you go to vote,

19   you are going to have to present your voter registration

20   card as we all do, and along with it some form of photo

21   identification.

22                   REPRESENTATIVE ANCHIA:  Do you have to

23   present both or can you just present a -- a --

24                   REPRESENTATIVE KING:  Well --

25                   REPRESENTATIVE ANCHIA:  -- a picture ID?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007410

TX_00205081

USA_00022292

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 72 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 50 of 231
House Elections Committee Hearing                    February 28, 2007

72

1    REPRESENTATIVE KING:  You would have to

2    present a picture ID.  Now, we all know that if you

3    don't have your Voter ID there, they'll let you show

4    your driver's license today, just some form of photo ID

5    to show who you are, and I'm assuming that was to

6    continue.

7    UNIDENTIFIED SPEAKER:  (Inaudible.)

8    REPRESENTATIVE KING:  But if -- But if you

9    appear and you have your photo ID, as you always have,

10   you'll be able to vote.

11   REPRESENTATIVE ANCHIA:  One of the --

12   REPRESENTATIVE KING:  What you are

13   supposed to do is present your voter card registration,

14   and then if you don't have your registration today,

15   they'll check your photo ID.

16   REPRESENTATIVE ANCHIA:  Would you be --

17   Would you be amenable to an amendment to the bill that

18   would grandfather people in from having to show a photo

19   identification, for example, people who are used to

20   voting just with their voter registration card for 30,

21   40, 50 years?

22   REPRESENTATIVE KING:  No.

23   REPRESENTATIVE ANCHIA:  Okay.

24   REPRESENTATIVE KING:  I just think that --

25   and I -- And I appreciate the -- where you're coming



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007411

TX_00205082

USA_00022293

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 73 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 81 of 231
House Elections Committee Hearing                    February 28, 2007

73

1       from, but I -- a photo ID in 2007, some form of photo

2       ID, is just required for everything.  And I think it's a

3       very, very, very small thing to ask if someone wants to

4       exercise the amazing right we have to votes.  I just

5       think it's a very small sacrifice to have to get one, if

6       you don't -- if you don't have one, which is rare in and

7       of itself.

8               REPRESENTATIVE ANCHIA:  We'll probably

9       hear testimony today that upwards of about 2 million

10      Texans are in a position that they don't have it, but I

11      do appreciate --

12              REPRESENTATIVE KING:  Is a fact that is

13      greatly in dispute.

14              REPRESENTATIVE ANCHIA:  Okay.  Okay.  And

15      one final question.  One of the things with respect to

16      proving citizenship that is -- it's just difficult.  And

17      I like you in trying to balance sort of expansion of the

18      franchise versus integrity of the system.  I think

19      that's your goal in doing that in this bill, and in --

20      in requiring people to prove citizenship when they

21      register to vote, I worry that -- that the laundry list

22      of things that you have here, the three things

23      specifically, would make it difficult for people to

24      register.  I don't -- I tend to think that people

25      usually don't carry around their passport, their --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007412

TX_00205083

USA_00022294

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 74 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 52 of 231
House Elections Committee Hearing                    February 28, 2007

74

 1     their birth certificate or citizenship papers.  I would

 2     venture to say that that's probably the exception rather

 3     than the rule.  Do you worry at all about curtailing the

 4     franchise?

 5                    REPRESENTATIVE KING:  No.  In fact, I

 6     had -- you know, I just got went through losing my

 7     Social Security card, and I had to go get a birth

 8     certificate to -- to even get a Social Security card.

 9     And if someone can get a Social Security card and it's

10     required to have a birth certificate, it's not that much

11     more difficult to have one available when you register

12     to vote.

13                    REPRESENTATIVE ANCHIA:  But you think

14     people carry them around like when they go and get --

15                    REPRESENTATIVE KING:  No, but, you know --

16                    REPRESENTATIVE ANCHIA:  -- and -- and get

17     registered to vote at voter registration drives and

18     stuff like that?

19                    REPRESENTATIVE KING:  No.  But, you know,

20     I didn't carry mine around when I had to get a Social

21     Security card, but I needed to go get a Social Security

22     card, so I went and got a birth certificate, which is

23     really easy to get from your county clerk's office now

24     because they just -- you just give them your name and

25     they print it out.  It's not a search and find thing,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205084

USA_00022295

Case 2:13-cv-00193  Document 663-30  Filed on 11/11/14 in TXSD  Page 75 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 53 of 231
House Elections Committee Hearing                    February 28, 2007

75

1    and, you know, just like I had to go get a birth
2    certificate to -- to get that Social Security card, and
3    I had to get one to get my passport a while back.  I've
4    got to go get a -- get a birth certificate to register
5    to vote.  It's a minor thing.
6                    REPRESENTATIVE ANCHIA:  Okay.
7                    CHAIRMAN BERMAN:  Members, any other
8    questions?  Chairman King, thank you.
9                    REPRESENTATIVE KING:  Thank you, and for
10   better or worse, my Republican women are in town
11   tonight, and I was supposed to be at dinner with them a
12   little while ago, and if you don't mind, I will go ahead
13   and leave and then would you mind closing for me?
14                   CHAIRMAN BERMAN:  I'll be very happy to do
15   that.
16                   REPRESENTATIVE KING:  Thank you, Chairman.
17                   CHAIRMAN BERMAN:  Thank you.  Sorry we've
18   kept you this long.  The chair calls -- calls up House
19   Bill 101 by Representative Riddle, who's had a very busy
20   day today.
21                   REPRESENTATIVE RIDDLE:  Thank you,
22   Mr. Chairman and members of the committee, and I think
23   that we've all had a very busy day today.  House Bill
24   101, we're talking about Voter ID, and we've got three
25   bills before us, all of which are quite similar.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205085

USA_00022296

Case 2:13-cv-00193  Document 663-30  Filed on 11/11/14 in TXSD  Page 76 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 54 of 231
House Elections Committee Hearing                          February 28, 2007

76

1            I would like to start out by saying that
2    I've got a ton of anecdotal stories I'm not going to
3    tell my husband who is chairman of the Ballot Security
4    Committee or the Harris County Republican party for a
5    while, and we do need ballot security.  In 1989, the US
6    Supreme Court wrote that, "A state indisputably has
7    compelling interest in preserving the integrity of its
8    election process."  This is the basic purpose behind
9    House Bill 101.  The attempt to protect every citizen's
10   right to vote.  The operative word here is citizen.  The
11   other operative here is right.  I would also add
12   privilege.

13           Of course, throughout the process it is
14   important to make sure that no one is disenfranchised by
15   the voting process.  It may be slightly less convenient,
16   but the power of the vote is worth protecting and it is
17   certainly worth taking 10 minutes to find the proper ID
18   to go before you vote.

19           I would like to add as a daughter of a
20   Marine that there are those who have fought and died and
21   continue to fight and die for our freedom to vote.  It
22   would be disrespectful to their courage and to their
23   memory if we allow our ballot box to be compromised, and
24   I don't apologize for the passion that I feel regarding
25   that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007415

TX_00205086

USA_00022297

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 77 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 55 of 231
House Elections Committee Hearing                    February 28, 2007

77

 1              This bill does two things.  First, it

 2    requires that you must prove citizenship when you

 3    register to vote.  Ways to prove citizenship, one,

 4    provide copy of a birth certificate.  Again, not hard to

 5    get.  US citizenship papers and unexpired US passport

 6    issued to the applicant.  Second, it says that in order

 7    to vote, you must submit one form of photo ID or two

 8    forms of non-photo ID.  Let me give you a few examples

 9    of photo ID.  Driver's license, can even be from an out

10    of state if it's valid and unexpired, a military ID,

11    employee ID card that has your picture on it, US

12    certificate that contains the person's photograph,

13    student ID with a picture on it, concealed handgun

14    license and others.

15              The bill also mandates that the DPS issue

16    a free photo ID for those who sign an affidavit saying

17    that they are indigent.  If they're registered to vote,

18    are they eligible to be registered to vote.  If you

19    don't have your ID, you can still submit a provisional

20    ballot and that ballot will be counted and confirmed if

21    you provide proper ID to register within a 5-day period.

22              Other states have similar laws.  19 states

23    currently have laws requiring either a -- a photo ID or

24    a non-photo ID to vote.  Arizona is one of them.  Two

25    states, Florida and Indiana, have states mandating only



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007416

TX_00205087

USA_00022298

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 78 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 80 of 251
House Elections Committee Hearing                    February 28, 2007

78

1    a photo ID.  Georgia and Missouri have both had their ID
2    laws struck down.  However, Georgia's was because they
3    charged for their ID and that was an obvious oversight
4    that we here in Texas have corrected.  It was considered
5    tantamount to a poll tax.  But that is not going to be a
6    situation in any of the these -- three bills which are
7    going before you.

8                    Arizona's law was enjoined by the
9    Ninth Circuit Court of Appeals that they issued no
10   finding or reasoning, and as a result, the US Supreme
11   Court -- they headed that ruling.  US Supreme Court did
12   not make any final decisions on the issue, but they did
13   seem to indicate that they felt like Arizona's law
14   provided plenty of outs for those who did not have a
15   photo ID and our bill does the same.  Our bill is
16   actually patterned after Proposition 200 in Arizona.

17                   It also is basically patterned after the
18   bill that our good friend State Representative -- former
19   State Representative Mary Denny presented last session.
20   My bill replicates her bill to a large extent with the
21   various amendments that she accepted to that bill.  I
22   feel like that her bill was quite a good one, and I
23   think that it is incumbent on us as elected officials to
24   preserve the integrity of our ballot box, and it would
25   be irresponsible to allow that ballot box to -- to be



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007417

TX_00205088

USA_00022299

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 79 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 57 of 231
House Elections Committee Hearing                    February 28, 2007

79

1    compromised in any way.  That has everything to do with

2    our freedoms.

3                    CHAIRMAN BERMAN:  Members, any questions?

4    Mr. Bohac?

5                    REPRESENTATIVE BOHAC:  Debbie, you know,

6    you were saying it takes about 10 minutes to find the

7    driver's license or whatever.  I think the harder part

8    of voting is finding that cotton-picking voter

9    registration card.  I think keeping your driver's

10   license handy is the easy part.  I don't know about you,

11   but I have to run around the house or rifle through my

12   car looking for that voter registration card.  I think

13   we're getting -- we've got this out of whack.  I

14   wouldn't mind not even having to present a voter

15   registration card and making the driver's license the

16   voter registration card.  I mean, then you wouldn't have

17   to find two forms of things because, really, I don't

18   know of anyone including my parents, especially who know

19   where they keep that voter registration card, but

20   99.9 percent of us know exactly where we keep our

21   driver's license or TDL license.

22                    REPRESENTATIVE RIDDLE:  I think there's a

23   lot to be said for that.  However, there -- with the

24   Real ID -- Federal ID Act that has come in regarding our

25   driver's license, I think that this is going to have a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007418

TX_00205089

USA_00022300

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 80 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 58 of 231
House Elections Committee Hearing                    February 28, 2007

                                                              80

1       lot to say in showing proof of citizenship.

2                   CHAIRMAN BERMAN:  Members, any other

3       questions?  Mr. Anchia?

4                   REPRESENTATIVE ANCHIA:  Thank you, Madam

5       Chair.  I had a -- a quick question.

6                   REPRESENTATIVE RIDDLE:  Thank you for the

7       promotion, but I'm not a chairman.

8                   REPRESENTATIVE ANCHIA:  Oh, well --

9                   REPRESENTATIVE RIDDLE:  But I am on

10      appropriations.

11                  REPRESENTATIVE ANCHIA:  I do -- I do it

12      and I do it because -- because everybody is kind of in a

13      current chair or past chair or something like that, so I

14      err on the side of safety.

15                  REPRESENTATIVE RIDDLE:  Thank you very

16      much.

17                  REPRESENTATIVE ANCHIA:  I think I'm the

18      only guy who never had been one or the other, but -- but

19      I had a quick question about the bill.  What are

20      citizenship papers?  What would qualify?

21                  REPRESENTATIVE RIDDLE:  Well, if you have

22      acquired citizenship, and I think that there's -- I

23      don't know about me or, Mr. Chairman, if there --

24                  CHAIRMAN BERMAN:  Birth certificates and

25      naturalizations.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007419

TX_00205090

USA_00022301

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 81 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 59 of 231
House Elections Committee Hearing February 28, 2007

81

1    REPRESENTATIVE RIDDLE:  Yeah.

2    Immigration, naturalization, I think does give you some

3    type of papers.  I've not gone through that, so I

4    don't --

5    REPRESENTATIVE ANCHIA:  Do you know what

6    it's called?  I mean, because here you have -- you have

7    a birth certificate which qualifies clearly, and you

8    have a passport.  I just don't know if --

9    REPRESENTATIVE RIDDLE:  Basically --

10    REPRESENTATIVE ANCHIA:  -- if citizenship

11    papers had a particular name or anything like that.

12    REPRESENTATIVE RIDDLE:  Basically --

13    Basically anything that would give you a passport.

14    REPRESENTATIVE ANCHIA:  Okay.  Okay.  What

15    percentage of people have passports in Texas; do you

16    know?

17    REPRESENTATIVE RIDDLE:  I don't know.  I

18    would suspect quite a few.  Quite a few here in Texas, I

19    would guess.

20    REPRESENTATIVE ANCHIA:  The numbers I've

21    seen nationwide are anywhere between 7 to 21 percent of

22    the entire population, and I don't know which one of

23    those two numbers is good.  Do you worry at all about

24    restricting the ability of people to -- to register to

25    vote?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007420

TX_00205091

USA_00022302

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 82 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 60 of 231
House Elections Committee Hearing                    February 28, 2007

82

1              REPRESENTATIVE RIDDLE:  Absolutely not.

2              REPRESENTATIVE ANCHIA:  Okay.

3              REPRESENTATIVE RIDDLE:  And let me tell

4      you why if you're interested.

5              REPRESENTATIVE ANCHIA:  I am.  I am.

6              REPRESENTATIVE RIDDLE:  I believe that the

7      right to vote is also a privilege.  People have gone to

8      war.  They have fought, they have died in order to

9      preserve our freedom and to preserve our right to vote.

10     For us to complain and say that it's a little too

11     inconvenient to do this or it's a little too

12     inconvenient to do that, well, exactly how inconvenient

13     has it been for our men and women who have fought, bled,

14     died and for those that survived come home with massive

15     injuries?  Are we going to tell them it's just too

16     inconvenient?  I don't think so.  And our freedom is too

17     valuable.  It is too significant.  It is too precious

18     for us to be big old babies and whine and complain about

19     a little bit of inconvenience.

20              As for me, let me tell you, I think that

21     there's no amount of inconvenience that is too much

22     trouble for us to maintain the integrity of our

23     ballot -- of our ballot box because when this ballot box

24     is compromised, then your freedom is compromised and the

25     freedom of my grandchildren, and I'm not going to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007421

TX_00205092

USA_00022303

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 83 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 61 of 231
House Elections Committee Hearing                    February 28, 2007

83

```
 1    sacrifice that.
 2                    REPRESENTATIVE ANCHIA:  I appreciate that.
 3    That was a terrific -- That was a terrific analysis, and
 4    I totally agree with you that the sacrifice here of our
 5    young men and women in -- in active duty and those who
 6    have lost lives is important.  I also believe that the
 7    right to vote is an important right, and I hope -- I
 8    hope you didn't think I was whining about inconvenience
 9    because that wasn't the -- the purpose of my question.
10                    My question was, do you think it will be
11    harder for people to vote when you make it harder for
12    people to prove citizenship?  Do you think --
13                    REPRESENTATIVE RIDDLE:  I think it's going
14    to be harder for noncitizens to vote.
15                    REPRESENTATIVE ANCHIA:  But do you
16    think -- you think US citizens who need to provide these
17    documents might have a tougher time voting?  That really
18    is the essence of my question, and, again, I do respect
19    you very much and I respect our men and women who have
20    served, including the chairman, but I'm just trying to
21    get at a fundamental tension that we have between
22    exercise of the franchise, which as you correctly
23    suggest is a right that we have and that men and women
24    have died for, and that right is very, very precious and
25    what kind of restrictions we place on the exercise of
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205093

USA_00022304

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 84 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 62 of 231
House Elections Committee Hearing                    February 28, 2007

84

1          that franchise for US citizens that want to -- that want

2          to exercise it, and that really --

3                          REPRESENTATIVE RIDDLE:  Let me share.

4                          REPRESENTATIVE ANCHIA:  -- that really is

5          the -- the crux of my question.

6                          REPRESENTATIVE RIDDLE:  Let me share with

7          you -- And your question is a fair question, and I

8          respect you as well, and I certainly didn't mean to

9          imply that you were whining.  The -- And especially

10         after you called me madam chairman, I sure don't want to

11         be doing that.

12                         REPRESENTATIVE ANCHIA:  Madam double

13         chairman, triple chairman.

14                         REPRESENTATIVE RIDDLE:  Before the rubber

15         hits the road, this is about real people, real freedom,

16         real life, real America.  The people in my district --

17         And that's the ones I know the best who are part of our

18         greatest generation, when this discussion -- when they

19         have become a part of this discussion -- and those are

20         our World War II veterans, and my dad passed away, but

21         may dad was one of them.  My dad fought on Iwo Jima.  If

22         my daddy were here today, he'd probably make mince meat

23         out of anybody that disagreed with him.  But the -- But

24         they want to make sure that that ballot is secure.  They

25         are also the ones that would likely as not be the most



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007423

TX_00205094

USA_00022305

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 85 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 83 of 231
House Elections Committee Hearing                              February 28, 2007

85

 1    inconvenienced.

 2              So the people who are our greatest

 3    generation, those that would be -- would find it the

 4    most difficult and be most inconvenienced are the very

 5    ones that are adamant about securing our ballot, about

 6    having photo ID, about not compromising the integrity of

 7    the ballot box and for dead sure making sure that only

 8    American citizens are the ones that are casting the

 9    vote, and they're the people that I think that we should

10    hold in highest distinct and honor their wisdom, honor

11    their sacrifice and honor the legacy that they have

12    given to us.

13              REPRESENTATIVE ANCHIA:  And I appreciate

14    that, madam triple chair.  That -- I have constituents

15    who also fought in World War II.  My late father-in-law

16    was a tail gunner on a B26.  He flew an inordinate

17    number of missions over Italy and Germany.  I --

18              REPRESENTATIVE RIDDLE:  And tell him thank

19    you from us.

20              REPRESENTATIVE ANCHIA:  Well, he's passed

21    away, but, yes, I certainly do hold him in high regard,

22    and I hold the World War II veterans and the Vietnam

23    veterans and the Korean veterans that I -- that I

24    represent in District 103 in very high regard.  Many of

25    them have been voting for 40 and 50 years with -- with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007424

TX_00205095

USA_00022306

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 86 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 84 of 231
House Elections Committee Hearing                    February 28, 2007

86

1    their voter registration card, and they've expressed to

2    me concern about this type of -- this type of

3    requirement because many of them don't drive.  Many of

4    them don't have utility bills in their name because they

5    live with persons who, for example, may be their

6    siblings.  They live in homes.  It makes it a little bit

7    more difficult for them, so that's why I'm asking you

8    these questions, and I believe you have sincere --

9    sincere intentions in your bill, and I have sincere

10   intent in trying to articulate some of the concerns of

11   the World War II veterans, the Korean veterans, Vietnam

12   veterans, Desert Storm veterans that I represent.  So I

13   appreciate -- I appreciate this dialogue.

14             REPRESENTATIVE RIDDLE:  Thank you, and I

15   appreciate the dialogue as well, and I appreciate your

16   concerns.

17             REPRESENTATIVE ANCHIA:  Thank you.

18             REPRESENTATIVE RIDDLE:  Thank you,

19   Mr. Chair.  If there's not any other questions --

20             CHAIRMAN BERMAN:  I don't see any.

21             REPRESENTATIVE RIDDLE:  -- I will close.

22             CHAIRMAN BERMAN:  We'll start calling on

23   our witnesses.  Thank you, Chairman Riddle.

24             REPRESENTATIVE RIDDLE:  Oh, should I

25   reserve the right to close after the witnesses?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007425

TX_00205096

USA_00022307

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 87 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 65 of 231
House Elections Committee Hearing                    February 28, 2007

87

 1                    CHAIRMAN BERMAN:  I'm going to let you
 2     close.
 3                    REPRESENTATIVE RIDDLE:  Thank you.
 4                    CHAIRMAN BERMAN:  You don't have to
 5     reserve it with me.
 6                    REPRESENTATIVE RIDDLE:  Thank you.
 7                    CHAIRMAN BERMAN:  I'm going to let you
 8     close.  All right.  The chair calls Russ Duerstine.  Is
 9     it Duerstine?  Duerstine.  He is for the bill, all three
10     bills and he will not testify.  The chair calls Jodi
11     Park.  Jodi, are you here?  Jodi is not going to
12     testify.  She registers against all three bills.  The
13     chairs calls Tina Benkiser.  Tina, will you state your
14     name and tell us who you are representing?
15                    MS. BENKISER:  Yes, sir, I will.  My name
16     is Tina Benkiser.  I'm here on behalf of myself as an
17     individual and, also, in my capacity as chairman of the
18     Republican party of Texas, which is a volunteer
19     position.  Thank you, Mr. Chairman and thank you
20     members.  I know that it's been a long day, and I'll try
21     to keep my remarks short.  I do appreciate the
22     opportunity to testify.
23                    I'm here to talk about election integrity,
24     specifically, safeguarding the people's right to govern
25     themselves.  I think America's strength is our people



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007426

TX_00205097

USA_00022308

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 88 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 88 of 231
House Elections Committee Hearing                    February 28, 2007

88

1     and their right to choose leaders of their government.

2     I think requiring a photo ID to vote will go a long way

3     in helping ensure fair elections.  I know you are

4     considering several bills here that would require a

5     voter to present a photo ID in order to vote, to make

6     sure that the person casting the vote in the voting

7     booth is the same qualified registered voter that's

8     actually listed in the poll book.

9               In this age, there are 40 million

10    Americans who move every year.  Here alone in Texas, we

11    have 12.9 million registered voters.  Election judges

12    just simply cannot know everyone that comes to the

13    polls, especially in urban areas.  So it's just common

14    sense that presenting a photo ID to vote that matches

15    the poll book will better protect voter's rights.

16              What makes no sense is that I'd be

17    required to have a photo ID to rent Animal House at my

18    local video store and, yet, I can present the envelope

19    from -- for my water bill to vote.  Isn't voting on who

20    runs our government at least as important as my ability

21    or any citizen's ability to rent a movie?

22              Photo ID legislation really should be a

23    bipartisan slam dunk.  One national poll showed that

24    82 percent of all voters, including three of every four

25    Democrats, support using a government issued photo ID at



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205098

USA_00022309

Case 2:13-cv-00193  Document 663-30  Filed on 11/11/14 in TXSD  Page 89 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 87 of 231
House Elections Committee Hearing                          February 28, 2007

89

1    the polls.  In the last primary election, Texas

2    Republicans overwhelmingly passed a ballot initiative of

3    calling for photo ID to vote by 88 percent.  Moreover,

4    in a bipartisan commission on Federal election reform

5    co-chaired by former President Jimmy Carter and former

6    Secretary of State James Baker, the third recommended

7    requiring a photo ID to vote, and I think that's

8    probably been put into testimony or evidence by

9    Representative King earlier.

10            So I'll just say that to ensure public

11    confidence in the election process, every qualified

12    citizen must be allowed to vote, and they must be

13    allowed to have their vote counted.  Supporting Federal

14    ID legislation is the only responsible thing to do, and

15    I think is indeed necessary to protect liberty and

16    justice for all.  Thank you so much.

17            CHAIRMAN BERMAN:  Members, questions?

18    Mr. Anchia?

19            REPRESENTATIVE ANCHIA:  Ms. Benkiser,

20    thanks again for your testimony.  I appreciate you

21    waiting as long.  I'll be very, very brief.  You just

22    stated and I think very appropriately that every

23    qualified citizen should have the right to vote.  I

24    agree with you.  I think that's among the most important

25    rights.  Again, the intention of my concern is whether



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205099

USA_00022310

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 90 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 68 of 231

House Elections Committee Hearing                    February 28, 2007

90

1       we're restricting the franchise, and, specifically, my

2       concern is about -- is about the voter registration,

3       having to prove you're a citizen to be a registered

4       voter, and you'll probably agree with me that your

5       testimony here today is an important right.  I think it

6       forms part of your right to address the government,

7       right?  I mean, that is an important right.

8                   MS. BENKISER:  Absolutely.

9                   REPRESENTATIVE ANCHIA:  Yeah.  In your

10      right to speech.  You would also agree that the right to

11      register to vote -- to vote is at least a co-equal right

12      with what you're doing here today, correct?  It's at

13      least as important.

14                  MS. BENKISER:  Absolutely.  The right to

15      vote and to self-govern is the underpinning foundation

16      to our American system of government.

17                  REPRESENTATIVE ANCHIA:  And in order --

18      And the requirement in these bills for registration is

19      that you prove you are a citizen, correct?

20                  MS. BENKISER:  I believe not only is that

21      a requirement in these bills, but it is indeed a US

22      constitutional requirement that one be a citizen in

23      order to vote.

24                  REPRESENTATIVE ANCHIA:  And I totally

25      agree with that.  I totally agree with that.  My concern



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007429

TX_00205100

USA_00022311

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 91 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 69 of 231
House Elections Committee Hearing                    February 28, 2007

91

1      is how do you prove it?  Can you prove today that you

2      are a citizen?

3                     MS. BENKISER:  Yes, sir, I can.

4                     REPRESENTATIVE ANCHIA:  Okay.  Do you have

5      your passport with you?

6                     MS. BENKISER:  Not with me in this room.

7                     REPRESENTATIVE ANCHIA:  Citizenship

8      papers?

9                     MS. BENKISER:  I certainly could get it.

10                     REPRESENTATIVE ANCHIA:  But do you have

11     them right now?  If I was going to register you to vote,

12     could you prove that you were a US citizen right now?

13                     MS. BENKISER:  Mr. Anchia, I appreciate

14     what you're trying to say, but the point is if I were

15     here to register to vote, yes, sir, I could prove that I

16     was a citizen.  It wouldn't be very much trouble.

17                     REPRESENTATIVE ANCHIA:  But if you weren't

18     registered and I was trying to register you now and you

19     weren't registered and this -- and we were voter

20     registrants and you had the opportunity, could you right

21     now prove that you are a citizen?

22                     MS. BENKISER:  It would depend on what you

23     required from me as proof.

24                     REPRESENTATIVE ANCHIA:  Under -- Under the

25     bill.  Under the bill.  Do you have your passport with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007430

TX_00205101

USA_00022312

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 92 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 70 of 231
House Elections Committee Hearing                              February 28, 2007

92

1      you?

2                    MS. BENKISER:  I do not have my passport

3      with me.

4                    REPRESENTATIVE ANCHIA:  Do you have

5      citizenship papers with you?

6                    MS. BENKISER:  No, I don't.

7                    REPRESENTATIVE ANCHIA:  And do you have, I

8      guess, the third -- what is the third thing in the bill?

9      A -- In order to register to vote, there's a thing in

10     the bill.  A birth certificate.  Do you have your birth

11     certificate with you?

12                   MS. BENKISER:  Not with me.

13                   REPRESENTATIVE ANCHIA:  Okay.  Okay.

14     That's -- That's the reason I'm trying to articulate

15     this intention about whether we're really restricting

16     and having a tough time or giving people a tough time in

17     order to register to vote because that -- I agree with

18     you, as you said, it's -- every qualified citizen should

19     have the opportunity to vote, right?

20                   MS. BENKISER:  Absolutely.

21                   REPRESENTATIVE ANCHIA:  And -- And I worry

22     that this bill creates a problem, and I appreciate you

23     walking through that exercise with me because I like

24     you -- I mean, look, I don't want voter fraud.  I agree

25     with you a hundred percent.  The voter fraud that we're



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205102

USA_00022313

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 93 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 71 of 231
House Elections Committee Hearing                    February 28, 2007

93

1      trying to deal with here is kind of a voter

2      impersonation, right?  People going to vote say --

3                    MS. BENKISER:  Absolutely.

4                    REPRESENTATIVE ANCHIA:  -- that they're --

5      and voter impersonation, I think, is a bad -- is a bad

6      thing.

7                    MS. BENKISER:  Yes, sir.  I think they

8      should go to jail for that, but that's a different

9      matter.

10                   REPRESENTATIVE ANCHIA:  I agree with you.

11     I agree with you.  And if these bills said that if you

12     impersonate a voter, you shall go to jail and this could

13     be a felony.  I'm right there with you that I think it

14     is a bipartisan deal.  I just worry about restricting

15     people's access and --

16                   MS. BENKISER:  I do -- and I -- And I

17     certainly appreciate your giving me the opportunity to

18     talk about this because I think at the end of the day,

19     it's about ensuring the integrity of election and

20     keeping the public's confidence that in fact every

21     citizen can -- who is qualified, who is properly

22     registered be allowed to vote and they have their vote

23     counted, and every single instance where that does not

24     happen, it takes away your right and my right to govern

25     ourselves, and I'm sure that you would all agree that's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007432

TX_00205103

USA_00022314

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 94 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 72 of 231
House Elections Committee Hearing                           February 28, 2007

94

1       just not acceptable.

2                  REPRESENTATIVE ANCHIA:  Thanks for

3       answering my questions.  I really appreciate it.

4                  MS. BENKISER:  Yes, sir.

5                  CHAIRMAN BERMAN:  Mrs. Benkiser, I have a

6       couple of questions too, if you don't mind.

7                  MS. BENKISER:  Yes, sir.

8                  CHAIRMAN BERMAN:  Before earlier tonight,

9       we heard House Bill 265 concerning registration on

10      election -- during early election days.  And Mr. Anchia

11      listed a number of items that people should have with

12      them when they do register.  He said to have proof of

13      identification with you, you need a Texas driver's

14      license, including a temporary license and utility bill,

15      a Texas driver's license or a temporary license, a US

16      passport, a United States military ID.  In fact, these

17      are all in Mr. Anchia's requirements for registration.

18                 So if you were going to register and you

19      knew the registration date, could you at all not find

20      any of these documents and prepare to go to register

21      with just about every one of these documents?

22                 MS. BENKISER:  You're right.

23                 REPRESENTATIVE ANCHIA:  Mr. Anchia listed

24      all these things as part of registration.

25                 MS. BENKISER:  Yes, sir.  Mr. Chairman, I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007433

TX_00205104

USA_00022315

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 95 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 73 of 231
House Elections Committee Hearing                        February 28, 2007

95

```
 1    believe that's correct.
 2                  CHAIRMAN BERMAN:  Okay.  So you can find
 3    any of these documents if you need -- if you knew when
 4    you had to register.
 5                  MS. BENKISER:  I know where all of those
 6    documents are for myself, yes, sir.
 7                  CHAIRMAN BERMAN:  You don't carry a birth
 8    certificate with me, do you?
 9                  MS. BENKISER:  No, I don't.
10                  CHAIRMAN BERMAN:  I don't carry a passport
11    with me until -- unless I'm traveling overseas.
12                  MS. BENKISER:  Right.
13                  CHAIRMAN BERMAN:  I don't have any of
14    those documents with me, but if I needed them, I know
15    exactly where to go and get them.
16                  MS. BENKISER:  Yes, sir.
17                  CHAIRMAN BERMAN:  And they're very easy to
18    get.
19                  MS. BENKISER:  Yes, sir.
20                  CHAIRMAN BERMAN:  Thank you, Chairman
21    Benkiser.
22                  MS. BENKISER:  You're very welcome.  Thank
23    you so much for allowing me to testify.
24                  CHAIRMAN BERMAN:  The chair calls Luis
25    Figueroa.  Is Mr. Figueroa in the room?  Oh, I'm sorry.
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007434

TX_00205105

USA_00022316

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 96 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 74 of 231
House Elections Committee Hearing                    February 28, 2007

96

1      Just your testimony, Mr. Figueroa, will be on all three

2      bills.

3                    MR. FIGUEROA:  Okay.

4                    CHAIRMAN BERMAN:  They're all pretty

5      simple.

6                    MR. FIGUEROA:  Sure.  Thank you very much,

7      Mr. Chairman.  My name is Luis Figueroa, and I'm the

8      legislative staff attorney for the Mexican American

9      Legal Defense and Educational Fund, MALDEF, and I just

10     handed to you all a bunch of documents.  I apologize.  I

11     wasn't sure how we were going to break down the bills,

12     but I handed you some fact sheets on Voter ID on proof

13     of citizenship, the testimony on the proof of

14     citizenship bill, the two proof of citizenship bills and

15     testimony on the Voter ID bill, and I think there are

16     two separate issues so I separated them out.  I hope

17     that's acceptable to the committee.

18                   We as a -- You, as a committee and state

19     legislators, have a commitment to kind of do a cost

20     benefit analysis of how we can keep the integrity of the

21     vote while maintaining access, and that's really what

22     this issue is all about.  How do we maintain access to

23     voting so that every eligible voter has access to be

24     able to vote while at the same time keeping the

25     integrity of the voting system?  And I think that the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007435

TX_00205106

USA_00022317

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 97 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 79 of 231
House Elections Committee Hearing                    February 28, 2007

97

1     voter -- And for the reasons that the Voter ID is proof

2     of citizenship swing that pendulum too far in favor of

3     denying access, we oppose all three bills.

4              CHAIRMAN BERMAN:  If I might interrupt,

5     Mr. Figueroa.  How?

6              MR. FIGUEROA:  Sure.  The first reason

7     that we have in terms of -- We've got to look at the

8     benefits and the cost.  First of all, the benefits on

9     Voter ID Texas already has a Voter ID requirement.

10    Right now under current law, you have to present a voter

11    registration certificate card.  One of the things that

12    representative Anchia's bill earlier talked about was

13    same day registration.  At that point, you don't have a

14    voter registration card because you haven't registered

15    to vote, which is why you have to present some

16    identification.

17              Under current law, when you go vote, if

18    you don't have a voter registration card, you have to

19    present identification.  That is the current law when in

20    the current law we have a voter identification

21    provision.  What these bills do is add a multiple voter

22    identification criteria, and the only benefit it solves

23    is a problem of voter impersonation.  When we questioned

24    the Attorney General, the Secretary of State, the only

25    type of fraud they talk about is mail fraud or other



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205107

USA_00022318

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 98 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 76 of 231
House Elections Committee Hearing                          February 28, 2007

98

1    types of fraud of stuffing the ballot box.  Voter

2    impersonation is a nonissue, and we can't find any

3    credible findings of voter impersonation.

4                  CHAIRMAN BERMAN:  May I interrupt again?

5                  MR. FIGUEROA:  Yes, sir.

6                  CHAIRMAN BERMAN:  Have you talked to the

7    elections clerk in Harris County, Mr. Paul Betancourt?

8                  MR. FIGUEROA:  I absolutely have.  In

9    fact, we had a debate at the Texas -- Conservative

10   Coalition of Texas, and we kind of hammered these issues

11   out, and we talked the discussion, and you know what we

12   talked about was -- and he mentioned what is mentioned

13   before, anecdotal evidence of people in the jury box

14   saying that they were registered to vote and yet weren't

15   citizens, but there wasn't any real proof of a voter

16   intentionally voting or impersonating a voter, I should

17   say.  There's a difference between impersonating a voter

18   and voting.

19                  And let's talk about what impersonating a

20   voter means.  That means I registered to vote with a

21   card -- acquire a voter registration card, but that's

22   not actually who I am, so I'm going as somebody else and

23   taking that voter registration card as a false person

24   and saying I'm Mr. Joe Smith, when, in fact, my real

25   name is Louis Figueroa.  This is a very rare occurrence,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007437

TX_00205108

USA_00022319

Case 2:13-cv-00193 Document 663-30 Filed on 11/11/14 in TXSD Page 99 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 7 of 231
House Elections Committee Hearing                    February 28, 2007

99

1    and when we hear incidences of dead people voting or

2    stuffing the ballot box, the voter identification

3    provisions don't address that in any way or shape.  So

4    we have a -- very little benefit from the voter

5    identification.

6              Let's look at the costs, and these are the

7    costs.  There's a big cost on nondrivers.  Nondrivers

8    are going to have to acquire a different form of

9    identification.  They are going to have to acquire the

10   utility bill, that many people don't know about these

11   requirements when they go vote, and will have to go back

12   home, which pretty much represents an additional

13   barrier.  It's an impact on people who newly moved.  For

14   instance, I just moved to -- about a mile away from my

15   current -- my current condominium, and when I moved, it

16   took a long time for my driver's license to arrive.  So

17   I have an old driver's license with a different address.

18   If someone's identity is stolen, they may not have a --

19   a -- or they recently moved or they got married, their

20   driver's license name and address may not match where

21   they actually live.

22              It has an impact on the election judge.

23   The election judge now has to get training on new

24   identification procedures, what forms are acceptable,

25   which forms aren't.  When we saw this in Arizona, it had



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007438

TX_00205109

USA_00022320

Case 2:13-cv-00193  Document 663-20  Filed on 11/11/14 in TXSD  Page 100 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 78 of 231
House Elections Committee Hearing                      February 28, 2007

100

 1      a huge impact on the Native American community because

 2      they had to travel extreme distances to come to the

 3      polls, and most of them only had a travel identification

 4      card.  If they forgot the travel identification, they

 5      had to vote what's called a conditional provisional

 6      ballot.  It was a very complicated process where they

 7      had to come back and set up a provisional ballot

 8      process, and it was a very confusing and costly process,

 9      not only for the voter, but for the election judge and

10      the election officials.

11              The last challenge is that of MALDEF's

12      specialty is and that's the impact on the constitution

13      and the litigation costs.  We identify in the bill as

14      the particular legal objections we have to Voter ID and

15      to date, there have already been successful challenges

16      in Albuquerque.  In Arizona, MALDEF is -- is litigating

17      that case right now.  Like I said, it went up to the

18      Ninth Circuit.  It went up to the Supreme Court.  It's

19      currently pending again in the Ninth Circuit, and it's

20      been a very extensive and exhaustive litigation process.

21      In Georgia, it was struck down, and, in fact, the

22      reality is nearly every state has an ID regulation.  The

23      question is how onerous is the ID regulation.  When

24      Georgia went too far, they struck it down.  When New

25      Mexico -- Albuquerque went too far, they struck it down,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205110

USA_00022321

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 101 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 79 of 231
House Elections Committee Hearing                    February 28, 2007

101

1     and I think these bills that are in Texas are going to

2     also swing the bill as going too far.

3                 Now, I also wanted to talk about proof of

4     citizenship to register to vote because we think that is

5     a much more onerous provision in the election process.

6     Again, when we talk about the benefits, we have had no

7     instances of undocumented voting in an election.  There

8     have been no instances that the -- that any election

9     official can point to of an undocumented immigrant

10    voting an election.  Proof of citizenship, what happened

11    in Arizona in the first month, 79 percent of them were

12    rejected and only a handful of those people reflected

13    foreign born.  Mostly, those were naturalized citizens.

14    So the impact on this wasn't on immigrants or on

15    undocumented.  The impact was on eligible voters.

16                The fact of the matter is the proof of

17    citizenship requirement is again duplicative of current

18    law.  Current law, you have to mark the box and say that

19    you are a US citizen, and if you lie on that, you are

20    committing a felony of perjury.  You are exposing

21    yourself to extreme immigration consequences.

22                CHAIRMAN BERMAN:  Mr. Figueroa, may I

23    interrupt and ask you a quick question?

24                MR. FIGUEROA:  Yes, sir.

25                CHAIRMAN BERMAN:  Did you support House



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205111

USA_00022322

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 102 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 80 of 231
House Elections Committee Hearing                    February 28, 2007

102

1    Bill 265?

2                MR. FIGUEROA:  Yes, I did.

3                CHAIRMAN BERMAN:  It requires proof of

4    citizenship for registration.  It requires a lot of

5    different identification.

6                MR. FIGUEROA:  That's correct.  That's

7    right, it does, and what I was stating earlier is the

8    reason for that is because it is a prime example of our

9    current law.  Under current law, you don't have a voter

10   registration certificate.  You have to present an ID

11   card.  You have to present an additional identification

12   card.  If you haven't registered to vote, you don't have

13   that voter registration card.  So that is actually

14   pretty much repeat of our current law.

15               CHAIRMAN BERMAN:  But isn't that what

16   you're speaking of right now, people who don't have a

17   voter registration card and were going to vote and you

18   are saying it's onerous for them to have to present

19   information saying you are a US citizen?

20               MR. FIGUEROA:  No.  Actually, what this

21   bill does is for people who are registered to vote and

22   have their voter registration card.  So if you register

23   to vote, you've got your voter registration card.

24   You've got yourself to the point place.  You still need

25   to present additional identification under this bill.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007441

TX_00205112

USA_00022323

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 103 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 81 of 231
House Elections Committee Hearing                    February 28, 2007

                                                              103

1      Under current law, you're good once you have that voter

2      registration card.

3                  CHAIRMAN BERMAN:  But you have that

4      identification at the time you register.  Why can't you

5      use it at the time you vote?

6                  MR. FIGUEROA:  Why can't you use your

7      voter registration card?

8                  CHAIRMAN BERMAN:  No, no, not the voter

9      registration.  You need identification at the time you

10     register to vote; is that correct?

11                 MR. FIGUEROA:  Under -- Under current law?

12                 CHAIRMAN BERMAN:  Under 265.

13                 MR. FIGUEROA:  Oh, under 265.

14                 CHAIRMAN BERMAN:  The one you supported

15     before, yeah.

16                 MR. FIGUEROA:  Under 265, in order to

17     register at the same time, the same day as you register

18     to vote and the same day you vote, yes, you need to

19     present identification.

20                 CHAIRMAN BERMAN:  To register.

21                 MR. FIGUEROA:  To register and vote.

22                 CHAIRMAN BERMAN:  Why can't you use the

23     same identification then to vote?

24                 MR. FIGUEROA:  The reason for that is

25     because on a same day election card, you don't have your



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007442

TX_00205113

USA_00022324

Case 2:13-cv-00193  Document 663-30  Filed on 11/11/14 in TXSD  Page 104 of 105
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 82 of 231
House Elections Committee Hearing                    February 28, 2007

104

1    voter registration card.  You have no proof of anything

2    saying who you are.  When we go vote at regular

3    places --

4                CHAIRMAN BERMAN:  Is the voter --

5                MR. FIGUEROA:  -- we have voter --

6                CHAIRMAN BERMAN:  Is the voter

7    registration card in your mind an identification card?

8                MR. FIGUEROA:  Yes, yes, absolutely.  It

9    shows who you are.  It has your name.  It has your --

10   your -- you know, your precinct.  It has a lot of

11   information about you and today that is a sufficient

12   identification for a voter, and at the point we start

13   adding a picture ID or other forms of identification,

14   we're basically asking for multiple identification.

15               CHAIRMAN BERMAN:  And you object to

16   someone showing one other document that showed that they

17   are the person on the voter registration card?

18               MR. FIGUEROA:  We have.

19               CHAIRMAN BERMAN:  Is that what you're

20   saying you object to?

21               MR. FIGUEROA:  That's right.  That's what

22   we object to, and the reason we object to it because it

23   will affect people who have recently moved whose names

24   don't match.  It will affect people whose recent

25   addresses don't match, and it will reflect people who



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007443

TX_00205114

USA_00022325

Case 2:13-cv-00193 Document 663-20 Filed on 11/11/14 in TXSD Page 105 of 105
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 83 of 231
House Elections Committee Hearing                    February 28, 2007

105

```
 1        don't have driver's license, who may be disabled or

 2        elderly or for whatever reason don't have a driver's

 3        license on them.

 4                    CHAIRMAN BERMAN:  I'm sorry.  Mr. Anchia?

 5                    REPRESENTATIVE ANCHIA:  Thank you,

 6        Mr. Chairman.  Mr. Figueroa, thank you for testifying

 7        today.  I just want to make sure that we don't go down

 8        any rabbit trails indeed.  You heard the exchange

 9        between the chairman and -- and Chairwoman Benkiser,

10        correct, earlier?

11                    MR. DUERSTINE:  Yes, sir.

12                    CHAIRMAN BERMAN:  And the inference was

13        made that HB265 was the same in its requirement as this

14        bill, correct?

15                    MR. FIGUEROA:  Right.

16                    CHAIRMAN BERMAN:  That was the inference

17        that was made.

18                    MR. FIGUEROA:  That was the inference.

19                    CHAIRMAN BERMAN:  Is it not true that

20        HB265 just states current law with respect to voter

21        registration?

22                    MR. FIGUEROA:  That's right.  I mean,

23        basically what it's saying is you fill out the voter

24        registration card, and in order to -- to identify

25        that -- you have some provisions in there that talk
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007444

TX_00205115

USA_00022326