Case 2:13-cv-00193   Document 663-21   Filed on 11/11/14 in TXSD   Page 1 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 84 of 231
House Elections Committee Hearing                          February 28, 2007

106

```
 1      about identification.
 2                      REPRESENTATIVE ANCHIA:  So HB265 creates
 3      no new requirement under current law with respect to
 4      voter registration; is that correct?
 5                      MR. FIGUEROA:  That's basically correct.
 6      I mean, it's -- it's slightly different in the sense
 7      that when you mail a voter registration card, you don't
 8      have to present that identification, but yes.
 9                      REPRESENTATIVE ANCHIA:  But for
10      in-person --
11                      MR. FIGUEROA:  For in-person voting, it's
12      a direct match, yes.
13                      REPRESENTATIVE ANCHIA:  Which would be the
14      same -- Which would be the same thing that you would be
15      doing if you had -- if you're participating in that
16      pilot program.  You would be providing the same
17      information, and HB265 does not create any different
18      standard for in-person voter registration, correct?
19                      MR. FIGUEROA:  That's right.
20                      REPRESENTATIVE ANCHIA:  Okay.  Okay.
21      Thank you.  I just wanted to make sure.  It sounded like
22      there was some confusion between Chairwoman Benkiser and
23      the chairman of the committee, but, in fact, there is no
24      new standard under HB265.  We took current law for
25      in-person voter registration, so there's just no
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205116

USA_00022327

Case 2:13-cv-00193  Document 663-21  Filed on 11/11/14 in TXSD  Page 2 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 85 of 231
House Elections Committee Hearing                    February 28, 2007

107

1    difference.

2                    CHAIRMAN BERMAN:  I understand that.  So

3    you shouldn't object to showing same identification when

4    you go to vote.

5                    REPRESENTATIVE ANCHIA:  Except that this

6    is a higher standard.  You've created a higher standard

7    to prove citizenship.

8                    CHAIRMAN BERMAN:  Is there something wrong

9    with -- with that?

10                   REPRESENTATIVE ANCHIA:  Well, that's --

11                   CHAIRMAN BERMAN:  Does it preserve our

12   right to vote and --

13                   REPRESENTATIVE ANCHIA:  That's the debate

14   we're having today.  I just wanted to point out because

15   the inference is made, Mr. Chairman, that -- that 265

16   was the same as the voter ID bill when, in fact, the

17   registration requirements under 265 are those found in

18   current law.  Thanks.

19                   MR. FIGUEROA:  And for us --

20                   CHAIRMAN BERMAN:  Wait a second.

21   Mr. Bohac?

22                   MR. FIGUEROA:  Yes, sir.

23                   REPRESENTATIVE BOHAC:  Just a quick

24   question for you.  What if there was no Voter ID card

25   that was required, but you had to show just a driver's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205117

USA_00022328

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 3 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 86 of 231
House Elections Committee Hearing                    February 28, 2007

                                                            108

1        license or a -- or a valid Texas ID card?  Would that be

2        okay?

3                       MR. FIGUEROA:  That's what card instead

4        of -- I think that's a restatement of current law.

5                       REPRESENTATIVE BOHAC:  What I'm saying is

6        what if -- what if we didn't require at all -- we didn't

7        even have a voter registration card.  Would it be

8        cumbersome for a person to just show their driver's

9        license or a valid -- or a valid state ID, whatever it

10       is?  Would that be too cumbersome using your logic that

11       you are presenting here today?  Is that -- Would that be

12       too cumbersome?

13                      MR. FIGUEROA:  Well, in a way, that's how

14       a lot of people vote, right?  A lot of people don't

15       remember to bring -- In fact, you stated earlier a lot

16       of you always don't know where your voter registration

17       card is, so you just go and you show your ID.  Our

18       problem is that there are some people who do use the

19       voter registration card without the ID, and, usually,

20       those are the disadvantaged or particular segments of

21       our population.  The disabled who don't drive, the

22       elderly who have voted with their voter registration

23       card for a long time, people who use the bus and have

24       never applied for a driver's license, people who are

25       students and haven't got their card yet and haven't got



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007447

TX_00205118

USA_00022329

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 4 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 87 of 231
House Elections Committee Hearing                    February 28, 2007

109

1    a driver's license yet.  So this -- What Texas law

2    currently provides is that for those instances, those

3    special populations, they can use their voter

4    registration card.

5            Now, I think you're a right.  For the mass

6    majority of people, they use their -- their ID card and

7    they use their other identification identified that they

8    have, their picture ID, and I think that's why it works

9    so well.  And we don't see a -- necessarily a problem

10   that needs to be fixed.  But the -- the high end

11   standard that Chairman Burnam stated is what we have a

12   problem with.  The higher standard in our opinion swings

13   the pendulum too far and only solves the problem of

14   voter impersonation, which we haven't seen to be an

15   actual problem, and, instead, has the potential of

16   disenfranchising a segment of population even if it's a

17   small population where one of those fact sheets shows is

18   that even 2 percent that were affected in Arizona with a

19   proof of citizenship count for thousand and thousands of

20   voters, which is -- that are more than the -- you know,

21   the even -- the most conservative numbers -- Texas

22   conservative coalition.

23           The most conservative numbers have only

24   been able to say 50 or 60 voters are affected, you know,

25   have -- you know, have -- may have committed fraudulent



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007448

TX_00205119

USA_00022330

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 5 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 88 of 231
House Elections Committee Hearing                    February 28, 2007

110

1    voting.  If you compare that to the number of people
2    who'll be disenfranchised by Voter ID and proof of
3    citizenship, it's not even close.  If you compare it to
4    the total number of votes cast, it's a significantly
5    insignificant number.  It's like .00001 percent of the
6    electorate out there.  So the costs are astronomical
7    when you include proof of citizenship.
8                It has an impact on women whose names may
9    have changed and their proof of citizenship don't match.
10   Their birth certificates aren't going to match their new
11   name.  It's going to have an impact on naturalizations
12   because a naturalization's certificate itself says do
13   not copy, do not duplicate, do not make a copy of which
14   is going to deter voters in actually making a copy of
15   that naturalization certificate.  It's going to kill
16   third party voter registration drives at the mall or at
17   the college campuses because, as we've stated, nobody
18   carries their documentation with them when they walk
19   around, and it's -- we believe it's -- it's a clear
20   violation of the law under the 24th Amendment which the
21   poll tax, the National Voter Registration Act and the
22   Voting Rights Acts particularly are pertaining to proof
23   of citizenship to register to vote.
24               CHAIRMAN BERMAN:  I had another question.
25               MR. FIGUEROA:  Yes.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007449

TX_00205120

USA_00022331

Case 2:13-cv-00193  Document 663-21  Filed on 11/11/14 in TXSD  Page 6 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 89 of 231
House Elections Committee Hearing                    February 28, 2007

111

1          CHAIRMAN BERMAN:  I appreciate your

2     testimony, but I had another question related to my

3     previous question.  In your documentation -- In your

4     testimony that you provided to us, you make two

5     statements here.  It says -- He doesn't have it.  We'll

6     put page numbers on it.  It's four.  Page 4 of it says

7     218.  The one that says House Bill 218.  You use two

8     sentences.  You say -- I want to read them to you and

9     just for some clarification.  You said "voting is a

10    fundamental right of every American."  Do you follow me?

11          MR. FIGUEROA:  Yes.

12          CHAIRMAN BERMAN:  Are you with me?  You

13    said, "Every time we place a restrictions on this right,

14    we are undermining it."  Are there any restrictions in

15    the past that have undermined or are we just talking

16    about restrictions on a go-forward basis that would be

17    undermining this process?

18          MR. FIGUEROA:  Oh, Texas has a long

19    history of putting unfair restrictions on voters.  The

20    poll tax was for one.  All white primaries for a long

21    time.

22          CHAIRMAN BERMAN:  That's not what you

23    said.  You said, "Every time we place a restriction,"

24    not some or a few.

25          MR. FIGUEROA:  That's right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007450

TX_00205121

USA_00022332

Case 2:13-cv-00193  Document 663-21  Filed on 11/11/14 in TXSD  Page 7 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 90 of 231

House Elections Committee Hearing                    February 28, 2007

112

1              CHAIRMAN BERMAN:  You said, "Every time we

2       place a restriction" -- that would include any -- "on

3       this right we are undermining it."

4              MR. FIGUEROA:  That's right.  And I think

5       the -- the premise of that a mark is there was an

6       article by the New York Times that talked about every

7       restriction you put on a voting has an impact on voter

8       turnout and voter accessibility.  Now, obviously, there

9       are going to be some requirements to vote.  You have to

10      fill out a registration certificate.  You have to bring

11      your voter registration card, and I think even those

12      ones are going to have small impacts.  The question is

13      how far are you going to go about undermining the right

14      to vote in order to you make sure that you have that

15      secure election?  And we think once you start going into

16      the requirement under 218 and proof of citizenship

17      requirements, you have swung that pendulum too far.

18             CHAIRMAN BERMAN:  Okay.  Thank you.  What

19      percentage of these -- You spoke about a number of

20      different populations that may be disenfranchised.  What

21      populations are you talking about?

22             MR. FIGUEROA:  Sure.  We kind of laid out

23      a little bit in our fact sheet.  We talked about low

24      income, the elderly, people who have recently moved to

25      Texas, disabled citizens, college citizens, and those



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007451

TX_00205122

USA_00022333

Case 2:13-cv-00193  Document 663-21  Filed on 11/11/14 in TXSD  Page 8 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 91 of 231
House Elections Committee Hearing                    February 28, 2007

113

1    are on the Voter ID side.  On the proof of citizenship,

2    I think you have a tremendous impact on the elderly

3    because they are going to have a hard time locating

4    proof of citizenship.  Documents that may have been lost

5    over time or may have been damaged, fires have damaged

6    over time.

7              Naturalization, it's going to have an

8    impact on naturalized citizens for proof of citizenship

9    because that document says do not make a copy of it.

10   It's also very expensive to acquire those documents, and

11   we laid that out in the committee -- in the testimony.

12   To get those naturalization certificates, it costs

13   hundreds of dollars.  I think the cost is $200.  But

14   it's laid out in the testimony, so it has a significant

15   cost on a naturalized citizens.  So these are some of

16   the -- the populations that are impacted.  It also says

17   that --

18             CHAIRMAN BERMAN:  Of these populations

19   that are impacted, what percentage of those populations

20   are actually registered to vote and what percentage

21   actually voted in the last election?

22             MR. FIGUEROA:  Well, I know that you --

23   there was a study done by the Brennan Center that said

24   11 percent or 21 million United States citizens do not

25   have government issued "identification."  That was in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007452

TX_00205123

USA_00022334

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 9 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 92 of 231
House Elections Committee Hearing                    February 28, 2007

114

1     November of 2006.  How many of those people are actually

2     registered right now?  I'm not sure, but we could try to

3     locate that.  It's very difficult to kind of determine

4     these numbers because, you know, it's difficult to

5     estimate the number of people who have identification

6     and who don't.  But we know that 11 percent based on a

7     poll by the Brennan Center do not have government issued

8     full identification.

9             CHAIRMAN BERMAN:  I think all three of

10    these bills indicate that these populations can get free

11    identification from counties or from the state

12    government.

13            MR. FIGUEROA:  Well, they can to a certain

14    extent.  To get a driver's license, you still need to

15    present some --

16            CHAIRMAN BERMAN:  Not a driver's license.

17    Just an identification card.

18            MR. FIGUEROA:  Yes.  To get an

19    identification card in Texas, Texas requires that you

20    bring some documents with you to prove who you are to

21    get a driver's license.  So there is some -- a little

22    bit of cost to get that even if you give it out free.

23    But, certainly, we agree that making it a free process

24    is making than having to pay for it, sure.

25            REPRESENTATIVE BURNAM:  Mr. Chairman, I'm



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007453

TX_00205124

USA_00022335

Case 2:13-cv-00193  Document 663-21  Filed on 11/11/14 in TXSD  Page 10 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 93 of 231
House Elections Committee Hearing                    February 28, 2007

115

```
 1      glad you brought that back up because I was surprised --
 2      As I was going through my folder, I was not able to find
 3      any cost estimates on that, and, you know, while there's
 4      a good argument for the state pays for everybody to be
 5      able to have some sort of photo ID, ordinarily, when we
 6      have bills laid out, we have that information.  You --
 7                  COMMITTEE CLERK:  (Inaudible.)
 8                  CHAIRMAN BERMAN:  Is it these right here?
 9      This is -- Okay.  Okay.  Thank you.
10                  COMMITTEE CLERK:  I'm sure it's here
11      somewhere.  We're just going to find it.
12                  CHAIRMAN BERMAN:  You can continue,
13      Mr. Figueroa.
14                  MR. FIGUEROA:  Pretty much then the only
15      thing I want to lay out is -- and I think this might
16      address the question that Representative Burnam is
17      talking about, is the costs to acquire some of this
18      document, and it's laid out on the second page on HB 101
19      and 266.  A birth certificate costs $23 in San Antonio.
20      $22, Bureau of Vital Statistics.  A passport costs 85.
21      If you want to get it faster, it costs additional money.
22      A naturalization certificate will cost $210, and it can
23      take up to six months from the Department of Homeland
24      Security.  So if someone is trying to register in a --
25      in a reasonable amount of time, it may take them as much
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007454

TX_00205125

USA_00022336

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 11 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 94 of 231
House Elections Committee Hearing                    February 28, 2007

116

1    as six months to register to vote, which will likely

2    affect their ability to register on time.

3                CHAIRMAN BERMAN:  So you don't think it's

4    absolutely necessary then for a person to prove they're

5    a US citizen in order to register to vote?  Is that what

6    you just said?

7                MR. FIGUEROA:  No.  What we're saying is

8    that by marking that box that says you are a US citizen

9    and under penalty of perjury law and under the penalty

10   of immigration law and under the penalty of the State of

11   Texas, that's sufficient documentary proof.

12               REPRESENTATIVE BOHAC:  What if we had a

13   document like that to board a plane?

14               MR. FIGUEROA:  A document such as what?

15               REPRESENTATIVE BOHAC:  Such as that, that

16   we just promised that we were not caring any bombs.

17               MR. FIGUEROA:  Sure.  Well, actually, this

18   is an interesting question.  It came up incidentally

19   with my mother who is a US citizen by the basis of her

20   mother who's a US citizen is, but wasn't born in the

21   United States, and she doesn't have a valid driver's

22   license, and she would be severely impacted by this

23   bill, and so when she travels, she presents a --

24               CHAIRMAN BERMAN:  Let me ask you this.

25   Your mother would be severely impacted by this bill?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007455

TX_00205126

USA_00022337

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 12 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 95 of 231
House Elections Committee Hearing                           February 28, 2007

117

1              MR. FIGUEROA:  Yes, because she's a US

2      citizen, but doesn't have the documentation.

3              CHAIRMAN BERMAN:  You couldn't get her an

4      identification card or you wouldn't go and get her an

5      identification card?

6              MR. FIGUEROA:  We've tried.  It's not --

7      It's right now very difficult to acquire because her

8      mother's birth certificate was lost in a fire, and so

9      she doesn't actually have that documentation at the

10     moment, and when she travels, she presents her

11     government card that doesn't have a picture on it and

12     sometimes a Sam's card, and what they do is they screen

13     her through the x-ray and she goes through a more

14     intensive search, but they don't deny her access to that

15     plane, and so there are ways to get around this.

16              And I think that Texas has that exact

17     requirement.  If you don't have your voter registration

18     certificate, you present your identification.  There are

19     ways to get around the identification costs.  And Texas

20     currently has an ID identification process that works,

21     and so I think that that's -- that's what we're getting

22     to the heart of.

23              CHAIRMAN BERMAN:  I'm sorry.  Mr. Burnam?

24              REPRESENTATIVE BURNAM:  Thank you.

25     Mr. Anchia is being asked to be recognized also.  I want



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

JA_007456

TX_00205127

USA_00022338

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 13 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 96 of 231
House Elections Committee Hearing                    February 28, 2007

118

1      to ask a couple of kind of small specific questions, I

2      think.  In your fact sheet, you talk about Maricopa

3      County, 2 percent of the voters were unaware of the new

4      ID requirements on election day, and that would be kind

5      of like the example of the -- our first colleague that

6      laid out the bill, a gentleman named Gramm, who was not

7      aware of some of the changes in the law.  So

8      approximately 2 percent of Maricopa County people showed

9      up not aware of the requirements, and I don't know what

10     that led to in the number of voters turned away in

11     Maricopa County, but you're estimating that that could

12     translate into 80,000 potential ballots.  In the

13     governor's election in 2006 when we had an extraordinary

14     low voter turnout may have had approximately 88,000

15     turned away.

16            My question is about isn't there a greater

17     problem with people being turned away from the polling

18     place for frequently unexplainable excuses than there is

19     a problem of people voting impersonating somebody else?

20            MR. FIGUEROA:  That's exactly --

21            REPRESENTATIVE BURNAM:  I mean,

22     statistically, we can walk through -- and I personally

23     have had the experience because I've done a number of

24     election day troubleshoots in my county where people are

25     inappropriately turned away, and because of timing.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007457

TX_00205128

USA_00022339

Case 2:13-cv-00193  Document 663-21  Filed on 11/11/14 in TXSD  Page 14 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 97 of 231
House Elections Committee Hearing                    February 28, 2007

119

1   They've got to go to work.  They've got to go pick up

2   the kids.  They're denied the right to vote.  Is it your

3   experience at MALDEF in monitoring these things over the

4   years that this occurs just proportionately to people of

5   color?

6           MR. FIGUEROA:  We certainly have had our,

7   you know -- Of course, most of our calls come from

8   Latinos, and it's certainly a problem within the -- the

9   Latino community at a particularly low income may not

10  have the driver's license.  We've had problems with

11  provisional voting where they won't get offered

12  provisional voting.

13          But I think we get to the heart of the

14  matter, right?  The question is the cost benefit

15  analysis.  You're talking about voter impersonation,

16  which is a very infrequent, rare problem.  When we're

17  talking -- When we add Voter ID through a provision to

18  the mix, you can affect as much as 2 percent of the

19  vote.  88,000 versus a highly inflated number that some

20  people put out of maybe 50 of people committing some

21  type of wrongful voting.  The numbers don't even come

22  close.

23          If you look at the cost benefit analysis,

24  it doesn't make sense.  Disenfranchise large segments of

25  our population, thousands of voters to protect a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007458

TX_00205129

USA_00022340

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 15 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 98 of 231
House Elections Committee Hearing                                    February 28, 2007

                                                                    120

1      problem, that rarely, if ever, occurs.

2                     REPRESENTATIVE BURNAM:  Luis, in bills

3      being laid out, there was a great deal of discussion

4      about people who have died for our right to vote and

5      secure it and that sort of thing.  Is it your experience

6      that since 1950 a number of people have died in the

7      southern states of the United States trying to secure

8      the right to vote for people of color?

9                     MR. FIGUEROA:  Absolutely.

10                    REPRESENTATIVE BURNAM:  And so shouldn't

11     we give as much respect to the people that have

12     struggled and died in this country to secure the right

13     to vote as we give to those who have served in the

14     military?

15                    MR. FIGUEROA:  Absolutely.

16                    CHAIRMAN BERMAN:  They both have been

17     fighting for the same thing.

18                    MR. FIGUEROA:  That's right.  Every vote

19     counts.

20                    REPRESENTATIVE BURNAM:  But isn't it your

21     experience that every general election since you've been

22     involved with MALDEF and maybe before that, there's been

23     active voter repression activities at numerous polling

24     places throughout the south?  Isn't that --

25                    MR. FIGUEROA:  Yes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205130

USA_00022341

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 16 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 99 of 231
House Elections Committee Hearing                    February 28, 2007

121

1          REPRESENTATIVE BURNAM:  I mean, isn't that

2     one of the reasons we fall under the Voter Rights Act.

3          MR. FIGUEROA:  That's right.  That's what

4     I was about to mention.  We fall under Section 5 of the

5     Voting Rights Act because of our history of

6     discrimination, and we -- when we went through the

7     renewal process right now in Congress, we documented --

8     MALDEF presented continuing widespread discrimination

9     against the voters and voter suppression efforts, and,

10    frequently, it was the same places they were doing it

11    back when the Voting Rights Act was passed in the first

12    place.  We had one county in Seguin that continuously

13    violates Section 5 of the Voting Rights Act every time

14    we redistrict them.  We find continuous efforts to try

15    to prevent them from electing candidates of their

16    choice.

17         REPRESENTATIVE BURNAM:  Do you know how

18    many thousands of African-Americans were turned away

19    from the polls in Florida in the year 2000 because of

20    issues over identification at the polling place?

21         MR. FIGUEROA:  Yeah.  It was certainly --

22    I don't know the exact number, but I know it was a

23    tremendous issue, and the reason why we passed the Help

24    America Vote Act was because of the widespread problems

25    we had in Florida.  Many people think it was because of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205131

USA_00022342

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 17 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 100 of 231
House Elections Committee Hearing                    February 28, 2007

122

1    the hanging chads, but it had much more to do with the
2    wrongful purging of African-American voters in Florida.
3                REPRESENTATIVE BURNAM:  Thank you.
4                CHAIRMAN BERMAN:  Mr. Anchia?
5                REPRESENTATIVE ANCHIA:  Thank you,
6    Mr. Chairman, and since -- since I asked Chairman
7    Benkiser this, and I respect her very, very much, I'd
8    like to ask you the same question.  Do you have your
9    passport with you?  Can you prove today that you are a
10   citizen?
11               MR. FIGUEROA:  No, I don't.
12               REPRESENTATIVE ANCHIA:  Okay.  Do you have
13   any citizenship papers?
14               MR. FIGUEROA:  Not with me.
15               REPRESENTATIVE ANCHIA:  And I can't
16   remember the third.
17               MR. FIGUEROA:  Birth certificate.
18               REPRESENTATIVE ANCHIA:  Do you have your
19   birth certificate with you?
20               MR. FIGUEROA:  No, I do not.
21               REPRESENTATIVE ANCHIA:  I couldn't
22   remember twice.  We've like sort of killed the effect.
23   But I wanted to ask that of all the people who were
24   going to testify to this.  I certainly believe that your
25   right to free speech and your right to address



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007461

TX_00205132

USA_00022343

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 18 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 101 of 231
House Elections Committee Hearing                    February 28, 2007

123

```
 1        government is at least a co-equal right with that of

 2        voting, and if we had a rule on the committee today that

 3        you could only come -- you had to prove your citizenship

 4        in order to address this body, I think so far the two --

 5        the two witnesses that we have would be unable to prove

 6        that, and so I'm -- I am -- I'm not prepared to make

 7        that rule or to suggest that rule, members of the

 8        committee, but I think it's illustrative of the

 9        difficulties that people might have in proving those --

10        in providing those documents.

11             MR. FIGUEROA:  Absolute.  It's going to

12        have a tremendous impact on voter registration drives

13        for that reason.

14             CHAIRMAN BERMAN:  Mr. Figueroa, you

15        mentioned in the response to questions from Mr. Burnam

16        that you know of people turned away from the polls.

17             MR. FIGUEROA:  Yes, sir.

18             CHAIRMAN BERMAN:  And -- And that you also

19        have knowledge of voter repression activities.  Can you

20        provide this whole committee --

21             MR. FIGUEROA:  Yes, sir, we can provide --

22             CHAIRMAN BERMAN:  -- with documentation --

23             MR. FIGUEROA:  Yes, we can provide.

24             CHAIRMAN BERMAN:  -- in Texas?

25             MR. FIGUEROA:  Yes, sir.  We have a --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007462

TX_00205133

USA_00022344

Case 2:13-cv-00193   Document 663-21   Filed on 11/11/14 in TXSD   Page 18 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 102 of 231
House Elections Committee Hearing                    February 28, 2007

124

 1            CHAIRMAN BERMAN:  Show them to me.

 2            MR. FIGUEROA:  We have a -- We've

 3   submitted a report to Congress with the renewal of the

 4   Voting Rights Act and highlighted all the voter

 5   suppression efforts in Texas since the last time we

 6   authorized, which was 1986, I believe, and we can submit

 7   that to you so you can see the history of section -- of

 8   objections under Section 5 that the Department of

 9   Justice objected to.

10            CHAIRMAN BERMAN:  When's the last time

11   that you -- what -- What election were you talking

12   about?

13            MR. FIGUEROA:  Well, the most current

14   election where we saw it was the -- was the last

15   state-wide election.  We had some voters who have

16   problems not being offered provisional ballots even

17   though they weren't -- you know, they weren't -- they

18   were at the polls and asking for a provisional ballot.

19   They weren't allowed to -- We had about -- I would say

20   about 30 problems in the 2004 presidential election that

21   we documented on our voters when doing election

22   protection and voter --

23            CHAIRMAN BERMAN:  30 in the whole state?

24            MR. FIGUEROA:  30 that came to our office.

25   You know, of course, we only really work in Bexar



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007463

TX_00205134

USA_00022345

Case 2:13-cv-00193  Document 662-21  Filed on 11/11/14 in TXSD  Page 20 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 103 of 231

125

```
 1      County.  30 calls that we received that were clear

 2      efforts of people being denied the ability to vote.

 3      There's one instance of an election judge telling a

 4      voter to take that do-rag off presenting a reference to

 5      an African-American voter that -- and totally

 6      embarrassed a voter and prevented them from voting.

 7                  We had instances in Harris County where

 8      they were asking for identification of people in lines,

 9      even though there was no requirement, asking for

10      identification and only carding African-American

11      (inaudible) and people from the America Way Election

12      Protection and MALDEF all have this documented.

13                  CHAIRMAN BERMAN:  I'd like to have copies

14      of that.

15                  MR. FIGUEROA:  Absolutely.

16                  CHAIRMAN BERMAN:  Any other questions?

17                  MR. FIGUEROA:  Okay.

18                  REPRESENTATIVE BOHAC:  One more just to

19      follow up.  I've -- I've tried to focus on just a Voter

20      ID.  That's really all my discussions have been, you

21      know, that I've only shared those discussions with you.

22      I want to stay on just the Voter ID for just a minute

23      because I really want to grasp this.

24                  If there were no voter registration card,

25      that Texas made a decision that we were no longer -- we
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007464

TX_00205135

USA_00022346

Case 2:13-cv-00193   Document 663-21   Filed on 11/11/14 in TXSD   Page 21 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 104 of 231
House Elections Committee Hearing                    February 28, 2007

126

```
 1      were to save time and money, we were no longer going to
 2      do voter registration cards and it was only through a
 3      Texas driver's license or a valid form of Texas ID,
 4      would this be unacceptable to you as a method of --
 5      of -- as something that would be required to go vote?
 6                   MR. FIGUEROA:  Yes.  We think the voter
 7      registration certificate is a good enough identification
 8      as is, so, yes, we would have problems with there being
 9      a requirement that only the driver's license be the only
10      requirement for the reasons that we stated.
11                   REPRESENTATIVE BOHAC:  Even an ID -- a
12      Texas ID card?
13                   MR. FIGUEROA:  A Texas -- Like a
14      nondriver's license identification card?  Yes.  I mean,
15      I think that a lot of people don't -- most people don't
16      have this.  Most people have a driver's license or that
17      state identification card, and if you had -- don't have
18      a driver's license, you know, most people don't think to
19      go get an identification card, even though that option
20      may be available to them.
21                   REPRESENTATIVE BOHAC:  What if the ID card
22      were free?
23                   MR. FIGUEROA:  I mean, we certainly agree
24      that that makes it better, but, again, in order to get
25      that ID card, you have to present identification to get
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205136

USA_00022347

Case 2:13-cv-00193  Document 662-21  Filed on 11/11/14 in TXSD  Page 22 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 105 of 231
House Elections Committee Hearing                    February 28, 2007

127

```
 1        the ID card.  You have to present -- You know,
 2        particularly if the Real ID is implemented in Texas, you
 3        are going to have people who have legal residence in the
 4        United States unable to acquire a driver's license
 5        because the Real ID doesn't count for all the immigrant
 6        categories.  There are significant problems under the
 7        Real ID, and there was significant problems of acquiring
 8        driver's license in Texas that may impact people's
 9        ability to get them.
10                  So we think a voter registration
11        certificate is a -- is a great form of identification.
12        It's rare that anyone will forge a registration
13        certificate.  It's difficult to acquire a false voter
14        registration certificate.  We think the system works in
15        that regard.  There are certainly areas where we can
16        improve upon our elections process, but we don't think
17        Voter ID solves any of those problems.
18                  REPRESENTATIVE BOHAC:  Okay.  Thank you
19        for your testimony.  Mr. Anchia?
20                  REPRESENTATIVE ANCHIA:  Yeah.  Just one
21        final question.  And -- And riffing off the scenario
22        that my esteemed colleague, Representative Bohac, just
23        set out, I mean, I have a problem if -- if we allowed
24        the -- the -- if we only allowed people to vote with a
25        driver's license or a state ID because that would --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007466

TX_00205137

USA_00022348

Case 2:13-cv-00193   Document 663-21   Filed on 11/11/14 in TXSD   Page 23 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 100 of 231
House Elections Committee Hearing                    February 28, 2007

                                                                    128

1       that would actually open the gates for potential

2       noncitizen voting because as we know, you can be a

3       noncitizen and get a driver's license and a state ID.

4       So if that was the only standard, we'd actually open the

5       flood gates and we don't want to do that.  We just want

6       to make sure citizens are able to vote.

7                    MR. FIGUEROA:  That was an issue.  That

8       did come up in Arizona as well.

9                    REPRESENTATIVE BOHAC:  Just to take off of

10      my esteemed colleague's comments, Mr. Anchia, what if we

11      push the ID -- the -- the citizenship -- the production

12      of citizenship to the driver's license office rather

13      than the voter registration office?  Would that make it

14      more palatable?

15                   MR. FIGUEROA:  If we did -- We do do voter

16      registration at the DPS under the --

17                   REPRESENTATIVE BOHAC:  No.  What I'm

18      saying is what if we check for citizenship rather than

19      putting it at the front end of voting, what about we put

20      it at the front end of getting your driver's license or

21      an ID card?  Would that be palatable?

22                   MR. FIGUEROA:  No, absolutely not.

23                   REPRESENTATIVE BOHAC:  It would destroy

24      the economy.

25                   MR. FIGUEROA:  No.  We would have to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007467

TX_00205138

USA_00022349

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 24 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 107 of 231
House Elections Committee Hearing                    February 28, 2007

129

 1    respond to that.

 2                    REPRESENTATIVE ANCHIA:  Let me ask this.

 3    Dwayne, are you just suggesting that we have two

 4    separate driver's license, one for noncitizens and one

 5    for citizens?

 6                    REPRESENTATIVE BOHAC:  No.  I was just

 7    wondering, he was -- you know, he said it's difficult to

 8    produce those documents when you are registering to

 9    vote, and I was just exploring conceptually whether it

10    would make more sense to you to put it when you're --

11    to -- to require those documents when you're getting a

12    driver's license or an ID card at the DPS office.

13                    MR. FIGUEROA:  I mean, the big problem

14    about that is that you don't need to be a citizen to

15    drive.  You need to be a citizen to vote.  So adding

16    that requirement to drive would pretty much nullify

17    every documented immigrant's ability to get a driver's

18    license in Texas.

19                    REPRESENTATIVE BOHAC:  Well, no, what if

20    you just put the set -- the status on the driver's

21    license?

22                    MR. FIGUEROA:  Well, we've -- we've had --

23    Okay.  I mean, this goes into a separate bill that was

24    last session, and we are definitely concerned about

25    labeling people's immigration status on their driver's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205139

USA_00022350

Case 2:13-cv-00193  Document 662-21  Filed on 11/11/14 in TXSD  Page 25 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 108 of 231
House Elections Committee Hearing                    February 28, 2007

130

1    license in the sense that it opens the door to profiling

2    and opens the door to what's required to get that stamp.

3    There are certain documents that people have that the

4    Department of Public Safety may not understand provides

5    you a -- a status in the United States, even though it's

6    not citizenship status, and I think it puts the

7    (inaudible) in a difficult position of trying to

8    ascertain what a person's immigration status is, and

9    that's a -- a difficult process that should only be left

10   to the Department of Homeland Security because they're

11   the only ones really with the expertise to ascertain the

12   multiple levels of immigration status.

13              There's over a (inaudible) of Visas.

14   There's legal primary residence.  There's people here

15   with temporary protective study.  Their are (inaudible).

16   You are putting the DPS in a very difficult position by

17   requiring that.

18              REPRESENTATIVE BOHAC:  Okay.  Thank you.

19              CHAIRMAN BERMAN:  Mr. Figueroa, thank you

20   very much for your testimony.

21              MR. FIGUEROA:  Thank you.

22              CHAIRMAN BERMAN:  Thanks for spending your

23   day with us.  The chair calls Mr. Ed Johnson.

24   Mr. Johnson, are you here?  Mr. Johnson, would you state

25   your name and tell us who you are, please?  Mr. Johnson



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007469

TX_00205140

USA_00022351

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 26 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 109 of 231
House Elections Committee Hearing                    February 28, 2007

131

1          is here testifying for the bill -- for all three bills.

2                    MR. JOHNSON:  Yes.  And I need to make a

3          clarification Mr. Chairman and members.  I am here

4          today, but -- and wrote that I'm with the Harris County

5          tax office.  I'm an employee of the Harris County tax

6          office, but I'm actually here on my personal day.  I'm

7          not officially here with the county.  So what I would

8          like to do is just tell you some of the experiences I

9          have seen in the tax office, but I'm not officially

10         speaking for the tax office because today is actually a

11         vacation day for me.  What a way to spend a vacation.

12                    In the Voter ID thing, I guess the main

13         concern that I would have personally is in the ID theft

14         market.  I have seen numerous cases in our office where

15         people's ID or people's voter registrations were stolen

16         from them.  People will vote for them falsely on

17         election day.  They fill out false voter registration

18         applications and actually move a voter.  Last primary,

19         it was in the Democratic primary, there were two

20         candidates and one of the candidates started

21         reregistering voters into the district he was running

22         in.  Hundreds of them, not just one or two.  Hundreds,

23         and then proceeded to vote for them on election day, and

24         these people were coming down into the office yelling

25         and screaming someone has voted for me, why did you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007470

TX_00205141

USA_00022352

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 27 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 110 of 231
House Elections Committee Hearing                    February 28, 2007

132

1    change my address on my voter registration card?  And we

2    came to find out when we started preparing all the

3    signatures that this was all filled out by one person,

4    and he moved hundreds -- and we're still working on

5    cleaning that whole mess up -- hundreds of people out of

6    their current registration address to a place within his

7    district so he could vote those cards.

8              We also see cards come in, unfortunately,

9    from third party voter registration drives that -- and I

10   think the law has changed, but they still have

11   incentives for this, but where they were getting paid to

12   do voter registration, and these people will sit down

13   with phone books and just start filling out voter

14   registration cards and turning them in, and we can tell

15   because they're alphabetical when they come in with

16   them, you know, and they also actually list the person's

17   phone number, but if they will -- if their address is

18   not in the phone book, they will make the address up.

19   They will give them (inaudible) which ends up sometime

20   reregistering somebody in a different district or a

21   different precinct where when they show up on the

22   polling location that day, their name is not on the poll

23   book and they do not get to vote.  These people are all

24   truly disenfranchised because their vote was stolen from

25   them, and it's not just one, two, it's hundreds, and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205142

USA_00022353

Case 2:13-cv-00193  Document 662-21  Filed on 11/11/14 in TXSD  Page 28 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 111 of 231
House Elections Committee Hearing                          February 28, 2007

133

```
1    it's happened several times.

2              Now, on the -- the citizenship issue, in

3    fact, I was just having lunch with someone out of our

4    county clerk's office and gave me some statistics, and

5    I'm going to have to repeat them by memory because I

6    don't have the things with me, but it was over in Harris

7    County over 10,000 this last year, jury summons that

8    they had received that were noncitizen.  I wish I had

9    the email -- In fact, I'll forward it to you when I get

10   back to my office to all you all.

11             CHAIRMAN BERMAN:  And where do you get

12   your pools from?

13             MR. JOHNSON:  Our jury pool comes from a

14   combination of the voter roll and the Texas driver's

15   license.

16             CHAIRMAN BERMAN:  Right.

17             MR. JOHNSON:  That jury department does

18   give us those when their summons comes in, and it is

19   marked as being a noncitizen.  They do turn them over to

20   the voter registration department as part of the law,

21   and we do try to validate if they are a registered voter

22   or not to then have to send them other documentation,

23   once again, questioning their citizenship status.  We're

24   still following up making sure that they didn't misread

25   the jury summons when they marked it or something like
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007472

TX_00205143

USA_00022354

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 29 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 112 of 231
House Elections Committee Hearing                    February 28, 2007

134

1          that.

2                     So -- but -- And what you referred to

3          earlier, Mr. Betancourt, actually my boss, in a couple

4          months time period, we just actually collected those

5          jury summons and had 35 of those people that were

6          noncitizens or a registered voter.  On that same issue,

7          our Homeland Security -- I think it's the department of

8          ICE or I've lost names -- They changed the names so many

9          times lately, but I will tell you about at least one or

10         two, I guess, people trying to obtain their citizenship

11         come to our office with an affidavit from this

12         department, and they are asking for us to sign that they

13         have never registered, and I will tell you at least

14         75 percent of these people that come in that are trying

15         to obtain citizenship have registered and voted and the

16         -- This ICE department actually has a link to our

17         website where they're -- just before they're processed

18         for citizenship, they are checking to see if they are a

19         registered voter, and if they find their name that

20         matches the birthday come up, they have them come down

21         and fill out a statement saying that, you know, either

22         this is or isn't the person.

23                     So I will tell you weekly we see people

24         coming in that had filled out a voter registration card,

25         and I will tell you half of them have histories of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007473

TX_00205144

USA_00022355

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 30 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 113 of 231
House Elections Committee Hearing                    February 28, 2007

135

1    someone voting that name, and sometimes it's actually

2    fraudulent voting.  Someone will have registered.

3                    CHAIRMAN BERMAN:  Hey, let me -- let me

4    make this clear, if I can, so I fully understand what

5    you're saying.  Are you telling this committee that

6    you've actually had noncitizens trying to register and

7    vote?

8                    MR. JOHNSON:  Yes.

9                    CHAIRMAN BERMAN:  Did you tell that

10   committee that?

11                   MR. JOHNSON:  Yes, I did.

12                   CHAIRMAN BERMAN:  Thank you very much.

13                   MR. JOHNSON:  Yes.

14                   CHAIRMAN BERMAN:  Any other questions

15   members?

16                   MR. JOHNSON:  Well, I have a -- a couple

17   of other --

18                   CHAIRMAN BERMAN:  All right.  Let him

19   finish.

20                   MR. JOHNSON:  I have -- I'm sorry.  I can

21   go (inaudible), but try two more stories.

22                   CHAIRMAN BERMAN:  All right.

23                   MR. JOHNSON:  One of them that also is

24   bothering to me in the list -- by these whole long list

25   of IDs that you can present to vote on election day and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007474

TX_00205145

USA_00022356

Case 2:13-cv-00193  Document 662-21  Filed on 11/11/14 in TXSD  Page 31 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 114 of 231
House Elections Committee Hearing                    February 28, 2007

136

1    to register, one of them is actually a statement from a

2    government office, a letter, a canceled envelope from a

3    government office.  So if you send me a voter

4    registration card and it's missing, the ID thing -- ID

5    statement, we will mail you back a letter saying that

6    you didn't qualify, and you can take that letter and

7    return it back to us as now proof of a government

8    document that you do live where you say you live, which

9    I think is kind of a big loophole in the system, and you

10   all really need to look at the list of certified

11   documents that you will accept as being a valid voter

12   registration card.  That's probably all the good

13   stories.  I have a lot more besides those.

14                 CHAIRMAN BERMAN:  Mr. Anchia?

15                 REPRESENTATIVE ANCHIA:  Thank you.  And I

16   appreciate your testimony today.  Give me your name

17   again, please?

18                 MR. JOHNSON:  It's Ed Johnson.

19                 REPRESENTATIVE ANCHIA:  Mr. Johnson, thank

20   you.  And I know you are not testifying -- you are only

21   testifying as yourself and not as part of the tax

22   assessor/collectors.

23                 MR. JOHNSON:  Right.

24                 REPRESENTATIVE ANCHIA:  But -- But would

25   you as an individual have any sort of documentation from



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205146

USA_00022357

Case 2:13-cv-00193   Document 663-21   Filed on 11/11/14 in TXSD   Page 32 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 115 of 231
House Elections Committee Hearing                    February 28, 2007

137

```
 1        the office that would suggest --
 2                    MR. JOHNSON:  I do not have my birth
 3        certificate or my --
 4                    REPRESENTATIVE ANCHIA:  No, no, no.
 5                    MR. JOHNSON:  -- or my --
 6                    REPRESENTATIVE ANCHIA:  No, that was --
 7                    MR. JOHNSON:  I'll go ahead and answer
 8        those questions (inaudible).
 9                    REPRESENTATIVE ANCHIA:  That was the next
10        question.
11                    MR. JOHNSON:  I need my voter registration
12        with me today.  I'm in real trouble, you know.
13                    REPRESENTATIVE ANCHIA:  No.  Mr. Johnson,
14        that was going to be the next question.  The question
15        I'm asking now is did the -- has the office done a study
16        to document the hundreds of cases that you've testified
17        to today that we could have as a committee?
18                    MR. JOHNSON:  I'll have to check because,
19        actually, those cases were all turned over to the DA's
20        office, so the DA's office is still having an active
21        investigation of those records now, so --
22                    REPRESENTATIVE ANCHIA:  Have there been
23        any prosecutions from the DA's office; do you know?  I'm
24        asking this of the witness who's actually up here.  We
25        don't want to create a point of order on the bill by
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007476

TX_00205147

USA_00022358

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 33 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 116 of 231
House Elections Committee Hearing                    February 28, 2007

138

1    having someone else testify, so --

2            MR. JOHNSON:  Yes.  There have been a

3    couple of cases that I can think of.

4            REPRESENTATIVE ANCHIA:  Okay.  Okay.

5    How -- how do people -- How do you think that people who

6    are on the jury pools who are noncitizens get

7    registered?  How does that happen?

8            MR. JOHNSON:  The ones -- the -- Most of

9    them that I had seen investigated are done through

10   volunteer deputy drives, what I call third party, you

11   know, registration drives that have gone out into

12   community areas and registered.

13           REPRESENTATIVE ANCHIA:  Have any people

14   have been prosecuted from those community drives?  Have

15   you turned those over to the DA's office?  Have you

16   complained to the Secretary of State about those drives,

17   and has anybody ever crossed you?

18           MR. JOHNSON:  Well, it's not an offense of

19   the volunteer deputy that's actually collecting the

20   registration if the card is filled out completely.

21   Where the offense occurred is by the person that they

22   were a citizen when they signed the card.

23           REPRESENTATIVE ANCHIA:  Correct.  Have

24   there been any prosecutions of those individuals?

25           MR. JOHNSON:  I do not know.  We turned



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007477

TX_00205148

USA_00022359

Case 2:13-cv-00193   Document 663-21   Filed on 11/11/14 in TXSD   Page 34 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 117 of 231
House Elections Committee Hearing                    February 28, 2007

139

1    those cases over to the DA, but I do not call up and see

2    how, if they may have, prosecuted.

3                    REPRESENTATIVE ANCHIA:  Could you forward

4    a list of the different cases that you've turned over to

5    the DA to this committee?

6                    MR. JOHNSON:  With the DA's permission,

7    yes, I can.

8                    REPRESENTATIVE ANCHIA:  Because that would

9    be -- I mean, I imagine you've -- you have a list of

10   people who have done this.  I think it would be very

11   interesting for this committee to see that.  Do some

12   people get registered -- some noncitizens get registered

13   to vote through the Motor Voter Program, do you think?

14   Has that been your experience?

15                   MR. JOHNSON:  I've seen some cases where,

16   yes, some noncitizens have been registered through the

17   Motor Voter processing.

18                   REPRESENTATIVE ANCHIA:  And they end up in

19   jury pools?

20                   MR. JOHNSON:  Yes.

21                   REPRESENTATIVE ANCHIA:  And then -- And

22   then what do you do when -- when you find out citizens

23   in the jury pools, you go ahead and --

24                   MR. JOHNSON:  Our -- our -- Our act there

25   is when we get a jury notice and we find that they are a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205149

USA_00022360

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 35 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 118 of 231
House Elections Committee Hearing                    February 28, 2007

140

 1     registered voter and they have said that they're not a
 2     citizen, we send them a letter asking them if they are a
 3     citizen and then to send us some proof that they are a
 4     citizen so that we can keep the registration.  If they
 5     do not reply to that letter, then their voter
 6     registration is purged.
 7                     REPRESENTATIVE ANCHIA:  You purge them
 8     from the rolls, correct?
 9                     MR. JOHNSON:  Yes.
10                     REPRESENTATIVE ANCHIA:  Okay.
11                     MR. JOHNSON:  Well, cancel, not purge
12     them.
13                     REPRESENTATIVE ANCHIA:  Well, I'm sorry.
14     You cancel -- You cancel them from the rolls.
15                     MR. JOHNSON:  Yes.
16                     REPRESENTATIVE ANCHIA:  Okay.  Okay.
17     Let's see.  That's all I have for now.  Just a request
18     if you could -- if you could -- Because you already
19     answered the other question I was going to ask that I'm
20     going to ask every witness and then thank you for
21     answering that.
22                     MR. JOHNSON:  I'm sorry.
23                     REPRESENTATIVE ANCHIA:  If you -- If you
24     could furnish the list of -- of -- of noncitizens who
25     have voted, that would be something I think very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007479

TX_00205150

USA_00022361

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 36 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 119 of 231
House Elections Committee Hearing                    February 28, 2007

141

1    interesting to this committee, and the noncitizens who

2    have been registered or the hundreds of noncitizens that

3    have been registered to vote, I think that would also be

4    very interesting to this committee.

5                    UNIDENTIFIED SPEAKER:  Are you allowed to

6    forward names like that?

7                    MR. JOHNSON:  I'm going to have to talk to

8    the DA's office.  I'm not really sure on the law what

9    their --

10                   UNIDENTIFIED SPEAKER:  If the names are

11   turned over to the district attorney, are you allowed to

12   send that name (inaudible) --

13                   MR. JOHNSON:  What we've been requesting

14   the forms and in that investigation, they will not

15   release the (inaudible).

16                   UNIDENTIFIED SPEAKER:  Mr. Anchia, you're

17   an attorney.  You probably could --

18                   REPRESENTATIVE ANCHIA:  Sure.  Absolutely.

19   That's public.  I mean, that should be accessible

20   whether it's the subject of an investigation, the fact

21   that somebody would have voted who was a noncitizen,

22   that those would be public HCFA records subject to the

23   Public Information Act and certainly relevant to this

24   committee.

25                   CHAIRMAN BERMAN:  Mr. Bohac?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007480

TX_00205151

USA_00022362

Case 2:13-cv-00193   Document 663-21   Filed on 11/11/14 in TXSD   Page 37 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 120 of 231
House Elections Committee Hearing                    February 28, 2007

142

1          REPRESENTATIVE BOHAC:  Mr. Johnson, I have

2      a question for you.  You said that you typically find

3      these voter registration schemes, for want of a better

4      word, typically perpetrated by third parties.

5          MR. JOHNSON:  Correct.

6          REPRESENTATIVE BOHAC:  Yeah.  And are

7      there any third parties that are more egregious or is

8      there any third party that jumps out at you regarding

9      these type of more egregious voter registration drives

10     or is it just -- is it just all of them would?

11         MR. JOHNSON:  There are some that are more

12     than others, and it's usually, you know, select

13     individuals within those groups.  I will tell you we

14     started meeting in the -- in the Harris County tax

15     office this last election cycle, we started meeting with

16     these organizations, all of them, especially if we find

17     fraud, and they were doing a very good job of trying to

18     police their own agency to make sure that they were

19     trying to get valid, you know, applications turned in,

20     and I do know that they did let some volunteers go that

21     were not following the letter of the law.

22         REPRESENTATIVE BOHAC:  Okay.  Good.  And

23     just for the for the record, Harris County, Texas Tax

24     Assessor Paul Betancourt did testify before the US House

25     Administration Committee, and he testified in person --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007481

TX_00205152

USA_00022363

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 38 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 121 of 231
House Elections Committee Hearing                    February 28, 2007

143

1    I'm sure this was under oath.  He said in 2005, he

2    identified at least 35 foreign nationals who either

3    applied for or received voter registration cards, and it

4    also goes on to say Mr. Betancourt told the committee

5    that a Brazilian woman registered -- had a registration

6    canceled, reregistered claiming to be a citizen and had

7    her registration canceled again.  He also went on, while

8    registered, she voted at least four times in a general

9    and -- in general and primary elections and since 1992,

10   according to Paul Betancourt, his office has canceled

11   3,742 registered voters for non-citizenship.  683 of

12   those non-citizenship cancellations have occurred from

13   the year 2000 to the present.

14             So I know you are not here testifying on

15   behalf of the Harris County tax assessor/collector, but

16   if this document is correct and he -- you know, he

17   testified under oath, I think these would be very

18   interesting statistics that he has.

19             MR. JOHNSON:  I have seen the document for

20   it.  Yes, it is correct.

21             CHAIRMAN BERMAN:  Mr. Johnson?

22             MR. JOHNSON:  Can I -- Can I one more

23   time?

24             CHAIRMAN BERMAN:  Sure.  Go right ahead.

25             MR. JOHNSON:  I will let one of my points



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 39 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 122 of 231
House Elections Committee Hearing                    February 28, 2007

144

1    out.  You all were talking earlier about, you know, how

2    to tie them up about the proof of ID?  On the new or

3    under the Help America Vote, when you fill out a voter

4    registration application, one of the first things that

5    that's on the ID part that's requested is to ask if you

6    have a Texas driver's license.  You are supposed to list

7    that and then if you don't have a Texas driver's

8    license, you are supposed to list your Social Security

9    card.  All these voter registration applications are

10   turned over to the Secretary of State now where they

11   match them with the Department of Public Safety's list.

12   If the Department of Public Safety had the list of

13   citizens and noncitizens, they could make that match on

14   the front end when a voter registration card actually

15   came in very easily without having to make any kind of

16   notation on a driver's license because that list is

17   bounced up against theirs before you are registered now.

18            CHAIRMAN BERMAN:  Mr. Anchia?

19            REPRESENTATIVE ANCHIA:  Yes.  And just one

20   other question.  Do you think it would be a good system

21   to have our -- and do you think it would accomplish the

22   goal that you want to accomplish to have our -- our

23   state database for state IDs and driver's license merged

24   with voter registration cards so that the person's

25   photograph appears on the voter registration card that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205154

USA_00022365

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 40 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 123 of 231
House Elections Committee Hearing                    February 28, 2007

145

 1       is issued by the county?  Do you think that would be a

 2       good solution?

 3                   MR. JOHNSON:  Yeah.  I've actually studied

 4       to see what the cost effect was, and I think that would

 5       be an acceptable solution, but there is cost factor to

 6       the county to do this.  It would -- In Harris County if

 7       we were to put a color photo on a birth certificate

 8       card, these are just rough ballpark estimates for

 9       printers, it would double the cost of our mailing.  We

10       would go from 150,000 to 300,000 to produce those cards.

11                   REPRESENTATIVE ANCHIA:  Do you think that

12       cost is inordinate in order to protect the franchise?

13                   MR. JOHNSON:  No, it's not.  It's -- It

14       would be another unfunded mandate, but, you know, if the

15       State could somehow come up with extra money to help

16       that, I guarantee you, you know, it would be a good

17       thing to do.

18                   REPRESENTATIVE ANCHIA:  And did you run

19       the cost for a noncolored photograph?  That was just --

20                   MR. JOHNSON:  A noncolored photograph --

21                   REPRESENTATIVE ANCHIA:  -- that was just

22       ink jetted onto the -- onto the piece of --

23                   MR. JOHNSON:  Yes.

24                   REPRESENTATIVE ANCHIA:  -- paper?

25                   MR. JOHNSON:  That would -- I think that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007484

TX_00205155

USA_00022366

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 41 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 124 of 231
House Elections Committee Hearing                      February 28, 2007

146

```
 1        would increase it -- it was like 5 cents more per print

 2        by -- would be about another $100,000.

 3                   REPRESENTATIVE ANCHIA:  Okay.  5 cents

 4        more per card basically.

 5                   MR. JOHNSON:  Yeah.

 6                   REPRESENTATIVE ANCHIA:  Okay.

 7                   MR. JOHNSON:  And color (inaudible) is

 8        more (inaudible).

 9                   REPRESENTATIVE ANCHIA:  Okay.  Thanks.

10                   CHAIRMAN BERMAN:  But, Representative

11        Anchia, where would we get -- where would DPS get its

12        photograph from if our contention is that some people

13        don't have an ID card or don't have a driver's license?

14                   REPRESENTATIVE ANCHIA:  That's a great

15        question.  One -- One of the things that -- that we

16        proposed when we debated this bill last time was to

17        merge -- merge the databases that we have -- wasn't

18        me -- to merge the databases and then also give people a

19        waiting period.  Back when we were debating in 2005, we

20        suggested that this would take effect in 2008 so people

21        could go out and get the relevant documentation to do a

22        massive Secretary of State sort of education campaign

23        that this would be the requirement at some future date

24        and allow people to go through at least a biennial cycle

25        of elections so that they could receive information when
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007485

TX_00205156

USA_00022367

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 42 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 125 of 231
House Elections Committee Hearing                February 28, 2007

147

1     they would go to vote, and the people who were concerned

2     about it are people who have been testifying -- or

3     excuse me -- voting for decades just with their voter

4     registration card, and we'd be unaware of this

5     requirement, and it would give them opportunity, for

6     example, to go to -- to take a photograph that could

7     then be sent to the -- to the Secretary of State's

8     office so they could then appear at no cost to them,

9     but, rather, on their voter registration card.  That

10    might be a workable solution that we could discuss.

11              CHAIRMAN BERMAN:  Or maybe, you know,

12    pushing out the -- Just to kind of think back on what

13    you were saying, what if we, you know, did the driver's

14    license or some type of valid ID and just push that out

15    a year or two so that we could give people ample

16    education that this was coming, that this was, you know,

17    something that was coming in future elections, so,

18    therefore, they had more than enough time to go out and

19    get a driver's license or an ID card so that they could

20    comply with the new Voter ID law?

21              REPRESENTATIVE ANCHIA:  I think that's

22    worth discussion.  That was an amendment to

23    Representative Denny's bill during the last session, and

24    I think you voted against my amendment, but I'm open to

25    discussing it again.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205157

USA_00022368

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 43 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 126 of 231
House Elections Committee Hearing                    February 28, 2007

148

1              CHAIRMAN BERMAN:  If I knew it would get

2      your -- If I knew you'd support the bill, maybe I would

3      go for it.  Ed, thank you so much for hanging with us

4      all day, and we sure do appreciate it.

5              MR. JOHNSON:  Thank you all.

6              CHAIRMAN BERMAN:  The chair calls Lydia

7      Camarillo.  Lydia, state your name and who you

8      represent.

9              MS. CAMARILLO:  Gosh, I hope I'll remember

10     who I am.

11             CHAIRMAN BERMAN:  It's been a long time.

12             MS. CAMARILLO:  Good evening,

13     Mr. Chairman, members of the committee on elections.  I

14     am Lydia Camarillo, vice-president for Southwest Voter

15     Registration Education Project, the largest and oldest

16     nonpartisan, nonprofit organization of its kind, with a

17     simple mission to increase the number of Latino and

18     other ethnic communities who are registered to vote and,

19     more importantly, who participate in America's democracy

20     at school and partners.

21             Founded in San Antonio, Texas by the late

22     William C. Velasquez, Southwest Voter has registered

23     over 2.3 million Latino voters throughout Texas, the

24     southwest, and since 2000, the southeast.  Southwest

25     Voter has won over 80 voting rights lawsuits and has



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007487

TX_00205158

USA_00022369

Case 2:13-cv-00193  Document 662-21  Filed on 11/11/14 in TXSD  Page 44 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 127 of 231
House Elections Committee Hearing                    February 28, 2007

149

1       prepared over a hundred thousand leaders to organize

2       their communities.  In the Supreme Court of the United

3       States versus Gonzalez, MALDEF challenges the Federal

4       court -- the Federal court on voter registration and

5       identification provisions of Arizona, Proposition 200.

6       Southwest voters is one of the plaintiffs in this case.

7               I am here to advise you of Southwest

8       Voters' strong opposition to HB 101, HB 218, and HB 626.

9       Southwest voters opposes these bills because they would

10      have a negative impact on the Latino voter registration

11      and potentially violate Federal election laws including

12      the Voting Rights Act, the National Voting Rights

13      Registration Act and the Help America Vote Act.  These

14      bills will only serve to depress voter registration of

15      Latino, other ethnic communities and the poor.

16              For these reasons, Southwest Voters

17      opposes HB 101, HB 218 and HB 626 and urges your

18      opposition.  Texas legislators must take affirmative

19      steps to promote the participation of American citizens

20      in voting and participating in America's democracy and

21      sure can in its wisdom oppose legislation that only

22      serves to confuse citizens, contradict Federal law,

23      create undue financial burden to -- to poor white,

24      Latino, African-American citizens who register to vote

25      and create undue burden to Texas counties.  HB 101, HB



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007488

TX_00205159

USA_00022370

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 45 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 128 of 231
House Elections Committee Hearing                    February 28, 2007

150

1     218, HB 626 are redundant bills requiring additional and

2     multiple identification for voters.  SVREP believes that

3     Texas law provides for proof of identification, and

4     these bills will only recite confusion, create a more

5     burdensome voting experience for both voters and poll

6     workers.

7              Texas law requires that voter registration

8     applicants must affirmatively mark the United States

9     citizenship under penalty of perjury and submits their

10    application, which is an affidavit, either in person or

11    by a business replied postcard.  Election Section Code

12    13.102 states that.  In our extensive experience in

13    registering voters over the last 32 years, it is rare

14    for a voter to have their naturalization passport or

15    birth certificate on hand when a voter registration --

16    when they register to -- to vote.  Many eligible United

17    States citizens have trouble accessing those documents

18    at all, including senior citizens that have lost or

19    their documents damaged over time.  Any extra steps in

20    the registration process will only serve to needlessly

21    disenfranchise voters.

22             Once the voter is registered, the voter

23    should be able to vote and uphold with either a voter

24    registration card or a range of (inaudible) -- there

25    goes my accent -- range of identification documents.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007489

TX_00205160

USA_00022371

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 46 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 129 of 231
House Elections Committee Hearing                    February 28, 2007

151

```
 1    Election code 63.0101 so states.  The range of
 2    identification is meant to be broad, that includes a
 3    person's utility bill, a bank statement, because
 4    different voters have access to different documents.  A
 5    voter that has had his or her wallet stolen, a voter
 6    that does not drive or a newlywed who just got married
 7    might not have a new license or has not updated their
 8    license should not be prohibited from voting.
 9              Southwest Voters' analysis of HB 101, HB
10    218 and HB 626 clearly reveals that these bills would
11    only contradict the spirit of the author's intent, which
12    we believe is to ensure that voter's rights are
13    protected, facilitate the voting process and increase
14    the universe of eligible voters who are voting and
15    participating in America's democracy.  The intent of
16    these bills could only be to decrease the number of
17    American citizens who would take the opportunity to vote
18    in Texas elections, and it would be harmful to Latino
19    voters.
20              Mr. Chairman and committee members, we
21    urge you not to support these bills.  They would only
22    suppress Latino, African-American and poor white voters'
23    registration and contradict Federal election laws.
24    Thank you so much.
25              CHAIRMAN BERMAN:  Questions, members?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007490

TX_00205161

USA_00022372

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 43 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 130 of 231
House Elections Committee Hearing                    February 28, 2007

152

1    Thank you very much.

2                    MS. CAMARILLO:  Questions?

3                    REPRESENTATIVE BURNAM:  Yes, please.  Ms.

4    Camarillo, in reading your testimony, there's a line

5    here that says these bills will only serve to depress

6    voter registration of Latino or ethnicities and the

7    poor.  Would you elaborate on that?

8                    MS. CAMARILLO:  Yes.  We have seen already

9    through Arizona -- and as I stated, we are plaintiffs on

10   the case that -- If I fail to say something right, my

11   lawyer is right here.  We have seen that in fact voters

12   are asked to provide additional ID and information that

13   then not allowing them to vote.  We saw that not only

14   with the Native Americans, but a lot of Latinos might

15   not have with them the information, and the IDs that are

16   required after they were again registered to vote.  This

17   goes also for individuals, and I don't know if that's

18   what you are thinking in this particular bill for

19   Arizona individuals who had already registered, but

20   might have moved and have to reregister.  So during the

21   first time that they provided the information, now

22   they're required to provide additional information.

23                    REPRESENTATIVE BURNAM:  Thank you.

24   Further in your testimony you say that these bills will

25   only create confusion, create a more burdensome voting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007491

TX_00205162

USA_00022373

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 48 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 131 of 231
House Elections Committee Hearing                          February 28, 2007

153

```
 1      experience for both the voters and the poll workers.

 2      Would you care to elaborate on that for me?

 3                   MS. CAMARILLO:  Well, it's our experience

 4      first from the poll workers' side that they have a lot

 5      of discretion, and so to be very frank with you, it

 6      seems to me that when a Latino shows up to vote, they

 7      automatically assume that a Latino is not necessarily an

 8      American citizen, and as I stated, it's our experience

 9      over the last 32 years when a Latino's registered to

10      vote, they are signing an affidavit and they understand,

11      first of all, that it's perjury if they lie, that it's a

12      Federal offense, and most of them if they were truly

13      undocumented, which is the whole argument that we were

14      discussing before -- before these bills, is that they're

15      not interested in being discovered as being

16      undocumented.  So they wouldn't in any way, shape or

17      form be registering unless they're American citizens,

18      first of all.

19                   REPRESENTATIVE BURNAM:  So are you

20      suggesting that the undocumented worker has a clear and

21      obvious vested self-interest in not bringing attention

22      to it that the legal system --

23                   MS. CAMARILLO:  That is correct.  That's

24      our experience.

25                   REPRESENTATIVE BURNAM:  That's an
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205163

USA_00022374

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 49 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 132 of 231
House Elections Committee Hearing                        February 28, 2007

154

```
 1    interesting thought.

 2                    MS. CAMARILLO:  It's a very important

 3    point because we're talking about protecting the right

 4    of all citizens.  We're talking about the right of

 5    Latino citizens having the right to vote, and we're also

 6    discussing in this bill implicitly and not that it's

 7    fraudulent undocumented folks who might be the ones

 8    registering to vote.  I assure you they are not

 9    interested in coming before the light because they're

10    working hard to stay underground.

11                    REPRESENTATIVE BURNAM:  Thank you.  In the

12    last paragraph you say -- you are referring to three

13    bills would only suppress Latino, African-American, poor

14    white voter registration and contradict Federal election

15    laws.  Would you remind us how many times -- since

16    you've been in your organization how many you've been

17    involved in litigation trying to defend voter rights?

18                    MS. CAMARILLO:  Eight.  That's as we are

19    our lawyers and then several times as plaintiffs.

20                    REPRESENTATIVE BURNAM:  Thank you.

21                    CHAIRMAN BERMAN:  What did you think of

22    the information presented by the gentleman from Harris

23    County?  We talked about the tax assessor/collector and

24    the number of individuals who were found to be

25    undocumented on jury duty, not US citizens -- perhaps
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205164

USA_00022375

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 50 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 133 of 231
House Elections Committee Hearing                    February 28, 2007

155

1    not undocumented, but not US citizens, yeah.

2              MS. CAMARILLO:  Well, that's the point.  I

3    don't know if -- First of all, I must apologize.  I have

4    to step out.  I have a 7-year old who's being watched by

5    my 16-year old.

6              CHAIRMAN BERMAN:  All right.  You don't

7    have to answer that question.

8              MS. CAMARILLO:  So I'm not sure I heard

9    the whole testimony, but -- but I think that the

10   point -- there's two points that I heard over the

11   testimony of various folks, which is we are called to

12   serve on jury duty if we are -- if we have our driver's

13   license or if we are registered to vote.  When you're

14   called to jury duty, I don't know -- I don't remember

15   whether the law states or not that we must be citizens.

16   The whole point about extending the poll to jury duty so

17   that lawyers, depending on which side of the fence

18   they're defending, they have a right to have diversified

19   jury individuals.  So that I don't think is really an

20   issue for us, and if someone's breaking the law, well,

21   then that's up to you to decide how you want to handle

22   it.

23             For us at Southwest Voter, it's our

24   responsibility to make sure that every voter has a right

25   to vote if he or she decides to vote because it is -- it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205165

USA_00022376

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 51 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 134 of 231
House Elections Committee Hearing                    February 28, 2007

156

1      is a privilege and a right, but not anyone is exercising

2      their right.

3                   Second, we believe that if you register to

4      vote, you must have your vote counted if you vote, and

5      we saw in Florida there were over a million voters whose

6      vote was not counted, yet they voted.

7                   REPRESENTATIVE BURNAM:  So are you

8      suggesting that the real problem was not about voter

9      impersonation, but, rather, in fraud and in the

10     management of the elections themselves?

11                  MS. CAMARILLO:  There's lots of weaknesses

12     in our system.  I don't have -- And I haven't seen any

13     real evidence of anymore than a few folks who have been

14     fraudulent in saying that they have the right to vote

15     when they don't have the right to vote.  They're not

16     citizens, and we have seen that over the last 10 years

17     at best 50 or so certainly in the State of Texas.  I

18     haven't seen not many more of that, but I think -- I

19     think the real question is if we're serious and honest

20     about democracy working its best, that we cannot create

21     anymore barriers to allow folks to have a right to

22     register to then vote, and your proposals -- your bills

23     are going to create -- there's my son probably saying

24     where are you mom?  Sorry.  It's probably going to

25     create barriers for individuals to participate in this



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205166

USA_00022377

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 53 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 135 of 231
House Elections Committee Hearing                    February 28, 2007

157

1    process, and any time you delay someone's right to vote

2    either by outright bills in this case that are being

3    redundant -- by redundant, I mean, the law already is

4    asking us to provide ID and information.  Why are we

5    doing it again?

6                CHAIRMAN BERMAN:  Just one final question.

7    Do you believe that you should prove your US citizenship

8    at the time of registration?

9                MS. CAMARILLO:  You know, that is a

10   question I'm not ready to go through because I'm not

11   ready to compromise on this issue.  I'm opposing these

12   three bills, and I urge you to oppose these bills.

13               CHAIRMAN BERMAN:  I think it's a very

14   important question.  Do you or do you not believe that

15   you should show proof of your US citizenship when you

16   register to vote?

17               MS. CAMARILLO:  When I went to get my

18   driver's license, I was required to provide a birth

19   certificate, therefore, I was able to identify myself as

20   an American citizen.  When I signed my voter

21   registration, which I'm a perfect voter in Texas, I

22   clearly indicated by signing an affidavit that I was an

23   American citizen prepared to vote and was willing to

24   vote and always vote.

25               CHAIRMAN BERMAN:  Did you show a driver's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205167

USA_00022378

Case 2:13-cv-00193   Document 663-21   Filed on 11/11/14 in TXSD   Page 53 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 136 of 231
House Elections Committee Hearing                    February 28, 2007

158

```
 1    license then?
 2              MS. CAMARILLO:  No.  It doesn't require
 3    that.  The law clearly states -- by -- by the way, you
 4    all passed it -- says that all I have to do is sign
 5    under perjury of law that I'm an American citizen,
 6    which, by the way, when I do go vote, on occasion I
 7    forget my famous little card because I too could not
 8    find it, I will have to produce my driver's license and
 9    my driver's license in order for me to produce a
10    driver's license and to have one accessible to me, I had
11    to produce a birth certificate.
12              CHAIRMAN BERMAN:  Thank you very much.
13              MS. CAMARILLO:  Thank you.
14              CHAIRMAN BERMAN:  The chair calls Suzy
15    Woodford in opposition on all three.  Okay.  Thank you,
16    Suzy.  The chair calls Mary Finch.
17              REPRESENTATIVE BURNAM:  She submitted
18    legal testimony for the League of Women Voters.
19              CHAIRMAN BERMAN:  Okay.  And she is
20    against all three bills.
21              UNIDENTIFIED SPEAKER:  Would you repeat
22    that, Mr. Chairman?  The representative for the State
23    League of Women Voters is against all three bills?
24              CHAIRMAN BERMAN:  That's correct.
25              UNIDENTIFIED SPEAKER:  Thank you.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205168

USA_00022379

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 54 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 137 of 231
House Elections Committee Hearing                    February 28, 2007

159

1          CHAIRMAN BERMAN:  M-hm.  Okay.  The chair

2     calls Teri Sperry?  Teri, are you here?  Oh, there you

3     are.

4          MS. SPERRY:  Thank you, Mr. Chairman.  I'm

5     Teri Sperry speaking on behalf of The True Courage

6     Action Network, a nonprofit, nonpartisan group.  From

7     our perspective, the present problem today in American

8     democracy and particularly in Texas is not noncitizens

9     clamoring to vote and finding devious ways to do so,

10     but, rather, that millions of qualified citizens fail to

11     vote.  We agree with the many speakers today who would

12     call voting a right and a privilege.  We would go even

13     farther and call it a responsibility.  I personally have

14     been involved in numerous grassroots voter registration

15     drives, and we look for every opportunity to encourage

16     people to register to vote.  We often use a friendly

17     peer pressure approach and a no excuses policy.  So you

18     don't have your driver's license, but that's okay?  Do

19     you know the last four digits of your Social Security

20     number?  And can you sign and affirm that you're an

21     American citizen?  That's enough.

22          We believe in giving people the benefit of

23     the doubt.  We have so many people come up and thank us

24     at these grassroots voter registration events for giving

25     them the opportunity because they admit they



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007498

TX_00205169

USA_00022380

Case 2:13-cv-00193  Document 662-21  Filed on 11/11/14 in TXSD  Page 55 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 138 of 231
House Elections Committee Hearing                    February 28, 2007

160

1    procrastinate.  People procrastinate.  People are lazy.
2    People are tuned out until the last minute.  And so they
3    put off registering to vote or changing their
4    registration after they've moved in the same way that
5    they might put off making that appointment for the
6    dentist that they -- they know is the right thing to do.
7    And so sometimes seeing the voter registration table at
8    a public event or outside their grocery store, at the
9    4th of July event in their neighborhood, makes the
10   difference between them voting and not voting.  And,
11   again, people are often grateful that that little
12   reminder, that little bit of peer pressure, made them do
13   what they know is their responsibility.
14           So, again, we do believe in giving people
15   the benefit of the doubt and not letting a small
16   insignificant number of people who may abuse the system
17   make it harder for the rest of Americans to take
18   advantage of the system in a positive way.
19           CHAIRMAN BERMAN:  Thank you very much.
20   Members?  Thank you for your testimony.  Thank you for
21   being with us all day.  The chair calls Joy Arthur?
22   Joy, are you here?  She registered votes against all
23   three bills, People For The American Way.  Chair calls
24   Tim Morstad.  Tim Morstad with AARP?  Against all three
25   bills.  The chair calls Laurie Vanhoose representing



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205170

USA_00022381

Case 2:13-cv-00193　Document 662-21　Filed on 11/11/14 in TXSD　Page 56 of 95
Case 1:12-cv-00128-RMC-DST-RLW　Document 215-1　Filed 06/20/12　Page 139 of 231
House Elections Committee Hearing　　　　　　　　February 28, 2007

161

```
1     Advocacy, Incorporated?

2                  MS. VANHOOSE:  Thank you.  My name is

3     Laurie Vanhoose.  I'm the Help America Vote Act

4     specialist at Advocacy, Incorporated, and we are

5     Federally mandated under the Help America Vote Act to

6     ensure the voting rights of the 4.6 million people with

7     disabilities in Texas.

8                  When HAVA was debated in Congress, the

9     number one contentious --

10                 REPRESENTATIVE BURNAM:  Before you get

11    going, Laurie, the 4.6 million that you represent in

12    Texas, how many of them don't have driver's license?  Do

13    you have any idea?

14                 MS. VANHOOSE:  I don't have that number,

15    and I wish I did because I --

16                 REPRESENTATIVE BURNAM:  You can understand

17    why I'm asking.

18                 MS. VANHOOSE:  -- because I speak with a

19    lot of them -- Yes.  We speak with a lot of them who are

20    concerned about this because they don't -- and I'm going

21    to definitely get into that issue.

22                 When Congress was debating the Help

23    America Vote Act, the number one most controversial

24    provision was identification requirements, basically,

25    because the authors of this bill saw identification
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205171

USA_00022382

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 57 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 140 of 231
House Elections Committee Hearing                    February 28, 2007

162

```
 1      requirements as an avenue to disenfranchise minority
 2      voters, disability -- people with disabilities.
 3                    CHAIRMAN BERMAN:  I'm sorry.  Who saw that
 4      as an avenue to disenfranchise them?
 5                    MS. VANHOOSE:  If you look at the record,
 6      as the debate for the Help America Vote Act, the authors
 7      and several other people who supported this bill, there
 8      was a -- there's a lot of debate around what specific
 9      identification requirements we need to ensure people's
10      identity, but not to disenfranchise them.  And that's
11      how they came up with a comprehensive list under HAVA,
12      which is what we have now currently in Texas.  Also,
13      what they found was that to reduce the pretense for
14      election fraud, what we need to do is implement the
15      state-wide database and that's what we have done in
16      Texas.
17                    What this database does is it integrates
18      local lists so that duplicates can be easily removed
19      from a database from the voter rolls.  It also
20      coordinates records with other state agencies.  They
21      take Social Security numbers and match them with the
22      Social Security Administration.  They take driver's
23      license numbers and verify that with Department of Motor
24      Vehicles, and they also get death records.  So what this
25      does is ensures that the voter risks are correct.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205172

USA_00022383

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 58 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 141 of 231
House Elections Committee Hearing                    February 28, 2007

163

1              There's also lots of -- Every single

2       report out there talking about election fraud states --

3       and I can forward those to your offices -- state that

4       the way to defer election fraud is through this

5       database, and I think tonight we've heard a lot of

6       testimony that's showing that the database in Texas is

7       working.  As a matter of fact, Representative King had a

8       statement of the numbers of people that had been taken

9       off the list because they have found to be registered

10      illegally.  That shows that we have processes in place

11      that are working.

12             We've also had several other people

13      testify as to people registering illegally, are trying

14      to vote illegally, and then being caught because of

15      processes that are put in place and that is specifically

16      why HAVA put these provisions in place.

17             Also, on January 1, 2006, your Secretary

18      of State, Roger Williams, at his kick-off of the Voter

19      Education Program, and I'm quoting him now, said that

20      "Perhaps sometimes in the past, lists of this type" --

21      referring to voter registration lists -- "have been

22      relatively easy targets for those seeking to commit

23      voting fraud by using the names of duplicate, fictional

24      invalid or deceased voters.  We now have a new

25      state-wide voter database that significantly reduces



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205173

USA_00022384

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 59 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 142 of 231
House Elections Committee Hearing                    February 28, 2007

164

```
 1        such opportunities and provides us the ability to

 2        maintain secure, accurate and up-to-date information on

 3        all voters in the State of Texas."  Also --

 4                    CHAIRMAN BERMAN:  Just one second.

 5                    REPRESENTATIVE ANCHIA:  Laurie, I'm a

 6        little bit disturbed by this.  Didn't we just hear

 7        testimony from the gentleman before who was referring to

 8        hundreds of cases of people who may have been registered

 9        who were noncitizens and who may have voted in the past,

10        but you are telling me we have a system to deal with

11        that?  As of when?

12                    MS. VANHOOSE:  January 1st, 2006 --

13                    REPRESENTATIVE ANCHIA:  Okay.

14                    MS. VANHOOSE:  -- was the Federal

15        deadline.  I think ours got pushed back a couple of

16        months.

17                    REPRESENTATIVE ANCHIA:  So if there were

18        cases in the past that where people had been noncitizens

19        and voted, whether they have registered a motor voter or

20        some other way, we have a system in place to deal with

21        that now?

22                    MS. VANHOOSE:  Yes.  That was -- that

23        was -- The whole part of HAVA was that these voter lists

24        are wrong and not to point that people are voting

25        fraudulently, but people are not being allowed to vote,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205174

USA_00022385

Case 2:13-cv-00193  Document 662-21  Filed on 11/11/14 in TXSD  Page 60 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 143 of 231
House Elections Committee Hearing                    February 28, 2007

165

```
 1      so let's get these lists accurate as they can be.

 2                  REPRESENTATIVE ANCHIA:  And what happens

 3      if -- if I registered in -- in Motor Voter and I'm a

 4      noncitizen?  Let's say I'm a legal permanent resident,

 5      so I'm eligible to get a driver's license, and I

 6      register to vote, make a mistake, I don't speak the

 7      language right, whatever.  What happens to my voter

 8      registration at that point?

 9                  MS. VANHOOSE:  You'll have to -- I want to

10      tell you to verify this with the Secretary of State, and

11      we have Ann in here --

12                  REPRESENTATIVE ANCHIA:  Yeah.

13                  MS. VANHOOSE:  -- but it's my

14      understanding in the implementation of HAVA and the

15      state-wide database is that that database is supposed to

16      interact with other databases to verify you have the

17      correct address, they have the correct Social Security

18      number.  That was the intention of it is to make sure

19      there aren't duplicates on lists, and I know at the

20      county level, at the state level, this database that's

21      being used to check duplicates to make sure the lists

22      are accurate.

23                  And specifically regarding citizenship,

24      you'll have to ask Ann about that, but that's the whole

25      point of the database, and in my understanding, that was
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205175

USA_00022386

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 61 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 144 of 231
House Elections Committee Hearing                    February 28, 2007

166

1    the reason -- if you look at the record in HAVA -- I was

2    in DC.  I worked for a national organization when HAVA

3    was being debated, and the major reason of having this

4    database is to verify that the voter lists are accurate.

5                REPRESENTATIVE ANCHIA:  Thank you.

6                CHAIRMAN BERMAN:  Well, isn't it possible

7    though for someone to vote with somebody else's voter

8    registration card?  They could steal it.  They can find

9    it.  They can collect a number of voter registration

10   cards in -- you know, from a senior citizen's home and

11   go use them to vote?  There's no way to show that

12   they're not the person who's on the card, is there?

13               MS. VANHOOSE:  I guess it's possible, but

14   where is the evidence of this is happening?  And I'm

15   going to get into that.  We don't have evidence of this

16   happening, and -- and you get your registration card,

17   what is it, every two years?  I don't know.  I just

18   don't see evidence of this happening, and we haven't

19   seen evidence of it happening in -- any widespread

20   evidence and -- that would change election results

21   anywhere in the country, and I'm going to get into that

22   in just a second as well.

23               REPRESENTATIVE BURNAM:  Can I ask a

24   question before she does?

25               CHAIRMAN BERMAN:  Yes.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205176

USA_00022387

Case 2:13-cv-00193  Document 663-21  Filed on 11/11/14 in TXSD  Page 62 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 145 of 231
House Elections Committee Hearing                        February 28, 2007

167

1          REPRESENTATIVE BURNAM:  So far I'm getting

2     the thrust of your legislation is the three bills that

3     are before us are trying to address a problem that was

4     solved January 1st, '06.

5          MS. VANHOOSE:  Yes.

6          UNIDENTIFIED SPEAKER:  Okay.  Thank you.

7          MS. VANHOOSE:  Yes.  Actually, you know

8     what?  I'll go ahead and jump to that.  Real quick

9     (inaudible) once I was going to give you, you asked

10    about who doesn't have access to that or how many people

11    in Texas with disabilities don't have access to a

12    driver's license.  We don't have that specific number.

13    But the Brennan Center at NYU Law School did a survey of

14    the 2006 election, and what they found based on the 2005

15    census estimates and answers that they got from their

16    survey was that about 18 percent of elderly and disabled

17    do not have government issued photo identification.

18         CHAIRMAN BERMAN:  And how much of that 18

19    -- how many of those 18 percent would -- would actually

20    go to the polls and vote?

21         MS. VANHOOSE:  Well, that is the whole

22    point of the Help America Vote Act is to ensure

23    accessibility.  We've given so much money to the states

24    to make sure that voting places are accessible at their

25    voting equipment.  This statement that I read to you by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205177

USA_00022388

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 63 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 146 of 231
House Elections Committee Hearing                    February 28, 2007

168

1       Roger Williams was a statement that he made an education

2       effort to make sure -- based on money from HAVA to make

3       sure people go out and vote.  That's the whole issue is

4       that these people have been disenfranchised.

5                   CHAIRMAN BERMAN:  I realize that's a whole

6       issue.  I don't think they've been disenfranchised.

7       Give me a break here.

8                   MS. VANHOOSE:  No.  There's a long history

9       of people with disabilities being disenfranchised.

10                  CHAIRMAN BERMAN:  Well, I understand that.

11      I understand that, but look at the voting record of

12      Texans in the last -- in the 2006 election.  What

13      percentage of Texans actually voted in the 2006

14      election?

15                  MS. VANHOOSE:  I think that's the whole

16      point is to increase that participation and people with

17      disabilities.

18                  CHAIRMAN BERMAN:  No matter how hard we're

19      trying, you just can't seem to increase them, can we?

20                  MS. VANHOOSE:  But I don't think this

21      would increase it by any means.  I think it would reduce

22      it, actually.  I think the Arizona statistics have shown

23      that in Arizona, it did reduce voter participation, and,

24      actually, traditionally people with disabilities have

25      stopped going to polls because they are not accessible.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007507

TX_00205178

USA_00022389

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 64 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 147 of 231
House Elections Committee Hearing                    February 28, 2007

169

1    They're fed up of going and not being able to vote.

2    It's a long process.

3              CHAIRMAN BERMAN:  Well, accessibility is a

4    whole different (inaudible).

5              MS. VANHOOSE:  But this is accessibility

6    as well because if you do not have documentation, you do

7    not have access to vote, documentation of people with

8    disabilities and accessibility issues.

9              CHAIRMAN BERMAN:  Do your people with

10   disabilities visit doctors?

11             MS. VANHOOSE:  Yes.

12             CHAIRMAN BERMAN:  Do they visit rehab

13   centers?

14             MS. VANHOOSE:  Yes.

15             CHAIRMAN BERMAN:  Do they have any kind of

16   identification to show like insurance cards or anything

17   else?  Are you telling me there are no documents that

18   they have with your name on it, with their address on

19   it?

20             MS. VANHOOSE:  There are, but that's the

21   issue is whether -- what's in place right now in Texas.

22   When you go vote, a lot of these people with

23   disabilities are taking utility bills.  That's it.  They

24   didn't take the three other forms of identification they

25   needed.  They take one form that they've been voting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205179

USA_00022390

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 65 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 148 of 231
House Elections Committee Hearing                    February 28, 2007

170

```
 1      with historically.
 2                   CHAIRMAN BERMAN:  All right.
 3                   MS. VANHOOSE:  And that is -- that is
 4      currently in state law, and is under HAVA, HAVA says
 5      what is needed to verify identity and to also keep
 6      disenfranchisement down.
 7                   REPRESENTATIVE BURNAM:  Before you
 8      proceed --
 9                   MS. VANHOOSE:  Yes.
10                   REPRESENTATIVE BURNAM:  -- getting back to
11      that 18 percent of the population, you kind of moved
12      over into what I think might have been Tim's testimony
13      representing AARP.
14                   MS. VANHOOSE:  Right.
15                   REPRESENTATIVE BURNAM:  These two groups,
16      obviously, the disabled community being represented,
17      plus a senior citizen population that may have less and
18      less mobility --
19                   MS. VANHOOSE:  Right.
20                   REPRESENTATIVE BURNAM:  -- are the very
21      ones that would be most burdened by this legislation.
22                   MS. VANHOOSE:  Right.  From what I've seen
23      in the community and the people I work with -- And we do
24      represent a lot of the elderly community as well because
25      a lot of them do have disabilities.  What I've seen is,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007509

TX_00205180

USA_00022391

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 66 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 149 of 231
House Elections Committee Hearing                    February 28, 2007

171

1    yes, stats from other states just talking with our

2    clients, that, yes, this will be heavily burden -- have

3    a heavy burden on be them.

4                REPRESENTATIVE BURNAM:  And it's your

5    testimony that 18 percent of the eligible voters don't

6    have any type of state ID.

7                MS. VANHOOSE:  It was 18 percent of

8    individuals with disabilities and the elderly community

9    and that's an NYU Justice of Law or NYU School of Law

10   survey, and I can bring that to you tomorrow.

11               REPRESENTATIVE BURNAM:  So this bill is

12   talking about -- or these bills are talking about making

13   it harder for 18 percent of the population to access the

14   opportunity to vote.

15               MS. VANHOOSE:  That is correct.

16               REPRESENTATIVE BURNAM:  Thank you.

17               MS. VANHOOSE:  Also, they said that at

18   least 15 percent of voting age American citizens earn

19   less than $25,000 a year do not have valid government

20   issued photo ID, and I will bring those reports to you

21   tomorrow.

22               CHAIRMAN BERMAN:  Laurie, how long have

23   you been in your current job?

24               MS. VANHOOSE:  I have been -- I was with

25   our national office, the National Disability Rights



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205181

USA_00022392

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 67 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 150 of 231
House Elections Committee Hearing                    February 28, 2007

172

1    Network in DC in 2000.

2              CHAIRMAN BERMAN:  How long have you been

3    here now?

4              MS. VANHOOSE:  In here -- I've been here

5    three years.

6              CHAIRMAN BERMAN:  Three years.  Thank you.

7              MS. VANHOOSE:  Okay.  The other issue is

8    just access to -- I understand that this bill would

9    allow for identification, I think, anything (inaudible)

10   regarding this that has to be in there.  The issue

11   though is -- and we saw this in Georgia -- is that

12   transportation and accessing those places to obtain

13   identification is a big issue, especially in rural

14   communities that do not have public transportation.  So

15   the majority of people that don't have a driver's

16   license, can't drive, are going to need some way to

17   access these places to obtain identification.

18             REPRESENTATIVE BURNAM:  And in that point

19   you're talking about, in my community, it would be

20   arranging permits and there's a charge for that use.

21             MS. VAN HOOSEN:  Right.

22             REPRESENTATIVE BURNAM:  So when

23   considering whether or not this would be

24   unconstitutional, this legislation, you in fact are in

25   effect imposing a poll tax on the disability community



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007511

TX_00205182

USA_00022393

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 68 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 151 of 231
House Elections Committee Hearing                           February 28, 2007

173

 1    because they may be homebound.  They may never leave

 2    different -- people with different types of disability.

 3    But even then in a place such as Tarrant County where

 4    less than half of the population has access to public

 5    transportation because of previous bad public policy

 6    decisions, you are going to have whole other universe of

 7    people that can't even theoretically use public

 8    transportation to get to the opportunity to get their

 9    pictures taken, to show the burden of proof.

10                CHAIRMAN BERMAN:  Isn't transportation

11    available for the disabled to get to their doctors?

12                MS. VANHOOSE:  Yeah, but that -- that goes

13    through different agencies that won't necessarily take

14    somebody to get identification, who won't take someone

15    to go to the polls.  Transportation is the number one

16    issue across the board, whether it comes to every single

17    area of accessing services to people with disabilities,

18    especially in Texas, the size of a state or ability of

19    rural communities, so --

20                REPRESENTATIVE BURNAM:  They have limited

21    public transportation.

22                MS. VANHOOSE:  Yeah.  Furthermore, another

23    issue is in order to get this free ID, I'd have to show

24    a birth certificate, another material that proves my

25    identity, which requires time, money and effort, and I



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205183

USA_00022394

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 69 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 152 of 231
House Elections Committee Hearing                    February 28, 2007

174

1    think there should be an effort made definitely.  I'm

2    not saying you don't have to make an effort to vote, but

3    the issue is with the time constraints with having

4    five days to prove your identity, I don't know -- if

5    someone casts an official ballot and lived in a rural

6    area and did not have access to this documentation and

7    had to go through avenues to access this, that's not

8    enough time frame for them to return that information

9    back to county.

10        Another issue is that our agency has

11   required a national voter registration Motor Voter Act

12   and HAVA to help people register to vote, basically,

13   because when they pass a National Voter Registration

14   Act, they were appalled by the number of people with

15   disabilities who are not registered to vote.  So when

16   they pass that law, they charge us with helping people

17   with disabilities to register to vote.  My clients don't

18   come to my office with the three forms of citizenship --

19   proof of citizenship that is requested in some of these

20   bills, and accessing them and going through the process

21   of getting that is going to be very burdensome.

22        Finally, let me close on the main point.

23   The main point is that there is no widespread evidence

24   of election fraud in the context of a voter

25   impersonating another voter.  Actually, the Election



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205184

USA_00022395

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 70 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 153 of 231
House Elections Committee Hearing                    February 28, 2007

175

```
 1        Assistance Commission had bipartisan consultants come in

 2        and do some studies, and they reported with widespread

 3        agreement that very little evidence exists of voter

 4        impersonation at the polls.  There have been several

 5        regional reports.  In Ohio, there's a state-wide survey

 6        that found four instances of an eligible person's

 7        voting -- attempting to vote in 2002 and in 2004.  That

 8        was out of 9,079,728 votes cast.  That's .000004 percent

 9        of people voting.

10                  Also, in Georgia, you have your Secretary

11        of State who has been an election official for more than

12        10 years stated that she could not recall one documented

13        case of voter fraud relating to impersonation of a

14        registered voter at the polls.  And, also, I'll refer

15        to -- I handed out a document which is a public

16        information request that was submitted to the Attorney

17        General's Office by Common Cause, and what that is is

18        it's information on all of the claims related to voter

19        fraud in Texas because, as I'm sure you all know, the AG

20        of Texas created a special unit in his office to

21        investigate voter fraud.

22                  And in that document you'll see as of

23        January 6 -- or January 10, 2006 they spent $1,541,848

24        on investigation of voter fraud, and I think it was 13

25        or 14 -- I'm not for sure it's on the record as saying
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205185

USA_00022396

Case 2:13-cv-00193 Document 663-21 Filed on 11/11/14 in TXSD Page 71 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 154 of 231
House Elections Committee Hearing                    February 28, 2007

176

1    it was 13 or 14 -- individuals were found out of the

2    4 million votes that were cast of voting illegally, but

3    it was not impersonating another individual at the poll

4    and that's actually .001 percent -- the 40 ballots that

5    are in question is .001 percent voters in Texas.

6                    (End of Audio Transcription)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205186

USA_00022397

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 72 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 155 of 231
House Elections Committee Hearing                    February 28, 2007

177

```
 1        IN THE COUNTY OF TRAVIS  )

                                   )

 2        STATE OF TEXAS           )

 3

 4

 5            I, JEAN THOMAS FRAUNHOFER, Certified Shorthand

 6        Reporter in and for the State of Texas, hereby certify

 7        to the following:

 8            That the Audio from the February 28, 2007, Texas

 9        House of Representatives Committee on Elections, 1:18:28

10        to 4:36:31, was transcribed at the request of Anne

11        Wilson, 209 West 14th Street, Attorney General's Office,

12        Austin, Texas, 78701, and the amount due is

13        $_____.

14            That the aforementioned Audio was transcribed to the

15        best of my ability to hear and understand the Audio;

16            That the transcript was submitted by E-TRANS on

17        April 30, 2012, to Anne Wilson, 209 West 14th Street,

18        Attorney General's Office, Austin, Texas, 78701;

19            I further certify that I am neither counsel for,

20        related to, nor employed by any of the parties or

21        attorneys in the action in which this proceeding was

22        taken, and, further, that I am not financially or

23        otherwise interested in the outcome of the action.

24

25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007516

TX_00205187

USA_00022398

Case 2:13-cv-00193  Document 662-21  Filed on 11/11/14 in TXSD  Page 73 of 95
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 136 of 231
House Elections Committee Hearing                    February 28, 2007

178

1        Certified to by me, this 30th day of April, 2012.

2

3



4        JEAN THOMAS FRAUNHOFER, Texas C___ ___ 7990

         Expiration Date 12/31/12

5        FIRM REGISTRATION NO: 283

         ESQUIRE DEPOSITION SERVICES

6        100 Congress, Suite 2000

         Austin, Texas   78701

7        (512) 328-5557

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007517

TX_00205188

USA_00022399

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 74 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 157 of 231

House Elections Committee Hearing                    February 28, 2007

179

| A | | | | |
|---|---|---|---|---|
| **AARP** 160:24 170:13 | 141:18 **absurd** 22:19 **abuse** 160:16 **accent** 150:25 **accept** 136:11 | **accurate** 61:21 164:2 165:1,22 166:4 **accustomed** 41:15,19 **acknowledges** 35:10 | **adamant** 85:5 **add** 33:24 34:13 44:15,16 76:11,19 97:21 119:17 | 142:25 162:22 **administr...** 45:6 **administr...** 9:21,23 11:5 **administr...** 61:8 |
| **ABA** 62:20 | | | | |
| **ability** 2:10,12 3:9 5:4,19 6:3 6:4 7:12 10:3,8 11:2 23:4 52:8 81:24 88:20 88:21 116:2 125:2 127:9 129:17 164:1 173:18 177:15 | **acceptable** 69:3 94:1 96:17 99:24 145:5 **accepted** 57:13 78:21 **access** 6:4,18 22:7 93:15 96:21 96:22,23 97:3 117:14 151:4 167:10,11 169:7 171:13 172:8,17 173:4 174:6 174:7 | **ACLU** 50:20 **acquire** 98:21 99:8,9 113:10 115:17 117:7 127:4 127:13 **acquired** 80:22 **acquiring** 59:18 127:7 **act** 67:3 69:11 71:16 79:24 110:21 121:2,5,11 121:13,24 124:4 139:24 141:23 149:12,13 149:13 161:3,5,23 162:6 167:22 174:11,14 | **adding** 28:15 104:13 129:15 **addition** 45:1,18 **additional** 11:1 36:4 38:1 42:19 99:12 102:11,25 115:21 150:1 152:12,22 **Additionally** 67:12 **address** 4:7,10,14,15 4:17,19,20 12:9 34:6 90:6 99:3 99:17,20 115:16 122:25 123:4 132:1 132:6,17,18 165:17 167:3 169:18 | **admit** 59:10 159:25 **adult** 37:24 **advanced** 14:20 **advantage** 41:11 160:18 **advise** 149:7 **Advocacy** 161:1,4 **affect** 3:1,6,9 104:23,24 116:2 119:18 **affidavit** 57:10 77:16 134:11 150:10 153:10 157:22 |
| **able** 2:14 6:10,13 14:12 21:18 22:20 24:13 26:15 27:12 27:20 39:6 43:4,8 61:4 72:10 96:24 109:24 115:2,5 128:6 150:23 157:19 169:1 | | | | **affiliated** 49:16 **affirm** 159:20 **affirmation** 11:23 12:2,7 20:24 **affirmative** 149:18 **affirmati...** 150:8 **aflutter** 39:4 **AFL-CIO** 49:14,16 **aforement...** |
| **absence** 4:6 | **accessibi...** 112:8 167:23 169:3,5,8 **accessible** 141:19 158:10 167:24 168:25 | **action** 8:25 159:6 177:21,23 **active** 83:5 120:23 137:20 | **addressed** 3:16 15:9 31:6 **addresses** 58:3 104:25 **addressing** 8:6 44:8 | |
| **Absolute** 123:11 | | | | |
| **absolutely** 10:24 13:20 22:15,19 46:3 64:4 82:1 90:8 90:14 92:20 93:3 98:8 104:8 116:4 120:9,15 125:15 128:22 | **accessing** 150:17 172:12 173:17 174:20 **accommodate** 40:1 **accomplish** 144:21,22 **accounts** 44:23 45:2 **accuracy** 13:21 20:19 | **activities** 120:23 123:19 **Acts** 110:22 **actual** 109:15 | **adds** 35:13 57:11 **Administr...** 5:23 10:7 65:11 | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 75 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 158 of 231

House Elections Committee Hearing                        February 28, 2007

180

177:14
African-A...
122:1 125:5
125:10
149:24
151:22
154:13
African-A...
121:18
AG
175:19
age
15:10 67:11
88:9 171:18
aged
39:18
agencies
45:8,10
46:14,17
54:22,24
162:20
173:13
agency
142:18
174:10
agent
31:20 33:24
34:13
ago
60:24 62:11
62:12 63:6
65:15,25
75:12
agree
43:23 83:4
89:24 90:4
90:10,25,25
92:17,24
93:10,11,25
114:23
126:23
159:11
agreement
175:3
AG's
9:8,11
ahead
33:3 75:12

137:7
139:23
143:24
167:8
airplane
67:23
Alabama
68:23
Albuquerque
100:16,25
aliens
57:25 58:13
alive
8:8 171:18
allaying
45:12
allow
29:21 46:1
58:7 76:23
78:25
146:24
156:21
172:9
allowed
89:12,13
93:22
124:19
127:23,24
141:5,11
164:25
allowing
95:23 152:13
allows
24:5,11
alphabetical
14:23 132:15
Alzheimer's
14:20
amazed
8:8
amazing
60:21 73:4
amenable
72:17
amending
34:12
amendment
72:17 110:20

147:22,24
amendments
78:21
America
57:14 84:16
121:24
125:11
144:3
149:13
161:3,5,23
162:6
167:22
American
85:8 90:16
96:8 100:1
111:10
149:19
151:17
153:8,17
157:20,23
158:5 159:7
159:21
160:23
171:18
Americans
88:10 152:14
160:17
America's
87:25 148:19
149:20
151:15
amount
82:21 115:25
177:12
amounts
2:11,11
ample
147:15
amplify
47:7
analysis
37:17 83:3
96:20
119:15,23
151:9
Anchia
3:18,19,23
3:25 4:2

5:25 6:1,14
7:4,7,10,20
12:24 16:4
16:5,10,17
16:21 17:16
17:22 18:6
18:9,13,19
18:23 19:5
19:9,11,15
19:18 20:7
20:11,14,21
21:15,16
23:5 25:5,9
35:4,6,8
36:11,19
37:2,10,15
44:16,18
45:25 46:8
46:12 53:11
53:12 55:5
55:6,12,15
55:22 56:4
56:8 63:22
63:23 64:2
64:5 70:3,4
70:10,24
71:7,17,22
71:25 72:11
72:16,23
73:8,14
74:13,16
75:6 80:3,4
80:8,11,17
81:5,10,14
81:20 82:2
82:5 83:2
83:15 84:4
84:12 85:13
85:20 86:17
89:18,19
90:9,17,24
91:4,7,10
91:13,17,24
92:4,7,13
92:21 93:4
93:10 94:2
94:10,23,23
105:4,5
106:2,9,13

106:20
107:5,10,13
117:25
122:4,5,12
122:15,18
122:21
127:19,20
128:10
129:2
136:14,15
136:19,24
137:4,6,9
137:13,22
138:4,13,23
139:3,8,18
139:21
140:7,10,13
140:16,23
141:16,18
144:18,19
145:11,18
145:21,24
146:3,6,9
146:11,14
147:21
164:5,13,17
165:2,12
166:5
Anchia's
94:17 97:12
and/or
5:2 26:8
anecdotal
76:2 98:13
anecdotally
52:12
Angelo
2:8
Animal
88:17
Ann
50:22,22,25
51:24,25
52:1,4 53:6
165:11,24
Anne
177:10,17
answer



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205190

USA_00022401

4:1 6:13
10:20 137:7
155:7
**answered**
140:19
**answering**
94:3 140:21
**answers**
9:5 167:15
**anticipated**
36:14,20
**Antonio**
115:19
148:21
**anybody**
12:25 69:22
70:18 84:23
138:17
**anymore**
41:8 48:25
156:13,21
**anyway**
37:12 69:11
**anyways**
2:25
**apologize**
29:9 65:15
76:24 96:10
155:3
**appalled**
174:14
**appeal**
24:3,6,13,15
24:24 26:15
26:22 27:11
29:22 30:2
31:8 32:24
**appeals**
33:1 78:9
**appear**
67:14 72:9
147:8
**appearing**
14:23
**appears**
144:25
**applicant**
77:6

**applicants**
150:8
**application**
57:23 66:25
144:4
150:10
**applications**
131:18
142:19
144:9
**applied**
65:13 108:24
143:3
**applies**
67:3
**apply**
70:8
**appointment**
160:5
**appreciate**
11:4 16:6,7
21:17 23:2
34:22 43:15
53:15 56:22
72:25 73:11
83:2 85:13
86:13,13,15
86:15 87:21
89:20 91:13
92:22 93:17
94:3 111:1
136:16
148:4
**approach**
159:17
**appropriate**
9:23
**appropria...**
89:22
**appropria...**
80:10
**approxima...**
66:9 118:8
118:14
**April**
1:25 177:17
178:1
**area**

14:3,18
26:19 30:19
31:6 173:17
174:6
**areas**
14:17 52:23
88:13
127:15
138:12
**argue**
14:13 42:9
**argument**
115:4 153:13
**Arizona**
68:23 77:24
78:16 99:25
100:16
101:11
109:18
128:8 149:5
152:9,19
168:22,23
**Arizona's**
78:8,13
**arranging**
172:20
**arrive**
99:16
**Arthur**
160:21
**article**
112:6
**articulate**
86:10 92:14
**articulated**
36:8 53:18
**ascertain**
130:8,11
**Ashley**
25:17,17,20
25:23,23,25
26:4,11,23
27:1,13,15
27:22 28:3
28:8,13,19
28:23 29:1
29:4,7,12
29:15,25

30:16 31:3
31:24 32:4
32:7,10,12
32:15,19
33:10,14
**asked**
12:24 53:17
59:14,16
117:25
122:6
152:12
167:9
**asking**
23:24 28:18
28:22 29:11
42:2 86:7
104:14
124:18
125:8,9
134:12
137:15,24
140:2 157:4
161:17
**Assessor**
142:24
**assessor/...**
65:10 143:15
154:23
**assessor/...**
136:22
**assist**
36:5
**Assistance**
175:1
**associated**
17:20
**Association**
51:9
**assume**
153:7
**Assumed**
59:24
**assuming**
60:18 72:5
**assure**
154:8
**astronomical**
110:6

**attempt**
76:9
**attempting**
44:9 175:7
**attention**
21:12 153:21
**attorney**
8:25 9:3
27:7,19
28:11 96:8
97:24
141:11,17
175:16
177:11,18
**attorneys**
9:2 177:21
**audience**
61:4
**Audio**
176:6 177:8
177:14,15
**Austin**
177:12,18
178:6
**author**
34:10
**authorized**
124:6
**authors**
56:13 161:25
162:6
**author's**
151:11
**automatic**
67:8
**automatic...**
153:7
**availability**
36:8
**available**
15:25 36:7
42:1 74:11
126:20
173:11
**avenue**
162:1,4
**avenues**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205191

USA_00022402

House Elections Committee Hearing                February 28, 2007

182

49:23 174:7
**avoid**
67:15
**avoided**
14:19
**aware**
3:14 6:14
18:6,8
68:23 118:7
118:9

B
**babies**
82:18
**back**
51:11 59:2
65:23 75:3
99:11 100:7
115:1
121:11
133:10
136:5,7
146:19
147:12
164:15
170:10
174:9
**backward**
69:18
**bad**
13:1 29:23
93:5,5
173:5
**Bailey**
38:14
**bake**
48:8
**Baker**
89:6
**balance**
41:25 73:17
**ballot**
2:25 13:4,6
57:10,13,13
57:21 76:3
76:5,23
77:20,20
78:24,25

82:23,23,23
84:24 85:5
85:7 89:2
98:1 99:2
100:6,7
124:18
174:5
**ballots**
14:19,22
17:14,15
65:19
118:12
124:16
176:4
**ballpark**
145:8
**bank**
151:3
**banking**
39:5
**bar**
62:20
**Barrick**
23:9 38:10
**barrier**
99:13
**barriers**
156:21,25
**base**
10:3 60:1
62:22
**based**
13:12 18:24
114:6
167:14
168:2
**basic**
76:8
**basically**
26:17 50:13
78:17 81:9
81:12,13
104:14
105:23
106:5 146:4
161:24
174:12
**basis**

30:5 111:16
116:19
**Baxter**
66:6
**BEAUVOIR**
38:21 40:13
40:18,22
41:1,5,10
41:16 42:16
**becoming**
40:1
**bedroom**
14:8,8,9
**beginning**
70:17
**behalf**
5:12 87:16
143:15
159:5
**believe**
2:12 6:6
36:13 49:19
59:15,19
62:2,8
69:25 82:6
83:6 86:8
90:20 95:1
110:19
122:24
124:6
151:12
156:3 157:7
157:14
159:22
160:14
**believes**
150:2
**benefit**
96:20 97:22
99:4 119:14
119:23
159:22
160:15
**benefits**
97:8,8 101:6
**Benkiser**
5:10,11,12
6:2,8,20

7:6,9,13,21
8:1,3,14,23
9:9,13,24
10:14,24
11:6,7
87:13,15,16
89:19 90:8
90:14,20
91:3,6,9,13
91:22 92:2
92:6,12,20
93:3,7,16
94:4,5,7,22
94:25 95:5
95:9,12,16
95:19,21,22
105:9
106:22
122:7
**BERMAN**
2:2 3:12,25
5:5,9,24
7:22 9:13
11:7,10,16
11:22 12:2
12:6,10,18
12:21 16:3
19:21 20:23
21:3,6,9
23:5 25:2
25:14 31:15
33:6,12,16
33:22 34:2
34:14,18,21
34:25 35:2
36:11,24
37:4,13,21
38:2 40:10
40:17,20
44:10 45:25
46:11,19,22
47:15,18
48:13,16,20
48:23 49:2
49:6,9
50:16,21,25
51:22 52:3
53:6,9 55:4
56:11 58:7

58:10 62:4
63:21 64:7
64:10,13
68:6,9,20
70:2 75:7
75:14,17
79:3 80:2
80:24 86:20
86:22 87:1
87:4,7
89:17 94:5
94:8 95:2,7
95:10,13,17
95:20,24
96:4 97:4
98:4,6
101:22,25
102:3,15
103:3,8,12
103:14,20
103:22
104:4,6,15
104:19
105:4,12,16
105:19
107:2,8,11
107:20
110:24
111:1,12,22
112:1,18
113:18
114:9,16
115:8,12
116:3,24
117:3,23
120:16
122:4
123:14,18
123:22,24
124:1,10,23
125:13,16
130:19,22
133:11,16
135:3,9,12
135:14,18
135:22
136:14
141:25
143:21,24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007521

TX_00205192

USA_00022403

House Elections Committee Hearing                    February 28, 2007

183

| | | | | |
|---|---|---|---|---|
| 144:18 | 146:24 | 69:12,20 | 96:11,14 | 114:22 |
| 146:10 | **big** | 70:6,11 | 97:3,21 | 160:12 |
| 147:11 | 64:18 82:18 | 72:17 73:19 | 101:1 | 164:6 |
| 148:1,6,11 | 99:7 129:13 | 75:19,23 | 114:10 | **bite** |
| 151:25 | 136:9 | 76:9 77:1 | 115:6 120:2 | 43:6 |
| 154:21 | 172:13 | 77:15 78:15 | 131:1 149:9 | **bled** |
| 155:6 157:6 | **bilingual** | 78:15,18,20 | 149:14 | 82:13 |
| 157:13,25 | 47:10 | 78:20,21,22 | 150:1,4 | **blue** |
| 158:12,14 | **bill** | 80:19 86:9 | 151:10,16 | 22:4 |
| 158:19,24 | 2:5 3:16,21 | 87:9 88:19 | 151:21 | **board** |
| 159:1 | 4:3,7,9,15 | 91:25,25 | 152:5,24 | 13:4 36:25 |
| 160:19 | 4:22 5:16 | 92:8,10,22 | 153:14 | 46:7 57:14 |
| 162:3 164:4 | 6:15 8:13 | 94:9,14 | 154:13 | 116:13 |
| 166:6,25 | 9:17 10:18 | 96:14,15 | 156:22 | 173:16 |
| 167:18 | 11:2,11,13 | 97:12 99:10 | 157:2,12,12 | **boards** |
| 168:5,10,18 | 11:15 12:15 | 100:13 | 158:20,23 | 40:16 |
| 169:3,9,12 | 12:22 20:24 | 101:2 102:1 | 160:23,25 | **body** |
| 169:15 | 20:25 21:4 | 102:21,25 | 167:2 | 123:4 |
| 170:2 | 21:11,14,19 | 105:14 | 169:23 | **Bohac** |
| 171:22 | 22:3,22,24 | 107:16 | 171:12 | 31:15,16 |
| 172:2,6 | 23:3,8,9,10 | 111:7 | 174:20 | 33:23 34:5 |
| 173:10 | 23:12,15,15 | 116:23,25 | **bill's** | 40:20,21,24 |
| **best** | 23:17,19,23 | 118:6 | 64:16 | 41:3,6,13 |
| 84:17 156:17 | 23:24 24:2 | 129:23 | **bipartisan** | 41:22 43:16 |
| 156:20 | 24:14,14 | 131:1 | 36:1 64:17 | 45:17 68:21 |
| 177:15 | 25:8,16 | 137:25 | 68:15 88:23 | 68:22 69:5 |
| **bet** | 27:11 33:18 | 146:16 | 89:4 93:14 | 79:4,5 |
| 21:9 | 34:10 35:4 | 147:23 | 175:1 | 107:21,23 |
| **Betancourt** | 35:5,5,7,9 | 148:2 151:3 | **birth** | 108:5 |
| 98:7 134:3 | 38:9,11,11 | 152:18 | 66:23 74:1,7 | 116:12,15 |
| 142:24 | 38:12,13,14 | 154:6 | 74:10,22 | 125:18 |
| 143:4,10 | 38:15,16,17 | 161:25 | 75:1,4 77:4 | 126:11,21 |
| **better** | 38:18,19 | 162:7 | 80:24 81:7 | 127:18,22 |
| 6:13 37:25 | 39:2 44:8 | 171:11 | 92:10,10 | 128:9,17,23 |
| 42:14 48:11 | 44:23,24 | 172:8 | 95:7 110:10 | 129:6,19 |
| 75:10 88:15 | 45:5,20 | **billion** | 115:19 | 130:18 |
| 126:24 | 46:24,25 | 46:3,4 | 117:8 | 141:25 |
| 142:3 | 47:4,21 | **bills** | 122:17,19 | 142:1,6,22 |
| **Betty** | 48:12,12,17 | 10:15 12:5 | 137:2 145:7 | **Bohac's** |
| 56:17,19 | 48:21,25 | 25:6 35:3 | 150:15 | 44:19 |
| 64:7,10 | 49:7,18 | 44:12 53:14 | 157:18 | **bombs** |
| **Betty's** | 50:14 51:1 | 53:16 56:13 | 158:11 | 116:16 |
| 64:17 | 51:2,4,9 | 56:14,15 | 173:24 | **bond** |
| **Bexar** | 53:10,20,22 | 75:25 78:6 | **birthday** | 65:19 |
| 63:10 65:16 | 56:16,17,18 | 86:4 87:10 | 134:20 | **book** |
| 65:17 | 56:19 57:5 | 87:12 88:4 | **bit** | 67:23 88:8 |
| 124:25 | 58:3 64:14 | 90:18,21 | 56:12 82:19 | 88:15 |
| **biennial** | 64:14 68:9 | 93:11 96:2 | 86:6 112:23 | 132:18,23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205193

USA_00022404

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 78 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 182 of 231

House Elections Committee Hearing                    February 28, 2007

184

books
132:13
booth
88:7
Borden
11:15,15,16
11:17,20,22
11:25 12:4
12:8,16,20
12:22,22
16:3,6,9,15
16:19,22
17:19,23
18:8,12,16
18:20,24
19:8,10,13
19:17,20
20:3,9,13
20:16,23
21:1,5,8
48:17,18,21
48:21,24
born
13:8 101:13
116:20
boss
134:3
bothering
135:24
bottom
53:22 68:14
bounced
144:17
box
58:18,19
59:13 76:23
78:24,25
82:23,23
85:7 98:1
98:13 99:2
101:18
116:8
Brazilian
143:5
break
96:11 168:7
breaking
155:20

Brennan
113:23 114:7
167:13
brief
48:19 56:24
89:21
bring
48:9 108:15
112:10
114:20
171:10,20
bringing
21:12 70:5
153:21
broad
24:17 151:2
brought
34:7 42:21
115:1
brown
56:17,21
58:12,16
59:4,7,17
59:21,24
60:3,7,10
60:13,18
61:11,15,25
63:4,19,22
64:1,3,8,11
Bruce
47:18,19
48:13
budget
36:25 46:7
55:21,23
Building
64:20
bunch
96:10
burden
149:23,25
171:2,3
173:9
burdened
170:21
burdensome
150:5 152:25
174:21

Bureau
115:20
Burnam
9:14,15
10:10,20
11:4 25:17
37:20,21,22
38:2 44:19
52:3,4,13
52:22,25
55:3,4,5,8
55:13,18
56:2,6,10
58:11 59:1
59:5,15,18
59:22,25
60:4,8,11
60:17,20
61:14,20
62:2,4
65:15 66:12
67:2 109:11
114:25
115:16
117:23,24
118:21
120:2,10,20
121:1,17
122:3
123:15
152:3,23
153:19,25
154:11,20
156:7
158:17
161:10,16
166:23
167:1 170:7
170:10,15
170:20
171:4,11,16
172:18,22
173:20
Burnam's
44:20
bus
22:14 108:23
business

16:25 45:9
46:16 54:10
54:24
150:11
busy
75:19,23
buy
48:9 67:24
buying
68:4
b-O-R-D-E-N
11:16 12:22
B26
85:16

——————
       C
——————
c
148:22
call
38:8 56:12
56:16,16,16
56:17 69:22
138:10
139:1
159:12,13
called
58:23,24
62:8 81:6
84:10 100:5
155:11,14
calling
86:22 89:3
calls
2:2 5:9 11:8
21:15 35:5
35:6 46:22
46:24 47:1
47:18 48:17
49:3,10
50:17,22
51:1,3,5
62:7 64:14
75:18,18
87:8,10,13
95:24 119:7
125:1
130:23
148:6

158:14,16
159:2
160:21,23
160:25
Camarillo
148:7,9,12
148:14
152:2,4,8
153:3,23
154:2,18
155:2,8
156:11
157:9,17
158:2,13
campaign
146:22
campuses
110:17
cancel
140:11,14,14
canceled
65:18 136:2
143:6,7,10
cancellat...
143:12
candidates
28:4 121:15
131:20,20
capacity
5:14 87:17
capture
61:4
car
79:12
card
4:18 17:14
62:8 69:2
71:20 72:13
72:20 74:7
74:8,9,21
74:22 75:2
77:11 79:9
79:12,15,16
79:19 86:1
97:11,14,18
98:21,21,23
100:4
102:11,12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205194

USA_00022405

House Elections Committee Hearing                    February 28, 2007

| | | | | |
|---|---|---|---|---|
| 102:13,17 | 116:16 | 175:17 | 117:8,18 | 3:25 5:5,8 |
| 102:22,23 | **carries** | **caution** | 122:17,19 | 5:9,11,14 |
| 103:2,7,25 | 110:18 | 44:11 | 126:7 | 5:24 7:22 |
| 104:1,7,7 | **carry** | **cease** | 127:11,13 | 9:13 11:7 |
| 104:17 | 73:25 74:14 | 8:7 | 127:14 | 11:10,16,22 |
| 105:24 | 74:20 95:7 | **census** | 137:3 145:7 | 12:2,6,10 |
| 106:7 | 95:10 | 167:15 | 150:15 | 12:18,21 |
| 107:24 | **cart** | **center** | 157:19 | 13:2,5 16:2 |
| 108:1,3,7 | 7:2 | 43:1 113:23 | 158:11 | 16:3 19:21 |
| 108:17,19 | **Carter** | 114:7 | 173:24 | 20:23 21:3 |
| 108:23,25 | 89:5 | 167:13 | **certificates** | 21:6,9 |
| 109:4,6 | **Carter/Baker** | **centers** | 80:24 110:10 | 22:23 23:1 |
| 112:11 | 64:18 67:13 | 169:13 | 113:12 | 23:2,5,21 |
| 114:17,19 | **case** | **cents** | **certified** | 25:1,2,14 |
| 117:4,5,11 | 12:11 14:3,7 | 146:1,3 | 66:23 136:10 | 31:15 33:6 |
| 117:12 | 14:21 15:17 | **certain** | 177:5 178:1 | 33:12,16,21 |
| 125:24 | 28:12 29:20 | 55:19 68:1 | **certify** | 33:22 34:2 |
| 126:12,14 | 100:17 | 71:9 114:13 | 177:6,19 | 34:12,14,18 |
| 126:17,19 | 149:6 | 130:3 | **chads** | 34:21,25 |
| 126:21,25 | 152:10 | **certainly** | 17:9,11,17 | 35:2,9 |
| 127:1 | 157:2 | 6:17 8:6,19 | 122:1 | 36:11,24 |
| 128:21 | 175:13 | 8:25 11:20 | **chair** | 37:4,13,21 |
| 129:12 | **cases** | 40:5 41:19 | 2:2 4:3 5:9 | 38:2 40:10 |
| 132:1 | 8:13,22,24 | 43:6 44:1 | 11:8 21:15 | 40:17,20 |
| 134:24 | 9:1,8 14:2 | 47:13 53:4 | 21:17 23:14 | 44:10,20 |
| 136:4,12 | 19:13 | 76:17 84:8 | 23:17 35:5 | 45:13,25 |
| 138:20,22 | 131:14 | 85:21 91:9 | 36:23 37:3 | 46:11,19,22 |
| 144:9,14,25 | 137:16,19 | 93:17 | 37:20,23 | 47:2,4,15 |
| 145:8 146:4 | 138:3 139:1 | 114:23 | 38:21 46:22 | 47:17,18,20 |
| 146:13 | 139:4,15 | 119:6,8 | 46:24,25 | 48:13,16,18 |
| 147:4,9,19 | 164:8,18 | 121:21 | 47:18 48:17 | 48:20,23 |
| 150:24 | **cash** | 122:24 | 49:2,10 | 49:2,6,9,12 |
| 158:7 166:8 | 45:6 | 126:23 | 50:17,19,22 | 50:16,21,25 |
| 166:12,16 | **cast** | 127:15 | 51:1,2,4 | 51:22 52:3 |
| **carding** | 14:22 58:2 | 141:23 | 53:17 55:2 | 53:6,9,13 |
| 125:10 | 65:19 66:8 | 156:17 | 64:13 75:18 | 55:4 56:11 |
| **cards** | 110:4 175:8 | **certificate** | 80:5,13,13 | 56:16,18,22 |
| 65:13 126:2 | 176:2 | 57:3 66:24 | 85:14 86:19 | 58:7,10,12 |
| 132:7,8,14 | **casting** | 74:1,8,10 | 87:8,10 | 62:4 63:21 |
| 143:3 | 85:8 88:6 | 74:22 75:2 | 95:24 | 63:21,22 |
| 144:24 | **casts** | 75:4 77:4 | 130:23 | 64:7,10,12 |
| 145:10 | 174:5 | 77:12 81:7 | 148:6 | 64:13,14,16 |
| 166:10 | **categories** | 92:10,11 | 158:14,16 | 68:6,7,9,20 |
| 169:16 | 127:6 | 95:8 97:11 | 159:1 | 70:2,5 75:7 |
| **care** | **caught** | 102:10 | 160:21,23 | 75:8,14,16 |
| 21:6 32:6 | 14:10,15 | 110:12,15 | 160:25 | 75:17,22 |
| 153:2 | 163:14 | 112:10 | **chairman** | 76:3 79:3 |
| **caring** | **Cause** | 115:19,22 | 2:2,6,8 3:12 | 80:2,7,23 |
| | | | | 80:24 83:20 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007524

TX_00205195

USA_00022406

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 81 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 164 of 231

House Elections Committee Hearing                    February 28, 2007

186

84:10,13,13
86:20,22,23
87:1,4,7,17
87:19 89:17
94:5,8,25
95:2,7,10
95:13,17,20
95:20,24
96:4,7 97:4
98:4,6
101:22,25
102:3,15
103:3,8,12
103:14,20
103:22
104:4,6,15
104:19
105:4,6,9
105:12,16
105:19
106:23
107:2,8,11
107:15,20
109:11
110:24
111:1,12,22
112:1,18
113:18
114:9,16,25
115:8,12
116:3,24
117:3,23
120:16
122:4,6,6
123:14,18
123:22,24
124:1,10,23
125:13,16
130:19,22
131:3
133:11,16
135:3,9,12
135:14,18
135:22
136:14
141:16
143:21,24
144:18
146:10

147:11
148:1,6,11
148:13
151:20,25
154:21
155:6 157:6
157:13,25
158:12,14
158:19,22
158:24
159:1,4
160:19
162:3 164:4
166:6,25
167:18
168:5,10,18
169:3,9,12
169:15
170:2
171:22
172:2,6
173:10
Chairmans
51:8
chairs
87:13
Chairwoman
105:9 106:22
challenge
100:11
challenges
67:16 69:24
100:15
149:3
Champion
11:8,8,11
51:3,3,4
change
37:11 56:11
60:5 132:1
166:20
changed
59:6 60:23
110:9
132:10
134:8
changes
118:7

changing
160:3
characterize
18:10
charge
9:21 172:20
174:16
charged
78:3
Charlie
22:2 31:17
check
5:19 6:18
19:19 38:4
58:17,20
59:13 67:1
67:10,23
72:15
128:18
137:18
165:21
checked
5:17 10:1
19:20
checking
20:14,15
134:18
cheese
12:23
chief
69:15
child
37:24
children
39:16,18,18
39:24 40:8
choice
121:16
choose
5:21 45:21
88:1
chose
10:5 34:10
church
15:13
Circuit
78:9 100:18
100:19

circumsta...
22:11
cities
14:18 52:16
citizen
8:9 57:24
58:19,20
59:13 61:17
63:12 64:9
64:9 65:6
76:10 89:12
89:23 90:3
90:19,22
91:2,12,16
91:21 92:18
93:21
101:19
102:19
116:5,8,19
116:20
117:2
122:10
129:14,15
138:22
140:2,3,4
143:6 153:8
157:20,23
158:5
159:21
170:17
citizens
52:19 58:2
59:11 60:19
61:7 63:16
65:4,18,21
83:16 84:1
85:8 98:15
101:13
112:25,25
113:8,15,24
128:6 129:5
139:22
144:13
149:19,22
149:24
150:17,18
151:17
153:17

154:4,5,25
155:1,15
156:16
159:10
171:18
citizenship
59:20 61:3
61:12 64:23
66:20 67:1
67:4,6,9
68:17 70:17
70:23 71:6
71:14 73:16
73:20 74:1
77:2,3,5
80:1,20,22
81:10 83:12
91:7 92:5
96:13,14,14
97:2 101:4
101:10,17
102:4 107:7
109:19
110:3,7,9
110:23
112:16
113:1,4,8
122:13
123:3
128:11,12
128:18
130:6 133:2
133:23
134:10,15
134:18
150:9 157:7
157:15
165:23
174:18,19
citizen's
76:9 88:21
166:10
city
43:1,2 51:12
51:13
claim
20:2
claimant



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007525

TX_00205196

USA_00022407

House Elections Committee Hearing                    February 28, 2007

187

| | | | | |
|---|---|---|---|---|
| 26:8 | 133:4 | Collins | commission | 151:20 |
| claiming | client | 50:22 | 6:12 24:3,9 | 177:9 |
| 143:6 | 33:25 | color | 24:20,25 | committees |
| claims | clients | 119:5 120:8 | 25:18,24 | 25:6 |
| 175:18 | 171:2 174:17 | 145:7 146:7 | 26:2,11,13 | committing |
| clamoring | close | Colorado | 26:17 29:17 | 101:20 |
| 159:9 | 2:20,22,24 | 43:6 68:24 | 29:20 30:2 | 119:20 |
| clarifica... | 21:15 34:6 | columns | 30:4,17,24 | common |
| 9:16 24:2 | 34:17 40:11 | 20:5 | 31:1,3,5,6 | 88:13 175:17 |
| 26:5,7,7,12 | 53:11 55:1 | combination | 31:9,11 | communities |
| 26:18 28:6 | 86:21,25 | 133:14 | 32:22 33:10 | 52:16 148:18 |
| 28:18,22 | 87:2,8 | come | 36:2 64:18 | 149:2,15 |
| 29:11 30:11 | 110:3 | 11:18 22:9 | 67:13 68:15 | 172:14 |
| 31:7,22 | 119:22 | 22:13,19 | 89:4 175:1 | 173:19 |
| 33:4 34:11 | 174:22 | 25:20 36:1 | commissio... | community |
| 45:23 111:9 | closed | 62:23 68:18 | 3:1 | 60:22 100:1 |
| 131:3 | 35:25 39:22 | 79:24 82:14 | commit | 119:9 |
| clarified | 45:22 | 100:2,7 | 163:22 | 138:12,14 |
| 33:7 | closing | 119:7,21 | commitment | 170:16,23 |
| clarify | 4:23 48:3 | 123:3 128:8 | 96:19 | 170:24 |
| 16:8 24:16 | 58:12 75:13 | 132:8,15 | committed | 171:8 |
| 24:22 30:21 | Club | 134:11,14 | 109:25 | 172:19,25 |
| 34:9 54:3 | 67:24 | 134:20,20 | committee | companies |
| classes | coalition | 145:15 | 1:2 2:9 | 42:2 45:19 |
| 48:10 | 98:10 109:22 | 159:23 | 12:14 13:5 | 45:20,21 |
| clean | code | 174:18 | 13:6 15:21 | company |
| 24:19 | 24:4,5 65:5 | 175:1 | 21:14 22:22 | 69:8 |
| cleaning | 150:11 | comes | 23:8,10,12 | compare |
| 132:5 | 151:1 | 27:9 36:24 | 23:14,16,23 | 110:1,3 |
| clear | codes | 88:12 | 23:25 34:3 | compared |
| 28:16 110:19 | 65:5 | 133:13,18 | 34:23 38:22 | 40:5 |
| 125:1 135:4 | cold | 173:16 | 38:25 40:7 | compelled |
| 153:20 | 68:1 | comfortable | 43:18 53:14 | 50:13 |
| clearly | colleague | 33:7 47:11 | 65:11 69:16 | compelling |
| 54:22 65:1 | 118:5 127:22 | coming | 70:6 75:22 | 76:7 |
| 81:7 151:10 | colleagues | 4:24 18:17 | 76:4 96:17 | complain |
| 157:22 | 23:22 | 39:15 44:12 | 96:18 | 82:10,18 |
| 158:3 | colleague's | 50:2 72:25 | 106:23 | complainant |
| clerk | 128:10 | 131:24 | 113:11 | 24:15 26:16 |
| 11:9 13:3 | collect | 134:24 | 115:7,10 | 27:8,23 |
| 14:25 38:23 | 166:9 | 147:16,17 | 123:2,8,20 | 28:21 30:23 |
| 62:7 69:15 | collected | 154:9 | 135:5,10 | 31:2,19,20 |
| 98:7 115:7 | 134:4 | comment | 137:17 | 33:25 34:14 |
| 115:10 | collecting | 53:17 62:9 | 139:5,11 | complained |
| clerks | 138:19 | comments | 141:1,4,24 | 138:16 |
| 39:2 | college | 58:12 128:10 | 142:25 | complainer |
| clerk's | 110:17 | commerce | 143:4 | 29:16 |
| 38:24 74:23 | 112:25 | 67:21 | 148:13 | complaint |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007526

TX_00205197

USA_00022408

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 83 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 186 of 231

House Elections Committee Hearing                    February 28, 2007

188

24:8,10
27:10,16,17
29:16 30:22
31:9 32:23
complaints
27:25 30:3,5
30:8
complete
11:18
completely
138:20
completion
57:10
complex
47:9
compliant
6:7
complicated
100:6
comply
147:20
comprehen...
162:11
compromise
157:11
compromised
76:23 79:1
82:24,24
compromising
85:6
comptroller
37:1 38:5
44:21,22
45:2 46:6
46:13
comptroll...
36:22 45:7
51:10 54:6
54:21
concealed
77:13
Conceivably
2:20
concept
41:24 42:6
43:24 44:7
conceptually

129:9
concern
2:10 7:25
8:12 39:17
44:20 58:13
65:14 86:2
89:25 90:2
90:25
131:13
concerned
3:8 6:19 8:3
21:20 39:20
69:13
129:24
147:1
161:20
concerning
33:24 94:9
concerns
4:24 8:11
17:24 36:8
42:17 45:12
45:16 46:1
86:10,16
concrete
17:5
concur
42:17
conditional
100:5
condominium
99:15
conduct
45:9 46:15
52:8 54:24
conducted
55:16
Conference
47:3
confidence
64:20 68:12
89:11 93:20
confirm
19:2 68:13
confirmation
64:23
confirmed
77:20

confuse
149:22
confused
29:9
confusing
62:11 100:8
confusion
106:22 150:4
152:25
Congress
50:8 121:7
124:3 161:8
161:22
178:6
congressi...
3:4
conscious
60:5
consequences
101:21
conservative
18:14 22:11
98:9 109:21
109:22,23
consider
3:2 57:15
64:3
considera...
22:24
considered
69:2 78:4
considering
5:15 88:4
172:23
considers
32:22
constituent
28:11
constituents
27:9 85:14
constitution
65:3,3
100:12
constitut...
55:25 90:22
constraints
174:3

constructive
23:3
consultant
27:5,20
28:10
consultants
175:1
consultation
69:19
contains
77:12
contend
39:10
contention
146:12
contentious
161:9
contest
66:1
context
174:24
continue
37:19 45:11
46:18 54:17
54:25 72:6
76:21
115:12
continuing
121:8
continuous
121:14
continuously
121:12
contract
5:22 7:15
10:6
contracted
6:3
contradict
149:22
151:11,23
154:14
contrary
54:9
controlled
62:5,6
controver...

161:23
convenience
41:10
convenient
76:15
convince
2:21
convinced
69:23
coordinates
162:20
copies
125:13
copy
64:19 66:23
77:4 110:13
110:13,14
113:9
corporation
54:15
correct
6:19 26:23
27:12,13,23
28:2,23
55:12 56:8
60:3 61:22
90:12,19
95:1 102:6
103:10
105:10,14
106:4,5,18
138:23
140:8 142:5
143:16,20
153:23
158:24
162:25
165:17,17
171:15
corrected
78:4
correctly
83:22
cost
10:12 37:15
37:16 38:5
42:3,19
43:20,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205198

USA_00022409

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 84 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 167 of 231

House Elections Committee Hearing                    February 28, 2007

189

| | | | | |
|---|---|---|---|---|
| 44:1,2  45:7 | country | course | crossed | 56:7  66:18 |
| 47:24  51:20 | 50:5  69:25 | 9:2  76:13 | 138:17 | 142:15 |
| 51:21  96:19 | 120:12 | 119:7 | crowded | 146:24 |
| 97:8  99:7 | 166:21 | 124:25 | 39:13 | |
| 113:13,15 | counts | court | crux | D |
| 114:22 | 66:5  120:19 | 32:24  33:1 | 84:5 | DA |
| 115:3,22 | county | 60:14  61:8 | CSR | 139:1,5 |
| 119:14,23 | 2:7,18,19 | 62:18,23 | 1:23  178:4 | dad |
| 145:4,5,9 | 3:3  5:19,20 | 63:5  76:6 | cumbersome | 84:20,21,21 |
| 145:12,19 | 6:3,4,4,21 | 78:9,11,11 | 108:8,10,12 | daddy |
| 147:8 | 7:7  9:20,22 | 100:18 | curious | 84:22 |
| costly | 10:3,13,22 | 149:2,4,4 | 8:2  25:5 | dais |
| 100:8 | 12:24  14:3 | covered | current | 37:6 |
| costs | 14:6,9,10 | 56:1  69:10 | 4:15,20  9:25 | Dakota |
| 37:19,19 | 14:16  15:17 | covers | 24:4,11 | 68:25  69:1 |
| 99:6,7 | 38:23,24 | 58:2 | 26:20,21 | damaged |
| 100:13 | 39:2  41:9 | co-chaired | 29:10  31:12 | 113:5,5 |
| 110:6 | 41:17,17 | 89:5 | 80:13  97:10 | 150:19 |
| 113:12 | 47:13  51:8 | co-equal | 97:17,19,20 | Dana |
| 115:17,19 | 51:18  53:1 | 90:11  123:1 | 99:15,15 | 38:20,22 |
| 115:20,21 | 62:25  63:5 | crazy | 101:17,18 | 40:21  44:16 |
| 117:19 | 63:10  65:9 | 44:20 | 102:9,9,14 | 46:20 |
| cottage | 65:16,17 | Cream | 103:1,11 | database |
| 12:23 | 74:23  76:4 | 12:22 | 105:20 | 5:18,18  6:18 |
| cotton-pi... | 98:7  118:3 | create | 106:3,24 | 10:2  144:23 |
| 79:8 | 118:8,11,24 | 6:16  30:20 | 107:18 | 162:15,17 |
| counsel | 121:12 | 106:17 | 108:4 | 162:19 |
| 69:15,17 | 125:1,7 | 137:25 | 124:13 | 163:5,6,25 |
| 177:19 | 131:4,5,7 | 149:23,25 | 132:6 | 165:15,15 |
| count | 133:4,7 | 150:4 | 171:23 | 165:20,25 |
| 66:17  109:19 | 142:14,23 | 152:25,25 | currently | 166:4 |
| 127:5 | 143:15 | 156:20,23 | 6:21  7:13 | databases |
| counted | 145:1,6,6 | 156:25 | 21:24  24:17 | 146:17,18 |
| 8:10  17:14 | 154:23 | created | 29:5,21 | 165:16 |
| 77:20  89:13 | 165:20 | 107:6  175:20 | 30:10,12 | date |
| 93:23  156:4 | 173:3  174:9 | creates | 63:2  66:25 | 4:11,13 |
| 156:6 | 177:1 | 16:13  92:22 | 77:23 | 70:15,18 |
| counties | couple | 106:2 | 100:19 | 94:19 |
| 6:23,25  10:4 | 16:8  39:1 | creation | 109:2 | 100:15 |
| 14:4,5,6,11 | 47:21  65:7 | 35:11 | 117:20 | 146:23 |
| 14:12  47:4 | 65:8  94:6 | creativity | 162:12 | 178:4 |
| 51:17  52:15 | 118:1  134:3 | 8:8 | 170:4 | dated |
| 52:20  62:6 | 135:16 | credible | curtailing | 3:16  4:10 |
| 62:15  63:3 | 138:3 | 98:3 | 74:3 | 44:22  45:3 |
| 114:11 | 164:15 | criteria | custom | daughter |
| 149:25 | courage | 97:22 | 23:16 | 76:19 |
| counting | 25:15  76:22 | crop | cycle | day |
| 17:9,11 | 159:5 | 39:7 | 55:21,23 | 2:17  3:17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205199

USA_00022410

House Elections Committee Hearing                    February 28, 2007

190

| | | | | |
|---|---|---|---|---|
| 13:10,16,20 16:13 17:17 17:24 18:2 18:7 19:3 20:1,7,13 21:23 22:7 22:10 35:14 36:15 39:22 40:2,6,14 41:8 42:2,8 42:10,10,14 43:18 49:20 50:7,11,13 53:20,21 54:12,14 55:9,16 58:6 75:20 75:23 87:20 93:18 97:13 103:17,18 103:25 118:4,24 130:23 131:6,11,17 131:23 132:22 135:25 148:4 160:21 178:1 **days** 4:10 35:12 40:12 42:17 45:12 46:18 51:17 53:19 54:4,4 55:1 55:21,23 94:10 174:4 **day's** 36:16 **DA's** 137:19,20,23 138:15 139:6 141:8 **DC** 166:2 172:1 **DE** 38:21 40:13 | 40:18,22 41:1,5,10 41:16 42:16 **dead** 85:7 99:1 **deadline** 164:15 **deal** 8:15 15:20 42:18 93:1 93:14 120:3 164:10,20 **dealing** 15:21 **dealt** 14:2 16:25 18:25 30:8 **Dean** 38:13 **death** 162:24 **debate** 98:9 107:13 162:6,8 **debated** 146:16 161:8 166:3 **debating** 146:19 161:22 **Debbie** 79:5 **DeBeauvoir** 38:20,23 45:23 46:21 **decades** 147:3 **deceased** 163:24 **decide** 32:17 62:12 62:12 155:21 **decided** 66:3,10 **decides** 155:25 | **decision** 24:4,9,10,13 24:24 29:22 30:3 31:9 60:5 125:25 **decisions** 78:12 173:6 **declare** 35:24 54:14 **declares** 51:18 **decongestant** 68:4 **decrease** 151:16 **defend** 154:17 **defending** 155:18 **Defense** 96:9 **defensible** 68:16 69:14 69:23 **defer** 163:4 **define** 24:16 29:3 **defined** 24:7 **defines** 24:2 **definitely** 52:18 129:24 161:21 174:1 **definition** 26:9 **Delaware** 68:24 **delay** 157:1 **deleted** 62:14 **deliberates** 29:17 **deliver** | 43:5 **democracy** 148:19 149:20 151:15 156:20 159:8 **Democrat** 22:4 **Democratic** 131:19 **Democrats** 2:22 66:9 88:25 **denied** 119:2 125:2 **Denny** 78:19 **Denny's** 147:23 **dense** 43:1 **dentist** 160:6 **deny** 3:19,24 5:3 117:14 **denying** 97:3 **department** 115:23 124:8 130:4,10 133:17,20 134:7,12,16 144:11,12 162:23 **depend** 91:22 **depending** 41:17 155:17 **DEPOSITION** 178:5 **depress** 149:14 152:5 **deputy** 15:11,11 138:10,19 | **Desert** 86:12 **designed** 57:23,24 **desire** 28:15 31:10 **despite** 54:8 **destroy** 128:23 **deter** 68:13 110:14 **determina...** 29:18 45:2 **determine** 4:19 114:3 **determined** 60:12 **determining** 68:5 **developme...** 7:1 **devious** 159:9 **devised** 8:17 **dialogue** 21:18 23:3 31:18 33:23 86:13,15 **die** 76:21 **died** 76:20 82:8 82:14 83:24 120:4,6,12 **difference** 65:23 66:5 66:11 98:17 107:1 160:10 **different** 42:20 43:18 57:7 60:21 63:11 93:8 99:8,17 102:5 106:6 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205200

USA_00022411

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 86 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 189 of 231

House Elections Committee Hearing                                  February 28, 2007

191

106:17
112:20
132:20,21
139:4 151:4
151:4 169:4
173:2,2,13
**difficult**
39:14 43:2
61:19 73:16
73:23 74:11
85:4 86:7
114:3,4
117:7
127:13
129:7 130:7
130:9,16
**difficulties**
123:9
**difficulty**
52:6
**digits**
159:19
**diluting**
58:1
**diminishes**
57:17
**dinner**
75:11
**direct**
43:20 44:1
106:12
**direction**
13:16 18:2
20:18 31:18
**director**
13:5
**disabilities**
161:7 162:2
167:11
168:9,17,24
169:8,10,23
170:25
171:8
173:17
174:15,17
**disability**
162:2 171:25
172:25

173:2
**disabled**
105:1 108:21
112:25
167:16
170:16
173:11
**disadvant...**
108:20
**disagree**
38:3
**disagreed**
84:23
**discovered**
63:16 153:15
**discretion**
153:5
**discrimin...**
121:6,8
**discuss**
147:10
**discussed**
47:6 54:20
**discussing**
147:25
153:14
154:6
**discussion**
43:18 84:18
84:19 98:11
120:3
147:22
**discussions**
125:20,21
**disenfran...**
119:24
150:21
162:1,4,10
**disenfran...**
76:14 110:2
112:20
132:24
168:4,6,9
**disenfran...**
170:6
**disenfran...**
109:16
**dismisses**

32:23
**dispute**
73:13
**disrespec...**
76:22
**distances**
100:2
**distinct**
85:10
**distinguish**
61:9
**distributed**
43:11
**district**
3:5 9:2
32:24 33:1
38:24 62:7
84:16 85:24
131:21
132:7,20
141:11
**districts**
2:18
**disturbed**
164:6
**diversified**
155:18
**doctors**
169:10
173:11
**document**
16:14 104:16
113:9
115:18
116:13,14
136:8
137:16
143:16,19
175:15,22
**documentary**
116:11
**documenta...**
110:18 111:3
117:2,9
123:22
133:22
136:25
146:21

169:6,7
174:6
**documented**
121:7 124:21
125:12
129:17
175:12
**documents**
83:17 94:20
94:21 95:3
95:6,14
96:10 113:4
113:10
114:20
123:10
129:8,11
130:3
136:11
150:17,19
150:25
151:4
169:17
**doing**
3:3 40:22
46:3 73:19
84:11 90:12
106:15
121:10
124:21
142:17
157:5
**dollar**
51:20
**dollars**
46:3,4
113:13
**door**
130:1,2
**double**
84:12 145:9
**doubt**
34:4 159:23
160:15
**do-rag**
125:4
**DPA**
5:18
**DPS**

5:22 10:2,6
62:5 66:25
67:3 77:15
128:16
129:12
130:16
146:11
**drafted**
69:20,25
**draw**
60:5,25
62:15,17,22
63:2 65:23
**drawn**
60:1 62:25
63:14
**drive**
86:3 108:21
129:15,16
151:6
172:16
**driver's**
4:4,5,12,16
4:21 5:18
10:3 59:2,8
59:12,19
61:1,6,10
62:5,13,17
63:1 67:1,5
67:10 71:15
72:4 77:9
79:7,9,15
79:21,25
94:13,15
99:16,17,20
105:1,2
107:25
108:8,24
109:1
114:14,16
114:21
116:21
119:10
126:3,9,16
126:18
127:4,8,25
128:3,12,20
129:4,12,17

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



ESQUIRE
DEPOSITION SOLUTIONS

JA_007530

TX_00205201

USA_00022412

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 87 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 170 of 231

House Elections Committee Hearing                    February 28, 2007

192

```
129:20,25          54:23 63:16        42:7               54:13 66:16        150:11
133:14             83:5 154:25        education          elected            151:1,23
144:6,7,16         155:12,14          45:11 46:17        78:23              154:14
144:23             155:16             54:25              electing           162:14
146:13           DVD                  146:22             121:15             163:2,4
147:13,19        67:23                147:16             election           166:20
155:12           Dwayne               148:15             2:17 8:16          167:14
157:18,25        129:3                163:19             9:21 11:5          168:12,14
158:8,9,10                            168:1              13:3,3             174:24,25
159:18           ───────E───────    Educational          14:24,25          175:11
161:12           earlier             96:9               15:16 18:14        elections
162:22           3:16 4:10,12       effect              19:3 35:12         1:2 6:12
165:5            12:24 26:1         2:17 15:12          35:14,15           13:8 15:22
167:12           53:17 54:20        45:5 122:22         39:7 41:8          15:24 35:13
172:15           89:9 94:8          145:4              44:7 45:12         35:17 36:3
drives           97:12 102:7        146:20             48:4,10            40:25 44:4
64:21 74:17      105:10             172:25             49:19 50:7         52:9 54:1
110:16           108:15           effective            50:11 52:11        55:16 58:5
123:12           134:3 144:1       67:2 70:14          53:21,24,25        64:20 65:20
132:9          early                effort              54:2 55:1,9       65:20 88:3
138:10,11      13:4 14:21          168:2 173:25        55:10,24,25        98:7 127:16
138:14,16      41:9,11,15          174:1,2             61:17 64:18        143:9
142:9          41:20 42:12       efforts              65:2,5,5,24        146:25
159:15         49:23 57:13        121:9,14            65:25 66:1         147:17
Drixoral        94:10             124:5 125:2         66:2,10,13         148:13
68:10          earn               egregious           66:18 68:11        151:18
dropping       171:18             142:7,9             69:18 76:8         156:10
66:4           easier             Eight               87:23 88:11        177:9
drugstore      41:24              154:18             89:1,4,11          elective
68:4           easily             either             93:19 94:10        28:4
due            144:15             4:3 10:2            94:10 99:22        electorate
10:11 177:12   162:18             54:14,14           99:23 100:9        110:6
Duerstine      easy               57:7 65:12         100:10             element
2:3,6,7 87:8   2:15 5:2           66:23 77:23        101:5,7,8          7:19
87:9,9         74:23 79:10        134:21             101:10             Elementary
105:11         95:17              143:2              103:25             48:6
dunk           163:22             150:10,23          112:15             eligible
88:23          economy            157:2              113:21             61:5,9 77:18
duplicate      128:24           elaborate            118:4,13,24        96:23
110:13         Ed                 152:7 153:2         120:21             101:15
163:23         130:23             elderly             124:11,14          150:16
duplicates     136:18             105:2 108:22        124:15,20          151:14
162:18         148:3              112:24             124:21             165:5 171:5
165:19,21      EDELMAN            113:2              125:3,11           175:6
duplicative    5:1                167:16             131:17,23          else's
101:17         educated           170:24             135:25             166:7
duty           42:13              171:8              142:15             email
45:9 46:15     educating         elect               149:11             133:9
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205202

USA_00022413

House Elections Committee Hearing                    February 28, 2007

193

| | | | | |
|---|---|---|---|---|
| embarrassed | equally | 148:12 | 47:13 | 63:4 |
| 125:6 | 15:5 | evenings | exciting | exploring |
| empirical | equates | 42:11 | 39:7 | 129:9 |
| 17:5 | 51:20 | event | excuse | exposing |
| employed | equipment | 160:8,9 | 35:20 36:5 | 101:20 |
| 177:20 | 167:25 | events | 70:5 147:3 | expressed |
| employee | equitably | 159:24 | excuses | 86:1 |
| 36:16 37:7 | 43:11 | everybody | 118:18 | extending |
| 77:11 131:5 | err | 47:25 80:12 | 159:17 | 155:16 |
| employees | 80:14 | 115:4 | exercise | extension |
| 37:5,12 38:1 | especially | everybody's | 73:4 83:22 | 9:19 |
| 38:3 39:5,5 | 23:2 39:17 | 15:4 | 83:25 84:2 | extensive |
| 47:23 49:15 | 40:2,6 | Everyday | 92:23 | 100:20 |
| 49:21 54:15 | 79:18 84:9 | 53:24 | exercising | 150:12 |
| 54:16,19 | 88:13 | evidence | 156:1 | extent |
| employers | 142:16 | 21:21,23 | exhaustive | 30:20 54:12 |
| 47:22 | 172:13 | 89:8 98:13 | 100:20 | 78:20 |
| encourage | 173:18 | 156:13 | exist | 114:14 |
| 159:15 | ESQUIRE | 166:14,15 | 68:12 | extra |
| ends | 178:5 | 166:18,19 | existing | 40:12,14 |
| 132:19 | essence | 166:20 | 57:12 | 51:16 53:19 |
| engage | 52:7 67:5 | 174:23 | exists | 54:4 145:15 |
| 15:23 | 83:18 | 175:3 | 175:3 | 150:19 |
| England | establish | evolving | expansion | extraordi... |
| 3:13,14,22 | 5:2 | 39:10 | 73:17 | 118:13 |
| 5:7 25:25 | esteemed | exact | expensive | extreme |
| 34:21 | 23:22,25 | 117:16 | 5:22 7:14 | 100:2 101:21 |
| enjoined | 127:22 | 121:22 | 113:10 | E-TRANS |
| 78:8 | 128:10 | exactly | experience | 177:16 |
| ensure | estimate | 79:20 82:12 | 13:8,12 | |
| 88:3 89:10 | 44:23 45:3 | 95:15 | 18:25 40:5 | ——— F ——— |
| 151:12 | 54:22 114:5 | 118:20 | 118:23 | face |
| 161:6 162:9 | estimates | example | 119:3 120:5 | 41:4 65:2 |
| 167:22 | 115:3 145:8 | 4:14 24:8 | 120:21 | faced |
| ensures | 167:15 | 29:13 61:20 | 139:14 | 32:21 67:16 |
| 162:25 | estimating | 67:22 71:1 | 150:5,12 | faces |
| ensuring | 118:11 | 71:3 72:19 | 153:1,3,8 | 41:2 |
| 93:19 | ethics | 86:5 102:8 | 153:24 | facilitate |
| entire | 24:3,9,20 | 118:5 147:6 | experiences | 151:13 |
| 36:15 43:12 | 25:18,23 | examples | 131:8 | facilities |
| 46:9 81:22 | 26:2 | 65:8 77:8 | expert | 39:25 |
| entitled | ethnic | exception | 6:8,11,12 | facility |
| 64:19 | 148:18 | 74:2 | 69:21 | 3:10 43:12 |
| entity | 149:15 | EXCERPT | expertise | fact |
| 54:16 | ethnicities | 1:5 | 130:11 | 6:22 10:4,5 |
| envelope | 152:6 | exchange | Expiration | 17:19 24:23 |
| 88:18 136:2 | evening | 105:8 | 178:4 | 34:5 39:12 |
| | 23:21 38:21 | excited | explains | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205203

USA_00022414

House Elections Committee Hearing                    February 28, 2007

194

| | | | | |
|---|---|---|---|---|
| 41:8 54:3 | 112:13,17 | fight | figures | 142:2,16 |
| 59:3 62:20 | 123:4 167:1 | 76:21 | 51:11 | 158:8 166:8 |
| 63:9 69:21 | farther | fighting | file | finding |
| 73:12 74:5 | 159:13 | 120:17 | 24:5,13,24 | 52:17 78:10 |
| 93:20 94:16 | faster | Figueroa | 27:9 | 79:8 159:9 |
| 96:12 98:9 | 115:21 | 38:13 95:25 | filed | findings |
| 98:24 | father-in... | 95:25 96:1 | 10:15 24:10 | 98:3 |
| 100:21 | 85:15 | 96:3,6,7 | 27:16,17,25 | fine |
| 101:16 | fault | 97:5,6 98:5 | 30:3 | 29:20 |
| 106:23 | 68:7 | 98:8,25 | files | fingernails |
| 107:16 | favor | 101:22,24 | 6:5 29:16,16 | 17:13 |
| 108:15 | 21:11 39:2 | 102:2,6,20 | fill | finish |
| 109:17 | 50:14 97:2 | 103:6,11,13 | 11:20 12:8 | 21:4 135:19 |
| 112:23 | favorable | 103:16,21 | 20:25 | finished |
| 118:2 133:3 | 22:24 | 103:24 | 105:23 | 11:19 45:24 |
| 133:9 | February | 104:5,8,18 | 112:10 | fire |
| 141:20 | 1:3 177:8 | 104:21 | 131:17 | 117:8 |
| 152:11 | fed | 105:6,15,18 | 134:21 | fires |
| 163:7 | 169:1 | 105:22 | 144:3 | 113:5 |
| 172:24 | Federal | 106:5,11,19 | filled | FIRM |
| factor | 6:12 36:2 | 107:19,22 | 132:3 134:24 | 178:5 |
| 145:5 | 67:3 79:24 | 108:3,13 | 138:20 | first |
| facts | 89:4,13 | 110:25 | filling | 11:21,24 |
| 59:6 | 149:3,4,11 | 111:11,18 | 132:13 | 13:2,15 |
| fail | 149:22 | 111:25 | final | 25:10 30:6 |
| 152:10 | 151:23 | 112:4,22 | 24:3,24 | 39:3 56:15 |
| 159:10 | 153:12 | 113:22 | 73:15 78:12 | 59:3 77:1 |
| fails | 154:14 | 114:13,18 | 127:21 | 97:6,8 |
| 57:8 | 164:14 | 115:13,14 | 157:6 | 101:11 |
| fair | Federally | 116:7,14,17 | Finally | 118:5 |
| 47:25 48:1 | 161:5 | 117:1,6 | 174:22 | 121:11 |
| 84:7 88:3 | feedback | 118:20 | financial | 144:4 |
| fairly | 32:21 | 119:6 120:9 | 43:22 149:23 | 152:21 |
| 24:17 | feel | 120:15,18 | financially | 153:4,11,18 |
| fall | 49:17 76:24 | 120:25 | 177:22 | 155:3 |
| 121:2,4 | 78:22 | 121:3,21 | Finch | fiscal |
| false | felony | 122:11,14 | 38:16 158:16 | 7:16,18 9:16 |
| 98:23 127:13 | 93:13 101:20 | 122:17,20 | find | 9:17,20 |
| 131:17 | felt | 123:11,14 | 21:9 43:2 | 10:22 36:12 |
| falsely | 43:6 50:13 | 123:17,21 | 74:25 76:17 | 36:13,14,17 |
| 131:16 | 54:12 78:13 | 123:23,25 | 79:6,17 | 36:20,21 |
| famous | fence | 124:2,13,24 | 85:3 94:19 | 37:1,9,10 |
| 158:7 | 155:17 | 125:15,17 | 95:2 98:2 | 37:18 43:24 |
| far | fictional | 126:6,13,23 | 115:2,11 | 44:23,24 |
| 97:2 100:24 | 163:23 | 128:7,15,22 | 121:14 | 45:3,4 47:5 |
| 100:25 | fierce | 128:25 | 132:2 | 54:5,21 |
| 101:2 | 47:23 | 129:13,22 | 134:19 | fish |
| 109:13 | | 130:19,21 | 139:22,25 | 19:22 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205204

USA_00022415

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 90 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 173 of 231

House Elections Committee Hearing                    February 28, 2007

195

five
174:4
fixed
109:10
flew
85:16
flies
65:2
Flippin
51:2
flood
128:5
Florida
17:9 68:24
  77:25
  121:19,25
  122:2 156:5
flow
45:6
focus
125:19
folder
115:2
folks
15:18 39:6
  41:9 52:17
  52:18 154:7
  155:11
  156:13,21
follow
27:10,20
  32:11
  111:10
  125:19
following
133:24
  142:21
  177:7
follows
4:3
food
12:23
forbid
3:5
force
24:20 43:21
  62:19,23

Ford/Carter
36:2
foreign
65:12 101:13
  143:2
forge
127:12
forget
158:7
forgive
68:11
forgot
100:4
fork
64:21
form
4:22 11:13
  11:19,24
  12:2,7,9
  20:24 21:10
  57:7 69:3
  71:20 72:4
  73:1 77:7
  99:8 126:3
  127:11
  153:17
  169:25
former
6:12 13:2
  78:18 89:5
  89:5
formerly
16:24 69:16
forming
40:2,6
forms
23:6 57:8
  77:8 79:17
  90:6 99:24
  99:25
  104:13
  141:14
  169:24
  174:18
forward
24:23 25:21
  44:5 69:18
  133:9 139:3

141:6 163:3
forwarded
8:24
fought
76:20 82:8
  82:13 84:21
  85:15
found
8:18 14:19
  14:21,22
  17:10 20:23
  65:18
  107:17
  154:24
  162:13
  163:9
  167:14
  175:6 176:1
foundation
90:15
Founded
148:21
four
88:24 111:6
  143:8
  159:19
  175:6
frame
174:8
franchise
73:18 74:4
  83:22 84:1
  90:1 145:12
frank
153:5
frankly
61:1
fraud
2:10 7:25
  8:4,11,13
  8:22,24
  13:25 16:13
  17:1,11,12
  17:20 18:11
  20:1 21:21
  21:22,23
  22:12 65:1
  68:13 92:24

92:25 97:25
  97:25 98:1
  142:17
  156:9
  162:14
  163:2,4,23
  174:24
  175:13,19
  175:21,24
fraudulent
109:25 135:2
  154:7
  156:14
fraudulently
164:25
Fraunhofer
1:23 177:5
  178:4
free
77:16 114:10
  114:22,23
  122:25
  126:22
  173:23
freedom
76:21 82:9
  82:16,24,25
  84:15
freedoms
79:2
frequently
118:18
  121:10
friend
78:18
friendly
159:16
front
128:19,20
  144:14
full
62:24 114:8
fully
135:4
function
45:11 46:18
  55:1
Fund

96:9
fundamental
83:21 111:10
furnish
140:24
further
55:7 152:24
  177:19,22
Furthermore
173:22
future
42:25 146:23
  147:17

———— G ————
gain
52:8
gaining
42:24
Galloway
47:19
gates
128:1,5
gateway
36:6
general
8:25 9:3
  39:21 53:21
  65:20 66:13
  66:14 69:15
  69:17 97:24
  120:21
  143:8,9
generally
49:19
General's
175:17
  177:11,18
generated
24:21
generation
84:18 85:3
gentleman
118:6 154:22
  164:7
gentlemen
15:2 21:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007534

TX_00205205

USA_00022416

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 91 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 174 of 231

House Elections Committee Hearing                    February 28, 2007

196

Georgia
68:24 78:1
100:21,24
172:11
175:10
Georgia's
78:2
Germany
85:17
getting
12:25 34:5
52:20 79:13
117:21
128:20
129:11
132:11
167:1
170:10
174:21
gift
28:2
give
6:10 12:6,12
29:13 35:25
74:24 77:8
81:2,13
114:22
120:11,13
132:19
133:18
136:16
146:18
147:5,15
167:9 168:7
given
8:15 9:25
28:1 85:12
167:23
giving
10:8,21 11:3
22:8,8 23:3
35:10 42:3
53:13 56:22
92:16 93:17
159:22,24
160:14
glad
40:13 42:21

115:1
go
9:22 41:9
42:10,15
44:11 46:2
50:10,12
51:11 58:3
59:11 70:21
71:18 74:7
74:14,21
75:1,4,12
76:18 88:2
93:8,12
94:20 95:15
97:17 99:11
99:11 104:2
105:7 107:4
108:17
112:13
117:4 119:1
119:1 126:5
126:19
135:21
137:7
139:23
142:20
143:24
145:10
146:21,24
147:1,6,18
148:3
157:10
158:6
159:12
166:11
167:8,20
168:3
169:22
173:15
174:7
goal
73:19 144:22
God
3:5
goes
117:13
129:23
143:4

150:25
152:17
173:12
going
2:24 10:12
11:17 15:15
31:18 32:9
35:2 39:10
42:22,24
43:2,6,13
46:3 47:23
47:24 48:2
48:19 49:11
56:11,12
59:25 61:13
61:23 70:22
71:19 76:2
78:5,7
79:25 82:15
82:25 83:13
87:1,7,11
91:11 93:2
94:18 96:11
98:22 99:8
99:9 101:1
101:2
102:17
110:10,11
110:14,15
112:9,12,13
112:15
113:3,7
115:2,11
122:24
123:11
126:1 127:3
133:5
137:14
140:19,20
141:7
156:23,24
161:11,20
166:15,21
167:9
168:25
169:1
172:16
173:6
174:20,21

Gonzalez
149:3
good
7:1 12:23
23:20 25:10
32:14,20
38:21 41:3
43:10 56:20
69:11,21
78:18,22
81:23 103:1
115:4 126:7
136:12
142:17,22
144:20
145:2,16
148:12
Gosh
148:9
gotten
41:19
govern
87:24 93:24
government
24:5 36:21
44:25 45:5
47:13 54:11
57:20 88:1
88:20,25
90:6,16
113:25
114:7,12
117:11
123:1 136:2
136:3,7
167:17
171:19
governments
47:6 54:12
governor
3:7,7
governor's
118:13
go-forward
111:16
Gramm
118:6
grandchil...

82:25
grandfather
72:18
grandfath...
71:1
grasp
125:23
grassroots
159:14,24
grateful
160:11
great
8:15 34:19
40:4,22
57:18 120:3
127:11
146:14
greater
37:16 118:16
greatest
84:18 85:2
greatly
73:13
Green
2:7
grocery
160:8
ground-br...
69:7
group
159:6
groups
142:13
170:15
growing
39:16 52:6
53:1,3 61:6
guarantee
145:16
guess
36:11 53:17
81:19 92:8
131:12
134:10
166:13
gun
38:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205206

USA_00022417

Case 2:13-cv-00193 Document 662-21 Filed on 11/11/14 in TXSD Page 92 of 95
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 175 of 231

House Elections Committee Hearing                    February 28, 2007

197

| | | | | |
|---|---|---|---|---|
| gunner | 101:10 | 165:14 | 117:22 | 124:4 |
| 85:16 | 133:1 | 166:1,2 | 119:13 | highly |
| Gutierrez | happening | 168:2 170:4 | heartburn | 119:19 |
| 38:17,17 | 58:21 166:14 | 170:4 | 12:25 | hire |
| guy | 166:16,18 | 174:12 | heavily | 27:5 |
| 80:18 | 166:19 | Hawaii | 171:2 | hiring |
| guys | happens | 68:25 | heavy | 27:7 |
| 10:14 | 165:2,7 | HB | 171:3 | historically |
| gymnasium | happy | 1:6,6,6,6 | Heflin/He... | 170:1 |
| 43:14 | 12:1 31:4 | 115:18 | 65:24 | histories |
|  | 34:6 75:14 | 149:8,8,8 | held | 134:25 |
| **H** | hard | 149:17,17 | 35:15 36:3 | history |
| half | 14:12 49:14 | 149:17,25 | 48:5 53:21 | 50:6 111:19 |
| 13:24 41:11 | 49:17 52:20 | 149:25 | 53:22,25 | 121:5 124:7 |
| 46:2,4 52:5 | 77:4 113:3 | 150:1 151:9 | 66:1 | 168:8 |
| 134:25 | 154:10 | 151:9,10 | help | hits |
| 173:4 | 168:18 | HB101 | 3:24 24:22 | 84:15 |
| hammered | harder | 1:6 | 27:7 29:9 | hold |
| 98:10 | 52:16 79:7 | HB218 | 31:17 36:9 | 43:3 85:10 |
| Hampshire | 83:11,11,14 | 57:3,11 | 121:23 | 85:21,22 |
| 19:12 | 160:17 | HB265 | 144:3 | holes |
| hand | 171:13 | 105:13,20 | 145:15 | 17:15 |
| 150:15 | harmful | 106:2,17,24 | 149:13 | holiday |
| handed | 151:18 | HB266 | 161:3,5,22 | 35:12,24 |
| 96:10,12 | Harold | 35:9 | 162:6 | 39:23 42:4 |
| 175:15 | 46:23 | HB626 | 167:22 | 49:20 51:13 |
| handful | Harrell | 64:21 66:20 | 174:12 | 51:13,18,19 |
| 2:21 101:12 | 46:23,23 | 67:13 | helping | holidays |
| handgun | Harris | HCFA | 88:3 174:16 | 35:14 36:3 |
| 77:13 | 12:23 14:3 | 141:22 | helps | 38:1 45:10 |
| handing | 15:17 65:9 | headed | 24:16 | 46:16 54:24 |
| 38:9 | 76:4 98:7 | 78:11 | Herbert | home |
| handle | 125:7 131:4 | hear | 65:25 | 3:21 14:21 |
| 155:21 | 131:5 133:6 | 13:9 34:23 | Hey | 38:6 82:14 |
| handy | 142:14,23 | 51:25 56:14 | 135:3 | 99:12 |
| 79:10 | 143:15 | 73:9 99:1 | Hi | 166:10 |
| hanging | 145:6 | 164:6 | 25:25 | homebound |
| 17:17 122:1 | 154:22 | 177:15 | high | 173:1 |
| 148:3 | harvest | heard | 85:21,24 | Homeland |
| happen | 50:9 | 33:22,23 | 109:10 | 115:23 |
| 22:15 48:2 | Hatfield | 52:12 53:2 | higher | 130:10 |
| 54:1 58:4 | 23:7 38:11 | 94:9 105:8 | 10:22 45:11 | 134:7 |
| 61:13 93:24 | HAVA | 155:8,10 | 46:17 54:25 | homes |
| 138:7 | 5:16 6:6,8 | 163:5 | 107:6,6 | 86:6 |
| happened | 9:25 161:8 | Hearing | 109:12 | honest |
| 15:1 30:1,4 | 162:11 | 1:5 48:17 | highest | 156:19 |
| 33:2 42:23 | 163:16 | 53:11 | 85:10 | honor |
|  | 164:23 | heart | highlighted | 85:10,10,11 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205207

USA_00022418

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 93 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 176 of 231

House Elections Committee Hearing                    February 28, 2007

198

honors
35:11
HOOSEN
172:21
hope
3:22,23
  22:23 41:23
  61:15 83:7
  83:8 96:16
  148:9
Hopefully
71:14
horse
7:3
house
1:1 2:5
  12:15 14:6
  14:17 21:14
  23:8,9,10
  23:12,15,15
  23:17,23
  33:18 35:5
  35:5 53:10
  56:16,17,18
  56:19 64:13
  65:11 66:2
  66:4 68:9
  75:18,23
  76:9 79:11
  88:17 94:9
  101:25
  111:7
  142:24
  177:9
Howard
26:6,20,24
  27:4,14,18
  27:24 28:5
  28:9,17,20
  28:24 29:2
  29:6,8,14
  29:23 30:14
  30:25 31:13
  31:21,25
  32:5,8,11
  32:13,16
  33:5 34:7
huge

7:18 43:22
  100:1
hundred
92:25 149:1
hundreds
113:13
  131:22,22
  132:4,5,25
  137:16
  141:2 164:8
husband
76:3

─────── I ───────

Ice
12:22 134:8
  134:16
ID
4:13,16,16
  4:21 64:24
  67:3,14,18
  67:19,22,25
  68:2,18
  69:3,11
  71:8,10,15
  71:25 72:2
  72:3,4,9,15
  73:1,2
  75:24 76:17
  77:7,8,9,10
  77:11,13,16
  77:19,21,23
  77:24 78:1
  78:1,3,15
  79:24,24
  85:6 88:2,5
  88:14,17,22
  88:25 89:3
  89:7,14
  94:16 96:12
  96:15 97:1
  97:9,9
  100:14,22
  100:23
  102:10
  104:13
  107:16,24
  108:1,9,17

108:19
109:6,8
110:2 113:1
115:5
117:20
118:4
119:17
125:20,22
126:3,11,12
126:21,25
127:1,2,5,7
127:17,25
128:3,11,21
129:12
131:12,13
131:15
136:4,4
144:2,5
146:13
147:14,19
147:20
152:12
157:4 171:6
171:20
173:23
Idaho
18:10,19
  19:6
Idaho's
22:5
idea
8:21 9:7
  24:6,23
  34:13 39:4
  42:21
  161:13
identific...
4:18,22
  22:18 56:13
  57:5,7,8,11
  69:1 71:21
  72:19 94:13
  97:16,19,20
  97:22 99:2
  99:5,9,24
  100:3,4
  102:5,11,25
  103:4,9,19

103:23
104:7,12,13
104:14
106:1,8
107:3 109:7
113:25
114:5,8,11
114:17,19
117:4,5,18
117:19,20
121:20
125:8,10
126:7,14,17
126:19,25
127:11
149:5 150:2
150:3,25
151:2
161:24,25
162:9
167:17
169:16,24
172:9,13,17
173:14
identified
63:12 65:12
  109:7 143:2
identify
100:13
  105:24
  157:19
identity
57:2 68:13
  99:18
  162:10
  170:5
  173:25
  174:4
IDs
67:19 135:25
  144:23
  152:15
II
84:20 85:15
  85:22 86:11
illegal
57:25 58:13
illegally

163:10,13,14
  176:2
illustrative
123:8
imagine
3:3,4 139:9
immediately
22:20 61:13
  61:16
immigrant
101:9 127:5
immigrants
101:14
immigrant's
129:17
immigration
81:2 101:21
  116:10
  129:25
  130:8,12
impact
36:21 43:23
  43:24 44:24
  45:4 54:8
  54:10,11
  99:13,22
  100:1,12
  101:14,15
  110:8,11
  112:7 113:2
  113:8
  123:12
  127:8
  149:10
impacted
113:16,19
  116:22,25
impacts
54:10 112:12
impersonate
93:12
impersona...
98:16,17,19
  118:19
  174:25
  176:3
impersona...
93:2,5 97:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205208

USA_00022419

Case 2:13-cv-00193   Document 662-21   Filed on 11/11/14 in TXSD   Page 94 of 95
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 177 of 231

House Elections Committee Hearing                    February 28, 2007

199

| | | | | |
|---|---|---|---|---|
| 98:2,3 | inaudible | 8:13 30:5 | 69:16 | 9:10 58:3 |
| 109:14 | 49:8 72:7 | 36:4,5 | inference | 63:11,15 |
| 119:15 | 115:7 | 49:21 50:2 | 105:12,16,18 | 101:7,8 |
| 156:9 175:4 | 125:11 | 146:1 | 107:15 | 109:2 125:7 |
| 175:13 | 130:7,13,15 | 148:17 | inflated | 175:6 |
| implement | 132:19 | 151:13 | 119:19 | institutions |
| 6:16 7:12 | 135:21 | 168:16,19 | information | 45:10 46:17 |
| 162:14 | 137:8 | 168:21 | 6:5,11,19 | 54:25 |
| implement... | 141:12,15 | increased | 13:9,12,17 | insurance |
| 165:14 | 146:7,8 | 22:1 35:23 | 16:11 17:4 | 169:16 |
| implemented | 150:24 | 49:25 | 17:5 19:25 | integrates |
| 127:2 | 167:9 169:4 | increases | 35:6 57:22 | 162:17 |
| implementing | 172:9 | 30:10 | 102:19 | integrity |
| 67:17 | incentives | increasing | 104:11 | 13:10,19 |
| implements | 132:11 | 30:9 41:14 | 106:17 | 15:6,7,22 |
| 67:15 | incidences | 59:23 | 115:6 | 17:23 73:18 |
| implication | 99:1 | increasingly | 141:23 | 76:7 78:24 |
| 36:18 37:18 | incidentally | 47:9 63:7 | 146:25 | 82:22 85:6 |
| implications | 116:18 | incumbent | 152:12,15 | 87:23 93:19 |
| 36:14,20 | include | 78:23 | 152:21,22 | 96:20,25 |
| implicitly | 6:17 9:1 | Indiana | 154:22 | intended |
| 154:6 | 55:10 110:7 | 77:25 | 157:4 164:2 | 27:3 31:8 |
| imply | 112:2 | indicate | 174:8 | intensive |
| 84:9 | includes | 59:19 78:13 | 175:16,18 | 117:14 |
| importance | 151:2 | 114:10 | infrastru... | intent |
| 35:10 | including | indicated | 43:10 | 86:10 151:11 |
| important | 35:15 53:24 | 13:23 46:24 | infrequent | 151:15 |
| 10:17 15:5 | 79:18 83:20 | 157:22 | 119:16 | intention |
| 39:1 50:4 | 88:24 94:14 | indigent | initially | 89:25 92:15 |
| 57:14 76:14 | 149:11 | 77:17 | 66:3 69:20 | 165:18 |
| 83:6,7 | 150:18 | indirect | initiative | intention... |
| 88:20 89:24 | income | 43:21 44:2 | 89:2 | 98:16 |
| 90:5,7,13 | 112:24 119:9 | indisputably | injuries | intentions |
| 154:2 | incoming | 76:6 | 82:15 | 86:9 |
| 157:14 | 39:19 | individual | ink | interact |
| importantly | inconveni... | 9:20 29:16 | 145:22 | 165:16 |
| 148:19 | 82:19,21 | 87:17 | inner | interest |
| imported | 83:8 | 136:25 | 42:25 | 76:7 |
| 3:6 4:25 | inconveni... | 176:3 | inordinate | interested |
| imposing | 85:1,4 | individuals | 85:16 145:12 | 7:11 28:12 |
| 172:25 | inconvenient | 57:2 138:24 | insignifi... | 52:21 82:4 |
| improve | 82:11,12,12 | 142:13 | 110:5 160:16 | 153:15 |
| 23:4 127:16 | 82:16 | 152:17,19 | inspire | 154:9 |
| inability | incorporate | 154:24 | 68:12 | 177:23 |
| 20:18 | 68:15 | 155:19 | instance | interesting |
| inappropr... | Incorporated | 156:25 | 93:23 99:14 | 70:7 116:18 |
| 118:25 | 161:1,4 | 171:8 176:1 | 125:3 | 139:11 |
| | increase | industries | instances | 141:1,4 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007538

TX_00205209

USA_00022420

House Elections Committee Hearing                February 28, 2007

200

143:18
154:1
**interpreted**
28:14
**interrupt**
97:4 98:4
101:23
**intervene**
62:5
**intuitive**
17:4
**invalid**
163:24
**investigate**
175:21
**investigated**
138:9
**investiga...**
16:24 17:1
137:21
141:14,20
175:24
**involved**
17:1,8 27:7
30:22
120:22
154:17
159:14
**in-person**
106:10,11,18
106:25
**irrespons...**
78:25
**Isaacson**
49:3,3,4,8
**issue**
30:7,7 39:10
39:11 40:1
48:7 68:11
77:15 78:12
96:22
121:23
128:7 133:2
134:6
155:20
157:11
161:21
168:3,6

169:21
172:7,10,13
173:16,23
174:3,10
**issued**
64:18 77:6
78:9 88:25
113:25
114:7 145:1
167:17
171:20
**issues**
8:7 15:20,21
16:25 18:25
20:5 34:7
96:16 98:10
121:20
169:8
**issuing**
67:1
**Italy**
85:17
**items**
94:11
**Iwo**
84:21

———————
**J**
**jail**
93:8,12
**James**
89:6
**January**
44:22 45:3
67:2 163:17
164:12
167:4
175:23,23
**Jean**
1:23 177:5
178:4
**jetted**
145:22
**Jima**
84:21
**Jimmy**
89:5
**job**

34:19 37:8
42:12 47:9
142:17
171:23
**jobs**
38:6
**Jodi**
87:10,11,11
**Joe**
98:24
**John**
25:15
**Johnnie**
23:11 38:12
**Johnson**
130:23,24,24
130:25
131:2
133:13,17
135:8,11,13
135:16,20
135:23
136:18,18
136:19,23
137:2,5,7
137:11,13
137:18
138:2,8,18
138:25
139:6,15,20
139:24
140:9,11,15
140:22
141:7,13
142:1,5,11
143:19,21
143:22,25
145:3,13,20
145:23,25
146:5,7
148:5
**join**
67:24
**joining**
69:8
**Jones**
23:11 38:12
**Joy**

160:21,22
**judge**
8:16 9:22
13:3 14:24
48:5 60:14
60:14 63:5
99:22,23
100:9 125:3
**judges**
88:11
**July**
160:9
**jump**
167:8
**jumps**
142:8
**June**
65:9
**juries**
59:9 60:16
62:7
**jurisdiction**
9:3
**jury**
58:23,24
59:23 60:5
60:25 61:10
61:23 62:13
62:22 63:11
63:16 98:13
133:7,13,17
133:25
134:5 138:6
139:19,23
139:25
154:25
155:12,14
155:16,19
**justice**
89:16 124:9
171:9
**justify**
9:22

———————
**K**
**Kathryn**
38:12
**keep**

8:9 27:6
57:25 79:19
79:20 87:21
96:20 140:4
170:5
**keeping**
79:9 93:20
96:24
**Kelly**
66:6
**Ken**
38:14 51:2
**Kentucky**
68:24
**kept**
75:18
**key**
4:12,19
**kick-off**
163:18
**kidding**
55:7,7
**kids**
48:9 119:2
**kill**
110:15
**killed**
122:22
**kind**
10:11 18:22
39:19 41:17
42:4,15
62:10 67:25
80:12 83:25
93:1 96:19
98:10
112:22
114:3 118:1
118:4 136:9
144:15
147:12
148:16
169:15
170:11
**King**
56:18 62:9
62:10 63:9
63:21 64:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205210

USA_00022421