PL085
9/2/2014
2:13-cv-00193

1

Job No. 333068

HOUSE COMMITTEE ON ELECTIONS

HOUSE FLOOR DEBATE

VOLUME I

TX_00212167

USA_00022457

Case 2:13-cv-00193 Document 662-24 Filed on 11/11/14 in TXSD Page 2 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 215 of 231
House Floor Debate                                    April 23, 2007

2

```
 1                    THE SPEAKER:  The Chair lays out a second
 2        reading.  House Bill 218.
 3                    The clerk will read the bill.
 4                    THE CLERK:  HB 218 by Brown of Kaufman
 5        requiring a voter to present proof of identification.
 6                    THE SPEAKER:  The Chair recognizes Brown.
 7                    REPRESENTATIVE BROWN:  Mr. Speaker, Members
 8        in the 1960s Americans fought a civil rights battle to
 9        insure the right of everyone to vote.  But every
10        American also has an equal right, equal civil right not
11        to have their ballot cancelled out by someone who
12        shouldn't be voting, who's voting twice or some in some
13        cases, has long since died.
14                    Voting is the most basic building block of
15        our system of representative democracy.
16                    Members, Members, voting is the most basic
17        building block --
18                    THE SPEAKER:  Members, we've got a long
19        afternoon ahead of us.  If you'll let Ms. Brown have
20        your attention, move your conversations outside the
21        rail, I'd appreciate it.  Thank you.
22                    Go ahead, Ms. Brown.
23                    REPRESENTATIVE BROWN:  Voting is the most
24        basic building block of our system of representative
25        democracy.  I don't think there's anyone in this room
```

TX_00212168

USA_00022458

Case 2:13-cv-00193 Document 662-24 Filed on 11/11/14 in TXSD Page 2 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 216 of 231
House Floor Debate                                    April 23, 2007

3

1          that would disagree with me on that statement.

2                    Polls show that voters are losing

3          confidence in the integrity of our elections and that

4          people are more likely to vote if they believe their

5          ballot will be fairly counted.

6                    In a Wall Street Journal NBC news poll last

7          April found that 80 percent of Americans favored a photo

8          ID requirement with only seven percent opposed.

9                    However, a more recent poll conducted

10         basically finds that 85 percent of Texans, regardless of

11         income level or race, favor photo ID.

12                   Why do we so easily require photo ID to

13         board a plane or buy a beer or cigarettes, while leaving

14         a ballot box so undefended?

15                   Americans are frequently asked to show

16         identification for even the most mundane activities,

17         such as to rent a DVD, check out a library book.  Board

18         an airplane, buy alcohol or tobacco, to belong to bulk

19         retail clubs, such as Sam's Club.  To purchase cold

20         medications, such as Sudafed.

21                   In each of these instances, the right to

22         vote trumps all of these in importance.  A worker at the

23         polling place should be able to verify the identity of

24         the voter.

25                   Photo ID is just one step to protect the

TX_00212169

USA_00022459

Case 2:13-cv-00193 Document 662-24 Filed on 11/11/14 in TXSD Page 4 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 21 of 231
House Floor Debate                                            April 23, 2007

4

1       integrity of the voting process.  The Election Code sets

2       forth after forth a myriad of procedures set forth that

3       the process is fair.

4                    First among these is that a person must be

5       18 years old and a citizen to vote.  Regulations extend

6       from there to the registration process to the conduct of

7       the election officers.

8                    Photo ID is simply purchasing putting into

9       practice the intent of the current code, and that is the

10      person who shows at the poll is the person he claims to

11      be.

12                         REPRESENTATIVE ANCHIA:  Mr. Speaker.

13                         THE CHAIR:  For what purpose, Mr. Anchia?

14                         REPRESENTATIVE ANCHIA:  Will the gentlelady

15      yield?

16                         THE SPEAKER:  Will you yield?

17                         REPRESENTATIVE BROWN:  I will not at this

18      time.

19                         THE SPEAKER:  Not at this time.

20                         REPRESENTATIVE ANCHIA:  Thank you.

21                         REPRESENTATIVE BROWN:  Voter impersonation

22      is a serious crime, but without a photo ID requirement

23      we can never have confidence in our system of voting.

24                    Without voter verification the Election

25      Code is a law without meaning.  Currently all that's

TX_00212170

USA_00022460

Case 2:13-cv-00193 Document 662-24 Filed on 11/11/14 in TXSD Page 5 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 218 of 231
House Floor Debate                                    April 23, 2007

5

1       needed to vote is a voter card.  Individuals are not

2       required to show identification, even to register to

3       vote.

4                      On June 22, 2006, Harris County, Tax

5       Assessor and Voter Registrar, Paul Betencort, testified

6       before the U.S. House Administration committee that in

7       2005 he identified at least 35 foreign nationals who

8       either applied or received voter registration cards.

9                      Mr. Betencort told the Committee that a

10      Brazilian woman registered had her registration

11      cancelled, reregistered claiming to be a citizen and had

12      her registration cancelled again.

13                     While registered, she voted, at least, four

14      times in general and primary elections.

15                     Before January 1, 2006 there was no check

16      done on a voter registration application to see if the

17      applicant was a valid person.

18                     In January, 2006 HAVA was implemented and

19      now all new applicants must provide a Social Security

20      number or Texas driver's license.  This is now checked

21      to make sure that those are checked now to make sure the

22      person applying is a valid person.

23                     All registrations on record before

24      January 1, 2006 were grandfathered in and no validation

25      check was performed on these records under the current

TX_00212171

USA_00022461

Case 2:13-cv-00193   Document 662-24   Filed on 11/11/14 in TXSD   Page 6 of 131
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-1   Filed 06/20/12   Page 219 of 231
House Floor Debate                                                      April 23, 2007

6

1    HAVA law.  If you indicate you have neither a Texas

2    Driver's License nor Social Security number, there's no

3    check being done and the person is automatically being

4    registered.

5            In Harris County voter database consists of

6    1.7 million voters, of which 253,000 voters we cannot

7    validate their ID against the Texas Department of Public

8    Safety matching criteria on a first name, last name,

9    date of birth match.  These records do not exist.

10           Out of the 18,230,066 voters that IDs can

11   be validated against the Texas Department of Public

12   Safety, 98,438 have voted in a recent election.

13           REPRESENTATIVE ANCHIA:  Mr. Speaker?

14           THE SPEAKER:  Mr. Anchia, for what purpose?

15           REPRESENTATIVE ANCHIA:  Will the gentlelady

16   yield?

17           THE SPEAKER:  Will the lady yield?

18           REPRESENTATIVE BROWN:  Not at this time.

19           THE SPEAKER:  Not at this time, Mr. Anchia.

20           REPRESENTATIVE ANCHIA:  Thank you.  Thank

21   you, Mr. Speaker.

22           REPRESENTATIVE BROWN:  And, Mr. Speaker, I

23   plan to finish my remarks before I yield.

24           Under the current HAVA law, if you indicate

25   you have neither a Texas Driver's License and so on,

TX_00212172

USA_00022462

Case 2:13-cv-00193 Document 662-24 Filed on 11/11/14 in TXSD Page 7 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 220 of 231
House Floor Debate                                          April 23, 2007

7

1     you're automatically registered.

2              The Harris County voter database of the

3     1.1 million voters of the 253,000 voters, we cannot

4     validate their ID against the Texas department ID

5     matching criteria as I just stated.  This is not an

6     issue only in Texas.

7              Voter ID laws are considered one of the

8     most basic and necessary election safeguards by a host

9     of con industries, including Canada, Mexico, France,

10    Germany, Italy, Poland, Britain, India, and South

11    Africa.  But less than half of the U.S. states have any

12    kind of photo ID laws.

13             Former President Jimmy Carter and former

14    Secretary of State James Baker have presented a

15    bipartisan Election Reform Report to President Bush and

16    members of contingency that recommend states should

17    insure that the persons presenting themselves at the

18    polling place are the ones on the registration list by

19    requiring photo identification.

20             The recently formed Mississippians for

21    Voter ID Identification argues that insuring ID at the

22    polls would help insure that some 140,000 ineligible

23    residents would not be able to participate in the

24    process without spending the millions of dollars in

25    labor hours necessary to create a statewide database.

TX_00212173

USA_00022463

Case 2:13-cv-00193  Document 662-24  Filed on 11/11/14 in TXSD  Page 8 of 131
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-1  Filed 06/20/12  Page 221 of 231
House Floor Debate                                              April 23, 2007

8

1                The United States Department of Justice

2       has, under certain conditions, approved Voter ID

3       programs in a number of states.  HB 218 insures that the

4       right to vote is reserved only for those who are

5       eligible to vote.

6                    There are no statutory standards to verify

7       the identity of individuals at the polling place when

8       they present a voter registration certificate.

9                    HB 218 modifies provisions requiring a

10      voter to present proof of identification when offering

11      to vote.

12                   HB 218 requires that when offering to vote,

13      a voter must presents either one form of photo

14      identification or two different forms of non-photo

15      identification.

16                   If the person fails to meet these standards

17      they may still vote upon completion of a provisional

18      ballot Affidavit.  The U.S. Supreme Court recognizes the

19      merits of photo identification for voting.

20                   Members, did you hear that statement?  The

21      U.S. Supreme Court recognizes the merits of photo

22      identification for voting, and removing an injunction

23      against Arizona's photo identification law.

24                   The U.S. Supreme Court's procurian reads:

25      "Confidence in the integrity of our electoral process is

JA_007582

TX_00212174

USA_00022464

Case 2:13-cv-00193 Document 662-24 Filed on 11/11/14 in TXSD Page 9 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 222 of 231
House Floor Debate                                                    April 23, 2007

9

1      essential of our participatory democracy.

2                    "Voter fraud drives uncitizens out of our

3      democracy and breeds distrust out of our government.

4      Voters who fear their legitimate votes will be

5      outweighed by fraudulent ones will feel disenfranchised?

6                    Also, Indiana's Photo ID law was upheld by

7      the 7th Circuit of U.S. Court of Appeals on January 4,

8      2007.  In upholding the Indiana Photo ID law, the U.S.

9      Court of Appeals notes that voters who do not comply

10     with the law by obtaining photo identification

11     disenfranchised themselves.

12                    Voting is the most important right in

13     America but it's also a responsibility.  The government

14     requires voters to register before receiving a ballot,

15     thereby providing information they provide on their

16     registration application is not a measure designed to

17     prevent any citizen from voting.

18                    It's instead a measure designed to keep

19     illegal aliens, not citizens and people otherwise not

20     qualified from voting and diluting the legitimate votes

21     cast by citizens.

22                    We all know of instances of close elections

23     decided by only a few votes.  The question is:  Do you

24     want to see a close election in the future decided by a

25     few votes that were cast illegally?

TX_00212175

USA_00022465

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 10 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 223 of 231
House Floor Debate                                                                April 23, 2007

10

1              Mr. Speaker and Members, each time we are

2       sworn in this chamber we pledge to uphold the

3       constitution of the U.S. and of this state.  I take this

4       vote very seriously.

5              Therefore, I'll be voting for HB 218 in

6       order to do everything I can to see that we secure the

7       voting rights of our citizens, which is provided for in

8       the constitution and protect those rights from being

9       deluded by allowing people to vote who under our

10      constitution have no right to participate in our

11      elections.

12             Mr. Speaker, I will be happy to yield at

13      this point.

14             REPRESENTATIVE ANCHIA:  Mr. Speaker.

15             THE SPEAKER:  Mr. Anchia, for what purpose?

16             REPRESENTATIVE ANCHIA:  Will the gentlelady

17      yield?

18             THE SPEAKER:  I think she did.

19             REPRESENTATIVE BROWN:  I will.

20             REPRESENTATIVE ANCHIA:  Thank you.

21             Representative Brown, I agree with you that

22      voting rights are basic rights founded and

23      representative democracy.

24             REPRESENTATIVE BROWN:  That's right.

25             REPRESENTATIVE ANCHIA:  And you have

TX_00212176

USA_00022466

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 12 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 224 of 231
House Floor Debate                                                    April 23, 2007

11

1    articulated a concern related to fraud in elections.

2    You said voter fraud is the reason you brought this

3    bill?

4                    REPRESENTATIVE BROWN:  That's right.

5                    REPRESENTATIVE ANCHIA:  This bill is not

6    designed to deal with all types of voter fraud, correct?

7    For example, it's not designed to deal with fraud

8    related to electronic voting machines?

9                    REPRESENTATIVE BROWN:  No.

10                    REPRESENTATIVE ANCHIA:  Or

11   absentee-ballots?

12                    REPRESENTATIVE BROWN:  No.

13                    REPRESENTATIVE ANCHIA:  Or voter

14   suppression?

15                    REPRESENTATIVE BROWN:  No.

16                    REPRESENTATIVE ANCHIA:  Or misinformation

17   to voters?

18                    REPRESENTATIVE BROWN:  No.

19                    REPRESENTATIVE ANCHIA:  It's specifically

20   designed to deal with a very discrete type of voter

21   fraud called voter impersonation, is it not?

22                    REPRESENTATIVE BROWN:  That's right.

23                    REPRESENTATIVE ANCHIA:  And what is the

24   incidence of voter impersonation because you sited some

25   specifics from Paul Betencort because I was kind of

JA_007585

TX_00212177

USA_00022467

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 12 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 225 of 231
House Floor Debate                                                      April 23, 2007

12

1    curious.  It sounded like that was evidence for a

2    different bill.  You sited that foreign nationals were

3    voting in elections.

4              But you didn't give any evidence of voter

5    impersonation.  And I want to understand, just to give

6    you some background:  We asked Mr. Betencort, we did an

7    Open Records Request, got all the same information you

8    did, and we've gone through all of those records and

9    didn't find any related to voter impersonation.

10             Can you elaborate and talk about the

11   evidence that you sited because that sounds like a

12   different type of fraud that wouldn't be covered by your

13   bill.

14             REPRESENTATIVE BROWN:  We have -- the

15   things that I sited from Harris County -- part of that

16   is his evidence of people having voted, impersonating

17   others.  And much of that is from dead people voting and

18   not just once, but repeatedly.

19             In fact, we have much documentation --

20             REPRESENTATIVE ANCHIA:  How many instances

21   of dead people voting were you able to find?

22             REPRESENTATIVE BROWN:  Well, let's see.

23   Would this be enough?

24             REPRESENTATIVE ANCHIA:  And that

25   information is the same information that was actually

TX_00212178

USA_00022468

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 13 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 226 of 231
House Floor Debate                                                    April 23, 2007

13

1     sent to our office and it clearly didn't Bexar out that

2     all of those were dead people.

3                 REPRESENTATIVE BROWN:  These are all dead

4     people here.  I have documentation from other --

5                 REPRESENTATIVE ANCHIA:  How many would you

6     estimate in how many cases?

7                 REPRESENTATIVE BROWN:  This is only one

8     county, of course.  I would be happy to -- if you want

9     to come up here and count each of these documents --

10                REPRESENTATIVE ANCHIA:  Just ballpark it

11    for me.  Is it 20?  Is it 50?

12                REPRESENTATIVE BROWN:  Oh, I guess there's

13    maybe twice that in here from one county in the state.

14                REPRESENTATIVE ANCHIA:  Okay.  And let me

15    ask you this question:  How does your bill solve -- when

16    you talk about the foreign nationals building -- how

17    does your bill solve that?  The Brazilian woman you

18    talked about?

19                REPRESENTATIVE BROWN:  That was just what

20    Mr. Betencort had sited.  If she had decided to present

21    photo ID when she came to the polls, I think that could

22    have been stopped.

23                REPRESENTATIVE ANCHIA:  Is that right?

24    Because that woman did present photo ID, right?  Even

25    though she was a non citizen, she had a driver's

TX_00212179

USA_00022469

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 14 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 22 of 231
House Floor Debate                                            April 23, 2007

14

1    license, did she not?

2                    REPRESENTATIVE BROWN:  Did she?  Did she?

3    I didn't know that.

4                    REPRESENTATIVE ANCHIA:  Did you not look

5    through that case because we did?

6                    REPRESENTATIVE BROWN:  Okay.

7                    REPRESENTATIVE ANCHIA:  Okay.

8                    REPRESENTATIVE BROWN:  That's one case.

9    That's one of the cases that he sited --

10                   REPRESENTATIVE ANCHIA:  I understand.

11                   REPRESENTATIVE BROWN:  And perhaps that

12   would be better for a later bill.

13                   REPRESENTATIVE ANCHIA:  Yeah.  It sounds to

14   me like a lot of the evidence you presented relates to

15   non-citizen voting, but not Voter Identification.

16                   Are you aware -- and I think you were in

17   the room at the time when I asked the Secretary of

18   State's office if there were any cases of voter

19   impersonation, do you recall what the answer was?

20                   REPRESENTATIVE BROWN:  No.

21                   REPRESENTATIVE ANCHIA:  You're right.

22   None, actually.  We asked the Secretary of State's

23   office, whether they had received any complaints of

24   voter impersonation, and they said zero.

25                   Were you also aware that when we asked the

TX_00212180

USA_00022470

15

1    Attorney General's Office how many cases of voter

2    impersonation they had investigated, it was zero?

3                    REPRESENTATIVE BROWN:  And do you know why

4    that is?

5                    REPRESENTATIVE ANCHIA:  I'd like to hear

6    the analysis.

7                    REPRESENTATIVE BROWN:  It's very hard to

8    document these cases of voter impersonation.

9                    In order to pursue a case or to prosecute,

10   you actually have to have someone in the polling place

11   to have witnessed this person having voted and have

12   knowledge of their identification.  So it's extremely

13   hard.

14                   Unless we give people in the polling place

15   the authority to request photo ID or two forms of non

16   photo ID to verify their identification.  It's almost

17   impossible.

18                   Therefore, we must close this loophole in

19   the voter laws.

20                   REPRESENTATIVE ANCHIA:  If an allegation is

21   made, it would be very easy in, in fact, for the

22   Attorney General to go and figure out what documentation

23   was used by that person to vote and interview that

24   person and find out if they are who they are, right?

25                   It sounds to me like --

TX_00212181

USA_00022471

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 16 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 229 of 231
House Floor Debate                                                April 23, 2007

                                                                    16

 1                    REPRESENTATIVE BROWN:  Do you think the
 2          Attorney General goes out just because an accusation is
 3          made?  I think some proof has to be presented.
 4                    REPRESENTATIVE ANCHIA:  Well, that's
 5          exactly right.
 6                    REPRESENTATIVE BROWN:  And it's extremely
 7          hard to present proof without giving these people in the
 8          polling places the authority to ask for photo ID.
 9                    REPRESENTATIVE ANCHIA:  But let's back up a
10          step.  And correct me if I'm wrong, but doesn't the
11          Secretary of State received complaints and forward those
12          onto the AG?  And when the statement Secretary of State
13          said we have not even received one complaint during
14          2002.
15                    Do you know how many votes have been cast
16          --
17                    REPRESENTATIVE BROWN:  Okay.  There are a
18          couple of reasons why that this is not happening.
19                    One is that the D.A.s in the counties where
20          this is going on are charged with keeping us safe and
21          investigating the murders and the armed robberies and
22          the rape and so on.
23                    We have not placed a high priority on voter
24          fraud, and this is something that we have to do.  And in
25          order to do it, we have to have our people who are in

TX_00212182

USA_00022472

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 17 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 230 of 231
House Floor Debate                                              April 23, 2007

17

1    the polling places and those who are charged with

2    prosecution have to have a few tools.  And this is one

3    of them.

4              I think it's very much like someone killing

5    these people.  They must prosecute voter fraud.  And

6    then tying one on behind their backs and say okay, now,

7    you can do it, we're just not going to let you have the

8    tools that you need to have in order to do it.

9              REPRESENTATIVE ANCHIA:  So you agree that

10   D.A.s need to do it in order to prosecute this, correct?

11   And that they should be prosecuting it, and --

12             REPRESENTATIVE BROWN: , actually, we need a

13   lock on this system to be able to leak out and verify

14   the vote.

15             REPRESENTATIVE ANCHIA:  Can I ask my

16   question?

17             REPRESENTATIVE BROWN:  Certainly.

18             REPRESENTATIVE ANCHIA: , that maybe this is

19   an enforcement issue, correct?

20             REPRESENTATIVE BROWN:  That's part of it;

21   yes.

22             REPRESENTATIVE ANCHIA:  You also talked

23   about the Carter-Baker Commission, did you not?

24             REPRESENTATIVE BROWN:  Yes, I did.

25             REPRESENTATIVE ANCHIA:  And you sited it as

TX_00212183

USA_00022473

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 18 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-1 Filed 06/20/12 Page 231 of 231
House Floor Debate                                                April 23, 2007

18

1       support for Voter ID, did you not?

2                    REPRESENTATIVE BROWN:  Absolutely.  And I

3       would like to make a statement before you go further

4       with your questioning:  Because I rent your taking

5       statements out of the Carter-Baker report and presenting

6       them, twisting what they said.

7                    Because we went back and got the full

8       report and you absolutely misrepresented those

9       statements.

10                   THE SPEAKER:  Representative Miller raises

11      the point of question.  The gentlelady's time has

12      expired.

13                   REPRESENTATIVE ANCHIA:  I'd like to move

14      that the gentlelady's time be extended, please.

15                   THE SPEAKER:  Members, you've heard the

16      motion.  Is there any objection?  Members, vote aye.

17      Vote no.  This is on the motion to extend.

18                   (Record vote)

19                   THE SPEAKER:  Have all voted?  Being 91

20      ayes, 46 nays.

21                   The extension is granted.

22                   THE SPEAKER:  The Chair recognizes

23      Ms. Brown.

24                   REPRESENTATIVE ANCHIA:  Mr. Speaker.

25                   THE SPEAKER:  Mr. Anchia, for what purpose?

JA_007592

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 19 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 2 of 281
House Floor Debate                                                    April 23, 2007

19

1              REPRESENTATIVE ANCHIA:  Will the gentlelady

2      yield?

3              REPRESENTATIVE BROWN:  I'd be happy to.

4              THE SPEAKER:  The lady yields.

5              REPRESENTATIVE ANCHIA:  You just suggested

6      that I twisted the words of the Carter-Baker Commission.

7              REPRESENTATIVE BROWN:  Absolutely.

8              REPRESENTATIVE ANCHIA:  And where would

9      that be?  Are where would that have occurred?  I'm just

10     kind of curious about that allegation.

11             REPRESENTATIVE BROWN:  Okay.  You quoted

12     president Carter as having said that he was against the

13     photo ID, and it was just one sentence.  Okay.

14             Here's what you said.  Since we presented

15     our work to the president, contingency, some have

16     overlooked almost all of the reports, a single

17     requirements that voters have driver's license or

18     government issued fired.

19             Worse, they have unfairly described our

20     recommendation, which includes Georgia, which just

21     standard did he, started demanding that voters have a

22     state issued photo ID, even though obtaining one can be

23     too costly or difficult for Georgians.

24             We consider Georgia's law discriminatory.

25             REPRESENTATIVE ANCHIA:  Ms. --

TX_00212185

USA_00022475

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 20 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 3 of 281
House Floor Debate                                          April 23, 2007

20

1          REPRESENTATIVE BROWN:  Let me finish

2     answering your question.

3              President Carter went on to say that it's

4     very encouraging to us, he's quoting Any Young, says

5     this will help minority voting instead of deterring it.

6              And then he says that, indeed, he did say

7     that he thought the Georgia law should be discarded or

8     thrown out because it costs the voters too much.

9              But then he went on to talk about you how

10    he did support it and he thought this was a very much

11    needed thing.

12             But you only pulled that out because he had

13    opposed it because of the costs but our bill has

14    addressed that and taken the costs out.

15             REPRESENTATIVE ANCHIA:  I'm going to give

16    you the opportunity to retract your allegation before I

17    explain it to you.

18             Would you like to retract it?

19             REPRESENTATIVE BROWN:  No.  No.

20             REPRESENTATIVE ANCHIA:  Okay.  Because you

21    suggested that I was manipulating Carter-Baker, which is

22    clearly not the case.

23             I was quoting directly from the New York

24    Times opt ad by President Carter and by Secretary Baker,

25    and it's very clear, and it is dated September 23, 2005.

JA_007594

TX_00212186

USA_00022476

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 21 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 4 of 281
House Floor Debate                                          April 23, 2007

21

1    Is it not?
2                   I mean, you accuse me of manipulating the
3    Carter-Baker Report, but in fact, that quote is from the
4    New York Times opt ad by President Carter and Mr. Baker,
5    is it not?
6                   REPRESENTATIVE BROWN:  I'm sorry.
7                   REPRESENTATIVE ANCHIA:  Wouldn't you like
8    to retract what you said earlier?
9                   REPRESENTATIVE BROWN:  No, I would not.
10                  REPRESENTATIVE ANCHIA:  Okay.
11                  REPRESENTATIVE BROWN:  If you took it
12   directly from the New York Times --
13                  REPRESENTATIVE ANCHIA:  Okay.  Let me ask
14   you what you said earlier --
15                  REPRESENTATIVE BROWN:  That's if.  But if
16   you took it from the actual conversation --
17                  REPRESENTATIVE ANCHIA:  You had accused me
18   of picking and choosing from the Carter-Baker Report, is
19   that not correct?
20                  REPRESENTATIVE BROWN:  Yes.
21                  REPRESENTATIVE ANCHIA:  And, in fact, the
22   quote that is contained in that document is from the New
23   York Times Article, it's an op ed authored by President
24   Carter and Secretary Baker, dated September 23, 2005, is
25   it not?

TX_00212187

USA_00022477

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 22 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 5 of 281
House Floor Debate                                                    April 23, 2007

22

```
 1                REPRESENTATIVE BROWN:  I'm sorry.  I
 2      couldn't hear you for another conversation going on.
 3      You'll have to repeat your question, please.
 4                REPRESENTATIVE ANCHIA:  You accused me of
 5      having manipulated Carter-Baker and the concepts of the
 6      Carter-Baker Report.
 7                REPRESENTATIVE BROWN:  Yes.  But would you
 8      read your conversation, it's obvious --
 9                REPRESENTATIVE ANCHIA:  Can I ask my
10      question?
11                Is it not true that the quote was taken
12      directly, not from Carter-Baker, but an op ed that was
13      authored by President Carter and Secretary Baker
14      subsequent to the release of the Carter-Baker Report,
15      and it is directly from that op ed, is it not?
16                REPRESENTATIVE BROWN:  I have to take your
17      word for it that that's your quote taken from an article
18      rather than from the conversation.
19                REPRESENTATIVE ANCHIA:  And you're going to
20      have your facts.  Don't accuse me of manipulating from
21      the Carter-Baker Report.
22                REPRESENTATIVE BROWN:  It is a
23      manipulation, whether it originated with you or with the
24      New York Times.
25                REPRESENTATIVE ANCHIA:  Okay.  It was
```

TX_00212188

USA_00022478

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 23 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 6 of 281
House Floor Debate                                                    April 23, 2007

23

1    written by President Carter by the way.  It wasn't

2    written by the times.  It was written by President

3    Carter and Mr. Baker.

4              REPRESENTATIVE BROWN:  It's misleading and

5    my point is that the statement is misleading when you

6    read what President Carter actually said about the photo

7    ID requirement.

8              REPRESENTATIVE ANCHIA:  Ms. Brown, I'd like

9    to ask you about Carter-Baker, as well.

10             Now, I could make the same allegation that

11   you're picking and choosing what you like about the

12   Carter-Baker Report.  Is it not true that while Voter

13   Identification was suggested by Carter-Baker, it was

14   suggested in a broader context, is it not true?

15             REPRESENTATIVE BROWN:  I'm not sure.

16             REPRESENTATIVE ANCHIA:  Weren't there

17   multiple recommendations that were all to be taken in

18   tandem?

19             REPRESENTATIVE BROWN:  But two of the major

20   recommendations were photo ID and proof of citizenship

21   and a variety of, as a society, things that would

22   definitely help our voting process.

23             REPRESENTATIVE ANCHIA:  Is it not true that

24   Carter-Baker also suggested that we wait on Voter ID

25   until real ID was in place?  Is that not true?

TX_00212189

USA_00022479

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 24 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 7 of 281
House Floor Debate                                    April 23, 2007

24

```
 1                    REPRESENTATIVE:  Brown it could be.
 2                    REPRESENTATIVE ANCHIA:  Have you read the
 3     Carter-Baker Report?
 4                    REPRESENTATIVE BROWN:  I read this along
 5     with many other things.
 6                    REPRESENTATIVE ANCHIA:  Do you have the
 7     section of the Carter-Baker Report entitled 2.5 Voter
 8     Identification?  And would you like to read along with
 9     me?
10                    REPRESENTATIVE BROWN:  I don't have the
11     report itself.
12                    REPRESENTATIVE ANCHIA:  I'll read it to
13     you.
14                    REPRESENTATIVE BROWN:  It's a conversation
15     on-line at the news hour.
16                    REPRESENTATIVE ANCHIA:  I'll read it to
17     you.  It's on Page 19 of the Carter-Baker Report.
18                    REPRESENTATIVE BROWN:  Okay.
19                    REPRESENTATIVE ANCHIA:  See what you're
20     trying to do is say that the Carter-Baker suggests this,
21     when, in fact, it does not.  If you take into account
22     all the other recommendations.
23                    And the New York Times article that I
24     presented to you in fact, says, hey, people are trying
25     to pick and choose on Carter-Baker.
```

TX_00212190

USA_00022480

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 25 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 8 of 281
House Floor Debate                                          April 23, 2007

                                                                25

1              But what they have to do is actually look

2      at the report in total.  And do they not say that real

3      ID should be in place before you adopt the standards?

4      Is that not correct?

5              REPRESENTATIVE BROWN:  I'll take your word

6      that it's saying that.

7              REPRESENTATIVE ANCHIA:  And do they not

8      also say, quote, on Page 19, "We view concerns about ID,

9      that they could disenfranchise eligible voters, have an

10     adverse impact on minorities and be used to monitor

11     behavior as serious and legitimate and are our proposal

12     aims to address these concerns," is that not true?

13             REPRESENTATIVE BROWN:  Well, it's strange

14     that it would be because President Carter said just of

15     the opposite.

16             REPRESENTATIVE ANCHIA:  Well, see, I've

17     actually read the Carter-Baker Report and I have it in

18     front of me.  And I'm reading it now.

19             REPRESENTATIVE BROWN:  Well, I'm talking

20     about his interview when he stated otherwise.

21             REPRESENTATIVE ANCHIA:  And is it not true

22     that they've acknowledged potential barriers to

23     different groups and suggested that Carter-Baker be

24     implemented with a slew of other proposals including

25     things like opening up more government offices?  Making

TX_00212191

USA_00022481

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 26 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 9 of 281
House Floor Debate                                        April 23, 2007

26

1    the ID free?  Having mobile voter registration centers?

2                    REPRESENTATIVE BROWN:  And many of those

3    things --

4                    REPRESENTATIVE ANCHIA:  Where in your bill

5    do you have mobile registration centers or money for new

6    offices?  Or money for voter outreach?  Where in your

7    bill does that occur?

8                    REPRESENTATIVE BROWN:  We don't have those.

9    You know that.  We do have the provision whereby if

10   someone has stated that they cannot afford a photo ID --

11   and by the way, I do have a Perfecting Amendment that

12   they would not have to sign an Affidavit to that

13   effect -- all they have to do is say they can't afford

14   the nominal fee for a photo ID from DPS.  It would be

15   issued free of charge.

16                    REPRESENTATIVE ANCHIA:  How many people

17   don't have photo ID in Texas?

18                    REPRESENTATIVE BROWN:  There aren't many.

19   We have the records that there are about a million and a

20   half more driver's licenses out there than we do have

21   voter registrations.  We have the number for those

22   people over 80, and we have -- the numbers just show

23   that there has to be very few.

24                    In fact, .035 percent, I believe, it is, of

25   the people over 80 in Harris County have --

TX_00212192

USA_00022482

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 27 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 10 of 281
House Floor Debate                                                April 23, 2007

27

1           REPRESENTATIVE ANCHIA:  You've given me

2    these numbers.

3           How do you rectify these numbers the

4    Brennan Center, that is the New York School of Law, has

5    done a study on this that says that 11 percent of all

6    Americans do not have photo identification?  How do you

7    react to that number?

8           REPRESENTATIVE BROWN:  Well, I react by

9    saying that there are differing opinions by the number

10   of people that do not have photo ID.  We're not

11   requiring that everyone have photo ID to vote.  We're

12   saying if you can't present a photo ID, then two forms

13   of non photo ID will be acceptable.

14           And our bill also does not change the

15   mail-in ballot process.  Anyone who can't make it to the

16   polls.  It would be a hardship for them to go pick up a

17   DPS photo ID, they can still use their mail-in ballot.

18           So we've made plenty of provisions for

19   anyone who wants to vote to be able to vote.  We didn't

20   set out to keep anyone from voting.

21           REPRESENTATIVE ANCHIA:  You have suggested

22   that not many Texans who have no form of photo ID, you

23   said that earlier, did you not?

24           REPRESENTATIVE BROWN:  Yes.  That's another

25   point that has just been brought up.

TX_00212193

USA_00022483

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 28 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 11 of 281
House Floor Debate                                                April 23, 2007

28

1              Even if you don't have any of these things,

2      you can still vote provisionally.

3              REPRESENTATIVE ANCHIA:  What percentage of

4      provisional ballots are counted in the state?

5              REPRESENTATIVE BROWN:  I'm sorry.

6              REPRESENTATIVE ANCHIA:  According to the

7      Secretary of State, what percentage of provisional

8      ballots are counted in this state?

9              REPRESENTATIVE BROWN:  The provisional

10     ballot is actually not counted, to my knowledge.

11             REPRESENTATIVE ANCHIA:  Actually

12     20 percent.  So 80 percent of all processes provisional

13     ballots are not counted in the state.

14             REPRESENTATIVE BROWN:  Okay.

15             REPRESENTATIVE ANCHIA:  They're,

16     essentially, discarded.

17             REPRESENTATIVE BROWN:  I am looking for

18     those numbers for you about people who have photo ID.

19             REPRESENTATIVE ANCHIA:  What is 10 percent

20     of roughly 20 million?

21             REPRESENTATIVE BROWN:  Let me give you some

22     statistics that you had in your previous question about

23     people who actually have photo ID.

24             REPRESENTATIVE ANCHIA:  Answer this

25     question for me:  What is 10 percent of 20 million?

TX_00212194

USA_00022484

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 29 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 12 of 281
House Floor Debate                                                      April 23, 2007

                                                                            29

 1                    REPRESENTATIVE BROWN:  Well, it would be
 2         200,000.
 3                    REPRESENTATIVE ANCHIA:  It's actually 2
 4         million.
 5                    REPRESENTATIVE BROWN:  I need to add
 6         another zero.
 7                    REPRESENTATIVE:  You need to add another
 8         zero.  And do you think that's a lot of people or a
 9         small number?
10                    REPRESENTATIVE BROWN:  It's a very large
11         number but I have no confidence in that figure.
12                    REPRESENTATIVE ANCHIA:  Would it surprise
13         you to know that according to the statistics from the
14         New York School of Law, Brennan Center, that about 2
15         million Texans would not have the photo ID to comply
16         with this bill?  Many of them --
17                    REPRESENTATIVE BROWN:  I don't believe
18         that --
19                    REPRESENTATIVE ANCHIA:  You don't believe
20         the New York School of Law?
21                    REPRESENTATIVE BROWN:  And if they don't
22         have a photo ID, two forms of non-photo ID will still
23         get them into the polling place.  If they can't present
24         any of that, they fill out the voter provisional ballot.
25                    REPRESENTATIVE ANCHIA:  You just told me

TX_00212195

USA_00022485

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 30 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 13 of 281
House Floor Debate                                        April 23, 2007

30

1    that you don't believe the Brennan Center.  You don't

2    believe in the New York School of Law.

3                 The Kaufmann County School of Law?  What

4    would be good evidence?

5                 REPRESENTATIVE BROWN:  Okay.  You have to

6    first tell me who was old.  Across what segment of the

7    population was old.

8                 You have to give me the details about this

9    polling before I can have confidence in it.  And was it

10   Texans?  Was it nationwide?  What kind of polling data

11   are you suggesting?

12                REPRESENTATIVE ANCHIA:  The Brennan Center

13   Report is available, and if we have it, I'd be happy to

14   pass it out to you.  The Brennan Center also figures

15   that 18 percent, about 6 million American citizens is,

16   65 and older do not have photo ID.

17                THE SPEAKER:  Representative Miller has

18   raised the point of order.  The gentlelady's time has

19   expired.

20                REPRESENTATIVE ANCHIA:  Mr. Speaker.

21                THE SPEAKER:  For what purpose, Mr. Anchia?

22                REPRESENTATIVE ANCHIA:  Will the gentlelady

23   -- I'd like to move that the gentlelady's time be

24   extended.

25                THE SPEAKER:  Members, is there any

TX_00212196

USA_00022486

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 31 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 14 of 281
House Floor Debate                                    April 23, 2007

31

1     objection?  Mr. Anchia, this requires unanimous consent.

2                    REPRESENTATIVE ANCHIA:  Thank you,

3     Mr. Speaker.  Thank you.

4                    Representative Brown.

5                    THE SPEAKER:  The point of order is well

6     taken and sustained.

7                    The Chair recognizes Mr. Puente for an

8     introduction.

9                    REPRESENTATIVE PUENTE:  Mr. Speaker,

10    Members, up in the north gallery there's a school group

11    that Representative Castro and I have asked to be here.

12    The school is actually in my district.  It's Rogers

13    Middle School, and Mr. Castro also has some friends

14    there.

15                    So Rogers Middle School, would you stand

16    up, please.  Rogers Middle School.  Welcome to Austin

17    and welcome to your Capitol.

18                    THE SPEAKER:  The Chair recognizes

19    Ms. Laudenberg for a motion.

20                    REPRESENTATIVE LAUDENBERG:  Mr. Speaker, I

21    move that we suspend the rules and take up House

22    Resolution 1413.

23                    THE SPEAKER:  Members you've heard the

24    motion.  Is there any objection?

25                    The Chair hears none.

TX_00212197

USA_00022487

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 32 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 15 of 281
House Floor Debate                                                    April 23, 2007

32

1           The Chair lays out HR 1413.

2           The clerk will read the resolution.

3           THE CLERK:  HR 1413 by Laudenberg, whereas

4    by winning each of its 40 games in the 2006, 2007 season

5    and capturing the 5-A State Title, the Lady

6    Yellowjackets Basketball Team of Rockwell High School

7    has named a resulted place in the annals of Texas high

8    school sports.

9           And was whereas the culmination of this

10   perfect campaign came with Rockwell's victory over

11   Cy-Fair High School in the state championship game on

12   March 3rd, 2007, a show down that pitted two previously

13   unbeaten schools.

14          At the end of regulation play, the teams

15   were knotted at 48, but with clutch play in the closing

16   minutes of overtime, the Yellowjackets emerged with a

17   59, 54 victory and a legacy that will stand for many

18   years to come.

19          Only six previous girls' teams in Texas

20   have gone unbeaten through an entire season and only two

21   have equaled Rockwell's record of 40 and 0.

22          And whereas Rockwell has been building

23   toward this achievement for several years.  The team has

24   reached the regional tournament at Baylor University in

25   each of the past three seasons, winning it twice.

TX_00212198

USA_00022488

Case 2:13-cv-00193  Document 663-34  Filed on 11/11/14 in TXSD  Page 33 of 131
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-2  Filed 06/20/12  Page 10 of 281
House Floor Debate                                          April 23, 2007

33

1                    In 2006, the Lady Yellowjackets made it all

2        the way to the state championship game but fell to Plano

3        West to finish as runner-up.

4                    And whereas in achieving the pinnacle of

5        success in 2007, Rockwell relied on outstanding

6        performances from each member of the team and challenged

7        its opponents with a combination of offensive fire power

8        to tenacious defense and an undeniable will to win.

9                    The players were schooled in the finer

10       points of technique and strategy by head coach Jill

11       McDill, who has shaped Rockwell High School into a

12       girls' basketball powerhouse that is poised for further

13       glory.

14                   And whereas exhibiting tremendous skill and

15       dedication, the Lady Yellowjackets have established a

16       remarkable record of achievement in Texas high school

17       athletics and won the respect of sports fans throughout

18       the Lone Star State.

19                   Now therefore be it resolved that the House

20       of Representatives of 80th Texas Legislature hereby

21       congratulate the Rockwell High School Lady Yellowjackets

22       basketball team on posting a perfect season and winning

23       the Class 5-A State Title and extends best wishes to the

24       players, coaches and staff for future success.

25                       And be it further resolved that an official

TX_00212199

USA_00022489

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 34 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 17 of 281
House Floor Debate                                                April 23, 2007

34

1    copy of this resolution be prepared for the team as an

2    expression of high regard by the Texas House of

3    Representatives.

4                    REPRESENTATIVE LAUDENBERG:  I move passage.

5                    THE SPEAKER:  Members, you heard the

6    motion.

7                    Is there an objection?

8                    The Chair hears none.

9                    Ms. Laudenberg moves to add all members'

10   names.

11                   Is there any objection?

12                   Hearing none.

13                   The motion is granted.

14                   The Chair recognizes Ms. Laudenberg.

15                   REPRESENTATIVE LAUDENBERG:  Members, I am

16   so proud to represent these young women, the Rockwell

17   Lady Yellowjackets for the 2007 5-A Basketball Girls

18   Championship this March, the first title in the teams'

19   history.

20                   The girls and this team have been

21   undefeated at home for the last three seasons with an

22   astounding record of 105 wins to 13.  This year the Lady

23   Yellowjackets went into the final game against a very

24   formidable opponent, the Houston Cypress Fairbanks with

25   a 39, 0, winning streak.

TX_00212200

USA_00022490

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 35 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 18 of 281
House Floor Debate                                         April 23, 2007

35

1                    With a grueling, physical fourth quarter,

2        the game went into overtime with the Lady Yellowjackets

3        took the other team in second place and showed why the

4        USA today have named the Lady Yellowjackets the third

5        ranked team in the nation for high school.

6                    The final score of the game was 59 to 54,

7        and each member of this team was an integral part of

8        their success.

9                    I want to first recognize the girls up in

10       the balcony, the team managers, players and assistant

11       coaches, who gave up time with their friends and family.

12       I asked them how many hours they practiced, and they

13       said they were never at home.  All they did was

14       practice.

15                   On the dias I am proud to present to you

16       members of the Lady Yellowjackets team:  Shelby Addison,

17       a junior guard, who was the leading scorer in the state

18       semi-final; Sunni Saddery, a junior point guard, First

19       Team All District, who lead the Metroplex in assists

20       this year; Avery Alendres and Meredith Gordon, senior

21       guards who have both won Academic All District; Lindsey

22       Rath, a senior who has won Academic All State; Samantha,

23       Slaw, the team's senior, three-year starting guard; Cara

24       Slayton, who is defensive player of the year for the

25       team's district, had nine rebounds and scored nine

TX_00212201

USA_00022491

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 36 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 19 of 281
House Floor Debate                                                    April 23, 2007

36

1    points in the state's final game and has received a full

2    scholarship to Tulane University; Genevieve Campbell,

3    who scored a team high of 17 points and had seven

4    rebounds and will be on a full scholarship to Texas A&M

5    Commerce; Haley Day, who scored 5 of the 11 points in

6    the overtime, leading to this year's victory and was

7    honored as the game's most valuable player and she's

8    received a full scholarship to SMU.

9                    And finally members I would like to

10   acknowledge, head coach, Jill McDill and assistant

11   coach, Casey Reeves, who led this team in their

12   dedication and hard work.

13                   We have surely not heard the last of this

14   excellent team.  I have a whole new respect for what

15   these girls have achieved.

16                   Please join me in honoring the success of

17   the Rockwell Lady Yellowjackets.  Thank you.

18                   THE SPEAKER:  Members, we're back on the

19   bill.

20                   The following Amendment.

21                   The clerk will read the Amendment.

22                   THE CLERK:  Amendment by Cochran of

23   Kaufman.

24                   THE CHAIR:  The Chair recognizes Ms. Brown

25   to explain the Amendment.

TX_00212202

USA_00022492

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 37 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 20 of 281
House Floor Debate                                        April 23, 2007

37

```
 1                    REPRESENTATIVE BROWN:  Mr. Speaker,
 2       Members, I have three perfecting Amendments.
 3                    The first one is just simply to waive the
 4       requirements for anyone over 80.  If you're over 80,
 5       many are voting by mail-in ballot anyway.  If there's
 6       any reason why they don't have a photo ID, let's just
 7       give them the benefit of the doubt.
 8                    Let's waive all voters over age 80.  And it
 9       is acceptable to the author.
10                    THE SPEAKER:  Members, Ms. Brown sends up
11       an Amendment.  The Amendment is acceptable to the
12       author.
13                    Is there an objection?
14                    REPRESENTATIVE BERMAN:  Mr. Speaker, will
15       the lady yield?
16                    THE SPEAKER:  Will the lady yield?
17                    REPRESENTATIVE BROWN:  Yes.  I yield.
18                    REPRESENTATIVE BERMAN:  Will you go over
19       the Amendment one more time, please?
20                    REPRESENTATIVE BROWN:  It simply states
21       that voters over the age of 80 would not be required to
22       present a photo ID or two forms of non-photo ID at the
23       polling place if they're over 80.
24                    REPRESENTATIVE BERMAN:  Thank you.
25                    Have we received information from a former
```

JA_007611

TX_00212203

USA_00022493

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 38 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 21 of 281
House Floor Debate                                          April 23, 2007

38

1      republican has passed around the desk here that said his

2      91-year old mother had lost the right to vote?

3                     REPRESENTATIVE BROWN:  Absolutely.  He was

4      concerned that his 91-year old mother, who is an

5      invalid, who is evidently bed-fast, who is still a

6      registered voter, would be disenfranchised from being

7      able to vote.

8                     And my bill, HB 218, does not affect her

9      ability to vote because obviously she must have been

10     voting by mail-in ballot.

11                    If she can't leave her bed, she certainly

12     hadn't been going to the polling places.  I'm very sorry

13     to hear about his mother's condition, but I certainly

14     would not deny her the opportunity and the right to

15     vote.

16                    REPRESENTATIVE BERMAN:  So even without

17     your Amendment, she was not denied the right to vote --

18                    REPRESENTATIVE BROWN:  Absolutely not.

19                    REPRESENTATIVE BERMAN:  Because she has a

20     mail-in ballot, just like every other invalid person

21     does.

22                    REPRESENTATIVE BROWN:  Absolutely not.

23                    REPRESENTATIVE BERMAN:  And everyone who is

24     sick.  Even if I was home sick at my age, I can still

25     use a mail-in ballot?

TX_00212204

USA_00022494

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 39 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 22 of 281
House Floor Debate                                                    April 23, 2007

39

```
 1              REPRESENTATIVE BROWN:  That's right.
 2              REPRESENTATIVE BERMAN:  And when I served
 3      overseas in Vietnam, I could still use a mail-in ballot?
 4              REPRESENTATIVE BROWN:  That's right.
 5              REPRESENTATIVE BERMAN:  Nothing would
 6      prevent me from voting; is that correct?
 7              REPRESENTATIVE BROWN:  This bill is not
 8      about denying anyone who is an eligible voter from
 9      voting.  It's merely to reserve that right for those who
10      are eligible.  And this age, it's fair.  It's balanced.
11      I just think that we should do this for those people
12      over 80 years old.
13              REPRESENTATIVE BERMAN:  And one of these
14      questions Mr. Anchia asked you before -- I think he said
15      there were no prosecutions by the AG's Office.  There
16      were actually several prosecutions by the Attorney
17      General's Office.
18              REPRESENTATIVE BROWN:  That's right.
19              REPRESENTATIVE BERMAN:  However, do you
20      know that the Attorney General cannot prosecute anyone
21      in the state unless it comes from a multi-county area?
22      An election held over a multi-county area?
23              REPRESENTATIVE BROWN:  I see.
24              REPRESENTATIVE BERMAN:  Most of the larger
25      counties in the state are single county.  Like Harris
```

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 40 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 23 of 281
House Floor Debate                                    April 23, 2007

40

```
 1     County, like Bexar County, like El Paso County and

 2     Dallas County.

 3                   Did we not receive information from those

 4     four counties?  --

 5                   REPRESENTATIVE BROWN:  Absolutely.

 6                   REPRESENTATIVE BERMAN:  Of our 4,000

 7     fraudulent voters on the election rolls; is that

 8     correct?

 9                   REPRESENTATIVE BROWN:  That's right.  And

10     in fairness to our Texas electors who are trying to

11     maintain the huge databases, it is an expensive and

12     time-consuming process to try to compare all of these

13     names with driver's license data and with Social

14     Security numbers and so on, to try to prove the ones

15     that actually are existing.

16                   And also, against the death records.

17     That's one reason that we have lists that still have

18     thousands of people who are deceased.

19                   But this is one very inexpensive way to

20     offset some of the problems with deceased people voting.

21     It's to be able to just simply prove you are who you say

22     you are when you about to the polls to vote.

23                   REPRESENTATIVE BERMAN:  And I heard some of

24     the dialogue between you and Representative Anchia about

25     a study that was done in New York University.
```

JA_007614

TX_00212206

USA_00022496

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 41 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 24 of 281
House Floor Debate                                          April 23, 2007

41

```
1              Have you seen that study at all?

2                   REPRESENTATIVE BROWN:  I think it came in

3      with all the myriad of paper that we had but I didn't

4      study it.

5                   REPRESENTATIVE BERMAN:  Okay.  And if my

6      good friend Representative Anchia asked if you believe

7      in the New York University School of Law.  I do, but --

8                   REPRESENTATIVE BROWN:  Of course.

9                   REPRESENTATIVE BERMAN:  But I more believe

10     in our Texas Department of Public Safety and the numbers

11     that they're putting out from DPS.

12                  REPRESENTATIVE BROWN:  My question mainly

13     was:  Is this a study of Texas or is this a nationwide

14     study?  That's what I was trying to get at.

15                  REPRESENTATIVE BERMAN:  I think the main

16     point I was trying to make just now is something that

17     you brought out a little quietly.  I want to make it

18     very loud.

19                  REPRESENTATIVE BROWN:  Okay.

20                  REPRESENTATIVE BERMAN:  There are over 14

21     million driver's licenses in the State of Texas.

22                  REPRESENTATIVE BROWN:  That's right.

23                  REPRESENTATIVE BERMAN:  And there are just

24     about 12 million registered voters in the State of

25     Texas.
```

TX_00212207

USA_00022497

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 42 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 25 of 281
House Floor Debate                                              April 23, 2007

42

 1                    REPRESENTATIVE BROWN:  That's right.  So

 2      there's going to be that many people who don't have a

 3      driver's license with a photo ID on it.

 4                    And by the way, another thing that I may

 5      have said, too, quietly, is the fact that 85 percent of

 6      Texans old see a need for a photo ID at the polling

 7      places.  And that was a very recent poll, by the way of

 8      Texans.

 9                    REPRESENTATIVE BERMAN:  Now, also, if you

10      don't have a driver's license as many people don't, can

11      you get another form of photo identification from DPS?

12                    REPRESENTATIVE BROWN:  Oh, absolutely.  In

13      fact, you know, we passed a bill out of here not many

14      days ago that had something to do with people after they

15      reached a certain age, and I think we set it at 90,

16      having to be retested for their driver's license.

17                    So that makes a statement right there that

18      we have a lot of older people that are still driving

19      have still active.  Still have a driver's license to

20      present at the polls.

21                    So it's just a lot of older people, and I

22      believe I heard the statement today that 80 is the new

23      65.  I love that statement.

24                    REPRESENTATIVE BERMAN:  I do, too, since

25      I'm 72.

TX_00212208

USA_00022498

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 43 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 20 of 281
House Floor Debate                                                April 23, 2007

43

 1                Do you think, is it your opinion that if a

 2    voter can bring a voter registration card to a polling

 3    place, that they could also bring an electric bill or a

 4    water bill or something to show that they are the person

 5    on the voter registration card?

 6                REPRESENTATIVE BROWN:  Even a library card

 7    will do it.  Even a library card is acceptable.

 8                REPRESENTATIVE BERMAN:  So what else is

 9    acceptable?

10                REPRESENTATIVE BROWN:  I have a list of 18,

11    I believe, things that are acceptable.

12                And by the way, we found out -- we're

13    talking about the poorer people having a hard time with

14    this.  But we found out that the Lone Star Card requires

15    a photo ID to qualify for the Lone Star Card.  So that

16    shows right there that people do have to come up with

17    proof of identity.

18                And I have a list here of those things that

19    are acceptable right here.

20                REPRESENTATIVE BERMAN:  And what are they?

21                REPRESENTATIVE BROWN:  But the photo

22    identification, a driver's license, a photo

23    identification card issued by the Department of Public

24    Safety that has not expired or expired within two years

25    of the date of presentation.

TX_00212209

USA_00022499

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 44 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 2 of 281
House Floor Debate                                      April 23, 2007

44

1          U.S. Military identification cards

2     containing the person's photograph.  Valid employee

3     identification card containing a person's photograph.

4     U.S. citizenship certificate that contains the person's

5     photograph.

6               U.S. Passport issued to the person.

7     Student identification card issued by a public or

8     private institution of higher education located in Texas

9     that contains the person's photograph or a License to

10    Carry a Concealed Handgun issued by DPS of the non-photo

11    identification allowed, a copy of the current utility

12    bill, bank statement, government check, paycheck or

13    other government document that shows the name and

14    address of the voter.

15              Official mail address to the person by name

16    from a government entity.  Certified copy of a birth

17    certificate or other acceptable document confirming

18    birth.

19              U.S. citizenship paper.  Original or

20    certified copy of a person's marriage license or Divorce

21    Decree.

22              REPRESENTATIVE BERMAN:  So in other words,

23    you can bring in just about anything that's got your

24    name on it to prove that the voter registration card

25    that you have is really you?

TX_00212210

USA_00022500

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 45 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 28 of 281
House Floor Debate                                          April 23, 2007

45

1                    REPRESENTATIVE BROWN:  That's right.

2                    REPRESENTATIVE BERMAN:  And, Betty, do you

3        remember the documents that I got in the from the

4        Committee on Elections in Harris County that there were

5        over 4,000 people dropped from the list because they

6        were fraudulent my enrolled on the voter registration

7        list?

8                    REPRESENTATIVE BROWN:  Yes.

9                    REPRESENTATIVE BERMAN:  Do you know how

10       they were found?

11                   REPRESENTATIVE BROWN:  I think it was

12       because the address on there was actually outside the

13       county.  Was that it?

14                   REPRESENTATIVE BERMAN:  No.  That's not it.

15                   REPRESENTATIVE BROWN:  Okay.

16                   REPRESENTATIVE BERMAN:  That's not it.

17                   REPRESENTATIVE BROWN:  What was it?

18                   REPRESENTATIVE BERMAN:  The jury pools or

19       the jury summons are taken from voter registration list

20       and it's also taken from driver's license lists.

21                   REPRESENTATIVE BROWN:  Right.  I've heard

22       that happening in my home county.

23                   That people show up to vote or they show

24       because they were summoned to jury duty and they say I

25       don't know why I'm here because I'm not a citizen and it

JA_007619

TX_00212211

USA_00022501

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 46 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 29 of 281
House Floor Debate                                              April 23, 2007

                                                                    46

1     turns out that they were on that list.

2                     REPRESENTATIVE BERMAN:  Actually, they sent

3     back in a card that would incriminate them.  They

4     checked a box saying I am not a U.S. citizen and cannot

5     serve on jury duty:

6                     Consequently Mr. Betencort --

7                     THE SPEAKER:  Representative Miller raises

8     the point of order that the gentlelady's time has

9     expired.

10                    The point of order is well taken and

11    sustained.

12                    REPRESENTATIVE HOCHBERG:  Mr. Speaker.

13                    THE SPEAKER:  Mr. Hochberg, for what

14    purpose?

15                    REPRESENTATIVE HOCHBERG:  Since Mr. Berman

16    used almost the entire ten minutes, I'd like to move to

17    extend the lady's time.

18                    THE SPEAKER:  Mr. Hochberg, the lady has

19    yielded the mic.

20                    REPRESENTATIVE HOCHBERG:  I'm sorry?

21                    THE SPEAKER:  The lady has yielded the mic.

22                    REPRESENTATIVE HOCHBERG:  I'm sorry.  She

23    called the point of order.  Did she yield the floor?

24                    THE SPEAKER:  She has yielded the floor.

25                    REPRESENTATIVE HOCHBERG:  Thank you.

TX_00212212

USA_00022502

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 43 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 30 of 281
House Floor Debate                                        April 23, 2007

47

1              THE SPEAKER:  The following Amendment to
2      the Amendment.
3                   The clerk will read the Amendment.
4              THE CLERK:  Amendment by Dunnam.
5              THE SPEAKER:  The Chair recognizes
6      Mr. Dunnam.
7              REPRESENTATIVE DUNNAM:  Thank you,
8      Mr. Speaker.  I think we could take after 65, your
9      Social Security check you're eligible.
10                  And if you will look at the Social Security
11     card, there is not a photo on the Social Security card.
12     I think we ought to take seniors out of this debate and
13     lower the age to 65.
14             THE SPEAKER:  The Chair recognizes
15     Ms. Brown.
16             REPRESENTATIVE BROWN:  Mr. Speaker and
17     Members, the way we have the Amendment was set at 80.  I
18     think it's very fair and balanced.
19                  People 65, you know, that's quite young in
20     this era, and I think there's plenty of ways that we'd
21     provided for people to prove their ID.  Let's leave it
22     at 80.
23                  And I move to table.
24             REPRESENTATIVE HOCHBERG:  Mr. Speaker.
25             THE SPEAKER:  Mr. Hochberg, for what

JA_007621

TX_00212213

USA_00022503

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 48 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 81 of 281
House Floor Debate                                                                April 23, 2007

48

1     purpose?

2                     REPRESENTATIVE HOCHBERG:  Will the

3     gentlelady yield?  Or has she yielded the floor?

4                     REPRESENTATIVE BROWN:  I'd be happy to

5     yield.

6                     REPRESENTATIVE HOCHBERG:  First, a couple

7     of questions.  I don't know how you set the 80 date in

8     the first place.  I don't know how you came up with that

9     number, ma'am, but can you tell me:  Did you look at

10    that stack of people who were supposedly decease who'd

11    had voted?

12                    It seems to me an awful lot of those people

13    who apparently voted when they were deceased would have

14    been at a very advanced age -- how many of those people

15    were over 80 in the stack of fraud that you're trying to

16    eliminate?

17                    REPRESENTATIVE BROWN:  I don't think that

18    has anything to do with setting it at 80 because we

19    passed the bill so that you have to prove who you are

20    who you say you are at the polls.

21                    We'll eliminate that loophole so the

22    deceased people will no longer be voting.  And I think

23    that will take care of that.  I just think the 80 say

24    good, fair and balanced place to set it.  People that

25    are over 80 that will no longer be required to present

TX_00212214

USA_00022504

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 49 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 32 of 281
House Floor Debate                                    April 23, 2007

49

1    Voter ID.

2                    REPRESENTATIVE HOCHBERG:  And that's based

3    on?

4                    REPRESENTATIVE BROWN:  That's based on the

5    expectation for your life expectancy and people have

6    usually slowed down a little bit, even though we have

7    examples of exceptions but people have usually slowed

8    down a little bit by 80.

9                    REPRESENTATIVE HOCHBERG:  So if they're

10   over 80, they're less likely to commit voter fraud, but

11   they're --

12                   REPRESENTATIVE BROWN:  They're less likely

13   to still be driving.  They're less likely to still have

14   access to photo ID.

15                   REPRESENTATIVE HOCHBERG:  What about people

16   who are disabled?  They're less likely to be driving.

17                   REPRESENTATIVE BROWN:  But disabled, if

18   they're not driving and not able to get to the polls,

19   not able to go to DPS for a photo ID, as I stated

20   earlier, they will be using a mail-in ballot and this

21   bill doesn't address that.

22                   REPRESENTATIVE HOCHBERG:  So if you want to

23   commit fraud, you can continue to do it as long as you

24   use a mail-in ballot.

25                   How would you know that a person is 80 if

TX_00212215

USA_00022505

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 59 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 33 of 281
House Floor Debate                                                      April 23, 2007

50

1    they don't have to show you an ID?

2                    REPRESENTATIVE BROWN:  There's plenty --

3    and I visited with one of the Texas electors.  Of

4    course, it's on there, the Voter Registration Card, No.

5    One.

6                    Here's my Voter Registration Card right

7    here, and it has my birth date on it.

8                    REPRESENTATIVE HOCHBERG:  Yes, ma'am.

9                    REPRESENTATIVE BROWN:  So if you're a

10   registered voter, more than likely, they can prove this

11   and show their age.

12                   REPRESENTATIVE HOCHBERG:  Ma'am --

13                   REPRESENTATIVE BROWN:  If there's suspicion

14   that they're not of that age, there are ways -- the

15   elections officials do have some authority to question

16   that voter as I was assured by an elections

17   administrator today.

18                   REPRESENTATIVE HOCHBERG:  Ma'am, are you

19   aware that people who registered to vote a long time ago

20   do not necessarily have their ages on their Voter

21   Registration Card because it was not required many years

22   ago?

23                   REPRESENTATIVE BROWN:  That was also

24   discuss brought up and we discussed it, I think by 1972,

25   there was the requirement that people had to -- those

JA_007624

TX_00212216

USA_00022506

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 51 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 34 of 281
House Floor Debate                                                     April 23, 2007

51

1    birth dates had to be entered in.  --

2              REPRESENTATIVE HOCHBERG:  So anybody who

3    registered earlier than that do not have to have their

4    birthdays in there and those would have to be exactly

5    the people that you're talking about?

6              So I ask you again:  How do you know

7    they're 80?

8              REPRESENTATIVE BROWN:  Well, and I do have

9    to go all through this again:  There are many ways and

10   if there's suspicion that they are at that age, then

11   there's some authority from the elections administrator

12   to question that vote.

13             REPRESENTATIVE HOCHBERG:  Let me ask you

14   one other question while I have the opportunity of being

15   at the mic, and that is that you referred to the

16   interview between Mr. Baker, Mr. Carter and I believe

17   Margaret Warner of the News Hour earlier when you were

18   talking about what they had said.

19             I have a copy of that interview in front of

20   me.  And in that interview, Mr. Baker said that the

21   recommendations tie Voter ID to registration.

22             So the implication that clearly what he was

23   saying is under his system, anybody with a Voter ID

24   card, which would of course be the driver's license

25   under the Real ID Act would be able to vote without

TX_00212217

USA_00022507

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 53 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 35 of 281
House Floor Debate                                    April 23, 2007

52

1     having to register for a separate card.

2                    Is there an Amendment that you're planning

3     to offer later to be consistent with Mr. Baker's

4     recommendation that if you had -- that you do not have

5     to further register separately from the driver's license

6     that you would require people to show.

7                    Are you avoiding that part of the

8     recommendation in favor of just this one?

9                    REPRESENTATIVE BROWN:  Well, I'm not

10    avoiding that part of the recommendation.  It's just

11    that the Real ID Act is in the process right now and

12    it's supposed to be implementing.  But there has also

13    been a push to move that date out.

14                    And in the meantime we need to be having

15    people prove they are who they say they are at the

16    polls.  I'm not trying to avoid that.  It's just not

17    part of this bill.  You know --

18                    REPRESENTATIVE HOCHBERG:  But, ma'am, the

19    recommendation of the committee has stated in that

20    interview that you carefully read is this be implemented

21    once the Real ID Act is in effect that was designed to

22    tie to it.

23                    And so if you're waiting for the Real ID

24    Act in order to implement some of the recommendations,

25    why would you not wait for the Real ID Act in order to

TX_00212218

USA_00022508

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 53 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 36 of 281
House Floor Debate                                                April 23, 2007

53

```
 1    implement them all?
 2                    REPRESENTATIVE BROWN:  We are addressing
 3    one problem at a time.  Okay?
 4                    We see this as a problem have we see
 5    something that is, we feel, is easily addressed and it's
 6    something that we can correct, and close this loophole
 7    and have fair elections.
 8                    It's also about the integrity of the
 9    process.  That's all it's about.
10                    REPRESENTATIVE HOCHBERG:  Thank you, ma'am.
11                    REPRESENTATIVE BROWN:  The integrity of the
12    process.  As people are more and more disillusioned with
13    the integrity of the process, we have less
14    participation.
15                    And in a number of states, as they have
16    tightened up on their requirements to be able to vote,
17    they have had greater participation.  And that's what we
18    hope for.
19                    THE SPEAKER:  The Chair recognizes
20    Mr. Herrero for an introduction.
21                    REPRESENTATIVE HERRERO:  Thank you,
22    Mr. Speaker, I'm joined by my colleagues, Mr. Ortiz,
23    representative Garcia in welcoming some high school
24    students from Corpus Christi.
25                    They are attending Miller High School and
```

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 54 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 37 of 281
House Floor Debate                                              April 23, 2007

54

1      obviously they're here seeing the House Floor debate.

2                     Along with them we have members of LULAK

3      that are being here as sponsors, as I call your name

4      they're sitting to my left, which is the northwest side

5      of the gallery.  As I call your name, please stand up.

6                     Tony Jimenez Jr., with LULAK, Raymundo Vaya

7      with LULAK.  They have along with them members from

8      Miller High School staff, Ms. Wendy Aycox, Brad Martin,

9      John Meadows, Minerva Perez, Diane McCarty, Shelly

10     McCarty, and 42 proud Miller students from Corpus

11     Christi High School.

12                    Help join me and welcome them to the

13     capitol.

14                    THE SPEAKER:  The Chair recognizes

15     Mr. Gallego for an introduction.

16                    REPRESENTATIVE GALLEGO:  Mr. Chairman, will

17     the gentleman yield?

18                    THE SPEAKER:  Yes.

19                    REPRESENTATIVE GALLEGO:  Thank you,

20     Mr. Speaker.  I appreciate the opportunity to introduce

21     some guests who are here.

22                    Members, you all may have read or seen a

23     lot of publicity lately on the Lone Star Fugitive Task

24     Force that has been set it up.  Actually it's made up of

25     about 30 different agencies, local, district and state

TX_00212220

USA_00022510

Case 2:13-cv-00193  Document 663-34   Filed on 11/11/14 in TXSD  Page 55 of 131
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-2  Filed 06/20/12  Page 58 of 281
House Floor Debate                                                      April 23, 2007

55

1      agencies around the state.

2                  The goal is to make sure that repeat and

3      violent offenders who are fugitives who are brought to

4      justice.

5                  We have several members of the task force

6      here in the gallery today.  In the east gallery, the

7      U.S. Marshall Lafayette Collins, Chief Deputy, John

8      Butler, and a colleague of mine, the Sheriff of Uvalde

9      County, Sheriff Cherry Crawford.

10                 And all the members of the task force, if

11     you will please stand and be recognized.  Welcome to the

12     Texas House of Representatives.  And thank you for your

13     service, not only to law enforcement but to all of us

14     here in the state.  Thank you.

15                 THE CHAIR:  Mr. Jackson, for what purpose?

16                 REPRESENTATIVE JACKSON:  I'm waiting for

17     Mr. Dunnam.

18                 THE SPEAKER:  Dunnam to close on his

19     Amendment to the Amendment.

20                 REPRESENTATIVE JACKSON:  I have to admit

21     I'm a little perplexed by the 65.  I'm way over 65, and

22     I don't have a foot in the grave yet, and I --

23                 REPRESENTATIVE DUNNAM:  Good for you.

24                 REPRESENTATIVE JACKSON:  And I just don't

25     know many people at my age who do.

TX_00212221

USA_00022511

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 56 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 59 of 281
House Floor Debate                                              April 23, 2007

                                                                      56

1              And you know, when Representative Brown

2    brought forth the 80, but where in the world about did

3    you get 65?

4              REPRESENTATIVE DUNNAM:  I think that's the

5    universal retirement age, when people understand that

6    they're going to retire and when they're going to go

7    about business.  Where did they get 80 in I don't

8    understand where did they get 80?  Why not 79?  78?

9              REPRESENTATIVE JACKSON:  I think that may

10   have used to have been the universal retirement age but

11   the universal retirement age for those of us today is

12   something over 65.

13             REPRESENTATIVE DUNNAM:  Well, sorry.

14             REPRESENTATIVE JACKSON:  And, you know, I

15   still have a driver's license.  I still got most of my

16   teeth.

17             REPRESENTATIVE DUNNAM:  Good question.

18             REPRESENTATIVE JACKSON:  I just wondered

19   how you got 65.

20             REPRESENTATIVE DUNNAM:  That has been

21   traditionally, people in the United States of America

22   have been understood to retire, and at 65 people are

23   eligible to draw their Social Security and you can draw

24   your Social Security without a photo ID.

25             There's not a photo on your Social Security

TX_00212222

USA_00022512

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 57 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 40 of 281
House Floor Debate                                                     April 23, 2007

57

```
 1     card:  And I think we ought to take seniors out of this

 2     issue.  We shouldn't have it to where a senior is not

 3     allowed to vote because they left their Voter ID card at

 4     home or they don't have two photo IDs or they don't have

 5     two regular IDs.

 6                   Why are we hassling seniors with this?

 7                   REPRESENTATIVE JACKSON:  It seems to me

 8     like you just have a lot smaller expectations for people

 9     my age than I do.

10                   REPRESENTATIVE DUNNAM:  No.  I don't.  I

11     just don't know why we're hassling them.  I mean, AARP

12     is against this bill and I think they're a very

13     responsible organization and reasonable organization.

14                   This is not about people being too decrepit

15     to vote.  This is not people not being interfered with

16     when it's in their constitutional right.

17                   REPRESENTATIVE JACKSON:  We still get to

18     vote but, Mr. Dunnam, tell me, just for -- if we were to

19     vote for your Amendment, will you support the bill?

20                   REPRESENTATIVE DUNNAM:  This bill, no.  No.

21     I'm not going to do that because I don't think we should

22     be hassling young people.  I don't think we should be

23     hassling minorities, and I don't think we should have

24     people that are covered under the Voting Rights Act.

25                   I think we should make it easier for people
```

TX_00212223

USA_00022513

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 58 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 41 of 281
House Floor Debate                                                    April 23, 2007

58

1    to vote.  Not harder for people to vote.  I think we

2    should have election day registration.  Same-day

3    registration.

4             I think we should had do everything we can

5    to let people be franchised in voting and participating

6    in road blocks that make people either unable to vote or

7    hesitant to vote or intimidated against voting.  That's

8    what I believe.

9             But, you know, if we want to put some icing

10   on the pig, this is the way to do it.  And let's get

11   seniors out of the deal.  Let's get the seniors off this

12   debate.

13            REPRESENTATIVE JACKSON:  Well, this senior

14   is or is not off this debate.  This senior believes that

15   we should be full participants in the process and do all

16   the things other people have to do in order to vote and

17   not vote fraudulently.

18            REPRESENTATIVE DUNNAM:  Well, I'm sorry you

19   feel that way.

20            But I'll tell you over half the people I

21   represent are protected by the Voting Rights Act because

22   they've historically had their voting rights suppressed

23   for years and decades.

24            And for us to do anything that makes it

25   more difficult for anybody in any system in the United

TX_00212224

USA_00022514

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 59 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 42 of 281
House Floor Debate                                            April 23, 2007

1    States to vote is reprehensible.

2                    REPRESENTATIVE GONZALES:  Mr. Speaker.

3                    THE SPEAKER:  For what purpose,

4    Ms. Gonzales?

5                    REPRESENTATIVE GONZALES:  Would the

6    gentleman yield for a question?

7                    THE SPEAKER:  Would the gentleman yield?

8                    REPRESENTATIVE DUNNAM:  Yes.

9                    THE SPEAKER:  The gentleman yields.

10                   REPRESENTATIVE GONZALES:  Representative

11   Dunnam, did you see the studies from the Brennan Center

12   that said that about 6 million of American citizens did

13   not have any current government issued photo

14   identification?

15                   REPRESENTATIVE DUNNAM:  I haven't but that

16   would not surprise me at all.

17                   REPRESENTATIVE GONZALES:  And so what your

18   Amendment is trying to do is saying that if you've

19   reached that age, that we don't want to keep you from

20   voting.  We don't want to keep anybody from voting; is

21   that right?

22                   REPRESENTATIVE DUNNAM:  I think that's true

23   and we should take retired Texans out of this debate.

24   And let's have the debate about everybody else, if

25   that's what we want to do but let's take the retired

TX_00212225

USA_00022515

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 60 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 43 of 281
House Floor Debate
April 23, 2007

60

1     Texans off this issue.

2                    REPRESENTATIVE GONZALES:  Did you see the

3     studies that showed, actually in Texas, when it comes to

4     all the states in the nation, we are one of the worse

5     when it comes to the percentage of turn-out of voting

6     age population?

7                    REPRESENTATIVE DUNNAM:  That doesn't

8     surprise me at all.

9                    I know that in the districts that I studied

10    and followed, turn-out is low and I think that's because

11    we make it difficult for people to vote.  We should make

12    it easier for people to vote.  We should allow people to

13    show up on election day, register and vote.

14                   REPRESENTATIVE GONZALES:  I live right on

15    the border.  Were you aware that in Mexico, they shut

16    down businesses, they shut down the day to make it

17    easier for people to go out and vote.

18                   REPRESENTATIVE DUNNAM:  And I believe that.

19    Maybe Mr. Martinez-Fischer, someone has a bill to make

20    election day a state holiday so that people will get off

21    and be able to go vote and they won't have to work 9:00

22    to 5:00 that day and possibly be unable to get to the

23    polls because of traffic and having to work late and

24    things like that.

25                   REPRESENTATIVE GONZALES:  So your bill is

TX_00212226

USA_00022516

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 61 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 44 of 281
House Floor Debate                                                    April 23, 2007

61

1    attempting to not discriminate against seniors; is that

2    right?

3                    REPRESENTATIVE DUNNAM:  Obviously people

4    agree that at some age we shouldn't have to supply to

5    our seniors.  And I believe that the only logical

6    Amendment, and Ms. Brown has said 80, and I believe that

7    the logical age -- if we're going to exclude seniors, we

8    ought to take the traditional retirement age that we've

9    grown up and understood in the United States as 65 -- I

10   should have put 62, because you can start drawing Social

11   Security benefits at 62.  You could have done 67 because

12   there are other rules that allow drawing at 67.

13                    But 65 is the traditional retirement age in

14   the United States.

15                    REPRESENTATIVE GONZALES:  And there should

16   be some benefits to turning 65, shouldn't there?

17                    REPRESENTATIVE DUNNAM:  I think there

18   should be.  If you could purchase tickets to the movie,

19   why can't you just vote?

20                    REPRESENTATIVE GONZALES:  That's right.

21   You have a good Amendment thank you.

22                    REPRESENTATIVE DUNNAM:  Thank you.

23                    THE SPEAKER:  Ms. Riddle.

24                    REPRESENTATIVE RIDDLE:  Mr. Speaker, would

25   the gentleman please yield.

TX_00212227

USA_00022517

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 62 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 45 of 281
House Floor Debate                                                    April 23, 2007

62

1                    THE SPEAKER:  Mr. Dunnam, do you yield?

2                    REPRESENTATIVE DUNNAM:  Yes, sir.

3                    THE SPEAKER:  The gentleman yields.

4                    REPRESENTATIVE RIDDLE:  Representative

5          Dunnam, have you noticed, have you flown lately in an

6          airport or anything like that?

7                    REPRESENTATIVE DUNNAM:  I have flown, yes.

8                    REPRESENTATIVE RIDDLE:  And have you not

9          noticed the numbers of elderly and retired people at the

10         airport that are flying these days?

11                   REPRESENTATIVE DUNNAM:  I haven't noticed

12         that in particular.

13                   REPRESENTATIVE RIDDLE:  Well --

14                   REPRESENTATIVE DUNNAM:  There's folks

15         flying but there's always been folks flying.

16                   REPRESENTATIVE RIDDLE:  It's always crowded

17         and there's always a lot of retired folks there.

18                   Are you aware that in order to board an

19         airplane or go in a federal building or do a number of

20         other things, that the elderly have to have ID?

21                   REPRESENTATIVE DUNNAM:  I think that's

22         right.  They also have to take their shoes off, but we

23         probably shouldn't have them have to take their shoes

24         off to vote.

25                   REPRESENTATIVE RIDDLE:  Well, Voter ID is

JA_007636

TX_00212228

USA_00022518

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 63 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 46 of 281
House Floor Debate                                                    April 23, 2007

63

1      there for a reason.  The purpose of having an

2      identification is there for a reason.

3                      REPRESENTATIVE DUNNAM:  But they have an

4      identification.  This is someone that has shown up with

5      a Voter ID card that has their name and their address on

6      it and the government has sent them that document.  And

7      that document says that they're entitled to vote at that

8      precinct.

9                      So why should we turn them away because

10     they left their driver's license at home?  And they're

11     also on the voter role?  And there's a place that you

12     vote that put a stamp by your name.  So they know if you

13     voted already.

14                     So if somebody shows up again with another

15     Voter ID card or a different ID and tries to vote

16     understand Mary Brown's name, they'll see she's already

17     voted and they're not going to let them vote.

18                     So I don't understand what the problem is

19     in terms of the real debate.

20                     REPRESENTATIVE RIDDLE:  Well, I just wanted

21     to draw a parallel.

22                     But even to fly a plane, regardless of your

23     age, unless you're an infant or a child, you have to

24     have Voter ID.

25                     REPRESENTATIVE:  You have to have a Voter

TX_00212229

USA_00022519

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 64 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 47 of 281
House Floor Debate                                              April 23, 2007

                                                                        64

1       ID to fly a plane?

2                       REPRESENTATIVE RIDDLE:  Not Voter ID.  An

3       identification.

4                       REPRESENTATIVE DUNNAM:  But these people

5       have been given this on a document by the State of Texas

6       saying you are entitled to vote and they show up with

7       that document and that document matches a list that the

8       voter registrar has.

9                       They compare it and we're going to say,

10      yeah, but we're not going to let you vote unless you

11      have two other IDs.  That's insanity.  Why are we going

12      to do that in the United States?

13                      REPRESENTATIVE RIDDLE:  Because we have had

14      issues regarding fraud and we want to --

15                      REPRESENTATIVE DUNNAM:  Where?

16                      REPRESENTATIVE RIDDLE:  Well, you are

17      aware, I'm sure --

18                      REPRESENTATIVE DUNNAM:  Where?

19                      REPRESENTATIVE RIDDLE:  About 4,000 were

20      taken off of the voter rolls because they were not

21      citizens in Harris County alone.  Are you aware of that?

22                      REPRESENTATIVE DUNNAM:  Well, your voter

23      registrar did a good job then.

24                      REPRESENTATIVE RIDDLE:  Yes, he did do a

25      good job.

TX_00212230

USA_00022520

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 65 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 48 of 281
House Floor Debate                                          April 23, 2007

                                                              65
1                    There was about 4,000.  And so, yes.
2                    REPRESENTATIVE:  I'm actually proud of
3         that.
4                    REPRESENTATIVE RIDDLE:  Did someone mention
5         about how they try to make it easier in Mexico to vote?
6                    REPRESENTATIVE DUNNAM:  Pardon me?
7                    REPRESENTATIVE RIDDLE:  Did someone mention
8         just a minute ago --
9                    REPRESENTATIVE DUNNAM:  Someone did.
10                   REPRESENTATIVE RIDDLE:  And what did they
11        have to say?
12                   REPRESENTATIVE DUNNAM:  They might have
13        said that you can register that same day.  I don't
14        remember.
15                   I haven't been to Mexico since I was like
16        in college and I don't remember much of that trip.
17                   REPRESENTATIVE RIDDLE:  Are you aware that
18        Mexico has developed an elaborate system of safeguards
19        to prevent voter fraud?
20                   REPRESENTATIVE RIDDLE:  I'm sorry?
21                   REPRESENTATIVE DUNNAM:  They have real ID.
22        They show their ID and they get to vote.
23                   REPRESENTATIVE RIDDLE:  Well --
24                   REPRESENTATIVE DUNNAM:  And we're going to
25        make them show a voter registration card that matches

TX_00212231

USA_00022521

1    another document and another photo ID or two photo IDs.

2    So I guess does that mean you can show them your Best

3    Buy card and your Sears card?

4                    REPRESENTATIVE RIDDLE:  Well in Mexico they

5    do have to show ID and then after voting, after they

6    cast their ballot, do you know what they have to do

7    after that?

8                    REPRESENTATIVE DUNNAM:  I don't know.

9                    REPRESENTATIVE RIDDLE:  From what I have

10   been --

11                   THE SPEAKER:  Mr. Smith raises the point of

12   order.

13                   The gentleman's time has expired.

14                   The point of order is well taken and

15   sustained.

16                   REPRESENTATIVE DUNNAM:  Members, I would

17   ask that you vote no on the motion to table and let's

18   take folks over 65 out of this issue.

19                   THE SPEAKER:  Members, Mr. Dunnam sends up

20   an Amendment.  Ms. Brown moves to table.

21                   All those in favor of the Motion to table

22   vote aye.  Opposed vote no.

23                   Clerk ring the bell.  It's a record vote.

24                   Show Ms. Brown voting aye.  Show Mr. Dunnam

25   voting no.

TX_00212232

USA_00022522

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 67 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 50 of 281
House Floor Debate                                           April 23, 2007

67

1                    Have all voted?

2                    There being 71 ayes, 68 nays, one present

3        and not voting, the motion to table prevails.

4                    Mr. Dunnam has asked for a verification,

5        Members if you'll take your seats, we can move along

6        with the verification faster.

7                    The clerk will proceed with calling the aye

8        votes.

9                    THE CLERK:  Anderson?  Aycock.  Berman.

10       Bohac.  Bonnen.  Branch.  Brown of Kaufmann.  Brown of

11       Brazos.  Callegari.  Chisum.  Christian.  Cook of

12       Navarro.  Craddick.  Crownover.  Darby.  Davis of

13       Harris.  Delisi.  Driver.  Eissler.  Eiland?

14                    Is Mr. Eissler on the floor of the House?

15                    THE SPEAKER:  Strike his name temporarily.

16                    THE CLERK:  Elkins.  Flynn.  Gattis.

17       Goolsby.  Haggerty.  Hancock.  Hardcastle.  Harless.

18       Harper-Brown.  Hartnett.  Hartnett?

19                    THE SPEAKER:  Mr. Hartnett on the floor of

20       the House?

21                    Strike his name temporarily.

22                    THE CLERK:  Hilderbran.  Hill.  Howard of

23       Fort Bend.  Howard of Fort Bend.  Hughes.  Isaac.

24       Jackson.  Keffer.  King of Parker.  King of Taylor.

25       Kolkhorst.  Kuempel.  Latham.  Latham.

JA_007641

TX_00212233

USA_00022523

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 68 of 131
Case 1:11-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 81 of 281
House Floor Debate                                          April 23, 2007

68

1              THE SPEAKER:  Is Mr. Latham on the floor of

2      the House?

3                   Strike his name temporarily.

4              THE CLERK:  Laubenberg.  Macias.  Madden.

5      McCall.  Miller.  Morrison.  Mallory.  Murphy.  O'Day.

6      Orr.  Otto.  Parker.  Patrick.  Paxton.  Phillips.

7      Pitts.  Riddle.  Smith of Harris.  Smithee.  Straus.

8      Swinford.  Talton.  Taylor.  Truitt.  Van Arsdale.

9      West.  Wooley.  Zedler.  Zerwas.

10             THE SPEAKER:  Clerk, proceed to calling the

11     no vote.

12             THE CLERK:  Allen.  Alonzo.  Anchia.

13     Bailey.  Bolton.  Burnam.  Castro.  Chavez.  Cohen.

14     Coleman.  Cook of Colorado.  Davis of Dallas.  Deshotel.

15     Dukes.  Dunnam.  Dutton.  Eiland.  England.  Escobar.

16     Farabee.  Farrar.  Frost.  Gallego.  Garcia.  Geren.

17     Giddings.  Gonzales.  Gonzalez Toureilles.  Guillen.

18     Hamilton.  Heflen.  Hernandez.  Herrero.  Hochberg.

19     Hodge.  Homer.  Hopson.  Howard of Travis.  King of

20     Zavala.  Krusee.  Leibowitz.  Lucio.  Mallory-Caraway.

21     Martinez.  Martinez-Fischer.  McClendon.  Mendendez.

22     Merritt.  Miles.  Naishtat.  Noriega.  Olivera.  Olivo.

23     Ortiz.  Pickett.  Puente.  Quintana.  Raymond.  Ritter.

24     Rodriguez.  Rose.  Smith of Tarrant.  Strama.  Thompson.

25     Turner.  Truitt.  Vaught.  Villarreal.  Vo.

TX_00212234

USA_00022524

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 69 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 92 of 281
House Floor Debate                                                    April 23, 2007

69

```
 1                   THE SPEAKER:  Mr. Eissler on the floor of
 2       the House?  Verify Mr. Eissler?  Mr. Hartnett on the
 3       floor of the House in verify Mr. Hartnett?
 4                   Mr. Latham on the floor of the House?
 5       Verify Mr. Latham.
 6                   Members, the following members were present
 7       voting aye but their machines malfunctioned, show them
 8       voting ayes, Creighton.  Solomons.  The following
 9       members but their machines malfunctioned.  Veasey,
10       McReynolds, Pearson, and Farias.
11                   The Chair announced the signing of the
12       following in the presence of the House.
13                   THE CLERK:  SB 192.  SB 325, SB 507, SB844,
14       SCR 50.
15                   THE SPEAKER:  Members, there being 73 ayes
16       and 72 nays, the motion to table prevails.
17                   THE CHAIR:  The Chair lays out HB 1529
18       which was previously adopted.
19                   The clerk will read the resolution in full.
20                   THE CLERK:  Here 1529 by Golsby.  Whereas
21       Kenneth Ardoin with dedication and integrity and more
22       for more than 50 decades, and whereas Mr. Ardoin began
23       his notable career with Pfizer in 1965 as a
24       pharmaceutical sales representative and district
25       hospital manager, he was soon promoted to district
```

TX_00212235

USA_00022525

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 70 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 53 of 281
House Floor Debate                                                    April 23, 2007

70

1    manager of the Chicago and Dallas district, serving with

2    distinction in this role when he joined the state

3    government relations division.

4                    And whereas for 26 years, Mr. Ardoin worked

5    distinctively throughout the southwestern United States.

6    In 2001 he was named senior director of government

7    relations in public affairs and in this position he

8    supervised legislative and regulatory activity for

9    Pfizer's central region in the State of Texas.

10                   And whereas Mr. Ardoin has shared his

11   professional expertise with a number of policy groups,

12   including the Texas drug utilization review board,

13   recently elected to the Executive Board of Directors of

14   the American Legislative Exchange Counsel.  He has

15   further served as State Chairman in Texas and Louisiana

16   of the pharmaceutical research and manufacturers of

17   America.

18                   And on the Board of Directors of the Texas

19   Civil Justice League and the Texas Bioscience Institute;

20   and whereas he has also served as a leader in his

21   community.  An active member of the Rotary Club, the All

22   Saints Men's Club and the Flower Mound Summit Club.

23                   He has served on the University

24   Interscholastic League Athletic Advisory Committee as

25   well, and served as the voice of the Flower Mound High

TX_00212236

USA_00022526

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 71 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 54 of 231
House Floor Debate                                          April 23, 2007

71

1       School Jaguars.

2                   And whereas in 2007 Mr. Ardoin's career

3       will take a new direction when he joins his Alma matter,

4       the University of Louisiana at Lafayette, where he will

5       oversee external relations; and whereas Kenneth Ardoin

6       has earned the lasting respect of many with Pfizer.

7                   He leaves the company with a legacy of

8       professionalism and a host of colleagues who wish him

9       the best as he embarks on a new chapter in his life.

10                  Now therefore be it resolved that the House

11      of Representatives of the 80th Texas Legislature hereby

12      honor Kenneth A. Ardoin for his 42 years of service to

13      Pfizer in extending him sincere best wishes for

14      continued success.

15                  And be it further resolved that an official

16      copy of this resolution be prepared for Mr. Ardoin as an

17      expression of high regard by the Texas House of

18      Representatives.

19                  THE SPEAKER:  The Chair recognizes

20      Mr. Golsby.

21                  REPRESENTATIVE GOSLBY:  Thank you,

22      Mr. Speaker and Members.

23                  Ken has been a long time friend of our

24      family for more than 30 years.  And just to tell you a

25      few things that you don't know and it wasn't in this

TX_00212237

USA_00022527

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 72 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 55 of 281
House Floor Debate                                                        April 23, 2007

72

1       resolution, is that he spent more than 40 years with

2       Pfizer, in fact, the only job he ever had.  He got there

3       and couldn't get loose.  He served in many of the civic

4       organizations out in North Dallas and he called the ball

5       games at J.J. Pierce and Flower Mound High School.

6                    Ken has worked real hard in getting me

7       elected my first time.  In fact, he decided that he

8       needed to make a living and he didn't want to come down

9       here.

10                    So at this time, I'm going to let

11      Ms. Truitt who has also the author of this co-author of

12      this resolution, make some comments.

13                    THE SPEAKER:  The chair recognizes

14      Mrs. Truitt.

15                    REPRESENTATIVE TRUITT:  Thank you,

16      Mr. Speaker, Members, I probably a good number of us in

17      this body know Ken Ardoin, and of course Pfizer, a lot

18      of their employees, their Texas presence is in my

19      district.

20                    And Ken, unfortunately lives just outside

21      my district.

22                    But nonetheless, he is a great friend and

23      this state is losing not only an outstanding individual,

24      but one whale of a cook.

25                    So Ken, best wishes to you and all your

TX_00212238

USA_00022528

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 73 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 56 of 281
House Floor Debate                                                    April 23, 2007

73

1    future endeavors and we are going to miss you like

2    crazy.

3                    THE SPEAKER:  The Chair recognizes

4    Mr. Golsby.

5                    REPRESENTATIVE GOLSBY:  And I failed to

6    mention what a great cajun cook he is, and he's really

7    going to be missed there.

8                    But Ken is now going to start a new career.

9    He's going back to his Alma matter, he's going back to

10   the University of Louisiana at Lafayette, where he will

11   become the Director of External Relations.

12                   And it wouldn't surprise me that he

13   continues to lobby for his Alma matter at the Louisiana

14   legislature.

15                   And I've forgot to mention this, so Hardy

16   Hildenbrand is going to have a fit.  That's his

17   fraternity brother.

18                   Let me introduce at this time, Ken, would

19   you raise your hand.

20                   With Ken is his daughter Michelle.  Also

21   his son Scott and his wife Holly.  And also his brother

22   Dave.

23                   Welcome to the House and come back to see

24   us, Ken.

25                   THE SPEAKER:  The following Amendment to

TX_00212239

USA_00022529

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 74 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 57 of 281
House Floor Debate                                                    April 23, 2007

74

1      the Amendment, the clerk will read the Amendment.

2                    Mr. Leibowitz.

3                    THE CLERK:  Amendment by Leibowitz.

4                    THE SPEAKER:  Mr. Leibowitz to explain the

5      Amendment to the Amendment.

6                    REPRESENTATIVE LEIBOWITZ:  Thank you, Mr.

7      Speaker, Members, this Amendment just brings the 80 age

8      requirement down to 75.  It brings it down to 75.  I

9      figure if you've lived for three quarters' of a century,

10     then you don't really have to be obligated to prove

11     yourself to anyone or anybody.

12                   And consequently I'm asking that those of

13     -- those Texans who are over the age of 75 be given the

14     respect and the deference that they deserve by not

15     having to change this approach in the later years of

16     their lives.

17                   I move adoption.

18                   THE SPEAKER:  The Chair recognizes Ms.

19     Brown.

20                   REPRESENTATIVE BROWN:  Mr. Speaker,

21     Members, I still think that the 80 age is a very fair

22     and balanced approach to this.  You know, I really think

23     if we were going to compromise, we would have gone the

24     other direction and had it been in conjunction with the

25     other bill.  When we voted it out here that at age 90,

TX_00212240

USA_00022530

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 75 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 58 of 281
House Floor Debate                                              April 23, 2007

75

1   you would have to undergo further testing so that you

2   could renew your driver's license.

3                    I think that we have given plenty of

4   reasons why 80 is a good age.  You know, if we say 75,

5   then why not 70?  Of course, we've already ruled out 65.

6                    Why would we compromise on that?  I think

7   80 is a good age to set it.  Where you know longer have

8   to show your voter fraud.  So I move to table.

9                    THE SPEAKER:  For what purpose?

10                   REPRESENTATIVE CHAVEZ:  Will the gentlelady

11  yield for a question?

12                   THE SPEAKER:  Will you yield?

13                   REPRESENTATIVE BROWN:  I'd be happy to.

14                   THE SPEAKER:  The lady yields.

15                   REPRESENTATIVE CHAVEZ:  Thank you so much,

16  Betty, I was at six elderly nutrition centers in my

17  district, seven senior services centers in any Chavez.

18  And a lot of nursing homes so I have a lot of elderly

19  people in my district, between 65, 80 and older, 90,

20  whatever.

21                   And so I think that Representative Dunnam's

22  Amendment is a good Amendment.  And let me explain to

23  you why.

24                   Because in Hispanic borderland Texas, which

25  is predominantly Hispanic elderly, especially my

TX_00212241

USA_00022531

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 76 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 59 of 281
House Floor Debate                                              April 23, 2007

76

1      district.  I represent the highest urban district with

2      over 90 percent Hispanic residents and voters is in any

3      district.  Okay?

4                    So many of these elderly people haven't

5      driven in 10, 15 years.  So they don't have a driver's

6      license.  Okay?  They don't have a photo ID.

7                    And so they go from the nutrition center

8      that is in the senior part of the center in the city of

9      El Paso Senior Center, as well as the basketball courts

10     and all that.

11                   And then they go into another room, they

12     walk from their food and then they walk over to go vote.

13     Okay?

14                   So I can tell you this:  Many of them have

15     no form of photo ID.  Many of them will not even have

16     their birth certificates because they might have a

17     baptismal certificate.

18                   REPRESENTATIVE BROWN:  I understand.

19                   REPRESENTATIVE CHAVEZ:  Many of them have

20     become citizens in the last 40 years so they don't have

21     a passport.  And so your bill is going to significantly

22     impact Latino voter participation, especially with older

23     people.

24                   So explain to me how you expect eight -- I

25     mean, why you think that 65 is not a fair age for people

TX_00212242

USA_00022532

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 77 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 60 of 281
House Floor Debate                                          April 23, 2007

77

```
 1      like that?  It's been 20 years --
 2                   REPRESENTATIVE BROWN:  We're not talking
 3      about 65 right now.
 4                   REPRESENTATIVE CHAVEZ:  Well, on his
 5      Amendment we are.
 6                   REPRESENTATIVE BROWN:  Okay.  We are.
 7      Right.  Okay.  I thought you were talking about 65.
 8                   REPRESENTATIVE CHAVEZ:  Yeah.
 9                   REPRESENTATIVE BROWN:  I thought someone
10      had brought forward a 75.
11                   REPRESENTATIVE CHAVEZ:  Okay.  Leibowitz is
12      75 now.
13                   REPRESENTATIVE BROWN:  Okay.  65 is off the
14      table.  Now we're talking about 75.
15                   I guess my question to you is:  How we're
16      going to take care of all these older people that are in
17      these facilities that you're talking about.
18                   REPRESENTATIVE CHAVEZ:  How are they?
19                   REPRESENTATIVE BROWN:  Are they all of that
20      age?  Are they all over 75?
21                   REPRESENTATIVE CHAVEZ:  No.  They're all
22      over 65.  To be eligible for this nutrition program, I
23      believe you have to be 62.
24                   REPRESENTATIVE BROWN:  Are they on
25      Medicaid?
```

TX_00212243

USA_00022533

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 78 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 81 of 281
House Floor Debate                                                    April 23, 2007

                                                                              78

 1                   REPRESENTATIVE CHAVEZ:  Some of them.

 2                   REPRESENTATIVE BROWN:  How did they get on

 3      Medicaid without presenting a photo ID?

 4                   REPRESENTATIVE CHAVEZ:  They have been on

 5      Medicaid for many, many years.  They might have a

 6      Medicaid photo ID and I know that that's one of the

 7      forms of documentation that's acceptable.

 8                   Some of them do not have that.  How do you

 9      expect -- I mean, you are causing a huge issue for

10      people who have been citizens, good standing citizens,

11      people who have not been afraid to participate in the

12      political process.

13                   This kind of legislation prevents them from

14      voting because they've never had to present.  They've

15      never had to present a photo ID.  All they had was their

16      vote caused card.

17                   Would you accept that someone has presented

18      in the last ten years -- would you accept that if

19      someone presented that they didn't need a photo ID?

20                   REPRESENTATIVE BROWN:  I think that you say

21      they do have a voter registration card?

22                   REPRESENTATIVE CHAVEZ:  Yes.  They've been

23      registered forever.

24                   REPRESENTATIVE BROWN:  Okay.  That could be

25      one form of their non-photo ID.  I believe that if

TX_00212244

USA_00022534

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 78 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 82 of 281
House Floor Debate                                          April 23, 2007

79

1    they're in a facility like this, they have assets access

2    to some other form of non-photo ID.

3                    REPRESENTATIVE CHAVEZ:  Okay.  What kind of

4    voter education are you going to do in this bill that's

5    going to tell every senior citizen the new law and what

6    they are going to be required to do and what are

7    eligible documents that are going to be acceptable?

8                    REPRESENTATIVE BROWN:  That's a very good

9    question and I'm so glad that you brought it up because

10   I had a conversation with the Secretary of State this

11   morning about all of the different possibilities for

12   getting the word out and there are numerous ways that we

13   can pursue that would be very cost effective because

14   mailings are already going out.

15                   And one of them, of course, is just when

16   you send out the Voter Registration Card, that there

17   could be a notification in there, that next time they

18   vote that, they have to present a photo ID or two forms

19   of non-photo ID and all of those could be listed.

20                   Also, this doesn't bear on the older

21   people, but I found out that the Secretary of State

22   makes it a practice to send out a Voter Registration

23   Card and a letter to every graduating senior in the

24   state.  So that's another way that it would be very easy

25   to insert that information about the photo ID

JA_007653

TX_00212245

USA_00022535

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 80 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 83 of 281
House Floor Debate                                        April 23, 2007

80

```
 1    requirements.
 2                    There's numerous ways, and when they
 3    actually -- on the Voter Registration Card itself, it
 4    discuss ways to put photo ID required on that.
 5                    REPRESENTATIVE CHAVEZ:  I think you're
 6    turning back the clock of time.  We're going back to the
 7    Coleman cold tax area.
 8                    REPRESENTATIVE BROWN:  We are absolutely
 9    will not.
10                    REPRESENTATIVE CHAVEZ:  The laws with this
11    legislation -- you are going to impact specifically
12    Latino voter participation with voter legislation.
13                    REPRESENTATIVE BROWN:  This is about the
14    integrity of the voting process.  And that's all it's
15    about.
16                    REPRESENTATIVE CHAVEZ:  You cannot provide
17    the evidence, Betty?
18                    REPRESENTATIVE BROWN:  We've already did
19    that.
20                    REPRESENTATIVE CHAVEZ:  That there's masses
21    of people going out and saying that they're someone when
22    they're not.  You can't give the evidence.  It's not
23    there.  People are not going out and illegally voting in
24    the numbers that you say they are.  They're not.
25                    REPRESENTATIVE BROWN:  Are you just
```

TX_00212246

USA_00022536

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 81 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 64 of 281
House Floor Debate                                    April 23, 2007

                                                                    81

1        refusing to admit that we have all of these people that

2        are on the polls that are deceased that are still voting

3        that case after case after case, people not only vote

4        once about you they continue to vote?

5                         REPRESENTATIVE CHAVEZ:  Well, I think that

6        75 is better, 65 would have been better, and I think

7        that your legislation is going to cause a deep cut into

8        Latino voter participation of elderly citizens of this

9        state.

10                        And for that reason alone, I oppose it.

11                        REPRESENTATIVE BROWN:  The intent of our

12       bill is to increase the integrity of the voting process

13       and thereby to increase confidence that every persons'

14       vote will count.

15                        One man, one vote is what we've stood

16       behind for a long time and we need to make it effective.

17                        Move to table the Amendment, Members.

18                        THE SPEAKER:  The Chair recognizes

19       Mr. Leibowitz to close on this Amendment.

20                        REPRESENTATIVE LEIBOWITZ:  Thank you,

21       Mr. Speaker.

22                        Members the, last vote on the 65 and older

23       was 73 to 72.  And I think that there's, at least, one

24       of you good people out there that is going to exercise

25       the commonsense to cross over to the side of the light

TX_00212247

USA_00022537

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 82 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 65 of 281
House Floor Debate                                                    April 23, 2007

82

```
 1    and vote not to table this Amendment, which says if

 2    you're 75 years of age or older, you've lived three

 3    quarters of a century, then you don't have to change the

 4    way you've been doing it all this time and you don't

 5    have to -- the rules aren't going to be changed for you

 6    in the middle of a game and you're not going to go to

 7    the polls, possibly with some health problems and be

 8    able to make it one time, and then be turned away and be

 9    sent back home to find some sort of an ID that you were

10    never required to come back with in the previous, what?

11    50 some odd years of voting.

12              And that's what I'm asking.  I'm asking

13    that we exempt those folks that are 75 years of age or

14    over from something to change the rules in the middle of

15    the game.  And I ask you to vote against the motion to

16    table.

17              THE SPEAKER:  Members, Mr. Leibowitz sends

18    up an Amendment.  Ms. Brown moves to table.

19              All those in favor to vote in favor of the

20    motion vote aye.  All those opposed vote no.  It's a

21    record vote.

22              The clerk will ring the bell.

23              Show Mr. Ms. Brown voting aye.  Show

24    Mr. Leibowitz voting no.  Show Mr. Anchia voting no.

25              Have all voted?
```

TX_00212248

USA_00022538

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 83 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 66 of 281
House Floor Debate                                           April 23, 2007

83

1           There being 73 ayes, 69 nays, one present

2   not voting, the motion to table prevails.

3           THE SPEAKER:  The following Amendment.

4           The clerk will read the Amendment.

5           Members, Mr. Leibowitz wants to verify the

6   last votes.  If you'll take your seats, Members.  Okay.

7   Members, if you'll take your seats, then we can start

8   the verification.

9           Members the verification request has been

10  withdrawn.

11          The following Amendment.

12          The clerk will read the Amendment.

13          THE CLERK:  Amendment by Brown of Kaufman.

14          THE SPEAKER:  The Chair recognizes Ms.

15  Brown.

16          REPRESENTATIVE BROWN:  Mr. Speaker,

17  Members, this Amendment simply says that an implication

18  that we do recognize is not from any other government,

19  then the federal government, any agency or political

20  subdivision or any other ID, then it is acceptable; and

21  it's from the federal government, as well.

22          Valid identification card, it contains a

23  photograph and issued by the federal government, an

24  institute or are a political subdivision is an obvious

25  state.

JA_007657

TX_00212249

USA_00022539

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 84 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 6 of 281
House Floor Debate                                        April 23, 2007

84

1              THE SPEAKER:  Ms. Brown sends up an

2      Amendment:  The Amendment is acceptable to the author.

3              Is there an objection?

4              The Chair hears none.

5              The Amendment is adopted.

6              The following Amendment.

7              The clerk will read the Amendment.

8              THE CLERK:  Amendment by --

9              THE SPEAKER:  Members, let's back up

10     because of verification withdrawn, we need a vote on Ms.

11     Brown's Amendment.  Original Amendment, Perfecting

12     Amendment.  Amendment No. 1.  We just went to Amendment

13     2.  We need to go back on Amendment No. 1.  Adoption.

14             REPRESENTATIVE BROWN:  I move adoption on

15     that first Amendment.

16             THE SPEAKER:  Members, this is the first

17     Brown Amendment.

18             All those in favor say aye.  Oppose the

19     nay.

20             The Amendment is adopted.

21             Now we're back on the second Brown

22     Amendment.

23             All those in favor say aye.  Opposed nay.

24             The Amendment is adopted.

25             The following Amendment.

TX_00212250

USA_00022540

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 85 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 68 of 281
House Floor Debate                                                        April 23, 2007

                                                                      85

1                    The clerk will read the Amendment.

2                    THE CLERK:  Amendment by Brown of Kaufman.

3                    REPRESENTATIVE BROWN:  Mr. Speaker,

4      Members, this is an Amendment that allows us to accept a

5      voter's word if they say that I can't afford a photo ID

6      from the DPS.  I can't afford that nominal fee.  That

7      they don't have to sign an Affidavit.  We will accept

8      their word that they cannot afford it and it will be

9      issued free of charge.

10                   THE SPEAKER:  Members, Ms. Brown sends up

11     an Amendment.  The Amendment is acceptable to the

12     author.  Is there an the Chair hears none.  The

13     Amendment is adopted.

14                    The following Amendment.

15                    The clerk will read the Amendment.

16                    THE CLERK:  Amendment.

17                    THE SPEAKER:  The Chair recognizes

18     Ms. Bolton for an Introduction.

19                    REPRESENTATIVE BOLTON:  Members, it's my

20     great pleasure today to introduce some international

21     visits to our capitol.  They're up in the gallery just

22     behind the back mic.  They're here with Fredricksberg

23     City Council member and his wife Kelly, and together

24     working to preserve the German heritage of our beloved

25     hill country here west of Austin.

JA_007659

TX_00212251

USA_00022541

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 86 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 89 of 281
House Floor Debate                                                    April 23, 2007

86

```
 1              And to that end they have visiting with

 2      them Max and Edwina Bontmeyer of Munich Germany whose

 3      annual vacations to our state do a great deal to support

 4      international goodwill and the continued growth of the

 5      Texas hill country economy.

 6                      Welcome so much to the Texas Capitol.

 7                      THE SPEAKER:  The following Amendment.

 8                      The clerk will read the Amendment.

 9                      THE CLERK:  Amendment by Anchia.

10                      THE SPEAKER:  The Chair recognizes

11      Mr. Anchia.

12                      The Amendment is temporarily withdrawn.

13                      The following Amendment.

14                      The clerk will read the Amendment.

15                      THE CLERK:  Amendment by Turner.

16                      THE SPEAKER:  The Chair recognizes

17      Mr. Turner.

18                      REPRESENTATIVE TURNER:  Thank you,

19      Mr. Speaker and members.

20                      What this Amendment does and in reference

21      to Representative Chavez was saying earlier -- what the

22      Amendment does, it simply says that for those people who

23      are presently registered, those who are presently

24      registered, that they will not have to go through the

25      additional demands called for by this bill.
```

TX_00212252

USA_00022542

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 87 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 70 of 281
House Floor Debate                                        April 23, 2007

87

1              What it simply says is that there are many

2      people who have been voting, especially our seniors and

3      others for quite some time under the present system.

4              And so instead of this being a departure, a

5      significant departure for them, for people who are

6      presently registered, people who have been voting like

7      my grandmother and mother and father's and your

8      grandmother's and father's for the last, 30, 40 years or

9      20 years, that we are not going to require them in order

10     to go through these additional steps.

11             If the intent of the bill is to reduce

12     voter fraud, for example in the future, then we can do

13     that without disfranchising those who have been voting

14     in the past.

15             So for the seniors who are concerned and

16     for the seniors who have been used to voting in a

17     certain manner, we shouldn't disrupt their practices by

18     this particular bill.

19             And so for those of us, and there are many

20     in this room, who would not be here without others

21     participating in the process, what this bill does is

22     that it maintains the status quo for individuals who

23     have been a part of the political process, and it says

24     for other people who have yet to register, moving

25     September 1st of this year going forward that, this bill

TX_00212253

USA_00022543

Case 2:13-cv-00193  Document 663-34  Filed on 11/11/14 in TXSD  Page 88 of 131
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-2  Filed 06/20/12  Page 71 of 281
House Floor Debate                                    April 23, 2007

                                                           88

 1      then will kick into play.

 2                  But Representative Davis, it would

 3      grandfather people who have been operating by the rules

 4      that we have put in place in the State of Texas and

 5      would not disenfranchise them.

 6                  Because I think the greatest problem with

 7      this bill would be for those people who have been voting

 8      year after year in School Board elections and City

 9      Council elections and a Presidential election, for

10      example that's coming up next year, it will not disrupt

11      their behavior.

12                  REPRESENTATIVE HODGE:  Mr. Speaker.

13                  REPRESENTATIVE TURNER:  Let me just finish,

14      Representative Hodge and then I will yield.

15                  Because it does not make any -- and I guess

16      what is so disturbing right now for me is it doesn't

17      make any sense for us to be engaged in partisan politics

18      one way or the other if we are trying to improve the

19      democratic process.

20                  And so for all Texans who are presently

21      registered and who have been operating by the rules who

22      are presently in place, we should not change the rules

23      on them in midstream.

24                  And so it grandfather's people who are

25      presently in place, those who have been operating by the

TX_00212254

USA_00022544

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 89 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 72 of 281
House Floor Debate                                                          April 23, 2007

                                                                              89

1      rules who are presently in place.

2                      And then it says from September 1st moving

3      forward, we will then utilize the new rules that have

4      been offered by HB 218 and I hope you will find it

5      acceptable and I hope the author will find it

6      acceptable.

7                      I now yield.

8                      REPRESENTATIVE HODGE:  Mr. Speaker.

9                      THE SPEAKER:  Ms. Hodge, the gentleman

10     yields.

11                     REPRESENTATIVE HODGE:  Thank you.

12     Mr. Turner, I'm a little bit confused.  I need you to

13     straighten me out.

14                     REPRESENTATIVE TURNER:  Okay.

15                     REPRESENTATIVE HODGE:  Are there any laws

16     that we make that are retroactive, I am familiar with

17     some policy procedures in criminal law that does not

18     create an ex facto condition.  We have been able to make

19     some of them retroactive.

20                     But are you saying that in Section 8 where

21     this says this act takes effect September 1st, 2007 --

22     are you saying that this would not be law moving

23     forward?  Are you saying that this law then would be

24     retroactive without stating the fact that it says

25     effective on, before or after September 1, 2007?

TX_00212255

USA_00022545

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 90 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 73 of 281
House Floor Debate                                        April 23, 2007

                                                              90

1              REPRESENTATIVE TURNER:  What the Amendment
2       says is that for those individuals who are presently
3       registered -- for example, if you are presently
4       registered right now --
5              REPRESENTATIVE HODGE:  I mean, I know what
6       your Amendment is saying, but I'm asking you are you
7       saying that Section 8 of this bill that says this act
8       takes effect September 1, 2007?  Are you not saying this
9       is for --
10             REPRESENTATIVE TURNER:  It will still take
11      effect for September 1, 2007, but it would only apply
12      for those individuals who are not registered at that
13      point in time.
14             For example for new registrants --
15             REPRESENTATIVE HODGE:  And that's my point.
16             REPRESENTATIVE TURNER:  Correct.
17             REPRESENTATIVE HODGE:  This bill effected
18      people --
19             REPRESENTATIVE TURNER:  Who have been
20      voting for years and years and years and years, the way
21      it's presently written.  Am I making sense?
22             REPRESENTATIVE HODGE:  You are.  But that
23      is not my point.
24             REPRESENTATIVE TURNER:  Okay.
25             REPRESENTATIVE HODGE:  Would my point is

TX_00212256

USA_00022546

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 91 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 74 of 281
House Floor Debate                                          April 23, 2007

91

 1  would it not effect the people who register for voting

 2  after September 1, 2007, only?  This bill does not say

 3  it is retroactive effecting people who had previously

 4  registered to vote.

 5            REPRESENTATIVE TURNER:  The way the bill is

 6  presently written, Representative Hodge, it will impact

 7  everyone.

 8            REPRESENTATIVE HODGE:  Thank you.

 9            REPRESENTATIVE TURNER:  The way the bill is

10  presently written, even, for example, our grandparents

11  parents and grandparents, who have been voting for years

12  and years and years, they would be caught up in this

13  bill, as well as people who have never registered who

14  have never voted.

15            And in listening to the discussion early

16  on, it's my understanding that the intent of the authors

17  is to reduce voter fraud.

18            I don't believe the intent of the authors

19  is to bring about voter impersonation.  And so for those

20  individuals, for those Texans, be that person democrat,

21  republican, black, white, Brown, Hispanic, regardless of

22  their political persuasion, for those people who have

23  exercised their democratic right to vote and who have

24  been doing it for years and years and years, and many of

25  our voting precinct judges know these people.

TX_00212257

USA_00022547

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 92 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 75 of 281
House Floor Debate                                              April 23, 2007

                                                                92

 1                  They have been coming to them year after

 2      year, voting in non-elections, we should not in a sense

 3      impose a greater hindrance on them because they have

 4      participated based on the rules that we have put in

 5      place.

 6                  And so if the intent is to eliminate voter

 7      fraud and not to engage in voter impersonation, voter

 8      suppression, then I believe the Amendment that we've

 9      authored achieves that particular purpose.

10                  Now, if the intent is to bring about voter

11      suppression, then that's a different thing.

12                  REPRESENTATIVE MADDEN:  Mr. Speaker, will

13      my friend Representative Turner yield?

14                  THE SPEAKER:  Will you yield for

15      Mr. Madden?

16                  REPRESENTATIVE TURNER:  I'd be more than

17      happy to yield.

18                  THE SPEAKER:  The gentleman yields.

19                  REPRESENTATIVE MADDEN:  Mr. Turner, the

20      problem I had with your Amendment is it's far more

21      technical than it is on the other things because --

22                  REPRESENTATIVE TURNER:  I'm ahead of you.

23                  REPRESENTATIVE MADDEN:  Because by doing

24      this, are you not, in fact, creating a dual set of lists

25      that would have to be used in every polling place in the

TX_00212258

USA_00022548

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 93 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 76 of 281
House Floor Debate                                                    April 23, 2007

93

1      State of Texas that requires certain procedures for

2      certain voters because of the date they registered and

3      different procedures for someone else that registered on

4      a different date.

5                    And isn't that basically unconstitutional?

6                    REPRESENTATIVE TURNER:  Well, no, I'm not

7      going to say it's unconstitutional representative mad.

8                    Think when we are imposing additional

9      hurdles or additional requirements, let me use that

10     term, when we're imposing additional requirements in

11     order for people to exercise their constitutional

12     democratic right, then I think we ought to be very, very

13     careful.

14                    REPRESENTATIVE MADDEN:  You do understand

15     that our friends and our neighbors that are also working

16     in those polling places, right, and they are in fact,

17     going to be under your Amendment placed in a dual system

18     that they would have to treat voters differently that

19     would slow the process, I think of voting because it

20     would require, at least, a second check to see which

21     lists are they on and as to what date would they

22     register on and then require a separate set of

23     procedures for our clerk, would it not for them to deal

24     with certain people that registered on or before a

25     certain date and different procedures for those that had

TX_00212259

USA_00022549

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 94 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 77 of 281
House Floor Debate                                                April 23, 2007

94

1    been registered before that?

2                    REPRESENTATIVE TURNER:  I don't think it's

3    going to require any additional effort than what it's

4    been called for in the bill as it is presently written.

5                    This is my intent and this is my objective,

6    Representative Madden.

7                    REPRESENTATIVE MADDEN:  Sure.

8                    REPRESENTATIVE TURNER:  If the goal of the

9    authors, for example is to reduce voter fraud, them I

10   understand where they're attempting to go.  I believe my

11   Amendment makes it even better.

12                   But if the intent is to bring about voter

13   suppression, then in the absence of this Amendment,

14   we're not going to be -- we'll be engaging more in voter

15   suppression than in eliminating --

16                   REPRESENTATIVE MADDEN:  Then I'm going to

17   respectfully disagree with you on that --

18                   REPRESENTATIVE TURNER:  I know.  Let me

19   finish where I'm going.

20                   Because this is, as I sat here and listened

21   to this debate.  Okay, and then a part of the

22   appropriation process with the Attorney General's Office

23   coming before us during the appropriation process and

24   Representative McReynolds and Representative England can

25   attest to this, the Attorney General made out everything

TX_00212260

USA_00022550

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 95 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 78 of 281
House Floor Debate                                      April 23, 2007

95

```
 1      laid out for us everything that they believe is needed.

 2      Everything that is a priority.

 3                     REPRESENTATIVE MADDEN:  Sure.

 4                     REPRESENTATIVE TURNER:  When they talk

 5      about Medicaid civil fraud, that came before us and we

 6      provided additional moneys to the Attorney General.

 7                     The Attorney General did not ask for

 8      additional dollars in this regard:

 9                     But if the effort is to reduce voter fraud,

10      we certainly don't want dead people voting -- I'm highly

11      in agreement with that.  We don't want people who are

12      not eligible to be voting.  I agree with that, but at

13      the same time for seniors and others who have been

14      voting for years and years, you know how easy it is to

15      confuse people, though well intentioned when it comes to

16      voting because we have been doing it for years, decades.

17      It is their habit --

18                     REPRESENTATIVE MADDEN:  But, Sylvester, for

19      example, if a senior citizen moves to the state of Texas

20      and now registers after September the 1st, they're going

21      to be treated differently than any other senior in Texas

22      who has been living here for a period of time under your

23      Amendment.

24                     You know, if you're going to talk about

25      fairness to senior citizens, I would suggest to you that
```

TX_00212261

USA_00022551

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 96 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 79 of 281
House Floor Debate                                                April 23, 2007

96

```
 1     that's, in fact, they all ought to be treated the same
 2     whatever that way is and it's far less confusing for a
 3     senior to be treated the same way as every other voter.
 4                    REPRESENTATIVE TURNER:  Let me tell you the
 5     difference, Representative Madden.
 6                    My Amendment places additional burden on
 7     officials themselves, on the staff.  It does not impose
 8     the additional burden on law abiding constitutionally
 9     eligible voters, and that becomes the issue.
10                    REPRESENTATIVE MADDEN:  Okay.  I'm going to
11     disagree with you.
12                    REPRESENTATIVE TURNER:  Let me just say
13     this:  If we are going to do this, whether I agree with
14     this bill or not.  The bill is here on the floor.
15                    The purpose of this Amendment is to make
16     the bill better.  If it imposes a greater burden on the
17     administrative staff, so be it, as long as the greater
18     burden is not placed on people who like to vote.
19                    REPRESENTATIVE MADDEN:  If that greater
20     burden delays the voting process, makes it so that
21     people might be confused in the voting process and in
22     fact, discourages some from coming to the polling place,
23     you would argue that that's not to try --
24                    REPRESENTATIVE TURNER:  But, Representative
25     Madden, I would strongly differ and this is the reason I
```

TX_00212262

USA_00022552

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 97 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 80 of 281
House Floor Debate                                                    April 23, 2007

97

1    would tell you:  Without getting too far into history,

2    for those people who have had to fight to get the right

3    to vote, for women who got the right to vote in had

4    1920, for African Americans and others who got the right

5    to vote in 1965, when we start talking about imposing

6    additional hurdles and additional barriers, though well

7    intentioned, though well intentioned --

8                 REPRESENTATIVE MADDEN:  And I understand

9    that.  I think your Amendment is, in fact, doing that

10   whereas I think you're well intentioned.  I think your

11   Amendment is, in fact, putting additional burdens on our

12   polling people.

13                REPRESENTATIVE TURNER:  And I would argue

14   that the bill as it presently exists engages in more

15   voter suppression than the elimination of fraud.

16                REPRESENTATIVE MADDEN:  And I accept your

17   argument on the bill as it exists.  But the argument

18   that we're having right now is on your Amendment

19   addresses more of the problems than it does the

20   resolution.

21                REPRESENTATIVE TURNER:  And I understand.

22   But I didn't ask for the bill to come to the floor.  The

23   bill is here.

24                And now the question is whether or not we

25   are going to make it better or whether or not we are

TX_00212263

USA_00022553

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 98 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 81 of 281
House Floor Debate                                      April 23, 2007

                                                            98

1    going to engage in more voter suppression than

2    eliminating the issue of fraud.

3              I offered the Amendment, Chairman Madden,

4    who I have the utmost respect for better and not

5    engaging in voter suppression.

6              REPRESENTATIVE BOHAC:  Mr. Speaker.  Will

7    the gentleman yield for a question?

8              REPRESENTATIVE TURNER:  I will always yield

9    for my good friend and next door neighbor.

10             REPRESENTATIVE BOHAC:  Mr. Speaker, you

11   know I love you.

12             REPRESENTATIVE TURNER:  And I love you,

13   too.  That's why I'm hoping I could get your support on

14   this Amendment.

15             REPRESENTATIVE BOHAC:  Here's the only

16   reason I can't support it.

17             THE SPEAKER:  The gentleman's time has

18   expired.  The point of order is well taken.

19             REPRESENTATIVE TURNER:  Let's continue the

20   love by voting for seniors and others to make the bill

21   better.  I ask for your support on the Amendment.

22             THE SPEAKER:  The Chair recognizes

23   Mr. Madden in opposition.

24             REPRESENTATIVE MADDEN:  Mr. Speaker,

25   Members, what Representative Turner is, in fact, doing

TX_00212264

USA_00022554

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 99 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 82 of 281
House Floor Debate                                      April 23, 2007

99

1      is, in fact, creating a dual system is at the polling

2      place.

3                   He's, in fact, creating one set of records

4      and documents for anybody who's registered on a certain

5      date before and another set that's afterwards.

6                   And I will tell you that I would suspect

7      that in every polling place in Texas, whether that be an

8      early polling place or a regular polling place, that

9      it's going to cause voters to become rather upset and

10     voters to become disillusioned.

11                  And while I respect his attempt on this

12     Amendment and I'm not debating the merits of the bill

13     one way or the other, the fact is that the Amendment as

14     an additional administrative burden, that specifically,

15     they are for this bill, and it's a specific burden that

16     would be there for particularly all of our election

17     workers that are working at any polling place, whether

18     it be in a city or a county election or whether it be in

19     a state election or any of those.

20                  That, in fact, that burden is going to in

21     fact delay the polling process and that's why I

22     respectfully move to table Mr. Turner's Amendment.

23                  REPRESENTATIVE ZEDLER:  Mr. Speaker.

24                  THE SPEAKER:  Mr. Zedler, for what purpose?

25                  REPRESENTATIVE ZEDLER:  Would the gentleman

JA_007673

TX_00212265

USA_00022555

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 100 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 83 of 281

House Floor Debate                                          April 23, 2007

100

1    yield?

2                    REPRESENTATIVE MADDEN:  I yield.

3                    THE SPEAKER:  The gentleman yields.

4                    REPRESENTATIVE ZEDLER:  Mr. Madden, don't

5    you also see another issue here that's very, very

6    important, is that Mr. Turner's Amendment would

7    basically say that if you have someone who's been voting

8    all along that they, in essence, can continue to vote

9    that way without a Voter ID, right?

10                   REPRESENTATIVE MADDEN:  Though I respect

11   Mr. Turner's portion of the Amendment, that is a clearly

12   debatable point that we're having this debate on.

13                   My objection to his Amendment is not

14   necessarily on that part of the point, but it's clearly

15   on the administrative differences that it places in our

16   polling places and I believe how difficult it would be

17   for the people running those polling places to

18   understand and, in fact, implement Mr. Turner's

19   Amendment.

20                   REPRESENTATIVE ZEDLER:  And wouldn't you

21   also agree though that what would prevent someone, if

22   they've been voting all along, and then they die, and

23   then someone comes along and simply continues to vote

24   for them.

25                   REPRESENTATIVE MADDEN:  Mr. Zedler, that


JA_007674

TX_00212266

USA_00022556

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 101 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 84 of 281
House Floor Debate                                    April 23, 2007

101

```
 1      is, obviously a violation of current law.
 2                  It happens, then the person doing that
 3      obviously needs to be prosecuted, whether it be under
 4      current law or any other law that we have here.
 5                  And in doing that, photo identification is
 6      part of this bill and that would probably eliminate that
 7      if it's happening, when it happened, would probably keep
 8      that from happening.
 9                  But it's not the direct part of what I'm
10      doing.  Mr. Turner's Amendment doesn't specifically
11      address that issue.
12                  REPRESENTATIVE ZEDLER:  Right.
13                  REPRESENTATIVE MADDEN:  Mr. Turner's
14      Amendment specifically addresses a set of regulations
15      for somebody who registers before September 1st of 2007
16      and a different set of rules for somebody who registers
17      after that.
18                  REPRESENTATIVE ZEDLER:  Thank you.
19                  REPRESENTATIVE MADDEN:  Thank you.
20                  REPRESENTATIVE TURNER:  Mr. Speaker.
21                  THE SPEAKER:  Mr. Turner, for what purpose?
22                  REPRESENTATIVE TURNER:  Will the gentleman
23      yield?
24                  REPRESENTATIVE MADDEN:  Reluctantly,
25      Mr. Speaker.
```

TX_00212267

USA_00022557

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 102 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 85 of 281
House Floor Debate                                                      April 23, 2007

                                                                    102

1                      THE SPEAKER:  The gentleman yields,

2        Mr. Turner.

3                      REPRESENTATIVE TURNER:  Thank you,

4        Mr. Speaker.

5                      Chairman Madden, on the HB 218, as it is

6        presently written.

7                      REPRESENTATIVE MADDEN:  Right.

8                      REPRESENTATIVE TURNER:  Who would have the

9        responsibility of checking your voter registration, as

10       well as your additional ID and if you don't have your

11       photo ID --

12                     REPRESENTATIVE MADDEN:  They would be doing

13       that at the polling place.

14                     REPRESENTATIVE TURNER:  And that would be

15       the administrative staff, correct?

16                     REPRESENTATIVE MADDEN:  That would be the

17       staff at the polling place.  That would be your election

18       judges and your election clerks.  That would be assigned

19       by the election administrator.

20                     REPRESENTATIVE TURNER:  And would it be

21       fair to say that the staff under HB 218 is going -- will

22       be required it to do even more under HB 218 than under

23       the status quo.

24                     REPRESENTATIVE MADDEN:  It would be fair

25       that currently under current law, Sylvester, if someone

TX_00212268

USA_00022558

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 103 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 86 of 281
House Floor Debate                                        April 23, 2007

103

1      came in with their Voter Registration Card that that's

2      what they have to show.

3                      REPRESENTATIVE TURNER:  Yes.

4                      REPRESENTATIVE MADDEN:  Without those, I

5      don't think it adds anything, specifically, to what they

6      would have to do because they would still at that stage,

7      without your Voter Registration Card, you do have to

8      show identification of who you are.

9                      REPRESENTATIVE TURNER:  Right.  So would it

10     be fair to say that under HB 218, the staff at the

11     polling place is going to have to check everyone,

12     whether they're people who have been voting for 30 years

13     or whether people are just voting for the first time --

14     they are going to be required to go through the same

15     procedure.

16                     REPRESENTATIVE MADDEN:  They'll have those

17     same procedures set up.  It will be a uniform and

18     standard provider that they do for every voter.

19                     And under your Amendment it makes a

20     difference.

21                     REPRESENTATIVE TURNER:  Well, under my

22     Amendment, for example, it will say that for people who

23     are presently operating with their Voter Registration

24     Card, people who have been voting, seniors, for example

25     -- let me stay with seniors.

JA_007677

TX_00212269

USA_00022559

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 104 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 87 of 281
House Floor Debate                                      April 23, 2007

104

 1              Seniors --
 2                  REPRESENTATIVE MADDEN:  It doesn't have to
 3     be seniors.  It could be a 40-year old.
 4                  REPRESENTATIVE TURNER:  Well, somebody
 5     that's 18, 19, 21 or seniors.  That if they have already
 6     been dually registered and are voters, that they would
 7     be grandfathered.  Because, essentially, what the
 8     Amendment does, do you agree, that it would grandfather
 9     the status quo for people who are registered.
10                  REPRESENTATIVE MADDEN:  You and I have an
11     honest disagreement here.  You, in fact, you do put
12     those people aside and set them separately under the
13     legislation.
14                  REPRESENTATIVE TURNER:  That is correct.
15                  REPRESENTATIVE MADDEN:  And set them aside.
16                  REPRESENTATIVE TURNER:  That is correct.
17                  REPRESENTATIVE MADDEN:  Your argument is
18     that that is in fact, the favorable to them.  And my
19     argument is a counter that which says that basically by
20     setting up this dual standard, you're treating them one
21     way and you're treating all these other people once they
22     come on the list differently or possibly differently.
23                  REPRESENTATIVE TURNER:  And let it be very
24     clear:  The intent of the Amendment is to grandfather
25     those people who are presently registered prior to the

JA_007678

TX_00212270

USA_00022560

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 105 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 88 of 281
House Floor Debate                                    April 23, 2007

105

1    enactment of this bill.  There's no question about that.

2    That is my intent.

3                    REPRESENTATIVE MADDEN:  And I understand

4    your intent.  But the intent and the application, as I

5    see it, are significantly different.  And the

6    application you're requiring additional steps by those

7    poll workers now than they would have to be.

8                    REPRESENTATIVE TURNER:  Let's explore that:

9    Is the purpose of HB 218 to reduce voter fraud.

10                   REPRESENTATIVE MADDEN:  You'd better ask

11   that to the author.  I'm speaking on your Amendment.  I

12   believe that that's the primary thing is, in fact, to

13   reduce voter fraud.

14                   REPRESENTATIVE TURNER:  Do you support HB

15   218?

16                   REPRESENTATIVE MADDEN:  I do.

17                   REPRESENTATIVE TURNER:  And you are

18   supporting HB 218 for what reason?

19                   REPRESENTATIVE MADDEN:  I believe that it

20   will reduce the amount of voter fraud that we have here

21   in Texas.

22                   REPRESENTATIVE TURNER:  Your intent is not

23   to bring about voter suppression?

24                   REPRESENTATIVE MADDEN:  My intent is

25   definitely not to do that.

JA_007679

TX_00212271

USA_00022561

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 106 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 89 of 281
House Floor Debate                                              April 23, 2007

106

1           REPRESENTATIVE TURNER:  Will you agree with

2      me, then, that under my Amendment, under my Amendment,

3      you end up getting them both.  You end up reducing the

4      risk for voter fraud for anybody who's trying to come in

5      and get registered, and at the same time you don't

6      suppress those people who have been voting for years and

7      years at the status quo?

8           REPRESENTATIVE MADDEN:  I don't think I

9      concur with you on the elimination of voter fraud

10     necessary for those out there in the system already.

11          For example, Mr. Zedler brought forward a

12     case which may have been extreme of somebody is deceased

13     and somebody using their records to vote for them.

14          I will tell you that the concerns I have

15     heard from any poll workers in my polls is that people

16     come in and they honestly don't believe the person is

17     who they say they are when they come in.  They really

18     don't believe that they are.  They think that same card

19     is being pass around and used in different places.

20          REPRESENTATIVE TURNER:  They come in with

21     their voter certificate.

22          REPRESENTATIVE MADDEN:  They come in with a

23     voter certificate that they that doesn't appear to be

24     the person that they say they are.

25          REPRESENTATIVE TURNER:  Have they asked

TX_00212272

USA_00022562

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 107 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 90 of 281
House Floor Debate                                            April 23, 2007

107

1      them for information?
2                      REPRESENTATIVE MADDEN:  There have been
3      occasions, I believe, when they have.
4                      REPRESENTATIVE TURNER:  Do they give them a
5      provisional ballot?
6                      REPRESENTATIVE MADDEN:  They can, in fact,
7      do provisional ballots on those that they challenge;
8      they can challenge a voter and they can put them on
9      provisional ballot.
10                     REPRESENTATIVE TURNER:  Exactly.  Exactly.
11                     REPRESENTATIVE MADDEN:  And you and I both
12     know that those things don't get counted in a lot of
13     cases, and I'd rather in all honesty if someone is who
14     they say they are instead of having someone be
15     challenged.
16                     Let's say in one of our precincts in
17     Houston, if a voting judge was challenging a bunch of
18     your voters and they would go into their group of
19     ballots that we have over there that are challenge
20     ballots, I would prefer that if they had information
21     that showed who they were and showed that, than, in
22     fact, those ballots not be in that status but, in fact,
23     in a regular counted status.
24                     REPRESENTATIVE TURNER:  Right.  But under
25     HB 218, is there a challenge there for provisional

TX_00212273

USA_00022563

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 109 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 91 of 281
House Floor Debate                                                    April 23, 2007

108

1    ballots because I believe there is.

2                   REPRESENTATIVE MADDEN:  As far as I see in

3    this legislation, it doesn't change anything under the

4    ballot.

5                   REPRESENTATIVE TURNER:  And that's my

6    point.  Under HB 218 there is still a provision for

7    provisional ballots under 218.

8                   REPRESENTATIVE MADDEN:  There is.  But,

9    Sylvester, but I think by showing identification, I

10   think that that may, in fact, remove some of those

11   provisional ballots that are out there now.

12                  REPRESENTATIVE TURNER:  But I think the

13   point that I'm making, and I don't know how to express

14   this and my words may be inadequate to express it.

15                  REPRESENTATIVE MADDEN:  I have never heard

16   you have any inadequate words.

17                  REPRESENTATIVE TURNER:  But I want to do it

18   in such a way for you to understand where I'm coming

19   from.

20                  REPRESENTATIVE MADDEN:  Absolutely.

21                  REPRESENTATIVE TURNER:  Because HB 218,

22   when you start imposing additional requirements, people

23   who have been voting for years and years, it does give

24   the impression that we are trying to suppress a person's

25   right to vote rather than trying to --

TX_00212274

USA_00022564

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 109 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 92 of 281
House Floor Debate                                          April 23, 2007

                                                                    109

1               REPRESENTATIVE MADDEN:  Well, Sylvester, if

2       they're like me, and I've showed up several times

3       without my voter card and have honestly showed

4       identification as to who I am, and I think there's a lot

5       of voters who that's happened to.

6               I mean, I've seen them come in, you know,

7       off the golf courses, off of work, coming in and they

8       don't have they're identification.  And they're very

9       quick to show at that stage who they are.

10              REPRESENTATIVE TURNER:  I understand.

11              REPRESENTATIVE MADDEN:  But that changes a

12      lot.

13              REPRESENTATIVE TURNER:  But do you think

14      there's a law that would go to encourage voter

15      participation?  Do you think it's a law that will go to

16      encourage democratic process?

17              REPRESENTATIVE MADDEN:  I think it's

18      extremely important that all of us encourage every

19      citizen of the United States to participate in that

20      process.  That's a major thing that we've been trying to

21      do through the years.  Obviously, we did the voter

22      registration to get more people registered.  We've got a

23      lot of those things --

24              REPRESENTATIVE TURNER:  And will you agree

25      with me that if we impose too many hurdles, that there

TX_00212275

USA_00022565

Case 2:13-cv-00193 Document 663-24 Filed on 11/11/14 in TXSD Page 110 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 93 of 281
House Floor Debate                                                    April 23, 2007

110

1      are people who have every right to vote, every

2      legitimate right to vote, who may be discouraged from

3      participating in the political process?

4                     REPRESENTATIVE MADDEN:  And I would agree

5      with you to impose any unrealistic hurdles.

6                     Honestly I don't feel that this legislation

7      218 imposes any that are unrealistic.  I will tell

8      you --

9                     REPRESENTATIVE TURNER:  But, Representative

10     Madden, don't you think it depends on your -- don't you

11     think if your history is different from my history, what

12     may impact you, what may not impact you may certainly

13     impact me?

14                    REPRESENTATIVE MADDEN:  It's certainly

15     possible and that could be in a lot of different ways

16     which we don't even recognize, Mr. Turner.

17                    REPRESENTATIVE TURNER:  Exactly.

18                    THE SPEAKER:  The Chair recognizes Mr.

19     Turner to close.

20                    REPRESENTATIVE TURNER:  Mr. Speaker and

21     Members, let me just say that what my Amendment does is

22     that it says that HB 218, as it is presently written

23     will effect any person who is not registered but seeks

24     to register as of September 1st going forward.

25                    It is intended to grandfather people who

TX_00212276

USA_00022566

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 111 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 94 of 281
House Floor Debate                                                    April 23, 2007

111

1     have been voting for years and years and years.

2                    For seniors, for your parents, grandparents

3     and others, who have been voting for years and years.

4     It is the intent of this Amendment to say to them, if

5     you've been coming to the polls with your Voter

6     Registration Card, you can continue to come to the polls

7     with your Voter Registration Card.  We are not going to

8     impose a greater hindrance or a barrier for you.

9                    REPRESENTATIVE CASTRO:  Mr. Speaker.

10                    THE SPEAKER:  Will the gentleman yield for

11    a question?

12                    THE SPEAKER:  Do you yield, Mr. Turner?

13                    REPRESENTATIVE TURNER:  Yes, I yield.

14                    THE SPEAKER:  The gentleman yields.

15                    REPRESENTATIVE CASTRO:  Mr. Turner, you're

16    asking that current registered voters be grandfathered

17    into the clause; isn't that right?

18                    REPRESENTATIVE TURNER:  That is the intent

19    of the Amendment.

20                    REPRESENTATIVE CASTRO:  And don't we do

21    that hundreds of times, every legislative session for

22    businesses?  For non-profits?  For all sort of

23    organizations who come to us and ask us very

24    specifically to be grandfathered from one law or another

25    and most of the time we say, yes because we believe

TX_00212277

USA_00022567

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 113 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 95 of 281
House Floor Debate                                                    April 23, 2007

112

1     that's the right and fair thing to do?

2                    REPRESENTATIVE TURNER:  This Amendment is

3     similar to what we have done on numerous occasions since

4     I've been here in the legislature.

5                    And the effect is:  It does not create a

6     chilling effect on people who have been voting over and

7     over and over again.

8                    This is their behavior.  This is their

9     habit.  This is the way they're used to doing it.  But

10    for you new people who are coming into our system, we

11    are creating a new set of rules and this is what should

12    take place.  They are not effected it.  Their habit will

13    not be changing.

14                   REPRESENTATIVE CASTRO:  Right.  You're

15    saying hey, this is what you can expect going forward.

16                   REPRESENTATIVE TURNER:  Exactly.

17                   REPRESENTATIVE CASTRO:  As if you are a new

18    registrant.

19                   REPRESENTATIVE TURNER:  Exactly.  But for

20    people who are voting for bond elections.  City Council

21    elections, presidential elections in the past, then

22    we're going to grandfather you in.

23                   And I believe it serves to make the bill

24    better.  For those who are concerned about voter fraud,

25    then we are going to deal with that under HB 218.

TX_00212278

USA_00022568

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 113 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 96 of 281
House Floor Debate                                    April 23, 2007

113

1           For those of us who are concerned about

2     voter suppression, then we deal with that.  It creates a

3     balance.

4           And let me just point out something that I

5     don't think has been said:  Bear in mind:  Who has voice

6     opposition to this bill:  You've got the baptist

7     convention of Texas who that has voiced opposition to

8     this bill.  The league of women voters has voiced

9     opposition to this bill.  The AARP, people with

10    disabilities have voiced opposition to this bill.  And

11    the list goes on and on and on.

12          What this Amendment does, what this

13    Amendment does is that it allows the bill to improve.

14    It grandfather's seniors and others who have been voting

15    in one election after another.  And then it says for new

16    participants, the new are participants coming into our

17    system, these are the requirements by which you must be

18    governed.

19          REPRESENTATIVE CASTRO:  Let me just ask

20    you, finally:  How in the world if we vote down this

21    Amendment are we going to go back to voters, registered

22    voters who have been voting, some for 40 or 50 years,

23    and tell them that when businesses come to us and ask to

24    be grandfathered when cities come to us and ask to be

25    grandfathered from new laws, when non-profits come to us

TX_00212279

USA_00022569

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 114 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 97 of 281
House Floor Debate                                    April 23, 2007

114

1          and ask to be grandfathered and most of the time we say

2          yes because that's the fair and right thing to do?  But

3          when the voters of Texas come to us ask to be

4          grandfathered, we say no?

5                       REPRESENTATIVE TURNER:  Well, I think we

6          have made it -- well, let me give you a case in point.

7          Let me give you a case in point.

8                       Last week, last week, on TXU, now, let me

9          just say this and let me be loud and clear.

10                      Last week on TXU, people argued on this

11         floor by retroactivity, retroactive, impacting

12         agreements that have already been in place and we

13         allowed TXU not to fall under provision has we put in

14         place --

15                      REPRESENTATIVE VILLARREAL:  Mr. Speaker.

16                      REPRESENTATIVE TURNER:  Let me just finish,

17         Mike.

18                      If we can do it for TXU, yes grandfathered

19         them in, if we can grandfather the TXUs, can we not

20         grandfather people who have been voting in election

21         after election after election?

22                      And I don't think, Representative Zedler,

23         that TXU should be held to any lighter standard or be

24         held any higher than the people in the State of Texas.

25         If it's good on one end it ought to be good on another.

TX_00212280

USA_00022570

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 115 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 98 of 281
House Floor Debate                                              April 23, 2007

115

1                    REPRESENTATIVE VILLAREAL:  Mr. Speaker,

2        will the gentleman yield for a question?

3                    THE SPEAKER:  Mr. Turner, will the

4        gentleman yield to Mr. Villareal?

5                    REPRESENTATIVE TURNER:  Yes.

6                    THE SPEAKER:  The gentleman yields.

7                    REPRESENTATIVE TURNER:  I yield,

8        Mr. Speaker.

9                    REPRESENTATIVE VILLAREAL:  So we can

10       grandfather TXU but we can't grandfather grandfathers?

11                   REPRESENTATIVE TURNER:  Well, I'm hoping

12       that we will grandfather people who have been voting for

13       years after year after year.

14                   REPRESENTATIVE VILLAREAL:  But a more

15       serious question:  I understand you're offering this

16       Amendment in order to address a concern about the

17       suppression of vote.

18                   REPRESENTATIVE TURNER:  Yes.

19                   REPRESENTATIVE VILLAREAL:  And the

20       suppression of vote, not randomly, not uniformly across

21       the electorate, but voter suppression that will

22       disproportionally impact African Americans and

23       Hispanics.

24                   REPRESENTATIVE TURNER:  And seniors have --

25                   REPRESENTATIVE VILLAREAL:  And seniors and

TX_00212281

USA_00022571

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 116 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 99 of 201
House Floor Debate                                        April 23, 2007

116

1    many other groups.  But the fact is it will impact

2    groups differently; is that right?

3              REPRESENTATIVE TURNER:  Well, let me just

4    find my little sheet of paper.

5              Let me just say this:  In 2006 the

6    non-partisan Brennan Center found that 20 percent of

7    African Americans have no government-issued ID, nor do

8    18 percent of seniors 65 and older and 15 percent of

9    those who had earn less than $35,000 a year.

10             So we're not just talking about one group.

11   We're talking about several groups.

12             And what I tried to indicate to

13   Representative Madden, and maybe I don't have the words

14   to express it, but for people who fought to get their

15   rights to vote, for people who fought to get their

16   rights to vote, to get the poll tax and all these other

17   elements, this just sends, I think, the wrong signal.

18             If they're interested in eliminating voter

19   fraud, we can do that without having to engage in voter

20   suppression.

21             REPRESENTATIVE VILLAREAL:  Are you familiar

22   with the United States Election Assistance Commission?

23             REPRESENTATIVE TURNER:  Vaguely.

24             REPRESENTATIVE VILLAREAL:  This is a

25   bipartisan commission.

JA_007690

TX_00212282

USA_00022572

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 117 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 100 of 281
House Floor Debate                                                    April 23, 2007

117

1                    THE SPEAKER:  Representative Brown raises

2         the Point of Order.  The speaker's time has expired have

3         the point of order is well taken and sustained.

4                    REPRESENTATIVE VILLAREAL:  Mr. Speaker, can

5         I move that the gentleman's time be extended?

6                    THE SPEAKER:  Members, vote aye, vote no on

7         extending Mr. Turner's time.

8                    Have all voted?  Being 80 ayes, 64 nays,

9         the gentleman's time is extended.

10                   REPRESENTATIVE TURNER:  Hopefully that's

11        reflective of the vote that will be on the Amendment.

12                   REPRESENTATIVE VILLAREAL:  Or the quality

13        of the question that's to come.

14                   THE SPEAKER:  I'll write the question down

15        and we'll compare it.

16                   REPRESENTATIVE VILLAREAL:  My question is:

17        Are you familiar with the United States Election

18        Assistance Commission?

19                   REPRESENTATIVE TURNER:  Vaguely I am.

20                   REPRESENTATIVE VILLAREAL:  It's the

21        bipartisan commission that was created out of the 2002

22        HAVA --

23                   REPRESENTATIVE TURNER:  Yes.

24                   REPRESENTATIVE VILLAREAL:  Yes.  This

25        organization, this commission commissioned a study

TX_00212283

USA_00022573

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 118 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 101 of 281
House Floor Debate                                          April 23, 2007

                                                                    118

1       titled protecting the franchise or restricting it, the

2       effects of Voter Identification requirements on

3       turn-out.

4                   And do you know what they found in the

5       study?  They found that states with Voter ID laws had an

6       overall turn-out reduction of 3 percent.  A figure that

7       reached 5.7 percent among African Americans and 10

8       percent among Hispanics.

9                   REPRESENTATIVE TURNER:  And the purpose of

10      the Amendment is to reduce any notion of voter

11      suppression by the bill.  And the author has said what

12      my Amendment does is that it grandfather's people who

13      have been in our democratic electoral process for years.

14      But for those new voters, new people who chooses to vote

15      as of September the 1st, they will be governed by these

16      rules.

17                  REPRESENTATIVE VILLAREAL:  Do these

18      turn-out figures, the suppression of turn-out, do these

19      figures concern you?

20                  REPRESENTATIVE TURNER:  Very much so.

21                  REPRESENTATIVE VILLAREAL:  When I first

22      read the summary, I thought well, maybe these are just

23      overall numbers and, you know, maybe this is actually a

24      sign that there is an elimination of fraud.

25                  But when I downloaded the study and started

TX_00212284

USA_00022574

Case 2:13-cv-00193  Document 663-34  Filed on 11/11/14 in TXSD  Page 118 of 131
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-2  Filed 06/20/12  Page 102 of 281
House Floor Debate                                                April 23, 2007

119

1     reading, I discovered that they drilled down all the way

2     down to the individual voter.  And they developed

3     statistical models on individual voters who are then

4     followed up on who are actually registered voters.

5                    REPRESENTATIVE TURNER:  Right.

6                    REPRESENTATIVE VILLAREAL:  Not looking at a

7     high-level of county aggregate or state aggregate,

8     though they did that, also.

9                    And so I think this is significant.  It

10    doesn't just concern me.

11                   REPRESENTATIVE TURNER:  Well, if the intent

12    is to eliminate fraud and if people are going to

13    increase the penalty for those who engage in fraud, I

14    vote for that.

15                   If we want to increase the fine for people

16    who are engaging in voter fraud, I vote for that.  If we

17    want to make it very, very clear that if you engage in

18    fraud, dead people voting and you get caught and the

19    penalty should be enhanced because we want to maintain

20    the integrity of the process, I vote for that.

21                   But if we are going to impose these type of

22    hurdles that for some who have had to overcome the

23    hurdles just to vote, and I'm talking about people who

24    are clearly American citizens, then I believe that is a

25    different subject matter.

TX_00212285

USA_00022575

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 120 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 103 of 281
House Floor Debate                                            April 23, 2007

120

1          And so the Amendment simply says for those

2     of you who are already grandfathered in for new people,

3     these are the rules and I think we are able to address

4     voter fraud and voter suppression at the same time.

5               Having said that, I yield representative

6     Phillips.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 121 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 104 of 281
House Floor Debate                                                    April 23, 2007

121

```
 1     STATE OF TEXAS:

 2

 3     COUNTY OF HARRIS:

 4

 5              I, Kateri A. Flot-Davis, Certified

 6     Shorthand Reporter in and for the State of Texas, hereby

 7     certify  that the foregoing transcript is done to the

 8     best of my ability and reflects proceedings heard on

 9     video recording.

10              I further certify that I am neither counsel

11     for, related to, nor employed by any of the parties or

12     attorneys in the action in which this proceeding was

13     taken, and further that I am not financially or

14     otherwise interested in the outcome of the action.

15              Certified to by me this ___ of _____

16     , _____ .

17

18

19

20              Kateri A. Flot-Davis

                Texas CSR No. 8462

21              Expiration Date: 12-31-13

22

23

24

25
```

TX_00212287

USA_00022577

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 122 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 105 of 281

House Floor Debate                                    April 23, 2007

122

**A**

AARP
57:11 113:9
abiding
96:8
ability
38:9 121:8
able
3:23 7:23
12:21 17:13
27:19 38:7
40:21 49:18
49:19 51:25
53:16 60:21
82:8 89:18
120:3
absence
94:13
absentee-...
11:11
absolutely
18:2,8 19:7
38:3,18,22
40:5 42:12
80:8 108:20
Academic
35:21,22
accept
78:17,18
85:4,7
97:16
acceptable
27:13 37:9
37:11 43:7
43:9,11,19
44:17 78:7
79:7 83:20
84:2 85:11
89:5,6
access
49:14 79:1
account
24:21
accusation
16:2
accuse
21:2 22:20

accused
21:17 22:4
achieved
36:15
achievement
32:23 33:16
achieves
92:9
achieving
33:4
acknowledge
36:10
acknowledged
25:22
act
51:25 52:11
52:21,24,25
57:24 58:21
89:21 90:7
action
121:12,14
active
42:19 70:21
activities
3:16
activity
70:8
actual
21:16
ad
20:24 21:4
add
29:5,7 34:9
Addison
35:16
additional
86:25 87:10
93:8,9,10
94:3 95:6,8
96:6,8 97:6
97:6,11
99:14
102:10
105:6
108:22
address
25:12 44:14

44:15 45:12
49:21 63:5
101:11
115:16
120:3
addressed
20:14 53:5
addresses
97:19 101:14
addressing
53:2
adds
103:5
Administr...
5:6
administr...
96:17 99:14
100:15
102:15
administr...
50:17 51:11
102:19
admit
55:20 81:1
adopt
25:3
adopted
69:18 84:5
84:20,24
85:13
adoption
74:17 84:13
84:14
advanced
48:14
adverse
25:10
Advisory
70:24
affairs
70:7
affect
38:8
Affidavit
8:18 26:12
85:7
afford

26:10,13
85:5,6,8
afraid
78:11
Africa
7:11
African
97:4 115:22
116:7 118:7
afternoon
2:19
AG
16:12
age
37:8,21
38:24 39:10
42:15 47:13
48:14 50:11
50:14 51:10
55:25 56:5
56:10,11
57:9 59:19
60:6 61:4,7
61:8,13
63:23 74:7
74:13,21,25
75:4,7
76:25 77:20
82:2,13
agencies
54:25 55:1
agency
83:19
ages
50:20
aggregate
119:7,7
ago
42:14 50:19
50:22 65:8
agree
10:21 17:9
61:4 95:12
96:13
100:21
104:8 106:1
109:24
110:4

agreement
95:11
agreements
114:12
AG's
39:15
ahead
2:19,22
92:22
aims
25:12
airplane
3:18 62:19
airport
62:6,10
alcohol
3:18
Alendres
35:20
aliens
9:19
allegation
15:20 19:10
20:16 23:10
Allen
68:12
allow
60:12 61:12
allowed
44:11 57:3
114:13
allowing
10:9
allows
85:4 113:13
Alma
71:3 73:9,13
Alonzo
68:12
Amendment
26:11 36:20
36:21,22,25
37:11,11,19
38:17 47:1
47:2,3,4,17
52:2 55:19
55:19 57:19

TX_00212288

USA_00022578

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 123 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 166 of 281

House Floor Debate                                    April 23, 2007

123

59:18 61:6
61:21 66:20
73:25 74:1
74:1,3,5,5
74:7 75:22
75:22 77:5
81:17,19
82:1,18
83:3,4,11
83:12,13,17
84:2,5,6
84:7,8,11
84:11,12,12
84:12,13,15
84:17,20,22
84:24,25
85:1,2,4,11
85:11,13,14
85:15,16
86:7,8,9,12
86:13,14,15
86:20,22
90:1,6 92:8
92:20 93:17
94:11,13
95:23 96:6
96:15 97:9
97:11,18
98:3,14,21
99:12,13,22
100:6,11,13
100:19
101:10,14
103:19,22
104:8,24
105:11
106:2,2
110:21
111:4,19
112:2
113:12,13
113:21
115:16
117:11
118:10,12
120:1
**Amendments**
37:2

**America**
9:13 56:21
70:17
**American**
2:10 30:15
59:12 70:14
119:24
**Americans**
2:8 3:7,15
27:6 97:4
115:22
116:7 118:7
**amount**
105:20
**analysis**
15:6
**Anchia**
4:12,13,14
4:20 6:13
6:14,15,19
6:20 10:14
10:15,16,20
10:25 11:5
11:10,13,16
11:19,23
12:20,24
13:5,10,14
13:23 14:4
14:7,10,13
14:21 15:5
15:20 16:4
16:9 17:9
17:15,18,22
17:25 18:13
18:24,25
19:1,5,8,25
20:15,20
21:7,10,13
21:17,21
22:4,9,19
22:25 23:8
23:16,23
24:2,6,12
24:16,19
25:7,16,21
26:4,16
27:1,21
28:3,6,11

28:15,19,24
29:3,12,19
29:25 30:12
30:20,21,22
31:1,2
39:14 40:24
41:6 68:12
82:24 86:9
86:11
**Anderson**
67:9
**annals**
32:7
**announced**
69:11
**annual**
86:3
**answer**
14:19 28:24
**answering**
20:2
**anybody**
51:2,23
58:25 59:20
74:11 99:4
106:4
**anyway**
37:5
**apparently**
48:13
**Appeals**
9:7,9
**appear**
106:23
**applicant**
5:17
**applicants**
5:19
**application**
5:16 9:16
105:4,6
**applied**
5:8
**apply**
90:11
**applying**
5:22

**appreciate**
2:21 54:20
**approach**
74:15,22
**appropria...**
94:22,23
**approved**
8:2
**April**
3:7
**Ardoin**
69:21,22
70:4,10
71:5,12,16
72:17
**Ardoin's**
71:2
**area**
39:21,22
80:7
**argue**
96:23 97:13
**argued**
114:10
**argues**
7:21
**argument**
97:17,17
104:17,19
**Arizona's**
8:23
**armed**
16:21
**Arsdale**
68:8
**article**
21:23 22:17
24:23
**articulated**
11:1
**aside**
104:12,15
**asked**
3:15 12:5
14:17,22,25
31:11 35:12
39:14 41:6

67:4 106:25
**asking**
74:12 82:12
82:12 90:6
111:16
**Assessor**
5:5
**assets**
79:1
**assigned**
102:18
**Assistance**
116:22
117:18
**assistant**
35:10 36:10
**assists**
35:19
**assured**
50:16
**astounding**
34:22
**Athletic**
70:24
**athletics**
33:17
**attempt**
99:11
**attempting**
61:1 94:10
**attending**
53:25
**attention**
2:20
**attest**
94:25
**Attorney**
15:1,22 16:2
39:16,20
94:22,25
95:6,7
**attorneys**
121:12
**Austin**
31:16 85:25
**author**
37:9,12

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 124 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 107 of 281

House Floor Debate                                    April 23, 2007

124

72:11 84:2
85:12 89:5
105:11
118:11
authored
21:23 22:13
92:9
authority
15:15 16:8
50:15 51:11
authors
91:16,18
94:9
automatic...
6:3 7:1
available
30:13
Avery
35:20
avoid
52:16
avoiding
52:7,10
aware
14:16,25
50:19 60:15
62:18 64:17
64:21 65:17
awful
48:12
Aycock
67:9
Aycox
54:8
aye
18:16 66:22
66:24 67:7
69:7 82:20
82:23 84:18
84:23 117:6
ayes
18:20 67:2
69:8,15
83:1 117:8
A&M
36:4

B

back
16:9 18:7
36:18 46:3
73:9,9,23
80:6,6 82:9
82:10 84:9
84:13,21
85:22
113:21
background
12:6
backs
17:6
Bailey
68:13
Baker
7:14 20:24
21:4,24
22:13 23:3
51:16,20
Baker's
52:3
balance
113:3
balanced
39:10 47:18
48:24 74:22
balcony
35:10
ball
72:4
ballot
2:11 3:5,14
8:18 9:14
27:15,17
28:10 29:24
37:5 38:10
38:20,25
39:3 49:20
49:24 66:6
107:5,9
108:4
ballots
28:4,8,13
107:7,19,20
107:22
108:1,7,11
ballpark

13:10
bank
44:12
baptismal
76:17
baptist
113:6
barrier
111:8
barriers
25:22 97:6
based
49:2,4 92:4
basic
2:14,16,24
7:8 10:22
basically
3:10 93:5
100:7
104:19
basketball
32:6 33:12
33:22 34:17
76:9
battle
2:8
Baylor
32:24
bear
79:20 113:5
bed
38:11
bed-fast
38:5
beer
3:13
began
69:22
behavior
25:11 88:11
112:8
believe
3:4 26:24
29:17,19
30:1,2 41:6
41:9 42:22
43:11 51:16

58:8 60:18
61:5,6
77:23 78:25
91:18 92:8
94:10 95:1
100:16
105:12,19
106:16,18
107:3 108:1
111:25
112:23
119:24
believes
58:14
bell
66:23 82:22
belong
3:18
beloved
85:24
Bend
67:23,23
benefit
37:7
benefits
61:11,16
Berman
37:14,18,24
38:16,19,23
39:2,5,13
39:19,24
40:6,23
41:5,9,15
41:20,23
42:9,24
43:8,20
44:22 45:2
45:9,14,16
45:18 46:2
46:15 67:9
best
33:23 66:2
71:9,13
72:25 121:8
Betencort
5:5,9 11:25
12:6 13:20
46:6

better
14:12 81:6,6
94:11 96:16
97:25 98:4
98:21
105:10
112:24
Betty
45:2 75:16
80:17
Bexar
13:1 40:1
bill
2:2,3 11:3,5
12:2,13
13:15,17
14:12 20:13
26:4,7
27:14 29:16
36:19 38:8
39:7 42:13
43:3,4
44:12 48:19
49:21 52:17
57:12,19,20
60:19,25
74:25 76:21
79:4 81:12
86:25 87:11
87:18,21,25
88:7 90:7
90:17 91:2
91:5,9,13
94:4 96:14
96:14,16
97:14,17,22
97:23 98:20
99:12,15
101:6 105:1
112:23
113:6,8,9
113:10,13
118:11
Bioscience
70:19
bipartisan
7:15 116:25
117:21

TX_00212290

USA_00022580

House Floor Debate                              April 23, 2007

| | | | | |
|---|---|---|---|---|
| **birth** | **Brazos** | 22:1,7,16 | **Brown's** | **Canada** |
| 6:9 44:16,18 | 67:11 | 22:22 23:4 | 63:16 84:11 | 7:9 |
| 50:7 51:1 | **breeds** | 23:8,15,19 | **building** | **cancelled** |
| 76:16 | 9:3 | 24:1,4,10 | 2:14,17,24 | 2:11 5:11,12 |
| **birthdays** | **Brennan** | 24:14,18 | 13:16 32:22 | **capitol** |
| 51:4 | 27:4 29:14 | 25:5,13,19 | 62:19 | 31:17 54:13 |
| **bit** | 30:1,12,14 | 26:2,8,18 | **bulk** | 85:21 86:6 |
| 49:6,8 89:12 | 59:11 116:6 | 27:8,24 | 3:18 | **capturing** |
| **black** | **bring** | 28:5,9,14 | **bunch** | 32:5 |
| 91:21 | 43:2,3 44:23 | 28:17,21 | 107:17 | **Cara** |
| **block** | 91:19 92:10 | 29:1,5,10 | **burden** | 35:23 |
| 2:14,17,24 | 94:12 | 29:17,21 | 96:6,8,16,18 | **card** |
| **blocks** | 105:23 | 30:5 31:4 | 96:20 99:14 | 5:1 43:2,5,6 |
| 58:6 | **brings** | 36:24 37:1 | 99:15,20 | 43:7,14,15 |
| **board** | 74:7,8 | 37:10,17,20 | **burdens** | 43:23 44:3 |
| 3:13,17 | **Britain** | 38:3,18,22 | 97:11 | 44:7,24 |
| 62:18 70:12 | 7:10 | 39:1,4,7,18 | **Burnam** | 46:3 47:11 |
| 70:13,18 | **broader** | 39:23 40:5 | 68:13 | 47:11 50:4 |
| 88:8 | 23:14 | 40:9 41:2,8 | **Bush** | 50:6,21 |
| **body** | **brother** | 41:12,19,22 | 7:15 | 51:24 52:1 |
| 72:17 | 73:17,21 | 42:1,12 | **business** | 57:1,3 63:5 |
| **Bohac** | **brought** | 43:6,10,21 | 56:7 | 63:15 65:25 |
| 67:10 98:6 | 11:2 27:25 | 45:1,8,11 | **businesses** | 66:3,3 |
| 98:10,15 | 41:17 50:24 | 45:15,17,21 | 60:16 111:22 | 78:16,21 |
| **Bolton** | 55:3 56:2 | 47:15,16 | 113:23 | 79:16,23 |
| 68:13 85:18 | 77:10 79:9 | 48:4,17 | **Butler** | 80:3 83:22 |
| 85:19 | 106:11 | 49:4,12,17 | 55:8 | 103:1,7,24 |
| **bond** | **Brown** | 50:2,9,13 | **buy** | 106:18 |
| 112:20 | 2:4,6,7,19 | 50:23 51:8 | 3:13,18 66:3 | 109:3 111:6 |
| **Bonnen** | 2:22,23 | 52:9 53:2 | | 111:7 |
| 67:10 | 4:17,21 | 53:11 56:1 | _____ | **cards** |
| **Bontmeyer** | 6:18,22 | 61:6 66:20 | **C** | 5:8 44:1 |
| 86:2 | 10:19,21,24 | 66:24 67:10 | **cajun** | **care** |
| **book** | 11:4,9,12 | 67:10 74:19 | 73:6 | 48:23 77:16 |
| 3:17 | 11:15,18,22 | 74:20 75:13 | **call** | **career** |
| **border** | 12:14,22 | 76:18 77:2 | 54:3,5 | 69:23 71:2 |
| 60:15 | 13:3,7,12 | 77:6,9,13 | **called** | 73:8 |
| **borderland** | 13:19 14:2 | 77:19,24 | 11:21 46:23 | **careful** |
| 75:24 | 14:6,8,11 | 78:2,20,24 | 72:4 86:25 | 93:13 |
| **box** | 14:20 15:3 | 79:8 80:8 | 94:4 | **carefully** |
| 3:14 46:4 | 15:7 16:1,6 | 80:13,18,25 | **Callegari** | 52:20 |
| **Brad** | 16:17 17:12 | 81:11 82:18 | 67:11 | **Carry** |
| 54:8 | 17:17,20,24 | 82:23 83:13 | **calling** | 44:10 |
| **Branch** | 18:2,23 | 83:15,16 | 67:7 68:10 | **Carter** |
| 67:10 | 19:3,7,11 | 84:1,14,17 | **campaign** | 7:13 19:12 |
| **Brazilian** | 20:1,19 | 84:21 85:2 | 32:10 | 20:3,24 |
| 5:10 13:17 | 21:6,9,11 | 85:3,10 | **Campbell** | 21:4,24 |
| | 21:15,20 | 91:21 117:1 | 36:2 | 22:13 23:1 |

TX_00212291

USA_00022581

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 126 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 109 of 281

House Floor Debate                                    April 23, 2007

126

| | | | | |
|---|---|---|---|---|
| 23:3,6 | 116:6 | **challenge** | **Cherry** | 112:20 |
| 25:14 51:16 | **centers** | 107:7,8,19 | 55:9 | **civic** |
| **Carter-Baker** | 26:1,5 75:16 | 107:25 | **Chicago** | 72:3 |
| 17:23 18:5 | 75:17 | **challenged** | 70:1 | **civil** |
| 19:6 20:21 | **central** | 33:6 107:15 | **Chief** | 2:8,10 70:19 |
| 21:3,18 | 70:9 | **challenging** | 55:7 | 95:5 |
| 22:5,6,12 | **century** | 107:17 | **child** | **claiming** |
| 22:14,21 | 74:9 82:3 | **chamber** | 63:23 | 5:11 |
| 23:9,12,13 | **certain** | 10:2 | **chilling** | **claims** |
| 23:24 24:3 | 8:2 42:15 | **championship** | 112:6 | 4:10 |
| 24:7,17,20 | 87:17 93:1 | 32:11 33:2 | **Chisum** | **Class** |
| 24:25 25:17 | 93:2,24,25 | 34:18 | 67:11 | 33:23 |
| 25:23 | 99:4 | **change** | **choose** | **clause** |
| **case** | **certainly** | 27:14 74:15 | 24:25 | 111:17 |
| 14:5,8 15:9 | 17:17 38:11 | 82:3,14 | **chooses** | **clear** |
| 20:22 81:3 | 38:13 95:10 | 88:22 108:3 | 118:14 | 20:25 104:24 |
| 81:3,3 | 110:12,14 | **changed** | **choosing** | 114:9 |
| 106:12 | **certificate** | 82:5 | 21:18 23:11 | 119:17 |
| 114:6,7 | 8:8 44:4,17 | **changes** | **Christi** | **clearly** |
| **cases** | 76:17 | 109:11 | 53:24 54:11 | 13:1 20:22 |
| 2:13 13:6 | 106:21,23 | **changing** | **Christian** | 51:22 |
| 14:9,18 | **certificates** | 112:13 | 67:11 | 100:11,14 |
| 15:1,8 | 76:16 | **chapter** | **cigarettes** | 119:24 |
| 107:13 | **certified** | 71:9 | 3:13 | **clerk** |
| **Casey** | 44:16,20 | **charge** | **Circuit** | 2:3,4 32:2,3 |
| 36:11 | 121:5,15 | 26:15 85:9 | 9:7 | 36:21,22 |
| **cast** | **certify** | **charged** | **cities** | 47:3,4 |
| 9:21,25 | 121:7,10 | 16:20 17:1 | 113:24 | 66:23 67:7 |
| 16:15 66:6 | **chair** | **Chavez** | **citizen** | 67:9,16,22 |
| **Castro** | 2:1,6 4:13 | 68:13 75:10 | 4:5 5:11 | 68:4,10,12 |
| 31:11,13 | 18:22 31:7 | 75:15,17 | 9:17 13:25 | 69:13,19,20 |
| 68:13 111:9 | 31:18,25 | 76:19 77:4 | 45:25 46:4 | 74:1,3 |
| 111:15,20 | 32:1 34:8 | 77:8,11,18 | 79:5 95:19 | 82:22 83:4 |
| 112:14,17 | 34:14 36:24 | 77:21 78:1 | 109:19 | 83:12,13 |
| 113:19 | 36:24 47:5 | 78:4,22 | **citizens** | 84:7,8 85:1 |
| **caught** | 47:14 53:19 | 79:3 80:5 | 9:19,21 10:7 | 85:2,15,16 |
| 91:12 119:18 | 54:14 55:15 | 80:10,16,20 | 30:15 59:12 | 86:8,9,14 |
| **cause** | 69:11,17,17 | 81:5 86:21 | 64:21 76:20 | 86:15 93:23 |
| 81:7 99:9 | 71:19 72:13 | **check** | 78:10,10 | **clerks** |
| **caused** | 73:3 74:18 | 3:17 5:15,25 | 81:8 95:25 | 102:18 |
| 78:16 | 81:18 83:14 | 6:3 44:12 | 119:24 | **clock** |
| **causing** | 84:4 85:12 | 47:9 93:20 | **citizenship** | 80:6 |
| 78:9 | 85:17 86:10 | 103:11 | 23:20 44:4 | **close** |
| **center** | 86:16 98:22 | **checked** | 44:19 | 9:22,24 |
| 27:4 29:14 | 102:18 | 5:20,21 46:4 | **city** | 15:18 53:6 |
| 30:1,12,14 | **Chairman** | **checking** | 76:8 85:23 | 55:18 81:19 |
| 59:11 76:7 | 54:16 70:15 | 102:9 | 88:8 99:18 | 110:19 |
| 76:8,9 | 98:3 102:5 | | | **closing** |

TX_00212292

USA_00022582

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 127 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 110 of 281

House Floor Debate                                    April 23, 2007

127

32:15
**Club**
3:19 70:21
70:22,22
**clubs**
3:19
**clutch**
32:15
**coach**
33:10 36:10
36:11
**coaches**
33:24 35:11
**Cochran**
36:22
**code**
4:1,9,25
**Cohen**
68:13
**cold**
3:19 80:7
**Coleman**
68:14 80:7
**colleague**
55:8
**colleagues**
53:22 71:8
**college**
65:19
**Collins**
55:7
**Colorado**
68:14
**combination**
33:7
**come**
13:9 32:18
43:16 72:8
73:23 82:10
97:22
104:22
106:4,16,17
106:20,22
109:6 111:6
111:23
113:23,24
113:25

114:3
117:13
**comes**
39:21 60:3,5
95:15
100:23
**coming**
88:10 92:1
94:23 96:22
108:18
109:7 111:5
112:10
113:16
**comments**
72:12
**Commerce**
36:5
**commission**
17:23 19:6
116:22,25
117:18,21
117:25
**commissioned**
117:25
**commit**
49:10,23
**committee**
1:7 5:6,9
45:4 52:19
70:24
**commonsense**
81:25
**community**
70:21
**company**
71:7
**compare**
40:12 64:9
117:15
**complaint**
16:13
**complaints**
14:23 16:11
**completion**
8:17
**comply**
9:9 29:15

**compromise**
74:23 75:6
**con**
7:9
**Concealed**
44:10
**concepts**
22:5
**concern**
11:1 115:16
118:19
119:10
**concerned**
38:4 87:15
112:24
113:1
**concerns**
25:8,12
106:14
**concur**
106:9
**condition**
38:13 89:18
**conditions**
8:2
**conduct**
4:6
**conducted**
3:9
**confidence**
3:3 4:23
8:25 29:11
30:9 81:13
**confirming**
44:17
**confuse**
95:15
**confused**
89:12 96:21
**confusing**
96:2
**congratulate**
33:21
**conjunction**
74:24
**consent**
31:1

**consequently**
46:6 74:12
**consider**
19:24
**considered**
7:7
**consistent**
52:3
**consists**
6:5
**constitution**
10:3,8,10
**constitut...**
57:16 93:11
**constitut...**
96:8
**contained**
21:22
**containing**
44:2,3
**contains**
44:4,9 83:22
**context**
23:14
**contingency**
7:16 19:15
**continue**
49:23 81:4
98:19 100:8
111:6
**continued**
71:14 86:4
**continues**
73:13 100:23
**convention**
113:7
**conversation**
21:16 22:2,8
22:18 24:14
79:10
**conversat...**
2:20
**cook**
67:11 68:14
72:24 73:6
**copy**
34:1 44:11

44:16,20
51:19 71:16
**Corpus**
53:24 54:10
**correct**
11:6 16:10
17:10,19
21:19 25:4
39:6 40:8
53:6 90:16
102:15
104:14,16
**cost**
79:13
**costly**
19:23
**costs**
20:8,13,14
**Council**
85:23 88:9
112:20
**counsel**
70:14 121:10
**count**
13:9 81:14
**counted**
3:5 28:4,8
28:10,13
107:12,23
**counter**
104:19
**counties**
16:19 39:25
40:4
**country**
85:25 86:5
**county**
5:4 6:5 7:2
12:15 13:8
13:13 26:25
30:3 39:25
40:1,1,1,2
45:4,13,22
55:9 64:21
99:18 119:7
121:3
**couple**
16:18 48:6

TX_00212293

USA_00022583

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 128 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 111 of 281

House Floor Debate                                    April 23, 2007

128

course 13:8 41:8 50:4 51:24 72:17 75:5 79:15
courses 109:7
Court 8:18,21 9:7 9:9
courts 76:9
Court's 8:24
covered 12:12 57:24
co-author 72:11
Craddick 67:12
Crawford 55:9
crazy 73:2
create 7:25 89:18 112:5
created 117:21
creates 113:2
creating 92:24 99:1,3 112:11
Creighton 69:8
crime 4:22
criminal 89:17
criteria 6:8 7:5
cross 81:25
crowded 62:16
Crownover

67:12
CSR 121:20
culmination 32:9
curious 12:1 19:10
current 4:9 5:25 6:24 44:11 59:13 101:1 101:4 102:25 111:16
currently 4:25 102:25
cut 81:7
Cypress 34:24
Cy-Fair 32:11

——————
D
Dallas 40:2 68:14 70:1 72:4
Darby 67:12
data 30:10 40:13
database 6:5 7:2,25
databases 40:11
date 6:9 43:25 48:7 50:7 52:13 93:2 93:4,21,25 99:5 121:21
dated 20:25 21:24
dates 51:1
daughter 73:20

Dave 73:22
Davis 67:12 68:14 88:2
day 36:5 58:2 60:13,16,20 60:22 65:13
days 42:14 62:10
dead 12:17,21 13:2,3 95:10 119:18
deal 11:6,7,20 58:11 86:3 93:23 112:25 113:2
death 40:16
debatable 100:12
debate 1:8 47:12 54:1 58:12 58:14 59:23 59:24 63:19 94:21 100:12
debating 99:12
decades 58:23 69:22 95:16
decease 48:10
deceased 40:18,20 48:13,22 81:2 106:12
decided 9:23,24 13:20 72:7
Decree

44:21
decrepit 57:14
dedication 33:15 36:12 69:21
deep 81:7
defense 33:8
defensive 35:24
deference 74:14
definitely 23:22 105:25
delay 99:21
delays 96:20
Delisi 67:13
deluded 10:9
demanding 19:21
demands 86:25
democracy 2:15,25 9:1 9:3 10:23
democrat 91:20
democratic 88:19 91:23 93:12 109:16 118:13
denied 38:17
deny 38:14
denying 39:8
department 6:7,11 7:4 8:1 41:10

43:23
departure 87:4,5
depends 110:10
Deputy 55:7
described 19:19
deserve 74:14
Deshotel 68:14
designed 9:16,18 11:6 11:7,20 52:21
desk 38:1
details 30:8
deterring 20:5
developed 65:18 119:2
dialogue 40:24
Diane 54:9
dias 35:15
die 100:22
died 2:13
differ 96:25
difference 96:5 103:20
differences 100:15
different 8:14 12:2,12 25:23 54:25 63:15 79:11 92:11 93:3 93:4,25

TX_00212294

USA_00022584

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 129 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 112 of 281

| | | | | |
|---|---|---|---|---|
| 101:16 | discriminate | 63:6,7 64:5 | 75:2 76:5 | earlier |
| 105:5 | 61:1 | 64:7,7 66:1 | **drives** | 21:8,14 |
| 106:19 | **discrimin...** | **documenta...** | 9:2 | 27:23 49:20 |
| 110:11,15 | 19:24 | 12:19 13:4 | **driving** | 51:3,17 |
| 119:25 | **discuss** | 15:22 78:7 | 42:18 49:13 | 86:21 |
| **differently** | 50:24 80:4 | **documents** | 49:16,18 | **early** |
| 93:18 95:21 | **discussed** | 13:9 45:3 | **dropped** | 91:15 99:8 |
| 104:22,22 | 50:24 | 79:7 99:4 | 45:5 | **earn** |
| 116:2 | **discussion** | **doing** | **drug** | 116:9 |
| **differing** | 91:15 | 82:4 91:24 | 70:12 | **earned** |
| 27:9 | **disenfran...** | 92:23 95:16 | **dual** | 71:6 |
| **difficult** | 25:9 88:5 | 97:9 98:25 | 92:24 93:17 | **easier** |
| 19:23 58:25 | **disenfran...** | 101:2,5,10 | 99:1 104:20 | 57:25 60:12 |
| 60:11 | 9:5,11 38:6 | 102:12 | **dually** | 60:17 65:5 |
| 100:16 | **disfranch...** | 112:9 | 104:6 | **easily** |
| **diluting** | 87:13 | **dollars** | Dukes | 3:12 53:5 |
| 9:20 | **disillusi...** | 7:24 95:8 | 68:15 | **east** |
| **direct** | 53:12 99:10 | **door** | **Dunnam** | 55:6 |
| 101:9 | **dispropor...** | 98:9 | 47:4,6,7 | **easy** |
| **direction** | 115:22 | **doubt** | 55:17,18,23 | 15:21 79:24 |
| 71:3 74:24 | **disrupt** | 37:7 | 56:4,13,17 | 95:14 |
| **directly** | 87:17 88:10 | **downloaded** | 56:20 57:10 | **economy** |
| 20:23 21:12 | **distinction** | 118:25 | 57:18,20 | 86:5 |
| 22:12,15 | 70:2 | DPS | 58:18 59:8 | **ed** |
| **director** | **distincti...** | 26:14 27:17 | 59:11,15,22 | 21:23 22:12 |
| 70:6 73:11 | 70:5 | 41:11 42:11 | 60:7,18 | 22:15 |
| Directors | **district** | 44:10 49:19 | 61:3,17,22 | **education** |
| 70:13,18 | 31:12 35:19 | 85:6 | 62:1,2,5,7 | 44:8 79:4 |
| **disabilities** | 35:21,25 | **draw** | 62:11,14,21 | Edwina |
| 113:10 | 54:25 69:24 | 56:23,23 | 63:3 64:4 | 86:2 |
| **disabled** | 69:25 70:1 | 63:21 | 64:15,18,22 | **effect** |
| 49:16,17 | 72:19,21 | **drawing** | 65:6,9,12 | 26:13 52:21 |
| **disagree** | 75:17,19 | 61:10,12 | 65:21,24 | 89:21 90:8 |
| 3:1 94:17 | 76:1,1,3 | **drilled** | 66:8,16,19 | 90:11 91:1 |
| 96:11 | **districts** | 119:1 | 66:24 67:4 | 110:23 |
| **disagreement** | 60:9 | **driven** | 68:15 | 112:5,6 |
| 104:11 | **distrust** | 76:5 | **Dunnam's** | **effected** |
| **discarded** | 9:3 | Driver | 75:21 | 90:17 112:12 |
| 20:7 28:16 | **disturbing** | 67:13 | **Dutton** | **effecting** |
| **discouraged** | 88:16 | **driver's** | 68:15 | 91:3 |
| 110:2 | **division** | 5:20 6:2,25 | **duty** | **effective** |
| **discourages** | 70:3 | 13:25 19:17 | 45:24 46:5 | 79:13 81:16 |
| 96:22 | Divorce | 26:20 40:13 | DVD | 89:25 |
| **discovered** | 44:20 | 41:21 42:3 | 3:17 | **effects** |
| 119:1 | **document** | 42:10,16,19 | D.A.s | 118:2 |
| **discrete** | 15:8 21:22 | 43:22 45:20 | 16:19 17:10 | **effort** |
| 11:20 | 44:13,17 | 51:24 52:5 | | 94:3 95:9 |
| | | 56:15 63:10 | ——— E ——— | |

TX_00212295

USA_00022585

eight
76:24
Eiland
67:13 68:15
Eissler
67:13,14
69:1,2
either
5:8 8:13
58:6
El
40:1 76:9
elaborate
12:10 65:18
elderly
62:9,20
75:16,18,25
76:4 81:8
elected
70:13 72:7
election
4:1,7,24
6:12 7:8,15
9:24 39:22
40:7 58:2
60:13,20
88:9 99:16
99:18,19
102:17,18
102:19
113:15
114:20,21
114:21
116:22
117:17
elections
1:7 3:3 5:14
9:22 10:11
11:1 12:3
45:4 50:15
50:16 51:11
53:7 88:8,9
112:20,21
112:21
electoral
8:25 118:13
electorate
115:21

electors
40:10 50:3
electric
43:3
electronic
11:8
elements
116:17
eligible
8:5 25:9
39:8,10
47:9 56:23
77:22 79:7
95:12 96:9
eliminate
48:16,21
92:6 101:6
119:12
eliminating
94:15 98:2
116:18
elimination
97:15 106:9
118:24
Elkins
67:16
embarks
71:9
emerged
32:16
employed
121:11
employee
44:2
employees
72:18
enactment
105:1
encourage
109:14,16,18
encouraging
20:4
endeavors
73:1
enforcement
17:19 55:13
engage

92:7 98:1
116:19
119:13,17
engaged
88:17
engages
97:14
engaging
94:14 98:5
119:16
England
68:15 94:24
enhanced
119:19
enrolled
45:6
entered
51:1
entire
32:20 46:16
entitled
24:7 63:7
64:6
entity
44:16
equal
2:10,10
equaled
32:21
era
47:20
Escobar
68:15
especially
75:25 76:22
87:2
essence
100:8
essential
9:1
essentially
28:16 104:7
established
33:15
estimate
13:6
everybody

59:24
evidence
12:1,4,11,16
14:14 30:4
80:17,22
evidently
38:5
ex
89:18
exactly
16:5 51:4
107:10,10
110:17
112:16,19
example
11:7 87:12
88:10 90:3
90:14 91:10
94:9 95:19
103:22,24
106:11
examples
49:7
excellent
36:14
exceptions
49:7
Exchange
70:14
exclude
61:7
Executive
70:13
exempt
82:13
exercise
81:24 93:11
exercised
91:23
exhibiting
33:14
exist
6:9
existing
40:15
exists
97:14,17

expect
76:24 78:9
112:15
expectancy
49:5
expectation
49:5
expectations
57:8
expensive
40:11
expertise
70:11
Expiration
121:21
expired
18:12 30:19
43:24,24
46:9 66:13
98:18 117:2
explain
20:17 36:25
74:4 75:22
76:24
explore
105:8
express
108:13,14
116:14
expression
34:2 71:17
extend
4:5 18:17
46:17
extended
18:14 30:24
117:5,9
extending
71:13 117:7
extends
33:23
extension
18:21
external
71:5 73:11
extreme
106:12

TX_00212296

USA_00022586

Case 2:13-cv-00193 Document 663-34 Filed on 11/11/14 in TXSD Page 131 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 114 of 281

House Floor Debate                                      April 23, 2007

131

extremely
15:12 16:6
  109:18

**F**

facilities
77:17
facility
79:1
fact
12:19 15:21
  21:3,21
  24:21,24
  26:24 42:5
  42:13 72:2
  72:7 89:24
  92:24 93:16
  96:1,22
  97:9,11
  98:25 99:1
  99:3,13,20
  99:21
  100:18
  104:11,18
  105:12
  107:6,22,22
  108:10
  116:1
facto
89:18
facts
22:20
failed
73:5
fails
8:16
fair
4:3 39:10
  47:18 48:24
  53:7 74:21
  76:25
  102:21,24
  103:10
  112:1 114:2
Fairbanks
34:24
fairly
3:5

fairness
40:10 95:25
fall
114:13
familiar
89:16 116:21
  117:17
family
35:11 71:24
fans
33:17
far
92:20 96:2
  97:1 108:2
Farabee
68:16
Farias
69:10
Farrar
68:16
faster
67:6
father's
87:7,8
favor
3:11 52:8
  66:21 82:19
  82:19 84:18
  84:23
favorable
104:18
favored
3:7
fear
9:4
federal
62:19 83:19
  83:21,23
fee
26:14 85:6
feel
9:5 53:5
  58:19 110:6
fell
33:2
fight
97:2

figure
15:22 29:11
  74:9 118:6
figures
30:14 118:18
  118:19
fill
29:24
final
34:23 35:6
  36:1
finally
36:9 113:20
financially
121:13
find
12:9,21
  15:24 82:9
  89:4,5
  116:4
finds
3:10
fine
119:15
finer
33:9
finish
6:23 20:1
  33:3 88:13
  94:19
  114:16
fire
33:7
fired
19:18
first
4:4 6:8 30:6
  34:18 35:9
  35:18 37:3
  48:6,8 72:7
  84:15,16
  103:13
  118:21
fit
73:16
floor
1:8 46:23,24
  48:3 54:1

67:14,19
68:1 69:1,3
69:4 96:14
97:22
114:11
Flot-Davis
121:5,20
Flower
70:22,25
  72:5
flown
62:5,7
fly
63:22 64:1
flying
62:10,15,15
Flynn
67:16
folks
62:14,15,17
  66:18 82:13
followed
60:10 119:4
following
36:20 47:1
  69:6,8,12
  73:25 83:3
  83:11 84:6
  84:25 85:14
  86:7,13
food
76:12
foot
55:22
force
54:24 55:5
  55:10
foregoing
121:7
foreign
5:7 12:2
  13:16
forever
78:23
forgot
73:15
form

8:13 27:22
  42:11 76:15
  78:25 79:2
formed
7:20
former
7:13,13
  37:25
formidable
34:24
forms
8:14 15:15
  27:12 29:22
  37:22 78:7
  79:18
Fort
67:23,23
forth
4:2,2,2 56:2
forward
16:11 77:10
  87:25 89:3
  89:23
  106:11
  110:24
  112:15
fought
2:8 116:14
  116:15
found
3:7 43:12,14
  45:10 79:21
  116:6 118:4
  118:5
founded
10:22
four
5:13 40:4
fourth
35:1
France
7:9
franchise
118:1
franchised
58:5
fraternity
73:17

JA_007705