Case 2:13-cv-00193  Document 662-25  Filed on 11/11/14 in TXSD  Page 1 of 122
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-2  Filed 06/20/12  Page 115 of 281

House Floor Debate                                    April 23, 2007

132

fraud
9:2 11:1,2,6
  11:7,21
  12:12 16:24
  17:5 48:15
  49:10,23
  64:14 65:19
  75:8 87:12
  91:17 92:7
  94:9 95:5,9
  97:15 98:2
  105:9,13,20
  106:4,9
  112:24
  116:19
  118:24
  119:12,13
  119:16,18
  120:4
fraudulent
9:5 40:7
  45:6
fraudulently
58:17
Fredricks...
85:22
free
26:1,15 85:9
frequently
3:15
friend
41:6 71:23
  72:22 92:13
  98:9
friends
31:13 35:11
  93:15
front
25:18 51:19
Frost
68:16
Fugitive
54:23
fugitives
55:3
full
18:7 36:1,4
  36:8 58:15

69:19
further
18:3 33:12
  33:25 52:5
  70:15 71:15
  75:1 121:10
  121:13
future
9:24 33:24
  73:1 87:12

——— G ———
Gallego
54:15,16,19
  68:16
gallery
31:10 54:5
  55:6,6
  85:21
game
32:11 33:2
  34:23 35:2
  35:6 36:1
  82:6,15
games
32:4 72:5
game's
36:7
Garcia
53:23 68:16
Gattis
67:16
general
5:14 15:22
  16:2 39:20
  94:25 95:6
  95:7
General's
15:1 39:17
  94:22
Genevieve
36:2
gentlelady
4:14 6:15
  10:16 19:1
  30:22 48:3
  75:10
gentlelady's

18:11,14
  30:18,23
  46:8
gentleman
54:17 59:6,7
  59:9 61:25
  62:3 89:9
  92:18 98:7
  99:25 100:3
  101:22
  102:1
  111:10,14
  115:2,4,6
gentleman's
66:13 98:17
  117:5,9
Georgia
19:20 20:7
Georgians
19:23
Georgia's
19:24
Geren
68:16
German
85:24
Germany
7:10 86:2
getting
72:6 79:12
  97:1 106:3
Giddings
68:17
girls
32:19 33:12
  34:17,20
  35:9 36:15
give
12:4,5 15:14
  20:15 28:21
  30:8 37:7
  80:22 107:4
  108:23
  114:6,7
given
27:1 64:5
  74:13 75:3
giving

16:7
glad
79:9
glory
33:13
go
2:22 15:22
  18:3 27:16
  37:18 49:19
  51:9 56:6
  60:17,21
  62:19 76:7
  76:11,12
  82:6 84:13
  86:24 87:10
  94:10
  103:14
  107:18
  109:14,15
  113:21
goal
55:2 94:8
goes
16:2 113:11
going
16:20 17:7
  20:15 22:2
  22:19 38:12
  42:2 56:6,6
  57:21 61:7
  63:17 64:9
  64:10,11
  65:24 72:10
  73:1,7,8,9
  73:9,16
  74:23 76:21
  77:16 79:4
  79:5,6,7,14
  80:6,11,21
  80:23 81:7
  81:24 82:5
  82:6 87:9
  87:25 93:7
  93:17 94:3
  94:14,16,19
  95:20,24
  96:10,13
  97:25 98:1

99:9,20
102:21
103:11,14
110:24
111:7
112:15,22
112:25
113:21
119:12,21
golf
109:7
Golsby
69:20 71:20
  73:4,5
Gonzales
59:2,4,5,10
  59:17 60:2
  60:14,25
  61:15,20
  68:17
Gonzalez
68:17
good
30:4 41:6
  48:24 55:23
  56:17 61:21
  64:23,25
  72:16 75:4
  75:7,22
  78:10 79:8
  81:24 98:9
  114:25,25
goodwill
86:4
Goolsby
67:17
Gordon
35:20
GOSLBY
71:21
governed
113:18
  118:15
government
9:3,13 19:18
  25:25 44:12
  44:13,16
  59:13 63:6

TX_00212298

USA_00022588

Case 2:13-cv-00193  Document 662-25  Filed on 11/11/14 in TXSD  Page 2 of 122
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-2  Filed 06/20/12  Page 116 of 281

House Floor Debate                                    April 23, 2007

133

70:3,6
83:18,19,21
83:23
governmen...
116:7
graduating
79:23
grandfather
88:3 104:8
104:24
110:25
112:22
114:19,20
115:10,10
115:12
grandfath...
5:24 104:7
111:16,24
113:24,25
114:1,4,18
120:2
grandfathers
115:10
grandfath...
88:24 113:14
118:12
grandmother
87:7
grandmoth...
87:8
grandparents
91:10,11
111:2
granted
18:21 34:13
grave
55:22
great
72:22 73:6
85:20 86:3
greater
53:17 92:3
96:16,17,19
111:8
greatest
88:6
group
31:10 107:18

116:10
groups
25:23 70:11
116:1,2,11
grown
61:9
growth
86:4
grueling
35:1
guard
35:17,18,23
guards
35:21
guess
13:12 66:2
77:15 88:15
guests
54:21
Guillen
68:17

H

habit
95:17 112:9
112:12
Haggerty
67:17
Haley
36:5
half
7:11 26:20
58:20
Hamilton
68:18
Hancock
67:17
hand
73:19
Handgun
44:10
happened
101:7 109:5
happening
16:18 45:22
101:7,8
happens

101:2
happy
10:12 13:8
19:3 30:13
48:4 75:13
92:17
hard
15:7,13 16:7
36:12 43:13
72:6
Hardcastle
67:17
harder
58:1
hardship
27:16
Hardy
73:15
Harless
67:17
Harper-Brown
67:18
Harris
5:4 6:5 7:2
12:15 26:25
39:25 45:4
64:21 67:13
68:7 121:3
Hartnett
67:18,18,19
69:2,3
hassling
57:6,11,22
57:23
HAVA
5:18 6:1,24
117:22
HB
2:4 8:3,9,12
10:5 38:8
69:17 89:4
102:5,21,22
103:10
105:9,14,18
107:25
108:6,21
110:22
112:25

head
33:10 36:10
health
82:7
hear
8:20 15:5
22:2 38:13
heard
18:15 31:23
34:5 36:13
40:23 42:22
45:21
106:15
108:15
121:8
Hearing
34:12
hears
31:25 34:8
84:4 85:12
Heflen
68:18
held
39:22 114:23
114:24
help
7:22 20:5
23:22 54:12
heritage
85:24
Hernandez
68:18
Herrero
53:20,21
68:18
hesitant
58:7
hey
24:24 112:15
high
16:23 32:6,7
32:11 33:11
33:16,21
34:2 35:5
36:3 53:23
53:25 54:8
54:11 70:25
71:17 72:5

higher
44:8 114:24
highest
76:1
highly
95:10
high-level
119:7
Hildenbrand
73:16
Hilderbran
67:22
hill
67:22 85:25
86:5
hindrance
92:3 111:8
Hispanic
75:24,25
76:2 91:21
Hispanics
115:23 118:8
historically
58:22
history
34:19 97:1
110:11,11
Hochberg
46:12,13,15
46:18,20,22
46:25 47:24
47:25 48:2
48:6 49:2,9
49:15,22
50:8,12,18
51:2,13
52:18 53:10
68:18
Hodge
68:19 88:12
88:14 89:8
89:9,11,15
90:5,15,17
90:22,25
91:6,8
holiday
60:20
Holly

TX_00212299

USA_00022589

House Floor Debate                                    April 23, 2007

134

73:21
home
34:21 35:13
 38:24 45:22
 57:4 63:10
 82:9
Homer
68:19
homes
75:18
honest
104:11
honestly
106:16 109:3
 110:6
honesty
107:13
honor
71:12
honored
36:7
honoring
36:16
hope
53:18 89:4,5
Hopefully
117:10
hoping
98:13 115:11
Hopson
68:19
hospital
69:25
host
7:8 71:8
hour
24:15 51:17
hours
7:25 35:12
House
1:7,8 2:2
 5:6 31:21
 33:19 34:2
 54:1 55:12
 67:14,20
 68:2 69:2,3
 69:4,12

71:10,17
 73:23
Houston
34:24 107:17
Howard
67:22,23
 68:19
HR
32:1,3
huge
40:11 78:9
Hughes
67:23
hundreds
111:21
hurdles
93:9 97:6
 109:25
 110:5
 119:22,23

I

icing
58:9
ID
3:8,11,12,25
 4:8,22 6:7
 7:4,4,7,12
 7:21,21 8:2
 9:6,8 13:21
 13:24 15:15
 15:16 16:8
 18:1 19:13
 19:22 23:7
 23:20,24,25
 25:3,8 26:1
 26:10,14,17
 27:10,11,12
 27:13,17,22
 28:18,23
 29:15,22,22
 30:16 37:6
 37:22,22
 42:3,6
 43:15 47:21
 49:1,14,19
 50:1 51:21
 51:23,25

52:11,21,23
52:25 56:24
57:3 62:20
62:25 63:5
63:15,15,24
64:1,2
65:21,22
66:1,5 76:6
76:15 78:3
78:6,15,19
78:25 79:2
79:18,19,25
80:4 82:9
83:20 85:5
100:9
102:10,11
116:7 118:5
identific...
2:5 3:16 5:2
 7:19,21
 8:10,14,15
 8:19,22,23
 9:10 14:15
 15:12,16
 23:13 24:8
 27:6 42:11
 43:22,23
 44:1,3,7,11
 59:14 63:2
 63:4 64:3
 83:22 101:5
 103:8 108:9
 109:4,8
 118:2
identified
5:7
identity
3:23 8:7
 43:17
IDs
6:10 57:4,5
 64:11 66:1
illegal
9:19
illegally
9:25 80:23
impact
25:10 76:22

80:11 91:6
110:12,12
110:13
115:22
116:1
impacting
114:11
impersona...
12:16
impersona...
4:21 11:21
 11:24 12:5
 12:9 14:19
 14:24 15:2
 15:8 91:19
 92:7
implement
52:24 53:1
 100:18
implemented
5:18 25:24
 52:20
implementing
52:12
implication
51:22 83:17
importance
3:22
important
9:12 100:6
 109:18
impose
92:3 96:7
 109:25
 110:5 111:8
 119:21
imposes
96:16 110:7
imposing
93:8,10 97:5
 108:22
impossible
15:17
impression
108:24
improve
88:18 113:13
inadequate

108:14,16
incidence
11:24
includes
19:20
including
7:9 25:24
 70:12
income
3:11
increase
81:12,13
 119:13,15
incriminate
46:3
India
7:10
Indiana
9:8
Indiana's
9:6
indicate
6:1,24
 116:12
individual
72:23 119:2
 119:3
individuals
5:1 8:7
 87:22 90:2
 90:12 91:20
industries
7:9
ineligible
7:22
inexpensive
40:19
infant
63:23
information
9:15 12:7,25
 12:25 37:25
 40:3 79:25
 107:1,20
injunction
8:22
insanity

TX_00212300

USA_00022590

House Floor Debate                                        April 23, 2007

64:11
**insert**
79:25
**instances**
3:21 9:22
12:20
**institute**
70:19 83:24
**institution**
44:8
**insure**
2:9 7:17,22
**insures**
8:3
**insuring**
7:21
**integral**
35:7
**integrity**
3:3 4:1 8:25
53:8,11,13
69:21 80:14
81:12
119:20
**intended**
110:25
**intent**
4:9 81:11
87:11 91:16
91:18 92:6
92:10 94:5
94:12
104:24
105:2,4,4
105:22,24
111:4,18
119:11
**intentioned**
95:15 97:7,7
97:10
**interested**
116:18
121:14
**interfered**
57:15
**internati...**
85:20 86:4
**Interscho...**

70:24
**interview**
15:23 25:20
51:16,19,20
52:20
**intimidated**
58:7
**introduce**
54:20 73:18
85:20
**introduction**
31:8 53:20
54:15 85:18
**invalid**
38:5,20
**investigated**
15:2
**investiga...**
16:21
**Isaac**
67:23
**issue**
7:6 17:19
57:2 60:1
66:18 78:9
96:9 98:2
100:5
101:11
**issued**
19:18,22
26:15 43:23
44:6,7,10
59:13 83:23
85:9
**issues**
64:14
**Italy**
7:10

**J**

**Jackson**
55:15,16,20
55:24 56:9
56:14,18
57:7,17
58:13 67:24
**Jaguars**
71:1

**James**
7:14
**January**
5:15,18,24
9:7
**Jill**
33:10 36:10
**Jimenez**
54:6
**Jimmy**
7:13
**job**
1:1 64:23,25
72:2
**John**
54:9 55:7
**join**
36:16 54:12
**joined**
53:22 70:2
**joins**
71:3
**Journal**
3:6
**Jr**
54:6
**judge**
107:17
**judges**
91:25 102:18
**June**
5:4
**junior**
35:17,18
**jury**
45:18,19,24
46:5
**justice**
8:1 55:4
70:19
**J.J**
72:5

**K**

**Kateri**
121:5,20
**Kaufman**

2:4 36:23
83:13 85:2
**Kaufmann**
30:3 67:10
**keep**
9:18 27:20
59:19,20
101:7
**keeping**
16:20
**Keffer**
67:24
**Kelly**
85:23
**Ken**
71:23 72:6
72:17,20,25
73:8,18,20
73:24
**Kenneth**
69:21 71:5
71:12
**kick**
88:1
**killing**
17:4
**kind**
7:12 11:25
19:10 30:10
78:13 79:3
**King**
67:24,24
68:19
**knotted**
32:15
**know**
9:22 14:3
15:3 16:15
26:9 29:13
39:20 42:13
45:9,25
47:19 48:7
48:8 49:25
51:6 52:17
55:25 56:1
56:14 57:11
58:9 60:9
63:12 66:6

66:8 71:25
72:17 74:22
75:4,7 78:6
90:5 91:25
94:18 95:14
95:24 98:11
107:12
108:13
109:6 118:4
118:23
**knowledge**
15:12 28:10
**Kolkhorst**
67:25
**Krusee**
68:20
**Kuempel**
67:25

**L**

**labor**
7:25
**lady**
6:17 19:4
32:5 33:1
33:15,21
34:17,22
35:2,4,16
36:17 37:15
37:16 46:18
46:21 75:14
**lady's**
46:17
**Lafayette**
55:7 71:4
73:10
**laid**
95:1
**large**
29:10
**larger**
39:24
**lasting**
71:6
**late**
60:23
**lately**
54:23 62:5

JA_007709

TX_00212301

USA_00022591

Case 2:13-cv-00193 Document 662-25 Filed on 11/11/14 in TXSD Page 5 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 119 of 281

House Floor Debate                                           April 23, 2007

136

Latham
67:25,25
68:1 69:4,5
Latino
76:22 80:12
81:8
Laubenberg
68:4
Laudenberg
31:19,20
32:3 34:4,9
34:14,15
law
4:25 6:1,24
8:23 9:6,8
9:10 19:24
20:7 27:4
29:14,20
30:2,3 41:7
55:13 79:5
89:17,22,23
96:8 101:1
101:4,4
102:25
109:14,15
111:24
laws
7:7,12 15:19
80:10 89:15
113:25
118:5
lays
2:1 32:1
69:17
lead
35:19
leader
70:20
leading
35:17 36:6
league
70:19,24
113:8
leak
17:13
leave
38:11 47:21
leaves

71:7
leaving
3:13
led
36:11
left
54:4 57:3
63:10
legacy
32:17 71:7
legislation
78:13 80:11
80:12 81:7
104:13
108:3 110:6
legislative
70:8,14
111:21
legislature
33:20 71:11
73:14 112:4
legitimate
9:4,20 25:11
110:2
Leibowitz
68:20 74:2,3
74:4,6
77:11 81:19
81:20 82:17
82:24 83:5
letter
79:23
let's
12:22 16:9
37:6,8
47:21 58:10
58:11 59:24
59:25 66:17
84:9 98:19
105:8
107:16
level
3:11
library
3:17 43:6,7
license
5:20 6:2,25
14:1 19:17

40:13 42:3
42:10,16,19
43:22 44:9
44:20 45:20
51:24 52:5
56:15 63:10
75:2 76:6
licenses
26:20 41:21
life
49:5 71:9
light
81:25
lighter
114:23
Lindsey
35:21
list
7:18 43:10
43:18 45:5
45:7,19
46:1 64:7
104:22
113:11
listed
79:19
listened
94:20
listening
91:15
lists
40:17 45:20
92:24 93:21
little
41:17 49:6,8
55:21 89:12
116:4
live
60:14
lived
74:9 82:2
lives
72:20 74:16
living
72:8 95:22
lobby
73:13

local
54:25
located
44:8
lock
17:13
logical
61:5,7
Lone
33:18 43:14
43:15 54:23
long
2:13,18
49:23 50:19
71:23 81:16
96:17
longer
48:22,25
75:7
look
14:4 25:1
47:10 48:9
looking
28:17 119:6
loophole
15:18 48:21
53:6
loose
72:3
losing
3:2 72:23
lost
38:2
lot
14:14 29:8
42:18,21
48:12 54:23
57:8 62:17
72:17 75:18
75:18
107:12
109:4,12,23
110:15
loud
41:18 114:9
Louisiana
70:15 71:4
73:10,13

love
42:23 98:11
98:12,20
low
60:10
lower
47:13
Lucio
68:20
LULAK
54:2,6,7

_____
M

machines
11:8 69:7,9
Macias
68:4
mad
93:7
Madden
68:4 92:12
92:15,19,23
93:14 94:6
94:7,16
95:3,18
96:5,10,19
96:25 97:8
97:16 98:3
98:23,24
100:2,4,10
100:25
101:13,19
101:24
102:5,7,12
102:16,24
103:4,16
104:2,10,15
104:17
105:3,10,16
105:19,24
106:8,22
107:2,6,11
108:2,8,15
108:20
109:1,11,17
110:4,10,14
116:13
mail

TX_00212302

USA_00022592

House Floor Debate                                    April 23, 2007

44:15
mailings
79:14
mail-in
27:15,17
  37:5 38:10
  38:20,25
  39:3 49:20
  49:24
main
41:15
maintain
40:11 119:19
maintains
87:22
major
23:19 109:20
making
25:25 90:21
  108:13
malfuncti...
69:7,9
Mallory
68:5
Mallory-C...
68:20
man
81:15
manager
69:25 70:1
managers
35:10
manipulated
22:5
manipulating
20:21 21:2
  22:20
manipulation
22:23
manner
87:17
manufactu...
70:16
March
32:12 34:18
Margaret
51:17

marriage
44:20
Marshall
55:7
Martin
54:8
Martinez
68:21
Martinez-...
60:19 68:21
Mary
63:16
masses
80:20
match
6:9
matches
64:7 65:25
matching
6:8 7:5
matter
71:3 73:9,13
  119:25
Max
86:2
ma'am
48:9 50:8,12
  50:18 52:18
  53:10
McCall
68:5
McCarty
54:9,10
McClendon
68:21
McDill
33:11 36:10
McReynolds
69:10 94:24
Meadows
54:9
mean
21:2 57:11
  66:2 76:25
  78:9 90:5
  109:6
meaning

4:25
measure
9:16,18
Medicaid
77:25 78:3,5
  78:6 95:5
medications
3:20
meet
8:16
member
33:6 35:7
  70:21 85:23
members
2:7,16,16,18
  7:16 8:20
  10:1 18:15
  18:16 30:25
  31:10,23
  34:5,9,15
  35:16 36:9
  36:18 37:2
  37:10 47:17
  54:2,7,22
  55:5,10
  66:16,19
  67:5 69:6,6
  69:9,15
  71:22 72:16
  74:7,21
  81:17,22
  82:17 83:5
  83:6,7,9,17
  84:9,16
  85:4,10,19
  86:19 98:25
  110:21
  117:6
Mendendez
68:21
mention
65:4,7 73:6
  73:15
Men's
70:22
Meredith
35:20
merely

39:9
merits
8:19,21
  99:12
Merritt
68:22
Metroplex
35:19
Mexico
7:9 60:15
  65:5,15,18
  66:4
mic
46:19,21
  51:15 85:22
Michelle
73:20
middle
31:13,15,16
  82:6,14
midstream
88:23
Mike
114:17
Miles
68:22
Military
44:1
Miller
18:10 30:17
  46:7 53:25
  54:8,10
  68:5
million
6:6 7:3
  26:19 28:20
  28:25 29:4
  29:15 30:15
  41:21,24
  59:12
millions
7:24
mind
113:5
mine
55:8
Minerva

54:9
minorities
25:10 57:23
minority
20:5
minute
65:8
minutes
32:16 46:16
misinform...
11:16
misleading
23:4,5
misrepres...
18:8
missed
73:7
Mississip...
7:20
mobile
26:1,5
models
119:3
modifies
8:9
money
26:5,6
moneys
95:6
monitor
25:10
morning
79:11
Morrison
68:5
mother
38:2,4 87:7
mother's
38:13
motion
18:16,17
  31:19,24
  34:6,13
  66:17,21
  67:3 69:16
  82:15,20
  83:2

JA_007711

TX_00212303

USA_00022593

House Floor Debate                                        April 23, 2007

Mound
70:22,25
72:5
move
2:20 18:13
30:23 31:21
34:4 46:16
47:23 52:13
67:5 74:17
75:8 81:17
84:14 99:22
117:5
moves
34:9 66:20
82:18 95:19
movie
61:18
moving
87:24 89:2
89:22
multiple
23:17
multi-county
39:21,22
mundane
3:16
Munich
86:2
murders
16:21
Murphy
68:5
myriad
4:2 41:3

N

Naishtat
68:22
name
6:8,8 44:13
44:15,24
54:3,5 63:5
63:12,16
67:15,21
68:3
named
32:7 35:4
70:6

names
34:10 40:13
nation
35:5 60:4
nationals
5:7 12:2
13:16
nationwide
30:10 41:13
Navarro
67:12
nay
84:19,23
nays
18:20 67:2
69:16 83:1
117:8
NBC
3:6
necessarily
50:20 100:14
necessary
7:8,25
106:10
need
17:8,10,12
29:5,7 42:6
52:14 78:19
81:16 84:10
84:13 89:12
needed
5:1 20:11
72:8 95:1
needs
101:3
neighbor
98:9
neighbors
93:15
neither
6:1,25
121:10
never
4:23 35:13
78:14,15
82:10 91:13
91:14

108:15
new
5:19 20:23
21:4,12,22
22:24 24:23
26:5 27:4
29:14,20
30:2 36:14
40:25 41:7
42:22 71:3
71:9 73:8
79:5 89:3
90:14
112:10,11
112:17
113:15,16
113:25
118:14,14
120:2
news
3:6 24:15
51:17
nine
35:25,25
nominal
26:14 85:6
non
13:25 15:15
27:13
non-citizen
14:15
non-elect...
92:2
non-partisan
116:6
non-photo
8:14 29:22
37:22 44:10
78:25 79:2
79:19
non-profits
111:22
113:25
Noriega
68:22
north
31:10 72:4
northwest

54:4
notable
69:23
notes
9:9
noticed
62:5,9,11
notification
79:17
notion
118:10
number
5:20 6:2 8:3
26:21 27:7
27:9 29:9
29:11 48:9
53:15 62:19
70:11 72:16
numbers
26:22 27:2,3
28:18 40:14
41:10 62:9
80:24
118:23
numerous
79:12 80:2
112:3
nursing
75:18
nutrition
75:16 76:7
77:22

O

objection
18:16 31:1
31:24 34:7
34:11 37:13
84:3 100:13
objective
94:5
obligated
74:10
obtaining
9:10 19:22
obvious
22:8 83:24

obviously
38:9 54:1
61:3 101:1
101:3
109:21
occasions
107:3 112:3
occur
26:7
occurred
19:9
odd
82:11
offenders
55:3
offensive
33:7
offer
52:3
offered
89:4 98:3
offering
8:10,12
115:15
office
13:1 14:18
14:23 15:1
39:15,17
94:22
officers
4:7
offices
25:25 26:6
official
33:25 44:15
71:15
officials
50:15 96:7
offset
40:20
Oh
13:12 42:12
okay
13:14 14:6,7
16:17 17:6
19:11,13
20:20 21:10

TX_00212304

USA_00022594

House Floor Debate                                      April 23, 2007

21:13 22:25
24:18 28:14
30:5 41:5
41:19 45:15
53:3 76:3,6
76:13 77:6
77:7,11,13
78:24 79:3
83:6 89:14
90:24 94:21
96:10
old
4:5 30:6,7
38:2,4
39:12 42:6
104:3
older
30:16 42:18
42:21 75:19
76:22 77:16
79:20 81:22
82:2 116:8
Olivera
68:22
Olivo
68:22
once
12:18 52:21
81:4 104:21
ones
7:18 9:5
40:14
on-line
24:15
op
21:23 22:12
22:15
Open
12:7
opening
25:25
operating
88:3,21,25
103:23
opinion
43:1
opinions
27:9

opponent
34:24
opponents
33:7
opportunity
20:16 38:14
51:14 54:20
oppose
81:10 84:18
opposed
3:8 20:13
66:22 82:20
84:23
opposite
25:15
opposition
98:23 113:6
113:7,9,10
opt
20:24 21:4
order
10:6 15:9
16:25 17:8
17:10 30:18
31:5 46:8
46:10,23
52:24,25
58:16 62:18
66:12,14
87:9 93:11
98:18
115:16
117:2,3
organization
57:13,13
117:25
organizat...
72:4 111:23
Original
44:19 84:11
originated
22:23
Orr
68:6
Ortiz
53:22 68:23
Otto
68:6

ought
47:12 57:1
61:8 93:12
96:1 114:25
outcome
121:14
outreach
26:6
outside
2:20 45:12
72:20
outstanding
33:5 72:23
outweighed
9:5
overall
118:6,23
overcome
119:22
overlooked
19:16
overseas
39:3
oversee
71:5
overtime
32:16 35:2
36:6
O'Day
68:5

───────────
P
───────────
Page
24:17 25:8
paper
41:3 44:19
116:4
parallel
63:21
Pardon
65:6
parents
91:11 111:2
Parker
67:24 68:6
part
12:15 17:20

35:7 52:7
52:10,17
76:8 87:23
94:21
100:14
101:6,9
participants
58:15 113:16
113:16
participate
7:23 10:10
78:11
109:19
participated
92:4
participa...
58:5 87:21
110:3
participa...
53:14,17
76:22 80:12
81:8 109:15
participa...
9:1
particular
62:12 87:18
92:9
particularly
99:16
parties
121:11
partisan
88:17
Paso
40:1 76:9
pass
30:14 106:19
passage
34:4
passed
38:1 42:13
48:19
passport
44:6 76:21
Patrick
68:6
Paul

5:5 11:25
Paxton
68:6
paycheck
44:12
Pearson
69:10
penalty
119:13,19
people
3:4 9:19
10:9 12:16
12:17,21
13:2,4
15:14 16:7
16:25 17:5
24:24 26:16
26:22,25
27:10 28:18
28:23 29:8
39:11 40:18
40:20 42:2
42:10,14,18
42:21 43:13
43:16 45:5
45:23 47:19
47:21 48:10
48:12,14,22
48:24 49:5
49:7,15
50:19,25
51:5 52:6
52:15 53:12
55:25 56:5
56:21,22
57:8,14,15
57:22,24,25
58:1,5,6,16
58:20 60:11
60:12,12,17
60:20 61:3
62:9 64:4
75:19 76:4
76:23,25
77:16 78:10
78:11 79:21
80:21,23
81:1,3,24

TX_00212305

USA_00022595

House Floor Debate                April 23, 2007

140

86:22 87:2
87:5,6,24
88:3,7,24
90:18 91:1
91:3,13,22
91:25 93:11
93:24 95:10
95:11,15
96:18,21
97:2,12
100:17
103:12,13
103:22,24
104:9,12,21
104:25
106:6,15
108:22
109:22
110:1,25
112:6,10,20
113:9
114:10,20
114:24
115:12
116:14,15
118:12,14
119:12,15
119:18,23
120:2
**percent**
3:7,8,10
26:24 27:5
28:12,12,19
28:25 30:15
42:5 76:2
116:6,8,8
118:6,7,8
**percentage**
28:3,7 60:5
**Perez**
54:9
**perfect**
32:10 33:22
**perfecting**
26:11 37:2
84:11
**performances**
33:6

**performed**
5:25
**period**
95:22
**perplexed**
55:21
**person**
4:4,10,10
5:17,22,22
6:3 8:16
15:11,23,24
38:20 43:4
44:6,15
49:25 91:20
101:2
106:16,24
110:23
**persons**
7:17 81:13
**person's**
44:2,3,4,9
44:20
108:24
**persuasion**
91:22
**Pfizer**
69:23 71:6
71:13 72:2
72:17
**Pfizer's**
70:9
**pharmaceu...**
69:24 70:16
**Phillips**
68:6 120:6
**photo**
3:7,11,12,25
4:8,22 7:12
7:19 8:13
8:19,21,23
9:6,8,10
13:21,24
15:15,16
16:8 19:13
19:22 23:6
23:20 26:10
26:14,17
27:6,10,11

27:12,13,17
27:22 28:18
28:23 29:15
29:22 30:16
37:6,22
42:3,6,11
43:15,21,22
47:11 49:14
49:19 56:24
56:25 57:4
59:13 66:1
66:1 76:6
76:15 78:3
78:6,15,19
79:18,25
80:4 85:5
101:5
102:11
**photograph**
44:2,3,5,9
83:23
**physical**
35:1
**pick**
24:15 27:16
**Pickett**
68:23
**picking**
21:18 23:11
**Pierce**
72:5
**pig**
58:10
**pinnacle**
33:4
**pitted**
32:12
**Pitts**
68:7
**place**
3:23 7:18
8:7 15:10
15:14 23:25
25:3 29:23
32:7 35:3
37:23 43:3
48:8,24
63:11 88:4

88:22,25
89:1 92:5
92:25 96:22
99:2,7,8,8
99:17
102:13,17
103:11
112:12
114:12,14
**placed**
16:23 93:17
96:18
**places**
16:8 17:1
38:12 42:7
93:16 96:6
100:15,16
100:17
106:19
**plan**
6:23
**plane**
3:13 63:22
64:1
**planning**
52:2
**Plano**
33:2
**play**
32:14,15
88:1
**player**
35:24 36:7
**players**
33:9,24
35:10
**please**
18:14 22:3
31:16 36:16
37:19 54:5
55:11 61:25
**pleasure**
85:20
**pledge**
10:2
**plenty**
27:18 47:20
50:2 75:3

**point**
10:13 18:11
23:5 27:25
30:18 31:5
35:18 41:16
46:8,10,23
66:11,14
90:13,15,23
90:25 98:18
100:12,14
108:6,13
113:4 114:6
114:7 117:2
117:3
**points**
33:10 36:1,3
36:5
**poised**
33:12
**Poland**
7:10
**policy**
70:11 89:17
**political**
78:12 83:19
83:24 87:23
91:22 110:3
**politics**
88:17
**poll**
3:6,9 4:10
42:7 105:7
106:15
116:16
**polling**
3:23 7:18
8:7 15:10
15:14 16:8
17:1 29:23
30:9,10
37:23 38:12
42:6 43:2
92:25 93:16
96:22 97:12
99:1,7,8,8
99:17,21
100:16,17
102:13,17

JA_007714

TX_00212306

USA_00022596

House Floor Debate                               April 23, 2007

polls
3:2 7:22
13:21 27:16
40:22 42:20
48:20 49:18
52:16 60:23
81:2 82:7
106:15
111:5,6
pools
45:18
poorer
43:13
population
30:7 60:6
portion
100:11
position
70:7
possibili...
79:11
possible
110:15
possibly
60:22 82:7
104:22
posting
33:22
potential
25:22
power
33:7
powerhouse
33:12
practice
4:9 35:14
79:22
practiced
35:12
practices
87:17
precinct
63:8 91:25
precincts
107:16
predomina...

75:25
prefer
107:20
prepared
34:1 71:16
presence
69:12 72:18
present
2:5 8:8,10
13:20,24
16:7 27:12
29:23 35:15
37:22 42:20
48:25 67:2
69:6 78:14
78:15 79:18
83:1 87:3
presentation
43:25
presented
7:14 14:14
16:3 19:14
24:24 78:17
78:19
presenting
7:17 18:5
78:3
presently
86:23,23
87:6 88:20
88:22,25
89:1 90:2,3
90:21 91:6
91:10 94:4
97:14 102:6
103:23
104:25
110:22
presents
8:13
preserve
85:24
president
7:13,15
19:12,15
20:3,24
21:4,23
22:13 23:1

23:2,6
25:14
presidential
88:9 112:21
prevails
67:3 69:16
83:2
prevent
9:17 39:6
65:19
100:21
prevents
78:13
previous
28:22 32:19
82:10
previously
32:12 69:18
91:3
primary
5:14 105:12
prior
104:25
priority
16:23 95:2
private
44:8
probably
62:23 72:16
101:6,7
problem
53:3,4 63:18
88:6 92:20
problems
40:20 82:7
97:19
procedure
103:15
procedures
4:2 89:17
93:1,3,23
93:25
103:17
proceed
67:7 68:10
proceeding
121:12

proceedings
121:8
process
4:1,3,6 7:24
8:25 23:22
27:15 40:12
52:11 53:9
53:12,13
58:15 78:12
80:14 81:12
87:21,23
88:19 93:19
94:22,23
96:20,21
99:21
109:16,20
110:3
118:13
119:20
processes
28:12
procurian
8:24
professional
70:11
professio...
71:8
program
77:22
programs
8:3
promoted
69:25
proof
2:5 8:10
16:3,7
23:20 43:17
proposal
25:11
proposals
25:24
prosecute
15:9 17:5,10
39:20
prosecuted
101:3
prosecuting
17:11

prosecution
17:2
prosecutions
39:15,16
protect
3:25 10:8
protected
58:21
protecting
118:1
proud
34:16 35:15
54:10 65:2
prove
40:14,21
44:24 47:21
48:19 50:10
52:15 74:10
provide
5:19 9:15
80:16
provided
10:7 47:21
95:6
provider
103:18
providing
9:15
provision
26:9 108:6
114:13
provisional
8:17 28:4,7
28:9,12
29:24 107:5
107:7,9,25
108:7,11
provision...
28:2
provisions
8:9 27:18
public
6:7,11 41:10
43:23 44:7
70:7
publicity
54:23

TX_00212307

USA_00022597

Puente
31:7,9 68:23
pulled
20:12
purchase
3:19 61:18
purchasing
4:8
purpose
4:13 6:14
  10:15 18:25
  30:21 46:14
  48:1 55:15
  59:3 63:1
  75:9 92:9
  96:15 99:24
  101:21
  105:9 118:9
pursue
15:9 79:13
push
52:13
put
58:9 61:10
  63:12 80:4
  88:4 92:4
  104:11
  107:8
  114:13
putting
4:8 41:11
  97:11

___ Q ___

qualified
9:20
qualify
43:15
quality
117:12
quarter
35:1
quarters
74:9 82:3
question
9:23 13:15
  17:16 18:11
  20:2 22:3

22:10 28:22
28:25 41:12
50:15 51:12
51:14 56:17
59:6 75:11
77:15 79:9
97:24 98:7
105:1
111:11
115:2,15
117:13,14
117:16
questioning
18:4
questions
39:14 48:7
quick
109:9
quietly
41:11 42:5
Quintana
68:23
quite
47:19 87:3
quo
87:22 102:23
  104:9 106:7
quote
21:3,22
  22:11,17
  25:8
quoted
19:11
quoting
20:4,23

___ R ___

race
3:11
rail
2:21
raise
73:19
raised
30:18
raises
18:10 46:7
  66:11 117:1

randomly
115:20
ranked
35:5
rape
16:22
Rath
35:22
Raymond
68:23
Raymundo
54:6
reached
32:24 42:15
  59:19 118:7
react
27:7,8
read
2:3 22:8
  23:6 24:2,4
  24:8,12,16
  25:17 32:2
  36:21 47:3
  52:20 54:22
  69:19 74:1
  83:4,12
  84:7 85:1
  85:15 86:8
  86:14
  118:22
reading
2:2 25:18
  119:1
reads
8:24
real
23:25 25:2
  51:25 52:11
  52:21,23,25
  63:19 65:21
  72:6
really
44:25 73:6
  74:10,22
  106:17
reason
11:2 37:6
  40:17 63:1

63:2 81:10
  96:25 98:16
  105:18
reasonable
57:13
reasons
16:18 75:4
rebounds
35:25 36:4
recall
14:19
receive
40:3
received
5:8 14:23
  16:11,13
  36:1,8
  37:25
receiving
9:14
recognize
35:9 83:18
  110:16
recognized
55:11
recognizes
2:6 8:18,21
  18:22 31:7
  31:18 34:14
  36:24 47:5
  47:14 53:19
  54:14 71:19
  72:13 73:3
  74:18 81:18
  83:14 85:17
  86:10,16
  98:22
  110:18
recommend
7:16
recommend...
19:20 52:4,8
  52:10,19
recommend...
23:17,20
  24:22 51:21
  52:24
record

5:23 18:18
  32:21 33:16
  34:22 66:23
  82:21
recording
121:9
records
5:25 6:9
  12:7,8
  26:19 40:16
  99:3 106:13
rectify
27:3
reduce
87:11 91:17
  94:9 95:9
  105:9,13,20
  118:10
reducing
106:3
reduction
118:6
Reeves
36:11
reference
86:20
referred
51:15
reflective
117:11
reflects
121:8
Reform
7:15
refusing
81:1
regard
34:2 71:17
  95:8
regarding
64:14
regardless
3:10 63:22
  91:21
region
70:9
regional

TX_00212308

USA_00022598

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 12 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 126 of 281

House Floor Debate                                    April 23, 2007

143

32:24
**register**
5:2 9:14
52:1,5
60:13 65:13
87:24 91:1
93:22
110:24
**registered**
5:10,13 6:4
7:1 38:6
41:24 50:10
50:19 51:3
78:23 86:23
86:24 87:6
88:21 90:3
90:4,12
91:4,13
93:2,3,24
94:1 99:4
104:6,9,25
106:5
109:22
110:23
111:16
113:21
119:4
**registers**
95:20 101:15
101:16
**registrant**
112:18
**registrants**
90:14
**registrar**
5:5 64:8,23
**registration**
4:6 5:8,10
5:12,16
7:18 8:8
9:16 26:1,5
43:2,5
44:24 45:6
45:19 50:4
50:6,21
51:21 58:2
58:3 65:25
78:21 79:16

79:22 80:3
102:9 103:1
103:7,23
109:22
111:6,7
**registrat...**
5:23 26:21
**regular**
57:5 99:8
107:23
**regulation**
32:14
**regulations**
4:5 101:14
**regulatory**
70:8
**related**
11:1,8 12:9
121:11
**relates**
14:14
**relations**
70:3,7 71:5
73:11
**release**
22:14
**relied**
33:5
**Reluctantly**
101:24
**remarkable**
33:16
**remarks**
6:23
**remember**
45:3 65:14
65:16
**remove**
108:10
**removing**
8:22
**renew**
75:2
**rent**
3:17 18:4
**repeat**
22:3 55:2

**repeatedly**
12:18
**report**
7:15 18:5,8
21:3,18
22:6,14,21
23:12 24:3
24:7,11,17
25:2,17
30:13
**Reporter**
121:6
**reports**
19:16
**reprehens...**
59:1
**represent**
34:16 58:21
76:1
**represent...**
2:7,15,23,24
4:12,14,17
4:20,21
6:13,15,18
6:20,22
10:14,16,19
10:20,21,23
10:24,25
11:4,5,9,10
11:12,13,15
11:16,18,19
11:22,23
12:14,20,22
12:24 13:3
13:5,7,10
13:12,14,19
13:23 14:2
14:4,6,7,8
14:10,11,13
14:20,21
15:3,5,7,20
16:1,4,6,9
16:17 17:9
17:12,15,17
17:18,20,22
17:24,25
18:2,10,13
18:24 19:1

19:3,5,7,8
19:11,25
20:1,15,19
20:20 21:6
21:7,9,10
21:11,13,15
21:17,20,21
22:1,4,7,9
22:16,19,22
22:25 23:4
23:8,15,16
23:19,23
24:1,2,4,6
24:10,12,14
24:16,18,19
25:5,7,13
25:16,19,21
26:2,4,8,16
26:18 27:1
27:8,21,24
28:3,5,6,9
28:11,14,15
28:17,19,21
28:24 29:1
29:3,5,7,10
29:12,17,19
29:21,25
30:5,12,17
30:20,22
31:2,4,9,11
31:20 34:4
34:15 37:1
37:14,17,18
37:20,24
38:3,16,18
38:19,22,23
39:1,2,4,5
39:7,13,18
39:19,23,24
40:5,6,9,23
40:24 41:2
41:5,6,8,9
41:12,15,19
41:20,22,23
42:1,9,12
42:24 43:6
43:8,10,20
43:21 44:22
45:1,2,8,9

45:11,14,15
45:16,17,18
45:21 46:2
46:7,12,15
46:20,22,25
47:7,16,24
48:2,4,6,17
49:2,4,9,12
49:15,17,22
50:2,8,9,12
50:13,18,23
51:2,8,13
52:9,18
53:2,10,11
53:21,23
54:16,19
55:16,20,23
55:24 56:1
56:4,9,13
56:14,17,18
56:20 57:7
57:10,17,20
58:13,18
59:2,5,8,10
59:10,15,17
59:22 60:2
60:7,14,18
60:25 61:3
61:15,17,20
61:22,24
62:2,4,4,7
62:8,11,13
62:14,16,21
62:25 63:3
63:20,25
64:2,4,13
64:15,16,18
64:19,22,24
65:2,4,6,7
65:9,10,12
65:17,20,21
65:23,24
66:4,8,9,16
69:24 71:21
72:15 73:5
74:6,20
75:10,13,15
75:21 76:18
76:19 77:2

TX_00212309

USA_00022599

House Floor Debate                                    April 23, 2007

77:4,6,8,9
77:11,13,18
77:19,21,24
78:1,2,4,20
78:22,24
79:3,8 80:5
80:8,10,13
80:16,18,20
80:25 81:5
81:11,20
83:16 84:14
85:3,19
86:18,21
88:2,12,13
88:14 89:8
89:11,14,15
90:1,5,10
90:15,16,17
90:19,22,24
90:25 91:5
91:6,8,9
92:12,13,16
92:19,22,23
93:6,7,14
94:2,6,7,8
94:16,18,24
94:24 95:3
95:4,18
96:4,5,10
96:12,19,24
96:24 97:8
97:13,16,21
98:6,8,10
98:12,15,19
98:24,25
99:23,25
100:2,4,10
100:20,25
101:12,13
101:18,19
101:20,22
101:24
102:3,7,8
102:12,14
102:16,20
102:24
103:3,4,9
103:16,21
104:2,4,10

104:14,15
104:16,17
104:23
105:3,8,10
105:14,16
105:17,19
105:22,24
106:1,8,20
106:22,25
107:2,4,6
107:10,11
107:24
108:2,5,8
108:12,15
108:17,20
108:21
109:1,10,11
109:13,17
109:24
110:4,9,9
110:14,17
110:20
111:9,13,15
111:18,20
112:2,14,16
112:17,19
113:19
114:5,15,16
114:22
115:1,5,7,9
115:11,14
115:18,19
115:24,25
116:3,13,21
116:23,24
117:1,4,10
117:12,16
117:19,20
117:23,24
118:9,17,20
118:21
119:5,6,11
120:5
**Represent...**
33:20 34:3
55:12 71:11
71:18
**republican**

38:1 91:21
**request**
12:7 15:15
83:9
**require**
3:12 52:6
87:9 93:20
93:22 94:3
**required**
5:2 37:21
48:25 50:21
79:6 80:4
82:10
102:22
103:14
**requirement**
3:8 4:22
23:7 50:25
74:8
**requirements**
19:17 37:4
53:16 80:1
93:9,10
108:22
113:17
118:2
**requires**
8:12 9:14
31:1 43:14
93:1
**requiring**
2:5 7:19 8:9
27:11 105:6
**reregistered**
5:11
**research**
70:16
**reserve**
39:9
**reserved**
8:4
**residents**
7:23 76:2
**resolution**
31:22 32:2
34:1 69:19
71:16 72:1
72:12 97:20

**resolved**
33:19,25
71:10,15
**respect**
33:17 36:14
71:6 74:14
98:4 99:11
100:10
**respectfully**
94:17 99:22
**responsib...**
9:13 102:9
**responsible**
57:13
**restricting**
118:1
**resulted**
32:7
**retail**
3:19
**retested**
42:16
**retire**
56:6,22
**retired**
59:23,25
62:9,17
**retirement**
56:5,10,11
61:8,13
**retract**
20:16,18
21:8
**retroactive**
89:16,19,24
91:3 114:11
**retroacti...**
114:11
**review**
70:12
**Riddle**
61:23,24
62:4,8,13
62:16,25
63:20 64:2
64:13,16,19
64:24 65:4

65:7,10,17
65:20,23
66:4,9 68:7
**right**
2:9,10,10
3:21 8:4
9:12 10:10
10:24 11:4
11:22 13:23
13:24 14:21
15:24 16:5
38:2,14,17
39:1,4,9,18
40:9 41:22
42:1,17
43:16,19
45:1,21
50:6 52:11
57:16 59:21
60:14 61:2
61:20 62:22
77:3,7
88:16 90:4
91:23 93:12
93:16 97:2
97:3,4,18
100:9
101:12
102:7 103:9
107:24
108:25
110:1,2
111:17
112:1,14
114:2 116:2
119:5
**rights**
2:8 10:7,8
10:22,22
57:24 58:21
58:22
116:15,16
**ring**
66:23 82:22
**risk**
106:4
**Ritter**
68:23

JA_007718

TX_00212310

USA_00022600

House Floor Debate

April 23, 2007

road
58:6
robberies
16:21
Rockwell
32:6,22 33:5
  33:11,21
  34:16 36:17
Rockwell's
32:10,21
Rodriguez
68:24
Rogers
31:12,15,16
role
63:11 70:2
rolls
40:7 64:20
room
2:25 14:17
  76:11 87:20
Rose
68:24
Rotary
70:21
roughly
28:20
ruled
75:5
rules
31:21 61:12
  82:5,14
  88:3,21,22
  89:1,3 92:4
  101:16
  112:11
  118:16
  120:3
runner-up
33:3
running
100:17

_____
S

Saddery
35:18
safe

16:20
safeguards
7:8 65:18
Safety
6:8,12 41:10
  43:24
Saints
70:22
sales
69:24
Samantha
35:22
Same-day
58:2
Sam's
3:19
sat
94:20
saying
25:6 27:9,12
  46:4 51:23
  59:18 64:6
  80:21 86:21
  89:20,22,23
  90:6,7,8
  112:15
says
20:4,6 24:24
  27:5 63:7
  82:1 83:17
  86:22 87:1
  87:23 89:2
  89:21,24
  90:2,7
  104:19
  110:22
  113:15
  120:1
SB
69:13,13,13
SB844
69:13
scholarship
36:2,4,8
school
27:4 29:14
  29:20 30:2
  30:3 31:10

31:12,13,15
31:16 32:6
32:8,11
33:11,16,21
35:5 41:7
53:23,25
54:8,11
71:1 72:5
88:8
schooled
33:9
schools
32:13
score
35:6
scored
35:25 36:3,5
scorer
35:17
Scott
73:21
SCR
69:14
Sears
66:3
season
32:4,20
  33:22
seasons
32:25 34:21
seats
67:5 83:6,7
second
2:1 35:3
  84:21 93:20
Secretary
7:14 14:17
  14:22 16:11
  16:12 20:24
  21:24 22:13
  28:7 79:10
  79:21
section
24:7 89:20
  90:7
secure
10:6
Security

5:19 6:2
40:14 47:9
47:10,11
56:23,24,25
61:11
see
5:16 9:24
  10:6 12:22
  24:19 25:16
  39:23 42:6
  53:4,4
  59:11 60:2
  63:16 73:23
  93:20 100:5
  105:5 108:2
seeing
54:1
seeks
110:23
seen
41:1 54:22
  109:6
segment
30:6
semi-final
35:18
send
79:16,22
sends
37:10 66:19
  82:17 84:1
  85:10
  116:17
senior
35:20,22,23
  57:2 58:13
  58:14 70:6
  75:17 76:8
  76:9 79:5
  79:23 95:19
  95:21,25
  96:3
seniors
47:12 57:1,6
  58:11,11
  61:1,5,7
  87:2,15,16
  95:13 98:20

103:24,25
104:1,3,5
111:2
113:14
115:24,25
116:8
sense
88:17 90:21
  92:2
sent
13:1 46:2
  63:6 82:9
sentence
19:13
separate
52:1 93:22
separately
52:5 104:12
September
20:25 21:24
  87:25 89:2
  89:21,25
  90:8,11
  91:2 95:20
  101:15
  110:24
  118:15
serious
4:22 25:11
  115:15
seriously
10:4
serve
46:5
served
39:2 70:15
  70:20,23,25
  72:3
serves
112:23
service
55:15 71:12
services
75:17
serving
70:1
session
111:21

TX_00212311

USA_00022601

| | | | | |
|---|---|---|---|---|
| **set** 4:2 27:20 42:15 47:17 48:7,24 54:24 75:7 92:24 93:22 99:3,5 101:14,16 103:17 104:12,15 112:11 **sets** 4:1 **setting** 48:18 104:20 **seven** 3:8 36:3 75:17 **shaped** 33:11 **shared** 70:10 **sheet** 116:4 **Shelby** 35:16 **Shelly** 54:9 **Sheriff** 55:8,9 **shoes** 62:22,23 **Shorthand** 121:6 **show** 3:2,15 5:2 26:22 32:12 43:4 45:23 45:23 50:1 50:11 52:6 60:13 64:6 65:22,25 66:2,5,24 66:24 69:7 75:8 82:23 82:23,24 103:2,8 109:9 | **showed** 35:3 60:3 107:21,21 109:2,3 **showing** 108:9 **shown** 63:4 **shows** 4:10 43:16 44:13 63:14 **shut** 60:15,16 **sick** 38:24,24 **side** 54:4 81:25 **sign** 26:12 85:7 118:24 **signal** 116:17 **significant** 87:5 119:9 **significa...** 76:21 105:5 **signing** 69:11 **similar** 112:3 **simply** 4:8 37:3,20 40:21 83:17 86:22 87:1 100:23 120:1 **sincere** 71:13 **single** 19:16 39:25 **sir** 62:2 **sited** 11:24 12:2 12:11,15 13:20 14:9 17:25 | **sitting** 54:4 **six** 32:19 75:16 **skill** 33:14 **Slaw** 35:23 **Slayton** 35:24 **slew** 25:24 **slow** 93:19 **slowed** 49:6,7 **small** 29:9 **smaller** 57:8 **Smith** 66:11 68:7 68:24 **Smithee** 68:7 **SMU** 36:8 **Social** 5:19 6:2 40:13 47:9 47:10,11 56:23,24,25 61:10 **society** 23:21 **Solomons** 69:8 **solve** 13:15,17 **somebody** 63:14 101:15 101:16 104:4 106:12,13 **son** 73:21 **soon** | 69:25 **sorry** 21:6 22:1 28:5 38:12 46:20,22 56:13 58:18 65:20 **sort** 82:9 111:22 **sounded** 12:1 **sounds** 12:11 14:13 15:25 **South** 7:10 **southwestern** 70:5 **Speaker** 2:1,6,7,18 4:12,16,19 6:13,14,17 6:19,21,22 10:1,12,14 10:15,18 18:10,15,19 18:22,24,25 19:4 30:17 30:20,21,25 31:3,5,9,18 31:20,23 34:5 36:18 37:1,10,14 37:16 46:7 46:12,13,18 46:21,24 47:1,5,8,14 47:16,24,25 53:19,22 54:14,18,20 55:18 59:2 59:3,7,9 61:23,24 62:1,3 66:11,19 67:15,19 68:1,10 69:1,15 | 71:19,22 72:13,16 73:3,25 74:4,7,18 74:20 75:9 75:12,14 81:18,21 82:17 83:3 83:14,16 84:1,9,16 85:3,10,17 86:7,10,16 86:19 88:12 89:8,9 92:12,14,18 98:6,10,17 98:22,24 99:23,24 100:3 101:20,21 101:25 102:1,4 110:18,20 111:9,10,12 111:14 114:15 115:1,3,6,8 117:1,4,6 117:14 **speaker's** 117:2 **speaking** 105:11 **specific** 99:15 **specifically** 11:19 80:11 99:14 101:10,14 103:5 111:24 **specifics** 11:25 **spending** 7:24 **spent** 72:1 **sponsors** |

TX_00212312

USA_00022602

54:3
**sports**
32:8 33:17
**stack**
48:10,15
**staff**
33:24 54:8
96:7,17
102:15,17
102:21
103:10
**stage**
103:6 109:9
**stamp**
63:12
**stand**
31:15 32:17
54:5 55:11
**standard**
19:21 103:18
104:20
114:23
**standards**
8:6,16 25:3
**standing**
78:10
**Star**
33:18 43:14
43:15 54:23
**start**
61:10 73:8
83:7 97:5
108:22
**started**
19:21 118:25
**starting**
35:23
**state**
7:14 10:3
13:13 16:11
16:12 19:22
28:4,7,8,13
32:5,11
33:2,18,23
35:17,22
39:21,25
41:21,24
54:25 55:1

55:14 60:20
64:5 70:2,9
70:15 72:23
79:10,21,24
81:9 83:25
86:3 88:4
93:1 95:19
99:19
114:24
119:7 121:1
121:6
**stated**
7:5 25:20
26:10 49:19
52:19
**statement**
3:1 8:20
16:12 18:3
23:5 42:17
42:22,23
44:12
**statements**
18:5,9
**states**
7:11,16 8:1
8:3 37:20
53:15 56:21
59:1 60:4
61:9,14
64:12 70:5
109:19
116:22
117:17
118:5
**statewide**
7:25
**state's**
14:18,22
36:1
**stating**
89:24
**statistical**
119:3
**statistics**
28:22 29:13
**status**
87:22 102:23
104:9 106:7

107:22,23
**statutory**
8:6
**stay**
103:25
**step**
3:25 16:10
**steps**
87:10 105:6
**stood**
81:15
**stopped**
13:22
**straighten**
89:13
**Strama**
68:24
**strange**
25:13
**strategy**
33:10
**Straus**
68:7
**streak**
34:25
**Street**
3:6
**Strike**
67:15,21
68:3
**strongly**
96:25
**Student**
44:7
**students**
53:24 54:10
**studied**
60:9
**studies**
59:11 60:3
**study**
27:5 40:25
41:1,4,13
41:14
117:25
118:5,25
**subdivision**

83:20,24
**subject**
119:25
**subsequent**
22:14
**success**
33:5,24 35:8
36:16 71:14
**Sudafed**
3:20
**suggest**
95:25
**suggested**
19:5 20:21
23:13,14,24
25:23 27:21
**suggesting**
30:11
**suggests**
24:20
**summary**
118:22
**Summit**
70:22
**summoned**
45:24
**summons**
45:19
**Sunni**
35:18
**supervised**
70:8
**supply**
61:4
**support**
18:1 20:10
57:19 86:3
98:13,16,21
105:14
**supporting**
105:18
**supposed**
52:12
**supposedly**
48:10
**suppress**
106:6 108:24

**suppressed**
58:22
**suppression**
11:14 92:8
92:11 94:13
94:15 97:15
98:1,5
105:23
113:2
115:17,20
115:21
116:20
118:11,18
120:4
**Supreme**
8:18,21,24
**sure**
5:21,21
23:15 55:2
64:17 94:7
95:3
**surely**
36:15
**surprise**
29:12 59:16
60:8 73:12
**suspect**
99:6
**suspend**
31:21
**suspicion**
50:13 51:10
**sustained**
31:6 46:11
66:15 117:3
**Swinford**
68:8
**sworn**
10:2
**Sylvester**
95:18 102:25
108:9 109:1
**system**
2:15,24 4:23
17:13 51:23
58:25 65:18
87:3 93:17
99:1 106:10

House Floor Debate                    April 23, 2007

112:10
113:17

**T**

**table**
47:23 66:17
66:20,21
67:3 69:16
75:8 77:14
81:17 82:1
82:16,18
83:2 99:22
**take**
10:3 22:16
24:21 25:5
31:21 47:8
47:12 48:23
57:1 59:23
59:25 61:8
62:22,23
66:18 67:5
71:3 77:16
83:6,7
90:10
112:12
**taken**
20:14 22:11
22:17 23:17
31:6 45:19
45:20 46:10
64:20 66:14
98:18 117:3
121:13
**takes**
89:21 90:8
**talk**
12:10 13:16
20:9 95:4
95:24
**talked**
13:18 17:22
**talking**
25:19 43:13
51:5,18
77:2,7,14
77:17 97:5
116:10,11
119:23

**Talton**
68:8
**tandem**
23:18
**Tarrant**
68:24
**task**
54:23 55:5
55:10
**tax**
5:4 80:7
116:16
**Taylor**
67:24 68:8
**team**
32:6,23 33:6
33:22 34:1
34:20 35:3
35:5,7,10
35:16,19
36:3,11,14
**teams**
32:14,19
34:18
**team's**
35:23,25
**technical**
92:21
**technique**
33:10
**teeth**
56:16
**tell**
30:6 48:9
57:18 58:20
71:24 76:14
79:5 96:4
97:1 99:6
106:14
110:7
113:23
**temporarily**
67:15,21
68:3 86:12
**ten**
46:16 78:18
**tenacious**
33:8

**term**
93:10
**terms**
63:19
**testified**
5:5
**testing**
75:1
**Texans**
3:10 27:22
29:15 30:10
42:6,8
59:23 60:1
74:13 88:20
91:20
**Texas**
5:20 6:1,7
6:11,25 7:4
7:6 26:17
32:7,19
33:16,20
34:2 36:4
40:10 41:10
41:13,21,25
44:8 50:3
55:12 60:3
64:5 70:9
70:12,15,18
70:19 71:11
71:17 72:18
75:24 86:5
86:6 88:4
93:1 95:19
95:21 99:7
105:21
113:7 114:3
114:24
121:1,6,20
**thank**
2:21 4:20
6:20,20
10:20 31:2
31:3 36:17
37:24 46:25
47:7 53:10
53:21 54:19
55:12,14
61:21,22

71:21 72:15
74:6 75:15
81:20 86:18
89:11 91:8
101:18,19
102:3
**thing**
20:11 42:4
92:11
105:12
109:20
112:1 114:2
**things**
12:15 23:21
24:5 25:25
26:3 28:1
43:11,18
58:16 60:24
62:20 71:25
92:21
107:12
109:23
**think**
2:25 10:18
13:21 14:16
16:1,3 17:4
29:8 39:11
39:14 41:2
41:15 42:15
43:1 45:11
47:8,12,18
47:20 48:17
48:22,23
50:24 56:4
56:9 57:1
57:12,21,22
57:23,25
58:1,4
59:22 60:10
61:17 62:21
74:21,22
75:3,6,21
76:25 78:20
80:5 81:5,6
81:23 88:6
93:8,12,19
94:2 97:9
97:10,10

103:5 106:8
106:18
108:9,10,12
109:4,13,15
109:17
110:10,11
113:5 114:5
114:22
116:17
119:9 120:3
**third**
35:4
**Thompson**
68:24
**thought**
20:7,10 77:7
77:9 118:22
**thousands**
40:18
**three**
32:25 34:21
37:2 74:9
82:2
**three-year**
35:23
**thrown**
20:8
**tickets**
61:18
**tie**
51:21 52:22
**tightened**
53:16
**time**
4:18,19 6:18
6:19 10:1
14:17 18:11
18:14 30:18
30:23 35:11
37:19 43:13
46:8,17
50:19 53:3
66:13 71:23
72:7,10
73:18 79:17
80:6 81:16
82:4,8 87:3
90:13 95:13

TX_00212314

USA_00022604

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 18 of 123

| | | | | |
|---|---|---|---|---|
| 95:22 98:17 | 68:19 | 90:24 91:5 | 60:5,10 | **undeniable** |
| 103:13 | **treat** | 91:9 92:13 | 118:3,6,18 | 33:8 |
| 106:5 | 93:18 | 92:16,19,22 | 118:18 | **undergo** |
| 111:25 | **treated** | 93:6 94:2,8 | **twice** | 75:1 |
| 114:1 117:2 | 95:21 96:1,3 | 94:18 95:4 | 2:12 13:13 | **understand** |
| 117:5,7,9 | **treating** | 96:4,12,24 | 32:25 | 12:5 14:10 |
| 120:4 | 104:20,21 | 97:13,21 | **twisted** | 56:5,8 |
| **times** | **tremendous** | 98:8,12,19 | 19:6 | 63:16,18 |
| 5:14 20:24 | 33:14 | 98:25 | **twisting** | 76:18 93:14 |
| 21:4,12,23 | **tried** | 101:20,21 | 18:6 | 94:10 97:8 |
| 22:24 23:2 | 116:12 | 101:22 | **two** | 97:21 |
| 24:23 109:2 | **tries** | 102:2,3,8 | 8:14 15:15 | 100:18 |
| 111:21 | 63:15 | 102:14,20 | 23:19 27:12 | 105:3 |
| **time-cons...** | **trip** | 103:3,9,21 | 29:22 32:12 | 108:18 |
| 40:12 | 65:16 | 104:4,14,16 | 32:20 37:22 | 109:10 |
| **title** | **true** | 104:23 | 43:24 57:4 | 115:15 |
| 32:5 33:23 | 22:11 23:12 | 105:8,14,17 | 57:5 64:11 | **understan...** |
| 34:18 | 23:14,23,25 | 105:22 | 66:1 79:18 | 91:16 |
| **titled** | 25:12,21 | 106:1,20,25 | **TXU** | **understood** |
| 118:1 | 59:22 | 107:4,10,24 | 114:8,10,13 | 56:22 61:9 |
| **tobacco** | **Truitt** | 108:5,12,17 | 114:18,23 | **unfairly** |
| 3:18 | 68:8,25 | 108:21 | 115:10 | 19:19 |
| **today** | 72:11,14,15 | 109:10,13 | **TXUs** | **unfortuna...** |
| 35:4 42:22 | **trumps** | 109:24 | 114:19 | 72:20 |
| 50:17 55:6 | 3:22 | 110:9,16,17 | **tying** | **uniform** |
| 56:11 85:20 | **try** | 110:19,20 | 17:6 | 103:17 |
| **told** | 40:12,14 | 111:12,13 | **type** | **uniformly** |
| 5:9 29:25 | 65:5 96:23 | 111:15,18 | 11:20 12:12 | 115:20 |
| **Tony** | **trying** | 112:2,16,19 | 119:21 | **United** |
| 54:6 | 24:20,24 | 114:5,16 | **types** | 8:1 56:21 |
| **tools** | 40:10 41:14 | 115:3,5,7 | 11:6 | 58:25 61:9 |
| 17:2,8 | 41:16 48:15 | 115:11,18 | | 61:14 64:12 |
| **total** | 52:16 59:18 | 115:24 | ───── **U** ───── | 70:5 109:19 |
| 25:2 | 88:18 106:4 | 116:3,23 | **unable** | 116:22 |
| **Toureilles** | 108:24,25 | 117:10,19 | 58:6 60:22 | 117:17 |
| 68:17 | 109:20 | 117:23 | **unanimous** | **universal** |
| **tournament** | **Tulane** | 118:9,20 | 31:1 | 56:5,10,11 |
| 32:24 | 36:2 | 119:5,11 | **unbeaten** | **University** |
| **traditional** | **turn** | **Turner's** | 32:13,20 | 32:24 36:2 |
| 61:8,13 | 63:9 | 99:22 100:6 | **uncitizens** | 40:25 41:7 |
| **tradition...** | **turned** | 100:11,18 | 9:2 | 70:23 71:4 |
| 56:21 | 82:8 | 101:10,13 | **unconstit...** | 73:10 |
| **traffic** | **Turner** | 117:7 | 93:5,7 | **unrealistic** |
| 60:23 | 68:25 86:15 | **turning** | **undefeated** | 110:5,7 |
| **transcript** | 86:17,18 | 61:16 80:6 | 34:21 | **upheld** |
| 121:7 | 88:13 89:12 | **turns** | **undefended** | 9:6 |
| **Travis** | 89:14 90:1 | 46:1 | 3:14 | **uphold** |
| | 90:10,16,19 | **turn-out** | | 10:2 |

TX_00212315

USA_00022605

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 19 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 133 of 281

House Floor Debate                                    April 23, 2007

150

upholding
9:8
upset
99:9
urban
76:1
USA
35:4
use
27:17 38:25
  39:3 49:24
  93:9
usually
49:6,7
utility
44:11
utilization
70:12
utilize
89:3
utmost
98:4
Uvalde
55:8
U.S
5:6 7:11
  8:18,21,24
  9:7,8 10:3
  44:1,4,6,19
  46:4 55:7

_____ V _____
vacations
86:3
Vaguely
116:23
  117:19
valid
5:17,22 44:2
  83:22
validate
6:7 7:4
validated
6:11
validation
5:24
valuable

36:7
Van
68:8
variety
23:21
Vaught
68:25
Vaya
54:6
Veasey
69:9
verification
4:24 67:4,6
  83:8,9
  84:10
verify
3:23 8:6
  15:16 17:13
  69:2,3,5
  83:5
victory
32:10,17
  36:6
video
121:9
Vietnam
39:3
view
25:8
Villareal
115:1,4,9,14
  115:19,25
  116:21,24
  117:4,12,16
  117:20,24
  118:17,21
  119:6
Villarreal
68:25 114:15
violation
101:1
violent
55:3
visited
50:3
visiting
86:1

visits
85:21
Vo
68:25
voice
70:25 113:5
voiced
113:7,8,10
VOLUME
1:9
vote
2:9 3:4,22
  4:5 5:1,3
  8:4,5,11,12
  8:17 10:4,9
  15:23 17:14
  18:16,17,18
  27:11,19,19
  28:2 38:2,7
  38:9,15,17
  40:22 45:23
  50:19 51:12
  51:25 53:16
  57:3,15,18
  57:19 58:1
  58:1,6,7,16
  58:17 59:1
  60:11,12,13
  60:17,21
  61:19 62:24
  63:7,12,15
  63:17 64:6
  64:10 65:5
  65:22 66:17
  66:22,22,23
  68:11 76:12
  78:16 79:18
  81:3,4,14
  81:15,22
  82:1,15,19
  82:20,20,21
  84:10 91:4
  91:23 96:18
  97:3,3,5
  100:8,23
  106:13
  108:25
  110:1,2

113:20
115:17,20
116:15,16
117:6,6,11
118:14
119:14,16
119:20,23
voted
5:13 6:12
  12:16 15:11
  18:19 48:11
  48:13 63:13
  63:17 67:1
  74:25 82:25
  91:14 117:8
voter
2:5 3:24
  4:21,24 5:1
  5:5,8,16
  6:5 7:2,7
  7:21 8:2,8
  8:10,13 9:2
  11:2,6,13
  11:20,21,24
  12:4,9
  14:15,18,24
  15:1,8,19
  16:23 17:5
  18:1 23:12
  23:24 24:7
  26:1,6,21
  29:24 38:6
  39:8 43:2,2
  43:5 44:14
  44:24 45:6
  45:19 49:1
  49:10 50:4
  50:6,10,16
  50:20 51:21
  51:23 57:3
  62:25 63:5
  63:11,15,24
  63:25 64:2
  64:8,20,22
  65:19,25
  75:8 76:22
  78:21 79:4
  79:16,22

80:3,12,12
81:8 87:12
91:17,19
92:6,7,7,10
94:9,12,14
95:9 96:3
97:15 98:1
98:5 100:9
102:9 103:1
103:7,18,23
105:9,13,20
105:23
106:4,9,21
106:23
107:8 109:3
109:14,21
111:5,7
112:24
113:2
115:21
116:18,19
118:2,5,10
119:2,16
120:4,4
voters
3:2 6:6,6,10
  7:3,3 9:4,9
  9:14 11:17
  19:17,21
  20:8 25:9
  37:8,21
  40:7 41:24
  76:2 93:2
  93:18 96:9
  99:9,10
  104:6
  107:18
  109:5
  111:16
  113:8,21,22
  114:3
  118:14
  119:3,4
voter's
85:5
votes
9:4,20,23,25
  16:15 67:8

TX_00212316

USA_00022606

House Floor Debate                                              April 23, 2007

| | | | | |
|---|---|---|---|---|
| 83:6 | 23:24 52:25 | 110:15 | win | 99:17 105:7 |
| **voting** | **waiting** | **week** | 33:8 | 106:15 |
| 2:12,12,14 | 52:23 55:16 | 114:8,8,10 | **winning** | **working** |
| 2:16,23 4:1 | **waive** | **welcome** | 32:4,25 | 85:24 93:15 |
| 4:23 8:19 | 37:3,8 | 31:16,17 | 33:22 34:25 | 99:17 |
| 8:22 9:12 | **walk** | 54:12 55:11 | **wins** | **world** |
| 9:17,20 | 76:12,12 | 73:23 86:6 | 34:22 | 56:2 113:20 |
| 10:5,7,22 | **Wall** | **welcoming** | **wish** | **worse** |
| 11:8 12:3 | 3:6 | 53:23 | 71:8 | 19:19 60:4 |
| 12:17,21 | **want** | **Wendy** | **wishes** | **wouldn't** |
| 14:15 20:5 | 9:24 12:5 | 54:8 | 33:23 71:13 | 12:12 21:7 |
| 23:22 27:20 | 13:8 35:9 | **went** | 72:25 | 73:12 |
| 37:5 38:10 | 41:17 49:22 | 18:7 20:3,9 | **withdrawn** | 100:20 |
| 39:6,9 | 58:9 59:19 | 34:23 35:2 | 83:10 84:10 | **write** |
| 40:20 48:22 | 59:20,25 | 84:12 | 86:12 | 117:14 |
| 57:24 58:5 | 64:14 72:8 | **Weren't** | **witnessed** | **written** |
| 58:7,21,22 | 95:10,11 | 23:16 | 15:11 | 23:1,2,2 |
| 59:20,20 | 108:17 | **west** | **woman** | 90:21 91:6 |
| 60:5 66:5 | 119:15,17 | 33:3 68:9 | 5:10 13:17 | 91:10 94:4 |
| 66:24,25 | 119:19 | 85:25 | 13:24 | 102:6 |
| 67:3 69:7,8 | **wanted** | **we'll** | **women** | 110:22 |
| 78:14 80:14 | 63:20 | 48:21 94:14 | 34:16 97:3 | **wrong** |
| 80:23 81:2 | **wants** | 117:15 | 113:8 | 16:10 116:17 |
| 81:12 82:11 | 27:19 83:5 | **we're** | **won** | |
| 82:23,24,24 | **Warner** | 17:7 27:10 | 33:17 35:21 | _____ |
| 83:2 87:2,6 | 51:17 | 27:11 36:18 | 35:22 | **Y** |
| 87:13,16 | **wasn't** | 43:12 57:11 | **wondered** | |
| 88:7 90:20 | 23:1 71:25 | 61:7 64:9 | 56:18 | **yeah** |
| 91:1,11,25 | **water** | 64:10 65:24 | **Wooley** | 14:13 64:10 |
| 92:2 93:19 | 43:4 | 77:2,14,15 | 68:9 | 77:8 |
| 95:10,12,14 | **way** | 80:6 84:21 | **word** | **year** |
| 95:16 96:20 | 23:1 26:11 | 93:10 94:14 | 22:17 25:5 | 34:22 35:20 |
| 96:21 98:20 | 33:2 40:19 | 97:18 | 79:12 85:5 | 35:24 87:25 |
| 100:7,22 | 42:4,7 | 100:12 | 85:8 | 88:8,8,10 |
| 103:12,13 | 43:12 47:17 | 112:22 | **words** | 92:1,2 |
| 103:24 | 55:21 58:10 | 116:10,11 | 19:6 44:22 | 115:13,13 |
| 106:6 | 58:19 79:24 | **we've** | 108:14,16 | 116:9 |
| 107:17 | 82:4 88:18 | 2:18 12:8 | 116:13 | **years** |
| 108:23 | 90:20 91:5 | 27:18 61:8 | **work** | 4:5 32:18,23 |
| 111:1,3 | 91:9 96:2,3 | 75:5 80:18 | 19:15 36:12 | 39:12 43:24 |
| 112:6,20 | 99:13 100:9 | 81:15 92:8 | 60:21,23 | 50:21 58:23 |
| 113:14,22 | 104:21 | 109:20,22 | 109:7 | 70:4 71:12 |
| 114:20 | 108:18 | **whale** | **worked** | 71:24 72:1 |
| 115:12 | 112:9 119:1 | 72:24 | 70:4 72:6 | 74:15 76:5 |
| 119:18 | **ways** | **white** | **worker** | 76:20 77:1 |
| | 47:20 50:14 | 91:21 | 3:22 | 78:5,18 |
| _____ | 51:9 79:12 | **wife** | **workers** | 82:2,11,13 |
| **W** | 80:2,4 | 73:21 85:23 | | 87:8,9 |
| **wait** | | | | 90:20,20,20 |
| | | | | 90:20 91:11 |

TX_00212317

USA_00022607

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 21 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 135 of 281

House Floor Debate                                            April 23, 2007

152

91:12,12,24
91:24,24
95:14,14,16
103:12
106:6,7
108:23,23
109:21
111:1,1,1,3
111:3
113:22
115:13
118:13
**year's**
36:6
**Yellowjac...**
32:6,16 33:1
33:15,21
34:17,23
35:2,4,16
36:17
**yield**
4:15,16 6:16
6:17,23
10:12,17
19:2 37:15
37:16,17
46:23 48:3
48:5 54:17
59:6,7
61:25 62:1
75:11,12
88:14 89:7
92:13,14,17
98:7,8
100:1,2
101:23
111:10,12
111:13
115:2,4,7
120:5
**yielded**
46:19,21,24
48:3
**yields**
19:4 59:9
62:3 75:14
89:10 92:18
100:3 102:1

111:14
115:6
**York**
20:23 21:4
21:12,23
22:24 24:23
27:4 29:14
29:20 30:2
40:25 41:7
**young**
20:4 34:16
47:19 57:22

**Z**

**Zavala**
68:20
**Zedler**
68:9 99:23
99:24,25
100:4,20,25
101:12,18
106:11
114:22
**zero**
14:24 15:2
29:6,8
**Zerwas**
68:9

**$**

**$35,000**
116:9

**0**

0
32:21 34:25
**035**
26:24

**1**

1
5:15,24
84:12,13
89:25 90:8
90:11 91:2
**1st**
87:25 89:2
89:21 95:20

101:15
110:24
118:15
**1.1**
7:3
**1.7**
6:6
**10**
28:19,25
76:5 118:7
**105**
34:22
**11**
27:5 36:5
**12**
41:24
**12-31-13**
121:21
**13**
34:22
**14**
41:20
**140,000**
7:22
**1413**
31:22 32:1,3
**15**
76:5 116:8
**1529**
69:17,20
**17**
36:3
**18**
4:5 30:15
43:10 104:5
116:8
**18,230,066**
6:10
**19**
24:17 25:8
104:5
**192**
69:13
**1920**
97:4
**1960s**
2:8

**1965**
69:23 97:5
**1972**
50:24

**2**

**2**
29:3,14
84:13
**2.5**
24:7
**20**
13:11 28:12
28:20,25
77:1 87:9
116:6
**200,000**
29:2
**2001**
70:6
**2002**
16:14 117:21
**2005**
5:7 20:25
21:24
**2006**
5:4,15,18,24
32:4 33:1
116:5
**2007**
9:8 32:4,12
33:5 34:17
71:2 89:21
89:25 90:8
90:11 91:2
101:15
**21**
104:5
**218**
2:2,4 8:3,9
8:12 10:5
38:8 89:4
102:5,21,22
103:10
105:9,15,18
107:25
108:6,7,21
110:7,22

112:25
**22**
5:4
**23**
20:25 21:24
**253,000**
6:6 7:3
**26**
70:4

**3**

**3**
118:6
**3rd**
32:12
**30**
54:25 71:24
87:8 103:12
**325**
69:13
**333071**
1:1
**35**
5:7
**39**
34:25

**4**

**4**
9:7
**4,000**
40:6 45:5
64:19 65:1
**40**
32:4,21 72:1
76:20 87:8
113:22
**40-year**
104:3
**42**
54:10 71:12
**46**
18:20
**48**
32:15

**5**

**5**
36:5
**5-A**
32:5 33:23
 34:17
**5.7**
118:7
**5:00**
60:22
**50**
13:11 69:14
 69:22 82:11
 113:22
**507**
69:13
**54**
32:17 35:6
**59**
32:17 35:6

--- 6 ---

**6**
30:15 59:12
**62**
61:10,11
 77:23
**64**
117:8
**65**
30:16 42:23
 47:8,13,19
 55:21,21
 56:3,12,19
 56:22 61:9
 61:13,16
 66:18 75:5
 75:19 76:25
 77:3,7,13
 77:22 81:6
 81:22 116:8
**67**
61:11,12
**68**
67:2
**69**
83:1

--- 7 ---

**7th**
9:7
**70**
75:5
**71**
67:2
**72**
42:25 69:16
 81:23
**73**
69:15 81:23
 83:1
**75**
74:8,8,13
 75:4 77:10
 77:12,14,20
 81:6 82:2
 82:13
**78**
56:8
**79**
56:8

--- 8 ---

**8**
89:20 90:7
**80**
3:7 26:22,25
 28:12 37:4
 37:4,8,21
 37:23 39:12
 42:22 47:17
 47:22 48:7
 48:15,18,23
 48:25 49:8
 49:10,25
 51:7 56:2,7
 56:8 61:6
 74:7,21
 75:4,7,19
 117:8
**80th**
33:20 71:11
**8462**
121:20
**85**
3:10 42:5

--- 9 ---

**9:00**
60:21
**90**
42:15 74:25
 75:19 76:2
**91**
18:19
**91-year**
38:2,4
**98,438**
6:12

TX_00212319

USA_00022609

121

TEXAS HOUSE OF REPRESENTATIVES

HOUSE FLOOR DEBATE

4/23/07 2nd READING HB 218

VOLUME 2

Transcribed on April 21, 2012

JA_007728

TX_00212320

USA_00022610

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 24 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 138 of 281
House Floor Debate - Volume 2                                    April 23, 2007

122

                        PROCEEDINGS

1                   MR. TURNER:  What price do we put on

2       maintaining a person's right to vote?  And I would

3       suggest --

4                   MR. PHILLIPS:  -- the person tries to make

5       sure they voted for --

6                   MR. TURNER:  Let me finish.  Let me finish.

7       Let me finish my thought.  And that point is people have

8       fought and died for the right to vote, okay?  And to argue

9       to me about the administrative cost for persons to have

10      the right to vote is not a winning argument for me, not

11      when people are fighting and dying for other people to

12      have the right to vote.  So, don't argue with me because

13      I'm not (inaudible).

14                  MR. PHILLIPS:  I'm asking you questions

15      about this so we understand your amendment.  Subsequently,

16      if there's somebody that's voted and they should not have

17      been voting legally, your amendment is going to make it to

18      where they can continue to vote illegally.

19                  So, not only are we -- not only are you

20      saying you're setting hurdles, what you're really doing is

21      you're saying if someone has voted illegally in the past

22      and shouldn't, then they are going to be able to do that

23      because they -- they have been voting.

24                  MR. TURNER:  Absolutely not.  What I said

TX_00212321

USA_00022611

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 25 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 139 of 281
House Floor Debate - Volume 2                                    April 23, 2007

123

1      is --

2                      MR. PHILLIPS:  That's the concern that I

3      have of your amendment.

4                      MR. TURNER:  Absolutely not.  Let me

5      finish.  Let me just say whatever the attorney general

6      needs -- whatever the attorney general needs in order

7      to -- in order to enhance the integrity of our system, I'm

8      prepared to give it to him.  Whatever he needs.  If he

9      needs more money in order to weed out people who are

10     engaged in voter fraud, I'm willing to give that to him

11     because I think that's a better way of getting to this

12     problem.  But people are already -- Representative Brown

13     took an amendment that says if you're 80 years or older

14     you don't have to go through this.

15                     MR. PHILLIPS:  This amendment is in the

16     same vein.  I think it separates things and allows people

17     to continue.  You know, we had an election contest last

18     session.  Someone had been voting that was not supposed to

19     be voting out of that because they were not a citizen, and

20     that came up as an issue.

21                     MR. TURNER:  That wasn't voting

22     impersonation.  That person had voter ID, Mr. Phillips.

23                     MR. PHILLIPS:  I'm just saying there are

24     issues and if we can make sure and assure the public -- if

25     we can assure the public by simply showing an ID that they

TX_00212322

USA_00022612

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 26 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 140 of 281
House Floor Debate - Volume 2                                    April 23, 2007

124

```
 1     have confidence in the elections, that's what we need.
 2                    MR. TURNER:  But Representative Phillips,
 3     why is there a (inaudible) in that saying to Texans who
 4     have every right to vote.  We want to encourage you to
 5     vote.  We want you to vote.
 6                    MR. PHILLIPS:  We need more people to vote.
 7                    MR. TURNER:  I'm not hearing that today.
 8     Maybe is that my ignorance.  Maybe it's my ignorance
 9     because there are people who are fighting for other people
10     to have the right to vote.  I'm not understanding.
11                    MR. PHILLIPS:  The states that have enacted
12     the same legislation we're looking at, they have higher
13     percentage participation than we do.  So, if you look --
14                    MR. TURNER:  I don't know about that
15     because there's several states who have enacted similar
16     bills and their laws were struck down because they weren't
17     Constitutional.
18                    MR. PHILLIPS:  -- higher participation
19     rates in voting than we do.
20                    MR. TURNER:  All my amendment does --
21                    MR. PHILLIPS:  They are bringing the
22     concern that I think the complications your amendment
23     brings is not worth it to put on this legislation, and I
24     would ask you to bring -- bring it to a conclusion.
25                    MR. TURNER:  Representative Phillips, all
```

TX_00212323

USA_00022613

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 27 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 141 of 281
House Floor Debate - Volume 2                                         April 23, 2007

125

1     my amendment does is that it grandfathers people who have

2     already been voting in the political process for years and

3     years.  It is in the same spirit that we voted on TXU, and

4     we grandfathered them in.  What's the difference?

5                    MR. JACKSON:  Mr. Speaker --

6                    SPEAKER:  Mr. Jackson, for what purpose?

7                    MR. JACKSON:  Mr. Turner, does reality ever

8     get in the way of your philosophy?

9                    MR. TURNER:  Does reality --

10                   MR. JACKSON:  Ever get in the way of your

11    philosophy?

12                   MR. TURNER:  I would like to think that

13    reality and my philosophy go hand and hand.

14                   MR. JACKSON:  Sometimes reality gets in the

15    way of my philosophy, and I want to tell you as somebody

16    who has had to help recruit people to run elections,

17    this -- this would -- reality makes your amendment in my

18    opinion very unpractical because it's very, very difficult

19    to get people to do elections and this would take more

20    people.  It's not money.  It's people.  And it's very

21    difficult to do.

22                   MR. TURNER:  And, Representative Jackson --

23                   MR. JACKSON:  This would be a terrible

24    amendment for the elections department and for the people

25    running the --

TX_00212324

USA_00022614

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 28 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 142 of 281
House Floor Debate - Volume 2                                    April 23, 2007

126

1          MR. TURNER:  Representative Jackson -- and

2     I respect your comment but, Representative Jackson, let me

3     tell you what my reality is.

4          MR. JACKSON:  Okay.

5          MR. TURNER:  For people in my background

6     who have been denied the right to vote for years and years

7     and who have died and who have been harmed and who have

8     had to go through poll taxes, they are already discouraged

9     in having the right to vote.  And when you impose an

10    additional hurdle like this, it may not impact your

11    reality, but it certainly impacts mine.

12          So, I bring forth this amendment in order

13    to hold to your reality and to protect mine.  It shouldn't

14    be a win-lose.  It should be a win-win.

15          MR. JACKSON:  It's lose-lose -- so your

16    people can vote, it's going to be a lose-lose.

17          MR. TURNER:  Then if it's a lose-lose, then

18    218 should be a lose-lose because I didn't bring 218.  And

19    so, if it's a lose-lose --

20          SPEAKER:  Mr. turner, the gentleman's time

21    has expired.

22          MR. TURNER:  I ask you to vote for the

23    amendment.

24          SPEAKER:  -- sustained.  Members, the

25    question occurs on the adoption -- members, the question

TX_00212325

USA_00022615

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 29 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 143 of 281
House Floor Debate - Volume 2                                    April 23, 2007

127

```
 1    occurs on the motion to table of the Turner amendment.

 2    All those in favor of the motion to table vote aye.

 3    Opposed, vote no.  Clerk, ring the bell.  Show Ms. Brown

 4    voting aye.  Show Mr. Turner voting no.

 5              Have all voted?  There being 75 ayes, 68

 6    nays, the motion to table prevails.  Mr. Turner, that was

 7    75/68.  The other vote was 80/54.  You did a great job

 8    with your speech to reverse it.

 9              Following amendment.  The clerk will read

10    the amendment.

11              CLERK:  Amendment by Anchia.

12              SPEAKER:  Chair recognizes Mr. Anchia.

13              MR. ANCHIA:  Thank you, Mr. Speaker,

14    members.  During the layout of the bill and the subsequent

15    debate, one assumption has not been retested, and that is

16    the need for this bill.  The Texas attorney general in

17    2005 said he was going to vigorously pursue voter fraud in

18    this state.  Prosecuted approximately five cases, none of

19    which dealt with voter impersonation.

20              The Elections Assistance Commission, the

21    highest body related to assisting election officials,

22    looked into this issue and could not find any cases

23    nationwide of voter impersonation.

24              In Missouri where they looked at this

25    issue -- and that's the third state in the country to
```

TX_00212326

USA_00022616

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 30 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 144 of 281
House Floor Debate - Volume 2                                April 23, 2007

128

1      impose a photo ID -- the then Secretary of State and now

2      Governor Blunt looked for voter impersonation and couldn't

3      find it.

4              In Ohio, a state-wide survey of 88 county

5      boards of election looked for ineligible persons

6      attempting to vote and voter impersonation.  There's no

7      evidence in Ohio of voter employee impersonation.

8              In Washington state the looked at 2.8

9      million ballots and, similarly, no evidence.  The Carter

10     Baker Commission looked at this issue and reported that

11     since October 2002 federal officials have charged 89

12     individuals nationwide with casting multiple votes,

13     providing false information about their felony status,

14     buying votes, submitting false information, and improperly

15     voting.  Whether or not these 89 cases nationwide that

16     were found by the Carter Baker Commission constitute an

17     epidemic or extensive voter fraud, I'll let you draw your

18     conclusions because in those 89 cases you also had

19     hundreds of millions of votes cast but none of those 89

20     cases would have been prevented by HB218.  Zero,

21     Mr. Zedler, none.

22             When we asked the Secretary of State's

23     office how many cases of voter impersonation have you

24     gotten complaints about in this state, zero cases.  When

25     we asked the attorney general's office when we were

TX_00212327

USA_00022617

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 31 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 143 of 281
House Floor Debate - Volume 2                                    April 23, 2007

129

1    hearing this bill, we asked how many cases of voter

2    impersonation are you currently investigating?  Zero

3    cases.

4              So, I ask you:  When we're looking at the

5    right to vote and we see no voter impersonation, there

6    must be something else going on.  And you know what?  I

7    respect Representative Brown's about dead people voting.

8    I respect her concerns about non-citizen voting, but

9    neither of those are impacted by HB218 or would be

10   prevented by 218.

11             So, I have an amendment -- an amendment to

12   the amendment that's very similar to a bill that's going

13   to be coming to the floor very soon -- it's in

14   calendars -- by Representative (inaudible), and there's a

15   similar bill by Senator Janek, and it says that county

16   registrars are required to report to the Secretary of

17   State's office for purposes of harmonizing the statewide

18   database any people who show up on -- who are deceased or

19   any non-citizens who have disqualified themselves from

20   jury duty by checking the box that says non-citizen.

21             MR. CORTE:  Mr. Speaker --

22             MR. ANCHIA:  And just real, real quick,

23   Mister --

24             MR. CORTE:  -- point of order for further

25   consideration that this amendment violates Rule 11,

TX_00212328

USA_00022618

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 32 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 146 of 281
House Floor Debate - Volume 2                          April 23, 2007

130

1      Section 1 and 2 and 3, Section 30 of the Texas

2      Constitution.

3                  SPEAKER:  Bring the point of order down

4      front.

5                  Members, the point of order -- point of

6      order is respectfully sustained.

7                  Following amendment.  The clerk will read

8      the amendment.

9                  CLERK:  Amendment by Liebowitz.

10                 SPEAKER:  Chair recognizes Mr. Liebowitz.

11                 MR. LIEBOWITZ:  Thank you, Mr. Speaker.

12     Members, this amendment exempts victims of weather-related

13     disasters like Hurricanes Katrina or Rita from the

14     requirement of providing multiple IDs to vote for one

15     year.  It only applies to victims of a weather-related

16     disaster for which the governor issues a declaration of

17     disaster.

18                 After a disaster, many people lose

19     everything they own, including all their IDs and all their

20     official documents like birth certificates.  Many people

21     lose their vehicles, and public transportation systems get

22     disrupted for months after a disaster.  That could make it

23     extremely difficult for citizens go get around to the

24     different government offices to get replacement documents.

25     This amendment gives victims one year to get their lives

TX_00212329

USA_00022619

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 33 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 147 of 281
House Floor Debate - Volume 2                                    April 23, 2007

131

1    together and get their officials papers reproduced if need

2    be.  I move adoption.

3              SPEAKER:  Chair recognizes Ms. Brown.

4              MS. BROWN:  I have to oppose this

5    amendment.  I understand what he's trying to do, and if we

6    could figure out a way to do it and keep it tight, then I

7    could support it.

8              How are these people going to prove -- how

9    are you going to prove that you are a victim at this point

10   of a hurricane?  And as terrible as it is that those

11   people have gone through all of these problems, by now I

12   think they should have been able to acquire some form of

13   ID.  If nothing else is to take advantage of all the

14   assistance that's been offered them.

15             So, I really think we're going to have to

16   oppose this to keep from opening the door to other forms

17   of fraud.

18             SPEAKER:  Mr. Zedler, for what purpose?

19   Ralph?

20             MS. BROWN:  Mr. Speaker, members, I

21   withdraw my objection to the amendment and I think we're

22   going to have a little legislative intent established

23   here.

24             SPEAKER:  Chair recognizes Mr. Liebowitz.

25             Ms. Brown, for what purpose?

TX_00212330

USA_00022620

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 34 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 148 of 281
House Floor Debate - Volume 2                                    April 23, 2007

132

1          MS. BROWN:  Would the gentleman yield for a

2     question, please?  Mr. Liebowitz, your amendment is

3     dealing with future disasters?

4          MR. LIEBOWITZ:  Yes, ma'am.

5          MS. BROWN:  We hope we never have one, but

6     chances are something would happen.  And in that case --

7     and you don't have in mind a drought or anything that

8     would not interfere with a person's normal activity so

9     that they could -- so they still have access to vote their

10    ID, their papers and so on.  You're talking about a severe

11    natural disaster that would disrupt daily life to the

12    point that someone would not have access to their records;

13    is that correct?

14         MR. LIEBOWITZ:  Yes, ma'am, that's correct.

15    And if Rita had hit Houston head-on and there had been

16    significant devastation, all this says is that from --

17    after the state of disaster expires, the proclamation by

18    the governor, from a year from that date of the expiration

19    of the proclamation of the disaster forward that if

20    someone cannot present the two IDs then they are still

21    going to be allowed to vote.

22         MS. BROWN:  It would revert to present law?

23         MR. LIEBOWITZ:  Yes, ma'am.  If they were

24    in a county that was part of the declaration of disaster

25    by the governor's office.

TX_00212331

USA_00022621

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 35 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 149 of 281
House Floor Debate - Volume 2                                    April 23, 2007

133

1          MS. BROWN:  And they were registered

2    voters.

3          MR. LIEBOWITZ:  Yes, ma'am.

4          MS. BROWN:  Showing on the records that

5    they were registered voters, it would revert to present

6    law?

7          MR. LIEBOWITZ:  Yes, ma'am.

8          MS. BROWN:  And your intent is not to

9    interfere with the intent of my bill?

10         MR. LIEBOWITZ:  No.  What I was concerned

11   about, Rita hitting Houston and terrible devastation and

12   an election being three weeks later, for example.

13         MS. BROWN:  And the period of one year, you

14   would set for what reason?

15         MR. LIEBOWITZ:  I just thought that was a

16   reasonable period of time from the date -- given that we

17   have election cycles and elections don't happen every day

18   or every week or even every month -- to allow between the

19   time they are digging the mud out of their homes and

20   bailing the water out and trying to reconstruct their

21   lives that it would be a reasonable period of time within

22   which they could have to get their duplicate documents.

23         MS. BROWN:  All right.  Thank you,

24   Mr. Liebowitz.

25         SPEAKER:  Mr. Liebowitz sends up an

TX_00212332

USA_00022622

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 36 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 150 of 281
House Floor Debate - Volume 2                                    April 23, 2007

134

1      amendment.

2                      MS. BROWN:  Mr. Speaker?

3                      SPEAKER:  Ms. Brown, for what purpose?

4                      MS. BROWN:  I move that we reduce the

5      conversation that we had to writing and put in the House

6      journal, please.

7                      SPEAKER:  Everyone heard the motion.  Is

8      there any objection?  Chair hears none.

9                      Mr. Liebowitz sends up an amendment.  The

10     amendment is acceptable to the author.  Is there any

11     objection?  Chair hears none.

12                     Mr. Veasey?

13                     CLERK:  Amendment by Veasey.

14                     SPEAKER:  Chair recognizes Mr. Veasey.

15                     MR. VEASEY:  Thank you, Mr. Speaker,

16     members.  This amendment that I have is a simple

17     amendment, and it exempts from this bill Texas limited

18     counties that have failed under Section 5 of the Voting

19     Rights Act to acquire pre-clearance for voting method or

20     change.  And basically what this would do is the counties

21     that have currently or that have been in trouble in the

22     past for parts of Section 5, it would exclude them from

23     this bill.

24                     MS. BROWN:  Mr. Speaker, members -- I'm

25     sorry.

TX_00212333

USA_00022623

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 37 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 151 of 281
House Floor Debate - Volume 2                                    April 23, 2007

135

1            SPEAKER:  Chair recognizes Ms. Brown.

2            MS. BROWN:  Mr. Speaker, I have to oppose

3    this amendment.  We need to keep our -- the law uniform

4    across the state so that people understand what we expect

5    of them, so that our election workers understand what's

6    expected of them, and we certainly -- by this, we are

7    certainly not supporting, recommending any kind of voter

8    discrimination, any kind of obstacle placed in the way of

9    legal voters.  We are encouraging people to get out and

10   vote, but this is back to the beginning.  This bill is

11   about the integrity of the election process.  We want

12   to -- to make that as strong as possible and to restore

13   confidence in our election system.

14            So, I do move to table the amendment.

15            SPEAKER:  Mr. Veasey to close.

16            MR. VEASEY:  Well, I want to respectfully

17   disagree with --

18            MR. ORTIZ:  Mr. Veasey, what is the intent

19   of your amendment?

20            MR. VEASEY:  Right now, the way this bill

21   was written, it puts a barrier in front of people that

22   would like to exercise their right to vote.  It puts a

23   barrier in front of people who at one time or another

24   found it very hard in this state to vote, and I want to

25   make it to where they feel comfortable coming to the

TX_00212334

USA_00022624

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 38 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 152 of 281
House Floor Debate - Volume 2                                    April 23, 2007

136

1          polls.  That's what this amendment is all about, is

2          keeping the level of comfort-ability, keeping the laws the

3          way that they are because people have died for this right.

4                    I think Sylvester Turner pointed it out

5          very eloquently earlier that there are still people living

6          in this state -- people always think that all of this

7          stuff happened a long time ago, but there are still people

8          living in this state that have experienced levels of

9          discrimination that you or I will never experience in the

10         voting poll because hopefully our country will never go

11         back in that direction, but I don't want to put them in

12         through this again.

13                   MR. ORTIZ:  So, how many counties have been

14         in violation of the Voter Rights Act, would you say?

15                   MR. VEASEY:  There's been quite a number of

16         counties in the state.  As you know, in Texas we were one

17         of the states that, you know, committed quite a number of

18         atrocities back here in recent memory and that is the

19         reason why I wanted to offer this amendment up.

20                   MR. ORTIZ:  Well, Mr. Veasey, I believe you

21         have a great amendment, and I join you in supporting it.

22                   SPEAKER:  Mr. Berman, for what purpose?

23                   MR. BERMAN:  Would the gentleman yield?

24                   SPEAKER:  Does the gentleman yield?

25                   MR. VEASEY:  Yes.

TX_00212335

USA_00022625

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 39 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 153 of 281
House Floor Debate - Volume 2                    April 23, 2007

137

1           MR. BERMAN:  Mr. Veasey, we've been talking

2    about this back here and there's no doubt in my mind there

3    has been discrimination in the recent past.  There was

4    discrimination during the Civil War with the most

5    horrendous decision the Supreme Court ever rendered, the

6    Dread-Scott decision, which ended in the 14th amendment,

7    as you probably know.

8           But are you telling me that you don't trust

9    your constituents enough to just put an electric bill in

10   their pocket along with a voter registration card so they

11   can just show they are the person whose name is on the

12   voter registration?  Do you have that little faith in your

13   constituency?

14          MR. VEASEY:  I actually have a lot of faith

15   in my constituents, but one of the things that I know that

16   are different between my constituents and some of your

17   constituents -- because I know that some of your

18   constituents are very similar to mine, like your

19   constituents in north Tyler, but I'll tell you that people

20   in my district move a lot.  A lot of times you'll move

21   from one apartment to the other, from grandmother's house

22   to your aunt's house because you may have an economic

23   liability that's preventing you from the dream of home

24   ownership.  There would be a variety of different reasons.

25   Some people take the bus everywhere and they don't have an

TX_00212336

USA_00022626

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 40 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 154 of 281
House Floor Debate - Volume 2                                    April 23, 2007

138

1    ID.  They don't have a car, and that's their mode of

2    transportation is the bus.  There are a variety of

3    reasons -- a lot of reasons why people may not have ID.

4              We just voted -- we just had a vote last

5    week -- we just had a vote last week about failure to ID

6    and failure to ID from a law enforcement perspective and

7    we ended up voting that bill down, and one of the points

8    that I made when I was up here at the front mic was that

9    about 75 percent of the folks in Dallas County that were

10   arrested for failure to ID were African-American.  A lot

11   of times in poor areas, people just don't have IDs.  It

12   may be the difference between having an ID or having a

13   home or just being able to eat every day.

14             And so, that's the reason why there are

15   lots of different --

16             MR. BERMAN:  Do you think those people that

17   you're talking about have a voter registration card?  The

18   people that you're saying don't have an electric bill,

19   they don't have a water bill, they don't have a gas bill,

20   but they do have a voter registration card?

21             MR. VEASEY:  Some of them have a voter

22   registration card.  They have voted.  Some people, when

23   they go to apply for certain benefits and things of that

24   nature, then they are registered to vote.  Some people may

25   have taken the bus to the mall -- I've registered

TX_00212337

USA_00022627

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 41 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 155 of 281
House Floor Debate - Volume 2                    April 23, 2007

139

```
1      people --
2                  MR. BERMAN:  I have, too.
3                  MR. VEASEY:  -- may be coming to Town
4      Center Mall over in Fort Worth and they just happen to get
5      off the bus and say, "Hey, I want to vote."
6                  MR. BERMAN:  What counties does this apply
7      to?  What 40 counties does this apply to?
8                  MR. VEASEY:  Say that again.  I'm sorry.
9                  MR. BERMAN:  What counties does your
10     amendment apply to?  Read the names of the counties or
11     some of them.
12                 MR. VEASEY:  Bexar County, Dallas County,
13     Denton County, Galveston, Harris, and -- and Travis and 47
14     other counties.  Those are the large ones that I wanted to
15     point out.  I don't have them all written down here.
16                 MR. BERMAN:  Thank you.
17                 MR. HEFLIN:  Mr. Speaker, will the
18     gentleman yield?
19                 SPEAKER:  Mr. Heflin.  Will the gentleman
20     yield?
21                 MR. VEASEY:  Absolutely, yes, sir.
22                 MR. HEFLIN:  Mr. Veasey, these people that
23     don't have driver's licenses, basically what we're doing
24     here today is with this voter personal identification
25     certificate that they have to present is we're basically
```

TX_00212338

USA_00022628

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 42 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 156 of 281
House Floor Debate - Volume 2                                    April 23, 2007

140

```
 1    reenacting a poll tax.  Could we call it that?
 2                    MR. VEASEY:  That's exactly what I call it.
 3                    MR. HEFLIN:  So, we're requiring people
 4    that are older -- elderly, disenfranchised, minority, poor
 5    people, we're putting a tax on them to have to pay all
 6    these documents to secure this identification card so they
 7    can vote?
 8                    MR. VEASEY:  That's absolutely right.  And
 9    really even bigger than that is we're putting another
10    barrier in front of them.
11                    MR. HEFLIN:  Now, in the bill there was
12    amendment if a person goes up and says that they are -- if
13    they state they are financially unable to pay the required
14    fee that it will be waived.  Now.
15                    How many people -- I don't want to argue
16    about a pride issue, but how many people are willing to go
17    up to a bank of total strangers at the voter
18    registration -- in front of total strangers and say, "I'm
19    too poor to pay this"?
20                    MR. VEASEY:  Not very many.
21                    MR. HEFLIN:  Do you think that would
22    discourage people from coming to vote?
23                    MR. VEASEY:  Lots of people would be
24    discouraged to vote.  And let me tell you the problem.
25    Let me sort of regionalize this problem for you because,
```

TX_00212339

USA_00022629

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 43 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 157 of 281
House Floor Debate - Volume 2                                   April 23, 2007

141

1      like I said, I've worked on campaigns before, have been

2      involved in this arena for quite some time.  Take, like,

3      my district.  It is an effort just to get people just to

4      come to the polls, but take an area just to the north of

5      me like Vicki Truitt's district where the level of home

6      ownership is very high, very affluent.  The voter turnout

7      is already very high in those areas.  I want to make sure

8      that the people that live in my part of Fort Worth, the

9      constituents that I represent, that they can continue to

10     go to the polls, that it's easy for them, and that they

11     don't feel that another obstacle is being put in their

12     way.

13              When people read about this law and when

14     people hear about this bill, they are going to think that

15     people are trying to discourage them from participating in

16     the electoral process and they're going to become

17     discouraged.  They're going to say, "Oh, no, we have to go

18     through this all over again."

19              MR. HEFLIN:  Thank you.

20              SPEAKER:  Members, Mr. Veasey sends up the

21     amendment.  Ms. Brown moves to table.  It's a record vote.

22     Clerk, ring the bell.  Show Mr. Brown voting aye.

23     Mr. Veasey noting no.  Have all voted?  There being 74

24     ayes, 67 nays, the motion to table prevails.

25              The following amendment.  The clerk will

TX_00212340

USA_00022630

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 44 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 158 of 281
House Floor Debate - Volume 2                          April 23, 2007

142

1      read the amendment.

2                        CLERK:  Amendment by Anchia.

3                        SPEAKER:  Chair recognizes Mr. Anchia.

4                        MR. ANCHIA:  Mr. Speaker and members, this

5      amendment is fairly simple, and it adds to the documents

6      that you can produce during your attempt to vote a signed

7      declaration under penalty of perjury affirming that you

8      are who you are.

9                        See, what we have is a situation now where

10     voter impersonation is already illegal.  Voter

11     impersonation is against the law.  Voter impersonation

12     does not happen in any great number, and I articulated

13     that for you earlier when I was setting out the case on

14     the prior amendment.  There's no evidence that it occurs,

15     and we take person's declarations when we allow them to

16     register to vote and this is under penalty of perjury that

17     carries serious, serious consequences that you are the

18     person you are.

19                        SPEAKER:  Mr. Anchia, do you yield to Mr.

20     Berman?

21                        MR. ANCHIA:  I yield to my chairman, Mr.

22     Berman.

23                        MR. BERMAN:  Do you strike "photo" from

24     your amendment?  Do you strike photo from the bill?

25                        MR. ANCHIA:  I strike "photo" on Page 3,

TX_00212341

USA_00022631

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 45 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 159 of 281
House Floor Debate - Volume 2                                              April 23, 2007

143

```
 1      Line 18.
 2                    MR. BERMAN:  There's no requirement for a
 3      photo ID; is that correct?
 4                    MR. ANCHIA:  I believe that's correct, Mr.
 5      Berman.
 6                    MR. BERMAN:  Thank you very much.
 7                    MR. ANCHIA:  So, this will replace -- this
 8      will allow a person to say, "This is the person who I am,
 9      and" --
10                    MR. BOHAC:  Mr. Speaker, will the gentleman
11      yield for questions?
12                    SPEAKER:  Gentleman yields.
13                    MR. BOHAC:  In Line 8 it says "a signed
14      declaration under penalty of perjury."
15                    How do you know who the person is signing
16      if they don't have to show a driver's license?
17                    MR. ANCHIA:  That person has their voter
18      registration card.  They say they are who they are, and
19      they make an affirmative declaration.  They say, "I'm
20      coming here to vote and if I lie to you I'm going to go to
21      jail and then I'm going to have a civil fine."
22                    So, there's a huge incentive for people to
23      tell the truth.  When you ask someone to affirmatively
24      make a statement under penalty of perjury, that is placing
25      a pretty high standard and if the person is, in fact,
```

TX_00212342

USA_00022632

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 46 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 160 of 281
House Floor Debate - Volume 2                                      April 23, 2007

144

1       impersonating a voter -- which we have virtually no

2       evidence nationwide, certainly no evidence in Texas -- and

3       it's easily verifiable by a district attorney -- we have

4       talked at great length about the problems related to

5       prosecution. This is very simple. We will have a

6       statement and if that person is not who they say they are,

7       the DA can prosecute them, send them to jail, and hit them

8       with a heavy fine.

9                       MR. BOHAC: If a person has already falsely

10      voted, they are probably not going to be very --

11                      MR. ANCHIA: That's the beauty. There are

12      no people engaging in voter impersonation. How do you fix

13      a problem that does not exist?

14                      MR. BOHAC: Well, that's your opinion.

15                      MR. ANCHIA: That's a fact. I've cited

16      multiple studies, Mr. Bohac. In fact, it is your opinion

17      that it does exist and we have seen no evidence in

18      Texas -- and you sat on the same committee that I did.

19      You sat on the same committee. You heard the AG. You

20      heard the Secretary of State. Voter impersonation is not

21      a problem in this state. But I will acquiesce to you at

22      this point. I will say it is already illegal to

23      impersonate yourself and if you come in and sign a

24      declaration under penalty of perjury that you are who you

25      are and then are not the person you are, you will be

TX_00212343

USA_00022633

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 47 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 161 of 281
House Floor Debate - Volume 2                                    April 23, 2007

145

1       prosecuted.

2                   MR. BOHAC:  Well, most voters in Texas

3       across all parties lines, all ethnicities in a poll that

4       was done this past April 1st through 7th, 87 percent

5       of Democrats favor -- favor or strongly favor photo ID.

6       About 95 percent of all Republicans and 91 percent --

7                   MR. ANCHIA:  I saw that question, too.  I

8       saw that same question.

9                   MR. BOHAC:  I get to ask the questions,

10      Rafael.

11                  MR. ANCHIA:  I'm answering it.  I saw the

12      same question that was asked in that poll and,

13      interestingly enough, there's no information in that

14      question that lets people know what the ramifications are,

15      that 2 million Texans will be disenfranchised.  I bet you

16      if you asked that question, you say, "Are you in favor of

17      2 million Texans being disenfranchised," the answer would

18      be overwhelming "no."

19                  MR. BOHAC:  Rafael, I did show you the

20      question (inaudible) respected pollster in the State of

21      Texas, and I have found the question to be very unbiased,

22      but that was your amendment.  Let me go back just for a

23      moment.

24                  So, when you strike "photo," are you

25      actually gutting the intent of this bill?

TX_00212344

USA_00022634

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 48 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 162 of 281
House Floor Debate - Volume 2                                    April 23, 2007

146

1          MR. ANCHIA:  Yes.  This bill -- this would
2     strike -- I'm pretty sure -- if somebody will lend me the
3     bill in front of you, but I believe it strikes -- it
4     creates an identification requirement rather than simply a
5     photo requirement.  You're kind.  Thank you.  On Page 3 --
6     just let me take a look at it real quick because i want to
7     confirm that I'm saying the right thing.

8               Line 18, the follow documentation is an
9     acceptable form of -- and I will strike "photo" and say
10    "identification," okay, and that inclusive -- you can
11    still show your driver's license, you can still show the
12    military ID, you can still show the employee
13    identification -- and we'll talk a little about that later
14    because I think that creates more fraud than it seeks to
15    solve.

16              And then the other thing that it does is on
17    Page 4, Line 15 between safety or "or," Page 4, Line 15,
18    it says, "a license to carry concealed handgun issued to
19    the person by the" -- excuse me.  This would create a sub
20    A under 7.  So, we're deleting the "or" from Sub 7
21    creating another document that you can provide under
22    Subsection D -- Subsection A of the bill.

23              MR. ALONSO:  Let me ask you another
24    question.  No, Rafael, let me ask you --

25              MR. ANCHIA:  I just want to provide some

JA_007753

TX_00212345

USA_00022635

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 49 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 163 of 281
House Floor Debate - Volume 2                              April 23, 2007

147

1    clarification. If you need to extend my time, I will,

2    because I'm really sincere about this. The -- this, in

3    fact, does not gut the bill because it says --

4            MR. BOHAC: You said a moment ago yes. You

5    answered my question "yes."

6            MR. ANCHIA: But I'm going to answer it

7    "no" because in looking at the bill, it still says that

8    you have to provide one form of identification from

9    Subsection A, which includes all those things that I

10    listed, and it adds one. It adds one. It says in

11    addition to providing a driver's license, a military ID,

12    a -- a citizenship document, a student identification from

13    the state, a license to carry a concealed handgun, you can

14    also fill out an affidavit.

15            So, the bill actually remains the same in

16    terms of its requirement. It just adds an affidavit at

17    the end that says, "Hey, I can say who I am under penalty

18    of perjury and I will put myself at risk of being

19    prosecuted and enforced against both civilly and

20    criminally, and I'm willing to do that because I want to

21    vote and I say I am who I am.

22            MR. BOHAC: Thank you for answering my

23    questions, Mr. Anchia. Thank you, Mr. Bohac.

24            MR. ANCHIA: I appreciate the dialogue.

25            MR. HOCHBERG: Mr. Speaker?

TX_00212346

USA_00022636

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 50 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 164 of 281
House Floor Debate - Volume 2                                    April 23, 2007

148

```
 1                  SPEAKER:  Mr. Hochberg, for what purpose?

 2                  MR. HOCHBERG:  Will the gentleman yield,

 3        please?

 4                  MR. ANCHIA:  Yes, I yield.

 5                  MR. HOCHBERG:  Mr. Speaker, thank you.

 6        Mr. Anchia, this whole bill is hinged on the fact that the

 7        impression that a photo ID -- that a driver's license is

 8        somehow this perfect document.

 9                  Is it possible to fake a driver's license?

10                  MR. ANCHIA:  It happens all the time.

11        College students do it regularly.  In fact, this bill does

12        not create any more integrity or security in the system.

13        It is clear that you can buy any of the documents on this

14        bill and have them forged.  College students do it all the

15        time to drink.  And the one thing that's really curious is

16        in this bill is under Subsection C, any employment ID is

17        good enough.

18                  Now, how are you going to get a poll worker

19        to determine that the ID from Dunham & Dunham is -- is

20        right?  How are you going to get someone from Hockberg &

21        Associates -- someone who works at Hockberg &

22        associates -- to be able to verify the IDs that you pass

23        out to your employees?  That creates a huge problem.  I'll

24        speak to that in another amendment, but I think this is,

25        frankly, going to create more fraud potentially than it
```

TX_00212347

USA_00022637

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 51 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 165 of 281
House Floor Debate - Volume 2                                April 23, 2007

149

1      seeks to address.

2                  MR. HOCHBERG:  So, the amendment that

3      you've got before us where you're getting a signed

4      statement that's enforceable by law, is that Mr. Noriega's

5      false ID?

6                  MR. ANCHIA:  This is clearly a fraud.  This

7      is a Texas State Official identification card, and the

8      person in this picture has hair.  I mean, this is clearly

9      a fraudulent document.

10                 MR. HOCHBERG:  So, he wouldn't be able to

11     vote, though, if he presented that.

12                 MR. ANCHIA:  The reality is that people

13     probably wouldn't recognize him because the person in that

14     picture doesn't look like the person who is here today.

15                 MR. HOCHBERG:  Let me ask you something

16     else.  We've been talking throughout this discussion about

17     the evidence that there was for voter fraud and about dead

18     people voting and, growing up in Chicago, I'm certainly

19     sensitive to the concept of dead people voting.

20                 Have you looked at the paperwork that

21     Representative Brown was kind enough to let me peruse that

22     she was showing us as her evidence?

23                 MR. ANCHIA:  I have.  I have.  Some of

24     those same documents are the same ones that we saw at the

25     committee hearing, that's right.

TX_00212348

USA_00022638

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 52 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 166 of 281
House Floor Debate - Volume 2                                    April 23, 2007

150

1          MR. HOCHBERG:  Well, would it surprise you

2     to know that this evidence that Ms. Brown has offered us

3     has no evidence of voting since the year 2000?

4          MR. ANCHIA:  Well, no, that doesn't

5     surprise me.  Again, not only -- not only did the

6     documents that we received from Harris County have no

7     examples of voter impersonation, but the Secretary of

8     State, the attorney general.  Nowhere in any of the

9     scholarly peer-reviewed documentation that we've taken a

10    look at on the subject is there one example of voter

11    impersonation.  And, frankly, none of the cases related to

12    voter fraud -- none of the cases related to voter fraud

13    that are highlighted in any of those documents would be

14    fixed by 218.  HB218 doesn't fix the problem that you have

15    there before you, Mr. Hochberg.

16         MR. HOCHBERG:  Do you know what was used as

17    the source?  What we heard was that these were a bunch of

18    people who had died and they were still voting.

19         Do you know what the source of the death

20    information was on this?

21         MR. ANCHIA:  No, I don't.

22         MR. HOCHBERG:  A website called

23    rootsweb.com, a free genealogy website.

24         SPEAKER:  -- point of order is well-taken

25    and sustained.

TX_00212349

USA_00022639

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 53 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 167 of 281
House Floor Debate - Volume 2                                     April 23, 2007

151

```
 1              Chair recognizes Brown in opposition.
 2              MS. BROWN:  Speaker, members, I have to
 3     move to table this amendment.  The question is how can the
 4     DA easily prosecute for voter ID if there's no
 5     verification mechanism?  The person who signs their name
 6     says that they are who they say are and that's it, there's
 7     no documentation that they can present.
 8              So, I think it's just another -- another
 9     evidence of things that would weaken the bill and would
10     not give us the desired results.  I move to table.
11              SPEAKER:  Chair recognizes Mr. Anchia to
12     close.
13              MR. HOCHBERG:  I'm sorry, Mr. Speaker.  I
14     was waiting to ask Ms. Brown if she would yield.  Did
15     she -- has she left the -- will she come back for
16     questioning?
17              SPEAKER:  The lady yields.
18              MR. HOCHBERG:  Thank you for doing that,
19     Representative Brown.  Let me ask you the same questions
20     that I just asked Mr. Anchia.
21              Isn't it pretty easy to fake a driver's
22     license?  Don't we have problems with alcohol enforcement
23     and cigarette purchase enforcement and everything else
24     because fake driver's licenses are fast and easy to obtain
25     and if somebody wanted to fraudulently vote, couldn't they
```

TX_00212350

USA_00022640

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 54 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 168 of 281
House Floor Debate - Volume 2                                    April 23, 2007

152

1       come up with the fake document?

2                   MS. BROWN:  I think that it's obvious it

3       can be done.  We've seen examples of it, and this is not

4       going to solve all our problems.  It's not a perfect bill.

5       It's one step.  It is one step towards providing those

6       people who want to prosecute go after those people who are

7       voting illegally, who are presenting themselves as someone

8       they are not, giving our enforcement people a tool that

9       they can use.  We're not just going to say, "Okay.  You

10      enforce these voter laws that we're passing."  We're

11      saying, "Here's a tool that you can use."

12                  MR. HOCHBERG:  But in the process of having

13      this tool that you claim we would have, there is a

14      possibility that people -- you recognized with the people

15      over 80 -- that you are creating barriers for some folks.

16      Let me ask you about the evidence that you showed us.  You

17      were very kind in allowing me to look at this, and I've

18      had a chance during the however many hours we've had on

19      this bill to actually look at these.

20                  Do you know what the total -- this looks

21      like a pretty big stack.  How many supposed frauds are

22      there in this stack?

23                  MS. BROWN:  I didn't count them.

24                  MR. HOCHBERG:  Would you be surprised to

25      know that it's 44?  Would you also be surprised to know

TX_00212351

USA_00022641

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 55 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 169 of 281
House Floor Debate - Volume 2                                    April 23, 2007

153

1   that none of them -- that almost all of them are from 1998

2   and 1996 with just a few from the year 2000 and none more

3   recently?

4                MS. BROWN:  Do you know why that is?  Would

5   you like to know why that is?  Because they came from

6   Harris County, and Harris County has been working

7   diligently since the year 2000 to clean up their voter

8   rolls.

9                MR. HOCHBERG:  Very good.  So, we don't

10  have the problem in Harris County anymore?

11               MS. BROWN:  I didn't say it was completely

12  taken care of because they have about a quarter of a

13  million names that they haven't been able to cross-match

14  with driver's license, Social Security numbers, or any of

15  that.

16               MR. HOCHBERG:  Yes, ma'am.  Are you aware

17  that --

18               MS. BROWN:  -- those people who have voted

19  and there's no way to know definitely.

20               MR. HOCHBERG:  Ma'am, are you aware that

21  nationwide roughly -- roughly 30 percent of all the names

22  that are submitted to Social Security for matching from an

23  elections office -- anywhere in this nation -- 30 percent

24  don't match those files for one reason or another?

25               MS. BROWN:  And that just points to the

TX_00212352

USA_00022642

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 56 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 170 of 281
House Floor Debate - Volume 2                                    April 23, 2007

154

1      great need --

2                      MR. HOCHBERG:  Do you really believe that

3      30 percent of the people --

4                      MS. BROWN:  -- work on those lists and make

5      sure we do clean them up as much as we can.

6                      MR. HOCHBERG:  Absolutely.  Do you believe

7      that that means that 30 percent of the people who are

8      registered to vote are fraudulent?

9                      MS. BROWN:  No, not necessarily.

10                     MR. HOCHBERG:  So, the numbers that we that

11     don't match --

12                     MS. BROWN:  It could be that high, but I

13     don't have any means --

14                     MR. HOCHBERG:  I don't think so either.  In

15     fact, the numbers from DPS are only 10 percent, where

16     30 percent aren't matching in Social Security.

17                     Don't you believe that that means that

18     we've got a problem in the matching system?  So, when you

19     talk about the number that are not matched in Harris

20     County, you don't have any evidence that any of those are

21     fraudulent.  You just know that right now they haven't

22     matched?

23                     MS. BROWN:  I think any time that you find

24     on the record that someone has voted fraudulently who

25     hasn't been -- who is not alive, for one thing --

TX_00212353

USA_00022643

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 57 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 171 of 281
House Floor Debate - Volume 2                                    April 23, 2007

155

1            MR. HOCHBERG:  We haven't had any of those

2      not alives since the year 2000 in the evidence you've

3      presented.

4            MS. BROWN:  I think from other counties we

5      have because we've had evidence presented from other

6      counties besides Harris County.  It's just they had the

7      majority of the documentation and we ran with that.

8            MR. HOCHBERG:  Ma'am, the documentation

9      that you provided from Harris County, the determination

10     that these people are no longer with us on this Earth is

11     based on -- is based on what?  Do you know how they

12     determined that these people were allegedly dead?

13            MS. BROWN:  I think it's from death

14     records.

15            MR. HOCHBERG:  Ma'am, if you'll look on the

16     bottom of those pages that are printed out that show that,

17     these are from a website on the web, a free genealogy

18     website.

19            Have you looked at that website?

20            MS. BROWN:  I personally haven't.  My

21     husband does a lot of genealogy --

22            MR. HOCHBERG:  If you look on that website,

23     one of the things it says right on the website is "You may

24     in fact find problems with this.  You may find people that

25     are very much alive listed as dead on this website," and

TX_00212354

USA_00022644

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 58 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 172 of 281
House Floor Debate - Volume 2                                    April 23, 2007

156

1      it proceeds to tell you how to correct the website.

2                      Now, are we using that as evidence that

3      dead people are voting?

4                      MS. BROWN:  I think this is just one

5      mechanism that they had for printing out.

6                      MR. HOCHBERG:  This was everything that you

7      gave us.  Every one of them has that on it.

8                      MS. BROWN:  That's what was given me from

9      Harris County.

10                     MR. HOCHBERG:  So, you have nothing else

11     from Harris County that you can bring us as evidence that

12     this problem exists and is significant?

13                     MS. BROWN:  No, I think we did have some

14     more information from Harris County.  Given a little bit

15     of time, I can present it.

16                     MR. HOCHBERG:  I would ask you to present

17     it if you have more evidence because waving a bunch of

18     papers that don't show what they portend to show doesn't

19     build a convincing case for your bill.  Thank you, ma'am.

20                     MR. COLEMAN:  Mr. Speaker?

21                     SPEAKER:  Representative Coleman, for what

22     purpose?

23                     MR. COLEMAN:  Will the gentle woman yield

24     for a question?

25                     MS. BROWN:  I yield.

TX_00212355

USA_00022645

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 59 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 173 of 281
House Floor Debate - Volume 2                                    April 23, 2007

157

1                   MR. COLEMAN:  I'm looking at

2      Mr. Bettencourt's letter, and it talks about -- and I

3      think this is -- and how about you?  On here it talks

4      about those that don't have a match with the Department of

5      Public Safety from an ID saying that 1,783,000 voters in

6      Harris County, 182,366 cannot be validated against the

7      Texas Department of Public Safety's matching criteria with

8      first name or last name.

9                   Doesn't that make the argument that there

10     are, at least in Harris County, potentially 182,366 adults

11     who don't have the ID that you're requiring?

12                  MS. BROWN:  It's possible, but not

13     probable.  I would say because --

14                  MR. COLEMAN:  But since that's not a

15     requirement now, the letter that you've handed out -- and

16     I think this is the reason Mr. Anchia is bringing his

17     amendment -- it says very clearly that 183,366 people do

18     not have IDs in the system.  So, if they don't have IDs in

19     the system, that means that they are operating without one

20     because they don't need one; is that correct?

21                  MS. BROWN:  They don't have to present an

22     ID.  In fact, the only reason they are on there as not

23     having an ID is because when they registered to vote on

24     this application card I have here, you check a box if you

25     don't have a Texas driver's license or personal

JA_007764

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 60 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 174 of 281
House Floor Debate - Volume 2                                    April 23, 2007

158

1   identification number.  You check a box if you don't have

2   a Social Security number.  And many people choose just not

3   to do that because they don't want to admit they have any

4   identification because they know that they could be

5   tracked with it.

6           MR. COLEMAN:  The point of the matter is

7   that when asked, those folks said, "No, I don't."  And

8   since they said that, taking them at their word, then that

9   means 10.2 percent of those folks on the voter rolls have

10  no ID now.  So, those individuals would be potentially

11  disenfranchised; isn't that correct?

12          MS. BROWN:  Absolutely not.  We have

13  records that -- there's a million and a half more people

14  have driver's licenses that are registered to vote to

15  begin with.  So, we know that there are a lot of --

16          MR. COLEMAN:  Isn't it true that the number

17  of people with driver's licenses and the number of people

18  with voter registration cards is not an overlapping list?

19          MS. BROWN:  Well, in all cases, it's not.

20  They are also --

21          MR. COLEMAN:  -- driver's license, aren't

22  they potentially disenfranchised under this bill?

23          MS. BROWN:  I think we're doing these

24  people a real favor when we suggest to them that they need

25  to go to DPS and get a photo ID.

TX_00212357

USA_00022647

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 61 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 178 of 281
House Floor Debate - Volume 2                                    April 23, 2007

159

1              MR. COLEMAN:  Why are we doing them a

2       favor?

3              MS. BROWN:  Because moving around in

4       today's society, you need to present proof of your

5       identity everywhere you go.

6              MR. COLEMAN:  That's a bad thing, I think.

7              MS. BROWN:  Would you rather the people got

8       on the airplane with you didn't have to prove they were

9       who they said they were?

10             MR. COLEMAN:  Some people don't fly, so

11      they don't need to have an ED.

12             MS. BROWN:  -- Blockbuster?  Do they have a

13      library card?

14             MR. COLEMAN:  Believe me, you can have any

15      kind of card to go to Blockbuster.  Let me ask you another

16      question.  Under the provisional ballots now where you go

17      in and you say, "I am a voter" and you don't have your

18      voter registration card, don't you do an affidavit the

19      same way that Mr. Anchia is talking about in his amendment

20      to say you are who you are and then your vote will be held

21      to the side proving -- once it's proven that's who you

22      are?

23             MS. BROWN:  You say that you don't have

24      your voter registration card --

25             MR. COLEMAN:  That's correct?

TX_00212358

USA_00022648

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 62 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 176 of 281
House Floor Debate - Volume 2                                April 23, 2007

160

1              MS. BROWN:  Yes.  It's not the same level.

2              MR. COLEMAN:  If we take that affidavit as

3     proof that you are a valid voter on a provisional ballot,

4     why is it that we can't do that on -- in this case where

5     he says if you don't have an ID that you can do an

6     affidavit to say who you are under threat of prosecution?

7     Why isn't that enough?

8              MS. BROWN:  What do you think is the

9     likelihood of someone not having a photo ID, not having

10    some kind of a document that's mailed to their house with

11    their name and address on it?

12             MR. COLEMAN:  2.2 percent in Harris

13    County --

14             SPEAKER:  The gentleman's -- the lady's

15    time is expired.  The point of order is well-taken and

16    sustained.

17             Chair recognizes Mr. Anchia to close.

18             MR. ANCHIA:  Mr. Speaker, members, this is

19    a very simple amendment.  It does not gut the bill.  It

20    adds an additional opportunity for someone to identify

21    themselves in the bill.  It says if you've got your

22    license, great, if you've got your military ID, terrific,

23    you can show that -- and that's all proof of

24    citizenship -- proof of identity.  In fact, it doesn't

25    change the rules.  If you have one of those documents, you

TX_00212359

USA_00022649

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 63 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 177 of 281
House Floor Debate - Volume 2                                April 23, 2007

161

1      are allowed to vote.  The only thing that it changes is

2      that if you don't, like about 2 million Texans today and

3      about 10 percent of the population in Harris County, which

4      is what we got from that dialogue, you can issue a -- you

5      can affirm that you are, in fact, under penalty of perjury

6      the person who you say you are.  And the important thing

7      about that, ladies and gentlemen, is the DA can be

8      forwarded those documents, the DA can receive those

9      documents, and investigate.  And if you are not the person

10     you say you are, you will be prosecuted.  You will pay

11     civil and criminal penalties.  You will go to jail.  And

12     if you don't think that's enough of a deterrent for people

13     for a problem that is yet to be established as existing,

14     then I don't know what the intent of the --

15                    SPEAKER:  For what purpose, Mr. Hochberg?

16                    MR. HOCHBERG:  Will the gentleman yield?

17                    MR. ANCHIA:  Yes, I yield.

18                    MR. HOCHBERG:  Mr. Anchia, have you seen

19     what Ms. Giddings has, been walking around with?

20                    MR. ANCHIA:  No, I haven't.

21                    MR. HOCHBERG:  Ms. Giddings has what

22     appears to be a Texas driver's license made out to someone

23     named Helen Giddings with a picture on it that is nothing

24     like the Helen Giddings we know that was used as identity

25     fraud -- in committing identity fraud and the document she

TX_00212360

USA_00022650

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 64 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 178 of 281
House Floor Debate - Volume 2                                    April 23, 2007

162

1          gave me says there was ultimately a conviction, but would

2          that imply to you that relying on -- on a driver's license

3          is not going to stop somebody who wants to commit fraud?

4                    MR. ANCHIA:  Here's the reality.  What

5          we're trying to do here is create a rule that penalizes

6          the 99.99 percent of the people who are following the law

7          to try to catch one person.  Essentially what we want to

8          do here with HB218 is burn down the entire forest because

9          we think there's some termites in the forest.  We want to

10         burn down the entire East Texas Piney Woods because there

11         may be -- we don't know -- there may be -- even better.

12         We've heard of the Sasquatch, haven't we, Big Foot?  We

13         don't know if Big Foot exists.  There may be some evidence

14         that Big Foot exists.  We're going to burn down the entire

15         forest just to make sure that he doesn't exist.  And

16         that's what we're really doing here, and it really is a

17         shame.  I will tell you --

18                    MR. BERMAN:  Mr. Berman, will the gentleman

19         yield?

20                    SPEAKER:  Will the gentleman yield?

21                    MR. ANCHIA:  Yes, I yield.

22                    MR. BERMAN:  In your amendment, is it

23         notarized?  Is that how you make it foolproof?

24                    MR. ANCHIA:  It is under penalty of

25         perjury.

TX_00212361

USA_00022651

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 65 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 179 of 281
House Floor Debate - Volume 2                                      April 23, 2007

163

1          MR. BERMAN:  Well, you mean just the

2     person's signature?

3          MR. ANCHIA:  It is an affirmation that you

4     are the person who you say you are under penalty of

5     perjury with the appropriate penalties and civil and

6     criminal penalties and potential for prosecution pertinent

7     to that.

8          MR. BERMAN:  Can you do that anywhere else

9     in our society without a notary stamp on it?

10         MR. ANCHIA:  Sure, absolutely.

11         MR. BERMAN:  Just your signature that --

12         MR. ANCHIA:  Affirming that you are who you

13    are.  That's exactly right.  (Inaudible), so we did have

14    to notarization requirement included.  If you want to

15    require that we have notary publics among the staff of our

16    voter -- poll workers, that's fine, too.  But the reality

17    is that you should be able to come to vote.  And if this

18    law passes and you're supposed to provide some form of ID

19    that you go -- that you can go to a poll worker and say,

20    "I am who I say I am, and under penalty of perjury I'm

21    going to write my name down right here and subject myself

22    to possible prosecution."  You're talking about here is a

23    problem that doesn't exist.  So...

24         MR. BERMAN:  The problem does exist today.

25         MR. ANCHIA:  We've heard no testimony in

TX_00212362

USA_00022652

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 66 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 180 of 281
House Floor Debate - Volume 2                                    April 23, 2007

164

1    committee about voter impersonation being a problem from

2    the AG and the Secretary of State.

3                    MR. BERMAN:  The AG has not convicted

4    anyone because the district attorney of Harris County said

5    that in order to convict someone we need a photo ID bill.

6    He's not even going to take a case unless there's a photo

7    ID bill.

8                    MR. ANCHIA:  My testimony was never

9    presented to the committee, and I would have enjoyed

10   receiving it, as well.  In fact, much of the data we are

11   receiving now was never presented before the committee.

12   It seems like we're trying to identify data points that

13   will support a bill that was filed last session when we

14   had absolutely no evidence.  This session when we've heard

15   no evidence before committee and we're trying to find a

16   little data points that will support this bill when, in

17   fact, none exists.

18                    MR. BERMAN:  You know the only thing that's

19   real here today?  Mr. Gallego has a beautiful little boy

20   there.

21                    MR. ANCHIA:  Just one more quick before I

22   yield to Mr. Phillips.  A couple data points that I just

23   want to visit.  Representative Brown has suggested that

24   there are more driver's licenses in the State of Texas

25   than registered voters.  I believe her when she says that.

TX_00212363

USA_00022653

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 67 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 181 of 281
House Floor Debate - Volume 2                                    April 23, 2007

165

1     I believe her when she says that, and it is because

2     there's not an overlap between registered voters and

3     driver's licenses.  In fact, that 1.5 million is probably

4     accounted for by the legal permanent residents who are

5     ineligible to vote but nonetheless have photo ID.  That's

6     where you get that extra 1.5 million, people who are legal

7     permanent residents of this state who have a photo ID.

8             MR. BERMAN:  Legal permanent residents or

9     illegal permanent residents?  Because we have 4.5 illegal

10    aliens in Texas and most of them have driver's licenses.

11            MR. ANCHIA:  Read my lips.  Legal permanent

12    residents of the state are eligible to receive valid

13    driver's licenses, and that's why we have the discrepancy

14    of about 1.5 million between the people who actually have

15    licenses and the people who are registered to vote.

16            The other piece of that is young people who

17    are not registered to vote and also have licenses.  That

18    accounts for the discrepancy.  I just wanted to discuss

19    that data point with you.

20            MR. BERMAN:  If your constituents cannot

21    get an electric bill or a gas bill or any kind of a

22    utility bill to take to the polls, how is it so much

23    easier to get some sort of affirmation that could be

24    either notarized or signed by themselves and used on a

25    typewriter -- how are you going to get this thing to them?

TX_00212364

USA_00022654

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 68 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 182 of 281
House Floor Debate - Volume 2                                      April 23, 2007

166

1                MR. ANCHIA:  This is how this affects

2     Ms. Mary Jones of my district.  I won't use her real name.

3     She is 79 years of age, and she's not covered by the

4     exemption.  She lives in the nursing home in the district

5     that I represent.  She does not have any electric bill,

6     any water bill, any other sort of bill.  She never drove

7     because her husband drove before he passed away.  So, she

8     doesn't have a driver's license and she doesn't have a

9     state ID, but she's registered to vote and she's been

10    voting for the last 50 years and she's going to go to the

11    polls under my amendment and she's going to say, "You know

12    what?  I am Mary Jones, and I am willing to take the

13    possible prosecution if I am lying and I will, under

14    penalty perjury, affirm that I am Mary Jones because it is

15    that important to me."  Those are the people, Mr. Berman,

16    that I don't want to leave out in the cold.

17                MR. BERMAN:  She lives in a nursing home.

18    She has nothing in her room as far as her own

19    identification?  I bet they have a full record of Mary

20    Jones in the office of the nursing home.  They have it on

21    my mother-in-law, and I can get any kind of statement I

22    need from the office of that nursing home.

23                MR. ANCHIA:  But she wouldn't be covered by

24    this bill, Mr. Berman.  She's not employed by the nursing

25    home.  In fact, this bill only says -- a photo ID that a

TX_00212365

USA_00022655

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 69 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 183 of 281
House Floor Debate - Volume 2                                        April 23, 2007

167

1    person could get from an employer.  She's not an employee

2    either.

3                    MR. BERMAN:  You just said that Mary Jones

4    is registered to vote and since she's paying something to

5    the nursing home.  So, surely they have a record of Mary

6    Jones paying them something.

7                    MR. ANCHIA:  But it isn't covered by this

8    bill.

9                    MR. BERMAN:  It's covered by the bill.

10   They can give her a statement and she can mail in a ballot

11   and she can vote by mail-in ballot.

12                   MR. ANCHIA:  Her sister, Evelyn Jones,

13   lives with her kids and doesn't have anything either

14   because everything is in her kids' name.  Those are the

15   people that get left out, Mr. Berman.  I don't doubt your

16   sincerity, your position.  I really do appreciate it and

17   I've enjoyed serving with you on the committee.  I just --

18   I think we just have a sincere difference of opinion, and

19   I don't want to leave people out in the cold.  Thank you.

20                   MR. PHILLIPS:  Mr. Anchia --

21                   SPEAKER:  Mr. Phillips?

22                   MR. PHILLIPS:  I would call point of order

23   on the gentleman's time, if that's the case.  Otherwise, I

24   would ask a question.

25                   MR. ANCHIA:  I'd rather you call a point of

TX_00212366

USA_00022656

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 70 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 184 of 281
House Floor Debate - Volume 2                                     April 23, 2007

168

1          order on the time.

2                    SPEAKER:  Does the gentleman yield?

3                    MR. PHILLIPS:  If the time is given, we

4          need to move on.

5                    MR. ANCHIA:  Ladies and gentlemen --

6                    MR. PHILLIPS:  Mr. Anchia, what you're

7          saying is you're saying, okay, you can either do a photo

8          ID, which is what the bill says, or you can sign a

9          statement that you're signing under oath which you don't

10         have to get notarized but under penalty of perjury is what

11         the little jurat will say, correct?

12                   MR. ANCHIA:  It will be witnessed by the

13         election judge.  The election judge is the law at the

14         polling place.  So, you would --

15                   MR. PHILLIPS:  But if someone is --

16                   MR. ANCHIA:  I'm trying to answer your

17         question.

18                   MR. PHILLIPS:  If someone is coming with

19         the intention to commit voter fraud and vote for someone

20         else, do you think they are going to have any qualms about

21         signing some statement in front of people saying that they

22         are not that person that they are trying to vote?

23                   MR. ANCHIA:  That's the beauty of it,

24         Larry.  I don't think it happens very often, if ever.

25                   MR. PHILLIPS:  You had 3 percent coming and

TX_00212367

USA_00022657

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 71 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 183 of 281
House Floor Debate - Volume 2                                    April 23, 2007

169

```
 1      voting in other states is what you said.  You had a

 2      decrease because you had 3 percent of the people voting

 3      illegally --

 4                    MR. ANCHIA:  Because people didn't have

 5      documents.  Right, right.

 6                    MR. PHILLIPS:  -- and knew they were going

 7      to get caught.

 8                    MR. ANCHIA:  That's not what I said.

 9                    MR. PHILLIPS:  But you don't know.  It

10      could go either way.  It could go either way.

11                    MR. ANCHIA:  That's not what any of the

12      studies suggest, Larry.  That's not what any of the

13      studies suggest.  I mean, to make that claim is to not

14      have read any of the peer-reviewed studies or any of the

15      scholarship on this issue.

16                    MR. ZEDLER:  Mr. Speaker?

17                    SPEAKER:  Representative Zedler raises a

18      point of order.  The gentleman's time is expired.  The

19      point of order is well-taken and sustained.

20                    MR. ANCHIA:  Ladies and gentlemen, I ask

21      you that you vote no on the motion to table.  This is a

22      sensible response to people who will be disenfranchised by

23      this legislation.

24                    SPEAKER:  Mr. Anchia sends up an amendment.

25      Ms. Brown moves to table.  The question is on the motion
```

TX_00212368

USA_00022658

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 72 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 186 of 281
House Floor Debate - Volume 2                                April 23, 2007

170

```
 1    to table.  Vote aye or vote no, members.  Show Ms. Brown

 2    voting aye.  Show Mr. Anchia voting no.  Show Mister --

 3    show Mr. Dean voting no.  Have all voted?  Being 77 ayes,

 4    68 nays, one person not voting, the motion to table

 5    prevails.

 6                 The following amendment.  The clerk will

 7    read the amendment.

 8                 CLERK:  Amendment by Davis of Dallas.

 9                 MS. DAVIS:  Thank you.  Mr. Speaker,

10    members, this amendment just basically tries to protect

11    our students that are registered voters who go to college

12    out of -- who go to school out of state.

13                 This basically just says if they provide a

14    student ID as a form of identification from a university

15    that's in the United States so that our students who are

16    going to school out of state are not affected by this

17    amendment adversely.  I believe the amendment is

18    acceptable to the author.

19                 SPEAKER:  Mr. Bohac, for what purpose?

20                 MR. BOHAC:  Just to clarify the intent,

21    your assumption here is that if they have a college ID

22    from, say, California, they can only come here and vote if

23    they are registered in that particular county?

24                 MS. DAVIS:  Right, Mr. Bohac.  We're not

25    changing the requirements to be a registered voter.  The
```

TX_00212369

USA_00022659

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 73 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 187 of 281
House Floor Debate - Volume 2                                    April 23, 2007

171

1    only thing we're saying is if we're going to use student

2    ID as a form of identification, those students who are

3    registered but may go to school out of the State of Texas

4    but are registered in the state are eligible voters, that

5    that ID would be acceptable.  They would be on the books

6    already as a registered voter, but they might not have a

7    Texas student ID.  They may have an Arkansas or another

8    state ID from a university outside of the state.

9              MR. BOHAC:  Thank you.  You have a good

10   amendment.

11             MS. DAVIS:  And I believe it's acceptable.

12             SPEAKER:  The amendment is acceptable to

13   the author.  Are there objections?  The chair hears none.

14   The amendment is adopted.

15             The following amendment.  The clerk will

16   read the amendment.

17             CLERK:  Amendment by Gonzales.

18             SPEAKER:  Chair recognizes Ms. Gonzales.

19             MS. GONZALES:  Mr. Speaker, members, if

20   this bill is really about voter impersonation and you

21   believe that a photo ID is the best way to avoid that,

22   then you ought to like this amendment.

23             We know that many of the elderly voters,

24   among others, do not have driver's licenses or photo IDs.

25   What this amendment does is it permits -- not orders, but

TX_00212370

USA_00022660

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 74 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 188 of 281
House Floor Debate - Volume 2                                    April 23, 2007

172

```
 1        permits -- counties to authorize the county elections
 2        administrator or the county clerk to issue a photo ID
 3        card.  This gives voters a picture ID that then they can
 4        present when they go vote, and that's all it does.  It's
 5        not going to cost the state any money.  It's done by the
 6        county.
 7                        MR. ANCHIA:  Mr. Speaker?
 8                        SPEAKER:  Mr. Anchia, for what purpose?
 9                        MR. ANCHIA:  Will the gentle lady yield?
10                        SPEAKER:  Will you yield, Ms. Gonzales?
11                        MS. GONZALES:  Yes, I do.
12                        SPEAKER:  The lady yields.
13                        MR. ANCHIA:  This bill is about local
14        control, isn't it, this amendment?
15                        MS. GONZALES:  Yes, it is.
16                        MR. ANCHIA:  Can you explain how it's going
17        to work a little bit for the body?
18                        MS. GONZALES:  Sure.  When a person goes to
19        register to vote and they want to have their photo taken
20        there.  It's convenient.  The county will be the one to
21        actually order -- I mean, they will vote to allow the
22        county administrator or the county clerk to issue a photo
23        ID.  The person can go, register to vote, they can get
24        their photo taken, and they can use that card then as the
25        ID when they go to vote.
```

TX_00212371

USA_00022661

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 75 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 189 of 281
House Floor Debate - Volume 2                                    April 23, 2007

173

1           MR. ANCHIA:  And isn't this more consistent

2     with the Carter Baker Commission's findings?  I know

3     Representative Brown is exclusively focusing on one small

4     provision of Carter Baker.  Didn't Carter Baker also say

5     that we need to make it as easy as possible for people to

6     get their photo ID, open up multiple locations, do

7     outreach into the community, do motor vehicle -- excuse

8     me -- mobile voter registration, engage in same-day

9     registration?  Those are some of the other recommendations

10    that have been completely absent from the debate today by

11    the author?  Isn't this more consistent with Carter Baker?

12          MS. GONZALES:  It is.  As you mentioned

13    earlier this morning, Carter Baker was talking about how

14    they suggested the photo ID when you have a real ID.  But

15    this will give people that trust their local

16    administrators, their county administrator, their county

17    clerk -- and they go to the courthouse for something.

18    They may go when they register to vote and have their

19    photo taken and it gives the county the right to do it or

20    not do it as they choose.

21          MR. ANCHIA:  And for a county that wishes

22    to increase its turnout and actually promote the

23    franchise, they would be able to participate in this

24    project or not, but they could undertake to do their own

25    photo identification and actually try to get more people

TX_00212372

USA_00022662

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 76 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 190 of 281
House Floor Debate - Volume 2                                    April 23, 2007

174

1     to participate; isn't that right?

2                    MS. GONZALES:  Absolutely.  I think what it

3     does is it encourages counties to get people to go out and

4     vote.  It's no different than one of the items we put in

5     there is employers being able to issue IDs.  Some

6     employers will do it, some employers won't.  But the

7     employer that's concerned about making sure its employees

8     will go out and vote will want to do this.  The county

9     that wants to assure that it has high voter turnout will

10    want to do this, but it will be left to the control of the

11    county.

12                    MR. ANCHIA:  And they will pay for it,

13    correct?  The individual county who wants to do this will

14    pay for it.  So, it's not an unfunded mandate.

15                    MS. GONZALES:  That's correct.

16                    MR. ANCHIA:  Okay.  Thank you.

17                    MR. ESCOBAR:  Mr. Speaker?

18                    SPEAKER:  Mr. Escobar, for what purpose?

19                    MR. ESCOBAR:  Will the representative yield

20    for a question?

21                    SPEAKER:  Ms. Gonzales, do you yield?

22                    MS. GONZALES:  Yes, I will.

23                    SPEAKER:  The lady yields.

24                    MR. ESCOBAR:  Thank you, ma'am.

25    Representative Gonzales, I appreciate you giving me the

TX_00212373

USA_00022663

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 77 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 191 of 281
House Floor Debate - Volume 2                                April 23, 2007

175

1    opportunity to say a few words and ask you a question or

2    two.  We're already set up in counties where we have the

3    ability to actually issue photos of different kinds, so it

4    would not be a burden on the counties financially to place

5    something like this in the process.

6                    MS. GONZALES:  I don't believe so, and I

7    don't think if the citizens of the county want it, then

8    the county commissioners aren't going to do it.  County

9    commissioners they listen to their voters.  They listen to

10   their constituents, and they're going to do this if they

11   want to increase participation.

12                   MR. ESCOBAR:  Also for the benefit of --

13   especially some of the new members here, this particular

14   amendment went through this bill -- this type of bill last

15   session; is that correct?

16                   MS. GONZALES:  Yes, sir, it is.

17                   MR. ESCOBAR:  I think it's really a good

18   amendment because it would help the -- some of the

19   questions that were asked of Representative Brown earlier

20   or some of the comments she made in reference to the types

21   of identification cards that could be used.  This would

22   strengthen her bill if she would accept this amendment.

23                   MS. GONZALES:  If I remember correctly, I

24   believe that this was something that was acceptable to the

25   author last session.  Of course, we're here this session.

TX_00212374

USA_00022664

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 78 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 192 of 281
House Floor Debate - Volume 2                               April 23, 2007

176

1      I hope it will be acceptable to the author, as well.

2                    MR. ESCOBAR:   Thank you.

3                    MS. GONZALES:   I move for passage of the

4      amendment.

5                    SPEAKER:   Chair recognizes Ms. Brown in

6      opposition.

7                    MS. BROWN:   Mr. Speaker, members, this is

8      an interesting idea and something that we might explore in

9      the future, but it is far beyond the scope of the bill to

10     start allowing or even requiring counties to now be the

11     ones who would decide this when they don't have the

12     database to compare and -- compare these names.  We need

13     to have this in the hands of DPS for the time being until

14     we have set up a system by which our counties could handle

15     it.

16                   So, I don't feel comfortable at all with

17     giving this to our counties to do without those

18     guidelines, without the funding for it.  So, I really

19     believe this should be handled by DPS and we should leave

20     it there.  They have the facilities to do it.  They have

21     the database to handle it, to verify all of these

22     cross-references of people.

23                   So, I respectfully move to table the

24     amendment.

25                   SPEAKER:   Mr. Madden, for what purpose?

TX_00212375

USA_00022665

Case 2:13-cv-00193-RMC-DST-RLW Document 663-25 Filed on 11/11/14 in TXSD Page 79 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 193 of 281
House Floor Debate - Volume 2                                     April 23, 2007

177

1               MR. MADDEN:  Will the lady yield?

2               SPEAKER:  Ms. Brown, do you yield?  The

3       lady yields.

4               MS. BROWN:  Be happy to.

5               MR. MADDEN:  Thank you.  Ms. Brown, my

6       concerns in looking at this amendment -- very strictly

7       administrative also on doing this.  This is -- it appears

8       to have at least if no cost to the bill.  It's certainly

9       going to have some cost to the county that that would be

10      doing this, isn't it?

11              MS. BROWN:  I'm sure it would.  It would

12      have to.

13              MR. MADDEN:  What kind of verification

14      would there be of the accuracy of the information on this

15      card?

16              MS. BROWN:  There's no guidelines for how

17      it should be set up.  As I said, the counties would not

18      have the database to compare statewide the names and

19      addresses of these people.  So, it's a far -- you know,

20      it's something that we might go to in the future,

21      something we could look into and study, but it's certainly

22      not something that we could just jump off into right now

23      and hope that it was going to work out all right.

24              MR. MADDEN:  I wasn't there.  Committee has

25      heard this bill or not, this legislation, or this idea?

TX_00212376

USA_00022666

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 80 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 194 of 281
House Floor Debate - Volume 2                          April 23, 2007

178

1    Have we heard -- as far as you know, have we heard from

2    any county suggesting this is something that they would

3    like to do?

4              MS. BROWN:  I haven't in my office.

5              MR. MADDEN:  In all my times on the

6    election committee, I will tell you I've never heard of a

7    county coming up and wanting to do a separate

8    identification card at any time -- voter cards.  When we

9    asked them -- I mean, when they were having to do revise

10   and mail out voter cards but this obviously puts an

11   additional load, does it not, on the county?

12             MS. BROWN:  I agree.  I agree.  Thank you.

13             SPEAKER:  Chair recognizes Ms. Gonzales to

14   close.

15             MS. GONZALES:  Members, this bill is

16   permissive.  This bill is not mandatory on a county.  If

17   their citizens back their county commissioners to pass

18   this and the county commissioners choose to do it and pay

19   for it, then why should the state have a problem with it?

20             Aside from that, who better to have the

21   data than the actual voter registration office?  They are

22   the ones that are actually issuing the voter cards.  If

23   the county would authorize them to do the photo ID of the

24   person -- so, when we talk about not having the data, do

25   you think the employers have the data -- the employers

TX_00212377

USA_00022667

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 81 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 195 of 281
House Floor Debate - Volume 2                                 April 23, 2007

179

```
 1      have all the data on the person -- on all persons?  Some

 2      employers will do it, some won't.  Some counties will

 3      choose to do it, some won't.  But the county elections

 4      office is going to be the ones to have the data to issue

 5      this.

 6                    I think it's a perfectly good amendment.

 7      We talk all the time here about local control.  This gives

 8      local control, and if we're really trying to make sure

 9      that people that are entitled to vote will vote, then you

10      ought to vote for this amendment.

11                    I move for passage.

12                    SPEAKER:  Members, Ms. Brown moves to

13      table.  It's a record vote.  Clerk, ring the bell.  Show

14      Ms. Brown voting aye, Ms. Gonzales voting no.  Have all

15      voted?  There being 73 ayes and 69 nays, the motion to

16      table prevails.

17                    Following amendment.  The clerk will read

18      the amendment.

19                    UNIDENTIFIED SPEAKER:  I have a messenger

20      from the Senate to the House.

21                    SPEAKER:  Admit the messenger.

22                    UNIDENTIFIED SPEAKER:  Mr. Speaker, I'm

23      directed by the Senate to inform the House that the Senate

24      is taking the following action.  HB1098 Bonnen (inaudible)

25      relating to immunization against human papilloma virus
```

TX_00212378

USA_00022668

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 82 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 198 of 281
House Floor Debate - Volume 2                              April 23, 2007

180

```
 1    (inaudible).

 2              SPEAKER:  The following amendment.  The

 3    clerk will read the amendment.

 4              CLERK:  Amendment by Davis of Dallas.

 5              SPEAKER:  The chair recognizes Ms. Davis.

 6              MS. DAVIS:  Thank you, Mr. Speaker,

 7    members.  This is an amendment that basically it just says

 8    that if we've got them obtaining a voter ID card to vote

 9    or Texas ID card for voting that they would not have to

10    pay a fee.

11              SPEAKER:  Ms. Davis sends up an amendment.

12    Is there objection?  The chair hears none.  The amendment

13    is adopted.

14              Following amendment.  The clerk will read

15    the amendment.

16              CLERK:  Amendment by Dutton.

17              SPEAKER:  The chair recognizes Mr. Dutton.

18    The chair recognizes Mr. Dutton.

19              MR. DUTTON:  Thank you, Mr. Speaker,

20    Members.  Members, this is an amendment that I was sitting

21    and chatting and thinking about the times that I go to the

22    poll to vote, and in most cases for about 31 years my dad

23    was the precinct judge and, after he passed away, my

24    mother became the precinct judge.  And in most cases I

25    would pick them up that morning and I would take them to
```

TX_00212379

USA_00022669

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 83 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 197 of 281
House Floor Debate - Volume 2                                    April 23, 2007

181

1    the polls where they would get set up about 6:00 o'clock

2    that morning.  So, it just occurred to me if this bill

3    passes, even though I did that, what I would have to do is

4    I would have to do that, I would take my mom to the polls,

5    get the place set up, then I have to take out my ID and

6    give it to her and tell her who I am.  That didn't make

7    sense to me.

8                    MR. CORTE:  Mr. Speaker?

9                    SPEAKER:  Mr. Corte, for what purpose?

10                   MR. CORTE:  I call a point of order on this

11   amendment for further consideration.  It violates Rule 11,

12   Section 3.

13                   MR. DUTTON:  And I object.

14                   SPEAKER:  Bring your point of order down

15   front.  Point of order is withdrawn.

16                   The chair recognizes Mr. Dutton.

17                   MR. DUTTON:  Mr. Speaker, members, again,

18   let me try to explain this amendment.  And I'm not -- I

19   mean, if you've got your mind already made up on this

20   bill, that's one thing, but I think you ought to listen at

21   least to my explanation in chatting with my mother about

22   this bill.

23                   What she said is that, "So, what's going to

24   happen is 6:00 o'clock you come and pick me up to take me

25   to the polling place, I get out, me and all the other poll

TX_00212380

USA_00022670

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 84 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 198 of 281
House Floor Debate - Volume 2                                    April 23, 2007

182

1    workers, we get together and set the whole thing up, and

2    then at 7:00 o'clock when you come to vote, you mean

3    you're going to have to go get your driver's license out

4    of the car, bring it back, and show me to prove to me who

5    you are?" She says, "You-all don't have enough to do in

6    the legislature." I said, "Well, mother, you know, I

7    think an amendment will cure that."

8                    That's what this amendment does. It does

9    two things. There's two requirements, rather. One is you

10   have to be registered in the precinct. It has to be on

11   the books saying that you are a registered voter in that

12   precinct. And then it says the voter for the registrar,

13   the precinct worker, has to know the person. The election

14   office in that precinct has to know that person.

15                   So, if I'm there, the precinct worker knows

16   me, the election officer who is running that polling place

17   knows exactly who I am. I don't understand why this would

18   be a bad idea. So, for that reason, members, I would ask

19   you to vote for this amendment.

20                   SPEAKER: Mr. Dunnam, did you have a

21   question for Mr. Dutton?

22                   MR. DUNNAM: No, for the author.

23                   SPEAKER: The chair recognizes Ms. Brown in

24   opposition.

25                   MS. BROWN: Speaker, members, this is

TX_00212381

USA_00022671

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 85 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 199 of 281
House Floor Debate - Volume 2                                April 23, 2007

183

```
 1       another thing that sounds like it might work, but I can
 2       think of a number of reasons why it would be better for us
 3       to stay with our initial bill and to require the same
 4       thing of everyone.  We're not going to make exceptions for
 5       some people.  And by the way, this person that shows up at
 6       the poll thinking, "Oh, I'm not going to bother taking any
 7       ID because I think somebody there knows me," and so "they
 8       are going to let me come on in."  And then they get there
 9       and, well, that person was ill that day and someone filled
10       in for them and so now they are there without their ID.
11                   It's just not a good idea.  Let's make it
12       the same across the board for everyone.  You go to the
13       polls to vote, and you take your ID with you.  That's the
14       policy, and that should be enforced.
15                   So, I respectfully move to table the
16       motion.
17                   SPEAKER:  Mr. Dunnam, for what purpose?
18                   MR. DUNNAM:  Will the lady yield?
19                   MS. BROWN:  I would be happy to.
20                   MR. DUNNAM:  Ms. Brown, I just want to make
21       sure I understand one part of your bill.  Under current
22       law, a person as a form of photo ID can present any birth
23       certificate; is that right?
24                   MS. BROWN:  Yes, as far as I know.
25                   MR. DUNNAM:  It doesn't have to be a
```

TX_00212382

USA_00022672

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 86 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 200 of 281
House Floor Debate - Volume 2                           April 23, 2007

184

1      certified copy?  If you bring in a copy, it's acceptable,

2      right?  And you're making a change on Page 4 of your bill

3      to now require a certified birth certificate; is that

4      right?

5                      MS. BROWN:  That's right.

6                      MR. DUNNAM:  Thank you.

7                      MR. MARTINEZ-FISCHER:  Mr. Speaker?

8                      SPEAKER:  For what purpose, Mr. Martinez?

9                      MR. MARTINEZ-FISCHER:  -- House Bill 218

10     under Rule 4, Section 32C2.

11                     SPEAKER:  Bring your point of order down

12     front.  Mr. Martinez-Fischer raised a point of order.  The

13     point of order is overruled.  The chair recognizes

14     Mr. Dutton.

15                     Mr. Martinez-Fischer, if you want to come

16     up, they will explain to you why your amendment was no

17     good.

18                     MR. MARTINEZ-FISCHER:  That's okay.  Can we

19     just put the ruling in the journal, please?

20                     SPEAKER:  We will.  We will.  The chair

21     recognizes Mr. Dutton.

22                     MR. DUTTON:  Thank you, Mr. Speaker,

23     members.  Since it's been a little bit of time since I

24     talked about this, let me explain what this amendment

25     does.  There are two requirements imposed by this

TX_00212383

USA_00022673

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 87 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 201 of 281
House Floor Debate - Volume 2                                    April 23, 2007

185

1    amendment for a person to vote without ID and that is,

2    first of all, they have to be registered.  They have to be

3    on the register.  And then the other requirement is that

4    the voter has to be known by the election officer, which

5    means that, as I said a moment ago, when my mother is the

6    precinct judge and I go to vote, you know, it's just -- I

7    don't know why I would take out my ID to give to my mom to

8    tell her that I'm who I say I am.  That makes no sense to

9    me, and neither did it make any sense to her.

10                   And so, that's the spirit under which I

11   offer this amendment, members.  I know that, you know,

12   what this bill is attempting to do is to eliminate voter

13   fraud and, if that's the purpose of the amendment, there

14   is no better way to eliminate voter fraud than have

15   somebody at the polling place who knows everybody in the

16   precinct.  And certainly you could start with the people

17   who are related and the people who are at home.

18                   So, that's what this amendment does.  I

19   know the argument was that we ought to apply this to

20   everybody.  It is applied to everybody.  If a person shows

21   up at the precinct and that person is on the rolls but the

22   precinct officer or the election officer does not know the

23   person, then that person has to have an ID.  But in the

24   instances where an ID is not required would be the place

25   where the voter is known by the election officer and that

TX_00212384

USA_00022674

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 88 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 202 of 281
House Floor Debate - Volume 2                    April 23, 2007

186

1    person is already on the voting rolls.

2                    And so with that, Mr. Speaker and members,

3    I would ask you to vote "no" on the motion to table.

4                    SPEAKER:  Members, Mr. Dutton sends up an

5    amendment.  Ms. Brown moves to table.  Clerk, ring the

6    bell.  Record vote.  Show Mr. Dutton voting no.  Show

7    Ms. Brown voting aye.  Have all voted?  There being 75

8    ayes, 69 nays, one person not voting, the vote to table

9    prevails.

10                    The following amendment.  The clerk will

11   read the amendment.

12                    CLERK:  Amendment by Villareal.

13                    SPEAKER:  The chair recognizes

14   Mr. Villareal.

15                    MR. VILLAREAL:  Thank you, Mr. Speaker,

16   members.  This amendment would require all poll workers to

17   attend a training program to educate them on the

18   provisions of how Bill 218 -- how to check the various

19   forms of identification required under this legislation.

20   Sounds reasonable enough.

21                    This amendment would make attendance

22   mandatory for all poll workers.  Looks like it's

23   acceptable to the author.  Passage.

24                    SPEAKER:  Members, Mr. Villareal sends up

25   an amendment.  The amendment is acceptable to the author.

TX_00212385

USA_00022675

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 89 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 203 of 281
House Floor Debate - Volume 2                                    April 23, 2007

187

1    Any objections?  The chair hears none.  The amendment is

2    adopted.

3              The following amendment.  The clerk will

4    read the amendment.

5              CLERK:  Amendment by Davis of Dallas.

6              SPEAKER:  Chair recognizes Ms. Davis.

7              MS. DAVIS:  Thank you.  Mr. Speaker,

8    members, this amendment just basically says that we will

9    put notice of acceptable identification.  As we well know,

10   at voting locations there's posted information, sample

11   ballots so the voters will understand and be clear about

12   what's appropriate or what's on the ballot.

13             This just adds another provision that will

14   be part of that posted notice about what kinds of

15   identification you will need to vote.  I think it's

16   acceptable to the author.

17             SPEAKER:  Ms. Davis sends up an amendment.

18   The amendment is acceptable to the author.  Any objection?

19   The chair hears none.  The amendment is adopted.

20             The following amendment.  The clerk will

21   read the amendment.

22             CLERK:  Amendment by Alonso.

23             SPEAKER:  The chair recognizes Mr. Alonso.

24   The chair recognizes Mr. Alonso.

25             MR. ALONSO:  Thank you, Mr. Speaker,

TX_00212386

USA_00022676

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 90 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 204 of 281
House Floor Debate - Volume 2                                    April 23, 2007

188

1    members.  Members, what this amendment does is say that

2    the Texas attorney general look at this language to

3    determine whether it violates the Voting Rights Act under

4    42 U.S.C. Section 93BF2.

5              SPEAKER:  Chair recognizes Ms. Brown.

6              MS. BROWN:  Mr. Speaker, members, this

7    sounds like a good idea.  However, this will have to have

8    pre-clearance from the Department of Justice before it's

9    implemented.

10             So, these requirements here, really it

11   would be a waste of time and effort since we must go

12   through that -- jump through that hoop before it can be

13   implemented.  So, I respectfully request that we table

14   this amendment.

15             SPEAKER:  Chair recognizes Mr. Alonso to

16   close.

17             MR. ALONSO:  Thank you, Mr. Speaker,

18   members.  Members, let me tell you what I'm trying to do

19   with this amendment.  Right now, as Ms. Brown has pointed

20   out, this bill is going to have to go before the

21   U.S. government in Washington to determine whether this is

22   good legislation or not, and what I'm trying to do with

23   this amendment is say, "Why not let Texas do it?"

24             Right now, if you know, those are chairman

25   right now ask our attorney general to render opinions.

TX_00212387

USA_00022677

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 91 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 203 of 281
House Floor Debate - Volume 2                                    April 23, 2007

189

1   That's not a waste of time.  What we're trying to find out

2   it is good policy or not.  What I'm trying to say is let

3   our attorney general make the decision whether this is

4   good policy or not.  And the reason I'm bringing that for

5   his determination is that, as Ms. Brown pointed out, we're

6   going to ask -- we're going to submit it to the

7   U.S. government to determine whether this violates the

8   Voter Rights Act or not.  I say why not let our attorney

9   general -- let me tell you, we've done that in this

10  session already on several issues.  Several issues that

11  we're dealing with here in the House of Representatives.

12  We asked the attorney general to find out what he thinks

13  about the legislation that we're doing.

14           So, this just follows the light.  It's not

15  any different.  It's not any different what I'm asking for

16  than chairman Swifford asked or some of you folks that

17  asked about the vaccine.  I'm saying let's ask our

18  attorney general what he thinks about the legislation,

19  whether it violates the Voting Rights Act or not.  All it

20  is is following policy indirectly this House has already

21  determined to follow on another issue.  Let's find out

22  about this legislation.  Let's find out from our attorney

23  general whether this passes muster or not.

24           With that, members, and because of what

25  we're doing already, I ask that you vote "no" on the

TX_00212388

USA_00022678

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 92 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 208 of 281
House Floor Debate - Volume 2                                    April 23, 2007

190

1    motion to table.

2             SPEAKER:  Members, Mr. Alonso sends up an

3    amendment.  Ms. Brown moves to table.  It's a record vote.

4    Clerk will ring the bell.  Show Ms. Brown voting aye,

5    Mr. Alonso voting no.  Have all voted?  There being 76

6    ayes, 66 nays, the motion to table the bill -- following

7    amendment.  The clerk will read the amendment.

8             CLERK:  Amendment by Liebowitz.

9             SPEAKER:  Chair recognizes Mr. Liebowitz.

10    The amendment is withdrawn.

11             Following amendment.  The clerk will read

12    the amendment.

13             CLERK:  Amendment by Herrero.

14             SPEAKER:  Chair recognizes Mr. Herrero.

15             MR. HERRERO:  Mr. Speaker, members, thank

16    you.  The amendment that I have before you -- and you can

17    see it on your screen -- tries to address the situations

18    that were created by the passing of HB218 in its current

19    form.

20             HB218 in its current form, by requiring a

21    photo ID, is essentially a poll tax.  The way we can help

22    address that is by ensuring that those forms of ID that

23    will be necessary to vote, that there will be no fee

24    collected for those forms of ID.

25             Therefore, the amendment you see before you

TX_00212389

USA_00022679

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 93 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 207 of 281
House Floor Debate - Volume 2                                    April 23, 2007

191

1    would allow individuals to be exempted from having to pay

2    the fee for those documents to be used as proof of

3    identification necessary under this chapter.

4                 I move for passage.

5                 MR. BOHAC:  Mr. Speaker?

6                 SPEAKER:  Mr. Bohac, for what purpose?

7                 MR. BOHAC:  I would like to raise a point

8    of order on this amendment under Rule 11, Section 1 as to

9    the germaneness of the amendment.

10                SPEAKER:  Bring your point of order down

11   front.  The point of order is withdrawn.  Chair recognizes

12   Mr. Herrero on his amendment.  The chair recognizes

13   Mr. Bohac in opposition.

14                MR. BOHAC:  Members, this is an unfunded

15   mandate for colleges.  It's unworkable.  How are they

16   going to ascertain who is requesting this ID for the early

17   voting?  I understand the intent of it, and we're already

18   increasing the costs for colleges, and I don't think we

19   should send them another unfunded mandate.

20                So, I respectfully move to table this

21   amendment.

22                SPEAKER:  Chair recognizes Herrero to close

23   on his amendment.

24                MR. HERRERO:  Thank you, Mr. Speaker.

25   Under this bill we're requiring individuals to have a form

TX_00212390

USA_00022680

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 94 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 208 of 281
House Floor Debate - Volume 2                              April 23, 2007

192

1      of ID in order to vote.

2                     MR. JACKSON:  Mr. Speaker?

3                     SPEAKER:  Will you yield, Mr. Herrero?

4                     MR. HERRERO:  Not this moment, Mr. Jackson.

5      I did not yield.  I will in a little bit.  I'm trying to

6      explain why this is essentially a poll tax.

7                     When you're requiring a photo ID or a form

8      of ID in order to vote and that form of ID requires you to

9      pay something in exchange for that ID necessary to vote,

10     that is a poll tax.  So, if you pass HB218 in its current

11     form, not only will you be creating a poll tax but you

12     will be creating an un-Constitutional law.

13                    So, when you try to decide do we create an

14     unfunded mandate or do we create or pass a law that's

15     un-Constitutional, think about what we're doing.  Think of

16     what sort of precedent we're trying to set as a form of

17     government in a democracy where not only we are fighting

18     for democracy for other countries but yet now we're

19     creating obstacles within our own.

20                    The poll tax in Texas was adopted in 1902.

21     That fee ranged from approximately a dollar 50 to a dollar

22     75.  That poll tax discriminated against individuals and,

23     as a result, the 24th Amendment to the U.S. Constitution

24     prohibited the use of poll taxes.  Two years after that,

25     the U.S. Supreme Court in Harper versus Virginia Board of

TX_00212391

USA_00022681

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 95 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 209 of 281
House Floor Debate - Volume 2                                    April 23, 2007

193

1    Elections ruled that poll taxes in state elections were

2    un-Constitutional.

3              When you require forms of ID necessary to

4    vote such as a driver's license, a state military ID, a

5    university ID, a concealed handgun permit, a passport --

6    all of those require fees.  In fact, if you go get a

7    driver's license, it will cost you $24 for six years and

8    that does not cover the fees for the instruction permit or

9    the road test.  If you argue, "Well, I don't drive," that

10   doesn't matter because under this bill you will need a

11   form of ID.  So, even if you don't drive and you're not in

12   school and you don't get a university ID, if you're

13   retired and you don't have an employer to give you ID,

14   you're no longer military or have never been in the

15   military and you don't carry a gun, well, you still need a

16   form of ID to vote and that ID is not free.  There's a

17   cost associated with obtaining that fee (sic).  The fee

18   for a Texas ID card is $15 for those under 60 years of

19   age.  That card will expire in six years.  For those

20   individuals that are 60 years of age or older, the cost

21   for that ID is $5.

22              So, regardless of how you look at this

23   bill, the net result is that you have to pay in order to

24   vote because without that ID this bill will prohibit you

25   from being able to vote.  That's why the amendment is

TX_00212392

USA_00022682

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 96 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 216 of 281
House Floor Debate - Volume 2                                    April 23, 2007

194

```
1    being offered as a way to show that there is not a fee

2    being collected in order to obtain those IDs necessary to

3    be presented in order to allow a person to vote and that's

4    why I'm asking for your support.  And I yield,

5    Mr. Speaker.

6                   MR. JACKSON:  Mr. Speaker, does the

7    gentleman yield?

8                   MR. HERRERO:  I do.

9                   MR. JACKSON:  Did you miss Representative

10   Brown's -- one of her first amendments was to say that if

11   the person said they couldn't afford the ID card for the

12   State of Texas that it was free, there is no charge?

13                  MR. HERRERO:  If I understood the

14   amendment, it talked about if the person says they are

15   unable to afford it that they will be issued an ID, but

16   it's discretionary.

17                  MR. JACKSON:  What do you mean it's

18   discretionary?

19                  MR. HERRERO:  If you tell me that you can't

20   afford it, I could easily just say, "No, I want you to pay

21   it."

22                  MR. JACKSON:  That's not what the amendment

23   said.  The amendment said if they say they can't afford

24   it, they have got to issue a free ID card.  So, there is

25   no poll tax.  There is no cost.  There is no charge.  I
```

JA_007801

TX_00212393

USA_00022683

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 97 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 211 of 281
House Floor Debate - Volume 2                        April 23, 2007

195

1    think you just missed the amendment.

2                    MR. HERRERO:  In my opinion --

3                    MR. JACKSON:  Maybe you should go back and

4    review it.

5                    MR. HERRERO:  I can review it as many times

6    as I want, but essentially even if I don't go for a photo

7    ID -- if I go to go get a driver's license and I have to

8    pay to get that form of ID, if that's the form of ID that

9    I choose to use to comply with this law --

10                   MR. JACKSON:  You don't have to have a

11   driver's license.  You have to have a driver's license to

12   drive.  The court's already ruled on this.  It's not a

13   poll tax.

14                   MR. HERRERO:  If you have to pay to vote --

15   and in this case you have to pay to get some form of ID to

16   vote --

17                   MR. JACKSON:  If you want to drive, you

18   have to pay.  If you want an ID card and you use it for

19   voting, then you go and tell them that you can't afford

20   the ID card and need one that is free.  So, if it's free,

21   it can't be a poll tax.

22                   MR. HERRERO:  So, if I go and I'm not given

23   that information and I don't know that I have the option

24   to pay it, which there's no notice required under this

25   law, if I go and the DPS officer says, "That is going to

TX_00212394

USA_00022684

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 98 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 212 of 281
House Floor Debate - Volume 2                                April 23, 2007

196

1    cost you, Mr. Herrero, $15 to get your photo ID" -- it

2    doesn't say -- because it's not required under the

3    amendment, unless you see it somewhere -- and please tell

4    me if it is in there, but otherwise it's not in there,

5    Mr. Jackson.  So, being no notice requirement there are a

6    lot of laws out there with certain requirements or waiting

7    to get passed the voter ID, the poll tax provision but in

8    a nutshell there's no way around the fact that this is an

9    un-Constitutional bill that if passed would be held

10   un-Constitutional because you're requiring someone to pay

11   in order to vote.  Whether it's a driver's license, the

12   form of any ID, any form which is considered to be an

13   acceptable form of ID, you're required to pay to get that

14   ID.

15               MR. JACKSON:  That's just not true.  And

16   the poll tax makes a good sound byte, but it's just not

17   true in this case.

18               MR. HERRERO:  If I'm having to pay to vote,

19   then it is a poll tax.  Whether I'm having to show a piece

20   of paper or a document with my ID on it, I'm still having

21   to pay to get that to vote.

22               MR. CASTRO:  Will the gentleman yield?

23               MR. HERRERO:  I yield.

24               SPEAKER:  The gentleman yields, Mr. Castro.

25               MR. CASTRO:  In order to vote under this

TX_00212395

USA_00022685

Case 2:13-cv-00193 Document 663-25 Filed on 11/11/14 in TXSD Page 99 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 213 of 281
House Floor Debate - Volume 2                                    April 23, 2007

197

1    new bill, somebody would have to either get a driver's

2    license or they have to get this personal identification

3    card.  And we also see that on Page 6 of the bill -- I

4    have the scaled version, the 8 and a half by 11 version,

5    and in that version it's on Page 6 -- that the fee for

6    personal identification card varies according to your age.

7              So, in essence we're charging different

8    people of different ages different prices to vote or we

9    could be at least; isn't that right?

10             MR. HERRERO:  That's correct.  Based on the

11   information we obtained, for people 60 years of age or

12   younger it's $15 for the ID.  If you're over 60 years of

13   age, it's $5.  So, yes, you're charging different amounts

14   to -- different prices to different people in order to

15   vote.

16             MR. CASTRO:  Just to vote?

17             MR. HERRERO:  Just to vote.  And it's

18   important to note that under the current system, the U.S.

19   law, there's no fee in order to vote.  When you go

20   register to vote, you don't get charged a fee.  When you

21   get your voter identification card, there's no fee

22   associated with that.  You're not required to pay

23   something in order to vote.  Under this bill, you're

24   required to pay.

25             MR. CASTRO:  Now, there's a section

TX_00212396

USA_00022686

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 100 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 214 of 281
House Floor Debate - Volume 2                                    April 23, 2007

198

1    underneath that says you can sign an affidavit saying that

2    you're unable to pay this fee and that they will give it

3    to you for free.

4              Do you see any standards set up for the

5    department to determine whether you are actually unable to

6    pay?

7              MR. HERRERO:  No, there's not.  And even

8    under the amendment there's no notice requirement.

9    There's no way of ensuring that a person's right to vote

10   is actually protected.

11             MR. CASTRO:  So, somebody going in there

12   making a hundred thousand dollars could go in and sign an

13   affidavit or somebody going in making $10,000 could sign

14   an affidavit?

15             MR. HERRERO:  Even under the amendment

16   under that scenario or even under the amendment someone

17   could just literally say that they are not -- don't have

18   the money and they would be given an ID.  But the point

19   here is not about whether you can afford it or not.  The

20   point is that there's a fee associated in order to get a

21   form of ID necessary to vote.

22             MR. CASTRO:  But under the original bill

23   there's no criteria to determine eligibility -- financial

24   eligibility, basically?

25             MR. HERRERO:  None at all whatsoever.

TX_00212397

USA_00022687

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 101 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 215 of 281
House Floor Debate - Volume 2                                    April 23, 2007

199

1                MR. STRAMA:  Will the gentleman yield?

2                MR. HERRERO:  I yield.

3                MR. STRAMA:  Have you looked at the fiscal

4     note on the bill as it was reported from committee?

5                MR. HERRERO:  I have not.

6                MR. STRAMA:  The fiscal note on the bill

7     says that it's going to cost no state general revenue,

8     which I know Mr. Chisholm will be pleased to hear, but it

9     will cost $177,000 out of the Mobility Fund coming out of

10    the money that we need to build roads.

11               We've added an amendment to the bill today

12    that liberalizes the ability for people to get free

13    identification cards, which would add to that

14    177,000-dollar a year fiscal note out of the Texas

15    Mobility Fund; is that correct?

16               MR. HERRERO:  I'll take your word for it,

17    Representative Strama.

18               MR. STRAMA:  Have you listened to the floor

19    of this House this session about how we've got to stop

20    raiding the Mobility Fund to pay for things that don't

21    have anything to do with roads?

22               MR. HERRERO:  I do.  And again, whether

23    you're having to pay for it or not, the point is that

24    there's a fee associated with the need to vote.  That's

25    why it's a poll tax, on top of the cost that it's going to

TX_00212398

USA_00022688

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 102 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 216 of 281
House Floor Debate - Volume 2                                    April 23, 2007

200

1      be incurred to the state.

2                     MS. HODGE:  Mr. Speaker?

3                     SPEAKER:  Ms. Hodge, for what purpose?

4                     MS. HODGE:  Will the gentleman yield?

5                     MR. HERRERO:  I yield.

6                     MS. HODGE:  Representative Herrero, I've

7      got some real concerns about the ability to get any of

8      these documents that you need for free if you say you are

9      unable to pay.  Since you have to sign an affidavit to do

10     that, it appears that I would have to be the one to

11     determine whether or not I could pay for the document.  It

12     doesn't say anything about how much money I have to make.

13     It doesn't say sliding scale payment.  So, if I sign an

14     affidavit saying that I cannot pay and I get the documents

15     for free, would at any point I ever be accused or charged

16     with falsifying a governmental document?

17                    MR. HERRERO:  That would be a charge that

18     could be made.  There's no provisions under the bill for

19     that form of either notice requirement, protection of

20     civil rights, or the issues that you've pointed out,

21     Representative Hodge.

22                    MS. HODGE:  So, each individual person then

23     that go to pick up a form, they would make the decision

24     themselves as to whether or not --

25                    SPEAKER:  -- raised a point of order.  The

TX_00212399

USA_00022689

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 103 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 217 of 281
House Floor Debate - Volume 2                                    April 23, 2007

201

1     gentleman's time has expired.  The point of order is

2     well-taken and sustained.

3                     MR. HERRERO:  I ask that you move against

4     the motion to table.

5                     SPEAKER:  Members, Mr. Herrero send up an

6     amendment.  Ms. Brown moves to table.  All in favor, vote

7     aye.  Opposed, vote no.  It's a record vote.  Clerk, ring

8     the bell.  Show Ms. Brown voting aye.  Show Mr. Herrero

9     voting no.  Have all voted?  There being 78 ayes, 67 nays,

10    the motion to table prevails.

11                    The following amendment.  The clerk will

12    read the amendment.

13                    CLERK:  Amendment by Herrero.

14                    SPEAKER:  Chair recognizes Mr. Herrero.

15                    MR. HERRERO:  Thank you, Mr. Speaker.

16    Again, as the bill stands, you create a poll tax.  In the

17    last effort to try to eliminate the poll tax provision of

18    this bill, I've offered this other amendment.  This

19    amendment is limited only to personal ID cards so that

20    there's no fee in obtaining a personal Texas ID card, and

21    I ask that you please consider this amendment because as

22    the bill stands there's currently a poll tax.

23                    I move for passage.

24                    SPEAKER:  Chair recognizes Ms. Brown.

25                    MS. BROWN:  Mr. Speaker, members, perhaps

TX_00212400

USA_00022690

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 104 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 218 of 281
House Floor Debate - Volume 2                                    April 23, 2007

202

1     this would be a poll tax if we accepted this amendment and

2     started collecting a fee on it.  All the things that

3     Mr. Herrero referred to are things that people already

4     have in their possession.  They acquire them for another

5     purpose and then they're able to use them to vote with the

6     exception of the photo ID, in case of not having a voter

7     registration card.

8                    So, I have to move to table this amendment.

9                    SPEAKER:  Chair recognizes Mr. Herrero.

10                   MR. HERRERO:  Mr. Speaker, I think we've

11    understood the arguments.  If you're against poll taxes

12    and you want to do what Representative Brown has indicated

13    that we do as elected officials, which is we take an oath

14    of office, we serve to uphold the laws of the United

15    States, of the state, I ask that you vote against the

16    motion to table and you make a statement against poll

17    taxes.

18                   SPEAKER:  Members, Mr. Herrero sends up an

19    amendment.  Ms. Brown moves to table.  All those in favor,

20    vote aye.  Opposed, vote nay.  It's a record vote.  Clerk,

21    ring the bell.  Show Ms. Brown voting aye, Mr. Herrero

22    voting no.  Have all voted?  Being 77 ayes, 66 nays, one

23    person not voting, the motion to table prevails.

24                   Following amendment.  The clerk will read

25    the amendment.

TX_00212401

USA_00022691

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 105 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 239 of 281
House Floor Debate - Volume 2                                    April 23, 2007

203

1              CLERK:  Amendment by Heflin.

2              SPEAKER:  Chair recognizes Mr. Heflin.

3              MR. HEFLIN:  Thank you, Mr. Speaker.

4      Ladies and gentlemen, this amendment strictly directs the

5      Secretary of State to adopt training standards under

6      32.111 of the Election Code whereas they have standardized

7      elections across the state so all the training for our

8      election workers is consistent, where everybody knows what

9      they are doing.  And this just provides the Secretary of

10     State include in their training provisions on handling

11     these documents of identification, verifying whether they

12     are good documents or not good documents.  This just

13     assures that we have standardized elections across the

14     State of Texas.

15             SPEAKER:  Mr. Heflin sends up an amendment.

16     The amendment is acceptable to the author.  The amendment

17     is adopted.

18             Following amendment.  The clerk will read

19     the amendment.

20             CLERK:  Amendment by Heflin.

21             SPEAKER:  Chair recognizes Mr. Heflin.

22             MR. HEFLIN:  Thank you, Mr. Speaker.

23     Ladies and gentlemen, this amendment clearly takes us out

24     of the poll tax issues, provides that any person who is a

25     registered voter in this state and presents a valid voter

TX_00212402

USA_00022692

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 106 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 220 of 281
House Floor Debate - Volume 2                                    April 23, 2007

204

1    registration certificate or anyone who is eligible for

2    registration Under Section 13.001 of the Election Code and

3    makes a statement that the person is seeking documents to

4    use to register to vote, notwithstanding that the

5    Department of Public Safety may not charge any fee for the

6    issuance of a personal identification card or any HEC

7    institution of political subdivision may not charge any

8    fee for the issuance of a birth certificate or any

9    document required to be submitted for the issuance of a

10   personal identification card.

11              This is for a limited time only until

12   September 1, 2009.  This gives all those people that are

13   currently have voter registration certificates but don't

14   have photo IDs or who are eligible to have voter

15   certificates that don't have the documentation, this gives

16   them a chance to get in and get registered to vote.  This

17   is a good bill, and it will --

18              SPEAKER:  Will you yield, Mr. Heflin?

19              MR. HEFLIN:  I will yield.

20              MR. MADDEN:  Mr. Heflin, can you give us --

21   what's the fiscal note on this?

22              MR. HEFLIN:  Actually, the fiscal note to

23   the voter is zero.

24              MR. MADDEN:  That's not what the State of

25   Texas is interested in, though.  The State of Texas is

TX_00212403

USA_00022693

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 107 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 221 of 281
House Floor Debate - Volume 2                          April 23, 2007

205

1      interested in what's the fiscal note to the State of Texas

2      and to its counties and other --

3                       MR. HEFLIN:  What did we collect in our

4      last poll tax?

5                       MR. MADDEN:  That's not the question.  The

6      question to you is what's the fiscal note on the amendment

7      you've just put forward?

8                       MR. HEFLIN:  The fiscal note is that those

9      who need a personal identification card as provided by law

10     under this bill would be allowed to do so without being

11     charged a penalty for voting.

12                      MR. MADDEN:  There's a cost, is there not,

13     on providing that personal ID free of charge which is then

14     passed on to either our state or to our local entities

15     that this bill is, in fact, going to be a large unfunded

16     mandate, is it not?

17                      MR. HEFLIN:  I did not draft the bill.

18                      MR. MADDEN:  I understand.

19                      MR. HEFLIN:  But the whole bill is an

20     unfunded mandate.  It's an unfunded mandate because

21     there's going to have to be extra workers to handle all

22     the extra documents.  There's going to have to be extra

23     workers by the Secretary of State to teach everyone how to

24     do this.  So, the whole bill is an unfunded mandate.

25                      MR. MADDEN:  -- good share of that, but on

TX_00212404

USA_00022694

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 108 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 222 of 281
House Floor Debate - Volume 2                          April 23, 2007

206

```
 1      your portion of it can you tell us how much more you're

 2      adding in addition -- if you think there was an unfunded

 3      mandate, how much additional are you adding to it?

 4                      MR. HEFLIN:  I cannot provide that to you.

 5      I do not have a clue.

 6                      MR. MADDEN:  Thank you.

 7                      SPEAKER:  Chair recognizes Ms. Brown.

 8                      MS. BROWN:  Mr. Speaker, members, we have

 9      already dealt with this.  We've taken care of the cost if

10      anyone can't afford the photo ID to be issued.  So, we

11      keep -- keep hearing about the unfunded mandate and the

12      poll tax, and all of that it really is a non-issue.  The

13      Supreme Court has already ruled that requiring a photo ID

14      is not an equivalent of a poll tax.  And the -- excuse me.

15      The fiscal note on this bill is also a red flag to go up.

16      I do move to table this because it -- it's not going to be

17      helpful to the bill.  Thank you.

18                      SPEAKER:  For what purpose?

19                      MR. CASTRO:  Will the gentle lady yield for

20      a question?

21                      SPEAKER:  Ms. Brown, do you yield?  The

22      lady refuses.  The chair recognizes Mr. Heflin to close.

23                      MR. HEFLIN:  Thank you, Mr. Speaker.

24      Ladies and gentlemen, this is a poll tax.  We're going to

25      charge people $15 or $5 or $30 to get these documents in
```

TX_00212405

USA_00022695

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 109 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 223 of 281
House Floor Debate - Volume 2                                         April 23, 2007

207

1      order to be able to vote.  This is a poll tax for poor

2      people.  The House today, we are setting back voters'

3      rights in the State of Texas however many years because we

4      are going to enact a poll tax.  You know, this only goes

5      to 2009.  This will allow those people the opportunity to

6      get in and get their voter registration ID that would be

7      required to vote.  It clears up the system.

8                  This is a good amendment.  If we care about

9      Texas, if we care about the elderly of Texas, if we care

10     about the future voters of Texas, ladies and gentlemen, we

11     do not need to make it a --

12                 MR. BOHAC:  Will the gentleman yield for a

13     question?

14                 SPEAKER:  Mr. Heflin, do you yield?

15                 MR. HEFLIN:  I will yield.

16                 SPEAKER:  The gentleman yields.

17                 MR. BOHAC:  Representative Heflin, I

18     understand the intent of your amendment, but haven't we

19     already really addressed this particular issue because if

20     a person doesn't have an ID, they can go to the DPS and

21     not even sign an affidavit, merely make a statement that

22     they are unable to pay for it and they get an ID for free?

23                 MR. HEFLIN:  Mr. Bohac, is there a

24     difference between you standing up in front of a panel of

25     six people and saying, "I don't have the money to vote.  I

TX_00212406

USA_00022696

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 110 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 224 of 281
House Floor Debate - Volume 2                                  April 23, 2007

208

1       have to sign and state today that I'm poor and can't do

2       it?"  Don't you think that would discourage people to come

3       vote as opposed to we can send them to the DPS or to the

4       county clerk and they can declare there that they are

5       seeking documents for voting, that that would be a lot

6       less embarrassing to them?  And that embarrassment alone

7       would cause people to stay away from the polls, and our

8       goal in the State of Texas should be to encourage people

9       to vote, not discourage them.  You know, I don't know if

10      you've ever been poor.  A lot of people have been poor,

11      and it's not a fun situation.  So, I think we need to help

12      them to grow, mature, and become citizens of this state

13      and vote regularly.

14                   MR. BOHAC:  Here again, I think we've

15      already addressed this.  I understand where you're coming

16      from, but we already have addressed this.  Thank you.

17                   MR. HEFLIN:  I think we have not.  I move

18      passage.  Actually, I move to table the motion -- vote

19      "no" on the motion to table.

20                   SPEAKER:  Mr. Heflin sends up an amendment.

21      Ms. Brown moves to table.  All those in favor vote aye.

22      All those opposed, vote no.  It's a record vote.  Clerk,

23      ring the bell.  Show Ms. Brown voting aye, Mr. Heflin

24      voting no.  Have all voted?  There being 72 ayes and 67

25      nays, the motion to table prevails.

TX_00212407

USA_00022697

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 111 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 225 of 281
House Floor Debate - Volume 2                    April 23, 2007

209

1                    The following amendment.  The clerk will

2          read the amendment.

3                    CLERK:  Amendment by Rose.

4                    SPEAKER:  The chair recognizes Mr. Rose.

5                    MR. ROSE:  Mr. Speaker, members, this

6          amendment would require the election officer to inform the

7          voter that they have the right to cast a provisional

8          ballot when they are denied at the ballot box, and I've

9          worked with the author of this.  This is acceptable to the

10         author.

11                   SPEAKER:  Members, Mr. Rose send up an

12         amendment.  The amendment is acceptable to the author.  Is

13         there objection?  The chair hears none.  The amendment is

14         adopted.

15                   The following amendment.  The clerk will

16         read the amendment.

17                   CLERK:  Amendment by Vaught.

18                   SPEAKER:  Mr. Vaught?

19                   MR. VAUGHT:  Mr. Speaker, members, this

20         amendment exempts service-related disabled veterans having

21         to provide local forms of ID when they vote.  When the

22         veterans register to vote on the registration form --

23                   MR. LIEBOWITZ:  Mr. Speaker?

24                   SPEAKER:  Mr. Liebowitz, for what purpose?

25                   MR. LIEBOWITZ:  Can we kindly have some

TX_00212408

USA_00022698

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 112 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 226 of 281
House Floor Debate - Volume 2                    April 23, 2007

210

1   order here?

2                  SPEAKER:  Members, if you'll move your

3   conversations outside the rail and give the gentlemen your

4   attention, I would appreciate it.  Thank you.

5                  MR. VAUGHT:  Thank you, Mr. Speaker.  As I

6   was saying, when the disabled veterans register to vote,

7   they would indicate on the registration application form

8   that they are a disabled veteran and that would be noted

9   on their voter registration card.

10                  I don't think the veterans who have shed

11   blood on foreign battlefields past, present, and future

12   should have to prove who they are in order to vote in this

13   country that they fought to defend.

14                  Disabled veterans, which we are suffering

15   many in the current war in Iraq and Afghanistan, may not

16   have a driver's license or other forms of ID needed to

17   vote under the bill as it is currently presented, and my

18   amendment will exempt those veterans from the requirements

19   of this bill.

20                  MR. LIEBOWITZ:  Mr. Speaker?

21                  SPEAKER:  For what purpose?

22                  MR. LIEBOWITZ:  Will the gentleman yield

23   for questions?

24                  SPEAKER:  Mr. Vaught, do you yield?

25                  MR. VAUGHT:  I yield.

TX_00212409

USA_00022699

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 113 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 22 of 281
House Floor Debate - Volume 2                        April 23, 2007

211

1              MR. LIEBOWITZ:  When you joined the

2      Marines, did they ask you for two forms of ID when you

3      went to sign up?

4              MR. VAUGHT:  Actually, I've got to clarify.

5      I was United States Army.

6              MR. LIEBOWITZ:  I beg your pardon.  We'll

7      forgive you.  Did they ask you for two forms of ID?

8              MR. VAUGHT:  Not that I recall.  It was

9      many years ago, but I don't think so.

10              MR. LIEBOWITZ:  You did, in fact, suffer a

11      service-related disability, as well, did you not?

12              MR. VAUGHT:  Yes, sir, a roadside bomb in

13      Sauder City, Iraq injured me, yes.

14              MR. LIEBOWITZ:  And what you're telling

15      this body is that you're asking them to vote to exempt

16      veterans who have fought on our behalf for the freedoms

17      that we enjoy.  If they were injured and they have a

18      service-related disability, you're asking this body to

19      provide them with an exemption from this requirement of

20      two forms of ID.

21              MR. VAUGHT:  That's exactly what I'm

22      asking.

23              MR. LIEBOWITZ:  That's the extent of your

24      amendment?

25              MR. VAUGHT:  Yes, sir.

TX_00212410

USA_00022700

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 114 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 228 of 281
House Floor Debate - Volume 2                                April 23, 2007

212

```
 1                        MR. LIEBOWITZ:  Okay.  Very good.  Thank
 2         you.
 3                        MR. ANCHIA:  Mr. Speaker?
 4                        SPEAKER:  Mr. Anchia, for what purpose?
 5                        MR. ANCHIA:  Will the gentleman yield?
 6                        MR. VAUGHT:  Yes, I yield for a question.
 7                        MR. ANCHIA:  Mr. Vaught, you fought in
 8         Iraq, correct?
 9                        MR. VAUGHT:  That's correct.
10                        MR. ANCHIA:  And this was combat duty?
11                        MR. VAUGHT:  Correct.
12                        MR. ANCHIA:  And you helped people -- you
13         were there when they were holding elections?
14                        MR. VAUGHT:  We had some tribal council
15         elections that I oversaw when I was in Falusia.
16                        MR. ANCHIA:  Did they use photo ID during
17         those tribal council elections?
18                        MR. VAUGHT:  No.
19                        MR. ANCHIA:  Does this seem like under
20         HB218 we're making it harder to vote in Texas than we are
21         in Afghanistan and Iraq?
22                        MR. VAUGHT:  I believe so, yes.
23                        MR. ANCHIA:  Thank you.
24                        MR. BERMAN:  Mr. Speaker?
25                        SPEAKER:  For what purpose, Mr. Berman?
```

TX_00212411

USA_00022701

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 115 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 229 of 281
House Floor Debate - Volume 2                                    April 23, 2007

213

1            MR. BERMAN:  Will the gentleman yield?

2            MR. VAUGHT:  Yes, sir, I yield.

3            MR. BERMAN:  You know, a lot of disabled

4     veterans -- you and I are disabled?

5            MR. VAUGHT:  Yes, sir.

6            MR. BERMAN:  You and I have been in combat,

7     but a lot of disabled veterans have never seen combat in

8     their lives.  They hurt their back in the motor pool, they

9     did something like that.  I know you mentioned the shed

10    blood in combat and I agree with you a hundred percent,

11    but how do we distinguish between those veterans who have

12    a 10 percent disability because their back hurts or some

13    other like that, and how do we distinguish between other

14    veterans who are here legally as immigrants because not

15    all veterans are U.S. citizens.  Not all service members

16    are U.S. citizens -- and they can't vote anyway.  And I

17    think the last part I wanted to ask you about is if you

18    open your wallet, I'm sure you have a military ID card

19    like I have.  Do you have one?

20           MR. VAUGHT:  No, sir, I don't have one on

21    me, no.

22           MR. BERMAN:  But do you have one?

23           MR. VAUGHT:  I have one that's expired.  It

24    expired last month.  I don't have the time to go and renew

25    it wherever the place is I'm supposed to go renew it.

TX_00212412

USA_00022702

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 116 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 230 of 281
House Floor Debate - Volume 2                                        April 23, 2007

214

1              MR. BERMAN:  That's the questions I've got,

2       Alan, the fact that there are non-citizens who are serving

3       in the military and there are military personnel with

4       disabilities would have never served in combat.

5              MR. VAUGHT:  Yes, sir.  There are multiple

6       questions, and I'll do my best to answer them as I recall

7       them.

8              The first question, I believe, was how do

9       you differentiate between those injured in the line of

10      duty versus motor pool, and I believe the VA currently

11      makes that differentiation.  However, I believe that any

12      disabled veteran should be subject to the benefits offered

13      by this amendment.  Whether they served in combat or

14      peacetime, they have all contributed to preserving the

15      democracy we all love.  So, I believe they should be

16      eligible.

17             With regards to those brave individuals who

18      are not United States citizens who are currently fighting

19      and dying in Iraq, they are totally exempted from voting

20      to begin with.  So, I don't think that's a problem.

21             MR. BERMAN:  But, Alan, wouldn't any

22      veteran be proud to show their ID card to vote because

23      that's why we serve and that's why we went into combat?  I

24      have never went against a veteran's bill in my life.

25             But you're asking to do something -- what

TX_00212413

USA_00022703

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 117 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 231 of 281
House Floor Debate - Volume 2                              April 23, 2007

215

1     is the benefit to just be able to go in there -- now, you

2     say that the first time you're going to have to show an ID

3     when we register to vote and then it will be marked on the

4     voter registration card; is that correct?

5                     MR. VAUGHT:  Well, I guess I'll answer your

6     question first about most of them having IDs, and they

7     probably do.  You and I both have our IDs, although mine's

8     expired, and if I needed to rely on it today to vote I

9     would be excluded from voting unless I could show some

10    other ID.  But, you know, there's got to be individuals

11    out there that don't.  I mean, I watch the news and I see

12    these brave soldiers, missing limbs, record numbers in

13    this war, in fact.  The most since any war since the Civil

14    War.  May be hard for them to go get an ID.  I'm saying

15    when there is a question about whether they do or they

16    don't, I think we need to come down on the side of the

17    disabled veterans, and I think that's what this amendment

18    does.

19                    MR. BERMAN:  You said before -- you

20    mentioned before a veteran is going to get a voter

21    registration card.  Didn't you say that he has to show an

22    ID at that time to get a voter registration card?

23                    MR. VAUGHT:  I don't think we discussed

24    that earlier, but when you go -- this amendment as written

25    would basically have the same requirements you have now to

TX_00212414

USA_00022704

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 118 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 232 of 281
House Floor Debate - Volume 2                                    April 23, 2007

216

1          get a voter registration card, but there's a box to check

2          stating under penalty of perjury that you are a disabled

3          veteran under the criteria matched by this amendment.

4                    MR. BERMAN:  A box that you check where?

5                    MR. VAUGHT:  It's on the voter registration

6          card.  Let me find it here, please.  I believe it's on

7          Page 2, a space or box for indicating whether the

8          applicant served in the capacity in which we're talking

9          about.

10                   MR. BERMAN:  Okay.

11                   MR. VAUGHT:  In the application form.

12         Pardon me.

13                   Move passage, Mr. Speaker.

14                   SPEAKER:  Chair recognizes Ms. Brown.

15                   MS. BROWN:  Mr. Speaker, members, this is a

16         very difficult vote because no one in here wants to be

17         perceived as voting against veterans.  I think we all know

18         how we feel about our veterans and the debt that we owe

19         them.

20                   However, I have trouble following the

21         information that Mr. Vaught has given us about disabled

22         veterans not having photo ID and that some then -- their

23         photo ID expires.  I'm assuming -- and I think I'm

24         right -- in the fact that any disabled veteran who is

25         drawing disability checks would have a photo ID.  He would

TX_00212415

USA_00022705

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 119 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 233 of 281
House Floor Debate - Volume 2                    April 23, 2007

217

1    have to.  And plus, probably numerous other forms of photo

2    ID.

3              So, I really -- I understand why that we're

4    being put in the position to take this vote.  I don't

5    think we should be seen as casting a vote against our

6    veterans because I don't think this is a vote against our

7    veterans.

8              MR. CHRISTIAN:  Mr. Speaker?

9              SPEAKER:  Mr. Christian --

10             MR. CHRISTIAN:  Will the lady yield?

11             MS. BROWN:  I'll be happy to.

12             SPEAKER:  The lady yields.

13             MR. CHRISTIAN:  Ms. Brown, am I correct

14   that if a veteran does not have an identification card

15   under your bill as it's been amended, they can go and get

16   one for free at the driver's license --

17             MS. BROWN:  Absolutely.  Absolutely.

18             MR. CHRISTIAN:  So, this in no way prevents

19   a veteran from being able to get identification at no

20   cost, they can do it for free -- am I correct this in no

21   way discriminates against veterans or anybody else that's

22   legal in this country?

23             MS. BROWN:  I would not be up here -- if it

24   was discriminating against our veterans, you can bet that

25   I would be talking about how much we need this amendment,

TX_00212416

USA_00022706

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 120 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 234 of 281
House Floor Debate - Volume 2                                    April 23, 2007

218

1    but I don't think it's accomplishing what -- the hope that

2    it would accomplish.

3                    MR. CHRISTIAN:  Does your bill also include

4    the people we honor as veterans, which we do, but also

5    under your bill not only can veterans get free IDs, but

6    also fire fighters, policemen, anybody else that's been

7    harmed in the line of service to our country?

8                    MS. BROWN:  That's right.

9                    MR. CHRISTIAN:  Thank you very much.

10                   MS. BROWN:  If we need to go back to the

11   fact of what the bill was brought forward for, and that is

12   simply to increase the integrity of our voting process and

13   to thereby encourage to have faith in that process.

14                   MR. NORIEGA:  Will the gentle lady yield?

15                   SPEAKER:  Ms. Brown?  The lady yields.

16                   MR. NORIEGA:  Ms. Brown, are you aware of

17   the voting process in some other countries as it applies

18   to voter ID?

19                   MS. BROWN:  Yes, I've heard lately quite a

20   bit about that.

21                   MR. NORIEGA:  I wanted to share with you

22   and to your knowledge you may not be aware, but I witness

23   the first election ever held in Afghanistan.  Were you

24   aware of that?

25                   MS. BROWN:  No, I didn't know that you

TX_00212417

USA_00022707

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 121 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 235 of 281
House Floor Debate - Volume 2                          April 23, 2007

219

1    witnessed that.

2              MR. NORIEGA:  Well, in a third-world

3    country where many of the women wore berkas, they merely

4    had a piece of paper that was identification and they

5    applied a fingerprint, and there's probably not any way --

6    there was not a picture ID.

7              Why would we in this country, after a

8    veteran has gone through a voter registrar, proven that

9    they are a veteran or they have checked the box on the

10   application form proving their disability and so forth,

11   and they show -- then on the day of the vote why would we

12   not allow that veteran to vote because they merely didn't

13   have a photo ID?

14             MS. BROWN:  I'm sorry.  Did you have a

15   question, or were you making a statement.

16             MR. NORIEGA:  I asked a question.  I asked

17   then in comparison to a third-world country that has no

18   way of verifying either through photo or through

19   fingerprint and allowing those that perhaps are illiterate

20   to vote in this country where we have gone through the

21   process to prove a veteran status and disability status

22   and that person shows up to vote, why would we prohibit

23   that disabled veteran from voting?

24             MS. BROWN:  Well, we wouldn't and we don't

25   and that's not what this bill is about, and I would be

TX_00212418

USA_00022708

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 123 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 236 of 281
House Floor Debate - Volume 2                                    April 23, 2007

220

```
 1     happy to accept the amendment.

 2                  SPEAKER:  Mr. Vaught sends -- Vaught sends

 3     up an amendment.  The amendment is acceptable to the

 4     author.  Is there objection?  Chair hears none.  The

 5     amendment is adopted.

 6                  The following amendment.  The clerk will

 7     read the amendment.

 8                  CLERK:  Amendment by Escobar.

 9                  SPEAKER:  The chair recognizes Mr. Escobar.

10                  MR. ESCOBAR:  Members, this particular

11     amendment, what it does, it says if you are a widower or a

12     widow of a veteran, at the time that you go and apply for

13     a voter registration, under oath you check a little mark

14     that says that you are a widow or a widower of a veteran.

15     And so, that in itself, when you get your card back, it

16     automatically says that and that's the only requirement

17     that you have to have, is that you are a widower or a

18     widow of a veteran.  And I say that because, you know, how

19     many times, again, have we come to this House and we have

20     had many widows and widowers of veterans and we recognize

21     them?  And this is one way that we can respect their honor

22     where they fought so gallantly for our country and gave

23     their lives.

24                  SPEAKER:  Mr. Raymond, for what purpose?

25                  MR. RAYMOND:  Do you know if the amendment
```

TX_00212419

USA_00022709

Case 2:13-cv-00193 Document 663-35 Filed on 11/11/14 in TXSD Page 123 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 237 of 281
House Floor Debate - Volume 2                                    April 23, 2007

221

```
 1      is acceptable to the author or not?

 2                      MR. ESCOBAR:  I believe the -- is it

 3      acceptable to the author?

 4                      SPEAKER:  It is, Mr. Raymond.

 5                      MR. RAYMOND:  Then do you want to move

 6      passage?

 7                      SPEAKER:  The amendment is acceptable to

 8      the author.  Any objection?  The chair hears none.  The

 9      amendment is adopted.  Ms. Davis --

10                      Following amendment.  The clerk will read

11      the amendment.

12                      CLERK:  Amendment by Davis of Dallas.

13                      MS. DAVIS:  Thank you.  Mr. Speaker,

14      members, this amendment just basically says when they send

15      out -- when the voter registrar sends out the new voter

16      registration cards, they will include language and

17      information with regard to what the law changes are with

18      voting requirements, and it's acceptable to the author.

19                      SPEAKER:  Ms. Davis sends up the amendment.

20      The amendment is acceptable to the author.  Is there

21      objection?  Chair hears none.  The amendment is adopted.

22                      The following amendment.  The clerk will

23      read the amendment.

24                      CLERK:  Amendment by Villareal.

25                      SPEAKER:  The chair recognizes
```

TX_00212420

USA_00022710