Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 1 of 69
Case 1:12-cv-06128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 287 of 412
PL096
3/2/2014
2:13-cv-00193

1

THE SENATE OF TEXAS

SENATE COMMITTEE ON STATE AFFAIRS

APRIL 30, 2007

(HOUSE BILL 218 PUBLIC HEARING)

Transcribed by Jean Thomas Fraunhofer, CSR

April 27, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 2 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 288 of 412
HB 218 Public Hearing                                    April 30, 2007

2

```
1                    ( TIMER: 51:06.1 to 3:06:35.6)
2               CHAIRMAN DUNCAN:  Next bill is -- let's
3      see -- House Bill 218 by Brown.  Fraser is the senate
4      sponsor relating to requiring a voter to present proof
5      of identification.  Senator Fraser, you're recognized.
6      I believe you have a substitute.  You want to go ahead
7      and lay the substitute out first?  Or just lay it out
8      and then you can --
9               SENATOR FRASER:  If we could, there is a
10     substitute.  I'm going to talk a minute about the -- the
11     original bill --
12              CHAIRMAN DUNCAN:  Okay.
13              SENATOR FRASER:  -- and then we'll talk
14     about the substitute.
15              CHAIRMAN DUNCAN:  Go ahead.  Senator
16     Fraser sends up a committee substitute and will explain
17     the original bill and the differences between the
18     original and the committee substitute.
19              SENATOR FRASER:  Thank you, Mr. Chairman.
20     I'm going to reverse this.  I will now lay out the
21     committee's substitute and then I'll be -- testimony
22     will be describing the substitute.
23              Mr. Chairman, in the 1960's Americans
24     filed a civil rights battle to ensure the right of
25     everyone to vote, but every American has an equal civil
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008159

TX_00213267

USA_00023041

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 2 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 289 of 412
HB 218 Public Hearing                                    April 30, 2007

3

1    right not to have their ballot canceled out by someone

2    who shouldn't be voting or is voting twice or in some

3    cases has long since died.

4              A current Wall Street Journal/NBC news

5    poll was last April found that 80 percent of Americans

6    favored a photo ID requirement with only 7 percent

7    opposed.  However, a more recent poll was conducted by

8    Royal Masset finds that 85 percent of Texans regardless

9    of income level or race favor photo ID.

10             Americans are frequently asked to show

11   identification for even the most mundane activities, to

12   rent a DVD, check out a library book, board an airplane,

13   to buy alcohol or to belong to a bulk retail club such

14   as Sam's Club or to purchase cold medications such as

15   Sudafed.  In each of these instances, the right to vote

16   trumps all importance.  A worker in a polling place

17   should be able to identify the identity of the voter.

18             The issue is not only in Texas.  These

19   safeguards now are in a host of countries, two bordering

20   the United States.  Canada and Mexico both have the

21   safeguards, but we're joined by France, Germany, Italy,

22   Poland, Britain, India and south Africa in requiring a

23   photo ID.

24             House bill -- France -- France -- House

25   Bill 218 requires that in offering to vote, a voter must



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008160

TX_00213268

USA_00023042

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 4 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 290 of 412
HB 218 Public Hearing                                    April 30, 2007

4

1    present either one form of photo ID or two different

2    forms of non-photo identification.  If the person fails

3    to meet these standards, they must still vote upon the

4    completion of a provisional ballot affidavit.

5            The committee substitute difference from

6    the gross version in that it eliminates exceptions to

7    the law, and instead of requiring the county voter

8    registrar to mail each voter notice of the change of

9    law, that notification must be placed on the Secretary

10   of State's website and the website of the county

11   registrar, if they have one, and that is the bill.

12   CHAIRMAN DUNCAN:  Thank you.  Members,

13   also, I think if you'll look at your interim report that

14   was done over the -- that our committee did over the

15   interim, there's an excellent brief that stands in on

16   this with regard to the law as it has evolved, and I

17   think it's pretty current.  I think there's been one

18   extra case that's some new case that's come out since

19   that brief was prepared, and it basically discusses the

20   attempts by other states to use voter ID and kind of

21   gives you a good outline of where the law has progressed

22   with regard to the use of voter ID.

23   And I think, Senator, it's my

24   understanding that the substitute that you've developed

25   here reflects those changes or at least the principles



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008161

TX_00213269

USA_00023043

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 5 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 291 of 412
HB 218 Public Hearing                                    April 30, 2007

5

```
 1        that are embodied in those cases; is that correct?
 2                   SENATOR FRASER:  That is correct.
 3                   CHAIRMAN DUNCAN:  All right.  Are there
 4        any questions of Senator Fraser?  All right.  We've got
 5        a few witnesses on this more or less, and we will go
 6        ahead and -- let's go ahead and call up panels of three.
 7        Again, recall that your time limits are 3 minutes.
 8        Members, if you'll refrain from asking questions until
 9        the witness has had a chance to complete their
10        testimony, that will be helpful, and then you can ask
11        all the questions you need.
12                   Skipper Wallace, Jose Garza, Amanda
13        McCluskey.  And please don't read to us.  If you can
14        talk to us, we'd appreciate that very much.  And you've
15        got 3 minutes, members, so -- I call, I think, first
16        Skipper Wallace.  Mr. Wallace.  Mr. Wallace is not here?
17        Okay.  Let the record reflect that Mr. Wallace is the --
18        represents the Republican County Chairmans Association,
19        State Legislative Chair, registered in favor of the
20        bill.
21                   Okay.  We have Mr. Garza, Amanda
22        McCluskey, and let's go ahead and get David Sanchez up
23        here too.  Okay.  Please state your name and who you
24        represent.
25                   SENATOR FRASER:  Mr. Chairman?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213270

USA_00023044

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 6 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 292 of 412
HB 218 Public Hearing                                    April 30, 2007

6

```
 1                  CHAIRMAN DUNCAN:  Senator Fraser?
 2                  SENATOR FRASER:  Skipper Wallace just came
 3       in.
 4                  CHAIRMAN DUNCAN:  Oh, okay.  Okay.
 5       Mr. Wallace, why don't you -- you can come -- Well, come
 6       up.  We've already called you and we'll -- okay.
 7       Mr. Garza?
 8                  MR. GARZA:  Yes my.  Name is Jose Garza,
 9       and I'm here on behalf of LULAC.  I'm their voting
10       rights counsel, and I'm here to speak against the -- the
11       bill.
12                  CHAIRMAN DUNCAN:  Let me -- The bill or
13       the committee substitute?
14                  MR. GARZA:  The committee substitute and
15       the bill, either one or both.  It is LULAC's position
16       that the voter ID bill would not pass muster under the
17       Voting Rights Act.  It would be illegal under Section 5
18       of the Voting Rights Act.  As the committee is aware,
19       any bill -- any law that is passed in Texas that impacts
20       on the right to vote must be reviewed by the Department
21       of Justice under Section 5 of the Voting Rights Act.
22       That review entails a requirement that the bill not be
23       retrogressive in its application to minority voters.
24                  In making that assessment, the Department
25       of Justice will review a number of items to make that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213271

USA_00023045

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 7 of 69
Case 1:12-cv-06128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 293 of 412
HB 218 Public Hearing                                    April 30, 2007

7

```
 1     determination, including that is a benchmark law that is

 2     what is in place now.  In comparison then to the law as

 3     it is now, this bill places a burden on minority voters

 4     and to a greater extent, other voters of the state.  The

 5     requirements that are in place because of the status of

 6     minority voters in Texas makes it more difficult for

 7     them to comply with this bill.

 8               I came today with Mr. George Korbel who's

 9     done an analysis of a number of things, and he'll

10     testify as we proceed with hearing evidence in which we

11     have -- we'll be able to show the number of items that

12     are required by this bill do weigh -- place a heavier

13     burden on minority voters, and, therefore, in our

14     assessment of the bill, this bill would not pass muster

15     under Section 5 of the Voting Rights Act and would

16     dampen voter participation in the minority community.

17     We urge the Senate to reject the bill and the

18     substitute.

19               CHAIRMAN DUNCAN:  Okay.  Members, any

20     questions?  Senator Fraser?

21               SENATOR FRASER:  Just clarification,

22     members.  The voter identification laws that are more

23     strict in House Bill 218 have already passed

24     preclearance by the Department of Justice under the

25     Voting Rights Act in Arizona, Louisiana, Florida and
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213272

USA_00023046

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 8 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 294 of 412
HB 218 Public Hearing                                         April 30, 2007

8

```
 1    South Dakota.  Secondly, a US District Court has

 2    recently affirmed that voter identification laws are not

 3    an unconstitutional poll tax and its rulings are based

 4    on Indiana 2007, Georgia 2006, relying on the Supreme

 5    Court's decision and verdict.  Both cases noted the

 6    imposition in general burden does not transform a

 7    regulation to a poll tax.

 8              CHAIRMAN DUNCAN:  Senator Ellis.

 9              SENATOR ELLIS:  Can you give me some input

10    on what has happened around the country when the laws

11    have been put in place?

12              MR. GARZA:  Well, a number of them have

13    been challenged, and as the senator indicated, a number

14    of them have been successful in securing preclearance

15    and/or securing approval in court challenges.  However,

16    the circumstances of Texas are unique.  The voting

17    history -- the election laws have been applied to

18    minorities in Texas is unique.

19              One of the things that Mr. Korbel is going

20    to show, for example, is one of the -- if you don't have

21    a driver's license, you can get a voter ID from a

22    Department of Transportation outlet.  One of the things

23    Mr. Korbel has done is to show the accessibility of

24    those substations where you can get those IDs, and

25    they're in such -- in locations such that they are
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213273

USA_00023047

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 9 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 295 of 412
HB 218 Public Hearing                                          April 30, 2007

9

```
 1      extremely difficult for the minority community to --

 2      to -- to access.  So the facts of Texas are going to be

 3      unique, and it is our opinion that once the Department

 4      of Justice reviews these unique facts that this bill and

 5      this substitute will not comply with the Voting Rights

 6      Act.

 7                  SENATOR ELLIS:  Of course, you are aware

 8      of the criticism with the Department of Justice in the

 9      last several months with political activity that has

10      been going on in the justice department.

11                  MR. GARZA:  That's right.  That's

12      another -- In order to compare what's happening now with

13      things that have occurred in the past, you can't divest

14      yourself of the history that the Department of Justice

15      has had in being politicized.  We believe that that

16      scrutiny that has been placed on the Department of

17      Justice will allow the Department of Justice to have a

18      more independent view from the staff when this bill, if

19      it passes, is reviewed by the Department of Justice.

20                  CHAIRMAN DUNCAN:  Thank you.  Senator Van

21      de Putte?

22                  SENATOR VAN DE PUTTE:  Thank you,

23      Mr. Garza, for being here.  Can you tell me of the

24      states where this has been, I guess, upheld, how many of

25      those states are under both Section 5 and Section 2 of
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008166

TX_00213274

USA_00023048

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 10 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 298 of 412
HB 218 Public Hearing                                          April 30, 2007

10

1      the Voting Rights Act?

2                  MR. GARZA:  Well, a number of them -- I'm

3      not familiar with the precise number, Senator.  A number

4      of them have had challenged Section 2 of the vote --

5                  SENATOR VAN DE PUTTE:  Right.

6                  MR. GARZA:  -- of the Voting Rights Act,

7      and a number of them have been reviewed under Section 5

8      and secured preclearance under Section 5.  In all of

9      those circumstances, however, comparing those bills to

10     the bill in Texas, is I don't think that's a fair

11     comparison.  The facts in Texas are going to be

12     different regardless of what their -- each of the

13     features of the bill are the same or not.

14                 The minority community in Texas has had a

15     different experience from the minority community in

16     Arizona, for example.  The minority community in Texas

17     has a different socioeconomic situation than in other

18     states.  One of the states in which this has been very

19     contentious and very controversial is in the State of

20     Georgia.  The State of Georgia's minority population is

21     just slightly larger than the minority population in

22     Harris County.  In one county, we have almost as many

23     minorities as the entire State of Georgia.  So the

24     review by the Department of Justice under Section 5 is

25     going to be unique to the facts in Texas.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213275

USA_00023049

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 11 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 297 of 412
HB 218 Public Hearing                                    April 30, 2007

11

1          SENATOR VAN DE PUTTE:  Thank you for that

2    clarification.  My other question is the studies that

3    you've seen, what sort of percentage can we expect on

4    decreases on voter turnout in the minority community?

5          MR. GARZA:  Well, again, I think that

6    the -- there's going to be a substantial reduction.

7    This is essentially setting up a reregistration for the

8    minority community, and in a number of situations where

9    laws have been passed in Texas to require, for example,

10   the -- the -- the cleaning of the roles.  The Department

11   of Justice has been very skeptical about those -- about

12   those bills, and in this situation that's essentially

13   what we're going to have with the great number of people

14   who don't have driver's licenses, who don't have voter

15   ID, and are having --

16          The other thing that's important in terms

17   of analyzing this is a lot of studies have shown that

18   you don't make a decision to go vote until election day

19   and the minute that you decide to go vote, within that

20   time frame.  So if you don't have a driver's license, if

21   you don't have a voter ID, then it's -- and you don't

22   live in an area where a substation for getting a voter

23   ID is located, that's not going to be an option.  So you

24   are going to have to make a determination about what

25   kinds of alternative identification you are going to be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008168

TX_00213276

USA_00023050

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 12 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 298 of 412
HB 218 Public Hearing                                    April 30, 2007

12

1       able to secure in that sort of time frame.

2                   Again, all of those things that are --

3       that are listed as alternatives forms of identification

4       are going to be less available to poor citizens of -- of

5       Texas than to other folks, and our studies show that

6       minority community is over-concentrated in those

7       socioeconomic levels.

8                   SENATOR VAN DE PUTTE:  Thank you,

9       Mr. Garza.  I don't have any other further questions.

10                  CHAIRMAN DUNCAN:  All right.  We have

11      Amanda McCluskey, AARP Texas.  State your name and who

12      you represent.

13                  MS. McCLUSKEY:  Sure.  Thank you.  Good

14      morning, my name's Amanda McCluskey.  I represent AARP

15      Texas and our 2.3 million members here in the State of

16      Texas.  I'm the manager of Advocacy for Texas, and I'm

17      here to talk with you about our opposition to House Bill

18      218.  We're very concerned that this bill he -- it hits

19      right at the most basic rights, and one of those most

20      basic rights is the right to vote.  We should be doing

21      more to encourage people to participate in the voting

22      process, not creating barriers that keep voters away

23      from the polls and make it more difficult to cast their

24      vote and participate in our -- in our democracy.

25                  Specifically, we think this is a major



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213277

USA_00023051

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 13 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 299 of 412
HB 218 Public Hearing                                        April 30, 2007

13

1       concern for our members, particularly our older members

2       because those are the voters who have less access to --

3       to important documents.  They have less ability to

4       access the facilities that are needed to get -- if they

5       don't have a driver's license, they have less ability to

6       gets the ID cards that were mentioned earlier.  They are

7       also the largest voting block.  In the last election

8       more than half of the voters were over age 50, and we

9       believe that this raises serious issues for this

10      population to have access to the voting booth.

11             Simple paperwork is often complicated and

12      difficult for our more elderly citizens.  Also,

13      documents like a birth certificate, expired passport,

14      these are all often difficult for our older members of

15      society to purchase -- to produce and/or purchase.  They

16      may be lost due to fire, due to moving, due to papers

17      being misplaced.  All of these make it difficult for

18      someone to produce the necessary documentation outlined

19      in House Bill 218.

20             One other thing I'd like to share with you

21      to give you kind of a sense of the concerns of this

22      population is that 18 percent of Americans over age 65

23      do not have some form of government issued photo ID.  So

24      if we think about disenfranchising, essentially

25      18 percent of our 65-plus population with this kind of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213278

USA_00023052

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 14 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 300 of 412
HB 218 Public Hearing                                    April 30, 2007

14

1     piece of legislation raises serious concerns for them.

2     So I thank you for your time, and I urge you to vote

3     against House Bill 218.

4               CHAIRMAN DUNCAN:  Senator Ellis?

5               SENATOR ELLIS:  What's the source of that

6     percentage of people who don't have any form of ID?

7               MS. McCLUSKEY:  It comes from the New York

8     School of Law, a study done by the Center for Justice

9     there, and I have this document and copies --

10              SENATOR ELLIS:  It's a nationwide study?

11              MS. McCLUSKEY:  It's a nationwide study of

12    Americans --

13              SENATOR ELLIS:  So in some states it may

14    be even higher.

15              MS. McCLUSKEY:  It's possibly.  Doesn't

16    have the data.

17              SENATOR ELLIS:  So in your opinion -- if

18    you can speak for your organization, do you see this

19    bill as voter suppression measure?

20              MS. McCLUSKEY:  We're absolutely concerned

21    that this is going to discourage people from going to

22    the polls and make it harder for them to cast their

23    vote.

24              SENATOR ELLIS:  Now, in your work have you

25    had any instances in which any of your members have been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213279

USA_00023053

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 15 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 301 of 412
HB 218 Public Hearing                                    April 30, 2007

15

1       accused or found guilty of voting with the wrong ID?

2                   MS. McCLUSKEY:  Yes.  And, in fact, one of

3       the things that -- that I didn't get a chance to

4       mention, but wanted to, our understanding is that in

5       fact there's no data to support the problems that this

6       bill is purporting to try and address.  Testimony --

7                   SENATOR ELLIS:  Go ahead.

8                   MS. McCLUSKEY:  -- before -- before the

9       House Elections Committee, by both the Secretary of

10      State and the Attorney General's Office said there

11      actually have been no reports since 2002 of any

12      individuals impersonating someone at the voting booth,

13      and so we think in fact that this bill is potentially --

14      it's potentially a solution in search of a problem.

15                  SENATOR ELLIS:  Now, and under this

16      bill -- I wasn't here when he laid out the substitute --

17      I assume that it does not apply to people who are voting

18      by mail ballot.  Senator Fraser, does your bill apply to

19      folks voting by mail ballot or just people show up -- I

20      wasn't here when you laid out the substitute.

21                  SENATOR FRASER:  I'm asking the same

22      question to clarify is that --

23                  SENATOR ELLIS:  By setting up a dual

24      system so you'd have to have a ID to vote in person, but

25      if you didn't have to have it if you were voting by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008172

TX_00213280

USA_00023054

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 16 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 302 of 412
HB 218 Public Hearing                                    April 30, 2007

16

1      mail.  Is that the same thing?

2                   SENATOR FRASER:  Same.

3                   SENATOR ELLIS:  Okay.  So that means for

4      the older AARP members who would vote by mail, they

5      would not have to have ID, but if they show up to vote,

6      get a little exercise, have somebody to take them.

7      There's never been a case in which anybody's been

8      prosecuted by not being who they said they were.  So

9      this would also have, I guess, an unintended effect of

10     your members not having friends who would take those of

11     us over 50 who can't -- who in AARP can't get vote,

12     can't get to a polling place on our own.  Nobody would

13     take them because they'd say stay in the house, figure

14     out how to get somebody to do a mail ballot for you.

15                  MS. McCLUSKEY:  It certainly would

16     encourage those to do the mailing ballot.

17                  SENATOR ELLIS:  Do you happen to know of

18     other things that some of your members can do when they

19     don't have to have an ID?  I know the example came up

20     sometime ago, a couple of my colleagues said to me you

21     have to have a ID to rent a video.  Then they found out

22     you don't.  Some people have used that voter's

23     registration card to get the video, and I'm sure if you

24     walk in there to a video store and look like Osama Bin

25     Laden, maybe they won't give it to you.  But, you know,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008173

TX_00213281

USA_00023055

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 17 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 303 of 412
HB 218 Public Hearing                                    April 30, 2007

17

```
 1    if you go in there threatening somebody with a gun, you

 2    may not get it, but can you give examples of other

 3    things members can do -- Like Meals on Wheels, do you

 4    have to show your ID to participate in Meals on Wheels?

 5               MS. McCLUSKEY:  For those programs you do

 6    not, beyond your initial eligibility screening, and I

 7    don't know that eligibility for those programs actually

 8    requires you to produce that documentation.

 9               I think that the thing to keep in mind

10    with a lot of our folks is we're talking about older

11    more frail folks who spend a lot of time in their homes.

12    They don't really even rent movies in a lot of cases.

13    These are people who don't get on planes, who don't --

14    if they travel, they tend to travel sometimes on bus

15    trips.  We're talking about really, really modest and

16    middle income folks who are not jet setting around the

17    world or around the country, but who are good tax paying

18    voting citizens and who want to continue to participate

19    in that process.

20               SENATOR ELLIS:  And so they get on these

21    buses.  You know, when my mother was alive, they could

22    even go to -- to Louisiana to sing in a choir and

23    gamble, and as long as they have that money, they can go

24    in.  There's no question that they are at the right age

25    and they can walk into the casino --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213282

USA_00023056

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 18 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 304 of 412
HB 218 Public Hearing                                    April 30, 2007

18

1              MS. McCLUSKEY:  That's right.

2              SENATOR ELLIS:  -- and participate.  I

3     think it will be helpful for the committee if AARP were

4     to give us just a list of things that elderly people can

5     do.  You know, all of us on this committee are over 50.

6     I'm not sure about the chair.

7              CHAIRMAN DUNCAN:  I'd be happy to see

8     that, but I'd also think it would be helpful to have a

9     side by side list of things that they cannot do without

10    an ID.

11             SENATOR ELLIS:  I think it will be

12    helpful, and it would be helpful to see the instances in

13    which each of those categories there have been

14    prosecutions because somebody was not who they said they

15    were.  Now, obviously, you have to have an ID when you

16    go cash a check, and I'm sure there are instances where

17    people have been prosecuted.  Even someone -- Maybe even

18    a AARP members who cash a check, and it was not that

19    check, but it would be good to see where it has been an

20    issue.

21             MS. McCLUSKEY:  And I would point out on

22    your check example, if you get a preferred card at a

23    grocery store, once you get that preferred card, you

24    often don't have to produce a driver's license because

25    you've already proved who you are to them when you cash



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213283

USA_00023057

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 19 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 305 of 412
HB 218 Public Hearing                                    April 30, 2007

19

1    that check.

2              SENATOR ELLIS:  At my grocery store, I

3    mean -- I don't know if I paid my dues to AARP.  I'm 53.

4    But I go in and I want to get my discount at Kroger,

5    Randall's or whatever it is, I just plug in my little

6    number and they don't check and see if that's me or not,

7    but I get my -- I get my discount, but those are casual

8    things.

9              MS. McCLUSKEY:  We'd be happy to take a

10   stab at putting some kind of a list like that together.

11             SENATOR ELLIS:  Just a breakdown of your

12   AARP members, if you know, in Texas.  If you don't --

13             MS. McCLUSKEY:  You know, I can -- I can

14   tell you that we are predominantly Caucasian.  We do

15   have a significant African-American membership, a

16   significant Hispanic membership, but we are certainly

17   majority Caucasian.

18             SENATOR ELLIS:  And the point that I'm

19   trying to make by raising the question, obviously, is

20   clear that we think about suppression that this will

21   have with African-Americans and Hispanics, but,

22   obviously, age knows no color, no ethnicity, and with

23   your organization, most of them are Anglos, the elderly

24   people who have served our state well and paid their

25   taxes and still want to participate in the process.  And



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008176

TX_00213284

USA_00023058

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 20 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 306 of 412
HB 218 Public Hearing                                   April 30, 2007

20

1      this will have a chilling impact upon their ability to

2      vote.  And a lot of them older people want to -- think

3      it's sort of a rare passage, when they could still --

4      they can't get out of their home to do anything else.

5      If they can, they want to get out of their home to go

6      vote.  It's like religion with them to be able to go

7      exercise that right.  Thank you.

8                    SENATOR VAN DE PUTTE:  Chairman?

9                    CHAIRMAN DUNCAN:  Senator Van De Putte.

10                    SENATOR VAN DE PUTTE:  Thank you.  Thank

11      you very much.  I know that I'm extremely concerned

12      about particularly what happens to your constituency at

13      AARP, but the majority of them are women.  And if you

14      look at the committee substitute on Page 6, and I think

15      the same line, which is in the House, says an agency --

16      if you don't have -- you've got to have your voter ID

17      and a photo identification, and if you don't, you've got

18      to have two other forms, and it says that you could use

19      some sort of a document as issued by an agency,

20      institution or a political subdivision of the state.

21                    And I'm thinking about my grandma because

22      like many women in that age, they never learned how to

23      drive.  Two-car families just were not the case, and her

24      husband had the car and she was a homemaker, never

25      worked outside the home.  Her job was taking care of her



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008177

TX_00213285

USA_00023059

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 21 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 30 of 412
HB 218 Public Hearing                                              April 30, 2007

21

1    family and her children and then her grandchildren.  She

2    never learned how to drive, but her children and

3    grandchildren would take her where she needed to go, but

4    she lived in the neighborhood that a lot of them were

5    walking, but in her later years, she wanted to maintain

6    some independence, and she got a bus card, and the bus

7    card -- I don't know, Mr. Chairman, that would be

8    helpful if you could figure out if that is one of the

9    IDs that you could use because, first, you have a

10   little -- they have a little piece of paper that says,

11   you know -- you just write your name on this, and she

12   was a -- she got a discount from the transit company for

13   being a senior.  But then in later years they had the

14   effort where they did take a picture.  They would

15   have -- maybe go to the senior centers and that would be

16   one of the documents.

17             But I'm extremely concerned, particularly

18   for women, and women who were homemakers all their

19   lives, who did not work outside the home, who did not

20   drive, and although my mother used to drive, she no

21   longer, and so many of them didn't.  But if you could

22   help us by figuring out exactly who we're talking to

23   about here because I understand the majority of the

24   seniors that would be affected are actually, I think,

25   women and elderly women -- and elderly Caucasian women


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213286

USA_00023060

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 22 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 308 of 412
HB 218 Public Hearing                                        April 30, 2007

22

1    more than anything else.

2              So I'm extremely concerned about that, but

3    that would be helpful to us to know what sort of things

4    were we're talking about.  Certainly, I know that my

5    grandma never had a hunting license, and she never --

6    her birth certificate -- she didn't have a birth

7    certificate.  She was born at a ranch home, and so they

8    had church records of their baptisms, and that was how

9    they kept records back then.  But this says -- according

10   to this, it is a birth certificate that's issued by a

11   county or a city or a state, and to my knowledge, I see

12   my grandma's birth certificate, there is none.  It's a

13   baptismal certificate because back in those times the

14   churches held the records.  She didn't --

15             MS. McCLUSKEY:  I have the same situation

16   with my --

17             SENATOR VAN DE PUTTE:  How does that work?

18             MS. McCLUSKEY:  -- own father who has a

19   similar situation, and we don't actually have an

20   official birth certificate, and so for those kinds of

21   individuals, it's a real challenge here, and it's -- and

22   it's posing challenges in other places, and places in

23   society who may not be able to produce those documents,

24   but we would be happy to go ahead and try and get a

25   little bit -- save some of those kinds of documents that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213287

USA_00023061

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 23 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 309 of 412
HB 218 Public Hearing                                        April 30, 2007

23

1    people particularly possessed.  We think of -- You know,

2    I think your baptismal certificate is a good example,

3    but that don't necessarily fit into the criteria here

4    and are substituted sometimes --

5             SENATOR VAN DE PUTTE:  Again, her marriage

6    certificate I think it was filed somewhere, but what we

7    have is a church copy.  Thank you.

8             SENATOR FRASER:  Just for the record, I

9    think there was a question asked a while ago in our

10   report with regard to mail in ballots, and I'll just

11   read from you -- read to you from our committee report

12   that we had in the interim.  This is as within person

13   voting between -- between January 1st and 2000 --

14   January 1st, 2004, January 1st, 2006, if vote by mail --

15   if the requesting voter registered to vote by in their

16   application was for the first election following

17   registration, they must include a copy of appropriate

18   identification with their ballot when it is returned to

19   the clerk, and that's section -- that's Texas Election

20   Code Section 1805(a)(4).  That is a HAVA requirement.

21   That expired on January 1st, 2006, but we're continuing

22   it in accordance with HAVA, and legislation I think is

23   already moving through the --

24             CHAIRMAN DUNCAN:  Could you repeat that?

25             SENATOR FRASER:  Paraphrasing that if



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008180

TX_00213288

USA_00023062

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 24 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 310 of 412
HB 218 Public Hearing                                    April 30, 2007

24

1    you're voting for the first time by mail, you have to

2    include with your ballot a -- an ID, identification.  I

3    think there was a question about that a while ago.  So

4    we already -- we do require -- we're not running -- we

5    are running a dual system now because we're requiring on

6    mail in ballots --

7                CHAIRMAN DUNCAN:  Which is current law.

8                SENATOR FRASER:  Which is current law,

9    but --

10               SENATOR ELLIS:  First time, right, you

11   have to send in your ID, but if you are a (inaudible)

12   ballot by mail, you don't, so the first time you send it

13   in.

14               SENATOR FRASER:  Right.  First time --

15               CHAIRMAN DUNCAN:  And I don't believe

16   we're attempting to change that old mail in ballot --

17               SENATOR FRASER:  No.  Well -- Well,

18   that -- that sunset -- that basically sunset in the

19   HAVA -- in our HAVA law, and we are reinstating it in --

20   in Senate Bill 1647.

21               SENATOR ELLIS:  What does that mean?  The

22   new bill that is passing, it will apply to every mail in

23   ballot the first time only --

24               SENATOR FRASER:  Right.

25               SENATOR ELLIS:  -- or are we looking to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008181

TX_00213289

USA_00023063

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 25 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 311 of 412
HB 218 Public Hearing                                        April 30, 2007

25

1    see if you voted --

2              SENATOR FRASER:  We're not changing that

3    concept.  We're just extending it.

4              SENATOR ELLIS:  So it still is dual

5    because under this interim, I didn't get the distinction

6    between the bill and the substitute, unless your bill is

7    saying the first time you go vote in person, you show

8    ID, but the next time you go, you don't show ID, it is a

9    dual system.

10             SENATOR FRASER:  Well, not -- not -- not

11   necessarily it's dual as it is today.

12             SENATOR ELLIS:  It's a little less dual.

13             SENATOR FRASER:  It's a little less dual,

14   whatever that means.

15             SENATOR ELLIS:  I see.

16             SENATOR FRASER:  As the bill mentions.

17             SENATOR ELLIS:  Yeah, I see.

18             SENATOR FRASER:  A little less dual, a

19   little more dual, but it -- the -- at least from a

20   policy standpoint at least with regard to -- you know, I

21   wouldn't be concerned it will go any further than that,

22   but I think that's -- I want to clarify that -- there

23   was a question about that a while ago, and I wanted to

24   clarify what the state of the law was.

25             SENATOR ELLIS:  If you want to make it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213290

USA_00023064

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 26 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 312 of 412
HB 218 Public Hearing                                    April 30, 2007

26

1    consistent, I mean, that's problem -- in my mind, from

2    my background and things that I've seen that suppress

3    votes in Texas over years, you don't have a problem with

4    it period, but you could -- at least if you want to be

5    consistent, you could require them to do it every time

6    they send in a mail in ballot or say that somebody shows

7    an ID the first time, they go vote in person, then they

8    don't have to show it again.

9              CHAIRMAN DUNCAN:  Well, that would be get

10   you to vote?

11             SENATOR ELLIS:  No.  It's a bad deal

12   period, but I'd like --

13             SENATOR FRASER:  You wouldn't (inaudible)

14   would you?

15             SENATOR ELLIS:  I'd have to see the impact

16   of it, but I'm just -- I'm making a point it is a dual

17   system.  I mean, what's --

18             CHAIRMAN DUNCAN:  (Inaudible) It is a dual

19   system today, and we're continuing that dual system.

20             SENATOR ELLIS:  Okay.  So my point is

21   under your bill, your bill will apply to people when

22   they go and vote.  They're being required first time,

23   Houston, Texas, to show ID, but -- every time they vote,

24   but your bill will not require people who are voting by

25   mail to show ID every time they vote.  That's the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213291

USA_00023065

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 27 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 313 of 412
HB 218 Public Hearing                                    April 30, 2007

27

```
 1      question, true?  Okay.  But that's not dual system to
 2      you.
 3                  CHAIRMAN DUNCAN:  All right.  Members, any
 4      questions?  Senator Lucio?
 5                  SENATOR LUCIO:  Thank you.  First of all,
 6      I'd like to apologize for being tardy.  We were in
 7      finance casting votes.
 8                  CHAIRMAN DUNCAN:  Hope you cast one for
 9      me.
10                  SENATOR LUCIO:  I cast everything with
11      your name on it.  Thank you, Mr. Chairman.  Senator, I
12      guess these are the witnesses for Chairman Fraser.  Have
13      we taken into consideration the impact of legislation
14      it's going to have on poll workers in terms of how these
15      volunteers are going to know what types of ID documents
16      are acceptable or invalid?
17                  SENATOR FRASER:  The -- The bill requires
18      that there be a posting as you come in, and it would be
19      posted, so they would know what was available.  It's no
20      different than it would be if you are cashing a check
21      and you have a photo ID.  You have a list forms that are
22      available, and several things that they can offer up,
23      and, yes, it would be -- that would have as much.
24                  SENATOR LUCIO:  Yes, sir.  I guess
25      Mr. Wallace, I'd ask you a question or two or anyone in
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008184

TX_00213292

USA_00023066

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 28 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 314 of 412
HB 218 Public Hearing                                    April 30, 2007

28

1       the panel that would like to address this --

2                   CHAIRMAN DUNCAN:  He hasn't testified yet.

3       If you want --

4                   SENATOR LUCIO:  Oh, I'm sorry.

5                   CHAIRMAN DUNCAN:  Why don't you let him --

6                   UNKNOWN SPEAKER:  (Inaudible) your

7       question, sir.

8                   CHAIRMAN DUNCAN:  Why don't you let him

9       testify and then you can -- then that way the full

10      panel can be --

11                  SENATOR LUCIO:  I didn't know who had

12      already testified.

13                  CHAIRMAN DUNCAN:  Mr. Wallace, go ahead

14      and state your name and who you represent.

15                  MR. WALLACE:  I'm Skipper Wallace, and I'm

16      the state legislative chairman for the Republican County

17      Chairmans Association.  I appreciate the opportunity to

18      address this panel today.  We in the County Chairmans

19      Association, our main goal is to improve the election

20      process by making it fair and on a level playing field

21      for everybody.  We feel like that the voter ID as stated

22      would be one of the most significant things we could do

23      to make elections more honest and above board.

24                  In the process of developing our

25      legislative program, we took testimony from county



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008185

TX_00213293

USA_00023067

Case 2:13-cv-00193  Document 664-5  Filed on 11/11/14 in TXSD  Page 29 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-3  Filed 06/20/12  Page 315 of 412
HB 218 Public Hearing                                    April 30, 2007

29

1      chairs from all over the State of Texas, and one of the

2      main complaints -- in fact, I've identified this as

3      their number one priority -- was that they felt like

4      that they had incidences of voter fraud in their

5      elections.  Having been an election judge and worked on

6      elections for 16 years, I have run across some of the

7      same problems.

8              And there's been some testimony given that

9      there are no documented cases that we have of

10     convictions of where this is the case.  That is true.

11     We -- We do not have documented cases.  There are a

12     couple of reasons for that.  First, an individual case,

13     an election worker -- if you ever worked as an election

14     judge, you understand the hectic nature of the -- of the

15     balloting process itself.  It's very hurried.  There's

16     people waiting in line.  You want to move them through

17     as fast as you can.  You think this guy's impersonating

18     somebody else, but you don't have a lead pipe to prove

19     stench, so you go ahead and let it ride.  Well, then

20     later you find out, well, you didn't.  Well, you don't

21     have any proof to be able to go to a DA with to document

22     that.  There is a significant amount of evidence that

23     you have to take to actually prove up one of these cases

24     which makes it very difficult.

25              Also, DAs in these local communities,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213294

USA_00023068

Case 2:13-cv-00193   Document 664-5   Filed on 11/11/14 in TXSD   Page 30 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-3   Filed 06/20/12   Page 316 of 412
HB 218 Public Hearing                                    April 30, 2007

30

```
 1    local counties, this is not high on their priority list.

 2    Murders, rapes, drug cases, all these kind of things are

 3    way up here on the pecking order.  Voter fraud,

 4    impersonation is way down here.  They do not place a

 5    very high importance on voter fraud cases.  Therefore,

 6    it's extremely difficult to get a local DA to even look

 7    at one of these cases.  That's one of the reasons that

 8    we do not have any cases filed or any cases completed on

 9    this.

10              We feel like once the voter ID is

11    implemented, then we will cut down this.  In fact, our

12    feeling is an ounce of prevention is worth a pound of

13    cure.  We can't prove through cases that we have a

14    problem.  The opposition side can't prove that we don't

15    have a problem.

16              CHAIRMAN DUNCAN:  You need to wrap up.

17    Your time has expired.

18              MR. WALLACE:  Okay.  Anyway, the Texas

19    Republican County Chairmans Association very much

20    supports the voter ID legislation, and we'll be glad to

21    answer any questions.

22              CHAIRMAN DUNCAN:  Senator Lucio?

23              SENATOR LUCIO:  Mr. Wallace, do you have

24    any -- any information or any kind of proof of a DA,

25    anyone in Texas, that cared not to take up a voter fraud
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00213295

USA_00023069

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 31 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 31 of 412
HB 218 Public Hearing                                    April 30, 2007

31

1      complaint from anyone in our state?

2                  MR. WALLACE:  Do I personally have a

3      specific instance?  I do not.  I might can get you some.

4      They came from county chairs to me --

5                  SENATOR LUCIO:  That would be extremely

6      important, I think, for the members of this committee to

7      know that there's -- there's evidence out there, there's

8      proof of some district attorney in our state who failed

9      but didn't want to prioritize, you know, a vote of

10     fraud.  I think I would really like to know that.  I

11     really would.  I think that would make it an issue for

12     me to -- to possibly look at this piece of legislation

13     in a different tone.

14                 I have certain questions.  I'll try to be

15     as brief as possible.  At this point why -- I mean, I

16     guess you told us why you felt you needed legislation

17     now, but it seems if this measure was really needed, we

18     would have passed it decades ago.  Do you recall who

19     started to push this legislation and when in the years

20     past?

21                 MR. WALLACE:  I think the major push was

22     two years ago.  The County Chairmans Association

23     supported it then, testified for it then.

24     Representative Mary Denny, from Denton, I believe, was

25     the main -- was the carrier of the bill.  We got it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213296

USA_00023070

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 32 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 318 of 412
HB 218 Public Hearing                                        April 30, 2007

32

1    passed in the house.  We got it to the senate, and we

2    got a point of order, I believe, which killed the bill.

3    We since tried to re-look at it and reorganize it and

4    reintroduce it and have been able to get it back in the

5    house, and now here we are in the senate at the State

6    Affairs Committee and would like to see it moved on from

7    here.  Does that answer your question, sir?

8             SENATOR LUCIO:  Yeah, that's fine.  I'm

9    going to be quoting from this document that was given to

10   us by Royal Masset, Republican Political Consultant.

11   Actually, it was published in the Quorum Report, and we

12   asked him if we could have permission to quote it, and

13   he obviously approved it.  And there's several --

14   several (inaudible) to -- to -- or subtitles to, The

15   Voter ID Will Kill My Mother's Right to Vote is the

16   title.  And he says he agrees with David Dewhurst --

17   obviously, Lieutenant Governor David Dewhurst's comments

18   that we should ensure that we maximize the number of

19   votes which in all -- which is all in our best

20   interests, but that we limit our elections to American

21   citizens.  I think all of us agree to that.  He also

22   goes on to quote the lieutenant governor.  I can't

23   imagine anyone who could be against the concept.  I

24   agree with David 100 percent, he says, and if he -- and

25   if he is a man of intelligence and integrity, he will --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008189

TX_00213297

USA_00023071

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 33 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 319 of 412
HB 218 Public Hearing                                          April 30, 2007

33

1       he's saying he will not support HB 218.  It goes on,

2       there's no evidence on the record that non-American

3       citizens have voted in past elections in a manner that

4       would have stopped -- have been stopped by House Bill

5       218.  Under voter fraud is a problem, it says, however,

6       voter fraud by individual voters is extremely rare.

7       Under voter fraud, it's rare -- it goes on to say it is

8       100 times easier to get a legal voter to the polls than

9       it is to get someone to illegally register and then talk

10      to them into voting for your candidate and getting them

11      to vote.  I think right here on reports show absence of

12      misuse, registration cards, it's ready where I have a

13      star.  The most credible recent study on illegal voting

14      in Texas was done by Attorney General Greg Abbott.

15      Abbott last year says, as best as I can determine, he

16      says he found no cases of illegal aliens casting

17      voters -- votes with fraudulent registration cards.  I

18      think this is a very important statement.

19              He goes on to the Burka Blog where he

20      quotes many asserted that the impersonation of voters is

21      probably the least frequent type of fraud, and so on and

22      so forth.  In other words, it goes -- it goes the direct

23      opposite of what you testified -- just testified on that

24      there's -- there are -- there are, I don't know,

25      frequent cases or cases where there has been voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213298

USA_00023072

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 34 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 320 of 412
HB 218 Public Hearing                                    April 30, 2007

34

1       fraud.  And my question I guess, number one, is have

2       those been documented?  Have we already -- Are we able

3       to see something and some things in writing where, you

4       know, heck, if there is so much that voter fraud is

5       going on?  I'm all for making whatever adjustments needs

6       to be -- need to happen to be able to do it.  But the

7       final page on this, he says, how does one verify the

8       genuineness of nonvoter IDs almost all of which can be

9       computer generated in seconds?  And, finally, millions

10      of Americans citizens whose parents have been here for

11      generations don't have birth certificates and are

12      undocumented.

13              I'm going to say that my dad passed away

14      in September, but for the longest of time -- he was born

15      in Brownsville, and thank God there was still a few

16      old-timers around to -- to sign on to the late birth

17      certificate request, but he was a veteran of foreign

18      wars, disabled American veteran, worked for the

19      sheriff's office for 30 years.  He was an American

20      citizen, yet technically he had never really taken care

21      of his birth certificate, and I know that there's still

22      a lot of people out there, thousands and thousands of

23      people possibly, especially along the border -- border

24      states that, you know, is kind of parallel to what my

25      dad's problem was.  What do we do with them?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213299

USA_00023073

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 35 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 321 of 412
HB 218 Public Hearing                                        April 30, 2007

35

```
 1              MR. WALLACE:  Senator, I don't -- I'm not
 2    sure that I have the perfect answer for that, but I know
 3    that voting is -- is not only a right, but a privilege,
 4    and I think it's worth the effort --
 5              SENATOR LUCIO:  I go on its a
 6    responsibility.
 7              MR. WALLACE:  It also is a responsibility,
 8    yes, sir.  And I think it deserves the effort that it
 9    takes to -- to identify and prove up that -- that you
10    have a photo ID that really you are a citizen of the
11    United States.  That's not in this bill, but -- but I
12    really feel like that -- that's not asking too much of
13    someone.
14              SENATOR LUCIO:  Well, if we wish to do a
15    study, I think probably the ones that most -- most
16    frequent or so anxious to vote are those that just
17    became naturalized and become American citizens.  Those
18    are people that want to be in the front line when it
19    comes to voting, and they don't take -- they don't take
20    it for granted because wherever they come from in this
21    world, they've a harder time.  I just want to make sure
22    that no one's left out of the process.
23              I certainly respect the fact that, you
24    know, we -- we certainly want to make sure that there's
25    no voter fraud, but in this case, if someone could show
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213300

USA_00023074

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 36 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 322 of 412
HB 218 Public Hearing                                          April 30, 2007

36

 1      me that there's an outbreak, that I would very much join

 2      my -- my -- I want to say favorite, but my one of my

 3      favorites of all time chairmans, Chairman Fraser.

 4                     SENATOR ELLIS:  Well, wouldn't you able --

 5      (inaudible).

 6                     CHAIRMAN DUNCAN:  He is my committee.

 7      Chairman Ellis?

 8                     SENATOR ELLIS:  Mr. Wallace?

 9                     MR. WALLACE:  Yes, sir.

10                     SENATOR ELLIS:  Thank you for coming.

11      Which county are you from?

12                     MR. WALLACE:  I'm actually chairman in

13      Lampases County.

14                     SENATOR ELLIS:  And you said that in your

15      experience -- your career as election judge, you have

16      seen instances of voter fraud.

17                     MR. WALLACE:  I've seen instances where

18      I've suspected it to be voter fraud.

19                     SENATOR ELLIS:  Did you report it?

20                     MR. WALLACE:  No.

21                     SENATOR ELLIS:  Do you know of any of the

22      precincts judges at the grassroots level have seen it

23      and they reported it.

24                     MR. WALLACE:  Well, and did report it and

25      they reported it to me.  We didn't carry it any further



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008193

TX_00213301

USA_00023075

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 37 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 323 of 412
HB 218 Public Hearing                                     April 30, 2007

37

1    to the district attorney, no, sir.

2                 SENATOR ELLIS:  Do you think that if this

3         could have a chilling impact on some people showing up

4         with this voter ID requirement?

5                 MR. WALLACE:  Well, you know, anything can

6         have a chilling impact on some people.  If we changed

7         the polling location has a chilling impact on some

8         people, but I really think that the -- the requirement

9         to produce a -- a photo ID -- I had to produce a photo

10        ID to pick up my grandson at the elementary school the

11        other day, and maybe at your video store, you don't have

12        to, but I did have to present a photo ID to get a video.

13                SENATOR ELLIS:  But you do agree this

14        could discourage some people from voting.

15                MR. WALLACE:  Anything could discourage

16        people.

17                SENATOR ELLIS:  Anything.  If you all were

18        going to move a polling place as a party leader, do you

19        take into account whether or not if it's higher wait,

20        it's more difficult, it's a lot of traffic?  Do you try

21        to accommodate things to encourage more people to show

22        up to vote or are you pretty happy with the voter

23        turnout in your county?

24                MR. WALLACE:  Well, I don't think anybody

25        can say that we would be happy with the voter turnout as



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008194

TX_00213302

USA_00023076

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 38 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 324 of 412
HB 218 Public Hearing                                     April 30, 2007

38

1    low as it is.  However, I'd like to have people who know

2    what they're voting for to come vote.

3              SENATOR ELLIS:  So you try to do things to

4    figure out how to get more people to go vote.

5              MR. WALLACE:  We try to make things as

6    easy as we can to vote within a reasonable nature of

7    having the folks that are supposed to vote vote.

8              SENATOR ELLIS:  Yeah.  You mentioned you

9    all have processes and this was your top priority.  I

10   assume you all have hearings or meetings around the

11   state or something?

12             MR. WALLACE:  We have -- We have a hearing

13   here at the capital.

14             SENATOR ELLIS:  What other issues are in

15   your agenda?

16             MR. WALLACE:  There are --

17             SENATOR ELLIS:  Related to election

18   matters.

19             MR. WALLACE:  Proof of citizenship to

20   register to vote, papertrail, where a two county

21   chairmen have a dispute, one runs against the other and

22   the other gets elected and won't turn over the records,

23   transition of county chairs, notification of county

24   chairs for election meetings.  I have a -- can give you

25   a copy of my agenda if you want.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213303

USA_00023077

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 39 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 328 of 412
HB 218 Public Hearing                                    April 30, 2007

39

1           SENATOR ELLIS:  Was there any discussion

2     when you had your hearings or meetings around the state

3     about whether or not this provision would have more

4     impact on one group or one party than another?  Did you

5     have any discussion on what impact it would have on your

6     base voters?

7           MR. WALLACE:  I don't think we really

8     looked at it from the perspective of would it benefit us

9     anymore than it would the democratic party or the green

10    party or the Libertarian party.  No, I don't recall any

11    discussion like that.  I think what -- what our concern

12    was that it would improve the election process.

13          SENATOR ELLIS:  Any discussion on whether

14    or not it would have more impact on the elderly or on

15    the party groups?

16          MR. WALLACE:  Well, when you look at the

17    situation that there are over 14,000 driver's licenses

18    issued.  There's over 2,000 ID cards issued by the DPS,

19    and there's a little over 12,000 registered voters.  We

20    really couldn't figure out, you know, how many people we

21    were really putting out to go get a picture ID.

22    Every -- We were talking about the senior citizens and

23    maybe indigent and folks on welfare and stuff.  They

24    have to prove at some point in time to be able to get

25    those benefits.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213304

USA_00023078

Case 2:13-cv-00193   Document 664-5   Filed on 11/11/14 in TXSD   Page 40 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-3   Filed 06/20/12   Page 328 of 412
HB 218 Public Hearing                                    April 30, 2007

40

1          SENATOR ELLIS:  You all didn't focus on
2      whether or not it would have additional impact on any
3      particular party, the elderly, minorities.  Just didn't
4      hit the radar screen.
5          MR. WALLACE:  Well, I can't say that
6      somebody might not have mentioned it, but it wasn't a
7      high priority.
8          SENATOR ELLIS:  How did the issue come to
9      you all?  I know this is a national movement around the
10     country.  Was this sort of home grown or was this
11     something that has been in discussions around the
12     country as --
13         MR. WALLACE:  An issue came to my
14     committee presented by several county chairs that they
15     said that they had problems, and they were very adamant
16     that this should be one of our high priorities, and, of
17     course, having been a priority two years ago, it was not
18     hard to convince the committee that we should make it
19     high priority this year.
20         SENATOR ELLIS:  Thank you.
21         CHAIRMAN DUNCAN:  I will note for the
22     record that in 1948 Coke Stevenson had a little trouble
23     proving fraud too.  Senator Fraser?
24         SENATOR FRASER:  Just --
25         SENATOR ELLIS:  In 1948 my base was not



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008197

TX_00213305

USA_00023079

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 41 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 32 of 412
HB 218 Public Hearing                                        April 30, 2007

41

1    voting.

2                    CHAIRMAN DUNCAN:  You are aware of that as

3    well.

4                    SENATOR ELLIS:  They had a poll tax month

5    other things.

6                    CHAIRMAN DUNCAN:  We have come a long way,

7    haven't we?  Senator Fraser?

8                    SENATOR FRASER:  Senator Ellis, just for

9    your clarification, last Thursday -- last Thursday you

10   voted on three different bills that were brought to me

11   by the Republican party, but endorsed by the Democratic

12   party, so they have a long list of things that they did

13   of which this was one issue that was brought with them.

14   I don't represent the Democratic party endorsed that --

15   this particular issue, but the other three you voted on

16   Thursday I think were all joint -- they were all joint

17   programs --

18                   SENATOR ELLIS:  Let the record reflect

19   I've been trying to help this grand old party.  You

20   know, Lincoln was one of my favorites.  I don't know if

21   you are aware of that.  I stated that many times.

22                   SENATOR FRASER:  We appreciate your

23   support.

24                   MR. WALLACE:  Senator, of the 21 --

25                   SENATOR ELLIS:  Which we have overcome.  I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213306

USA_00023080

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 42 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 328 of 412
HB 218 Public Hearing                                        April 30, 2007

42

1    want you to be aware that.

2                   MR. WALLACE:  Of the 21 issues that I had

3    as a legislative agenda, we met with the Democratic

4    party and they agreed with 14 of them, and we have

5    mutually supported those issues through the process this

6    year.

7                   SENATOR FRASER:  So there was a long list

8    of things that they brought forward, several they asked

9    me to carry, and we've got three of you voted on --

10                  CHAIRMAN DUNCAN:  I will say this too from

11   my perspective, that the county chair organizations of

12   both parties really try to do a really good job of -- I

13   mean, there are some issues that are partisan based.

14   That's just natural, but by in large on fundamental

15   issues, they try to come up with some reasonable vote --

16                  MR. WALLACE:  What's good for us is good

17   for them, so --

18                  SENATOR ELLIS:  But did they -- did they

19   agree on this one that (inaudible).

20                  MR. WALLACE:  No, they didn't agree on

21   this one.  We disagreed to disagree on a few of them.

22   (Inaudible).

23                  CHAIRMAN DUNCAN:  Let the record be clear,

24   I'm sure they didn't agree on this one.

25                  MR. WALLACE:  No, sir.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213307

USA_00023081

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 43 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 329 of 412
HB 218 Public Hearing                                    April 30, 2007

43

1           SENATOR FRASER:  And if I could, I need to

2      clarify, Royal Masset is a good friend, known him

3      forever, and I just -- I'm assuming probably he hasn't

4      seen the new committee substitute, but in just

5      clarifying, you know, Senator Lucio, if there's someone

6      that has voted by mail before, nothing changes.  If they

7      haven't voted by mail, all they got to do is just send

8      in any type of identification.

9           And it comes to mind -- My mother's in a

10     retirement center, and I'm -- you know, what -- our

11     adventure everyday is to go take her cart down and get

12     her to the mailbox.  She gets mail, you know, weekly

13     from some governmental entity, her Social Security

14     check.  She gets -- You know, any time we do Medicare

15     and have to go to the doctor, she's got a little

16     Medicare card.  We cannot go to the doctor unless we

17     have that Medicare card.

18          So any of those forms of identification if

19     they want to vote by mail still is in effect.  Well, the

20     same thing applies if they want -- if -- if I can help

21     my mother on that day to take a field trip, I'm going to

22     try to get her out of the retirement center and we're

23     going to go down and vote.  I know just -- she has

24     probably five different types of photo ID, you know,

25     military ID, her past driver's license and all that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213308

USA_00023082

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 44 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 330 of 412
HB 218 Public Hearing                                              April 30, 2007

44

1    But let's say that she didn't, the mail that she

2    received the last three weeks will probably have some

3    communication from the government which would be

4    Medicare, Social Security check, something -- you know,

5    income tax, something that came in.  So any of those

6    will work.

7              And I can't imagine any elderly person --

8    I guess, Skipper, I think you're probably aware.  I've

9    heard it numerous times, but the district that I

10   represent, I understand is the oldest age -- average age

11   district of any district, senatorial, state, because we

12   are in a retirement community.

13             MR. WALLACE:  I couldn't testify to that,

14   but I've heard that a couple of years.

15             SENATOR FRASER:  You know, almost my whole

16   area are retirement places, and I think I probably

17   represent the oldest average age of anybody in the

18   state.  I find it interesting, if that's the case, and

19   AARP -- AARP, the people that I represent, I would

20   suspect most are members including -- you know, how to

21   get their mail -- and I don't want to represent your

22   answer, but you might get mail from them.

23             MR. WALLACE:  I'm 62, Senator.

24             SENATOR FRASER:  So the people that I

25   represent -- And I think the fact that you brought this



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008201

TX_00213309

USA_00023083

45

```
 1      bill forward representing the people of this -- my

 2      senatorial district, I'm not being overrun with people

 3      that are retirement age people saying they're being

 4      disenfranchised is that I think we have a very, very

 5      easy mechanism that is on the -- not only ongoing, but

 6      it's easy to comply with and things they've been doing

 7      for years.  And I -- I would, I guess, ask you, are you

 8      hearing an outcry from the people our age or older that

 9      they've got a problem and not going to be able to vote?

10                     MR. WALLACE:  No.

11                     SENATOR FRASER:  I would -- I know that's

12      being brought forward, and I guess -- I'm sorry, I'm

13      having trouble with that concept and more especially the

14      fact that I am in and around a retirement home virtually

15      if I'm home daily and visiting with people, and I

16      just -- I know the mail that comes in to an elderly

17      person, it's going to be real easy for them if -- and

18      probably my mother will vote by mail, and I'll probably

19      help her do that, and if she had qualified it will be

20      easy to do, and that is current law today.

21                     SENATOR ELLIS:  When you are in a

22      retirement home and you want me to take you to vote and

23      you don't have your ID, in a (inaudible) will arrive and

24      will you take me?

25                     SENATOR FRASER:  Well, I would hold the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213310

USA_00023084

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 46 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 332 of 412
HB 218 Public Hearing                                        April 30, 2007

46

1    point that I take my mother to the doctor all the time,

2    and she cannot go to the doctor unless she has her

3    Medicare card.  You have to have that, and they have to

4    make a copy of it, otherwise, you can't go to the

5    doctor, and you also -- your -- your revenue that you

6    gets from the government, and almost everybody still

7    gets Social Security, I think, and they get mail, so

8    that's all they have to have for identification.

9              CHAIRMAN DUNCAN:  Senator Lucio has a

10   question.  Members, I really -- I think this back and

11   forth dialogue is absolutely what we need to be doing on

12   this, so I'll recognize two at a time.

13             SENATOR LUCIO:  Thank you, Mr. Chairman.

14   Chairman Fraser, so what you're saying is all the senior

15   citizens that are in nursing homes will have the ability

16   to make copies through the main offices.  You think

17   there will be an expense for that -- in doing that for

18   them?  This is an expense.  I'm sure that they are not

19   going to be --

20             SENATOR FRASER:  Senator, I can't

21   represent just blanket that it does.  All I know is

22   looking at the ones that my mother's in and my

23   grandmother's in, and those are --

24             SENATOR LUCIO:  But, you know, the State

25   of Texas is so diversified, but I won't make that an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008203

TX_00213311

USA_00023085

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 47 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 333 of 412
HB 218 Public Hearing                                    April 30, 2007

47

1      issue.  If it is an issue, I won't make it this morning.

2      I just very briefly set up a scenario for you,

3      Mr. Wallace or Senator Fraser or me or Chairman Duncan

4      or anyone in this committee, anyone that's here.  You go

5      down to your polling place you voted for many years, and

6      there are people that know you.  Under this legislation,

7      if you forgot your voter registration at home or an ID,

8      I've done that many times.  As a matter of fact, I do it

9      90 percent of the time, and I sign information or I sign

10     my name.  Under this legislation, you're going to have

11     to go back home or go get a ID.  You won't be able to

12     vote, correct?

13                 MR. WALLACE:  I -- I believe you are still

14     able to vote provisional ballot -- provisional ballot,

15     which you get the opportunity -- if you forgot your

16     identification at home, you can still get identification

17     to the voter registrar's office and then your vote will

18     be counted.  I believe that's the way the bill works.

19                 CHAIRMAN DUNCAN:  We do have a resource

20     witness here, Ms. --

21                 SENATOR LUCIO:  Let's talk about that for

22     a minute.

23                 CHAIRMAN DUNCAN:  From the Secretary of

24     State's office.  Senator Van De Putte?

25                 SENATOR VAN DE PUTTE:  Thank you,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213312

USA_00023086

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 48 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 334 of 412
HB 218 Public Hearing                                    April 30, 2007

48

1       Mr. Wallace for being here and certainly appreciate it.

2       If all the data and statistics suggest that if we do

3       have voter fraud, that it's not voter -- where they try

4       to do the -- misrepresent who they are at the polls.

5       And I would say to you being involved in the process,

6       there's probably a certain amount of some sort of maybe

7       not fraud, but where the processes aren't adhered to.

8       This is impersonation.  So I don't know how many cases,

9       and it doesn't seem in questioning -- and we'll have the

10      Secretary of State's office up here and the Attorney

11      General's office, but they have not been made aware

12      of -- and no cases have ever been prosecuted -- of voter

13      impersonation because I think all of us want to have the

14      strongest most protected system, but not at the expense

15      of voter suppression.

16              And so my rationale in looking at this is

17      knowing what it's going to do and what it's done in

18      other states to lower the percentage when the

19      misrepresentation of who you are isn't -- doesn't really

20      occur or if it does, it's in so small cases.

21              Can you tell me what -- I know that you

22      stated that your -- that you would like to see more

23      voter turnout as we all would.  What does your party

24      platform have in it that pertains to voter registration

25      and voter ID?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008205

TX_00213313

USA_00023087

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 49 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 338 of 412
HB 218 Public Hearing                                    April 30, 2007

49

1          MR. WALLACE:  Well, our voter party

2     platform does promote voter ID.  It specifically

3     promotes this kind of legislation to improve the voting

4     process.

5          SENATOR VAN DE PUTTE:  And does your --

6     your platform also include -- And the reason I did it is

7     because I used to chair the platform committee on the

8     Democrat side.  I looked at the document on the

9     Republican side is basically tried to have as few words

10    as we could to get the point across, and I understand

11    the platform that the Republican party has, which I'm

12    sure you support being a county chair.  It also calls

13    for registration every two years -- for voter

14    registration every two years.

15         MR. WALLACE:  I don't have that document

16    in front of me and I'm afraid I'd be --

17         SENATOR VAN DE PUTTE:  Well, I think it

18    is, and so my question is if you had supported a

19    document that calls for registration every two years,

20    doesn't that kind of limit or suppress voter turnout?

21         MR. WALLACE:  I don't -- I don't know that

22    I could -- if that is in the platform.

23         SENATOR VAN DE PUTTE:  I think it is.

24         MR. WALLACE:  I don't know that I could

25    support that particular plank of platform.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213314

USA_00023088

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 50 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 338 of 412
HB 218 Public Hearing                                              April 30, 2007

50

1              SENATOR VAN DE PUTTE:  Thank you for being

2       honest.  The second thing is if this is voter

3       impersonation, and that's what we're talking about in

4       this bill, it's a way to make sure that the people say

5       who they are, and if somebody wanted to steal an

6       election, I'm going to tell you I don't think this is

7       the way to do it because it would really call attention

8       to who that person is to get a whole group of people to

9       go and vote for a certain candidate, not saying --

10      trying to falsify who they are.  So it's not a very big

11      problem, voter impersonation, and that's what the bill's

12      about.

13              But the cost on the fiscal note to the

14      state is it $1.4 million from my Texas Mobility Fund,

15      and I know it's as a conservative how can you support

16      this costing us almost a million and a half dollars when

17      the problem of voter impersonation is so very rare.  It

18      seems to me kind of out of balance, and I'd like your

19      thoughts on that since it does cost us out of our

20      Mobility Fund, 1. -- about a million and a half dollars.

21              MR. WALLACE:  I'm not -- For me with the

22      specifics of how that number was generated, I've not

23      seen those details.  I would like to see that.  I'm sure

24      there would be some additional cost to the state since

25      in the bill we have provided in that anyone that came



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008207

TX_00213315

USA_00023089

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 51 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 337 of 412
HB 218 Public Hearing                                              April 30, 2007

51

```
 1        and needed a photo ID, there would be no cost to them.

 2                    SENATOR VAN DE PUTTE:  That's correct, and

 3        that's what the cost is.

 4                    CHAIRMAN DUNCAN:  For the record, the

 5        methodology of that would be that the DPS assumes 100

 6        percent -- that the methodology seen on Page 2, it just

 7        depends on how many card holders would choose to use

 8        their ID cards as voter ID, the DPS assumes 100 percent

 9        of those are 536,888 card holders would use the card for

10        voting purposes only.  So that's -- And it's a $15 --

11        the fee would be waived, and so it's about how they get

12        there in the fiscal note.

13                    SENATOR VAN DE PUTTE:  And maybe we could

14        get your help, but, you know, normally, we -- even if --

15        if this was a huge, huge problem, I think there's other

16        methodology if we've got significant voter fraud to get

17        it, but this only deals with voter impersonation.

18                    MR. WALLACE:  Senator, one of the things

19        that keeps it from being thrown out is there are no

20        documented cases.  If you'll look at the whole scenario

21        of voter fraud cases, there are very few documented

22        cases of voter fraud that have gone through the AG's

23        office in the courts, period.  And, you know, there's

24        lot of different reasons for that, as I went into some

25        of those earlier.  But I -- I just feel like that -- and
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213316

USA_00023090

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 52 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 338 of 412
HB 218 Public Hearing                                    April 30, 2007

52

1      it's not something I've got some hard evidence on.

2                SENATOR VAN DE PUTTE:  Okay.

3                MR. WALLACE:  And it's unless the county

4      chairs from all over this state are lying to me, which I

5      don't think that they are, they perceive that there is a

6      problem.

7                SENATOR VAN DE PUTTE:  Well, and I'm

8      concerned about that because --

9                MR. WALLACE:  And am too.

10               SENATOR VAN DE PUTTE:  -- as far as I

11     know, any time that there is a problem, I know that --

12     and I don't know about Republican county chairs, but I

13     know Democratic county chairs don't go to the DA.  They

14     go straight to the Secretary of State's office to either

15     file a complaint or to notify the Secretary of State's

16     office, and maybe when they get them up here -- I think

17     that's kind of the proper route rather than you don't go

18     to your district attorney or to your police officers.  I

19     think that you go to Secretary of State, and as far as I

20     know I think they do go, but it hasn't been for that --

21     and I think one reason why the elections run so smoothly

22     is because county officials are dedicated to a clean

23     verifiable process.  I think our election judges do a

24     great job in training, and I think one of the reasons

25     things go to sweet, when you think about the millions of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213317

USA_00023091

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 53 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 339 of 412
HB 218 Public Hearing                                    April 30, 2007

53

1    votes that are cast and the numbers of, I guess, voter

2    impersonation cases that we have -- I think that --

3    that's because I think they're doing a good job.  I

4    think our county chairs are going a good job.  Certainly

5    there's always room for improvements, but why when we

6    have such a miserable voter turnout compared to other --

7    even third world countries, we have such a small voter

8    turnout compared to other countries, I just don't

9    understand why we wouldn't be doing everything we can to

10   increase voter turnout rather than to knowingly

11   suppress, particularly, the elderly population when

12   there's very few cases of it.

13            MR. WALLACE:  Well, there's considerable

14   difference of opinion as to whether it would suppress

15   the voter turnout.

16            SENATOR VAN DE PUTTE:  Well, the data

17   shows us that it does and I (inaudible) look at the

18   data.

19            MR. WALLACE:  I just telling a scenario

20   that says the reason that the voter turnout is less is

21   because there's no fraud, so I -- you know, I can't

22   prove that one way or the other.  So we can't prove, you

23   know, why the voter turnout goes down.  We -- You got to

24   assume that -- that it's because we make it more

25   difficult.  Other side assumes because we don't have the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008210

TX_00213318

USA_00023092

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 54 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 340 of 412
HB 218 Public Hearing                                    April 30, 2007

54

1    fraud anymore, so, you know, those are some of those

2    things that are out in the gray area that you or I will

3    probably never be able to prove one way or the other.

4            SENATOR VAN DE PUTTE:  I just don't think

5    that 3 to 5 percent of all voters today are coming in

6    and impersonating other voters.  I just cannot believe

7    that.

8            MR. WALLACE:  I have no idea.

9            SENATOR VAN DE PUTTE:  And having to work

10   an election, and that's what the -- the strategy -- we

11   would adopt this.  We know that it's going to

12   disenfranchise at least that many folks, and I just

13   can't brief in my heart the good job that they do.

14           CHAIRMAN DUNCAN:  Let me add this because

15   I -- I've tried to just kind of listen because I hasn't

16   been a -- this hasn't been a number one target of

17   priority on my agenda, but I'm compelled by a couple of

18   things.  One thing I think Senator Fraser laid out a

19   good argument in the beginning, and he says that, well,

20   if one voter votes illegally or fraudulently cancels out

21   the vote of another person who voted legally.

22           No. 2, I mentioned the Coke Stevenson

23   issue a while ago, not just trying to be funny, but for

24   a reason.  There was -- I don't think anybody disagrees

25   there was voter fraud in that election.  But that man



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213319

USA_00023093

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 55 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 341 of 412
HB 218 Public Hearing                                    April 30, 2007

55

1    couldn't prove it.  I think that, you know, our poll

2    workers and election judges are not law enforcement

3    officials.  They don't have protection.  They don't have

4    any way to question or detain.  All they can do is

5    suspect and turn it in or just -- you know, it's kind of

6    like there's a hassle to it.  So the notion here is --

7    is that, well, it seems like there are -- I mean, the

8    bill -- I think Senator Fraser's done a good job of

9    trying to meet the requirements of law and then there is

10   the option of the provisional ballot, if someone forgets

11   their voter ID or whatever.

12               And I'm not sure how I understand how that

13   is so oppressive as opposed to the part -- as opposed to

14   the scenario of when someone votes fraudulently, a legal

15   vote is canceled, and that seems to me to be an

16   overriding policy principle in this whole issue.

17               SENATOR VAN DE PUTTE:  And I think so,

18   Senator.  It's just that if there's voter fraud going

19   on, I just don't know that it's in impersonation, that

20   people are pretending to be someone that they aren't for

21   the purpose of voting.  Now, maybe mail ballots, maybe

22   other parts, but this -- this is just about voter

23   impersonation, and I don't know that that's a huge, huge

24   part of -- what we do know -- and you're right, and

25   Senator Fraser asked is it too much to ask?  Well, no,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213320

USA_00023094

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 56 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 342 of 412
HB 218 Public Hearing                                    April 30, 2007

56

```
 1    it's not too much to ask, but what I'm doing is weighing

 2    what's the problem that we're trying to correct?  And so

 3    I don't buy that we have a problem in voter

 4    impersonation.  We may have a problem in other areas,

 5    but to me it's not --

 6              SENATOR LUCIO:  Votes twice.

 7              SENATOR VAN DE PUTTE:  -- not a problem

 8    that surmounts to the type of suppression that we know

 9    is going to happen.

10              CHAIRMAN DUNCAN:  Thank you, Senator.

11    Senator Ellis?

12              SENATOR LUCIO:  I thank Senator Van de

13    Putte is on the right track.  I think there might be a

14    problem and I've heard where people might want to vote

15    twice for is for you, Senator Duncan.  Since you've done

16    such a great job people go out to the courthouse and

17    voted early and then they go, you know, election day

18    or --

19              CHAIRMAN DUNCAN:  I haven't had that

20    problem yet.

21              SENATOR LUCIO:  I want to ask you a

22    question, Senator Fraser, and it's relative to our

23    conversation this morning in terms of voter fraud and

24    cases and statistics that we are trying to ascertain so

25    that we can, you know, have no doubt that it truly
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213321

USA_00023095

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 57 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 343 of 412
HB 218 Public Hearing                                     April 30, 2007

57

1    exists, and I don't know what the law says, but if

2    there's a -- there's an election judge or anyone,

3    election officials break the law, in our books today, if

4    they don't report what they feel might be voter fraud --

5                SENATOR FRASER:  No.

6                SENATOR LUCIO:  If that is not the case,

7    then I think we should have it and that way we can make

8    sure in the future we have the statistics necessary, how

9    will file, how many are ex-prosecutors, how many came

10   out guilty, et cetera, and that way this wouldn't be a

11   problem in terms of readily debating an issue as such.

12   If there is a major problem, I don't think we'll make it

13   (inaudible) --

14               CHAIRMAN DUNCAN:  Let me turn it around --

15   Let me turn it around the other and look at it this way.

16   There's one way we can try to enforce it and that's

17   repressive tactics like questioning people or detaining

18   them for the purpose of proving voter fraud.  That's

19   what you would have to do in the current system if you

20   are really going to make a case.  I mean, you've got to

21   actually detain the person so that you can identify who

22   they are and force the case, and not many of our

23   election judges are ever willing to do that.

24               So what this is, this is the least

25   restrictive means to be able to verify voters, it seems



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008214

TX_00213322

USA_00023096

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 58 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 344 of 412
HB 218 Public Hearing                                            April 30, 2007

58

1    to me, and not put our election judges and officials in

2    the position of having to be law enforcement officers.

3                    SENATOR LUCIO:  Sooner or later we are

4    going to come up with systems -- when we have the money

5    and when somebody goes in to vote, they're going to take

6    a picture of them, cameras going to go off.  Every

7    voter -- It takes money and, obviously, that's going

8    to -- that's going to have the biggest check and balance

9    ever.  We'll come to that.  I don't think we're ready

10   for that because I don't think people are wanting to put

11   up the money for such a system, but all of those things

12   will happen in the future.  I understand what you just

13   said --

14                    CHAIRMAN DUNCAN:  Let me ask -- Let me ask

15   kind of an rhetorical question on this too.  Is it --

16   what -- Two years or in a year the Real ID Act, or what

17   I call the George Orwell special -- the George Orwell

18   Act, will come into being, and everyone will have an ID.

19   Would the objection -- Would the same objection when the

20   Real ID Act comes aboard, would -- and this is a

21   partisan issue to a certain degree.  I think it's pretty

22   clear the lines are drawn on this pretty much, but would

23   the issue be any different if we had the Real ID Act?

24   That's a question we need to debate.

25                    SENATOR VAN DE PUTTE:  I would love to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213323

USA_00023097

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 59 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 348 of 412
HB 218 Public Hearing                                    April 30, 2007

59

1    have the department here -- DPS here to explain how

2    that's going to rule out and what that does -- and maybe

3    the Secretary of State to figure out how do these work

4    congruently.

5              CHAIRMAN DUNCAN:  But if every person had

6    to have an -- if every person had to have an ID, how

7    would that impact the opposition to this legislation?

8              SENATOR ELLIS:  Mr. Chairman, from my

9    standpoint, I would say that we need to see how that

10   rolls out.  I mean, we are talking about a

11   constitutional right here, which is different from

12   renting a movie or getting welfare is not

13   constitutional, right?  It will be interesting to see if

14   on the Federal level some provisions are put in or

15   changes are put in to make sure that we don't do

16   anything to infringe on somebody's right.  I mean,

17   obviously, we have to spend money -- we have to spend

18   money in terms of educating people because they are just

19   not accustomed to having had that.

20             CHAIRMAN DUNCAN:  If the -- if the most

21   compelling argument -- The most compelling argument I've

22   heard in opposition to this today is the fact that some

23   people may simply not have an ID because of their age or

24   their poverty level or forget to bring it or not get the

25   information that you need to have it, and they show up



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213324

USA_00023098

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 60 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 346 of 412
HB 218 Public Hearing                                    April 30, 2007

60

1    to vote and they're rejected because they don't have the

2    ID, so that's an alleged disenfranchisement.  So if

3    everybody has to have an ID, then doesn't that argument

4    go away?

5                 SENATOR ELLIS:  No, not completely.  I

6    think it diminishes that argument but the difference

7    is -- You know, I left my wallet in Austin last week and

8    drove home.  And you talk about a awkward feeling

9    because I have to fly -- I do things where I'm

10   accustomed to having my ID, if I'm riding my bicycle to

11   Austin.  I mean, I'm accustomed to that, but we have to

12   see, first of all, whether or not they have a problem.

13   I mean what concerns all of us, there have been no

14   instances in which somebody's been prosecuted or to my

15   knowledge someone has been turned in so that you could

16   make the case.

17                 CHAIRMAN DUNCAN:  Let me ask you this.

18   How would that occur?  Tell me how -- Walk me through a

19   real life situation at an election poll about how that

20   would occur.

21                 SENATOR ELLIS:  Robert Duncan goes to

22   vote.  He does not have any ID.  He signs this sheet of

23   paper saying that he's Robert Duncan, but as it turns

24   out, he's not Robert Duncan.  He's Karl Duncan.  He

25   committed voter fraud.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008217

TX_00213325

USA_00023099

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 61 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 347 of 412
HB 218 Public Hearing                                        April 30, 2007

61

1                    CHAIRMAN DUNCAN:  You bet.  And how are

2         you going to prove it?

3                    SENATOR ELLIS:  Well, you prove it because

4         it will be pretty easy to go look at that signature and

5         see that the person that signed that was not Robert

6         Duncan.

7                    CHAIRMAN DUNCAN:  How easy would it be?

8         What would you have to do to prove that?

9                    SENATOR ELLIS:  Well, if you were the

10        precinct judge, you'd turn it in to the Secretary of

11        State or you'd turn --

12                   CHAIRMAN DUNCAN:  What if you didn't know?

13        You don't know everybody that comes in there, do you?

14                   SENATOR ELLIS:  Well, hey, if you don't

15        know about a crime -- I mean, there are crimes that are

16        committed everyday that people don't know about, but

17        before I think we all to leave my judgment into doing

18        something that some of us feel may have a chilling

19        impact, particularly on certain groups, on the elderly,

20        probably on the minorities, you know, probably more on a

21        partisan -- at least the vote is that it would have

22        voter impact, maybe what would amount to 3, 4 percent.

23        I mean, some people have said to me privately, well, so

24        what?  When I thought the number was 1 percent vote

25        (inaudible) people would say so what?  Well, that's when



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213326

USA_00023100

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 62 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 348 of 412
HB 218 Public Hearing                                    April 30, 2007

62

 1      the argument is made sort of like a solution looking for

 2      a problem.  I mean, on most things we do, we just don't

 3      go past things because we have official instinct that

 4      some problem is going to happen.  Here's what we want to

 5      documented before particularly -- You know, in our

 6      state, with all due respect, we have had a rather noble

 7      history when it comes to encouraging people to vote in

 8      the state, and we have such low turnout.  I mean, you

 9      and I talked privately about some states.  Some

10      countries give you a ticket.  If you don't vote in

11      Brazil, you get a one dollar ticket to encourage people

12      to turn out to vote.

13              So I state with so few people are voting,

14      and you talk about something that impacts minorities, I

15      mean, you know, we have history.  It's not a regular.

16      Lots of things have been done to -- to discourage people

17      in Texas from voting.  It's always been one of those

18      states that have embraced this notion, and even

19      (inaudible) partisan advantage.  Usually we like

20      everybody to vote, but we particularly like the voters

21      that are going to come vote for us.  So that's -- You

22      know, I think that's sort of -- But I was going to say,

23      Mr. Chairman --

24              CHAIRMAN DUNCAN:  I know you have a lot of

25      dialogue.  I think it's very interesting --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213327

USA_00023101

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 63 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 349 of 412
HB 218 Public Hearing                                          April 30, 2007

63

1                SENATOR ELLIS:  You've got a lot of
2       experts here, a lot of witnesses.  These two just get
3       the brunt of coming up first --
4                SENATOR VAN DE PUTTE:  Thank you.
5                SENATOR ELLIS:  -- so, alphabetically, you
6       must have ended up in the shuffle first, but I know
7       there are a lot of others out there that probably have
8       even more experience than us on some of those issues.
9                CHAIRMAN DUNCAN:  Senator Lucio has a
10      question and then we'll move to the next panel.
11               SENATOR LUCIO:  Mr. Chairman, I think we
12      started a dialogue here on one of the most important
13      issues, obviously, that -- that as citizens of the state
14      we care to be involved with and that's the political
15      process.  I think that at one point or another,
16      Mr. Chairman, I know that you'll agree with, we're going
17      to have to start bracketing some of these counties,
18      probably take the top counties first.  In my opinion,
19      that's -- that's where most of your heavy voting takes
20      place, and start requiring people to reregister, just
21      like when they go get a driver's license and they have
22      their picture taken, have that in the computer so when
23      people show up to vote, it comes out in the computer.
24               At least every 10 years -- I know you
25      still use your 10-year photos in the senate.  And we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213328

USA_00023102

Case 2:13-cv-00193   Document 664-5   Filed on 11/11/14 in TXSD   Page 64 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-3   Filed 06/20/12   Page 350 of 412
HB 218 Public Hearing                                           April 30, 2007

64

1    still recognize you, the fact that you haven't aged.

2    But seriously speaking, I think that's the system that

3    had -- is going to have to take place sooner or later,

4    and we are not going to have to worry about voter fraud.

5    We're going to know that it's you right there in front

6    of us.

7              CHAIRMAN DUNCAN:  It would serve if you go

8    get a new photograph.

9              SENATOR LUCIO:  But, seriously, I think --

10   I think we're going to have to look at that.  That way,

11   we're not going to have -- make this in any way a

12   partisan issue.  It wouldn't be a partisan issue.  It

13   isn't a partisan issue, but, frankly, if I could get

14   documentation that would show me that there's a

15   tremendous amount of voter fraud even in my district, I

16   would gladly sign off on this legislation.

17             CHAIRMAN DUNCAN:  Thank you.  Okay.  Let's

18   bring up -- Thank you, Senator Lucio.  Let's bring up

19   our next panel, and then -- but before everybody kind of

20   moves around, let's go ahead, and the clerk will call

21   the role.

22             THE CLERK:  Duncan.

23             CHAIRMAN DUNCAN:  Present.

24             THE CLERK:  Williams?  Corona?  Ellis?

25   Fraser?  Harris?  Jackson?  Lucio?  Van de Putte.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213329

USA_00023103

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 65 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 351 of 412
HB 218 Public Hearing                                    April 30, 2007

65

1          SENATOR VAN DE PUTTE:  Present.

2          CHAIRMAN DUNCAN:  All right.  A quorum is

3     present.  Okay.  Members, we have the following

4     witnesses, David Sanchez, Helen Carvell, and Carolyn

5     Galloway.  If you'll come up and state your name, who

6     you represent.  Remember, you have 3 minutes.  Please

7     don't read to us.  And then we will not ask questions

8     until you finish your testimony.  Go ahead and state

9     your name.

10          MR. SANCHEZ:  Good morning.  David Sanchez

11     for the record.  I am the chairman of the Cameron County

12     Democratic party.  Good morning, chairman, senators.

13     Thank you for allowing me a few moments today to address

14     you on this important issue, and I think it's clear that

15     most of the compelling arguments have already been laid

16     out.  Rather than go over those, I'll just maybe ask a

17     few rhetorical questions.  One, when you senators go to

18     vote, how many forms of ID do you have to show just here

19     on the senate floor or even the committee?  You know, if

20     you only have rules for yourself, why?  Because the

21     purpose of that is to make sure that there's no voter

22     fraud.  That's what we're looking at here.  I think it's

23     very clear that when each senator's here, they're

24     obviously recognized, so there's no issue.

25          With regard to deterring these folks from



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008222

TX_00213330

USA_00023104

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 66 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 352 of 412
HB 218 Public Hearing                                    April 30, 2007

66

1          committing voter fraud at the polls, I think it's

2          important to take into consideration the fact that there

3          are minuscule cases out there, perhaps not.  Even it

4          sounds like from hearing the group before me that there

5          weren't any traces of actual cases of convictions or so

6          forth.  But in the case where somebody believes there is

7          voter fraud going on, where did that belief foster from?

8          Is it just the wrong party affiliation or perhaps they

9          think that person is voting for the other party.

10                    I think instead of passing legislation

11         with regard to -- to tampering with someone's right to

12         vote, I think there are other safeguards that can be put

13         into place that can correct it.  One of the -- One of

14         the things I heard, I think it was Senator Fraser saying

15         he couldn't imagine people not having documents that

16         would fulfill the obligations here.  Well, to this day

17         there's still people that live maybe 5 to 10 adults

18         under one household, and they are not all going to have

19         their name on a utility bill.  They might not all have a

20         library card.  There's going to be documents that they

21         might not receive.  They might not qualify for

22         government benefits.  To this day, there are still

23         people who live in a home with no electricity, no

24         running water, and, nevertheless, they're still United

25         States citizens and they have a constitutional right to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213331

USA_00023105

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 67 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 353 of 412
HB 218 Public Hearing                                        April 30, 2007

67

1    vote.

2              I think that as you sit here as a

3    committee and as a group of senators you need to keep in

4    mind the fact that you're representing all the

5    individuals that are out there, not just the ones that

6    are privy to some of the documentation that we presume

7    and take for granted every adult out there has.

8              Lastly, one of the other things I heard

9    coming up was how do you -- how do you deal with the

10   fact that someone that's voting fraudulently cancels out

11   a legal vote?  Well, I mean, now you're presuming that

12   all the fraudulent votes are going on one side of that

13   ballot, and I would assume that they perhaps could go

14   both ways.  Thank you.

15             CHAIRMAN DUNCAN:  Senator Lucio?

16             SENATOR LUCIO:  Mr. Chairman, first of

17   all, thank you for making the 700 mile trip one way, and

18   I appreciate you being my chairman down in Cameron, but

19   I -- I really respect chairmans of both parties.  I know

20   they work very hard to represent their membership.  It

21   was mentioned a little while ago that there was a poll

22   taken on several issues dealing with elections and all.

23   Were you part of that -- that survey or that poll?

24             MR. SANCHEZ:  No, I wasn't.  And I am a

25   county chair, so I wasn't included in that group.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008224

TX_00213332

USA_00023106

68

1              SENATOR LUCIO:  Do you know who was?

2              MR. SANCHEZ:  I don't.  I would presume

3      that it perhaps was just the other party since it wasn't

4      specifically stated, but that would just be presumption

5      on my part.

6              SENATOR LUCIO:  In Cameron County that

7      you've been involved with, what -- what -- what -- what

8      is the percentages of those registered to vote and

9      who -- how many do you think are still not registered to

10     vote?

11             MR. SANCHEZ:  What percentage?  Registered

12     voters --

13             SENATOR LUCIO:  The reason I ask that is a

14     lot of people feel it's still a very hard thing to do is

15     to get involved in the political process, even though

16     they believe in government, they're interested in

17     governmental affairs and the access of government, but

18     as you mentioned, and I said it a while ago, the state

19     is so diversified that there's still people living in

20     certain areas of the state that still have a lot of

21     trouble even getting to the polls and making it a little

22     tougher on them in case they don't have proper

23     documentation at the time they are going to vote will

24     keep them away from the polls, and I'm sure that's the

25     way you feel.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213333

USA_00023107

Case 2:13-cv-00193 Document 664-5 Filed on 11/11/14 in TXSD Page 69 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 353 of 412
HB 218 Public Hearing                                      April 30, 2007

69

1              MR. SANCHEZ:  That's exactly right,

2     Senator.  As far as numbers, I will say less than half

3     the constituency -- probably half the population

4     registered.  Of course, that doesn't take into

5     consideration the number of minors that there may be

6     living in the county.  Other than that, the voter

7     turnout as Senator Van de Putte had said earlier, it's

8     very sad news because it's very low.  It's not just in

9     south Texas, but I think around the state, and I think

10    this really deter people from coming out and vote

11    because, as you said, there are lots of rural areas even

12    in our county where people have to travel to be able to

13    vote, and if they have to make more than one trip, they

14    might not make that trip just because of the means that

15    it requires.

16             SENATOR LUCIO:  I just received this, and

17    I just thought of interest, Travis County had received

18    an award, I believe, for the second year in a row for

19    being the highest voter turnout in Texas, 40 percent,

20    10 percent higher than any other county.  I can't

21    remember that kind of voter turnout.  I know that when

22    John Kennedy ran in the early -- in the '60s, we had

23    something similar to that, and just across the river, I

24    understand as Senator Van De Putte was referring to,

25    people coming here from other countries are used to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008226

TX_00213334

USA_00023108