Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 1 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 396 of 412
HB 218 Public Hearing                                    April 30, 2007

70

1        being a part of a 90 to 95 percent voter turnout, and

2        I -- I -- every time there's an election, I know

3        there's -- much go by with accusations of voter fraud

4        and all.  I don't -- I haven't seen that in Texas in

5        terms of the voter fraud issue or problems.

6                    How is it in Cameron County?  What can you

7        tell us about voter fraud or accusations or -- or anyone

8        that might have filed a complaint on voter fraud?

9                    MR. SANCHEZ:  Senator, at this time I'm

10       not even aware of any complaints being filed regarding

11       voter fraud, which I would presume that if -- if the

12       judges and workers are quite worried about this, then

13       they would be at least contacting their local

14       administrator and trying to do something to --

15                    SENATOR LUCIO:  And both parties are well

16       represented at the polls, so, I mean, I know that for a

17       fact, but you should know it better than I do because

18       you are involved in that directly; is that correct?

19                    MR. SANCHEZ:  That's correct.  That's

20       correct.

21                    SENATOR LUCIO:  Thank you, Mr. Chairman.

22                    SENATOR FRASER:  Mr. Chairman?

23                    CHAIRMAN DUNCAN:  Senator Fraser?

24                    SENATOR FRASER:  Clarify a point since

25       we're talking about Mexico and a neighboring country,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008227

TX_00213335

USA_00023109

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 2 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 337 of 412
HB 218 Public Hearing                                   April 30, 2007

71

1      their voter turnout is much higher generally than ours.

2      And my -- I should say is they have ID?  That was one of

3      the countries that was given that has photo IDs is

4      Mexico.

5                 SENATOR LUCIO:  But -- but -- they --

6      everyone -- everyone has -- Along the way they're given

7      a card, a national -- yeah, a national type card ID

8      card, and we don't do that.

9                 SENATOR FRASER:  Well, they -- they have a

10     card that shows their ID and their turnout is high, so

11     they're -- they're not suppressing their vote because

12     they have to show their ID.

13                SENATOR LUCIO:  I think though -- I think

14     that the reason for the voter -- high voter turnout in

15     Mexico is that they live with a lot of faith that their

16     government can some day respond to the wishes of the

17     general public, which, unfortunately, I happen to agree

18     with so many that they don't.

19                CHAIRMAN DUNCAN:  Where does that faith

20     come from?

21                SENATOR LUCIO:  That's where they -- why

22     they migrate to Texas and America.

23                CHAIRMAN DUNCAN:  Hey, let me ask a

24     question of Mr. Sanchez.  What is the -- Does the

25     Democratic party platform have a -- does it address the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008228

TX_00213336

USA_00023110

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 3 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 338 of 412
HB 218 Public Hearing                                    April 30, 2007

72

```
 1        issue of voter ID?
 2                    MR. SANCHEZ:  I'm sure it does.  I cannot
 3        give you the specifics.
 4                    CHAIRMAN DUNCAN:  Would you be -- What
 5        would be that position?
 6                    MR. SANCHEZ:  As I said -- just said, I
 7        couldn't give it to you because I'm not completely aware
 8        of that.  I wouldn't want to misrepresent --
 9                    CHAIRMAN DUNCAN:  You don't read your
10        platform?
11                    SENATOR VAN DE PUTTE:  Mr. Chairman, I
12        don't think -- and I'm familiar with the platform.  I
13        don't think the Democratic party has decided that --
14                    CHAIRMAN DUNCAN:  One way or the other?
15                    SENATOR VAN DE PUTTE:  -- voter
16        impersonation is a problem, so I don't know that the
17        parties have addressed it.
18                    CHAIRMAN DUNCAN:  Well, and often the
19        platforms will take a position to oppose something as
20        well.  I don't know if you all have done that or not.  I
21        know our -- the times I've read it, ours does that, but
22        I don't know -- I don't know if the Democratic -- I'll
23        have to admit I have not read the Democratic party
24        platform.  All right.  Helen Carvell?
25                    MS. CARVELL:  Yes.  My name is Helen
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213337

USA_00023111

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 4 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 339 of 412
HB 218 Public Hearing                                      April 30, 2007

73

1    Carvell, and I'm representing myself here, and I have

2    worked the elections here.  I have been the judge, and

3    I've also been a voter registrar, and I've lived in

4    Mexico, Belgium and Brazil.  And I'm not a hundred

5    percent sure about Mexico, but I can tell you in Belgium

6    and Brazil, the voter turnout is very high because they

7    get fined if they don't vote.  The obligation is on the

8    voter.  So the voter who cannot prove where they are on

9    voter day has to have sent in a mail ballot.  So I think

10   we're using information to prove something it doesn't

11   prove, and I think it's also that way in Mexico, and I'd

12   be happy to investigate that for you.

13           My own experience as a judge is that the

14   voters are already nervous about providing us with

15   documentation.  The -- the voter registration -- The

16   election committee has sent up a list of people who can

17   vote and their addresses.  Those people sign.  It would

18   be simple if you were very concerned about this to do a

19   retrospective study, just randomly check signatures over

20   a period of time, and the previous argument is Karl

21   Duncan is voting for Robert Duncan.  When Robert shows

22   up and sees his signature's already been filed, if there

23   were impersonation, it would seem that that's a

24   fail-safe method, that that would happen at least once

25   in the State of Texas if voter impersonation were going



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008230

TX_00213338

USA_00023112

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 5 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 360 of 412
HB 218 Public Hearing                                                April 30, 2007

74

1     on over a long period of time.

2                 I think just the notice that this might

3     happen is going to create reluctance to vote on some

4     people.  My husband's incredibly well educated, yet he

5     would worry that he didn't have the right form to go

6     vote.  He wouldn't want to be embarrassed that way, and

7     he surely wouldn't want to stand in line for an hour and

8     then find out he couldn't vote.  That would discourage

9     him very much.  I can't imagine what it's going to do in

10    the precincts here where we have 19 percent voter

11    turnout.  As a county, Travis may have 40 percent, but I

12    think that the minority communities the turnout is much

13    lower.  We would just be -- We would just be adding

14    another burden to that populous.

15                And I'd like to reiterate when I came here

16    today my concern was that we the people, Joe Blow and

17    his sister Sue out there, we are concerned about the

18    integrity of the vote, but what we're concerned about

19    are the voting machines.  We're concerned about the role

20    of money in politics.  We're worried about campaign

21    finance reform.  We aren't worried about the little guy.

22    We wish he cared enough to vote fraudulently.  We don't

23    think he does.  I think it's, as someone previously

24    stated, a problem -- a solution in search of a problem.

25                And my other big concern coming here today



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008231

TX_00213339

USA_00023113

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 6 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 301 of 412
HB 218 Public Hearing                                      April 30, 2007

75

1    is the budget, and I'd like to reiterate what Senator

2    Van De Putte said.  We have to justify -- You will have

3    to justify to the voters spending 1.5 million on a

4    nonexistent problem, and I really thank you for your

5    giving me the opportunity to speak today.

6              CHAIRMAN DUNCAN:  Thank you, Ms. Carvell

7    any questions for Ms. Carvell?  Appreciate you being

8    here and waiting.  Carolyn Galloway?

9              MS. GALLOWAY:  Mr. Chairman, my name is

10   Carolyn Galloway, and I'm here to testify on behalf of

11   House Bill 218 for Texas Eagle Forum.  As a former

12   member of the Texas House, I can appreciate the time

13   that you spend trying make good laws for our state, and

14   I think this is a good law for our state.  Since we

15   already have to show government issued ID to board a

16   plane, in our Federal building or even cashing checks

17   why not make this a requirement to ensure that our

18   voters are legal voters.

19             Honest elections are not a bipartisan

20   issue.  After all, the bipartisan commission headed by

21   Jimmy Carter and James Baker studied the election

22   reform, and they concluded and issued a recommendation

23   in 2005 that voters be required to show voter ID, that

24   this is a bipartisan commission.  The Arizona photo ID

25   requirement was part of Proposition 200 which was a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008232

TX_00213340

USA_00023114

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 7 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 362 of 412
HB 218 Public Hearing                                    April 30, 2007

76

 1    state-wide referendum that passed a couple of years ago

 2    by 56 percent of the voters, and that law held -- was

 3    upheld by a Federal district judge in September of 2006,

 4    but then on October 5th, it was overruled and -- by the

 5    Ninth Circuit, and so they issued an injunction against

 6    Arizona enforcing it.  That decision was vacated by the

 7    United States Supreme Court so that Arizona law does

 8    remain in effect.

 9                And most recently, on January 4th, 2007, a

10    three-judge panel from the US Court of Appeals for the

11    Seventh Circuit upheld Indiana's law requiring voters to

12    show photo IDs in each election.  Indiana's law is

13    similar to Arizona's in its flexibility.  Voters without

14    IDs can get free IDs from the Bureau of Motor Vehicles,

15    and they can cast provisional ballots until they can

16    prove their identity.

17                Voting is one of the most precious

18    privileges we have in our country.  There are people

19    from all over the world, as Senator Lucio mentioned, who

20    envy our system and would not consider it an

21    inconvenience to show some form of identification in

22    order to vote and have it count.  In fact, they're

23    willing to wait long hours in line, and that is why you

24    must keep the integrity of our vote.  Thank you.

25                CHAIRMAN DUNCAN:  Thank you, Ms. Galloway.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213341

USA_00023115

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 8 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 363 of 412
HB 218 Public Hearing                                    April 30, 2007

77

1    Are there any questions for Ms. Galloway?  Appreciate

2    it.

3              SENATOR FRASER:  I'd like to thank the

4    Honorable Carolyn Galloway for being here and your

5    service to the state.

6              CHAIRMAN DUNCAN:  Members, any other

7    questions?  Thank you very much.  The following panel,

8    Buck Woods, George Korbel and Luis Figueroa -- Figueroa.

9    I'm sorry.  I'll be corrected, I'm sure.  Mr. Figueroa.

10   Okay.  Let's go ahead and begin.  Mr. Woods?

11             MR. WOODS:  Yes.  My name is Buck Woods.

12   I was at one time director of elections for the

13   Secretary of state's office.  Since that time I've spent

14   30 plus years practicing law and monitoring elections,

15   regulating elections, participating in elections and

16   filing and trying election contests, and I don't know

17   how many election contests I've tried or been involved

18   in, but I'm sure it's at least 50 over the 30 years.

19             This bill is based on a false premise, and

20   you shouldn't do that.  We would never take up a bill to

21   regulate some industry or do something, take an

22   industry, without having some solid proof that that

23   regulation's needed.  I have been doing these election

24   contests for all these years.  I have found thousands of

25   illegal voters, persons who were not eligible to vote.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008234

TX_00213342

USA_00023116

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 9 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 364 of 412
HB 218 Public Hearing                                      April 30, 2007

78

1    In that 30-year period of time, more than 30 years, I

2    have never found a noncitizen who voted in an election

3    and I look.  I have sometimes as many as 50 people

4    looking for me.

5              During the Rodriguez/Cuellar election

6    contest, I found hundreds of people who were not

7    eligible to vote.  Not a one of them -- Not a one of

8    them had anything to do with what this bill addresses.

9    I've been told that the Heflin vote contest in the house

10   4 years ago, they found a person who was supposedly a

11   Norwegian and had voted.  If that is true, in my entire

12   career of monitoring elections and working in them and

13   investigating them and taking depositions and doing the

14   kind of work that I've heard other people say, well,

15   they can't do, well, you can do it and I have done it.

16   I have never found a single voter that would fit -- that

17   this bill would somehow trap or catch.

18             Now, I do know what this bill will do.  It

19   will create long lines.  It will create thousands of

20   provisional voters.  And, members of the committee, do

21   you know what happens to provisional voters?  It almost

22   never gets counted because if a race is not close enough

23   for it to have an impact on a race, the provisional

24   votes are never counted, so all these thousands of

25   people that are going to turn up at the polling place



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008235

TX_00213343

USA_00023117

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 10 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 363 of 412
HB 218 Public Hearing                                    April 30, 2007

79

1        and vote a provisional ballot after creating long lines,

2        they're never going to have their vote counted.

3                 And I hear all this stuff about we need to

4        have to confidence in our elections so people will turn

5        up and vote.  How would you feel if you knew your vote

6        was never going to be counted?  This is not just a

7        problem in search of a solution or a solution in search

8        of a problem.  It's this problem just simply doesn't

9        exist.  I have never seen this situation before, and I

10       don't think anybody else has either.

11                CHAIRMAN DUNCAN:  Thank you, Mr. Woods.

12       Any questions?  Mr. Figueroa?

13                MR. FIGUEROA:  Thank you, Chairman.  I'm

14       sorry.  I was in another meeting, but I wanted to thank

15       you for this opportunity to testify.  My name is Luis

16       Figueroa, legislative staff attorney from MALDEF, and we

17       are opposing HB 218.

18                What we ask the committee to do is to do a

19       cost benefit analysis.  Look at the benefits of a

20       potential problem for the issue that supposedly exists

21       and look at the costs involved, and so we start off with

22       the benefits, and I think the first thing that's been

23       missing from this discussion is that we already have a

24       voter identification requirement in Texas.  You have to

25       currently present a voter registration card.  If you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213344

USA_00023118

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 11 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 366 of 412
HB 218 Public Hearing                                        April 30, 2007

80

1    don't have that card, you have to present photo

2    identification or another form of identification.  So we

3    already have an identification requirement.  What this

4    bill does is require additional identification

5    requirements.

6              Now, you saw -- the reason you have this

7    is to deal with the problem of voter impersonation.  Yet

8    there's been no data -- you heard this over and over --

9    to support that there's any voter impersonation

10   occurring.  We asked the Attorney General.  We've asked

11   the Secretary of State.  We've asked numerous agencies

12   to look into the problem of people presenting a false

13   registration certificate, and it just does not occur.

14             So we've got to look at the cost.  The

15   front cost is on the poll workers.  This is an issue

16   that hasn't come up much, and I know the committee

17   substitute talks about some parts of training, but we've

18   got to remember, we already asked them to deal with

19   electronic voting machines, we're already asking them to

20   deal with identification requirements that currently

21   exist, to deal with the bilingual provisions under the

22   Voting Rights Act, and all the other requirements that

23   we put on them under the state code.  Now, we're going

24   to ask them to become a vote lawyer and start verifying

25   documentation, find out their compliance and see if



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213345

USA_00023119

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 12 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 367 of 412
HB 218 Public Hearing                                        April 30, 2007

81

1    they're in compliant with the list and to verify

2    numerous types of identification.

3                 The other cost is with the voters, and

4    with constant -- less than 47 percent of

5    African-Americans -- this was in Milwaukee -- and

6    43 percent Hispanics had a valid driver's license, where

7    85 percent of whites did.  The Rutger Study, which was

8    commissioned by the Election Assistance Commission found

9    that in places with voter ID, a 3 percent reduction

10   overall, a 5 percent reduction in voter turnout on

11   African-Americans, and a 10 percent reduction for

12   Latinos.  We also see the impact on the disabled, the

13   elderly, young people who have not started driving but

14   are over the age of 18, people with the wrong address,

15   people who have not validated their driver's license.

16   So we see numerous costs on the voters.

17                 Thirdly, there's a legal cost.  We believe

18   there's a potential violation under Section 5 and

19   perhaps a potential violation under the poll tax.  It's

20   a minimum of tens of thousands in legal costs.  When we

21   looked at redistricting in the case in Arizona, the case

22   is around in the millions because of the appeal process,

23   and that could very well be an additional cost on the

24   burden of Texas taxpayers.

25                 In sum, we'd like to just reflect on the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213346

USA_00023120

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 13 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 368 of 412
HB 218 Public Hearing                                      April 30, 2007

82

```
1    comments by Royal Masset when it talks about this 1

2    percent -- 1 percent burden is another person's

3    practicality which is what the -- the essence of Royal

4    Masset's comments were, and Representative Anchia in the

5    House floor said there's no point in destroying the

6    forest to seek out Sasquatch.  The problem simply

7    doesn't exist, and it's not worth the high costs.  Thank

8    you.

9              CHAIRMAN DUNCAN:  Thank you.  Any

10   questions of Mr. Figueroa?  Thank you, Mr. Figueroa.

11   George Korbel.  George, can you state your name and who

12   you represent for the record, please?

13             MR. KORBEL:  My name is George Korbel,

14   and -- Senator, how are you?  George Korbel.  I'm an

15   attorney.  I have been involved in election cases I

16   think as long as -- as --

17             CHAIRMAN DUNCAN:  And in elections.

18             MR. KORBEL:  And in elections.  I handled

19   the -- In 1971 I handled the first single member

20   district litigation against the state and the house, and

21   since then we've redistricted the house every decade in

22   litigation, and this chamber a few times and Congress a

23   few times.  So -- And I think that up until recently

24   there's probably been no one who's paid more attention

25   to the process of elections and election fraud than I
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008239

TX_00213347

USA_00023121

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 14 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 369 of 412
HB 218 Public Hearing                                                April 30, 2007

83

1     have, and I have not seen any of this sort of election

2     fraud that I think that this bill would get at.

3               And I'm thinking in terms of how would I

4     fraud an election if I wanted to start an election?  If

5     I had 50 people to vote five times for -- 50 people in a

6     large school bus and I could get them to five polling

7     places to vote, that's 250 votes.  Now, that's -- that's

8     only going to have an effect on a really small

9     jurisdiction, and in a really small jurisdiction, school

10    districts or cities, and I deal with those a lot, the

11    real small jurisdiction, they know everybody, so they

12    would never have that sort of fraud on that level.  I've

13    seen some situations where people make mistakes or where

14    the -- or where county has made a mistake and put them

15    in the wrong voting precinct, and, therefore, they vote

16    in the wrong voting precinct.  But I've never seen

17    somebody use somebody else's identification.

18              And let me run quickly through those

19    graphs that I gave you -- significant graph, see how it

20    goes.  The first one shows the minority population of

21    Harris County and Dallas County vis-a-vis the other

22    states that are entirely covered by Section 5 of the

23    Voting Rights Act.  As you can see, Harris County has as

24    many minorities as the entire state of Arizona -- or

25    excuse me -- of Georgia, and Dallas County has allegedly



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213348

USA_00023122

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 15 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 370 of 412
HB 218 Public Hearing                                          April 30, 2007

84

1          more minority population than Mississippi and Alabama

2          and states like that.

3                    Now, if you look at the next pages, there

4          are some charts of where someone would get their voter

5          identification card or their DPS identification card.

6          If you look, first of all, at Harris County, you'll see

7          that in all of the -- if you look inside Loop 610, there

8          are no -- no places to go and get a ID card.  The only

9          places that are available are in -- in the more suburban

10         areas.

11                   Now, if Georgia had gone to the -- to the

12         justice department with a pattern like this showing that

13         there were virtually no places to get these cards in --

14         and if you look at it -- if you look at the rest of the

15         charts, they also show that in Tarrant County and Dallas

16         County and, also, one rural one in -- in Frio County,

17         and there's a 10-mile distance in Frio County, and then

18         there are some charts showing socioeconomic differences,

19         and the state has actually dealt with this before in

20         Senate Bill 300 back in 1976 objected to a

21         reregistration which is -- and for the requirement that

22         somebody provide a Social Security number.

23                   And the last chart knows the breakdown of

24         the vote in the house.  This is something the Department

25         of Justice looks at and as you can see all the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213349

USA_00023123

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 16 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 371 of 412
HB 218 Public Hearing                                    April 30, 2007

85

```
 1    minority -- virtually all the minority legislators voted
 2    against this on final passage.
 3                CHAIRMAN DUNCAN:  Okay.  I'm going to let
 4    you get a breath and make your closing, if you want --
 5    if you want a second to do that.
 6                MR. KORBEL:  I'm sorry.
 7                CHAIRMAN DUNCAN:  Is there anything else?
 8    Take about a one second -- I just -- I interrupted you,
 9    but let your get your breath and then if you could
10    conclude your testimony, I'd appreciate it.
11                MR. KORBEL:  Well, I think that the point
12    that I really wanted to make initially was that Texas
13    has already gone through this.  We have had a voting
14    rights objection to a requirement that the state -- the
15    state had that we present Social Security number in
16    order to register to vote.  The Department of Justice
17    objected to that in 1976 or '77, if I'm not -- if I'm
18    not mistaken.  And so I think that when this bill gets
19    over there that the first thing they're going to ask is
20    why are we redoing this?  And there was also an
21    objection in '76 to a -- to a reregistration, and one of
22    the reasons for the objection to the reregistration was
23    the problems that Hispanics and African Americans would
24    have filling form out, and the data -- the differential
25    data of the chart show -- shows that that's continues to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008242

TX_00213350

USA_00023124

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 17 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 372 of 412
HB 218 Public Hearing                                    April 30, 2007

86

1      be an existing problem.

2                CHAIRMAN DUNCAN:  Thank you, Mr. Korbel.

3      Any questions?  All right.  Chair hears none.  Thank you

4      for your testimony, George.  Eric Opiela -- Opiela?

5      Dina Perkins?  Sonia Santana?  And John Courage.  We

6      have a four panel.  This concludes the witnesses.

7                MR. OPIELA:  Yes, sir.  Thank you very

8      much for the opportunity to testify.  My name is Eric

9      Opiela, and I'm the county chairman in Karnes County.

10     And having been both a victim of election fraud and,

11     also, an attorney who has handled election contests

12     before, I'm here testifying in support of House Bill

13     218.  This is a common sense bill that protects

14     everyone's right to vote here in the state.  It protects

15     against identity theft, and it is overwhelmingly

16     supported by voters not only in the state, but

17     nationwide.

18                In a national poll in late 2004,

19     82 percent of voters, including 75 percent Democrats,

20     supported using government issued photo identification

21     in the polls, and so this is not a partisan issue.  This

22     is a bipartisan issue that is something that we -- we

23     require for people to have rights such as driving

24     requires a photo identification.  Even for a more

25     protected constitutional right, we should require this



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008243

TX_00213351

USA_00023125

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 18 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 3/8 of 412
HB 218 Public Hearing                                                    April 30, 2007

87

1        as well.  And as testified before, recommended by

2        bipartisan commission on Federal election reform,

3        co-chaired by president -- former US President Jimmy

4        Carter and US Secretary of State James Baker, and this

5        is a case where we have probably not at the very

6        beginning of cases as has been brought up of election

7        fraud that has been prosecuted in the state.  However,

8        even just having one in which a person is allowed to

9        vote who is not registered to vote, who is not eligible

10       to vote, cancels out as a point you made, the rights of

11       people who are eligible to vote.

12                    I know of places down in south Texas where

13       people have been bussed to the -- to the polls and voter

14       registration cards been handed out as they walk off of

15       the bus.  I have -- I know of a number of cases in which

16       we've had rampant ballot by mail fraud across this

17       state, and this is a great first step, however, one of

18       the things that I think would be good would be to

19       require people who vote by mail to insert copies of --

20       of photo identification in -- in the mailing ballots as

21       well because that as acknowledged by Senator Van de

22       Putte is probably where the majority of voter fraud

23       happens in this state is in ballot by mail, and so I

24       think it would be a good thing to look to expand this.

25       A simple requirement that would guarantee that people



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008244

TX_00213352

USA_00023126

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 19 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 374 of 412
HB 218 Public Hearing                                    April 30, 2007

                                                                    88

1        who vote are having their -- their -- their right to

2        vote not canceled out by someone who isn't eligible to

3        vote.  Thank you.

4                    CHAIRMAN DUNCAN:  Thank you.  Members, any

5        questions?

6                    SENATOR VAN DE PUTTE:  I do.

7                    CHAIRMAN DUNCAN:  Senator Van De Putte.

8                    SENATOR VAN DE PUTTE:  Did I hear you

9        correctly?  You said that you knew of a case where there

10       was a bus load of people that were taken and they were

11       issued -- as they got off the bus, they gave them voter

12       registration cards?

13                   MR. OPIELA:  Yes.

14                   SENATOR VAN DE PUTTE:  And what county was

15       this?

16                   MR. OPIELA:  That was in Duval County.

17                   SENATOR VAN DE PUTTE:  Was it in a recent

18       election?

19                   MR. OPIELA:  I believe it was in the early

20       1990s.

21                   SENATOR VAN DE PUTTE:  And do you know

22       that -- You said you knew of the case.  Was -- Was there

23       an investigation done?

24                   MR. OPIELA:  I don't know whether there

25       was an investigation done.  I know that just recently



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213353

USA_00023127

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 20 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 378 of 412
HB 218 Public Hearing                                    April 30, 2007

89

1      the new Attorney General has obtained convictions of

2      people in counties neighboring Duval County, and I know

3      maybe on one case where a lady had -- had voted for

4      someone who is -- who is dead and --

5                      SENATOR VAN DE PUTTE:  What --

6                      MR. OPIELA:  -- and the person was

7      convicted.

8                      SENATOR VAN DE PUTTE:  What I'm asking is

9      if you could supply us with the specifics because when

10     we have asked the Attorney General's office and when

11     we've asked the Secretary of States office, they have

12     not given us any information of complaints that were

13     made or investigation.  We've asked for -- Of course,

14     there's been no convictions, but it's very alarming for

15     us to hear that you have personal knowledge of this.

16                     MR. OPIELA:  I didn't personally see this

17     -- I live in a county about two hours --

18                     SENATOR VAN DE PUTTE:  But you testified

19     to it.

20                     MR. OPIELA:  Yes, about two hours north --

21                     SENATOR VAN DE PUTTE:  But you were

22     ascertaining by your -- your testimony --

23                     MR. OPIELA:  Yes, and I have -- I do know

24     of it, and I will put you in touch with the gentleman

25     that --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213354

USA_00023128

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 21 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 378 of 412
HB 218 Public Hearing                                    April 30, 2007

90

1           SENATOR VAN DE PUTTE:  If you could

2      provide us with documentation, I think that would --

3           MR. OPIELA:  I'll be more than happy to

4      try and get that to you.  Thank you.

5           CHAIRMAN DUNCAN:  All right.  Any other

6      questions?  All right.  The next witness is Dina

7      Perkins.

8           MS. PERKINS:  Hello.  My name is Dina

9      Perkins, and I am testifying on behalf of myself.  I'm a

10     graduate student at UT in special works, and I work at a

11     local nonprofit in town.  We -- The majority of clients

12     that I see are zero to 50 percent of the Federal poverty

13     level.  Our program assists these clients with health

14     and rent, utilities, if they've have some kind of

15     emergency where they can't pay their bills.

16          I'm concerned about this bill because most

17     of the clients that I see don't have the extra money to

18     spend to get these documents.  They do well to pay their

19     bills each month, and -- and as I said, one of the

20     programs that I work in is helps with utilities, and I

21     see a lot of clients that live with several other family

22     members, so the bill is not in their name.  But they're

23     still paying on these utilities, and in order to get

24     these utilities in their name, it costs a $200 deposit,

25     and they just do not have the money to do that.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213355

USA_00023129

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 22 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 37 of 412
HB 218 Public Hearing                                    April 30, 2007

91

1              So I'm -- I'm here to testify against this
2       because I think it would hurt them as vulnerable members
3       of our society.  Thank you.
4              CHAIRMAN DUNCAN:  Two things.  One to
5       register, I think they have to have a certain sort of
6       ID, and, No. 2, as far as getting the ID under this
7       bill, it's my understanding in reading it that the State
8       of Texas will provide those IDs for no cost.
9              MS. PERKINS:  Well, as I understood it,
10      there's additional like birth certificates if they don't
11      have that; is that correct?
12             CHAIRMAN DUNCAN:  The -- As far as getting
13      the ID, I'm sure there's some requirement that you have
14      to have some proof, but I think there are -- there's a
15      litany of items that can be provided as proof which I
16      think is designed to capture the -- the issue of
17      opportunity to be able to get an ID --
18             MS. PERKINS:  Well --
19             CHAIRMAN DUNCAN:  -- to verify
20      identification.
21             MS. PERKINS:  Most of my clients that I
22      work with don't really have the time to try and gather
23      all of these documents and get all of this either
24      because they're working, and they're using the bus and
25      they're picking their kids up from daycare or school or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213356

USA_00023130

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 23 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 378 of 412
HB 218 Public Hearing                                      April 30, 2007

92

1      just all around it's a burden on them.

2              CHAIRMAN DUNCAN:  Thank you very much.

3      Next witness is Sonia Santana.

4              MS. SANTANA:  Hello, chairman and

5      senators.  My name is Sonia Santana.  I'm here

6      testifying today on behalf of ACLU, and we oppose HB

7      218.  I want to address two points that have been

8      brought up recently, one by the gentleman that was

9      sitting here saying that even if one voted cast illegal,

10     that a -- you know, that it cancels another legal vote.

11     What about the voters that are going to have to cast

12     provisional ballots under this bill because you are

13     disenfranchising them as well.

14             In the 2004 election, and these numbers

15     are available from the SOS website, 36,000 ballots were

16     cast provisionally and only 7700 counted.  That's a one

17     in five chance.  Under this bill, those people that come

18     to the polls without that ID, and if we have not done

19     our job in educating them in advance, they're going to

20     have to pass a provisional ballot, and it is dependent

21     upon them to come back with that identification to

22     correct their ballot in a very short period of time, and

23     if they don't have that documentation to bring that

24     documentation back, their birth certificate or whatever

25     that they need to request, their ballot is not going to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213357

USA_00023131

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 24 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 379 of 412
HB 218 Public Hearing                                    April 30, 2007

93

1    count. So, again, you have the potential of maybe one

2    voter whose ballot might not be counted versus the

3    hundreds of thousands of voters whose ballots might not

4    be counted that you are forcing to vote provisionally.

5              I also wanted to address the issue of

6    cost. You said that the state is going to provide free

7    ID. Well, that's true that is in the bill, however,

8    there's additional cost in obtaining that ID. A person

9    has to travel to the DPS office Monday through Friday.

10   Those offices are open Monday through Friday 8 to 5.

11   They may have to take off of work. They may have to

12   have a relative drive them there. They have to provide

13   copies of identification to get that ID. So it's not

14   really free to them if it requires additional cost and

15   time and additional cost in duplicating or finding these

16   documents.

17             So our position is -- is that this bill

18   goes way too far in disenfranchising potentially

19   hundreds of thousands of voters that have a legal right

20   to vote, and the people that say, well, you have to have

21   an ID to get on a plane, to rent a video, that's not

22   something people have to do to be a citizen. That's a

23   luxury. This is something that they do as a

24   constitutional right, their right to vote. Thank you.

25             CHAIRMAN DUNCAN: Thank you, Ms. Santana.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213358

USA_00023132

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 25 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 380 of 412
HB 218 Public Hearing                                    April 30, 2007

94

1    Any questions?  Chair hears none.  Mr. Courage -- And

2    while -- before you begin, Rebecca Forest, why don't you

3    make your way up to the table as well?  And go ahead,

4    Mr. Courage.

5              MR. COURAGE:  Thank you, Mr. Chairman,

6    members of the committee.  My name's John Courage.  I'm

7    chairman of the True Courage Action Network.  I'm here

8    to testify today in opposition to the substitute for

9    218.  I'm talking not only as a member of this

10   organization, but also as a teacher.  I've been a

11   teacher for 16 years, and I know that it is very

12   difficult oftentimes to express information to students

13   as well as to many of our citizens when it comes to

14   changes that affect their lives, changes that may happen

15   because of this bill.  There are probably a lot of

16   unintended consequences that haven't been considered

17   when it comes to thinking about the new identification

18   forms that are going to be required of people when they

19   go to vote.

20             A lot of people are already intimidated

21   when they go to vote if they're first time voters, if

22   they're senior citizens, if they're new citizens going

23   through the process for the first time, and the new

24   requirements that are being put out really put, I think,

25   a lot of people at risk of deciding I'm just going to



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008251

TX_00213359

USA_00023133

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 26 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 381 of 412
HB 218 Public Hearing                                           April 30, 2007

95

1      stay home because I don't know what all of the new

2      requirements are, and we can't afford to let that happen

3      in Texas.

4                  I think that if we look back at the CHIPS

5      program and the unintended consequences that came from

6      the new regulations of the CHIP program, which really

7      have alienated hundreds of thousands of children in

8      Texas, what could be the repercussions of this bill

9      coming out and alienating hundreds of thousands of

10     senior citizens, minority voters and the poor.  Without

11     proper education, many of these people may be

12     discouraged from going to vote.  And I see no kind of --

13     no expenses put into the bill to help educate the

14     public.  Certainly, we can't expect a few lines in a

15     letter from the Secretary of State to explain all of the

16     different IDs that are going to be available for people

17     to use.  We don't expect everybody to even receive it.

18                 What we're looking at today is a problem

19     that is going to multiply when people start trying to

20     figure out what do I need to take to vote?  Where can I

21     get it, and how can I get it?  I think that we need to

22     understand that we're creating a much larger program

23     that is going to cost a lot more to educate people if

24     we're going to go ahead and add this to the current laws

25     that we have today.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 27 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 382 of 412
HB 218 Public Hearing                                    April 30, 2007

96

1              And so as an educator, I would encourage

2      us to either put about 4 or $5 million into the budget

3      to go ahead and educate people or to scratch it

4      completely because without understanding the

5      ramifications, you're simply suppressing the vote.  A

6      lot of people will be intimidated, and they simply won't

7      show up, and I don't believe that the legacy of this

8      committee and the legacy of this legislature is to

9      alienate and disenfranchise hundreds of thousands of

10     Texas voters.  Thank you.

11             CHAIRMAN DUNCAN:  Thank you, Mr. Courage.

12     Any questions?  All right.  Rebecca Forest.

13             MS. FOREST:  My name is Rebecca Forest.

14     I'm an advisory committee member of the Immigration

15     Reform Coalition of Texas.  Our cosigning organizations

16     are Citizens for Immigration Reform Dallas, Texas

17     Immigration Reform Houston, Austin Townhall

18     Conservatives Reform Committee.

19             The Constitutionality guaranteed right of

20     the US citizens to vote is no longer guaranteed if the

21     citizens vote is canceled by a fraudulent vote.  When

22     fraudulent votes are cast, the legitimate votes of

23     citizens are diluted.  This is the response each and

24     everyone of you should --

25             CHAIRMAN DUNCAN:  Let me interrupt.  We'd



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008253

TX_00213361

USA_00023135

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 28 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 383 of 412
HB 218 Public Hearing                                        April 30, 2007

97

1     kind of like for you to talk to us and give us your

2     written testimony because we only have --

3                    MS. FOREST: I can give you the written

4     testimony.

5                    CHAIRMAN DUNCAN: Sure. Tell us -- Tell

6     us what is your --

7                    MS. FOREST: Okay. Basically our stance

8     is that even in Mexico, voters are required to give a

9     form of ID that is -- has a voter ID and biometric

10    identifiers. If a poor country, poorer than the United

11    States, can do that, then we would request that the same

12    policies be followed here in the United States, and,

13    also, there are other countries that require photo IDs

14    as well.

15                    Well, we have to have some safeguards in

16    place to ensure that citizens are voting. That is a

17    right reserved to citizens only, and so that's our major

18    concern. There are instances especially up in the

19    northern states where middle easterners are voting

20    illegally. So it's not only in Latin American states,

21    but also along our northern borders.

22                    CHAIRMAN DUNCAN: Thank you very much. We

23    listened a little better when you were talking to us

24    than when you were reading.

25                    MS. FOREST: I know. You fall asleep. I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213362

USA_00023136

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 29 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 384 of 412
HB 218 Public Hearing                                    April 30, 2007

98

1     have this written form, and I have a copy for each one

2     of you.

3                CHAIRMAN DUNCAN:  Okay.  Thank you very

4     much.  Members, any questions of the witness?  All

5     right.  Thank you.  Is there anyone else who would wish

6     to testify for, on or against House Bill 218 or the

7     proposed committee substitute?  All right.  The chair

8     hears none.  Public testimony is closed.

9                SENATOR VAN DE PUTTE:  Did we have

10    somebody here from the Secretary of State --

11                CHAIRMAN DUNCAN:  We do.

12                SENATOR VAN DE PUTTE:  -- or the DPS?

13    What I'd like to see is how this is going to work in

14    conjunction with Real ID or do we have the Secretary of

15    State's office --

16                CHAIRMAN DUNCAN:  Ann McGeehan -- The

17    public testimony's closed, but we can invite a resource

18    witness --

19                SENATOR VAN DE PUTTE:  Just resource

20    witness to ask a question.

21                CHAIRMAN DUNCAN:  Ms. McGeehan?

22                MS. McGEEHAN:  Hi.  Ann McGeehan with the

23    Secretary of State's office.

24                SENATOR VAN DE PUTTE:  My question's -- a

25    couple them.  When election officials, either the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213363

USA_00023137

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 30 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 385 of 412
HB 218 Public Hearing                                          April 30, 2007

99

1     precinct judges or the county officials, if they have

2     any questions or they suspect anything, is there a

3     formalized process where they can contact the Secretary

4     of State's office?

5              MS. McGEEHAN:  There are a couple of

6     processes that are provided in the election code.  Any

7     citizen can submit a concern or any evidence they have

8     of a voting election code violation to the Secretary of

9     State's office.

10             SENATOR VAN DE PUTTE:  So it doesn't have

11    to be -- It can be an individual citizen that can bring

12    a complaint or --

13             MS. McGEEHAN:  Yes.

14             SENATOR VAN DE PUTTE:  -- if they

15    suspect -- And then what does the Secretary of State's

16    office do?

17             MS. McGEEHAN:  We review that complaint,

18    and if the complaint does allege a criminal violation of

19    any kind, then we make a referral to the Attorney

20    General's office and then they have the authority to

21    investigate and prosecute.

22             SENATOR VAN DE PUTTE:  How many complaints

23    have you had about voter impersonation?

24             MS. McGEEHAN:  We have not had any.  This

25    question came up when this bill was debated in the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008256

TX_00213364

USA_00023138

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 31 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 386 of 412
HB 218 Public Hearing                                      April 30, 2007

100

1       House.  Nothing's been filed with our office in the last

2       four years on that issue precisely.

3                    SENATOR VAN DE PUTTE:  You had no

4       complaints about voter impersonation?

5                    MS. McGEEHAN:  No.

6                    SENATOR VAN DE PUTTE:  And -- And, I

7       guess, my question is -- is the -- the Real ID Act would

8       require lots of verification for how we do driver's

9       license now, but it's not a universal ID card.  In other

10      words, citizen wouldn't be required to get it.  It's

11      just the -- the security of the driver's license itself,

12      and I'm not sure how that would work in conjunction with

13      this, but thank you for your testimony today.

14                   SENATOR LUCIO:  Mr. Chairman?

15                   CHAIRMAN DUNCAN:  Senator Lucio?

16                   SENATOR LUCIO:  Is there anything in the

17      law that requires an election judge to -- to file a

18      possibility of voter -- voter fraud?  And, if so,

19      what -- what kinds of penalty would that have?

20                   MS. McGEEHAN:  The -- there's -- In

21      currently the election code, you know, an election

22      judge -- they can't let a person vote who's not eligible

23      to vote, and, similarly, they can't prevent someone

24      who's eligible for voting from voting.  There's no -- I

25      think the kind of process you are thinking about is if



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008257

TX_00213365

USA_00023139

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 32 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 387 of 412
HB 218 Public Hearing                                          April 30, 2007

101

1    an election judge observed misconduct.  There's no

2    process --

3                    SENATOR LUCIO:  If he or she -- If he or

4    she knows that that person pretends somebody he or she

5    is not --

6                    MS. McGEEHAN:  Right.

7                    SENATOR LUCIO:  -- and that election judge

8    fails to document that and turn it in, is there anything

9    in the law that holds that election judge accountable

10   legally?

11                   MS. McGEEHAN:  No.

12                   SENATOR LUCIO:  Thank you.

13                   CHAIRMAN DUNCAN:  Senator Ellis?

14                   SENATOR ELLIS:  What is the penalty under

15   current law for somebody impersonating someone else to

16   vote?

17                   MS. McGEEHAN:  That would be illegal

18   voting.  I'd have to look it up here.  Sorry.

19                   SENATOR ELLIS:  That's all right.  Do you

20   know?  Senator Fraser, do you know?

21                   MS. McGEEHAN:  It is a felony of the third

22   degree unless the person is convicted of an attempt.  If

23   it's an attempt, it's a Class A misdemeanor.  That's

24   64012 of the election code.

25                   SENATOR ELLIS:  I was just wondering how



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213366

USA_00023140

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 33 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 388 of 412
HB 218 Public Hearing                                        April 30, 2007

102

1       many years, if you or your colleague know.  How many

2       years would you get in jail if you actually do it and

3       not attempt, but if you commit voter fraud, third degree

4       felony?

5                   MS. McGEEHAN:  I'm --

6                   SENATOR ELLIS:  20 years?  That's all

7       right.  And you are --

8                   MS. McGEEHAN:  I don't --

9                   SENATOR ELLIS:  That's all right.

10                  MS. McGEEHAN:  Let me look.

11                  SENATOR ELLIS:  We'll find out.  It will

12      be good to know.  Hopefully, it just won't be getting on

13      the floor.  I want to know by then.

14                  MS. McGEEHAN:  I think Elizabeth Winn

15      found it.

16                  CHAIRMAN DUNCAN:  Okay.  Let the record

17      reflect Elizabeth Winn from the Secretary of State's

18      office is answering this question.

19                  MS. WINN:  Elizabeth Hanshaw Winn,

20      Secretary of State's office.  We just were lucky enough

21      to have a footnote below one of the sections in the code

22      that the drafter of this book gives us, and it says in

23      there a third degree felony is imprisonment in the

24      institutional division of the TDCJ for any term of not

25      more than 10 years or less than 2 years.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008259

TX_00213367

USA_00023141

Case 2:13-cv-00193  Document 664-6  Filed on 11/11/14 in TXSD  Page 34 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-3  Filed 06/20/12  Page 389 of 412
HB 218 Public Hearing                                    April 30, 2007

103

```
 1              SENATOR ELLIS:  2 to 10.

 2              MS. WINN:  And then a fine, and then a

 3      Class A misdemeanor, a fine not to exceed 4,000 or

 4      confinement in jail for a term not to exceed one year or

 5      both, such fine and confinement.

 6              SENATOR ELLIS:  Because usually around

 7      here if there is a problem, there's a crime being

 8      committed, usually folks want to enhance as opposed to

 9      changing the entire voting apparatus to solve a problem

10      we haven't proven.  In your office knowing this bill was

11      coming, have you all surveyed to ask about voter

12      fraud -- voter fraud -- someone impersonating someone

13      else to vote?

14              MS. WINN:  We haven't done any surveys

15      like that.

16              SENATOR ELLIS:  So nobody even asked you

17      all to help make that case on this bill, just -- just

18      use a resource.

19              MS. WINN:  Correct.

20              SENATOR ELLIS:  Okay.  Senator --

21              CHAIRMAN DUNCAN:  (Inaudible).

22              SENATOR ELLIS:  No.  But that's why they

23      do the survey.  Usually somebody's trying to slip

24      something through here, to go get somebody in the state

25      government to go out and get do a survey.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008260

TX_00213368

USA_00023142

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 35 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 390 of 412
HB 218 Public Hearing                                        April 30, 2007

104

1              SENATOR FRASER:  I don't think you want to

2       call this a slip.

3              SENATOR ELLIS:  I hope my (audible) come

4       see the light of day as they are just a slip -- a slip

5       or somebody drop off.

6              CHAIRMAN DUNCAN:  Well, that's what the

7       process is all about.  You got the votes.  You got --

8              SENATOR ELLIS:  Third degree felony, 2 or

9       10 years, up to $10,000, maximum probation, 10 years.

10             Do you have -- In your office have you all

11      discussed any policy initiatives to try and deal with

12      this perceived problem that's going on out there that

13      nobody has reported?  Are there other ways we could do

14      this?  More resources, more precinct judges so they

15      could start hunts to go look for voter fraud?  I mean,

16      short of this bill, any other ideas of people just

17      typing up this bill and that's it?

18             MS. McGEEHAN:  The focus of our office the

19      last couple of years have been the Help American Vote

20      Act and some of the changes that have been associated

21      with that.  So depending on what comes out of session,

22      we may have to change our focus to that.

23             SENATOR ELLIS:  So you all have been

24      focusing on helping Americans to vote, not keeping them

25      from voting.  I see.  Okay.  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008261

TX_00213369

USA_00023143

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 36 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 391 of 412
HB 218 Public Hearing                                               April 30, 2007

105

1              CHAIRMAN DUNCAN:  All right.  Is there any

2      other question -- Are there any other questions?  Okay.

3      Members, this bill will be left pending until -- we're

4      going to try to take a vote on this later today,

5      probably later after session.  So we'll move this to

6      after session today.

7              All right.  Public testimony is closed.

8      The bill will be left pending until after session today.

9                  (End of audio transcription.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213370

USA_00023144

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 37 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 392 of 412
HB 218 Public Hearing                                          April 30, 2007

106

```
1        IN THE COUNTY OF TRAVIS    )

                                    )

2        STATE OF TEXAS             )

3

4

5            I, JEAN THOMAS FRAUNHOFER, Certified Shorthand

6        Reporter in and for the State of Texas, hereby certify

7        to the following:

8            That the Audio from the April 30, 2007, Senate

9        Committee on State Affairs Public Hearing (TIMER:

10       51:06.1 to 3:06:35.6) was transcribed at the request of

11       Anne Wilson, 209 West 14th Street, Attorney General's

12       Office, Austin, Texas, 78701, and the amount due is

13       $_____.

14           That the aforementioned Audio was transcribed to the

15       best of my ability to hear and understand the Audio;

16           That the transcript was submitted by E-TRANS on

17       April 28, 2012, to Anne Wilson, 209 West 14th Street,

18       Attorney General's Office, Austin, Texas, 78701;

19           I further certify that I am neither counsel for,

20       related to, nor employed by any of the parties or

21       attorneys in the action in which this proceeding was

22       taken, and, further, that I am not financially or

23       otherwise interested in the outcome of the action.

24

25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008263

TX_00213371

USA_00023145

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 38 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 393 of 412
HB 218 Public Hearing                                        April 30, 2007

107

1        Certified to by me, this 28th day of April, 2012.

2

3

4        JEAN THOMAS FRAUNHOFER, Texas CSR No. 7990

         Expiration Date 12/31/12

5        FIRM REGISTRATION NO: 283

         ESQUIRE DEPOSITION SERVICES

6        100 Congress, Suite 2000

         Austin, Texas  78701

7        (512) 328-5557

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213372

USA_00023146

HB 218 Public Hearing                                      April 30, 2007

108

| A | | | | |
|---|---|---|---|---|
| **AARP** 12:11,14 16:4,11 18:3,18 19:3,12 20:13 44:19 44:19 | **accustomed** 59:19 60:10 60:11 **acknowledged** 87:21 **ACLU** 92:6 **Act** 6:17,18,21 7:15,25 9:6 10:1,6 58:16,18,20 58:23 80:22 83:23 100:7 104:20 | **34:5** **administr...** 70:14 **admit** 72:23 **adopt** 54:11 **adult** 67:7 **adults** 66:17 **advance** 92:19 **advantage** 62:19 | **age** 13:8,22 17:24 19:22 20:22 44:10 44:10,17 45:3,8 59:23 81:14 **aged** 64:1 **agencies** 80:11 **agency** 20:15,19 **agenda** 38:15,25 42:3 54:17 | **alcohol** 3:13 **alienate** 96:9 **alienated** 95:7 **alienating** 95:9 **aliens** 33:16 **alive** 17:21 **allege** 99:18 **alleged** 60:2 |
| **Abbott** 33:14,15 **ability** 13:3,5 20:1 46:15 106:15 | **action** 94:7 106:21 106:23 **activities** 3:11 **activity** 9:9 | **adventure** 43:11 **advisory** 96:14 **Advocacy** 12:16 | **ago** 16:20 23:9 24:3 25:23 31:18,22 40:17 54:23 67:21 68:18 76:1 78:10 | **allegedly** 83:25 **allow** 9:17 **allowed** 87:8 **allowing** 65:13 |
| **able** 3:17 7:11 12:1 20:6 22:23 29:21 32:4 34:2,6 36:4 39:24 45:9 47:11 47:14 54:3 57:25 69:12 91:17 | **actual** 66:5 **adamant** 40:15 **add** 54:14 95:24 **adding** 74:13 **additional** 40:2 50:24 80:4 81:23 91:10 93:8 93:14,15 | **affairs** 1:2 32:6 68:17 106:9 **affect** 94:14 **affidavit** 4:4 **affiliation** 66:8 **affirmed** 8:2 **afford** 95:2 | **agree** 32:21,24 37:13 42:19 42:20,24 63:16 71:17 **agreed** 42:4 **agrees** 32:16 **AG's** 51:22 | **alphabeti...** 63:5 **alternative** 11:25 **alternatives** 12:3 **Amanda** 5:12,21 12:11,14 |
| **aboard** 58:20 **absence** 33:11 **absolutely** 14:20 46:1 **acceptable** 27:16 | **address** 15:6 28:1,18 65:13 71:25 81:14 92:7 93:5 | **aforement...** 106:14 **afraid** 49:16 **Africa** 3:22 | **ahead** 2:6,15 5:6,6 5:22 15:7 22:24 28:13 29:19 64:20 65:8 77:10 94:3 95:24 96:3 | **America** 71:22 **American** 2:25 32:20 34:18,19 35:17 97:20 104:19 |
| **access** 9:2 13:2,4 13:10 68:17 **accessibi...** 8:23 **accommodate** 37:21 **account** 37:19 **accountable** 101:9 **accusations** 70:3,7 **accused** 15:1 | **addressed** 72:17 **addresses** 73:17 78:8 **adhered** 48:7 **adjustments** | **African** 85:23 **African-A...** 19:15 **African-A...** 19:21 81:5 81:11 | **airplane** 3:12 **Alabama** 84:1 **alarming** 89:14 | **Americans** 2:23 3:5,10 13:22 14:12 34:10 85:23 104:24 **amount** 29:22 48:6 |

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



TX_00213373

USA_00023147

HB 218 Public Hearing

April 30, 2007

109

61:22 64:15
106:12
**analysis**
7:9 79:19
**analyzing**
11:17
**Anchia**
82:4
**and/or**
8:15 13:15
**Anglos**
19:23
**Ann**
98:16,22
**Anne**
106:11,17
**answer**
30:21 32:7
35:2 44:22
**answering**
102:18
**anxious**
35:16
**anybody**
37:24 44:17
54:24 79:10
**anybody's**
16:7
**anymore**
39:9 54:1
**Anyway**
30:18
**apologize**
27:6
**apparatus**
103:9
**appeal**
81:22
**Appeals**
76:10
**application**
6:23 23:16
**applied**
8:17
**applies**
43:20
**apply**

15:17,18
24:22 26:21
**appreciate**
5:14 28:17
41:22 48:1
67:18 75:7
75:12 77:1
85:10
**appropriate**
23:17
**approval**
8:15
**approved**
32:13
**April**
1:3,24 3:5
106:8,17
107:1
**area**
11:22 44:16
54:2
**areas**
56:4 68:20
69:11 84:10
**argument**
54:19 59:21
59:21 60:3
60:6 62:1
73:20
**arguments**
65:15
**Arizona**
7:25 10:16
75:24 76:6
76:7 81:21
83:24
**Arizona's**
76:13
**arrive**
45:23
**ascertain**
56:24
**ascertaining**
89:22
**asked**
3:10 23:9
32:12 42:8
55:25 80:10

80:10,11,18
89:10,11,13
103:16
**asking**
5:8 15:21
35:12 80:19
89:8
**asleep**
97:25
**asserted**
33:20
**assessment**
6:24 7:14
**Assistance**
81:8
**assists**
90:13
**associated**
104:20
**Association**
5:18 28:17
28:19 30:19
31:22
**assume**
15:17 38:10
53:24 67:13
**assumes**
51:5,8 53:25
**assuming**
43:3
**attempt**
101:22,23
102:3
**attempting**
24:16
**attempts**
4:20
**attention**
50:7 82:24
**attorney**
15:10 31:8
33:14 37:1
48:10 52:18
79:16 80:10
82:15 86:11
89:1,10
99:19
106:11,18

**attorneys**
106:21
**audible**
104:3
**audio**
105:9 106:8
106:14,15
**Austin**
60:7,11
96:17
106:12,18
107:6
**authority**
99:20
**available**
12:4 27:19
27:22 84:9
92:15 95:15
**average**
44:10,17
**award**
69:18
**aware**
6:18 9:7
41:2,21
42:1 44:8
48:11 70:10
72:7
**awkward**
40:8

_____

**B**

**back**
22:9,13 32:4
46:10 47:11
84:20 92:21
92:24 95:4
**background**
26:2
**bad**
26:11
**Baker**
75:21 87:4
**balance**
50:18 58:8
**ballot**
3:1 4:4

15:18,19
16:14,16
23:18 24:2
24:12,16,23
26:6 47:14
47:14 55:10
67:13 73:9
79:1 87:16
87:23 92:20
92:22,25
93:2
**balloting**
29:15
**ballots**
23:10 24:6
55:21 76:15
87:20 92:12
92:15 93:3
**baptismal**
22:13 23:2
**baptisms**
22:8
**barriers**
12:22
**base**
39:6 40:25
**based**
8:3 42:13
77:19
**basic**
12:19,20
**basically**
4:19 24:18
49:9 97:7
**battle**
2:24
**beginning**
54:19 87:6
**behalf**
6:9 75:10
90:9 92:6
**Belgium**
73:4,5
**belief**
66:7
**believe**
2:6 9:15
13:9 24:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213374

USA_00023148

31:24 32:2
47:13,18
54:6 68:16
69:18 81:17
88:19 96:7
**believes**
66:6
**belong**
3:13
**benchmark**
7:1
**benefit**
39:8 79:19
**benefits**
39:25 66:22
79:19,22
**best**
32:19 33:15
106:15
**bet**
61:1
**better**
70:17 97:23
**beyond**
17:6
**bicycle**
60:10
**big**
50:10 74:25
**biggest**
58:8
**bilingual**
80:21
**bill**
1:4 2:2,3,11
2:17 3:24
3:25 4:11
5:20 6:11
6:12,15,16
6:19,22 7:3
7:7,12,14
7:14,17,23
9:4,18
10:10,13
12:17,18
13:19 14:3
14:19 15:6
15:13,16,18

24:20,22
25:6,6,16
26:21,21,24
27:17 31:25
32:2 33:4
35:11 45:1
47:18 50:4
50:25 55:8
66:19 75:11
77:19,20
78:8,17,18
80:4 83:2
84:20 85:18
86:12,13
90:16,22
91:7 92:12
92:17 93:7
93:17 94:15
95:8,13
98:6 99:25
103:10,17
104:16,17
105:3,8
**bills**
10:9 11:12
41:10 90:15
90:19
**bill's**
50:11
**Bin**
16:24
**biometric**
97:9
**bipartisan**
75:19,20,24
86:22 87:2
**birth**
13:13 22:6,6
22:10,12,20
34:11,16,21
91:10 92:24
**bit**
22:25
**blanket**
46:21
**block**
13:7
**Blog**

33:19
**Blow**
74:16
**board**
3:12 28:23
75:15
**book**
3:12 102:22
**books**
57:3
**booth**
13:10 15:12
**border**
34:23,23
**bordering**
3:19
**borders**
97:21
**born**
22:7 34:14
**bracketing**
63:17
**Brazil**
62:11 73:4,6
**break**
57:3
**breakdown**
19:11 84:23
**breath**
85:4,9
**brief**
4:15,19
31:15 54:13
**briefly**
47:2
**bring**
59:24 64:18
64:18 92:23
99:11
**Britain**
3:22
**brought**
41:10,13
42:8 44:25
45:12 87:6
92:8
**Brown**

2:3
**Brownsville**
34:15
**brunt**
63:3
**Buck**
77:8,11
**budget**
75:1 96:2
**building**
75:16
**bulk**
3:13
**burden**
7:3,13 8:6
74:14 81:24
82:2 92:1
**Bureau**
76:14
**Burka**
33:19
**bus**
17:14 21:6,6
83:6 87:15
88:10,11
91:24
**buses**
17:21
**bussed**
87:13
**buy**
3:13 56:3

―――――――
        **C**
―――――――
**call**
5:6,15 50:7
58:17 64:20
104:2
**called**
6:6
**calls**
49:12,19
**cameras**
58:6
**Cameron**
65:11 67:18
68:6 70:6

**campaign**
74:20
**Canada**
3:20
**canceled**
3:1 55:15
88:2 96:21
**cancels**
54:20 67:10
87:10 92:10
**candidate**
33:10 50:9
**capital**
38:13
**capture**
91:16
**car**
20:24
**card**
16:23 18:22
18:23 21:6
21:7 43:16
43:17 46:3
51:7,9,9
66:20 71:7
71:7,8,10
79:25 80:1
84:5,5,8
100:9
**cards**
13:6 33:12
33:17 39:18
51:8 84:13
87:14 88:12
**care**
20:25 34:20
63:14
**cared**
30:25 74:22
**career**
36:15 78:12
**Carolyn**
65:4 75:8,10
77:4
**carrier**
31:25
**carry**
36:25 42:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213375

USA_00023149

HB 218 Public Hearing                                    April 30, 2007

111

cart
43:11
Carter
75:21 87:4
Carvell
65:4 72:24
72:25 73:1
75:6,7
case
4:18,18 16:7
20:23 29:10
29:12 35:25
44:18 57:6
57:20,22
60:16 66:6
68:22 81:21
81:21 87:5
88:9,22
89:3 103:17
cases
3:3 5:1 8:5
17:12 29:9
29:11,23
30:2,5,7,8
30:8,13
33:16,25,25
48:8,12,20
51:20,21,22
53:2,12
56:24 66:3
66:5 82:15
87:6,15
cash
18:16,18,25
cashing
27:20 75:16
casino
17:25
cast
12:23 14:22
27:8,10
53:1 76:15
92:9,11,16
96:22
casting
27:7 33:16
casual
19:7

catch
78:17
categories
18:13
Caucasian
19:14,17
21:25
center
14:8 43:10
43:22
centers
21:15
certain
31:14 48:6
50:9 58:21
61:19 68:20
91:5
certainly
16:15 19:16
22:4 35:23
35:24 48:1
53:4 95:14
certificate
13:13 22:6,7
22:10,12,13
22:20 23:2
23:6 34:17
34:21 80:13
92:24
certificates
34:11 91:10
Certified
106:5 107:1
certify
106:6,19
cetera
57:10
chair
5:19 18:6
42:11 49:7
49:12 67:25
86:3 94:1
98:7
chairman
2:2,12,15,19
2:23 4:12
5:3,25 6:1
6:4,12 7:19

8:8 9:20
12:10 14:4
18:7 20:8,9
21:7 23:24
24:7,15
26:9,18
27:3,8,11
27:12 28:2
28:5,8,13
28:16 30:16
30:22 36:3
36:6,7,12
40:21 41:2
41:6 42:10
42:23 46:9
46:13,14
47:3,19,23
51:4 54:14
56:10,19
57:14 58:14
59:5,8,20
60:17 61:1
61:7,12
62:23,24
63:9,11,16
64:7,17,23
65:2,11,12
67:15,16,18
70:21,22,23
71:19,23
72:4,9,11
72:14,18
75:6,9
76:25 77:6
79:11,13
82:9,17
85:3,7 86:2
86:9 88:4,7
90:5 91:4
91:12,19
92:2,4
93:25 94:5
94:7 96:11
96:25 97:5
97:22 98:3
98:11,16,21
100:14,15
101:13
102:16

103:21
104:6 105:1
chairmans
5:18 28:17
28:18 30:19
31:22 36:3
67:19
chairmen
38:21
chairs
29:1 31:4
38:23,24
40:14 52:4
52:12,13
53:4
challenge
22:21
challenged
8:13 10:4
challenges
8:15 22:22
chamber
82:22
chance
5:9 15:3
92:17
change
4:8 24:16
104:22
changed
37:6
changes
4:25 43:6
59:15 94:14
94:14
104:20
changing
25:2 103:9
chart
84:23 85:25
charts
84:4,15,18
check
3:12 18:16
18:18,19,22
19:1,6
27:20 43:14
44:4 58:8

73:19
checks
75:16
children
21:1,2 95:7
chilling
20:1 37:3,6
37:7 61:18
CHIP
95:6
CHIPS
95:4
choir
17:22
choose
51:7
church
22:8 23:7
churches
22:14
Circuit
76:5,11
circumsta...
8:16 10:9
cities
83:10
citizen
34:20 35:10
93:22 99:7
99:11
100:10
citizens
12:4 13:12
17:18 32:21
33:3 34:10
35:17 39:22
46:15 63:13
66:25 94:13
94:22,22
95:10 96:16
96:20,21,23
97:16,17
citizenship
38:19
city
22:11
civil
74:8

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



TX_00213376

USA_00023150

2:24,25
clarifica...
7:21 11:2
41:9
clarify
15:22 25:22
25:24 43:2
70:24
clarifying
43:5
Class
101:23 103:3
clean
52:22
cleaning
11:10
clear
19:20 42:23
58:22 65:14
65:23
clerk
23:19 64:20
64:22,24
clients
90:11,13,17
90:21 91:21
close
78:22
closed
98:8,17
105:7
closing
85:4
club
3:13,14
Coalition
96:15
code
23:20 80:23
99:6,8
100:21
101:24
102:21
Coke
40:22 54:22
cold
3:14

colleague
102:1
colleagues
16:20
color
19:22
come
4:18 6:5,5
27:18 35:20
38:2 40:8
41:6 42:15
58:4,9,18
62:21 65:5
71:20 80:16
92:17,21
104:3
comes
14:7 35:19
43:9 45:16
58:20 61:13
62:7 63:23
94:13,17
104:21
coming
36:10 54:5
63:3 67:9
69:10,25
74:25 95:9
103:11
comments
32:17 82:1,4
commission
75:20,24
81:8 87:2
commissioned
81:8
commit
102:3
committed
60:25 61:10
103:8
committee
1:2 2:16,18
4:5,14 6:13
6:14,18
15:9 18:3,5
20:14 23:11
31:6 32:6

36:6 40:14
40:18 43:4
47:4 49:7
65:19 67:3
73:16 78:20
79:18 80:16
94:6 96:8
96:14,18
98:7 106:9
committee's
2:21
committing
66:1
common
86:13
communica...
44:3
communities
29:25 74:12
community
7:16 9:1
10:14,15,16
11:4,8 12:6
44:12
company
21:12
compare
9:12
compared
53:6,8
comparing
10:9
comparison
7:2 10:11
compelled
54:17
compelling
59:21,21
65:15
complaint
31:1 52:15
70:8 99:12
99:17,18
complaints
29:2 70:10
89:12 99:22
100:4
complete

5:9
completed
30:8
completely
60:5 72:7
96:4
completion
4:4
compliance
80:25
compliant
81:1
complicated
13:11
comply
7:7 9:5 45:6
computer
34:9 63:22
63:23
concept
25:3 32:23
45:13
concern
13:1 39:11
74:16,25
97:18 99:7
concerned
12:18 14:20
20:11 21:17
22:2 25:21
52:8 73:18
74:17,18,19
90:16
concerns
13:21 14:1
60:13
conclude
85:10
concluded
75:22
concludes
86:6
conducted
3:7
confidence
79:4
confinement

103:4,5
Congress
82:22 107:6
congruently
59:4
conjunction
98:14 100:12
consequences
94:16 95:5
conservative
50:15
Conservat...
96:18
consider
76:20
considerable
53:13
considera...
27:13 66:2
69:5
considered
94:16
consistent
26:1,5
constant
81:4
constituency
20:12 69:3
constitut...
59:11,13
66:25 86:25
93:24
Constitut...
96:19
Consultant
32:10
contact
99:3
contacting
70:13
contentious
10:19
contest
78:6,9
contests
77:16,17,24
86:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213377

USA_00023151

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 44 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 399 of 412

HB 218 Public Hearing                                    April 30, 2007

113

continue
17:18
continues
85:25
continuing
23:21 26:19
controver...
10:19
conversation
56:23
convicted
89:7 101:22
convictions
29:10 66:5
  89:1,14
convince
40:18
copies
14:9 46:16
  87:19 93:13
copy
23:7,17
  38:25 46:4
  98:1
Corona
64:24
correct
5:1,2 47:12
  51:2 56:2
  66:13 70:18
  70:19,20
  91:11 92:22
  103:19
corrected
77:9
correctly
88:9
cosigning
96:15
cost
50:13,19,24
  51:1,3
  79:19 80:14
  80:15 81:3
  81:17,23
  91:8 93:6,8
  93:14,15
  95:23

costing
50:16
costs
79:21 81:16
  81:20 82:7
  90:24
counsel
6:10 106:19
count
76:22 93:1
counted
47:18 78:22
  78:24 79:2
  79:6 92:16
  93:2,4
counties
30:1 63:17
  63:18 89:2
countries
3:19 53:7,8
  62:10 69:25
  71:3 97:13
country
8:10 17:17
  40:10,12
  70:25 76:18
  97:10
county
4:7,10 5:18
  10:22,22
  22:11 28:16
  28:18,25
  30:19 31:4
  31:22 36:11
  36:13 37:23
  38:20,23,23
  40:14 42:11
  49:12 52:3
  52:12,13,22
  53:4 65:11
  67:25 68:6
  69:6,12,17
  69:20 70:6
  74:11 83:14
  83:21,21,23
  83:25 84:6
  84:15,16,16
  84:17 86:9

86:9 88:14
  88:16 89:2
  89:17 99:1
  106:1
couple
16:20 29:12
  44:14 54:17
  76:1 98:25
  99:5 104:19
Courage
86:5 94:1,4
  94:5,6,7
  96:11
course
9:7 40:17
  69:4 89:13
court
8:1,15 76:7
  76:10
courthouse
56:16
courts
51:23
Court's
8:5
covered
83:22
co-chaired
87:3
create
74:3 78:19
  78:19
creating
12:22 79:1
  95:22
credible
33:13
crime
61:15 103:7
crimes
61:15
criminal
99:18
criteria
23:3
criticism
9:8

CSR
1:22 107:4
cure
30:13
current
3:4 4:17
  24:7,8
  45:20 57:19
  95:24
  101:15
currently
79:25 80:20
  100:21
cut
30:11

───────────
          D
DA
29:21 30:6
  30:24 52:13
dad
34:13
dad's
34:25
daily
45:15
Dakota
8:1
Dallas
83:21,25
  84:15 96:16
dampen
7:16
DAs
29:25
data
14:16 15:5
  48:2 53:16
  53:18 80:8
  85:24,25
Date
107:4
David
5:22 32:16
  32:17,24
  65:4,10
day

11:18 37:11
  43:21 56:17
  66:16,22
  71:16 73:9
  104:4 107:1
daycare
91:25
de
9:21,22 10:5
  11:1 12:8
  20:8,9,10
  22:17 23:5
  47:24,25
  49:5,17,23
  50:1 51:2
  51:13 52:2
  52:7,10
  53:16 54:4
  54:9 55:17
  56:7,12
  58:25 63:4
  64:25 65:1
  69:7,24
  72:11,15
  75:2 87:21
  88:6,7,8,14
  88:17,21
  89:5,8,18
  89:21 90:1
  98:9,12,19
  98:24 99:10
  99:14,22
  100:3,6
dead
89:4
deal
26:11 67:9
  80:7,18,20
  80:21 83:10
  104:11
dealing
67:22
deals
51:17
dealt
84:19
debate
58:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 218 Public Hearing                                    April 30, 2007

114

| | | | | |
|---|---|---|---|---|
| debated | 59:1 84:12 | died | 37:15 62:16 | 14:9 20:19 |
| 99:25 | 84:24 85:16 | 3:3 | 74:8 | 29:21 32:9 |
| debating | dependent | difference | discouraged | 49:8,15,19 |
| 57:11 | 92:20 | 4:5 53:14 | 95:12 | 101:8 |
| decade | depending | 60:6 | discussed | documenta... |
| 82:21 | 104:21 | differences | 104:11 | 13:18 17:8 |
| decades | depends | 2:17 84:18 | discusses | 64:14 67:6 |
| 31:18 | 51:7 | different | 4:19 | 68:23 73:15 |
| decide | deposit | 4:1 10:12,15 | discussion | 80:25 90:2 |
| 11:19 | 90:24 | 10:17 27:20 | 39:1,5,11,13 | 92:23,24 |
| decided | DEPOSITION | 31:13 41:10 | 79:23 | documented |
| 72:13 | 107:5 | 43:24 51:24 | discussions | 29:9,11 34:2 |
| deciding | depositions | 58:23 59:11 | 40:11 | 51:20,21 |
| 94:25 | 78:13 | 95:16 | disenfran... | 62:5 |
| decision | describing | differential | 54:12 96:9 | documents |
| 8:5 11:18 | 2:22 | 85:24 | disenfran... | 13:3,13 |
| 76:6 | deserves | difficult | 45:4 | 21:16 22:23 |
| decreases | 35:8 | 7:6 9:1 | disenfran... | 22:25 27:15 |
| 11:4 | designed | 12:23 13:12 | 60:2 | 66:15,20 |
| dedicated | 91:16 | 13:14,17 | disenfran... | 90:18 91:23 |
| 52:22 | destroying | 29:24 30:6 | 13:24 92:13 | 93:16 |
| degree | 82:5 | 37:20 53:25 | 93:18 | doing |
| 58:21 101:22 | details | 94:12 | dispute | 12:20 45:6 |
| 102:3,23 | 50:23 | diluted | 38:21 | 46:11,17 |
| 104:8 | detain | 96:23 | distance | 53:3,9 56:1 |
| democracy | 55:4 57:21 | diminishes | 84:17 | 61:17 77:23 |
| 12:24 | detaining | 60:6 | distinction | 78:13 |
| Democrat | 57:17 | Dina | 25:5 | dollar |
| 49:8 | deter | 86:5 90:6,8 | district | 62:11 |
| democratic | 69:10 | direct | 8:1 31:8 | dollars |
| 39:9 41:11 | determina... | 33:22 | 37:1 44:9 | 50:16,20 |
| 41:14 42:3 | 7:1 11:24 | directly | 44:11,11 | doubt |
| 52:13 65:12 | determine | 70:18 | 45:2 52:18 | 56:25 |
| 71:25 72:13 | 33:15 | director | 64:15 76:3 | DPS |
| 72:22,23 | deterring | 77:12 | 82:20 | 39:18 51:5,8 |
| Democrats | 65:25 | disabled | districts | 59:1 84:5 |
| 86:19 | developed | 34:18 81:12 | 83:10 | 93:9 98:12 |
| Denny | 4:24 | disagree | diversified | drafter |
| 31:24 | developing | 42:21 | 46:25 68:19 | 102:22 |
| Denton | 28:24 | disagreed | divest | drawn |
| 31:24 | Dewhurst | 42:21 | 9:13 | 58:22 |
| department | 32:16 | disagrees | division | drive |
| 6:20,24 7:24 | Dewhurst's | 54:24 | 102:24 | 20:23 21:2 |
| 8:22 9:3,8 | 32:17 | discount | doctor | 21:20,20 |
| 9:10,14,16 | dialogue | 19:4,7 21:12 | 43:15,16 | 93:12 |
| 9:17,19 | 46:11 62:25 | discourage | 46:1,2,5 | driver's |
| 10:24 11:10 | 63:12 | 14:21 37:14 | document | 8:21 11:14 |
| | | | | 11:20 13:5 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213379

USA_00023153

HB 218 Public Hearing                                  April 30, 2007

18:24 39:17
43:25 63:21
81:6,15
100:8,11
**driving**
81:19 86:23
**drop**
104:5
**drove**
60:8
**drug**
30:2
**dual**
15:23 24:5
25:4,9,11
25:12,13,18
25:19 26:16
26:18,19
27:1
**due**
13:16,16,16
62:6 106:12
**dues**
19:3
**Duncan**
2:2,12,15
4:12 5:3
6:1,4,12
7:19 8:8
9:20 12:10
14:4 18:7
20:9 23:24
24:7,15
26:9,18
27:3,8 28:2
28:5,8,13
30:16,22
36:6 40:21
41:2,6
42:10,23
46:9 47:3
47:19,23
51:4 54:14
56:10,15,19
57:14 58:14
59:5,20
60:17,21,23
60:24,24

61:1,6,7,12
62:24 63:9
64:7,17,22
64:23 65:2
67:15 70:23
71:19,23
72:4,9,14
72:18 73:21
73:21 75:6
76:25 77:6
79:11 82:9
82:17 85:3
85:7 86:2
88:4,7 90:5
91:4,12,19
92:2 93:25
96:11,25
97:5,22
98:3,11,16
98:21
100:15
101:13
102:16
103:21
104:6 105:1
**duplicating**
93:15
**Duval**
88:16 89:2
**DVD**
3:12

————— E —————
**Eagle**
75:11
**earlier**
13:6 51:25
69:7
**early**
56:17 69:22
88:19
**easier**
33:8
**easterners**
97:19
**easy**
38:6 45:5,6
45:17,20

61:4,7
**educate**
95:13,23
96:3
**educated**
74:4
**educating**
59:18 92:19
**education**
95:11
**educator**
96:1
**effect**
16:9 43:19
76:8 83:8
**effort**
21:14 35:4,8
**either**
4:1 6:15
52:14 79:10
91:23 96:2
98:25
**elderly**
13:12 18:4
19:23 21:25
21:25 39:14
40:3 44:7
45:16 53:11
61:19 81:13
**elected**
38:22
**election**
8:17 11:18
13:7 23:16
23:19 28:19
29:5,13,13
36:15 38:17
38:24 39:12
50:6 52:23
54:10,25
55:2 56:17
57:2,3,23
58:1 60:19
70:2 73:16
75:21 76:12
77:16,17,23
78:2,5 81:8
82:15,25

83:1,4,4
86:10,11
87:2,6
88:18 92:14
98:25 99:6
99:8 100:17
100:21,21
101:1,7,9
101:24
**elections**
15:9 28:23
29:5,6
32:20 33:3
52:21 67:22
73:2 75:19
77:12,14,15
77:15 78:12
79:4 82:17
82:18,25
**electricity**
66:23
**electronic**
80:19
**elementary**
37:10
**eligibility**
17:6,7
**eligible**
77:25 78:7
87:9,11
88:2 100:22
100:24
**eliminates**
4:6
**Elizabeth**
102:14,17,19
**Ellis**
8:8,9 9:7
14:4,5,10
14:13,17,24
15:7,15,23
16:3,17
17:20 18:2
18:11 19:2
19:11,18
24:10,21,25
25:4,12,15
25:17,25

26:11,15,20
36:4,7,8,10
36:14,19,21
37:2,13,17
38:3,8,14
38:17 39:1
39:13 40:1
40:8,20,25
41:4,8,18
41:25 42:18
45:21 56:11
59:8 60:5
60:21 61:3
61:9,14
63:1,5
64:24
101:13,14
101:19,25
102:6,9,11
103:1,6,16
103:20,22
104:3,8,23
**else's**
83:17
**embarrassed**
74:6
**embodied**
5:1
**embraced**
62:18
**emergency**
90:15
**employed**
106:20
**encourage**
12:21 16:16
37:21 62:11
96:1
**encouraging**
62:7
**ended**
63:6
**endorsed**
41:11,14
**enforce**
57:16
**enforcement**
55:2 58:2

HB 218 Public Hearing                                          April 30, 2007

116

| | | | | |
|---|---|---|---|---|
| enforcing | 31:7 33:2 | 13:13 23:21 | 71:15,19 | 102:23 |
| 76:6 | 52:1 99:7 | 30:17 | fall | 104:8 |
| enhance | evolved | explain | 97:25 | felt |
| 103:8 | 4:16 | 2:16 59:1 | false | 29:3 31:16 |
| ensure | exactly | 95:15 | 77:19 80:12 | field |
| 2:24 32:18 | 21:22 69:1 | express | falsify | 28:20 43:21 |
| 75:17 97:16 | example | 94:12 | 50:10 | Figueroa |
| entails | 8:20 10:16 | extending | familiar | 77:8,8,9 |
| 6:22 | 11:9 16:19 | 25:3 | 10:3 72:12 | 79:12,13,16 |
| entire | 18:22 23:2 | extent | families | 82:10,10 |
| 10:23 78:11 | examples | 7:4 | 20:23 | figure |
| 83:24 103:9 | 17:2 | extra | family | 16:13 21:8 |
| entirely | exceed | 4:18 90:17 | 21:1 90:21 | 38:4 39:20 |
| 83:22 | 103:3,4 | extremely | far | 59:3 95:20 |
| entity | excellent | 9:1 20:11 | 52:10,19 | figuring |
| 43:13 | 4:15 | 21:17 22:2 | 69:2 91:6 | 21:22 |
| envy | exceptions | 30:6 31:5 | 91:12 93:18 | file |
| 76:20 | 4:6 | 33:6 | fast | 52:15 57:9 |
| equal | excuse | ex-prosec... | 29:17 | 100:17 |
| 2:25 | 83:25 | 57:9 | father | filed |
| Eric | exercise | E-TRANS | 22:18 | 2:24 23:6 |
| 86:4,8 | 16:6 20:7 | 106:16 | favor | 30:8 70:8 |
| especially | exist | | 3:9 5:19 | 70:10 73:22 |
| 34:23 45:13 | 79:9 80:21 | **F** | favored | 100:1 |
| 97:18 | 82:7 | facilities | 3:6 | filing |
| ESQUIRE | existing | 13:4 | favorite | 77:16 |
| 107:5 | 86:1 | fact | 36:2 | filling |
| essence | exists | 15:2,5,13 | favorites | 85:24 |
| 82:3 | 57:1 79:20 | 29:2 30:11 | 36:3 41:20 | final |
| essentially | expand | 35:23 44:25 | features | 34:7 85:2 |
| 11:7,12 | 87:24 | 45:14 47:8 | 10:13 | finally |
| 13:24 | expect | 59:22 64:1 | Federal | 34:9 |
| et | 11:3 95:14 | 66:2 67:4 | 59:14 75:16 | finance |
| 57:10 | 95:17 | 67:10 70:17 | 76:3 87:2 | 27:7 74:21 |
| ethnicity | expense | 76:22 | 90:12 | financially |
| 19:22 | 46:17,18 | facts | fee | 106:22 |
| everybody | 48:14 | 9:2,4 10:11 | 51:11 | find |
| 28:21 46:6 | expenses | 10:25 | feel | 29:20 44:18 |
| 60:3 61:13 | 95:13 | failed | 28:21 30:10 | 74:8 80:25 |
| 62:20 64:19 | experience | 31:8 | 35:12 51:25 | 102:11 |
| 83:11 95:17 | 10:15 36:15 | fails | 57:4 61:18 | finding |
| everyday | 63:8 73:13 | 4:2 101:8 | 68:14,25 | 93:15 |
| 43:11 61:16 | experts | fail-safe | 79:5 | finds |
| everyone's | 63:2 | 73:24 | feeling | 3:8 |
| 86:14 | Expiration | fair | 30:12 60:8 | fine |
| evidence | 107:4 | 10:10 28:20 | felony | 32:8 103:2,3 |
| 7:10 29:22 | expired | faith | 101:21 102:4 | 103:5 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213381

USA_00023155

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 48 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 403 of 412

HB 218 Public Hearing                                            April 30, 2007

117

fined
73:7
finish
65:8
fire
13:16
FIRM
107:5
first
2:7 5:15
  21:9 23:16
  24:1,10,12
  24:14,23
  25:7 26:7
  26:22 27:5
  29:12 60:12
  63:3,6,18
  67:16 79:22
  82:19 83:20
  84:6 85:19
  87:17 94:21
  94:23
fiscal
50:13 51:12
fit
23:3 78:16
five
43:24 83:5,6
  92:17
flexibility
76:13
floor
65:19 82:5
  102:13
Florida
7:25
fly
60:9
focus
40:1 104:18
  104:22
focusing
104:24
folks
12:5 15:19
  17:10,11,16
  38:7 39:23
  54:12 65:25

103:8
followed
97:12
following
23:16 65:3
  77:7 106:7
footnote
102:21
force
57:22
forcing
93:4
foreign
34:17
forest
82:6 94:2
  96:12,13,13
  97:3,7,25
forever
43:3
forget
59:24
forgets
55:10
forgot
47:7,15
form
4:1 13:23
  14:6 74:5
  76:21 80:2
  85:24 97:9
  98:1
formalized
99:3
former
75:11 87:3
forms
4:2 12:3
  20:18 27:21
  43:18 65:18
  94:18
forth
33:22 46:11
  66:6
Forum
75:11
forward

42:8 45:1,12
foster
66:7
found
3:5 15:1
  16:21 33:16
  77:24 78:2
  78:6,10,16
  81:8 102:15
four
86:6 100:2
frail
17:11
frame
11:20 12:1
France
3:21,24,24
frankly
64:13
Fraser
2:3,5,9,13
  2:16,19 5:2
  5:4,25 6:1
  6:2 7:20,21
  15:18,21
  16:2 23:8
  23:25 24:8
  24:14,17,24
  25:2,10,13
  25:16,18
  26:13 27:12
  27:17 36:3
  40:23,24
  41:7,8,22
  42:7 43:1
  44:15,24
  45:11,25
  46:14,20
  47:3 54:18
  55:25 56:22
  57:5 64:25
  66:14 70:22
  70:23,24
  71:9 77:3
  101:20
  104:1
Fraser's
55:8

fraud
29:4 30:3,5
  30:25 31:10
  33:5,6,7,21
  34:1,4
  35:25 36:16
  36:18 40:23
  48:3,7
  51:16,21,22
  53:21 54:1
  54:25 55:18
  56:23 57:4
  57:18 60:25
  64:4,15
  65:22 66:1
  66:7 70:3,5
  70:7,8,11
  82:25 83:2
  83:4,12
  86:10 87:7
  87:16,22
  100:18
  102:3
  103:12,12
  104:15
fraudulent
33:17 67:12
  96:21,22
fraudulently
54:20 55:14
  67:10 74:22
Fraunhofer
1:22 106:5
  107:4
free
76:14 93:6
  93:14
frequent
33:21,25
  35:16
frequently
3:10
Friday
93:9,10
friend
43:2
friends
16:10

Frio
84:16,17
front
35:18 49:16
  64:5 80:15
fulfill
66:16
full
28:9
Fund
50:14,20
fundamental
42:14
funny
54:23
further
12:9 25:21
  36:25
  106:19,22
future
57:8 58:12

G

Galloway
65:5 75:8,9
  75:10 76:25
  77:1,4
gamble
17:23
Garza
5:12,21 6:7
  6:8,8,14
  8:12 9:11
  9:23 10:2,6
  11:5 12:9
gather
91:22
general
8:6 33:14
  71:17 80:10
  89:1
generally
71:1
General's
15:10 48:11
  89:10 99:20
  106:11,18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 218 Public Hearing                                April 30, 2007

118

| | | | | |
|---|---|---|---|---|
| generated | 17:1,22,23 | 34:5,13 | 103:25 | 39:15 61:19 |
| 34:9 50:22 | 18:16 19:4 | 37:18 43:21 | governmental | grown |
| generations | 20:5,6 21:3 | 43:23 45:9 | 43:13 68:17 | 40:10 |
| 34:11 | 21:15 22:24 | 45:17 46:19 | governor | guarantee |
| gentleman | 25:7,8,21 | 47:10 48:17 | 32:17,22 | 87:25 |
| 89:24 92:8 | 26:7,22 | 50:6 53:4 | graduate | guaranteed |
| genuineness | 28:13 29:19 | 54:11 55:18 | 90:10 | 96:19,20 |
| 34:8 | 29:21 35:5 | 56:9 57:20 | grand | guess |
| George | 38:4 39:21 | 58:4,5,6,7 | 41:19 | 9:24 16:9 |
| 7:8 58:17,17 | 43:11,15,16 | 58:8 59:2 | grandchil... | 27:12,24 |
| 77:8 82:11 | 43:23 46:2 | 61:2 62:4 | 21:1,3 | 31:16 34:1 |
| 82:11,13,14 | 46:4 47:4 | 62:21,22 | grandma | 44:8 45:7 |
| 86:4 | 47:11,11 | 63:16 64:3 | 20:21 22:5 | 45:12 53:1 |
| Georgia | 50:9 52:13 | 64:4,5,10 | grandma's | 100:7 |
| 8:4 10:20,23 | 52:14,17,19 | 64:11 66:7 | 22:12 | guilty |
| 83:25 84:11 | 52:20,25 | 66:18,20 | grandmoth... | 15:1 57:10 |
| Georgia's | 56:16,17 | 67:12 68:23 | 46:23 | gun |
| 10:20 | 58:6 60:4 | 73:25 74:3 | grandson | 17:1 |
| Germany | 61:4 62:3 | 74:9 78:25 | 37:10 | guy |
| 3:21 | 63:21 64:7 | 79:2,6 | granted | 74:21 |
| getting | 64:20 65:8 | 80:23 83:8 | 35:20 67:7 | guy's |
| 11:22 33:10 | 65:16,17 | 85:3,19 | graph | 29:17 |
| 59:12 68:21 | 67:13 70:3 | 92:11,19,25 | 83:19 | |
| 91:6,12 | 74:5 77:10 | 93:6 94:18 | graphs | |
| 102:12 | 84:8 94:3 | 94:22,25 | 83:19 | |
| give | 94:19,21 | 95:12,16,19 | grassroots | **H** |
| 8:9 13:21 | 95:24 96:3 | 95:23,24 | 36:22 | half |
| 16:25 17:2 | 103:24,25 | 98:13 | gray | 13:8 50:16 |
| 18:4 38:24 | 104:15 | 104:12 | 54:2 | 50:20 69:2 |
| 62:10 72:3 | goal | 105:4 | great | 69:3 |
| 72:7 97:1,3 | 28:19 | good | 11:13 52:24 | handed |
| 97:8 | God | 4:21 12:13 | 56:16 87:17 | 87:14 |
| given | 34:15 | 17:17 18:19 | greater | handled |
| 29:8 32:9 | goes | 23:2 42:12 | 7:4 | 82:18,19 |
| 71:3,6 | 32:22 33:1,7 | 42:16,16 | green | 86:11 |
| 89:12 | 33:19,22,22 | 43:2 53:3,4 | 39:9 | Hanshaw |
| gives | 53:23 58:5 | 54:13,19 | Greg | 102:19 |
| 4:21 102:22 | 60:21 83:20 | 55:8 65:10 | 33:14 | happen |
| giving | 93:18 | 65:12 75:13 | grocery | 16:17 34:6 |
| 75:5 | going | 75:14 87:18 | 18:23 19:2 | 56:9 58:12 |
| glad | 2:10,20 8:19 | 87:24 | gross | 62:4 71:17 |
| 30:20 | 9:2,10 | 102:12 | 4:6 | 73:24 74:3 |
| gladly | 10:11,25 | government | group | 94:14 95:2 |
| 64:16 | 11:6,13,23 | 13:23 44:3 | 39:4 50:8 | happened |
| go | 11:24,25 | 46:6 66:22 | 66:4 67:3 | 8:10 |
| 2:6,15 5:5,6 | 12:4 14:21 | 68:16,17 | 67:25 | happening |
| 5:22 11:18 | 14:21 27:14 | 71:16 75:15 | groups | 9:12 |
| 11:19 15:7 | 27:15 32:9 | 86:20 | | happens |
| | | | | 20:12 78:21 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213383

USA_00023157

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 50 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 405 of 412

HB 218 Public Hearing                                    April 30, 2007

119

```
  87:23              7:12           19:16         house            18:15 20:16
happy              heavy          Hispanics       1:4 2:3 3:24     24:2,11
18:7 19:9          63:19          19:21 81:6      3:24 7:23        25:8,8 26:7
  22:24 37:22      heck             85:23         12:17 13:19      26:23,25
  37:25 73:12      34:4           history         14:3 15:9        27:15,21
  90:3             hectic         8:17 9:14       16:13 20:15      28:21 30:10
hard               29:14            62:7,15       32:1,5 33:4      30:20 32:15
40:18 52:1         Heflin         hit             75:11,12         35:10 37:4
  67:20 68:14      78:9           40:4            78:9 82:5        37:9,10,12
harder             held           hits            82:20,21         39:18,21
14:22 35:21        22:14 76:2     12:18           84:24 86:12      43:24,25
Harris             Helen          hold            98:6 100:1       45:23 47:7
10:22 64:25        65:4 72:24     45:25          household         47:11 48:25
  83:21,23           72:25        holders        66:18            49:2 51:1,8
  84:6             Hello          51:7,9         Houston           51:8 55:11
hassle             90:8 92:4      holds          26:23 96:17       58:16,18,20
55:6               help           101:9          huge             58:23 59:6
HAVA               21:22 41:19    home           51:15,15          59:23 60:2
23:20,22             43:20 45:19  20:4,5,25        55:23,23        60:3,10,22
  24:19,19           51:14 95:13    21:19 22:7    hundred          65:18 71:2
HB                   103:17         40:10 45:14   73:4             71:7,10,12
33:1 79:17           104:19        45:15,22      hundreds          72:1 75:15
  92:6             helpful          47:7,11,16    78:6 93:3,19     75:23,24
headed             5:10 18:3,8      60:8 66:23      95:7,9 96:9    81:9 84:8
75:20                18:12,12       95:1          hunting          91:6,6,13
health               21:8 22:3    homemaker       22:5            91:17 92:18
90:13              helping        20:24          hunts            93:7,8,13
hear               104:24         homemakers     104:15           93:21 97:9
79:3 88:8          helps          21:18          hurried          97:9 98:14
  89:15            90:20          homes          29:15            100:7,9
  106:16           hey            17:11 46:15    hurt             idea
heard              61:14 71:23    honest         91:2             54:8
44:9,14            he'll          28:23 50:2     husband          ideas
  56:14 59:22      7:9              75:19         20:24           104:16
  66:14 67:8       Hi             Honorable      husband's        identific...
  78:14 80:8       98:22          77:4           74:4             2:5 3:11 4:2
hearing            high           hope                              7:22 8:2
1:4 7:10           30:1,5 40:7    27:8 104:3    ┌──────────┐      11:25 12:3
  38:12 45:8         40:16,19     Hopefully     │    I     │        20:17 23:18
  66:4 106:9         71:10,14     102:12        └──────────┘      24:2 43:8
hearings             73:6 82:7    host          ID               43:18 46:8
38:10 39:2         higher         3:19          3:6,9,23 4:1     47:16,16
hears              14:14 37:19    hour          4:20,22          76:21 79:24
86:3 94:1            69:20 71:1   74:7          6:16 8:21        80:2,3,4
  98:8             highest        hours         11:15,21,23      80:20 81:2
heart              69:19          76:23 89:17   13:6,23          83:17 84:5
54:13              Hispanic         89:20       14:6 15:1        84:5 86:20
heavier                                         15:24 16:5       86:24 87:20
                                                16:19,21
                                                17:4 18:10
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008276

TX_00213384

USA_00023158

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 51 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 408 of 412

HB 218 Public Hearing                                    April 30, 2007

120

91:20 92:21
93:13 94:17
**identified**
29:2
**identifiers**
97:10
**identify**
3:17 35:9
57:21
**identity**
3:17 76:16
86:15
**IDs**
8:24 21:9
34:8 71:3
76:12,14,14
91:8 95:16
97:13
**illegal**
6:17 33:13
33:16 77:25
92:9 101:17
**illegally**
33:9 54:20
97:20
**imagine**
32:23 44:7
66:15 74:9
**Immigration**
96:14,16,17
**impact**
20:1 26:15
27:13 37:3
37:6,7 39:4
39:5,14
40:2 59:7
61:19,22
78:23 81:12
**impacts**
6:19 62:14
**impersona...**
15:12 29:17
54:6 101:15
103:12
**impersona...**
30:4 33:20
48:8,13
50:3,11,17

51:17 53:2
55:19,23
56:4 72:16
73:23,25
80:7,9
99:23 100:4
**implemented**
30:11
**importance**
3:16 30:5
**important**
11:16 13:3
31:6 33:18
63:12 65:14
66:2
**imposition**
8:6
**imprisonment**
102:23
**improve**
28:19 39:12
49:3
**improvements**
53:5
**inaudible**
24:11 26:13
26:18 28:6
32:14 36:5
42:19,22
45:23 53:17
57:13 61:25
62:19
103:21
**incidences**
29:4
**include**
23:17 24:2
49:6
**included**
67:25
**including**
7:1 44:20
86:19
**income**
3:9 17:16
44:5
**inconveni...**
76:21

**increase**
53:10
**incredibly**
74:4
**independence**
21:6
**independent**
9:18
**India**
3:22
**Indiana**
8:4
**Indiana's**
76:11,12
**indicated**
8:13
**indigent**
39:23
**individual**
29:12 33:6
99:11
**individuals**
15:12 22:21
67:5
**industry**
77:21,22
**information**
30:24 47:9
59:25 73:10
89:12 94:12
**infringe**
59:16
**initial**
17:6
**initially**
85:12
**initiatives**
104:11
**injunction**
76:5
**input**
8:9
**insert**
87:19
**inside**
84:7
**instance**

31:3
**instances**
3:15 14:25
18:12,16
36:16,17
60:14 97:18
**instinct**
62:3
**institution**
20:20
**instituti...**
102:24
**integrity**
32:25 74:18
76:24
**intelligence**
32:25
**interest**
69:17
**interested**
68:16 106:23
**interesting**
44:18 59:13
62:25
**interests**
32:20
**interim**
4:13,15
23:12 25:5
**interrupt**
96:25
**interrupted**
85:8
**intimidated**
94:20 96:6
**invalid**
27:16
**investigate**
73:12 99:21
**investiga...**
78:13
**investiga...**
88:23,25
89:13
**invite**
98:17
**involved**

48:5 63:14
68:7,15
70:18 77:17
79:21 82:15
**issue**
3:18 18:20
31:11 40:8
40:13 41:13
41:15 47:1
47:1 54:23
55:16 57:11
58:21,23
64:12,12,13
65:14,24
70:5 72:1
75:20 79:20
80:15 86:21
86:22 91:16
93:5 100:2
**issued**
13:23 20:19
22:10 39:18
39:18 75:15
75:22 76:5
86:20 88:11
**issues**
13:9 38:14
42:2,5,13
42:15 63:13
63:13 67:22
**Italy**
3:21
**items**
6:25 7:11
91:15

---

**J**

**Jackson**
64:25
**jail**
102:2 103:4
**James**
75:21 87:4
**January**
23:13,14,14
23:21 76:9
**Jean**
1:22 106:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008277

TX_00213385

USA_00023159

HB 218 Public Hearing                                April 30, 2007

| | | | | |
|---|---|---|---|---|
| 107:4 | 84:25 85:16 | 17:7,21 | 89:2,23 | **Latin** |
| **jet** | **justify** | 18:5 19:3 | 92:10 94:11 | 97:20 |
| 17:16 | 75:2,3 | 19:12,13 | 95:1 97:25 | **Latinos** |
| **Jimmy** | | 20:11 21:7 | 100:21 | 81:12 |
| 75:21 87:3 | **K** | 21:11 22:3 | 101:20,20 | **law** |
| **job** | **Karl** | 22:4 23:1 | 102:1,12,13 | 4:7,9,16,21 |
| 20:25 42:12 | 60:24 73:20 | 25:20 27:15 | **knowing** | 6:19 7:1,2 |
| 52:24 53:3 | **Karnes** | 27:19 28:11 | 48:17 103:10 | 14:8 24:7,8 |
| 53:4 54:13 | 86:9 | 31:7,9,10 | **knowingly** | 24:19 25:24 |
| 55:8 56:16 | **keep** | 33:24 34:4 | 53:10 | 45:20 55:2 |
| 92:19 | 12:22 17:9 | 34:21,24 | **knowledge** | 55:9 57:1,3 |
| **Joe** | 67:3 68:24 | 35:2,24 | 22:11 60:15 | 58:2 75:14 |
| 74:16 | 76:24 | 36:21 37:5 | 89:15 | 76:2,7,11 |
| **John** | **keeping** | 38:1 39:20 | **known** | 76:12 77:14 |
| 69:22 86:5 | 104:24 | 40:9 41:20 | 43:2 | 100:17 |
| 94:6 | **keeps** | 41:20 43:5 | **knows** | 101:9,15 |
| **join** | 51:19 | 43:10,12,14 | 19:22 84:23 | **laws** |
| 36:1 | **Kennedy** | 43:23,24 | 101:4 | 7:22 8:2,10 |
| **joined** | 69:22 | 44:4,15,20 | **Korbel** | 8:17 11:9 |
| 3:21 | **kept** | 45:11,16 | 7:8 8:19,23 | 75:13 95:24 |
| **joint** | 22:9 | 46:21,24 | 77:8 82:11 | **lawyer** |
| 41:16,16 | **kids** | 47:6 48:8 | 82:13,13,14 | 80:24 |
| **Jose** | 91:25 | 48:21 49:21 | 82:18 85:6 | **lay** |
| 5:12 6:8 | **Kill** | 49:24 50:15 | 85:11 86:2 | 2:7,7,20 |
| **Journal/NBC** | 32:15 | 51:14,23 | **Kroger** | **lead** |
| 3:4 | **killed** | 52:11,11,12 | 19:4 | 29:18 |
| **judge** | 32:2 | 52:13,20 | | **leader** |
| 29:5,14 | **kind** | 53:21,23 | **L** | 37:18 |
| 36:15 57:2 | 4:20 13:21 | 54:1,11 | **Laden** | **learned** |
| 61:10 73:2 | 13:25 19:10 | 55:1,5,19 | 16:25 | 20:22 21:2 |
| 73:13 76:3 | 30:2,24 | 55:23,24 | **lady** | **leave** |
| 100:17,22 | 34:24 49:3 | 56:8,17,25 | 89:3 | 61:17 |
| 101:1,7,9 | 49:20 50:18 | 57:1 60:7 | **laid** | **left** |
| **judges** | 52:17 54:15 | 61:12,13,15 | 15:16,20 | 35:22 60:7 |
| 36:22 52:23 | 55:5 58:15 | 61:16,20 | 54:18 65:15 | 105:3,8 |
| 55:2 57:23 | 64:19 69:21 | 62:5,15,22 | **Lampases** | **legacy** |
| 58:1 70:12 | 78:14 90:14 | 62:24 63:6 | 36:13 | 96:7,8 |
| 99:1 104:14 | 95:12 97:1 | 63:16,24 | **large** | **legal** |
| **judgment** | 99:19 | 64:5 65:19 | 42:14 83:6 | 33:8 55:14 |
| 61:17 | 100:25 | 67:19 68:1 | **larger** | 67:11 75:18 |
| **jurisdiction** | **kinds** | 69:21 70:2 | 10:21 95:22 | 81:17,20 |
| 83:9,9,11 | 11:25 22:20 | 70:16,17 | **largest** | 92:10 93:19 |
| **justice** | 22:25 | 72:16,20,21 | 13:7 | **legally** |
| 6:21,25 7:24 | 100:19 | 72:22,22 | **Lastly** | 54:21 101:10 |
| 9:4,8,10,14 | **knew** | 77:16 78:18 | 67:8 | **legislation** |
| 9:17,17,19 | 79:5 88:9,22 | 78:21 80:16 | **late** | 14:1 23:22 |
| 10:24 11:11 | **know** | 83:11 87:12 | 34:16 86:18 | 27:13 30:20 |
| 14:8 84:12 | 16:17,19,25 | 87:15 88:21 | | 31:12,16,19 |
| | | 88:24,25 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213386

USA_00023160

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 53 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 408 of 412

HB 218 Public Hearing                                         April 30, 2007

122

47:6,10
49:3 59:7
64:16 66:10
**legislative**
5:19 28:16
28:25 42:3
79:16
**legislators**
85:1
**legislature**
96:8
**legitimate**
96:22
**letter**
95:15
**let's**
2:2 5:6,22
44:1 47:21
64:17,18,20
77:10
**level**
3:9 28:20
36:22 59:14
59:24 83:12
90:13
**levels**
12:7
**Libertarian**
39:10
**library**
3:12 66:20
**license**
8:21 11:20
13:5 18:24
22:5 43:25
63:21 81:6
81:15 100:9
100:11
**licenses**
11:14 39:17
**lieutenant**
32:17,22
**life**
60:19
**light**
104:4
**limit**
32:20 49:20

**limits**
5:7
**Lincoln**
41:20
**line**
20:15 29:16
35:18 74:7
76:23
**lines**
58:22 78:19
79:1 95:14
**list**
18:4,9 19:10
27:21 30:1
41:12 42:7
73:16 81:1
**listed**
12:3
**listen**
54:15
**listened**
97:23
**litany**
91:15
**litigation**
82:20,22
**little**
16:6 19:5
21:10,10
22:25 25:12
25:13,18,19
39:19 40:22
43:15 67:21
68:21 74:21
97:23
**live**
11:22 66:17
66:23 71:15
89:17 90:21
**lived**
21:4 73:3
**lives**
21:19 94:14
**living**
68:19 69:6
**load**
88:10

**local**
29:25 30:1,6
70:13 90:11
**located**
11:23
**location**
37:7
**locations**
8:25
**long**
3:3 17:23
41:6,12
42:7 74:1
76:23 78:19
79:1 82:16
**longer**
21:21 96:20
**longest**
34:14
**look**
4:13 16:24
20:14 30:6
31:12 39:16
51:20 53:17
57:15 61:4
64:10 78:3
79:19,21
80:12,14
84:3,6,7,14
84:14 87:24
95:4 101:18
102:10
104:15
**looked**
39:8 49:8
81:21
**looking**
24:25 46:22
48:16 62:1
65:22 78:4
95:18
**looks**
84:25
**Loop**
84:7
**lost**
13:16
**lot**

11:17 17:10
17:11,12
20:2 21:4
34:22 37:20
51:24 62:24
63:1,2,7
68:14,20
71:15 83:10
90:21 94:15
94:20,25
95:23 96:6
**lots**
62:16 69:11
100:8
**Louisiana**
7:25 17:22
**love**
58:25
**low**
38:1 62:8
69:8
**lower**
48:18 74:13
**Lucio**
27:4,5,10,24
28:4,11
30:22,23
31:5 32:8
35:5,14
43:5 46:9
46:13,24
47:21 56:6
56:12,21
57:6 58:3
63:9,11
64:9,18,25
67:15,16
68:1,6,13
69:16 70:15
70:21 71:5
71:13,21
76:19
100:14,15
100:16
101:3,7,12
**lucky**
102:20
**Luis**

77:8 79:15
**LULAC**
6:9
**LULAC's**
6:15
**luxury**
93:23
**lying**
52:4

**M**

**machines**
74:19 80:19
**mail**
4:8 15:18,19
16:1,4,14
23:10,14
24:1,6,12
24:16,22
26:6,25
43:6,7,12
43:19 44:1
44:21,22
45:16,18
46:7 55:21
73:9 87:16
87:19,23
**mailbox**
43:12
**mailing**
16:16 87:20
**main**
28:19 29:2
31:25 46:16
**maintain**
21:5
**major**
12:25 31:21
57:12 97:17
**majority**
19:17 20:13
21:23 87:22
90:11
**making**
6:24 26:16
28:20 34:5
67:17 68:21
**MALDEF**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213387

USA_00023161

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 54 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 409 of 412

HB 218 Public Hearing                                    April 30, 2007

                                                                123

| | | | | |
|---|---|---|---|---|
| 79:16 | 26:1,17 | 67:20 | minority | 65:13 |
| man | 31:15 42:13 | mention | 6:23 7:3,6 | Monday |
| 32:25 54:25 | 55:7 57:20 | 15:4 | 7:13,16 9:1 | 93:9,10 |
| manager | 59:10,16 | mentioned | 10:14,15,16 | money |
| 12:16 | 60:11,13 | 13:6 38:8 | 10:20,21 | 17:23 58:4,7 |
| manner | 61:15,23 | 40:6 54:22 | 11:4,8 12:6 | 58:11 59:17 |
| 33:3 | 62:2,8,15 | 67:21 68:18 | 74:12 83:20 | 59:18 74:20 |
| marriage | 67:11 70:16 | 76:19 | 84:1 85:1,1 | 90:17,25 |
| 23:5 | 104:15 | mentions | 95:10 | monitoring |
| Mary | means | 25:16 | minors | 77:14 78:12 |
| 31:24 | 16:3 25:14 | met | 69:5 | month |
| Masset | 57:25 69:14 | 42:3 | minuscule | 41:4 90:19 |
| 3:8 32:10 | measure | method | 66:3 | months |
| 43:2 82:1 | 14:19 31:17 | 73:24 | minute | 9:9 |
| Masset's | mechanism | methodology | 2:10 11:19 | morning |
| 82:4 | 45:5 | 51:5,6,16 | 47:22 | 12:14 47:1 |
| matter | Medicare | Mexico | minutes | 56:23 65:10 |
| 47:8 | 43:14,16,17 | 3:20 70:25 | 5:7,15 65:6 | 65:12 |
| matters | 44:4 46:3 | 71:4,15 | misconduct | mother |
| 38:18 | medications | 73:4,5,11 | 101:1 | 17:21 21:20 |
| maximize | 3:14 | 97:8 | misdemeanor | 43:21 45:18 |
| 32:18 | meet | middle | 101:23 103:3 | 46:1 |
| maximum | 4:3 55:9 | 17:16 97:19 | miserable | mother's |
| 104:9 | meeting | migrate | 53:6 | 32:15 43:9 |
| McCluskey | 79:14 | 71:22 | misplaced | 46:22 |
| 5:13,22 | meetings | mile | 13:17 | Motor |
| 12:11,13,14 | 38:10,24 | 67:17 | misrepresent | 76:14 |
| 14:7,11,15 | 39:2 | military | 48:4 72:8 | move |
| 14:20 15:2 | member | 43:25 | misrepres... | 29:16 37:18 |
| 15:8 16:15 | 75:12 82:19 | million | 48:19 | 63:10 105:5 |
| 17:5 18:1 | 94:9 96:14 | 12:15 50:14 | missing | moved |
| 18:21 19:9 | members | 50:16,20 | 79:23 | 32:6 |
| 19:13 22:15 | 4:12 5:8,15 | 75:3 96:2 | Mississippi | movement |
| 22:18 | 7:19,22 | millions | 84:1 | 40:9 |
| McGeehan | 12:15 13:1 | 34:9 52:25 | mistake | moves |
| 98:16,21,22 | 13:1,14 | 81:22 | 83:14 | 64:20 |
| 98:22 99:5 | 14:25 16:4 | Milwaukee | mistaken | movie |
| 99:13,17,24 | 16:10,18 | 81:5 | 85:18 | 59:12 |
| 100:5,20 | 17:3 18:18 | mind | mistakes | movies |
| 101:6,11,17 | 19:12 27:3 | 17:9 26:1 | 83:13 | 17:12 |
| 101:21 | 31:6 44:20 | 43:9 67:4 | misuse | moving |
| 102:5,8,10 | 46:10 65:3 | minimum | 33:12 | 13:16 23:23 |
| 102:14 | 77:6 78:20 | 81:20 | Mobility | multiply |
| 104:18 | 88:4 90:22 | minorities | 50:14,20 | 95:19 |
| Meals | 91:2 94:6 | 8:18 10:23 | modest | mundane |
| 17:3,4 | 98:4 105:3 | 40:3 61:20 | 17:15 | 3:11 |
| mean | membership | 62:14 83:24 | moments | Murders |
| 19:3 24:21 | 19:15,16 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213388

USA_00023162

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 55 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 110 of 412

HB 218 Public Hearing                                April 30, 2007

124

30:2
muster
6:16 7:14
mutually
42:5

_____
N
name
5:23 6:8
12:11 21:11
27:11 28:14
47:10 65:5
65:9 66:19
72:25 75:9
77:11 79:15
82:11,13
86:8 90:8
90:22,24
92:5 96:13
name's
12:14 94:6
national
40:9 71:7,7
86:18
nationwide
14:10,11
86:17
natural
42:14
naturalized
35:17
nature
29:14 38:6
necessarily
23:3 25:11
necessary
13:18 57:8
need
5:11 30:16
34:6 43:1
46:11 58:24
59:9,25
67:3 79:3
92:25 95:20
95:21
needed
13:4 21:3
31:16,17

51:1 77:23
needs
34:5
neighborhood
21:4
neighboring
70:25 89:2
neither
106:19
nervous
73:14
Network
94:7
never
16:7 20:22
20:24 21:2
22:5,5
34:20 54:3
77:20 78:2
78:16,22,24
79:2,6,9
83:12,16
nevertheless
66:24
new
4:18 14:7
24:22 43:4
64:8 89:1
94:17,22,23
95:1,6
news
3:4 69:8
Ninth
76:5
noble
62:6
noncitizen
78:2
nonexistent
75:4
nonprofit
90:11
nonvoter
34:8
non-American
33:2
non-photo

4:2
normally
51:14
north
89:20
northern
97:19,21
Norwegian
78:11
note
40:21 50:13
51:12
noted
8:5
Nothing's
100:1
notice
4:8 74:2
notification
4:9 38:23
notify
52:15
notion
55:6 62:18
number
6:25 7:9,11
8:12,13
10:2,3,3,7
11:8,13
19:6 29:3
32:18 34:1
50:22 54:16
61:24 69:5
84:22 85:15
87:15
numbers
53:1 69:2
92:14
numerous
44:9 80:11
81:2,16
nursing
46:15

_____
O
objected
84:20 85:17

objection
58:19,19
85:14,21,22
obligation
73:7
obligations
66:16
observed
101:1
obtained
89:1
obtaining
93:8
obviously
18:15 19:19
19:22 32:13
32:17 58:7
59:17 63:13
65:24
occur
48:20 60:18
60:20 80:13
occurred
9:13
occurring
80:10
October
76:4
offer
27:22
offering
3:25
office
15:10 34:19
47:17,24
48:10,11
51:23 52:14
52:16 77:13
89:10,11
93:9 98:15
98:23 99:4
99:9,16,20
100:1
102:18,20
103:10
104:10,18
106:12,18
officers

52:18 58:2
offices
46:16 93:10
official
22:20 62:3
officials
52:22 55:3
57:3 58:1
98:25 99:1
oftentimes
94:12
Oh
6:4 28:4
okay
2:12 5:17,21
5:23 6:4,4
6:6 7:19
16:3 26:20
27:1 30:18
52:2 64:17
65:3 77:10
85:3 97:7
98:3 102:16
103:20
104:25
105:2
old
24:16 41:19
older
13:1,14 16:4
17:10 20:2
45:8
oldest
44:10,17
old-timers
34:16
once
9:3 18:23
30:10 73:24
ones
35:15 46:22
67:5
one's
35:22
ongoing
45:5
open
93:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213389

USA_00023163

Case 2:13-cv-00193   Document 664-6   Filed on 11/11/14 in TXSD   Page 56 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-3   Filed 06/20/12   Page 111 of 412

HB 218 Public Hearing                                    April 30, 2007

125

**Opiela**
86:4,4,7,9
88:13,16,19
88:24 89:6
89:16,20,23
90:3
**opinion**
9:3 14:17
53:14 63:18
**opportunity**
28:17 47:15
75:5 79:15
86:8 91:17
**oppose**
72:19 92:6
**opposed**
3:7 55:13,13
103:8
**opposing**
79:17
**opposite**
33:23
**opposition**
12:17 30:14
59:7,22
94:8
**oppressive**
55:13
**option**
11:23 55:10
**order**
9:12 30:3
32:2 76:22
85:16 90:23
**organization**
14:18 19:23
94:10
**organizat...**
42:11 96:15
**original**
2:11,17,18
**Orwell**
58:17,17
**Osama**
16:24
**ounce**
30:12

**outbreak**
36:1
**outcome**
106:23
**outcry**
45:8
**outlet**
8:22
**outline**
4:21
**outlined**
13:18
**outside**
20:25 21:19
**overall**
81:10
**overcome**
41:25
**overriding**
55:16
**overruled**
76:4
**overrun**
45:2
**overwhelm...**
86:15
**over-conc...**
12:6

---

P
**page**
20:14 34:7
51:6
**pages**
84:3
**paid**
19:3,24
82:24
**panel**
28:1,10,18
63:10 64:19
76:10 77:7
86:6
**panels**
5:6
**paper**
21:10 60:23

**papers**
13:16
**papertrail**
38:20
**paperwork**
13:11
**parallel**
34:24
**Paraphrasing**
23:25
**parents**
34:10
**part**
55:13,24
67:23 68:5
70:1 75:25
**participate**
12:21,24
17:4,18
18:2 19:25
**participa...**
77:15
**participa...**
7:16
**particular**
40:3 41:15
49:25
**particularly**
13:1 20:12
21:17 23:1
53:11 61:19
62:5,20
**parties**
42:12 67:19
70:15 72:17
106:20
**partisan**
42:13 58:21
61:21 62:19
64:12,12,13
86:21
**parts**
55:22 80:17
**party**
37:18 39:4,9
39:10,10,15
40:3 41:11
41:12,14,19

**42:4 48:23**
49:1,11
65:12 66:8
66:9 68:3
71:25 72:13
72:23
**pass**
6:16 7:14
92:20
**passage**
20:3 85:2
**passed**
6:19 7:23
11:9 31:18
32:1 34:13
76:1
**passes**
9:19
**passing**
24:22 66:10
**passport**
13:13
**pattern**
84:12
**pay**
90:15,18
**paying**
17:17 90:23
**pecking**
30:3
**penalty**
100:19
101:14
**pending**
105:3,8
**people**
11:13 12:21
14:6,21
15:17,19
16:22 17:13
18:4,17
19:24 20:2
23:1 26:21
26:24 29:16
34:22,23
35:18 37:3
37:6,8,14
37:16,21

38:1,4
39:20 44:19
44:24 45:1
45:2,3,8,15
47:6 50:4,8
55:20 56:14
56:16 57:17
58:10 59:18
59:23 61:16
61:23,25
62:7,11,13
62:16 63:20
63:23 66:15
66:17,23
68:14,19
69:10,12,25
73:16,17
74:4,16
76:18 78:3
78:6,14,25
79:4 80:12
81:13,14,15
83:5,5,13
86:23 87:11
87:13,19,25
88:10 89:2
92:17 93:20
93:22 94:18
94:20,25
95:11,16,19
95:23 96:3
96:6 104:16
**perceive**
52:5
**perceived**
104:12
**percent**
3:5,6,8
13:22,25
32:24 47:9
51:6,8 54:5
61:22,24
69:19,20
70:1 73:5
74:10,11
76:2 81:4,6
81:7,9,10
81:11 82:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213390

USA_00023164

HB 218 Public Hearing                                    April 30, 2007

126

82:2 86:19
86:19 90:12
percentage
11:3 14:6
48:18 68:11
percentages
68:8
perfect
35:2
period
26:4,12
51:23 73:20
74:1 78:1
92:22
Perkins
86:5 90:7,8
90:9 91:9
91:18,21
permission
32:12
person
4:2 15:24
23:12 25:7
26:7 44:7
45:17 50:8
54:21 57:21
59:5,6 61:5
66:9 78:10
87:8 89:6
93:8 100:22
101:4,22
personal
89:15
personally
31:2 89:16
persons
77:25
person's
82:2
perspective
39:8 42:11
pertains
48:24
photo
3:6,9,23 4:1
13:23 20:17
27:21 35:10
37:9,9,12

43:24 51:1
71:3 75:24
76:12 80:1
86:20,24
87:20 97:13
photograph
64:8
photos
63:25
pick
37:10
picking
91:25
picture
21:14 39:21
58:6 63:22
piece
14:1 21:10
31:12
pipe
29:18
place
3:16 7:2,5
7:12 8:11
16:12 30:4
37:18 47:5
63:20 64:3
66:13 78:25
97:16
placed
4:9 9:16
places
7:3 22:22,22
44:16 81:9
83:7 84:8,9
84:13 87:12
plane
75:16 93:21
planes
17:13
plank
49:25
platform
48:24 49:2,6
49:7,11,22
49:25 71:25
72:10,12,24
platforms

72:19
playing
28:20
please
5:13,23 65:6
82:12
plug
19:5
plus
77:14
point
18:21 19:18
26:16,20
31:15 32:2
39:24 46:1
49:10 63:15
70:24 82:5
85:11 87:10
points
92:7
Poland
3:22
police
52:18
policies
97:12
policy
25:20 55:16
104:11
political
9:9 20:20
32:10 63:14
68:15
politicized
9:15
politics
74:20
poll
3:5,7 8:3,7
27:14 41:4
55:1 60:19
67:21,23
80:15 81:19
86:18
polling
3:16 16:12
37:7,18
47:5 78:25

83:6
polls
12:23 14:22
33:8 48:4
66:1 68:21
68:24 70:16
86:21 87:13
92:18
poor
12:4 95:10
97:10
poorer
97:10
population
10:20,21
13:10,22,25
53:11 69:3
83:20 84:1
populous
74:14
posing
22:22
position
6:15 58:2
72:5,19
93:17
possessed
23:1
possibility
100:18
possible
31:15
possibly
14:15 31:12
34:23
posted
27:19
posting
27:18
potential
79:20 81:18
81:19 93:1
potentially
15:13,14
93:18
pound
30:12

poverty
59:24 90:12
practicality
82:3
practicing
77:14
precinct
61:10 83:15
83:16 99:1
104:14
precincts
36:22 74:10
precious
76:17
precise
10:3
precisely
100:2
preclearance
7:24 8:14
10:8
predomina...
19:14
preferred
18:22,23
premise
77:19
prepared
4:19
present
2:4 4:1
37:12 64:23
65:1,3
79:25 80:1
85:15
presented
40:14
presenting
80:12
president
87:3,3
presume
67:6 68:2
70:11
presuming
67:11
presumption



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008283

TX_00213391

USA_00023165

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 58 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 2 of 302

HB 218 Public Hearing                                    April 30, 2007

                                                                    127

| | | | | |
|---|---|---|---|---|
| 68:4 | 87:5,22 | 13:15,18 | 61:2,3,8 | push |
| pretending | 94:15 105:5 | 17:8 18:24 | 73:8,10,11 | 31:19,21 |
| 55:20 | probation | 22:23 37:9 | 76:16 | put |
| pretends | 104:9 | 37:9 | proved | 8:11 58:1,10 |
| 101:4 | problem | program | 18:25 | 59:14,15 |
| pretty | 15:14 26:1,3 | 28:25 90:13 | proven | 66:12 80:23 |
| 4:17 37:22 | 30:14,15 | 95:5,6,22 | 103:10 | 83:14 89:24 |
| 58:21,22 | 33:5 34:25 | programs | provide | 94:24,24 |
| 61:4 | 45:9 50:11 | 17:5,7 41:17 | 84:22 90:2 | 95:13 96:2 |
| prevent | 50:17 51:15 | 90:20 | 91:8 93:6 | Putte |
| 100:23 | 52:6,11 | progressed | 93:12 | 9:21,22 10:5 |
| prevention | 56:2,3,4,7 | 4:21 | provided | 11:1 12:8 |
| 30:12 | 56:14,20 | promote | 50:25 91:15 | 20:8,9,10 |
| previous | 57:11,12 | 49:2 | 99:6 | 22:17 23:5 |
| 73:20 | 60:12 62:2 | promotes | providing | 47:24,25 |
| previously | 62:4 72:16 | 49:3 | 73:14 | 49:5,17,23 |
| 74:23 | 74:24,24 | proof | proving | 50:1 51:2 |
| principle | 75:4 79:7,8 | 2:4 29:21 | 40:23 57:18 | 51:13 52:2 |
| 55:16 | 79:8,20 | 30:24 31:8 | provision | 52:7,10 |
| principles | 80:7,12 | 38:19 77:22 | 39:3 | 53:16 54:4 |
| 4:25 | 82:6 86:1 | 91:14,15 | provisional | 54:9 55:17 |
| priorities | 95:18 103:7 | proper | 4:4 47:14,14 | 56:7,13 |
| 40:16 | 103:9 | 52:17 68:22 | 55:10 76:15 | 58:25 63:4 |
| prioritize | 104:12 | 95:11 | 78:20,21,23 | 64:25 65:1 |
| 31:9 | problems | proposed | 79:1 92:12 | 69:7,24 |
| priority | 15:5 29:7 | 98:7 | 92:20 | 72:11,15 |
| 29:3 30:1 | 40:15 70:5 | Proposition | provision... | 75:2 87:22 |
| 38:9 40:7 | 85:23 | 75:25 | 92:16 93:4 | 88:6,7,8,14 |
| 40:17,19 | proceed | prosecute | provisions | 88:17,21 |
| 54:17 | 7:10 | 99:21 | 59:14 80:21 | 89:5,8,18 |
| privately | proceeding | prosecuted | public | 89:21 90:1 |
| 61:23 62:9 | 106:21 | 16:8 18:17 | 1:4 71:17 | 98:9,12,19 |
| privilege | process | 48:12 60:14 | 95:14 98:8 | 98:24 99:10 |
| 35:3 | 12:22 17:19 | 87:7 | 98:17 105:7 | 99:14,22 |
| privileges | 19:25 28:20 | prosecutions | 106:9 | 100:3,6 |
| 76:18 | 28:24 29:15 | 18:14 | published | putting |
| privy | 35:22 39:12 | protected | 32:11 | 19:10 39:21 |
| 67:6 | 42:5 48:5 | 48:14 86:25 | purchase | |
| probably | 49:4 52:23 | protection | 3:14 13:15 | ——— Q ——— |
| 33:21 35:15 | 63:15 68:15 | 55:3 | 13:15 | qualified |
| 43:3,24 | 81:22 82:25 | protects | purporting | 45:19 |
| 44:2,8,16 | 94:23 99:3 | 86:13,14 | 15:6 | qualify |
| 45:18,18 | 100:25 | prove | purpose | 66:21 |
| 48:6 54:3 | 101:2 104:7 | 29:18,23 | 55:21 57:18 | question |
| 61:20,20 | processes | 30:13,14 | 65:21 | 11:2 15:22 |
| 63:7,18 | 38:9 48:7 | 35:9 39:24 | purposes | 17:24 19:19 |
| 69:3 82:24 | 99:6 | 53:22,22 | 51:10 | 23:9 24:3 |
| | produce | 54:3 55:1 | | 25:23 27:1 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213392

USA_00023166

HB 218 Public Hearing                                    April 30, 2007

27:25 28:7
32:7 34:1
46:10 49:18
55:4 56:22
58:15,24
63:10 71:24
98:20 99:25
100:7
102:18
105:2
**questioning**
48:9 57:17
**questions**
5:4,8,11
7:20 12:9
27:4 30:21
31:14 65:7
65:17 75:7
77:1,7
79:12 82:10
86:3 88:5
90:6 94:1
96:12 98:4
99:2 105:2
**question's**
98:24
**quickly**
83:18
**quite**
70:12
**quorum**
32:11 65:2
**quote**
32:12,22
**quotes**
33:20
**quoting**
32:9

———— R ————
**race**
3:9 78:22,23
**radar**
40:4
**raises**
13:9 14:1
**raising**
19:19

**ramificat...**
96:5
**rampant**
87:16
**ran**
69:22
**ranch**
22:7
**Randall's**
19:5
**randomly**
73:19
**rapes**
30:2
**rare**
20:3 33:6,7
50:17
**rationale**
48:16
**read**
5:13 23:11
23:11 65:7
72:9,21,23
**readily**
57:11
**reading**
91:7 97:24
**ready**
33:12 58:9
**real**
22:21 45:17
58:16,20,23
60:19 83:11
98:14 100:7
**really**
17:12,15,15
31:10,11,17
34:20 35:10
35:12 37:8
39:7,20,21
42:12,12
46:10 48:19
50:7 57:20
67:19 69:10
75:4 83:8,9
85:12 91:22
93:14 94:24
95:6

**reason**
49:6 52:21
53:20 54:24
68:13 71:14
80:6
**reasonable**
38:6 42:15
**reasons**
29:12 30:7
51:24 52:24
85:22
**Rebecca**
94:2 96:12
96:13
**recall**
5:7 31:18
39:10
**receive**
66:21 95:17
**received**
44:2 69:16
69:17
**recognize**
46:12 64:1
**recognized**
2:5 65:24
**recommend...**
75:22
**recommended**
87:1
**record**
5:17 23:8
33:2 40:22
41:18 42:23
51:4 65:11
82:12
102:16
**records**
22:8,9,14
38:22
**redistricted**
82:21
**redistric...**
81:21
**redoing**
85:20
**reduction**

11:6 81:9,10
81:11
**referendum**
76:1
**referral**
99:19
**referring**
69:24
**reflect**
5:17 41:18
81:25
102:17
**reflects**
4:25
**reform**
74:21 75:22
87:2 96:15
96:16,17,18
**refrain**
5:8
**regard**
4:16,22
23:10 25:20
65:25 66:11
**regarding**
70:10
**regardless**
3:8 10:12
**register**
33:9 38:20
85:16 91:5
**registered**
5:19 23:15
39:19 68:8
68:9,11
69:4 87:9
**registrar**
4:8,11 73:3
**registrar's**
47:17
**registration**
16:23 23:17
33:12,17
47:7 48:24
49:13,14,19
73:15 79:25
80:13 87:14
88:12 107:5

**regular**
62:15
**regulate**
77:21
**regulating**
77:15
**regulation**
8:7
**regulations**
95:6
**regulation's**
77:23
**reinstating**
24:19
**reintroduce**
32:4
**reiterate**
74:15 75:1
**reject**
7:17
**rejected**
60:1
**related**
38:17 106:20
**relating**
2:4
**relative**
56:22 93:12
**religion**
20:6
**reluctance**
74:3
**relying**
8:4
**remain**
76:8
**remember**
65:6 69:21
80:18
**rent**
3:12 16:21
17:12 90:14
93:21
**renting**
59:12
**reorganize**
32:3



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213393

USA_00023167

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 60 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 4 of 302

HB 218 Public Hearing                                    April 30, 2007

129

repeat
23:24
repercuss...
95:8
report
4:13 23:10
23:11 32:11
36:19,24
57:4
reported
36:23,25
104:13
Reporter
106:6
reports
15:11 33:11
represent
5:24 12:12
12:14 28:14
41:14 44:10
44:17,19,21
44:25 46:21
65:6 67:20
82:12
Represent...
31:24 82:4
represented
70:16
representing
45:1 67:4
73:1
represents
5:18
repressive
57:17
Republican
5:18 28:16
30:19 32:10
41:11 49:9
49:11 52:12
request
34:17 92:25
97:11
106:10
requesting
23:15
require
11:9 24:4

26:5,24
80:4 86:23
86:25 87:19
97:13 100:8
required
7:12 26:22
75:23 94:18
97:8 100:10
requirement
3:6 6:22
23:20 37:4
37:8 75:17
75:25 79:24
80:3 84:21
85:14 87:25
91:13
requirements
7:5 55:9
80:5,20,22
94:24 95:2
requires
3:25 17:8
27:17 69:15
86:24 93:14
100:17
requiring
2:4 3:22 4:7
24:5 63:20
76:11
reregister
63:20
reregistr...
11:7 84:21
85:21,22
reserved
97:17
resource
47:19 98:17
98:19
103:18
resources
104:14
respect
35:23 62:6
67:19
respond
71:16
response

96:23
responsib...
35:6,7
rest
84:14
restrictive
57:25
retail
3:13
retirement
43:10,22
44:12,16
45:3,14,22
retrogres...
6:23
retrospec...
73:19
returned
23:18
revenue
46:5
reverse
2:20
review
6:22,25
10:24 99:17
reviewed
6:20 9:19
10:7
reviews
9:4
re-look
32:3
rhetorical
58:15 65:17
ride
29:19
riding
60:10
right
2:24 3:1,15
5:3,4 6:20
9:11 10:5
12:10,19,20
17:24 18:1
20:7 24:10
24:14,24

27:3 32:15
33:11 35:3
55:24 56:13
59:11,13,16
64:5 65:2
66:11,25
69:1 72:24
74:5 86:3
86:14,25
88:1 90:5,6
93:19,24,24
96:12,19
97:17 98:5
98:7 101:6
101:19
102:7,9
105:1,7
rights
2:24 6:10,17
6:18,21
7:15,25 9:5
10:1,6
12:19,20
80:22 83:23
85:14 86:23
87:10
risk
94:25
river
69:23
Robert
60:21,23,24
61:5 73:21
73:21
Rodriguez...
78:5
role
64:21 74:19
roles
11:10
rolls
59:10
room
53:5
route
52:17
row
69:18

Royal
3:8 32:10
43:2 82:1,3
rule
59:2
rules
65:20
rulings
8:3
run
29:6 52:21
83:18
running
24:4,5 66:24
runs
38:21
rural
69:11 84:16
Rutger
81:7

**S**

sad
69:8
safeguards
3:19,21
66:12 97:15
Sam's
3:14
Sanchez
5:22 65:4,10
65:10 67:24
68:2,11
69:1 70:9
70:19 71:24
72:2,6
Santana
86:5 92:3,4
92:5 93:25
Sasquatch
82:6
save
22:25
saw
80:6
saying
25:7 33:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213394

USA_00023168

HB 218 Public Hearing                                    April 30, 2007

130

|  |  |  |  |  |
|---|---|---|---|---|
| 45:3 46:14 | 6:17,21 7:15 | 7:17 24:20 | 41:25 42:7 | 101:13,14 |
| 50:9 60:23 | 9:25,25 | 32:1,5 | 42:18 43:1 | 101:19,20 |
| 66:14 92:9 | 10:4,7,8,24 | 63:25 65:19 | 43:5 44:15 | 101:25 |
| **says** | 23:19,20 | 84:20 106:8 | 44:23,24 | 102:6,9,11 |
| 20:15,18 | 81:18 83:22 | **senator** | 45:11,21,25 | 103:1,6,16 |
| 21:10 22:9 | **sections** | 2:5,9,13,15 | 46:9,13,20 | 103:20,20 |
| 32:16,24 | 102:21 | 2:19 4:23 | 46:20,24 | 103:22 |
| 33:5,15,16 | **secure** | 5:2,4,25 | 47:3,21,24 | 104:1,3,8 |
| 34:7 53:20 | 12:1 | 6:1,2 7:20 | 47:25 49:5 | 104:23 |
| 102:22 | **secured** | 7:21 8:8,9 | 49:17,23 | **senatorial** |
| **scenario** | 10:8 | 8:13 9:7,20 | 50:1 51:2 | 44:11 45:2 |
| 47:2 51:20 | **securing** | 9:22 10:3,5 | 51:13,18 | **senators** |
| 53:19 55:14 | 8:14,15 | 11:1 12:8 | 52:2,7,10 | 65:12,17 |
| **school** | **security** | 14:4,5,10 | 53:16 54:4 | 67:3 92:5 |
| 14:8 37:10 | 43:13 44:4 | 14:13,17,24 | 54:9,18 | **senator's** |
| 83:6,9 | 46:7 84:22 | 15:7,15,18 | 55:8,17,18 | 65:23 |
| 91:25 | 85:15 | 15:21,23 | 55:25 56:6 | **send** |
| **scratch** | 100:11 | 16:2,3,17 | 56:7,10,11 | 24:11,12 |
| 96:3 | **see** | 17:20 18:2 | 56:12,12,15 | 26:6 43:7 |
| **screen** | 2:3 14:18 | 18:11 19:2 | 56:21,22 | **sends** |
| 40:4 | 18:7,12,19 | 19:11,18 | 57:5,6 58:3 | 2:16 |
| **screening** | 19:6 22:11 | 20:8,9,10 | 58:25 59:8 | **senior** |
| 17:6 | 25:1,15,17 | 22:17 23:5 | 60:5,21 | 21:13,15 |
| **scrutiny** | 26:15 32:6 | 23:8,25 | 61:3,9,14 | 39:22 46:14 |
| 9:16 | 34:3 48:22 | 24:8,10,14 | 63:1,4,5,9 | 94:22 95:10 |
| **search** | 50:23 59:9 | 24:17,21,24 | 63:11 64:9 | **seniors** |
| 15:14 74:24 | 59:13 60:12 | 24:25 25:2 | 64:18 65:1 | 21:24 |
| 79:7,7 | 61:5 80:25 | 25:4,10,12 | 66:14 67:15 | **sense** |
| **second** | 81:12,16 | 25:13,15,16 | 67:16 68:1 | 13:21 86:13 |
| 50:2 69:18 | 83:19,23 | 25:17,18,25 | 68:6,13 | **sent** |
| 85:5,8 | 84:6,25 | 26:11,13,15 | 69:2,7,16 | 73:9,16 |
| **Secondly** | 89:16 90:12 | 26:20 27:4 | 69:24 70:9 | **September** |
| 8:1 | 90:17,21 | 27:5,10,11 | 70:15,21,22 | 34:14 76:3 |
| **seconds** | 95:12 98:13 | 27:17,24 | 70:23,24 | **serious** |
| 34:9 | 104:4,25 | 28:4,11 | 71:5,9,13 | 13:9 14:1 |
| **Secretary** | **seek** | 30:22,23 | 71:21 72:11 | **seriously** |
| 4:9 15:9 | 82:6 | 31:5 32:8 | 72:15 75:1 | 64:2,9 |
| 47:23 48:10 | **seen** | 35:1,5,14 | 76:19 77:3 | **serve** |
| 52:14,15,19 | 11:3 26:2 | 36:4,8,10 | 82:14 87:21 | 64:7 |
| 59:3 61:10 | 36:16,17,22 | 36:14,19,21 | 88:6,7,8,14 | **served** |
| 77:13 80:11 | 43:4 50:23 | 37:2,13,17 | 88:17,21 | 19:24 |
| 87:4 89:11 | 51:6 70:4 | 38:3,8,14 | 89:5,8,18 | **service** |
| 95:15 98:10 | 79:9 83:1 | 38:17 39:1 | 89:21 90:1 | 77:5 |
| 98:14,23 | 83:13,16 | 39:13 40:1 | 98:9,12,19 | **SERVICES** |
| 99:3,8,15 | **sees** | 40:8,20,23 | 98:24 99:10 | 107:5 |
| 102:17,20 | 73:22 | 40:24,25 | 99:14,22 | **session** |
| **section** | **senate** | 41:4,7,8,8 | 100:3,6,14 | 104:21 105:5 |
|  | 1:1,2 2:3 | 41:18,22,24 | 100:15,16 |  |
|  |  |  | 101:3,7,12 |  |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008287

TX_00213395

USA_00023169

HB 218 Public Hearing        April 30, 2007

131

| | | | | |
|---|---|---|---|---|
| 105:6,8 | sign | 79:9 | 59:16 60:14 | 59:17 75:13 |
| set | 34:16 47:9,9 | situations | 103:23 | 90:18 |
| 47:2 | 64:16 73:17 | 11:8 83:13 | someone's | spending |
| setting | signature | skeptical | 66:11 | 75:3 |
| 11:7 15:23 | 61:4 | 11:11 | Sonia | spent |
| 17:16 | signatures | Skipper | 86:5 92:3,5 | 77:13 |
| Seventh | 73:19 | 5:12,16 6:2 | sooner | sponsor |
| 76:11 | signature's | 28:15 44:8 | 58:3 64:3 | 2:4 |
| share | 73:22 | slightly | sorry | stab |
| 13:20 | signed | 10:21 | 28:4 45:12 | 19:10 |
| sheet | 61:5 | slip | 77:9 79:14 | staff |
| 60:22 | significant | 103:23 104:2 | 85:6 101:18 | 9:18 79:16 |
| sheriff's | 19:15,16 | 104:4,4 | sort | stance |
| 34:19 | 28:22 29:22 | small | 11:3 12:1 | 97:7 |
| short | 51:16 83:19 | 48:20 53:7 | 20:3,19 | stand |
| 92:22 104:16 | signs | 83:8,9,11 | 22:3 40:10 | 74:7 |
| Shorthand | 60:22 | smoothly | 48:6 62:1 | standards |
| 106:5 | similar | 52:21 | 62:22 83:1 | 4:3 |
| show | 22:19 69:23 | Social | 83:12 91:5 | standpoint |
| 3:10 7:11 | 76:13 | 43:13 44:4 | SOS | 25:20 59:9 |
| 8:20,23 | similarly | 46:7 84:22 | 92:15 | stands |
| 12:5 15:19 | 100:23 | 85:15 | sounds | 4:15 |
| 16:5 17:4 | simple | society | 66:4 | star |
| 25:7,8 26:8 | 13:11 73:18 | 13:15 22:23 | source | 33:13 |
| 26:23,25 | 87:25 | 91:3 | 14:5 | start |
| 33:11 35:25 | simply | socioecon... | south | 63:17,20 |
| 37:21 59:25 | 59:23 79:8 | 10:17 12:7 | 3:22 8:1 | 79:21 80:24 |
| 63:23 64:14 | 82:6 96:5,6 | 84:18 | 69:9 87:12 | 83:4 95:19 |
| 65:18 71:12 | sing | solid | speak | 104:15 |
| 75:15,23 | 17:22 | 77:22 | 6:10 14:18 | started |
| 76:12,21 | single | solution | 75:5 | 31:19 63:12 |
| 84:15 85:25 | 78:16 82:19 | 15:14 62:1 | SPEAKER | 81:13 |
| 96:7 | sir | 74:24 79:7 | 28:6 | state |
| showing | 27:24 28:7 | 79:7 | speaking | 1:2 5:19,23 |
| 37:3 84:12 | 32:7 35:8 | solve | 64:2 | 7:4 10:19 |
| 84:18 | 36:9 37:1 | 103:9 | special | 10:20,23 |
| shown | 42:25 86:7 | somebody | 58:17 90:10 | 12:11,15 |
| 11:17 | sister | 16:6,14 17:1 | specific | 15:10 19:24 |
| shows | 74:17 | 18:14 26:6 | 31:3 | 20:20 22:11 |
| 26:6 53:17 | sit | 29:18 40:6 | specifically | 25:24 28:14 |
| 71:10 73:21 | 67:2 | 50:5 58:5 | 12:25 49:2 | 28:16 29:1 |
| 83:20 85:25 | sitting | 66:6 83:17 | 68:4 | 31:1,8 32:5 |
| shuffle | 92:9 | 83:17 84:22 | specifics | 38:11 39:2 |
| 63:6 | situation | 98:10 101:4 | 50:22 72:3 | 44:11,18 |
| side | 10:17 11:12 | 101:15 | 89:9 | 46:24 50:14 |
| 18:9,9 30:14 | 22:15,19 | 103:24 | spend | 50:24 52:4 |
| 49:8,9 | 39:17 60:19 | 104:5 | 17:11 59:17 | 52:19 59:3 |
| 53:25 67:12 | | somebody's | | 61:11 62:6 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213396

USA_00023170

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 63 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 7 of 302

HB 218 Public Hearing                                    April 30, 2007

132

```
62:8,13              stay              11:6              30:20              25:9 26:17
63:13 65:5           16:13 95:1        substation        supposed           26:19,19
65:8 68:18           steal             11:22             38:7               27:1 48:14
68:20 69:9           50:5              substations       supposedly         57:19 58:11
73:25 75:13          stench            8:24              78:10 79:20        64:2 76:20
75:14 77:5           29:19             substitute        suppress           systems
80:11,23             step              2:6,7,10,14       26:2 49:20         58:4
82:11,20             87:17             2:16,18,21        53:11,14
83:24 84:19          Stevenson         2:22 4:5,24       suppressing        ─────────
85:14,15             40:22 54:22       6:13,14           71:11 96:5              T
86:14,16             stopped           7:18 9:5          suppression        table
87:4,7,17            33:4,4            15:16,20          14:19 19:20        94:3
87:23 91:7           store             20:14 25:6        48:15 56:8         tactics
93:6 95:15           16:24 18:23       43:4 80:17        Supreme            57:17
98:10                19:2 37:11        94:8 98:7         8:4 76:7           take
103:24               straight          substituted       sure              16:6,10,13
106:2,6,9            52:14             23:4              12:13 16:23        19:9 21:3
stated               strategy          subtitles         18:6,16           21:14 29:23
28:21 41:21          54:10             32:14             35:2,21,24        30:25 35:19
48:22 68:4           Street            suburban          42:24 46:18       35:19 37:19
74:24                3:4 106:11        84:9              49:12 50:4         43:11,21
statement            106:17            successful        50:23 55:12        45:22,24
33:18                strict            8:14              57:8 59:15         46:1 58:5
states               7:23              Sudafed           65:21 68:24        63:18 64:3
3:20 4:20            strongest         3:15              72:2 73:5          66:2 67:7
9:24,25             48:14             Sue               77:9,18            69:4 72:19
10:18,18            student           74:17             91:13 97:5         77:20,21
14:13 34:24         90:10             suggest           100:12             85:8 93:11
35:11 48:18         students          48:2              surely             95:20 105:4
62:9,18             94:12             Suite             74:7               taken
66:25 76:7          studied           107:6             surmounts          27:13 34:20
83:22 84:2          75:21             sum               56:8               63:22 67:22
89:11 97:11         studies           81:25             survey             88:10
97:12,19,20         11:2,17 12:5      sunset            67:23 103:23       106:22
state's             study             24:18,18          103:25             takes
4:10 47:24          14:8,10,11        supply            surveyed           35:9 58:7
48:10 52:14         33:13 35:15       89:9              103:11             63:19
52:15 77:13         73:19 81:7        support           surveys            talk
98:15,23            stuff             15:5 33:1         103:14             2:10,13 5:14
99:4,9,15           39:23 79:3        41:23 49:12       suspect            12:17 33:9
102:17,20           subdivision       49:25 50:15       44:20 55:5         47:21 60:8
state-wide          20:20             80:9 86:12        99:2,15            62:14 97:1
76:1                submit            supported         suspected          talked
statistics          99:7              31:23 42:5        36:18              62:9
48:2 56:24          submitted         49:18 86:16       sweet              talking
57:8                106:16            86:20             52:25              17:10,15
status              substantial       supports          system             21:22 22:4
7:5                                                     15:24 24:5         39:22 50:3
                                                                           59:10 70:25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213397

USA_00023171

HB 218 Public Hearing                                    April 30, 2007

133

| | | | | |
|---|---|---|---|---|
| 94:9 97:23 | 89:18 | thank | 28:22 30:2 | 64:2,9,10 |
| **talks** | **testify** | 2:19 4:12 | 34:3 37:21 | 65:14,22 |
| 80:17 82:1 | 7:10 28:9 | 9:20,22 | 38:3,5 41:5 | 66:1,9,10 |
| **tampering** | 44:13 75:10 | 11:1 12:8 | 41:12 42:8 | 66:12,14 |
| 66:11 | 79:15 86:8 | 12:13 14:2 | 45:6 51:18 | 67:2 68:9 |
| **tardy** | 91:1 94:8 | 20:7,10,10 | 52:25 54:2 | 69:9,9 |
| 27:6 | 98:6 | 23:7 27:5 | 54:18 58:11 | 71:13,13 |
| **target** | **testifying** | 27:11 34:15 | 60:9 62:2,3 | 72:12,13 |
| 54:16 | 86:12 90:9 | 36:10 40:20 | 62:16 66:14 | 73:9,11 |
| **Tarrant** | 92:6 | 46:13 47:25 | 67:8 87:18 | 74:2,12,23 |
| 84:15 | **testimony** | 50:1 56:10 | 91:4 | 74:23 75:14 |
| **tax** | 2:21 5:10 | 56:12 63:4 | **think** | 79:10,22 |
| 8:3,7 17:17 | 15:6 28:25 | 64:17,18 | 4:13,17,17 | 82:16,23 |
| 41:4 44:5 | 29:8 65:8 | 65:13 67:14 | 4:23 5:15 | 83:2 85:11 |
| 81:19 | 85:10 86:4 | 67:17 70:21 | 10:10 11:5 | 85:18 87:18 |
| **taxes** | 89:22 97:2 | 75:4,6 | 12:25 13:24 | 87:24 90:2 |
| 19:25 | 97:4 98:8 | 76:24,25 | 15:13 17:9 | 91:2,5,14 |
| **taxpayers** | 100:13 | 77:3,7 | 18:3,8,11 | 91:16 94:24 |
| 81:24 | 105:7 | 79:11,13,14 | 19:20 20:2 | 95:4,21 |
| **TDCJ** | **testimony's** | 82:7,9,10 | 20:14 21:24 | 100:25 |
| 102:24 | 98:17 | 86:2,3,7 | 23:1,2,6,9 | 102:14 |
| **teacher** | **Texans** | 88:3,4 90:4 | 23:22 24:3 | 104:1 |
| 94:10,11 | 3:8 | 91:3 92:2 | 25:22 29:17 | **thinking** |
| **technically** | **Texas** | 93:24,25 | 31:6,10,11 | 20:21 83:3 |
| 34:20 | 1:1 3:18 | 94:5 96:10 | 31:21 32:21 | 94:17 |
| **tell** | 6:19 7:6 | 96:11 97:22 | 33:11,18 | 100:25 |
| 9:23 19:14 | 8:16,18 9:2 | 98:3,5 | 35:4,8,15 | **third** |
| 48:21 50:6 | 10:10,11,14 | 100:13 | 37:2,8,24 | 53:7 101:21 |
| 60:18 70:7 | 10:16,25 | 101:12 | 39:7,11 | 102:3,23 |
| 73:5 97:5,5 | 11:9 12:5 | 104:25 | 41:16 44:8 | 104:8 |
| **telling** | 12:11,15,16 | **theft** | 44:16,25 | **Thirdly** |
| 53:19 | 12:16 19:12 | 86:15 | 45:4 46:7 | 81:17 |
| **tend** | 23:19 26:3 | **they'd** | 46:10,16 | **Thomas** |
| 17:14 | 26:23 29:1 | 16:13 | 48:13 49:17 | 1:22 106:5 |
| **tens** | 30:18,25 | **thing** | 49:23 50:6 | 107:4 |
| 81:20 | 33:14 46:25 | 11:16 13:20 | 51:15 52:5 | **thought** |
| **term** | 50:14 62:17 | 16:1 17:9 | 52:16,19,20 | 61:24 69:17 |
| 102:24 103:4 | 69:9,19 | 43:20 50:2 | 52:21,23,24 | **thoughts** |
| **terms** | 70:4 71:22 | 54:18 68:14 | 52:25 53:2 | 50:19 |
| 11:16 27:14 | 73:25 75:11 | 79:22 85:19 | 53:3,4 54:4 | **thousands** |
| 56:23 57:11 | 75:12 79:24 | 87:24 | 54:18,24 | 34:22,22 |
| 59:18 70:5 | 81:24 85:12 | **things** | 55:1,8,17 | 77:24 78:19 |
| 83:3 | 87:12 91:8 | 7:9 8:19,22 | 56:13 57:7 | 78:24 81:20 |
| **testified** | 95:3,8 | 9:13 12:2 | 57:12 58:9 | 93:3,19 |
| 28:2,12 | 96:10,15,16 | 15:3 16:18 | 58:10,21 | 95:7,9 96:9 |
| 31:23 33:23 | 106:2,6,12 | 17:3 18:4,9 | 60:6 61:17 | **threatening** |
| 33:23 87:1 | 106:18 | 19:8 22:3 | 62:22,25 | 17:1 |
| | 107:4,6 | 26:2 27:22 | 63:11,15 | **three** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213398

USA_00023172

HB 218 Public Hearing                                April 30, 2007

134

```
 5:6 41:10          92:6 94:8         69:17 74:11       60:15             4:24 15:4
41:15 42:9         95:18,25          106:1             turnout           91:7 96:4
44:2               100:13           tremendous         11:4 37:23        understood
three-judge        105:4,6,8         64:15             37:25 48:23       91:9
76:10             told              tried             49:20 53:6        undocumented
thrown             31:16 78:9        32:3 49:9         53:8,10,15        34:12
51:19             tone               54:15 77:17       53:20,23          unfortuna...
Thursday           31:13            trip              62:8 69:7         71:17
41:9,9,16         top                43:21 67:17       69:19,21          unintended
ticket             38:9 63:18        69:13,14          70:1 71:1         16:9 94:16
62:10,11          touch            trips             71:10,14          95:5
time               89:24             17:15             73:6 74:11        unique
5:7 11:20         tougher           trouble           74:12 81:10       8:16,18 9:3
12:1 14:2         68:22              40:22 45:13       turns             9:4 10:25
17:11 24:1        town               68:21            60:23             United
24:10,12,14       90:11            true              twice             3:20 35:11
24:23 25:7        Townhall           27:1 29:10        3:2 56:6,15       66:24 76:7
25:8 26:5,7       96:17              78:11 93:7        two               97:10,12
26:22,23,25       traces             94:7             3:19 4:1          universal
30:17 34:14       66:5             truly              20:18 27:25       100:9
35:21 36:3        track              56:25             31:22 38:20       UNKNOWN
39:24 43:14       56:13            trumps             40:17 46:12       28:6
46:1,12           traffic            3:16             49:13,14,19       upheld
47:9 52:11        37:20            try               58:16 63:2        9:24 76:3,11
68:23 70:2        training           15:6 22:24        89:17,20          urge
70:9 73:20        52:24 80:17       31:14 37:20       91:4 92:7         7:17 14:2
74:1 75:12        transcribed        38:3,5           Two-car           use
77:12,13          1:22 106:10       42:12,15          20:23             4:20,22
78:1 91:22        106:14            43:22 48:3        type              20:18 21:9
92:22 93:15       transcript         57:16 90:4        33:21 43:8        51:7,9
94:21,23          106:16            91:22             56:8 71:7         63:25 83:17
TIMER             transcrip...       104:11           types             95:17
2:1 106:9         105:9             105:4             27:15 43:24       103:18
times             transform         trying            81:2             usually
22:13 33:8        8:6                19:19 41:19      typing            62:19 103:6
41:21 44:9        transit            50:10 54:23       104:17           103:8,23
47:8 72:21        21:12              55:9 56:2                          UT
82:22,23          transition         56:24 70:14      ─────U─────       90:10
83:5              38:23              75:13 77:16      unconstit...      utilities
title             Transport...       95:19            8:3               90:14,20,23
32:16             8:22               103:23           understand        90:24
today             trap              turn              21:23 29:14       utility
7:8 25:11         78:17              38:22 55:5        44:10 49:10       66:19
26:19 28:18       travel             57:14,15         53:9 55:12
45:20 54:5        17:14,14          61:10,11         58:12 69:24       ─────V─────
57:3 59:22        69:12 93:9        62:12 78:25       95:22             vacated
65:13 74:16       Travis             79:4 101:8       106:15            76:6
74:25 75:5                          turned           understan...
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 218 Public Hearing                                    April 30, 2007

135

81:6
validated
81:15
Van
9:20,22 10:5
11:1 12:8
20:8,9,10
22:17 23:5
47:24,25
49:5,17,23
50:1 51:2
51:13 52:2
52:7,10
53:16 54:4
54:9 55:17
56:7,12
58:25 63:4
64:25 65:1
69:7,24
72:11,15
75:2 87:21
88:6,7,8,14
88:17,21
89:5,8,18
89:21 90:1
98:9,12,19
98:24 99:10
99:14,22
100:3,6
Vehicles
76:14
verdict
8:5
verifiable
52:23
verification
100:8
verify
34:7 57:25
81:1 91:19
verifying
80:24
version
4:6
versus
93:2
veteran
34:17,18

victim
86:10
video
16:21,23,24
37:11,12
93:21
view
9:18
violation
81:18,19
99:8,18
virtually
45:14 84:13
85:1
visiting
45:15
vis-a-vis
83:21
volunteers
27:15
vote
2:25 3:15,25
4:3 6:20
10:4 11:18
11:19 12:20
12:24 14:2
14:23 15:24
16:4,5,11
20:2,6
23:14,15
25:7 26:7
26:10,22,23
26:25 31:9
32:15 33:11
35:16 37:22
38:2,4,6,7
38:7,20
42:15 43:19
43:23 45:9
45:18,22
47:12,14,17
50:9 54:21
55:15 56:14
58:5 60:1
60:22 61:21
61:24 62:7
62:10,12,20
62:21 63:23

65:18 66:12
67:1,11
68:8,10,23
69:10,13
71:11 73:7
73:17 74:3
74:6,8,18
74:22 76:22
76:24 77:25
78:7,9 79:1
79:2,5,9
80:24 83:5
83:7,15
84:24 85:16
86:14 87:9
87:9,10,11
87:19 88:1
88:2,3
92:10 93:4
93:20,24
94:19,21
95:12,20
96:5,20,21
96:21
100:22,23
101:16
103:13
104:19,24
105:4
voted
25:1 33:3
41:10,15
42:9 43:6,7
47:5 54:21
56:17 78:2
78:11 85:1
89:3 92:9
voter
2:4 3:17,25
4:7,8,20,22
6:16 7:16
7:22 8:2,21
11:4,14,21
11:22 14:19
20:16 23:15
28:21 29:4
30:3,5,10
30:20,25

32:15 33:5
33:6,7,8,25
34:4 35:25
36:16,18
37:4,22,25
47:7,17
48:3,3,12
48:15,23,24
48:25 49:1
49:2,13,20
50:2,11,17
51:8,16,17
51:21,22
53:1,6,7,10
53:15,20,23
54:20,25
55:11,18,22
56:3,23
57:4,18
58:7 60:25
61:22 64:4
64:15 65:21
66:1,7 69:6
69:19,21
70:1,3,5,7
70:8,11
71:1,14,14
72:1,15
73:3,6,8,8
73:9,15,25
74:10 75:23
78:16 79:24
79:25 80:7
80:9 81:9
81:10 84:4
87:13,22
88:11 93:2
97:9 99:23
100:4,18,18
102:3
103:11,12
104:15
voters
6:23 7:3,4,6
7:13 12:22
13:2,8 33:6
33:17,20
39:6,19

54:5,6
57:25 62:20
68:12 73:14
75:3,18,18
75:23 76:2
76:11,13
77:25 78:20
78:21 81:3
81:16 86:16
86:19 92:11
93:3,19
94:21 95:10
96:10 97:8
voter's
16:22
votes
26:3 27:7
32:19 33:17
53:1 54:20
55:14 56:6
67:12 78:24
83:7 96:22
96:22 104:7
voting
3:2,2 6:9,17
6:18,21
7:15,25
8:16 9:5
10:1,6
12:21 13:7
13:10 15:1
15:12,17,19
15:25 17:18
23:13 24:1
26:24 33:10
33:13 35:3
35:19 37:14
38:2 41:1
49:3 51:10
55:21 62:13
62:17 63:19
66:9 67:10
73:21 74:19
76:17 80:19
80:22 83:15
83:16,23
85:13 97:16
97:19 99:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008292

TX_00213400

USA_00023174

HB 218 Public Hearing                               April 30, 2007

                                                                136

| | | | | |
|---|---|---|---|---|
| 100:24,24 | want | 4:10,10 | 80:11,14,17 | 91:22 93:11 |
| 101:18 | 2:6 17:18 | 92:15 | 82:21 87:16 | 98:13 |
| 103:9 | 19:4,25 | week | 89:11,13 | 100:12 |
| 104:25 | 20:2,5 | 60:7 | Wheels | worked |
| vulnerable | 25:22,25 | weekly | 17:3,4 | 20:25 29:5 |
| 91:2 | 26:4 28:3 | 43:12 | whites | 29:13 34:18 |
| | 29:16 31:9 | weeks | 81:7 | 73:2 |
| W | 35:18,21,24 | 44:2 | Williams | worker |
| wait | 36:2 38:25 | weigh | 64:24 | 3:16 29:13 |
| 37:19 76:23 | 42:1 43:19 | 7:12 | willing | workers |
| waiting | 43:20 44:21 | weighing | 57:23 76:23 | 27:14 55:2 |
| 29:16 75:8 | 45:22 48:13 | 56:1 | Wilson | 70:12 80:15 |
| waived | 56:14,21 | welfare | 106:11,17 | working |
| 51:11 | 62:4 72:8 | 39:23 59:12 | Winn | 78:12 91:24 |
| walk | 74:6,7 85:4 | went | 102:14,17,19 | works |
| 16:24 17:25 | 85:5 92:7 | 51:24 | 102:19 | 47:18 90:10 |
| 60:18 87:14 | 102:13 | weren't | 103:2,14,19 | world |
| walking | 103:8 104:1 | 66:5 | wish | 17:17 35:21 |
| 21:5 | wanted | West | 35:14 74:22 | 53:7 76:19 |
| Wall | 15:4 21:5 | 106:11,17 | 98:5 | worried |
| 3:4 | 25:23 50:5 | we'll | wishes | 70:12 74:20 |
| Wallace | 79:14 83:4 | 2:13 6:6 | 71:16 | 74:21 |
| 5:12,16,16 | 85:12 93:5 | 7:11 30:20 | witness | worry |
| 5:16,17 6:2 | wanting | 48:9 57:12 | 5:9 47:20 | 64:4 74:5 |
| 6:5 27:25 | 58:10 | 58:9 63:10 | 90:6 92:3 | worth |
| 28:13,15,15 | wars | 102:11 | 98:4,18,20 | 30:12 35:4 |
| 30:18,23 | 34:18 | 105:5 | witnesses | 82:7 |
| 31:2,21 | wasn't | we're | 5:5 27:12 | wouldn't |
| 35:1,7 36:8 | 15:16,20 | 3:21 11:13 | 63:2 65:4 | 25:21 26:13 |
| 36:9,12,17 | 40:6 67:24 | 12:18 14:20 | 86:6 | 36:4 53:9 |
| 36:20,24 | 67:25 68:3 | 17:10,15 | women | 57:10 64:12 |
| 37:5,15,24 | water | 21:22 22:4 | 20:13,22 | 72:8 74:6,7 |
| 38:5,12,16 | 66:24 | 23:21 24:4 | 21:18,18,25 | 100:10 |
| 38:19 39:7 | we | 24:5,16 | 21:25,25 | wrap |
| 39:16 40:5 | 28:9 30:3,4 | 25:2,3 | wondering | 30:16 |
| 40:13 41:24 | 41:6 47:18 | 26:19 43:22 | 101:25 | write |
| 42:2,16,20 | 50:4,7 | 50:3 56:2 | Woods | 21:11 |
| 42:25 44:13 | 53:22 54:3 | 58:9 63:16 | 77:8,10,11 | writing |
| 44:23 45:10 | 55:4 57:7 | 64:5,10,11 | 77:11 79:11 | 34:3 |
| 47:3,13 | 57:10,15,16 | 65:22 70:25 | words | written |
| 48:1 49:1 | 64:10,11 | 73:10 74:18 | 33:22 49:9 | 97:2,3 98:1 |
| 49:15,21,24 | 67:17 68:25 | 74:19,20 | 100:10 | wrong |
| 50:21 51:18 | 71:6 72:14 | 80:19,23 | work | 15:1 66:8 |
| 52:3,9 | 73:11 74:6 | 95:18,22,24 | 14:24 21:19 | 81:14 83:15 |
| 53:13,19 | 93:18 94:3 | 105:3 | 22:17 44:6 | 83:16 |
| 54:8 | ways | we've | 54:9 59:3 | |
| wallet | 67:14 104:13 | 5:4 6:6 42:9 | 67:20 78:14 | Y |
| 60:7 | website | 51:16 80:10 | 90:10,20 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213401

USA_00023175

Case 2:13-cv-00193 Document 664-6 Filed on 11/11/14 in TXSD Page 68 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 12 of 302

HB 218 Public Hearing                                    April 30, 2007

137

yeah
25:17 32:8
38:8 71:7
year
33:15 40:19
42:6 58:16
69:18 103:4
years
21:5,13 26:3
29:6 31:19
31:22 34:19
40:17 44:14
45:7 47:5
49:13,14,19
58:16 63:24
76:1 77:14
77:18,24
78:1,10
94:11 100:2
102:1,2,6
102:25,25
104:9,9,19
York
14:7
young
81:13

—— z ——
zero
90:12

—— $ ——
$1.4
50:14
$10,000
104:9
$15
51:10
$200
90:24
$5
96:2

—— 1 ——
1
50:20 61:24
82:1,2
1st

23:13,14,14
23:21
1.5
75:3
10
63:24 66:17
69:20 81:11
102:25
103:1 104:9
104:9
10-mile
84:17
10-year
63:25
100
32:24 33:8
51:5,8
107:6
12,000
39:19
12/31/12
107:4
14
42:4
14th
106:11,17
14,000
39:17
16
29:6 94:11
1647
24:20
18
13:22,25
81:14
1805(a)(4)
23:20
19
74:10
1948
40:22,25
1960's
2:23
1971
82:19
1976
84:20 85:17

1990s
88:20

—— 2 ——
2
9:25 10:4
51:6 54:22
91:6 102:25
103:1 104:8
2,000
39:18
2.3
12:15
20
102:6
200
75:25
2000
23:13 107:6
2002
15:11
2004
23:14 86:18
92:14
2005
75:23
2006
8:4 23:14,21
76:3
2007
1:3 8:4 76:9
106:8
2012
1:24 106:17
107:1
209
106:11,17
21
41:24 42:2
218
1:4 2:3 3:25
7:23 12:18
13:19 14:3
33:1,5
75:11 79:17
86:13 92:7
94:9 98:6

250
83:7
27
1:24
28
106:17
28th
107:1
283
107:5

—— 3 ——
3
5:7,15 54:5
61:22 65:6
81:9
3:06:35.6
2:1 106:10
30
1:3 34:19
77:14,18
78:1 106:8
30-year
78:1
300
84:20
328-5557
107:7
36,000
92:15

—— 4 ——
4
61:22 78:10
96:2
4th
76:9
4,000
103:3
40
69:19 74:11
43
81:6
47
81:4

—— 5 ——

5
6:17,21 7:15
9:25 10:7,8
10:24 54:5
66:17 81:10
81:18 83:22
93:10
5th
76:4
50
13:8 16:11
18:5 77:18
78:3 83:5,5
90:12
51:06.1
2:1 106:10
512
107:7
53
19:3
536,888
51:9
56
76:2

—— 6 ——
6
20:14
60s
69:22
610
84:7
62
44:23
64012
101:24
65
13:22
65-plus
13:25

—— 7 ——
7
3:6
700
67:17
75



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213402

USA_00023176

Case 2:13-cv-00193   Document 664-6   Filed on 11/11/14 in TXSD   Page 69 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 13 of 302

HB 218 Public Hearing                                    April 30, 2007

138

```
  86:19
76
85:21
77
85:17
7700
92:16
78701
106:12,18
 107:6
7990
107:4
_____
          8
8
93:10
80
3:5
82
86:19
85
3:8 81:7
_____
          9
90
47:9 70:1
95
70:1
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213403

USA_00023177