PL097
9/2/2014
2:13-cv-00193

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 1 of 32
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 14 of 30

1

HB 218 - VOTER I.D.

MAY 15, 2007

Transcribed April 27, 2012

By Rhonda Howard, CSR



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008296

USA_00023178

Case 2:13-cv-00193 Document 664-7 Filed on 11/11/14 in TXSD Page 2 of 302
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 15 of 302
HB 218 Voter I.D.                                              May 15, 2007

2

```
 1                THE PRESIDENT:  TS-H493(b)493 B.
 2           Chair recognizes Senator Fraser for a
 3      motion to suspend (inaudible) order of business and
 4      take up and consider Committee Substitute for House
 5      Bill 218.
 6                SENATOR FRASER:  Mr. President,
 7      Members, I would move to suspend the regular order
 8      of business and take up Senate House Bill 218.
 9                Senate Bill 218 is the photo I.D. bill --
10      bill that would protect the integrity of voting.
11      The bill simply clarifies that someone is voting
12      that they would show photo I.D. in order to vote.  I
13      would move suspension of the order of business.
14                THE PRESIDENT:  Questions of the
15      author.
16                SENATOR SHAPLEIGH:  Can I ask a few
17      questions?
18                THE PRESIDENT:  Senator Fraser, will
19      you yield to Senator Shapleigh.
20                SENATOR FRASER:  I will.
21                SENATOR SHAPLEIGH:  Senator, you
22      walked through this very slowly.  Can you go back
23      through exactly what this bill is doing, how it came
24      over from the House and what is your goal in House
25      Bill 218.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00023179

Case 2:13-cv-00193 Document 664-7 Filed on 11/11/14 in TXSD Page 3 of 22
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 18 of 302
HB 218 Voter I.D.                                        May 15, 2007

3

 1              SENATOR FRASER:  Senator Shapleigh,
 2       the -- the issue, as you know, has been out there
 3       for a while.  It was a bill that passed the House
 4       and came over.  And this is -- this is not an -- a
 5       unique issue.  Photo I.D.s are being used in a host
 6       of countries across the -- the world including
 7       Canada, Mexico, France, Germany, Italy, Poland,
 8       Britain, India and South Africa, and there's about
 9       half the U.S. states.  And it's clearly just an
10       issue to give the ability of someone's voting
11       that -- it's a basic right.  They just have to
12       identify who they are.
13              SENATOR SHAPLEIGH:  Now, let's go
14       into the history of this issue in this country.  And
15       I want to go back into the 1940s and all of the
16       history around forwarding the right to vote and ask
17       you how this fits into that history.
18              Recently we had at the national level
19       really as a strategy developed by Texans, I'm
20       talking about Karl Rove, a strategy, in my view,
21       from suppress the vote.  And that was built around
22       this issue -- so-called issue of voter fraud, which
23       has been launched in various states.  And this is
24       the solution to voter fraud, which is to require a
25       photo I.D. or some I.D.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008298

USA_00023180

Case 2:13-cv-00193 Document 664-7 Filed on 11/11/14 in TXSD Page 4 of 22
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 17 of 302
HB 218 Voter I.D.                                           May 15, 2007

4

```
 1            Can you tell us how many cases nationally
 2     we've had on voter fraud issues in the country?
 3                  SENATOR FRASER:  Ask -- ask the
 4     question again.  You said the number of states?
 5                  SENATOR SHAPLEIGH:  No.  Here's --
 6     here's what I want to know.  This theme is now a
 7     national theme.  And it's launched, frankly, by Karl
 8     Rove.  And basically what this one is is a
 9     suppression idea.  The idea is to suppress the vote,
10     not guarantee the vote.  And the premise of it is is
11     that you've got voter fraud going on around the
12     country and we need to step in and stop it.
13            In my own part of the country up there
14     near New Mexico, Pete Dominici wrote a letter to
15     David Iglacias, who's the United States Attorney up
16     there and said, "Are you going to bring these voter
17     fraud cases here in New Mexico?"  And the answer
18     was, "Senator, we don't have any voter fraud to
19     prosecute, because we don't find any."
20            None of these cases meet the criteria for
21     federal voter fraud.  So my question to you is if
22     the purpose for passing this bill is to guarantee
23     that you've got a right to go vote or guaranteeing
24     who's showing up and too many people are violating
25     that with fraud, how many cases of voter fraud do we
```



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008299

USA_00023181

Case 2:13-cv-00193   Document 664-7   Filed on 11/11/14 in TXSD   Page 5 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 18 of 302
HB 218 Voter I.D.                                          May 15, 2007

5

```
 1        have in this country?
 2                    SENATOR FRASER:  Well, Senator,
 3        you're making a lot of assumptions here.  You're
 4        the -- make -- the one laying out the premise.  I
 5        don't believe that I laid out anything having to do
 6        with Karl Rove and all these others things.
 7            My -- my premise is very simple is that if
 8        someone's going to vote they should be able to prove
 9        who they are.
10                    SENATOR SHAPLEIGH:  Well, I'm asking
11        you what's the reason for this?
12            In my view, the way this is articulated in
13        any state is we're going to combat this rising issue
14        of voter fraud.  How many cases are pending in this
15        state, how many are being investigated by the
16        Secretary of State or Attorney General on voter
17        fraud today?  How many?
18                    SENATOR FRASER:  You're going to --
19        if the -- you're making the issue on the voter
20        fraud.  And I -- you know, I -- I'm not making that
21        issue.
22            I'm very simply saying that if someone's
23        going to vote they should have the response --
24        responsibility to show who they are.  It's a very --
25        it's a pretty simplistic issue is that you walk in,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00023182

Case 2:13-cv-00193 Document 664-7 Filed on 11/11/14 in TXSD Page 6 of 22
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 19 of 302
HB 218 Voter I.D.                                    May 15, 2007

6

```
 1      you're going to vote, you show them who you are,

 2      prove who you are, you vote.

 3              SENATOR SHAPLEIGH:  Well, let me give

 4      you the answer since you didn't get to it:  Zero.

 5      There's not one pending case.  There is no voter

 6      fraud that's a national --

 7              SENATOR FRASER:  Okay.  You are

 8      asking me a question --

 9              SENATOR SHAPLEIGH:  -- nor is it

10      happening here in Texas.  I'm going to ask you

11      another question, but I want to lay the basis for

12      why this bill is not needed and what the real intent

13      is behind this bill.

14              The answer nationally is that in all 50

15      states there are 89 pending cases.  So the answer is

16      there is no voter fraud.  It is not a national

17      issue.  And rising to make this an issue in the

18      State of Texas, in my view, is really another basic

19      goal which is voter suppression.

20              So let me ask you this, when you look at

21      the guts of this bill and you look at the costs

22      involved in what came over from the House, exactly

23      how does this work?

24              Walk us through how you get this

25      identification, what are the costs and how a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

USA_00023183

Case 2:13-cv-00193 Document 664-7 Filed on 11/11/14 in TXSD Page 7 of 32
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 29 of 302
HB 218 Voter I.D.                                          May 15, 2007

7

```
 1        person's going to be affected in Texas by this bill.
 2                    SENATOR FRASER:  Okay.  We -- are we
 3        off the questions about fraud?  Because as you were
 4        talking, I was given multiple issues of voter fraud
 5        issues in Howard County in a voter fraud plot.  But
 6        do you want to now talk about how the -- how this
 7        will be done?
 8                    SENATOR SHAPLEIGH:  Yes, sir.
 9                    SENATOR FRASER:  Okay.  The -- the --
10        you know, the simplest way to do it would be any
11        photo identifications that someone has proving who
12        they are like a driver's license, that would be
13        sufficient or if someone does not have that, they
14        can do any two of the following in a -- in a --
15        polling place.  If they have a utility bill, a bank
16        statement, a government check, a paycheck or a
17        government document with their name and address, any
18        official mail from a government entity, a -- a
19        certified copy of a birth certificate, U.S.
20        citizenship papers.  Any of those things would show
21        that they're who they are.
22                    SENATOR SHAPLEIGH:  Okay.  Let's look
23        at Line 14.  And walk us through how those
24        provisions work.  Line 14 through 17 on training.
25                    SENATOR FRASER:  Now, you're going to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00023184

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 8 of 22
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 21 of 302
HB 218 Voter I.D.                                              May 15, 2007

8

```
 1     have to hold a second.  What page you on?
 2                  SENATOR SHAPLEIGH:  I'm on Page 1 of
 3     what's here in our billbook.
 4                  SENATOR FRASER:  And Line 14?
 5                  SENATOR SHAPLEIGH:  I'm on line --
 6     I'm on Line 14.  And the question I have for you is
 7     can you tell us what Section C's about and what it
 8     does?
 9                  SENATOR FRASER:  Okay.  My bill
10     doesn't -- the bill that I have is the engrossed
11     version.  And on Page 1, Line 14 is Section C is
12     what you're talking about?
13                  SENATOR SHAPLEIGH:  Yes, sir.
14                  SENATOR FRASER:  The training
15     standards?
16                  SENATOR SHAPLEIGH:  Yes, sir.
17                  SENATOR FRASER:  They -- adopted
18     under Subsection A refers back, "Must include
19     provisions on acceptance and handling of
20     identification presented by the voter to an election
21     officer under Section 6301."
22                  There is another reference here that says
23     that, "The type of identification that they will
24     have to have shall be posted as they walk into the
25     voter registration place, and there will be a very
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008303

USA_00023185

Case 2:13-cv-00193 Document 664-7 Filed on 11/11/14 in TXSD Page 22 of 302
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 9 of 22
HB 218 Voter I.D.                                        May 15, 2007

9

```
 1        clear poster signifying what identification is

 2        acceptable."

 3                    SENATOR SHAPLEIGH:  Okay.  But I'm

 4        talking about the training.  "The training standards

 5        must include provisions on the acceptance and

 6        handling of the identification presented."

 7              Who's going to be doing this training and

 8        how does it work and who's going to pay for the

 9        training?  Is this a mandate to the counties?

10                    SENATOR FRASER:  Well, the -- the

11        elections judge for the State of Texas is Attorney

12        General.  Attorney General -- I mean, I'm sorry, the

13        Secretary of State.

14              Secretary of State would set up the

15        standards for the counties.  And who's running the

16        election then would transfer making sure whoever's

17        working the polling place would have that

18        information.

19                    SENATOR SHAPLEIGH:  All right.  Let's

20        look at -- let me ask you some questions about

21        Section 2 in this bill.

22              "Each election clerk shall complete the

23        part of the training program relating to the

24        acceptance and handling of the identification

25        presented by a voter to an election officer under
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008304

USA_00023186

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 19 of 23
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 23 of 302
HB 218 Voter I.D.                                        May 15, 2007

10

1        Section 63.001."

2                 How does that work?

3                      SENATOR FRASER:  Ask your question

4        again.

5                      SENATOR SHAPLEIGH:  I am asking you a

6        question with respect to Line 26.

7                      SENATOR FRASER:  Okay.

8                      SENATOR SHAPLEIGH:  Going down to

9        Line 29.

10                My question is this, it says, "Each

11       election clerk shall complete the part of the

12       training program relating to the acceptance and

13       handling of the identification presented by a voter

14       to the election officer under Section 63.001."

15                What does that require them to do?

16                      SENATOR FRASER:  Senator, I think,

17       you know, this -- this is not anything new that an

18       election official -- all election officials are

19       trained for the running of elections and things that

20       they would do.  And this is just one more

21       responsibility.  It would be posted on the front

22       door.  It's just -- it's just training they would

23       have under normal election procedures.  We -- we do

24       this all the time, and they would be trained.  They

25       would give them -- they would explain what is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008305

USA_00023187

Case 2:13-cv-00193   Document 664-7   Filed on 11/11/14 in TXSD   Page 11 of 23
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 24 of 302
HB 218 Voter I.D.                                                      May 15, 2007

11

1      acceptable identification, and they would show the

2      identification.  It's a -- it's -- it's not any

3      different than when you go to the grocery store to

4      cash your check, that --

5                    SENATOR PATRICK:  President.

6      Mr. President.  Point of the order, this is not a

7      debatable issue.

8                    THE PRESIDENT:  Senator Patrick,

9      could you restate your point of order?

10                   SENATOR PATRICK:  This is not a

11     debatable issue suspending of the rules.  Make a

12     motion.  This is exactly what occurred to me last

13     week in my discussion with Senator Ellis.  Senator

14     Carona called a point of order on me, not debatable.

15                   THE PRESIDENT:  Sustained.

16                   SENATOR VAN DE PUGH:  Mr. President.

17                   THE PRESIDENT:  Senator Van de Putte,

18     to what point do you rise?

19                   SENATOR VAN DE PUTTE:  Need to rise

20     to let the Chair know my intention to speak against

21     passage of this bill at this time.

22                   THE PRESIDENT:  Ma'am, we're on a

23     motion.  It's not debatable at this time.

24                   SENATOR VAN DE PUTTE:  Mr. President,

25     parliamentary inquiry.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE

USA_00023188

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 12 of 23
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 23 of 302
HB 218 Voter I.D.                                                    May 15, 2007

12

 1                      THE PRESIDENT:  State your inquiry.

 2                      SENATOR VAN DE PUTTE:  When is

 3      notification of a filibuster going to be recognized

 4      by the Chair?

 5                      THE PRESIDENT:  On a debatable

 6      motion, which would be either on second reading

 7      going to third reading or --

 8                      SENATOR VAN DE PUTTE:  Thank you,

 9      Mr. President.

10                      THE PRESIDENT:  Thank you.

11           Please --

12                      SENATOR FRASER:  Now move to suspend

13      regular order of business with Substitute to House

14      Bill 218.

15                      THE PRESIDENT:  Heard the motion by

16      Senator Fraser.  The secretary will call the role.

17                      THE SECRETARY:  Averitt, Brimer,

18      Carona, Deuell, Duncan, Ellis, Eltife, Estes,

19      Fraser, Gallegos, Harris, Hegar, Hegar, Hinojosa,

20      Jackson, Janek, Lucio, Nelson, Nichols, Ogden,

21      Patrick, Seliger, Shapiro, Shapleigh, Uresti, Van De

22      Putte, Watson, Wentworth, West, Whitmire, Whitmire,

23      Williams, Zaffirini, Hegar, Uresti.  I'm not --

24      (inaudible).  Whitmire.

25                      THE PRESIDENT:  There being 19 ayes



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008307

USA_00023189

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 13 of 23
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 20 of 302
HB 218 Voter I.D.                                        May 15, 2007

13

```
 1        and nine nayes, the rules are suspended.
 2                  Chair lays out on second reading the
 3        Committee Substitute House Bill 218.  The secretary
 4        will read the caption.
 5                      THE SECRETARY:  Committee Substitute
 6        House Bill 218 relating to requiring a voter to
 7        present proof of identification.
 8                      THE PRESIDENT:  Senator Van De Putte,
 9        do you intend to read on -- going to second reading
10        or going on third reading?
11                      SENATOR VAN DE PUTTE:  Wherever I can
12        stop this bill, Mr. President.
13                      THE PRESIDENT:  The Chair recognizes
14        Senator Fraser for a motion.
15                      SENATOR FRASER:  Members, I'd move
16        passage of Committee Substitute for House Bill 218
17        to engrossment.
18                      THE PRESIDENT:  The Chair recognizes
19        Senator Van De Putte.  For what -- for what purpose
20        do you rise, ma'am?
21                      SENATOR VAN DE PUTTE:  Thank you,
22        Mr. President.  To notify the President of my
23        intention to talk against this bill.
24                      THE PRESIDENT:  You're recognized.
25                      SENATOR VAN DE PUTTE:  Mr. President,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00023190

Case 2:13-cv-00193 Document 664-7 Filed on 11/11/14 in TXSD Page 14 of 23
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 2 of 302
HB 218 Voter I.D.                                        May 15, 2007

14

1      part -- part -- parliamentary inquiry,

2      Mr. President?

3                      SENATOR WEST:  Mr. President,

4      parliamentary inquiry.  Parliamentary inquiry.

5                      THE PRESIDENT:  Senator West, state

6      your inquiry.

7                      SENATOR WEST:  In terms of -- it

8      appears as though the machine was broken or

9      something.  It's my understanding that -- consulting

10     with Senator Whitmire that he voted against

11     suspension, and that would be ten nayes -- that

12     would have been ten -- ten nayes and 19 ayes, which

13     would mean that the rules would not suspend.

14                     THE PRESIDENT:  The rules were

15     suspended.  Senator Whitmire was not here.  He did

16     not vote.  We called his name several times.

17                     SENATOR WEST:  He was on -- he was on

18     the floor, Mr. President.

19                     THE PRESIDENT:  He was not.  We

20     called his name several times.  He did not vote.

21     Senator HegarHegar was on the floor.  If Senator

22     HegarHegar would like to vote, Senator Whitmire can

23     vote.

24                     SENATOR WEST:  No.  I'll leave that

25     Senator -- I'll leave that to the -- Dean on that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008309

USA_00023191

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 15 of 23
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 28 of 302
HB 218 Voter I.D.                                              May 15, 2007

15

 1      (inaudible).

 2                      THE PRESIDENT:  We called his name.

 3      We called his name.

 4                      SENATOR WHITMIRE:  I voted no.

 5                      THE PRESIDENT:  You did not vote.

 6                      SENATOR WHITMIRE:  I was right there.

 7                      THE PRESIDENT:  Dean, we called your

 8      name several times.  You were not here.  In fact, I

 9      waited for you to vote.

10                      SENATOR WHITMIRE:  We've been

11      operating --

12                      THE PRESIDENT:  Members, we've had

13      19 -- I gaveled the vote.  I gaveled the vote.  We

14      had 19 ayes and nine nayes.

15                      SENATOR SHAPLEIGH:  Parliamentary

16      inquiry, Mr. President.

17                      THE PRESIDENT:  State your inquiry,

18      Mr. Shapleigh.

19                      SENATOR SHAPLEIGH:  What's the

20      procedure for classifying who was on the floor at

21      the time of the vote?

22                      UNIDENTIFIED SPEAKER:  (Inaudible).

23                      THE PRESIDENT:  Senator Shapleigh, we

24      followed the procedure we traditionally follow of

25      role call vote.  The secretary looked for the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008310

USA_00023192

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 16 of 23
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 29 of 302
HB 218 Voter I.D.                                           May 15, 2007

16

1    Members.

2                    UNIDENTIFIED SPEAKER:  That's not --

3                    THE PRESIDENT:  When it came to --

4    she called Senator Hegar's name several times; there

5    was no response.  She called Senator Whitmire's name

6    several times; there was no response. I gaveled the

7    vote.  Nineteen -- we have 19 ayes and nine nayes.

8                    SENATOR SHAPLEIGH:  What you're

9    telling me is there is no verification procedure in

10   the rules?  There's no way to appeal the fact that

11   John Whitmire was on the floor and bring that fact

12   before the body?

13                   UNIDENTIFIED SPEAKER:  (Inaudible).

14                   SENATOR SHAPLEIGH:  Parliamentary

15   inquiry.  If we were to get the video and establish

16   that John Whitmire was on the floor and circulating,

17   talking to each one of us with respect to this

18   issue, would that not establish that he was on the

19   floor for the purposes of counting his vote?

20                   SENATOR WHITMIRE:  You all don't have

21   to win this this election.  I'm working the goddamn

22   floor.

23                   UNIDENTIFIED SPEAKER:  (Inaudible).

24                   THE PRESIDENT:  Members, I'm going to

25   get your -- Members -- Dean, sit down.  Members, sit



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008311

USA_00023193

Case 2:13-cv-00193　Document 664-7　Filed on 11/11/14 in TXSD　Page 13 of 23
Case 1:12-cv-00128-RMC-DST-RLW　Document 215-4　Filed 06/20/12　Page 30 of 302
HB 218 Voter I.D.                                        May 15, 2007

17

1     down.  Senator Shapiro.

2             Members, it's not going to make any

3     difference, but I'll be glad to do another role call

4     vote.  We -- the secretary looked, she called.

5     Dean --

6                 SENATOR WHITMIRE:  Yes, sir.

7                 THE PRESIDENT:  -- you're going to

8     compose yourself or you're going to leave the floor.

9                 SENATOR WHITMIRE:  (Inaudible).

10                THE PRESIDENT:  The -- we called a

11    role call vote.  The secretary called for the

12    Members.  She called your name.  I waited an --

13    extra long, because I thought you were on the floor.

14    No one said -- Senator HegarHegar was absent.  But

15    we're going to -- in courtesy of the Members, we're

16    going to go over the role call again.

17                SENATOR FRASER:  Mr. President, would

18    it be proper for me, because I'm on the prevailing

19    side, to withdraw that motion?  And would that be

20    the proper way to do this?

21                THE PRESIDENT:  Dean, what we're

22    going to do is we're going to do a verification and

23    we're going to call the role again.  And I think

24    that should satisfy everyone on the floor.  The

25    secretary will call the role.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**

JA_008312

USA_00023194

Case 2:13-cv-00193   Document 664-7   Filed on 11/11/14 in TXSD   Page 18 of 23
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 31 of 302

HB 218 Voter I.D.                                           May 15, 2007

                                                                    18

 1                    SENATOR GALLEGOS:  Mr. President.

 2                    THE PRESIDENT:  Senator Gallegos.

 3                    SENATOR GALLEGOS:  Parliamentary

 4      inquiry.

 5                    THE PRESIDENT:  For what purpose?

 6                    SENATOR GALLEGOS:  Senator HegarHegar

 7      is not on the floor and there's a reason for that.

 8      He's ill.

 9            Now, my inquiry is if -- if -- if one of

10      our colleagues is ill but is here or is in town,

11      should he or she not deserve the same courtesy you

12      allowed me, at least be told that 218 is going to

13      be -- is -- is -- you're going to put it out, you're

14      going to bring it out?

15                    THE PRESIDENT:  Senator, you haven't

16      made a parliamentary inquiry.  You're asking a

17      question.

18            The answer is Senator Uresti did not come,

19      he did not talk to me nor my staff.  This bill has

20      been on intent for a week or two.  The -- the

21      question -- we're in the middle of a vote on

22      suspension.  The secretary will call the role.

23                    THE SECRETARY:  Averitt --

24                    UNIDENTIFIED SPEAKER:  Parliamentary

25      inquiry, Mr. President.  Does the verification take



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008313

USA_00023195

Case 2:13-cv-00193 Document 664-7 Filed on 11/11/14 in TXSD Page 19 of 23
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 32 of 302
HB 218 Voter I.D.                                                   May 15, 2007

19

```
 1    place after the vote or before?

 2                  THE PRESIDENT:  Senator, we're not

 3    like the House.  The -- a verification occurs while

 4    we vote.  But in respect to the Members, I'm going

 5    to ask the secretary to call the role again.

 6          And we're going to reestablish -- we're

 7    going to re-verify the vote.  Is that all right with

 8    you?

 9                  SENATOR WHITMIRE:  If that's under

10    the State rules.  But unlike the House, I'd like us

11    to be under a bed of rules.  And so my question is

12    under the rules that we operate under the

13    verification will take place after the vote, or are

14    you calling role?

15                  THE PRESIDENT:  No.  For the third

16    time, it takes place while the vote is occurring.

17    The secretary called the role before.  She looked

18    around the room.  She called the Members' names and

19    19 -- there were 19 ayes and nine nayes.  Having

20    said that, we're in the middle of a vote.

21          The motion on the floor is to suspend the

22    rules.  The secretary will call the role.

23                  THE SECRETARY:  Averitt, Brimer,

24    Carona, Deuell, Duncan, Ellis, Eltife, Estes,

25    Fraser, Gallegos, Harris, Hegar, Hinojosa, Jackson,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008314

USA_00023196

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 29 of 23
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 33 of 302
HB 218 Voter I.D.                                              May 15, 2007

20

1          Janek, Lucio, Nelson, Nichols, Ogden, Patrick,

2          Seliger, Shapiro, Shapleigh, Uresti, Van De Putte,

3          Watson, Wentworth, West, Whitmire, Williams,

4          Zaffirini.

5                    THE PRESIDENT:  There being 20 ayes

6          and 11 nayes, the motion to suspend fails at the

7          present time.

8                    (End)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008315

USA_00023197

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 21 of 23
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 34 of 302
HB 218 Voter I.D.                                          May 15, 2007

21

IN THE COUNTY OF TRAVIS  )

STATE OF TEXAS            )

          I, Rhonda Howard, Certified Shorthand

Reporter in and for the State of Texas, hereby

certify to the following:

          That the CD entitled, "HB 219 - Voter

I.D., 5/15/2007," was transcribed at the request of

Anne Wilson, 209 West 14th Street, 8th Floor,

Attorney General's Office, Austin, Texas 78701, and

the amount due is $_____.

          That the aforementioned CD was transcribed

to the best of my ability to hear and understand the

CD;

          That the transcript was submitted by

E-trans on April  , 2012, to Anne Wilson, 209 West

14th Street, 8th Floor, Attorney Generals' Office,

Austin, Texas  78701;

          I further certify that I am neither

counsel for, related to, nor employed by any of the

parties or attorneys in the action in which this

proceeding was taken, and further that I am not

financially or otherwise interested in the outcome

of the action.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008316

USA_00023198

Case 2:13-cv-00193  Document 664-7  Filed on 11/11/14 in TXSD  Page 23 of 23
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 35 of 302
HB 218 Voter I.D.                                              May 15, 2007

                                                                    22

1              Certified to by me, this 27th day of

2      April, 2012.

3

4

5      *Rhonda Howard*

6                       RHONDA HOWARD, Texas CSR No.

                        Expiration Date 12/31/12

7                       FIRM REGISTRATION NO: 283

                        ESQUIRE DEPOSITION SERVICES

8                       100 Congress, Suite 2000

                        Austin, Texas  78701

9                       (512) 328-5557

10

11     Job No. 334103RH

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00023199