Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 1 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 122 of 302

PL101
9/2/2014
2:13-cv-00193

1

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

SUBCOMMITTEE ON VERIFICATION VOTERS

MARCH 17, 2005

Transcribed by Rhonda Howard, CSR

April 24, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 2 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 123 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

2

1           CHAIRMAN BOHAC:  The Subcommittee on

2    Voter Verification will come to order.  Will the

3    Clerk please call the role.

4           THE CLERK:  Chairman Bohac.

5           CHAIRMAN BOHAC:  Here.

6           THE CLERK:  Mr. Anchia.

7           REPRESENTATIVE ANCHIA:  Here.

8           THE CLERK:  Quorum is present.

9           CHAIRMAN BOHAC:  I want to welcome

10   everyone in the audience and invite everyone voting

11   for, on or against the bill to hand your form to the

12   Clerk.

13           Representative Nixon's bill will not be

14   heard today, but it is the Chair's intent to leave

15   the bill pending.  And the Chair will now lay out

16   House Bill 1293 by Nixon.

17           And the Chair will now leave pending House

18   Bill 1293 by Nixon.

19           And since Representative Kolkhorst is now

20   here, the Chair would like to -- at this time would

21   like for Lois to lay out House Bill -- lay out House

22   Bill 472 and Representative Kolkhorst to lay out her

23   bill.

24           REPRESENTATIVE KOLKHORS:  Thank you,

25   Chairman Bohac.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212031

USA_00023287

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 3 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 124 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

3

1              CHAIRMAN BOHAC:  You're welcome.

2              REPRESENTATIVE KOLKHORST:  You did a

3      nice job there.  Nice to have you here.

4              CHAIRMAN BOHAC:  Great to be here.

5              REPRESENTATIVE KOLKHORST:  Chairman

6      Bohac and I sat by each other in Business and

7      Industry last year when he was a freshman and I was

8      a wiley sophomore.

9              Thank you for allowing me to be before

10     you.

11             For those that don't know, we're in our

12     last day of appropriations in our Committee, thank

13     goodness.  It's been a long journey, but we're in

14     the middle of laying out riders and then (inaudible)

15     subcommittee verification.  I'm a little compromised

16     in my time today, so I will lay out House Bill 1402.

17             House Bill 1402 is a very simple bill,

18     which basically gives you two -- two choices of when

19     you're -- when you're voting:  One form of

20     identification with a person's photograph or two

21     different forms of identification that do not

22     contain the person's photograph.  And, you know, in

23     looking at -- I always like to tell about my

24     journeys of how and why I file a bill.  And one of

25     the things that I've had some experiences on is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212032

USA_00023288

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 4 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 125 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

4

 1    being involved in different elections.  We obviously

 2    know that we endured a number of challenges not just

 3    on the State level but throughout the State of

 4    Texas.  And one of my -- one of my real concerns

 5    is -- is that when you can go and vote - and - and

 6    this has happened to one of my best friends, and she

 7    did it as a test - that she didn't have her voter

 8    identification.

 9         She went.  She didn't show an I.D.  She

10    just went and signed her name.  And she knew that

11    they weren't going to ask anything.

12         And so when they did that, she went and

13    voted.  I said, "Well, Alison, how did they know it

14    was you?"  She said, "Well, they didn't."

15         And then I think we had another incident

16    in Brazos County where a young man went to vote and

17    somebody had voted for him in early voting.

18         And so one of the things that I think --

19    the most important thing that we have in this

20    country is our right to vote.  And Chairman Bohac,

21    you and I have had long talks about that.  And

22    nothing has been more sobering to me than seeing

23    what's happening in Iraq and Afghanistan and the

24    pride that those people have taken in casting their

25    first vote.  And I don't want anything here in this



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008407

TX_00212033

USA_00023289

2005 (79R) HB 1706 House Elections/Voter                                     March 17, 2005

5

1      country to be compromised on that privilege.  And it

2      is indeed a privilege where many men and women have

3      died giving us that privilege.

4            So in looking at this and looking at

5      different states, I think this is similar to what

6      Arizona has recently -- recently passed and

7      saying -- in saying not just picture I.D., but if

8      you don't have a picture I.D., two other forms of

9      identification that allows you to say this is who

10     you are.

11           There are a couple things I want to say

12     and -- and -- before -- before I go back to

13     appropriations.  Obviously, our world has changed a

14     lot, and it's evolved.  September 11's changed a lot

15     of things for us.  Could not get on an airplane

16     without showing a picture I.D.  Can't cash a check

17     without showing a picture I.D.  I can't use my

18     credit card without showing my picture I.D., because

19     I think it's swiped enough that my signature is off

20     the back.  You can't rent a -- a movie at the

21     Blockbuster Video without showing an I.D. of who you

22     are.  There -- there are a number of things that

23     require us to prove who we are, and there's a good

24     reason for that.  I -- I certainly think that those

25     standards should be applied to the most precious



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212034

USA_00023290

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 6 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 127 of 302
2005 (79R) HB 1706 House Elections/Voter
March 17, 2005

6

1    right we have as a United States citizen.

2         So I offer that up.  I -- I know that

3    there will be some arguments about deterrents, this

4    could discourage someone from voting.  Well, then,

5    obviously, those people are very discouraged from

6    doing any transaction, because when you go somewhere

7    you have to prove who you are almost in everything

8    that you do.  Even recently at my bank when I tried

9    to make a deposit at my bank, they asked for a -- an

10   I.D. to be sent through the cannister.

11        So, you know, this is a part of the world

12   in which we live in today.

13        I appreciate you allowing me to lay the

14   bill out.  One of my staffers is going to stay to

15   hear.  I'll try to come back and close, but if I'm

16   not able to, Mr. Chairman, would you do the honor of

17   closing for me?

18            CHAIRMAN BOHAC:  Absolutely.

19   Members, are there any questions for Representative

20   Kolkhorst?

21            REPRESENTATIVE KOLKHORST:  Thank you

22   very much.

23            CHAIRMAN BOHAC:  Madame (inaudible),

24   good to see you here today.

25            REPRESENTATIVE KOLKHORST:  Thank you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212035

USA_00023291

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 7 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 128 of 302

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

7

1   for allowing me to be before your subcommittee.

2                   CHAIRMAN BOHAC:  And please let the

3   record show that Representative Brian Hughes is now

4   present.  Welcome, Brian.

5                   REPRESENTATIVE HUGHES:  Right here.

6                   CHAIRMAN BOHAC:  The Chair would now

7   like to call Paula Littles, representing the Texas

8   AFLCIO, testifying against the bill.

9                   PAULA LITTLES:  Good afternoon.  My

10  name is Paula Littles, and I am here representing

11  the Texas AFLCIO.  And I actually probably also

12  should have filled one out so that I could represent

13  myself.

14          But we're opposed to this bill for a

15  number of reasons.  The main one is -- is that we're

16  requiring people to provide another -- one more

17  source of identification for them in order to vote.

18  And we personally believe it is a deterrent.

19          I also -- I have voted on a number of

20  occasions without having my voter registration card,

21  and I have been allowed to vote without showing some

22  other forms of identification.  And that's something

23  that's normally passports or my driver's license.

24  So I -- if someone is allowed to vote without having

25  anything, that's a problem that probably the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008410

TX_00212036

USA_00023292

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 8 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 129 of 302
2005 (79R) HB 1706 House Elections/Voter                                        March 17, 2005

8

1     counties need to address when they're training of

2     their precinct judges.

3              Some of the reasons that we're opposed to

4     this, in some areas of the State -- and I've worked

5     in elections in -- in east Texas and some of the

6     larger cities.  I haven't actually spent much time

7     down in the Valley or going west.  But if -- in --

8     in both places in Texas -- and no, sir, I don't know

9     what the problems are in some of these counties.

10    But we don't provide enough resources to our

11    counties to manage elections as it is.  You go into

12    certain areas of this state, you don't have enough

13    voting machines, you don't have enough clerks, and

14    you have very, very long lines.  And we also don't

15    provide information properly to our voters.  We --

16    say this bill passes or one of the three passes and

17    we go to vote, I'll know, because I was here.  The

18    average person that is going to vote at 5:00

19    o'clock, and it's likely if you live in some large

20    cities and in some neighborhoods your voting place

21    has already changed, because it's not the one that

22    you voted at the last time.  So you go there first,

23    and you discover -- because there's no sign.  You

24    can only hope that you can find someone to tell you

25    that your voting place is someplace else if you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008411

TX_00212037

USA_00023293

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 9 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 130 of 302
2005 (79R) HB 1706 House Elections/Voter March 17, 2005

9

```
 1      don't take the newspaper or have time to read the

 2      paper that morning of the election, which is the

 3      only time in some cities they're posted.

 4              I go to vote.  You discover it's changed.

 5      So even -- you discover it's not changed, but it's

 6      5:00 o'clock.  When you get there, you have your

 7      voter registration card.  And at that point someone

 8      wants a driver's license -- well, you know, in some

 9      areas of the state people don't have cars.  They

10      can't drive.  They can't afford one.  And so they're

11      riding the bus.  They don't have their driver's

12      license, because they don't own one, or maybe they

13      have a state I.D., but they don't have it with them.

14      They don't have their gas bill, and they can't vote.

15      They have to go home, because we haven't done any

16      type of outreach, because we don't do that in this

17      state, unfortunately, to make sure that people --

18      well in advance of what's expected of them.

19              Right now, the average voter -- and most

20      voters are legitimate and honest.  I've heard a lot

21      of people over -- over time say that there's a lot

22      of rampant dishonesty going on in elections.  And I

23      haven't seen that in a lot of places, and I have

24      done elections all over.  I have not seen rampant

25      people just -- unfortunately, people aren't flocking
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008412

TX_00212038

USA_00023294

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 18 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 131 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

10

1      to the polls and voting, as it is.  And so,

2      therefore, us making it a little bit harder for

3      those people that do come out and vote, I think

4      it's -- it's -- it's just -- it's one of those

5      things that there are probably a number of other

6      ways that we can curve the -- this rampant voter

7      fraud.  By making it harder for those honest

8      citizens of this state to come vote, I just don't

9      think it's one of them, or at least my organization

10     and I don't think it's one of them.

11            Thank you for your time.  Are there any

12     questions?

13            CHAIRMAN BOHAC:  Mr. Hughes, we'll

14     recognize you for a question.

15            REPRESENTATIVE HUGHES:  Thank you for

16     your testimony today.

17            You mentioned east Texas.  I'm from east

18     Texas.  I'm just wondering where that was.

19            PAULA LITTLES:  I didn't work against

20     you.

21            REPRESENTATIVE HUGHES:  That was my

22     next question.  You anticipated my question.

23            PAULA LITTLES:  I would never work

24     against you.

25            REPRESENTATIVE HUGHES:  Well, I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212039

USA_00023295

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 11 of 69
Case 5:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 132 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

                                                                    11

```
1     hope -- you know, my dad -- my dad just retired

2     as -- from 40 years from U.T. --

3                 PAULA LITTLES:  Yes, yes.

4                 REPRESENTATIVE HUGHES:  -- U as part

5     of AFLCIO.

6                 PAULA LITTLES:  Yes, I know.

7                 REPRESENTATIVE HUGHES:  And I'm

8     curious, where in east Texas?

9                 PAULA LITTLES:  Well, let's see.  I

10    have been in Marshall.  I have been in, you know,

11    some of those wonderful places like Cass County.

12                REPRESENTATIVE HUGHES:  Yes, ma'am.

13                PAULA LITTLES:  I've been in

14    Texarkana.  I've been in Tyler more times than I

15    care to count.  And I stayed in Longview long enough

16    that I know everybody at the hotel -- Hampton Inn.

17                REPRESENTATIVE HUGHES:  Yes, ma'am.

18    I understand.  I appreciate you being here.  Thank

19    you.

20                PAULA LITTLES:  Okay.  Thank you.

21                CHAIRMAN BOHAC:  Representative

22    Anchia.

23                REPRESENTATIVE ANCHIA:  Thank you,

24    Mr. Chair, and thank you, as well, for your

25    testimony.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212040

USA_00023296

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 13 of 69
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 133 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

12

1                 One of the things that we're trying to do

2          here is for -- is for balance.  What -- we may

3          understand this alleged voter fraud, while at the

4          same time allowing people to exercise their

5          fundamental right, their franchise to vote.

6                 And I understand your position very

7          clearly.  When -- when you -- when we're seeking a

8          balance one of the things that's helpful is to

9          understand a -- what the problem is and about what

10         the actual -- what the actual obstacles would be to

11         implementing something like that and what -- and how

12         might this disenfranchise people.  Because for me,

13         it seems pretty logical that most people in this

14         state would have a voter I.D. or -- or some sort of

15         state identification.  And my understanding when I

16         looked at the list and I studied this bill, when I

17         looked at the other forms of I.D. that were

18         available, I mean, it was everything from a fishing

19         license to a gun license to -- there was a big

20         laundry list.  And -- and you -- you might recall my

21         testimony on another bill that I thought was a

22         little bit onerous in terms of giving someone the

23         opportunity to register to vote.

24                 But I wanted -- I wanted your help in

25         trying to understand why this might be an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212041

USA_00023297

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 13 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 134 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

13

 1     unreasonable obstacle to place on a person.

 2              Do you under -- do you have a feel for

 3     what the incidence or penetration rate in our

 4     communities are of either driver's license or -- or

 5     state I.D.s?  I don't have a feel for that.

 6                       PAULA LITTLES:  I don't have a feel

 7     for that.

 8              What -- I'll give you an example of -- I

 9     was trying to think back on some -- some things that

10     basically -- just in the last election cycle some

11     things that I noticed that occurred on election day.

12                       REPRESENTATIVE ANCHIA:  Uh-huh.

13                       PAULA LITTLES:  I was not in Austin.

14     I was in a larger city in the State.  And I was

15     in -- I've got a couple of minority polling places.

16     And -- and you know, I think one of the things that

17     some of us tend to take for granted, and I do, too,

18     I -- I drive every place that I go.  I -- I -- I

19     don't even know what I would do if we had a good

20     public transportation system in the state, because

21     I'm just so used to driving.

22              But -- so I see long lines of polling

23     places, but I -- I don't see -- I see very few cars.

24     And this is strange, because it was a large city.

25     And -- and I hadn't worked in a large city for a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212042

USA_00023298

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 14 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 135 of 302
2005 (79R) HB 1706 House Elections/Voter                              March 17, 2005

14

1    while.  And then I discovered most of the people

2    were on the bus.  They were getting off from work,

3    you know.  And so I went into the poll -- I went

4    into this one polling place, because a friend was a

5    clerk and I was taking him some food.  And -- and

6    while I was giving her the food, there was a lady in

7    line, and she didn't have her driver's license -- I

8    mean, she didn't have her voter registration card

9    and she didn't have her driver's license.  And --

10   and the first thought that crossed my mind, was why

11   doesn't she have her driver's license.  I'm still

12   not connecting with where these people -- these

13   people on the bus. And so -- and then she's looking

14   for some identification.  And -- and when she got

15   through voting, we were both walking out together,

16   and she was telling me how, you know, she had stood

17   in line for a long time.  She was just so glad she

18   found something that worked so she could vote,

19   because she had been in this long line.  And if she

20   had had to go home to get something else she

21   wouldn't have -- she wouldn't have came back.

22          And I think that's a big problem in -- for

23   a lot of people, especially poor people, because

24   they don't have the luxury of -- since my boss isn't

25   in, I may go vote at any given point in time during



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008417

TX_00212043

USA_00023299

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 15 of 69
Case 5:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 136 of 302
2005 (79R) HB 1706 House Elections/Voter                                March 17, 2005

15

1          the point of the day.  But that's a luxury -- luxury

2          that I have that a lot of people just don't have.

3          The average person doesn't have those luxuries.

4          They don't have the luxury of being told that you

5          need something else after you get there.

6                    And one of our problems, one, that we

7          don't work hard enough to make sure that people have

8          what they need before they get there.  We don't do

9          the job well enough.

10                   As I said, in some states -- in some

11         counties, people don't know their voting place has

12         changed until the day of an election.  And if you

13         don't take the newspaper or if you leave home early,

14         because you need to be at work for 6:00 or 7:00, you

15         don't know this until you get off from work.  And

16         once you're off from work and then you decide

17         because you want to do your duty and you want to go

18         and vote as soon as you're off from work, and that

19         luxury doesn't afford -- doesn't come to you until

20         after 5:00 or 6:00 o'clock.  Then when you get there

21         and you discover that you've got your voter

22         registration card, but that's not enough, because we

23         don't -- I don't think we do our job well enough

24         to -- contiguously to create other things for people

25         to do in order to vote.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212044

USA_00023300

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 16 of 69
Case 5:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 137 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

16

1          We -- we make a lot of rules, but we just

2     don't do our job well enough at getting out those

3     rules out to the average citizen that -- that for

4     whatever reason, they literally can't look at

5     television during the 6:00 o'clock news, you know.

6     Doing their children's homework at 7:00 after

7     dinner, and then they're putting them to bed and

8     going to sleep, because they have to get up early

9     and catch the bus to go to work.  And,

10    unfortunately, we don't connect with those people

11    way too many times.

12         But I can write up some other things that

13    I know about, Representative Anchia, that I can get

14    to you and any other member of the Committee that

15    would be interested.  Okay?

16         Any other questions?  Thank you.

17         CHAIRMAN BOHAC:  The Chair now calls

18    Suzy Woodford, representing Common Cause here to

19    testify against the bill.

20         SUZY WOODFORD:  I believe I checked

21    did not testify.  I just wanted to be on the record

22    for being in opposition.

23         CHAIRMAN BOHAC:  Okay.  The Chair now

24    calls Cliff Borofsky from Bexar County a/k/a Bexar

25    County to testify against the bill.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212045

USA_00023301

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 13 of 69
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 138 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

17

1          CLIFF BOROFSKY:  Good afternoon.
2     Cliff Borofsky, the elections administrator for
3     Bexar County.
4          I'm testifying against the bill, but I do
5     don't want to comment to the Committee and the House
6     for addressing the issue of voter I.D., because it
7     is an issue.  Along with House Bill 516, both of
8     those address the issue.
9          The primary reason that I wanted to oppose
10    this has to do with the requirement for voter's
11    registration certificate and one of the others.
12          We have, I will estimate, close to
13    50 percent of the voters in our county, maybe 40,
14    don't bring a voter registration card.  For reasons
15    of efficiency, they put it aside, they're coming or
16    going, they don't bring it or some of them never
17    bring it for any reason.  And it applies across the
18    strata.  We have a well-known diverse group of
19    voters in our county, and this applies to everyone.
20          The other point I want to make is that if
21    we have the voter registration card and use it, or
22    if we don't have it -- require two other forms of
23    I.D., the practical effect is you can't really
24    guarantee it's that person, short of a photo I.D.
25    That's another discussion, I realize.  But



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212046

USA_00023302

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 18 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 139 of 302
2005 (79R) HB 1706 House Elections/Voter                              March 17, 2005

18

1    nonetheless, if we really want to talk about

2    language of using something to verify an identity

3    without that photo I.D., what we're doing is

4    creating an incremental step, per se.  And I'm not

5    sure if it's a good one if you're going to require

6    early, or -- or whatever.

7          I think in the last Legislature and with

8    the Secretary of State's office we did a pretty good

9    job of providing a number of different kinds of

10   I.D.s that people can use.  And so that's come down

11   quite a bit.

12         Last year as you know, we started with

13   provisional voting.  Bexar County, as you know, had

14   about 3,000 provisional votes.  In November, we

15   counted 602, but the majority that were refused were

16   wrong precinct as opposed to I.D.

17         I'd be concerned that we would be creating

18   tens of thousands of provisional voters.  And I -- I

19   guess we could do that, but that's going to delay

20   results significantly if we have a large number of

21   provisional voters which could, in fact, affect the

22   turnout of an election.  So I would be concerned

23   about creating that.

24         For -- a voter when offering to vote

25   presents a certificate, indicating the voter is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008421

TX_00212047

USA_00023303

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 19 of 69
Case 5:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 120 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

19

1    registered to vote in a different precinct, if they

2    have the I.D. to vote, they can do that now.

3    Essentially the only reason somebody can't vote is

4    if they refuse to sign the affidavit as it exists.

5    We may or may not count it based on something else,

6    but everybody gets a chance to vote.  And

7    Ms. Littles was right, voter education is really,

8    really important in terms of getting out where you

9    do vote and what you bring to vote with you.

10          I -- I mentioned it yesterday, but again I

11   would say the Secretary of State's office did a

12   really good job in making sure that the counties

13   were aware of different ways of getting the vote out

14   and allowing people to vote last fall.

15          We had record turnouts in early voting in

16   Bexar County.  We has 276,000 early votes, more than

17   half of everybody who voted by a fairly large

18   margin.  So the word did get out, and we're very

19   pleased with that.

20          So, again, I would ask that you take out

21   the word and in requiring both when 40 to 50 percent

22   don't bring that card now.  We're just going to

23   create a bottleneck of provisional votes.

24          CHAIRMAN BOHAC:  Thank you.  Members,

25   do you have any questions for the witness?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008422

TX_00212048

USA_00023304

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 20 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 141 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

20

1        Mister -- Representative Anchia.

2                    REPRESENTATIVE ANCHIA:  Thank you,

3        Mr. Chairman.

4              This is -- the issue that you've just

5        illustrated was one of the ones that was of concern

6        to me.  Currently, it's a cumulative standard.  You

7        have to have in -- in -- in Section 1, Subsection B,

8        it requires both the voter's registration

9        certificate, as I read it, and then some forms of

10       identification, either one form from Sub 1 or two

11       forms from Sub 2.  Is that the way you read the

12       language?

13                   CLIFF BOROFSKY:  Yes.

14                   REPRESENTATIVE ANCHIA:  So that would

15       become the rule that you need both your voter I.D.

16       card and then some other forms of -- of I.D.

17             Do you -- do you see anything else in --

18       in the legislation possibly in -- in Section 4, Sub

19       A, that would -- that would mitigate that concern?

20       And, again, I have not studied that session quite as

21       closely.

22                   CLIFF BOROFSKY:  No, I don't,

23       because, for instance, if someone comes in now and

24       their name is on the list, they shall be accepted.

25       We have -- but they don't have their certificate.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008423

TX_00212049

USA_00023305

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 21 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 142 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

21

```
 1        On the combination roster there's a space to check

 2        that says "Voter did not have a certificate."

 3                    REPRESENTATIVE ANCHIA:  Uh-huh.

 4                    CLIFF BOROFSKY:  And then you can use

 5        one of the other I.D.s allowed, but you do check off

 6        the fact that they do not have the certificate with

 7        them.  That's not punitive, the fact that you don't

 8        have the certificate.

 9              And I know that if you go way out on a

10        limb, you can say, well, why are we presenting

11        800,000 certificates if only half of them are

12        bringing them?  Well, it's the law.

13                    REPRESENTATIVE ANCHIA:  Right.

14                    CLIFF BOROFSKY:  And so as we address

15        this I.D. issue, which, again, is a really good

16        idea -- I think, you know, that's important.

17                    REPRESENTATIVE ANCHIA:  And let me --

18        let me test this with you for a moment.  You -- how

19        many years of experience do you have in this area?

20                    CLIFF BOROFSKY:  Eight.

21                    REPRESENTATIVE ANCHIA:  Eight years

22        of experience.

23                    CLIFF BOROFSKY:  In Bexar County.

24                    REPRESENTATIVE ANCHIA:   In Bexar

25        County.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008424

TX_00212050

USA_00023306

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 22 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 143 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

22

1          Before that, any related to elections?

2                    CLIFF BOROFSKY:  Other than a

3     background in government studies --

4                    REPRESENTATIVE ANCHIA:  Okay.

5                    CLIFF BOROFSKY:  -- and teaching

6     politics.

7                    REPRESENTATIVE ANCHIA:  Okay.  In

8     your -- in your experience what would you peg the

9     incidence of fraud is -- as?

10          And without putting a number on it, is it

11     remote, minimal, medium or widespread?

12                    CLIFF BOROFSKY:  I would say

13     occasional.

14                    REPRESENTATIVE ANCHIA:  Okay.

15                    CLIFF BOROFSKY:  And this incident is

16     based on the kind of election you have those sort of

17     things.

18          For instance, I would suggest that they

19     happen more often in school district elections, for

20     whatever reason; I'm not sure.  But there's a great

21     deal of emotion charged up with that.

22          It does happen in some cases with voter

23     registration -- voter applications for ballots by

24     mail.  But I think the system has evolved reasonably

25     well in terms of I.D. at the poll sites.  Even



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212051

USA_00023307

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 23 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 124 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

23

1      previously when we were able to challenge a voter at

2      the poll site, per se, under the challenge

3      procedure, we didn't have that many exceptions in

4      some specific campaigns.  So I wouldn't say that

5      this will address that.  It doesn't move that in

6      either direction.

7                      REPRESENTATIVE ANCHIA:  Okay.  Thank

8      you for your testimony.

9                      CHAIRMAN BOHAC:  Any other questions,

10     Members?  Thank you very much.

11                     CLIFF BAROSKY:

12                     CLIFF BOROFSKY:  Thank you.

13                     CHAIRMAN BOHAC:  The Chair now calls

14     Ken Bailey to testify.  He is with the Texas

15     Democratic Party, and he is here to testify against

16     the bill.

17                     KEN BAILEY:  Thank you, Mr. Chairman.

18             My name is Ken Bailey.  I'm the Political

19     Director of the Texas Democratic Parties.  And as

20     the other people have said, we're opposed to this

21     bill, because we believe that the bill penalizes the

22     voter when we should be trying to train the clerks

23     and train the county workers to where they can I.D.

24     people.

25             And in the opposite of what Representative



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008426

TX_00212052

USA_00023308

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 24 of 69
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 145 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

24

```
 1        Kolkhorst says, I've been using credit cards for a
 2        long time; I don't have to show an I.D.  When I go
 3        to Blockbuster, I show them a little bitty card
 4        that's on my key chain and they click it.  So I,
 5        mean, that's not -- we show a voter I.D. when we
 6        register nowadays, when you get your voter
 7        registration.
 8             My voter registration is not on my person
 9        right now.  It's in my car along with my driver's
10        license -- I mean, my insurance card for my car, but
11        I do have my driver's license.  So if you're
12        requiring that we have both, I think that is
13        requiring more things, when yesterday we were
14        talking how sad a state it is that we only have
15        4 percent of the people to vote, and now we want to
16        put something else on them.
17             We, as a Democratic party, think that we
18        should not do this, that this is enough right here.
19        And more training from the counties is what we would
20        like to see.
21             And I would be happy to answer any
22        questions.
23             CHAIRMAN BOHAC:  Members, do you have
24        any questions?  Thank you very much for your
25        testimony.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008427

TX_00212053

USA_00023309

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 25 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 136 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

25

```
 1              The Chair now calls Alison Brock

 2     representing Unlocking Your Vote Campaign to testify

 3     against the bill.

 4                    ALISON BROCK:  Hello, sir.  How are

 5     you?

 6                    CHAIRMAN BOHAC:  Welcome.

 7                    ALISON BROCK:  Alison Brock, back

 8     once again.  And if I may, Chairman Denny, Chairman

 9     Bohac, present both testimony and comments on your

10     bill as well as Representative Cocourse's bill.

11                    CHAIRMAN BOHAC:  Well, if you would,

12     you just limit your testimony right now to

13     Representative Kolkhors's bill.

14                    ALISON BROCK:  Okay.

15                    CHAIRMAN BOHAC:  And you'll need to

16     fill out another form --

17                    ALISON BROCK:  Okay.

18                    CHAIRMAN BOHAC:  -- for Chairman

19     Denny's bill.

20                    ALISON BROCK:  Got it.

21                    CHAIRMAN BOHAC:  Okay.

22                    ALISON BROCK:  (Inaudible) my comment

23     is brief.  And I think that the Members of the

24     Committee are concerned about voter fraud.  And it's

25     very, very clear.  And I don't think there's anyone
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008428

TX_00212054

USA_00023310

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 26 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 127 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

26

1    in this room that would be encouraging or wanting to

2    support that.  I think we all want to do everything

3    we can to prevent that.

4           My concern with these bills is that if you

5    put the burden on the voter to show proof of

6    identity, there may always be that opportunity that

7    they could go out and provide a false identity.

8    That seems to be going around quite a bit right now

9    and getting a false driver's license.

10          So my -- one of the things I was kind of

11   thinking about was I know that the Secretary of

12   State's office is doing a fantastic job right now of

13   developing a statewide database of all registered

14   voters in the State.  And there will be a point in

15   time - I'm not sure when this will be - where the --

16   at the county level and at the state level they will

17   have a shared statewide database of all eligible,

18   qualified voters.  And they are looking at -- okay.

19   They are looking at trying to get information into

20   that database that would indicate who's qualified

21   and who's not qualified.  And my recommendation to

22   the Committee would be to essentially go down the

23   list of -- in Election Code in terms of who should

24   not be voting to access those databases -- if they

25   exist statewide, access those databases and input to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212055

USA_00023311

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 27 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 148 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

27

 1      the State -- to the Secretary of State's office

 2      database each week those individuals that should not

 3      be registered or should not be voting.  So

 4      (inaudible) list of folks that had deceived, getting

 5      that list over to the Secretary of State's office.

 6              I'm not an expert on their database by any

 7      means and can't speak to it specifically, but that

 8      was just my brief recommendation that, you know,

 9      kind of go into the source of, you know, verifying

10      and coming up with accurate lists at the statewide

11      level.

12              CHAIRMAN BOHAC:  Members, any

13      questions?

14              You did a terrific job.  Thank you.

15              The Chair now calls Don Alexander

16      representing Texas Association of Election

17      Administrators.  He -- he does not wish to testify.

18      He is for the bill.

19              The Chair now calls Bruce Sherbet.  I

20      guess he is representing himself.

21              BRUCE SHERBET:  Thank you, Mr. Chair.

22              CHAIRMAN BOHAC:  And you wish -- you

23      are neutral on the bill?

24              BRUCE SHERBET:  Yes, I am.  I'm

25      (inaudible) county elections administrator, and I'm



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212056

USA_00023312

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 28 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 189 of 302

2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

28

1    neutral on the bill.

2              CHAIRMAN BOHAC:  Would you state your

3    name for the record, please.

4              BRUCE SHERBET:  Yes.  Bruce Sherbet.

5              CHAIRMAN BOHAC:  Thank you.  And

6    you're representing yourself?

7              BRUCE SHERBET:  Yes.  But I'm also

8    the Dallas County Elections Administrator speaking

9    from past experience in this position.  I'm not

10   representing Dallas County, just my position.

11        I've been the administrator since 1987,

12   and I've been in voter registration and other areas

13   of the Election Department since 1980.  And I think

14   the only thing that Cliff was referring to -- Cliff

15   Borofsky from Bexar County, is we have 4700

16   provisional ballots in the last general election,

17   and 940 of those counted.  But of the ones that were

18   rejected, the 3700 that were rejected, a very small

19   number were rejected based on identification, not

20   having identification, meaning they didn't have a

21   voter certificate and had no identification.  So I

22   think that would be a very interesting study to see

23   just throughout the State.

24        I think there are not that many voters

25   that come to vote without either a certificate or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

E S Q U I R E
DEPOSITION SOLUTIONS

TX_00212057

USA_00023313

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 29 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 130 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

29

 1        some form of I.D.  I'm not saying there aren't some

 2        that do, but I think the numbers are not as

 3        significant as you might think they would be.

 4               And one other follow-up things that

 5        Representative Anchia -- in response to the

 6        Section 4 -- I -- I thought before I came in today

 7        that this covers it.  And it may cover it.  I didn't

 8        catch it the other day.  I just saw the first

 9        paragraph of the bill, but it does address if they

10        don't have a voter's certificate, a signed affidavit

11        like they do right now, which is just basically

12        initialing an affidavit that they don't have a

13        certificate and then they present proof.  You have

14        to present proof right now under our laws.  And if

15        you don't have proof, then you vote a provisional

16        ballot and it won't count.  That was pretty much

17        what I wanted to say.

18               But I wanted to follow up on your question

19        and also just address I don't think there are very

20        many voters that I've seen rejected so far.  And

21        there -- you get -- those are very easy to obtain,

22        because we all have to maintain our provisional

23        ballots and why they were rejected.  So I think you

24        could probably get that information pretty easily.

25                   CHAIRMAN BOHAC:  Members, any



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212058

USA_00023314

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 39 of 69
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 151 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

30

1      question for the witness?

2                   Representative Anchia.

3                        REPRESENTATIVE ANCHIA:  Thank you,

4      Bruce.

5            I appreciate your hard work up in Dallas

6      County, and you do a fantastic job and are very,

7      very fair.

8            It is -- is it your testimony that in fact

9      the section I described earlier, Section 4, Sub A,

10     would allow one, if one did not have their -- their

11     voter registration card, to present some forms of

12     I.D. as required by Section 1B, Sub 1 and Sub 2, and

13     then be eligible to vote?

14                   ANN MCGEEHAN:  That's how -- that's

15     how I read it.  I know Secretary of State -- they're

16     shaking their head yes.  And I didn't catch that

17     until right before I came into this -- this room, so

18     I didn't catch it the other day when I saw the bill.

19                   REPRESENTATIVE ANCHIA:  So -- so it's

20     the substance of your testimony that you believe

21     this is a reasonable requirement to -- to place on

22     voters in order to exercise their franchise, and it

23     would not disenfranchise people, your -- your

24     experience as a county administrator for 20 --

25                   BRUCE SHERBET:  Well, 25 years in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212059

USA_00023315

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 31 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 152 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

31

1    elections, but 18 as administrator.

2                REPRESENTATIVE ANCHIA:  As the

3    administrator.

4         And it's also your testimony that there's

5    very -- your experience is that there's a very low

6    incidence of persons that come to the polling

7    location without either their certificate for -- or

8    some other forms of identification that would

9    satisfy Section 1, Sub B1 and 2?

10               BRUCE SHERBET:  Right.  And I agree

11   with that.

12        And I would say that right now this is a

13   transparent bill, because under our current law if

14   you don't have your certificate and you don't have

15   I.D., you vote provisionally.  It doesn't count

16   anyway.  So this really isn't changing anything.

17   It's requiring I.D., but it's also required right

18   now under our law.  And if you don't have an I.D.,

19   if you don't have your certificate and you don't

20   have an I.D., then it's provisional.  It didn't

21   count.

22        So I don't see what the difference is with

23   this bill, to be honest with you.

24               REPRESENTATIVE ANCHIA:  And do you --

25   what has been your experience in terms of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212060

USA_00023316

 1          identification fraud in elections during your --

 2          your 25 years being involved in elections?

 3                        BRUCE SHERBET:  Well, I can tell you,

 4          people indicted, I don't know of any single cases of

 5          anyone indicted in Dallas County for that purpose.

 6                   You do hear concerns from time to time

 7          about this being a problem.  And I know it's

 8          something that's being addressed not just in this

 9          state but other states.  But personally we haven't

10          had any indictments.

11                        REPRESENTATIVE ANCHIA:  Right.

12                        BRUCE SHERBET:  And that's all I can

13          base that on other than people who have concerns and

14          express them to us.

15                        REPRESENTATIVE ANCHIA:  Thank you for

16          your testimony.

17                        CHAIRMAN BOHAC:  Thank you very much.

18                   The Chair now recognizes Frank Reilly with

19          the Republican Party of Texas, who is for the bill.

20          He does not wish to testify.

21                   We now will recognize Anne McAfee

22          (phonetic), representing herself.  And she is

23          retired.  And she is against the bill.

24                        UNDENTIFIED REPRESENTATIVE:  She is

25          not here.  What do we do?  She already checked in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008435

TX_00212061

USA_00023317

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 33 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 134 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

33

1       the "Y".

2                   CHAIRMAN BOHAC:  Ms. McAfee is not

3       here to testify.  So we will now call -- the Chair

4       now calls Ann McGeehan from the Secretary of State's

5       office.  She is neutral on the bill, and she is here

6       as a resource witness, Members.  So if you have any

7       questions for Ann, if you would introduce yourself.

8                   ANN MCGEEHAN:  Ann McGeehan with the

9       Elections Division of the Secretary of State's

10      office.

11          I did have one point to make on the bill

12      that -- it's really just a question.  But it's --

13      it's not clear the way the bill is drafted if

14      somebody did not have identification whether they

15      could vote a provisional or not.

16          Right now the existing administrative

17      rules that the Secretary of State adopted last year

18      provided if someone has no identification, they vote

19      a provisional but it doesn't get counted.

20          In House Bill 1402 there's not a direct

21      reference that says if a person does not have

22      identification they vote provisionally.  So I just

23      wanted to point that out, unlike House Bill 1706

24      where there is a direct reference to provisional

25      voting.  So I just wanted to raise that.  I don't



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212062

USA_00023318

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 34 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 155 of 302
2005 (79R) HB 1706 House Elections/Voter                        March 17, 2005

34

```
 1      know if that was the intent of the Representative or
 2      not, that if someone didn't have I.D. that they
 3      would vote provisionally.
 4                  CHAIRMAN BOHAC:  Any other questions?
 5      All right.  The Chair recognizes Representative
 6      Hughes.
 7                  REPRESENTATIVE HUGHES:  Thank you.
 8      Just to make sure I understand -- and I appreciate
 9      you pointing that out.  Let's say House Bill 1402
10      were to become law.  Would the Secretary of State's
11      office then take that to mean an intent that we
12      didn't have those provisional ballots --
13                  ANN MCGEEHAN:  Well, that's why I
14      raised --
15                  REPRESENTATIVE HUGHES:  -- I mean,
16      why did you raise it -- I mean --
17                  ANN MCGEEHAN:  -- because -- well, I
18      guess we -- we'd have to get with the sponsor.  But
19      we could interpret that to mean that the legislative
20      intent was to not allow someone to --
21                  REPRESENTATIVE HUGHES:  Right.
22                  ANN MCGEEHAN:  -- vote a provisional
23      if they didn't have --
24                  REPRESENTATIVE HUGHES:  Right.
25                  ANN MCGEEHAN:  -- an I.D.  But this
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212063

USA_00023319

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 35 of 69
Case 5:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 136 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

35

1    was something in our rule.

2                    REPRESENTATIVE HUGHES:  Right.  I'm

3    glad you pointed that out.

4                    ANN MCGEEHAN:  If they didn't have

5    I.D.

6                    CHAIRMAN BOHAC:  Thank you very much.

7                    ANN MCGEEHAN:  Thank you.

8                    CHAIRMAN BOHAC:  The Chair now calls

9    Nina Perales.  She does not wish to testify.  She is

10   with the Mexican American Legal Defense and

11   Educational Fund, and she would like to be read into

12   the record as being against the bill.

13                   Anyone else wishing to testify for, on or

14   against House Bill 1402?

15                   The Chair will now close on House Bill

16   1402, since Representative Kolkhorst is not here.

17   Then the Chair will leave House Bill 1402 pending,

18   which is the custom of this Committee.

19                   Now, the Chair lays out House Bill 1382 by

20   Representative Jones.

21                   Representative Jones, if you could explain

22   your bill.  I understand there is a substitute to

23   this bill.  And Representative Hughes offers

24   Committee Substitute -- the Committee Substitute to

25   House Bill 1382.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212064

USA_00023320

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 36 of 69
Case 5:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 157 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

36

1           REPRESENTATIVE JESSE JONES:  Thank

2      you very much, Mr. Chairman, and the Members of the

3      Committee and Chairman Denny.

4           This is kind of similar, but a little --

5      almost a little clean-up deal in terms of The League

6      of Women Voters every once in a while turns out a

7      little sheet like this, you know, with some -- and

8      this one is a top five risk to eligible voters with

9      some solutions.  And (inaudible).  And it happens to

10     be one that's listed here in the first little dot

11     that's here.  The package here says, "Provide timely

12     notice to the voter before (inaudible) person is

13     (inaudible) so that corrections be -- can be made."

14          And there are a number of reasons why a

15     person may be -- may be purged.  And the law now

16     requires that timely notice -- well, I believe it

17     said immediately -- immediate notice should be --

18     should be given at this time.

19          Inasmuch as many of us have had some

20     experience with deliberate speed, our -- that

21     (inaudible) go for some years, we've kind of wanted

22     to put a little bit of -- kind of bracket that in

23     terms of some reasonable time.

24          If a person happens to be purged

25     erroneously or -- and even if one just doesn't catch



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212065

USA_00023321

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 37 of 69
Case 5:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 158 of 302
2005 (79R) HB 1706 House Elections/Voter                        March 17, 2005

37

1       maybe just a very few individuals every once in a

2       while, we agreed to -- if we take someone off the

3       role, they should not be taken off the role for any

4       reason and they are disenfranchised, then I think

5       perhaps it -- it -- it kind of causes us to -- to

6       question the system to an extent.

7              And so we thought perhaps it would be

8       appropriate that having just to have persons

9       notified immediately that we give a timeframe, but

10      not later than 30 days after the date of the voter's

11      registration has been canceled.  And so we think

12      that's reasonable.  Just a minor adjustment to the

13      law.  And that might perhaps have to take this --

14      they only have two in that category, The League of

15      Women Voters, if this should happen to pass.

16             And I would be pleased to respond to some

17      questions.

18             CHAIRMAN BOHAC:  Thank you,

19      Representative Jones.

20             Members, are there any questions?

21             The Chair will now call Cliff Borofsky

22      representing Bexar County.  He is against the bill.

23             CLIFF BOROFSKY:  Hi.  Cliff Borofsky,

24      Bexar County Elections Administrator.  Actually, I

25      wanted to come on and say I changed.  I'm for the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008440

TX_00212066

USA_00023322

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 38 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 189 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

38

1    bill, because I saw the substitute after I came in.
2    And one of the portions of 16032 [sic] that was in
3    there has been removed in the substitute.  And that
4    would have required a notice to the people who were
5    purged after November, which would have been, of
6    course, thousands of letters, probably 65 to 70,000
7    in our county, to people that hadn't been where they
8    were for four years.  So there wouldn't be any point
9    in sending them a letter on a practical basis.  And
10   my understanding is that 16032 is no longer in that,
11   so I wish to say now I'm in support of that bill.
12                   CHAIRMAN BOHAC:  Any questions for
13   the witness?  Cliff, if you --
14                   CLIFF BOROFSKY:  Yeah.
15                   CHAIRMAN BOHAC:  -- you come up and
16   change your witness affirmation form that would be
17   terrific and then just initial it.  Thank you very
18   much.
19        The Chair now calls Mary Finch (phonetic)
20   with The League of Women Voters.  She is for the
21   bill, but she does not wish to testify.
22        The Chair now calls Don Alexander with the
23   Texas Associations of Elections Administrators.  He
24   is against the bill.
25                   DON ALEXANDER:  Afternoon, Mr.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212067

USA_00023323

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 38 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 180 of 302
2005 (79R) HB 1706 House Elections/Voter                      March 17, 2005

39

1    Chairman.  Don Alexander, Elections Administrator,

2    Denton County and president of Texas Association of

3    Election Administrators.

4         I was against the bill until I just

5    learned that 16032 was removed from the bill.  So I

6    will now change my position and be in favor of the

7    bill.

8         CHAIRMAN BOHAC:  Certainly.  If you

9    would come up and change your information form.

10   Just initial it.  Thank you very much.

11        Members, any questions?

12        The Chair now calls George Hammerlein.  I

13   think he is with Paul Bettencourt's office, the

14   Harris County Tax Office, and he is neutral on the

15   bill.  Could you introduce yourselves and tell --

16        GEORGE HAMMERLEIN:  Hi.  I'm George

17   Hammerlein, Harris County Tax Office, Director of

18   Voter Registration.  And in light of the change --

19   the substitute, we're now for the bill.  Any

20   questions?

21        CHAIRMAN BOHAC:  George, would you

22   mind coming up here and changing your witness

23   affirmation form?  See what a substitute can do?

24        UNDENTIFIED REPRESENTATIVE:  Did he

25   testify?  (Inaudible).



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008442

TX_00212068

USA_00023324

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 40 of 69
Case 12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 181 of 302
2005 (79R) HB 1706 House Elections/Voter                                March 17, 2005

                                                                      40

 1              CHAIRMAN BOHAC:  The Chair will now

 2      call Suzy Woodford.  I think she is not here.  She's

 3      with Common Cause Texas.  But she is for the bill.

 4      Oh, she is here.

 5              SUZY WOODFORD:  I just want to be

 6      shown in favor of the bill.

 7              CHAIRMAN BOHAC:  She is in favor of

 8      the bill, but does not wish to testify.

 9              The Chair now calls Ken Bailey.  He is

10      with the Texas Democratic Party.  He is for the

11      bill.  He does not wish to testify.

12              The Chair now calls Anne McAfee.  She is

13      retired.  She wishes to represent herself and she is

14      for the bill.  And I would suspect she's not here.

15              And our last witness, Bruce Sherbet,

16      representing himself.  He is for the Committee

17      Substitute.

18              BRUCE SHERBET:  Thank you, Mr. Chair.

19      Just real briefly I want to thank Dr. Jones for his

20      immediate attention to this concern.  And I remember

21      that my wife told me to immediately clean my garage

22      about four months ago, so I'm really happy that he

23      put a time limit on that.  Just don't tell my wife

24      that, please.

25              CHAIRMAN BOHAC:  Is there anyone



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008443

TX_00212069

USA_00023325

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 41 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 162 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

41

1    wishing to testify on, for or against the bill?  If

2    not, we will recognize Representative Jones to close

3    on House Bill -- let me see what this number is.

4    1382.

5              REPRESENTATIVE JESSE JONES:  I simply

6    want to talk to Representative Hughes.  I'm also

7    from east Texas, so (inaudible) over this bill.

8         But it's a -- it's something that we have

9    not taken notice of.  Should go beyond 30 days and

10    has overlapped the time that a person would normally

11    vote or have an opportunity to correct it.  Even be

12    able to pick up one individual, one error, I think

13    it's worth the change.  Thank you.

14              CHAIRMAN BOHAC:  Thank you,

15    Representative Jones.  Any other questions, Members?

16              REPRESENTATIVE JONES:  Thank you.

17              CHAIRMAN BOHAC:  Slight change of

18    plans.  We had a witness affirmation form that was

19    handed a little bit late.  We now -- the Chair would

20    now like to re-layout House Bill 1382 and recognize

21    Elizabeth Winn with the Secretary of State's office.

22    She is listed as a resource witness.  Any questions,

23    Members?

24         If not, the Chair will close on House Bill

25    1382 and leave it pending, which is customary for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008444

TX_00212070

USA_00023326

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 42 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 163 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

42

```
 1      this Committee.
 2              The Chair will now lay out House Bill 1269
 3      by Bohac and recognize Representative Bohac to lay
 4      out his bill, and I will do that.
 5              I'll be quick.  House Bill 1269 has to do
 6      with the manner in which a voter can update the
 7      voter registration information.  Under current law
 8      registered voters have the option of correcting
 9      their registration information using a small space
10      on the back of their voter registration certificate
11      and returning it to the registrar.  I'll show that
12      to the Members.
13              Due to the limited space on the back of
14      the certificate, it is often difficult for the Voter
15      Registrar's office to read the corrected
16      information, because, believe me, the lines are
17      extremely tiny.  And the certificate form itself has
18      proven to be problematic -- a problematic form for
19      making these important updates.  House Bill 1269
20      would require voters to submit a new voter
21      registration application to correct their
22      information making it easier for both the voter and
23      the Voter Registrar and ensuring that the voter's
24      records are accurately updated.  Current law already
25      requires that a voter registration application
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212071

USA_00023327

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 43 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 164 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

43

1      provide a space or box for indicating whether the

2      applicant or voter is submitting a new registration

3      information or a change in current registration

4      information.  House Bill 1269 would simply change

5      the wording on the back of the certificate to

6      instruct the voter to submit a new voter

7      registration application with the correct

8      information.

9           By law, the certificate is already

10     required to provide the registrar's telephone

11     number.  If a vote -- if a voter needs to update

12     their address or make any other change to their

13     certificate all they have to do is make a phone call

14     to the registrar and the -- a card will be mailed

15     out postage paid.  They can also call the Secretary

16     of State's office whose name is also presented on

17     the certificate.

18          Here's the main reason for the bill.  I

19     filed this bill to end the confusion by using the

20     certificate as an updated form.  When a Voter

21     Registrar mails out a new voter registration

22     certificate all the ones with bad addresses are then

23     returned to the registrar by the Post Office.  It is

24     very difficult to tell what is a return due to a bad

25     address for a voter -- or voter information



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212072

USA_00023328

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 44 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 165 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

44

1      correction when they come back to the county.  If a

2      mistake is made on the receiving end, a voter could

3      accidentally end up on the suspense list with the

4      rest of the return certificates instead of having

5      their information updated.

6              This along with the lack of space and the

7      fact that the voter's information is often

8      illegible, because these two tiny lines are

9      virtually impossible to get anything into less than

10     your name, is why I believe we need to use the voter

11     registration application form and keep the thing

12     separate.

13             Any questions, Members?

14             The Chair now calls George Hammerlein with

15     the Harris County Tax Office to testify for the

16     bill.

17             GEORGE HAMMERLEIN:  George

18     Hammerlein, Harris County Tax Office.  We favor the

19     bill a lot -- I guess for the main reason as you've

20     already laid out.  When we do our voter registration

21     card mail-out we get hundreds of thousands of them

22     back anyway because they're undeliverable.  And then

23     when these people add the corrections in with the

24     Chapter 9 money we get, you know, some of the people

25     are temporary workers.  They'll miss a small hand



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008447

TX_00212073

USA_00023329

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 45 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 186 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

45

```
 1      notation.  People put corrections at various parts
 2      in the card.  It's not always just even in those
 3      lines.  They'll just circle one thing and put a line
 4      here, and you don't know if it's someone mailing it
 5      back because they don't live here anymore or, you
 6      know, they're re-spelling the middle name.  It adds
 7      a lot of confusion.  They're ineligible -- or
 8      unlegible actually to read.  So we think trying to
 9      start over is a lot better than the system we have
10      now, because we end up with big stacks of them that
11      no one can decipher what the changes are, are there
12      any changes.
13                  CHAIRMAN BOHAC:  Chair recognizes
14      Representative Hughes.
15                  REPRESENTATIVE HUGHES:  And thanks
16      for the insight into letting us know how this works.
17              I'm curious, what is the procedure when
18      this happens?  Do you try to contact them at the old
19      address or what -- what do you -- what do we do?
20                  GEORGE HAMMERLEIN:  Well, on these
21      we'll assume that the address is good and they're
22      just trying to change something else.  So it
23      resulted in a letter being mailed to them saying,
24      you know, we have received your attempt to modify
25      your voter registration.  Could you please tell us
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008448

TX_00212074

USA_00023330

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 46 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 167 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

46

1    what you trying to do.

2                    REPRESENTATIVE HUGHES:  Okay.

3                    GEORGE HAMMERLEIN:  And we usually

4    just mail them a new card inside an envelope and

5    say, you know, please put this in here, what you

6    were trying to do.

7                    But the majority of them are -- you

8    know, you can't read them, so -- and then I think a

9    lot of times will be result of people inadvertently

10   being put on the suspense list, because we think

11   it's the temporary workers that are working --

12   they're returned mail.  Just assume it's a bad

13   address with all the -- with all the other ones that

14   go out, and they'll get in that stack.  So I think

15   it is a safety mechanism to keep people off the

16   suspense list, to be put there inadvertently.

17                   CHAIRMAN BOHAC:  Any other questions

18   for George?  Thank you, Mr. Hammerlein.

19                   .

20                   CHAIRMAN BOHAC:  The Chair now calls

21   Suzy Woodford for Common Cause Texas here to testify

22   against the bill.

23                   SUZY WOODFORD:  My name is Suzy

24   Woodford.  I'm the Executive Director of Common

25   Cause.  And after hearing the explanation of what



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008449

TX_00212075

USA_00023331

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 47 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 168 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

47

1      you were trying to (inaudible) and the problem that

2      you were trying to solve, we will now register for.

3                   CHAIRMAN BOHAC:  Okay.  Thank you.

4      Would you mind coming up here, Suzy and correcting

5      your witness affirmation form?  Thank you, Suzy.

6             The Chair new calls Cliff Borofsky

7      representing Bexar County.  He is here to testify

8      for the bill.

9                   UNDENTIFIED REPRESENTATIVE:  Mr.

10     Chairman.

11                  CLIFF BOROFSKY:  Cliff Borofsky,

12     Bexar County Elections Administrator.  You know,

13     sitting back there and we were discussing the rare

14     pros and cons of this bill, and it's a good bill

15     because it does clarify a lot of things.  It does

16     give you enough space.  We have some of the same

17     challenges albeit a bit less in volume than Harris

18     County has.

19             The only concern I have, per se, that is

20     if the voter sends us a new card and the letter of

21     the information is not the same there's some small

22     risk of creating a duplicate record.  If they leave

23     out a middle initial they use a different set of

24     that.  That -- there's a small risk.  Otherwise, I

25     think that this can be an either/or on this.  It



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212076

USA_00023332

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 48 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 189 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

48

```
1     will create more cards, I think.  So I'm -- I'm
2     actually more neutral on this than for, but you can
3     leave me as for.  I just wanted to throw out that
4     caution.
5               CHAIRMAN BOHAC:  Okay.  And are there
6     any questions for Mr. Borofsky?  Representative
7     Hughes.
8               REPRESENTATIVE HUGHES:  Thank you for
9     pointing that out.  Do you have any thoughts on what
10    we might do to mitigate that problem?  I mean, your
11    concern that it's a new card and we end up with two
12    records.
13              CLIFF BOROFSKY:  I --
14              REPRESENTATIVE HUGHES:  Don't let me
15    stop you.  It's what you do.
16              CLIFF BOROFSKY:  No.  Great question.
17    Sure.
18          Since the print on the back of the card is
19    already unreadable, make it smaller [sic] or
20    increase the space.
21              REPRESENTATIVE HUGHES:  Okay.
22              CLIFF BOROFSKY:  We just increase the
23    size of the space on the back of the card and cut
24    some of the language.
25              REPRESENTATIVE HUGHES:  That's not a
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008451

TX_00212077

USA_00023333

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 49 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 170 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

49

1    bad idea.

2                        CLIFF BOROFSKY:  Practical.

3                        REPRESENTATIVE HUGHES:  Or maybe make

4    the card larger.  I don't know if that's --

5                        CLIFF BOROFSKY:  They have --

6                        CHAIRMAN BOHAC:  We practice

7    legislation along with folks like yourself to try to

8    make it very, very good.

9              I think there's a space on the voter

10   registration card already that says this is a change

11   of address.  Is that right --

12                       UNDENTIFIED REPRESENTATIVE:  (Inaudib

13   le).

14                       CHAIRMAN BOHAC:  Yeah.  So all they

15   would really have to do is maybe make the box bigger

16   to say what they're filling out is a change of

17   address --

18                       REPRESENTATIVE HUGHES:  So they know

19   it's not new registration when we get it.

20                       CLIFF BOROFSKY:  It's tiny.  Have you

21   seen it lately?

22                       CHAIRMAN BOHAC:  On, no, I know

23   that's tiny.  I'm saying on the voter registration

24   card.

25                       CLIFF BOROFSKY:  Oh yeah, on the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008452

TX_00212078

USA_00023334

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 59 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 111 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

50

1    card, sure.

2                    CHAIRMAN BOHAC:  On the registration

3    card.

4                    CLIFF BOROFSKY:  (Inaudible) on the

5    card or on the back.

6                    CHAIRMAN BOHAC:  Thank you.  Any

7    other questions Members?  Thank you for your

8    testimony.

9                    CLIFF BOROFSKY:  Yes.

10                    CHAIRMAN BOHAC:  The Chair now called

11   Ken Bailey with the Texas Democrat Texas parties.

12   He is against the bill.  Please introduce yourself,

13   Ken, and tell us who you're with.

14                    REPRESENTATIVE JONES:  Thank you, Mr.

15   Chairman.  My name is Ken Bailey.  I'm the political

16   director of the Texas Democratic parties.  And like

17   the previous witness, I really don't have a problem

18   if it's an/or.  But if that's the only way you can

19   do it is have to spill out a new card, what if it's

20   just the zip code that's bad?  You know, I should be

21   able to strike out and recollect it.  Or if you make

22   it a little bigger where they can do it.  That's our

23   only problem with the bill.

24                    CHAIRMAN BOHAC:  Okay.  Any other

25   questions, Members?  Thank you very much.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008453

TX_00212079

USA_00023335

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 51 of 69
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 112 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

51

1          The Chair now recognizes Anne McAfee.  She

2     is representing herself.  She is against the bill,

3     but she is not here to testify.

4          Chair now recognizes Bruce Sherbet

5     representing himself.  He is against the bill.

6          BRUCE SHERBET:  Thank you,

7     Mr. Chairman.

8          Bruce Sherbet, Dallas County.  I'm

9     concerned with this bill, because we get probably

10    20,000 (inaudible) when we mail out new voter cards

11    with addresses on them for correction.  And these

12    voters don't have to go find a voter application

13    anywhere.  It's right there in front of them.  They

14    fill them out.  And I know that there -- there are

15    some justified reasons for this, and I don't doubt

16    that.  And one of the ones not mentioned is

17    sometimes we don't have the birthdate, we need to

18    update our records or we don't have a driver's

19    license, and we need to update that record, too.

20    But for the voter's sake, it just seems to me that

21    we're making them go find a voter application when

22    they have a certificate, they can just put that

23    information on it.  And I think you'll see that

24    there are some that we have to send notices to them,

25    get corrections, some we can't determine what it is.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008454

TX_00212080

USA_00023336

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 52 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 173 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

52

 1          By far, well over 90 percent of ours
 2     we're -- we're able to change their address and get
 3     it done with the voter not having to take one other
 4     step, but just putting their information on the back
 5     of that voter card and sending it in.  We've been
 6     doing this for 25 years at least.  I mean, I've been
 7     in elections for 25 years.  So I just had some
 8     problems understanding.
 9          I know that makes our job easier, but it's
10     not making the voters' job easier if they have to go
11     find a reporter application.  So that's why I wanted
12     to go on record today saying personally, as Dallas
13     County Elections Administrator, I just think it has
14     some problems.  I don't see the benefits outweighing
15     the problems for the voter trying to find a voter
16     application.  Well, we're trying to make this
17     something easier over the last few years and not
18     make it something more difficult.
19               CHAIRMAN BOHAC:  Sure.  Thank you.
20     Members, do you have any questions for the witness?
21     If not, thank you very much.
22          The Chair will now call Mr. Don Alexander
23     with the Texas Association of Election
24     Administrators.  Actually, he does not wish to
25     speak, but he wants to be on the record being for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212081

USA_00023337

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 53 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 174 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

53

```
 1      the bill.

 2              Our final witness, as far as I know, is

 3      Elizabeth Winn for the Secretary of State's office.

 4      She is here as a resource witness, and of course she

 5      is neutral on the bill.

 6              Members, any questions for Elizabeth?

 7              I will now recognize myself to close on

 8      House Bill -- what is my number?  House Bill 1269.

 9      And, Members, I would ask that you would report this

10      bill favorably to the general calendar.  And that

11      will close on my bill.

12              And now the Chair will recognize Chair --

13      oh, I'm sorry.  Let me back up for a moment.  We

14      will leave the House Bill 1269 pending, as is

15      customary.

16              And the Chair will now recognize

17      Representative Denny, Chairwoman Denny, to explain

18      House Bill -- let me see what that number is.  House

19      Bill 1706.

20              CHAIRWOMAN DENNY:  Thank you, Mr.

21      Chairman.  It's great being here.  You're doing a

22      terrific job.  Thank you all.

23              Mr. Chairman, Members, to vote a regular

24      ballot, voters are only required to present their

25      voter registration certificate to a poll worker.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212082

USA_00023338

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 54 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 175 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

54

<pre>
 1      While this practice attempts to ensure that only
 2      registered voters receive a regular ballot on
 3      election day, it leaves a potential loophole for
 4      fraud individuals that are not required to show
 5      identification to register to vote.
 6              Because of this, it is possible for an
 7      unscrupulous individual to submit several false
 8      filed voter registration applications and to receive
 9      the voter registration certificates for the fake
10      individuals.
11              With the current process, no statutory
12      standards exist to verify the identity of
13      individuals at the polling place when they present a
14      voter registration certificate.
15              House Bill 1706 amends the Election Code
16      by providing that on offering to vote, a voter must
17      present either one form of photo identification or
18      two different forms of non-photo identification in
19      addition to the voter's registration certificate.
20      If the voter's identity can be verified from the
21      proof presented and the voter complies with existing
22      provisions relating to eligibility to vote, the bill
23      requires that the voter be accepted for voting.
24              The bill provides a person who fails to
25      show either a photo identification or two forms of
</pre>



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212083

USA_00023339

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 55 of 69
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 176 of 302

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

55

1      non-photo identification is authorized to vote a

2      provisional ballot only.

3             House Bill 1706 modifies the list of

4      acceptable forms of identification for the purposes

5      of voting.  The bill provides that the following are

6      acceptable forms of identification:  A driver's

7      license or personal identification card issued by

8      the Department of Public Safety that is not expired

9      or has expired within two years of the date of

10     presentation; a U.S. military identification card

11     containing the person's photo -- containing the

12     person's photograph; a valid employee identification

13     card containing the person's photograph; a U.S.

14     citizenship certificate that contains the person's

15     photograph; a U.S. passport issued to the person; a

16     student identification card issued by a public or

17     private institution of higher education located in

18     Texas that contains the person's photograph, or a

19     license to carry a concealed handgun issued by DPS.

20            The bill provides that the following are

21     acceptable forms of non-photo identification:  A

22     copy of a current utility bill, a bank statement, a

23     current check, paycheck or other government document

24     that shows the name and address of the voter;

25     official mail addressed to the person by name from a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008458

TX_00212084

USA_00023340

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 56 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 17 of 302
2005 (79R) HB 1706 House Elections/Voter                         March 17, 2005

56

1    governmental entity; a certified copy of a birth

2    certificate or other acceptable -- acceptable

3    document confirming birth; U.S. citizenship papers;

4    original or certified copy of a person's marriage

5    license or divorce decree; court records of a

6    person's adoption or name or sex change;

7    identification card issued by a governmental entity

8    for the purpose of obtaining public benefits

9    included Veterans' benefits including Medicaid or

10   Medicare; temporary driving permit issued to the

11   person by DPS; a pilot's license benefit (inaudible)

12   by an authorized federal agency; temporary library

13   card containing the person's name issued by a public

14   library located in this state or hunting or fishing

15   license issued to the person by the Parks and

16   Wildlife Department.

17          The bill removes driver's license or photo

18   identification card issued by another state, any

19   forms of identification containing a person's

20   photograph that establishes the person's identity

21   and any other forms of identification prescribed by

22   the Secretary of State from the list of acceptable

23   identification.

24          The bill prohibits DPS from collecting a

25   fee for personal identification certificate if the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212085

USA_00023341

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 57 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 178 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

57

```
 1         person applying for the certificate executes an

 2         affidavit stating that the person is financially

 3         unable to pay the required fee.

 4              The bill also requires the person to be a

 5         registered voter and present a valid registration

 6         certificate or be eligible for registration and

 7         submit a registration app -- application in order

 8         for the fee to be waived.

 9              I might also make the Committee aware that

10         in the U.S. Senate, as a follow-up to HAVA, a bill

11         has been filed that will require this very thing.

12         And along with it, will come the formal funding as

13         it did with HAVA.  So we can expect within, oh,

14         however long it takes them to pass bills, to do it,

15         within, I'd say, two to four years, this type of

16         legislation being mandated to the states.  But, of

17         course, the funding comes with it.  And I did put a

18         rider in the appropriations bill, and you'll notice

19         the fiscal notes you have.  I was very pleased to

20         see that that came in much, much lower than I had

21         estimated.  I put in a $12 million fiscal note on

22         the rider that I put into appropriations, and it

23         came in at only 130,000 a year, which I was very,

24         very pleased with, because that -- most people do

25         have driver's licenses or state-issued I.D.s, and
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212086

USA_00023342

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 58 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 179 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

58

1    DPS did not anticipate that that was going to be a

2    very expensive thing for them.  So that was indeed

3    good news.

4         While I am explaining this bill, I wanted

5    to address just a couple of things that I think were

6    brought up within Representative Kolkhors's bill

7    that's very similar in nature to this was being

8    discussed.  And as I mentioned here, you know, we

9    don't show I.D. when we register to vote now.  It's

10   very simple to register.  You just fill out a card,

11   and nothing prevents people from registering for

12   family members and even friends.  And you could even

13   sign the signature for your family member, which is

14   fine under current law, but it -- it certainly does

15   make things difficult when you show up to vote.

16        We have had numerous examples, especially

17   with early voting by mail when people show up on

18   election day to vote and they've been notified --

19   they are notified at that time that they've already

20   voted.  And they say, "No, I haven't."  But someone

21   did vote for them.  And this is just a -- an attempt

22   to make sure that you are who you say you are.  And

23   when you show up to vote, your vote and that

24   precious right that you have is protected and that

25   no one can take that away from you and that you are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008461

TX_00212087

USA_00023343

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 58 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 180 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

                                                                    59

1      who you say you are.  And as Representative

2      Kolkhorst said, it is our precious right.  We -- our

3      forefathers have fought and died for us to have this

4      right.  And simply showing who you are is, I think,

5      the least we can ask of -- of people.

6                  And I'll be happy to entertain any

7      questions that the Committee may have.

8                        CHAIRMAN BOHAC:  Yes.  Representative

9      Hughes.

10                       REPRESENTATIVE HUGHES:  Mr. Chair, I

11     think I understand.  So the fiscal note, then, that

12     is the cost to DPS for issuing the state I.D.s for

13     folks who state that they can't -- that they're

14     unable to pay for it?

15                       CHAIRWOMAN DENNY:  That's correct.

16                       REPRESENTATIVE HUGHES:  That was the

17     only expense, I guess.  Is that right?

18                       CHAIRWOMAN DENNY:  Yes.

19                       REPRESENTATIVE HUGHES:  Thanks.  I

20     thought so.

21                       CHAIRWOMAN DENNY:  And when the

22     federal law passes and is handed down, the -- then

23     they will then pass to the states the money to pay

24     for that.  So this will not be an ongoing recurring

25     expense.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008462

TX_00212088

USA_00023344

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 68 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 181 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

60

| | |
|---|---|
| 1 | REPRESENTATIVE HUGHES:  Yes, ma'am. |
| | And so -- and DPS -- I guess this is obvious, but |
| 2 | |
| 3 | DPS is waiving the fees for those cards so this |
| 4 | doesn't become a sort of back door poll tax.  Right? |
| 5 | CHAIRWOMAN DENNY:  No. |
| 6 | REPRESENTATIVE HUGHES:  That's the |
| 7 | point -- |
| 8 | CHAIRWOMAN DENNY:  That's the whole |
| 9 | point of it. |
| 10 | REPRESENTATIVE HUGHES:  Right.  Okay. |
| 11 | CHAIRWOMAN DENNY:  Okay. |
| 12 | REPRESENTATIVE HUGHES:  Right. |
| 13 | CHAIRWOMAN DENNY:  Because we don't |
| 14 | want anyone who would not be able to afford these to |
| 15 | have to pay.  Actually, would (inaudible). |
| 16 | CHAIRMAN BOHAC:  In the interest of |
| 17 | time and witnesses, we've taken testimony on a |
| 18 | similar bill already.  So I know that Representative |
| 19 | Anchia has a plane flight he has to catch by 5:00 |
| 20 | o'clock, so -- and I'm -- some of you all have time |
| 21 | commitments, as well.  So if you could please come |
| 22 | up here, state your name and tell us, without being |
| 23 | too redundant, why you are against this very similar |
| 24 | bill, I would really appreciate, for, on or against |
| 25 | this very similar bill. |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212089

USA_00023345

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 61 of 69
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 182 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

61

```
 1          And the Chair would now like to call
 2     Skipper Wallace, representing the Texas Republican
 3     County Chairman Association Legislative Committee.
 4     He is for the bill.
 5               SKIPPER WALLACE:  Mr. Chairman, I
 6     appreciate the opportunity to come before you all
 7     today.  I just want to say that the Texas County
 8     Chairmens Association is in support of this bill.
 9     We feel like it would be a good measure to help
10     clean up some of the problems we've had in our
11     election process.  We know we've got some problems,
12     and we're all trying to do the same thing of get
13     everybody that is eligible to vote the ability to
14     vote.  Thank you.
15               CHAIRMAN BOHAC:  Any -- any
16     questions, Members?  Thank you very much for coming.
17          The Chair now calls Bruce Sherbet.  He is
18     representing himself.  He is neutral on the bill.
19     Bruce, if you could introduce yourself.
20               BRUCE SHERBERT:  Bruce Sherbet.
21     Mr. Chair, I would be redundant to say anything
22     else.  We have rested on Kolkhorst bill about just
23     making sure you don't have to show a certificate and
24     an I.D.  Correct?
25               CHAIRMAN BOHAC:  So your concern is
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008464

TX_00212090

USA_00023346

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 62 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 183 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

62

```
 1        about showing a certificate and I.D.?

 2                        BRUCE SHERBERT:  That was my biggest

 3        concern.

 4                        CHAIRMAN BOHAC:  All right.  Thank

 5        you.

 6                        REPRESENTATIVE ANCHIA:  Mr. Chair, I

 7        have a question.

 8                        CHAIRMAN BOHAC:  Chair recognizes

 9        Representative Anchia.  Sorry about that.

10                        REPRESENTATIVE ANCHIA:  That's okay.

11             Mr. Sherbet, do you have the same concern

12        that was articulated, I can't remember if it was by

13        you or another witness, that in the explicit -- in

14        the bill that people be able to vote a provisional

15        ballot to the extent they do not have any I.D.?

16                        BRUCE SHERBERT:  Absolutely.  And I

17        know -- I mean, Ms. Ann McGeehan brought that up,

18        and I totally agree with that.  I missed that.  So

19        yes.

20                        REPRESENTATIVE ANCHIA:  Thank you.

21                        CHAIRMAN BOHAC:  Any other questions?

22        Thank you.

23             The Chair now calls Suzy Woodford with

24        Common Cause Texas.  She is against the bill.

25                        Suzy, if you would approach the podium and
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212091

USA_00023347

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 63 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 184 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

                                                                            63

1          introduce yourself and tell us who you're with.

2                    SUZY WOODFORD:  My name is Suzy

3          Woodford.  I'm the Executive Director of Common

4          Cause Texas.

5                    I think it's premature.  If, in fact, the

6          federal government passes this law in another two

7          years or four years, there will be other stations

8          that we can come back and address this issue.  And

9          my question is this:  Let's say -- because I have a

10         voter's registration card with me and I keep it with

11         me at all times.  And every time I go to vote, I

12         have my voter registration card.

13                   So are you telling me that if I don't have

14         my driver's license with me or I don't have any of

15         the other things listed, even though I have a valid

16         voter registration card I will be forced to vote

17         provisional and then it may not be counted?

18                   CHAIRMAN BOHAC:  You would have to

19         ask that to the author.  She --

20                   CHAIRWOMAN DENNY:  Without photo I.D.

21         to prove who you are.

22                   SUZY WOODFORD:  With a valid voter's

23         registration card?

24                   CHAIRWOMAN DENNY:  Or forms of I.D.

25                   SUZY WOODFORD:  I have to tell you, I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212092

USA_00023348

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 64 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 185 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

64

```
 1     really am offended by this.

 2              I've been voting for a lot a lot of years.

 3     And we encourage people to register to vote.  It's

 4     with the understanding that you're registering to

 5     vote.  You're swearing to all these things when you

 6     fill out your voter registration card.  And all you

 7     have to do is take your voter registration card and

 8     go and vote.

 9              And until we -- we have proof that this

10     is -- this is being so abused, such widespread --

11     such widespread abuse, that this -- these additional

12     safeguards are necessary, I just think that it's not

13     going to encourage people to really want to

14     participate that much.

15                   UNDENTIFIED REPRESENTATIVE:

16     (Inaudible)

17                   CHAIRMAN BOHAC:  I think

18     Representative Anchia has some questions or comments

19     for you.

20                   REPRESENTATIVE ANCHIA:  I think

21     that's a valid concern.  And -- and we've received,

22     I think, some disparate testimony on this, although

23     I think it may be conclusive.  And maybe if I could

24     ask the author -- would it be appropriate,

25     Mr. Chair, if I asked Chairwoman Denny the question?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008467

TX_00212093

USA_00023349

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 65 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 186 of 302
2005 (79R) HB 1706 House Elections/Voter                        March 17, 2005

65

1              My understanding is that Section 4, Sub A,

2      would cover your concern and your situation.  If

3      that's not the case, somebody please let me know.

4      But it says that a voter who does not present a

5      voter registration certificate when offering to

6      vote --

7                    CHAIRWOMAN DENNY:  Right.

8                    REPRESENTATIVE ANCHIA:  -- but whose

9      name is on the list of the precinct for the voter

10     who's offering to vote in your case shall be

11     accepted for voting if the voter executes an

12     affidavit stating that you -- that the voter does

13     not have the registration certificate, as in your

14     case?

15                   SUZY WOODFORD:  No.  I had my

16     certificate.  I have my voter registration card.

17                   REPRESENTATIVE HUGHES:  She wouldn't

18     be covered by that.  She has her card.

19                   REPRESENTATIVE ANCHIA:  She's got her

20     card but not her photo --

21                   CHAIRWOMAN DENNY:  No.

22                   SUZY WOODFORD:  Not photo I.D.  She

23     would not be accepted.  That would be --

24                   CHAIRWOMAN DENNY:  You have to prove

25     you are on the list.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212094

USA_00023350

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 66 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 187 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

66

 1                    SUSIE WOOLFORD:  And I'm on the list.

 2                    REPRESENTATIVE ANCHIA:  Yeah, that

 3       raises an issue.

 4                    CHAIRWOMAN DENNY:  But you have to be

 5       able to prove that you're Suzy Woodford.

 6                    SUZY WOODFORD:  An outrage.

 7                    REPRESENTATIVE ANCHIA:  So --

 8                    CHAIRWOMAN DENNY:  She could show up

 9       there with Mary Denny's --

10                    SUZY WOODFORD:  If you'll get -- if

11       we have proof that this is just widespread voter

12       fraud going on in the State, that would be one

13       thing.  But I don't think there's -- No. 1, I think

14       the majority of people take pride in having a voter

15       registration card and going and voting.  And -- and

16       everything that we do that calls into question your

17       motivation or you have to prove you're who you say

18       you are, I just think it has a real chilling effect.

19       And I would just like to see this not be admitted

20       right now.

21                    CHAIRMAN BOHAC:  Any questions,

22       Members?  Suzy, thank you for your testimony.

23             The Chair now calls George Hammerlein

24       (phonetic).  He is with Harris County Tax Assessor's

25       Office.  He is for the bill.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212095

USA_00023351

Case 2:13-cv-00193   Document 664-10   Filed on 11/11/14 in TXSD   Page 67 of 69
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 188 of 302
2005 (79R) HB 1706 House Elections/Voter                      March 17, 2005

67

1              George, if you can please introduce

2        yourself and tell us who you're with.

3                   GEORGE HAMMERLEIN:  Good afternoon.

4        I'm George Hammerlein, Harris County Tax Assessor

5        Office in Voter's Registration Department.

6              We think it's good legislation, and we

7        think the voters have a certain obligation as well

8        as a right to vote.  And with that -- with the right

9        to vote come, you know, certainly the I.D. -- the

10       I.D. situation.  State law you're supposed to carry

11       I.D. anyway.  You have to show I.D. most times to

12       buy a pack of cigarettes if you look like you're

13       close to the age of 21.

14              I think it adds dis -- integrity to the

15       voter rolls, gives people more confidence that

16       people are who they say they are in the voting

17       process.  And I think every time you have just even

18       one or two votes that are illegally cast it

19       disenfranchises all the people that are eligible to

20       vote and that do cast a vote.  So, you know, to have

21       your vote diluted by people that are casting illegal

22       votes, you know, there -- there is a negative impact

23       on everyone else, as well.

24              So I just think telling the voters that

25       they have obligation to carry I.D. with them to --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008470

TX_00212096

USA_00023352

Case 2:13-cv-00193  Document 664-10  Filed on 11/11/14 in TXSD  Page 68 of 69
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 189 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

68

1     to the polls is not a -- a burden that they can't

2     carry -- carry out.

3               Are there any questions?

4               CHAIRMAN BOHAC:  Members, any

5     questions?  The Chair recognizes Representative --

6     Representative Anchia.

7               REPRESENTATIVE ANCHIA:  It was my

8     desire to expedite things, but it seems like I've

9     got all the questions.  I apologize, Mr. Chair.

10              CHAIRMAN BOHAC:  You know, this is a

11    very important issue, so if we go over the time,

12    it's perfectly okay.  I was just --

13              REPRESENTATIVE ANCHIA:  Yeah.

14              CHAIRMAN BOHAC:  -- you know, we've

15    already had testimony on similar bills.  So take it.

16              REPRESENTATIVE ANCHIA:  I'm kind of

17    struggling with this issue.  And I think -- I think

18    it's not an easy one.  You said that people are

19    disenfranchised, that maybe there are some illegal

20    votes that go on.  But wouldn't you say it's also

21    serious -- probably even more serious of a

22    disenfranchisement problem of people who are

23    eligible to exercise this fundamental right --

24              GEORGE HAMMERLEIN:  Right.

25              REPRESENTATIVE ANCHIA:  -- that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008471

TX_00212097

USA_00023353

Case 2:13-cv-00193 Document 664-10 Filed on 11/11/14 in TXSD Page 69 of 69
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 190 of 302
2005 (79R) HB 1706 House Elections/Voter March 17, 2005

69

```
 1        they're given under our constitution --

 2                    GEORGE HAMMERLEIN:  Right.

 3                    REPRESENTATIVE ANCHIA:  -- are unable

 4        to exercise that franchise as a result of a -- a --

 5        a technicality, essentially in the law, having to

 6        show your -- your -- your license?

 7               I mean, you were born with this right

 8        under the U.S. Constitution.

 9                    GEORGE HAMMERLEIN:  Uh-huh.

10                    REPRESENTATIVE ANCHIA:  You should be

11        able to exercise this right frequently.  And then

12        suddenly you're unable to vote, because you're

13        unable -- because your ballot -- your voter

14        registration certificate --

15                    GEORGE HAMMERLINE:  Uh-huh, right.

16                    REPRESENTATIVE ANCHIA:  -- to the

17        poll location as has been your custom since time in

18        memorium before you were born.

19                    GEORGE HAMMERLEIN:  Right.

20                    REPRESENTATIVE ANCHIA:  You come to

21        the polling place.  This has been your position.

22        And suddenly you are not able to exercise your

23        franchise, because you don't have another form of

24        I.D.

25                    GEORGE HAMMERLEIN:  Well, we used to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008472

TX_00212098

USA_00023354