2005 (79R) HB 1706 House Elections/Voter                                        March 17, 2005

70

1    be able to travel on airlines without us showing

2    I.D. and now we do.  Times change.  I think, you

3    know, people have to adapt to the situation.

4                   REPRESENTATIVE ANCHIA:  But you would

5    agree with me that traveling on an airline being

6    kind of a luxury, being this fundamental right that

7    we are -- we are born with -- a U.S. citizens under

8    the U.S. Constitution, would you agree these are a

9    little bit different situations, wouldn't you?

10                  GEORGE HAMMERLEIN:  I agree.  I think

11   freedom of movement and the right to freedom of

12   travel is a right of a U.S. citizen.  But that would

13   be denied without proper identification.  And --

14   but, I mean, I guess in a philosophical realm voting

15   is more sacred than travel.  But our economy would

16   be crippled if people didn't have I.D. and still

17   showed up at the airport and said, "Well, I don't

18   have I.D."  You can't get on the plane without it.

19                  I think people could adapt to this.  I

20   think it's more a sense of integrity in the rolls,

21   because obviously a voter registration card doesn't

22   have any photo I.D.  Someone that gives out voter's

23   registration cards, thousands sometimes a week,

24   people come in person and say, "I'm Jim Jones at

25   1515 Elm Street.  Give me the card, and I'll go



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008473

TX_00212099

USA_00023355

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 2 of 68
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 192 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

71

1       vote," and there's no guarantee that person is who
2       they say they are.
3                    REPRESENTATIVE ANCHIA:  And I'm
4       sympathetic.  I mean, I -- I -- I'm really, really
5       struggling with this, because I don't want -- I
6       don't want --
7                    GEORGE HAMMERLEIN:  I don't need an
8       I.D. to register to vote.  That might alleviate it.
9       But there is no -- you never have to prove who you
10      are ever in the process right now.
11                   REPRESENTATIVE ANCHIA:  Yeah.  Let
12      me -- I'll repeat real quick and say that I'm
13      struggling with this, too.  And I find your
14      testimony valuable.
15           But weighing -- weighing access to the
16      exercise of your franchise --
17                   GEORGE HAMMERLEIN:  Uh-huh.
18                   REPRESENTATIVE ANCHIA:  -- versus
19      sort of legislating against fraud and a fraud that
20      we haven't been able to really quantify other than
21      maybe some folks testifying, is it -- it being
22      occasional or -- it -- it's a tough balance, you
23      know.  And I hope you appreciate that.
24                   GEORGE HAMMERLINE:  I mean, we have
25      hundreds of -- you know, this last general election



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008474

TX_00212100

USA_00023356

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 3 of 68
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 193 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

72

```
1     we had hundreds of provisional ballots where people

2     put in names and we can't find anything associated

3     with any of them, that they were ever registered to

4     vote.  You know, those names were never registered

5     at the address they were put in.  You know, if it

6     wasn't for the provisional ballot program those

7     votes would have gone in the hopper and been

8     counted.

9                    CHAIRMAN BOHAC:  Any other questions?

10    Thank you, Mr. Hammerlein.

11         The Chair now calls Margaret Spinks

12    (phonetic) representing the Texas Department of

13    Public Safety.  She is neutral on the bill.

14                    MARGARET SPINKS:  Good afternoon.

15    I'm Margaret Spinks with DPS.  I'm here if anyone

16    has any questions.

17                    CHAIRMAN BOHAC:  Members, do you have

18    any questions for the witness?  Representative

19    Hughes.

20                    REPRESENTATIVE HUGHES:  Ms. Spinks,

21    could you just help me out with the state of the law

22    regarding these DPS-issued I.D. cards.

23         I'm an adult and I don't have a Texas

24    driver's license.  Does the law require me to have a

25    DPS I.D. card?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008475

TX_00212101

USA_00023357

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 4 of 68
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 194 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

73

1          MARGARET SPINKS:  No, it does not.

2          REPRESENTATIVE HUGHES:  Okay.  And if

3     a police officer stops me on the street -- I guess I

4     hope I'm not driving without a driver's license, so

5     I'm not -- I just -- I don't have to show them any

6     I.D.?  I'm not required to have any?

7          MARGARET SPINKS:  Right.

8          REPRESENTATIVE HUGHES:  And I think

9     that's a good thing, by the way.  I don't think we

10    should have to show our paper.  I mean, this is

11    America.  I just want to make sure I was clear on

12    what the law is.

13         MARGARET SPINKS:  Okay.  Correct.

14         REPRESENTATIVE HUGHES:  Okay.

15    Thanks.

16         MARGARET SPINKS:  Okay.

17         CHAIRMAN BOHAC:  Representative

18    Hughes, could you repeat that question?  I was -- I

19    was preoccupied and it sounded very, very important

20    and very critical to me.

21         REPRESENTATIVE HUGHES:  Well, that's

22    kind of you, Chair.  Wow, nothing sinister about

23    this.

24         Well, it had to do with, you know, most of

25    us who drive always have a Texas driver's license.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008476

TX_00212102

USA_00023358

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 5 of 68
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 195 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

74

1      But there's this -- this DPS-issued state I.D. card

2      for those who don't drive.  And I was -- I was

3      curious as to whether -- whether adults are required

4      to carry one of those, and I understand that they

5      are not.

6                  MARGARET SPINKS:  No, they're not.

7                  REPRESENTATIVE HUGHES:  Okay.  And so

8      then what -- can you give us an idea of how many of

9      those are out there as opposed to -- I mean, just

10     percentage-wise compared to driver's license, how

11     common these are?

12                 MARGARET SPINKS:  Yes.

13                 REPRESENTATIVE HUGHES:  I don't want

14     to put you on the spot, but I'm curious.

15                 MARGARET SPINKS:  Last year we issued

16     approximately 607,000 I.D. cards.

17                 REPRESENTATIVE HUGHES:  Okay.  And --

18                 MARGARET SPINKS:  And we have about

19     3.5 million I.D. cards in our database.

20                 REPRESENTATIVE HUGHES:  Okay.  And

21     how many driver's licenses.  Do you know?

22                 MARGARET SPINKS:  About 4.3 million

23     last year.

24                 REPRESENTATIVE HUGHES:  Okay.  And so

25     someone who gets one of these cards is someone who



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008477

TX_00212103

USA_00023359

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 6 of 68
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 198 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

75

1    doesn't drive but needs photo I.D. for writing
2    checks, traveling.  Is that the idea?
3                MARGARET SPINKS:  Yes.
4                REPRESENTATIVE HUGHES:  Not for
5    driving cars, I hope, but --
6                MARGARET SPINKS:  That's correct.
7                CHAIRMAN BOHAC:  Representative
8    Anchia has a question.
9                REPRESENTATIVE ANCHIA:  Yeah.  Thank
10   you, Mr. Chair.
11        Your -- your testimony is that there are
12   about 4-plus million driver's license.
13                MARGARET SPINKS:  That were issued
14   last year in fiscal year '04.
15                REPRESENTATIVE ANCHIA:  What is the
16   total amount?  What is the total penetration of
17   driver's license --
18                MARGARET SPINKS:  Total amount.
19                REPRESENTATIVE ANCHIA:  -- as a
20   percentage of total population of the State?
21                MARGARET SPINKS:  Total licensed
22   drivers in the file is 15 million.
23                REPRESENTATIVE ANCHIA:  15 million.
24   Okay.  And -- and then another 3 million of --
25                MARGARET SPINKS:  That's correct.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 7 of 68
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 10 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

76

```
1      3.5 million I.D. cards.
2                    REPRESENTATIVE ANCHIA:  So 18 --
3      18 million.  And there are how many people in Texas,
4      just out of curiosity, 22?
5                    MARGARET SPINKS:  Approximately
6      2 million.
7                    REPRESENTATIVE ANCHIA:  Okay.  Okay.
8      I'm just trying to get a feel for what the
9      penetration rate is of these vote -- these I.D.
10     cards and driver's licenses to determine what kind
11     of burden we would be placing on prospective voters.
12                   MARGARET SPINKS:  Okay.
13                   REPRESENTATIVE ANCHIA:  That's fair.
14                   MARGARET SPINKS:  (Inaudible).
15                   REPRESENTATIVE ANCHIA:  That's fair.
16     That's fair.
17                   CHAIRMAN BOHAC:  All right.  If
18     there's no other questions, thank you for your
19     testimony.  It was quite interesting.
20                   MARGARET SPINKS:  All right.
21                   CHAIRMAN BOHAC:  The Chair now calls
22     Frank Reilly.  He is with Republican Party of Texas.
23     He is here to testify for the bill.
24                   Will you please introduce yourselves and
25     tell us who you're with.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212105

USA_00023361

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 8 of 68
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 198 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

77

1            FRANK REILLY:  Thank you,

2      Mr. Chairman.

3            Frank Reilly on behalf of Republican Party

4      of Texas and for House Bill 1706.  I've given some

5      written testimony, so I won't read it.

6            I did want to say that (inaudible) the

7      legislation will set a new standard to increase

8      public confidence and that people who show up in the

9      polls are duly registered voters.  We want to be

10     sure that the legislation also ensures that no

11     qualified registered voters will be denied the right

12     to vote on election day.

13            I wanted to point out briefly there's been

14     some concern about people showing up at the last

15     minute on the polls.  And you all have all heard the

16     testimony already that there's been a -- a continual

17     increase over the years of people who come in and

18     early vote.  So people who come in and early vote

19     are a lot less likely to be having these problems

20     that they might have showing up at 6:55 p.m. on

21     election day without a photo I.D.  In other words,

22     they will have an opportunity to cure themselves in

23     those particular times.

24            The bill's particular fundamental right to

25     have each person's vote count, and they do so



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212106

USA_00023362

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 9 of 68
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 199 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

78

```
 1      virtually with no burden on these additional voters.

 2      I really don't believe that requiring someone to

 3      come to the polls with an I.D. or I.D.s other two

 4      alternative forms of I.D.s is a very onerous burden

 5      for folks.  It should really be pretty simple for

 6      people to -- to get there.

 7                I want to know the public support for this

 8      type of litigation across all spectrums.  Rasmussen

 9      research Poll Taken in 1994 shows that 82 percent of

10      Americans support laws that require people to carry

11      I.D.s to the polls.  And of those, 89 percent of the

12      Bush supporters and 75 percent of the Kerry

13      supporters supported this.

14                The legislation is -- is good.  It doesn't

15      conflict with HAVA.  In fact, it very well dovetails

16      with it on all the requirements that might allow on

17      a dual track.  And we support this legislation.

18                Be happy to answer any questions.

19      Apologize for my voice.  I'm recovering from the flu

20      today, but I'm cured so no one's going to get

21      infected, I hope.

22                CHAIRMAN BOHAC:  Any -- any questions

23      for the witness?

24                REPRESENTATIVE HUGHES:  I've got one

25      question and we could probably ask the Secretary of
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008481

TX_00212107

USA_00023363

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 10 of 68
Case 5:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 200 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

79

1      State and Chair already talked about HAVA and how we

2      know --

3              Do you know what other states do?  Do you

4      have any knowledge about this or is it -- is it a

5      trend?  If you don't know, that's okay.

6              FRANK REILLY:  I don't know for

7      certain.  I do know it's a trend.  I know there are

8      other states requiring I.D.s.  I know Georgia's

9      currently debating the legislation and -- but there

10     are quite a few other states that require either

11     photo identification or in this case, like

12     Representative Denny and -- and Representative

13     Kolkhorst are trying to do, having the alternative

14     to provide two other alternative forms of

15     identification.

16              REPRESENTATIVE HUGHES:  Thanks.

17              FRANK REILLY:  Sure.

18              REPRESENTATIVE HUGHES:  Thank you,

19     sir.

20              CHAIRMAN BOHAC:  Thank you very much.

21     The Chair now calls Germaine Martinez.  He is with

22     the Texas Department -- she; sorry about that.

23              UNDENTIFIED REPRESENTATIVE:

24     (Inaudible).

25              CHAIRMAN BOHAC:  She is a Texas --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008482

TX_00212108

USA_00023364

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 11 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 201 of 302
2005 (79R) HB 1706 House Elections/Voter                              March 17, 2005

80

```
 1       with the Texas Department of Public Safety.  She is

 2       neutral.  She is here as a resource witness.  If

 3       there are no questions, she will not testify.

 4              Do you have any questions for her?  Thank

 5       you very much.  Any questions?  Thank you very much.

 6       Don Alexander.  He is with the Texas Association of

 7       Election Administrators.  He is against the bill.

 8       Tell us who you're with.

 9              DON ALEXANDER:  I'm with the Texas

10       Association of Election Administrators.  And I've

11       expressed this to Representative Denny in her

12       office.  And my concern for the organization is that

13       there's confusion in the way that the bill is

14       written as to whether or not a provisional ballot

15       would be required to be executed, and it needs to be

16       clarified.  And I understand this may be going back

17       for modification to the current law.  Because if you

18       go and you look in the back of the provisional

19       ballot there's an Item 5, which voter is on the list

20       of registered voters but didn't provide the

21       certificate of voter or I.D.  If the judge checks

22       that and you go to the bottom where the ballot

23       looks -- and it says that bottom five is checked but

24       the ballot is not counted.

25              So my concern is we're going to go out and
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212109

USA_00023365

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 12 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 202 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

81

```
 1        generate a lot of different provisional ballots for
 2        people that are really eligible to vote.  Then when
 3        it goes into the ballot board, because that block's,
 4        checked, then the ballot is not going to get
 5        counted.
 6                  CHAIRMAN BOHAC:  Members, do you have
 7        any questions for the witness?  Representative
 8        Hughes.
 9                  REPRESENTATIVE HUGHES:  To -- to
10        follow up on that, to make sure I understand current
11        law, if I go to the polling place and I don't have
12        my card but I'm on the list and they can verify, I
13        can sign an affidavit and I can vote, is that a
14        provisional ballot or is it a regular --
15                  DON ALEXANDER:  It's a provisional
16        ballot if you don't have your certificate or if you
17        don't have I.D.
18                  REPRESENTATIVE HUGHES:  Even if I'm
19        on the list and I sign the affidavit, it's still a
20        provisional ballot?
21                  DON ALEXANDER:  Right.
22                  REPRESENTATIVE HUGHES:  Okay.  Thank
23        you.  I wasn't clear on that, I guess.
24                  CHAIRMAN BOHAC:  If there's no other
25        questions, thank you very much.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008484

TX_00212110

USA_00023366

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 13 of 68
Case 5:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 263 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

82

```
 1              The Chair will now call Cliff Borofsky.
 2      He is with Bexar County.  He is against the bill.
 3      And, Cliff, if you could introduce yourself --
 4                   CLIFF BOROFSKY:  Yes --
 5                   CHAIRMAN BOHAC:  -- tell us who
 6      you're with.
 7                   CLIFF BOROFSKY:  -- Cliff Borofsky,
 8      Bexar County Administrator.  And I am against the
 9      bill.
10              There are several issues, some of which
11      I've already expressed.  And, Representative Anchia,
12      I did want to change what I think, because I think I
13      misunderstood your question, because yes, this does
14      change the fact that a person could vote.  If they
15      didn't have it or more -- I mean, they could sign
16      and (inaudible) vote.  But under this bill, as I
17      understand it, you either have to have a photo I.D.
18      or two others.  I think that's a demanding
19      requirement.
20              What I might suggest before I forget is we
21      might consider a grace period.  In other words, for
22      a period of time to be determined for everybody who
23      came to vote we would hand them a notice so that
24      they would, say, okay, the next time or starting in
25      November you are going to have this requirement.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212111

USA_00023367

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 14 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 204 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

83

1    Because not enough people read newspapers, not

2    enough people are going to watch T.V.  You know,

3    short of mailing a notice to every single registered

4    voter, which I suppose is a possibility, it would

5    cost some money.  But if I handed that out to each

6    voter for a period of time to be determined and then

7    implemented it, it might take a little bit better

8    notwithstanding any other arguments against it.

9              There were some comments that you have to

10   show an I.D. in H.E.B., you have to show an I.D. at

11   the airline.  You do, but you don't have to show

12   two; you only have to show one.  And it is a photo

13   I.D., but it's not two.

14             So, again, there's going to be an

15   immediate perception to this that they're infringing

16   on that.

17             And I think this has been stated before,

18   which is a very good idea.  The key point is not

19   having voter registration without some I.D.

20   Currently, if you register by mail under HAVA, you

21   send it in.  You have to send in some forms of I.D.

22   with it.  If not, which you haven't, you have to

23   show that I.D. even if you have a card, because you

24   didn't show it when you registered.  But if you have

25   a deputy volunteer registrar sign you up, you don't



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008486

TX_00212112

USA_00023368

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 15 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 285 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

84

```
 1        have to show, or if I walk into my office, like I
 2        was saying, fill out the card currently, get the
 3        card, go over and get a driver's license.  So the
 4        I.D. point, the critical I.D. point is at the point
 5        of registration, at least in my mind.
 6              A couple other points that I just wanted
 7        to bring up is I -- I do not recommend that they use
 8        the license to carry a concealed handgun issued to a
 9        person as an I.D. even if it does have a photo.  I
10        just think it would create kind of like, well, does
11        he have one or doesn't he?  If I give him the wrong
12        ballot is he going to shoot me, you know.  It may be
13        a little much.  I just think you're creating a stir
14        in the place.  There are thoughts or I.D.s you could
15        use.  You do use a Sam's card to have a photo.  So
16        if you've got a Sam's card or a concealed handgun, I
17        would really rather they use the Sam's card.  That
18        was one.
19              And then I -- then I had a question,
20        because I wasn't sure of the answer.  And that was
21        at -- on Nos. 10 and 11, a library card with a
22        person's name.  I think people under the age of 18
23        can get a library card although they can't get a
24        voter registration card.  And similarly I'm not sure
25        if people under 18 like junior hunting and fishing
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212113

USA_00023369

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 16 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 266 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

85

```
 1      licenses, as well.  Other than that...
 2                  CHAIRMAN BOHAC:  I actually have a
 3      question for you.
 4                  CLIFF BOROFSKY:  Yes, sir.
 5                  CHAIRMAN BOHAC:  Going back in my
 6      history file, I remember in Harris County when we
 7      moved to electronic voting machines, there were news
 8      reports that the sky was going to fall because we
 9      went to electronic voting, because of over 65 folks,
10      people that were too young, too old, too rich, too
11      poor, too this, too that.  But what we set out to
12      do, and we did quite successfully, was a major
13      education campaign.  So all the radio stations were
14      involved, all the print media was involved, all the
15      television media was involved.
16                  And I guess my question for you is do you
17      think -- in lieu of a grace period, don't you think
18      kind of the natural market voices of the way
19      information is dispensed that this will be
20      effectively communicated to the voting populace?
21      After all, they are paying attention to who's voting
22      and who's not.  They're getting mail pieces in the
23      mail, they're seeing people advertised on T.V.
24                  I'm just wondering do you think in lieu of
25      a grace period that the natural grace period would
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008488

TX_00212114

USA_00023370

Case 2:13-cv-00193  Document 664-11  Filed on 11/11/14 in TXSD  Page 17 of 68
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 207 of 302
2005 (79R) HB 1706 House Elections/Voter                                March 17, 2005

86

1    work?

2              CLIFF BOROFSKY:  No.  I think you

3    over-estimate the power of the press in this regard.

4    Well, I think you over-estimate the number of people

5    who can afford to send enough pieces of paper to

6    some people.

7              There are -- there are -- you know, one of

8    the things we talked about are people who are

9    disenfranchised.  I think there's still a

10   significant population out there who's never been

11   enfranchised in the first place.

12             If you're not a regular voter -- and I

13   kind of got a whiff of this yesterday.  If you're

14   not a regular voter, you're not going to get a mail

15   piece, because nobody thinks you're going to vote

16   anyhow.  So if you're not going to get a mail piece

17   in this election and nobody's going to come knock on

18   your door because you're not a voter, then you're

19   not going to get the information any other way

20   except maybe by word of mouth in some areas.

21             I -- I would like to suggest that you

22   might talk to some of the folks like in Hidalgo

23   County, Cameron County and some of those areas where

24   it may be tougher to get some of that kind of work

25   out to the -- to the people.  And I don't know if a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212115

USA_00023371

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 18 of 68
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 208 of 302
2005 (79R) HB 1706 House Elections/Voter                                        March 17, 2005

87

```
 1        grace period is -- is required.  I -- it's just an

 2        I.D. that -- that actually might work if people see

 3        it in writing when they go to vote and they take it

 4        home.  But there are a significant number of people,

 5        I think, still who may not have - I think this was

 6        brought up; Ms. Little, maybe it was she who brought

 7        it up, maybe not - have two pieces of I.D.  They

 8        might have a personal I.D., but they might not be

 9        the homeowner in which they're living, so the

10        utility bill won't be in their name.  They may not

11        have a checking account, so they won't have that in

12        their name.  They may not be a pilot, so they won't

13        have a pilot's license.  I just think we need to

14        address some of this a little more specifically.

15              But, again, we have some pretty good rules

16        now, and I think the crux of the I.D. point is at

17        the point of registration, beyond which a lot of

18        that has been covered already especially with

19        provisional voting at the polls.

20              CHAIRMAN BOHAC:  All right.  Thank

21        you for your responses.

22              REPRESENTATIVE HUGHES:  Mr. Borofsky,

23        I don't -- I am curious about this, and if you don't

24        know, DPS might.  Is a polling place one of those

25        places where a concealed handgun licensee can or
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212116

USA_00023372

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 19 of 68
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 289 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

88

1    can't carry --

2                    CLIFF BOROFSKY:  You cannot.

3                    REPRESENTATIVE HUGHES:  You can't.

4                    CLIFF BOROFSKY:  You cannot.

5                    REPRESENTATIVE HUGHES:  Okay.  Again,

6    I appreciate it.

7                    CLIFF BOROFSKY:  But you can take the

8    card.

9                    REPRESENTATIVE HUGHES:  Okay.

10                   CLIFF BOROFSKY:  But you're not

11   supposed to show it.

12                   REPRESENTATIVE HUGHES:  I'll remember

13   to not do that.  Thank you.

14                   CHAIRMAN BOHAC:  All right.  Thank

15   you very much.

16                   CLIFF BOROFSKY:  Thank you.

17                   CHAIRMAN BOHAC:  The Chair recognizes

18   Paula Littles.  She is here representing Texas

19   AFLCIO.

20                   PAULA LITTLES:  I testified on the

21   first one.

22                   CHAIRMAN BOHAC:  Okay.  She does not

23   wish to testify, but we will make her views known in

24   the records.

25                   The Chair now calls Alison Brock.  She is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212117

USA_00023373

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 20 of 68
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 210 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

89

```
 1        with Unlocking Your Vote campaign.  She is here to

 2        testify against the bill.

 3                    ALISON BROCK:  (Inaudible).

 4                    CHAIRMAN BOHAC:  She does not wish to

 5        testify, but we will place her views in the record

 6        as being against the bill.

 7                    We -- the Chair now calls Ken Bailey with

 8        the Texas Democratic parties.  He is against the

 9        bill.

10                    Ken, if you could introduce yourself and

11        tell us who you're with.

12                    KEN BAILEY:  Yeah.  Thank you, Mr.

13        Chairman.  My name is Ken Bailey, and I represent

14        Texas Democratic Party.  We're opposed to this bill.

15        If it was either the voter registration or voter

16        I.D. or two others we could -- we could live with

17        that.  But I've been voting since 1969, and I have

18        my voter registration card every time.  And that's

19        what I expect when I go vote.  The people in nursing

20        homes, you know, that's what they expect.  If you

21        get a ride to the polls, the person in the nursing

22        home may not have the I.D.  They may not have

23        anything about their voter registration.

24                    Where we feel the real problems that we

25        have seen in the elections is mail ballots.  We're
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008492

TX_00212118

USA_00023374

Case 2:13-cv-00193  Document 664-11  Filed on 11/11/14 in TXSD  Page 21 of 68
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 21 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

90

1      just talking about when you show up, show your I.D.
2      Well, so we just think this is a bad deal to add one
3      more thing.
4            You want me to vote, but you want to make
5      me bring one more thing to the polls to vote, and we
6      just think that's wrong.
7            CHAIRMAN BOHAC:  But you're aware
8      when we vote by mail, the very first time a person
9      sends an application to vote by mail they are
10     required to send a valid form of identification?
11           KEN BAILEY:  No, sir, because I
12     didn't do that last time I voted by mail.
13           CHAIRMAN BOHAC:  That was --
14           KEN BAILEY:  Voter registration, you
15     have to have I.D., if it's the first time you have
16     voter registration, because I'm a deputy registrar.
17     I have to see your I.D.  So when you register,
18     that's when the I.D. is being sought right then.  If
19     I show you my voter registration, somebody's already
20     seen my I.D.
21           Now, under the new HAVA stuff, you know, I
22     just fill out a form and say I'm going to be out of
23     town; send me a mail ballot.
24           CHAIRMAN BOHAC:  That was a new rule
25     that we adopted under the last session under the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008493

Case 2:13-cv-00193  Document 664-11  Filed on 11/11/14 in TXSD  Page 22 of 68
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 212 of 302
2005 (79R) HB 1706 House Elections/Voter                                      March 17, 2005

91

1    HAVA -- HAVA recommendations.  So thank you very

2    much.  Members, any questions for Mr. Bailey?

3              KEN BAILEY:  Thank you.

4              CHAIRMAN BOHAC:  Thank you, Ken.

5         The Chair now calls Lori Vanhoose.  She is

6    with Advocacy, Inc.  She is here to testify against

7    the bill.  Lori, if you can introduce yourself and

8    tell us who you're with.

9              LORI VANHOOSE:  I'm Lori Vanhoose for

10   Advocacy, Incorporated, a formally mandated

11   (inaudible) agency for individuals with

12   disabilities.  And I'm just going to be really

13   quick.

14        I just want to let you know I'm here

15   representing probably the largest population that

16   does not have photo identifications.  And we do a

17   lot of the outreach in the community to try to let

18   individuals know that they can take a government

19   check or trying to find out what kind of

20   identification they have that they can take to vote.

21   And I'm just concerned, as is everyone else, that

22   these individuals are not going to know about this

23   change.

24        We finally have individuals with

25   disabilities out voting.  You told me I could take



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212120

USA_00023376

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 23 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 213 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

92

1        my utility bill or you told me I could take this,

2        and I'm going to go vote.  And they're going to get

3        out there and they're not going to receive -- it's

4        going to be very hard to outreach to them to

5        allow -- to let them know as with other voters that

6        there are more requirements put on them.

7                Also, I will reiterate what I had stated a

8        couple weeks ago.  The No. 1 -- the most

9        controversial provision of HAVA was the

10       identification requirements.  And you can look at

11       the HAVA transcripts and see that Congress realized

12       that identification -- the burden of identification

13       is method of disenfranchisement.

14               Also, I appreciate the fact that an

15       individual could receive a (inaudible) or personal

16       identification certificate.  But my question is I

17       wonder what type of I.D. a person has to have to

18       obtain an individual I.D. certificate.

19               It seems almost circular.  They're going

20       to have to go purchase a birth certificate or some

21       other form of certificate in order to get the free

22       identification certificate.  I don't know.  I would

23       imagine in order to obtain a personal identification

24       certificate you have to show some form -- I don't

25       know exactly what it is, but that's a question I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008495

TX_00212121

USA_00023377

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 24 of 68
Case 5:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 214 of 302
2005 (79R) HB 1706 House Elections/Voter                        March 17, 2005

93

1      have.

2              Also, I'll send to you tomorrow -- I've

3      been working on a list that outlines what every

4      single state requires for identification to register

5      and to vote at the polls.  That should be finished

6      tomorrow, and I will send that to you.  So far it

7      looks like if this were to pass, Texas and Arizona

8      would be by far the strict -- the most strict

9      requirements for individuals to go vote.  So I'll

10     send that to you.

11             And thank you for the opportunity.  Anyone

12     have any questions?

13             CHAIRMAN BOHAC:  Members?  Thank you

14     very much.  Great testimony.

15             (Inaudible).  Okay.  The Chair now calls

16     Anne McAfee.  She's representing herself.  I do not

17     believe Ann is here, based on history.  And she is

18     against the bill.  We will so note that.

19             The Chair now calls Nina Perales.  She is

20     with the Mexican American Legal Defense and

21     Educational Fund.  She is here to testify against

22     the bill.

23             Ms. Perales, if you could identify

24     yourself and tell us who you're with, that would be

25     terrific.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212122

USA_00023378

Case 2:13-cv-00193  Document 664-11  Filed on 11/11/14 in TXSD  Page 25 of 68
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 235 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

94

1              MS. PERALES:  Thank you, Chairman

2      Bohac and Members of the House Election Subcommittee

3      on Voter Verification.  I'm Nina Perales, Regional

4      Counsel for the Mexican American Legal and

5      Educational Fund, MALDEF, nonpartisan organization

6      that protects and defends legal rights and voting

7      rights.

8              I'm here today to advise you of MALDEF's

9      opposition to HB-1706.  And my comments are equally

10     applicable to HB-1293 and 1402.

11             We oppose the bill because they remove the

12     ability of the voters to present a voter

13     registration certificate at the polls to be accepted

14     for voting.  The bills are not based on any

15     substantial evidence of voter fraud by persons who

16     appear to vote in person with a voter registration

17     certificate.

18             The current law is an either/or option.

19     Come with your voter registration or, if you don't

20     have it, you'll have to produce some forms of

21     identification.  This -- all three bills and HP-1706

22     eliminates the ability to be accepted by voting by

23     using the voter registration certificate.

24             The bills are unnecessary.  We have heard

25     of no report of anybody attempting to vote by using



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008497

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 26 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 26 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

95

1        the voter registration certificate in person who was

2        not who they said they were.  And maybe others can

3        come with the -- with some kind of evidence that

4        this has occurred, but like others, we've heard of

5        voter fraud in other settings in people who vote not

6        in person, but never somebody who comes to vote in

7        person fraudulently, holding a voter registration

8        certificate that is not their own.

9               What these three bills will do inevitably

10       is prevent some voter from casting a ballot on

11       election day, because they remove a way for you to

12       be accepted as a voter.

13              Some voters only have their registration

14       certificate when they go to vote.  Someone has

15       already mentioned the example of elderly voters who

16       do not drive.  Elderly voters who do not drive

17       aren't going to be able to meet the I.D.

18       requirements under these bills.

19              Similarly, remember non-drivers whose mail

20       is addressed to a Post Office box are not going to

21       be able to meet the requirements.  And, finally,

22       rural and urban (inaudible) members who live in

23       households where somebody else pays the bill.  If

24       you are in -- if you're in -- imagine a 20-year-old

25       unmarried person living in Houston, takes public



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008498

TX_00212124

USA_00023380

Case 2:13-cv-00193  Document 664-11  Filed on 11/11/14 in TXSD  Page 27 of 68
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 21 of 302
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

96

```
 1          transportation, didn't have a driver's license but
 2          who's living at home and whose utility bills and
 3          other kind of correspondence are going to be
 4          addressed to his parent and not to him.  These bills
 5          will force the voters that I just mentioned to take
 6          additional steps to acquire additional forms of
 7          identification or exclude these voters from voting
 8          altogether.
 9                  It will also discourage voters by creating
10          longer lines at the polls and forcing some voters to
11          return home to find additional material and then
12          come back a second time to be accepted for voting.
13                  All three bills violate the Help America
14          Vote Act.  I know that you heard somebody else get
15          up and tell you that they don't, but they all three
16          do.
17                  The reason there is litigation pending in
18          the Senate right now in the U.S. Congress is because
19          HAVA does not say what these three bills say.  And
20          Texas can't get out in front of federal regulation,
21          because of preemption issues.  Right now under HAVA
22          the only people who -- right now under HAVA when you
23          are a first-time registrant in the county and you go
24          and registered by mail and you go to the polls, you
25          are only required to produce one of the utility bill
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008499

TX_00212125

USA_00023381

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 28 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 228 of 302
2005 (79R) HB 1706 House Elections/Voter                        March 17, 2005

97

1     or a bank statement.

2              What these bills do, all three of them, is

3     require you to produce two.  If Texas requires a

4     voter, first-time registrant in the county who voted

5     by mail, to produce two of something that the

6     federal law only requires them to produce one of,

7     you're going to have a HAVA violation.

8              When Texas accepted the HAVA funds, Texas

9     agreed to run it a certain way.  You'll either have

10    to give back the money, which I'm not sure is really

11    a possibility given the enormous amount of money

12    that Texas has received, or you'll have to create

13    two different systems for accepting voters, one

14    system for accepting voters who are first-time

15    registrants in the county who voted by mail and will

16    only have to produce one of a certain kind of

17    document, and another system for accepting all other

18    voters who will then, if they don't have their

19    driver's license, have to produce two of this list

20    of documents.

21             It also introduces a likelihood that

22    election officials will begin to refuse voters whose

23    address on their driver's license doesn't match the

24    address on the poll.  And this is when -- when you

25    heighten the importance of the photo I.D., and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212126

USA_00023382

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 29 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 239 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

98

```
 1        particularly the driver's license, you are going to

 2        have poll workers who are going to reject voters

 3        because the addresses don't match.  And in order to

 4        get the address on your driver's license to match

 5        your voter rolls if you've moved, you're going to

 6        have to go get a new driver's license, because

 7        normally you are not issued a new driver's license

 8        when you change your address.  You get a certificate

 9        for dollars.  So if you want these documents, you

10        know, to match when you go to the polls you're going

11        to have to pay 24 dollars and go on down and get a

12        new driver's license if you've moved.  None of those

13        fees are taken care of, by the way, in 1706.

14               Finally, the bills give poll workers, many

15        of whom are volunteers and not experts in proof of

16        identification, a greater and unwielding

17        administrative task.  Workers at the polls will have

18        to make hundreds of judgment calls a day as to

19        whether a particular form of I.D. is acceptable.

20               MALDEF urges the subcommittee to rely on

21        the voter registration card as sufficient

22        documentation to accept the voter.  It is a lot

23        easier to accept a voter registration certificate

24        than it is to -- again to juggle whether or not a

25        piece of correspondence is from a government agency,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008501

TX_00212127

USA_00023383

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 30 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 220 of 302
2005 (79R) HB 1706 House Elections/Voter                              March 17, 2005

99

1    whether it's official or unofficial, and the various

2    other things that are created when you add all these

3    documents onto the list.

4            These bills do not prevent people from

5    assuming your identity and voting on your behalf in

6    early voting.  Other bills may be able to deal with

7    that, but these bills do not prevent somebody from

8    early voting for you.  And because HAVA requires

9    registrants to prove their I.D. at the time of

10   registration, today somebody cannot go out and

11   register three different times as three different

12   people -- as three different people as was mentioned

13   earlier.

14           In conclusion, good government does not

15   require more bureaucracy than it needs to carry out

16   its functions.  The bills before the Committee place

17   more requirements on voters and more requirements on

18   poll workers, and they lack justification and any

19   evidence of fraud by voters who rely on the

20   certificate when they present themselves at the

21   polls.  Thank you.

22           CHAIRMAN BOHAC:  I have a comment for

23   you -- or it really is a question.  I was just kind

24   of thinking outside the box for a moment.  Really,

25   this could almost be paradoxical.  I remember both



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008502

TX_00212128

USA_00023384

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 31 of 68
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 221 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

100

```
1      my parents who are both over 65 -- in fact, my
2      mother is 70 and my father is 71.  And of course I
3      say on election day in my district, "Mom and dad,
4      please go vote." And they will say quite frequently,
5      "I don't know where my card is."  And I will have to
6      say, "You know what, you don't need your card.  Just
7      go down there, show them your driver's license."
8              So I'm just wondering if we really broaden
9      our thinking about this, once people were educated
10     that all you needed was actually a government-issued
11     form of identification, it actually may incur more
12     participation in the process rather than less
13     participation once we started educating people like
14     my parents and like people of their generation that
15     you actually don't even need the -- the voter
16     registration card anymore.
17             So I was just throwing that out there.
18     Chew on that a little bit.
19             MS. PERALEZ:  I respectfully
20     disagree, Chairman Bohac.  Right now you have the
21     option of either.  And the more public education,
22     the better.  MALDEF supports public education.  Let
23     people know they can go with these other documents,
24     but please don't shut down the ability to bring your
25     certificate, because your parents are -- are, thank
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008503

TX_00212129

USA_00023385

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 22 of 68
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 222 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

                                                                    101

1    goodness, able to produce a driver's license.

2              My grandmother is 96.  She does not have a

3    driver's license, and she does not pay the bills,

4    because she lives with my father.  She would not be

5    able to vote under these bills.

6              So we urge greater access and greater

7    public education, but not to foreclose the avenue

8    that many people have to go and vote.

9              CHAIRMAN BOHAC:  Do you think that

10   there are any voters out there who assume wrongfully

11   that they have to have their voter registration

12   cards in order to vote, that they have to have that

13   document and, therefore, they don't go to the polls

14   simply because they know that they can't -- I

15   couldn't even tell you where my voter registration

16   card is --

17             MS. PERALES:  Uh-huh.

18             CHAIRMAN BOHAC:  -- frankly speaking.

19   But do you think that actually inhibits some people

20   from going to polls because they cannot find that

21   voter registration card, because they mistakenly

22   believe they have to have that card?

23             MS. PERALES:  I'm not aware of any.

24   If there are, we -- we would certainly urge public

25   education to let them know that they can bring that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008504

TX_00212130

USA_00023386

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 23 of 68
Case 2:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 223 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

102

```
1       piece of documentation.

2              I'm more familiar with people who -- who

3       go around with their certificate in their wallet as

4       I do, just in case you find out there's a special

5       election or an election.  You just can walk right

6       over to the County Courthouse in Bexar County and

7       cast my vote with my certificate that is always in

8       my wallet.  I think if you shut down that mechanism

9       you're going to exclude more people, and you're not

10      necessarily going to include more people who are

11      unaware now that you can use a driver's license.

12              CHAIRMAN BOHAC:  That election that

13      pops up would certainly only be a bond election.

14              REPRESENTATIVE HUGHES:  (Inaudible).

15              CHAIRMAN BOHAC:  Are there any other

16      questions, Members?  If not, I will recognize that

17      is our last -- no, I'm sorry.

18              MS. PERALES:  Thank you.

19              CHAIRMAN BOHAC:  We have Ann

20      McGeehan.  She is with the Secretary of State's

21      office, and she will probably have some very

22      enlightening testimony for us.  She is neutral on

23      the bill.

24              ANN MCGEEHAN:  Ann McGeehan, Election

25      Division, Texas Secretary of State's office.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212131

USA_00023387

103

```
 1              Well, I did want to mention what the --
 2       the requirement for identification today is a person
 3       who registers to vote by mail for the first time is
 4       required to present proof of identification.  They
 5       have a choice.  They can enclose a copy of that
 6       identification when they submit their voter
 7       registration application, or they can bring that
 8       identifying with them when they come to the poll.
 9              The -- and that's a HAVA federal
10       requirement that was incorporated into state law
11       last --
12                  CHAIRMAN BOHAC:  Ann, can you repeat
13       that one more time?
14                  ANN MCGEEHAN:  Okay.  Reps to
15       voter --
16                  CHAIRMAN BOHAC:  I can't really hear
17       you very well --
18                  ANN MCGEEHAN:  Sorry.
19                  CHAIRMAN BOHAC:  -- I apologize.
20       This is a very important, critical point that you're
21       making here.
22                  ANN MCGEEHAN:  Right.  HAVA requires
23       a person who registers to vote in the state for the
24       first time by mail to provide proof of
25       identification.  They can provide it by submitting
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212132

USA_00023388

Case 2:13-cv-00193  Document 664-11  Filed on 11/11/14 in TXSD   Page 35 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 225 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

104

1       that identification with their voter registration

2       application, or they can choose to bring that

3       identification with them when they show up to vote.

4       Their -- their name -- their name's annotated on the

5       list of registered voters with a notation that

6       identification is required from that voter.  Okay.

7       So that -- that's separate and apart from any

8       requirements for showing certificate or

9       identification at the polling place.

10              The -- that first-time voter

11      identification requirement essentially disappears

12      once the State has implemented the statewide voter

13      registration list, because what HAVA says is once

14      the State has -- is maintaining the official list of

15      registered voters and once the State is verifying

16      the driver's license number or the Social Security

17      number is provided or the personal identifying

18      number that's provided on the driver's license, once

19      the State is verifying that, then the requirement

20      for first-time voters who are registering by mail to

21      produce identification, that disappears.

22              I just wanted to clarify what -- what that

23      requirement is.

24              CHAIRMAN BOHAC:  Members, any other

25      questions?  If not, thank you very much.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212133

USA_00023389

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 36 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 226 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

105

1        And the Chair will recognize Chairwoman

2    Denny to close her bill.

3        CHAIRWOMAN DENNY:  Thank you, Mr.

4    Chairman, Members.  I -- I thank you, Ann McGeehan,

5    for clearing that up, because that is the only case

6    in which identification is required for voter

7    registration.  I mean, you can still go to the Post

8    Office or the library and, you know, fill out a

9    voter registration card and take it to her office or

10   work through a Deputy Voter Registrar and do it that

11   way.

12       Also, I wanted to let you know that voters

13   without I.D. are still allowed to vote provisionally

14   under -- under this bill.

15       A question had come up, too -- I'm -- I'm

16   sorry, I don't remember which one of you all asked

17   what the requirements of other states are.  I think

18   it might have been you, Brian.

19       16 states currently require voters to show

20   some forms of I.D. at the polling place.  Five of

21   these require photo I.D.  Five require the voters to

22   show the proof of identity and/or address when

23   registering to vote.  Two states require voters to

24   show proof of citizenship when registering to vote,

25   although there are movements in several states for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008508

TX_00212134

USA_00023390

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 37 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 22 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

106

1     this requirement to expand.  Okay?

2              And so, anyway, I -- I am working on a

3     Committee Substitute that will address early voting

4     by mail, the -- because I think -- or voting by

5     mail.  And -- because that is -- that was overlooked

6     in this provision and -- or in this bill, and we

7     don't want to overlook that, because we do want to

8     require a copy of a photo I.D. to be mailed in with

9     that.

10             And I think we could rely on our election

11    division as well as our different counties, but --

12    but certainly a -- a statewide program of education

13    to -- when we would implement a program of this

14    magnitude.  They've done a marvelous job in the past

15    when we have had to implement large changes to the

16    election system in educating our voters, frankly, on

17    what's required or -- or different changes in the

18    law so that voters are not disenfranchised and

19    not -- not caught unaware of what's going to be

20    required of them when they go vote.

21             And public service announcements, if you

22    want to call it that, to be -- put in things like

23    people's utility bills and bank statements.  And I

24    mean, so often the business community is very -- is

25    very helpful.  And, you know, the private sector



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212135

USA_00023391

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 38 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 228 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

107

1   really joins in and helps throughout the State to

2   notify people of massive changes in a public

3   service, as it were, spirit to -- to help the State

4   get the word out when we do changes of this nature.

5         So I don't think it will be really

6   difficult to get everybody on board to try and

7   maximize voter turnout and participation, if we are

8   successful in doing this.  I just think that it is

9   so important that we safeguard the integrity of the

10  vote and that -- that people are assured that their

11  vote will be counted and that no one usurped their

12  authority to cast their own vote.

13        And with that, I will close, and ask you

14  to leave the bill pending, Mr. Chairman, so that we

15  have a little bit more time to work on it.  And I

16  thank you for your time this afternoon.

17        CHAIRMAN BOHAC:  Thank you, Madame

18  Chairwoman.

19        The Chair will leave House Bill 1706

20  pending.

21        Members, do you have any other questions

22  or comments about the universe or anything else?

23  If -- if there are no other questions or comments,

24  the Subcommittee on Voter Verification is adjourned.

25  Have a terrific weekend.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212136

USA_00023392

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 39 of 68
Case 2:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 229 of 302
2005 (79R) HB 1706 House Elections/Voter                              March 17, 2005

108

1          REPRESENTATIVE HUGHES:   Thank you.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008511

TX_00212137

USA_00023393

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 40 of 68
Case 5:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 230 of 302
2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

109

1      IN THE COUNTY OF TRAVIS  )

2      STATE OF TEXAS           )

3              I, Rhonda Howard, Certified Shorthand

4      Reporter in and for the State of Texas, hereby

5      certify to the following:

6              That the CD entitled, "TEXAS HOUSE OF

7      REPRESENTATIVES, COMMITTEE ON ELECTIONS,

8      SUBCOMMITTEE ON VERIFICATION VOTERS, MARCH 17,

9      2005," was transcribed at the request of Anne

10     Wilson, 209 West 14th Street, 8th Floor, Attorney

11     General's Office, Austin, Texas 78701, and the

12     amount due is $_____.

13             That the aforementioned CD was transcribed

14     to the best of my ability to hear and understand the

15     CD;

16             That the transcript was submitted by

17     E-trans on April  , 2012, to Anne Wilson, 209 West

18     14th Street, 8th Floor, Attorney Generals' Office,

19     Austin, Texas  78701;

20             I further certify that I am neither

21     counsel for, related to, nor employed by any of the

22     parties or attorneys in the action in which this

23     proceeding was taken, and further that I am not

24     financially or otherwise interested in the outcome

25     of the action.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008512

TX_00212138

USA_00023394

Case 2:13-cv-00193  Document 664-11  Filed on 11/11/14 in TXSD  Page 41 of 68
Case 2:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 231 of 302
2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

110

1          Certified to by me, this 26th day of

2    April, 2012.

3

4

5          *Rhonda Howard*

6          RHONDA HOWARD, Texas CSR No.

           Expiration Date 12/31/12

7          FIRM REGISTRATION NO: 283

           ESQUIRE DEPOSITION SERVICES

8          100 Congress, Suite 2000

           Austin, Texas  78701

9          (512) 328-5557

10

11   Job No. 333307RH

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008513

TX_00212139

USA_00023395

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

111

| A | | | | |
|---|---|---|---|---|
| **ability** | 96:6 | 17:2 27:25 | **afternoon** | **allowing** |
| 61:13 94:12 | **Act** | 28:8,11 | 7:9 17:1 | 3:9 6:13 7:1 |
| 94:22 | 96:14 | 30:24 31:1 | 38:25 67:3 | 12:4 19:14 |
| 100:24 | **action** | 31:3 37:24 | 72:14 | **allows** |
| 109:14 | 109:22,25 | 39:1 47:12 | 107:16 | 5:9 |
| **able** | **actual** | 52:13 82:8 | **age** | **alternative** |
| 6:16 23:1 | 12:10,10 | **Administr...** | 67:13 84:22 | 78:4 79:13 |
| 41:12 50:21 | **adapt** | 27:17 38:23 | **agency** | 79:14 |
| 52:2 60:14 | 70:3,19 | 39:3 52:24 | 56:12 91:11 | **altogether** |
| 62:14 66:5 | **add** | 80:7,10 | 98:25 | 96:8 |
| 69:11,22 | 44:23 90:2 | **admitted** | **ago** | **amends** |
| 70:1 71:20 | 99:2 | 66:19 | 40:22 92:8 | 54:15 |
| 95:17,21 | **addition** | **adopted** | **agree** | **America** |
| 99:6 101:1 | 54:19 | 33:17 90:25 | 31:10 62:18 | 73:11 96:13 |
| 101:5 | **additional** | **adoption** | 70:5,8,10 | **American** |
| **Absolutely** | 64:11 78:1 | 56:6 | **agreed** | 35:10 93:20 |
| 6:18 62:16 | 96:6,6,11 | **adult** | 37:2 97:9 | 94:4 |
| **abuse** | **address** | 72:23 | **airline** | **Americans** |
| 64:11 | 8:1 17:8 | **adults** | 70:5 83:11 | 78:10 |
| **abused** | 21:14 23:5 | 74:3 | **airlines** | **amount** |
| 64:10 | 29:9,19 | **advance** | 70:1 | 75:16,18 |
| **accept** | 43:12,25 | 9:18 | **airplane** | 97:11 |
| 98:22,23 | 45:19,21 | **advertised** | 5:15 | 109:12 |
| **acceptable** | 46:13 49:11 | 85:23 | **airport** | **Anchia** |
| 55:4,6,21 | 49:17 52:2 | **advise** | 70:17 | 2:6,7 11:22 |
| 56:2,2,22 | 55:24 58:5 | 94:8 | **albeit** | 11:23 13:12 |
| 98:19 | 63:8 72:5 | **Advocacy** | 47:17 | 16:13 20:1 |
| **accepted** | 87:14 97:23 | 91:6,10 | **Alexander** | 20:2,14 |
| 20:24 54:23 | 97:24 98:4 | **affect** | 27:15 38:22 | 21:3,13,17 |
| 65:11,23 | 98:8 105:22 | 18:21 | 38:25 39:1 | 21:21,24 |
| 94:13,22 | 106:3 | **affidavit** | 52:22 80:6 | 22:4,7,14 |
| 95:12 96:12 | **addressed** | 19:4 29:10 | 80:9 81:15 | 23:7 29:5 |
| 97:8 | 32:8 55:25 | 29:12 57:2 | 81:21 | 30:2,3,19 |
| **accepting** | 95:20 96:4 | 65:12 81:13 | **Alison** | 31:2,24 |
| 97:13,14,17 | **addresses** | 81:19 | 4:13 25:1,4 | 32:11,15 |
| **access** | 43:22 51:11 | **affirmation** | 25:7,7,14 | 60:19 62:6 |
| 26:24,25 | 98:3 | 38:16 39:23 | 25:17,20,22 | 62:9,10,20 |
| 71:15 101:6 | **addressing** | 41:18 47:5 | 88:25 89:3 | 64:18,20 |
| **accidentally** | 17:6 | **afford** | **alleged** | 65:8,19 |
| 44:3 | **adds** | 9:10 15:19 | 12:3 | 66:2,7 68:6 |
| **account** | 45:6 67:14 | 60:14 86:5 | **alleviate** | 68:7,13,16 |
| 87:11 | **adjourned** | **Afghanistan** | 71:8 | 68:25 69:3 |
| **accurate** | 107:24 | 4:23 | **allow** | 69:10,16,20 |
| 27:15 | **adjustment** | **AFLCIO** | 30:10 34:20 | 70:4 71:3 |
| **accurately** | 37:12 | 7:8,11 11:5 | 78:16 92:5 | 71:11,18 |
| 42:24 | **administr...** | 88:19 | **allowed** | 75:8,9,15 |
| **acquire** | 33:16 98:17 | **aforement...** | 7:21,24 21:5 | 75:19,23 |
|  | **administr...** | 109:13 | 105:13 | 76:2,7,13 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212140

USA_00023396

2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

112

| | | | | |
|---|---|---|---|---|
| 76:15 82:11 | applicable | 62:12 | authorized | 54:2 55:2 |
| and/or | 94:10 | aside | 55:1 56:12 | 62:15 69:13 |
| 105:22 | applicant | 17:15 | available | 72:6 80:14 |
| Ann | 43:2 | asked | 12:18 | 80:19,22,24 |
| 30:14 33:4,7 | application | 6:9 64:25 | avenue | 81:3,4,14 |
| 33:8,8 | 42:21,25 | 105:16 | 101:7 | 81:16,20 |
| 34:13,17,22 | 43:7 44:11 | Assessor | average | 84:12 90:23 |
| 34:25 35:4 | 51:12,21 | 67:4 | 8:18 9:19 | 95:10 |
| 35:7 62:17 | 52:11,16 | Assessor's | 15:3 16:3 | ballots |
| 93:17 | 57:7 90:9 | 66:24 | aware | 22:23 28:16 |
| 102:19,24 | 103:7 104:2 | associated | 19:13 57:9 | 29:23 34:12 |
| 102:24 | applications | 72:2 | 90:7 101:23 | 72:1 81:1 |
| 103:12,14 | 22:23 54:8 | Association | a/k/a | 89:25 |
| 103:18,22 | applied | 27:16 39:2 | 16:24 | bank |
| 105:4 | 5:25 | 52:23 61:3 | | 6:8,9 55:22 |
| Anne | applies | 61:8 80:6 | **B** | 97:1 106:23 |
| 32:21 40:12 | 17:17,19 | 80:10 | B | BAROSKY |
| 51:1 93:16 | applying | Associations | 20:7 | 23:11 |
| 109:9,17 | 57:1 | 38:23 | back | base |
| annotated | appreciate | assume | 5:12,20 6:15 | 32:13 |
| 104:4 | 6:13 11:18 | 45:21 46:12 | 13:9 14:21 | based |
| announcem... | 30:5 34:8 | 101:10 | 25:7 42:10 | 19:5 22:16 |
| 106:21 | 60:24 61:6 | assuming | 42:13 43:5 | 28:19 93:17 |
| answer | 71:23 88:6 | 99:5 | 44:1,22 | 94:14 |
| 24:21 78:18 | 92:14 | assured | 45:5 47:13 | basically |
| 84:20 | approach | 107:10 | 48:18,23 | 3:18 13:10 |
| anticipate | 62:25 | attempt | 50:5 52:4 | 29:11 |
| 58:1 | appropriate | 45:24 58:21 | 53:13 60:4 | basis |
| anticipated | 37:8 64:24 | attempting | 63:8 80:16 | 38:9 |
| 10:22 | appropria... | 94:25 | 80:18 85:5 | bed |
| anybody | 3:12 5:13 | attempts | 96:12 97:10 | 16:7 |
| 94:25 | 57:18,22 | 54:1 | background | behalf |
| anymore | approxima... | attention | 22:3 | 77:3 99:5 |
| 45:5 100:16 | 74:16 76:5 | 40:20 85:21 | bad | believe |
| anyway | April | Attorney | 43:22,24 | 7:18 16:20 |
| 31:16 44:22 | 1:13 109:17 | 109:10,18 | 46:12 49:1 | 23:21 30:20 |
| 67:11 106:2 | 110:2 | attorneys | 50:20 90:2 | 36:16 42:16 |
| an/or | area | 109:22 | Bailey | 44:10 78:2 |
| 50:18 | 21:19 | audience | 23:14,17,18 | 93:17 |
| apart | areas | 2:10 | 40:9 50:11 | 101:22 |
| 104:7 | 8:4,12 9:9 | Austin | 50:15 89:7 | benefit |
| apologize | 28:12 86:20 | 13:13 109:11 | 89:12,13 | 56:11 |
| 68:9 78:19 | 86:23 | 109:19 | 90:11,14 | benefits |
| 103:19 | arguments | 110:8 | 91:2,3 | 52:14 56:8,9 |
| app | 6:3 83:8 | author | balance | best |
| 57:7 | Arizona | 63:19 64:24 | 12:2,8 71:22 | 4:6 109:14 |
| appear | 5:6 93:7 | authority | ballot | Bettencou... |
| 94:16 | articulated | 107:12 | 29:16 53:24 | 39:13 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008515

TX_00212141

USA_00023397

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

| | | | | |
|---|---|---|---|---|
| **better** | 39:19 40:3 | 106:23 | 50:2,6,10 | 87:22 88:2 |
| 45:9 83:7 | 40:6,8,11 | **bill's** | 50:24 52:19 | 88:4,7,10 |
| 100:22 | 40:14 41:1 | 77:24 | 59:8 60:16 | 88:16 |
| **Bexar** | 41:3,7,20 | **birth** | 61:15,25 | **boss** |
| 16:24,24 | 41:24 42:2 | 56:1,3 92:20 | 62:4,8,21 | 14:24 |
| 17:3 18:13 | 42:4,5,19 | **birthdate** | 63:18 64:17 | **bottleneck** |
| 19:16 21:23 | 43:4,18,19 | 51:17 | 66:21 68:4 | 19:23 |
| 21:24 28:15 | 44:16,19 | **bit** | 68:10,14 | **bottom** |
| 37:22,24 | 46:22 47:8 | 10:2 12:22 | 72:9,17 | 80:22,23 |
| 47:7,12 | 47:14,14 | 18:11 26:8 | 73:17 75:7 | **box** |
| 82:2,8 | 50:12,23 | 36:22 41:19 | 76:17,21 | 43:1 49:15 |
| 102:6 | 51:2,5,9 | 47:17 70:9 | 78:22 79:20 | 95:20 99:24 |
| **beyond** | 53:1,5,8,8 | 83:7 100:18 | 79:25 81:6 | **bracket** |
| 41:9 87:17 | 53:10,11,14 | 107:15 | 81:24 82:5 | 36:22 |
| **big** | 53:18,19 | **bitty** | 85:2,5 | **Brazos** |
| 12:19 14:22 | 54:15,22,24 | 24:3 | 87:20 88:14 | 4:16 |
| 45:10 | 55:3,5,20 | **Blockbuster** | 88:17,22 | **Brian** |
| **bigger** | 55:22 56:17 | 5:21 24:3 | 89:4 90:7 | 7:3,4 105:18 |
| 49:15 50:22 | 56:24 57:4 | **block's** | 90:13,24 | **brief** |
| **biggest** | 57:10,18 | 81:3 | 91:4 93:13 | 25:23 27:8 |
| 62:2 | 58:4,6 | **board** | 94:2 99:22 | **briefly** |
| **bill** | 60:18,24,25 | 81:3 107:6 | 100:20 | 40:19 77:13 |
| 2:11,13,15 | 61:4,8,18 | **Bohac** | 101:9,18 | **bring** |
| 2:16,18,21 | 61:22 62:14 | 2:1,4,5,9,25 | 102:12,15 | 17:14,16,17 |
| 2:22,23 | 62:24 66:25 | 3:1,4,6 | 102:19 | 19:9,22 |
| 3:16,17,17 | 72:13 76:23 | 4:20 6:18 | 103:12,16 | 84:7 90:5 |
| 3:24 6:14 | 77:4 80:7 | 6:23 7:2,6 | 103:19 | 100:24 |
| 7:8,14 8:16 | 80:13 82:2 | 10:13 11:21 | 104:24 | 101:25 |
| 9:14 12:16 | 82:9,16 | 16:17,23 | 107:17 | 103:7 104:2 |
| 12:21 16:19 | 87:10 89:2 | 19:24 23:9 | **bond** | **bringing** |
| 16:25 17:4 | 89:6,9,14 | 23:13 24:23 | 102:13 | 21:12 |
| 17:7 23:16 | 91:7 92:1 | 25:6,9,11 | **born** | **broaden** |
| 23:21,21 | 93:18,22 | 25:15,18,21 | 69:7,18 70:7 | 100:8 |
| 25:3,10,10 | 94:11 95:23 | 27:12,22 | **Borofsky** | **Brock** |
| 25:13,19 | 96:25 | 28:2,5 | 16:24 17:1,2 | 25:1,4,7,7 |
| 27:18,23 | 102:23 | 29:25 32:17 | 20:13,22 | 25:14,17,20 |
| 28:1 29:9 | 105:2,14 | 33:2 34:4 | 21:4,14,20 | 25:22 88:25 |
| 30:18 31:13 | 106:6 | 35:6,8 | 21:23 22:2 | 89:3 |
| 31:23 32:19 | 107:14,19 | 37:18 38:12 | 22:5,12,15 | **brought** |
| 32:23 33:5 | **bills** | 38:15 39:8 | 23:12 28:15 | 58:6 62:17 |
| 33:11,13,20 | 26:4 57:14 | 39:21 40:1 | 37:21,23,23 | 87:6,6 |
| 33:23 34:9 | 68:15 94:14 | 40:7,25 | 38:14 47:6 | **Bruce** |
| 35:12,14,15 | 94:21,24 | 41:14,17 | 47:11,11 | 27:19,21,24 |
| 35:17,19,22 | 95:9,18 | 42:3,3 | 48:6,13,16 | 28:4,4,7 |
| 35:23,25 | 96:2,4,13 | 45:13 46:17 | 48:22 49:2 | 30:4,25 |
| 37:22 38:1 | 96:19 97:2 | 46:20 47:3 | 49:5,20,25 | 31:10 32:3 |
| 38:11,21,24 | 98:14 99:4 | 48:5 49:6 | 50:4,9 82:1 | 32:12 40:15 |
| 39:4,5,7,15 | 99:6,7,16 | 49:14,22 | 82:4,7,7 | 40:18 51:4 |
| | 101:3,5 | | 85:4 86:2 | |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008516

TX_00212142

USA_00023398

2005 (79R) HB 1706 House Elections/Voter

March 17, 2005

114

```
    51:6,8
  61:17,19,20
  61:20 62:2
  62:16
burden
26:5 68:1
  76:11 78:1
  78:4 92:12
bureaucracy
99:15
bus
9:11 14:2,13
  16:9
Bush
78:12
business
3:6 106:24
buy
67:12
B1
31:9

         C
calendar
53:10
call
2:3 7:7 33:3
  37:21 40:2
  43:13,15
  52:22 61:1
  82:1 106:22
called
50:10
calls
16:17,24
  23:13 25:1
  27:15,19
  33:4 35:8
  38:19,22
  39:12 40:9
  40:12 44:14
  46:20 47:6
  61:17 62:23
  66:16,23
  72:11 76:21
  79:21 88:25
  89:7 91:5
  93:15,19
```

```
98:18
Cameron
86:23
campaign
25:2 85:13
  89:1
campaigns
23:4
canceled
37:11
cannister
6:10
car
24:9,10
card
5:18 7:20
  9:7 14:8
  15:22 17:14
  17:21 19:22
  20:16 24:3
  24:10 30:11
  43:14 44:21
  45:2 46:4
  47:20 48:11
  48:18,23
  49:4,10,24
  50:1,3,5,19
  52:5 55:7
  55:10,13,16
  56:7,13,18
  58:10 63:10
  63:12,16,23
  64:6,7
  65:16,18,20
  66:15 70:21
  70:25 72:25
  74:1 81:12
  83:23 84:2
  84:3,15,16
  84:17,21,23
  84:24 88:8
  89:18 98:21
  100:5,6,16
  101:16,21
  101:22
  105:9
cards
24:1 48:1
```

```
51:10 60:3
  70:23 72:22
  74:16,19,25
  76:1,10
  101:12
care
11:15 98:13
carry
55:19 67:10
  67:25 68:2
  68:2 74:4
  78:10 84:8
  88:1 99:15
cars
9:9 13:23
  75:5
case
65:3,10,14
  79:11 102:4
  105:5
cases
22:22 32:4
cash
5:16
Cass
11:11
cast
67:18,20
  102:7
  107:12
casting
4:24 67:21
  95:10
catch
16:9 29:8
  30:16,18
  36:25 60:19
category
37:14
caught
106:19
Cause
16:18 40:3
  46:21,25
  62:24 63:4
causes
37:5
caution
```

```
48:4
CD
109:6,13,15
certain
8:12 67:7
  79:7 97:9
  97:16
certainly
5:24 39:8
  58:14 67:9
  101:24
  102:13
  106:12
certificate
17:11 18:25
  20:9,25
  21:2,6,8
  28:21,25
  29:10,13
  31:7,14,19
  42:10,14,17
  43:5,9,13
  43:17,20,22
  51:22 53:25
  54:14,19
  55:14 56:2
  56:25 57:1
  57:6 61:23
  62:1 65:5
  65:13,16
  69:14 80:21
  81:16 92:16
  92:18,20,21
  92:22,24
  94:13,17,23
  95:1,8,14
  98:8,23
  99:20
  100:25
  102:3,7
  104:8
certificates
21:11 44:4
  54:9
certified
56:1,4 109:3
  110:1
certify
```

```
109:5,20
chain
24:4
Chair
2:15,17,20
  7:6 11:24
  16:17,23
  23:13 25:1
  27:15,19,21
  32:18 33:3
  34:5 35:8
  35:15,17,19
  37:21 38:19
  38:22 39:12
  40:1,9,12
  40:18 41:19
  41:24 42:2
  44:14 45:13
  46:20 47:6
  50:10 51:1
  51:4 52:22
  53:12,12,16
  59:10 61:1
  61:17,21
  62:6,8,23
  64:25 66:23
  68:5,9
  72:11 73:22
  75:10 76:21
  79:1,21
  82:1 88:17
  88:25 89:7
  91:5 93:15
  93:19 105:1
  107:19
Chairman
2:1,4,5,9,25
  3:1,4,5
  4:20 6:16
  6:18,23 7:2
  7:6 10:13
  11:21 16:17
  16:23 19:24
  20:3 23:9
  23:13,17
  24:23 25:6
  25:8,8,11
  25:15,18,18
  25:21 27:12
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008517

TX_00212143

USA_00023399

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

| | | | | |
|---|---|---|---|---|
| 27:22 28:2<br>28:5 29:25<br>32:17 33:2<br>34:4 35:6,8<br>36:2,3<br>37:18 38:12<br>38:15 39:1<br>39:8,21<br>40:1,7,25<br>41:14,17<br>45:13 46:17<br>46:20 47:3<br>47:10 48:5<br>49:6,14,22<br>50:2,6,10<br>50:15,24<br>51:7 52:19<br>53:21,23<br>59:8 60:16<br>61:3,5,15<br>61:25 62:4<br>62:8,21<br>63:18 64:17<br>66:21 68:4<br>68:10,14<br>72:9,17<br>73:17 75:7<br>76:17,21<br>77:2 78:22<br>79:20,25<br>81:6,24<br>82:5 85:2,5<br>87:20 88:14<br>88:17,22<br>89:4,13<br>90:7,13,24<br>91:4 93:13<br>94:1 99:22<br>100:20<br>101:9,18<br>102:12,15<br>102:19<br>103:12,16<br>103:19<br>104:24<br>105:4<br>107:14,17<br>**Chairmens**<br>61:8 | **Chairwoman**<br>53:17,20<br>59:15,18,21<br>60:5,8,11<br>60:13 63:20<br>63:24 64:25<br>65:7,21,24<br>66:4,8<br>105:1,3<br>107:18<br>**Chair's**<br>2:14<br>**challenge**<br>23:1,2<br>**challenges**<br>4:2 47:17<br>**chance**<br>19:6<br>**change**<br>38:16 39:6,9<br>39:18 41:13<br>41:17 43:3<br>43:4,12<br>45:22 49:10<br>49:16 52:2<br>56:6 70:2<br>82:12,14<br>91:23 98:8<br>**changed**<br>5:13,14 8:21<br>9:4,5 15:12<br>37:25<br>**changes**<br>45:11,12<br>106:15,17<br>107:2,4<br>**changing**<br>31:16 39:22<br>**Chapter**<br>44:24<br>**charged**<br>22:21<br>**check**<br>5:16 21:1,5<br>55:23 91:19<br>**checked**<br>16:20 32:25<br>80:23 81:4 | **checking**<br>87:11<br>**checks**<br>75:2 80:21<br>**Chew**<br>100:18<br>**children's**<br>16:6<br>**chilling**<br>66:18<br>**choice**<br>103:5<br>**choices**<br>3:18<br>**choose**<br>104:2<br>**cigarettes**<br>67:12<br>**circle**<br>45:3<br>**circular**<br>92:19<br>**cities**<br>8:6,20 9:3<br>**citizen**<br>6:1 16:3<br>70:12<br>**citizens**<br>10:8 70:7<br>**citizenship**<br>55:14 56:3<br>105:24<br>**city**<br>13:14,24,25<br>**clarified**<br>80:16<br>**clarify**<br>47:15 104:22<br>**clean**<br>40:21 61:10<br>**clean-up**<br>36:5<br>**clear**<br>25:25 33:13<br>73:11 81:23<br>**clearing**<br>105:5 | **clearly**<br>12:7<br>**clerk**<br>2:3,4,6,8,12<br>14:5<br>**clerks**<br>8:13 23:22<br>**click**<br>24:4<br>**Cliff**<br>16:24 17:1,2<br>20:13,22<br>21:4,14,20<br>21:23 22:2<br>22:5,12,15<br>23:11,12<br>28:14,14<br>37:21,23,23<br>38:13,14<br>47:6,11,11<br>48:13,16,22<br>49:2,5,20<br>49:25 50:4<br>50:9 82:1,3<br>82:4,7,7<br>85:4 86:2<br>88:2,4,7,10<br>88:16<br>**close**<br>6:15 17:12<br>35:15 41:2<br>41:24 53:7<br>53:11 67:13<br>105:2<br>107:13<br>**closely**<br>20:21<br>**closing**<br>6:17<br>**Cocourse's**<br>25:10<br>**code**<br>26:23 50:20<br>54:15<br>**collecting**<br>56:24<br>**combination**<br>21:1 | **come**<br>2:2 6:15<br>10:3,8<br>15:19 18:10<br>28:25 31:6<br>37:25 38:15<br>39:9 44:1<br>57:12 60:21<br>61:6 63:8<br>67:9 69:20<br>70:24 77:17<br>77:18 78:3<br>86:17 94:19<br>95:3 96:12<br>103:8<br>105:15<br>**comes**<br>20:23 57:17<br>95:6<br>**coming**<br>17:15 27:10<br>39:22 47:4<br>61:16<br>**comment**<br>17:5 25:22<br>99:22<br>**comments**<br>25:9 64:18<br>83:9 94:9<br>107:22,23<br>**commitments**<br>60:21<br>**Committee**<br>1:2 3:12<br>16:14 17:5<br>25:24 26:22<br>35:18,24,24<br>36:3 40:16<br>42:1 57:9<br>59:7 61:3<br>99:16 106:3<br>109:7<br>**common**<br>16:18 40:3<br>46:21,24<br>62:24 63:3<br>74:11<br>**communicated** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008518

TX_00212144

USA_00023400

| | | | | |
|---|---|---|---|---|
| 85:20 | cons | counted | covered | 83:20 84:2 |
| communities | 47:14 | 18:15 28:17 | 65:18 87:18 | 105:19 |
| 13:4 | consider | 33:19 63:17 | covers | curve |
| community | 82:21 | 72:8 80:24 | 29:7 | 10:6 |
| 91:17 106:24 | constitution | 81:5 107:11 | create | custom |
| compared | 69:1,8 70:8 | counties | 15:24 19:23 | 35:18 69:17 |
| 74:10 | contact | 8:1,9,11 | 48:1 84:10 | customary |
| complies | 45:18 | 15:11 19:12 | 97:12 | 41:25 53:15 |
| 54:21 | contain | 24:19 | created | cut |
| compromised | 3:22 | 106:11 | 99:2 | 48:23 |
| 3:15 5:1 | containing | country | creating | cycle |
| concealed | 55:11,11,13 | 4:20 5:1 | 18:4,17,23 | 13:10 |
| 55:19 84:8 | 56:13,19 | county | 47:22 84:13 | |
| 84:16 87:25 | contains | 4:16 11:11 | 96:9 | **D** |
| concern | 55:14,18 | 16:24,25 | credit | dad |
| 20:5,19 26:4 | contiguously | 17:3,13,19 | 5:18 24:1 | 11:1,1 100:3 |
| 40:20 47:19 | 15:24 | 18:13 19:16 | crippled | Dallas |
| 48:11 61:25 | continual | 21:23,25 | 70:16 | 28:8,10 30:5 |
| 62:3,11 | 77:16 | 23:23 26:16 | critical | 32:5 51:8 |
| 64:21 65:2 | controver... | 27:25 28:8 | 73:20 84:4 | 52:12 |
| 77:14 80:12 | 92:9 | 28:10,15 | 103:20 | database |
| 80:25 | copy | 30:6,24 | crossed | 26:13,17,20 |
| concerned | 55:22 56:1,4 | 32:5 37:22 | 14:10 | 27:2,6 |
| 18:17,22 | 103:5 106:8 | 37:24 38:7 | crux | 74:19 |
| 25:24 51:9 | correct | 39:2,14,17 | 87:16 | databases |
| 91:21 | 41:11 42:21 | 44:1,15,18 | CSR | 26:24,25 |
| concerns | 43:7 59:15 | 47:7,12,18 | 1:13 110:6 | date |
| 4:4 32:6,13 | 61:24 73:13 | 51:8 52:13 | cumulative | 37:10 55:9 |
| conclusion | 75:6,25 | 61:3,7 | 20:6 | 110:6 |
| 99:14 | corrected | 66:24 67:4 | cure | day |
| conclusive | 42:15 | 82:2,8 85:6 | 77:22 | 3:12 13:11 |
| 64:23 | correcting | 86:23,23 | cured | 15:1,12 |
| confidence | 42:8 47:4 | 96:23 97:4 | 78:20 | 29:8 30:18 |
| 67:15 77:8 | correction | 97:15 102:6 | curiosity | 54:3 58:18 |
| confirming | 44:1 51:11 | 102:6 109:1 | 76:4 | 77:12,21 |
| 56:3 | corrections | couple | curious | 95:11 98:18 |
| conflict | 36:13 44:23 | 5:11 13:15 | 11:8 45:17 | 100:3 110:1 |
| 78:15 | 45:1 51:25 | 58:5 84:6 | 74:3,14 | days |
| confusion | correspon... | 92:8 | 87:23 | 37:10 41:9 |
| 43:19 45:7 | 96:3 98:25 | course | current | deal |
| 80:13 | cost | 38:6 53:4 | 31:13 42:7 | 22:21 36:5 |
| Congress | 59:12 83:5 | 57:17 100:2 | 42:24 43:3 | 90:2 99:6 |
| 92:11 96:18 | counsel | court | 54:11 55:22 | debating |
| 110:8 | 94:4 109:21 | 56:5 | 55:23 58:14 | 79:9 |
| connect | count | Courthouse | 80:17 81:10 | deceived |
| 16:10 | 11:15 19:5 | 102:6 | 94:18 | 27:4 |
| connecting | 29:16 31:15 | cover | currently | decide |
| 14:12 | 31:21 77:25 | 29:7 65:2 | 20:6 79:9 | 15:16 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008519

TX_00212145

USA_00023401

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 48 of 68
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 238 of 302

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

117

decipher
45:11
decree
56:5
defends
94:6
Defense
35:10 93:20
delay
18:19
deliberate
36:20
demanding
82:18
Democrat
50:11
Democratic
23:15,19
    24:17 40:10
    50:16 89:8
    89:14
denied
70:13 77:11
Denny
25:8 36:3
    53:17,17,20
    59:15,18,21
    60:5,8,11
    60:13 63:20
    63:24 64:25
    65:7,21,24
    66:4,8
    79:12 80:11
    105:2,3
Denny's
25:19 66:9
Denton
39:2
Department
28:13 55:8
    56:16 67:5
    72:12 79:22
    80:1
deposit
6:9
DEPOSITION
110:7
deputy

83:25 90:16
    105:10
described
30:9
desire
68:8
determine
51:25 76:10
determined
82:22 83:6
deterrent
7:18
deterrents
6:3
developing
26:13
died
5:3 59:3
difference
31:22
different
3:21 4:1 5:5
    18:9 19:1
    19:13 47:23
    54:18 70:9
    81:1 97:13
    99:11,11,12
    106:11,17
difficult
42:14 43:24
    52:18 58:15
    107:6
diluted
67:21
dinner
16:7
direct
33:20,24
direction
23:6
director
23:19 39:17
    46:24 50:16
    63:3
dis
67:14
disabilities
91:12,25

disagree
100:20
disappears
104:11,21
discourage
6:4 96:9
discouraged
6:5
discover
8:23 9:4,5
    15:21
discovered
14:1
discussed
58:8
discussing
47:13
discussion
17:25
disenfran...
12:12 30:23
disenfran...
37:4 68:19
    86:9 106:18
disenfran...
68:22 92:13
disenfran...
67:19
dishonesty
9:22
disparate
64:22
dispensed
85:19
district
22:19 100:3
diverse
17:18
division
33:9 102:25
    106:11
divorce
56:5
document
55:23 56:3
    97:17
    101:13

documenta...
98:22 102:1
documents
97:20 98:9
    99:3 100:23
doing
6:6 16:6
    18:3 26:12
    52:6 53:21
    107:8
dollars
98:9,11
Don
27:15 38:22
    38:25 39:1
    52:22 80:6
    80:9 81:15
    81:21
door
60:4 86:18
dot
36:10
doubt
51:15
dovetails
78:15
DPS
55:19 56:11
    56:24 58:1
    59:12 60:2
    60:3 72:15
    72:25 87:24
DPS-issued
72:22 74:1
Dr
40:19
drafted
33:13
drive
9:10 13:18
    73:25 74:2
    75:1 95:16
    95:16
drivers
75:22
driver's
7:23 9:8,11
    13:4 14:7,9

14:11 24:9
    24:11 26:9
    51:18 55:6
    56:17 57:25
    63:14 72:24
    73:4,25
    74:10,21
    75:12,17
    76:10 84:3
    96:1 97:19
    97:23 98:1
    98:4,6,7,12
    100:7 101:1
    101:3
    102:11
    104:16,18
driving
13:21 56:10
    73:4 75:5
dual
78:17
due
42:13 43:24
    109:12
duly
77:9
duplicate
47:22
duty
15:17

E
earlier
30:9 99:13
early
4:17 15:13
    16:8 18:6
    19:15,16
    58:17 77:18
    77:18 99:6
    99:8 106:3
easier
42:22 52:9
    52:10,17
    98:23
easily
29:24
east


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

2005 (79R) HB 1706 House Elections/Voter                     March 17, 2005

118

| | | | | |
|---|---|---|---|---|
| 8:5 10:17 | 61:11 71:25 | endured | 94:15 95:3 | 31:25 36:20 |
| 10:17 11:8 | 77:12,21 | 4:2 | 99:19 | **experiences** |
| 41:7 | 80:7,10 | **enfranchised** | **evolved** | 3:25 |
| **easy** | 86:17 94:2 | 86:11 | 5:14 22:24 | **expert** |
| 29:21 68:18 | 95:11 97:22 | **enlightening** | **exactly** | 27:6 |
| **economy** | 100:3 102:5 | 102:22 | 92:25 | **experts** |
| 70:15 | 102:5,12,13 | **enormous** | **example** | 98:15 |
| **educated** | 102:24 | 97:11 | 13:8 95:15 | **Expiration** |
| 100:9 | 106:10,16 | **ensure** | **examples** | 110:6 |
| **educating** | **elections** | 54:1 | 58:16 | **expired** |
| 100:13 | 1:2 4:1 8:5 | **ensures** | **exceptions** | 55:8,9 |
| 106:16 | 8:11 9:22 | 77:10 | 23:3 | **explain** |
| **education** | 9:24 17:2 | **ensuring** | **exclude** | 35:21 53:17 |
| 19:7 55:17 | 22:1,19 | 42:23 | 96:7 102:9 | **explaining** |
| 85:13 | 27:25 28:8 | **entertain** | **executed** | 58:4 |
| 100:21,22 | 31:1 32:1,2 | 59:6 | 80:15 | **explanation** |
| 101:7,25 | 33:9 37:24 | **entitled** | **executes** | 46:25 |
| 106:12 | 38:23 39:1 | 109:6 | 57:1 65:11 | **explicit** |
| **Educational** | 47:12 52:7 | **entity** | **Executive** | 62:13 |
| 35:11 93:21 | 52:13 89:25 | 56:1,7 | 46:24 63:3 | **express** |
| 94:5 | 109:7 | **envelope** | **exercise** | 32:14 |
| **effect** | **electronic** | 46:4 | 12:4 30:22 | **expressed** |
| 17:23 66:18 | 85:7,9 | **equally** | 68:23 69:4 | 80:11 82:11 |
| **effectively** | **eligibility** | 94:9 | 69:11,22 | **extent** |
| 85:20 | 54:22 | **erroneously** | 71:16 | 37:6 62:15 |
| **efficiency** | **eligible** | 36:25 | **exist** | **extremely** |
| 17:15 | 26:11 30:13 | **error** | 26:25 54:12 | 42:17 |
| **Eight** | 36:8 57:6 | 41:12 | **existing** | **E-trans** |
| 21:20,21 | 61:13 67:19 | **especially** | 33:16 54:21 | 109:17 |
| **either** | 68:23 81:2 | 14:23 58:16 | **exists** | |
| 13:4 20:10 | **eliminates** | 87:18 | 19:4 | **F** |
| 23:6 28:25 | 94:22 | **ESQUIRE** | **expand** | **fact** |
| 31:7 54:17 | **Elizabeth** | 110:7 | 106:1 | 18:21 21:6,7 |
| 54:25 79:10 | 41:21 53:3,6 | **essentially** | **expect** | 30:8 44:7 |
| 82:17 89:15 | **Elm** | 19:3 26:22 | 57:13 89:19 | 63:5 78:15 |
| 97:9 100:21 | 70:25 | 69:5 104:11 | 89:20 | 82:14 92:14 |
| **either/or** | **emotion** | **establishes** | **expected** | 100:1 |
| 47:25 94:18 | 22:21 | 56:20 | 9:18 | **fails** |
| **elderly** | **employed** | **estimate** | **expedite** | 54:24 |
| 95:15,16 | 109:21 | 17:12 | 68:8 | **fair** |
| **election** | **employee** | **estimated** | **expense** | 30:7 76:13 |
| 9:2 13:10,11 | 55:12 | 57:21 | 59:17,25 | 76:15,16 |
| 15:12 18:22 | **enclose** | **everybody** | **expensive** | **fairly** |
| 22:16 26:23 | 103:5 | 11:16 19:6 | 58:2 | 19:17 |
| 27:16 28:13 | **encourage** | 19:17 61:13 | **experience** | **fake** |
| 28:16 39:3 | 64:3,13 | 82:22 107:6 | 21:19,22 | 54:9 |
| 52:23 54:3 | **encouraging** | **evidence** | 22:8 28:9 | **fall** |
| 54:15 58:18 | 26:1 | | 30:24 31:5 | 19:14 85:8 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008521

TX_00212147

USA_00023403

2005 (79R) HB 1706 House Elections/Voter                                       March 17, 2005

119

| | | | | |
|---|---|---|---|---|
| false | 91:24 95:21 | folks | 30:11 31:8 | 51:13 96:20 |
| 26:7,9 54:7 | 98:14 | 27:4 49:7 | 54:18,25 | functions |
| familiar | financially | 59:13 71:21 | 55:4,6,21 | 99:16 |
| 102:2 | 57:2 109:24 | 78:5 85:9 | 56:19,21 | Fund |
| family | Finch | 86:22 | 63:24 78:4 | 35:11 93:21 |
| 58:12,13 | 38:19 | follow | 79:14 83:21 | 94:5 |
| fantastic | find | 29:18 81:10 | 94:20 96:6 | fundamental |
| 26:12 30:6 | 8:24 51:12 | following | 105:20 | 12:5 68:23 |
| far | 51:21 52:11 | 55:5,20 | fought | 70:6 77:24 |
| 29:20 52:1 | 52:15 71:13 | 109:5 | 59:3 | funding |
| 53:2 93:6,8 | 72:2 91:19 | follow-up | found | 57:12,17 |
| father | 96:11 | 29:4 57:10 | 14:18 | funds |
| 100:2 101:4 | 101:20 | food | four | 97:8 |
| favor | 102:4 | 14:5,6 | 38:8 40:22 | further |
| 39:6 40:6,7 | fine | force | 57:15 63:7 | 109:20,23 |
| 44:18 | 58:14 | 96:5 | franchise | |
| favorably | finished | forced | 12:5 30:22 | ——— G ——— |
| 53:10 | 93:5 | 63:16 | 69:4,23 | garage |
| federal | FIRM | forcing | 71:16 | 40:21 |
| 56:12 59:22 | 110:7 | 96:10 | Frank | gas |
| 63:6 96:20 | first | foreclose | 32:18 76:22 | 9:14 |
| 97:6 103:9 | 4:25 8:22 | 101:7 | 77:1,3 79:6 | general |
| fee | 14:10 29:8 | forefathers | 79:17 | 28:16 53:10 |
| 56:25 57:3,8 | 36:10 86:11 | 59:3 | frankly | 71:25 |
| feel | 88:21 90:8 | forget | 101:18 | Generals |
| 13:2,5,6 | 90:15 103:3 | 82:20 | 106:16 | 109:18 |
| 61:9 76:8 | 103:24 | form | fraud | General's |
| 89:24 | first-time | 2:11 3:19 | 10:7 12:3 | 109:11 |
| fees | 96:23 97:4 | 20:10 25:16 | 22:9 25:24 | generate |
| 60:3 98:13 | 97:14 | 29:1 38:16 | 32:1 54:4 | 81:1 |
| file | 104:10,20 | 39:9,23 | 66:12 71:19 | generation |
| 3:24 75:22 | fiscal | 41:18 42:17 | 71:19 94:15 | 100:14 |
| 85:6 | 57:19,21 | 42:18 43:20 | 95:5 99:19 | George |
| filed | 59:11 75:14 | 44:11 47:5 | fraudulently | 39:12,16,16 |
| 43:19 54:8 | fishing | 54:17 69:23 | 95:7 | 39:21 44:14 |
| 57:11 | 12:18 56:14 | 90:10,22 | free | 44:17,17 |
| fill | 84:25 | 92:21,24 | 92:21 | 45:20 46:3 |
| 25:16 51:14 | five | 98:19 | freedom | 46:18 66:23 |
| 58:10 64:6 | 36:8 80:23 | 100:11 | 70:11,11 | 67:1,3,4 |
| 84:2 90:22 | 105:20,21 | formal | frequently | 68:24 69:2 |
| 105:8 | flight | 57:12 | 69:11 100:4 | 69:9,15,19 |
| filled | 60:19 | formally | freshman | 69:25 70:10 |
| 7:12 | flocking | 91:10 | 3:7 | 71:7,17,24 |
| filling | 9:25 | forms | friend | Georgia's |
| 49:16 | Floor | 3:21 5:8 | 14:4 | 79:8 |
| final | 109:10,18 | 7:22 12:17 | friends | Germaine |
| 53:2 | flu | 17:22 20:9 | 4:6 58:12 | 79:21 |
| finally | 78:19 | 20:11,16 | front | getting |



DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212148

USA_00023404

2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

120

| | | | |
|---|---|---|---|
| 14:2 16:2<br>19:8,13<br>26:9 27:4<br>85:22<br>**give**<br>13:8 37:9<br>47:16 70:25<br>74:8 84:11<br>97:10 98:14<br>**given**<br>14:25 36:18<br>69:1 77:4<br>97:11<br>**gives**<br>3:18 67:15<br>70:22<br>**giving**<br>5:3 12:22<br>14:6<br>**glad**<br>14:17 35:3<br>**go**<br>4:5 5:12 6:6<br>8:11,17,22<br>9:4,15<br>13:18 14:20<br>14:25 15:17<br>16:9 21:9<br>24:2 26:7<br>26:22 27:9<br>36:21 41:9<br>46:14 51:12<br>51:21 52:10<br>52:12 63:11<br>64:8 68:11<br>68:20 70:25<br>80:18,22,25<br>81:11 84:3<br>87:3 89:19<br>92:2,20<br>93:9 95:14<br>96:23,24<br>98:6,10,11<br>99:10 100:4<br>100:7,23<br>101:8,13<br>102:3 105:7<br>106:20 | **goes**<br>81:3<br>**going**<br>4:11 6:14<br>8:7,18 9:22<br>16:8 17:16<br>18:5,19<br>19:22 26:8<br>58:1 64:13<br>66:12,15<br>78:20 80:16<br>80:25 81:4<br>82:25 83:2<br>83:14 84:12<br>85:5,8<br>86:14,15,16<br>86:17,19<br>90:22 91:12<br>91:22 92:2<br>92:2,3,4,19<br>95:17,20<br>96:3 97:7<br>98:1,2,5,10<br>101:20<br>102:9,10<br>106:19<br>**good**<br>5:23 6:24<br>7:9 13:19<br>17:1 18:5,8<br>19:12 21:15<br>45:21 47:14<br>49:8 58:3<br>61:9 67:3,6<br>72:14 73:9<br>78:14 83:18<br>87:15 99:14<br>**goodness**<br>3:13 101:1<br>**government**<br>22:3 55:23<br>63:6 91:18<br>98:25 99:14<br>**governmental**<br>56:1,7<br>**governmen...**<br>100:10<br>**grace** | 82:21 85:17<br>85:25,25<br>87:1<br>**grandmother**<br>101:2<br>**granted**<br>13:17<br>**great**<br>3:4 22:20<br>48:16 53:21<br>93:14<br>**greater**<br>98:16 101:6<br>101:6<br>**group**<br>17:18<br>**guarantee**<br>17:24 71:1<br>**guess**<br>18:19 27:20<br>34:18 44:19<br>59:17 60:2<br>70:14 73:3<br>81:23 85:16<br>**gun**<br>12:19<br><br>--- **H** ---<br>**half**<br>19:17 21:11<br>**Hammerlein**<br>39:12,16,17<br>44:14,17,18<br>45:20 46:3<br>46:18 66:23<br>67:3,4<br>68:24 69:2<br>69:9,19,25<br>70:10 71:7<br>71:17 72:10<br>**HAMMERLINE**<br>69:15 71:24<br>**Hampton**<br>11:16<br>**hand**<br>2:11 44:25<br>82:23<br>**handed** | 41:19 59:22<br>83:5<br>**handgun**<br>55:19 84:8<br>84:16 87:25<br>**happen**<br>22:19,22<br>37:15<br>**happened**<br>4:6<br>**happening**<br>4:23<br>**happens**<br>36:9,24<br>45:18<br>**happy**<br>24:21 40:22<br>59:6 78:18<br>**hard**<br>15:7 30:5<br>92:4<br>**harder**<br>10:2,7<br>**Harris**<br>39:14,17<br>44:15,18<br>47:17 66:24<br>67:4 85:6<br>**HAVA**<br>57:10,13<br>78:15 79:1<br>83:20 90:21<br>91:1,1 92:9<br>92:11 96:19<br>96:21,22<br>97:7,8 99:8<br>103:9,22<br>104:13<br>**HB-1293**<br>94:10<br>**HB-1706**<br>94:9<br>**head**<br>30:16<br>**hear**<br>6:15 32:6<br>103:16<br>109:14 | **heard**<br>2:14 9:20<br>77:15 94:24<br>95:4 96:14<br>**hearing**<br>46:25<br>**heighten**<br>97:25<br>**Hello**<br>25:4<br>**help**<br>12:24 61:9<br>72:21 96:13<br>107:3<br>**helpful**<br>12:8 106:25<br>**helps**<br>107:1<br>**Hi**<br>37:23 39:16<br>**Hidalgo**<br>86:22<br>**higher**<br>55:17<br>**history**<br>85:6 93:17<br>**holding**<br>95:7<br>**home**<br>9:15 14:20<br>15:13 87:4<br>89:22 96:2<br>96:11<br>**homeowner**<br>87:9<br>**homes**<br>89:20<br>**homework**<br>16:6<br>**honest**<br>9:20 10:7<br>31:23<br>**honor**<br>6:16<br>**hope**<br>8:24 11:1<br>71:23 73:4<br>75:5 78:21 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008523

TX_00212149

USA_00023405

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

hopper
72:7
hotel
11:16
House
1:1 2:16,17
  2:21,21
  3:16,17
  17:5,7
  33:20,23
  34:9 35:14
  35:15,17,19
  35:25 41:3
  41:20,24
  42:2,5,19
  43:4 53:8,8
  53:14,18,18
  54:15 55:3
  77:4 94:2
  107:19
  109:6
households
95:23
Houston
95:25
Howard
1:13 109:3
  110:6
HP-1706
94:21
Hughes
7:3,5 10:13
  10:15,21,25
  11:4,7,12
  11:17 34:6
  34:7,15,21
  34:24 35:2
  35:23 41:6
  45:14,15
  46:2 48:7,8
  48:14,21,25
  49:3,18
  59:9,10,16
  59:19 60:1
  60:6,10,12
  65:17 72:19
  72:20 73:2
  73:8,14,18

73:21 74:7
74:13,17,20
74:24 75:4
78:24 79:16
79:18 81:8
81:9,18,22
87:22 88:3
88:5,9,12
102:14
108:1
hundreds
44:21 71:25
72:1 98:18
hunting
56:14 84:25
H.E.B
83:10

─────── I ───────
idea
21:16 49:1
74:8 75:2
83:18
identific...
3:20,21 4:8
5:9 7:17,22
12:15 14:14
20:10 28:19
28:20,21
31:8 32:1
33:14,18,22
54:5,17,18
54:25 55:1
55:4,6,7,10
55:12,16,21
56:7,18,19
56:21,23,25
70:13 79:11
79:15 90:10
91:20 92:10
92:12,12,16
92:22,23
93:4 94:21
96:7 98:16
100:11
103:2,4,6
103:25
104:1,3,6,9

104:11,21
105:6
identific...
91:16
identify
93:23
identifying
103:8 104:17
identity
18:2 26:6,7
54:12,20
56:20 99:5
105:22
illegal
67:21 68:19
illegally
67:18
illegible
44:8
illustrated
20:5
imagine
92:23 95:24
immediate
36:17 40:20
83:15
immediately
36:17 37:9
40:21
impact
67:22
implement
106:13,15
implemented
83:7 104:12
implementing
12:11
importance
97:25
important
4:19 19:8
21:16 42:19
68:11 73:19
103:20
107:9
impossible
44:9
inadverte...

46:9,16
Inasmuch
36:19
Inaudib
49:12
inaudible
3:14 6:23
25:22 27:4
27:25 36:9
36:12,13,21
39:25 41:7
47:1 50:4
51:10 56:11
60:15 64:16
76:14 77:6
79:24 82:16
89:3 91:11
92:15 93:15
95:22
102:14
incidence
13:3 22:9
31:6
incident
4:15 22:15
include
102:10
included
56:9
including
56:9
incorporated
91:10 103:10
increase
48:20,22
77:7,17
incremental
18:4
incur
100:11
indicate
26:20
indicating
18:25 43:1
indicted
32:4,5
indictments
32:10

individual
41:12 54:7
92:15,18
individuals
27:2 37:1
54:4,10,13
91:11,18,22
91:24 93:9
Industry
3:7
ineligible
45:7
inevitably
95:9
infected
78:21
information
8:15 26:19
29:24 39:9
42:7,9,16
42:22 43:3
43:4,8,25
44:5,7
47:21 51:23
52:4 85:19
86:19
infringing
83:15
inhibits
101:19
initial
38:17 39:10
47:23
initialing
29:12
Inn
11:16
input
26:25
inside
46:4
insight
45:16
instance
20:23 22:18
institution
55:17
instruct



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212150

USA_00023406

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

122

| | | | | |
|---|---|---|---|---|
| 43:6 | Item | 79:8 84:14 | 23:14,17,18 | 50:20 51:14 |
| insurance | 80:19 | | 40:9 50:11 | 52:9 53:2 |
| 24:10 | I.D | **J** | 50:13,15 | 58:8 60:18 |
| integrity | 4:9 5:7,8,16 | JESSE | 89:7,10,12 | 61:11 62:17 |
| 67:14 70:20 | 5:17,18,21 | 36:1 41:5 | 89:13 90:11 | 65:3 67:9 |
| 107:9 | 6:10 9:13 | Jim | 90:14 91:3 | 67:20,22 |
| intent | 12:14,17 | 70:24 | 91:4 | 68:10,14 |
| 2:14 34:1,11 | 17:6,23,24 | job | Kerry | 70:3 71:23 |
| 34:20 | 18:3,16 | 3:3 15:9,23 | 78:12 | 71:25 72:4 |
| interest | 19:2 20:15 | 16:2 18:9 | key | 72:5 73:24 |
| 60:16 | 20:16 21:15 | 19:12 26:12 | 24:4 83:18 | 74:21 78:7 |
| interested | 22:25 23:23 | 27:14 30:6 | kind | 79:2,3,5,6 |
| 16:15 109:24 | 24:2,5 29:1 | 52:9,10 | 22:16 26:10 | 79:7,8 |
| interesting | 30:12 31:15 | 53:22 | 27:9 36:4 | 83:2 84:12 |
| 28:22 76:19 | 31:17,18,20 | 106:14 | 36:21,22 | 86:7,25 |
| interpret | 34:2,25 | 110:11 | 37:5 68:16 | 87:24 89:20 |
| 34:19 | 35:5 58:9 | joins | 70:6 73:22 | 90:21 91:14 |
| introduce | 61:24 62:1 | 107:1 | 76:10 84:10 | 91:18,22 |
| 33:7 39:15 | 62:15 63:20 | Jones | 85:18 86:13 | 92:5,22,25 |
| 50:12 61:19 | 63:24 65:22 | 35:20,21 | 86:24 91:19 | 96:14 98:10 |
| 63:1 67:1 | 67:9,10,11 | 36:1 37:19 | 95:3 96:3 | 100:5,6,23 |
| 76:24 82:3 | 67:11,25 | 40:19 41:2 | 97:16 99:23 | 101:14,25 |
| 89:10 91:7 | 69:24 70:2 | 41:5,15,16 | kinds | 105:8,12 |
| introduces | 70:16,18,22 | 50:14 70:24 | 18:9 | 106:25 |
| 97:21 | 71:8 72:22 | journey | knew | knowledge |
| invite | 72:25 73:6 | 3:13 | 4:10 | 79:4 |
| 2:10 | 74:1,16,19 | journeys | knock | known |
| involved | 75:1 76:1,9 | 3:24 | 86:17 | 88:23 |
| 4:1 32:2 | 77:21 78:3 | judge | know | KOLKHORS |
| 85:14,14,15 | 80:21 81:17 | 80:21 | 3:11,22 4:2 | 2:24 |
| Iraq | 82:17 83:10 | judges | 4:13 6:2,11 | Kolkhorst |
| 4:23 | 83:10,13,19 | 8:2 | 8:8,17 9:8 | 2:19,22 3:2 |
| issue | 83:21,23 | judgment | 11:1,6,10 | 3:5 6:20,21 |
| 17:6,7,8 | 84:4,4,9 | 98:18 | 11:16 13:16 | 6:25 24:1 |
| 20:4 21:15 | 87:2,7,8,16 | juggle | 13:19 14:3 | 35:16 59:2 |
| 63:8 66:3 | 89:16,22 | 98:24 | 14:16 15:11 | 61:22 79:13 |
| 68:11,17 | 90:1,15,17 | junior | 15:15 16:5 | Kolkhors's |
| issued | 90:18,20 | 84:25 | 16:13 18:12 | 25:13 58:6 |
| 55:7,15,16 | 92:17,18 | justifica... | 18:13 21:9 | |
| 55:19 56:7 | 95:17 97:25 | 99:18 | 21:16 26:11 | **L** |
| 56:10,13,15 | 98:19 99:9 | justified | 27:8,9 | lack |
| 56:18 74:15 | 105:13,20 | 51:15 | 30:15 32:4 | 44:6 99:18 |
| 75:13 84:8 | 105:21 | | 32:7 34:1 | lady |
| 98:7 | 106:8 | **K** | 36:7 44:24 | 14:6 |
| issues | I.D.s | keep | 45:4,6,16 | laid |
| 82:10 96:21 | 13:5 18:10 | 44:11 46:15 | 45:24 46:5 | 44:20 |
| issuing | 21:5 57:25 | 63:10 | 46:8 47:12 | language |
| 59:12 | 59:12 78:3 | Ken | 49:4,18,22 | 18:2 20:12 |
| | 78:4,11 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008525

TX_00212151

USA_00023407

| | | | | |
|---|---|---|---|---|
| 48:24 | 2:14,17 | 55:19 56:5 | 81:12,19 | 3:13 4:21 |
| **large** | 15:13 35:17 | 56:11,15,17 | 93:3 97:19 | 8:14 11:15 |
| 8:19 13:24 | 41:25 47:22 | 63:14 69:6 | 99:3 104:5 | 13:22 14:17 |
| 13:25 18:20 | 48:3 53:14 | 72:24 73:4 | 104:13,14 | 14:19 24:2 |
| 19:17 | 107:14,19 | 73:25 74:10 | **listed** | 57:14 |
| 106:15 | **leaves** | 75:12,17 | 36:10 41:22 | **longer** |
| **larger** | 54:3 | 84:3,8 | 63:15 | 38:10 96:10 |
| 8:6 13:14 | **legal** | 87:13 96:1 | **lists** | **Longview** |
| 49:4 | 35:10 93:20 | 97:19,23 | 27:10 | 11:15 |
| **largest** | 94:4,6 | 98:1,4,6,7 | **literally** | **look** |
| 91:15 | **legislating** | 98:12 100:7 | 16:4 | 16:4 67:12 |
| **late** | 71:19 | 101:1,3 | **litigation** | 80:18 92:10 |
| 41:19 | **legislation** | 102:11 | 78:8 96:17 | **looked** |
| **lately** | 20:18 49:7 | 104:16,18 | **little** | 12:16,17 |
| 49:21 | 57:16 67:6 | **licensed** | 3:15 10:2 | **looking** |
| **laundry** | 77:7,10 | 75:21 | 12:22 24:3 | 3:23 5:4,4 |
| 12:20 | 78:14,17 | **licensee** | 36:4,5,7,10 | 14:13 26:18 |
| **law** | 79:9 | 87:25 | 36:22 41:19 | 26:19 |
| 21:12 31:13 | **legislative** | **licenses** | 50:22 70:9 | **looks** |
| 31:18 34:10 | 34:19 61:3 | 57:25 74:21 | 83:7 84:13 | 80:23 93:7 |
| 36:15 37:13 | **Legislature** | 76:10 85:1 | 87:6,14 | **loophole** |
| 42:7,24 | 18:7 | **lieu** | 100:18 | 54:3 |
| 43:9 58:14 | **legitimate** | 85:17,24 | 107:15 | **Lori** |
| 59:22 63:6 | 9:20 | **light** | **Littles** | 91:5,7,9,9 |
| 67:10 69:5 | **letter** | 39:18 | 7:7,9,10 | **lot** |
| 72:21,24 | 38:9 45:23 | **likelihood** | 10:19,23 | 5:14,14 9:20 |
| 73:12 80:17 | 47:20 | 97:21 | 11:3,6,9,13 | 9:21,23 |
| 81:11 94:18 | **letters** | **limb** | 11:20 13:6 | 14:23 15:2 |
| 97:6 103:10 | 38:6 | 21:10 | 13:13 19:7 | 16:1 44:19 |
| 106:18 | **letting** | **limit** | 88:18,20 | 45:7,9 46:9 |
| **laws** | 45:16 | 25:12 40:23 | **live** | 47:15 64:2 |
| 29:14 78:10 | **let's** | **limited** | 6:12 8:19 | 64:2 77:19 |
| **lay** | 11:9 34:9 | 42:13 | 45:5 89:16 | 81:1 87:17 |
| 2:15,21,21 | 63:9 | **line** | 95:22 | 91:17 98:22 |
| 2:22 3:16 | **level** | 14:7,17,19 | **lives** | **low** |
| 6:13 42:2,3 | 4:3 26:16,16 | 45:3 | 101:4 | 31:5 |
| **laying** | 27:11 | **lines** | **living** | **lower** |
| 3:14 | **library** | 8:14 13:22 | 87:9 95:25 | 57:20 |
| **lays** | 56:12,14 | 42:16 44:8 | 96:2 | **luxuries** |
| 35:19 | 84:21,23 | 45:3 96:10 | **located** | 15:3 |
| **le** | 105:8 | **list** | 55:17 56:14 | **luxury** |
| 49:13 | **license** | 12:16,20 | **location** | 14:24 15:1,1 |
| **League** | 7:23 9:8,12 | 20:24 26:23 | 31:7 69:17 | 15:4,19 |
| 36:5 37:14 | 12:19,19 | 27:4,5 44:3 | **logical** | 70:6 |
| 38:20 | 13:4 14:7,9 | 46:10,16 | 12:13 | |
| **learned** | 14:11 24:10 | 55:3 56:22 | **Lois** | **M** |
| 39:5 | 24:11 26:9 | 65:9,25 | 2:21 | **machines** |
| **leave** | 51:19 55:7 | 66:1 80:19 | **long** | 8:13 85:7 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 664-11  Filed on 11/11/14 in TXSD  Page 55 of 68
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 245 of 302

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

124

| | | | | |
|---|---|---|---|---|
| Madame<br>6:23 107:17<br>magnitude<br>106:14<br>mail<br>22:24 46:4<br>46:12 51:10<br>55:25 58:17<br>83:20 85:22<br>85:23 86:14<br>86:16 89:25<br>90:8,9,12<br>90:23 95:19<br>96:24 97:5<br>97:15 103:3<br>103:24<br>104:20<br>106:4,5<br>mailed<br>43:14 45:23<br>106:8<br>mailing<br>45:4 83:3<br>mails<br>43:21<br>mail-out<br>44:21<br>main<br>7:15 43:18<br>44:19<br>maintain<br>29:22<br>maintaining<br>104:14<br>major<br>85:12<br>majority<br>18:15 46:7<br>66:14<br>making<br>10:2,7 19:12<br>42:19,22<br>51:21 52:10<br>61:23<br>103:21<br>MALDEF<br>94:5 98:20<br>100:22 | MALDEF's<br>94:8<br>man<br>4:16<br>manage<br>8:11<br>mandated<br>57:16 91:10<br>manner<br>42:6<br>MARCH<br>1:4 109:8<br>Margaret<br>72:11,14,15<br>73:1,7,13<br>73:16 74:6<br>74:12,15,18<br>74:22 75:3<br>75:6,13,18<br>75:21,25<br>76:5,12,14<br>76:20<br>margin<br>19:18<br>market<br>85:18<br>marriage<br>56:4<br>Marshall<br>11:10<br>Martinez<br>79:21<br>marvelous<br>106:14<br>Mary<br>38:19 66:9<br>massive<br>107:2<br>match<br>97:23 98:3,4<br>98:10<br>material<br>96:11<br>maximize<br>107:7<br>ma'am<br>11:12,17<br>60:1 | McAfee<br>32:21 33:2<br>40:12 51:1<br>93:16<br>McGeehan<br>30:14 33:4,8<br>33:8 34:13<br>34:17,22,25<br>35:4,7<br>62:17<br>102:20,24<br>102:24<br>103:14,18<br>103:22<br>105:4<br>mean<br>12:18 14:8<br>24:5,10<br>34:11,15,16<br>34:19 48:10<br>52:6 62:17<br>69:7 70:14<br>71:4,24<br>73:10 74:9<br>82:15 105:7<br>106:24<br>meaning<br>28:20<br>means<br>27:7<br>measure<br>61:9<br>mechanism<br>46:15 102:8<br>media<br>85:14,15<br>Medicaid<br>56:9<br>Medicare<br>56:10<br>medium<br>22:11<br>meet<br>95:17,21<br>member<br>16:14 58:13<br>members<br>6:19 19:24 | 23:10 24:23<br>25:23 27:12<br>29:25 33:6<br>36:2 37:20<br>39:11 41:15<br>41:23 42:12<br>44:13 50:7<br>50:25 52:20<br>53:6,9,23<br>58:12 61:16<br>66:22 68:4<br>72:17 81:6<br>91:2 93:13<br>94:2 95:22<br>102:16<br>104:24<br>105:4<br>107:21<br>memorium<br>69:18<br>men<br>5:2<br>mention<br>103:1<br>mentioned<br>10:17 19:10<br>51:16 58:8<br>95:15 96:5<br>99:12<br>method<br>92:13<br>Mexican<br>35:10 93:20<br>94:4<br>middle<br>3:14 45:6<br>47:23<br>military<br>55:10<br>million<br>57:21 74:19<br>74:22 75:12<br>75:22,23,24<br>76:1,3,6<br>mind<br>14:10 39:22<br>47:4 84:5<br>minimal | 22:11<br>minor<br>37:12<br>minority<br>13:15<br>minute<br>77:15<br>missed<br>62:18<br>mistake<br>44:2<br>mistakenly<br>101:21<br>Mister<br>20:1<br>misunders...<br>82:13<br>mitigate<br>20:19 48:10<br>modification<br>80:17<br>modifies<br>55:3<br>modify<br>45:24<br>Mom<br>100:3<br>moment<br>21:18 53:13<br>99:24<br>money<br>44:24 59:23<br>83:5 97:10<br>97:11<br>months<br>40:22<br>morning<br>9:2<br>mother<br>100:2<br>motivation<br>66:17<br>mouth<br>86:20<br>move<br>23:5<br>moved |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212153

USA_00023409

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

125

```
   85:7  98:5          neighborh...        normally           nursing            105:8,9
   98:12               8:20                7:23  41:10        89:19,21           109:11,18
movement               neither            98:7                                  officer
70:11                  109:20             Nos                ─────── O ───────  73:3
movements              neutral            84:21              obligation         official
105:25                 27:23  28:1        notation           67:7,25            55:25  99:1
movie                    33:5  39:14      45:1  104:5        obstacle            104:14
5:20                     48:2  53:5       note               13:1               officials
                         61:18  72:13     57:21  59:11       obstacles          97:22
─────── N ───────        80:2  102:22     93:18              12:10              oh
name                   never              notes              obtain             40:4  49:25
4:10  7:10             10:23  17:16       57:19              29:21  92:18         53:13  57:13
   20:24  23:18          71:9  72:4       notice              92:23             okay
   28:3  43:16           86:10  95:6      36:12,16,17        obtaining          11:20  16:15
   44:10  45:6         new                  38:4  41:9       56:8                16:23  22:4
   46:23  50:15        42:20  43:2,6        57:18  82:23     obvious             22:7,14
   55:24,25              43:21  46:4        83:3             60:2                23:7  25:14
   56:6,13              47:6,20           noticed            obviously           25:17,21
   60:22  63:2           48:11  49:19     13:11             4:1  5:13  6:5        26:18  46:2
   65:9  84:22           50:19  51:10     notices             70:21              47:3  48:5
   87:10,12              77:7  90:21      51:24             occasional           48:21  50:24
   89:13  104:4          90:24  98:6      notified          22:13  71:22         60:10,11
names                    98:7,12         37:9  58:18        occasions           62:10  68:12
72:2,4                 news                58:19            7:20                 73:2,13,14
name's                 16:5  58:3        notify             occurred            73:16  74:7
104:4                    85:7            107:2             13:11  95:4           74:17,20,24
natural                newspaper         notwithst...       offended            75:24  76:7
85:18,25               9:1  15:13        83:8              64:1                  76:7,12
nature                 newspapers        November          offer               79:5  81:22
58:7  107:4            83:1              18:14  38:5        6:2                  82:24  88:5
necessarily            nice                82:25           offering             88:9,22
102:10                 3:3,3             nowadays          18:24  54:16          93:15
necessary              Nina             24:6                 65:5,10            103:14
64:12                  35:9  93:19       number            offers               104:6  106:1
need                     94:3            4:2  5:22          35:23               old
8:1  15:5,8            Nixon               7:15,19          office              45:18  85:10
   15:14  20:15        2:16,18             10:5  18:9       18:8  19:11         once
   25:15  44:10        Nixon's             18:20  22:10       26:12  27:1       15:16  25:8
   51:17,19            2:13                28:19  36:14       27:5  33:5          36:6  37:1
   71:7  87:13         nobody's            41:3  43:11        33:10  34:11        100:9,13
   100:6,15            86:17               53:8,18           39:13,14,17         104:12,13
needed                 nonpartisan         86:4  87:4        41:21  42:15        104:15,18
100:10                 94:5                104:16,17         43:16,23           onerous
needs                  non-drivers         104:18           44:15,18           12:22  78:4
43:11  75:1            95:19             numbers            53:3  66:25         ones
   80:15  99:15        non-photo         29:2               67:5  80:12        20:5  28:17
negative               54:18  55:1       numerous          84:1  95:20          43:22  46:13
67:22                    55:21           58:16             102:21,25            51:16
```

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



ESQUIRE
DEPOSITION SOLUTIONS

JA_008528

TX_00212154

USA_00023410

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

126

| | | | | |
|---|---|---|---|---|
| 78:20 | overlooked | 45:1 | 76:9 | 101:23 |
| ongoing | 106:5 | party | people | 102:18 |
| 59:24 | over-esti... | 23:15 24:17 | 4:24 6:5 | PERALEZ |
| opportunity | 86:3,4 | 32:19 40:10 | 7:16 9:9,17 | 100:19 |
| 12:23 26:6 | o'clock | 76:22 77:3 | 9:21,25,25 | percent |
| 41:11 61:6 | 8:19 9:6 | 89:14 | 10:3 12:4 | 17:13 19:21 |
| 77:22 93:11 | 15:20 16:5 | pass | 12:12,13 | 24:15 52:1 |
| oppose | 60:20 | 37:15 57:14 | 14:1,12,13 | 78:9,11,12 |
| 17:9 94:11 | | 59:23 93:7 | 14:23,23 | percentage |
| opposed | _____P_____ | passed | 15:2,7,11 | 75:20 |
| 7:14 8:3 | pack | 5:6 | 15:24 16:10 | percentag... |
| 18:16 23:20 | 67:12 | passes | 18:10 19:14 | 74:10 |
| 74:9 89:14 | package | 8:16,16 | 23:20,24 | perception |
| opposite | 36:11 | 59:22 63:6 | 24:15 30:23 | 83:15 |
| 23:25 | paid | passport | 32:4,13 | perfectly |
| opposition | 43:15 | 55:15 | 38:4,7 | 68:12 |
| 16:22 94:9 | paper | passports | 44:23,24 | period |
| option | 9:2 73:10 | 7:23 | 45:1 46:9 | 82:21,22 |
| 42:8 94:18 | 86:5 | Paul | 46:15 57:24 | 83:6 85:17 |
| 100:21 | papers | 39:13 | 58:11,17 | 85:25,25 |
| order | 56:3 | Paula | 59:5 62:14 | 87:1 |
| 2:2 7:17 | paradoxical | 7:7,9,10 | 64:3,13 | permit |
| 15:25 30:22 | 99:25 | 10:19,23 | 66:14 67:15 | 56:10 |
| 57:7 92:21 | paragraph | 11:3,6,9,13 | 67:16,19,21 | person |
| 92:23 98:3 | 29:9 | 11:20 13:16 | 68:18,22 | 8:18 13:1 |
| 101:12 | parent | 13:13 88:18 | 70:3,16,19 | 15:3 17:24 |
| organization | 96:4 | 88:20 | 70:24 72:1 | 24:8 33:21 |
| 10:9 80:12 | parents | pay | 76:3 77:8 | 36:12,15,24 |
| 94:5 | 100:1,14,25 | 57:3 59:14 | 77:14,17,18 | 41:10 54:24 |
| original | Parks | 59:23 60:15 | 78:6,10 | 55:15,25 |
| 56:4 | 56:15 | 98:11 101:3 | 81:2 83:1,2 | 56:11,15 |
| outcome | part | paycheck | 84:22,25 | 57:1,2,4 |
| 109:24 | 6:11 11:4 | 55:23 | 85:10,23 | 70:24 71:1 |
| outlines | participate | paying | 86:4,6,8,25 | 82:14 84:9 |
| 93:3 | 64:14 | 85:21 | 87:2,4 | 89:21 90:8 |
| outrage | participa... | pays | 89:19 95:5 | 92:17 94:16 |
| 66:6 | 100:12,13 | 95:23 | 96:22 99:4 | 95:1,6,7,25 |
| outreach | 107:7 | peg | 99:12,12 | 103:2,23 |
| 9:16 91:17 | particular | 22:8 | 100:9,13,14 | personal |
| 92:4 | 77:23,24 | penalizes | 100:23 | 55:7 56:25 |
| outside | 98:19 | 23:21 | 101:8,19 | 87:8 92:15 |
| 99:24 | particularly | pending | 102:2,9,10 | 92:23 |
| outweighing | 98:1 | 2:15,17 | 107:2,10 | 104:17 |
| 52:14 | parties | 35:17 41:25 | people's | personally |
| overlapped | 23:19 50:11 | 53:14 96:17 | 106:23 | 7:18 32:9 |
| 41:10 | 50:16 89:8 | 107:14,20 | Perales | 52:12 |
| overlook | 109:22 | penetration | 35:9 93:19 | persons |
| 106:7 | parts | 13:3 75:16 | 93:23 94:1 | 31:6 37:8 |
| | | | 94:3 101:17 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008529

TX_00212155

USA_00023411

Case 2:13-cv-00193 Document 664-11 Filed on 11/11/14 in TXSD Page 58 of 68
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 248 of 302

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

127

94:15
person's
3:20,22
55:11,12,13
55:14,18
56:4,6,13
56:19,20
77:25 84:22
philosoph...
70:14
phone
43:13
phonetic
32:22 38:19
66:24 72:12
photo
17:24 18:3
54:17,25
55:11 56:17
63:20 65:20
65:22 70:22
75:1 77:21
79:11 82:17
83:12 84:9
84:15 91:16
97:25
105:21
106:8
photograph
3:20,22
55:12,13,15
55:18 56:20
pick
41:12
picture
5:7,8,16,17
5:18
piece
86:15,16
98:25 102:1
pieces
85:22 86:5
87:7
pilot
87:12
pilot's
56:11 87:13
place

8:20,25 13:1
13:18 14:4
15:11 30:21
54:13 69:21
81:11 84:14
86:11 87:24
89:5 99:16
104:9
105:20
places
8:8 9:23
11:11 13:15
13:23 87:25
placing
76:11
plane
60:19 70:18
plans
41:18
please
2:3 7:2 28:3
40:24 45:25
46:5 50:12
60:21 65:3
67:1 76:24
100:4,24
pleased
19:19 37:16
57:19,24
podium
62:25
point
9:7 14:25
15:1 17:20
26:14 33:11
33:23 38:8
60:7,9
77:13 83:18
84:4,4,4
87:16,17
103:20
pointed
35:3
pointing
34:9 48:9
points
84:6
police

73:3
political
23:18 50:15
politics
22:6
poll
14:3 22:25
23:2 53:25
60:4 69:17
78:9 97:24
98:2,14
99:18 103:8
polling
13:15,22
14:4 31:6
54:13 69:21
81:11 87:24
104:9
105:20
polls
10:1 68:1
77:9,15
78:3,11
87:19 89:21
90:5 93:5
94:13 96:10
96:24 98:10
98:17 99:21
101:13,20
poor
14:23 85:11
pops
102:13
populace
85:20
population
75:20 86:10
91:15
portions
38:2
position
12:6 28:9,10
39:6 69:21
possibility
83:4 97:11
possible
54:6
possibly

20:18
Post
43:23 95:20
105:7
postage
43:15
posted
9:3
potential
54:3
power
86:3
practical
17:23 38:9
49:2
practice
49:6 54:1
precinct
8:2 18:16
19:1 65:9
precious
5:25 58:24
59:2
preemption
96:21
premature
63:5
preoccupied
73:19
prescribed
56:21
present
2:8 7:4 25:9
29:13,14
30:11 53:24
54:13,17
57:5 65:4
94:12 99:20
103:4
presentation
55:10
presented
43:16 54:21
presenting
21:10
presents
18:25
president

39:2
press
86:3
pretty
12:13 18:8
29:16,24
78:5 87:15
prevent
26:3 95:10
99:4,7
prevents
58:11
previous
50:17
previously
23:1
pride
4:24 66:14
primary
17:9
print
48:18 85:14
private
55:17 106:25
privilege
5:1,2,3
probably
7:11,25 10:5
29:24 38:6
51:9 68:21
78:25 91:15
102:21
problem
7:25 12:9
14:22 32:7
47:1 48:10
50:17,23
68:22
problematic
42:18,18
problems
8:9 15:6
52:8,14,15
61:10,11
77:19 89:24
procedure
23:3 45:17
proceeding



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212156

USA_00023412

2005 (79R) HB 1706 House Elections/Voter                              March 17, 2005

128

| | | | | |
|---|---|---|---|---|
| 109:23 | 33:18 104:17 | put | 52:20 53:6 | real |
| process | 104:18 | 17:15 24:16 | 59:7 61:16 | 4:4 40:19 |
| 54:11 61:11 | provides | 26:5 36:22 | 62:21 64:18 | 66:18 71:12 |
| 67:17 71:10 | 54:24 55:5 | 40:23 45:1 | 66:21 68:3 | 89:24 |
| 100:12 | 55:20 | 45:3 46:5 | 68:5,9 72:9 | realize |
| produce | providing | 46:10,16 | 72:16,18 | 17:25 |
| 94:20 96:25 | 18:9 54:16 | 51:22 57:17 | 76:18 78:18 | realized |
| 97:3,5,6,16 | provision | 57:21,22 | 78:22 80:3 | 92:11 |
| 97:19 101:1 | 92:9 106:6 | 72:2,5 | 80:4,5 81:7 | really |
| 104:21 | provisional | 74:14 92:6 | 81:25 91:2 | 17:23 18:1 |
| program | 18:13,14,18 | 106:22 | 93:12 | 19:7,8,12 |
| 72:6 106:12 | 18:21 19:23 | putting | 102:16 | 21:15 31:16 |
| 106:13 | 28:16 29:15 | 16:7 22:10 | 104:25 | 33:12 40:22 |
| prohibits | 29:22 31:20 | 52:4 | 107:21,23 | 49:15 50:17 |
| 56:24 | 33:15,19,24 | p.m | quick | 60:24 64:1 |
| proof | 34:12,22 | 77:20 | 42:5 71:12 | 64:13 71:4 |
| 26:5 29:13 | 55:2 62:14 | | 91:13 | 71:4,20 |
| 29:14,15 | 63:17 72:1 | **Q** | quite | 78:2,5 81:2 |
| 54:21 64:9 | 72:6 80:14 | qualified | 18:11 20:20 | 84:17 91:12 |
| 66:11 98:15 | 80:18 81:1 | 26:18,20,21 | 26:8 76:19 | 97:10 99:23 |
| 103:4,24 | 81:14,15,20 | 77:11 | 79:10 85:12 | 99:24 100:8 |
| 105:22,24 | 87:19 | quantify | 100:4 | 103:16 |
| proper | provision... | 71:20 | Quorum | 107:1,5 |
| 70:13 | 31:15 33:22 | question | 2:8 | realm |
| properly | 34:3 105:13 | 10:14,22,22 | | 70:14 |
| 8:15 | provisions | 29:18 30:1 | **R** | reason |
| pros | 54:22 | 33:12 37:6 | radio | 5:24 16:4 |
| 47:14 | public | 48:16 62:7 | 85:13 | 17:9,17 |
| prospective | 13:20 55:8 | 63:9 64:25 | raise | 19:3 22:20 |
| 76:11 | 55:16 56:8 | 66:16 73:18 | 33:25 34:16 | 37:4 43:18 |
| protected | 56:13 72:13 | 75:8 78:25 | raised | 44:19 96:17 |
| 58:24 | 77:8 78:7 | 82:13 84:19 | 34:14 | reasonable |
| protects | 80:1 95:25 | 85:3,16 | raises | 30:21 36:23 |
| 94:6 | 100:21,22 | 92:16,25 | 66:3 | 37:12 |
| prove | 101:7,24 | 99:23 | rampant | reasonably |
| 5:23 6:7 | 106:21 | 105:15 | 9:22,24 10:6 | 22:24 |
| 63:21 65:24 | 107:2 | questions | rare | reasons |
| 66:5,17 | punitive | 6:19 10:12 | 47:13 | 7:15 8:3 |
| 71:9 99:9 | 21:7 | 16:16 19:25 | Rasmussen | 17:14 36:14 |
| proven | purchase | 23:9 24:22 | 78:8 | 51:15 |
| 42:18 | 92:20 | 24:24 27:13 | rate | recall |
| provide | purged | 33:7 34:4 | 13:3 76:9 | 12:20 |
| 7:16 8:10,15 | 36:15,24 | 37:17,20 | read | receive |
| 26:7 36:11 | 38:5 | 38:12 39:11 | 9:1 20:9,11 | 54:2,8 92:3 |
| 43:1,10 | purpose | 39:20 41:15 | 30:15 35:11 | 92:15 |
| 79:14 80:20 | 32:5 56:8 | 41:22 44:13 | 42:15 45:8 | received |
| 103:24,25 | purposes | 46:17 48:6 | 46:8 77:5 | 45:24 64:21 |
| provided | 55:4 | 50:7,25 | 83:1 | 97:12 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008531

TX_00212157

USA_00023413

2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

129

receiving
44:2
recognize
10:14 32:21
  41:2,20
  42:3 53:7
  53:12,16
  102:16
  105:1
recognizes
32:18 34:5
  45:13 51:1
  51:4 62:8
  68:5 88:17
recollect
50:21
recommend
84:7
recommend...
26:21 27:8
recommend...
91:1
record
7:3 16:21
  19:15 28:3
  35:12 47:22
  51:19 52:12
  52:25 89:5
records
42:24 48:12
  51:18 56:5
  88:24
recovering
78:19
recurring
59:24
redundant
60:23 61:21
reference
33:21,24
referring
28:14
refuse
19:4 97:22
refused
18:15
regard
86:3

regarding
72:22
Regional
94:3
register
12:23 24:6
  47:2 54:5
  58:9,10
  64:3 71:8
  83:20 90:17
  93:4 99:11
registered
19:1 26:13
  27:3 42:8
  54:2 57:5
  72:3,4 77:9
  77:11 80:20
  83:3,24
  96:24 104:5
  104:15
registering
58:11 64:4
  104:20
  105:23,24
registers
103:3,23
registrant
96:23 97:4
registrants
97:15 99:9
registrar
42:11,23
  43:14,21,23
  83:25 90:16
  105:10
registrar's
42:15 43:10
registration
7:20 9:7
  14:8 15:22
  17:11,14,21
  20:8 22:23
  24:7,8
  28:12 30:11
  37:11 39:18
  42:7,9,10
  42:21,25
  43:2,3,7,21

44:11,20
45:25 49:10
49:19,23
50:2 53:25
54:8,9,14
54:19 57:5
57:6,7
63:10,12,16
63:23 64:6
64:7 65:5
65:13,16
66:15 67:5
69:14 70:21
70:23 83:19
84:5,24
87:17 89:15
89:18,23
90:14,16,19
94:13,16,19
94:23 95:1
95:7,13
98:21,23
99:10
100:16
101:11,15
101:21
103:7 104:1
104:13
105:7,9
110:7
regular
53:23 54:2
  81:14 86:12
  86:14
regulation
96:20
Reilly
32:18 76:22
  77:1,3 79:6
  79:17
reiterate
92:7
reject
98:2
rejected
28:18,18,19
  29:20,23
related

22:1 109:21
relating
54:22
rely
98:20 99:19
  106:10
remember
40:20 62:12
  85:6 88:12
  95:19 99:25
  105:16
remote
22:11
remove
94:11 95:11
removed
38:3 39:5
removes
56:17
rent
5:20
repeat
71:12 73:18
  103:12
report
53:9 94:25
reporter
52:11 109:4
reports
85:8
represent
7:12 40:13
  89:13
Represent...
2:7,13,19,22
  2:24 3:2,5
  6:19,21,25
  7:3,5 10:15
  10:21,25
  11:4,7,12
  11:17,21,23
  13:12 16:13
  20:1,2,14
  21:3,13,17
  21:21,24
  22:4,7,14
  23:7,25
  25:10,13

29:5 30:2,3
30:19 31:2
31:24 32:11
32:15,24
34:1,5,7,15
34:21,24
35:2,16,20
35:21,23
36:1 37:19
39:24 41:2
41:5,6,15
41:16 42:3
45:14,15
46:2 47:9
48:6,8,14
48:21,25
49:3,12,18
50:14 53:17
58:6 59:1,8
59:10,16,19
60:1,6,10
60:12,18
62:6,9,10
62:20 64:15
64:18,20
65:8,17,19
66:2,7 68:5
68:6,7,13
68:16,25
69:3,10,16
69:20 70:4
71:3,11,18
72:18,20
73:2,8,14
73:17,21
74:7,13,17
74:20,24
75:4,7,9,15
75:19,23
76:2,7,13
76:15 78:24
79:12,12,16
79:18,23
80:11 81:7
81:9,18,22
82:11 87:22
88:3,5,9,12
102:14
108:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008532

TX_00212158

USA_00023414

2005 (79R) HB 1706 House Elections/Voter                                    March 17, 2005

130

| | | | | |
|---|---|---|---|---|
| REPRESENT... | 95:18,21 | returning | 102:5 | 29:8 30:18 |
| 1:1 109:7 | 99:17,17 | 42:11 | 103:22 | 38:1 |
| representing | 104:8 | re-layout | rights | saying |
| 7:7,10 16:18 | 105:17 | 41:20 | 94:6,7 | 5:7,7 29:1 |
| 25:2 27:16 | requires | re-spelling | risk | 45:23 49:23 |
| 27:20 28:6 | 20:8 36:16 | 45:6 | 36:8 47:22 | 52:12 84:2 |
| 28:10 32:22 | 42:25 54:23 | Rhonda | 47:24 | says |
| 37:22 40:16 | 57:4 93:4 | 1:13 109:3 | role | 21:2 24:1 |
| 47:7 51:2,5 | 97:3,6 99:8 | 110:6 | 2:3 37:3,3 | 33:21 36:11 |
| 61:2,18 | 103:22 | rich | rolls | 49:10 65:4 |
| 72:12 88:18 | requiring | 85:10 | 67:15 70:20 | 80:23 |
| 91:15 93:16 | 7:16 19:21 | ride | 98:5 | 104:13 |
| Reps | 24:12,13 | 89:21 | room | school |
| 103:14 | 31:17 78:2 | rider | 26:1 30:17 | 22:19 |
| Republican | 79:8 | 57:18,22 | roster | se |
| 32:19 61:2 | research | riders | 21:1 | 18:4 23:2 |
| 76:22 77:3 | 78:9 | 3:14 | rule | 47:19 |
| request | resource | riding | 20:15 35:1 | second |
| 109:9 | 33:6 41:22 | 9:11 | 90:24 | 96:12 |
| require | 53:4 80:2 | right | rules | Secretary |
| 5:23 17:22 | resources | 4:20 6:1 7:5 | 16:1,3 33:17 | 18:8 19:11 |
| 18:5 42:20 | 8:10 | 9:19 12:5 | 87:15 | 26:11 27:1 |
| 57:11 72:24 | respectfully | 19:7 21:13 | run | 27:5 30:15 |
| 78:10 79:10 | 100:19 | 24:9,18 | 97:9 | 33:4,9,17 |
| 97:3 99:15 | respond | 25:12 26:8 | rural | 34:10 41:21 |
| 105:19,21 | 37:16 | 26:12 29:11 | 95:22 | 43:15 53:3 |
| 105:21,23 | response | 29:14 30:17 | | 56:22 78:25 |
| 106:8 | 29:5 | 31:10,12,17 | **S** | 102:20,25 |
| required | responses | 32:11 33:16 | sacred | section |
| 30:12 31:17 | 87:21 | 34:5,21,24 | 70:15 | 20:7,18 29:6 |
| 38:4 43:10 | rest | 35:2 49:11 | sad | 30:9,9,12 |
| 53:24 54:4 | 44:4 | 51:13 58:24 | 24:14 | 31:9 65:1 |
| 57:3 73:6 | rested | 59:2,4,17 | safeguard | sector |
| 74:3 80:15 | 61:22 | 60:4,10,12 | 107:9 | 106:25 |
| 87:1 90:10 | result | 62:4 65:7 | safeguards | Security |
| 96:25 103:4 | 46:9 69:4 | 66:20 67:8 | 64:12 | 104:16 |
| 104:6 105:6 | resulted | 67:8 68:23 | safety | see |
| 106:17,20 | 45:23 | 68:24 69:2 | 46:15 55:8 | 6:24 11:9 |
| requirement | results | 69:7,11,15 | 72:13 80:1 | 13:22,23,23 |
| 17:10 30:21 | 18:20 | 69:19 70:6 | sake | 20:17 24:20 |
| 82:19,25 | retired | 70:11,12 | 51:20 | 28:22 31:22 |
| 103:2,10 | 11:1 32:23 | 71:10 73:7 | Sam's | 39:23 41:3 |
| 104:11,19 | 40:13 | 76:17,20 | 84:15,16,17 | 51:23 52:14 |
| 104:23 | return | 77:11,24 | sat | 53:18 57:20 |
| 106:1 | 43:24 44:4 | 81:21 87:20 | 3:6 | 66:19 87:2 |
| requirements | 96:11 | 88:14 90:18 | satisfy | 90:17 92:11 |
| 78:16 92:6 | returned | 96:18,21,22 | 31:9 | seeing |
| 92:10 93:9 | 43:23 46:12 | 100:20 | saw | 4:22 85:23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008533

TX_00212159

USA_00023415

2005 (79R) HB 1706 House Elections/Voter                        March 17, 2005

131

seeking
12:7
seen
9:23,24
  29:20 49:21
  89:25 90:20
Senate
57:10 96:18
send
51:24 83:21
  83:21 86:5
  90:10,23
  93:2,6,10
sending
38:9 52:5
sends
47:20 90:9
sense
70:20
sent
6:10
separate
44:12 104:7
September
5:14
serious
68:21,21
service
106:21 107:3
SERVICES
110:7
session
20:20 90:25
set
47:23 77:7
  85:11
settings
95:5
sex
56:6
shaking
30:16
shared
26:17
sheet
36:7
SHERBERT

61:20 62:2
  62:16
Sherbet
27:19,21,24
  28:4,4,7
  30:25 31:10
  32:3,12
  40:15,18
  51:4,6,8
  61:17,20
  62:11
shoot
84:12
short
17:24 83:3
Shorthand
109:3
show
4:9 7:3 24:2
  24:3,5 26:5
  42:11 54:4
  54:25 58:9
  58:15,17,23
  61:23 66:8
  67:11 69:6
  73:5,10
  77:8 83:10
  83:10,11,12
  83:23,24
  84:1 88:11
  90:1,1,19
  92:24 100:7
  104:3
  105:19,22
  105:24
showed
70:17
showing
5:16,17,18
  5:21 7:21
  59:4 62:1
  70:1 77:14
  77:20 104:8
shown
40:6
shows
55:24 78:9
shut

100:24 102:8
sic
38:2 48:19
sign
8:23 19:4
  58:13 81:13
  81:19 82:15
  83:25
signature
5:19 58:13
signed
4:10 29:10
significant
29:3 86:10
  87:4
significa...
18:20
similar
5:5 36:4
  58:7 60:18
  60:23,25
  68:15
similarly
84:24 95:19
simple
3:17 58:10
  78:5
simply
41:5 43:4
  59:4 101:14
single
32:4 83:3
  93:4
sinister
73:22
sir
8:8 25:4
  79:19 85:4
  90:11
site
23:2
sites
22:25
sitting
47:13
situation
65:2 67:10
  70:3

situations
70:9
size
48:23
Skipper
61:2,5
sky
85:8
sleep
16:8
Slight
41:17
small
28:18 42:9
  44:25 47:21
  47:24
smaller
48:19
sobering
4:22
Social
104:16
solutions
36:9
solve
47:2
somebody
4:17 19:3
  33:14 65:3
  95:6,23
  96:14 99:7
  99:10
somebody's
90:19
someplace
8:25
soon
15:18
sophomore
3:8
sorry
53:13 62:9
  79:22
  102:17
  103:18
  105:16
sort
12:14 22:16

60:4 71:19
sought
90:18
sounded
73:19
source
7:17 27:9
space
21:1 42:9,13
  43:1 44:6
  47:16 48:20
  48:23 49:9
speak
27:7 52:25
speaking
28:8 101:18
special
102:4
specific
23:4
specifically
27:7 87:14
spectrums
78:8
speed
36:20
spent
8:6
spill
50:19
Spinks
72:11,14,15
  72:20 73:1
  73:7,13,16
  74:6,12,15
  74:18,22
  75:3,6,13
  75:18,21,25
  76:5,12,14
  76:20
spirit
107:3
sponsor
34:18
spot
74:14
stack
46:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008534

| | | | | |
|---|---|---|---|---|
| stacks | 105:23,25 | struggling | sufficient | 66:6,10,22 |
| 45:10 | statewide | 68:17 71:5 | 98:21 | swearing |
| staffers | 26:13,17,25 | 71:13 | suggest | 64:5 |
| 6:14 | 27:10 | student | 22:18 82:20 | swiped |
| standard | 104:12 | 55:16 | 86:21 | 5:19 |
| 20:6 77:7 | 106:12 | studied | Suite | sympathetic |
| standards | State's | 12:16 20:20 | 110:8 | 71:4 |
| 5:25 54:12 | 18:8 19:11 | studies | support | system |
| start | 26:12 27:1 | 22:3 | 26:2 38:11 | 13:20 22:24 |
| 45:9 | 27:5 33:4,9 | study | 61:8 78:7 | 37:6 45:9 |
| started | 34:10 41:21 | 28:22 | 78:10,17 | 97:14,17 |
| 18:12 100:13 | 43:16 53:3 | stuff | supported | 106:16 |
| starting | 102:20,25 | 90:21 | 78:13 | systems |
| 82:24 | state-issued | Sub | supporters | 97:13 |
| state | 57:25 | 20:10,11,18 | 78:12,13 | |
| 4:3,3 8:4,12 | stating | 30:9,12,12 | supports | **T** |
| 9:9,13,17 | 57:2 65:12 | 31:9 65:1 | 100:22 | take |
| 10:8 12:14 | stations | subcommittee | suppose | 9:1 13:17 |
| 12:15 13:5 | 63:7 85:13 | 1:3 2:1 3:15 | 83:4 | 15:13 19:20 |
| 13:14,20 | statutory | 7:1 94:2 | supposed | 34:11 37:2 |
| 24:14 26:14 | 54:11 | 98:20 | 67:10 88:11 | 37:13 52:3 |
| 26:16 27:1 | stay | 107:24 | sure | 58:25 64:7 |
| 28:2,23 | 6:14 | 109:8 | 9:17 15:7 | 66:14 68:15 |
| 30:15 32:9 | stayed | submit | 18:5 19:12 | 83:7 87:3 |
| 33:17 56:14 | 11:15 | 42:20 43:6 | 22:20 26:15 | 88:7 91:18 |
| 56:18,22 | step | 54:7 57:7 | 34:8 48:17 | 91:20,25 |
| 59:12,13 | 18:4 52:4 | 103:6 | 50:1 52:19 | 92:1 96:5 |
| 60:22 66:12 | steps | submitted | 58:22 61:23 | 105:9 |
| 67:10 72:21 | 96:6 | 109:16 | 73:11 77:10 | taken |
| 74:1 75:20 | stir | submitting | 79:17 81:10 | 4:24 37:3 |
| 79:1 93:4 | 84:13 | 43:2 103:25 | 84:20,24 | 41:9 60:17 |
| 103:10,23 | stood | Subsection | 97:10 | 78:9 98:13 |
| 104:12,14 | 14:16 | 20:7 | SUSIE | 109:23 |
| 104:15,19 | stop | substance | 66:1 | takes |
| 107:1,3 | 48:15 | 30:20 | suspect | 57:14 95:25 |
| 109:2,4 | stops | substantial | 40:14 | talk |
| stated | 73:3 | 94:15 | suspense | 18:1 41:6 |
| 83:17 92:7 | strange | substitute | 44:3 46:10 | 86:22 |
| statement | 13:24 | 35:22,24,24 | 46:16 | talked |
| 55:22 97:1 | strata | 38:1,3 | Suzy | 79:1 86:8 |
| statements | 17:18 | 39:19,23 | 16:18,20 | talking |
| 106:23 | street | 40:17 106:3 | 40:2,5 | 24:14 90:1 |
| states | 70:25 73:3 | successful | 46:21,23,23 | talks |
| 5:5 6:1 | 109:10,18 | 107:8 | 47:4,5 | 4:21 |
| 15:10 32:9 | strict | successfully | 62:23,25 | task |
| 57:16 59:23 | 93:8,8 | 85:12 | 63:2,2,22 | 98:17 |
| 79:3,8,10 | strike | suddenly | 63:25 65:15 | tax |
| 105:17,19 | 50:21 | 69:12,22 | 65:22 66:5 | 39:14,17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212161

USA_00023417

2005 (79R) HB 1706 House Elections/Voter                     March 17, 2005

133

| | | | | |
|---|---|---|---|---|
| 44:15,18<br>60:4 66:24<br>67:4<br>**teaching**<br>22:5<br>**technicality**<br>69:5<br>**telephone**<br>43:10<br>**television**<br>16:5 85:15<br>**tell**<br>3:23 8:24<br> 32:3 39:15<br> 40:23 43:24<br> 45:25 50:13<br> 60:22 63:1<br> 63:25 67:2<br> 76:25 80:8<br> 82:5 89:11<br> 91:8 93:24<br> 96:15<br> 101:15<br>**telling**<br>14:16 63:13<br> 67:24<br>**temporary**<br>44:25 46:11<br> 56:10,12<br>**tend**<br>13:17<br>**tens**<br>18:18<br>**terms**<br>12:22 19:8<br> 22:25 26:23<br> 31:25 36:5<br> 36:23<br>**terrific**<br>27:14 38:17<br> 53:22 93:25<br> 107:25<br>**test**<br>4:7 21:18<br>**testified**<br>88:20<br>**testify**<br>16:19,21,25 | 23:14,15<br>25:2 27:17<br>32:20 33:3<br>35:9,13<br>38:21 39:25<br>40:8,11<br>41:1 44:15<br>46:21 47:7<br>51:3 76:23<br>80:3 88:23<br>89:2,5 91:6<br>93:21<br>**testifying**<br>7:8 17:4<br>71:21<br>**testimony**<br>10:16 11:25<br>12:21 23:8<br>24:25 25:9<br>25:12 30:8<br>30:20 31:4<br>32:16 50:8<br>60:17 64:22<br>66:22 68:15<br>71:14 75:11<br>76:19 77:5<br>77:16 93:14<br>102:22<br>**Texarkana**<br>11:14<br>**Texas**<br>1:1 4:4 7:7<br>7:11 8:5,8<br>10:17,18<br>11:8 23:14<br>23:19 27:16<br>32:19 38:23<br>39:2 40:3<br>40:10 41:7<br>46:21 50:11<br>50:11,16<br>52:23 55:18<br>61:2,7<br>62:24 63:4<br>72:12,23<br>73:25 76:3<br>76:22 77:4<br>79:22,25<br>80:1,6,9 | 88:18 89:8<br>89:14 93:7<br>96:20 97:3<br>97:8,8,12<br>102:25<br>109:2,4,6<br>109:11,19<br>110:6,8<br>**thank**<br>2:24 3:9,12<br>6:21,25<br>10:11,15<br>11:18,20,23<br>11:24 16:16<br>19:24 20:2<br>23:7,10,12<br>23:17 24:24<br>27:14,21<br>28:5 30:3<br>32:15,17<br>34:7 35:6,7<br>36:1 37:18<br>38:17 39:10<br>40:18,19<br>41:13,14,16<br>46:18 47:3<br>47:5 48:8<br>50:6,7,14<br>50:25 51:6<br>52:19,21<br>53:20,22<br>61:14,16<br>62:4,20,22<br>66:22 72:10<br>75:9 76:18<br>77:1 79:18<br>79:20 80:4<br>80:5 81:22<br>81:25 87:20<br>88:13,14,16<br>89:12 91:1<br>91:3,4<br>93:11,13<br>94:1 99:21<br>100:25<br>102:18<br>104:25<br>105:3,4<br>107:16,17 | 108:1<br>**thanks**<br>45:15 59:19<br>73:15 79:16<br>**thing**<br>4:19 28:14<br>44:11 45:3<br>57:11 58:2<br>61:12 66:13<br>73:9 90:3,5<br>**things**<br>3:25 4:18<br>5:11,15,22<br>10:5 12:1,8<br>13:9,11,16<br>15:24 16:12<br>22:17 24:13<br>26:10 29:4<br>47:15 58:5<br>58:15 63:15<br>64:5 68:8<br>86:8 99:2<br>106:22<br>**think**<br>4:15,18 5:5<br>5:19,24<br>10:3,9,10<br>13:9,16<br>14:22 15:23<br>18:7 21:16<br>22:24 24:12<br>24:17 25:23<br>25:25 26:2<br>28:13,22,24<br>29:2,3,19<br>29:23 37:4<br>37:11 39:13<br>40:2 41:12<br>45:8 46:8<br>46:10,14<br>47:25 48:1<br>49:9 51:23<br>52:13 58:5<br>59:4,11<br>63:5 64:12<br>64:17,20,22<br>64:23 66:13<br>66:13,18<br>67:6,7,14 | 67:17,24<br>68:17,17<br>70:2,10,19<br>70:20 73:8<br>73:9 82:12<br>82:12,18<br>83:17 84:10<br>84:13,22<br>85:17,17,24<br>86:2,4,9<br>87:5,5,13<br>87:16 90:2<br>90:6 101:9<br>101:19<br>102:8<br>105:17<br>106:4,10<br>107:5,8<br>**thinking**<br>26:11 99:24<br>100:9<br>**thinks**<br>86:15<br>**thought**<br>12:21 14:10<br>29:6 37:7<br>59:20<br>**thoughts**<br>48:9 84:14<br>**thousands**<br>18:18 38:6<br>44:21 70:23<br>**three**<br>8:16 94:21<br>95:9 96:13<br>96:15,19<br>97:2 99:11<br>99:11,12<br>**throw**<br>48:3<br>**throwing**<br>100:17<br>**time**<br>2:20 3:16<br>8:6,22 9:1<br>9:3,21<br>10:11 12:4<br>14:17,25 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212162

USA_00023418

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

134

```
  24:2  26:15        86:24              19:15             34:8  35:22      use
  32:6,6             town               turns            59:11 74:4       5:17 17:21
  36:18,23           90:23              36:6             80:16 81:10        18:10 21:4
  40:23 41:10        track             two               82:17             44:10 47:23
  58:19 60:17        78:17              3:18,18,20       109:14            84:7,15,15
  60:20 63:11        train              5:8 17:22       understan...        84:17
  67:17 68:11        23:22,23           20:10 37:14     12:15 38:10        102:11
  69:17 82:22        training           44:8 48:11       52:8 64:4        usually
  82:24 83:6         8:1 24:19          54:18,25         65:1              46:3
  89:18 90:8         transaction        55:9 57:15      unfortuna...      usurped
  90:12,15           6:6                63:6 67:18       9:17,25           107:11
  96:12 99:9         transcribed        78:3 79:14       16:10            utility
  103:3,13,24        1:13 109:9         82:18 83:12     United            55:22 87:10
  107:15,16           109:13            83:13 87:7       6:1               92:1 96:2
timeframe           transcript         89:16 97:3      universe           96:25
37:9                109:16             97:5,13,19      107:22             106:23
timely              transcripts        105:23         unlegible          U.S
36:11,16            92:11            Tyler             45:8               55:10,13,15
times               transparent        11:14          Unlocking          56:3 57:10
11:14 16:11         31:13             type             25:2 89:1          69:8 70:7,8
 46:9 63:11         transport...        9:16 57:15     unmarried          70:12 96:18
 67:11 70:2         13:20 96:1          78:8 92:17     95:25             U.T
 77:23 99:11        travel            T.V             unnecessary         11:2
tiny                70:1,12,15          83:2 85:23     94:24
42:17 44:8          traveling                         unofficial     _____
 49:20,23           70:5 75:2        _____  99:1                        V
today               TRAVIS              U             unreadable    _____
2:14 3:16           109:1            U                 48:19         valid
 6:12,24            trend              11:4           unreasonable     55:12 57:5
 10:16 29:6         79:5,7           Uh-huh            13:1            63:15,22
 52:12 61:7         tried              13:12 21:3     unscrupulous     64:21 90:10
 78:20 94:8         6:8                69:9,15         54:7          Valley
 99:10 103:2        try                71:17          unwielding      8:7
told                6:15 45:18         101:17         98:16          valuable
15:4 40:21           49:7 91:17      unable           update          71:14
 91:25 92:1          107:6            57:3 59:14       42:6 43:11    Vanhoose
tomorrow            trying             69:3,12,13      51:18,19       91:5,9,9
93:2,6              12:1,25 13:9     unaware          updated        various
top                  23:22 26:19      102:11          42:24 43:20     45:1 99:1
36:8                 45:8,22          106:19           44:5          verification
total                46:1,6 47:1    undeliver...     updates         1:3 2:2 3:15
75:16,16,18          47:2 52:15      44:22            42:19           94:3 107:24
 75:20,21            52:16 61:12    UNDENTIFIED       urban           109:8
totally              76:8 79:13      32:24 39:24      95:22          verified
62:18                91:19            47:9 49:12      urge            54:20
tough               turnout           64:15 79:23     101:6,24       verify
71:22               18:22 107:7     understand        urges           18:2 54:12
tougher             turnouts          11:18 12:3,6    98:20           81:12
                                      12:9,25                        verifying
                                                                     27:9 104:15
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008537

TX_00212163

USA_00023419

Case 2:13-cv-00193   Document 664-11   Filed on 11/11/14 in TXSD   Page 66 of 68
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 256 of 302

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

135

104:19
versus
71:18
Veterans
56:9
Video
5:21
views
88:23 89:5
violate
96:13
violation
97:7
virtually
44:9 78:1
voice
78:19
voices
85:18
volume
47:17
volunteer
83:25
volunteers
98:15
vote
4:5,16,20,25
  7:17,21,24
  8:17,18 9:4
  9:14 10:3,8
  12:5,23
  14:18,25
  15:18,25
  18:24 19:1
  19:2,3,6,9
  19:9,13,14
  24:15 25:2
  28:25 29:15
  30:13 31:15
  33:15,18,22
  34:3,22
  41:11 43:11
  53:23 54:5
  54:16,22
  55:1 58:9
  58:15,18,21
  58:23,23
  61:13,14

62:14 63:11
63:16 64:3
64:5,8 65:6
65:10 67:8
67:9,20,20
67:21 69:12
71:1,8 72:4
76:9 77:12
77:18,18,25
81:2,13
82:14,16,23
86:15 87:3
89:1,19
90:4,5,8,9
91:20 92:2
93:5,9
94:16,25
95:5,6,14
96:14 100:4
101:5,8,12
102:7 103:3
103:23
104:3
105:13,23
105:24
106:20
107:10,11
107:12
voted
4:13,17 7:19
8:22 19:17
58:20 90:12
97:4,15
voter
2:2 4:7 7:20
9:7,19 10:6
12:3,14
14:8 15:21
17:6,14,21
18:24,25
19:7 20:15
21:2 22:22
22:23 23:1
23:22 24:5
24:6,8
25:24 26:5
28:12,21
30:11 36:12
39:18 42:6

42:7,10,14
42:20,22,23
42:25 43:2
43:6,6,11
43:20,21,25
43:25 44:2
44:10,20
45:25 47:20
49:9,23
51:10,12,21
52:3,5,15
52:15 53:25
54:8,9,14
54:16,21,23
55:24 57:5
63:12,16
64:6,7 65:4
65:5,9,11
65:12,16
66:11,14
67:15 69:13
70:21 80:19
80:21 83:4
83:6,19
84:24 86:12
86:14,18
89:15,15,18
89:23 90:14
90:16,19
94:3,12,15
94:16,19,23
95:1,5,7,10
95:12 97:4
98:5,21,22
98:23
100:15
101:11,15
101:21
103:6,15
104:1,6,10
104:12
105:6,9,10
107:7,24
voters
1:3 8:15
9:20 17:13
17:19 18:18
18:21 26:14
26:18 28:24

29:20 30:22
36:6,8
37:15 38:20
42:8,20
51:12 52:10
53:24 54:2
67:7,24
76:11 77:9
77:11 78:1
80:20 92:5
94:12 95:13
95:15,16
96:5,7,9,10
97:13,14,18
97:22 98:2
99:17,19
101:10
104:5,15,20
105:12,19
105:21,23
106:16,18
109:8
voter's
17:10 20:8
29:10 37:10
42:23 44:7
51:20 54:19
54:20 63:10
63:22 67:5
70:22
votes
18:14 19:16
19:23 67:18
67:22 68:20
72:7
voting
2:10 3:19
4:17 6:4
8:13,20,25
10:1 14:15
15:11 18:13
19:15 26:24
27:3 33:25
54:23 55:5
58:17 64:2
65:11 66:15
67:16 70:14
85:7,9,20
85:21 87:19

89:17 91:25
94:6,14,22
96:7,12
99:5,6,8
106:3,4

W

waived
57:8
waiving
60:3
walk
84:1 102:5
walking
14:15
Wallace
61:2,5
wallet
102:3,8
want
2:9 4:25
  5:11 15:17
  15:17 17:5
  17:20 18:1
  24:15 26:2
  40:5,19
  41:6 60:14
  61:7 64:13
  71:5,6
  73:11 74:13
  77:6,9 78:7
  82:12 90:4
  90:4 91:14
  98:9 103:1
  106:7,7,22
wanted
12:24,24
  16:21 17:9
  29:17,18
  33:23,25
  36:21 37:25
  48:3 52:11
  58:4 77:13
  84:6 104:22
  105:12
wanting
26:1
wants



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

136

| | | | | | |
|---|---|---|---|---|---|
| 9:8 52:25 | 89:14,25 | wonder | world | young | |
| wasn't | we've | 92:17 | 5:13 6:11 | 4:16 85:10 | |
| 72:6 81:23 | 36:21 52:5 | wonderful | worth | | |
| 84:20 | 60:17 61:10 | 11:11 | 41:13 | **Z** | |
| watch | 61:11 64:21 | wondering | wouldn't | zip | |
| 83:2 | 68:14 95:4 | 10:18 85:24 | 14:21,21 | 50:20 | |
| way | whiff | 100:8 | 23:4 38:8 | | |
| 16:11 20:11 | 86:13 | Woodford | 65:17 68:20 | **$** | |
| 21:9 33:13 | widespread | 16:18,20 | 70:9 | $12 | |
| 50:18 73:9 | 22:11 64:10 | 40:2,5 | Wow | 57:21 | |
| 80:13 85:18 | 64:11 66:11 | 46:21,23,24 | 73:22 | | |
| 86:19 95:11 | wife | 62:23 63:2 | write | **0** | |
| 97:9 98:13 | 40:21,23 | 63:3,22,25 | 16:12 | 04 | |
| 105:11 | Wildlife | 65:15,22 | writing | 75:14 | |
| ways | 56:16 | 66:5,6,10 | 75:1 87:3 | | |
| 10:6 19:13 | wiley | WOOLFORD | written | **1** | |
| week | 3:8 | 66:1 | 77:5 80:14 | 1 | |
| 27:2 70:23 | Wilson | word | wrong | 20:7,10 | |
| weekend | 109:10,17 | 19:18,21 | 18:16 84:11 | 30:12 31:9 | |
| 107:25 | Winn | 86:20 107:4 | 90:6 | 66:13 92:8 | |
| weeks | 41:21 53:3 | wording | wrongfully | 1B | |
| 92:8 | wish | 43:5 | 101:10 | 30:12 | |
| weighing | 27:17,22 | words | | 10 | |
| 71:15,15 | 32:20 35:9 | 77:21 82:21 | **Y** | 84:21 | |
| welcome | 38:11,21 | work | | 100 | |
| 2:9 3:1 7:4 | 40:8,11 | 10:19,23 | Y | 110:8 | |
| 25:6 | 52:24 88:23 | 14:2 15:7 | 33:1 | 11 | |
| well-known | 89:4 | 15:14,15,16 | yeah | 84:21 | |
| 17:18 | wishes | 15:18 16:9 | 38:14 49:14 | 11's | |
| went | 40:13 | 30:5 86:1 | 49:25 66:2 | 5:14 | |
| 4:9,10,12,16 | wishing | 86:24 87:2 | 68:13 71:11 | 12/31/12 | |
| 14:3,3 85:9 | 35:13 41:1 | 105:10 | 75:9 89:12 | 110:6 | |
| weren't | witness | 107:15 | year | 1269 | |
| 4:11 | 19:25 30:1 | worked | 3:7 18:12 | 42:2,5,19 | |
| west | 33:6 38:13 | 8:4 13:25 | 33:17 57:23 | 43:4 53:8 | |
| 8:7 109:10 | 38:16 39:22 | 14:18 | 74:15,23 | 53:14 | |
| 109:17 | 40:15 41:18 | worker | 75:14,14 | 1293 | |
| we'll | 41:22 47:5 | 53:25 | years | 2:16,18 | |
| 10:13 45:21 | 50:17 52:20 | workers | 11:2 21:19 | 130,000 | |
| we're | 53:2,4 | 23:23 44:25 | 21:21 30:25 | 57:23 | |
| 3:11,13 7:14 | 62:13 72:18 | 46:11 98:2 | 32:2 36:21 | 1382 | |
| 7:15 8:3 | 78:23 80:2 | 98:14,17 | 38:8 52:6,7 | 35:19,25 | |
| 12:1,7 18:3 | 81:7 | 99:18 | 52:17 55:9 | 41:4,20,25 | |
| 19:18,22 | witnesses | working | 57:15 63:7 | 14th | |
| 23:20 39:19 | 60:17 | 46:11 93:3 | 63:7 64:2 | 109:10,18 | |
| 51:21 52:2 | women | 106:2 | 77:17 | 1402 | |
| 52:2,16 | 5:2 36:6 | works | yesterday | 3:16,17 | |
| 61:12 80:25 | 37:15 38:20 | 45:16 | 19:10 24:13 | 33:20 34:9 | |
| | | | 86:13 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212165

USA_00023421

2005 (79R) HB 1706 House Elections/Voter                                          March 17, 2005

137

| | | | |
|---|---|---|---|
| 35:14,16,17 | 21 | 472 | 800,000 |
| 94:10 | 67:13 | 2:22 | 21:11 |
| **15** | **22** | ——— **5** ——— | **82** |
| 75:22,23 | 76:4 | **5** | 78:9 |
| **1515** | **24** | 80:19 | **89** |
| 70:25 | 1:13 98:11 | **5:00** | 78:11 |
| **16** | **25** | 8:18 9:6 | ——— **9** ——— |
| 105:19 | 30:25 32:2 | 15:20 60:19 | **9** |
| **16032** | 52:6,7 | **50** | 44:24 |
| 38:2,10 39:5 | **26th** | 17:13 19:21 | **90** |
| **17** | 110:1 | **512** | 52:1 |
| 1:4 109:8 | **276,000** | 110:9 | **940** |
| **1706** | 19:16 | **516** | 28:17 |
| 33:23 53:19 | **283** | 17:7 | **96** |
| 54:15 55:3 | 110:7 | | 101:2 |
| 77:4 98:13 | ——— **3** ——— | ——— **6** ——— | |
| 107:19 | **3** | **6:00** | |
| **18** | 75:24 | 15:14,20 | |
| 31:1 76:2,3 | **3,000** | 16:5 | |
| 84:22,25 | 18:14 | **6:55** | |
| **1969** | **3.5** | 77:20 | |
| 89:17 | 74:19 76:1 | **602** | |
| **1980** | **30** | 18:15 | |
| 28:13 | 37:10 41:9 | **607,000** | |
| **1987** | **328-5557** | 74:16 | |
| 28:11 | 110:9 | **65** | |
| **1994** | **333307RH** | 38:6 85:9 | |
| 78:9 | 110:11 | 100:1 | |
| ——— **2** ——— | **3700** | ——— **7** ——— | |
| **2** | 28:18 | **7:00** | |
| 20:11 30:12 | ——— **4** ——— | 15:14 16:6 | |
| 31:9 76:6 | **4** | **70** | |
| **20** | 20:18 24:15 | 100:2 | |
| 30:24 | 29:6 30:9 | **70,000** | |
| **20,000** | 65:1 | 38:6 | |
| 51:10 | **4-plus** | **71** | |
| **20-year-old** | 75:12 | 100:2 | |
| 95:24 | **4.3** | **75** | |
| **2000** | 74:22 | 78:12 | |
| 110:8 | **40** | **78701** | |
| **2005** | 11:2 17:13 | 109:11,19 | |
| 1:4 109:9 | 19:21 | 110:8 | |
| **2012** | **4136** | ——— **8** ——— | |
| 1:13 109:17 | 110:6 | **8th** | |
| 110:2 | **4700** | 109:10,18 | |
| **209** | 28:15 | | |
| 109:10,17 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008540

TX_00212166

USA_00023422