PL109
9/2/2014
2:13-cv-00193

1

2005 (79R) HB 1706 HOUSE CALENDAR, 2ND READ 5/2/05

Transcribed by Lynne M. Rodriguez, CSR



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 2 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 284 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

2

1              THE CLERK:  HB 1706 by Denny, relating to

2      requiring a voter to present proof of identification.

3              SPEAKER:  The Chair recognizes Ms. Denny.

4              REP. DENNY:  Thank you, Mr. Speaker.

5      Members, House Bill 1706 would require voters to provide

6      proof of identification when offering to vote in person

7      so that we preserve the integrity of the election

8      process ensuring the voters who are who they say they

9      are.

10         This bill has been misunderstood so to make it

11     easier, I provided each member with a legal size handout

12     that highlights the differences between the proposed

13     bill and current law and walks you through the different

14     voting scenarios, and I think if you review these,

15     you'll notice that the changes are not substantial but

16     I'm happy to answer any questions.

17              REP. BURNAM:  Mr. Speaker, would the lady

18     yield?

19              REP. DENNY:  I will.

20              SPEAKER:  The lady yields.

21              REP. BURNAM:  Good afternoon, Chairwoman.

22              REP. DENNY:  Good afternoon.

23              REP. BURNAM:  I know that you have a lot

24     of experience in this area and I will ask you a couple

25     of questions about it.  You know that I represent an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008566

TX_00211309

USA_00023448

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 3 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 285 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

3

```
 1     inner city district in Fort Worth.  Are you aware that
 2     in my primary election, over half the voters that
 3     bothered to participate are senior citizens?
 4               REP. DENNY:  I did not though that but
 5     I'll certainly take you word for it.
 6               REP. BURNAM:  Did you know that not only
 7     is that the case for primaries but it is also the case
 8     for city elections and school board elections in my
 9     community.
10               REP. DENNY:  Good for them.
11               REP. BURNAM:  Actually it's bad for them,
12     because when you only have 5 to 6 percent of the people
13     bothering to participate in either primary or in
14     municipal elections or school board elections, and an
15     even smaller percentage of them bothering to participate
16     in water district elections, you really have to be
17     concerned, don't you, about the level of participation
18     in the electoral process?
19               REP. DENNY:  You're right.
20               REP. BURNAM:  Are you aware, Ms. Denny,
21     that virtually every member of this floor has received a
22     letter from the AARP talking unfavorably about your
23     bill?
24               REP. DENNY:  Yes, and I find that
25     somewhat remarkable since so many of our elderly voters
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211310

USA_00023449

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 4 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 286 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

4

1     are able to take advantage of early voting by mail, and

2     this bill does nothing to touch any of the requirements

3     of that convenience.

4             REP. BURNAM:  I don't know what your

5     experience is in your district.  In my district, I many

6     times find that senior citizens prefer the social

7     interaction of being able to go to their polling place

8     and seeing their friends of 15, 20, 30 years, and it's

9     kind of a community event.  Some of them go down at the

10    same time so they can say "Hello."  Is that not your

11    experience?

12            REP. DENNY:  Well, sometimes I suppose

13    that's true.

14            REP. BURNAM:  Well, Ms. Denny, would it

15    surprise you to know that in the AARP letter, it

16    suggests that your bill, HB 1706, will impose the modern

17    version of a poll tax because it will force elderly,

18    retired and disabled voters to purchase and furnish

19    official documents such as birth certificates,

20    passports, driver's license, or government identity

21    cards as a prerequisite to registering or casting a

22    ballot?  Shouldn't that be of concern to people?

23            REP. DENNY:  Well, Mr. Berman, I just

24    think that that's not the case at all.  It is so

25    difficult in this day and age to understand how anyone



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008568

TX_00211311

USA_00023450

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 5 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 287 of 302
HB 1706 House Calendar 2nd Read                                      May 2, 2010

5

1    does not have some form of photo ID or two forms of non

2    photo ID.  You cannot get along in this world and not

3    have identification to show who you are to exist, to do

4    any type of banking or purchasing or --

5              REP. BURNAM:  Ms. Denny, you have never

6    been poor or elderly in the inner city, have you?

7              REP. DENNY:  Well, I'm getting elderly.

8              REP. BURNAM:  Well, we're all getting

9    older by the day, but I doubt seriously -- I mean, we're

10   all filing our ethics reports today.  I doubt seriously

11   we'll find that you're poor or elderly or in the inner

12   city, and that's the people I'm here representing today.

13             REP. DENNY:  And I understand that, and

14   for the poor and the elderly, there are many forms of

15   identification, including mail, for the assistance

16   checks and government forms of ID and mail that are

17   available.  It is a very long and liberal list,

18   Mr. Berman.

19             REP. BURNAM:  Ms. Denny, are you aware

20   that the last sentence of that last paragraph says,

21   "Voter identification requirements will negatively

22   impact thousands of AARP, two million members in Texas,

23   especially those who have voluntarily given up their

24   right to drive."

25             Historically, many senior citizens, the only



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008569

TX_00211312

USA_00023451

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 6 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 288 of 302
HB 1706 House Calendar 2nd Read                    May 2, 2010

6

1      photo ID that they have is their driver's license, and

2      has been recommended frequently by their doctor, they've

3      given up these photo ID's and they have no photo ID's.

4      So do you really think that in this day and age, it's

5      appropriate to, based on nothing that's been

6      substantiated as far as the need for this legislation,

7      to move forward and to actually impose a new form of

8      poll tax on our senior citizens?

9                    REP. DENNY:  Well, I disagree with you

10     that it's a poll tax, and I do agree that most people

11     have a form of photo ID.  DPS also issues to people a

12     photo ID that is not a driver's license, and this bill

13     provides free of charge to anyone who's willing to sign

14     an affidavit that they need assistance and cannot afford

15     one, one will be issued free of charge for them.

16                    REP. BURNAM:  Well, what I know is the

17     AARP is against this bill.  They've made this

18     information available to all of us, and I'm with them.

19     Thank you.

20                    REP. DENNY:  Thank you.

21                    SPEAKER:  For what purpose, Mr. Coleman?

22                    REP. COLEMAN:  Would the gentlewoman

23     yield?

24                    REP. DENNY:  I certainly do, Mr. Coleman.

25                    REP. COLEMAN:  Thank you, Chairwoman



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008570

TX_00211313

USA_00023452

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 7 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 289 of 302
HB 1706 House Calendar 2nd Read                          May 2, 2010

7

1   Denny.  There's a provision in this bill that deals with

2   provisional voting, and it appears that the new rules or

3   law that you lay out here would direct people into

4   provisional voting, so if somebody went in with the same

5   ID that they had now going into the ballot box, they

6   showed up with their voter registration card and if they

7   didn't have the two pieces of mail, like electric bill

8   or like a gas bill, or a picture ID, their ballot would

9   now become a provisional ballot, is that not correct?

10           REP. DENNY:  That is correct.  You have

11  to show who you are.

12           REP. COLEMAN:  Well, tell me what's wrong

13  with the system that says that we have to show that ID

14  with our voter registration card.  It would create more

15  provisional ballots.

16           REP. DENNY:  Because we want to make sure

17  that you are the person that is voting the ballot and

18  you are who you are.

19           REP. COLEMAN:  Well, we went through a

20  situation here where we had an election contest and it

21  was shown that with all of those voters on the biggest

22  election day in the last four years, that there was no

23  voter fraud.

24           REP. DENNY:  Well, that's not exactly

25  accurate, Mr. Coleman.  And we have instances where we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008571

TX_00211314

USA_00023453

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 8 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 290 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

8

1     have had, for the years that I've been on the elections

2     committee, we have had hearings across this state where

3     we have had stories and documentation of people showing

4     up sometimes multiple times with different voter

5     registration cards and voting in different precincts.

6                    REP. COLEMAN:  You have a provision in

7     this bill that says that if you come in and that

8     scenario happens, you don't have a picture ID or two

9     ID's that are equivalent to a gas bill or phone bill,

10    that you have to go -- if you want your provisional

11    ballot made into a non-provisional ballot, that you have

12    to go to the central election agency, the Board of --

13    Early Vote Board, up to five days after the election to

14    have your ballot certified that you are you, is that

15    right?

16                    REP. DENNY:  That's correct.  If you

17    don't show up with your ID and you have one and you want

18    your vote to count, then you can show up with your ID or

19    two forms of ID.

20                    REP. COLEMAN:  How do we determine if a

21    provisional ballot counts now?

22                    REP. DENNY:  Well, there are --

23          The instances in which your ballot counts or

24    do not count are printed on the back of the provisional

25    ballot envelope where that ballot takes place.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008572

TX_00211315

USA_00023454

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 9 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 291 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

9

```
 1                    REP. COLEMAN:  Exactly right.  And so who
 2      determines that?
 3                    REP. DENNY:  The central counting
 4      station, the ballot board.
 5                    REP. COLEMAN:  Are they having a hard
 6      time doing it?
 7                    REP. DENNY:  No.
 8                    REP. COLEMAN:  Then why are we changing
 9      the rules?  Thank you, Ms. Denny.
10                    REP. DENNY:  Thank you.  We're changing
11      them because there are instances in which that needs to
12      be determined.
13                    Hello.
14                    SPEAKER:  For what purpose, Mr. Strama?
15                    REP. STRAMA:  To ask the lady a few
16      questions.
17                    REP. DENNY:  I certainly will.
18                    SPEAKER:  The lady yields.
19                    REP. STRAMA:  Thank you, Ms. Denny.
20      Let's talk about why this bill was filed.  What exactly
21      is the problem that you're trying to solve?
22                    REP. DENNY:  Well, Mr. Strama, thank you,
23      for asking.  We have instances in this state that we
24      have voter fraud, and I think it is so important that
25      your vote be safeguarded and that you are the one that
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211316

USA_00023455

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 10 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 292 of 302
HB 1706 House Calendar 2nd Read                          May 2, 2010

10

1    is actually casting that vote.

2              REP. STRAMA:  Did the committee hear

3    specific testimony about specific cases of voter fraud?

4              REP. DENNY:  We have.  We did and we

5    have.

6              REP. STRAMA:  Could you cite a couple of

7    those examples?

8              REP. DENNY:  Well, as I just told

9    Mr. Coleman, we have had, in the past, testimony

10   throughout this state of persons casting ballots and

11   showing up with voter registration cards and they were

12   not who were the people casting those ballots.

13        In this last election, it was interesting, I

14   was just talking to the Secretary of State, where they

15   had persons who have been dead.  You know, the same old

16   stories we've heard for years, dead people casting

17   ballots.

18        Now if that person has to show up and show a

19   photo ID or two forms of current ID, non-photos, the

20   dead people won't be voting any longer.

21             REP. STRAMA:  You know that for the past

22   five years in the private sector, I've worked on voter

23   registration data base technology.

24             REP. DENNY:  I'm aware of it.

25             REP. STRAMA:  Worked with election



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211317

USA_00023456

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 11 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 293 of 302
HB 1706 House Calendar 2nd Read                        May 2, 2010

11

1    officials?

2                    REP. DENNY:  Yes, sir.

3                    REP. STRAMA:  The only comprehensive

4    study I'm aware of that study the race, you know the

5    evidence that we always hear anecdotally about dead

6    people casting ballots was the state of Georgia's post

7    election 2000 report, in which they identified that when

8    there were news reports immediately following the

9    election, that potentially hundreds of dead people had

10   voted, and when the Secretary of State actually went and

11   the audited every single one of those cases, they

12   ultimately found there was only one case where a dead

13   person had voted and it was a dead person who had

14   actually voted while they were living and voted

15   absentee.  Are you aware of that study?

16                   REP. DENNY:  I am aware of that study in

17   Georgia.  However, I know our situation here in Texas is

18   somewhat different.

19                   REP. STRAMA:  Do you believe that

20   homeless people should be allowed to vote?

21                   REP. DENNY:  Absolutely.

22                   REP. STRAMA:  How would a homeless person

23   meet the requirement of this legislation?

24                   REP. DENNY:  Very easily.  They can get a

25   photo ID from DPS.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008575

TX_00211318

USA_00023457

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 13 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 294 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

12

1          REP. STRAMA:  How much does a photo ID
2     cost?
3          REP. DENNY:  It's free when you sign this
4     affidavit that you need one and are unable to pay for
5     it.
6          REP. STRAMA:  So in addition to
7     registering to vote, the requirement to vote for a
8     homeless person would be that they also go to DPS and
9     get a photo ID beyond the requirement of registration?
10         REP. DENNY:  That's correct, but I don't
11    know how they can get by with getting any of the
12    benefits that they have.  They could get a photo ID.
13    There are also many other forms of identification, and I
14    would assume a homeless person is also receiving
15    benefits, Medicaid, and those types of things, and the
16    ID card that is issued for Medicaid is certainly one of
17    those forms of ID that is on the acceptable list, which
18    I passed out to everyone here.  Those are available free
19    of charge.  A library card, which is free of charge.
20    Homeless people are certainly able to obtain those.
21         REP. STRAMA:  You're aware that when the
22    Help America Vote Act was passed, this ID requirement
23    was one of the most significantly debated portions of
24    that legislation, are you not?
25         REP. DENNY:  I am aware of that.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008576

TX_00211319

USA_00023458

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 13 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 295 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

13

1          REP. STRAMA:  Did you know that I was in

2    the house gallery when the bill was passed?

3          REP. DENNY:  No, I didn't.

4          REP. STRAMA:  It was a pretty exciting

5    experience.

6          REP. DENNY:  I bet it was.

7          REP. STRAMA:  And I was very involved in

8    a lot of the negotiations on that bill.  This particular

9    component of it was of particular interest to Senator

10   Bond of Missouri because Senator Bond alleged that there

11   had been widespread voter fraud in the state of

12   Missouri's election in the 2000 election, and what he --

13   and as the most outspoken advocate for stronger ID

14   requirements, are you aware that the Help America Vote

15   Act prescribes specific requirements such as

16   demonstration of photo ID the first time a mail-in

17   registrant goes to vote at the polling place, are you

18   aware of those requirements?

19         REP. DENNY:  Absolutely.

20         REP. STRAMA:  Do you agree that this bill

21   goes beyond the requirements of the Help America Vote

22   Act?

23         REP. DENNY:  Yes, it does, and several

24   other states have joined in what we're trying to do here

25   in Texas and have already put in effect more stringent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211320

USA_00023459

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 14 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 296 of 302
HB 1706 House Calendar 2nd Read                                May 2, 2010

14

1    requirements.

2              REP. STRAMA:  Would you agree that the

3    state's obligations in conducting elections are to

4    ensure that every registered voter is allowed to vote

5    and no one is allowed to vote more than once?

6              REP. DENNY:  Yes, I would.

7              REP. STRAMA:  Would you agree that we

8    ought to err on the side of inclusion when we know that

9    we have a problem with voter participation and we cannot

10   document a widespread statistically significant problem

11   with voter fraud of the nature you're describing, would

12   you feel that we ought to err on the side of inclusive

13   and accessible election procedures?

14             REP. DENNY:  I feel, Mr. Strama, that we

15   need to maintain the integrity of our election process,

16   and when people feel that their vote can be stolen from

17   them by someone other than themselves voting that, that

18   we need to take every precaution to make sure that they

19   are the ones that are voting their ballots.

20             REP. STRAMA:  But you know that, of

21   course, if you go and vote your ballot and someone else

22   tries to vote your ballot, that person will be

23   identified, that the software and the election process

24   flags that you voted, and if you try to vote twice, it's

25   identifiable to the election officials?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211321

USA_00023460

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 15 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 297 of 302
HB 1706 House Calendar 2nd Read                              May 2, 2010

15

1          REP. DENNY:  Well, one would certainly

2     hope so.  However, we have people that do show up on

3     election day that have been notified that they have

4     already voted somehow during early voting and we're

5     trying to figure out how to put a stop to that, and

6     certainly if they have to show up with a photo ID, that

7     will help.

8          REP. STRAMA:  You're aware that when we

9     vote by mail, we're not required to show photo ID, is

10    that correct?

11         REP. DENNY:  Unless it's the first time.

12         REP. STRAMA:  Unless it's the first time?

13         REP. DENNY:  That's correct.

14         REP. STRAMA:  So your bill applies by

15    mail?

16         REP. DENNY:  That's correct, at this

17    time.

18         REP. STRAMA:  Well, would you expect to

19    come back here and apply these standards to absentee

20    ballots by mail?

21         REP. DENNY:  I don't know.  We'll see how

22    this goes.

23         REP. STRAMA:  I asked a question a moment

24    ago.  Do you feel we should err on the side of inclusion

25    and accessibility when it comes to this question; when



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008579

TX_00211322

USA_00023461

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 16 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-4  Filed 06/20/12  Page 298 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

16

1    we weigh the ballots between the fact that fewer than 50

2    percent of eligible voters participate in our elections

3    and we have some undocumented, unquantified amount of

4    voter fraud that we can't really substantiate, don't you

5    feel we ought to err on the side of inclusion and

6    accessibility?

7              REP. DENNY:  And I answered that by

8    saying I think it's most important that we ensure the

9    integrity of maintaining that you are the one that votes

10   your ballot.  I think that that is of the utmost

11   importance.

12             REP. STRAMA:  My last question.  When

13   this bill is implemented, we will have a lot of people

14   going to the polls without the identification

15   requirements in this bill, and I wonder if you have any

16   plan for how we transition to the new requirement?

17             REP. DENNY:  I don't think that -- I

18   don't think that that will be the case, Mr. Strama.  I

19   think that there will be a huge voter education program

20   in place to notify voters of the requirements of the ID

21   so that no one will not know of this new requirement.

22             REP. STRAMA:  Are we appropriating state

23   fund for that voter education requirement?

24             REP. DENNY:  The Secretary of State's

25   office uses private funds.  I have spoken with our new



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008580

TX_00211323

USA_00023462

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 17 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 299 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

17

1    Secretary of State and he is, has already embarked on a

2    effort to raise private funds to do all the voter

3    education necessary to improve voter turn-out,

4    regardless of what bills we pass in this legislative

5    session, to do the utmost to get 100 percent voter

6    participation.

7                    REP. STRAMA:  Thank you for answering my

8    questions.

9                    REP. DENNY:  Thank you, Mr. Strama.

10                   REP. BROWN:  Mr. Speaker?

11                   SPEAKER:  For what purpose?

12                   REP. BROWN:  Will the lady yield?

13                   REP. DENNY:  I certainly do.

14                   SPEAKER:  The lady yields.

15                   REP. BROWN:  Did I share with you the

16   incident we had in one of my counties this past time

17   with someone voting multiple times?

18                   REP. DENNY:  I don't believe so,

19   Ms. Brown.

20                   REP. BROWN:  Well, I'd like to let you

21   know about that because I think it has a great bearing

22   on what you're trying to do today.  Someone was in line

23   and bragging about the fact that she had voted three

24   times that day.  She was going around and picking up the

25   voter registration cards from different people that she



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211324

USA_00023463

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 18 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-4 Filed 06/20/12 Page 300 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

18

1    knew and then going to the polls and voting for that
2    person, and she thought she was really doing a great
3    service.  But anyway, we stopped that, but we were only
4    able to stop it after she had cast three or four votes,
5    so this was to take care of it.
6              And one other thing I wanted to point out.  Do
7    you know how many of our judges and alternate judges and
8    clerks at the polls are senior citizens?
9              REP. DENNY:  Oh, many, many are senior
10   citizens.
11             REP. BROWN:  I was thinking I read
12   somewhere over 80 percent are serving in that capacity.
13   So I feel like that AARP didn't poll our election
14   workers or they would have known, because those people
15   who hold the elections know how difficult it is to make
16   sure that the people who are voting are indeed qualified
17   to do so.  In fact, I know someone who worked as a judge
18   that asked for ID one day and this lady started pulling
19   out ID and she said, "Well, which one do you want?"  She
20   had about four or five identifications under different
21   names in her purse.
22             REP. DENNY:  Oh, my.
23             REP. BROWN:  So it would solve that.
24   Thank you very much.
25             REP. DENNY:  Thank you very much, and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211325

USA_00023464

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 18 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 301 of 302
HB 1706 House Calendar 2nd Read                                    May 2, 2010

19

1     thank you for sharing that story because that does point

2     out exactly why we need this legislation.

3                     REP. BROWN:  I think this bill is long

4     overdue.  Thank you.

5                     REP. DENNY:  Thank you very much,

6     Ms. Brown.

7                     REP. WOOLLEY:  Mr. Speaker.

8                     SPEAKER:  For what purpose, Ms. Woolley?

9                     REP. WOOLLEY:  Will the lady yield?

10                    REP. DENNY:  I certainly do.

11                    SPEAKER:  The lady yields.  Just about

12    one minute.

13                    REP. WOOLLEY:  Ms. Denny, I don't

14    believe it's too much to ask people to be able to prove

15    who they are if they're going to vote, do you?

16                    REP. DENNY:  No, ma'am, I don't.

17                    REP. WOOLLEY:  Wouldn't you say it's true

18    that every time a vote is cast fraudulently, it

19    disenfranchises those who have cast legal votes?

20                    REP. DENNY:  I certainly do, and I'm glad

21    you brought that up.

22                    REP. WOOLLEY:  And isn't -- doesn't your

23    bill have a provision for free picture voter IDs given

24    by DPS?

25                    REP. DENNY:  Oh, there are many, many



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008583

TX_00211326

USA_00023465

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 20 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-4   Filed 06/20/12   Page 302 of 302
HB 1706 House Calendar 2nd Read                              May 2, 2010

20

```
1    forms of photo ID that are available, and certainly a

2    free one issued to anyone that shows need for that,

3    absolutely.

4                REP. WOOLLEY:  Well, Ms. Denny, I think

5    you've got a fair bill, one that we all should be able

6    to support if we believe in legal voting and getting rid

7    of the fraud that's being perpetrated on our voting

8    system.

9                REP. DENNY:  Thank you, Ms. Woolley.  I

10   appreciate that.

11               SPEAKER:  Mr. Kaufman raises a point of

12   order that the lady's time has expired.  The point of

13   order is well taken and sustained.

14               REP. CHAVEZ:  Mr. Speaker, I ask that the

15   lady's time be yielded.  This is an important issue to

16   all of us.

17               SPEAKER:  Ms. Chavez moves that the

18   gentle lady's time be extended.  Is there objection?

19   Mr. Nixon objects.

20               REP. CHAVEZ:  I'd like to raise it to a

21   vote.

22               SPEAKER:  Members, there's a division

23   vote on Ms. Chavez's motion to extend time.  All those

24   in favor, vote "I;" opposed, vote "Nay."  Division

25   vote.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211327

USA_00023466

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 21 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 2 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

21

```
1              Strike the board.  Motion carries.  The
2    time is extended.  The lady yields.
3              REP. CHAVEZ:  Thank you, Mr. Speaker.
4    Thank you, Chairwoman Denny.  I appreciated our
5    conversation.
6         A couple of questions.  On page four of your
7    bill, number 3, "A valid employee identification card
8    that contains the person's photo and is issued by a
9    employer of the person," would that also include a union
10   card?
11             REP. DENNY:  Only if it's issued by the
12   employer.
13             REP. CHAVEZ:  Okay.  A union card is
14   usually issued by the union, so a union card photo ID
15   would not be acceptable.
16             REP. DENNY:  I don't believe so,
17   Ms. Chavez.
18             REP. CHAVEZ:  Okay.  Did you know that
19   not all U.S. citizenship certificates contain the
20   person's photographs; the ones from 20, 30 years ago may
21   not have a photo?
22             REP. DENNY:  Okay.
23             REP. CHAVEZ:  Okay.  And also, and I
24   spoke to you about this on other acceptable
25   documentation.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211328

USA_00023467

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 23 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 3 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

22

1           REP. DENNY:  Uh-huh.

2           REP. CHAVEZ:  Could you clarify for me

3      that on page 5, line 7, "Identification card issued to a

4      person by a governmental entity of the state," will

5      include a federally qualified health center or an FQHC,

6      that that would be acceptable?

7           REP. DENNY:  Right, that is a federally

8      issued medical card for benefits.

9           REP. CHAVEZ:  Okay.  So that would be

10     eligible?

11          REP. DENNY:  That would be, uh-huh.

12     Whether it's a photo or non-photo ID, that would be

13     covered.

14          REP. CHAVEZ:  And are you aware that many

15     elderly senior citizens don't have a driver's license

16     and haven't driven in 15, 20 years?

17          REP. DENNY:  Yes.

18          REP. CHAVEZ:  That they're in public

19     housing, high rises, and I've got -- I've got two public

20     housing senior high rises in my district and these

21     people have lived there 15, 20, 25 years, and they don't

22     have photo IDs.

23          REP. DENNY:  Right.

24          REP. CHAVEZ:  They definitely don't have

25     driver's license.  They have a grocery store, you know,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008586

TX_00211329

USA_00023468

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 23 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 4 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

23

1    within walking distance, they go and buy their

2    groceries, they come back, and their life --

3                    REP. DENNY:  Right, and Ms. Chavez, you

4    don't have to have that photo ID, you just need two

5    forms of the photo ID and they'll have a Medicare or a

6    Medicaid card or mail where they receive a benefits

7    check, and those would work.

8                    REP. CHAVEZ:  But don't you agree that

9    this is going to be an obstacle that they haven't had to

10   do and that some of them are going to consider this as a

11   act of intimidation?

12                   REP. DENNY:  Oh, I wouldn't think so at

13   all.  You know, if you prize your right to vote and you

14   don't want someone to steal that vote from you, just

15   taking the envelope that has your name on it, and I'm

16   assuming that they would carry their Medicaid card with

17   them just like we carry our forms of ID in our wallet.

18                   REP. CHAVEZ:  When you go vote, the new

19   immigrants, especially Mexican Americans, new, first

20   generation immigrants, have been subjected to laws like

21   Proposition 187 in California, which created a huge

22   under class of people and also a fear of the government

23   and a fear to have to present anything other than what

24   they need to.  So they would see this as a deterrent or

25   an obstacle, an obstacle to voting because, all of a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211330

USA_00023469

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 24 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 5 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

24

1    sudden, they want more information.

2              They're so fearful of losing their benefits,

3    of losing what they have.  They became citizens, they

4    decided to play by the rules, and all of a sudden, they

5    have to provide information.  Because I had this

6    situation when I worked on the John Kerry campaign in

7    New Mexico, okay, and even though it was New Mexico, she

8    was required to have a photo ID with her voter card and

9    she didn't have a photo ID.  She never drove in her

10   life, and I asked her for -- in Spanish, she didn't

11   speak English.  I asked her, "Do you have your Medicare,

12   your Medicaid card?"  "No, no lo tengo."  "Do you have

13   your Social Security card?  "No tengo."

14             She said she didn't have a Social Security

15   card.  So when she ate lunch at her nutrition program, I

16   asked her if I could go through her cards, and I said,

17   you know, (Speaking in Spanish,) and in those cards, she

18   had her Medicare, she had her Medicaid, but this is a

19   perfect example of people who do not know that they have

20   these things.

21             She doesn't run to the hospital, run to the

22   health center to get benefits.  She didn't even know she

23   had a Medicaid card.  So we are --

24             This bill, to me, definitely puts obstacles to

25   people, especially first generation immigrants to this



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008588

TX_00211331

USA_00023470

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 25 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 8 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

25

```
 1      country.  You know, your elderly, elderly people, old

 2      people are not accustomed to having to present this

 3      thing and you are going to see them not coming to the

 4      polls.

 5              REP. DENNY:  Well, when the first

 6      generation Americans that are naturalized citizens go

 7      through the class that they have to take to become

 8      naturalized citizens, they are taught what is required

 9      of being a U.S. citizen, and part of that, in Texas, is

10      when you vote, if this law becomes effective, in effect,

11      will be that you have to show a form of identification,

12      a photo ID or two forms of non-photo ID, just as you do

13      to conduct any other type of business, and it will just

14      become the way it is, and as you said, she had that form

15      of ID with her.

16              REP. CHAVEZ:  She didn't know it though,

17      she didn't know.

18              REP. DENNY:  She knew she had the --

19              REP. CHAVEZ:  No, she did not know.

20              REP. DENNY:  Oh, she didn't know.

21              REP. CHAVEZ:  She did not.  She said went

22      back and she said (Speaking in Spanish.)  "I couldn't

23      vote, they didn't let me vote, I don't have the

24      necessary documents," and I sat down with her and I

25      said, "Let me go through your billfold," and I found
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008589

TX_00211332

USA_00023471

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 26 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 7 of 362
HB 1706 House Calendar 2nd Read                                May 2, 2010

26

1    them, and I said, "Yes, you do," and I took her back

2    into vote, okay.

3              That's labor intensive, okay.  When we passed

4    federal legislation that took away food assistance to

5    legal immigrants, legal immigrants, okay?

6                        REP. DENNY:  Right.

7                        REP. CHAVEZ:  Thousands of them became,

8    hundreds of thousands of them became U.S. citizens,

9    okay, because they had worked, they had the work

10   requirement and they now were being subjected to

11   something, and I am talking about old people.

12             One of the seniors in my district who college

13   educated his kids by shining shoes in El Paso, he

14   finally, at 78, got his citizenship.  These are real

15   people.

16                       REP. DENNY:  Of course.

17                       REP. CHAVEZ:  Okay, he doesn't have, he

18   didn't have those kinds of forms of ID.  He didn't ever

19   drive.  He just shined shoes and sent his kids to

20   school, and now you're going to sit there and put this

21   obstacle and require more documents.

22                       REP. DENNY:  But he has to have forms of

23   identification to get along in this world.  And so he

24   will have to, if this bill goes into effect, have to

25   have forms of identification to vote, so he can show



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008590

TX_00211333

USA_00023472

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 27 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 8 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

27

1    that he is who he says he is.

2              REP. CHAVEZ:  I believe that elderly

3    people, elderly people are qualified at age 50 to become

4    members of AARP, and I believe out of respect for the

5    more than 2 million AARP members and elderly, that we

6    should exempt them from this requirement.

7              REP. DENNY:  No, I disagree.

8              REP. CHAVEZ:  And I have an amendment to

9    do that, and I would also like to talk to you a little

10   bit about the poll judges.  Okay, you also have judges

11   who are going to interpret this, and I know, because I

12   have it in my district, they're going to interpret this

13   as you don't have a photo ID, you can't vote.

14             REP. DENNY:  Ms. Chavez, let me refer you

15   to page 2, line 1 of the bill, where it says that the

16   voter shall be accepted.  That means there is no subject

17   to interpretation by the poll workers.  They will accept

18   every voter for voting.

19             REP. CHAVEZ:  Provisional, okay.

20             REP. DENNY:  For provisional.  Yes; I

21   mean, we don't any longer have a challenged voter.

22             REP. CHAVEZ:  I'm glad you brought that

23   up.

24             REP. DENNY:  They can vote that ballot

25   provisionally.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 28 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 9 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

28

```
 1              REP. CHAVEZ:  Okay.  So I do discussed
 2      this --
 3              REP. DENNY:  And if they have the forms
 4      of ID that are allowed and they're on the voter list,
 5      that vote will be counted.
 6              REP. CHAVEZ:  I spoke to you, but you had
 7      to come and lay out your bill, about an amendment that
 8      would require that all polling places to have a list of
 9      the acceptable documents.
10              REP. DENNY:  Yes.  To have that posted,
11      and I told you I would accept that amendment.
12              REP. CHAVEZ:  Okay, and I could I add to
13      that under the section that you just stated that a
14      provisional voting ballot will be provided to anyone who
15      comes to vote and presents --
16              REP. DENNY:  Well, let me see your
17      amendment.
18              REP. CHAVEZ:  Okay.
19              SPEAKER:  For what purpose, Mr. Jackson?
20              REP. JACKSON:  Will the lady yield?
21              REP. DENNY:  I certainly do.
22              SPEAKER:  The lady yields.
23              REP. JACKSON:  Ms. Denny, Representative
24      Bernham testified earlier, correctly, that AARP has two
25      million members in Texas and they oppose this.  Are you
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008592

TX_00211335

USA_00023474

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 29 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 10 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

29

```
 1     aware I'm a member of AARP?
 2                 REP. DENNY:  Yes, sir.  Well, no, I'm not
 3     aware you're a member.
 4                 REP. JACKSON:  Yes, yes.  You know, I bet
 5     there are other members.
 6                 REP. DENNY:  Assuming you're over 50, as
 7     am I.
 8                 REP. JACKSON:  And I bet there are other
 9     people on the House floor that are members of AARP.
10                 REP. DENNY:  Oh, I bet there's one or
11     two.
12                 REP. JACKSON:  And I don't believe AARP's
13     position represents all of us.  I know it doesn't
14     represent me.
15                 REP. DENNY:  I know it doesn't represent
16     me either, Mr. Jackson.
17                 REP. JACKSON:  And Representative Denny,
18     isn't there a section of the bill where DPS will issue
19     ID cards at no cost?
20                 REP. DENNY:  Absolutely, there certainly
21     is.
22                 REP. JACKSON:  So this is not a poll tax.
23     There's not any cost to doing this, qualifying to vote
24     under this bill.
25                 REP. DENNY:  No, you're exactly right.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211336

USA_00023475

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 30 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 11 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

30

```
1              REP. JACKSON:  Representative Denny,
2      let's think of some of the things you can't do without
3      an ID card.  I rented a movie the other day and had to
4      show my driver's license.
5              REP. DENNY:  I know it.  That's correct.
6              REP. JACKSON:  Went to a clinic.  I had
7      to show them my driver's license.
8              REP. DENNY:  Yes, sir.
9              REP. JACKSON:  Got on an airplane, had to
10     show my driver's license.  Drove a car and had to have a
11     driver's license.  You know, us just have to have ID to
12     do near anything, don't you?
13             REP. DENNY:  Yes, sir, you do.
14             REP. JACKSON:  I think voting is so
15     important that it's not unreasonable to expect people to
16     ID themselves, don't you?
17             REP. DENNY:  I do indeed.
18             REP. JACKSON:  It's a good bill,
19     Mrs. Denny.
20             REP. DENNY.  Thank you, Mr. Jackson.  I
21     appreciate that.
22             REP. OLIVO:  Mr. Speaker.
23             SPEAKER:  Mr. Kaufman.  I'm sorry,
24     Mr. Kaufman raises a point of order.  The gentle lady's
25     time has expired.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211337

USA_00023476

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 31 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 12 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

31

```
1                    REP. OLIVO:  Mr. Speaker, I --
2                    SPEAKER:  The order is well taken and
3        sustained.
4                    REP. OLIVO:  I request an extension of
5        time on this.  This is an important issue.  We need more
6        time on it.
7                    SPEAKER:  Ms. Olivo requests -- makes a
8        motion to extend time.  Is there an objection?  There is
9        objection.
10                   REP. OLIVO:  I'd like to vote on it.
11                   SPEAKER:  Okay.  Members, this requires
12       unanimous consent.  Is there objection?  Yes, there is
13       objection.  Following the amendment, the clerk will read
14       the amendment.  We have 11 amendments, members, and
15       counting.
16                   THE CLERK:  Amendment by Chavez.
17                   SPEAKER:  The Chair recognizes
18       Ms. Chavez.
19                   REP. CHAVEZ:  Mr. Speaker, members, what
20       this amendment does is simply allows a voter over the
21       age of 50 to present his or her voter registration card
22       the way they always have.  That's it.  It's very
23       simple.
24           The 50 years old is when someone is eligible
25       to be a member of AARP, and out of respect for a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008595

TX_00211338

USA_00023477

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 32 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 13 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

32

1    generation who has dedicated their lives to a spot in

2    the armed services, who has given and been part of laws

3    that have been anti-discriminatory against minority

4    communities, we should give them the right to be exempt

5    at age 50.

6              SPEAKER:  The Chair recognizes Ms. Denny

7    against the amendment.

8              REP. OLIVO:  Members, Mr. Speaker.

9              SPEAKER:  Yes, ma'am, for what purpose?

10             REP. OLIVO:  Will the gentle lady yield?

11             SPEAKER:  Do you yield for a question?

12             REP. DENNY:  I'll yield.

13             SPEAKER:  The lady yields.

14             REP. OLIVO:  Representative Denny?

15             REP. DENNY:  Yes, ma'am.

16             REP. OLIVO:  I'm very concerned about

17   this particular legislation.  Do you know that there's a

18   lot of people out there, like my father and my mother.

19   My father is 86, my mom is 84, and if I look at my mom

20   and I look at the requirement you have, you require,

21   according to your bill, on some of the ID's, you require

22   a driver's license or personal ID, right?

23             REP. DENNY:  A photo ID, yes.

24   Ms. Olivo, I'm speaking against the amendment.  I'm up

25   here to speak against Ms. Chavez's amendment.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008596

TX_00211339

USA_00023478

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 33 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 14 of 362
HB 1706 House Calendar 2nd Read                         May 2, 2010

                                                                    33

1                  REP. OLIVO:  Okay.  Well, let me let you
2        do that, then I'll come back on.
3                  REP. DENNY.  Okay.
4                  REP. OLIVO:  Thank you.
5                  REP. DENNY:  Ms. Chavez's amendment would
6        exempt someone 50 years or older, and that defeats part
7        of the purpose of the bill, and so I would move to table
8        Ms. Chavez's amendment and ask you --
9                  REP. URESTI:  Mr. Speaker?
10                 REP. DENNY:  -- to vote yes on the
11       amendment.  I mean, vote yes on the motion to table.
12                 REP. URESTI:  Mr. Speaker?
13                 REP. DENNY:  We need to --
14                 SPEAKER:  Mr. Uresti?
15                 REP. URESTI:  Will the gentle lady yield
16       for a question?
17                 SPEAKER:  Will you yield for a question?
18                 REP. URESTI:  On the amendment.
19                 SPEAKER:  The lady yields.
20                 REP. DENNY:  I do..
21                 REP. URESTI:  Thank you, Representative.
22       Denny.  I have a question for you on the amendment.
23       Ms. Denny, did you read the HRO report that was put out
24       on this bill?
25                 REP. DENNY:  Yes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211340

USA_00023479

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 34 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 15 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

34

1              REP. URESTI:  And did you disagree with

2     any of the aspects that were in the HRO report?

3              REP. DENNY:  Yes, I do disagree.

4              REP. URESTI:  Did you agree with the

5     portion of it that supports the bill?

6              REP. DENNY:  No.

7              REP. URESTI:  You didn't agree with the

8     portions related to the --

9              REP. DENNY:  I do agree with the portions

10    that are supportive of the bill.

11             REP. URESTI:  But you disagree, I assume,

12    with the portions that oppose your bill, correct?

13             REP. DENNY:  On some of them.

14             REP. URESTI:  Okay.  Did you read the

15    part about, and this goes to Representative Chavez's

16    amendment, because we're talking about our senior

17    citizens, which, to me, includes a lot of our World War

18    II Veterans, but did you read the part about where it

19    reads, under the bill, the state of Texas could have the

20    distinction of throwing out the vote of a World War II

21    veteran on a technicality?  Did you read that part?

22             REP. DENNY:  Yes, I did, and I disagree

23    with that because I don't see how anybody's vote would

24    be thrown out?

25             REP. URESTI:  So why would that be in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211341

USA_00023480

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 35 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 16 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

35

```
 1    this HRO report?
 2                    REP. DENNY:  I don't know.  Sometimes HRO
 3    does not, I think, does not interpret the amendment
 4    correctly.
 5                    REP. URESTI:  So Representative Denny,
 6    you do not agree that it's possible that somebody's vote
 7    could be thrown out on a technicality?
 8                    REP. DENNY:  No, I do not, because anyone
 9    that shows up with the proper form of identification,
10    their bill -- I mean, their ballots will be cast and
11    voted and counted.
12                    REP. URESTI:  Last session, we worked on
13    the HAVA bill in your committee.  I'm sure you remember
14    that well.  And did you read in the part in this HRO
15    that states that this bill is inconsistent with the
16    federal HAVA laws?  Do you agree with that statement?
17                    REP. DENNY:  It does go further.  It's
18    not inconsistent, and Representative Uresti, a veteran
19    would have a government issued photo ID.
20                    REP. URESTI:  I'm sorry, I didn't hear
21    you.
22                    REP. DENNY:  A veteran would have a photo
23    ID.
24                    REP. URESTI:  Well, you're assuming they
25    haven't lost their ID.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008599

TX_00211342

USA_00023481

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 36 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 17 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

36

```
 1                    REP. DENNY:  I'm sorry, I'm assuming
 2       what?
 3                    REP. URESTI:  You're assuming they
 4       haven't lost their ID.  And I think that's the whole
 5       problem.
 6                    REP. DENNY:  Well, they can get another
 7       one.
 8                    REP. URESTI:  But what if they lose it
 9       the day before the election?  See, that's the whole
10       problem, Representative Denny, respectfully, with this
11       bill.
12                    REP. DENNY:  Well, they have other forms
13       of ID.
14                    REP. URESTI:  There are a lot of
15       assumptions made in this bill that everybody carries
16       their wallet, everybody carries their purse, has all of
17       their ID, they're all current, and I think that's a
18       wrong assumption.  In a perfect world, I think you're
19       correct, but we don't live in a perfect world, and I
20       think that's the problem that our Veterans all have
21       their IDs.
22            I can name you a number of Veterans that have
23       last their DV 214s, which is the most important record
24       that they should have, and they've lost them.  Would you
25       agree with that statement?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008600

TX_00211343

USA_00023482

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 37 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 18 of 362
HB 1706 House Calendar 2nd Read                        May 2, 2010

37

1          REP. DENNY:  That does happen, yes,

2     indeed it does, but there are provisions for getting

3     another one.

4          REP. URESTI:  You're right.  But the

5     question then is, would they be able to get it in time

6     to vote, and that's the problem.

7          REP. DENNY:  Early voting goes on for a

8     long period of time.

9          REP. URESTI:  Have you ever tried to get

10    a military ID, Representative Denny?

11         REP. DENNY:  No, sir, I haven't.

12         REP. URESTI:  Okay.  Do you have any idea

13    how long it would take to get a military ID?

14         REP. DENNY:  But getting one from --

15    getting an ID from DPS, you can get the receipt that you

16    have applied for that or you can get that online or you

17    can get one in person, in one day, in a few hours.

18         REP. URESTI:  How many senior citizens do

19    you think can get on the computer and get online and

20    order a DPS identification card?

21         REP. DENNY:  Anyone that has computer

22    access, and that's available free of charge at a

23    library.

24         REP. URESTI:  At the library, and that's

25    assuming they have transportation and they're not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211344

USA_00023483

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 38 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 19 of 362
HB 1706 House Calendar 2nd Read                                May 2, 2010

38

1    disabled, correct?

2                REP. DENNY:  That is true.

3                REP. URESTI:  And according to this HRO,

4    it appears that this bill would strip away many of those

5    opportunities that HAVA, the bill that you passed last

6    session, provided to our disabled Veterans, do you

7    realize that?

8                REP. DENNY:  No, I don't believe that it

9    does.

10                REP. URESTI:  I understand the intent of

11   your bill is to get to voter fraud, but do you not agree

12   that the end result is going to actually have the

13   adverse effect in that we're going to discourage or

14   hinder or prohibit more voters, more people from

15   exercising their most fundamental right?

16                REP. DENNY:  I disagree with that.

17                REP. URESTI:  Thank you, Representative

18   Denny.

19                REP. DENNY:  Thank you, Mr. Uresti.

20                REP. GIDDINGS:  Mr. Speaker?

21                SPEAKER:  Yes, ma'am, for what purpose.

22                REP. GIDDINGS:  Will the gentle lady

23   yield?

24                SPEAKER:  Will you yield?

25                REP. DENNY:  I yield.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008602

TX_00211345

USA_00023484

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 39 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 20 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

39

1          SPEAKER:  The lady yields.

2          REP. GIDDINGS:  Chairman Denny, let me

3    say from the very beginning that I have no doubt that

4    your intention and what you're trying to do are good

5    and honorable, but Chairman Denny, I think we have to

6    not look at your intentions as it relates to this bill

7    but that we have to look at the results of what this

8    bill will do, and as it relates to this particular

9    amendment before you, I do think that we ought to try

10   and make it as easy as possible for the elderly to vote.

11          Would you not agree with that?

12          REP. DENNY:  Well, I think it's already

13   quite easy for the elderly to vote, Representative

14   Giddings.

15          REP. GIDDINGS:  Well, you mentioned the

16   fact, Chairman Denny, that one can get this free

17   identification cards from the DPS.  Many of our senior

18   citizens, I'm not sure that you're aware, do not have

19   the transportation and the where-with-all to get to the

20   office of the Department of Public Safety to get this

21   card.  Are you aware of that?

22          REP. DENNY:  I understand that it might

23   be more difficult for some than for others, yes.

24          REP. GIDDINGS:  I think there's a

25   possibility that young people might be able to get



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008603

TX_00211346

USA_00023485

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 40 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 21 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

40

1    through what you're trying to do here, again, realizing

2    what your intentions are, but looking at the results, I

3    think the results in terms of elderly people attempting

4    to vote, and many of them are so passionate about this,

5    we don't want to discourage them.

6           I think the result of this is that a lot of

7    elderly people are going to have great difficulty

8    voting, and may I just say, Representative Denny, as

9    much as you and I like to believe otherwise, there are

10   those people out there who would try to take away the

11   right of someone to vote.  Are you aware of that?

12          REP. DENNY:  I find that difficult to

13   believe, but I certainly will take your word for it.

14          REP. GIDDINGS:  Well, I will tell you in

15   an upscale area where I vote, I have been in the line

16   with other people who have just had their voter

17   identification card and they have been allowed to vote,

18   and in that same line, upon occasion, in addition to my

19   voter registration card, I have been asked to present

20   photo ID, even though the person who was there at the

21   polls knew exactly who I was.  Would you find that hard

22   to believe?

23          REP. DENNY:  No, I certainly believe you,

24   if you tell me that, certainly.

25          REP. GIDDINGS:  Well, those kinds of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008604

TX_00211347

USA_00023486

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 41 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 22 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

41

```
 1    things do happen, and Representative Denny, I'm going

 2    back to saying I have no doubt about your intentions,

 3    that they're good and that they're honorable, but I am

 4    very concerned about the results of what this bill will

 5    do, particularly to the elderly.  Thank you.

 6                    REP. DENNY:  Thank you, Ms. Giddings.

 7                    MS. OLIVO:  Mr. Speaker.

 8                    SPEAKER:  Yes, Ms. Olivo, for what

 9    purpose?

10                    REP. OLIVO:  Will the gentle lady yield?

11                    SPEAKER:  Do you yield?

12                    REP. DENNY:  I do.

13                    SPEAKER:  The lady yields.

14                    REP. OLIVO:  This amendment,

15    Representative Denny, would allow people 50 years and

16    older not to present all this identification you're

17    talking about, is that correct?

18                    REP. DENNY:  I'm sorry, could you say

19    that again, please?

20                    REP. OLIVO:  This amendment that

21    Ms. Chavez has in front of you would allow people that

22    are 50 years and older not to have to comply with all

23    this different types of identification that you're

24    saying that they need to take now to vote.

25                    REP. DENNY:  Yes, that's correct.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008605

TX_00211348

USA_00023487

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 42 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 23 of 362
HB 1706 House Calendar 2nd Read                           May 2, 2010

42

1          REP. OLIVO:  Well, you know, I mean, that

2     creates a real burden for people like my parents and

3     others that are in their 80s or older, or even 50 and

4     older, when they have to do, go through all this

5     rig-a-marole.  You know, my parents have voted, my

6     parents have voted all their lives, one is 86 and one is

7     84, and there's a lot of people like that in the state

8     of Texas that have been voting diligently, and let me

9     tell you, do you know that there's evidence out there

10    that shows that generally people stop committing crimes

11    as they get older, so maybe my question is --

12          SPEAKER:  Mr. Crabb raises a point of

13    order.  The lady's time is expired.  The point of order

14    is well taken and sustained.

15          REP. OLIVO:  I would request an extension

16    at this time.

17          SPEAKER:  Ms. Olivo has requested that

18    her time be extended.  Is there objection?  There is

19    objection.

20          REP. OLIVO:  So can we vote on it?

21          SPEAKER:  Ms. Olivo asks for time to be

22    extended.  It is a division vote.

23          The division vote, members, on time extension.

24          Strike the board.  Time is extended.  The lady

25    yields.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211349

USA_00023488

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 43 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 24 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

43

1          REP. OLIVO:  Ms. Denny, this amendment,

2     don't you agree, is something that will take the load

3     off the people that you're trying to burden with your

4     particular bill right now?

5          REP. DENNY:  Well, I'm not trying to

6     burden anyone.

7          REP. OLIVO:  Well, that's what you're

8     doing.

9          REP. DENNY:  I don't feel that it's a

10    burden, an undue burden to anyone to show who you say

11    you are, to show ID, and I certainly think 50 is not

12    elderly, even though AARP likes to open up their

13    membership to young folks 50.

14         REP. OLIVO:  Well, maybe if we're talking

15    about ethics, we must be looking elsewhere.  Thank you,

16    Ms. Denny.

17         REP. DENNY:  Thank you.

18         REP. BRANCH:  Mr. Speaker, does the lady

19    yield?

20         REP. DENNY:  I certainly do.

21         SPEAKER:  The lady yields.

22         REP. BRANCH:  Thank you, Chairman.  I am

23    puzzled at some of the questions I'm hearing, and I just

24    wanted to ask you, it seems to me whether we were

25    talking about the same bill, we had questions about and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211350

USA_00023489

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 44 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 25 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

44

1    showing concern for the elderly and voting, and I've

2    worked a lot of polling stations, as you know, and I

3    think some of the best voters in terms of disciplined

4    voters are senior citizens, and they are, to me, very

5    concerned about voting on a regular basis.  Has that

6    been your experience?

7               REP. DENNY:  Absolutely, Mr. Branch.

8               REP. BRANCH:  And it seems to most

9    concerned about the integrity of the ballot.

10              REP. DENNY:  Absolutely.

11              REP. BRANCH:  And they are often the

12   ones -- the best workers in terms of polling places are

13   often our seniors that take this civic duty so

14   passionately.

15              REP. DENNY:  Absolutely, and I think it

16   was Representative Jackson or someone previously stated

17   that so many of our poll workers are senior citizens

18   that work so hard and give so much to this system.

19              REP. BRANCH:  And it seems to me that

20   some of the questions out of this apparent concern, I'm

21   sure it is a legitimate concern, for our seniors, that

22   the questions seem to be, well, isn't this going to be

23   an additional burden, and you've tried to answer those

24   to suggest it's not.

25              REP. DENNY:  Yes, I have tried.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 45 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 26 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

45

1              REP. BRANCH:  And I mean, right now, I

2      guess it's a burden that one has to transport oneself to

3      a polling station, whether you vote early or on the

4      election day, isn't that correct?

5              REP. DENNY:  It is.

6              REP. BRANCH:  I mean, we don't allow

7      people to vote at home or over the Internet.

8              REP. DENNY:  Well, you can vote from home

9      by mail if your over 65.

10             REP. BRANCH:  Right.

11             REP. DENNY:  And this bill doesn't touch

12     that provision in the least.

13             REP. BRANCH:  Yes, if you choose an

14     absentee ballot route.

15             REP. DENNY:  That's correct.

16             REP. BRANCH:  But if you're going to vote

17     at the polls, you have to get up, you have to get

18     dressed, you have to find transportation.  You have to

19     be responsible, right, you have to actually vote?

20             REP. DENNY:  That's correct.

21             REP. BRANCH:  In your bill, don't you

22     just call for either a photo ID, which you explained to

23     everyone that you can get free of charge.

24             REP. DENNY:  That's correct.

25             REP. BRANCH:  Or two other valid forms



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008609

TX_00211352

USA_00023491

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 46 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 27 of 362
HB 1706 House Calendar 2nd Read                            May 2, 2010

46

1    that are without photo.

2                    REP. DENNY:  That is correct.

3                    REP. BRANCH:  So if you don't have some

4    photo IDs, you've got other ways.  If you don't have a

5    photo and you want one, you can get one free of charge.

6                    REP. DENNY:  That's correct, and the list

7    is extensive.

8                    REP. BRANCH:  But that actually takes

9    someone asking and thinking and being thoughtful and

10   responsible about their duty as a citizen so vote.

11                   REP. DENNY:  Right, but as you already

12   pointed out, you're dealing with the most responsible

13   and thoughtful citizenry that we deal with.

14                   REP. BRANCH:  And so therefore, they

15   would appreciate the fact that no one will be able to

16   defraud them of their vote because we have some sort of

17   minimal modest safeguards as to the integrity of

18   ultimately one of the highest rights in the democracy

19   that transfers powers to government.

20                   REP. DENNY:  That's the way I see it,

21   Mr. Branch.

22                   REP. BRANCH:  Thank you.

23                   REP. DENNY:  Thank you.

24                   SPEAKER:  For what purpose?

25                   REP. GIDDINGS:  Will the gentle lady



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211353

USA_00023492

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 47 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 28 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

47

1     yield?

2                    REP. DENNY:  I do, Ms. Giddings.

3                    SPEAKER:  The lady yields.

4                    REP. GIDDINGS:  Thank you, Chairman

5     Denny.  I suppose I really want -- should have been

6     asking this question of Representative Branch but it is

7     a form of democracy, and let's just face it, one of the

8     reasons that this debate is so heated and people take it

9     so personally, I'm sure you're aware, are you not, that

10    for many years, people of color were denied this right?

11                   REP. DENNY:  Yes, ma'am, I certainly am.

12                   REP. GIDDINGS:  Many people died for this

13    right.

14                   REP. DENNY:  I know that, of course.

15                   REP. GIDDINGS:  And even women, for a

16    long time, did not have this right.

17                   REP. DENNY:  You're so right.

18                   REP. GIDDINGS:  And because this right

19    was such a hard fought battle, we take it very, very

20    seriously; and I think we should, don't you?

21                   REP. DENNY:  You bet we do, and

22    rightfully so.

23                   REP. GIDDINGS:  And as it relates to the

24    fact that people get up and get out and they can't vote

25    by the Internet, are you aware that in terms of senior



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 48 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 29 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

48

```
 1    citizens, which is my biggest concern, many times we

 2    have rides to the polls for these senior citizens, do we

 3    not?

 4              REP. DENNY:  Yes, we do.

 5              REP. GIDDINGS:  Yes, we do.  Thank you.

 6              REP. MORENO:  Mr. Speaker.

 7              SPEAKER:  For what purpose, Mr. Moreno?

 8              REP. MORENO:  Will the member yield,

 9    please?

10              REP. DENNY:  I certainly do.

11              SPEAKER:  The lady yields.

12              REP. MORENO:  Ms. Denny.

13              REP. DENNY:  Yes, sir.

14              REP. MORENO:  Let me ask you some down to

15    life questions.

16              REP. DENNY:  Yes, sir.

17              REP. MORENO:  How old do you think I am?

18              REP. DENNY:  I have no idea.

19              REP. MORENO:  I turned 74 years old.

20              REP. DENNY:  Good for you.

21              REP. MORENO:  How long do you think I've

22    been voting?

23              REP. DENNY:  How long have you been

24    voting?

25              REP. MORENO:  Yes, ma'am.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008612

TX_00211355

USA_00023494

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 49 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 30 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

49

```
 1              REP. DENNY:  Since you were 21.
 2              REP. MORENO:  That's right.  That's a
 3     long time ago.
 4              REP. DENNY:  Yes, sir.
 5              REP. MORENO:  You have read about the
 6     infamous poll tax.
 7              REP. DENNY:  Poll tax, yes, sir, of
 8     course.  I remember the poll tax.
 9              REP. MORENO:  All right.  You never had
10     one in your life, did you?
11              REP. DENNY:  No, sir.
12              REP. MORENO:  I did, and did you know
13     that that poll taxes, back in those days, cost $1.75,
14     and we're talking about 50, 60 years ago, $1.75 was a
15     lot, a lot of money.
16          You believe that, do you not?
17              REP. DENNY:  I certainly do.
18              REP. MORENO:  Do you know that the poll
19     tax did not have a picture?
20              REP. DENNY:  I don't know but I'll take
21     your word for it.
22              REP. MORENO:  It did not.  It did not
23     have a picture of the poll tax.  Why, why don't you
24     think it had a picture?
25              REP. DENNY:  I don't know.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008613

TX_00211356

USA_00023495

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 50 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 31 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

50

1          REP. MORENO:  The reason is that the big

2     boys in big cities used to go and buy poll taxes, buy

3     them, and at that time, there was no question because

4     the state or the county, whomever it was, was making

5     money out of the poll taxes.  That is the reason.  All

6     right.  So now your objective is to have clean

7     elections.  I am correct, right?

8          REP. DENNY:  Yes, sir.

9          REP. MORENO:  All right.  That is also my

10    concern, to have clean elections.  If that is the -- is

11    your goal, why do you think that only us Mexican

12    Americans, Chicanos, my black brothers and sisters, are

13    asking you concerned questions about this?  Why do you

14    think we are?

15         REP. DENNY:  I don't know, but I do know

16    that there are some of you that are in support of this

17    legislation.

18         REP. MORENO:  The reason is that since

19    some of you want and it is your desire and my desire to

20    have clean elections, it is our belief, our belief that

21    what you are doing with a bill like this, you are

22    intimidating our voters into not voting.  That is the

23    reason that why my black brothers and sisters and us

24    brown folks are so opposed to this bill.  Would you

25    believe that?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008614

TX_00211357

USA_00023496

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 51 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 32 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

                                                                   51

1                    REP. DENNY:  Well, I'll believe that if
2       that's what you say, but as I said, there are several of
3       the minority members here, Mr. Moreno, that are
4       supportive of this legislation.
5                    REP. MORENO:  Would you also believe that
6       in all my years that I've been in politics, I can swear
7       to you on my mother's grave, which is a very, very dear
8       swearing that I do, on my mother's grave, that I have
9       never, never seen a person that is not qualified to
10      vote, vote; would you believe that?
11                   REP. DENNY:  Of course I would.  If you
12      say so, I believe you.
13                   REP. MORENO:  Do you have minority
14      members favoring this bill?
15                   REP. DENNY:  I do.
16                   REP. MORENO:  I do.  All right.  Now let
17      me ask you some other practical questions.
18                   What are the ways that a person can prove
19      citizenship?
20                   REP. DENNY:  Prove citizenship?
21                   REP. MORENO:  Yes, sir, right now.
22                   REP. DENNY:  With a birth certificate or
23      naturalization papers.
24                   REP. MORENO:  Or a passport?
25                   REP. DENNY:  Passport, yes.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211358

USA_00023497

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 52 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 33 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

52

1          REP. MORENO:  All right.  Now to have

2     something in you, you should have a wallet, shouldn't

3     you?

4          REP. DENNY:  Well, that's one way.

5          REP. MORENO:  Do you believe I do not

6     carry a wallet?

7          REP. DENNY:  Sure.

8          REP. MORENO:  Do you believe that I don't

9     carry a wallet because of the fact that I'm in a wheel

10    chair and it is very inconvenient to me to carry a

11    wallet, and if I

12         SPEAKER:  Mr. Crabb raised the point of

13    order, the gentleman's time is expired.  The point of

14    order is well taken and sustained.

15         REP. MORENO:  Mr. Speaker, I want to

16    extend the lady's time.

17         SPEAKER:  Mr. Moreno has requested his

18    time be extended.  This requires unanimous consent.

19         REP. MORENO:  Just a few more minutes.

20         SPEAKER:  Excuse me?

21         REP. MORENO:  Just a few more minutes.

22         SPEAKER:  I understand.

23         Is there objection?  There is none.  Time

24    is extended.

25         REP. MORENO:  All right.  Three ways of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008616

TX_00211359

USA_00023498

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 53 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 34 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

53

1    voting, of proving your citizenship; a citizenship

2    certificate, passport, or birth certificate.  Does a

3    birth certificate have a picture on it?

4              REP. DENNY:  No.

5              REP. MORENO:  Does a passport have a

6    picture?

7              REP. DENNY:  Yes.

8              REP. MORENO:  Does a naturalization

9    certificate have a picture?

10             REP. DENNY:  I understand that the newer

11   ones does, yes, sir.

12             REP. MORENO:  All right.  Have you ever

13   seen a naturalization certificate?

14             REP. DENNY:  Yes, I have.

15             REP. MORENO:  How big are they?

16             REP. DENNY:  Not too big.

17             REP. MORENO:  No, you're sadly mistaken.

18             REP. DENNY:  Oh, they're large?

19             REP. MORENO:  No, no, no.

20             REP. DENNY:  They're tiny?

21             REP. MORENO:  No, no, wait, wait, no, no.

22   If you say they're small, you have never seen a

23   naturalization certificate.

24             REP. DENNY:  Well then, maybe I'm

25   mistaken.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008617

TX_00211360

USA_00023499

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 54 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 35 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

54

1                    REP. MORENO:  No, no, they're huge.

2       They're bigger -- they're bigger than this.

3                    REP. DENNY:  Okay.

4                    REP. MORENO:  All right.  Now do you also

5       know that it is illegal to copy a naturalization

6       certificate, that you cannot have in your possession a

7       copy of a naturalization certificate, that you must

8       carry the original, the original document to be valid,

9       do you know that?

10                   REP. DENNY:  Okay.

11                   REP. MORENO:  That is fact.  That is

12      fact, Ms. Denny.

13                   REP. DENNY:  Okay.

14                   REP. MORENO:  So you cannot carry a

15      naturalization certificate because it is not -- it is

16      not copied, it cannot be copied.

17                   You cannot carry a birth certificate, and

18      needless to say, a person in the barrio doesn't even

19      know what a passport is.  Do you agree with me?

20                   REP. DENNY:  This does say a certified

21      copy of a birth certificate, but there are many, many

22      forms --

23                   This isn't for proving citizenship,

24      Mr. Moreno, it's a photo ID or two forms of acceptable

25      non-photo ID.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211361

USA_00023500

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 55 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 36 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

55

1              REP. MORENO:  Right, I understand.

2              REP. DENNY:  Okay, okay.  I just wanted

3      to make sure.

4              REP. MORENO:  But I'm talking about

5      barrio people.  You see, that's the troubling with

6      people that are backing this bill.  You do not

7      understand there are people in the barrio that have

8      fear, that do not trust, that do not trust governmental

9      entities and are afraid to go have a picture taken for

10     any reason.

11             REP. DENNY:  You don't have to have a

12     picture taken, Mr. Moreno.  This allows for a library

13     card or your Medicaid card, a Medicare card, a hunting

14     and fishing license.

15             REP. MORENO:  Well again, do you know

16     that I do not have a fishing license?  I do not have a

17     Medicaid card.

18             REP. DENNY:  I bet you have a Medicare

19     card.

20             REP. MORENO:  I don't have a -- The

21     Medicare card doesn't have a picture.

22             REP. DENNY:  But you don't have to have a

23     picture.

24             REP. MORENO:  Oh, so that's --

25             REP. DENNY:  You can have two forms of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211362

USA_00023501

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 56 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 37 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

56

1     non-photo ID.

2                    REP. MORENO:  Two forms; one has to have

3     a picture?

4                    REP. DENNY:  No.

5                    REP. MORENO:  None?

6                    REP. DENNY:  If you do not have a photo

7     ID, you can have two forms of non-photo ID.

8                    REP. MORENO:  So assuming I have a

9     fishing license and assuming I have a Medicaid card --

10                   REP. DENNY:  You can have official mail

11    addressed to the person from a governmental entity.

12    There's quite a long list of non-photo IDs that are

13    allowable.

14                   REP. MORENO:  Do you also know --

15                   REP. DENNY:  One being a utility bill, a

16    bank statement, a government check, a paycheck or other

17    government documents showing the voter's name and

18    address.

19                   REP. MORENO:  But see, you're assuming,

20    you're assuming sewage that everybody has these things.

21    There are many people that have been in this country, in

22    this state for hundreds of years, like Mr. Escobar's

23    family.  Mr. Escobar's family has been here since the

24    1700s.

25                   REP. DENNY:  I understand that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211363

USA_00023502

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 57 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 38 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

57

```
 1                   REP. MORENO:  They've been here for a
 2       long time.
 3                   REP. DENNY:  Does he not get any mail?
 4                   REP. MORENO:  Well anyway, just going
 5       back to my regular thing, the thing is that you're
 6       trying to make clean elections, and our objection is
 7       that what is happening is that by this process, you're
 8       intimidating some of our folks.  That is our problem,
 9       but not to have crooked elections, I can assure you
10       that, Ms. Denny.
11                   REP. DENNY:  Thank you, Mr. Moreno.
12                   REP. MORENO:  Thank you.
13                   REP. DENNY:  We're not trying to
14       intimidate, we're just trying to make sure we're
15       safeguarding the voter's vote.
16                   REP. CASTEEL:  Will the gentle lady
17       yield?
18                   REP. DENNY:  I do.
19                   SPEAKER:  The lady yields.
20                   REP. CASTEEL:  Chairman Denny, it's my
21       understanding that you're simply trying to protect the
22       integrity of the ballot box.
23                   REP. DENNY:  That's exactly correct.
24                   REP. CASTEEL:  Not trying to prevent
25       anybody.  I know you're probably too young, but I happen
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008621

TX_00211364

USA_00023503

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 58 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 39 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

58

```
 1    to remember box 22.
 2                    REP. DENNY:  Well, yes.
 3                    REP. CASTEEL:  And you're trying to
 4    ensure that those kinds of things don't occur, is that
 5    correct?
 6                    REP. DENNY:  That is absolutely correct,
 7    Ms. Casteel.
 8                    REP. CASTEEL:  You're not trying to stop
 9    anyone from voting.
10                    REP. DENNY:  Not at all.
11                    REP. CASTEEL:  Chairman, you may not know
12    this but I did go vote this past in Friday in my
13    election in New Braunfels, and I took my grandchildren
14    so they could see how it worked.
15                    REP. DENNY:  Good for you.
16                    REP. CASTEEL:  And I didn't have my voter
17    registration.  So what do I have to show, some
18    identification?
19                    REP. DENNY:  Yes, you do.
20                    REP. CASTEEL:  I showed them a picture.
21    They let me vote.
22                    REP. DENNY:  Good.
23                    REP. CASTEEL.  So that's all there was to
24    it.  I wasn't intimidated.
25                    REP. DENNY:  No.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211365

USA_00023504

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 50 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 40 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

59

```
 1              REP. CASTEEL:  And that wouldn't change.
 2      Thank you.
 3              REP. DENNY:  Thank you, Ms. Casteel.
 4              I move to table the amendment and urge
 5      you to vote "Yes" on the motion to table.
 6              SPEAKER:  Ms. Denny moves to table.  The
 7      chair recognizes Ms. Chavez to close.
 8              REP. CHAVEZ:  Thank you, Mr. Speaker,
 9      members.  I understand what the intent of Chairwoman
10      Denny is trying to do because none of us want to see
11      voter fraud.  However, let's not throw the baby out with
12      the bath water.  This amendment simply allows a voter
13      over the age of 50 to present his or her registration
14      card to verify proof of identity in order to be able to
15      vote.
16              REP. STRAMA:  Will the lady yield?
17              SPEAKER:  Mr. Strama, for what purpose?
18              REP. CHAVEZ:  Not at this time, not at
19      this time.
20              SPEAKER:  Not at this time.
21              REP. CHAVEZ:  Currently to register to
22      vote, a person must supply a Texas driver's ID with the
23      license number or an ID issued by the Department of
24      Public Safety, the last four digits of a personal Social
25      Security number or a statement that the person has
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008623

TX_00211366

USA_00023505

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 60 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 41 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

60

```
 1      neither of these two items.

 2              This information is in addition to the person's

 3      name, date of birth, address, statement of citizenship

 4      and county of residency.

 5              I believe it is right for us to take into

 6      consideration the history of voting in our state and the

 7      fact that some of the older citizens in our state may

 8      think they will be ineligible to vote if this bill

 9      passes and the law is changed.  I do not believe any of

10      us want someone to be discouraged from voting simply

11      because a change in the law might cause them confusion

12      and leave them susceptible to intimidation during a

13      election.

14              We need to balance the need for an accurate

15      vote with the need to protect people's rights.

16                      REP. STRAMA:  Will the lady yield now?

17                      REP. CHAVEZ:  I will yield.

18                      SPEAKER:  The lady yields for a question

19      Mr. Strama.

20                      REP. STRAMA:  With regards to the example

21      that Ms. Casteel and Ms. Denny just discussed, current

22      law already provides for ID requirements in the case

23      that the voter does not have the voter certificate,

24      isn't that correct?

25                      REP. CHAVEZ:  That's correct.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008624

TX_00211367

USA_00023506

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 61 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 42 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

61

1              REP. STRAMA:  So currently provided
2       security and integrity in the electoral process, didn't
3       it?
4              REP. CHAVEZ:  Right.
5              REP. STRAMA:  And it's also the case when
6       you go to the polling place, that you have to sign in to
7       vote, is that correct?
8              REP. CHAVEZ:  That's correct.
9              REP. STRAMA:  And in signing in, you're
10      an affidavit that swears you are who say you are, aren't
11      you?
12             REP. CHAVEZ:  That is correct.
13             REP. STRAMA:  And isn't it also the case
14      that that signature is then available and is often used
15      for verification against the signature on your voter
16      registration form?
17             REP. CHAVEZ:  That is correct.
18             REP. STRAMA:  To verify that you are the
19      person that you said you are?
20             REP. CHAVEZ:  That's the current process.
21             REP. STRAMA:  That's what I thought it
22      did.  Thank you.
23             REP. CHAVEZ:  Thank you.  So members, I
24      ask that you vote "No" on the motion to table.
25             SPEAKER:  Ms. Chavez sends up an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211368

USA_00023507

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 62 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 43 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

62

```
 1    amendment.  Ms. Denny moves to table.  The question

 2    occurs on the motion to table.  It is a division vote.

 3              Record vote has been requested.  Record

 4    vote is granted.  The clerk will ring the bell.

 5              (Bell ringing.)

 6              SPEAKER:  Show Ms. Denny voting "I."

 7              (Bell ringing.)

 8              SPEAKER:  There being 84 "I's," 59

 9    "Nay's, the motion to table prevails.

10              Following amendment.  The clerk will read

11    the amendment.

12              THE CLERK:  Amendment by Anchia.

13              SPEAKER:  The chair recognizes

14    Mr. Anchia.

15              REP. ANCHIA:  Thank you, Mr. Speaker and

16    members.  I've had a really good working relationship

17    with Chairwoman Denny and I'm here to help her improve

18    her bill, and I really -- I don't want to see it go down

19    in flames so I'm here to really improve it and really

20    help improve opportunity for Texas voters.

21          What Ms. Denny's bill essentially does, it

22    invalidates what have been years and years and years of

23    the opportunity of Texas voters to bring their voter

24    registration certificate to the polling place as proof

25    of their identity, and a byproduct of the bill is that
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211369

USA_00023508

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 63 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 44 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

63

1    people are going to be disenfranchised, whether they're

2    students, whether they're seniors and whether they're

3    disabled.

4         Now when we were in committee, I want to give

5    people a sense of the testimony we heard in committee.

6    We heard from seniors groups, we heard of groups that

7    are advocates for disabilities and we heard from groups

8    that were for enfranchisement of students.  All right.

9    They talked about all of these things.

10        What we did not hear in committee, Mr. Speaker

11   and members, we did not hear one shred of evidence that

12   proved that there was voter fraud in this state.  We

13   heard anecdotes loosely discussing it, but not one study

14   was presented.  No metrics were presented.  No evidence

15   was presented and no proof was presented to substantiate

16   it.  So much so that I had to ask the question.  I asked

17   the Secretary of State's representative to come on up

18   and I asked her, I said, "Do you have any proof that

19   people are fraudulently voting in this state," and you

20   know what the representative said?  No.

21        All we have heard today, and if this was a

22   court of law, this case would be thrown out on its ear

23   for lack of evidence.  What we do know is that people

24   will be disenfranchised.  And let me tell you a story of

25   a student.  You have a student from Texas who may go,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211370

USA_00023509

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 64 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 45 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

64

 1      let's say, to an Ivy league school, let's say Harvard,

 2      and is still registered back in Houston.  The student

 3      comes back to vote in a local election and comes to the

 4      polling place and presents their Massachusetts driver's

 5      license and their Harvard ID card.

 6              Under this bill, that student would not be

 7      able to vote regularly.  That student would have to cast

 8      a provisional ballot, and if anybody here thinks that's

 9      a good result, I would ask you to think otherwise,

10      because you know what percentage of provisional ballots

11      were counted during the 2004 election?  Twenty-one

12      percent.  Twenty-one percent of provisional ballots were

13      counted during the last election.

14              So that effectively, 80 percent of the people

15      who cast provisional ballots were unable to cast a

16      vote.

17              Let me tell you how this might effect

18      seniors.  There are many seniors in the district that I

19      represent, many of whom do not drive and do not have

20      regular forms of identification, but they still take

21      their right to vote very seriously, and they're going to

22      come to the polling place and offer their voter

23      registration certificate, they're going to pull it out

24      and it's going to be all crinkled up and they say, "You

25      know, I've been voting here for the last 50 years, you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211371

USA_00023510

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 65 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 46 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

65

1    know me, I'm ready to vote," and the person at the

2    location is going to say, "You know what?  Do you have a

3    piece of photo ID," and they're going to say, "No."  And

4    they're going to say, "Well, you can't vote regularly,

5    you have to cast a provisional ballot."

6            So the byproduct of this is you're going to

7    have thousands and thousands and thousands of

8    provisional ballots that are not going to be counted,

9    causing people to be disenfranchised.  So what my

10   amendment does is it says you can furnish either your

11   voter registration certificate, like people have been

12   doing for 50 years, or you can present some form of

13   valid photo identification, because there are some good

14   things about, about the Chairwoman's bill that I really,

15   really like, and I'd like to highlight for you.

16           I like the fact that she has extended the list

17   of eligible ID that can be presented.  So what my

18   amendment does is build on that strength and say, "You

19   can present this form of ID or a voter registration

20   certificate," and I know I can tell that I'm winning

21   hearts and minds as part of my debate here, and I know

22   that my discussion is resonating to people here.

23                   REP. HODGE:  Mr. Speaker.

24                   SPEAKER.  Ms. Hodge, for what purpose?

25                   REP. HODGE:  Will the gentleman yield for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211372

USA_00023511

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 66 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 47 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

66

```
1    just one question?
2                 SPEAKER:  Will you yield for a quick
3    question?
4                 REP. ANCHIA:  Ms. Hodge, let me close
5    real quick and I'll take your questions and, Ms. Hodge,
6    I'll be happy to also have my time extended.  I'll make
7    that motion.
8          But let me talk to you about two more things,
9    because I think this will be important to you.  You
10   know, we've recognized many people who are fighting in
11   Iraq here and they're fighting in Afghanistan, and we
12   recently had elections in Iraq and Afghanistan, and do
13   you know that Mary Denning's bill would make it harder
14   to vote in Texas than it would be to vote in Afghanistan
15   and Iraq?  Because people in Afghanistan and Iraq do not
16   have to show photo ID in order to vote.  So we are
17   placing a higher burden.  We say we're trying to promote
18   democracy but we are hurting democracy when, in the
19   United States and the state of Texas, it would be harder
20   to vote than in a place like Iraq or Afghanistan, where
21   our young men and women are seeking to promote
22   democracy.  I think that's a bad result.  I yield for
23   questions.
24                 SPEAKER:  Yes, Ms. Hodge.
25                 REP. HODGE:  Thank you, Mr. Speaker, but,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008630

TX_00211373

USA_00023512

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 67 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 48 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

67

1    sir, you've already answered my question, because that

2    is what I was going to ask you.  Isn't it ironic that we

3    are losing lives of young men and women in Iraq, and we

4    did in Afghanistan, and our end and ultimate goal to

5    that was for them to have freedom, democracy and the

6    right to hold an election to vote, and we are taking

7    from the people in this country what we're losing lives

8    to have in others, and that was going to be my question

9    to you.

10              REP. ANCHIA:  Thank you, and this is a

11   great amendment.

12              REP. OTTO:  Mr. Speaker.

13              SPEAKER:  For what purpose, Mr. Otto?

14              REP. OTTO:  Will the gentleman yield for

15   a question.

16              SPEAKER:  Will you yield?

17              REP. ANCHIA:  Yes, I yield to my freshman

18   colleague, Mr. Otto.

19              REP. OTTO:  You brought up Iraq.  I'm

20   just curious, would you change your amendment to have

21   where we use a purple indelible ink stain on our fingers

22   on election day, just as they did, so we know who has

23   only voted once?

24              REP. ANCHIA:  You know, that amendment is

25   not on the table.  It would require extra funding.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 68 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 49 of 362
HB 1706 House Calendar 2nd Read                                May 2, 2010

68

1      You'll note that there's no fiscal note on this deal.

2      If you want to find money for that, I'm not sure that

3      that's a bad result.  I would be happy to take it if you

4      would vote for this amendment, and if I could get a

5      guarantee from this body, you know, you can offer the

6      amendment up and I'll support you on it.

7                    REP. OTTO:  Do you know how many people

8      in Iraq have driver's licenses?

9                    REP. ANCHIA:  I have no idea, nor do I

10     know how much photo ID is available in Iraq, but I do

11     know that, like in Iraq, there are a lot of people here

12     in the United States that don't have those same

13     resources, don't have the resources to go out and get

14     them, and they're going to show up, Mr. Otto, on

15     election day, and they're going to say, "I've been

16     voting here for 50 years, I'm 90 years old, I don't

17     drove any more, I don't have a photo ID, but here's my

18     voter registration card and I fought to get this and I

19     want to vote today."  And you know what they're going to

20     say?  "Cast a provisional."  Only 20 percent of those

21     are counted, and I don't think that's a good result for

22     people who are legitimately here, especially Mr. Otto,

23     when we don't have any evidence in the record, Mr. Otto,

24     we don't have any record, any evidence in the record to

25     support this restriction on Texan's right to vote.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211375

USA_00023514

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 69 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 50 of 362
HB 1706 House Calendar 2nd Read                            May 2, 2010

69

```
 1                    REP. OTTO:  Thank you.
 2                    SPEAKER:  For what purpose, Mr. Strama?
 3                    REP. STRAMA:  To ask the gentleman a
 4          question?
 5                    SPEAKER:  Do you yield?
 6                    REP. ANCHIA:  Not to Mr. Strama.  No, I
 7          yield, I yield, I yield.
 8                    REP. STRAMA:  I'm Patrick (Inaudible.)
 9          I'm just kidding.  In South Africa, they used a form of
10          indelible ink to make sure people didn't vote more than
11          once as well, isn't that correct?
12                    REP. ANCHIA:  I don't know that but I'll
13          take your word for it.
14                    REP. STRAMA:  Do you know that I was
15          asked actually by some international foundation to go be
16          an election observer at the Iraq election?
17                    REP. ANCHIA:  I think you mentioned that.
18                    REP. STRAMA:  Do you know that they
19          allowed you to register to vote at the polling place in
20          those elections?
21                    REP. ANCHIA:  I did not know that.
22                    REP. STRAMA:  And in the South African
23          elections as well, because if the indelible ink is there
24          to protect against anybody voting more than once would
25          solve the problem, would you support a indelible ink
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008633

TX_00211376

USA_00023515

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 70 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 51 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

70

```
 1    marker on same day voter registration, would you support
 2    that?
 3                 REP. ANCHIA:  Oh, absolutely, I think
 4    same day voter registration is a good result.
 5                 REP. STRAMA:  So would I.
 6                 REP. ANCHIA:  I move adoption of my
 7    amendment.
 8                 SPEAKER:  Mr. Doorkeeper, do we have any
 9    good news from the Senate?
10                 NEW SPEAKER:  Mr. Speaker, I have a
11    message here from the Senate to the door of the House.
12                 SPEAKER:  Messenger?
13                 DOORKEEPER:  Mr. Speaker, I'm directed by
14    the Senate to inform the House the Senate has taken the
15    following action.  The Senate passed the following
16    measure: HCR 136, Kemple, Sponsor Wentworth, May, 2000.
17                 SPEAKER:  The Chair recognizes Ms. Denny
18    in opposition to the amendment.
19                 REP. DENNY:  Thank you, Mr. Speaker.
20    Members, I know Mr. Anchia means well but I don't want
21    to restrict in any way the intent of this bill.
22    Members, students in Massachusetts that would go to the
23    trouble to change their driver's license to a
24    Massachusetts driver's license would probably already
25    have thought to change their voter registration to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008634

TX_00211377

USA_00023516

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 71 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 52 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

71

1    Massachusetts as well, so I don't think that that would

2    be an issue that would be a big problem here.

3            Yes, Mr. Strama.

4                    REP. STRAMA:  Mr. Speaker.

5                    SPEAKER:  For what purpose, Mr. Strama?

6                    REP. STRAMA:  Will the lady yield for a

7    question.

8                    SPEAKER:  Do you yield for a question?

9                    REP. STRAMA:  I certainly do.

10                   SPEAKER:  The lady yields.

11                   REP. STRAMA:  Do you accept the long line

12   of jurisprudence that says that a student in

13   Massachusetts whose residence is Austin, Texas is

14   allowed to vote in Austin?

15                   REP. DENNY:  Yes; if they want to vote in

16   Austin, Texas as a student and retain their voters

17   registration here, of course, that's not a problem.

18                   REP. STRAMA:  But they might still have a

19   Massachusetts driver's license, right?

20                   REP. DENNY:  They might, but there are

21   many other forms of ID that are available under this

22   bill.

23                   REP. STRAMA:  Well, of course, a lot of

24   forms of those ID might be in their parents' name.

25                   REP. DENNY:  No, they have their own ID.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008635

TX_00211378

USA_00023517

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 72 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 53 of 362
HB 1706 House Calendar 2nd Read                           May 2, 2010

72

```
 1            REP. STRAMA:  Let me just make clear
 2    something you just said.  You just said that if students
 3    in Massachusetts who have gotten their driver's license
 4    in Massachusetts would probably have gone ahead and
 5    changed their voter registration.
 6            REP. DENNY:  They probably would have.
 7            REP. STRAMA:  But they are not at all
 8    required to do that by this bill.
 9            REP. DENNY:  No, they're not at all by
10    law required, but they're going to have, under this list
11    that this bill allows for, plenty of ID under this bill
12    that will allow them to vote in either Massachusetts if
13    they change their voter registration there, not that
14    this bill would apply to Massachusetts, but in Texas, if
15    they want to keep it here.
16            REP. STRAMA:  And would you believe that
17    we ought to allow them --
18            The purpose of the ID is to ensure that
19    the person's whose name is on the list is the person who
20    is presenting themself to vote, is that correct?
21            REP. DENNY:  Absolutely, that's correct,
22    Mr. Strama.
23            REP. STRAMA:  Okay.  And the signature is
24    not enough any more.  Now we have to have some form of
25    paper that proves that they are who they say they are.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008636

TX_00211379

USA_00023518

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 73 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 54 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

73

1    That's the purpose of bill.

2                    REP. DENNY:  That's correct.

3                    REP. STRAMA:  And so it can either be one

4    photo ID or two forms of paper ID.

5            Why can't it be their out of state student's

6    ID?  If you accept that they're legal voters in Texas,

7    why can't their student ID be sufficient to prove that

8    they are who they say they are?

9                    REP. DENNY:  Because it may not be that

10   they're a student there any longer.

11                   REP. STRAMA:  I'm sorry?

12                   REP. DENNY:  They may not --

13           It might not have been a current student ID.

14                   REP. STRAMA:  What if it is a current

15   student ID and they are presenting themselves to vote

16   and it's a student ID from outside the state but they're

17   legal voters on Texas, they're on the list, they've got

18   a residence address, they meet all the jurisprudential

19   standards for residency, shouldn't they be allowed to

20   vote here?

21                   REP. DENNY:  Yes, that is a possibility;

22   however, there are many other forms of ID that are on

23   the list, and being from an out of state, an ID from an

24   out of state college is not one of them.

25                   REP. STRAMA:  Okay, so I just want to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008637

TX_00211380

USA_00023519

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 74 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 55 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

74

1    make very clear on intent; that there is no intent to

2    change residency requirements for purposes of voting in

3    this legislation?

4             REP. DENNY:  That's correct.

5             REP. STRAMA:  Thank you.

6             REP. DENNY:  Thank you.  I move to table

7    the amendment, and the list is quite extensive.  You

8    have it in front of you and I hope you will stick with

9    me.  Please vote "Yes" on the motion to table.

10            SPEAKER:  Ms. Denny moves to table.  The

11   Chair recognizes Mr. Anchia to close.

12            REP. ANCHIA:  Thank you Mr. Speaker,

13   members, I really do want to help Chairwoman Denning's

14   bill.  I mean, I think --  I think it does have quite a

15   few redeeming qualities.

16        I think by voting for my amendment, you're

17   voting for the side of enfranchising people, you are

18   voting on the side of making it easier to vote in

19   connection with and consistent with the Help America

20   Vote Act.

21        Keep in mind that the Help America Vote Act

22   did not take this position.  We are making it more

23   restricted.  This is not the Hurt America Vote Act, this

24   is the Help America Vote Act, and this amendment expands

25   the ability of people to vote in this state.  I think



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008638

TX_00211381

USA_00023520

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 75 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-3   Filed 06/20/12   Page 56 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

75

1    that's a good result.

2          I think you should be on the side of helping

3    people to vote, and our chairwoman made an interesting

4    observation, at 2:59 p.m., because I was looking at the

5    clock and I noticed it.  She said that this bill will be

6    more difficult for some people than others to comply

7    with.  She made that admission at 2:59 p.m., that it is

8    going to be difficult for some people to comply with

9    this bill, so if we are consistent with the spirit of

10   Help America Vote Act, we are consistent with the spirit

11   of enfranchising people, then we will vote to adopt this

12   amendment.

13         I will also point out one thing, one further

14   thing.  Chairwoman Denning's bill will not stop fraud.

15   If a person wanted to commit fraud, they would simply

16   have forged documents.  If a person wants to vote

17   illegally, the laundry list of documents that she

18   presents offer easy opportunities for forgery, and we

19   know how well poll workers are trained.  We know what

20   their abilities might be in discerning a fraudulent

21   document from a real document, so the red herring here

22   or the straw man here is that Chairwoman Denning's bill

23   will stop fraud.  It will not stop fraud.  The fact that

24   we have no evidence of fraud in the record, I think,

25   should weigh heavily --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008639

TX_00211382

USA_00023521

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 76 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 57 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

76

```
 1                    REP. THOMPSON:  Mr. Speaker?
 2                    SPEAKER:  For what purpose,
 3       Ms. Thompson?
 4                    REP. ANCHIA:  -- to adopt my amendment.
 5                    REP. THOMPSON:  Will the gentleman yield?
 6                    SPEAKER:  Will you yield?
 7                    REP. ANCHIA:  Yes, he will.
 8                    SPEAKER:  Yes, the gentleman yields.
 9                    REP. THOMPSON:  Are you on this
10       committee?
11                    REP. ANCHIA:  I'm sorry?
12                    REP. THOMPSON:  Were you on this
13       committee?
14                    REP. ANCHIA:  I was on this committee,
15       Madam Chair.
16                    REP. THOMPSON:  And you heard this bill?
17                    REP. ANCHIA:  We heard this bill.  I
18       heard the testimony.
19                    REP. THOMPSON:  Okay.  Do you recall when
20       you first arrived here, that there was a contest on the
21       Vo election and it was based on fraud?
22                    REP. ANCHIA:  Yes.  You raise a very
23       interesting point.  The Vo/Heflin election is probably
24       the best evidence that we can have of whether or not
25       there was voter fraud.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008640

TX_00211383

USA_00023522

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 77 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 58 of 362
HB 1706 House Calendar 2nd Read                         May 2, 2010

77

```
 1            Like we have heard today, we heard wild
 2       allegations that voter fraud existed.  We heard of
 3       people who are dead who had voted in that race.  We
 4       heard about people who may have not been the persons
 5       that voted.  We heard wild allegations about voter
 6       fraud.  You know what, you know what happened, Madam
 7       Chair.
 8                      REP. THOMPSON:  What did the evidence
 9       show?
10                      REP. ANCHIA:  I'm sorry?
11                      REP. THOMPSON:  What did the evidence
12       show?
13                      REP. ANCHIA:  The evidence showed quite
14       to the contrary.
15                      REP. THOMPSON:  No fraud.
16                      REP. ANCHIA:  No fraud.
17                      REP. THOMPSON:  Are you aware of the fact
18       that this is the same bill that was filed in the state
19       of Georgia?
20                      REP. ANCHIA:  I am aware of that.
21                      REP. THOMPSON:  Are you aware that this
22       was the same bill that was filed in the state of
23       Wisconsin.
24                      REP. ANCHIA:  That the Governor vetoed, I
25       am aware of that.
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008641

TX_00211384

USA_00023523

Case 2:13-cv-00193  Document 664-13  Filed on 11/11/14 in TXSD  Page 78 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 59 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

78

1          REP. THOMPSON:  And this is the same bill

2     that has filed in several states around the United

3     States?

4          REP. ANCHIA:  Yes I'm aware of that.

5          REP. THOMPSON:  And is all sponsored by

6     the Republican party.

7          REP. ANCHIA:  I'm not aware of the

8     sponsors.  I think it's bad policy whether it's in

9     Georgia, Wisconsin or anywhere else.  I think we should

10    be -- Texas is a special state.  We should be on the

11    side of voters here and we should be on the side of

12    enfranchising and not disenfranchising people.

13         REP. THOMPSON:  Are you aware that --

14         Do we have any laws that punish people for

15    voter fraud?

16         REP. ANCHIA:  Absolutely, and quite

17    stringent laws.  In fact, there have been quite a few

18    penalty enhancements that I've supported while I've been

19    on the committee in order to punish those bad actors.  I

20    think what you have here is a ghost that people are

21    trying to shoot at.

22         REP. THOMPSON:  You mean we have

23    something in place that would punish people now?

24         REP. ANCHIA:  Absolutely.

25         REP. THOMPSON:  You're kidding us?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211385

USA_00023524

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 79 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 60 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

79

 1                REP. ANCHIA:  No, I'm not.

 2                REP. THOMPSON:  This body doesn't know

 3       that, I'm sure.

 4                REP. ANCHIA:  Mr. Speaker and members, I

 5       ask that you help improve this bill, that you stand with

 6       me on this vote and you stand on the side of making it

 7       easier in Texas to vote, making it easier for the

 8       elderly, for the disabled and for students to vote in

 9       this state.  Please support my amendment.

10                SPEAKER:  Mr. Anchia sends up an

11       amendment.  Ms. Denny moves to table.  The question

12       occurs on the motion to table.  It is a division vote.

13       Those in favor of the motion to table, vote "I," those

14       against, vote "No."

15                SPEAKER:  Record vote has been requested

16       and granted.  The clerk will ring the bell.

17                (Bell ringing.)

18                SPEAKER:  Show Ms. Denny voting "I."

19                (Bell ringing.)

20                SPEAKER:  Show Mr. Anchia voting "Nay."

21                (Bell ringing.)

22                SPEAKER:  Have all voted?  There being 75

23       "I's," and 62 "Nay's," the motion to table prevails.

24             The following amendment.  The clerk will read

25       the amendment.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008643

Case 2:13-cv-00193 Document 664-13 Filed on 11/11/14 in TXSD Page 80 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 81 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

80

1      Mr. Uresti for recognition.

2                REP. URESTI:  Thank you, Mr. Speaker,

3      members.  Representative Denny and I would like to

4      introduce some folks from the Bexar County Deputy

5      Sheriff's Association with their president, Aubrey

6      Walker, and the chairman Hector Garcia Delgado.

7                Gentlemen and ladies, would you all please

8      stand up and be recognized.  Members, would you please

9      help me welcome our sheriff deputies, and it's

10     acceptable the author.  Thank you.

11               SPEAKER:  The following amendment.  The

12     clerk will read the amendment.

13               CLERK:  Amendment by Ramond.

14               SPEAKER:  The Chair recognizes

15     Mr. Raymond.

16               REP. RAYMOND:  Thank you, Mr. Speaker,

17     members.  Members, this would simply insert the language

18     between Department of Public Safety and that by

19     inserting, "Or the equivalent agency of another state,"

20     and this would primarily be for the benefit of out-of-

21     state students, and it's acceptable to the author at

22     this time.

23               SPEAKER:  Mr. Raymond sends up an

24     amendment.  The amendment is acceptable to the author.

25     Is there objection to adoption?



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008644

TX_00211387

USA_00023526

Case 2:13-cv-00193   Document 664-13   Filed on 11/11/14 in TXSD   Page 81 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 62 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

81

1          Hearing none, the amendment is adopted.

2          The following amendment.  The clerk will read

3     the amendment.

4                CLERK:  Amendment by Strama.

5                SPEAKER:  The Chair recognizes

6     Mr. Strama.

7                REP. STRAMA:  Thank you, Mr. Speaker.

8     I'm going to give Representative Chairwoman Denny a

9     minute to take a look at what this one does.  I'm hoping

10    this one will be acceptable.  We had a discussion a

11    moment ago about students who go to school out of state

12    but who are, of course, eligible and entitled to vote

13    here in Texas.

14          I used to manage a national voter registration

15    campaign called Rock the Vote, which particularly

16    focused on the registration of college students and

17    other young people to participate in our elections.

18    They are the demographic group with the lowest rate of

19    voter turnout.  There's been some trending in the right

20    direction on this.  What we need to do is to make sure

21    that these students are not disenfranchised by this

22    bill.  We need to make sure that out-of-state students,

23    students who go to school out of state but who are

24    allowed to vote in Texas because their residency is here

25    in Texas, their parents are here in Texas, they have the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211388

USA_00023527