Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 1 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 63 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

82

1     intention of returning to live in Texas, that their

2     student IDs would serve the sole purpose, for purposes

3     of this bill, the sole purpose of identification

4     requirements is to make sure that the person is who he

5     or she says he is, and an out-of-state student ID is as

6     valid as an in-state student ID for purposes of proving

7     and authenticating your identity, and I've just been

8     informed it's acceptable to the author, and I appreciate

9     that very much.

10              SPEAKER:  Mr. Strama sends up an

11    amendment.  The amendment is acceptable to the author.

12    Is there objection to adoption?

13              Hearing none, the amendment is adopted.

14              The following amendment.  The clerk will read

15    the amendment.

16              CLERK:  Amendment by Strama.

17              SPEAKER:  The Chair recognizes

18    Mr. Strama.

19              REP. STRAMA:  This one is really -- let

20    me say this.  Chairwoman Denny has done a good job of

21    expanding the forms of non-photo ID.  While I think that

22    the requirement of two such forms is excessive, I think

23    it's good that we're being flexible about what forms of

24    ID count for purposes of voter authentication.

25              What this amendment does is it says any



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008646

TX_00211389

USA_00023528

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 2 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 64 of 362
HB 1706 House Calendar 2nd Read                           May 2, 2010

83

1    government issued photo ID is valid to serve as a photo

2    ID, the reason being we simply don't need to go through

3    and enumerate all of the different forms of photo ID

4    that are issued by state government, and I'm not sure we

5    probably could, so this amendment just says if the state

6    government has issued you a photo ID, we're going to

7    consider that a valid authentication of your identity as

8    a voter, and I'm hoping with another moment of review,

9    it might be acceptable to the author.

10               SPEAKER:  Mr. Strama sends up an

11   amendments.  The amendment is acceptable to the author.

12   Is there an objection to adoption?

13          Hearing none, the amendment is adopted.

14          The following amendment.  The clerk will read

15   the amendment.

16               CLERK:  Amendment by Coleman.

17               SPEAKER:  The Chair recognizes

18   Mr. Coleman.

19               REP. COLEMAN:  Thank you, Mr. Speaker,

20   and members.  What this amendment does is strike the

21   provisions that have to do with the use of an ID for a

22   provisional voting.  And the reason is, it's not

23   required now, and we seem to have been doing a good job

24   without it being required, and as I laid out earlier in

25   the discussion with Chairwoman Denny, that, first of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211390

USA_00023529

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 3 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 65 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

84

1 all, if you walk up with the voter registration card,

2 you have your voter registration card, you go to the

3 clerk in the precinct and you say, "I'm here, I'm

4 Garnet.  I have my voter registration card."

5   Now there would be a requirement that you have

6 a picture ID, and if you don't have that picture ID,

7 you're moved into the provisional voting pool, and that

8 provisional ballot has been sitting there in that

9 provisional voting pool and now that provisional ballot

10 would be subject to a review by the county voting, the

11 voter administrator, but in order to have your vote

12 subject to review as being a good vote, you would have

13 till five days after the election to bring your ID to

14 the central voting location, so you actually would have

15 to go in twice if you didn't have a photo ID, even

16 though you came with your voter registration card, or if

17 you just didn't happen to be carrying around your light

18 bill and your phone bill, or any other forms of mail,

19 you know, that you get at your house, in your wallet or

20 your pocket that day, and, you know, clearly I can

21 understand what Representative Denny is trying to do in

22 terms of having use of the photo ID, it's just, that it

23 goes a little bit far by nullifying someone's votes

24 because they didn't have a photo ID with them or they

25 didn't have two forms of paper identification, either a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211391

USA_00023530

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 4 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 66 of 362
HB 1706 House Calendar 2nd Read                           May 2, 2010

85

1      tax bill or a light bill or a phone bill or a gas bill.

2      I generally carry those around.  I think most people are

3      doing that now by direct deposit, so they don't even get

4      one.  So anyway, I think the --

5               REP. ANCHIA:  Mr. Speaker?

6               REP. COLEMAN:  -- on that question.

7               REP. ANCHIA:  Mr. Speaker?

8               SPEAKER:  For what purpose?

9               REP. ANCHIA:  Will the gentleman yield?

10             SPEAKER:  Mr. Coleman, do you yield?  Y

11             REP. COLEMAN:  Yes, sir.

12             SPEAKER:  The gentleman yields.

13             REP. ANCHIA:  Thank you, Chairman.

14      Coleman.  I think it's really important that we pause

15      for a moment and listen to what you're talking about,

16      especially for those people who represent rural

17      communities, where you have one voting location in the

18      entire county and people have to drive 30 or 40 miles.

19      They're going to show up, if this bill passes, like they

20      have for the last 30, 40 years.  Maybe their church is

21      going to take them there; and they're going to drop them

22      off at the polling location and they're going to present

23      their voter registration certificate, like they have for

24      the last 50 years, and they don't have photo ID.  What's

25      going to happen at that point, Mr. Coleman?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211392

USA_00023531

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 5 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 6 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

86

```
 1            REP. COLEMAN:  Well, what's going to
 2   happen is if they don't have their photo ID, their vote
 3   becomes a provisional ballot, and that provisional
 4   ballot won't be counted as a legal vote, even though
 5   they had their voter registration card, unless they go
 6   to the voter registrar, the voter -- voting
 7   administrator's office, and present a photo ID, which
 8   could be 30, 40, miles or further from their house.
 9            REP. ANCHIA:  And what's the time frame
10   you have to do that in?
11            REP. COLEMAN:  That's within five days
12   after the election.
13            REP. ANCHIA:  So I heard the Chairwoman
14   kind of make light of the AARP's letter, but this is
15   probably one of the reasons that they're in opposition
16   to this, because you have people who are going to be
17   traveling 30, 40, 50, 60 miles, right, with their
18   church.  They're going to get dropped off, they're going
19   to show up with their voter registration certificate and
20   they're going to say, "I'm ready to vote," and they're
21   going to say, "Yes, you have to do a provisional,"
22   right?
23            REP. COLEMAN:  That's correct, and the
24   let me be very clear again, you can have your voter
25   registration card with you.  If you don't have a photo
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211393

USA_00023532

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 6 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 68 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

87

1    ID or if you aren't in the habit of carrying your phone
2    bill, your light bill and all those things around with
3    you and you don't go to the voter administrator up to
4    five days after the election, your vote won't count.
5                 REP. ANCHIA:  Even if you're on the list?
6                 REP. COLEMAN:  Even if you're on the
7    list.
8                 REP. ANCHIA:  Even if you've been voting
9    there for 50 years.
10                REP. COLEMAN:  Even if you're on the
11   list, most especially if you're on the list.  So think
12   it hasn't come to people how serious a change this is in
13   that it actually nullifies votes.  It says if you didn't
14   have these forms of identification, even though your
15   voting registration card, your vote doesn't count.
16                REP. ANCHIA:  So do you think it was the
17   intent of the AARP's letter to show that seniors will,
18   in fact be disenfranchised by this policy?
19                REP. COLEMAN:  I think that was their
20   intent.  I think the other part is too we used to have a
21   presumption under a challenged vote that your vote was
22   good until proven not good.  Now we have a presumption
23   that your vote is not a good vote until proven not a
24   good vote.  But now we go even further and we say your
25   vote isn't a good vote if you didn't show an ID, even



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211394

USA_00023533

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 7 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 69 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

88

1  though you have your voter registration card and your

2  name is on the rolls.

3           REP. ANCHIA:  And does it surprise you

4  that you that during the last election cycle, 80 percent

5  of provisional ballots were not counted?

6           REP. COLEMAN:  No, it actually doesn't

7  surprise me, because, again, this was all the idea that

8  we would help Americans vote, and feel very proud about

9  their democracy.  And again, in this situation, it

10 actually is a hindrance in terms of Americans voting,

11 and Texans will get the worst of it because the

12 presumption is that your vote doesn't count if you don't

13 have an ID even though you have a voter registration

14 card.

15      You've done everything you're supposed to do,

16 everything you're supposed to do, and members, that's

17 why I brought this amendment to strike that language

18 that says you don't need a driver's license or a photo

19 ID to say that your provisional ballot counts and the

20 system would work as it has worked, where the

21 provisional ballots are made or said to be good or valid

22 or invalid ballots based on the count by the county

23 election administrator.

24           Yes, I yield.

25           SPEAKER:  Mr. Veasey, for what purpose?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

JA_008652

TX_00211395

USA_00023534

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 8 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 70 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

89

```
 1                 REP. VEASEY:  Does the gentleman yield?

 2                 SPEAKER:  Do you yield, Mr. Coleman?

 3                 REP. COLEMAN:  I would be happy to yield.

 4                 SPEAKER:  The gentlemen yields.

 5                 REP. VEASEY:  Mr. Coleman, I was

 6      wondering if the voter registration card, by itself, is

 7      not going to be good enough any more for individuals in

 8      this country to vote, then why should the county go

 9      through the expense of printing them up?  I'm trying to

10      --

11                 REP. COLEMAN:  Yes, I guess if you hit

12      the right precinct that let's you know who you're

13      supposed to be voting for, but quite frankly, under this

14      bill, you don't even need a voter registration card any

15      more if you have your driver's license, as long as your

16      name is on the roll.

17           It's really interesting because your name

18      could be on the roll and you're a good voter if you have

19      a driver's license but you're not a good voter if you

20      have a voter registration card, and that just doesn't

21      seem to make good logic in terms of when we want people

22      to vote.

23           Even if, even if Ms. Willie May Robinson, the

24      precinct judge in my precinct, knows me, I can't even do

25      an affidavit any more.  I can't even do an affidavit any
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211396

USA_00023535

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 9 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 71 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

90

```
 1    more.
 2                   REP. STRAMA:  Mr. Speaker, will the
 3    gentlemen yield?
 4                   REP. COLEMAN:  Yes.
 5                   SPEAKER:  The gentleman yields,
 6    Mr. Strama.
 7                   REP. STRAMA:  I only had a second to look
 8    at your amendment.  Does your amendment also take away
 9    the authority of the provisional ballot counting
10    authorities to throw out a ballot this doesn't meet the
11    identification requirements?
12                   REP. COLEMAN:  Yes, that's the added
13    language that the provisional ballot can count even
14    though you didn't show a voter ID, you know, a picture
15    ID, because the provisional ballot is based on whether
16    or not you are an eligible voter.
17            We've just created a new category of a non
18    eligible voter, and I know it's confusing in the
19    amendment.  That's existing law.  It just stuck because
20    it will stay in the law even with those underlying
21    portions.
22                   REP. STRAMA:  So let me understand.
23    We're going to have a --
24                   Do we still -- with your amendment, would
25    the bill still require a voter to vote a provisional
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211397

USA_00023536

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 10 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 72 of 362
HB 1706 House Calendar 2nd Read                                  May 2, 2010

91

1    ballot if they don't have the necessary ID requirement

2    prescribed in House bill 1706?

3              REP. COLEMAN:  No, I don't believe so.

4    Under my amendment, it strikes --

5              SPEAKER:  Mr. Kaufman raises the point of

6    order the gentleman's time has expired.  The point of

7    order is well taken and sustained.  Thank you.

8         The Chair recognizes Ms. Denny to speak

9    against the amendment.

10             REP. DENNY:  Thank you, Mr. Speaker.  I'm

11   going to have to ask you to vote --

12        I'm going to move to table Mr. Coleman's

13   amendment and ask you to vote with me to table this.

14   This would take away the provisional ballot aspect of

15   someone who did not show up with the required

16   documentation that is needed to safeguard that right to

17   vote.

18        You know, right now, when you show up to vote,

19   if your name is on the list and you don't have your

20   voter registration card and you sign in at the polling

21   location, that is when you're signing that affidavit

22   that you lost your card.

23        So anyway, I ask you to stick with me, please,

24   and vote to table this amendment.

25             SPEAKER:  Madam Chair?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008655

TX_00211398

USA_00023537

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 11 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 73 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

92

1              REP. DENNY:  Yes, Mr. (Inaudible).

2              SPEAKER:  Would you yield for a quick

3       question, please?

4              REP. DENNY:  I do.

5              REP. COLEMAN:  So I just want to make

6       sure that I'm clear.  If someone walks into a polling

7       place, I walk into precinct 136 in Houston, Texas and

8       Miss Willie May Robinson is there, who has been there

9       since forever, and I don't have a picture ID and I have

10      my voter registration card, I can't an -- I can do a

11      provisional ballot but my provisional ballot would not

12      count unless I went to the county clerk's office and

13      presented an ID?

14             REP. DENNY:  Within five days.

15             REP. COLEMAN:  Within five days.  I'd

16      have to literally go to make my vote, is that current

17      law?

18             REP. DENNY:  Yes, if you forgot --

19             No, it's not.  If you forgot to have a photo

20      ID or two other forms with you -- now remember, this is

21      going to be wildly publicized before the election, so

22      you're going to have -- and I'm going to accept an

23      amendment by Ms. Chavez that these are going to be

24      posted in large fonts on the door before you enter the

25      polling place.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008656

TX_00211399

USA_00023538

Case 2:13-cv-00193   Document 664-14   Filed on 11/11/14 in TXSD   Page 12 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 74 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

93

1          REP. COLEMAN:  But Chairwoman Denny, you

2    already have a bill that we worked on last session that

3    passed that consolidates voting locations because people

4    get confused about where to go.

5          REP. DENNY:  That's right.

6          REP. COLEMAN:  So I mean, it's not at if

7    people keep up with these types of things on a daily

8    basis.  As a matter of fact, don't you think that people

9    are more likely to, if they've done something over and

10   over again, to not update themselves on the new rules?

11   And how would this information get out?  Would it be

12   mailed out with the new voter registration card?  How is

13   it going to get out.

14         REP. DENNY:  I expect that that would be

15   done.  I expect there would be wide TV and radio

16   coverage, it will be posted at every polling place, and

17   like we've already discussed, Mr. Coleman, most of us,

18   the huge majority of people carry some form of

19   identification on them.

20         REP. COLEMAN:  But I'm just curious, and

21   I'll stop with this question.  Why does a driver's

22   license actually take precedence over a voter

23   registration card in a polling place?

24         REP. DENNY:  It's only to show that

25   you're who you say you are, to safeguard that ballot



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 12 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 75 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

94

1    being cast by you, Garnet Coleman.

2              REP. COLEMAN:  Well, then if I go in and

3    I cast a previous ballot, it shows up that I voted

4    absentee, correct, on the list, on the voter roll?

5              REP. DENNY:  Or that somebody cast your

6    ballot for you.

7              REP. COLEMAN:  Well, then I have to take

8    that up with the voting administrators at that point, if

9    I'm going in and it's me and I have my voter

10   registration.

11             REP. DENNY:  Then you've just been

12   disenfranchised and you lost your right to vote and

13   you're there and you know you didn't cast that vote.

14             REP. COLEMAN:  If that's what I've done,

15   then I've done that.  That's why I say it takes care of

16   somebody else coming in.

17        The issue is you are now adding a provision

18   that says if I don't have my ID, even though I have my

19   voter registration card, I have to go downtown, or

20   wherever it is, to the county clerk's office, show them

21   my driver's license or a photo ID, or like I'm carrying

22   around a light bill and a phone bill, or else my vote

23   doesn't count.

24             REP. DENNY:  Yes, if you want it to

25   count, that's what you have to do.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211401

USA_00023540

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 14 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 76 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

95

1        REP. COLEMAN:  Well, you know what?
2    Chairwoman Denny, that's why I brought this amendment.
3    That just goes way too far.  It really does put a hurdle
4    in front of voters.
5        REP. DENNY:  Thank you, Mr. Coleman.  I
6    urge you to vote "Yes" to table this amendment.
7        SPEAKER:  Chair recognizes Mr. Coleman to
8    close.
9        REP. COLEMAN:  Thank you, Mr. Speaker and
10   members.  The reason I asked Chairwoman Denny those
11   questions is because what we've essentially done is
12   created another hurdle in a trip for voters who don't
13   have ID even though they have a voter registration card,
14   and, you know, clearly a picture ID has now taken
15   precedent over a voter registration card, and the reason
16   I brought this amendment was to make sure that
17   somebody's vote doesn't count, make sure that someone's
18   vote does count, that the bill does not nullify
19   someone's vote because they don't have a picture ID or
20   they are not in the habit of carrying around their light
21   bill, phone bill, electric bill, or whatever other bill
22   it is that they have in their pocket.  And I wish you
23   would look at this logistics of going to vote --
24       SPEAKER:  Mr. Strama, for what purpose?
25       REP. COLEMAN:  We don't do it every day.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008659

TX_00211402

USA_00023541

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 15 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 77 of 362
HB 1706 House Calendar 2nd Read                                        May 2, 2010

96

```
1    I'd be happy to yield.
2              SPEAKER:  Mr. Coleman, do you yield?
3              REP. COLEMAN:  Yes.
4              SPEAKER:  Mr. Strama.
5              REP. STRAMA:  Mr. Coleman, I'm looking at
6    the last part of your amendment, which takes away the
7    provisional ballot counting authority, the ability to
8    deny a ballot based on the criteria in the bill.
9              REP. COLEMAN:  I'm sorry?
10             REP. STRAMA:  In the second section of
11   your amendment.  As I read it, it says that a
12   provisional ballot may not be denied on the basis of not
13   meeting the requirement, the identification requirement
14   in the bill.
15             REP. COLEMAN:  That is correct.
16             REP. STRAMA:  But the bill, the rest of
17   your amendment sort of restores the identification
18   requirements to current law.
19             REP. COLEMAN:  That's correct.
20             REP. STRAMA:  I guess I'm probably going
21   to vote for the motion to table on this because I
22   actually -- but I want to point something out.
23             You're pointing to the problem with the bill
24   itself, because if anyone should be allowed to exercise
25   this authority, it should be the provisional ballot
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211403

USA_00023542

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 16 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 78 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

97

1    counting authority.  The problem is House bill 1706 is

2    that --

3              REP. COLEMAN:  I hope you're not reading

4    this wrong.  The reason I actually went to legislative

5    counsel it make sure I was reading it right.  It does

6    not strike B, that's existing law, so even if you strike

7    the whole section, you're really only striking the

8    underlying language.

9              REP. STRAMA:  Right.

10             REP. COLEMAN:  And all it does is add

11   that sentence that's at the bottom.  Otherwise it goes

12   fully back to current law with that sentence that's at

13   the bottom of the amendment, so I don't think it does

14   what you think it does.

15             REP. STRAMA:  I think I understand.  I

16   guess what I want to point out is House bill 1706 gives

17   a whole lot of authority to the election day poll

18   workers, volunteers, untrained, often pretty old.

19             REP. COLEMAN:  Yes.  You know what they

20   used to tell voter in my district if you came in?

21   Ms. Willie May Robinson, wonderful woman, used to say if

22   you went to do a challenge ballot, that before you

23   filled out the challenge ballot, that this might be

24   presented to the District Attorney.

25             You know, I grew up in the time where any time



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008661

TX_00211404

USA_00023543

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 17 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 79 of 362
HB 1706 House Calendar 2nd Read                                              May 2, 2010

98

1    somebody said the word DA to you, if you were my color,

2    you get a little nervous.  As a matter of fact, any time

3    somebody was from the government and they asked for

4    anything, you get a little scared, so, you know, I

5    remember when I first got here and they started putting

6    those DPS officers at the gate driving in, I was like,

7    "Oh, you know, I didn't do anything."

8          So there is a level of training that has to

9    happen, but it's not --

10         People don't understand intimidation if

11   they've never been intimidated.  Now let me take some

12   women going in and let me get some gang-bangers and put

13   them back there as voter election officials.  I bet a

14   bunch of people would be intimidated, but the issue is

15   the information as it flows to the precinct, that it is

16   carried out appropriately.  That's why we were afraid of

17   the other bill that Representative Denny had with the

18   swipe, that it might be confused and someone would say

19   no, you really need an ID.  Well, this bills does that.

20               REP. STRAMA:  But you would agree that

21   where this authority and this discretion could really be

22   abused is at the local polling place.

23               REP. COLEMAN:  Exactly.  As a matter of

24   fact, where most authority is and discretion is abused

25   is at the local polling place and/or because of lack of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008662

TX_00211405

USA_00023544

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 18 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 80 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

99

1    appropriate training by the county election officials in

2    the area.

3           So members, I ask you to vote no on the motion

4    to table and make sure that the election system works

5    for all of the folks.  This is going to effect a lot of

6    people in all of our districts.  It's just not an issue

7    of class or race or anything like that, it's an issue of

8    access to the ballots.  Please vote no on the motion to

9    table.

10          SPEAKER:  Mr. Coleman sends up an

11   amendment.  Ms. Denny moves to table.  All those in

12   favor, vote "I," all those opposed, vote "No."

13          It's a record vote.  The clerk will ring the

14   bell.

15          (Bell ringing.)

16          SPEAKER:  Show Ms. Denny voting "I."

17   Show Mr. Coleman voting "No."

18          Have all voted?  Have all voted?  There being

19   84 "I's," 60 "Nay's," the motion to table prevails.

20          The Chair announces the signing of the

21   following in the presence of the House.

22          CLERK:  SBR 28, SBR 26, SBR 20, SB 1342,

23   SB 796, SB 766, SB 693, SB 692, SB 574, SB 541, SB 407,

24   SB 177 and SB 129.

25          SPEAKER:  Mr. Doorkeeper?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008663

TX_00211406

USA_00023545

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 19 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 81 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

100

```
1    Mr. Doorkeeper?
2                DOORKEEPER:  Mr. Speaker.
3                SPEAKER:  Mr. Doorkeeper, for what
4    purpose?
5                DOORKEEPER:  I have a messenger from the
6    Senate at the door of the House.
7                SPEAKER:  Admit the messenger.
8                MESSENGER:  Mr. Speaker, I'm directed by
9    the Senate to inform the House the Senate has taken the
10   following action.  The Senate has passed the following
11   measure:  HB 965; Haggerty sponsored.
12               SPEAKER:  The following amendment.  The
13   Clerk will read the amendment.
14               CLERK:  Amendment by Escobar.
15               SPEAKER:  The Chair recognizes Mr.
16   Escobar.
17               REP. ESCOBAR:  Thank you, Mr. Speaker,
18   members.  This amendment is a simple amendment.  What it
19   does is it says that an identification card that
20   contains the person's photograph and is issued by a
21   county elections administrator or a county clerk can be
22   used as long as the commissioners court of that county
23   authorizes the county elections administrator or the
24   county clerk who issued the photograph as a
25   identification card and it may be used as proof of a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008664

TX_00211407

USA_00023546

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 20 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 82 of 362
HB 1706 House Calendar 2nd Read                               May 2, 2010

101

1   voter's identification and it's acceptable to the

2   author.

3                SPEAKER:  Mr. Escobar sends up an

4   amendment.  The amendment is acceptable to the author.

5          Is there objection?  The Chair hears none.

6   The amendment is adopted.

7          The following amendment.  The Clerk will read

8   the amendment.

9                CLERK:  Amendment by Hochberg.

10                SPEAKER:  The Chair recognizes

11   Mr. Hochberg.

12                REP. HOCHBURG:  Mr. Speaker, members,

13   this is an amendment that leaves everything in the bill

14   the way it is except that when the ballot goes to the

15   board that looks at the provisional ballots, it says

16   that there will basically be a presumption that if the

17   only reason it's a provisional ballot is because the

18   voter didn't have the right ID, then that's going to be

19   presumed to be a good ballot unless the voting board has

20   a reason to believe that there was fraud committed, and

21   in that case, they can move ahead just like the bill

22   says, but it wouldn't make the presumption, it would not

23   make the presumption that anybody who didn't have proper

24   identification was not casting a valid ballot.

25                SPEAKER:  Chair recognizes Ms. Denny in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211408

USA_00023547

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 21 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 83 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

102

1  opposition to the amendment.

2          REP. DENNY:  Members, I can't accept this

3  one because we have a very long and liberal list of

4  acceptable ID, both photo and non-photo, and it just is

5  going to be so easy for voters to come up with the

6  acceptable forms, especially with the amendments that

7  we've taken, making the list even more broad.  I can't

8  accept the amendment so I move to table Mr. Hochburg's

9  amendment.

10         SPEAKER:  The Chair recognizes

11  Mr. Hochberg.

12         REP. HOCHBURG:  Thank you, Mr. Speaker,

13  members.  I'm really -- I'm honestly surprised that this

14  wasn't at least worthy of discussion about being

15  acceptable, because what this is going to do is it will

16  say that you don't have to make that trip down to the

17  voting board, wherever it is, in order to present your

18  documents, whatever they are, within five days.

19         The voting board doesn't have to set up a

20  process for that.  We don't have to pay people to sit

21  there and come up with a way to accept these things and

22  verify them and tag them back to the provisional

23  ballots, but it does still allow that if somebody is

24  believed to have committed fraud, if you have all of

25  those examples we heard about, about people coming in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 22 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 34 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

103

1      four, five, six times, you're going to know that those

2      are the ballots you're looking for, and for those

3      ballots, it still gives the board that reviews these

4      provisionals the same ability they would have in the

5      bill.  It just says for all the other people who just

6      forgot their card and didn't show up anywhere else to

7      vote --

8                     REP. ANCHIA:  Mr. Speaker?

9                     REP. HOCHBURG:  -- didn't show up --

10                    SPEAKER:  Chair, for what purpose?

11                    REP. ANCHIA:  Will the gentleman yield?

12                    SPEAKER:  Do you yield, Mr. Hochberg?

13                    REP. HOCHBURG:  Yes, sir, I yield.

14                    REP. ANCHIA:  Mr. Hochberg, I thought I

15     had the best amendment on this bill but it's clear that

16     you offer up the best amendment because, ostensibly,

17     this is about fraud, correct?

18                    REP. HOCHBURG:  That's right.

19                    REP. ANCHIA:  We're being hold that the

20     reason that we need to put these controls and strictures

21     on voting is because of widespread fraud.

22                    REP. HOCHBURG:  Absolutely.

23                    REP. ANCHIA:  And doesn't your amendment

24     deal specifically with the fraud issue?

25                    REP. HOCHBURG:  Absolutely.  And it does



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211410

USA_00023549

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 23 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 85 of 362
HB 1706 House Calendar 2nd Read                           May 2, 2010

104

1      it at a lower cost than having to go through and balance

2      all these ballots.

3                     REP. ANCHIA:  Would this require any

4      voter education?

5                     REP. HOCHBURG:  No.

6                     REP. ANCHIA:  Would it require any poll

7      worker training.

8                     REP. HOCHBURG:  Not that I know of.

9                     REP. ANCHIA:  Would this not get thrown

10     out those ballots that might be fraudulent?

11                    REP. HOCHBURG:  Absolutely, it would set

12     them aside.  You would still have the process where you

13     vote a provisional ballot.

14                    REP. ANCHIA:  This one is a no brainer,

15     Mr. Hochberg.  Thank you for putting it forward.

16                    REP. HOCHBURG:  Thank you.  I really was

17     surprised, members, that this is not acceptable, because

18     I really think this gets at what Ms. Denny is trying to

19     take care of.

20          You still would have the requirement that you

21     show ID.  If you don't show ID, you still would have to

22     vote provisionally.  It would still separate the ballot

23     off into a separate spot, and instead of all of those

24     being thrown away, unless the voter went down and proved

25     it up and then they had to correspond them and figure



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211411

USA_00023550

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 24 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 86 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

105

1    out which ones to count and which ones not, this would

2    say where you have a problem, where you have a problem,

3    you can take action, and if you don't have a problem,

4    you go on down the road.  What could be simpler than

5    that?

6              If there were a local fiscal note on this

7    bill, this would eliminate the local fiscal note.  This

8    is a common sense amendment, and I respectfully request

9    that you vote "No" on the motion to table.

10             SPEAKER:  Mr. Hochberg sends up an

11   amendment.  Ms. Denny moves to table.  All those in

12   favor, vote "I," all those opposed, vote "Nay."

13             It's a record vote.  The clerk will ring the

14   bell.  It's a motion to table, members.

15             (Bell ringing.)

16             SPEAKER:  Show Ms. Denny voting "I."

17   Show Mr. Hochberg voting "No."

18             (Bell ringing.)

19             SPEAKER:  Have all voted?

20             (Bell ringing.)

21             SPEAKER:  There being 83 "I's," 62

22   "Nay's," the motion to table prevails.

23             The following amendment.  The Clerk will read

24   the amendment.

25             CLERK:  Amendment by Anchia.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211412

USA_00023551

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 25 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 87 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

106

1            SPEAKER:  The Chair recognizes

2      Mr. Anchia.

3            REP. ANCHIA:  Thank you, Mr. Speaker and

4      members.  This amendment does one simple thing.  I think

5      we've established, whether people want to acknowledge it

6      or not, that people are going to be hurt and their right

7      to vote is going to be hurt by this piece of

8      legislation.

9            It says instead of starting this thing

10     immediately effective September 1, 2005, we recognize

11     that there's going to be a substantial amount of voter

12     education that needs to occur, and what I'm asking you

13     to do is make this effective September 1, 2008, so that

14     we have at least one general election cycle to have

15     people come to the polls, have them get used to the

16     process, have them understand that their voter

17     registration certificate that they've been using for 50

18     years is no longer effective for voting regularly, and

19     it gives us some time to educate voters so that less

20     people will be disenfranchised.  This is quite simple.

21     It says delay the impact of this bill until 2008 for us

22     to do voter education.  I move adoption.

23            SPEAKER:  Mr. Veasey?

24            REP. VEASEY:  Mr. Speaker, does the

25     gentlemen yield for a question?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211413

USA_00023552

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 26 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 98 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

107

```
1              REP. ANCHIA:  I will yield for my
2      colleague.
3              REP. VEASEY:  Mr. Anchia, isn't it also
4      true that this bill has not be pre-cleared by the
5      Justice Department?
6              REP. ANCHIA:  Yes.
7              REP. VEASEY:  So by further delaying the
8      implementation of the bill, we can wait and see what the
9      Justice Department says about whether or not this does,
10     in fact, disenfranchise voters.
11             REP. ANCHIA:  That's reasonable
12     observation.  I move adoption.
13             SPEAKER:  The Chair recognizes Ms.
14     Denny.
15             REP. DENNY:  Thank you, Mr. Speaker.  I
16     see no reason to delay implementation of this bill and
17     allow fraudulent votes to continue to be cast.  It's
18     true that the Justice Department does not pre-clear any
19     of our legislation until it passes both houses and is
20     signed into law by the governor, and that would be --
21     this case would be no different than any others, and so
22     to not further delay implementation of this legislation
23     --
24             REP. THOMPSON:  Mr. Speaker.
25             REP. DENNY:  -- I move to table
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008671

TX_00211414

USA_00023553

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 27 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 89 of 362
HB 1706 House Calendar 2nd Read                                May 2, 2010

108

```
 1      Mr. Anchia's amendment.
 2                  SPEAKER:  Ms. Thompson, for what purpose?
 3                  REP. THOMPSON:  Will the gentle lady
 4      yield?
 5                  REP. DENNY:  I do.
 6                  SPEAKER:  The lady yields.
 7                  REP. THOMPSON:  Mary, you know this is a
 8      special week for you.
 9                  REP. DENNY:  It is indeed, Ms. Thompson.
10                  REP. THOMPSON:  It is the day of your
11      suit.  You know, earlier you stated that you had
12      minority support on this bill.  Do you?
13                  REP. DENNY:  I do.
14                  REP. THOMPSON:  Did it sign on the bill?
15                  REP. DENNY:  I'm sorry?
16                  REP. THOMPSON:  Did it sign on?
17                  REP. DENNY:  No, but they have told me
18      quietly on the floor --
19                  REP. THOMPSON:  Secretly?
20                  REP. DENNY:  Yes, secret support.  Quiet
21      support.  And I can understand, Ms. Thompson, why it's
22      not outward and verbal, because there is a lot of
23      dissension within the ranks of the minority community
24      about this bill.
25                  REP. THOMPSON:  Thank you.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211415

USA_00023554

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 28 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 90 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

109

```
 1                   REP. ANCHIA:  Mr. Speaker?

 2                   REP. DENNY:  I yield.

 3                   SPEAKER:  The lady yields.

 4                   REP. ANCHIA:  Thank you, Madam Chair.

 5     Madam Chair, thank you for your work on this bill and

 6     for your explanations related to the underpinnings and

 7     your motivations behind the bill.

 8             Do you think it's unreasonable to engage in

 9     voter education for a bill that changed the law so

10     substantially.

11                   REP. DENNY:  Not at all.

12                   REP. ANCHIA:  I'm sorry?

13                   REP. DENNY:  Not at all.  I don't think

14     it's unreasonable at all.

15                   REP. ANCHIA:  And I notice that you

16     didn't have any money in this bill.  You suggested it

17     would be raised from private sources, correct?

18                   REP. DENNY:  That's what the Secretary of

19     State has told me.

20                   REP. ANCHIA:  Do you know if they have

21     any commitments currently?

22                   REP. DENNY:  He has told me that he does,

23     that he's raising money now.

24                   REP. ANCHIA:  Do you also agree that this

25     would be quite a substantial voter education campaign?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211416

USA_00023555

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 29 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 91 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

110

1                    REP. DENNY:  I do.

2                    REP. ANCHIA:  And it would likely take

3      millions and millions of dollars in order to get the

4      word out to people who may not follow elections as

5      closely as we would like them to?

6                    REP. DENNY:  I don't know what the amount

7      would be.

8                    REP. ANCHIA:  So did he tell you what his

9      fundraising goal is?

10                    REP. DENNY:  No.

11                    REP. ANCHIA:  Did he tell you how much it

12      would cost to train poll workers in these new procedures

13      and laws?

14                    REP. DENNY:  No, but that's a cost that's

15      borne by the county.

16                    REP. ANCHIA:  Okay.  But you would agree,

17      you would agree that if money needs to be raised

18      privately, there's no guarantee that it will be there to

19      do the voter education.  In terms of guarantees, we have

20      no guarantees.

21                    REP. DENNY:  No, we have no guarantees

22      but I know our Secretary of State and has known his

23      fundraising abilities for many years and he is the best.

24                    REP. ANCHIA:  I appreciate, I appreciate

25      the Secretary's prowess in fundraising.  However, we do



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211417

USA_00023556

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 30 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 92 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

111

1   have no guarantees as a body, and do you not think it

2   would be reasonable to allow time for the Secretary to

3   do ample voter education so that people would not be

4   disenfranchised?

5           You said earlier, at 2:59, and I heard it and

6   I wrote it down, that people would be impacted

7   disparately by this legislation.

8           REP. DENNY:  They will be impacted, and

9   there is a budget already in the Secretary of State's

10  office for voter education programs, and I feel certain,

11  Mr. Anchia, that the Secretary will be able to raise

12  ample funds to do the job necessary to educate voters

13  across Texas.

14          REP. ANCHIA:  So if the money is raised,

15  do you think that the counties will be able to do voter

16  education in time so that people, as of this November or

17  next May --

18          REP. DENNY:  It will be next November.

19          REP. ANCHIA:  You think people will have

20  enough information so that nobody is disenfranchised?

21          REP. DENNY:  I do believe that's correct.

22          REP. ANCHIA:  You don't think one person

23  will be impacted by your bill to where their vote will

24  not count?

25          REP. DENNY:  I can't say that.  I'm sure,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211418

USA_00023557

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 31 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 93 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

112

1    because people are disenfranchised now, Mr. Anchia,

2    unfortunately.  Mistakes are made and things happen.

3                REP. ANCHIA:  And you would agree with me

4    then that the disenfranchisement would be positively

5    impacted by this bill?

6                REP. DENNY:  I don't know that it would

7    be the fault of this bill in any way like it is the

8    fault of things we do not know what impacts voters and

9    being disenfranchised.  Thank you.

10          I urge you to vote "Yes" on the motion to

11   table.

12                SPEAKER:  Mr. Anchia to close.

13                REP. ANCHIA:  Thank you, Mr. Speaker and

14   members.  This is simple.  It's disappointing that it's

15   not acceptable to the author.  It simply allows us to

16   have one election cycle to get used to the new rules so

17   that every time a voter goes to the polling location

18   during the next couple of elections, they'll get some

19   information that says, "Hey, it's not enough just to

20   have your voter registration card."  Starting in 2008,

21   you need to have a photo ID.

22          It lets people adjust to the law, it lets

23   people get ready for the new rules and it will really

24   minimize any damage that this bill can do in terms of

25   disenfranchisement.  Please stay with me on this.  This



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 32 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 94 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

113

1    one seems like a simple bill.  It will give the

2    Secretary of State a little bit more time to raise that

3    private money.  I move adoption.

4              SPEAKER:  Members, Mr. Anchia sends up an

5    amendment.  Ms. Denny moves to table.  All those in

6    favor, vote "I," all those opposed, vote "No."

7              It's a record vote.  Clerk, ring the

8    bell.  It's a motion to table.

9              (Bell ringing.)

10             SPEAKER:  Have all voted?  There being

11   81. "I's", 62 "Nay's," the motion to table prevails.

12         The following amendment.  The clerk will read

13   the amendment.

14             CLERK:  Amended by Veasey.

15             SPEAKER:  The Chair recognizes

16   Mr. Veasey.

17             REP. VEASEY:  Mr. Speaker, members, this

18   amendment talks about what Mr. Anchia just spoke about a

19   second ago, and it would basically make it to where

20   election workers are required to be trained.

21        By creating this new complicated ID

22   requirement for voters, 1706 increases the likelihood

23   that properly registered voters will be turned way at

24   the poll.  This bill takes effect very soon, only in a

25   matter of months, and people haven't had time to study



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211420

USA_00023559

Case 2:13-cv-00193   Document 664-14   Filed on 11/11/14 in TXSD   Page 33 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 95 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

114

1    and get trained up on this.

2           When you go into the election place, I worked

3    several elections since the 1998 cycle, and when you go

4    into all of the voting places, you'll notice that most

5    of these ladies there, they're older ladies.  They're

6    there volunteering and they need the best training

7    possible to make sure that no one is disenfranchised and

8    that make sure every voted is counted.

9           Many of the election officials that I've

10   talked to that live in my community that I know when you

11   talk with them, they'll tell you that, you know,

12   sometimes they'll come and ask me, "Well, what's going

13   on?  What's new?  What's changed?  Can we still do

14   this?  Can someone still vote by this measure?"  And the

15   counties sometimes don't do a good enough job and we

16   have got to give them some more time and we have to give

17   them some training in order to make sure that there's no

18   confusion about these new ID requirements.

19           SPEAKER:  The Chair recognizes

20   Mr. Hartnett for a recognition.

21           REP. HARTNETT:  Thank you, Mr. Speaker,

22   members.  I'd like to recognize a group of 7th graders

23   from my district here from Muskokeo Christian School.

24   Could you all stand up please in the south gallery.

25           Let's give them a welcome, members.  Thank you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008678

TX_00211421

USA_00023560

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 34 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 96 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

115

1     very much.

2                     SPEAKER:  The Chair recognizes Ms. Denny

3     to speak in opposition.

4                     REP. DENNY:  Mr. Speaker, members,

5     nobody, nobody will be turned away from voting.  If you

6     refer to page 2, line 1 of the bill, it says that,

7     subsection B 1 or 2, if they're not met, the voters

8     shall be accepted for provisional voting.  It clearly

9     states that in the bill, that no one will be turned

10    away.

11          We already have training requirements under

12    the law, that if poll workers want to receive the

13    maximum amount of pay, they have to take the training.

14    Currently, the county or political subdivision

15    determines how much pay is given to election clerks and

16    judges and they are paying a fair market value decent

17    wage.  It's only in the primary elections where the

18    state is paying the bill that those payments remain low,

19    which is unfortunate, but the state hasn't had the money

20    to pay them well.

21          In some instances, your county executive

22    committees have trained them, and through private

23    funding, have paid them higher wages so that they could

24    require that training and get better trained election

25    workers, that's for the primary elections, but this



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008679

TX_00211422

USA_00023561

Case 2:13-cv-00193   Document 664-14   Filed on 11/11/14 in TXSD   Page 35 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 97 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

116

```
1    would be an unfunded -- well, it would be a mandate on
2    the counties which, since the law previously says you
3    have to pay more if you require training, this would be
4    an unfunded mandate on our counties, cities and
5    political subdivisions.  And therefore, I move to table
6    this amendment.
7                    REP. VEASEY:  Mr. Speaker.
8                    SPEAKER:  Mr. Veasey, for what reason?
9                    REP. VEASEY:  Does the gentle lady yield?
10                   REP. DENNY:  I do.
11                   SPEAKER:  The lady yields.
12                   REP. VEASEY:  Ms. Denny.
13                   REP. DENNY:  Yes, sir.
14                   REP. VEASEY:  Once again, you mention
15   line 2 in your bill, but isn't it a fact that most of
16   these provisional ballots, when they are cast, that they
17   do not count?
18                   REP. DENNY:  Yes, that's true, under the
19   provisions of provisional balloting today.  Under --
20       If this bill passes and someone comes, goes in
21   and shows their ID within the five days, that
22   provisional ballot would be cast.
23                   REP. VEASEY:  Okay.  Well, but let's say
24   that a person has to take a vote or a person lives in a
25   county where there is only, and they live hundreds of
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211423

USA_00023562

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 36 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 98 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

117

1    miles away from the county elections office.

2                    REP. DENNY:  Well, it won't be hundreds

3    of miles away in a county because the counties aren't

4    that big.

5                    REP. VEASEY:  Okay, but let's say they

6    live --

7                    REP. DENNY:  They can live a fair

8    distance, I'll give you that.

9                    REP. VEASEY:  Exactly.

10                   REP. DENNY:  We've got some big counties

11   but not quite that big.

12                   REP. VEASEY:  Isn't it true that their

13   vote, it wouldn't count if they weren't able to make it

14   back.  If there were transportation issues, if they have

15   to catch a bus to go and vote, they're probably not

16   going to make it back.  Don't you think this is going to

17   create a hardship on working people and on people that

18   don't have transportation?

19                   REP. DENNY:  It may be difficult for

20   some, Mr. Veasey, but for those people, like I said,

21   we're going to have a massive education effort up front

22   so people will know what ID to take with them up front

23   before they go and cast that ballot.

24                   REP. VEASEY:  Do you feel comfortable

25   knowing that individuals with valid voter registration



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008681

TX_00211424

USA_00023563

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 37 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 99 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

118

1    cards are going to cast votes, are going to go down to

2    their respective places and go down to cast ballots and

3    that if they don't have a photo ID, their vote is not

4    going to be count?  Are you very comfortable with that?

5              REP. DENNY:  It's not that they don't

6    have a photo ID, that they have also two other forms of

7    valid ID.

8              REP. VEASEY:  But say they have a valid

9    voter registration card, they have a valid card and it

10   says that they can vote and they do not have a

11   identification card and they don't have the money to go

12   back and catch the bus again to go back to the polling

13   place, are you comfortable knowing that that person's

14   vote, that person that has the legal right to vote, that

15   their vote is not going to count?

16             REP. DENNY:  They're going to have plenty

17   of notification that the ID requirements are in place

18   and what ID is acceptable.  And Ms. Chavez is going to

19   have an amendment here in a minute that I'm going to

20   accept that's going to have that posted on the polling

21   location before they even enter the building, that will

22   have that there.  So hopefully, they won't even get

23   in --

24             REP. HOCHBURG:  Mr. Speaker?

25             REP. DENNY:  -- the door and cast that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211425

USA_00023564

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 38 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 100 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

119

```
 1    ballot before they know.
 2                  SPEAKER:  Mr. Hochberg, for what purpose?
 3                  REP. HOCHBURG:  Will the gentle lady
 4    yield?
 5                  REP. DENNY:  I do, Mr. Hochberg.
 6                  SPEAKER:  The lady yields.
 7                  REP. HOCHBURG:  Chairman Denny, I just
 8    heard you say that the ballot would be accepted if they
 9    go down and provide that identification within the five
10    days, is that correct?
11                  REP. DENNY:  That's correct.
12                  REP. HOCHBURG:  I don't think your bill
13    says that.  Would you look with me at page 6, line 13,
14    where that is?  Because I see, at least in my copy,
15    unless it's been amended, that it says a provisional
16    ballot may be accepted.
17          Can you show me where there's anything that
18    requires the board to accept it?
19                  REP. DENNY:  It will be.
20                  REP. HOCHBURG:  Why?
21                  REP. DENNY:  So you're correct, it does
22    say "May," but they will accept it.
23                  REP. HOCHBURG:  Well, maybe we ought to
24    go back and look at my amendment and see if we can fix
25    that up.  Thank you, Ms. Denny.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008683

TX_00211426

USA_00023565

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 39 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 101 of 362
HB 1706 House Calendar 2nd Read                              May 2, 2010

120

1                    REP. ALLEN:  Will the gentle lady yield?

2                    REP. DENNY:  I will, Ms. Allen.

3                    SPEAKER:  The lady yields, Ms. Allen.

4                    REP. ALLEN:  If the provisional ballot is

5          accepted within the one to five day period, will

6          essentially the election will be over?

7                    REP. DENNY:  No, no, no, because

8          currently, under the law, we have five days in which to

9          receive mail-in ballots from overseas.

10                   REP. ALLEN:  But for all practical

11         purposes, on election night, they do announce the

12         winner, election night?

13                   REP. DENNY:  Correct, but those returns

14         are not certified.  That's pending certification

15         process, that's correct.

16                   REP. ALLEN:  But essentially the impact

17         of that vote will be null and void in terms of the

18         effect on the election.

19                   REP. DENNY:  No, I disagree because all

20         those overseas votes are still coming in.  You know, I

21         say all.  There are a few, but all the provisional

22         ballots are still being counted during -- or received

23         during that time and gone through.

24                   REP. ALLEN:  Have you ever witnessed a

25         election that's been changed or overturned because of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008684

TX_00211427

USA_00023566

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 40 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 102 of 362
HB 1706 House Calendar 2nd Read                     May 2, 2010

121

1    provisional ballots?

2                REP. DENNY:  Well, provisional balloting

3    has just been in affect through one election, and I have

4    not been actually on the ground to watch that.

5                REP. ALLEN:  Right.

6                REP. DENNY:  At a county site.

7                REP. ALLEN:  Do you also realize that 90

8    percent of those ballots are not counted, accepted?

9                REP. DENNY:  I believe it's about 80

10   percent.

11               REP. ALLEN:  That's correct.  80 is a

12   good number.  Thank you.

13               REP. DENNY:  Thank you.  I move to table

14   Mr. Veasey's amendment.

15               SPEAKER:  The Chair recognizes Mr.

16   Veasey to close.

17               REP. VEASEY:  Mr. Speaker, members,

18   before this law could be implemented, and my opinion is

19   that this is just a bad law, we have got to make sure

20   that these older senior citizens, who are mainly, who

21   work at these polling places, that there's education and

22   there's training to make sure that everyone who has the

23   right to vote can vote.

24               We've really come a long way here in the state

25   of Texas to get to where we are now, and when you go to


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008685

TX_00211428

USA_00023567

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 41 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 103 of 362
HB 1706 House Calendar 2nd Read                           May 2, 2010

122

```
 1    other parts of the south and you talk to individuals in

 2    those states and I tell them how easy it is to vote here

 3    right now, they're really impressed to know that in

 4    Texas, that since the implementation of a voting rights

 5    act, that we can vote here easier than in other parts of

 6    the south.  We have to preserve that.  We have to

 7    continue that trend that we've set here and we have to

 8    make sure that the folks on election day that are the

 9    same in my community and in your community.  We have to

10    make sure that the training is there to make sure that

11    every vote does count.

12

13                    REP. COLEMAN:  Mr. Speaker?

14                    SPEAKER:  Mr. Coleman, for what purpose?

15                    REP. COLEMAN:  Yes, does the gentleman

16    yield for a question?

17                    SPEAKER:  Mr. Veasey, do you yield?

18                    REP. VEASEY:  The gentleman yields.

19                    SPEAKER:  The gentleman yields.

20                    REP.COLEMAN:  Thank you very much.

21    Mr. Veasey, in the discussion that was just going on

22    about the use of provisional ballots and those ballots

23    counting, and then the election occurs, and then will

24    that person feel compelled to drive down with their

25    driver's license to the county administrator after
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008686

TX_00211429

USA_00023568

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 43 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 104 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

123

1      Tuesday at 7:00 to verify their note?

2                    REP. VEASEY:  I don't think that person

3      is going to feel compelled at all to drive down there.

4      I don't think that person is going to feel compelled at

5      all to get back on that bus.  I don't feel that person

6      is going to feel compelled at all to figure out a way

7      how to get handicap assistance back.

8            I know in Fort Worth, it's really hard to get,

9      we call it "Nit," and basically what it is is that

10     they'll take people that are handicapped to do things

11     like go and vote or to go and get the assistance that

12     they need to live every day, and I don't think that

13     person that's in that "Nit" car or that are handicapped,

14     I don't think they're going to come back within five

15     days.  I know they're not because I work with them.

16     I've been working with them since 1998.

17                   REP. COLEMAN:  And have you ever heard of

18     such a thing, that you can come after the fact and show

19     an ID, that now your vote can be invalid even if you

20     walked into the polling place with your voter

21     registration, your precinct judge knows you, your name

22     is on the list, you sign, you put your vote in the

23     provisional ballot envelope but you have to then go

24     somewhere else, as you said, by bus, train, plane,

25     automobile, however, walk, wheelchair, to actually have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008687

TX_00211430

USA_00023569

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 43 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 105 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

124

```
 1     your vote counted based on a picture ID or two other

 2     forms of paper identification that are required.

 3                 REP. VEASEY:  I've never heard of that,

 4     and I've especially never heard of that in the United

 5     States of America.

 6                 REP. COLEMAN:  Well, I just keep bringing

 7     that up because that ought to sound strange to folks

 8     that the document that is the main document, the voter

 9     registration card, would not be good enough for you to

10     cast your vote.  Thanks for your amendment.

11                 REP. VEASEY:  Voting in Texas has been

12     easy and voting in Texas has been easy since 1965 for a

13     reason, and we need to keep it that way.

14                 SPEAKER:  Mr. Veasey sends up a

15     amendment.  Ms. Denny moves to table.  All those in

16     favor, vote "I," all those opposed, vote "No."  It's a

17     record vote.

18                 Clerk, ring the bell.

19                 (Bell ringing.)

20                 SPEAKER:  Show Ms. Denny voting "I,"

21     Mr. Veasey voting "No."  The mobile to table, members.

22                 (Bell ringing.)

23                 SPEAKER:  Have all voted?  Have all

24     voted?  There being 80 "I's," 61 "Nays," the motion to

25     table prevails
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211431

USA_00023570

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 44 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 106 of 362
HB 1706 House Calendar 2nd Read                                        May 2, 2010

125

1          The following amendment.  The clerk will
2     read the amendment.
3               CLERK:  Amendment by Chavez.
4               SPEAKER:  The Chair recognizes
5     Ms. Chavez.
6               REP. CHAVEZ:  Thank you, Mr. Speaker,
7     members.  What this amendment does is simply require
8     each polling location to post outside a polling location
9     the acceptable list of photo IDs and acceptable list of
10    non-photo documentation in a 24 point font, at minimum
11    of 24 point font, and I believe there's been an
12    amendment to the amendment.
13              SPEAKER:  The following amendment to the
14    amendment.  The Clerk will read the amendment.
15              CLERK:  Amendment by Alonzo.
16              SPEAKER:  The Chair recognizes
17    Mr. Alonzo.
18              REP. ALONZO:  Thank you, Mr. Speaker,
19    members.  This basically adds an amendment to the
20    amendment that states the language in English, Spanish
21    and any other language appropriate for the precinct,
22    again, using 24 point font, and I think it is acceptable
23    to the author.
24              SPEAKER:  Members, Mr. Alonzo sends up an
25    amendment to the amendment.  The amendment is acceptable



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211432

USA_00023571

Case 2:13-cv-00193   Document 664-14   Filed on 11/11/14 in TXSD   Page 45 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 107 of 362
HB 1706 House Calendar 2nd Read                           May 2, 2010

126

```
 1    to the author.  Is there an objection?

 2            The Chair hears none.  So ordered.

 3                The Chair recognizes Ms. Chavez.

 4                REP. CHAVEZ:  It's acceptable to the

 5    author.

 6                SPEAKER:  Members, Ms. Chavez sends up

 7    the amendment.  The amendment is acceptable to the

 8    author.  Is there an objection?

 9            The Chair hears none.  The amendment is

10    adopted..

11            The following amendment.  The clerk will read

12    the amendment.

13                CLERK:  Amendment by Hopson.

14                SPEAKER:  Mr. Hopson.  The Chair

15    recognizes Mr. Hopson.

16                REP. HOPSON:  Mr. Speaker, members, this

17    amendment says if you are a voter who presents a

18    registered, a voter's registration certificate, you're

19    on the list of registered voters with the precinct and

20    you confirmed the address of the list of registered

21    voters as current, then the elected official, if they

22    ask for an ID, they cannot consider the voter's address

23    on the ID form.  And I believe it's acceptable to the

24    author and I move passage.

25                SPEAKER:  Mr. Hopson sends up an
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211433

USA_00023572

Case 2:13-cv-00193    Document 664-14    Filed on 11/11/14 in TXSD    Page 46 of 81
Case 1:12-cv-00128-RMC-DST-RLW    Document 215-5    Filed 06/20/12    Page 108 of 362
HB 1706 House Calendar 2nd Read                           May 2, 2010

127

1      amendment.  The amendment is acceptable to the author.

2              Is there an objection?  The Chair hears none.

3      The amendment is adopted.

4              The following amendment.  The clerk will

5      read the amendment.

6              CLERK:  Amendment by Alonzo.

7              SPEAKER:  The Chair recognizes

8      Mr. Alonzo.

9              The Chair recognizes Mr. Alonzo.

10             REP. ALONZO:  Thank you, Mr. Speaker,

11     members.  This just simply says that this bill has to be

12     cleared by the Attorney General's office or, under law,

13     they can go either way to the court, and I think it's

14     acceptable to the author.

15             SPEAKER:  Mr. Alonzo sends up a

16     amendment.  The amendment is acceptable to the author.

17     Is there objection?  The Chair hears none.  The

18     amendment is adopted.

19             The Chair recognizes Ms. Denny.

20             REP. DENNY:  I move passage, members.

21             SPEAKER:  Members, the question occurs on

22     the passage and engrossment of House bill 1706.  All

23     those in favor, say "I."  All opposed, "Nay."  Vote "I,"

24     vote "No," members.

25             The record vote has been requested.  Record



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211434

USA_00023573

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 47 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 109 of 362
HB 1706 House Calendar 2nd Read                          May 2, 2010

128

1    vote is granted.  The clerk will ring will bell.

2                    (Bell ringing.)

3                    SPEAKER:  All voted.  Being 83 "I's" and

4    63 "Nay's," House bill 1706 is passed to engrossment.

5                    (End of CD Section.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211435

USA_00023574

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 48 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 110 of 362
HB 1706 House Calendar 2nd Read                                    May 2, 2010

129

```
 1     IN THE COUNTY OF TRAVIS     )

 2     STATE OF TEXAS              )

 3         I, Lynne Rodriguez, Certified Shorthand Reporter in

 4     and for the State of Texas, hereby certify to the

 5     following:

 6             That the CD entitled, 2005 (79R) HB 1706 HOUSE

 7     CALENDAR, 2ND READ 5/2/05" was transcribed at the

 8     request of Anne Wilson, 209 West 14th Street, Attorney

 9     General's Office, Austin, Texas 78701, and the amount

10     due is $_____.

11         That the aforementioned CD was transcribed

12     to the best of my ability to hear and understand the

13     CD;

14         That the transcript was submitted by

15     E-trans on April 23, 2012, to Anne Wilson, 209 West

16     14th Street, Attorney Generals' Office, Austin,

17     Texas  78701;

18         I further certify that I am neither

19     counsel for, related to, nor employed by any of the

20     parties or attorneys in the action in which this

21     proceeding was taken, and further that I am not

22     financially or otherwise interested in the outcome

23     of the action.

24         Certified to by me, this 27th day of

25     April, 2012.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211436

USA_00023575

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 49 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 111 of 362
HB 1706 House Calendar 2nd Read                    May 2, 2010

130



_Lynne M. Rodriguez_

Lynne Rodriguez, Texas CSR No.
Expiration Date 12/31/13
FIRM REGISTRATION NO: 283
ESQUIRE DEPOSITION SERVICES
100congress, Suite 2000
Austin, Texas  78701
(512) 328-5557



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211437

USA_00023576

HB 1706 House Calendar 2nd Read — May 2, 2010

131

| A | | | | |
|---|---|---|---|---|
| **AARP** | 21:24 22:6 | 94:17 | 13:13 | 72:4 101:21 |
| 3:22 4:15 | 28:9 54:24 | **addition** | **advocates** | **airplane** |
| 5:22 6:17 | 80:10,21,24 | 12:6 40:18 | 63:7 | 30:9 |
| 18:13 27:4 | 81:10 82:8 | 60:2 | **affect** | **allegations** |
| 27:5 28:24 | 82:11 83:9 | **additional** | 121:3 | 77:2,5 |
| 29:1,9 | 83:11 101:1 | 44:23 | **affidavit** | **alleged** |
| 31:25 43:12 | 101:4 102:4 | **address** | 6:14 12:4 | 13:10 |
| **AARP's** | 102:6,15 | 56:18 60:3 | 61:10 89:25 | **Allen** |
| 29:12 86:14 | 104:17 | 73:18 | 89:25 91:21 | 120:1,2,3,4 |
| 87:17 | 112:15 | 126:20,22 | **afford** | 120:10,16 |
| **abilities** | 118:18 | **addressed** | 6:14 | 120:24 |
| 75:20 110:23 | 125:9,9,22 | 56:11 | **Afghanistan** | 121:5,7,11 |
| **ability** | 125:25 | **adds** | 66:11,12,14 | **allow** |
| 74:25 96:7 | 126:4,7,23 | 125:19 | 66:15,20 | 41:15,21 |
| 103:4 | 127:1,14,16 | **adjust** | 67:4 | 45:6 72:12 |
| 129:12 | **accepted** | 112:22 | **aforement...** | 72:17 |
| **able** | 27:16 115:8 | **administr...** | 129:11 | 102:23 |
| 4:1,7 12:20 | 119:8,16 | 84:11 87:3 | **afraid** | 107:17 |
| 18:4 19:14 | 120:5 121:8 | 88:23 | 55:9 98:16 | 111:2 |
| 20:5 37:5 | **access** | 100:21,23 | **Africa** | **allowable** |
| 39:25 46:15 | 37:22 99:8 | 122:25 | 69:9 | 56:13 |
| 59:14 64:7 | **accessibi...** | **administr...** | **African** | **allowed** |
| 111:11,15 | 15:25 16:6 | 94:8 | 69:22 | 11:20 14:4,5 |
| 117:13 | **accessible** | **administr...** | **afternoon** | 28:4 40:17 |
| **absentee** | 14:13 | 86:7 | 2:21,22 | 69:19 71:14 |
| 11:15 15:19 | **accurate** | **admission** | **age** | 73:19 81:24 |
| 45:14 94:4 | 7:25 60:14 | 75:7 | 4:25 6:4 | 96:24 |
| **absolutely** | **accustomed** | **Admit** | 27:3 31:21 | **allows** |
| 11:21 13:19 | 25:2 | 100:7 | 32:5 59:13 | 31:20 55:12 |
| 20:3 29:20 | **acknowledge** | **adopt** | **agency** | 59:12 72:11 |
| 44:7,10,15 | 106:5 | 75:11 76:4 | 8:12 80:19 | 112:15 |
| 58:6 70:3 | **act** | **adopted** | **ago** | **Alonzo** |
| 72:21 78:16 | 12:22 13:15 | 81:1 82:13 | 15:24 21:20 | 125:15,17,18 |
| 78:24 | 13:22 23:11 | 83:13 101:6 | 49:3,14 | 125:24 |
| 103:22,25 | 74:20,21,23 | 126:10 | 81:11 | 127:6,8,9 |
| 104:11 | 74:24 75:10 | 127:3,18 | 113:19 | 127:10,15 |
| **abused** | 122:5 | **adoption** | **agree** | **alternate** |
| 98:22,24 | **action** | 70:6 80:25 | 6:10 13:20 | 18:7 |
| **accept** | 70:15 100:10 | 82:12 83:12 | 14:2,7 23:8 | **amended** |
| 27:17 28:11 | 105:3 | 106:22 | 34:4,7,9 | 113:14 |
| 71:11 73:6 | 129:20,23 | 107:12 | 35:6,16 | 119:15 |
| 92:22 102:2 | **actors** | 113:3 | 36:25 38:11 | **amendment** |
| 102:8,21 | 78:19 | **advantage** | 39:11 43:2 | 27:8 28:7,11 |
| 118:20 | **add** | 4:1 | 54:19 98:20 | 28:17 31:13 |
| 119:18,22 | 28:12 97:10 | **adverse** | 109:24 | 31:14,16,20 |
| **acceptable** | **added** | 38:13 | 110:16,17 | 32:7,24,25 |
| 12:17 21:15 | 90:12 | **advocate** | 112:3 | 33:5,8,11 |
| | **adding** | | **ahead** | 33:18,22 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211438

USA_00023577

HB 1706 House Calendar 2nd Read                    May 2, 2010

132

34:16 35:3
39:9 41:14
41:20 43:1
59:4,12
62:1,10,11
62:12 65:10
65:18 67:11
67:20,24
68:4,6 70:7
70:18 74:7
74:16,24
75:12 76:4
79:9,11,24
79:25 80:11
80:12,13,24
80:24 81:1
81:2,3,4
82:11,11,13
82:14,15,16
82:25 83:5
83:11,13,14
83:15,16,24
88:17 90:8
90:8,19,24
91:4,9,13
91:24 92:23
95:2,6,16
96:6,11,17
97:13 99:11
100:12,13
100:14,18
100:18
101:4,4,6,7
101:8,9,13
102:1,8,9
103:15,16
103:23
105:8,11,23
105:24,25
106:4 108:1
113:5,12,13
113:18
116:6
118:19
119:24
121:14
124:10,15
125:1,2,3,7
125:12,12

125:13,14
125:14,15
125:19,20
125:25,25
125:25
126:7,7,9
126:11,12
126:13,17
127:1,1,3,4
127:5,6,16
127:16,18
amendments
31:14 83:11
102:6
America
12:22 13:14
13:21 74:19
74:21,23,24
75:10 124:5
Americans
23:19 25:6
50:12 88:8
88:10
amount
16:3 106:11
110:6
115:13
129:9
ample
111:3,12
Anchia
62:12,14,15
66:4 67:10
67:17,24
68:9 69:6
69:12,17,21
70:3,6,20
74:11,12
76:4,7,11
76:14,17,22
77:10,13,16
77:20,24
78:4,7,16
78:24 79:1
79:4,10,20
85:5,7,9,13
86:9,13
87:5,8,16

88:3 103:8
103:11,14
103:19,23
104:3,6,9
104:14
105:25
106:2,3
107:1,3,6
107:11
109:1,4,12
109:15,20
109:24
110:2,8,11
110:16,24
111:11,14
111:19,22
112:1,3,12
112:13
113:4,18
Anchia's
108:1
and/or
98:25
anecdotally
11:5
anecdotes
63:13
Anne
129:8,15
announce
120:11
announces
99:20
answer
2:16 44:23
answered
16:7 67:1
answering
17:7
anti-disc...
32:3
anybody
57:25 64:8
69:24
101:23
anybody's
34:23
anyway

18:3 57:4
85:4 91:23
apparent
44:20
appears
7:2 38:4
applied
37:16
applies
15:14
apply
15:19 72:14
appreciate
20:10 30:21
46:15 82:8
110:24,24
appreciated
21:4
appropriate
6:5 99:1
125:21
appropria...
98:16
appropria...
16:22
April
129:15,25
area
2:24 40:15
99:2
armed
32:2
arrived
76:20
aside
104:12
asked
15:23 18:18
24:10,11,16
40:19 63:16
63:18 69:15
95:10 98:3
asking
9:23 46:9
47:6 50:13
106:12
asks

42:21
aspect
91:14
aspects
34:2
assistance
5:15 6:14
26:4 123:7
123:11
Association
80:5
assume
12:14 34:11
assuming
23:16 29:6
35:24 36:1
36:3 37:25
56:8,9,19
56:20
assumption
36:18
assumptions
36:15
assure
57:9
ate
24:15
attempting
40:3
Attorney
97:24 127:12
129:8,16
attorneys
129:20
Aubrey
80:5
audited
11:11
Austin
71:13,14,16
129:9,16
130:7
authentic...
82:7
authentic...
82:24 83:7
author



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211439

USA_00023578

HB 1706 House Calendar 2nd Read                    May 2, 2010

133

| | | | | |
|---|---|---|---|---|
| 80:10,21,24 | 57:5 64:2,3 | 10:12,17 | 19:14 20:6 | 55:18 98:13 |
| 82:8,11 | 97:12 98:13 | 11:6 14:19 | 21:16 27:2 | **better** |
| 83:9,11 | 102:22 | 15:20 16:1 | 27:4 29:12 | 115:24 |
| 101:2,4 | 117:14,16 | 35:10 64:10 | 38:8 40:9 | **Bexar** |
| 112:15 | 118:12,12 | 64:12,15 | 40:13,22,23 | 80:4 |
| 125:23 | 119:24 | 65:8 88:5 | 49:16 50:25 | **beyond** |
| 126:1,5,8 | 123:5,7,14 | 88:21,22 | 51:1,5,10 | 12:9 13:21 |
| 126:24 | **backing** | 99:8 101:15 | 51:12 52:5 | **big** |
| 127:1,14,16 | 55:6 | 102:23 | 52:8 60:5,9 | 50:1,2 53:15 |
| **authorities** | **bad** | 103:2,3 | 72:16 91:3 | 53:16 71:2 |
| 90:10 | 3:11 66:22 | 104:2,10 | 101:20 | 117:4,10,11 |
| **authority** | 68:3 78:8 | 116:16 | 111:21 | **bigger** |
| 90:9 96:7,25 | 78:19 | 118:2 120:9 | 121:9 | 54:2,2 |
| 97:1,17 | 121:19 | 120:22 | 125:11 | **biggest** |
| 98:21,24 | **balance** | 121:1,8 | 126:23 | 7:21 48:1 |
| **authorizes** | 60:14 104:1 | 122:22,22 | **believed** | **bill** |
| 100:23 | **ballot** | **bank** | 102:24 | 2:5,10,13 |
| **automobile** | 4:22 7:5,8,9 | 56:16 | **bell** | 3:23 4:2,16 |
| 123:25 | 7:17 8:11 | **banking** | 62:4,5,7 | 6:12,17 7:1 |
| **available** | 8:11,14,21 | 5:4 | 79:16,17,19 | 7:7,8 8:7,9 |
| 5:17 6:18 | 8:23,25,25 | **barrio** | 79:21 99:14 | 8:9 9:20 |
| 12:18 20:1 | 9:4 14:21 | 54:18 55:5,7 | 99:15 | 13:2,8,20 |
| 37:22 61:14 | 14:22 16:10 | **base** | 105:14,15 | 15:14 16:13 |
| 68:10 71:21 | 27:24 28:14 | 10:23 | 105:18,20 | 16:15 19:3 |
| **aware** | 44:9 45:14 | **based** | 113:8,9 | 19:23 20:5 |
| 3:1,20 5:19 | 57:22 64:8 | 6:5 76:21 | 124:18,19 | 21:7 24:24 |
| 10:24 11:4 | 65:5 84:8,9 | 88:22 90:15 | 124:22 | 26:24 27:15 |
| 11:15,16 | 86:3,4 | 96:8 124:1 | 128:1,2 | 28:7 29:18 |
| 12:21,25 | 88:19 90:9 | **basically** | **benefit** | 29:24 30:18 |
| 13:14,18 | 90:10,13,15 | 101:16 | 80:20 | 32:21 33:7 |
| 15:8 22:14 | 91:1,14 | 113:19 | **benefits** | 33:24 34:5 |
| 29:1,3 | 92:11,11 | 123:9 | 12:12,15 | 34:10,12,19 |
| 39:18,21 | 93:25 94:3 | 125:19 | 22:8 23:6 | 35:10,13,15 |
| 40:11 47:9 | 94:6 96:7,8 | **basis** | 24:2,22 | 36:11,15 |
| 47:25 77:17 | 96:12,25 | 44:5 93:8 | **Berman** | 38:4,5,11 |
| 77:20,21,25 | 97:22,23 | 96:12 | 4:23 5:18 | 39:6,8 41:4 |
| 78:4,7,13 | 101:14,17 | **bath** | **Bernham** | 43:4,25 |
| | 101:19,24 | 59:12 | 28:24 | 45:11,21 |
| | 104:13,22 | **battle** | **best** | 50:21,24 |
| ___B___ | 116:22 | 47:19 | 44:3,12 | 51:14 55:6 |
| **B** | 117:23 | **bearing** | 76:24 | 56:15 60:8 |
| 97:6 115:7 | 119:1,8,16 | 17:21 | 103:15,16 | 62:18,21,25 |
| **baby** | 120:4 | **beginning** | 110:23 | 64:6 65:14 |
| 59:11 | 123:23 | 39:3 | 114:6 | 66:13 70:21 |
| **back** | **balloting** | **belief** | 129:12 | 71:22 72:8 |
| 8:24 15:19 | 116:19 121:2 | 50:20,20 | **bet** | 72:11,11,14 |
| 23:2 25:22 | **ballots** | **believe** | 13:6 29:4,8 | 73:1 74:14 |
| 26:1 33:2 | 7:15 10:10 | 11:19 17:18 | 29:10 47:21 | 75:5,9,14 |
| 41:2 49:13 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008697

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 53 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 115 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010

134

75:22 76:16
76:17 77:18
77:22 78:1
79:5 81:22
82:3 84:18
84:18 85:1
85:1,1,1,19
87:2,2
89:14 90:25
91:2 93:2
94:22,22
95:18,21,21
95:21,21
96:8,14,16
96:23 97:1
97:16 98:17
101:13,21
103:5,15
105:7
106:21
107:4,8,16
108:12,14
108:24
109:5,7,9
109:16
111:23
112:5,7,24
113:1,24
115:6,9,18
116:15,20
119:12
127:11,22
128:4
**billfold**
25:25
**bills**
17:4 98:19
**birth**
4:19 51:22
53:2,3
54:17,21
60:3
**bit**
27:10 84:23
113:2
**black**
50:12,23
**board**

3:8,14 8:12
8:13 9:4
21:1 42:24
101:15,19
102:17,19
103:3
119:18
**body**
68:5 79:2
111:1
**Bond**
13:10,10
**borne**
110:15
**bothered**
3:3
**bothering**
3:13,15
**bottom**
97:11,13
**box**
7:5 57:22
58:1
**boys**
50:2
**bragging**
17:23
**brainer**
104:14
**Branch**
43:18,22
44:7,8,11
44:19 45:1
45:6,10,13
45:16,21,25
46:3,8,14
46:21,22
47:6
**Braunfels**
58:13
**bring**
62:23 84:13
**bringing**
124:6
**broad**
102:7
**brothers**
50:12,23

**brought**
19:21 27:22
67:19 88:17
95:2,16
**brown**
17:10,12,15
17:19,20
18:11,23
19:3,6
50:24
**budget**
111:9
**build**
65:18
**building**
118:21
**bunch**
98:14
**burden**
42:2 43:3,6
43:10,10
44:23 45:2
66:17
**BURNAM**
2:17,21,23
3:6,11,20
4:4,14 5:5
5:8,19 6:16
**bus**
117:15
118:12
123:5,24
**business**
25:13
**buy**
23:1 50:2,2
**byproduct**
62:25 65:6

—— C ——

**CALENDAR**
1:7 129:7
**California**
23:21
**call**
45:22 123:9
**called**

81:15
**campaign**
24:6 81:15
109:25
**capacity**
18:12
**car**
30:10 123:13
**card**
7:6,14 12:16
12:19 21:7
21:10,13,14
22:3,8 23:6
23:16 24:8
24:12,13,15
24:23 30:3
31:21 37:20
39:21 40:17
40:19 55:13
55:13,13,17
55:19,21
56:9 59:14
64:5 68:18
84:1,2,4,16
86:5,25
87:15 88:1
88:14 89:6
89:14,20
91:20,22
92:10 93:12
93:23 94:19
95:13,15
100:19,25
103:6
112:20
118:9,9,11
124:9
**cards**
4:21 8:5
10:11 17:25
24:16,17
29:19 39:17
118:1
**care**
18:5 94:15
104:19
**carried**
98:16

**carries**
21:1 36:15
36:16
**carry**
23:16,17
52:6,9,10
54:8,14,17
85:2 93:18
**carrying**
84:17 87:1
94:21 95:20
**case**
3:7,7 4:24
11:12 16:18
60:22 61:5
61:13 63:22
101:21
107:21
**cases**
10:3 11:11
**cast**
18:4 19:18
19:19 35:10
64:7,15,15
65:5 68:20
94:1,3,5,13
107:17
116:16,22
117:23
118:1,2,25
124:10
**Casteel**
57:16,20,24
58:3,7,8,11
58:16,20,23
59:1,3
60:21
**casting**
4:21 10:1,10
10:12,16
11:6 101:24
**catch**
117:15
118:12
**category**
90:17
**cause**
60:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211441

USA_00023580

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 54 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 116 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010

135

causing
65:9
CD
128:5 129:6
 129:11,13
center
22:5 24:22
central
8:12 9:3
 84:14
certain
111:10
certainly
3:5 6:24
 9:17 12:16
 12:20 15:1
 15:6 17:13
 19:10,20
 20:1 28:21
 29:20 40:13
 40:23,24
 43:11,20
 47:11 48:10
 49:17 71:9
certificate
51:22 53:2,2
 53:3,9,13
 53:23 54:6
 54:7,15,17
 54:21 60:23
 62:24 64:23
 65:11,20
 85:23 86:19
 106:17
 126:18
certificates
4:19 21:21
certifica...
120:14
certified
8:14 54:20
 120:14
 129:3,24
certify
129:4,18
chair
2:3 31:17
 32:6 52:10

59:7 62:13
70:17 74:11
76:15 77:7
80:14 81:5
82:17 83:17
91:8,25
95:7 99:20
100:15
101:5,10,25
102:10
103:10
106:1
107:13
109:4,5
113:15
114:19
115:2
121:15
125:4,16
126:2,3,9
126:14
127:2,7,9
127:17,19
chairman
39:2,5,16
 43:22 47:4
 57:20 58:11
 80:6 85:13
 119:7
chairwoman
2:21 6:25
 21:4 59:9
 62:17 74:13
 75:3,14,22
 81:8 82:20
 83:25 86:13
 93:1 95:2
 95:10
Chairwoman's
65:14
challenge
97:22,23
challenged
27:21 87:21
change
59:1 60:11
 67:20 70:23
 70:25 72:13

74:2 87:12
changed
60:9 72:5
 109:9
 114:13
 120:25
changes
2:15
changing
9:8,10
charge
6:13,15
 12:19,19
 37:22 45:23
 46:5
Chavez
20:14,17,20
 21:3,13,17
 21:18,23
 22:2,9,14
 22:18,24
 23:3,8,18
 25:16,19,21
 26:7,17
 27:2,8,14
 27:19,22
 28:1,6,12
 28:18 31:16
 31:18,19
 41:21 59:7
 59:8,18,21
 60:17,25
 61:4,8,12
 61:17,20,23
 61:25 92:23
 118:18
 125:3,5,6
 126:3,4,6
Chavez's
20:23 32:25
 33:5,8
 34:15
check
23:7 56:16
checks
5:16
Chicanos
50:12

choose
45:13
Christian
114:23
church
85:20 86:18
cite
10:6
cities
50:2 116:4
citizen
25:9 46:10
citizenry
46:13
citizens
3:3 4:6 5:25
 6:8 18:8,10
 22:15 24:3
 25:6,8 26:8
 34:17 37:18
 39:18 44:4
 44:17 48:1
 48:2 60:7
 121:20
citizenship
21:19 26:14
 51:19,20
 53:1,1
 54:23 60:3
city
3:1,8 5:6,12
 6:12
civic
44:13
clarify
22:2
class
23:22 25:7
 99:7
clean
50:6,10,20
 57:6
clear
72:1 74:1
 86:24 92:6
 103:15
cleared
127:12

clearly
84:20 95:14
 115:8
clerk
2:1 31:13,16
 62:4,10,12
 79:16,24
 80:12,13
 81:2,4
 82:14,16
 83:14,16
 84:3 99:13
 99:22
 100:13,14
 100:21,24
 101:7,9
 105:13,23
 105:25
 113:7,12,14
 124:18
 125:1,3,14
 125:15
 126:11,13
 127:4,6
 128:1
clerks
18:8 115:15
clerk's
92:12 94:20
clinic
30:6
clock
75:5
close
59:7 66:4
 74:11 95:8
 112:12
 121:16
closely
110:5
Coleman
6:21,22,24
 6:25 7:12
 7:19,25 8:6
 8:20 9:1,5
 9:8 10:9
 83:16,18,19
 85:6,10,11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211442

USA_00023581

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 55 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 117 of 362

HB 1706 House Calendar 2nd Read                                    May 2, 2010

136

```
85:14,25          25:3 94:16        50:10             copied            94:25 95:17
86:1,11,23         102:25           concerned         54:16,16          95:18 105:1
87:6,10,19         120:20           3:17 32:16        copy              111:24
88:6 89:2,3       commissio...       41:4 44:5,9      54:5,7,21         116:17
89:5,11           100:22             50:13            119:14            117:13
90:4,12           commit            conduct           correct           118:4,15
91:3 92:5         75:15             25:13             7:9,10 8:16       122:11
92:15 93:1        commitments       conducting        12:10 15:10      counted
93:6,17,20        109:21            14:3               15:13,16         28:5 35:11
94:1,2,7,14       committed         confirmed          30:5 34:12       64:11,13
95:1,5,7,9        101:20            126:20             36:19 38:1       65:8 68:21
95:25 96:2         102:24           confused           41:17,25         86:4 88:5
96:3,5,9,15       committee         93:4 98:18         45:4,15,20       114:8
96:19 97:3        8:2 10:2          confusing          45:24 46:2       120:22
97:10,19           35:13 63:4       90:18              46:6 50:7        121:8 124:1
98:23 99:10        63:5,10          confusion          57:23 58:5      counties
99:17              76:10,13,14      60:11 114:18       58:6 60:24       17:16 111:15
122:13,14          78:19            connection         60:25 61:7       114:15
122:15            committees        74:19              61:8,12,17       116:2,4
123:17            115:22            consent            69:11 72:20      117:3,10
124:6             committing        31:12 52:18        72:21 73:2      counting
Coleman's         42:10             consider           74:4 86:23       9:3 31:15
91:12             common            23:10 83:7         94:4 96:15       90:9 96:7
colleague         105:8             126:22             96:19            97:1 122:23
67:18 107:2       communities      considera...        103:17          country
college           32:4 85:17        60:6               109:17          25:1 56:21
26:12 73:24       community        consistent          111:21           67:7 89:8
81:16             3:9 4:9           74:19 75:9         119:10,11       counts
color              108:23            75:10             119:21           8:21,23
47:10 98:1         114:10          consolidates        120:13,15        88:19
come               122:9,9          93:3               121:11          county
8:7 15:19         compelled        contain            correctly        50:4 60:4
 23:2 28:7        122:24 123:3      21:19              28:24 35:4       80:4 84:10
 33:2 63:17        123:4,6         contains           correspond        85:18 88:22
 64:22 87:12      complicated       21:8 100:20       104:25            89:8 92:12
 102:5,21         113:21           contest            cost              94:20 99:1
 106:15           comply            7:20 76:20        12:2 29:19        100:21,21
 114:12           41:22 75:6,8     continue            29:23 49:13      100:22,23
 121:24           component         107:17 122:7       104:1            100:24
 123:14,18        13:9             contrary            110:12,14        110:15
comes             comprehen...      77:14             counsel           115:14,21
15:25 28:15       11:3             controls           97:5 129:19       116:25
 64:3,3           computer          103:20            count             117:1,3
 116:20           37:19,21         convenience        8:18,24           121:6
comfortable       concern           4:3                82:24 87:4       122:25
117:24 118:4      4:22 44:1,20     conversation        87:15 88:12      129:1
 118:13            44:21 48:1       21:5               88:22 90:13     couple
coming                                                 92:12 94:23     2:24 10:6
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211443

USA_00023582

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 56 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 118 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010
137

```
    21:6 112:18      120:8          dealing          5:5,7,13,19      38:18,19,25
course              cycle           46:12            6:9,20,24        39:2,5,12
14:21 26:16         88:4 106:14     deals            7:1,10,16        39:16,22
    47:14 49:8          112:16      7:1              7:24 8:16        40:8,12,23
    51:11 71:17         114:3       dear             8:22 9:3,7       41:1,6,12
    71:23 81:12                     51:7             9:9,10,17        41:15,18,25
court               ――――――――――      debate           9:19,22          43:1,5,9,16
63:22 100:22        D               47:8 65:21       10:4,8,24        43:17,20
    127:13          DA              debated          11:2,16,21       44:7,10,15
coverage            98:1            12:23            11:24 12:3       44:25 45:5
93:16               daily           decent           12:10,25         45:8,11,15
covered             93:7            115:16           13:3,6,19        45:20,24
22:13               damage          decided          13:23 14:6       46:2,6,11
Crabb               112:24          24:4             14:14 15:1       46:20,23
42:12 52:12         data            dedicated        15:11,13,16      47:2,5,11
create              10:23           32:1             15:21 16:7       47:14,17,21
7:14 117:17         date            defeats          16:17,24         48:4,10,12
    95:12           60:3 130:5      33:6             17:9,13,18       48:13,16,18
creates             day             definitely       18:9,22,25       48:20,23
42:2                4:25 5:9 6:4    22:24 24:24      19:5,10,13       49:1,4,7,11
creating                7:22 15:3   defraud          19:16,20,25      49:17,20,25
113:21                  17:24 18:18 46:16            20:4,9 21:4      50:8,15
crimes                  30:3 36:9   delay            21:11,16,22      51:1,11,15
42:10                   37:17 45:4  106:21           22:1,7,11        51:20,22,25
crinkled                67:22 68:15     107:16,22    22:17,23         52:4,7 53:4
64:24                   70:1,4      delaying         23:3,12          53:7,10,14
criteria                84:20 95:25 107:7            25:5,18,20       53:16,18,20
96:8                    97:17       Delgado          26:6,16,22       53:24 54:3
crooked                 108:10      80:6             27:7,14,20       54:10,12,13
57:9                    120:5 122:8 democracy        27:24 28:3       54:20 55:2
CSR                     123:12      46:18 47:7       28:10,16,21      55:11,18,22
1:17 130:4              129:24          66:18,18,22  28:23 29:2       55:25 56:4
curious             days                67:5 88:9    29:6,10,15       56:6,10,15
67:20 93:20         8:13 49:13      demographic      29:17,20,25      56:25 57:3
current                 84:13 86:11 81:18            30:1,5,8,13      57:10,11,13
2:13 10:19              87:4 92:14  demonstra...     30:17,19,20      57:18,20,23
    36:17 60:21         92:15       13:16            32:6,12,14       58:2,6,10
    61:20 73:13         102:18      32:15,23         58:15,19,22
    73:14 92:16         116:21      denied           33:3,5,10       58:25 59:3
    96:18 97:12         119:10      47:10 96:12      33:13,20,22      59:6,10
    126:21              120:8       Denning's        33:23,25        60:21 62:1
currently               123:15      66:13 74:13      34:3,6,9,13      62:6,17
59:21 61:1          dead                75:14,22     34:22 35:2       70:17,19
    109:21          10:15,16,20     Denny            35:5,8,17       71:15,20,25
    115:14              11:5,9,12   2:1,3,4,19       35:22 36:1       72:6,9,21
                        11:13 77:3      2:22 3:4,10  36:6,10,12       73:2,9,12
                    deal                3:19,20,24   37:1,7,10       73:21 74:4
                    46:13 68:1          4:12,14,23   37:11,14,21      74:6,10
                        103:24                       38:2,8,16        79:11,18
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211444

USA_00023583

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 57 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 119 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010
138

80:3 81:8
82:20 83:25
84:21 91:8
91:10 92:1
92:4,14,18
93:1,5,14
93:24 94:5
94:11,24
95:2,5,10
98:17 99:11
99:16
101:25
102:2
104:18
105:11,16
107:14,15
107:25
108:5,9,13
108:15,17
108:20
109:2,11,13
109:18,22
110:1,6,10
110:14,21
111:8,18,21
111:25
112:6 113:5
115:2,4
116:10,12
116:13,18
117:2,7,10
117:19
118:5,16,25
119:5,7,11
119:19,21
119:25
120:2,7,13
120:19
121:2,6,9
121:13
124:15,20
127:19,20
**Denny's**
62:21
**deny**
96:8
**Department**
39:20 59:23

80:18 107:5
107:9,18
**deposit**
85:3
**DEPOSITION**
130:6
**deputies**
80:9
**Deputy**
80:4
**describing**
14:11
**desire**
50:19,19
**determine**
8:20
**determined**
9:12
**determines**
9:2 115:15
**deterrent**
23:24
**died**
47:12
**differences**
2:12
**different**
2:13 8:4,5
11:18 17:25
18:20 41:23
83:3 107:21
**difficult**
4:25 18:15
39:23 40:12
75:6,8
117:19
**difficulty**
40:7
**digits**
59:24
**diligently**
42:8
**direct**
7:3 85:3
**directed**
70:13 100:8
**direction**

81:20
**disabilities**
63:7
**disabled**
4:18 38:1,6
63:3 79:8
**disagree**
6:9 27:7
34:1,3,11
34:22 38:16
120:19
**disappoin...**
112:14
**discerning**
75:20
**disciplined**
44:3
**discourage**
38:13 40:5
**discouraged**
60:10
**discretion**
98:21,24
**discussed**
28:1 60:21
93:17
**discussing**
63:13
**discussion**
65:22 81:10
83:25
102:14
122:21
**disenfran...**
107:10
**disenfran...**
63:1,24 65:9
81:21 87:18
94:12
106:20
111:4,20
112:1,9
114:7
**disenfran...**
112:4,25
**disenfran...**
19:19

**disenfran...**
78:12
**disparately**
111:7
**dissension**
108:23
**distance**
23:1 117:8
**distinction**
34:20
**district**
3:1,16 4:5,5
22:20 26:12
27:12 64:18
97:20,24
114:23
**districts**
99:6
**division**
20:22,24
42:22,23
62:2 79:12
**doctor**
6:2
**document**
14:10 54:8
75:21,21
124:8,8
**documenta...**
8:3 21:25
91:16
125:10
**documents**
4:19 25:24
26:21 28:9
56:17 75:16
75:17
102:18
**doing**
9:6 18:2
29:23 43:8
50:21 65:12
83:23 85:3
**dollars**
110:3
**door**
70:11 92:24
100:6

118:25
**Doorkeeper**
70:8,13
99:25 100:1
100:2,3,5
**doubt**
5:9,10 39:3
41:2
**downtown**
94:19
**DPS**
6:11 11:25
12:8 19:24
29:18 37:15
37:20 39:17
98:6
**dressed**
45:18
**drive**
5:24 26:19
64:19 85:18
122:24
123:3
**driven**
22:16
**driver's**
4:20 6:1,12
22:15,25
30:4,7,10
30:11 32:22
59:22 64:4
68:8 70:23
70:24 71:19
72:3 88:18
89:15,19
93:21 94:21
94:25
**driving**
98:6
**drop**
85:21
**dropped**
86:18
**drove**
24:9 30:10
68:17
**due**
129:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211445

USA_00023584

HB 1706 House Calendar 2nd Read

May 2, 2010

139

duty
44:13 46:10
DV
36:23

**E**

ear
63:22
earlier
28:24 83:24
  108:11
  111:5
early
4:1 8:13
  15:4 37:7
  45:3
easier
2:11 74:18
  79:7,7
  122:5
easily
11:24
easy
39:10,13
  75:18 102:5
  122:2
  124:12,12
educate
106:19
  111:12
educated
26:13
education
16:19,23
  17:3 104:4
  106:12,22
  109:9,25
  110:19
  111:3,10,16
  117:21
  121:21
effect
13:25 25:10
  26:24 38:13
  64:17 99:5
  113:24
  120:18
effective

25:10 106:10
  106:13,18
effectively
64:14
effort
17:2 117:21
either
3:13 29:16
  45:22 65:10
  72:12 73:3
  84:25
  127:13
El
26:13
elderly
3:25 4:17
  5:6,7,11,14
  22:15 25:1
  25:1 27:2,3
  27:5 39:10
  39:13 40:3
  40:7 41:5
  43:12 44:1
  79:8
elected
126:21
election
2:7 3:2 7:20
  7:22 8:12
  8:13 10:13
  10:25 11:7
  11:9 13:12
  13:12 14:13
  14:15,23,25
  15:3 18:13
  36:9 45:4
  58:13 60:13
  64:3,11,13
  67:6,22
  68:15 69:16
  69:16 76:21
  76:23 84:13
  86:12 87:4
  88:4,23
  92:21 97:17
  98:13 99:1
  99:4 106:14
  112:16

113:20
114:2,9
115:15,24
120:6,11,12
120:18,25
121:3 122:8
122:23
elections
3:8,8,14,14
  3:16 8:1
  14:3 16:2
  18:15 50:7
  50:10,20
  57:6,9
  66:12 69:20
  69:23 81:17
  100:21,23
  110:4
  112:18
  114:3
  115:17,25
  117:1
electoral
3:18 61:2
electric
7:7 95:21
eligible
16:2 22:10
  31:24 65:17
  81:12 90:16
  90:18
eliminate
105:7
embarked
17:1
employed
129:19
employee
21:7
employer
21:9,12
enfranchi...
63:8
enfranchi...
74:17 75:11
  78:12
engage
109:8

English
24:11 125:20
engrossment
127:22 128:4
enhancements
78:18
ensure
14:4 16:8
  58:4 72:18
ensuring
2:8
enter
92:24 118:21
entire
85:18
entities
55:9
entitled
81:12 129:6
entity
22:4 56:11
enumerate
83:3
envelope
8:25 23:15
  123:23
equivalent
8:9 80:19
err
14:8,12
  15:24 16:5
Escobar
100:14,16,17
  101:3
Escobar's
56:22,23
especially
5:23 23:19
  24:25 68:22
  85:16 87:11
  102:6 124:4
ESQUIRE
130:6
essentially
62:21 95:11
  120:6,16
established

106:5
ethics
5:10 43:15
event
4:9
everybody
36:15,16
  56:20
evidence
11:5 42:9
  63:11,14,23
  68:23,24
  75:24 76:24
  77:8,11,13
exactly
7:24 9:1,20
  19:2 29:25
  40:21 57:23
  98:23 117:9
example
24:19 60:20
examples
10:7 12:25
excessive
82:22
exciting
13:4
Excuse
52:20
executive
115:21
exempt
27:6 32:4
  33:6
exercise
96:24
exercising
38:15
exist
5:3
existed
77:2
existing
90:19 97:6
expanding
82:21
expands



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008703

TX_00211446

USA_00023585

HB 1706 House Calendar 2nd Read                    May 2, 2010

140

| | | | | |
|---|---|---|---|---|
| 74:24 | 87:18 93:8 | 15:5 104:25 | flames | 92:18,19 |
| **expect** | 98:2,24 | 123:6 | 62:19 | 103:6 |
| 15:18 30:15 | 107:10 | **filed** | **flexible** | **form** |
| 93:14,15 | 116:15 | 9:20 77:18 | 82:23 | 5:1 6:7,11 |
| **expense** | 123:18 | 77:22 78:2 | **floor** | 25:11,14 |
| 89:9 | **fair** | **filing** | 3:21 29:9 | 35:9 47:7 |
| **experience** | 20:5 115:16 | 5:10 | 108:18 | 61:16 65:12 |
| 2:24 4:5,11 | 117:7 | **filled** | **flows** | 65:19 69:9 |
| 13:5 44:6 | **family** | 97:23 | 98:15 | 72:24 93:18 |
| **Expiration** | 56:23,23 | **finally** | **focused** | 126:23 |
| 130:5 | **far** | 26:14 | 81:16 | **forms** |
| **expired** | 6:6 84:23 | **financially** | **folks** | 5:1,14,16 |
| 20:12 30:25 | 95:3 | 129:22 | 43:13 50:24 | 8:19 10:19 |
| 42:13 52:13 | **father** | **find** | 57:8 80:4 | 12:13,17 |
| 91:6 | 32:18,19 | 3:24 4:6 | 99:5 122:8 | 20:1 23:5 |
| **explained** | **fault** | 5:11 40:12 | 124:7 | 23:17 25:12 |
| 45:22 | 112:7,8 | 40:21 45:18 | **follow** | 26:18,22,25 |
| **explanations** | **favor** | 68:2 | 110:4 | 28:3 36:12 |
| 109:6 | 20:24 79:13 | **fingers** | **following** | 45:25 54:22 |
| **extend** | 99:12 | 67:21 | 11:8 31:13 | 54:24 55:25 |
| 20:23 31:8 | 105:12 | **FIRM** | 62:10 70:15 | 56:2,7 |
| 52:16 | 113:6 | 130:5 | 70:15 79:24 | 64:20 71:21 |
| **extended** | 124:16 | **first** | 80:11 81:2 | 71:24 73:4 |
| 20:18 21:2 | 127:23 | 13:16 15:11 | 82:14 83:14 | 73:22 82:21 |
| 42:18,22,24 | **favoring** | 15:12 23:19 | 99:21 | 82:22,23 |
| 52:18,24 | 51:14 | 24:25 25:5 | 100:10,10 | 83:3 84:18 |
| 65:16 66:6 | **fear** | 76:20 83:25 | 100:12 | 84:25 87:14 |
| **extension** | 23:22,23 | 98:5 | 101:7 | 92:20 102:6 |
| 31:4 42:15 | 55:8 | **fiscal** | 105:23 | 118:6 124:2 |
| 42:23 | **fearful** | 68:1 105:6,7 | 113:12 | **Fort** |
| **extensive** | 24:2 | **fishing** | 125:1,13 | 3:1 123:8 |
| 46:7 74:7 | **federal** | 55:14,16 | 126:11 | **forward** |
| **extra** | 26:4 35:16 | 56:9 | 127:4 129:5 | 6:7 104:15 |
| 67:25 | **federally** | **five** | **font** | **fought** |
| **E-trans** | 22:5,7 | 8:13 10:22 | 125:10,11,22 | 47:19 68:18 |
| 129:15 | **feel** | 18:20 84:13 | **fonts** | **found** |
| | 14:12,14,16 | 86:11 87:4 | 92:24 | 11:12 25:25 |
| ——————— | 15:24 16:5 | 92:14,15 | **food** | **foundation** |
| **F** | 18:13 43:9 | 102:18 | 26:4 | 69:15 |
| **face** | 88:8 111:10 | 103:1 | **force** | **four** |
| 47:7 | 117:24 | 116:21 | 4:17 | 7:22 18:4,20 |
| **fact** | 122:24 | 119:9 120:5 | **forever** | 21:6 59:24 |
| 16:1 17:23 | 123:3,4,5,6 | 120:8 | 92:9 | 103:1 |
| 18:17 39:16 | **fewer** | 123:14 | **forged** | **FQHC** |
| 46:15 47:24 | 16:1 | **fix** | 75:16 | 22:5 |
| 52:9 54:11 | **fighting** | 119:24 | **forgery** | **frame** |
| 54:12 60:7 | 66:10,11 | **flags** | 75:18 | 86:9 |
| 65:16 75:23 | **figure** | 14:24 | **forgot** | **frankly** |
| 77:17 78:17 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211447

USA_00023586

HB 1706 House Calendar 2nd Read                    May 2, 2010

                                                              141

| | | | | |
|---|---|---|---|---|
| 89:13 | 67:25 115:23 | 69:3 76:5,8 | 19:20 27:22 | 38:13 40:7 |
| **fraud** | **fundraising** | 85:9,12 | **go** | 41:1 44:22 |
| 7:23 9:24 | 110:9,23,25 | 89:1 90:5 | 4:7,9 8:10 | 45:16 57:4 |
| 10:3 13:11 | **funds** | 103:11 | 8:12 12:8 | 63:1 64:21 |
| 14:11 16:4 | 16:25 17:2 | 122:15,18 | 14:21 23:1 | 64:23,24 |
| 20:7 38:11 | 111:12 | 122:19 | 23:18 24:16 | 65:2,3,4,6 |
| 59:11 63:12 | **furnish** | **gentleman's** | 25:6,25 | 65:8 67:2,8 |
| 75:14,15,23 | 4:18 65:10 | 52:13 91:6 | 35:17 42:4 | 68:14,15,19 |
| 75:23,24 | **further** | **gentlemen** | 50:2 55:9 | 72:10 75:8 |
| 76:21,25 | 35:17 75:13 | 80:7 89:4 | 58:12 61:6 | 81:8 83:6 |
| 77:2,6,15 | 86:8 87:24 | 90:3 106:25 | 62:18 63:25 | 85:19,21,21 |
| 77:16 78:15 | 107:7,22 | **gentlewoman** | 68:13 69:15 | 85:22,25 |
| 101:20 | 129:18,21 | 6:22 | 70:22 81:11 | 86:1,16,18 |
| 102:24 | | **Georgia** | 81:23 83:2 | 86:18,20,21 |
| 103:17,21 | ___G___ | 11:17 77:19 | 84:2,15 | 89:7 90:23 |
| 103:24 | **gallery** | 78:9 | 86:5 87:3 | 91:11,12 |
| **fraudulent** | 13:2 114:24 | **Georgia's** | 87:24 89:8 | 92:21,22,22 |
| 75:20 104:10 | **gang-bangers** | 11:6 | 92:16 93:4 | 92:23 93:13 |
| 107:17 | 98:12 | **getting** | 94:2,19 | 94:9 95:23 |
| **fraudulently** | **Garcia** | 5:7,8 12:11 | 104:1 105:4 | 96:20 98:12 |
| 19:18 63:19 | 80:6 | 20:6 37:2 | 114:2,3 | 99:5 101:18 |
| **free** | **Garnet** | 37:14,15 | 117:15,23 | 102:5,15 |
| 6:13,15 12:3 | 84:4 94:1 | **ghost** | 118:1,2,11 | 103:1 106:6 |
| 12:18,19 | **gas** | 78:20 | 118:12 | 106:7,11 |
| 19:23 20:2 | 7:8 8:9 85:1 | **Giddings** | 119:9,24 | 114:12 |
| 37:22 39:16 | **gate** | 38:20,22 | 121:25 | 117:16,16 |
| 45:23 46:5 | 98:6 | 39:2,14,15 | 123:11,11 | 117:21 |
| **freedom** | **general** | 39:24 40:14 | 123:23 | 118:1,1,4 |
| 67:5 | 106:14 | 40:25 41:6 | 127:13 | 118:15,16 |
| **frequently** | **generally** | 46:25 47:2 | **goal** | 118:18,19 |
| 6:2 | 42:10 85:2 | 47:4,12,15 | 50:11 67:4 | 118:20 |
| **freshman** | **Generals** | 47:18,23 | 110:9 | 122:21 |
| 67:17 | 129:16 | 48:5 | **goes** | 123:3,4,6 |
| **Friday** | **General's** | **give** | 13:17,21 | 123:14 |
| 58:12 | 127:12 129:9 | 32:4 44:18 | 15:22 26:24 | **good** |
| **friends** | **generation** | 63:4 81:8 | 34:15 37:7 | 2:21,22 3:10 |
| 4:8 | 23:20 24:25 | 113:1 | 84:23 95:3 | 30:18 39:4 |
| **front** | 25:6 32:1 | 114:16,16 | 97:11 | 41:3 48:20 |
| 41:21 74:8 | **gentle** | 114:25 | 101:14 | 58:15,22 |
| 95:4 117:21 | 20:18 30:24 | 117:8 | 112:17 | 62:16 64:9 |
| 117:22 | 32:10 33:15 | **given** | 116:20 | 65:13 68:21 |
| **fully** | 38:22 41:10 | 5:23 6:3 | **going** | 70:4,9 75:1 |
| 97:12 | 46:25 57:16 | 19:23 32:2 | 7:5 16:14 | 82:20,23 |
| **fund** | 108:3 116:9 | 115:15 | 17:24 18:1 | 83:23 84:12 |
| 16:23 | 119:3 120:1 | **gives** | 19:15 23:9 | 87:22,22,23 |
| **fundamental** | **gentleman** | 97:16 103:3 | 23:10 25:3 | 87:24,25 |
| 38:15 | 65:25 67:14 | 106:19 | 26:20 27:11 | 88:21 89:7 |
| **funding** | | **glad** | 27:12 38:12 | 89:18,19,21 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211448

USA_00023587

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 61 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 123 of 362

HB 1706 House Calendar 2nd Read                 May 2, 2010

142

101:19
114:15
121:12
124:9
**gotten**
72:3
**government**
4:20 5:16
23:22 35:19
46:19 56:16
56:17 83:1
83:4,6 98:3
**governmental**
22:4 55:8
56:11
**governor**
77:24 107:20
**graders**
114:22
**grandchil...**
58:13
**granted**
62:4 79:16
128:1
**grave**
51:7,8
**great**
17:21 18:2
40:7 67:11
**grew**
97:25
**groceries**
23:2
**grocery**
22:25
**ground**
121:4
**group**
81:18 114:22
**groups**
63:6,6,7
**guarantee**
68:5 110:18
**guarantees**
110:19,20,21
111:1
**guess**

45:2 89:11
96:20 97:16

**H**

**habit**
87:1 95:20
**Haggerty**
100:11
**half**
3:2
**handicap**
123:7
**handicapped**
123:10,13
**handout**
2:11
**happen**
37:1 41:1
57:25 84:17
85:25 86:2
98:9 112:2
**happened**
77:6
**happening**
57:7
**happens**
8:8
**happy**
2:16 66:6
68:3 89:3
96:1
**hard**
9:5 40:21
44:18 47:19
123:8
**harder**
66:13,19
**hardship**
117:17
**Hartnett**
114:20,21
**Harvard**
64:1,5
**HAVA**
35:13,16
38:5
**HB**

1:7 2:1 4:16
100:11
129:6
**HCR**
70:16
**health**
22:5 24:22
**hear**
10:2 11:5
35:20 63:10
63:11
129:12
**heard**
10:16 63:5,6
63:6,7,13
63:21 76:16
76:17,18
77:1,1,2,4
77:5 86:13
102:25
111:5 119:8
123:17
124:3,4
**hearing**
43:23 81:1
82:13 83:13
**hearings**
8:2
**hears**
101:5 126:2
126:9 127:2
127:17
**hearts**
65:21
**heated**
47:8
**heavily**
75:25
**Hector**
80:6
**Hello**
4:10 9:13
**help**
12:22 13:14
13:21 15:7
62:17,20
74:13,19,21
74:24 75:10

79:5 80:9
88:8
**helping**
75:2
**herring**
75:21
**Hey**
112:19
**high**
22:19,20
**higher**
66:17 115:23
**highest**
46:18
**highlight**
65:15
**highlights**
2:12
**hinder**
38:14
**hindrance**
88:10
**Historically**
5:25
**history**
60:6
**hit**
89:11
**Hochberg**
101:9,11
102:11
103:12,14
104:15
105:10,17
119:2,5
**HOCHBURG**
101:12
102:12
103:9,13,18
103:22,25
104:5,8,11
104:16
118:24
119:3,7,12
119:20,23
**Hochburg's**
102:8

**Hodge**
65:23,24,25
66:4,5,24
66:25
**hold**
18:15 67:6
103:19
**home**
45:7,8
**homeless**
11:20,22
12:8,14,20
**honestly**
102:13
**honorable**
39:5 41:3
**hope**
15:2 74:8
97:3
**hopefully**
118:22
**hoping**
81:9 83:8
**Hopson**
126:13,14,15
126:16,25
**hospital**
24:21
**hours**
37:17
**house**
1:7 2:5 13:2
29:9 70:11
70:14 84:19
86:8 91:2
97:1,16
99:21 100:6
100:9
127:22
128:4 129:6
**houses**
107:19
**housing**
22:19,20
**Houston**
64:2 92:7
**HRO**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211449

USA_00023588

HB 1706 House Calendar 2nd Read                          May 2, 2010

143

| | | | | |
|---|---|---|---|---|
| 33:23 34:2<br>35:1,2,14<br>38:3<br>**huge**<br>16:19 23:21<br>54:1 93:18<br>**hundreds**<br>11:9 26:8<br>56:22<br>116:25<br>117:2<br>**hunting**<br>55:13<br>**hurdle**<br>95:3,12<br>**hurt**<br>74:23 106:6<br>106:7<br>**hurting**<br>66:18<br><br>**I**<br><br>**ID**<br>5:1,2,16 6:1<br>6:11,12 7:5<br>7:8,13 8:8<br>8:17,18,19<br>10:19,19<br>11:25 12:1<br>12:9,12,16<br>12:17,22<br>13:13,16<br>15:6,9<br>16:20 18:18<br>18:19 20:1<br>21:14 22:12<br>23:4,5,17<br>24:8,9<br>25:12,12,15<br>26:18 27:13<br>28:4 29:19<br>30:3,11,16<br>32:22,23<br>35:19,23,25<br>36:4,13,17<br>37:10,13,15<br>40:20 43:11<br>45:22 54:24 | 54:25 56:1<br>56:7,7<br>59:22,23<br>60:22 64:5<br>65:3,17,19<br>66:16 68:10<br>68:17 71:21<br>71:24,25<br>72:11,18<br>73:4,4,6,7<br>73:13,15,16<br>73:22,23<br>82:5,6,21<br>82:24 83:1<br>83:2,3,6,21<br>84:6,6,13<br>84:15,22,24<br>85:24 86:2<br>86:7 87:1<br>87:25 88:13<br>88:19 90:14<br>90:15 91:1<br>92:9,13,20<br>94:18,21<br>95:13,14,19<br>98:19<br>101:18<br>102:4<br>104:21,21<br>112:21<br>113:21<br>114:18<br>116:21<br>117:22<br>118:3,6,7<br>118:17,18<br>123:19<br>124:1<br>126:22,23<br>**idea**<br>37:12 48:18<br>68:9 88:7<br>**identifiable**<br>14:25<br>**identific...**<br>2:2,6 5:3,15<br>5:21 12:13<br>16:14 21:7 | 22:3 25:11<br>26:23,25<br>35:9 37:20<br>39:17 40:17<br>41:16,23<br>58:18 64:20<br>65:13 82:3<br>84:25 87:14<br>90:11 93:19<br>96:13,17<br>100:19,25<br>101:1,24<br>118:11<br>119:9 124:2<br>**identific...**<br>18:20<br>**identified**<br>11:7 14:23<br>**identity**<br>4:20 59:14<br>62:25 82:7<br>83:7<br>**IDs**<br>19:23 22:22<br>36:21 46:4<br>56:12 82:2<br>125:9<br>**ID's**<br>6:3,3 8:9<br>32:21<br>**II**<br>34:18,20<br>**illegal**<br>54:5<br>**illegally**<br>75:17<br>**immediately**<br>11:8 106:10<br>**immigrants**<br>23:19,20<br>24:25 26:5<br>26:5<br>**impact**<br>5:22 106:21<br>120:16<br>**impacted**<br>111:6,8,23<br>112:5 | **impacts**<br>112:8<br>**implement...**<br>107:8,16,22<br>122:4<br>**implemented**<br>16:13 121:18<br>**importance**<br>16:11<br>**important**<br>9:24 16:8<br>20:15 30:15<br>31:5 36:23<br>66:9 85:14<br>**impose**<br>4:16 6:7<br>**impressed**<br>122:3<br>**improve**<br>17:3 62:17<br>62:19,20<br>79:5<br>**Inaudible**<br>69:8 92:1<br>**incident**<br>17:16<br>**include**<br>21:9 22:5<br>**includes**<br>34:17<br>**including**<br>5:15<br>**inclusion**<br>14:8 15:24<br>16:5<br>**inclusive**<br>14:12<br>**inconsistent**<br>35:15,18<br>**inconvenient**<br>52:10<br>**increases**<br>113:22<br>**indelible**<br>67:21 69:10<br>69:23,25<br>**individuals** | 89:7 117:25<br>122:1<br>**ineligible**<br>60:8<br>**infamous**<br>49:6<br>**inform**<br>70:14 100:9<br>**information**<br>6:18 24:1,5<br>60:2 93:11<br>98:15<br>111:20<br>112:19<br>**informed**<br>82:8<br>**ink**<br>67:21 69:10<br>69:23,25<br>**inner**<br>3:1 5:6,11<br>**insert**<br>80:17<br>**inserting**<br>80:19<br>**instances**<br>7:25 8:23<br>9:11,23<br>115:21<br>**integrity**<br>2:7 14:15<br>16:9 44:9<br>46:17 57:22<br>61:2<br>**intensive**<br>26:3<br>**intent**<br>38:10 59:9<br>70:21 74:1<br>74:1 87:17<br>87:20<br>**intention**<br>39:4 82:1<br>**intentions**<br>39:6 40:2<br>41:2<br>**interaction**<br>4:7 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211450

USA_00023589

HB 1706 House Calendar 2nd Read                    May 2, 2010

144

interest
13:9
interested
129:22
interesting
10:13 75:3
  76:23 89:17
internati...
69:15
Internet
45:7 47:25
interpret
27:11,12
  35:3
interpret...
27:17
intimidate
57:14
intimidated
58:24 98:11
  98:14
intimidating
50:22 57:8
intimidation
23:11 60:12
  98:10
introduce
80:4
invalid
88:22 123:19
invalidates
62:22
involved
13:7
in-state
82:6
Iraq
66:11,12,15
  66:15,20
  67:3,19
  68:8,10,11
  69:16
ironic
67:2
issue
20:15 29:18
  31:5 71:2

94:17 98:14
99:6,7
103:24
issued
6:15 12:16
20:2 21:8
21:11,14
22:3,8
35:19 59:23
83:1,4,6
100:20,24
issues
6:11 117:14
items
60:1
Ivy
64:1
I's
62:8 79:23
99:19
105:21
113:11
124:24
128:3

___ J ___
Jackson
28:19,20,23
29:4,8,12
29:16,17,22
30:1,6,9,14
30:18,20
44:16
job
82:20 83:23
111:12
114:15
John
24:6
joined
13:24
judge
18:17 89:24
123:21
judges
18:7,7 27:10
27:10
115:16

jurisprud...
71:12
jurisprud...
73:18
Justice
107:5,9,18

___ K ___
Kaufman
20:11 30:23
30:24 91:5
keep
72:15 74:21
93:7 124:6
124:13
Kemple
70:16
Kerry
24:6
kidding
69:9 78:25
kids
26:13,19
kind
4:9 86:14
kinds
26:18 40:25
58:4
knew
18:1 25:18
40:21
know
2:23,25 3:6
4:4,15 6:16
10:15,21
11:4,17
12:11 13:1
14:8,20
15:21 16:21
17:21 18:7
18:15,17
21:18 22:25
23:13 24:17
24:19,22
25:1,16,17
25:19,20
27:11 29:4
29:13,15

30:5,11
32:17 35:2
42:1,5,9
44:2 47:14
49:12,18,20
49:25 50:15
50:15 54:5
54:9,19
55:15 56:14
57:25 58:11
63:20,23
64:10,25
65:1,2,20
65:21 66:10
66:13 67:22
67:24 68:5
68:7,10,11
68:19 69:12
69:14,18,21
70:20 75:19
75:19 77:6
77:6 79:2
84:19,20
89:12 90:14
90:18 91:18
94:13 95:1
95:14 97:19
97:25 98:4
98:7 103:1
104:8 108:7
108:11
109:20
110:6,22
112:6,8
114:10,11
117:22
119:1
120:20
122:3 123:8
123:15
knowing
117:25
118:13
known
18:14 110:22
knows
89:24 123:21

___ L ___
labor
26:3
lack
63:23 98:25
ladies
80:7 114:5,5
lady
2:17,20 9:15
9:18 17:12
17:14 18:18
19:9,11
21:2 28:20
28:22 32:10
32:13 33:15
33:19 38:22
39:1 41:10
41:13 42:24
43:18,21
46:25 47:3
48:11 57:16
57:19 59:16
60:16,18
71:6,10
108:3,6
109:3 116:5
116:11
119:3,6
120:1,3
lady's
20:12,15,18
30:24 42:13
52:16
laid
83:24
language
80:17 88:17
90:13 97:8
125:20,21
large
53:18 92:24
laundry
75:17
law
2:13 7:3
25:10 60:9
60:11,22
63:22 72:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211451

USA_00023590

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 64 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 126 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010

145

```
90:19,20          64:1,1            56:12 65:16       locations         49:15 68:11
92:17 96:18       89:12             72:10,19          93:3              71:23 97:17
97:6,12           114:25            73:17,23          logic             99:5 108:22
107:20            116:23            74:7 75:17        89:21             low
109:9             117:5             87:5,7,11         logistics         115:18
112:22            level             87:11 91:19       95:23             lower
115:12            3:17 98:8         94:4 102:3        long              104:1
116:2 120:8       liberal           102:7             5:17 19:3         lowest
121:18,19         5:17 102:3        123:22            37:8,13           81:18
127:12            library           125:9,9           47:16 48:21       lunch
laws              12:19 37:23       126:19,20         48:23 49:3        24:15
23:20 32:2        37:24 55:12       listen            56:12 57:2        Lynne
35:16 78:14       license           85:15            71:11 89:15       1:17 129:3
78:17             4:20 6:1,12       literally         100:22            130:4
110:13            22:15,25          92:16             102:3          ──────────────
lay               30:4,7,10         little            121:24                M
7:3 28:7          30:11 32:22       27:9 84:23        longer         M
league            55:14,16          98:2,4            10:20 27:21    1:17
64:1              56:9 59:23        113:2             73:10          Madam
leave             64:5 70:23        live              106:18         76:15 77:6
60:12             70:24 71:19       36:19 82:1        look           91:25 109:4
leaves            72:3 88:18        114:10            32:19,20        109:5
101:13            89:15,19          116:25            39:6,7 81:9    mail
legal             93:22 94:21       117:6,7           90:7 95:23     4:1 5:15,16
2:11 19:19        122:25            123:12            119:13,24       7:7 15:9,15
20:6 26:5,5       licenses          lived             looking        15:20 23:6
73:6,17           68:8              22:21             40:2 43:15     45:9 56:10
86:4 118:14       life              lives             75:4 96:5      57:3 84:18
legislation       23:2 24:10        32:1 42:6         103:2          mailed
6:6 11:23         48:15 49:10       67:3,7            looks          93:12
12:24 19:2        light             116:24            101:15         mail-in
26:4 32:17        84:17 85:1        living            loosely        13:16 120:9
50:17 51:4        86:14 87:2        11:14             63:13          main
74:3 106:8        94:22 95:20       lo                lose           124:8
107:19,22         likelihood        24:12             36:8           maintain
111:7             113:22            load              losing         14:15
legislative       likes             43:2              24:2,3 67:3    maintaining
17:4 97:4         43:12             local             67:7           16:9
legitimate        line              64:3 98:22        lost           majority
44:21             17:22 22:3        98:25 105:6       35:25 36:4     93:18
legitimately      27:15 40:15       105:7             36:24 91:22    making
68:22             40:18 71:11       location          94:12          50:4 74:18
letter            115:6             65:2 84:14        lot            74:22 79:6
3:22 4:15         116:15            85:17,22          2:23 13:8      79:7 102:7
86:14 87:17       119:13            91:21             16:13 32:18    man
let's             list              112:17            34:17 36:14    75:22
9:20 30:2         5:17 12:17        118:21            40:6 42:7      manage
47:7 59:11        28:4,8 46:6       125:8,8           44:2 49:15
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211452

USA_00023591

HB 1706 House Calendar 2nd Read                    May 2, 2010

146

| | | | | |
|---|---|---|---|---|
| 81:14 | 55:18,21 | 39:15 69:17 | mistaken | 57:4,11,12 |
| mandate | meet | message | 53:17,25 | mother |
| 116:1,4 | 11:23 73:18 | 70:11 | Mistakes | 32:18 |
| marker | 90:10 | messenger | 112:2 | mother's |
| 70:1 | meeting | 70:12 100:5 | misunders... | 51:7,8 |
| market | 96:13 | 100:7,8 | 2:10 | motion |
| 115:16 | member | met | mobile | 20:23 21:1 |
| Mary | 2:11 3:21 | 115:7 | 124:21 | 31:8 33:11 |
| 66:13 108:7 | 29:1,3 | metrics | modern | 59:5 61:24 |
| Massachus... | 31:25 48:8 | 63:14 | 4:16 | 62:2,9 66:7 |
| 64:4 70:22 | members | Mexican | modest | 74:9 79:12 |
| 70:24 71:1 | 2:5 5:22 | 23:19 50:11 | 46:17 | 79:13,23 |
| 71:13,19 | 20:22 27:4 | Mexico | mom | 96:21 99:3 |
| 72:3,4,12 | 27:5 28:25 | 24:7,7 | 32:19,19 | 99:8,19 |
| 72:14 | 29:5,9 | miles | moment | 105:9,14,22 |
| massive | 31:11,14,19 | 85:18 86:8 | 15:23 81:11 | 112:10 |
| 117:21 | 32:8 42:23 | 86:17 117:1 | 83:8 85:15 | 113:8,11 |
| matter | 51:3,14 | 117:3 | money | 124:24 |
| 93:8 98:2,23 | 59:9 61:23 | military | 49:15 50:5 | motivations |
| 113:25 | 62:16 63:11 | 37:10,13 | 68:2 109:16 | 109:7 |
| maximum | 70:20,22 | million | 109:23 | move |
| 115:13 | 74:13 79:4 | 5:22 27:5 | 110:17 | 6:7 33:7 |
| ma'am | 80:3,8,17 | 28:25 | 111:14 | 59:4 70:6 |
| 19:16 32:9 | 80:17 83:20 | millions | 113:3 | 74:6 91:12 |
| 32:15 38:21 | 88:16 95:10 | 110:3,3 | 115:19 | 101:21 |
| 47:11 48:25 | 99:3 100:18 | mind | 118:11 | 102:8 |
| mean | 101:12 | 74:21 | months | 106:22 |
| 5:9 27:21 | 102:2,13 | minds | 113:25 | 107:12,25 |
| 33:11 35:10 | 104:17 | 65:21 | Moreno | 113:3 116:5 |
| 42:1 45:1,6 | 105:14 | minimal | 48:6,7,8,12 | 121:13 |
| 74:14 78:22 | 106:4 | 46:17 | 48:14,17,19 | 126:24 |
| 93:6 | 112:14 | minimize | 48:21,25 | 127:20 |
| means | 113:4,17 | 112:24 | 49:2,5,9,12 | moved |
| 27:16 70:20 | 114:22,25 | minimum | 49:18,22 | 84:7 |
| measure | 115:4 | 125:10 | 50:1,9,18 | moves |
| 70:16 100:11 | 121:17 | minority | 51:3,5,13 | 20:17 59:6 |
| 114:14 | 124:21 | 32:3 51:3,13 | 51:16,21,24 | 62:1 74:10 |
| Medicaid | 125:7,19,24 | 108:12,23 | 52:1,5,8,15 | 79:11 99:11 |
| 12:15,16 | 126:6,16 | minute | 52:17,19,21 | 105:11 |
| 23:6,16 | 127:11,20 | 19:12 81:9 | 52:25 53:5 | 113:5 |
| 24:12,18,23 | 127:21,24 | 118:19 | 53:8,12,15 | 124:15 |
| 55:13,17 | membership | minutes | 53:17,19,21 | movie |
| 56:9 | 43:13 | 52:19,21 | 54:1,4,11 | 30:3 |
| medical | men | Missouri | 54:14,24 | multiple |
| 22:8 | 66:21 67:3 | 13:10 | 55:1,4,12 | 8:4 17:17 |
| Medicare | mention | Missouri's | 55:15,20,24 | municipal |
| 23:5 24:11 | 116:14 | 13:12 | 56:2,5,8,14 | 3:14 |
| 24:18 55:13 | mentioned | | 56:19 57:1 | Muskokeo |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008710

TX_00211453

USA_00023592

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 66 of 81

114:23

**N**

name
23:15 36:22
56:17 60:3
71:24 72:19
88:2 89:16
89:17 91:19
123:21
names
18:21
national
81:14
naturaliz...
51:23 53:8
53:13,23
54:5,7,15
naturalized
25:6,8
nature
14:11
Nay
20:24 79:20
105:12
127:23
Nays
124:24
Nay's
62:9 79:23
99:19
105:22
113:11
128:4
near
30:12
necessary
17:3 25:24
91:1 111:12
need
6:6,14 12:4
14:15,18
19:2 20:2
23:4,24
31:5 33:13
41:24 60:14
60:14,15
81:20,22

83:2 88:18
89:14 98:19
103:20
112:21
114:6
123:12
124:13
needed
91:16
needless
54:18
needs
9:11 106:12
110:17
negatively
5:21
negotiations
13:8
neither
60:1 129:18
nervous
98:2
never
5:5 24:9
49:9 51:9,9
53:22 98:11
124:3,4
new
6:7 7:2
16:16,21,25
23:18,19
24:7,7
58:13 70:10
90:17 93:10
93:12
110:12
112:16,23
113:21
114:13,18
newer
53:10
news
11:8 70:9
night
120:11,12
Nit
123:9,13
Nixon

20:19
non
5:1 90:17
non-photo
22:12 25:12
54:25 56:1
56:7,12
82:21 102:4
125:10
non-photos
10:19
non-provi...
8:11
note
68:1,1 105:6
105:7 123:1
notice
2:15 109:15
114:4
noticed
75:5
notification
118:17
notified
15:3
notify
16:20
November
111:16,18
null
120:17
nullifies
87:13
nullify
95:18
nullifying
84:23
number
21:7 36:22
59:23,25
121:12
nutrition
24:15

**O**

objection
20:18 31:8,9

31:12,13
42:18,19
52:23 57:6
80:25 82:12
83:12 101:5
126:1,8
127:2,17
objective
50:6
objects
20:19
obligations
14:3
observation
75:4 107:12
observer
69:16
obstacle
23:9,25,25
26:21
obstacles
24:24
obtain
12:20
occasion
40:18
occur
58:4 106:12
occurs
62:2 79:12
122:23
127:21
offer
64:22 68:5
75:18
103:16
offering
2:6
office
16:25 39:20
86:7 92:12
94:20
111:10
117:1
127:12
129:9,16
officers
98:6

official
4:19 56:10
126:21
officials
11:1 14:25
98:13 99:1
114:9
Oh
18:9,22
19:25 23:12
25:20 29:10
53:18 55:24
70:3 98:7
okay
21:13,18,22
21:23 22:9
24:7 26:2,3
26:5,9,17
27:10,19
28:1,12,18
31:11 33:1
33:3 34:14
37:12 54:3
54:10,13
55:2,2
72:23 73:25
76:19
110:16
116:23
117:5
old
10:15 25:1
26:11 31:24
48:17,19
68:16 97:18
older
5:9 33:6
41:16,22
42:3,4,11
60:7 114:5
121:20
Olivo
30:22 31:1,4
31:7,10
32:8,10,14
32:16,24
33:1,4 41:7
41:8,10,14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211454

USA_00023593

HB 1706 House Calendar 2nd Read                    May 2, 2010

148

| | | | | |
|---|---|---|---|---|
| 41:20 42:1 | 126:2 | 5:20 | passport | 47:8,10,12 |
| 42:15,17,20 | original | parents | 51:24,25 | 47:24 55:5 |
| 42:21 43:1 | 54:8,8 | 42:2,5,6 | 53:2,5 | 55:6,7 |
| 43:7,14 | ostensibly | 71:24 81:25 | 54:19 | 56:21 63:1 |
| once | 103:16 | part | passports | 63:5,19,23 |
| 14:5 67:23 | Otto | 25:9 32:2 | 4:20 | 64:14 65:9 |
| 69:11,24 | 67:12,13,14 | 33:6 34:15 | Patrick | 65:11,22 |
| 116:14 | 67:18,19 | 34:18,21 | 69:8 | 66:10,15 |
| ones | 68:7,14,22 | 35:14 65:21 | pause | 67:7 68:7 |
| 14:19 21:20 | 68:23 69:1 | 87:20 96:6 | 85:14 | 68:11,22 |
| 44:12 53:11 | ought | participate | pay | 69:10 74:17 |
| 105:1,1 | 14:8,12 16:5 | 3:3,13,15 | 12:4 102:20 | 74:25 75:3 |
| oneself | 39:9 72:17 | 16:2 81:17 | 115:13,15 | 75:6,8,11 |
| 45:2 | 119:23 | participa... | 115:20 | 77:3,4 |
| online | 124:7 | 3:17 14:9 | 116:3 | 78:12,14,20 |
| 37:16,19 | outcome | 17:6 | paycheck | 78:23 81:17 |
| open | 129:22 | particular | 56:16 | 85:2,16,18 |
| 43:12 | outside | 13:8,9 32:17 | paying | 86:16 87:12 |
| opinion | 73:16 125:8 | 39:8 43:4 | 115:16,18 | 89:21 93:3 |
| 121:18 | outspoken | particularly | payments | 93:7,8,18 |
| opportuni... | 13:13 | 41:5 81:15 | 115:18 | 98:10,14 |
| 38:5 75:18 | outward | parties | penalty | 99:6 102:20 |
| opportunity | 108:22 | 129:20 | 78:18 | 102:25 |
| 62:20,23 | out-of | parts | pending | 103:5 106:5 |
| oppose | 80:20 | 122:1,5 | 120:14 | 106:6,15,20 |
| 28:25 34:12 | out-of-state | party | people | 110:4 111:3 |
| opposed | 81:22 82:5 | 78:6 | 3:12 4:22 | 111:6,16,19 |
| 20:24 50:24 | overdue | Paso | 5:12 6:10 | 112:1,22,23 |
| 99:12 | 19:4 | 26:13 | 6:11 7:3 | 113:25 |
| 105:12 | overseas | pass | 8:3 10:12 | 117:17,17 |
| 113:6 | 120:9,20 | 17:4 | 10:16,20 | 117:20,22 |
| 124:16 | overturned | passage | 11:6,9,20 | 123:10 |
| 127:23 | 120:25 | 126:24 | 12:20 14:16 | people's |
| opposition | | 127:20,22 | 15:2 16:13 | 60:15 |
| 70:18 86:15 | ——— P ——— | passed | 17:25 18:14 | percent |
| 102:1 115:3 | page | 12:18,22 | 18:16 19:14 | 3:12 16:2 |
| order | 21:6 22:3 | 13:2 26:3 | 22:21 23:22 | 17:5 18:12 |
| 20:12,13 | 27:15 115:6 | 38:5 70:15 | 24:19,25 | 64:12,12,14 |
| 30:24 31:2 | 119:13 | 93:3 100:10 | 25:1,2 | 68:20 88:4 |
| 37:20 42:13 | paid | 128:4 | 26:11,15 | 121:8,10 |
| 42:13 52:13 | 115:23 | passes | 27:3,3 29:9 | percentage |
| 52:14 59:14 | paper | 60:9 85:19 | 30:15 32:18 | 3:15 64:10 |
| 66:16 78:19 | 72:25 73:4 | 107:19 | 38:14 39:25 | perfect |
| 84:11 91:6 | 84:25 124:2 | 116:20 | 40:3,7,10 | 24:19 36:18 |
| 91:7 102:17 | papers | passionate | 40:16 41:15 | 36:19 |
| 110:3 | 51:23 | 40:4 | 41:21 42:2 | period |
| 114:17 | paragraph | passionately | 42:7,10 | 37:8 120:5 |
| ordered | | 44:14 | 43:3 45:7 | perpetrated |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008712

TX_00211455

USA_00023594

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 68 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 130 of 362

HB 1706 House Calendar 2nd Read                      May 2, 2010

149

```
 20:7                27:13 32:23     118:13,17        18:13 27:10      39:25 73:21
person              35:19,22         123:20           27:17 29:22     possible
2:6 7:17            40:20 45:22     places            44:17 49:6       35:6 39:10
 10:18 11:13        46:1,4,5         28:8 44:12        49:7,8,13        114:7
 11:13,22           54:24 56:6        114:4 118:2      49:18,23        post
 12:8,14            65:3,13           121:21           50:2,5           11:6 125:8
 14:22 18:2         66:16 68:10     placing           75:19 97:17     posted
 21:9 22:4          68:17 73:4       66:17            104:6            28:10 92:24
 37:17 40:20        83:1,1,3,6      plan              110:12            93:16
 51:9,18            84:15,22,24      16:16            113:24            118:20
 54:18 56:11        85:24 86:2      plane            115:12           potentially
 59:22,25           86:7,25          123:24          polling           11:9
 61:19 65:1         88:18 92:19     play              4:7 13:17       powers
 72:19 75:15        94:21 102:4      24:4             28:8 44:2        46:19
 75:16 82:4         112:21          please            44:12 45:3      practical
 111:22             118:3,6          41:19 48:9       61:6 62:24       51:17 120:10
 116:24,24          125:9            74:9 79:9        64:4,22         precaution
 118:14            photograph        80:7,8           69:19 85:22      14:18
 122:24             100:20,24        91:23 92:3       91:20 92:6      precedence
 123:2,4,5         photographs       99:8 112:25      92:25 93:16      93:22
 123:13             21:20            114:24           93:23 98:22     precedent
personal           picking         plenty            98:25            95:15
32:22 59:24         17:24            72:11 118:16    112:17           precinct
personally         picture         pocket            118:12,20        84:3 89:12
47:9                7:8 8:8          84:20 95:22      121:21           89:24,24
persons             19:23 49:19    point             123:20           92:7 98:15
10:10,15            49:23,24         18:6 19:1        125:8,8          123:21
 77:4               53:3,6,9         20:11,12        polls             125:21
person's            55:9,12,21       30:24 42:12      16:14 18:1,8     126:19
21:8,20 60:2        55:23 56:3       42:13 52:12      25:4 40:21      precincts
 72:19              58:20 84:6       52:13 75:13      45:17 48:2       8:5
 100:20             84:6 90:14       76:23 85:25     106:15           prefer
 118:13             92:9 95:14       91:5,6 94:8     pool              4:6
phone               95:19 124:1      96:22 97:16      84:7,9          prerequisite
8:9 84:18          piece             125:10,11       poor             4:21
 85:1 87:1          65:3 106:7       125:22          5:6,11,14       prescribed
 94:22 95:21       pieces          pointed          portion           91:2
photo               7:7              46:12            34:5            prescribes
5:1,2 6:1,3        place           pointing         portions          13:15
 6:3,11,12          4:7 8:25         96:23            12:23 34:8,9    presence
 10:19 11:25        13:17 16:20    policy            34:12 90:21      99:21
 12:1,9,12          61:6 62:24       78:8 87:18      position         present
 13:16 15:6         64:4,22        political         29:13 74:22      2:2 23:23
 15:9 20:1          66:20 69:19      115:14 116:5    positively       25:2 31:21
 21:8,14,21         78:23 92:7      politics         112:4            40:19 41:16
 22:12,22           92:25 93:16      51:6            possession        59:13 65:12
 23:4,5 24:8        93:23 98:22     poll             54:6             65:19 85:22
 24:9 25:12         98:25 114:2      4:17 6:8,10     possibility
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008713

TX_00211456

USA_00023595

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 69 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 131 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010

150

86:7 102:17
**presented**
63:14,14,15
63:15 65:17
92:13 97:24
**presenting**
72:20 73:15
**presents**
28:15 64:4
75:18
126:17
**preserve**
2:7 122:6
**president**
80:5
**presumed**
101:19
**presumption**
87:21,22
88:12
101:16,22
101:23
**pretty**
13:4 97:18
**prevails**
62:9 79:23
99:19
105:22
113:11
124:25
**prevent**
57:24
**previous**
94:3
**previously**
44:16 116:2
**pre-clear**
107:18
**pre-cleared**
107:4
**primaries**
3:7
**primarily**
80:20
**primary**
3:2,13
115:17,25

**printed**
8:24
**printing**
89:9
**private**
10:22 16:25
17:2 109:17
113:3
115:22
**privately**
110:18
**prize**
23:13
**probably**
57:25 70:24
72:4,6
76:23 83:5
86:15 96:20
117:15
**problem**
9:21 14:9,10
36:5,10,20
37:6 57:8
69:25 71:2
71:17 96:23
97:1 105:2
105:2,3
**procedures**
14:13 110:12
**proceeding**
129:21
**process**
2:8 3:18
14:15,23
57:7 61:2
61:20
102:20
104:12
106:16
120:15
**program**
16:19 24:15
**programs**
111:10
**prohibit**
38:14
**promote**
66:17,21

**proof**
2:2,6 59:14
62:24 63:15
63:18
100:25
**proper**
35:9 101:23
**properly**
113:23
**proposed**
2:12
**Proposition**
23:21
**protect**
57:21 60:15
69:24
**proud**
88:8
**prove**
19:14 51:18
51:20 73:7
**proved**
63:12 104:24
**proven**
87:22,23
**proves**
72:25
**provide**
2:5 24:5
119:9
**provided**
2:11 28:14
38:6 61:1
**provides**
6:13 60:22
**proving**
53:1 54:23
82:6
**provision**
7:1 8:6
19:23 45:12
94:17
**provisional**
7:2,4,9,15
8:10,21,24
27:19,20
28:14 64:8

64:10,12,15
65:5,8
68:20 83:22
84:7,8,9,9
86:3,3,21
88:5,19,21
90:9,13,15
90:25 91:14
92:11,11
96:7,12,25
101:15,17
102:22
104:13
115:8
116:16,19
116:22
119:15
120:4,21
121:1,2
122:22
123:23
**provision...**
27:25 104:22
**provisionals**
103:4
**provisions**
37:2 83:21
116:19
**prowess**
110:25
**public**
22:18,19
39:20 59:24
80:18
**publicized**
92:21
**pull**
64:23
**pulling**
18:18
**punish**
78:14,19,23
**purchase**
4:18
**purchasing**
5:4
**purple**
67:21

**purpose**
6:21 9:14
17:11 19:8
28:19 32:9
33:7 38:21
41:9 46:24
48:7 59:17
65:24 67:13
69:2 71:5
72:18 73:1
76:2 82:2,3
85:8 88:25
95:24 100:4
103:10
108:2 119:2
122:14
**purposes**
74:2 82:2,6
82:24
120:11
**purse**
18:21 36:16
**put**
13:25 15:5
26:20 33:23
95:3 98:12
103:20
123:22
**puts**
24:24
**putting**
98:5 104:15
**puzzled**
43:23
**p.m**
75:4,7

------

**Q**

**qualified**
18:16 22:5
27:3 51:9
**qualifying**
29:23
**qualities**
74:15
**question**
15:23,25
16:12 32:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211457

USA_00023596

HB 1706 House Calendar 2nd Read            May 2, 2010

151

```
33:16,17,22      52:12 109:17     16:4 18:2        62:13 70:17      registrar
37:5 42:11        110:17          47:5 62:16       74:11 80:14      86:6
47:6 50:3         111:14          62:18,19,19      81:5 82:17       registration
60:18 62:1       raises           65:14,15         83:17 91:8       7:6,14 8:5
63:16 66:1       20:11 30:24      74:13 82:19      95:7 100:15      10:11,23
66:3 67:1,8       42:12 91:5      85:14 89:17      101:10,25        12:9 17:25
67:15 69:4       raising          95:3 97:7        102:10           31:21 40:19
71:7,8           109:23           98:19,21         106:1            58:17 59:13
79:11 85:6       Ramond           102:13           107:13           61:16 62:24
92:3 93:21       80:13            104:16,18        113:15           64:23 65:11
106:25           ranks            112:23           114:19           65:19 68:18
122:16           108:23           121:24           115:2            70:1,4,25
127:21           rate             122:3 123:8      121:15           71:17 72:5
questions        81:18            reason           125:4,16         72:13 81:14
2:16,25 9:16     Raymond          50:1,5,18,23     126:3,15         81:16 84:1
 17:8 21:6       80:15,16,23      55:10 83:2       127:7,9,19       84:2,4,16
 43:23,25        read             83:22 95:10      recommended      85:23 86:5
 44:20,22        1:7 18:11        95:15 97:4       6:2              86:19,25
 48:15 50:13      31:13 33:23     101:17,20        record           87:15 88:1
 51:17 66:5       34:14,18,21     103:20           36:23 62:3,3     88:13 89:6
 66:23 95:11      35:14 49:5      107:16           68:23,24,24      89:14,20
quick             62:10 79:24     116:8            75:24 79:15      91:20 92:10
66:2,5 92:2       80:12 81:2      124:13           99:13            93:12,23
Quiet             82:14 83:14     reasonable       105:13           94:10,19
108:20            96:11           107:11 111:2     113:7            95:13,15
quietly           100:13          reasons          124:17           106:17
108:18            101:7           47:8 86:15       127:25,25        112:20
quite             105:23          recall           red              117:25
39:13 56:12       113:12          76:19            75:21            118:9
 74:7,14          125:2,14        receipt          redeeming        123:21
 77:13 78:16      126:11          37:15            74:15            124:9
 78:17 89:13      127:5 129:7     receive          refer            126:18
 106:20          reading          23:6 115:12      27:14 115:6      130:5
 109:25          97:3,5           120:9            regardless       regular
 117:11          reads            received         17:4             44:5 57:5
                 34:19            3:21 120:22      regards           64:20
      R          ready            receiving        60:20            regularly
race             65:1 86:20       12:14            register         64:7 65:4
11:4 77:3         112:23          recognition      59:21 69:19      106:18
 99:7            real             80:1 114:20      registered       related
radio            26:14 42:2       recognize        14:4 64:2        34:8 109:6
93:15             66:5 75:21      106:10           113:23           129:19
raise            realize          114:22           126:18,19       relates
17:2 20:20       38:7 121:7       recognized       126:20          39:6,8 47:23
 76:22           realizing        66:10 80:8       registering      relating
 111:11          40:1             recognizes       4:21 12:7       2:1
 113:2           really          2:3 31:17        registrant       relationship
raised           3:16 6:4         32:6 59:7        13:17            62:16
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008715

TX_00211458

USA_00023597

HB 1706 House Calendar 2nd Read                    May 2, 2010

152

| | | | | |
|---|---|---|---|---|
| **remain** | 19:3,5,7,9 | 37:21,24 | 53:19,20,21 | 77:8,10,11 |
| 115:18 | 19:10,13,16 | 38:2,3,8,10 | 53:24 54:1 | 77:13,15,16 |
| **remarkable** | 19:17,20,22 | 38:16,17,19 | 54:3,4,10 | 77:17,20,21 |
| 3:25 | 19:25 20:4 | 38:20,22,25 | 54:11,13,14 | 77:24 78:1 |
| **remember** | 20:9,14,20 | 39:2,12,15 | 54:20 55:1 | 78:4,5,7,13 |
| 35:13 49:8 | 21:3,11,13 | 39:22,24 | 55:2,4,11 | 78:16,22,24 |
| 58:1 92:20 | 21:16,18,22 | 40:12,14,23 | 55:15,18,20 | 78:25 79:1 |
| 98:5 | 21:23 22:1 | 40:25 41:6 | 55:22,24,25 | 79:2,4 80:2 |
| **rented** | 22:2,7,9,11 | 41:10,12,14 | 56:2,4,5,6 | 80:16 81:7 |
| 30:3 | 22:14,17,18 | 41:18,20,25 | 56:8,10,14 | 82:19 83:19 |
| **REP** | 22:23,24 | 42:1,15,20 | 56:15,19,25 | 85:5,6,7,9 |
| 2:4,17,19,21 | 23:3,8,12 | 43:1,5,7,9 | 57:1,3,4,11 | 85:11,13 |
| 2:22,23 3:4 | 23:18 25:5 | 43:14,17,18 | 57:12,13,16 | 86:1,9,11 |
| 3:6,10,11 | 25:16,18,19 | 43:20,22 | 57:18,20,23 | 86:13,23 |
| 3:19,20,24 | 25:20,21 | 44:7,8,10 | 57:24 58:2 | 87:5,6,8,10 |
| 4:4,12,14 | 26:6,7,16 | 44:11,15,19 | 58:3,6,8,10 | 87:16,19 |
| 4:23 5:5,7 | 26:17,22 | 44:25 45:1 | 58:11,15,16 | 88:3,6 89:1 |
| 5:8,13,19 | 27:2,7,8,14 | 45:5,6,8,10 | 58:19,20,22 | 89:3,5,11 |
| 6:9,16,20 | 27:19,20,22 | 45:11,13,15 | 58:23,25 | 90:2,4,7,12 |
| 6:22,24,25 | 27:24 28:1 | 45:16,20,21 | 59:1,3,8,16 | 90:22 91:3 |
| 7:10,12,16 | 28:3,6,10 | 45:24,25 | 59:18,21 | 91:10 92:1 |
| 7:19,24 8:6 | 28:12,16,18 | 46:2,3,6,8 | 60:16,17,20 | 92:4,5,14 |
| 8:16,20,22 | 28:20,21,23 | 46:11,14,20 | 60:25 61:1 | 92:15,18 |
| 9:1,3,5,7,8 | 29:2,4,6,8 | 46:22,23,25 | 61:4,5,8,9 | 93:1,5,6,14 |
| 9:10,15,17 | 29:10,12,15 | 47:2,4,11 | 61:12,13,17 | 93:20,24 |
| 9:19,22 | 29:17,20,22 | 47:12,14,15 | 61:18,20,21 | 94:2,5,7,11 |
| 10:2,4,6,8 | 29:25 30:1 | 47:17,18,21 | 61:23 62:15 | 94:14,24 |
| 10:21,24,25 | 30:5,6,8,9 | 47:23 48:4 | 65:23,25 | 95:1,5,9,25 |
| 11:2,3,16 | 30:13,14,17 | 48:5,6,8,10 | 66:4,25 | 96:3,5,9,10 |
| 11:19,21,22 | 30:18,20,22 | 48:12,13,14 | 67:10,12,14 | 96:15,16,19 |
| 11:24 12:1 | 31:1,4,10 | 48:16,17,18 | 67:17,19,24 | 96:20 97:3 |
| 12:3,6,10 | 31:19 32:8 | 48:19,20,21 | 68:7,9 69:1 | 97:9,10,15 |
| 12:21,25 | 32:10,12,14 | 48:23,25 | 69:3,6,8,12 | 97:19 98:20 |
| 13:1,3,4,6 | 32:15,16,23 | 49:1,2,4,5 | 69:14,17,18 | 98:23 |
| 13:7,19,20 | 33:1,3,4,5 | 49:7,9,11 | 69:21,22 | 100:17 |
| 13:23 14:2 | 33:9,10,12 | 49:12,17,18 | 70:3,5,6,19 | 101:12 |
| 14:6,7,14 | 33:13,15,18 | 49:20,22,25 | 71:4,6,9,11 | 102:2,12 |
| 14:20 15:1 | 33:20,21,25 | 50:1,8,9,15 | 71:15,18,20 | 103:8,9,11 |
| 15:8,11,12 | 34:1,3,4,6 | 50:18 51:1 | 71:23,25 | 103:13,14 |
| 15:13,14,16 | 34:7,9,11 | 51:5,11,13 | 72:1,6,7,9 | 103:18,19 |
| 15:18,21,23 | 34:13,14,22 | 51:15,16,20 | 72:16,21,23 | 103:22,23 |
| 16:7,12,17 | 34:25 35:2 | 51:21,22,24 | 73:2,3,9,11 | 103:25 |
| 16:22,24 | 35:5,8,12 | 51:25 52:1 | 73:12,14,21 | 104:3,5,6,8 |
| 17:7,9,10 | 35:17,20,22 | 52:4,5,7,8 | 73:25 74:4 | 104:9,11,14 |
| 17:12,13,15 | 35:24 36:1 | 52:15,19,21 | 74:5,6,12 | 104:16 |
| 17:18,20 | 36:3,6,8,12 | 52:25 53:4 | 76:1,4,5,7 | 106:3,24 |
| 18:9,11,22 | 36:14 37:1 | 53:5,7,8,10 | 76:9,11,12 | 107:1,3,6,7 |
| 18:23,25 | 37:4,7,9,11 | 53:12,14,15 | 76:14,16,17 | 107:11,15 |
| | 37:12,14,18 | 53:16,17,18 | 76:19,22 | 107:24,25 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008716

HB 1706 House Calendar 2nd Read                                          May 2, 2010

153

| | | | |
|---|---|---|---|
| 108:3,5,7,9 | report | 116:3 125:7 | 118:2 | 40:11 43:4 |
| 108:10,13 | 11:7 33:23 | required | responsible | 45:1,10,19 |
| 108:14,15 | 34:2 35:1 | 15:9 24:8 | 45:19 46:10 | 46:11 47:10 |
| 108:16,17 | Reporter | 25:8 72:8 | 46:12 | 47:13,16,17 |
| 108:19,20 | 129:3 | 72:10 83:23 | rest | 47:18 49:2 |
| 108:25 | reports | 83:24 91:15 | 96:16 | 49:9 50:6,7 |
| 109:1,2,4 | 5:10 11:8 | 113:20 | restores | 50:9 51:16 |
| 109:11,12 | represent | 124:2 | 96:17 | 51:21 52:1 |
| 109:13,15 | 2:25 29:14 | requirement | restrict | 52:25 53:12 |
| 109:18,20 | 29:15 64:19 | 11:23 12:7,9 | 70:21 | 54:4 55:1 |
| 109:22,24 | 85:16 | 12:22 16:16 | restricted | 60:5 61:4 |
| 110:1,2,6,8 | represent... | 16:21,23 | 74:23 | 63:8 64:21 |
| 110:10,11 | 28:23 29:17 | 26:10 27:6 | restriction | 67:6 68:25 |
| 110:14,16 | 30:1 32:14 | 32:20 82:22 | 68:25 | 71:19 81:19 |
| 110:21,24 | 33:21 34:15 | 84:5 91:1 | result | 86:17,22 |
| 111:8,14,18 | 35:5,18 | 96:13,13 | 38:12 40:6 | 89:12 91:16 |
| 111:19,21 | 36:10 37:10 | 104:20 | 64:9 66:22 | 91:18 93:5 |
| 111:22,25 | 38:17 39:13 | 113:22 | 68:3,21 | 94:12 97:5 |
| 112:3,6,13 | 40:8 41:1 | requirements | 70:4 75:1 | 97:9 101:18 |
| 113:17 | 41:15 44:16 | 4:2 5:21 | results | 103:18 |
| 114:21 | 47:6 63:17 | 13:14,15,18 | 39:7 40:2,3 | 106:6 |
| 115:4 116:7 | 63:20 80:3 | 13:21 14:1 | 41:4 | 118:14 |
| 116:9,10,12 | 81:8 84:21 | 16:15,20 | retain | 121:5,23 |
| 116:13,14 | 98:17 | 60:22 74:2 | 71:16 | 122:3 |
| 116:18,23 | representing | 82:4 90:11 | retired | rightfully |
| 117:2,5,7,9 | 5:12 | 96:18 | 4:18 | 47:22 |
| 117:10,12 | represents | 114:18 | returning | rights |
| 117:19,24 | 29:13 | 115:11 | 82:1 | 46:18 60:15 |
| 118:5,8,16 | Republican | 118:17 | returns | 122:4 |
| 118:24,25 | 78:6 | requires | 120:13 | rig-a-marole |
| 119:3,5,7 | REP.COLEMAN | 31:11 52:18 | review | 42:5 |
| 119:11,12 | 122:20 | 119:18 | 2:14 83:8 | ring |
| 119:19,20 | request | requiring | 84:10,12 | 62:4 79:16 |
| 119:21,23 | 31:4 42:15 | 2:2 | reviews | 99:13 |
| 120:1,2,4,7 | 105:8 129:8 | residence | 103:3 | 105:13 |
| 120:10,13 | requested | 71:13 73:18 | rid | 113:7 |
| 120:16,19 | 42:17 52:17 | residency | 20:6 | 124:18 |
| 120:24 | 62:3 79:15 | 60:4 73:19 | rides | 128:1 |
| 121:2,5,6,7 | 127:25 | 74:2 81:24 | 48:2 | ringing |
| 121:9,11,13 | requests | resonating | right | 62:5,7 79:17 |
| 121:17 | 31:7 | 65:22 | 3:19 5:24 | 79:19,21 |
| 122:13,15 | require | resources | 8:15 9:1 | 99:15 |
| 122:18 | 2:5 26:21 | 68:13,13 | 22:7,23 | 105:15,18 |
| 123:2,17 | 28:8 32:20 | respect | 23:3,13 | 105:20 |
| 124:3,6,11 | 32:21 67:25 | 27:4 31:25 | 26:6 29:25 | 113:9 |
| 125:6,18 | 90:25 104:3 | respectfully | 32:4,22 | 124:19,22 |
| 126:4,16 | 104:6 | 36:10 105:8 | 37:4 38:15 | 128:2 |
| 127:10,20 | 115:24 | respective | | rises |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211460

USA_00023599

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 73 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 135 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010

154

| | | | | |
|---|---|---|---|---|
| 22:19,20 | 8:7 27:1,15 | **Secretary's** | 3:3 4:6 5:25 | **sharing** |
| **road** | 65:10 71:12 | 110:25 | 6:8 18:8,9 | 19:1 |
| 105:4 | 82:5,25 | **Secretly** | 22:15,20 | **sheriff** |
| **Robinson** | 83:5 87:13 | 108:19 | 34:16 37:18 | 80:9 |
| 89:23 92:8 | 88:18 94:18 | **section** | 39:17 44:4 | **Sheriff's** |
| 97:21 | 96:11 | 28:13 29:18 | 44:17 47:25 | 80:5 |
| **Rock** | 100:19 | 96:10 97:7 | 48:2 121:20 | **shined** |
| 81:15 | 101:15,22 | 128:5 | **seniors** | 26:19 |
| **Rodriguez** | 103:5 106:9 | **sector** | 26:12 44:13 | **shining** |
| 1:17 129:3 | 106:21 | 10:22 | 44:21 63:2 | 26:13 |
| 130:4 | 107:9 | **security** | 63:6 64:18 | **shoes** |
| **roll** | 112:19 | 24:13,14 | 64:18 87:17 | 26:13,19 |
| 89:16,18 | 115:6 116:2 | 59:25 61:2 | **sense** | **shoot** |
| 94:4 | 118:10 | **see** | 63:5 105:8 | 78:21 |
| **rolls** | 119:13,15 | 15:21 23:24 | **sent** | **Shorthand** |
| 88:2 | 126:17 | 25:3 28:16 | 26:19 | 129:3 |
| **route** | 127:11 | 34:23 36:9 | **sentence** | **show** |
| 45:14 | **SB** | 46:20 55:5 | 5:20 97:11 | 5:3 7:11,13 |
| **rules** | 99:22,23,23 | 56:19 58:14 | 97:12 | 8:17,18 |
| 7:2 9:9 24:4 | 99:23,23,23 | 59:10 62:18 | **separate** | 10:18,18 |
| 93:10 | 99:23,23,24 | 107:8,16 | 104:22,23 | 15:2,6,9 |
| 112:16,23 | 99:24 | 119:14,24 | **September** | 25:11 26:25 |
| **run** | **SBR** | **seeing** | 106:10,13 | 30:4,7,10 |
| 24:21,21 | 99:22,22,22 | 4:8 | **serious** | 43:10,11 |
| **rural** | **scared** | **seeking** | 87:12 | 58:17 62:6 |
| 85:16 | 98:4 | 66:21 | **seriously** | 66:16 68:14 |
| | **scenario** | **seen** | 5:9,10 47:20 | 77:9,12 |
| **S** | 8:8 | 51:9 53:13 | 64:21 | 79:18,20 |
| **sadly** | **scenarios** | 53:22 | **serve** | 85:19 86:19 |
| 53:17 | 2:14 | **Senate** | 82:2 83:1 | 87:17,25 |
| **safeguard** | **school** | 70:9,11,14 | **service** | 90:14 91:15 |
| 91:16 93:25 | 3:8,14 26:20 | 70:14,15 | 18:3 | 91:18 93:24 |
| **safeguarded** | 64:1 81:11 | 100:6,9,9 | **services** | 94:20 99:16 |
| 9:25 | 81:23 | 100:10 | 32:2 130:6 | 99:17 103:6 |
| **safeguarding** | 114:23 | **Senator** | **serving** | 103:9 |
| 57:15 | **second** | 13:9,10 | 18:12 | 104:21,21 |
| **safeguards** | 90:7 96:10 | **sends** | **session** | 105:16,17 |
| 46:17 | 113:19 | 61:25 79:10 | 17:5 35:12 | 119:17 |
| **Safety** | **secret** | 80:23 82:10 | 38:6 93:2 | 123:18 |
| 39:20 59:24 | 108:20 | 83:10 99:10 | **set** | 124:20 |
| 80:18 | **Secretary** | 101:3 | 102:19 | **showed** |
| **sat** | 10:14 11:10 | 105:10 | 104:11 | 7:6 58:20 |
| 25:24 | 16:24 17:1 | 113:4 | 122:7 | 77:13 |
| **saying** | 63:17 | 124:14 | **sewage** | **showing** |
| 16:8 41:2,24 | 109:18 | 125:24 | 56:20 | 8:3 10:11 |
| **says** | 110:22 | 126:6,25 | **share** | 44:1 56:17 |
| 5:20 7:13 | 111:2,9,11 | 127:15 | 17:15 | **shown** |
| | 113:2 | **senior** | | 7:21 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008718

TX_00211461

USA_00023600

HB 1706 House Calendar 2nd Read                                        May 2, 2010

155

| | | | | |
|---|---|---|---|---|
| **shows** | 37:11 48:13 | 3:25 11:18 | 46:24 47:3 | 112:12,13 |
| 20:2 35:9 | 48:16 49:4 | **soon** | 48:6,7,11 | 113:4,10,15 |
| 42:10 94:3 | 49:7,11 | 113:24 | 52:12,15,17 | 113:17 |
| 116:21 | 50:8 51:21 | **sorry** | 52:20,22 | 114:19,21 |
| **shred** | 53:11 67:1 | 30:23 35:20 | 57:19 59:6 | 115:2,4 |
| 63:11 | 85:11 | 36:1 41:18 | 59:8,17,20 | 116:7,8,11 |
| **side** | 103:13 | 73:11 76:11 | 60:18 61:25 | 118:24 |
| 14:8,12 | 116:13 | 77:10 96:9 | 62:6,8,13 | 119:2,6 |
| 15:24 16:5 | **sisters** | 108:15 | 62:15 63:10 | 120:3 |
| 74:17,18 | 50:12,23 | 109:12 | 65:23,24 | 121:15,17 |
| 75:2 78:11 | **sit** | **sort** | 66:2,24,25 | 122:13,14 |
| 78:11 79:6 | 26:20 102:20 | 46:16 96:17 | 67:12,13,16 | 122:17,19 |
| **sign** | **site** | **sound** | 69:2,5 70:8 | 124:14,20 |
| 6:13 12:3 | 121:6 | 124:7 | 70:10,10,12 | 124:23 |
| 61:6 91:20 | **sitting** | **sources** | 70:13,17,19 | 125:4,6,13 |
| 108:14,16 | 84:8 | 109:17 | 71:4,5,8,10 | 125:16,18 |
| 123:22 | **situation** | **south** | 74:10,12 | 125:24 |
| **signature** | 7:20 11:18 | 69:9,22 | 76:1,2,6,8 | 126:6,14,16 |
| 61:14,15 | 24:6 88:9 | 114:24 | 79:4,10,15 | 126:25 |
| 72:23 | **six** | 122:1,6 | 79:18,20,22 | 127:7,10,15 |
| **signed** | 103:1 | **Spanish** | 80:2,11,14 | 127:21 |
| 107:20 | **size** | 24:10,17 | 80:16,23 | 128:3 |
| **significant** | 2:11 | 25:22 | 81:5,7 | **speaking** |
| 14:10 | **small** | 125:20 | 82:10,17 | 24:17 25:22 |
| **significa...** | 53:22 | **speak** | 83:10,17,19 | 32:24 |
| 12:23 | **smaller** | 24:11 32:25 | 85:5,7,8,10 | **special** |
| **signing** | 3:15 | 91:8 115:3 | 85:12 88:25 | 78:10 108:8 |
| 61:9 91:21 | **social** | **Speaker** | 89:2,4 90:2 | **specific** |
| 99:20 | 4:6 24:13,14 | 2:3,4,17,20 | 90:5 91:5 | 10:3,3 13:15 |
| **simple** | 59:24 | 6:21 9:14 | 91:10,25 | **specifically** |
| 31:23 100:18 | **software** | 9:18 17:10 | 92:2 95:7,9 | 103:24 |
| 106:4,20 | 14:23 | 17:11,14 | 95:24 96:2 | **spirit** |
| 112:14 | **sole** | 19:7,8,11 | 96:4 99:10 | 75:9,10 |
| 113:1 | 82:2,3 | 20:11,14,17 | 99:16,25 | **spoke** |
| **simpler** | **solve** | 20:22 21:3 | 100:2,3,7,8 | 21:24 28:6 |
| 105:4 | 9:21 18:23 | 28:19,22 | 100:12,15 | 113:18 |
| **simply** | 69:25 | 30:22,23 | 100:17 | **spoken** |
| 31:20 57:21 | **somebody** | 31:1,2,7,11 | 101:3,10,12 | 16:25 |
| 59:12 60:10 | 7:4 94:5,16 | 31:17,19 | 101:25 | **Sponsor** |
| 75:15 80:17 | 98:1,3 | 32:6,8,9,11 | 102:10,12 | 70:16 |
| 83:2 112:15 | 102:23 | 32:13 33:9 | 103:8,10,12 | **sponsored** |
| 125:7 | **somebody's** | 33:12,14,17 | 105:10,16 | 78:5 100:11 |
| 127:11 | 35:6 95:17 | 33:19 38:20 | 105:19,21 | **sponsors** |
| **single** | **someone's** | 38:21,24 | 106:1,3,23 | 78:8 |
| 11:11 | 84:23 95:17 | 39:1 41:7,8 | 106:24 | **spot** |
| **sir** | 95:19 | 41:11,13 | 107:13,15 | 32:1 104:23 |
| 11:2 29:2 | **somewhat** | 42:12,17,21 | 107:24 | **stain** |
| 30:8,13 | | 43:18,21 | 108:2,6 | 67:21 |
| | | | 109:1,3 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008719

TX_00211462

USA_00023601

Case 2:13-cv-00193   Document 664-14   Filed on 11/11/14 in TXSD   Page 75 of 81
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 157 of 362

HB 1706 House Calendar 2nd Read                     May 2, 2010
                                                              156

stand
79:5,6 80:8
114:24
standards
15:19 73:19
started
18:18 98:5
starting
106:9 112:20
state
8:2 9:23
10:10,14
11:6,10
13:11 16:22
17:1 22:4
34:19 42:7
50:4 56:22
60:6,7
63:12,19
66:19 73:5
73:16,23,24
74:5 77:18
77:22 78:10
79:9 80:19
80:21 81:11
81:23 83:4
83:5 109:19
110:22
113:2
115:18,19
121:24
129:2,4
stated
28:13 44:16
108:11
statement
35:16 36:25
56:16 59:25
60:3
states
13:24 35:15
66:19 68:12
78:2,3
115:9 122:2
124:5
125:20
state's
14:3 16:24

63:17 111:9
station
9:4 45:3
stations
44:2
statistic...
14:10
stay
90:20 112:25
steal
23:14
stick
74:8 91:23
stolen
14:16
stop
15:5 18:4
42:10 58:8
75:14,23,23
93:21
stopped
18:3
store
22:25
stories
8:3 10:16
story
19:1 63:24
Strama
9:14,15,19
9:22 10:2,6
10:21,25
11:3,19,22
12:1,6,21
13:1,4,7,20
14:2,7,14
14:20 15:8
15:12,14,18
15:23 16:12
16:18,22
17:7,9
59:16,17
60:16,19,20
61:1,5,9,13
61:18,21
69:2,3,6,8
69:14,18,22
70:5 71:3,4

71:5,6,9,11
71:18,23
72:1,7,16
72:22,23
73:3,11,14
73:25 74:5
81:4,6,7
82:10,16,18
82:19 83:10
90:2,6,7,22
95:24 96:4
96:5,10,16
96:20 97:9
97:15 98:20
strange
124:7
straw
75:22
Street
129:8,16
strength
65:18
strictures
103:20
strike
21:1 42:24
83:20 88:17
97:6,6
strikes
91:4
striking
97:7
stringent
13:25 78:17
strip
38:4
stronger
13:13
stuck
90:19
student
63:25,25
64:2,6,7
71:12,16
73:7,10,13
73:15,16
82:2,5,6
students

63:2,8 70:22
72:2 79:8
80:21 81:11
81:16,21,22
81:23
student's
73:5
study
11:4,4,15,16
63:13
113:25
subdivision
115:14
subdivisions
116:5
subject
27:16 84:10
84:12
subjected
23:20 26:10
submitted
129:14
subsection
115:7
substantial
2:15 106:11
109:25
substanti...
109:10
substantiate
16:4 63:15
substanti...
6:6
sudden
24:1,4
sufficient
73:7
suggest
44:24
suggested
109:16
suggests
4:16
suit
108:11
Suite
130:6

supply
59:22
support
20:6 50:16
68:6,25
69:25 70:1
79:9 108:12
108:20,21
supported
78:18
supportive
34:10 51:4
supports
34:5
suppose
4:12 47:5
supposed
88:15,16
89:13
sure
7:16 14:18
18:16 35:13
39:18 44:21
47:9 52:7
55:3 57:14
68:2 69:10
79:3 81:20
81:22 82:4
83:4 92:6
95:16,17
97:5 99:4
111:25
114:7,8,17
121:19,22
122:8,10,10
surprise
4:15 88:3,7
surprised
102:13
104:17
susceptible
60:12
sustained
20:13 31:3
42:14 52:14
91:7
swear
51:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008720

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 76 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 158 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010

157

swearing
51:8
swears
61:10
swipe
98:18
system
7:13 20:8
  44:18 88:20
  99:4

T

table
33:7,11 59:4
  59:5,6
  61:24 62:1
  62:2,9
  67:25 74:6
  74:9,10
  79:11,12,13
  79:23 91:12
  91:13,24
  95:6 96:21
  99:4,9,11
  99:19 102:8
  105:9,11,14
  105:22
  107:25
  112:11
  113:5,8,11
  116:5
  121:13
  124:15,21
  124:25
tag
102:22
take
3:5 4:1
  14:18 18:5
  25:7 37:13
  40:10,13
  41:24 43:2
  44:13 47:8
  47:19 49:20
  60:5 64:20
  66:5 68:3
  69:13 74:22
  81:9 85:21

90:8 91:14
93:22 94:7
98:11
104:19
105:3 110:2
115:13
116:24
117:22
123:10
taken
20:13 31:2
  42:14 52:14
  55:9,12
  70:14 91:7
  95:14 100:9
  102:7
  129:21
takes
8:25 46:8
  94:15 96:6
  113:24
talk
9:20 27:9
  66:8 114:11
  122:1
talked
63:9 114:10
talking
3:22 10:14
  26:11 34:16
  41:17 43:14
  43:25 49:14
  55:4 85:15
talks
113:18
taught
25:8
tax
4:17 6:8,10
  29:22 49:6
  49:7,8,19
  49:23 85:1
taxes
49:13 50:2,5
technicality
34:21 35:7
technology
10:23

tell
7:12 40:14
  40:24 42:9
  63:24 64:17
  65:20 97:20
  110:8,11
  114:11
  122:2
tengo
24:12,13
terms
40:3 44:3,12
  47:25 84:22
  88:10 89:21
  110:19
  112:24
  120:17
testified
28:24
testimony
10:3,9 63:5
  76:18
Texans
88:11
Texan's
68:25
Texas
5:22 11:17
  13:25 25:9
  28:25 34:19
  42:8 59:22
  62:20,23
  63:25 66:14
  66:19 71:13
  71:16 72:14
  73:6,17
  78:10 79:7
  81:13,24,25
  81:25 82:1
  92:7 111:13
  121:25
  122:4
  124:11,12
  129:2,4,9
  129:17
  130:4,7
thank
2:4 6:19,20

6:25 9:9,10
9:19,22
17:7,9
18:24,25
19:1,4,5
20:9 21:3,4
30:20 33:4
33:21 38:17
38:19 41:5
41:6 43:15
43:17,22
46:22,23
47:4 48:5
57:11,12
59:2,3,8
61:22,23
62:15 66:25
67:10 69:1
70:19 74:5
74:6,12
80:2,10,16
81:7 83:19
85:13 91:7
91:10 95:5
95:9 100:17
102:12
104:15,16
106:3
107:15
108:25
109:4,5
112:9,13
114:21,25
119:25
121:12,13
122:20
125:6,18
127:10
Thanks
124:10
themself
72:20
thing
18:6 25:3
  57:5,5
  75:13,14
  106:4,9
  123:18

things
12:15 24:20
  30:2 41:1
  56:20 58:4
  63:9 65:14
  66:8 87:2
  93:7 102:21
  112:2,8
  123:10
think
2:14 4:24
  6:4 9:24
  16:8,10,17
  16:18,19
  17:21 19:3
  20:4 23:12
  30:2,14
  35:3 36:4
  36:17,18,20
  37:19 39:5
  39:9,12,24
  40:3,6
  43:11 44:3
  44:15 47:20
  48:17,21
  49:24 50:11
  50:14 60:8
  64:9 66:9
  66:22 68:21
  69:17 70:3
  71:1 74:14
  74:14,16,25
  75:2,24
  78:8,9,20
  82:21,22
  85:2,4,14
  87:11,16,19
  87:20 93:8
  97:13,14,15
  104:18
  106:4 109:8
  109:13
  111:1,15,19
  111:22
  117:16
  119:12
  123:2,4,12
  123:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211464

USA_00023603

HB 1706 House Calendar 2nd Read                    May 2, 2010

158

| | | | | |
|---|---|---|---|---|
| 125:22 | 31:6,8 37:5 | 116:3 | 40:10 | 22:1,11 |
| 127:13 | 37:8 42:13 | 121:22 | **trying** | **ultimate** |
| **thinking** | 42:16,18,21 | 122:10 | 9:21 13:24 | 67:4 |
| 18:11 46:9 | 42:23,24 | **transcribed** | 15:5 17:22 | **ultimately** |
| **thinks** | 47:16 49:3 | 1:17 129:7 | 39:4 40:1 | 11:12 46:18 |
| 64:8 | 50:3 52:13 | 129:11 | 43:3,5 57:6 | **unable** |
| **Thompson** | 52:16,18,23 | **transcript** | 57:13,14,21 | 12:4 64:15 |
| 76:1,3,5,9 | 57:2 59:18 | 129:14 | 57:24 58:3 | **unanimous** |
| 76:12,16,19 | 59:19,20 | **transfers** | 58:8 59:10 | 31:12 52:18 |
| 77:8,11,15 | 66:6 80:22 | 46:19 | 66:17 78:21 | **underlying** |
| 77:17,21 | 86:9 91:6 | **transition** | 84:21 89:9 | 90:20 97:8 |
| 78:1,5,13 | 97:25,25 | 16:16 | 104:18 | **underpinn...** |
| 78:22,25 | 98:2 106:19 | **transport** | **Tuesday** | 109:6 |
| 79:2 107:24 | 111:2,16 | 45:2 | 123:1 | **understand** |
| 108:2,3,7,9 | 112:17 | **transport...** | **turned** | 4:25 5:13 |
| 108:10,14 | 113:2,25 | 37:25 39:19 | 48:19 113:23 | 38:10 39:22 |
| 108:16,19 | 114:16 | 45:18 | 115:5,9 | 52:22 53:10 |
| 108:21,25 | 120:23 | 117:14,18 | **turnout** | 55:1,7 |
| **thought** | **times** | **traveling** | 81:19 | 56:25 59:9 |
| 18:2 61:21 | 4:6 8:4 | 86:17 | **turn-out** | 84:21 90:22 |
| 70:25 | 17:17,24 | **TRAVIS** | 17:3 | 97:15 98:10 |
| 103:14 | 48:1 103:1 | 129:1 | **TV** | 106:16 |
| **thoughtful** | **tiny** | **trend** | 93:15 | 108:21 |
| 46:9,13 | 53:20 | 122:7 | **Twenty-one** | 129:12 |
| **thousands** | **today** | **trending** | 64:11,12 | **understan...** |
| 5:22 26:7,8 | 5:10,12 | 81:19 | **twice** | 57:21 |
| 65:7,7,7 | 17:22 63:21 | **tried** | 14:24 84:15 | **undocumented** |
| **three** | 68:19 77:1 | 37:9 44:23 | **two** | 16:3 |
| 17:23 18:4 | 116:19 | 44:25 | 5:1,22 7:7 | **undue** |
| 52:25 | **told** | **tries** | 8:8,19 | 43:10 |
| **throw** | 10:8 28:11 | 14:22 | 10:19 22:19 | **unfavorably** |
| 59:11 90:10 | 108:17 | **trip** | 23:4 25:12 | 3:22 |
| **throwing** | 109:19,22 | 95:12 102:16 | 28:24 29:11 | **unfortunate** |
| 34:20 | **touch** | **trouble** | 45:25 54:24 | 115:19 |
| **thrown** | 4:2 45:11 | 70:23 | 55:25 56:2 | **unfortuna...** |
| 34:24 35:7 | **train** | **troubling** | 56:7 60:1 | 112:2 |
| 63:12 104:9 | 110:12 | 55:5 | 66:8 73:4 | **unfunded** |
| 104:24 | 123:24 | **true** | 82:22 84:25 | 116:1,4 |
| **till** | **trained** | 4:13 19:17 | 92:20 118:6 | **union** |
| 84:13 | 75:19 113:20 | 38:2 107:4 | 124:1 | 21:9,13,14 |
| **time** | 114:1 | 107:18 | **type** | 21:14 |
| 4:10 9:6 | 115:22,24 | 116:18 | 5:4 25:13 | **United** |
| 13:16 15:11 | **training** | 117:12 | **types** | 66:19 68:12 |
| 15:12,17 | 98:8 99:1 | **trust** | 12:15 41:23 | 78:2 124:4 |
| 17:16 19:18 | 104:7 114:6 | 55:8,8 | 93:7 | **unquantified** |
| 20:12,15,18 | 114:17 | **try** | | 16:3 |
| 20:23 21:2 | 115:11,13 | 14:24 39:9 | ———— **U** ———— | **unreasonable** |
| 30:25 31:5 | 115:24 | | **uh-huh** | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211465

USA_00023604

HB 1706 House Calendar 2nd Read                    May 2, 2010

159

| | | | | |
|---|---|---|---|---|
| 30:15 109:8 | 118:7,8,9 | 5:23 | 72:12,20 | 11:10,13,14 |
| 109:14 | **value** | **volunteering** | 73:15,20 | 11:14 14:24 |
| **untrained** | 115:16 | 114:6 | 74:9,18,20 | 15:4 17:23 |
| 97:18 | **Veasey** | **volunteers** | 74:21,23,24 | 35:11 42:5 |
| **update** | 88:25 89:1,5 | 97:18 | 74:25 75:3 | 42:6 67:23 |
| 93:10 | 106:23,24 | **vote** | 75:10,11,16 | 77:3,5 |
| **upscale** | 107:3,7 | 2:6 8:13,18 | 79:6,7,8,12 | 79:22 94:3 |
| 40:15 | 113:14,16 | 9:25 10:1 | 79:13,14,15 | 99:18,18 |
| **Uresti** | 113:17 | 11:20 12:7 | 81:12,15,24 | 105:19 |
| 33:9,12,14 | 116:7,8,9 | 12:7,22 | 84:11,12 | 113:10 |
| 33:15,18,21 | 116:12,14 | 13:14,17,21 | 86:2,4,20 | 114:8 |
| 34:1,4,7,11 | 116:23 | 14:4,5,16 | 87:4,15,21 | 124:23,24 |
| 34:14,25 | 117:5,9,12 | 14:21,22,24 | 87:21,23,23 | 128:3 |
| 35:5,12,18 | 117:20,24 | 15:9 19:15 | 87:24,25,25 | **voter** |
| 35:20,24 | 118:8 | 19:18 20:21 | 88:8,12 | 2:2 5:21 7:6 |
| 36:3,8,14 | 121:16,17 | 20:23,24,24 | 89:8,22 | 7:14,23 8:4 |
| 37:4,9,12 | 122:17,18 | 20:25 23:13 | 90:25 91:11 | 9:24 10:3 |
| 37:18,24 | 122:21 | 23:14,18 | 91:13,17,18 | 10:11,22 |
| 38:3,10,17 | 123:2 124:3 | 25:10,23,23 | 91:24 92:16 | 13:11 14:4 |
| 38:19 80:1 | 124:11,14 | 26:2,25 | 94:12,13,22 | 14:9,11 |
| 80:2 | 124:21 | 27:13,24 | 95:6,17,18 | 16:4,19,23 |
| **urge** | **Veasey's** | 28:5,15 | 95:19,23 | 17:2,3,5,25 |
| 59:4 95:6 | 121:14 | 29:23 31:10 | 96:21 99:3 | 19:23 24:8 |
| 112:10 | **verbal** | 33:10,11 | 99:8,12,12 | 27:16,18,21 |
| **use** | 108:22 | 34:20,23 | 99:13 103:7 | 28:4 31:20 |
| 67:21 83:21 | **verification** | 35:6 37:6 | 104:13,22 | 31:21 38:11 |
| 84:22 | 61:15 | 39:10,13 | 105:9,12,12 | 40:16,19 |
| 122:22 | **verify** | 40:4,11,15 | 105:13 | 58:16 59:11 |
| **uses** | 59:14 61:18 | 40:17 41:24 | 106:7 | 59:12 60:23 |
| 16:25 | 102:22 | 42:20,22,23 | 111:23 | 60:23 61:15 |
| **usually** | 123:1 | 45:3,7,8,16 | 112:10 | 62:23 63:12 |
| 21:14 | **version** | 45:19 46:10 | 113:6,6,7 | 64:22 65:11 |
| **utility** | 4:17 | 46:16 47:24 | 114:14 | 65:19 68:18 |
| 56:15 | **veteran** | 51:10,10 | 116:24 | 70:1,4,25 |
| **utmost** | 34:21 35:18 | 57:15 58:12 | 117:13,15 | 72:5,13 |
| 16:10 17:5 | 35:22 | 58:21 59:5 | 118:3,10,14 | 76:25 77:2 |
| **U.S** | **Veterans** | 59:15,22 | 118:14,15 | 77:5 78:15 |
| 21:19 25:9 | 34:18 36:20 | 60:8,15 | 120:17 | 81:14,19 |
| 26:8 | 36:22 38:6 | 61:7,24 | 121:23,23 | 82:24 83:8 |
| | **vetoed** | 62:2,3,4 | 122:2,5,11 | 84:1,2,4,11 |
| **V** | 77:24 | 64:3,7,16 | 123:11,19 | 84:16 85:23 |
| **valid** | **virtually** | 64:21 65:1 | 123:22 | 86:5,6,6,19 |
| 21:7 45:25 | 3:21 | 65:4 66:14 | 124:1,10,16 | 86:24 87:3 |
| 54:8 65:13 | **Vo** | 66:14,16,20 | 124:16,17 | 88:1,13 |
| 82:6 83:1,7 | 76:21 | 67:6 68:4 | 127:23,24 | 89:6,14,18 |
| 88:21 | **void** | 68:19,25 | 127:25 | 89:19,20 |
| 101:24 | 120:17 | 69:10,19 | 128:1 | 90:14,16,18 |
| 117:25 | **voluntarily** | 71:14,15 | **voted** | 90:25 91:20 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008723

TX_00211466

USA_00023605

Case 2:13-cv-00193  Document 664-14  Filed on 11/11/14 in TXSD  Page 79 of 81
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 141 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010

                                                           160

| | | | | |
|---|---|---|---|---|
| 92:10 93:12 | 2:14 4:1 7:2 | 84:1 92:7 | 102:21 | 121:24 |
| 93:22 94:4 | 7:4,17 8:5 | 123:25 | 112:7 | 122:7 |
| 94:9,19 | 10:20 14:17 | **walked** | 113:23 | **wheel** |
| 95:13,15 | 14:19 15:4 | 123:20 | 121:24 | 52:9 |
| 97:20 98:13 | 17:17 18:1 | **Walker** | 123:6 | **wheelchair** |
| 101:18 | 18:16 20:6 | 80:6 | 124:13 | 123:25 |
| 104:4,24 | 20:7 23:25 | **walking** | 127:13 | **where-wit...** |
| 106:11,16 | 27:18 28:14 | 23:1 | **ways** | 39:19 |
| 106:22 | 30:14 37:7 | **walks** | 46:4 51:18 | **wide** |
| 109:9,25 | 40:8 42:8 | 2:13 92:6 | 52:25 | 93:15 |
| 110:19 | 44:1,5 | **wallet** | **week** | **widespread** |
| 111:3,10,15 | 48:22,24 | 23:17 36:16 | 108:8 | 13:11 14:10 |
| 112:17,20 | 50:22 53:1 | 52:2,6,9,11 | **weigh** | 103:21 |
| 117:25 | 58:9 60:6 | 84:19 | 16:1 75:25 | **wild** |
| 118:9 | 60:10 62:6 | **want** | **welcome** | 77:1,5 |
| 123:10 | 63:19 64:25 | 7:16 8:10,17 | 80:9 114:25 | **wildly** |
| 124:8 | 68:16 69:24 | 18:19 23:14 | **went** | 92:21 |
| 126:17 | 74:2,16,17 | 24:1 40:5 | 7:4,19 11:10 | **Willie** |
| **voters** | 74:18 79:18 | 46:5 47:5 | 25:21 30:6 | 89:23 92:8 |
| 2:5,8 3:2,25 | 79:20 83:22 | 50:19 52:15 | 92:12 97:4 | 97:21 |
| 4:18 7:21 | 84:7,9,10 | 59:10 60:10 | 97:22 | **willing** |
| 16:2,20 | 84:14 85:17 | 62:18 63:4 | 104:24 | 6:13 |
| 38:14 44:3 | 86:6 87:8 | 68:2,19 | **Wentworth** | **Wilson** |
| 44:4 50:22 | 87:15 88:10 | 70:20 71:15 | 70:16 | 129:8,15 |
| 62:20,23 | 89:13 93:3 | 72:15 73:25 | **weren't** | **winner** |
| 71:16 73:6 | 94:8 99:16 | 74:13 89:21 | 117:13 | 120:12 |
| 73:17 78:11 | 99:17 | 92:5 94:24 | **West** | **winning** |
| 95:4,12 | 101:19 | 96:22 97:16 | 129:8,15 | 65:20 |
| 102:5 | 102:17,19 | 106:5 | **we'll** | **Wisconsin** |
| 106:19 | 103:21 | 115:12 | 5:11 15:21 | 77:23 78:9 |
| 107:10 | 105:16,17 | **wanted** | **we're** | **wish** |
| 111:12 | 106:18 | 18:6 43:24 | 5:8,9 9:10 | 95:22 |
| 112:8 | 114:4 115:5 | 55:2 75:15 | 13:24 15:4 | **witnessed** |
| 113:22,23 | 115:8 122:4 | **wants** | 15:9 34:16 | 120:24 |
| 115:7 | 124:11,12 | 75:16 | 38:13 43:14 | **woman** |
| 126:19,21 | 124:20,21 | **War** | 49:14 57:13 | 97:21 |
| **voter's** | **Vo/Heflin** | 34:17,20 | 57:14,14 | **women** |
| 56:17 57:15 | 76:23 | **wasn't** | 66:17 67:7 | 47:15 66:21 |
| 101:1 | | 58:24 102:14 | 82:23 83:6 | 67:3 98:12 |
| 126:18,22 | **W** | **watch** | 90:23 | **wonder** |
| **votes** | **wage** | 121:4 | 103:19 | 16:15 |
| 16:9 18:4 | 115:17 | **water** | 117:21 | **wonderful** |
| 19:19 84:23 | **wages** | 3:16 59:12 | **we've** | 97:21 |
| 87:13 | 115:23 | **way** | 10:16 66:10 | **wondering** |
| 107:17 | **wait** | 25:14 31:22 | 90:17 93:17 | 89:6 |
| 118:1 | 53:21,21 | 46:20 52:4 | 95:11 102:7 | **Woolley** |
| 120:20 | 107:8 | 70:21 95:3 | 106:5 | 19:7,8,9,13 |
| **voting** | **walk** | 101:14 | 117:10 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008724

TX_00211467

USA_00023606

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 80 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 142 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010

161

```
  19:17,22        7:12 36:18       109:2 116:9     99:22            106:13,21
  20:4,9          97:4             119:4 120:1     136              112:20
word              wrote            122:16,17       70:16 92:7       2012
3:5 40:13         111:6            yielded         14th             129:15,25
  49:21 69:13     ─────────────    20:15           129:8,16         209
  98:1 110:4          Y            yields          15               129:8,15
work              ─────────────    2:20 9:18       4:8 22:16,21     21
23:7 26:9         Y                  17:14 19:11   1700s            49:1
  44:18 88:20     85:10              21:2 28:22    56:24            214s
  109:5           years              32:13 33:19   1706             36:23
  121:21          4:8 7:22 8:1       39:1 41:13    1:7 2:1,5        22
  123:15            10:16,22         42:25 43:21     4:16 91:2      58:1
worked              21:20 22:16      47:3 48:11     97:1,16         23
10:22,25            22:21 31:24      57:19 60:18   113:22           129:15
  18:17 24:6        33:6 41:15       71:10 76:8    127:22           24
  26:9 35:12        41:22 47:10      85:12 89:4      128:4 129:6   125:10,11,22
  44:2 58:14        48:19 49:14      90:5 108:6    177              130:23
  88:20 93:2        51:6 56:22       109:3         99:24            25
  114:2             62:22,22,22      116:11        187              22:21
worker              64:25 65:12      119:6 120:3   23:21            26
104:7               68:16,16         122:18,19     1965             99:22
workers             85:20,24       young           124:12           27th
18:14 27:17         87:9 106:18    39:25 43:13     1998             129:24
  44:12,17          110:23           57:25 66:21   114:3 123:16     28
  75:19 97:18     yield              67:3 81:17                     99:22
  110:12          2:18 6:23        ─────────────   ─────────────    283
  113:20            17:12 19:9          $              2            130:5
  115:12,25         28:20 32:10    ─────────────   ─────────────   ─────────────
working             32:11,12       $1.75           2                    3
62:16 117:17        33:15,17       49:13,14        27:5,15         ─────────────
  123:16            38:23,24,25    ─────────────     115:6,7       3
works               41:10,11           1             116:15        21:7
99:4                43:19 47:1     ─────────────   2ND              30
world               48:8 57:17    1                1:7 129:7       4:8 21:20
5:2 26:23           59:16 60:16   27:15 106:10     2:59              85:18,20
  34:17,20          60:17 65:25     106:13         75:4,7 111:5     86:8,17
  36:18,19          66:2,22         115:6,7        20               328-5557
worst               67:14,16,17   100             4:8 21:20        130:7
88:11               69:5,7,7,7    17:5              22:16,21       ─────────────
Worth               71:6,8 76:5   100congress       68:20 99:22         4
3:1 123:8           76:6 85:9     130:6            2000           ─────────────
worthy              85:10 88:24   11               11:7 13:12     40
102:14              89:1,2,3      31:14             70:16 130:6   85:18,20
wouldn't            90:3 92:2     12/31/13         2004            86:8,17
19:17 23:12         96:1,2        130:5            64:11           407
  59:1 101:22       103:11,12     129              2005            99:23
  117:13            103:13        99:24            1:7 106:10     ─────────────
wrong               106:25        13                129:6              5
                    107:1 108:4   119:13          2008           ─────────────
                                  1342                           5
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211468

USA_00023607

Case 2:13-cv-00193 Document 664-14 Filed on 11/11/14 in TXSD Page 81 of 81
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 143 of 362

HB 1706 House Calendar 2nd Read                    May 2, 2010

162

```
    3:12 22:3        7th
5/2/05               114:22
1:7 129:7            7:00
50                   123:1
16:1 27:3            74
   29:6 31:21        48:19
   31:24 32:5        75
   33:6 41:15         79:22
   41:22 42:3        766
   43:11,13           99:23
   49:14 59:13       78
   64:25 65:12        26:14
   68:16 85:24       78701
   86:17 87:9        129:9,17
   106:17             130:7
512                  79R
130:7                 1:7 129:6
541                  796
99:23                 99:23
574
99:23                ─────── 8 ───────
59
62:8                 80
                      18:12 64:14
─────── 6 ───────     88:4 121:9
6                     121:11
 3:12 119:13          124:24
60                   80s
 49:14 86:17          42:3
  99:19              81
61                    113:11
 124:24              8140
62                    130:4
 79:23 105:21        83
  113:11              105:21 128:3
63                   84
 128:4                32:19 42:7
65                    62:8 99:19
 45:9                86
692                   32:19 42:6
 99:23
693                  ─────── 9 ───────
 99:23
                     90
─────── 7 ───────     68:16 121:7
7                    965
 22:3                 100:11
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com