Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 2 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 200 of 362

PL111
9/2/2014
2:13-cv-00193

1

TEXAS HOUSE OF REPRESENTATIVES

MAY 3, 2005

PT. 1

TX_00212499

USA_00023665

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 2 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 201 of 362
House Floor Debate, 3rd Reading - Part 1                              May 3, 2005

2

1              THE SPEAKER:  Have all voted?  Being 125

2      ayes, 11 nays, House Bill 1900 passed engrossment

3              The Chair lays out on third reading House

4      Bill 1706.  The clerk read the bill.

5              THE CLERK:  HB 1706 by Denny, relating to

6      require a voter to present proof of identification.

7              THE SPEAKER:  The Chair recognizes

8      Ms. Denny.

9              REPRESENTATIVE DENNY:  Thank you,

10     Mr. Speaker, Members.  This is the bill we passed

11     yesterday requiring proof of identification when

12     offering to vote in person.

13              I move passage and we do have a couple of

14     Amendments.

15              THE SPEAKER:  The following Amendment.  The

16     clerk will read the Amendment.

17              REPRESENTATIVE VEASEY:  Mr. Speaker.

18              THE SPEAKER:  Mr. Veasey, for what purpose?

19              REPRESENTATIVE VEASEY:  Does the gentlelady

20     yield?

21              THE SPEAKER:  The lady does not have the

22     floor.  Do not have an Amendment.

23              THE CLERK:  Amendment by Leibowitz.

24              THE SPEAKER:  The Chair recognizes

25     Mr. Leibowitz.

TX_00212500

USA_00023666

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 2 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 202 of 362
House Floor Debate, 3rd Reading - Part 1                          May 3, 2005

3

1           REPRESENTATIVE LEIBOWITZ:  Mr. Speaker,

2   Members, my Amendment simply says that if someone is

3   85 years or over as of the day that they go to vote,

4   that they should be exempted from having to deal with

5   the two proofs of identification issue.

6           And let me tell you briefly why I'm

7   proposing this Amendment:  My mother's 85 years old.

8   She raised 12 children.  She's never driven in her life.

9   She made a lot of sacrifices for us, and I oftentimes

10  say that she's already earned her halo for all the

11  sacrifices she's made for us.

12          When my dad passed away in the mid '80s

13  everyone wanted her and she went to live with one of my

14  brother's in Houston.  She doesn't have a utility bill.

15  She doesn't have a phone bill.  She has no credit cards.

16  She has no driver's license.  And she has no picture ID.

17          So she's been voting all of her life and

18  this bill says that she's going to not be able to do

19  that.

20          Secondly, my father was a veteran of World

21  War II.  He's buried at the Port Sam Houston National

22  Cemetery.  And I can assure you that when he went to

23  volunteer to fight in World War II, that they didn't

24  tell him, "No, son, you need to present two proofs of

25  identification before we're going to let you join to

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 4 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 203 of 362
House Floor Debate, 3rd Reading - Part 1                              May 3, 2005

4

```
 1      fight against the Nazi Germany and against Japan."
 2                  What I'm saying is we have 85-year old
 3      folks that are elderly, they're febrile.  Some of them
 4      have to catch a ride from a neighbor in order to get to
 5      the polls and, you know, the veterans who shed they're
 6      blood and died for us on Omaha Beach.  And the ones who
 7      died at Normandie -- they didn't have to present two
 8      proofs of IDs before they were allowed to make that
 9      sacrifice.
10                  Lastly, if you look at some of the rural
11      counties in the state of Texas, I asked my Chief of
12      Staff to look at this and to tell me if there's some
13      cities that are far away in terms of mileage from the
14      county seat.
15                  And they came up with one, and
16      coincidentally it was Brewster County La Morita, a town
17      in Brewster County is 95 miles from Alpine, which is the
18      county seat.
19                  So if there's a elderly person who hitched
20      a ride to the polls to vote in an election, then they're
21      going to have to go back home.  They're going to have to
22      get some proofs of ID and travel 95 miles to Alpine in
23      order to get their provisional ballot to count.
24                  And my point respectfully is:  When these
25      guys went, these gentlemen fought in World War II, we
```

TX_00212502

USA_00023668

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 5 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 204 of 362
House Floor Debate, 3rd Reading - Part 1                          May 3, 2005

5

1     didn't ask them for proofs of ID before they joined and

2     now we're going to question their honesty?  We're going

3     to question their integrity?  We're going to question

4     their character?  And if they don't have two proofs of

5     ID, they're going to be turned away?

6               And I respectfully request that you all

7     give due consideration to allow anyone who's 85 years of

8     age and over to not have to abide by this new obligation

9     of coming up with two proofs of identification.

10              THE SPEAKER:  The Chair recognizes

11    Ms. Denny.

12              REPRESENTATIVE DENNY:  Thank you,

13    Mr. Speaker.  I respectfully move to table this

14    Amendment.  We're not discriminating in age in any way

15    anybody by separating any age group out here.

16              We're going to require an ID of every

17    voter, whether it be the photo ID or two forms of

18    non-photo ID.  I don't think it's asking too much of any

19    voter to show us that they're who they say they are.

20              The requirements are in place for people

21    that are over 65 to be able to vote-by-mail and that

22    does not change.

23              So I move to table this Amendment.

24              THE SPEAKER:  The Chair recognizes

25    Mr. Leibowitz to close.

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 6 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 205 of 362
House Floor Debate, 3rd Reading - Part 1                           May 3, 2005

6

1              REPRESENTATIVE LEIBOWITZ:  Thank you,

2    Mr. Speaker.

3              Members, I sincerely believe that we do not

4    have the right to change the rules in the middle of the

5    game with respect to veterans in World War II who may

6    not have all of these different IDs that are required in

7    order to come and vote.  And we're only going to allow

8    them a provisional ballot.

9              If they had not done what they did and made

10   the sacrifices that they did in World War II, we would

11   not have the vote as we know it today to debate in the

12   first place.

13             And respectfully I ask you to consider to

14   vote against the motion to table.

15             THE SPEAKER:  Members, Mr. Leibowitz sends

16   up an Amendment.  Ms. Denny moves to table.

17             All those in favor vote aye.  Those opposed

18   to vote no.  It's a Motion to table, members.

19             The clerk will ring the bell.

20             Have all voted?  Have all voted?

21             Being 72 ayes, 67 nays, the motion to table

22   prevails.

23             The following Amendment.

24             The clerk will read the Amendment.

25             THE CLERK:  Amendment by Edwards.

JA_008788

TX_00212504

USA_00023670

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 7 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 208 of 362
House Floor Debate, 3rd Reading - Part 1                          May 3, 2005

7

```
 1                THE SPEAKER:  The Chair recognizes
 2   Mr. Edwards.
 3                REPRESENTATIVE EDWARDS:  Thank you,
 4   Mr. Speaker, Members.  You know a lot of folk who vote
 5   and they vote late, and in this bill we don't have
 6   provisions for those without the identification that
 7   they need.
 8                And if it is at the last minute, the
 9   question really would be:  What do they do?  And right
10   now, it would be nothing.
11                So my Amendment says that the county would
12   be open on Saturday for persons who work or come in late
13   and continue -- well, they wouldn't have the time to do
14   it.
15                And this Amendment is accepted by the
16   author.
17                THE SPEAKER:  Mr. Edwards sends up an
18   Amendment.  The Amendment is acceptable to the author.
19                Is there an objection?
20                The Chair hears none.
21                The Chair recognizes Ms. Olivo for an
22   introduction.
23                REPRESENTATIVE OLIVO:  Mr. Speaker,
24   Members, I'm very proud today to introduce the 6th
25   graders from the Fort Bend County Yes Prep School in
```

TX_00212505

USA_00023671

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 8 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 207 of 362
House Floor Debate, 3rd Reading - Part 1                    May 3, 2005

8

```
 1    Richmond, Texas, and if the students and the parents

 2    from Fort Bend County would please stand and be

 3    recognized.

 4                Please stand and help me welcome them to

 5    the House.

 6                Thank you, Mr. Speaker.

 7                THE SPEAKER:  The Chair recognizes

 8    Ms. McClendon for an introduction.

 9                REPRESENTATIVE MCCLENDON:  Thank you,

10    Mr. Speaker.

11                In the south gallery we have some

12    wonderful, wonderful students from San Antonio, from

13    Cameron Elementary School from District 120 in San

14    Antonio, which is my district and my neighborhood.  And

15    they're here with their teacher, Kim Baird and Paul

16    Williams, Michelle Hearn and Vera Lewis.  They're here

17    for a field trip.

18                Would you please help me welcome them to

19    their State Capitol.  Thank you.

20                THE SPEAKER:  The following Amendment.

21                The clerk will read the Amendment.

22                THE CLERK:  Amendment by Hochberg.

23                THE SPEAKER:  The Chair recognizes

24    Mr. Hochberg.

25                REPRESENTATIVE HOCHBERG:  Thank you,
```

TX_00212506

USA_00023672

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 2 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 208 of 362
House Floor Debate, 3rd Reading - Part 1                    May 3, 2005

9

```
 1    Mr. Speaker and members.

 2              This Amendment does two things:  First of

 3    all in Ms. Denny's bill yesterday, we discovered that

 4    the voting board was not obligated under the bill to

 5    vote those votes where people had taken their

 6    identification down during the five-day period after the

 7    election.

 8              This Amendment requires the voting board to

 9    do that if there are no other reasons that the challenge

10    is before them or the provisional ballot is before them.

11              Secondly, it allows that information to be

12    delivered by mail, in addition to being delivered

13    in-person.

14              I believe it's acceptable to the offer

15    author and I move adoption.

16              THE SPEAKER:  Mr. Hochberg sends up an

17    Amendment.  The Amendment is acceptable to the author.

18              Is there an objection?

19              The Chair hears none.

20              The Amendment is adopted.

21              The Chair recognizes Ms. Denny to close.

22              REPRESENTATIVE DENNY:  Thank you,

23    Mr. Speaker.  I move passage.

24              REPRESENTATIVE VEASEY:  Mr. Speaker.

25              THE SPEAKER:  Mr. Veasey, for what purpose?
```

TX_00212507

USA_00023673

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 10 of 83
Case 2:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 209 of 362
House Floor Debate, 3rd Reading - Part 1                                May 3, 2005

```
 1                  REPRESENTATIVE VEASEY:  Will the gentlelady

 2      yield?

 3                  THE SPEAKER:  Ms. Denny, do you yield?

 4                  REPRESENTATIVE DENNY:  I do.

 5                  THE SPEAKER:  The lady yields.

 6                  REPRESENTATIVE VEASEY:  Ms. Denny, I know

 7      that you're a good person, and when you filed this bill

 8      that you didn't think that it would have the

 9      consequences that I believe that it's going to have, and

10      I have a couple of questions for you.

11                  If you had filed this bill knowing that

12      minorities and African Americans were less likely to

13      have certain forms of identification, would you have

14      been as likely to file this bill?

15                  REPRESENTATIVE DENNY:  Mr. Veasey, I don't

16      believe that anybody, regardless of race or ethnicity,

17      is going to be less likely to have one of any form of

18      identification.

19                  And because this bill, specifically, has a

20      provision in it for DPS to provide a state-issued ID

21      free of charge to someone that will fill out an

22      Affidavit.  For someone not able to afford that -- I

23      think that provision is taken care of.

24                  REPRESENTATIVE VEASEY:  If you thought that

25      this bill would have an adverse impact on African
```

JA_008792

TX_00212508

USA_00023674

1     Americans voting overall, would you still have been in

2     favor of the bill?

3                    REPRESENTATIVE DENNY:  I don't believe that

4     to be the case, sir.

5                    REPRESENTATIVE VEASEY:  I have a document

6     here from the Justice Department.

7                    Not too long ago the State of Louisiana

8     tried to pass, basically, the same law that we're

9     passing here.  And the document that I have shows that

10    their finding said back then that black persons are 4 to

11    5 less times likely than white persons to possess

12    driver's licenses or other forms of identifications,

13    such as picture identifications.  That was in their bill

14    and the bill is almost exactly the same as ours.

15                   And then, also, the Justice Department

16    found that this imposition requirement would have a

17    disproportionate impact on African American voters.

18                   REPRESENTATIVE DENNY:  Yes, this bill,

19    bills very similar to this have been passed in several

20    states that are voting rights states.  The latest that

21    was just passed into law was Georgia last week.  Several

22    have already passed Justice Department muster and I have

23    that up here.  And I do yield to my friend --

24                   REPRESENTATIVE BURNAM:  Mr. Speaker.

25                   THE SPEAKER:  Mr. Burnam, for what purpose?

TX_00212509

USA_00023675

12

1        REPRESENTATIVE BURNAM:  I raise a point of

2    order against further consideration of HB 1706 under

3    Rule 6 Section I A11, Rule 6 Section 7(b), and Rule 6

4    Section 15 and Rule 6 Section 17 of the rules of the

5    House on the grounds that consideration of HB 1706

6    violates the daily order of business and the proper

7    order of consideration.

8        THE SPEAKER:  Bring it down front.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JA_008794

TX_00212510

USA_00023676

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 13 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 232 of 362
House Floor Debate, 3rd Reading - Part 1                                    May 3, 2005

13

```
 1

 2

 3   STATE OF TEXAS:

 4

 5   COUNTY OF HARRIS:

 6

 7               I, Kateri A. Flot-Davis, Certified

 8   Shorthand Reporter in and for the State of Texas, hereby

 9   certify  that the foregoing transcript is done to the

10   best of my ability and reflects proceedings heard on

11   video recording.

12               I further certify that I am neither

13   counsel for, related to, nor employed by any of the

14   parties or attorneys in the action in which this

15   proceeding was taken, and further that I am not

16   financially or otherwise interested in the outcome of

17   the action.

18               Certified to by me this ___ of

19   _____ , _____.

20

21

22

                          _____

23                        Kateri A. Flot-Davis

                          Texas CSR No. 8462

24                        Expiration Date: 12-31-13

25
```

TX_00212511

USA_00023677

House Floor Debate, 3rd Reading - Part 1                     May 3, 2005

**A**

abide
5:8
ability
13:10
able
3:18 5:21
  10:22
acceptable
7:18 9:14,17
accepted
7:15
action
13:14,17
addition
9:12
adopted
9:20
adoption
9:15
adverse
10:25
Affidavit
10:22
afford
10:22
African
10:12,25
  11:17
age
5:8,14,15
ago
11:7
allow
5:7 6:7
allowed
4:8
allows
9:11
Alpine
4:17,22
Amendment
2:15,16,22
  2:23 3:2,7
  5:14,23
  6:16,23,24
  6:25 7:11

7:15,18,18
8:20,21,22
9:2,8,17,17
9:20
Amendments
2:14
American
11:17
Americans
10:12 11:1
Antonio
8:12,14
anybody
5:15 10:16
asked
4:11
asking
5:18
assure
3:22
attorneys
13:14
author
7:16,18 9:15
  9:17
aye
6:17
ayes
2:2 6:21
All
12:3

**B**

back
4:21 11:10
Baird
8:15
ballot
4:23 6:8
  9:10
basically
11:8
Beach
4:6
believe
6:3 9:14
  10:9,16
  11:3

bell
6:19
Bend
7:25 8:2
best
13:10
bill
2:2,4,4,10
  3:14,15,18
  7:5 9:3,4
  10:7,11,14
  10:19,25
  11:2,13,14
  11:18
bills
11:19
black
11:10
blood
4:6
board
9:4,8
Brewster
4:16,17
briefly
3:6
Bring
12:8
brother's
3:14
buried
3:21
Burnam
11:24,25
  12:1
business
12:6

**C**

Cameron
8:13
Capitol
8:19
cards
3:15
care
10:23
case

11:4
catch
4:4
Cemetery
3:22
certain
10:13
Certified
13:7,18
certify
13:9,12
Chair
2:3,7,24
  5:10,24 7:1
  7:20,21 8:7
  8:23 9:19
  9:21
challenge
9:9
change
5:22 6:4
character
5:4
charge
10:21
Chief
4:11
children
3:8
cities
4:13
clerk
2:4,5,16,23
  6:19,24,25
  8:21,22
close
5:25 9:21
coinciden...
4:16
come
6:7 7:12
coming
5:9
consequences
10:9
consider
6:13

considera...
5:7 12:2,5,7
continue
7:13
counsel
13:13
count
4:23
counties
4:11
county
4:14,16,17
  4:18 7:11
  7:25 8:2
  13:5
couple
2:13 10:10
credit
3:15
CSR
13:23

**D**

dad
3:12
daily
12:6
Date
13:24
day
3:3
deal
3:4
debate
6:11
delivered
9:12,12
Denny
2:5,8,9 5:11
  5:12 6:16
  9:21,22
  10:3,4,6,15
  11:3,18
Denny's
9:3
Department
11:6,15,22
died

TX_00212512

USA_00023678

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 15 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 214 of 362

House Floor Debate, 3rd Reading - Part 1                    May 3, 2005

15

```
        4:6,7
different
6:6
discovered
9:3
discrimin...
5:14
dispropor...
11:17
district
8:13,14
document
11:5,9
DPS
10:20
driven
3:8
driver's
3:16 11:12
due
5:7

           E
earned
3:10
Edwards
6:25 7:2,3
   7:17
elderly
4:3,19
election
4:20 9:7
Elementary
8:13
employed
13:13
engrossment
2:2
ethnicity
10:16
exactly
11:14
exempted
3:4
Expiration
13:24
```

```
           F
far
4:13
father
3:20
favor
6:17 11:2
febrile
4:3
field
8:17
fight
3:23 4:1
file
10:14
filed
10:7,11
fill
10:21
financially
13:16
finding
11:10
first
6:12 9:2
five-day
9:6
floor
2:22
Flot-Davis
13:7,23
folk
7:4
folks
4:3
following
2:15 6:23
   8:20
foregoing
13:9
form
10:17
forms
5:17 10:13
   11:12
Fort
7:25 8:2
```

```
fought
4:25
found
11:16
free
10:21
friend
11:23
front
12:8
further
12:2 13:12
   13:15

           G
gallery
8:11
game
6:5
gentlelady
2:19 10:1
gentlemen
4:25
Georgia
11:21
Germany
4:1
give
5:7
go
3:3 4:21
going
3:18,25 4:21
   4:21 5:2,2
   5:3,5,16
   6:7 10:9,17
good
10:7
graders
7:25
grounds
12:5
group
5:15
guys
4:25

           H
```

```
halo
3:10
HARRIS
13:5
HB
2:5 12:2,5
heard
13:10
Hearn
8:16
hears
7:20 9:19
help
8:4,18
hitched
4:19
Hochberg
8:22,24,25
   9:16
home
4:21
honesty
5:2
House
1:4 2:2,3
   8:5 12:5
Houston
3:14,21

           I
ID
3:16 4:22
   5:1,5,16,17
   5:18 10:20
identific...
2:6,11 3:5
   3:25 5:9
   7:6 9:6
   10:13,18
identific...
11:12,13
IDs
4:8 6:6
II
3:21,23 4:25
   6:5,10
impact
10:25 11:17
```

```
imposition
11:16
information
9:11
integrity
5:3
interested
13:16
introduce
7:24
introduction
7:22 8:8
in-person
9:13
issue
3:5

           J
Japan
4:1
join
3:25
joined
5:1
Justice
11:6,15,22

           K
Kateri
13:7,23
Kim
8:15
know
4:5 6:11 7:4
   10:6
knowing
10:11

           L
La
4:16
lady
2:21 10:5
Lastly
4:10
late
7:5,12
```

Case 2:13-cv-00193  Document 664-16  Filed on 11/11/14 in TXSD  Page 16 of 87
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 215 of 362

House Floor Debate, 3rd Reading - Part 1                    May 3, 2005

16

latest
11:20
law
11:8,21
lays
2:3
Leibowitz
2:23,25 3:1
  5:25 6:1,15
Lewis
8:16
license
3:16
licenses
11:12
life
3:8,17
live
3:13
long
11:7
look
4:10,12
lot
3:9 7:4
Louisiana
11:7

**M**
mail
9:12
McClendon
8:8,9
members
2:10 3:2 6:3
  6:15,18 7:4
  7:24 9:1
Michelle
8:16
mid
3:12
middle
6:4
mileage
4:13
miles
4:17,22

minorities
10:12
minute
7:8
Morita
4:16
mother's
3:7
motion
6:14,18,21
move
2:13 5:13,23
  9:15,23
moves
6:16
muster
11:22

**N**
National
3:21
nays
2:2 6:21
Nazi
4:1
need
3:24 7:7
neighbor
4:4
neighborhood
8:14
neither
13:12
never
3:8
new
5:8
non-photo
5:18
Normandie
4:7

**O**
objection
7:19 9:18
obligated
9:4

obligation
5:8
offer
9:14
offering
2:12
oftentimes
3:9
old
3:7 4:2
Olivo
7:21,23
Omaha
4:6
ones
4:6
open
7:12
opposed
6:17
order
4:4,23 6:7
  12:2,6,7
outcome
13:16
overall
11:1

**P**
parents
8:1
parties
13:14
pass
11:8
passage
2:13 9:23
passed
2:2,10 3:12
  11:19,21,22
passing
11:9
Paul
8:15
people
5:20 9:5
period

9:6
person
2:12 4:19
  10:7
persons
7:12 11:10
  11:11
phone
3:15
photo
5:17
picture
3:16 11:13
place
5:20 6:12
please
8:2,4,18
point
4:24 12:1
polls
4:5,20
Port
3:21
possess
11:11
Prep
7:25
present
2:6 3:24 4:7
prevails
6:22
proceeding
13:15
proceedings
13:10
proof
2:6,11
proofs
3:5,24 4:8
  4:22 5:1,4
  5:9
proper
12:6
proposing
3:7
proud
7:24

provide
10:20
provision
10:20,23
provisional
4:23 6:8
  9:10
provisions
7:6
PT
1:8
purpose
2:18 9:25
  11:25

**Q**
question
5:2,3,3 7:9
questions
10:10

**R**
race
10:16
raise
12:1
raised
3:8
read
2:4,16 6:24
  8:21
reading
2:3
really
7:9
reasons
9:9
recognized
8:3
recognizes
2:7,24 5:10
  5:24 7:1,21
  8:7,23 9:21
recording
13:11
reflects
13:10
regardless

TX_00212514

USA_00023680

Case 2:13-cv-00193  Document 664-16  Filed on 11/11/14 in TXSD  Page 17 of 83
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 216 of 362

House Floor Debate, 3rd Reading - Part 1                    May 3, 2005

17

10:16
related
13:13
relating
2:5
Reporter
13:8
REPRESENT...
2:9,17,19
  3:1 5:12
  6:1 7:3,23
  8:9,25 9:22
  9:24 10:1,4
  10:6,15,24
  11:3,5,18
  11:24 12:1
REPRESENT...
1:4
request
5:6
require
2:6 5:16
required
6:6
requirement
11:16
requirements
5:20
requires
9:8
requiring
2:11
respect
6:5
respectfully
4:24 5:6,13
  6:13
Richmond
8:1
ride
4:4,20
right
6:4 7:9
rights
11:20
ring
6:19
Rule

12:3,3,3,4
rules
6:4 12:4
rural
4:10

        S
sacrifice
4:9
sacrifices
3:9,11 6:10
Sam
3:21
San
8:12,13
Saturday
7:12
saying
4:2
says
3:2,18 7:11
School
7:25 8:13
seat
4:14,18
Secondly
3:20 9:11
Section
12:3,3,4,4
sends
6:15 7:17
  9:16
separating
5:15
shed
4:5
Shorthand
13:8
show
5:19
shows
11:9
similar
11:19
simply
3:2
sincerely

6:3
sir
11:4
son
3:24
south
8:11
Speaker
2:1,7,10,15
  2:17,18,21
  2:24 3:1
  5:10,13,24
  6:2,15 7:1
  7:4,17,23
  8:6,7,10,20
  8:23 9:1,16
  9:23,24,25
  10:3,5
  11:24,25
  12:8
specifically
10:19
Staff
4:12
stand
8:2,4
state
4:11 8:19
  11:7 13:3,8
states
11:20,20
state-issued
10:20
students
8:1,12

        T
table
5:13,23 6:14
  6:16,18,21
taken
9:5 10:23
  13:15
teacher
8:15
tell
3:6,24 4:12
terms

4:13
Texas
1:4 4:11 8:1
  13:3,8,23
Thank
2:9 5:12 6:1
  7:3 8:6,9
  8:19,25
  9:22
things
9:2
think
5:18 10:8,23
third
2:3
thought
10:24
time
7:13
times
11:11
today
6:11 7:24
town
4:16
transcript
13:9
travel
4:22
tried
11:8
trip
8:17
turned
5:5
two
3:5,24 4:7
  5:4,9,17
  9:2

        U
utility
3:14

        V
Veasey
2:17,18,19
  9:24,25

10:1,6,15
  10:24 11:5
Vera
8:16
veteran
3:20
veterans
4:5 6:5
video
13:11
violates
12:6
volunteer
3:23
vote
2:12 3:3
  4:20 6:7,11
  6:14,17,18
  7:4,5 9:5
voted
2:1 6:20,20
voter
2:6 5:17,19
voters
11:17
votes
9:5
vote-by-mail
5:21
voting
3:17 9:4,8
  11:1,20

        W
wanted
3:13
War
3:21,23 4:25
  6:5,10
way
5:14
week
11:21
welcome
8:4,18
went
3:13,22 4:25
we're

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 18 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 217 of 362

House Floor Debate, 3rd Reading - Part 1                              May 3, 2005

18

| | |
|---|---|
| 3:25 5:2,2 5:3,14,16 6:7 11:8 | 2:2 |
| **white** 11:11 | **2** |
| **Williams** 8:16 | 2005 1:6 |
| **wonderful** 8:12,12 | **3** |
| **work** 7:12 | 3 1:6 |
| **World** 3:20,23 4:25 6:5,10 | **4** |
| **wouldn't** 7:13 | 4 11:10 |
| **Y** | **5** |
| **years** 3:3,7 5:7 | 5 11:11 |
| **yesterday** 2:11 9:3 | **6** |
| **yield** 2:20 10:2,3 11:23 | 6 12:3,3,3,4 |
| **yields** 10:5 | **6th** 7:24 |
| | **65** 5:21 |
| | **67** 6:21 |
| **1** | **7** |
| **1** 1:8 | **7(b)** 12:3 |
| **11** 2:2 | **72** 6:21 |
| **12** 3:8 | **8** |
| **12-31-13** 13:24 | **80s** 3:12 |
| **120** 8:13 | **8462** 13:23 |
| **125** 2:1 | **85** 3:3,7 5:7 |
| **15** 12:4 | **85-year** 4:2 |
| **17** 12:4 | **9** |
| **1706** 2:4,5 12:2,5 | **95** 4:17,22 |
| **1900** | |

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 19 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 218 of 362

1

TEXAS HOUSE OF REPRESENTATIVES

MAY 3, 2005

PT. II

TX_00212517

USA_00023683

2

```
 1              THE SPEAKER:  Members, Representative
 2   Burnam raises a point of order against further
 3   consideration of House Bill 1706 on the grounds that it
 4   violates Rule 1A11, Rule 6, Section 7 B, Rule 6 Section
 5   15, Rule 6, Section 16A and Subsection E, Rule 6,
 6   Section 17 of the House Rules.
 7              These rules require that bills printed on
 8   the daily calendar be taken in the proper order of
 9   consideration.
10              The chair has reviewed the calendars in
11   the rules and sustains the point of order.
12              I turn to the circumstances surrounding
13   the point of order and the eligibility of the whole
14   calendar itself is at issue, and therefore, further
15   consideration of the bills on the Supplemental Calendar
16   is not in order at this time.
17              Under Rule 6, Section 16A, a Supplemental
18   Calendar must be printed and distributed, at least, two
19   hours before the House convenes.
20              Because it is clear that Mr. Burnam's
21   point of order impacts the entire calendar and that
22   numerous bills in the calendar were not in their proper
23   order, a corrected Supplemental Calendar has been
24   printed and distributed in your mailboxes.
25              The calendar's time is time stamped at
```

TX_00212518

USA_00023684

3

1     12:57 today which makes it eligible for consideration at
2     2:57 today.
3                    As a point of clarification,
4     Representative Thompson asked before lunch about how
5     long a calendar is supposed to lay out before the House
6     considers.
7                    The chair answered Ms. Thompson's question
8     based on Rule 6, Section 16 Sub A, which requires a
9     calendar to lay out for 36 hours before it is eligible
10    for consideration.  But the chair also notes that under
11    Rule 6 Section 16A, a House may print and distribute a
12    Supplemental Calendar which requires a two-hour lay out.
13                   Accordingly, the point of order is well
14    taken and sustained and Representative Wooley moves that
15    the House stand in recess until 3:00 o'clock p.m. and
16    will properly convene at the time that the Supplemental
17    Calendar is eligible.
18                   REPRESENTATIVE GALLEGO:  Mr. Speaker,
19    Parliamentary inquiry.
20                   THE SPEAKER:  State your inquiry.
21                   REPRESENTATIVE GALLEGO:  Mr. Speaker, you
22    are referring to Rule 16, Section A, which indicates
23    that the deviating from the calendar as printed and
24    distributed shall not be permitted except at the
25    calendar's permission shall be authorized to print and

TX_00212519

USA_00023685

House Floor Debate, 3rd Reading - Volume II         May 3, 2005

4

 1    distribute not later than two hours?  Is that the

 2    section that we're relying on?

 3                   THE SPEAKER:  That's correct.

 4                   REPRESENTATIVE GALLEGO:  And, Mr. Speaker,

 5    in that case, another Parliamentary, what time did the

 6    House convene this morning?

 7                   THE SPEAKER:  10:00 a.m.

 8                   REPRESENTATIVE GALLEGO:  Mr. Speaker, I

 9    believe the rule says that the Committee -- that phrase

10    is not later than two hours before the House convenes.

11    And, therefore, if we go to 3:00 p.m., that does not

12    cure the issue.  The rule says that the calendar must be

13    printed, the Supplemental Calendar must be printed two

14    hours before the House convenes.

15                   THE SPEAKER:  We're going to convene at

16    3:00 and that's when the calendar will be eligible and

17    that's what we've done in the past.

18                   REPRESENTATIVE GALLEGO:  So we're

19    adjourning now and reconvening on a new legislative day?

20                   THE SPEAKER:  We're going to recess,

21    Mr. Gallego.

22                   REPRESENTATIVE GALLEGO:  Well, is there not

23    a difference, Mr. Speaker, between a recess and a --

24                   THE SPEAKER:  The rule does not define what

25    the word "convene" means.

JA_008804

House Floor Debate, 3rd Reading - Volume II     May 3, 2005

                                                        5

1            REPRESENTATIVE GALLEGO:  The rule indicates

2  -- so any time we recess or adjourn, that could be

3  convening, Mr. Speaker?

4            THE SPEAKER:  For the purposes of this

5  rule, a "convene" means for when we come back in and

6  that's going to be when we come back at 3:00.

7            REPRESENTATIVE GALLEGO:  Mr. Speaker, can

8  you -- further Parliamentary Inquiry, Mr. Speaker.

9            THE SPEAKER:  State your inquiry,

10  Mr. Gallego.

11            REPRESENTATIVE GALLEGO:  With respect to

12  the bills that are on third reading today, the rule

13  require that they maintain that through the process; is

14  that correct?  They maintain their order through the

15  process?

16            THE SPEAKER:  That's correct, Mr. Gallego.

17            REPRESENTATIVE GALLEGO:  It's my

18  understanding that the particular bill that Mr. Dunnam

19  raised his point of order on has already been

20  considered, Amendments have already been debated with

21  respect to that particular bill and votes have already

22  been taken.

23            Is it the chair's ruling then that all of

24  that is a null and void and is of no effect or is there

25  no reconsideration --

TX_00212521

USA_00023687

6

```
 1              THE SPEAKER:  No.  Mr. Gallego, we're going
 2    to pick up where we left off.  Those things have already
 3    been done and the point of order was not raised until
 4    after the Amendments were either adopted or defeated.
 5              REPRESENTATIVE GALLEGO:  So, in essence,
 6    the only thing that happened as a result of that point
 7    of order, Mr. Speaker, is a delay of two hours is your
 8    ruling?
 9              THE SPEAKER:  That's correct.
10              REPRESENTATIVE GALLEGO:  And the chair is
11    reducing his ruling to writing and placing that in the
12    journal?
13              THE SPEAKER:  We'll be more than glad to do
14    that, Mr. Gallego.
15              MR. GALLEGO:  Thank you, Mr. Speaker.
16              REPRESENTATIVE THOMPSON:  Parliamentary
17    inquiry.
18              THE SPEAKER:  State your inquiry
19    Ms. Thompson.
20              REPRESENTATIVE THOMPSON:  Mr. Speaker, the
21    calendar that has been distributed on our desk -- is
22    that considered the Supplemental Calendar that we are
23    addressing at this time?
24              THE SPEAKER:  That is correct,
25    Ms. Thompson.
```

TX_00212522

USA_00023688

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 25 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 224 of 362

```
 1                 REPRESENTATIVE THOMPSON:  And when did the
 2   Calendars Committee get authority to print and
 3   redistribute?
 4                 THE SPEAKER:  The rules allow the Calendar
 5   Committee to print and distribute a supplemental --
 6                 REPRESENTATIVE THOMPSON:  What rule is
 7   that, Mr. Speaker?  I just want to be acquainted with it
 8   myself.
 9                 THE SPEAKER:  Hold on, Ms. Thompson.
10                 REPRESENTATIVE THOMPSON:  Thank you.  Did
11   they post?
12                 THE SPEAKER:  They don't have to post.
13                 It's Rule 16.
14                 REPRESENTATIVE THOMPSON:  Mr. Speaker.
15                 THE SPEAKER:  Rule 6, Section 16,
16   Ms. Thompson.
17                 REPRESENTATIVE THOMPSON:  Rule 6, Section
18   16.  Subsection what?
19                 THE SPEAKER:  Just a moment, Ms. Thompson.
20                 REPRESENTATIVE THOMPSON:  Thank you.
21                 THE SPEAKER:  Subsection A.
22                 REPRESENTATIVE THOMPSON:  Is it Subsection
23   A1, 2, 3 or 4?
24                 THE SPEAKER:  The whole subsection.
25                 REPRESENTATIVE THOMPSON:  Well, now, this
```

TX_00212523

USA_00023689

House Floor Debate, 3rd Reading - Volume II          May 3, 2005

8

1    says that the calendars will be placed in our mailboxes.

2    It says that deviation of the calendar --

3                   THE SPEAKER:  It was put in mailboxes,

4    Ms. Thompson.

5                   REPRESENTATIVE THOMPSON:  Pardon me?

6                   THE SPEAKER:  It was put in the mailboxes.

7                   REPRESENTATIVE THOMPSON:  It was on my

8    desk.

9                   THE SPEAKER:  Well, maybe --

10                   REPRESENTATIVE THOMPSON:  Is that

11   considered a mailbox now?

12                   THE SPEAKER:  Why don't you go check your

13   mailbox, Ms. Thompson.  I think it's there, also.

14                   REPRESENTATIVE THOMPSON:  So you don't --

15   they don't have to meet the set of supplementals?

16                   THE SPEAKER:  No, ma'am.

17                   REPRESENTATIVE THOMPSON:  Okay.  Thank you,

18   Mr. Speaker.

19                   THE SPEAKER:  Mr. Burnam.

20                   REPRESENTATIVE BURNAM:  Parliamentary

21   inquiry.

22                   THE SPEAKER:  State your inquiry.

23                   REPRESENTATIVE BURNAM:  Mr. Speaker, I'm

24   wondering if we're reading from the same rules book.

25   I'm having a hard time understanding the ruling.

TX_00212524

USA_00023690

9

1               When I'm looking at Section 16A, the last

2      sentence of that reads, "Deviations from the calendar as

3      printed and distributed shall not be permitted except

4      that the Committees on Calendars" --

5               THE SPEAKER:  Could you back up from the

6      microphone, Mr. Burnam, because we can't understand a

7      word.  You're rumbling back there.

8               REPRESENTATIVE BURNAM:  I'm sorry.

9               THE SPEAKER:  Thank you.

10              REPRESENTATIVE BURNAM:  Is that better?

11              THE SPEAKER:  That would be great.

12              REPRESENTATIVE BURNAM:  I'm reading the

13     last sentence, the first paragraph of Section 16, where

14     it says, "Deviations from the calendar as printed and

15     distributed shall not be permitted except the Committee

16     on Calendars shall be authorized to print and distribute

17     no later than two hours before the House concludes."

18              THE SPEAKER:  Mr. Burnam, they've never met

19     a Supplemental Calendar.  They don't do that.

20              REPRESENTATIVE BURNAM:  But the rule then

21     simply does not apply because we've followed it before?

22              THE SPEAKER:  It's House practices which

23     we've done for years, Mr. Burnam.

24              REPRESENTATIVE BURNAM:  Okay.

25              THE SPEAKER:  Mr. Wooley moves that the

TX_00212525

USA_00023691

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 28 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 227 of 362

10

1    House stand in recess till 3:00 o'clock.

2              Is there an objection?

3              The Chair hears none.

4              So ordered.

TX_00212526

USA_00023692

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 29 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 228 of 362

```
 1

 2   STATE OF TEXAS:

 3

 4   COUNTY OF HARRIS:

 5

 6              I, Kateri A. Flot-Davis, Certified

 7   Shorthand Reporter in and for the State of Texas, hereby

 8   certify  that the foregoing transcript is done to the

 9   best of my ability and reflects proceedings heard on

10   video recording.

11              I further certify that I am neither

12   counsel for, related to, nor employed by any of the

13   parties or attorneys in the action in which this

14   proceeding was taken, and further that I am not

15   financially or otherwise interested in the outcome of

16   the action.

17              Certified to by me this ___ of

18   _____ ,_____.

19

20

21
                         _____
22                       Kateri A. Flot-Davis
                         Texas CSR No. 8462
23                       Expiration Date: 12-31-13

24

25
```

TX_00212527

USA_00023693

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 30 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 229 of 362

House Floor Debate, 3rd Reading - Volume II          May 3, 2005
                                                              12

**A**

A1
7:23
ability
11:9
acquainted
7:7
action
11:13,16
addressing
6:23
adjourn
5:2
adjourning
4:19
adopted
6:4
allow
7:4
already
5:19,20,21
6:2
also
3:10 8:13
Amendments
5:20 6:4
another
4:5
answered
3:7
apply
9:21
asked
3:4
attorneys
11:13
authority
7:2
authorized
3:25 9:16

**B**

B
2:4
back
5:5,6 9:5,7
based
3:8
believe
4:9
best
11:9
better
9:10
between
4:23
Bill
2:3 5:18,21
bills
2:7,15,22
5:12
book
8:24
Burnam
2:2 8:19,20,
23 9:6,8,10,
12,18,20,23,
24
Burnam's
2:20

**C**

calendar
2:8,14,15,
18,21,22,23
3:5,9,12,17,
23 4:12,13,16
6:21,22 7:4
8:2 9:2,14,19
calendars
2:10 7:2 8:1
9:4,16
calendar's

2:25 3:25
case
4:5
Certified
11:6,17
certify
11:8,11
chair
2:10 3:7,10
6:10 10:3
chair's
5:23
check
8:12
circumstance
s
2:12
clarificatio
n
3:3
clear
2:20
come
5:5,6
Committee
4:9 7:2,5
9:15
Committees
9:4
concludes
9:17
consideratio
n
2:3,9,15 3:1,
10
considered
5:20 6:22
8:11
considers
3:6

convene
3:16 4:6,15,
25 5:5
convenes
2:19 4:10,14
convening
5:3
correct
4:3 5:14,16
6:9,24
corrected
2:23
counsel
11:12
COUNTY
11:4
CSR
11:22
cure
4:12

**D**

daily
2:8
Date
11:23
day
4:19
debated
5:20
defeated
6:4
define
4:24
delay
6:7
desk
6:21 8:8
deviating
3:23
deviation

8:2
Deviations
9:2,14
difference
4:23
distribute
3:11 4:1 7:5
9:16
distributed
2:18,24 3:24
6:21 9:3,15
Dunnam
5:18

**E**

E
2:5
effect
5:24
either
6:4
eligibility
2:13
eligible
3:1,9,17 4:16
employed
11:12
entire
2:21
essence
6:5
Expiration
11:23

**F**

financially
11:15
first
9:13
Flot-Davis
11:6,22
followed

9:21
**foregoing**
11:8
**further**
2:2,14 5:8
11:11,14

**G**

**GALLEGO**
3:18,21 4:4,
8,18,21,22
5:1,7,10,11,
16,17 6:1,5,
10,14,15
**glad**
6:13
**go**
4:11 8:12
**going**
4:15,20 5:6
6:1
**great**
9:11
**grounds**
2:3

**H**

**happened**
6:6
**hard**
8:25
**HARRIS**
11:4
**heard**
11:9
**hears**
10:3
**hereby**
11:7
**Hold**
7:9
**hours**

2:19 3:9 4:1,
10,14 6:7
9:17
**HOUSE**
1:5 2:3,6,19
3:5,11,15
4:6,10,14
9:17,22 10:1

**I**

**II**
1:9
**impacts**
2:21
**indicates**
3:22 5:1
**inquiry**
3:19,20 5:8,9
6:17,18 8:21,
22
**interested**
11:15
**issue**
2:14 4:12

**J**

**journal**
6:12
**just**
7:7,19

**K**

**Kateri**
11:6,22

**L**

**last**
9:1,13
**later**
4:1,10 9:17
**lay**
3:5,9,12
**least**
2:18

**left**
6:2
**legislative**
4:19
**long**
3:5
**looking**
9:1
**lunch**
3:4

**M**

**ma'am**
8:16
**mailbox**
8:11,13
**mailboxes**
2:24 8:1,3,6
**maintain**
5:13,14
**means**
4:25 5:5
**meet**
8:15
**Members**
2:1
**met**
9:18
**microphone**
9:6
**moment**
7:19
**morning**
4:6
**moves**
3:14 9:25
**must**
2:18 4:12,13
**myself**
7:8

**N**

**neither**
11:11
**never**
9:18
**new**
4:19
**notes**
3:10
**null**
5:24
**numerous**
2:22

**O**

**objection**
10:2
**o'clock**
3:15 10:1
**Okay**
8:17 9:24
**order**
2:2,8,11,13,
16,21,23 3:13
5:14,19 6:3,7
**ordered**
10:4
**outcome**
11:15

**P**

**p.m**
4:11
**paragraph**
9:13
**Pardon**
8:5
**Parliamentary**
3:19 4:5 5:8
6:16 8:20
**particular**
5:18,21

**parties**
11:13
**permission**
3:25
**permitted**
3:24 9:3,15
**phrase**
4:9
**pick**
6:2
**placed**
8:1
**placing**
6:11
**point**
2:2,11,13,21
3:3,13 5:19
6:3,6
**post**
7:11,12
**practices**
9:22
**print**
3:11,25 7:2,5
9:16
**printed**
2:7,18,24
3:23 4:13
9:3,14
**proceeding**
11:14
**proceedings**
11:9
**process**
5:13,15
**proper**
2:8,22
**properly**
3:16
**PT**
1:9

TX_00212529

USA_00023695

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 23 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 231 of 362

House Floor Debate, 3rd Reading - Volume II          May 3, 2005
14

purposes
5:4
put
8:3,6

Q

question
3:7

R

raised
5:19 6:3
raises
2:2
reading
5:12 8:24
9:12
reads
9:2
recess
3:15 4:20,23
5:2 10:1
reconsiderat
ion
5:25
reconvening
4:19
recording
11:10
redistribute
7:3
reducing
6:11
referring
3:22
reflects
11:9
related
11:12
relying
4:2
Reporter

11:7
Representati
ve
2:1 3:4,14,
18,21 4:4,8,
18,22 5:1,7,
11,17 6:5,10,
16,20 7:1,6,
10,14,17,20,
22,25 8:5,7,
10,14,17,20,
23 9:8,10,12,
20,24
REPRESENTATI
VES
1:5
require
2:7 5:13
requires
3:8,12
respect
5:11,21
result
6:6
reviewed
2:10
Rule
2:4,5,17 3:8,
11,22 4:9,12,
24 5:1,5,12
7:6,13,15,17
9:20
Rules
2:6,7,11 7:4
8:24
ruling
5:23 6:8,11
8:25
rumbling
9:7

S

says
4:9,12 8:1,2
9:14
Section
2:4,5,6,17
3:8,11,22 4:2
7:15,17 9:1,
13
sentence
9:2,13
set
8:15
shall
3:24,25 9:3,
15,16
Shorthand
11:7
simply
9:21
sorry
9:8
SPEAKER
2:1 3:18,20,
21 4:3,4,7,8,
15,20,23,24
5:3,4,7,8,9,
16 6:1,7,9,
13,15,18,20,
24 7:4,7,9,
12,14,15,19,
21,24 8:3,6,
9,12,16,18,
19,22,23 9:5,
9,11,18,22,
25
stamped
2:25
stand
3:15 10:1
State
3:20 5:9 6:18
8:22 11:2,7

Sub
3:8
Subsection
2:5 7:18,21,
22,24
Supplemental
2:15,17,23
3:12,16 4:13
6:22 7:5 9:19
supplemental
s
8:15
supposed
3:5
surrounding
2:12
sustained
3:14
sustains
2:11

T

taken
2:8 3:14 5:22
11:14
TEXAS
1:5 11:2,7,22
Thank
6:15 7:10,20
8:17 9:9
therefore
2:14 4:11
thing
6:6
things
6:2
think
8:13
third
5:12
Thompson

3:4 6:16,19,
20,25 7:1,6,
9,10,14,16,
17,19,20,22,
25 8:4,5,7,
10,13,14,17
Thompson's
3:7
till
10:1
time
2:16,25 3:16
4:5 5:2 6:23
8:25
today
3:1,2 5:12
transcript
11:8
turn
2:12
two
2:18 4:1,10,
13 6:7 9:17
two-hour
3:12

U

Under
2:17 3:10
understand
9:6
understandin
g
5:18 8:25

V

video
11:10
violates
2:4
void
5:24

TX_00212530

USA_00023696

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 23 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 232 of 362

House Floor Debate, 3rd Reading - Volume II          May 3, 2005
                                                            15

**votes**
5:21

**W**

**want**
7:7

**We'll**
6:13

**we're**
4:2,15,18,20
6:1 8:24

**we've**
4:17 9:21,23

**whole**
2:13 7:24

**wondering**
8:24

**Wooley**
3:14 9:25

**word**
4:25 9:7

**writing**
6:11

**Y**

**years**
9:23

**1**

**1000**
4:7

**12-31-13**
11:23

**1257**
3:1

**15**
2:5

**16**
3:8,22 7:13,
15,18 9:13

**16A**
2:5,17 3:11
9:1

**17**
2:6

**1706**
2:3

**1A11**
2:4

**2**

**2**
7:23

**2005**
1:7

**257**
3:2

**3**

**3**
1:7 7:23

**300**
3:15 4:11,16
5:6 10:1

**36**
3:9

**4**

**4**
7:23

**6**

**6**
2:4,5,17 3:8,
11 7:15,17

**7**

**7**
2:4

**8**

**8462**
11:22

TX_00212531

USA_00023697

1

# TEXAS HOUSE OF REPRESENTATIVES

## MAY 3, 2005

## PART III

TX_00212532

USA_00023698

2

1          REPRESENTATIVE DUNNAM:  Mr. Speaker.

2          THE CHAIR:  Mr. Dunnam for what purpose?

3          REPRESENTATIVE DUNNAM:  Parliamentary

4     inquiry.

5          THE SPEAKER:  State your inquiry, Mr.

6     Dunnam.

7          REPRESENTATIVE DUNNAM:  It's my

8     understanding that a revised, Supplemental Calendar was

9     printed and distributed prior to our recess and was put

10    in our boxes.

11         THE SPEAKER:  That's correct.

12         REPRESENTATIVE DUNNAM:  My question is

13    this:  The bill that was before the chair at the time,

14    1706 I think was the number, was live before the House,

15    and the point of order had not been sustained.  It was

16    still pending business before the House.  Yet, the

17    Calendars Committee, evidently, put it on a new

18    calendar.

19         And my question is:  If we have a bill

20    before the body, how does calendar have jurisdiction

21    over that bill to do anything?  Because the rules are

22    very clear about that in Rule 6, Section 16 and 17 and

23    also 19 in regards to the placement of bills on a

24    calendar.

25         So the question is:  How did the Calendars

TX_00212533

USA_00023699

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 26 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 235 of 362

3

1    Committee have jurisdiction to do anything with the bill

2    prior to the point of order being sustained?

3                 THE SPEAKER:  Mr. Dunnam, why don't you

4    bring your point of order down front.

5                 REPRESENTATIVE DUNNAM:  I'm not making a

6    point of order, Mr. Speaker.

7                 THE SPEAKER:  Why don't you bring your

8    question down front.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TX_00212534

USA_00023700

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 37 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 236 of 362

4

1

2      STATE OF TEXAS:

3

4      COUNTY OF HARRIS:

5

6                   I, Kateri A. Flot-Davis, Certified

7      Shorthand Reporter in and for the State of Texas, hereby

8      certify  that the foregoing transcript is done to the

9      best of my ability and reflects proceedings heard on

10     video recording.

11                  I further certify that I am neither

12     counsel for, related to, nor employed by any of the

13     parties or attorneys in the action in which this

14     proceeding was taken, and further that I am not

15     financially or otherwise interested in the outcome of

16     the action.

17                  Certified to by me this ___ of

18     _____ ,_____.

19

20

21

22                         _____
                           Kateri A. Flot-Davis
                           Texas CSR No. 8462
23                         Expiration Date: 12-31-13

24

25

TX_00212535

USA_00023701

**A**

ability
4:9

action
4:13,16

also
2:23

attorneys
4:13

**B**

being
3:2

best
4:9

bill
2:13,19,21
3:1

bills
2:23

body
2:20

boxes
2:10

bring
3:4,7

business
2:16

**C**

Calendar
2:8,18,20,24

Calendars
2:17,25

Certified
4:6,17

certify
4:8,11

CHAIR
2:2,13

clear

2:22

Committee
2:17 3:1

correct
2:11

counsel
4:12

COUNTY
4:4

CSR
4:22

**D**

Date
4:23

distributed
2:9

down
3:4,8

DUNNAM
2:1,2,3,6,7,
12 3:3,5

**E**

employed
4:12

evidently
2:17

Expiration
4:23

**F**

financially
4:15

Flot-Davis
4:6,22

foregoing
4:8

front
3:4,8

further
4:11,14

**H**

HARRIS
4:4

heard
4:9

hereby
4:7

HOUSE
1:2 2:14,16

**I**

III
1:6

inquiry
2:4,5

interested
4:15

**J**

jurisdiction
2:20 3:1

**K**

Kateri
4:6,22

**L**

live
2:14

**M**

making
3:5

**N**

neither
4:11

new
2:17

number
2:14

**O**

order
2:15 3:2,4,6

outcome
4:15

over
2:21

**P**

Parliamentary
2:3

PART
1:6

parties
4:13

pending
2:16

placement
2:23

point
2:15 3:2,4,6

printed
2:9

prior
2:9 3:2

proceeding
4:14

proceedings
4:9

purpose
2:2

put
2:9,17

**Q**

question
2:12,19,25
3:8

**R**

recess
2:9

recording
4:10

reflects
4:9

regards
2:23

related
4:12

Reporter
4:7

REPRESENTATIVE
2:1,3,7,12
3:5

REPRESENTATIVES
1:2

revised
2:8

Rule
2:22

rules
2:21

**S**

Section
2:22

Shorthand
4:7

Speaker
2:1,5,11 3:3,
6,7

State
2:5 4:2,7

Supplemental
2:8

sustained
2:15 3:2

**T**

taken
4:14

TEXAS
1:2 4:2,7,22

TX_00212536

USA_00023702

**think**
2:14

**time**
2:13

**transcript**
4:8

U

**understandin g**
2:8

V

**video**
4:10

1

**12-31-13**
4:23

**16**
2:22

**17**
2:22

**1706**
2:14

**19**
2:23

2

**2005**
1:4

3

**3**
1:4

6

**6**
2:22

8

**8462**
4:22

TX_00212537

USA_00023703

1

TEXAS HOUSE OF REPRESENTATIVES

MAY 3, 2005

PART IV

TX_00212538

USA_00023704

House Floor Debate, 3rd Reading - Volume IV          May 3, 2005

1                    REPRESENTATIVE DUNNAM:  Mr. Speaker.

2                    THE SPEAKER:  Mr. Dunnam, for what purpose?

3                    REPRESENTATIVE DUNNAM:  My understanding is

4      the chair has considered the question and that the

5      discussion of this, that I brought to the chair's

6      attention is going to be placed in the journal for

7      future reference but we're going to proceed,

8      notwithstanding this argument?

9                    THE SPEAKER:  That's true.

10                   Is there an objection?

11                   REPRESENTATIVE DUNNAM:  Thank you.

12                   THE SPEAKER:  The chair hears none.

13                   So ordered.

14

15

16

17

18

19

20

21

22

23

24

25

TX_00212539

USA_00023705

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 42 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 241 of 362

3

```
 1    STATE OF TEXAS:

 2

 3    COUNTY OF HARRIS:

 4

 5                    I, Kateri A. Flot-Davis, Certified

 6    Shorthand Reporter in and for the State of Texas, hereby

 7    certify  that the foregoing transcript is done to the

 8    best of my ability and reflects proceedings heard on

 9    video recording.

10                    I further certify that I am neither

11    counsel for, related to, nor employed by any of the

12    parties or attorneys in the action in which this

13    proceeding was taken, and further that I am not

14    financially or otherwise interested in the outcome of

15    the action.

16                    Certified to by me this ___ of

17    _____ ,_____.

18

19

20

21                         _____
                           Kateri A. Flot-Davis
                           Texas CSR No. 8462
22                         Expiration Date: 12-31-13

23

24

25
```

JA_008824

TX_00212540

USA_00023706

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 43 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 242 of 362

House Floor Debate, 3rd Reading - Volume IV          May 3, 2005
4

**A**

ability
3:8

action
3:12,15

argument
2:8

attention
2:6

attorneys
3:12

**B**

best
3:8

brought
2:5

**C**

Certified
3:5,16

certify
3:7,10

chair
2:4,12

chair's
2:5

considered
2:4

counsel
3:11

COUNTY
3:3

CSR
3:21

**D**

Date
3:22

discussion
2:5

DUNNAM

2:1,2,3,11

**E**

employed
3:11

Expiration
3:22

**F**

financially
3:14

Flot-Davis
3:5,21

foregoing
3:7

further
3:10,13

future
2:7

**G**

going
2:6,7

**H**

HARRIS
3:3

heard
3:8

hears
2:12

hereby
3:6

HOUSE
1:5

**I**

interested
3:14

IV
1:10

**J**

journal

2:6

**K**

Kateri
3:5,21

**N**

neither
3:10

notwithstanding
2:8

**O**

objection
2:10

ordered
2:13

outcome
3:14

**P**

PART
1:10

parties
3:12

placed
2:6

proceed
2:7

proceeding
3:13

proceedings
3:8

purpose
2:2

**Q**

question
2:4

**R**

recording
3:9

reference
2:7

reflects
3:8

related
3:11

Reporter
3:6

REPRESENTATIVE
2:1,3,11

REPRESENTATIVES
1:5

**S**

Shorthand
3:6

Speaker
2:1,2,9,12

STATE
3:1,6

**T**

taken
3:13

TEXAS
1:5 3:1,6,21

Thank
2:11

transcript
3:7

true
2:9

**U**

understanding
2:3

**V**

video
3:9

**W**

we're
2:7

**1**

12-31-13
3:22

**2**

2005
1:7

**3**

3
1:7

**8**

8462
3:21

TX_00212541

USA_00023707

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 44 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 243 of 362

1

TEXAS HOUSE OF REPRESENTATIVES

MAY 3, 2005

PT. V



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212542

USA_00023708

2

1            THE SPEAKER:  The chair lays outs on third

2     reading HB 1706.  The clerk will read the bill.

3            THE CLERK:  HB 1706 by Denny relating to

4     requiring a voter to present proof of identification.

5            THE SPEAKER:  The chair recognizes     Ms.

6     Denny.

7            REPRESENTATIVE DENNY:  Thank you,

8     Mr. Speaker.

9            This is the bill we started earlier today

10    that requires the voter ID or two forms of ID for

11    persons voting, and I'm going to move passage in a

12    minute, but I believe there's an Amendment.

13            THE SPEAKER:  The following amendment.  The

14    clerk will read the Amendment.

15            THE CLERK:  Amendment by Veasey.

16            THE SPEAKER:  The chair recognizes

17    Mr. Veasey.

18            REPRESENTATIVE VEASEY:  Mr. Speaker,

19    members, this Amendment simply would encourage election

20    workers to encourage voters to go and find their proper

21    place to go and vote by providing a penalty, a Class A

22    misdemeanor if the election judge fails to knowingly let

23    the voter know that there are other acceptable forms of

24    documentation if the voter does not bring the proper

25    documentation with them.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212543

USA_00023709

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

3

1           And also that the voter may leave the

2    polling place and return to the polling place at any

3    time before the polls close.  Then they'll be able to

4    cast the ballot.

5           And also that the voter may cast the

6    provisional ballot if the voter executes the ballot

7    under the bill.

8           THE SPEAKER:  The chair recognizes Ms.

9    Denny.

10          REPRESENTATIVE DENNY:  Thank you,

11   Mr. Speaker.

12          I'm going to leave this Amendment up to the

13   will of the House.  There is a pretty severe penalty on

14   election judges and clerks if they, for some reason,

15   should fail in this attempt to not inform a voter of one

16   of these forms of ID.

17          Also, it will be difficult if they have to

18   return to the poll on election day in getting that

19   provisional ballot out and dealing with that again.

20          But I'm going to leave this up to you here

21   on the floor.

22          THE SPEAKER:  The Amendment's been

23   withdrawn.

24          The chair recognizes Ms. Thompson to speak

25   against the passage of the bill.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008828

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

4

1               REPRESENTATIVE THOMPSON:  Mr. Speaker,

2     Members, thank you for letting me speak in opposition to

3     this bill.

4               I think that one of the most valuable

5     things that we hold dear is the right to vote.  And

6     during our campaign of democracy, whether we're doing it

7     by ambassadors of goodwill or doing it by individuals or

8     even by presidents, we always parade the right to vote,

9     the democratic process and democracy here in America.

10              I'm really not in a habit, as I'm sure most

11    of you all are not, in the habit of packing around your

12    utility bills as some of my colleagues may be.

13              But personally, I just can't wait to here

14    some hear some of the old persons in front of me become

15    agast at the fact that they'll be asking, come again,

16    you asking me for what?

17              For a long time we have had the Voter

18    Registration Form after the abolition of the poll tax.

19    And I thought that once we had the 13th Amendment, the

20    19th and the one deal with race, sex and age covered,

21    that we had really resolved the problem with voting in

22    this country.

23              And this is really just not the elderly

24    that I'm concerned about in House Bill 1704 that

25    intimidates them.  But minorities, particularly,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008829

TX_00212545

USA_00023711

House Floor Debate, 3rd Reading - Volume V        May 3, 2005

5

1    minority voters, are what's intimidated by requiring

2    them to provide a driver's license, a potter's license,

3    which nobody in my district probably own gun license,

4    when they arrive at the polls.

5                    And we would just like the election judges

6    to create two lines:  People of color with three forms

7    of ID to the left, wealthy white people to the right,

8    and everyone else can go home and pray.

9                    Just as elections on a special day makes it

10   harder for minorities and working class voters to make

11   it to the polls, this is another attempt to

12   disenfranchise voters less likely to support the

13   priorities of this legislature.

14                   A Voter Registration Card should be all you

15   need to vote.  If not, why are we forced continuously to

16   spend millions of dollars to print and to mail them?

17   And if there's so much fraud in printing these

18   certificates, why are we locking up county clerks of the

19   state?

20                   Instead, we are punishing the voters to

21   people who still think they have a voice in this

22   government.  Are you afraid to let the voters decide?

23   That's the real question here.

24                   And I thought that protecting the right to

25   vote was an important goal, and I thought that making it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008830

TX_00212546

USA_00023712

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

6

 1    easy to vote was an important goal.  But I've learned

 2    that the most of my colleagues do not share these goals.

 3    I've learned that many of my colleagues are afraid the

 4    wrong people will vote.

 5              And we learned that last week in Mr. Kiel's

 6    speech, rebutting arguments that hadn't been made,

 7    calling out Members who hadn't spoken, and he carefully

 8    prepared a well-written comment against the Ethics Bill

 9    he co-authored.

10              And, Members, it doesn't take much to

11    discourage people from voting.  But we have been doing a

12    great job of this succession, just like we did last week

13    when we approved a bill last special session, when we

14    approved a bill to let Tom DeLay choose the voters in

15    300-mile Congressional District.

16              In this session, the leaders want to

17    determine who is worthy to vote.  And we talked about

18    this bill earlier, the right of this bill coming to the

19    floor.

20              But I want to remind you, Members, that

21    last special session the Redistricting Bill was filed in

22    the Clerk's Office.  It was brought to the floor.  It

23    never went through the committee process.  The rules

24    were suspended and it was passed.

25              Mr. Speaker, I'd like to be shown as voting



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008831

TX_00212547

USA_00023713

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

7

1   no against this bill.

2                    THE SPEAKER:  The chair recognizes Mr.

3   Strama to speak against.

4                    MR. MORENO:  Mr. Speaker.

5                    THE SPEAKER:  Mr. Moreno, for what purpose?

6                    REPRESENTATIVE JOE MORENO:  I'd like to

7   show that we reduce Ms. Thompson's remarks in writing

8   and placed in the journal.

9                    THE SPEAKER:  Why don't you come down front

10  while Mr. Strama's speaking.

11                   The chair recognizes Mr. Strama.

12                   REPRESENTATIVE STRAMA:  Thank you,

13  Mr. Speaker.

14                   Members, I know we talked about this a lot

15  yesterday.  I went home last night and I was still

16  thinking about it, and I talked to my fiancee about it

17  and she said, "Wow, I'm surprised.  I thought you would

18  be for that bill, as much as your life and work has been

19  spent securing the integrity of elections."  She thought

20  I would be for this bill.

21                   And so I realized that we hadn't done a

22  very good job yesterday of explaining what the problems

23  are with this bill and I'm going to ask you to indulge

24  me for a moment.

25                   Let me start by commending Chairwoman



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212548

USA_00023714

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 51 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 250 of 362

8

1   Denny.  Yesterday you did a great job keeping your cool

2   under a lot of difficult questioning.

3               I know that as Republicans, those of you

4   who support this bill, probably take as much offense at

5   the implications of the political process as we

6   Democrats take offense at the implication that we don't

7   believe elections should be secure from fraud.

8               Let's assume that both of us want fair,

9   free elections in which everyone has access to the

10  ballot and no one is allowed to vote improperly or

11  twice.

12              If we assume that, then we can talk about

13  what are the right ways to guarantee that procedurally?

14              Because at the end of the day, this is a

15  bill about election procedure.  And we have to make sure

16  that those procedures are fair to everyone.  And I think

17  at the end of the day we have to err on the side of

18  inclusion when we know we have a problem with voter

19  turn-out in this state and we are not able to document

20  any specific evidence of actual fraud that would be

21  deterred by this legislation.

22              Mr. Keel, we voted for two of your bills in

23  this past month that try to safeguard the integrity of

24  the election process from fraudulent voting by mail,

25  which is probably the most vulnerable part of our



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212549

USA_00023715

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

9

 1    election process.

 2              It's widely agreed among election

 3    administrators and security experts that voting by mail

 4    is the part where it is easiest to defraud an election.

 5              You have to realize that election fraud is

 6    a high risk, low reward endeavor in our system because

 7    the risks and the consequences are high.  We cannot

 8    always deter election fraud before it happens but it is

 9    pretty easy to find it after it happens.

10              And only one vote at a time can be cast

11    fraudulently, not in a way that generally changes the

12    outcome of an election.  But it does get caught, and

13    there is an Election Crimes Division at the United

14    States Department of Justice.  There is the Attorney

15    General's Office.  There are local District Attorney's

16    Office and there are competent election administrators

17    around this state who look for that kind of fraud all

18    the time.

19              But let me tell you what the practical

20    effect of this legislation will be.  No. One, it will

21    cause a significant increase in the number of

22    provisional ballots that are cast on election day.  This

23    should be of significant concern to all election

24    administrators.

25              In the Help America Vote Act there are very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008834

TX_00212550

USA_00023716

House Floor Debate, 3rd Reading - Volume V        May 3, 2005

                                                              10

 1    short timeframes during which provisional ballots have

 2    to be vetted and determined whether they will be cast,

 3    whether they will be count or discarded.

 4              By increasing the number of provisional

 5    ballots that get cast, and Representative Anchia told

 6    you yesterday only 21 percent of provisional ballots got

 7    counted in the 2004 election.

 8              If we increase that number, we do two

 9    things:  One, we increase the work load on election

10    officials at a time when they're already extremely busy.

11              Two, we decrease their ability to do

12    thorough due diligence on all of the provisional ballots

13    that they have to review.  That is a significant new

14    burden to put on election administrators.  It is an

15    unfunded mandate on them, and it is something that not

16    only effects the votes cast under this legislation, but

17    effected all the other provisional votes that are cast

18    in an election period.

19              Second practical problem with the bill:  It

20    gives an extraordinary amount of new discretion to the

21    volunteer poll workers who work at the polls on election

22    day.

23              The most difficult challenge election

24    administrators face is the challenge of getting

25    competent volunteers to the polls on election day.  It



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212551

USA_00023717

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

11

1    is extraordinarily difficult, and you will notice it
2    when you go to the polls, they have a very hard time
3    getting people in my generation and younger to work the
4    polls.
5              At a time when the polls are getting
6    increasingly technologically sophisticated, it is very
7    difficult to get poll workers who can meet the
8    requirements of the 21st-century voting booth.
9              So what we are doing in this bill is
10   requiring something entirely new for poll workers.  They
11   not only have to review and check the list and say yes,
12   the docket, the standards have been met.  The clear
13   documentation requirements have been met.  They have to
14   make a discretionary judgment about whether the ID being
15   presented to them is the ID of the person that is
16   presenting it.
17             That is a whole new level of discretion and
18   I predict there will be pockets of problems where poll
19   workers turn voters away using this new discretion that
20   they've been granted.  And there will be lawsuits that
21   result from it.
22             Members, the 2000 election in Florida is
23   the most closely scrutinized election we've ever had.
24   And that election, after the fact -- every single vote
25   in that election was looked at with a microscope.  They



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212552

USA_00023718

12

1    did not find examples with the type of fraud that this

2    legislation is designed to prevent.

3              But they found countless examples of people

4    who were denied the right to vote who should have been

5    allowed to vote, all of which are well documented.

6              I happen to have a little bit of experience

7    with this.  My company won a contract with in the state

8    of Florida to fix their voter registration database

9    after the 2000 election.  And I spent a lot of time

10   going through the problems that occurred in the 2000

11   election in Florida.  This was not the problem.  The

12   problem that this bill is intended to address is not

13   what went wrong in Florida.

14             We've done a lot to fix the problems that

15   went wrong in Florida with the elections.  What I

16   addressed is the problem of legitimate voters being

17   turned away from the polls due to errors by the election

18   administrators.  That problem is worse and worse.

19             And the third practical problem with this

20   bill:  This bill should necessitate the creation of a

21   split voter registration roll which should significantly

22   (inaudible) the administration of the Voter Registration

23   Database.

24             In 1995 Congress implemented the Federal

25   Motor Voter bill, and it required states to allow people



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212553

USA_00023719

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 56 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 255 of 362

                                                            13

1    to register to vote by mail and at driver's license

2    agencies.  Two states refused to comply with the law and

3    said we're not going to let our voters register at

4    driver's license agencies and by mail.

5                    In those two states, Illinois and

6    Mississippi, because federal law required it for federal

7    elections, they had to maintain a split Voter

8    Registration Database.

9                    People who registered by mail were on one

10   list and were allowed to vote a federal ballot.  People

11   who registered to vote under the old Mississippi and

12   Illinois procedures were on the list of people who got

13   to vote the entire federal and statewide ballot.

14                   Because this bill deviates from federal

15   standards, it necessitates that election administrators

16   maintain two lists of federal voters.  It required that

17   we have primary voters who do not meet the state

18   requirements but do meet the federal requirements and

19   that we allow them to vote the federal ballot because

20   that's what federal law says.

21                   I was there in Washington when the Help

22   America Vote Act was negotiated.  And the identification

23   requirements in the Help America Vote Act were the most

24   hotly contested part of that bill.  And they settled on

25   the ID requirements that we have in the Help America



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008838

TX_00212554

USA_00023720

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

14

```
 1   Vote Act because that is what is necessary to create
 2   security in the electoral process.
 3              Let's not diminish what those ID
 4   requirements are.  No one is ever allowed to vote in
 5   this country if they have not been ID'd with Photo ID or
 6   with another form of ID and with the last four digits of
 7   their Social Security number or with a driver's license
 8   number, either at the time that they register to vote or
 9   on the first occasion of their voting.
10              It is not allowed for you to go vote by
11   mail --
12              THE SPEAKER:  Mr. Jones, what's your
13   question?
14              REPRESENTATIVE DELWIN JONES:  Mr. Speaker,
15   would the gentleman yield for a question?
16              THE SPEAKER:  Do you yield?
17              REPRESENTATIVE STRAMA:  Mr. Jones, if
18   you'll give me a minute and a half.
19              THE SPEAKER:  Not at this time, Mr. Jones.
20              REPRESENTATIVE STRAMA:  Am I out of time?
21              THE SPEAKER:  No.
22              REPRESENTATIVE STRAMA:  Okay.
23              We have security that requires first-time
24   voters to vote in-person if they did not register to
25   vote in-person.  We authenticate the individuals
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 58 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 287 of 362

15

1    identity at that time.

2              Security experts that worked in the -- I

3    worked in the technology field for five years.  Security

4    experts will tell you that is the level of

5    authentication that is appropriate to this enterprise.

6    To go beyond that gets into the area where it cuts

7    people out of the process.

8              I know that is not the intent of the

9    chairwoman, but she acknowledged in Florida bay

10   yesterday, that this bills requirements will be

11   harder --

12             THE SPEAKER:  The point of order has been

13   raised.  The gentleman's time has expired.  The point of

14   order is well taken.

15             REPRESENTATIVE STRAMA:  Thank you.

16   Members.  I hope oppose this bill.

17             THE SPEAKER:  Mr. Jones, for what purpose?

18             Unfortunately, Mr. Jones, he yields the

19   floor.

20             Ms. Davis?

21             REPRESENTATIVE DELWIN JONES:  Mr. Speaker,

22   can I move to extend the speaker's time so he might

23   respond to questions?

24             THE SPEAKER:  Members, you've heard the

25   motion.  Mr. Jones moves to extend the gentleman's time.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212556

USA_00023722

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 59 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 238 of 362

                                                                16

1    Is there an objection?

2              Members, it is a division vote.

3              All those in favor to extend the

4    gentleman's time vote aye.  All those opposed vote no.

5              5, 2, vote.  The gentleman's time is

6    extended.

7              REPRESENTATIVE STRAMA:  I do yield.

8              REPRESENTATIVE DELWIN JONES:  Let me see if

9    my farmer's ears understand what you said in that

10   dialogue.

11             I believe you said that this bill would

12   discourage voter participation; is that correct?

13             REPRESENTATIVE STRAMA:  I believe it could

14   cause some voters to be turned away from the polls.

15             REPRESENTATIVE DELWIN JONES:  Also, I think

16   you said it would discourage workers from working at the

17   polls because of the various documents and/or rejecting

18   someone from the voting process.  Was that a part of it?

19             REPRESENTATIVE STRAMA:  Mr. Jones, that's

20   correct.

21             REPRESENTATIVE DELWIN JONES:  And would you

22   agree with me that the less people who participate in an

23   election, the less fraudulent votes would have on that

24   process?

25             REPRESENTATIVE STRAMA:  I would agree with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212557

USA_00023723

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 60 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 239 of 362

1    that.

2              REPRESENTATIVE DELWIN JONES:  Thank you.

3              REPRESENTATIVE VILLAREAL:  Mr. Speaker.

4              THE SPEAKER:  Mr. Villarreal, for what

5    purpose?

6              REPRESENTATIVE VILLARREAL:  Will the

7    gentleman yield for a question?

8              THE SPEAKER:  Mr. Strama, do you yield?

9              REPRESENTATIVE STRAMA:  I will.

10              THE SPEAKER:  The gentleman yields.

11              REPRESENTATIVE VILLARREAL:  Can you explain

12    your third point a little more simply.

13              My understanding is that we're creating two

14    different standards, and I'm interested in how this

15    impacts my County Elections Department.

16              What I heard you say is that we are

17    creating, sort of, a split roll in terms of voting.  My

18    precinct judge is going to have to maintain two sets of

19    ballots, one for federal elections, one for all other

20    elections, and federal elections, and that a voter who

21    may not meet our state, stricter standard cannot

22    (Inaudible) election.

23              REPRESENTATIVE STRAMA:  I think you

24    understand it correctly.  The background that you need

25    to know is that when the federal government makes laws



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212558

USA_00023724

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

                                                              18

1    regarding elections, it does so only as a regard to

2    conduct the federal elections.  It has no authority over

3    the conduct of state elections.

4               So when it passed the Help America Vote

5    Act, it enacted standards that governed the

6    administration of federal elections.

7               When we deviate from those standards, we

8    create a dual-administrative process at the local level.

9    One, for the conduct of the federal election.  One, for

10   the conduct of the state elections.

11              And a voter who does not meet the ID

12   requirements in Representative Denny's bill should be

13   allowed to vote on federal elections by meeting the

14   requirements in the Help America Vote Act.

15              REPRESENTATIVE VILLARREAL:  You said should

16   be allowed.  Aren't they required to be allowed?

17              REPRESENTATIVE STRAMA:  Under the law they

18   should be.

19              REPRESENTATIVE VILLARREAL:  My

20   understanding is we can't override federal law.

21              REPRESENTATIVE STRAMA:  You're correct

22   about that.

23              REPRESENTATIVE VILLARREAL:  So we're

24   creating a dual-election process where voter (Inaudible)

25   way voters aren't turned away if they fail to meet our



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212559

USA_00023725

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

19

1    standard but they meet the federal standard?

2              REPRESENTATIVE STRAMA:  And I'll tell you

3    when this was it done in Illinois and Mississippi in

4    1996 it quickly collapsed of its own weight.

5              REPRESENTATIVE VILLARREAL:  Thank you.

6              REPRESENTATIVE STRAMA:  Thank you, Members.

7              THE SPEAKER:  The chair recognizes

8    Representative Davis.

9              REPRESENTATIVE YVONNE DAVIS:  Thank you,

10   Mr. Speaker, Members.

11             I'd like to take a moment just to suggest

12   that we really ought to review what we're doing here.

13             House Bill 1706 has the effect of taking

14   fundamental rights away.  We are a country of a

15   democracy.  We are we encourage.  We should be

16   encouraging participation.

17             What 1706 will have the effect to do is to

18   suppress voter participation and have the ability to

19   have fewer people make decisions for our state and our

20   country.

21             We ought to be creating bills for the

22   people.  To support the people, not to hinder them.  And

23   when we pass a bill like this, it's punitive in nature.

24             If we're trying to fix voter fraud, I think

25   we have rules and laws on the books to address voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212560

USA_00023726

Case 2:13-cv-00193   Document 664-16   Filed on 11/11/14 in TXSD   Page 63 of 87
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 282 of 362

20

1    fraud.

2              Why are we imposing these standards on

3    voters who just wish to participate in this governmental

4    process, that we say that the 26th Amendment gives

5    18-year olds and older to vote in our state and our

6    country.

7              And now we're coming up with these

8    different kind of standards which have the effect of

9    saying that you have to prove yourself worthy of a vote

10   instead of being able to enjoy that constitutional right

11   we've been given once we reach or turn the age of 18.

12             I'm concerned that when we talk about the

13   provisional ballots, when we talk about having two

14   ballots, the regular ballot will be counted and then its

15   provisional ballot.

16             There's no question a provisional ballot

17   would be very difficult to count.  We're now going to

18   create a separate class of ballots.  We know when we do

19   separate ballots, separate classes, we know that

20   inherently creates an inequity.

21             So now we're going to have this provisional

22   ballot that people are going to go with votes, thinking

23   they're going to cast their votes for a particular issue

24   or a candidate and not know if it gets counted.

25             We are going to impose those kind of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008845

TX_00212561

USA_00023727

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 64 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 263 of 362

21

1    standards that have the effect of eliminating people's

2    participation in this process.

3            I think that in 1706, we are being punitive

4    to those voters who have a right to vote, and I don't

5    think it does anything to address fraudulent voters.

6            None of us want elections based on a

7    fraudulent vote.  All of us run under elections and for

8    voters to vote for us.  So we know how important or

9    significant it is that we have fair elections.

10           The question is:  Do we penalize and

11   suppress votes by creating these barriers?

12           I would submit that HB 1706 is creating

13   barriers.  Instead barriers, instead of creating

14   opportunities to encourage, to increase voter

15   participation, it creates barriers.  It has an effect of

16   setting up standards that make it difficult for many

17   people to vote.

18           We've seen Dallas County, when they want to

19   suppress elections, they come out with rules and

20   standards and post signs.  And this is just another way

21   of doing it to suppress voter participation.

22           Why are we going to ask senior citizens to

23   bring in their utilities if they don't have IDs?  To

24   bring in two utilities bills with their names and

25   addresses?  I mean, we're creating a barrier that we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008846

TX_00212562

USA_00023728

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

22

1     should not be imposing on the citizens of our states.

2                    And I will tell you that I think HB 1706,

3     it does not help the folks of the State of Texas.  It

4     creates and hampers their right to vote and we ought not

5     be doing that this legislative session.

6                    So I ask you, Members, to think about how

7     would you feel if someone came out and prevented you

8     from casting your vote?  How would you feel if there

9     were these artificial barriers created in this house

10    that created a difficulty for you to vote?

11                   That's the question:  Are we willing to do

12    the same thing to ourselves as we're doing to others?

13                   HB 1706 will have the effect of suppressing

14    voter participation.

15                   REPRESENTATIVE HODGE:  Mr. Speaker.

16                   THE SPEAKER:  Ms. Hodge, for what purpose?

17                   REPRESENTATIVE HODGE:  Will the lady yield

18    for a couple questions?

19                   THE SPEAKER:  Ms. Davis, do you yield?

20                   REPRESENTATIVE YVONNE DAVIS:  Yes.

21                   THE SPEAKER:  The lady yields have.

22                   REPRESENTATIVE HODGE:  Representative

23    Davis, have you ever heard the saying, you cannot

24    understand the plight of my walk unless you've walked a

25    mile in my shoes?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008847

TX_00212563

USA_00023729

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 66 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 265 of 362

23

1          REPRESENTATIVE YVONNE DAVIS:  I have heard
2    that Representative Hodge.
3          REPRESENTATIVE HODGE:  Have you ever had
4    any idea what's really meant by that?
5          REPRESENTATIVE YVONNE DAVIS:
6    Representative Hodge, unfortunately, I know exactly
7    what's meant by that.
8          REPRESENTATIVE HODGE:  Well, let me ask
9    you:  Are you concerned a lot about this bill, not as it
10   being a minority bill, but a bill that restricts the
11   rights of all voters to vote?
12         REPRESENTATIVE YVONNE DAVIS:  That's why it
13   is so offensive.  This bill has the effect of
14   suppressing people in their government.  It doesn't
15   matter what color they are.  It doesn't matter what
16   neighborhood they live in.  It will have that effect.
17   And any time it has an effect in any neighborhood, the
18   entire system is effected by it.
19         REPRESENTATIVE HODGE:  Now, let me ask you
20   about the plight of walking in your shoes that may give
21   you a different concern about this bill.
22         During your lifetime, are you familiar at
23   all with any of your grandparents having to pay poll
24   tax?
25         REPRESENTATIVE YVONNE DAVIS:  Yes, ma'am.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 67 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 266 of 362

24

1      REPRESENTATIVE HODGE:  To have the right to

2  vote?

3      REPRESENTATIVE YVONNE DAVIS:  Yes, ma'am.

4  Yes, ma'am.  I remember my dad having to pay poll tax,

5  Ms. Hodge.

6      REPRESENTATIVE HODGE:  Anywhere in your

7  lifetime do you remember, members of the African

8  American community having to take a Litmus Test to have

9  the right to vote, even being told that they failed the

10 test when they passed it?

11     REPRESENTATIVE YVONNE DAVIS:  Yes, ma'am,

12 Representative Hodge.  I'm very familiar with that.

13     REPRESENTATIVE HODGE:  Now, when I talk

14 about this walk a mile in my shoes, we've got other

15 people in this room.  Do you think that maybe they don't

16 understand our plight about voting because they've never

17 walked that mile in these shoes?

18     REPRESENTATIVE YVONNE DAVIS:

19 Representative Hodge, I hope it's based on just not

20 understanding.  I would hate to think that this bill is

21 designed to suppresses voter participation.

22     And I would hope that they would listen to

23 (Inaudible) that would suggest that this would have that

24 effect in our community so that they would not think

25 that this is just some discussion about it.  This is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212565

USA_00023731

25

1    reality for us.

2             They do differently in our communities.

3    They handle elections differently in our communities

4    than they do in any others.  So this is real for us.

5    This is what people have to experience coming into our

6    communities to execute their right to vote.

7             REPRESENTATIVE HODGE:  So are you familiar

8    with women suffrage?

9             REPRESENTATIVE YVONNE DAVIS:  Yes, ma'am.

10            REPRESENTATIVE HODGE:  Where women who were

11   not of color did not have the right to vote?

12            REPRESENTATIVE YVONNE DAVIS:  That's

13   correct, Representative Hodge, I am.

14            REPRESENTATIVE HODGE:  But would you think

15   that our colleagues in this room may not understand that

16   plight because that was over in 1920, and there are very

17   few women in this room that was born in 1920 or before?

18            REPRESENTATIVE YVONNE DAVIS:  That's right.

19            REPRESENTATIVE HODGE:  So do you think

20   they're not being selfish to us, but do you think they

21   just do not understand the plight since they themselves

22   have never personally experienced it the way you and I

23   have, that we have such a great respect for the right to

24   vote is?

25            REPRESENTATIVE YVONNE DAVIS:  I think



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008850

TX_00212566

USA_00023732

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 69 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 288 of 362

26

 1    that's one of the challenges for us is that people don't

 2    understand how much blood, sweat and tears passed on

 3    before we were given the right, before we were able to

 4    execute our right.

 5              And then to put these artificial boundaries

 6    in place to suppress and barriers to prevent us from

 7    participating.  We've seen it before.  It might be

 8    neater, or it might be cleaner, but it is, in fact, a

 9    means in which to suppress our votes and our

10    participation.

11              And we ought to be all offended by it as

12    Members who are elected by the vote.  We ought to have a

13    greater appreciation for one's right to vote.

14              REPRESENTATIVE HODGE:  So are you telling

15    me that what you think of when you think of this is the

16    fact that you had to overcome poll tax?  You had to

17    overcome the Litmus test?  These are all trying to

18    obtain the right to vote?

19              You had to demonstrate and protest?  If you

20    may remember the death of Caney, Swina and Goodman who

21    lost their lives in the south fighting for the right of

22    people to vote?  Would you remember that?

23              REPRESENTATIVE YVONNE DAVIS:  I do remember

24    that, Ms. Hodge.  That's why Texas is under the Voting

25    Right Act because we know, we know that we have put in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212567

USA_00023733

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

27

1    laws that have suppressed and discouraged participation

2    and that's why these things, this 1706 represents that

3    kind of turning the clock back.

4              REPRESENTATIVE HODGE:  Do you think that

5    your colleagues here are even aware of the fact that

6    African Americans in the south is the reason, basically,

7    the Voting Rights Act was created and that we are the

8    only people in this country who have to have

9    Congressional Certification every ten years to maintain

10   the right to vote?

11             Now, I know when President Bush was asked

12   about this just a month or so ago, he was not familiar

13   with the Voting Rights Act.  So do you think that maybe

14   that's something our colleagues are not familiar with,

15   also?

16             REPRESENTATIVE YVONNE DAVIS:  Well, let me

17   just assure you, Ms. Hodge, the fact that we have Voting

18   Rights Act has been a tool to prevent this kind of bills

19   and legislation, which would have the effect of

20   suppressing and discouraging voter participation,

21   particular folks, because everyone is guaranteed the

22   right to vote when they become 18 or older.

23             And so this, in my judgment is another

24   means in which to turn the clock back, try to discourage

25   participation in a form of intimidation and a form of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008852

TX_00212568

USA_00023734

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

28

1   creating artificial requirements to suggest that a

2   person shows up with two utility bills as an address,

3   makes them a proper voter.

4            I mean, the whole theory is voters should

5   not have to prove they're legitimate.  We should deal

6   with the fraudulent voters.  Everyone should be able to

7   freely come in and vote.  We should not penalize those

8   that have a right to vote based on what someone else

9   did.  Let's penalize the fraudulent voters.  Or the

10  crime --

11           THE SPEAKER:  The point of order is well

12  taken.  Thank you.

13           REPRESENTATIVE YVONNE DAVIS:  Thank you,

14  Representative.

15           I'd ask Members to vote no on this bill.

16           THE SPEAKER:  The chair recognizes

17  Mr. Burnam.

18           REPRESENTATIVE BURNAM:  Mr. Speaker,

19  Members, I think you all know that I think that this is

20  a really bad bill.  I think this is one of those bills

21  that points out the hypocrisy of what goes on in this

22  legislative body, and I want to talk about that a little

23  bit.

24           But, first, I want to remind you where we

25  opened this discussion yesterday on the second reading



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008853

TX_00212569

USA_00023735

29

1  when the author of the bill was laying out the bill.

2           I read to you then and I'm going to reread

3  to you one or two sentences from the AARP letter which

4  says, "HB 1706 will impose the modern version of a poll

5  tax, as it will force elderly, retired and disabled

6  voters to purchase and furnish official documents, such

7  as birth certificates, passports, driver's licenses or

8  government identity cards as a prerequisite to

9  registering or casting a ballot.  An artificial obstacle

10  to voting.

11           "Voter Identification requirements will

12  negatively impact thousands of AARP Members, especially

13  those who have voluntarily given up the right to drive."

14           REPRESENTATIVE HODGE:  Mr. Speaker.

15           THE SPEAKER:  Ms. Hodge, for what purpose?

16           REPRESENTATIVE HODGE:  Will the gentleman

17  yield for a question?

18           THE SPEAKER:  Mr. Burnam, do you yield?

19           REPRESENTATIVE BURNAM:  For a question.

20           REPRESENTATIVE HODGE:  No, I have two.

21           REPRESENTATIVE BURNAM:  Two questions.

22  Yes, I yield.

23           THE SPEAKER:  The gentleman yields.

24           REPRESENTATIVE HODGE:  REPRESENTATIVE

25  BURNAM, are you speaking against this bill because you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

30

1   think it is a bad bill?

2                REPRESENTATIVE BURNAM:  Absolutely.

3                REPRESENTATIVE HODGE:  Then let me ask you:

4   After all the work we've done on this side on this bill,

5   are you aware that 11 senators on the other side have

6   already voted to block the passage or the hearing of

7   this bill in the Senate?

8                REPRESENTATIVE BURNAM:  I have heard that

9   11 senators have signed a letter saying that no way

10  would they allow this bill to come to the Senate floor

11  because it is such a bad bill.

12               And so if those 11 senators hold true to

13  their commitment, this bill will not become law, which

14  is a good thing.

15               But I think it's an important thing that we

16  are all reminded that in addition to the letter from the

17  AARP, we have a letter cosigned by the NAACP, LULAK, the

18  American Civil Liberties Union, MALDAV, the United Farm

19  Workers, the State AFL, PRO, and People for the American

20  Way all raising objections saying that this bill

21  relating to requiring a voter to present proof of

22  identification which will create one of the most

23  restrictive voting laws in the nation.

24               Now, I want to talk about hypocrisy.  I can

25  read letters.  You can read letters.  We can talk about



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212571

USA_00023737

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

31

1    what all the third-party people are talking about.  But

2    I want to talk about hypocrisy.

3              Since the 1870.  Corporations in this

4    country have had way too much influence in power and

5    control over our democracy in the election process.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212572

USA_00023738

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 75 of 87
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 274 of 362

32

```
 1   STATE OF TEXAS:

 2

 3   COUNTY OF HARRIS:

 4

 5              I, Kateri A. Flot-Davis, Certified

 6   Shorthand Reporter in and for the State of Texas, hereby

 7   certify  that the foregoing transcript is done to the

 8   best of my ability and reflects proceedings heard on

 9   video recording.

10              I further certify that I am neither

11   counsel for, related to, nor employed by any of the

12   parties or attorneys in the action in which this

13   proceeding was taken, and further that I am not

14   financially or otherwise interested in the outcome of

15   the action.

16              Certified to by me this ___ of

17   _____ ,_____.

18

19

20                   _____

21                   Kateri A. Flot-Davis
                     Texas CSR No. 8462
22                   Expiration Date: 12-31-13

23

24

25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008857

TX_00212573

USA_00023739

Case 2:13-cv-00193 Document 664-16 Filed on 11/14/14 in TXSD Page 76 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 275 of 362

House Floor Debate, 3rd Reading - Volume V          May 3, 2005
33

**A**

AARP
29:3,12 30:17

ability
10:11 19:18
32:8

able
3:3 8:19
20:10 26:3
28:6

abolition
4:18

Absolutely
30:2

acceptable
2:23

access
8:9

acknowledged
15:9

Act
9:25 13:22,23
14:1 18:5,14
26:25 27:7,
13,18

action
32:12,15

actual
8:20

addition
30:16

address
12:12 19:25
21:5 28:2

addressed
12:16

addresses
21:25

administration
on

12:22 18:6
administrators
9:3,16,24
10:14,24
12:18 13:15

AFL
30:19

afraid
5:22 6:3

African
24:7 27:6

agast
4:15

age
4:20 20:11

agencies
13:2,4

ago
27:12

agree
16:22,25

agreed
9:2

allow
12:25 13:19
30:10

allowed
8:10 12:5
13:10 14:4,10
18:13,16

already
10:10 30:6

also
3:1,5,17
16:15 27:15

always
4:8 9:8

ambassadors
4:7

Amendment

2:12,13,14,
15,19 3:12
4:19 20:4

Amendment's
3:22

America
4:9 9:25
13:22,23,25
18:4,14

American
24:8 30:18,19

Americans
27:6

among
9:2

amount
10:20

Anchia
10:5

and/or
16:17

another
5:11 14:6
21:20 27:23

Anywhere
24:6

appreciation
26:13

appropriate
15:5

approved
6:13,14

area
15:6

arguments
6:6

around
4:11 9:17

arrive
5:4

artificial

22:9 26:5
28:1 29:9

asked
27:11

asking
4:15,16

assume
8:8,12

assure
27:17

attempt
3:15 5:11

Attorney
9:14

attorneys
32:12

Attorney's
9:15

authenticate
14:25

authentication
15:5

author
29:1

authority
18:2

aware
27:5 30:5

aye
16:4

**B**

back
27:3,24

background
17:24

bad
28:20 30:1,11

ballot
3:4,6,19 8:10

13:10,13,19
20:14,15,16,
22 29:9

ballots
9:22 10:1,5,
6,12 17:19
20:13,14,18,
19

barrier
21:25

barriers
21:11,13,15
22:9 26:6

based
21:6 24:19
28:8

basically
27:6

bay
15:9

being
11:14 12:16
20:10 21:3
23:10 24:9
25:20

believe
2:12 8:7
16:11,13

best
32:8

beyond
15:6

bill
2:2,9 3:7,25
4:3,24 6:8,
13,14,18,21
7:1,18,20,23
8:4,15 10:19
11:9 12:12,
20,25 13:14,
24 15:16
16:11 18:12
19:13,23

TX_00212574
USA_00023740

House Floor Debate, 3rd Reading - Volume V        May 3, 2005

34

| | | | | |
|---|---|---|---|---|
| 23:9,10,13,<br>21 24:20<br>28:15,20<br>29:1,25 30:1,<br>4,7,10,11,<br>13,20<br>**bills**<br>4:12 8:22<br>15:10 19:21<br>21:24 27:18<br>28:2,20<br>**birth**<br>29:7<br>**bit**<br>12:6 28:23<br>**block**<br>30:6<br>**blood**<br>26:2<br>**body**<br>28:22<br>**books**<br>19:25<br>**booth**<br>11:8<br>**born**<br>25:17<br>**both**<br>8:8<br>**boundaries**<br>26:5<br>**bring**<br>2:24 21:23,24<br>**brought**<br>6:22<br>**burden**<br>10:14<br>**Burnam**<br>28:17,18<br>29:18,19,21,<br>25 30:2,8 | **Bush**<br>27:11<br>**busy**<br>10:10<br><br>    C<br>**calling**<br>6:7<br>**came**<br>22:7<br>**campaign**<br>4:6<br>**candidate**<br>20:24<br>**Caney**<br>26:20<br>**cannot**<br>9:7 17:21<br>22:23<br>**Card**<br>5:14<br>**cards**<br>29:8<br>**carefully**<br>6:7<br>**cast**<br>3:4,5 9:10,22<br>10:2,5,16,17<br>20:23<br>**casting**<br>22:8 29:9<br>**caught**<br>9:12<br>**cause**<br>9:21 16:14<br>**certificates**<br>5:18 29:7<br>**Certificatio<br>n**<br>27:9<br>**Certified** | **32:5,16**<br>**certify**<br>32:7,10<br>**chair**<br>2:1,5,16 3:8,<br>24 7:2,11<br>19:7 28:16<br>**Chairwoman**<br>7:25 15:9<br>**challenge**<br>10:23,24<br>**challenges**<br>26:1<br>**changes**<br>9:11<br>**check**<br>11:11<br>**choose**<br>6:14<br>**citizens**<br>21:22 22:1<br>**Civil**<br>30:18<br>**Class**<br>2:21 5:10<br>20:18<br>**classes**<br>20:19<br>**cleaner**<br>26:8<br>**clear**<br>11:12<br>**clerk**<br>2:2,3,14,15<br>**clerks**<br>3:14 5:18<br>**Clerk's**<br>6:22<br>**clock**<br>27:3,24 | **close**<br>3:3<br>**closely**<br>11:23<br>**co-authored**<br>6:9<br>**collapsed**<br>19:4<br>**colleagues**<br>4:12 6:2,3<br>25:15 27:5,14<br>**color**<br>5:6 23:15<br>25:11<br>**come**<br>4:15 7:9<br>21:19 28:7<br>30:10<br>**coming**<br>6:18 20:7<br>25:5<br>**commending**<br>7:25<br>**comment**<br>6:8<br>**commitment**<br>30:13<br>**committee**<br>6:23<br>**communities**<br>25:2,3,6<br>**community**<br>24:8,24<br>**company**<br>12:7<br>**competent**<br>9:16 10:25<br>**comply**<br>13:2<br>**concern**<br>9:23 23:21 | **concerned**<br>4:24 20:12<br>23:9<br>**conduct**<br>18:2,3,9,10<br>**Congress**<br>12:24<br>**Congressiona<br>l**<br>6:15 27:9<br>**consequences**<br>9:7<br>**constitution<br>al**<br>20:10<br>**contested**<br>13:24<br>**continuously**<br>5:15<br>**contract**<br>12:7<br>**control**<br>31:5<br>**cool**<br>8:1<br>**Corporations**<br>31:3<br>**correct**<br>16:12,20<br>18:21 25:13<br>**correctly**<br>17:24<br>**cosigned**<br>30:17<br>**counsel**<br>32:11<br>**count**<br>10:3 20:17<br>**counted**<br>10:7 20:14,24 |

TX_00212575

USA_00023741

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 78 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 27 of 362

House Floor Debate, 3rd Reading - Volume V          May 3, 2005
35

countless
12:3
country
4:22 14:5
19:14,20 20:6
27:8 31:4
county
5:18 17:15
21:18 32:3
couple
22:18
covered
4:20
create
5:6 14:1 18:8
20:18 30:22
created
22:9,10 27:7
creates
20:20 21:15
22:4
creating
17:13,17
18:24 19:21
21:11,12,13,
25 28:1
creation
12:20
crime
28:10
Crimes
9:13
CSR
32:21
cuts
15:6

____ D ____

dad
24:4
Dallas
21:18

database
12:8,23 13:8
Date
32:22
Davis
15:20 19:8,9
22:19,20,23
23:1,5,12,25
24:3,11,18
25:9,12,18,
25 26:23
27:16 28:13
day
3:18 5:9
8:14,17 9:22
10:22,25
deal
4:20 28:5
dealing
3:19
dear
4:5
death
26:20
decide
5:22
decisions
19:19
decrease
10:11
defraud
9:4
DeLay
6:14
DELWIN
14:14 15:21
16:8,15,21
17:2
democracy
4:6,9 19:15
31:5

democratic
4:9
Democrats
8:6
demonstrate
26:19
denied
12:4
Denny
2:3,6,7 3:9,
10 8:1
Denny's
18:12
Department
9:14 17:15
designed
12:2 24:21
deter
9:8
determine
6:17
determined
10:2
deterred
8:21
deviate
18:7
deviates
13:14
dialogue
16:10
different
17:14 20:8
23:21
differently
25:2,3
difficult
3:17 8:2
10:23 11:1,7
20:17 21:16

difficulty
22:10
digits
14:6
diligence
10:12
diminish
14:3
disabled
29:5
discarded
10:3
discourage
6:11 16:12,16
27:24
discouraged
27:1
discouraging
27:20
discretion
10:20 11:17,
19
discretionar
y
11:14
discussion
24:25 28:25
disenfranchi
se
5:12
district
5:3 6:15 9:15
Division
9:13 16:2
docket
11:12
document
8:19
documentatio
n

2:24,25 11:13
documented
12:5
documents
16:17 29:6
doesn't
6:10 23:14,15
doing
4:6,7 6:11
11:9 19:12
21:21 22:5,12
dollars
5:16
down
7:9
drive
29:13
driver's
5:2 13:1,4
14:7 29:7
d u a l -
administrati
ve
18:8
d u a l -
e l e c t i o n
18:24
due
10:12 12:17
during
4:6 10:1
23:22

____ E ____

earlier
2:9 6:18
ears
16:9
easiest
9:4
easy

TX_00212576
USA_00023742

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 79 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 278 of 362

House Floor Debate, 3rd Reading - Volume V          May 3, 2005
36

| | | | | |
|---|---|---|---|---|
| 6:1 9:9 | enacted 18:5 | 25:22 | 25:7 27:12,14 | Florida 11:22 12:8, |
| effect 9:20 19:13,17 20:8 21:1,15 22:13 23:13, 16,17 24:24 27:19 | encourage 2:19,20 19:15 21:14 | experts 9:3 15:2,4 | Farm 30:18 | 11,13,15 15:9 |
| | | Expiration 32:22 | farmer's 16:9 | Flot-Davis 32:5,21 |
| | encouraging 19:16 | expired 15:13 | favor 16:3 | folks 22:3 27:21 |
| effected 10:17 23:18 | end 8:14,17 | explain 17:11 | Federal 12:24 13:6, | following 2:13 |
| effects 10:16 | endeavor 9:6 | explaining 7:22 | 10,13,14,16, 18,19,20 17:19,20,25 18:2,6,9,13, 20 19:1 | force 29:5 |
| either 14:8 | enjoy 20:10 | extend 15:22,25 16:3 | | forced 5:15 |
| elderly 4:23 29:5 | enterprise 15:5 | extended 16:6 | | foregoing 32:7 |
| elected 26:12 | entire 13:13 23:18 | extraordinar ily 11:1 | feel 22:7,8 | Form 4:18 14:6 27:25 |
| election 2:19,23 3:14, 18 5:5 8:15, 24 9:1,2,4,5, 8,12,13,16, 22,23 10:7,9, 14,18,21,23, 25 11:22,23, 24,25 12:9, 11,17 13:15 16:23 17:22 18:9 31:5 | entirely 11:10 | extraordinar y 10:20 | fewer 19:19 | forms 2:10,23 3:16 5:6 |
| | err 8:17 | | fiancee 7:16 | |
| | errors 12:17 | extremely 10:10 | field 15:3 | found 12:3 |
| | especially 29:12 | F | fighting 26:21 | four 14:6 |
| | Ethics 6:8 | face 10:24 | filed 6:21 | fraud 5:17 8:7,20 9:5,8,17 12:1 19:24 20:1 |
| | evidence 8:20 | fact 4:15 11:24 26:8,16 27:5, 17 | financially 32:14 | |
| elections 5:9 7:19 8:7, 9 12:15 13:7 17:15,19,20 18:1,2,3,6, 10,13 21:6,7, 9,19 25:3 | exactly 23:6 | | find 2:20 9:9 12:1 | fraudulent 8:24 16:23 21:5,7 28:6,9 |
| | examples 12:1,3 | fail 3:15 18:25 | first 14:9 28:24 | |
| | execute 25:6 26:4 | failed 24:9 | first-time 14:23 | fraudulently 9:11 |
| electoral 14:2 | executes 3:6 | fails 2:22 | five 15:3 | free 8:9 |
| eliminating 21:1 | experience 12:6 25:5 | fair 8:8,16 21:9 | fix 12:8,14 19:24 | freely 28:7 |
| employed 32:11 | experienced | familiar 23:22 24:12 | floor 3:21 6:19,22 15:19 30:10 | front 4:14 7:9 |
| | | | | fundamental |

TX_00212577

USA_00023743

House Floor Debate, 3rd Reading - Volume V      May 3, 2005

19:14
**furnish**
29:6
**further**
32:10,13

**G**

**generally**
9:11
**General's**
9:15
**generation**
11:3
**gentleman**
14:15 17:7,10
29:16,23
**gentleman's**
15:13,25
16:4,5
**getting**
3:18 10:24
11:3,5
**give**
14:18 23:20
**given**
20:11 26:3
29:13
**gives**
10:20 20:4
**go**
2:20,21 5:8
11:2 14:10
15:6 20:22
**goal**
5:25 6:1
**goals**
6:2
**goes**
28:21
**going**
2:11 3:12,20
7:23 12:10

13:3 17:18
20:17,21,22,
23,25 21:22
29:2
**good**
7:22 30:14
**Goodman**
26:20
**goodwill**
4:7
**governed**
18:5
**government**
5:22 17:25
23:14 29:8
**governmental**
20:3
**grandparents**
23:23
**granted**
11:20
**great**
6:12 8:1
25:23
**greater**
26:13
**guarantee**
8:13
**guaranteed**
27:21
**gun**
5:3

**H**

**habit**
4:10,11
**hadn't**
6:6,7 7:21
**half**
14:18
**hampers**
22:4

**handle**
25:3
**happen**
12:6
**happens**
9:8,9
**hard**
11:2
**harder**
5:10 15:11
**HARRIS**
32:3
**hate**
24:20
**HB**
2:2,3 21:12
22:2,13 29:4
**hear**
4:14
**heard**
15:24 17:16
22:23 23:1
30:8 32:8
**hearing**
30:6
**Help**
9:25 13:21,
23,25 18:4,14
22:3
**hereby**
32:6
**high**
9:6,7
**hinder**
19:22
**HODGE**
22:15,16,17,
22 23:2,3,6,
8,19 24:1,5,
6,12,13,19
25:7,10,13,

14,19 26:14,
24 27:4,17
29:14,15,16,
20,24 30:3
**hold**
4:5 30:12
**home**
5:8 7:15
**hope**
15:16 24:19,
22
**hotly**
13:24
**HOUSE**
1:4 3:13 4:24
19:13 22:9
**hypocrisy**
28:21 30:24
31:2

**I**

**ID**
2:10 3:16 5:7
11:14,15
13:25 14:3,5,
6 18:11
**ID'd**
14:5
**idea**
23:4
**identificati**
**on**
2:4 13:22
29:11 30:22
**identity**
15:1 29:8
**IDs**
21:23
**Illinois**
13:5,12 19:3
**impact**
29:12

**impacts**
17:15
**implemented**
12:24
**implication**
8:6
**implications**
8:5
**important**
5:25 6:1 21:8
30:15
**impose**
20:25 29:4
**imposing**
20:2 22:1
**improperly**
8:10
**inaudible**
12:22 17:22
18:24 24:23
**inclusion**
8:18
**increase**
9:21 10:8,9
21:14
**increasing**
10:4
**increasingly**
11:6
**individuals**
4:7 14:25
**indulge**
7:23
**inequity**
20:20
**influence**
31:4
**inform**
3:15
**inherently**

TX_00212578

USA_00023744

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 81 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 280 of 362

House Floor Debate, 3rd Reading - Volume V          May 3, 2005
                                                           38

in-person
14:24,25

Instead
5:20 20:10
21:13

integrity
7:19 8:23

intended
12:12

intent
15:8

interested
17:14 32:14

intimidated
5:1

intimidates
4:25

intimidation
27:25

issue
20:23

**J**

job
6:12 7:22 8:1

JOE
7:6

Jones
14:12,14,17,
19 15:17,18,
21,25 16:8,
15,19,21 17:2

journal
7:8

judge
2:22 17:18

judges
3:14 5:5

judgment
11:14 27:23

just
4:13,23 5:5,9
6:12 19:11
20:3 21:20
24:19,25
25:21 27:12,
17

Justice
9:14

**K**

Kateri
32:5,21

Keel
8:22

keeping
8:1

Kiel's
6:5

kind
9:17 20:8,25
27:3,18

know
2:23 7:14
8:3,18 15:8
17:25 20:18,
19,24 21:8
23:6 26:25
27:11 28:19

knowingly
2:22

**L**

lady
22:17,21

last
6:5,12,13,21
7:15 14:6

law
13:2,6,20
18:17,20
30:13

laws

17:25 19:25
27:1 30:23

lawsuits
11:20

laying
29:1

lays
2:1

leaders
6:16

learned
6:1,3,5

leave
3:1,12,20

left
5:7

legislation
8:21 9:20
10:16 12:2
27:19

legislative
22:5 28:22

legislature
5:13

legitimate
12:16 28:5

less
5:12 16:22,23

Let's
8:8 14:3 28:9

letter
29:3 30:9,16,
17

letters
30:25

letting
4:2

level
11:17 15:4
18:8

Liberties

30:18

license
5:2,3 13:1,4
14:7

licenses
29:7

life
7:18

lifetime
23:22 24:7

likely
5:12

lines
5:6

list
11:11 13:10,
12

listen
24:22

lists
13:16

Litmus
24:8 26:17

little
12:6 17:12
28:22

live
23:16

lives
26:21

load
10:9

local
9:15 18:8

locking
5:18

long
4:17

look
9:17

looked
11:25

lost
26:21

lot
7:14 8:2
12:9,14 23:9

low
9:6

LULAK
30:17

**M**

ma'am
23:25 24:3,4,
11 25:9

mail
5:16 8:24 9:3
13:1,4,9
14:11

maintain
13:7,16 17:18
27:9

making
5:25

MALDAV
30:18

mandate
10:15

matter
23:15

mean
21:25 28:4

means
26:9 27:24

meant
23:4,7

meet
11:7 13:17,18
17:21 18:11,
25 19:1

meeting

TX_00212579

USA_00023745

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 82 of 83
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 281 of 362

House Floor Debate, 3rd Reading - Volume V          May 3, 2005
39

18:13
**members**
2:19 4:2 6:7,
10,20 7:14
11:22 15:16,
24 16:2 19:6,
10 22:6 24:7
26:12 28:15,
19 29:12
**met**
11:12,13
**microscope**
11:25
**mile**
22:25 24:14,
17
**millions**
5:16
**minorities**
4:25 5:10
**minority**
5:1 23:10
**minute**
2:12 14:18
**misdemeanor**
2:22
**Mississippi**
13:6,11 19:3
**modern**
29:4
**moment**
7:24 19:11
**month**
8:23 27:12
**MORENO**
7:4,5,6
**most**
4:4,10 6:2
8:25 10:23
11:23 13:23
30:22

**motion**
15:25
**Motor**
12:25
**move**
2:11 15:22
**moves**
15:25

**N**

**NAACP**
30:17
**names**
21:24
**nation**
30:23
**nature**
19:23
**neater**
26:8
**necessary**
14:1
**necessitate**
12:20
**necessitates**
13:15
**need**
5:15 17:24
**negatively**
29:12
**negotiated**
13:22
**neighborhood**
23:16,17
**neither**
32:10
**never**
6:23 24:16
25:22
**new**
10:13,20

11:10,17,19
**night**
7:15
**nobody**
5:3
**notice**
11:1
**number**
9:21 10:4,8
14:7,8

**O**

**objection**
16:1
**objections**
30:20
**obstacle**
29:9
**obtain**
26:18
**occasion**
14:9
**occurred**
12:10
**offended**
26:11
**offense**
8:4,6
**offensive**
23:13
**Office**
6:22 9:15,16
**official**
29:6
**officials**
10:10
**Okay**
14:22
**old**
4:14 13:11
**older**
4:11

20:5 27:22
**olds**
20:5
**once**
4:19 20:11
**one's**
26:13
**opened**
28:25
**opportunitie**
**s**
21:14
**oppose**
15:16
**opposed**
16:4
**opposition**
4:2
**order**
15:12,14
28:11
**ought**
19:12,21 22:4
26:11,12
**outcome**
9:12 32:14
**outs**
2:1
**over**
18:2 25:16
31:5
**overcome**
26:16,17
**override**
18:20

**P**

**packing**
4:11
**parade**
4:8

**part**
8:25 9:4
13:24 16:18
**participate**
16:22 20:3
**participatin**
**g**
26:7
**participatio**
**n**
16:12 19:16,
18 21:2,15,21
22:14 24:21
26:10 27:1,
20,25
**particular**
20:23 27:21
**particularly**
4:25
**parties**
32:12
**pass**
19:23
**passage**
2:11 3:25
30:6
**passed**
6:24 18:4
24:10 26:2
**passports**
29:7
**pay**
23:23 24:4
**penalize**
21:10 28:7,9
**penalty**
2:21 3:13
**People**
5:6,7,21 6:4,
11 11:3 12:3,
25 13:9,10,12

15:7 16:22
19:19,22
20:22 21:17
23:14 24:15
25:5 26:1,22
27:8 30:19
31:1

**people's**
21:1

**percent**
10:6

**period**
10:18

**person**
11:15 28:2

**personally**
4:13 25:22

**persons**
2:11 4:14

**Photo**
14:5

**place**
2:21 3:2 26:6

**placed**
7:8

**plight**
22:24 23:20
24:16 25:16,
21

**pockets**
11:18

**point**
15:12,13
17:12 28:11

**points**
28:21

**political**
8:5

**poll**
3:18 4:18
10:21 11:7,
10,18 23:23

24:4 26:16
29:4

**polling**
3:2

**polls**
3:3 5:4,11
10:21,25
11:2,4,5
12:17 16:14,
17

**post**
21:20

**potter's**
5:2

**power**
31:4

**practical**
9:19 10:19
12:19

**pray**
5:8

**precinct**
17:18

**predict**
11:18

**prepared**
6:8

**prerequisite**
29:8

**present**
2:4 30:21

**presented**
11:15

**presenting**
11:16

**President**
27:11

**presidents**
4:8

**pretty**
3:13 9:9

**prevent**
12:2 26:6
27:18

**prevented**
22:7

**primary**
13:17

**print**
5:16

**printing**
5:17

**priorities**
5:13

**PRO**
30:19

**probably**
5:3 8:4,25

**problem**
4:21 8:18
10:19 12:11,
12,16,18,19

**problems**
7:22 11:18
12:10,14

**procedurally**
8:13

**procedure**
8:15

**procedures**
8:16 13:12

**proceeding**
32:13

**proceedings**
32:8

**process**
4:9 6:23 8:5,
24 9:1 14:2
15:7 16:18,24
18:8,24 20:4
21:2 31:5

**proof**

2:4 30:21

**proper**
2:20,24 28:3

**protecting**
5:24

**protest**
26:19

**prove**
20:9 28:5

**provide**
5:2

**providing**
2:21

**provisional**
3:6,19 9:22
10:1,4,6,12,
17 20:13,15,
16,21

**PT**
1:9

**punishing**
5:20

**punitive**
19:23 21:3

**purchase**
29:6

**purpose**
7:5 15:17
17:5 22:16
29:15

**put**
10:14 26:5,25

Q

**question**
5:23 14:13,15
17:7 20:16
21:10 22:11
29:17,19

**questioning**
8:2

**questions**

15:23 22:18
29:21

**quickly**
19:4

R

**race**
4:20

**raised**
15:13

**raising**
30:20

**reach**
20:11

**read**
2:2,14 29:2
30:25

**reading**
2:2 28:25

**real**
5:23 25:4

**reality**
25:1

**realize**
9:5

**realized**
7:21

**really**
4:10,21,23
19:12 23:4
28:20

**reason**
3:14 27:6

**rebutting**
6:6

**recognizes**
2:5,16 3:8,24
7:2,11 19:7
28:16

**recording**
32:9

**Redistrictin**

Case 2:13-cv-00193 Document 664-16 Filed on 11/11/14 in TXSD Page 84 of 87

| | | | | |
|---|---|---|---|---|
| g<br>6:21<br>**reduce**<br>7:7<br>**reflects**<br>32:8<br>**refused**<br>13:2<br>**regard**<br>18:1<br>**regarding**<br>18:1<br>**register**<br>13:1,3 14:8,<br>24<br>**registered**<br>13:9,11<br>**registering**<br>29:9<br>**Registration**<br>4:18 5:14<br>12:8,21,22<br>13:8<br>**regular**<br>20:14<br>**rejecting**<br>16:17<br>**related**<br>32:11<br>**relating**<br>2:3 30:21<br>**remarks**<br>7:7<br>**remember**<br>24:4,7 26:20,<br>22,23<br>**remind**<br>6:20 28:24<br>**reminded**<br>30:16 | **Reporter**<br>32:6<br>**REPRESENTATI<br>VE**<br>2:7,18 3:10<br>4:1 7:6,12<br>10:5 14:14,<br>17,20,22<br>15:15,21<br>16:7,8,13,<br>15,19,21,25<br>17:2,3,6,9,<br>11,23 18:12,<br>15,17,19,21,<br>23 19:2,5,6,<br>8,9 22:15,17,<br>20,22 23:1,2,<br>3,5,6,8,12,<br>19,25 24:1,3,<br>6,11,12,13,<br>18,19 25:7,9,<br>10,12,13,14,<br>18,19,25<br>26:14,23<br>27:4,16<br>28:13,14,18<br>29:14,16,19,<br>20,21,24<br>30:2,3,8<br>**REPRESENTATI<br>VES**<br>1:4<br>**represents**<br>27:2<br>**Republicans**<br>8:3<br>**required**<br>12:25 13:6,16<br>18:16<br>**requirements**<br>11:8,13<br>13:18,23,25<br>14:4 15:10 | 18:12,14 28:1<br>29:11<br>**requires**<br>2:10 14:23<br>**requiring**<br>2:4 5:1 11:10<br>30:21<br>**reread**<br>29:2<br>**resolved**<br>4:21<br>**respect**<br>25:23<br>**respond**<br>15:23<br>**restrictive**<br>30:23<br>**restricts**<br>23:10<br>**result**<br>11:21<br>**retired**<br>29:5<br>**return**<br>3:2,15<br>**review**<br>10:13 11:11<br>19:12<br>**reward**<br>9:6<br>**right**<br>4:5,8 5:7,24<br>6:18 8:13<br>12:4 20:10<br>21:4 22:4<br>24:1,9 25:6,<br>11,18,23<br>26:3,4,13,<br>18,21,25<br>27:10,22 28:8<br>29:13<br>**rights** | 19:14 23:11<br>27:7,13,18<br>**risk**<br>9:6<br>**risks**<br>9:7<br>**roll**<br>12:21 17:17<br>**room**<br>24:15 25:15,<br>17<br>**rules**<br>6:23 19:25<br>21:19<br>**run**<br>21:7<br>___ S ___<br>**safeguard**<br>8:23<br>**saying**<br>20:9 22:23<br>30:9,20<br>**says**<br>13:20 29:4<br>**scrutinized**<br>11:23<br>**Second**<br>10:19 28:25<br>**secure**<br>8:7<br>**securing**<br>7:19<br>**security**<br>9:3 14:2,7,23<br>15:2,3<br>**see**<br>16:8<br>**seen**<br>21:18 26:7<br>**selfish**<br>25:20 | **Senate**<br>30:7,10<br>**senators**<br>30:5,9,12<br>**senior**<br>21:22<br>**sentences**<br>29:3<br>**separate**<br>20:18,19<br>**session**<br>6:13,16,21<br>22:5<br>**sets**<br>17:18<br>**setting**<br>21:16<br>**settled**<br>13:24<br>**severe**<br>3:13<br>**sex**<br>4:20<br>**share**<br>6:2<br>**shoes**<br>22:25 23:20<br>24:14,17<br>**short**<br>10:1<br>**Shorthand**<br>32:6<br>**show**<br>7:7<br>**shown**<br>6:25<br>**shows**<br>28:2<br>**side**<br>8:17 30:4,5 |

TX_00212582
USA_00023748

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

42

signed
30:9

significant
9:21,23 10:13
21:9

significantly
12:21

signs
21:20

simply
2:19 17:12

single
11:24

Social
14:7

sophisticated
11:6

sort
17:17

south
26:21 27:6

speak
3:24 4:2 7:3

SPEAKER
2:1,5,8,13,
16,18 3:8,11,
22 4:1 6:25
7:2,4,5,9,13
14:12,14,16,
19,21 15:12,
17,21,24
17:3,4,8,10
19:7,10
22:15,16,19,
21 28:11,16,
18 29:14,15,
18,23

speaker's
15:22

speaking
7:10 29:25

special
5:9 6:13,21

specific
8:20

speech
6:6

spend
5:16

spent
7:19 12:9

split
12:21 13:7
17:17

spoken
6:7

standard
17:21 19:1

standards
11:12 13:15
17:14 18:5,7
20:2,8 21:1,
16,20

start
7:25

started
2:9

state
5:19 8:19
9:17 12:7
13:17 17:21
18:3,10 19:19
20:5 22:3
30:19 32:1,6

States
9:14 12:25
13:2,5 22:1

statewide
13:13

Strama

7:3,11,12
14:17,20,22
15:15 16:7,
13,19,25
17:8,9,23
18:17,21
19:2,6

Strama's
7:10

stricter
17:21

submit
21:12

succession
6:12

suffrage
25:8

suggest
19:11 24:23
28:1

support
5:12 8:4
19:22

suppress
19:18 21:11,
19,21 26:6,9

suppressed
27:1

suppresses
24:21

suppressing
22:13 23:14
27:20

sure
4:10 8:15

surprised
7:17

suspended
6:24

sweat
26:2

Swina
26:20

system
9:6 23:18

T

take
6:10 8:4,6
19:11 24:8

taken
15:14 28:12
32:13

taking
19:13

talk
8:12 20:12,13
24:13 28:22
30:24,25 31:2

talked
6:17 7:14,16

talking
31:1

tax
4:18 23:24
24:4 26:16
29:5

tears
26:2

technologica
lly
11:6

technology
15:3

tell
9:19 15:4
19:2 22:2

telling
26:14

ten
27:9

terms
17:17

Test
24:8,10 26:17

TEXAS
1:4 22:3
26:24 32:1,6,
21

Thank
2:7 3:10 4:2
7:12 15:15
17:2 19:5,6,9
28:12,13

themselves
25:21

theory
28:4

thing
22:12 30:14,
15

things
4:5 10:9 27:2

think
4:4 5:21 8:16
16:15 17:23
19:24 21:3,5
22:2,6 24:15,
20,24 25:14,
19,20,25
26:15 27:4,13
28:19,20
30:1,15

thinking
7:16 20:22

third
2:1 12:19
17:12

third-party
31:1

Thompson
3:24 4:1

Thompson's
7:7

thorough

JA_008867

TX_00212583

USA_00023749

House Floor Debate, 3rd Reading - Volume V     May 3, 2005

43

| | | | | |
|---|---|---|---|---|
| 10:12 | 27:3 | 4:12 28:2 | 20:5,9 21:4, | 29:10 30:23 |
| **thought** | **turn-out** | **V** | 7,8,17 22:4, | **vulnerable** |
| 4:19 5:24,25 | 8:19 | | 8,10 23:11 | 8:25 |
| 7:17,19 | **twice** | **V** | 24:2,9 25:6, | **W** |
| **thousands** | 8:11 | 1:9 | 11,24 26:12, | |
| 29:12 | **two** | **valuable** | 13,18,22 | **wait** |
| **three** | 2:10 5:6 8:22 | 4:4 | 27:10,22 | 4:13 |
| 5:6 | 10:8,11 13:2, | **various** | 28:7,8,15 | **walk** |
| **time** | 5,16 17:13,18 | 16:17 | **voted** | 22:24 24:14 |
| 3:3 4:17 | 20:13 21:24 | **Veasey** | 8:22 30:6 | **walked** |
| 9:10,18 10:10 | 28:2 29:3,20, | 2:15,17,18 | **voter** | 22:24 24:17 |
| 11:2,5 12:9 | 21 | **version** | 2:4,10,23,24 | **walking** |
| 14:8,19,20 | **type** | 29:4 | 3:1,5,6,15 | 23:20 |
| 15:1,13,22, | 12:1 | **vetted** | 4:17 5:14 | **want** |
| 25 16:4,5 | **U** | 10:2 | 8:18 12:8,21, | 6:16,20 8:8 |
| 23:17 | **under** | **video** | 22,25 13:7 | 21:6,18 |
| **timeframes** | 3:7 8:2 10:16 | 32:9 | 16:12 17:20 | 28:22,24 |
| 10:1 | 13:11 18:17 | **VILLAREAL** | 18:11,24 | 30:24 31:2 |
| **today** | 21:7 26:24 | 17:3 | 19:18,24,25 | **Washington** |
| 2:9 | **understand** | **Villarreal** | 21:14,21 | 13:21 |
| **told** | 16:9 17:24 | 17:4,6,11 | 22:14 24:21 | **way** |
| 10:5 24:9 | 22:24 24:16 | 18:15,19,23 | 27:20 28:3 | 9:11 18:25 |
| **Tom** | 25:15,21 26:2 | 19:5 | 29:11 30:21 | 21:20 25:22 |
| 6:14 | **understandin** | **voice** | **voters** | 30:9,20 31:4 |
| **tool** | **g** | 5:21 | 2:20 5:1,10, | **ways** |
| 27:18 | 17:13 18:20 | **voluntarily** | 12,20,22 6:14 | 8:13 |
| **transcript** | 24:20 | 29:13 | 11:19 12:16 | **wealthy** |
| 32:7 | **Unfortunatel** | **volunteer** | 13:3,16,17 | 5:7 |
| **true** | **y** | 10:21 | 14:24 16:14 | **week** |
| 30:12 | 15:18 23:6 | **volunteers** | 18:25 20:3 | 6:5,12 |
| **try** | **unfunded** | 10:25 | 21:4,5,8 | **weight** |
| 8:23 27:24 | 10:15 | **vote** | 23:11 28:4,6, | 19:4 |
| **trying** | **Union** | 2:21 4:5,8 | 9 29:6 | **well-written** |
| 19:24 26:17 | 30:18 | 5:15,25 6:1, | **votes** | 6:8 |
| **turn** | **United** | 4,17 8:10 | 10:16,17 | **went** |
| 11:19 20:11 | 9:13 30:18 | 9:10,25 11:24 | 16:23 20:22, | 6:23 7:15 |
| 27:24 | **unless** | 12:4,5 13:1, | 23 21:11 26:9 | 12:13,15 |
| **turned** | 22:24 | 10,11,13,19, | **voting** | **we're** |
| 12:17 16:14 | **utilities** | 22,23 14:1,4, | 2:11 4:21 | 4:6 13:3 |
| 18:25 | 21:23,24 | 8,10,24,25 | 6:11,25 8:24 | 17:13 18:23 |
| **turning** | **utility** | 16:2,4,5 | 9:3 11:8 14:9 | 19:12,24 |
| | | 18:4,13,14 | 16:18 17:17 | 20:7,17,21 |
| | | | 24:16 26:24 | |
| | | | 27:7,13,17 | |

JA_008868

TX_00212584

USA_00023750

| | | | |
|---|---|---|---|
| 21:25 22:12 | 7:17 | 2:2,3 19:13, | 16:5 |
| **we've** | **writing** | 17 21:3,12 | 8 |
| 11:23 12:14 | 7:7 | 22:2,13 27:2 | |
| 20:11 21:18 | **wrong** | 29:4 | **8462** |
| 24:14 26:7 | 6:4 12:13,15 | **18** | 32:21 |
| 30:4 | **Y** | 20:11 27:22 | |
| **whether** | | **1870** | |
| 4:6 10:2,3 | **years** | 31:3 | |
| 11:14 | 15:3 27:9 | **18-year** | |
| **white** | **yesterday** | 20:5 | |
| 5:7 | 7:15,22 8:1 | **1920** | |
| **whole** | 10:6 15:10 | 25:16,17 | |
| 11:17 28:4 | 28:25 | **1995** | |
| **widely** | **yield** | 12:24 | |
| 9:2 | 14:15,16 16:7 | **1996** | |
| **willing** | 17:7,8 22:17, | 19:4 | |
| 22:11 | 19 29:17,18, | **19th** | |
| **wish** | 22 | 4:20 | |
| 20:3 | **yields** | 2 | |
| **withdrawn** | 15:18 17:10 | **2** | |
| 3:23 | 22:21 29:23 | 16:5 | |
| **women** | **younger** | **2000** | |
| 25:8,10,17 | 11:3 | 11:22 12:9,10 | |
| **won** | **yourself** | **2004** | |
| 12:7 | 20:9 | 10:7 | |
| **work** | **YVONNE** | **2005** | |
| 7:18 10:9,21 | 19:9 22:20 | 1:6 | |
| 11:3 30:4 | 23:1,5,12,25 | **21** | |
| **worked** | 24:3,11,18 | 10:6 | |
| 15:2,3 | 25:9,12,18, | **21st-century** | |
| **workers** | 25 26:23 | 11:8 | |
| 2:20 10:21 | 27:16 28:13 | **26th** | |
| 11:7,10,19 | 1 | 20:4 | |
| 16:16 30:19 | **11** | 3 | |
| **working** | 30:5,9,12 | **3** | |
| 5:10 16:16 | **12-31-13** | 1:6 | |
| **worse** | 32:22 | **300-mile** | |
| 12:18 | **13th** | 6:15 | |
| **worthy** | 4:19 | 5 | |
| 6:17 20:9 | **1704** | **5** | |
| **Wow** | 4:24 | | |
| | **1706** | | |

TX_00212585

USA_00023751