By: Denny, Pitts, Woolley, Nixon, Bohac,
et al.
H.B. No. 1706

A BILL TO BE ENTITLED

1                          AN ACT

2  relating to requiring a voter to present proof of identification.

3      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4      SECTION 1.  Chapter 62, Election Code, is amended by adding

5  Section 62.016 to read as follows:

6      Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

7  POLLING PLACES.  The presiding judge shall post in a prominent place

8  on the outside of each polling location notice that a provisional

9  ballot will be provided to a person who executes the appropriate

10  affidavit and a list of the acceptable forms of photographic and

11  nonphotographic identification.  The notice and list must be

12  printed:

13          (1)  in English, Spanish, and any other language

14  appropriate to the precinct in which the polling place is located;

15  and

16          (2)  using a font that is at least 24 point.

17      SECTION 2.  Section 63.001, Election Code, is amended by

18  amending Subsections (b), (c), (d), and (f) and adding Subsection

19  (g) to read as follows:

20      (b)  On offering to vote, a voter must present to an election

21  officer at the polling place the voter's voter registration

22  certificate and either:

23          (1)  one form of identification listed in Section

24  63.0101(a); or

1

USA_00023818

H.B. No. 1706

1    (2)  two different forms of identification listed in
2    Section 63.0101(b) [~~to an election officer at the polling place~~].
3    (c)  On  presentation  of  <u>the  documentation  required  by</u>
4    <u>Subsection (b)</u> [~~a registration certificate~~], an election officer
5    shall  determine  whether  the  voter's  name  on  the  registration
6    certificate is on the list of registered voters for the precinct.
7    (d)  If  the  voter's  name  is  on  the  precinct  list  of
8    registered voters <u>and the voter's identity can be verified from the</u>
9    <u>proof presented</u>, the voter shall be accepted for voting.
10   (f)  After determining whether to accept a voter, an election
11   officer  shall  return  the  voter's  <u>documentation</u>  [~~registration~~
12   ~~certificate~~] to the voter.
13   <u>(g)  If  the  requirements  for  identification  prescribed  by</u>
14   <u>Subsection (b)(1) or (2) are not met, the voter shall be accepted</u>
15   <u>for provisional voting only under Section 63.011.</u>
16   SECTION 3.  Chapter 63, Election Code, is amended by adding
17   Section 63.0012 to read as follows:
18   <u>Sec. 63.0012.  USE OF ADDRESS ON IDENTIFICATION.  (a)  This</u>
19   <u>section applies only to a voter who:</u>
20   <u>(1)  presents a registration certificate;</u>
21   <u>(2)  is  on  the  list  of  registered  voters  for  the</u>
22   <u>precinct; and</u>
23   <u>(3)  confirms  the  address  on  the  list  of  registered</u>
24   <u>voters is current under Section 63.0011.</u>
25   <u>(b)  In  verifying  the  identity  of  a  voter  described  by</u>
26   <u>Subsection (a) under Section 63.001, an election officer may not</u>
27   <u>consider whether the voter's address on a form described by Section</u>

2

JA_008937

USA_00023819

1   63.001(b)(1) or (2) matches the voter's address on the registration

2   certificate or the list of registered voters.

3       SECTION 4.  Section 63.006(a), Election Code, is amended to

4   read as follows:

5       (a)  A voter who, when offering to vote, presents a voter

6   registration certificate indicating that the voter is currently

7   registered in the precinct in which the voter is offering to vote,

8   but whose name is not on the precinct list of registered voters,

9   shall be accepted for voting if the voter's identity can be verified

10   from the proof presented.

11       SECTION 5.  Section 63.007(a), Election Code, is amended to

12   read as follows:

13       (a)  A voter who, when offering to vote, presents a voter

14   registration certificate indicating that the voter is currently

15   registered in a different precinct from the one in which the voter

16   is offering to vote, and whose name is not on the precinct list of

17   registered voters, shall be accepted for voting if the voter's

18   identity can be verified from the proof presented and the voter

19   executes an affidavit stating that the voter:

20          (1)  is a resident of the precinct in which the voter is

21   offering to vote or is otherwise entitled by law to vote in that

22   precinct;

23          (2)  was a resident of the precinct in which the voter

24   is offering to vote at the time that information on the voter's

25   residence address was last provided to the voter registrar;

26          (3)  did not deliberately provide false information to

27   secure registration in a precinct in which the voter does not

USA_00023820

H.B. No. 1706

1  reside; and

2        (4)  is voting only once in the election.

3     SECTION 6.  Section 63.008(a), Election Code, is amended to

4  read as follows:

5     (a)  A voter who does not present a voter registration

6  certificate when offering to vote, but whose name is on the list of

7  registered voters for the precinct in which the voter is offering to

8  vote, shall be accepted for voting if the voter executes an

9  affidavit stating that the voter does not have the voter's voter

10  registration certificate in the voter's possession at the polling

11  place at the time of offering to vote and the voter's identity can

12  be verified from the proof presented [voter presents proof of

13  identification in a form described by Section 63.0101].

14     SECTION 7.  Section 63.0101, Election Code, is amended to

15  read as follows:

16     Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.

17  (a) The following documentation is an acceptable form [as proof] of

18  photo identification under this chapter:

19        (1)  a driver's license or personal identification card

20  issued to the person by the Department of Public Safety or the

21  equivalent agency of another state that has not expired or that

22  expired no earlier than two years before the date of presentation

23  [or a similar document issued to the person by an agency of another

24  state, regardless of whether the license or card has expired];

25        (2)  a United States military identification card that

26  contains the person's photograph [form of identification

27  containing the person's photograph that establishes the person's

4

USA_00023821

H.B. No. 1706

1    identity];
2            (3)   a valid employee identification card that contains
3    the person's photograph and is issued by an employer of the person
4    in  the  ordinary  course  of  the  employer's  business  [birth
5    certificate or other document confirming birth that is admissible
6    in a court of law and establishes the person's identity];
7            (4)   a United States citizenship certificate [papers]
8    issued to the person that contains the person's photograph;
9            (5)   a United States passport issued to the person;
10            (6)   a student identification card issued by a public
11    or  private  institution  of  higher  education  that  contains  the
12    person's photograph [official mail addressed to the person by name
13    from a governmental entity];
14            (7)   a license to carry a concealed handgun issued to
15    the person by the Department of Public Safety;
16            (8)   an identification card issued by a state agency of
17    this state that contains the person's photograph; or
18            (9)   an identification card that contains the person's
19    photograph and is issued by a county elections administrator or a
20    county clerk.
21        (b)   The following documentation is acceptable as proof of
22    identification under this chapter:
23            (1)   a copy of a current utility bill, bank statement,
24    government check, paycheck, or other government document that shows
25    the name and address of the voter;
26            (2)   official mail addressed to the person by name from
27    a governmental entity;

JA_008940

USA_00023822

1         (3)  a certified copy of a birth certificate or other

2 document confirming birth that is admissible in a court of law and

3 establishes the person's identity;

4         (4)  United States citizenship papers issued to the

5 person;

6         (5)  an original or certified copy of the person's

7 marriage license or divorce decree;

8         (6)  court records of the person's adoption, name

9 change, or sex change;

10         (7)  an identification card issued to the person by a

11 governmental entity of this state or the United States for the

12 purpose of obtaining public benefits, including veteran's

13 benefits, Medicaid, or Medicare;

14         (8)  a temporary driving permit issued to the person by

15 the Department of Public Safety;

16         (9)  a pilot's license issued to the person by the

17 Federal Aviation Administration or another authorized agency of the

18 United States;

19         (10)  a library card that contains the person's name

20 issued to the person by a public library located in this state; or

21         (11)  a hunting or fishing license issued to a person by

22 the Parks and Wildlife Department [or

23         [(8)  any other form of identification prescribed by

24 the secretary of state].

25   (c)  The commissioners court of a county may authorize the

26 county elections administrator or the county clerk, as applicable,

27 to issue photo identification cards that may be used as proof of a

USA_00023823

H.B. No. 1706

1   voter's identification under Subsection (a).

2        SECTION 8.  Sections 63.011(a) and (b), Election Code, are

3   amended to read as follows:

4        (a)  A person to whom Section 63.001(g), 63.008(b), or

5   63.009(a) applies may cast a provisional ballot if the person

6   executes an affidavit stating that the person:

7             (1)  is a registered voter in the precinct in which the

8   person seeks to vote; and

9             (2)  is eligible to vote in the election.

10       (b)  A form for the affidavit shall be printed on an envelope

11  in which the provisional ballot voted by the person may be placed

12  and must include a space for entering the identification number of

13  the provisional ballot voted by the person and a space for an

14  election officer to indicate whether the person presented proof of

15  identification as required by Section 63.001(b)(1) or (2).  The

16  affidavit form may include space for disclosure of any necessary

17  information to enable the person to register to vote under Chapter

18  13.  The secretary of state shall prescribe the form of the

19  affidavit under this section.

20       SECTION 9.  Section 65.054(b), Election Code, is amended to

21  read as follows:

22       (b)  A provisional ballot may be accepted only if:

23            (1)  the board determines that, from the information in

24  the affidavit or contained in public records, the person is

25  eligible to vote in the election; and

26            (2)  the voter presents proof of identification as

27  required by Section 63.001(b)(1) or (2):

7

USA_00023824

1          (A)  at the time the ballot was cast; or

2          (B)  in  the  period  prescribed  under  Section

3    65.0541.

4        SECTION 10.  Subchapter  B,  Chapter  65,  Election  Code,  is

5    amended by adding Section 65.0541 to read as follows:

6        Sec. 65.0541.  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN

7    PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

8    voting under Section 63.011 because the voter does not present

9    proof of identification as required by Section 63.001(b)(1) or (2)

10   may  submit  proof  of  identification  to  the  voter  registrar  by

11   personal delivery or by mail for examination by the early voting

12   ballot board not later than the fifth day after the date of the

13   election.

14       (b)  The early voting ballot board shall accept a provisional

15   ballot under Section 65.054 if the voter:

16          (1)  presents  proof  of  identification  in  the  manner

17   required by this section; and

18          (2)  is otherwise eligible to vote in the election.

19       (c)  The office of the voter registrar shall be open on a

20   Saturday  that  falls  within  the  five-day  period  described  by

21   Subsection (a) for a voter to present identification as provided

22   under this section.

23       (d)  The secretary of state shall prescribe procedures as

24   necessary to implement this section.

25       SECTION 11.  Section  521.422,  Transportation  Code,  is

26   amended by amending Subsection (a) and adding Subsection (d) to

27   read as follows:

JA_008943

USA_00023825

H.B. No. 1706

1    (a)  Except as provided by Subsection (d), the [The] fee for

2    a personal identification certificate is:

3         (1)  $15 for a person under 60 years of age;

4         (2)  $5 for a person 60 years of age or older; and

5         (3)  $20 for a person subject to the registration

6    requirements under Chapter 62, Code of Criminal Procedure.

7    (d)  The department may not collect a fee for a personal

8    identification certificate issued to a person who executes an

9    affidavit stating that the person is financially unable to pay the

10   required fee and:

11        (1)  who is a registered voter in this state and

12   presents a valid voter registration certificate; or

13        (2)  who is eligible for registration under Section

14   13.001, Election Code, and submits a registration application to

15   the department.

16   SECTION 12.  The changes in law made by this Act take effect

17   only if:

18        (1)  the United States District Court for the District

19   of Columbia issues a declaratory judgement under 42 U.S.C. Section

20   1973c that this Act does not have the purpose and will not have the

21   effect of denying or abridging the right to vote on account of race

22   or color or in contravention of the guarantees set forth in 42

23   U.S.C. Section 1973b(f)(2); or

24        (2)  the secretary of state submits this Act to the

25   United States Attorney General under 42 U.S.C. Section 1973c and

26   the attorney general does not interpose an objection within the

27   time provided by that section.

USA_00023826

H.B. No. 1706

1        SECTION 13.  This Act takes effect September 1, 2005.

10

JA_008945

USA_00023827

254          82nd LEGISLATURE — REGULAR SESSION

## HR 222 - ADOPTED
### (by Peña)

Representative Peña moved to suspend all necessary rules to take up and consider at this time **HR 222**.

The motion prevailed.

The following resolution was laid before the house:

**HR 222**, Honoring Dr. Robert S. Nelsen, president of The University of Texas-Pan American, for his contributions to higher education in the Lone Star State.

**HR 222** was read and was adopted.

## ADJOURNMENT

Representative V. Gonzales moved that the house adjourn until 1 p.m. Monday, January 31 in memory of Nancy Davis of Monte Alto.

The motion prevailed.

The house accordingly, at 10:43 a.m., adjourned until 1 p.m. Monday, January 31.

---

## ADDENDUM

---

## MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Thursday, January 27, 2011

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 14**                    Fraser
Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

**SCR 8**          Whitmire                    SPONSOR: Cain
Granting the legislature permission to adjourn for more than three days during the period beginning on Wednesday, January 26, 2011, and ending on Monday, January 31, 2011.

Respectfully,
Patsy Spaw
Secretary of the Senate

USA_00023828

Monday, January 31, 2011     SENATE JOURNAL                    233

### Official Designation Resolutions

**SR 131** by Birdwell, Recognizing January 31, 2011, as Bosque County Day at the State Capitol.

**SR 141** by Nelson, Recognizing February 1, 2011, as CASA Day at the State Capitol.

**SR 148** by Van de Putte, Celebrating Senior Day at the State Capitol on February 8, 2011.

**SR 152** by Duncan, Recognizing the Wild Hog Cook-off in Crowell as a Texas State Barbecue Championship competition.

**SR 163** by Eltife, Celebrating East Texas Coalition Day at the State Capitol.

**HCR 41** (Birdwell), Recognizing January 31, 2011, as Bosque County Day at the State Capitol.

### ADJOURNMENT

Pursuant to a previously adopted motion, the Senate at 5:29 p.m. adjourned until 11:00 a.m. tomorrow.

### APPENDIX

### BILL ENGROSSED

January 26, 2011

SB 14

### RESOLUTIONS ENROLLED

January 26, 2011

SR 2, SR 56, SR 90, SR 92, SR 93, SR 94, SR 95, SR 96, SR 97, SR 98, SR 100, SR 101, SR 102, SR 103, SR 104, SR 107, SR 108, SR 109, SR 112, SR 113, SR 114, SR 115, SR 116, SR 117, SR 118, SR 119, SR 120, SR 121, SR 122, SR 123, SR 124

USA_00023829

## BILLS AND JOINT RESOLUTIONS ON FIRST READING
## AND REFERRAL TO COMMITTEES

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. (See the addendum to the daily journal, Referred to Committees, List No. 1.)

(Gooden in the chair)

## BILLS AND JOINT RESOLUTIONS ON FIRST READING
## AND REFERRAL TO COMMITTEES

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. (See the addendum to the daily journal, Referred to Committees, List No. 1 - February 11.)

## ADJOURNMENT

In accordance with a previous motion, the house, at 3:02 p.m. Friday, February 11, adjourned until 1 p.m. Monday, February 14.

---

## ADDENDUM

---

## REFERRED TO COMMITTEES

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

**List No. 1**

**HB 16** (By Riddle), Relating to requiring a voter to present proof of identification.
To Select Voter Identification and Voter Fraud.

**HB 17** (By Riddle), Relating to the creation of the offense of criminal trespass by an illegal alien and to certain procedures for arresting illegal aliens for committing that criminal offense.
To Criminal Jurisprudence.

**HB 18** (By Riddle), Relating to the enforcement by certain governmental entities of laws governing immigration.
To State Affairs.

**HB 19** (By Riddle), Relating to the penalty for operation of a motor vehicle without a license.
To Homeland Security and Public Safety.

**HB 20** (By Riddle), Relating to the punishment prescribed for burglary of a vehicle and to grants of community supervision to persons who commit that offense.
To Criminal Jurisprudence.

USA_00023830

SB 14 to Select Voter Identification and Voter Fraud.

### SIGNED BY THE SPEAKER

The following bills and resolutions were today signed in the presence of the house by the speaker:

**Senate List No. 4**

    **SCR 12**

USA_00023831

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 15 of 75

PL117
9/2/2014
2:13-cv-00193

Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 5 of 88

Wednesday, March 16, 2011      HOUSE JOURNAL — 36th Day           831

**SB 408**                    Estes
Relating to inspection of and the operation of watercraft on the John Graves
Scenic Riverway.

Respectfully,
Patsy Spaw
Secretary of the Senate

---

## APPENDIX

---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**March 15**

Defense and Veterans' Affairs - **HB 74, HB 205**

Judiciary and Civil Jurisprudence - **HB 119, HB 229, HB 245, HB 322, HB 462, HB 720**

State Affairs - **HB 51, HB 183, HB 671, HB 726, HJR 65**

Voter Identification and Voter Fraud, Select - **SB 14**

Ways and Means - **HB 328**

USA_00023832

Tuesday, March 22, 2011      HOUSE JOURNAL — 39th Day            941

Relating to employment services programs for certain residents receiving services from public hospitals or hospital districts.

**SB 309**                    Harris
Relating to events to receive funding through a major events trust fund.

**SB 341**                    Uresti
Relating to the appointment of a conservator for and authorizing the dissolution of the Bexar Metropolitan Water District; providing a penalty.

**SB 520**                    Hegar
Relating to the creation, administration, powers, and duties of a county assistance district.

**SB 647**                    Hegar
Relating to the continuation and operation of the office of public insurance counsel.

**SB 809**                    Seliger
Relating to judicial review in district court of certain workers' compensation disputes.

**SB 822**                    Watson
Relating to expedited credentialing of certain physicians by managed care plans.

**SB 987**                    Hegar
Relating to the term of office and qualifications for a director of the Colorado County Groundwater Conservation District.

Respectfully,
Patsy Spaw
Secretary of the Senate

---

## APPENDIX

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**March 21**

Agriculture and Livestock - **HB 338, HB 412, HB 413, HB 414**

Corrections - **HB 200, HB 988**

County Affairs - **HB 831, HB 850, HB 1110, HR 523**

Culture, Recreation, and Tourism - **HB 716, HB 1300**

Elections - **HB 184, HB 1306, HB 1904**

Human Services - **HB 452, HB 824, HB 848**

Insurance - **HB 1032, HB 1405**

USA_00023833

942          82nd LEGISLATURE — REGULAR SESSION

Judiciary and Civil Jurisprudence - HB 7,  HB 904,  HB 905,  HB 984, HB 1404

Natural Resources - HB 886, HB 1119, HB 1383, HB 1551

Public Education - HB 135, HB 336, HB 370, HB 1286

Transportation -  HB 109,  HB 377,  HB 422,  HB 598,  HB 634,  HB 787, HB 885, HB 993, HB 1148, HB 1201, HB 1251, HB 1409

Voter Identification and Voter Fraud, Select - SB 14

USA_00023834

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 18 of 75   PL119
9/2/2014
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 8 of 88   2:13-cv-00193

Thursday, March 24, 2011          SENATE JOURNAL          759

I cast a "No" vote on the procedural motion to suspend the Constitutional Rule requiring that bills be read on three several days in order to take up and consider **CSSB 690**, because in my judgment no circumstance exists in this case to justify the extraordinary act of suspending a requirement of the Texas Constitution. The suspension of this Constitutional Rule has the direct and immediate effect of denying the people of Texas knowledge and notice of the passage of this measure until it has already been finally passed on third reading. Were we to have followed the requirement of the Texas Constitution, third reading and a vote on **CSSB 690** would have occurred on the next legislative day, allowing for Texans to have learned through news reports of our second reading vote exactly what we had tentatively passed. Third reading and a vote on the next legislative day would also have allowed our professional staff an opportunity overnight to make sure any amendments passed on second reading are technically correct.

WENTWORTH

The bill was read third time and was passed by the following vote: Yeas 30, Nays 0.

Absent: Williams.

### GUESTS PRESENTED

Senator Estes was recognized and introduced to the Senate a Graham County delegation.

Senator Estes was again recognized and introduced to the Senate a Wilbarger County and City of Vernon delegation.

The Senate welcomed its guests.

### MESSAGE FROM THE HOUSE

HOUSE CHAMBER
Austin, Texas
Thursday, March 24, 2011 - 1

The Honorable President of the Senate
Senate Chamber
Austin, Texas

Mr. President:

I am directed by the House to inform the Senate that the House has taken the following action:

THE HOUSE HAS PASSED THE FOLLOWING MEASURES:

**SB 14**                    Fraser                    Sponsor: Harless
Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.
(Committee Substitute/Amended)

Respectfully,

/s/Robert Haney, Chief Clerk
House of Representatives

USA_00023835

PL120
Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 19 of 75   9/2/2014
2:13-cv-00193

**SB 1097**          Eltife

Relating to single certification in incorporated or annexed areas served by water or sewer utilities.

**SB 1230**          Estes

Relating to the construction and operation of combined heating and power facilities in certain municipalities.

**SB 1308**          Seliger

Relating to the standards for attorneys representing indigent defendants in capital cases.

**SB 1702**          Williams

Relating to the establishment of a task force to enhance the prosecution and tracking of money laundering in this state.

THE SENATE HAS REFUSED TO CONCUR IN THE HOUSE AMENDMENTS TO THE FOLLOWING MEASURES AND REQUESTS THE APPOINTMENT OF A CONFERENCE COMMITTEE TO ADJUST THE DIFFERENCES BETWEEN THE TWO HOUSES:

**SB 14**

Senate Conferees: Fraser - Chair/Birdwell/Huffman/Van de Putte/Williams

Respectfully,
Patsy Spaw
Secretary of the Senate

---

### APPENDIX

---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**April 5**

Business and Industry - **HB 1960**

Culture, Recreation, and Tourism - **HB 596, HB 673, HB 1395**

Elections - **HB 1136, HB 1436, HB 1503, HB 1528, HB 1593, HB 1696, HB 2051, HB 2053, HB 2959, HB 3055, HB 3448**

Environmental Regulation - **HB 240**

Government Efficiency and Reform - **HB 2866**

Higher Education - **HB 33, HB 1206, HB 2433**

Judiciary and Civil Jurisprudence - **HB 908, HB 2047, HB 2330**

Licensing and Administrative Procedures - **HB 2271, SB 351**

Natural Resources - **HB 1814, HB 1832, HB 1852, HB 1901, HB 2893, HB 2983, HB 3002, SB 292, SB 313**

USA_00023836

THE HOUSE HAS GRANTED THE REQUEST OF THE SENATE FOR THE APPOINTMENT OF A CONFERENCE COMMITTEE ON THE FOLLOWING MEASURES:

**SB 14** (non-record vote)
House Conferees:  Harless - Chair/Aliseda/Bonnen/Truitt/Veasey

Respectfully,

/s/Robert Haney, Chief Clerk
House of Representatives

### RESOLUTIONS SIGNED

The President Pro Tempore announced the signing of the following enrolled resolutions in the presence of the Senate:  **SCR 40, HCR 128.**

### PHYSICIAN OF THE DAY

Senator Williams was recognized and presented Dr. John Redman of Anahuac as the Physician of the Day.

The Senate welcomed Dr. Redman and thanked him for his participation in the Physician of the Day program sponsored by the Texas Academy of Family Physicians.

### SENATE RESOLUTION 479

Senator Jackson offered the following resolution:

**SR 479,** In memory of Lynn Levin Cantini of Galveston.

The resolution was again read.

The resolution was previously adopted on Wednesday, March 9, 2011.

In honor of the memory of Lynn Levin Cantini, the text of the resolution is printed at the end of today's *Senate Journal.*

### GUESTS PRESENTED

Senator Jackson was recognized and introduced to the Senate Armin Cantini, Debbie Gainer, Jamie Selig, and Jim and Sally Galbraith.

The Senate welcomed its guests and extended its sympathy.

### SENATE RESOLUTION 745

Senator Rodriguez offered the following resolution:

**SR 745,** Welcoming Héctor Agustín Murguía Lardizábal of Ciudad Juárez to the State Capitol.

The resolution was read and was adopted without objection.

### GUESTS PRESENTED

Senator Rodriguez was recognized and introduced to the Senate Mayor Héctor Agustín Murguía Lardizábal and City Manager José Rodolfo Martínez Ortega of Cuidad Juárez, Chihuahua, Mexico.

The Senate welcomed its guests.

USA_00023837

1752                82nd Legislature — Regular Session                53rd Day

### SENATE RULES SUSPENDED
### (Posting Rules)

On motion of Senator Lucio and by unanimous consent, Senate Rule 11.10(a) and Senate Rule 11.18(a) were suspended in order that the Committee on International Relations and Trade might meet and consider **SB 1926** today.

### CONFERENCE COMMITTEE REPORT ON
### SENATE BILL 14

Senator Fraser submitted the following Conference Committee Report:

Austin, Texas
May 4, 2011

Honorable David Dewhurst
President of the Senate

Honorable Joe Straus
Speaker of the House of Representatives

Sirs:

We, Your Conference Committee, appointed to adjust the differences between the Senate and the House of Representatives on **SB 14** have had the same under consideration, and beg to report it back with the recommendation that it do pass in the form and text hereto attached.

| FRASER | HARLESS |
|---|---|
| BIRDWELL | ALISEDA |
| HUFFMAN | BONNEN |
| WILLIAMS | TRUITT |
| On the part of the Senate | On the part of the House |

### A BILL TO BE ENTITLED
### AN ACT

relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1.  Section 13.002, Election Code, is amended by adding Subsection (i) to read as follows:

(i)  An applicant who wishes to receive an exemption from the requirements of Section 63.001(b) on the basis of disability must include with the person's application:

(1)  written documentation:

(A)  from the United States Social Security Administration evidencing the applicant has been determined to have a disability; or

(B)  from the United States Department of Veterans Affairs evidencing the applicant has a disability rating of at least 50 percent; and

(2)  a statement in a form prescribed by the secretary of state that the applicant does not have a form of identification acceptable under Section 63.0101.

JA_008956

USA_00023838

1752                82nd Legislature — Regular Session              53rd Day

### SENATE RULES SUSPENDED
### (Posting Rules)

On motion of Senator Lucio and by unanimous consent, Senate Rule 11.10(a) and Senate Rule 11.18(a) were suspended in order that the Committee on International Relations and Trade might meet and consider **SB 1926** today.

### CONFERENCE COMMITTEE REPORT ON
### SENATE BILL 14

Senator Fraser submitted the following Conference Committee Report:

Austin, Texas
May 4, 2011

Honorable David Dewhurst
President of the Senate

Honorable Joe Straus
Speaker of the House of Representatives

Sirs:

We, Your Conference Committee, appointed to adjust the differences between the Senate and the House of Representatives on **SB 14** have had the same under consideration, and beg to report it back with the recommendation that it do pass in the form and text hereto attached.

| | |
|---|---|
| FRASER | HARLESS |
| BIRDWELL | ALISEDA |
| HUFFMAN | BONNEN |
| WILLIAMS | TRUITT |
| On the part of the Senate | On the part of the House |

### A BILL TO BE ENTITLED
### AN ACT

relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1.  Section 13.002, Election Code, is amended by adding Subsection (i) to read as follows:

(i)  An applicant who wishes to receive an exemption from the requirements of Section 63.001(b) on the basis of disability must include with the person's application:

(1)  written documentation:

(A)  from the United States Social Security Administration evidencing the applicant has been determined to have a disability; or

(B)  from the United States Department of Veterans Affairs evidencing the applicant has a disability rating of at least 50 percent; and

(2)  a statement in a form prescribed by the secretary of state that the applicant does not have a form of identification acceptable under Section 63.0101.

USA_00023839

Even if a reviewing court finds a provision of this Act invalid in a large or substantial fraction of relevant cases, the remaining valid applications shall be severed and allowed to remain in force.

SECTION 26. Except as otherwise provided by this Act, this Act takes effect January 1, 2012.

The Conference Committee Report on **SB 14** was filed with the Secretary of the Senate.

## MOTION TO ADJOURN

On motion of Senator Whitmire and by unanimous consent, the Senate at 5:24 p.m. agreed to adjourn, upon conclusion of the Local and Uncontested Calendar Session, until 11:00 a.m. tomorrow.

## RECESS

On motion of Senator Whitmire, the Senate at 5:24 p.m. recessed until 8:00 a.m. tomorrow for the Local and Uncontested Calendar Session.

---

## APPENDIX

---

## COMMITTEE REPORTS

The following committee reports were received by the Secretary of the Senate in the order listed:

May 4, 2011

STATE AFFAIRS — **CSSB 303, CSSB 1735, CSSB 849**

NATURAL RESOURCES — **SCR 32, SB 1074, SB 1520, SB 1895, HB 444, HB 571, CSHB 716, HB 965, HB 1832, HB 1901, HB 2360**

ADMINISTRATION — **HB 610, HB 726, HB 1174**

STATE AFFAIRS — **CSSB 1213**

## BILLS ENGROSSED

May 3, 2011

**SB 63, SB 150, SB 687, SB 730, SB 947, SB 1059, SB 1070, SB 1117, SB 1138, SB 1196, SB 1197, SB 1231, SB 1237, SB 1328, SB 1399, SB 1445, SB 1488, SB 1557, SB 1841, SB 1899**

## RESOLUTIONS ENROLLED

May 3, 2011

**SR 330, SR 810, SR 850, SR 885, SR 896, SR 897, SR 898, SR 899, SR 900, SR 903, SR 904, SR 905, SR 906**

USA_00023840

THE SENATE HAS GRANTED THE REQUEST OF THE HOUSE FOR THE APPOINTMENT OF A CONFERENCE COMMITTEE ON THE FOLLOWING MEASURES:

**HB 1555**
Senate Conferees: Ellis - Chair/Huffman/Patrick/Shapiro/Whitmire

THE SENATE HAS ADOPTED THE FOLLOWING CONFERENCE COMMITTEE REPORTS:

**SB 14**                    (19 Yeas, 12 Nays)

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 2**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, May 9, 2011 - 2

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 303**              Nichols
Relating to health care services provided or paid by a hospital district.

**SB 905**              Patrick
Relating to the application of certain concealed handgun license laws to statewide elected officials, certain current and former members of the legislature, and certain federal and state employees.

**SB 1334**              Deuell
Relating to the dismissal of complaints against property tax professionals.

**SB 1386**              Lucio
Relating to the refusal to register motor vehicles by a county assessor-collector or the Texas Department of Motor Vehicles.

**SB 1809**              Lucio
Relating to a study by the comptroller of public accounts of the economic impact of the Texas-Mexico border wall in the State of Texas.

**SB 1866**              Davis
Relating to the selection of providers of professional services by governmental entities.

**SB 1895**              Hegar

USA_00023841

Tuesday, May 17, 2011        SENATE JOURNAL        2385

**HB 2035** (142 Yeas, 1 Nays, 1 Present, not voting)

**HB 2271** (120 Yeas, 20 Nays, 2 Present, not voting)

**HB 2360** (131 Yeas, 2 Nays, 1 Present, not voting)

**HB 2376** (105 Yeas, 37 Nays, 2 Present, not voting)

**HB 3487** (143 Yeas, 0 Nays, 1 Present, not voting)

THE HOUSE HAS REFUSED TO CONCUR IN THE SENATE AMENDMENTS TO THE FOLLOWING MEASURES AND REQUESTS THE APPOINTMENT OF A CONFERENCE COMMITTEE TO ADJUST THE DIFFERENCES BETWEEN THE TWO HOUSES:

**HB 1112** (non-record vote)
House Conferees:  Phillips - Chair/Fletcher/Harper-Brown/Lavender/Pickett

THE HOUSE HAS GRANTED THE REQUEST OF THE SENATE FOR THE APPOINTMENT OF A CONFERENCE COMMITTEE ON THE FOLLOWING MEASURES:

**SB 28** (non-record vote)
House Conferees:  Branch - Chair/Howard, Donna/Hunter/Patrick, Diane/Villarreal

**SB 313** (non-record vote)
House Conferees:  Price - Chair/Beck/Lucio III/Miller, Doug/Ritter

**SB 1420** (non-record vote)
House Conferees:  Harper-Brown - Chair/Bonnen/McClendon/Phillips/Pickett

THE HOUSE HAS ADOPTED THE FOLLOWING CONFERENCE COMMITTEE REPORTS:

**SB 14** (98 Yeas, 46 Nays, 1 Present, not voting)

THE HOUSE HAS DISCHARGED ITS CONFEREES AND CONCURRED IN SENATE AMENDMENTS TO THE FOLLOWING MEASURES:

**HB 1956** (142 Yeas, 0 Nays, 1 Present, not voting)

Respectfully,

/s/Robert Haney, Chief Clerk
House of Representatives

### PHYSICIAN OF THE DAY

Senator Watson was recognized and presented Dr. Julie Graves Moy of Austin as the Physician of the Day.

The Senate welcomed Dr. Moy and thanked her for her participation in the Physician of the Day program sponsored by the Texas Academy of Family Physicians.

USA_00023842

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 26 of 75

**PL125**
**9/2/2014**
**2:13-cv-00193**

Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 16 of 88

Wednesday, May 18, 2011          SENATE JOURNAL                    2553

BUSINESS AND COMMERCE — HB 1469, SB 1837, HB 1355, HB 2295, HB 2382, HB 3329, HB 3573, HB 3410, HB 1580, HB 3167, HB 1959, HB 2103

STATE AFFAIRS — CSHB 174

BUSINESS AND COMMERCE — HB 602, HB 1456, HB 2619, HB 2707, HB 2982

GOVERNMENT ORGANIZATION — CSHB 1781, CSHB 1818, CSHB 3333

### BILLS ENGROSSED

May 17, 2011

SB 31, SB 856, SB 923, SB 1021, SB 1358, SB 1405, SB 1724, SB 1807, SB 1913, SB 1914, SB 1915, SB 1925

### BILLS AND RESOLUTIONS ENROLLED

May 17, 2011

SB 14, SB 118, SB 132, SB 328, SB 420, SB 977, SB 1125, SB 1353, SB 1693, SCR 25, SR 988, SR 1007, SR 1008, SR 1009, SR 1010, SR 1011, SR 1012, SR 1013, SR 1014, SR 1015, SR 1016, SR 1017, SR 1018, SR 1019, SR 1020, SR 1021, SR 1022, SR 1023, SR 1024, SR 1025, SR 1026, SR 1027, SR 1028, SR 1029, SR 1030, SR 1031, SR 1032, SR 1033

### SIGNED BY GOVERNOR

May 17, 2011

SB 257, SB 360, SB 428, SB 483, SB 782, SB 934, SB 1086, SB 1147, SB 1258

### SENT TO GOVERNOR

May 18, 2011

SB 14, SB 118, SB 132, SB 248, SB 328, SB 331, SB 356, SB 403, SB 420, SB 509, SB 533, SB 564, SB 604, SB 628, SB 816, SB 977, SB 1121, SB 1125, SB 1140, SB 1150, SB 1165, SB 1217, SB 1229, SB 1241, SB 1242, SB 1327, SB 1353, SB 1356, SB 1357, SB 1385, SB 1433, SB 1492, SB 1496, SB 1608, SB 1693, SB 1806, SB 1886, SCR 25

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 27 of 75   PL126
9/2/2014
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 17 of 88   2:13-cv-00193

Wednesday, May 18, 2011    HOUSE JOURNAL — 79th Day    4181

---

## ADDENDUM

### SIGNED BY THE SPEAKER

The following bills and resolutions were today signed in the presence of the house by the speaker:

House List No. 31

HB 27, HB 563, HB 699, HB 843, HB 848, HB 908, HB 1028, HB 1106, HB 1380, HB 1390, HB 1401, HB 1405, HB 1829, HB 1956, HB 2229, HB 3000, HCR 69, HCR 100

House List No. 32

HB 35, HB 118, HB 184, HB 266, HB 315, HB 434, HB 460, HB 479, HB 625, HB 650, HB 679, HB 716, HB 726, HB 885, HB 988, HB 989, HB 993, HB 1061, HB 1130, HB 1174, HB 1263, HB 1344, HB 1449, HB 1488, HB 1503, HB 1545, HB 1566, HB 1567, HB 1570, HB 1674, HB 1779, HB 1861, HB 1862, HB 1869, HB 2033, HB 2035, HB 2144, HB 2251, HB 2271, HB 2351, HB 2360, HB 2376, HB 2495, HB 2615, HB 2631, HB 2670, HB 2699, HB 2866, HB 2920, HB 2935, HB 3004, HB 3141, HB 3255, HB 3389, HB 3487, HB 3570, HB 3847, HCR 33, HCR 143

Senate List No. 29

SB 14, SB 118, SB 132, SB 328, SB 420, SB 977, SB 1125, SB 1353, SB 1693, SCR 25

### MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

Message No. 1

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Wednesday, May 18, 2011

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

SB 923                          Deuell

USA_00023844

**SR 1233** by Davis, Recognizing John "Jason" Bonds on the occasion of his graduation from the United States Military Academy at West Point.

**SR 1234** by Davis, Recognizing Tiné Valencic for winning the 2011 National Geographic Bee.

**SR 1235** by Davis, Recognizing Gregory S. Smith for his service to his community.

**SR 1236** by Davis, Recognizing Fort Worth Commercial Real Estate Women, Incorporated.

**SR 1237** by Davis, Recognizing Fred M. Willoughby and Terri Elizabeth Watson Willoughby for their service to their community.

**SR 1238** by Van de Putte, Recognizing the men and women who have served our country in the armed forces.

**SR 1239** by Davis, Recognizing Melody Johnson on the occasion of her retirement as superintendent of the Fort Worth Independent School District.

**HCR 115** (Gallegos), Honoring the Battleship Texas Foundation for its work to preserve the historic battleship.

### RECESS

On motion of Senator Jackson, the Senate at 6:38 p.m. recessed until 11:00 a.m. tomorrow for the Joint Session.

### APPENDIX

### BILLS AND RESOLUTIONS ENROLLED

May 26, 2011

SB 17, SB 20, SB 167, SB 173, SB 181, SB 244, SB 327, SB 365, SB 475, SB 683, SB 717, SB 738, SB 761, SB 768, SB 781, SB 789, SB 801, SB 810, SB 819, SB 847, SB 937, SB 969, SB 1026, SB 1042, SB 1055, SB 1058, SB 1073, SB 1120, SB 1124, SB 1169, SB 1200, SB 1225, SB 1290, SB 1383, SB 1393, SB 1434, SB 1545, SB 1619, SB 1686, SB 1714, SB 1877, SB 1899, SB 1910, SB 1913, SB 1916, SB 1925, SB 1926, SCR 56, SR 1183, SR 1184, SR 1185, SR 1186, SR 1202, SR 1203, SR 1205, SR 1207, SR 1208, SR 1209, SR 1210, SR 1211, SR 1214, SR 1215, SR 1216, SR 1217

### SENT TO SECRETARY OF STATE

May 27, 2011

SJR 9, SJR 14, SJR 26, SJR 37, SJR 50

USA_00023845

4526                    82nd Legislature — Regular Session                    69th Day

## SENT TO GOVERNOR

<u>May 27, 2011</u>

SB 17, SB 20, SB 167, SB 173, SB 176, SB 181, SB 201, SB 218, SB 220, SB 229, SB 244, SB 271, SB 327, SB 329, SB 349, SB 364, SB 365, SB 370, SB 438, SB 460, SB 475, SB 479, SB 548, SB 683, SB 701, SB 717, SB 738, SB 761, SB 762, SB 766, SB 768, SB 781, SB 789, SB 801, SB 802, SB 804, SB 810, SB 812, SB 819, SB 847, SB 917, SB 937, SB 969, SB 975, SB 1009, SB 1026, SB 1042, SB 1055, SB 1058, SB 1073, SB 1120, SB 1124, SB 1169, SB 1200, SB 1225, SB 1290, SB 1360, SB 1383, SB 1386, SB 1393, SB 1434, SB 1477, SB 1504, SB 1545, SB 1560, SB 1617, SB 1619, SB 1686, SB 1714, SB 1726, SB 1799, SB 1877, SB 1899, SB 1910, SB 1913, SB 1916, SB 1925, SB 1926, SCR 2, SCR 56, SCR 58

## SIGNED BY GOVERNOR

<u>May 27, 2011</u>

SB 14, SB 198, SB 250, SB 279, SB 529, SB 551, SB 748, SB 758, SB 1024, SB 1107, SB 1478, SB 1505, SCR 45, SCR 46, SCR 52

USA_00023846

**PL128**
Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 30 of 75   **9/2/2014**
**2:13-cv-00193**
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 20 of 88

Tuesday, February 17, 2009          SENATE JOURNAL                            253

RESOLVED, That the 81st Legislature of the State of Texas hereby welcome the League City Chamber of Commerce and its legislative committee to the State Capitol and commend all those associated with the group for their dedicated service to their community; and, be it further

RESOLVED, That an official copy of this resolution be prepared for the chamber of commerce as an expression of high regard from the Texas House of Representatives and Senate.

JACKSON

HCR 42 was read.

On motion of Senator Jackson, the resolution was considered immediately and was adopted by a viva voce vote.

All Members are deemed to have voted "Yea" on the adoption of the resolution.

### RESOLUTIONS SIGNED

The President Pro Tempore announced the signing of the following enrolled resolutions in the presence of the Senate: **HCR 31, HCR 37, HCR 38.**

### SENATE CONCURRENT RESOLUTION 20

The President Pro Tempore laid before the Senate the following resolution:

WHEREAS, Section 17, Article III, Texas Constitution, provides that neither house of the legislature may adjourn for more than three days without the consent of the other house; now, therefore, be it

RESOLVED by the 81st Legislature of the State of Texas, That each house grant the other permission to adjourn for more than three days during the period beginning on Wednesday, February 18, 2009, and ending on Monday, February 23, 2009.

WHITMIRE

SCR 20 was read.

On motion of Senator Whitmire, the resolution was considered immediately and was adopted by the following vote:  Yeas 31, Nays 0.

### MOTION TO ADJOURN

On motion of Senator Whitmire and by unanimous consent, the Senate at 12:28 p.m. agreed to adjourn, in memory of Frank Alvarado, father of State Representative Carol Alvarado, upon completion of the introduction of bills and resolutions on first reading, until 11:00 a.m. tomorrow.

### SENATE BILLS ON FIRST READING

The following bills were introduced, read first time, and referred to the committees indicated:

SB 351 by Shapleigh
Relating to payment of certain emergency room physicians for services provided to enrollees of managed care health benefit plans; providing an administrative penalty.
To Committee on State Affairs.

USA_00023847

254          81st Legislature — Regular Session          12th Day

**SB 352 by Shapleigh**
Relating to a prohibition of trans fatty acids in meals provided to students by school districts.
To Committee on Education.

**SB 353 by Shapleigh**
Relating to nonpayment of hospitals under the state Medicaid program for certain preventable adverse conditions.
To Committee on Health and Human Services.

**SB 354 by Estes**
Relating to transactions involving residential mortgage foreclosures; providing a penalty.
To Committee on Business and Commerce.

**SB 355 by Van de Putte**
Relating to use of the money from the Texas Enterprise Fund to benefit small businesses.
To Committee on Economic Development.

**SB 356 by Carona**
Relating to the frequency and content of school bus emergency evacuation training.
To Committee on Transportation and Homeland Security.

**SB 357 by Patrick**
Relating to a prohibition against the knowing employment of persons not lawfully present in the United States and the suspension of licenses held by certain employers for the knowing employment of those persons.
To Committee on Transportation and Homeland Security.

**SB 358 by Patrick**
Relating to the enforcement of state and federal laws governing immigration by certain governmental entities.
To Committee on Transportation and Homeland Security.

**SB 359 by Patrick**
Relating to punishment for the offense of theft committed in certain evacuated or disaster areas.
To Subcommittee on Flooding and Evacuations.

**SB 360 by Patrick, Jackson**
Relating to exempting certain hurricane preparation supplies from the sales tax for a limited period.
To Committee on Finance.

**SB 361 by Patrick**
Relating to the requirement that water and sewer service providers ensure operations during an extended power outage.
To Subcommittee on Flooding and Evacuations.

USA_00023848

Tuesday, February 17, 2009     SENATE JOURNAL     255

**SB 362** by Fraser, Estes
Relating to requiring a voter to present proof of identification.
To Committee of the Whole Senate.

**SB 363** by Fraser
Relating to the procedures for registering to vote and accepting a voter at a polling place.
To Committee on State Affairs.

**SB 364** by Carona
Relating to the punishment for certain offenses committed against a public servant by a member of a criminal street gang.
To Committee on Transportation and Homeland Security.

**SB 365** by Carona
Relating to the suspension of sentence and deferral of final disposition in certain misdemeanor cases.
To Committee on Criminal Justice.

**SB 366** by Carona
Relating to the imposition of consecutive sentencing for offenses committed by a member of a criminal street gang.
To Committee on Transportation and Homeland Security.

**SB 367** by Carona
Relating to the prosecution of and punishment for certain criminal offenses involving the use of a false or fictitious identity or identifying documents.
To Committee on Transportation and Homeland Security.

**SB 368** by Carona
Relating to the denial, suspension, or revocation of a motor vehicle inspection station certificate or an inspector certificate.
To Committee on Transportation and Homeland Security.

**SB 369** by Carona
Relating to information contained in an intelligence database used to investigate and prosecute offenses committed by criminal street gangs.
To Committee on Transportation and Homeland Security.

**SB 370** by Carona
Relating to the penalty for engaging in gambling promotion or keeping a gambling place.
To Committee on Criminal Justice.

**SB 371** by Carona
Relating to certain civil consequences of engaging in organized crime.
To Committee on Transportation and Homeland Security.

USA_00023849

288        81st Legislature — Regular Session        14th Day

### CO-AUTHORS OF SENATE BILL 61

On motion of Senator Zaffirini, Senators Davis and Uresti will be shown as Co-authors of **SB 61.**

### CO-AUTHORS OF SENATE BILL 108

On motion of Senator Ellis, Senators Carona, Davis, Lucio, and Watson will be shown as Co-authors of **SB 108.**

### CO-AUTHOR OF SENATE BILL 170

On motion of Senator Ellis, Senator Davis will be shown as Co-author of **SB 170.**

### CO-AUTHOR OF SENATE BILL 201

On motion of Senator Shapleigh, Senator Zaffirini will be shown as Co-author of **SB 201.**

### CO-AUTHOR OF SENATE BILL 268

On motion of Senator Harris, Senator Fraser will be shown as Co-author of **SB 268.**

### CO-AUTHOR OF SENATE BILL 290

On motion of Senator Nelson, Senator Zaffirini will be shown as Co-author of **SB 290.**

### CO-AUTHOR OF SENATE BILL 296

On motion of Senator West, Senator Uresti will be shown as Co-author of **SB 296.**

### CO-AUTHOR OF SENATE BILL 297

On motion of Senator Van de Putte, Senator Zaffirini will be shown as Co-author of **SB 297.**

### CO-AUTHOR OF SENATE BILL 305

On motion of Senator Shapleigh, Senator Zaffirini will be shown as Co-author of **SB 305.**

### CO-AUTHOR OF SENATE BILL 309

On motion of Senator Jackson, Senator Carona will be shown as Co-author of **SB 309.**

### CO-AUTHOR OF SENATE BILL 362

On motion of Senator Fraser, Senator Nichols will be shown as Co-author of **SB 362.**

### CO-AUTHOR OF SENATE BILL 553

On motion of Senator Lucio, Senator Uresti will be shown as Co-author of **SB 553.**

USA_00023850

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 34 of 75   PL130
9/2/2014
2:13-cv-00193
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 24 of 88

Wednesday, March 18, 2009      SENATE JOURNAL      589

## INTRODUCTION OF
## BILLS AND RESOLUTIONS POSTPONED

The President announced that the introduction of bills and resolutions on first reading would be postponed until the end of today's session.

There was no objection.

## BIRTHDAY GREETINGS EXTENDED

Senator Williams was recognized and, on behalf of the Senate, extended birthday greetings to Senator Watson.

## CONCLUSION OF MORNING CALL

The President at 11:39 a.m. announced the conclusion of morning call.

## PERSONAL PRIVILEGE STATEMENT

Senator Lucio was recognized to speak on a matter of personal privilege.

## AT EASE

The President at 11:44 a.m. announced the Senate would stand At Ease subject to the call of the Chair.

## IN LEGISLATIVE SESSION

The President at 12:13 p.m. called the Senate to order as In Legislative Session.

## SENATE BILL 362 ON THIRD READING

The President laid before the Senate **SB 362** by Senator Fraser at this time on its third reading and final passage (set as special order):

**SB 362**, Relating to requiring a voter to present proof of identification.

The bill was read third time and was passed by the following vote: Yeas 19, Nays 12.

Yeas: Averitt, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Shapleigh, Uresti, Van de Putte, Watson, West, Whitmire, Zaffirini.

## LETTER FROM DEPUTY SECRETARY OF STATE

Senator Van de Putte was recognized to read and to submit in writing the following letter relating to SB 362 from the Deputy Secretary of State:

Coby Shorter, III
Deputy Secretary of State
State of Texas

March 11, 2009

The Honorable Leticia Van de Putte
Texas Senate
P.O. Box 12068 – Capitol Station
Austin, Texas 78711

USA_00023851

| 590 | 81st Legislature — Regular Session | 23rd Day |
|---|---|---|

Dear Senator Van de Putte:

Thank you for the opportunity to serve as a resource witness on Senate Bill 362. During my testimony you asked several questions which I needed to research. Below, please find your questions and my responses.

Question: Explain the difference between a Citizenship Certificate and Citizenship Papers.

Please know the Office of the Secretary of State does not have jurisdiction over U.S. citizenship issues; thus, our response is based on information from the U.S. Citizenship and Immigration Services. Based on preliminary research, we have determined that a Certificate of U.S. Citizenship is a document issued by the United States government as proof of U.S. citizenship. Individuals who are eligible to apply for the certificate include those who obtained U.S. citizenship while residing in the United States or individuals who were born outside the United States to U.S. citizens. Specifically, children born of U.S. citizens who were born abroad are eligible. In addition, a child whose parent or parents became naturalized while the child was under 18 years of age is also eligible for this document. The Certificate of U.S. Citizenship contains a photograph and qualifies as proof of identity under the proposed amendment to Section 63.0101(a) of the Texas Election Code (the "Code").

"United States Citizenship Papers" are one of the authorized forms of identification in the proposed amendment to Section 63.0101(b) of the Code. According to the U.S. Citizenship and Immigration Services, the following documents generally constitute proof of U.S. citizenship: birth certificate, U.S. Passport, Certificate of Citizenship, and Naturalization Certificate. These four documents would appear to qualify as "United States Citizenship Papers" under the proposed amendment to Section 63.0101. A U.S. Passport and a Certificate of Citizenship are specifically listed as forms of photo identification authorized under the proposed Section 63.0101(a), so it appears that these documents qualify under both 63.0101(a) and (b). A Certificate of Naturalization is a document issued by the United States government (or before October 1, 1991 by a federal or state court) as proof of a person having obtained U.S. citizenship through naturalization. A Certificate of Naturalization contains the person's photograph. A birth certificate does not contain a photograph.

Question: How will inconsistencies between a temporary address appearing on an authorized identification document and a permanent address appearing on the voter registration list of military and student voters be treated if SB 362 were to become law?

Senate Bill 362 requires a voter to provide proof of his or her identity and does not require a voter to provide proof of residence. If there was an inconsistency between an address that appeared on an authorized form of identification and the voter registration roll, that would not be grounds to disqualify the voter. As long as the voter still claimed the address that appeared on the voter registration list as his or her permanent residence address, the voter would be accepted for voting. Accordingly, if a voter presented a valid form of identification as proposed under Senate Bill 362, which contained an address different from the address on the list of registered voters, that voter wold be allowed to vote.

JA_008970

USA_00023852

Wednesday, March 18, 2009      SENATE JOURNAL          591

Question: Does the Secretary of State track the racial status of registered voters?  If not, how will the state prove that Senate Bill 362 does not have an adverse impact on minority voters when the state submits the bill for preclearance?

Because racial status is not considered in a person's eligibility to register to voter, the state prescribed voter registration application does not request this information from voters.  As a result, the state does not have statistics regarding the race or ethnicity of registered voters in Texas.  We do have data on the number of registered voters with Hispanic surnames, but this data is inconclusive as it simply matches the surname of registered voters against a list of identified Hispanic surnames provided by the U.S. Census Bureau.

Every submission to the U.S. Department of Justice is different based on the unique aspects of the legislation.  For instance, the Texas Legislative Council assisted with the compilation of data on race and ethnicity for redistricting bills.  A similar effort to obtain such demographics may be required for a voter identification bill.  Historically, we have also worked with legislators to ensure the best data available is included in submissions.

Thank you for the opportunity to research these issues.  If I have inadvertently omitted or misunderstood your questions, please let me know.

Sincerely,

/s/ Coby Shorter, III<br>
Deputy Secretary of State

**STATEMENT REGARDING VOTES CAST ON<br>
SENATE BILL 362<br>
(Senate Rule 17.01)**

Senator West submitted the following statement:

We offer the following statements with respect to our votes on Senate Bill 362 and ask that they be spread upon the journal of the Senate:

1. The Senate is comprised of 31 members, 8 of whom are ethnic minorities: Ellis, West, Gallegos, Hinojosa, Lucio, Uresti, Van de Putte, and Zaffirini.

2. On January 14, 2009, a motion was made to amend the previous rules of the Senate to allow for legislation relating to voter identification requirements, after being reported favorably from a Committee of the Whole Senate, to be set as a special order, therefore bypassing the need for a two-thirds vote of the Senate at any point during Senate deliberations, for legislation addressing only this subject.  The motion prevailed by a vote of 18-13.  All 8 Senators who are ethnic minorities voted against this motion.

3. On March 10-11, 2009, the Senate convened as a Committee of the Whole Senate, and took up and passed Senate Bill 362, which relates to voter identification requirements, by a vote of 20 to 12.  All Senators who are ethnic minorities voted against passage of the bill from the Committee of the Whole Senate.

USA_00023853

| 592 | 81st Legislature — Regular Session | 23rd Day |

4. On March 11, 2009, the Senate voted to set Senate Bill 362, and no other bill, for special order. The vote on this special order was 19-12. All 8 ethnic minority Senators voted against this motion.

5. On March 17th, the Senate took up Senate Bill 362 on second reading, as a special order. The vote on this legislation was 19-12. All 8 ethnic minority Senators voted against this motion.

6. On March 18th, the Senate took up Senate Bill 362 on third reading. The vote on this legislation was 19-12. All 8 ethnic minority Senators voted against this legislation.

7. To date, there have been no other opportunities during the 81st Regular Legislative Session in which members of the Senate had the opportunity to vote on legislation relating to voter identification, other than the ones listed above; and

8. Of all the opportunities members of the Senate have had to vote on voter identification legislation, or Senate process regarding voter identification legislation, no Senator who is an ethnic minority has voted in favor of such legislation or the process related to such legislation.

| WEST | URESTI |
| ELLIS | VAN DE PUTTE |
| GALLEGOS | WATSON |
| LUCIO | WHITMIRE |
| SHAPLEIGH | ZAFFIRINI |

### SENATE BILL 52 ON SECOND READING

On motion of Senator Zaffirini and by unanimous consent, the regular order of business was suspended to take up for consideration SB 52 at this time on its second reading:

SB 52, Relating to the penalties for the illegal use of a parking space or area designated specifically for persons with disabilities.

The bill was read second time and was passed to engrossment by a viva voce vote.

All Members are deemed to have voted "Yea" on the passage to engrossment.

### SENATE BILL 52 ON THIRD READING

Senator Zaffirini moved that Senate Rule 7.18 and the Constitutional Rule requiring bills to be read on three several days be suspended and that SB 52 be placed on its third reading and final passage.

The motion prevailed by the following vote: Yeas 29, Nays 2.

Yeas: Averitt, Carona, Davis, Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos, Harris, Hegar, Hinojosa, Huffman, Jackson, Lucio, Nelson, Nichols, Ogden, Patrick, Shapiro, Shapleigh, Uresti, Van de Putte, Watson, West, Whitmire, Williams, Zaffirini.

Nays: Seliger, Wentworth.

USA_00023854

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 38 of 75   PL131
9/2/2014
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 28 of 88 2:13-cv-00193

618      81st Legislature — Regular Session      24th Day

## APPENDIX

### COMMITTEE REPORTS

The following committee reports were received by the Secretary of the Senate in the order listed:

March 19, 2009

BUSINESS AND COMMERCE — **SB 731, SB 538, SB 507, CSSB 470**

INTERGOVERNMENTAL RELATIONS — **SB 764, CSSB 820**

CRIMINAL JUSTICE — **SB 223, SB 554, CSSB 839**

JURISPRUDENCE — **SB 82, SB 491, SB 518, SB 658, SB 659, SB 742, SB 780, SB 812**

HIGHER EDUCATION — **SB 596, CSSB 297**

### BILLS ENGROSSED

March 18, 2009

**SB 52, SB 90, SB 362, SB 555, SB 987**

### RESOLUTIONS ENROLLED

March 18, 2009

**SR 378, SR 438, SR 448, SR 449, SR 450, SR 451, SR 452, SR 453, SR 454, SR 455, SR 456, SR 457, SR 458, SR 459, SR 460, SR 461, SR 462, SR 463, SR 464**

USA_00023855

Thursday, March 19, 2009     HOUSE JOURNAL — 35th Day     805

**HB 3259** (By Naishtat), Relating to the creation of the Council on Children and Families.

To Public Health.

**HB 3302** (By Kent), Relating to the fees charged by certain check-cashing businesses; providing penalties.

To Pensions, Investments, and Financial Services.

**HB 3304** (By Kent), Relating to the regulation of credit services organizations.

To Pensions, Investments, and Financial Services.

### MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Thursday, March 19, 2009

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HCR 36**          Solomons          SPONSOR: Nelson
Commending all those in Denton County who participated in the emergency response to Hurricane Ike.

**HCR 98**          Howard, Donna          SPONSOR: Watson
Commending Michael William Heskett for his 26 years of service to the Texas State Library and Archives Commission.

**SB 52**          Zaffirini
Relating to the penalties for the illegal use of a parking space or area designated specifically for persons with disabilities.

**SB 90**          Van de Putte
Relating to adoption of the Interstate Compact on Educational Opportunity for Military Children.

**SB 362**          Fraser
Relating to requiring a voter to present proof of identification.

**SB 555**          Duncan
Relating to indemnification provisions in construction contracts.

**SB 987**          Shapiro

USA_00023856

Friday, May 15, 2009      HOUSE JOURNAL — 72nd Day      3801

## MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 4**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Friday, May 15, 2009 - 4

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 666**          Shapleigh
Relating to the administration of charitable trusts.

**SB 2491**          Uresti
Relating to the powers and duties of certain public improvement districts.

Respectfully,
Patsy Spaw
Secretary of the Senate

---

## APPENDIX

---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**May 14**

Business and Industry - **SB 1448, SB 1672, SB 1945**

County Affairs - **SB 534, SB 1500**

Criminal Jurisprudence - **SB 11**

Culture, Recreation, and Tourism - **SB 909, SB 1900, SB 1929, SB 2534, SCR 11, SCR 40, SCR 64**

Elections - **SB 362, SB 1152**

Energy Resources - **SB 546**

Environmental Regulation - **SB 1387**

Higher Education - **SB 1334, SB 2007, SB 2045**

USA_00023857

250        80th LEGISLATURE — REGULAR SESSION

Leibowitz; Lucio; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Merritt; Miles; Miller; Morrison; Murphy; Naishtat; Noriega; Olivo; Ortiz; Otto; Parker; Patrick; Peña; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Turner; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Christian; Gallego; Hartnett; Hill; Menendez; Oliveira; Truitt.

Absent — Aycock; Darby; Driver; Escobar; Farabee; Hardcastle; Harless; Hilderbran; Homer; Jackson; Krusee; Macias; Moreno; Mowery; O'Day; Orr; Paxton; Van Arsdale.

### STATEMENT OF VOTE

When Record No. 43 was taken, I was in the house but away from my desk. I would have voted yes.

Paxton

### COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Business and Industry, 2:30 p.m. today, E2.026, for an organizational meeting.

Corrections, 2 p.m today, senate finance room, to consider invited testimony.

### PROVIDING FOR ADJOURNMENT

Representative Riddle moved that, at the conclusion of the reading of bills and resolutions on first reading and referral to committees, the house adjourn until 10 a.m. tomorrow in memory of Alice Elizabeth Rucker Allen of Austin.

The motion prevailed.

### BILLS AND JOINT RESOLUTIONS ON FIRST READING AND REFERRAL TO COMMITTEES

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. (See the addendum to the daily journal, Referred to Committees, List No. 1.)

(Gattis in the chair)

### ADJOURNMENT

In accordance with a previous motion, the house, at 12:40 p.m., adjourned until 10 a.m. tomorrow.

USA_00023858

Tuesday, January 30, 2007   HOUSE JOURNAL — 12th Day                    251

---

## ADDENDUM

---

### REFERRED TO COMMITTEES

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

**List No. 1**

**HB 119** (By F. Brown), Relating to the exemption from competitive bidding for certain purchases.

To Government Reform.

**HB 120** (By F. Brown), Relating to state funding and tuition charged for courses provided during off-peak hours at certain public institutions of higher education.

To Higher Education.

**HB 121** (By Dukes), Relating to public school policies designed to prevent dating violence.

To Public Education.

**HB 122** (By Dukes), Relating to promoting the importance of higher education in public schools.

To Public Education.

**HB 123** (By Peña), Relating to the use of direct recording electronic voting machines.

To Elections.

**HB 124** (By Peña), Relating to certain offenses that involve impersonating a peace officer or other public servant and misrepresenting the nature of certain property.

To Law Enforcement.

**HB 125** (By Delisi), Relating to tuition and fee exemptions for the children of certain military personnel.

To Defense Affairs and State-Federal Relations.

**HB 126** (By Delisi), Relating to the offense of engaging in organized criminal activity.

To Criminal Jurisprudence.

**HB 127** (By Delisi), Relating to the requirement that state agencies report the cost of services and benefits provided to unlawful immigrants.

To State Affairs.

**HB 128** (By Truitt), Relating to the punishment for the offense of burglary of a vehicle.

To Criminal Jurisprudence.

USA_00023859

Tuesday, January 30, 2007   HOUSE JOURNAL — 12th Day                259

**HB 218** (By B. Brown), Relating to requiring a voter to present proof of identification.
To Elections.

**HB 219** (By Miller), Relating to the margin of error the comptroller of public accounts must use to determine whether the local value for a school district is valid after conducting the annual property value study.
To Local Government Ways and Means.

**HJR 27** (By Callegari), Proposing a constitutional amendment to authorize the legislature to set a lower limit on the maximum average annual percentage increase in the appraised value of a residence homestead for ad valorem tax purposes.
To Ways and Means.

**HJR 29** (By Isett), Proposing a constitutional amendment concerning the restriction on the rate of growth of state appropriations and establishing three special funds to replace the economic stabilization fund.
To Appropriations.

### SIGNED BY THE SPEAKER

The following bills and resolutions were today signed in the presence of the house by the speaker:

**Senate List No. 4**

SCR 8, SCR 11, SCR 12

### MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Tuesday, January 30, 2007

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SCR 13**              Wentworth          SPONSOR: Flynn
Inviting the Chief Justice of the Supreme Court of Texas to address a Joint Session of the legislature on February 20, 2007.

Respectfully,
Patsy Spaw
Secretary of the Senate

JA_008978

USA_00023860

Tuesday, April 3, 2007        HOUSE JOURNAL — 49th Day        1557

**HCR 166**                Hilderbran            SPONSOR:  Wentworth
Recognizing April 3, 2007, as Texas Medal of Arts Awards Day.

**SB 362**                Janek
Relating to civil remedies and qui tam provisions under the Medicaid fraud
prevention act.

**SB 718**                Ogden
Relating to the route selection for the Trans-Texas Corridor.

**SB 1795**               Ogden
Relating to the amount of bonds and other public securities that may be secured
by a pledge of and payable from revenue deposited to the credit of the state
highway fund.

**SCR 50**                Wentworth
Recognizing April 3, 2007, as Texas Medal of Arts Awards Day.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 3**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Tuesday, April 3, 2007 - 3

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the
following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 125**                Carona
Relating to a civil or administrative penalty imposed by a local authority to
enforce compliance with a traffic-control signal and use of the money collected to
help fund trauma facilities and emergency medical services.

**SB 802**                Nichols
Relating to the child fatality review process, including the composition and
functions of the child fatality review team committee.

**SB 1119**               Carona
Relating to the authority of a local authority to implement a photographic traffic
signal enforcement system; providing for the imposition of civil penalties.

Respectfully,
Patsy Spaw
Secretary of the Senate

USA_00023861

1558        80th LEGISLATURE — REGULAR SESSION

## APPENDIX

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**April 2**

Border and International Affairs - **HB 2235**

Business and Industry - **HB 1871**

Criminal Jurisprudence - **HB 95, HB 347, HB 460, HB 1203, HB 1610, HB 2267**

Culture, Recreation, and Tourism - **HB 2054**

Elections - **HB 218, HB 626, HB 1652**

Insurance - **HB 522, HB 1590, HB 2708**

Law Enforcement - **HB 442, HB 588, HB 954, HB 991, HB 1839, HB 2066, HB 3295, SB 330, SB 332**

Pensions and Investments - **HB 2799**

Public Education - **HB 273, HB 439, HB 1270, HB 1400, HB 1922, HB 2176, HB 2503, HB 2657**

State Affairs - **HB 180**

Urban Affairs - **HB 280, HB 470, HB 2019, HB 2184, HB 2338, HB 2484, HB 2840**

### ENGROSSED

April 2 - **HB 1, HB 15, HJR 69**

USA_00023862

Monday, April 16, 2007     HOUSE JOURNAL — 56th Day     1959

### HR 1039 - ADOPTED
### (by Creighton)

Representative Creighton moved to suspend all necessary rules to take up and consider at this time **HR 1039**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1039**, Congratulating Jason "Sundance" Head for his appearance on American Idol.

**HR 1039** was read and was adopted.

On motion of Representative Dukes, the names of all the members of the house were added to **HR 1039** as signers thereof.

### INTRODUCTION OF GUESTS

The chair recognized Representative Creighton who introduced Jason "Sundance" Head and his wife, Misty.

### BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, House List No. 22 and Senate List No. 21).

### BILLS RECOMMITTED

Representative Berman moved to recommit **HB 218** and **HB 626** to the Committee on Elections.

The motion prevailed.

### HCR 190 - ADOPTED
### (by Strama)

Representative Strama moved to suspend all necessary rules to take up and consider at this time **HCR 190**.

The motion prevailed.

The following resolution was laid before the house:

**HCR 190**, Congratulating the Greater Austin Crime Commission on its 10th anniversary and recognizing the Longhorn Leaders.

**HCR 190** was read and was adopted.

On motion of Representative Bolton, the names of all the members of the house were added to **HCR 190** as signers thereof.

(Speaker in the chair)

### INTRODUCTION OF GUESTS

The speaker recognized Representative Strama who introduced representatives of the Greater Austin Crime Commission and Texas Longhorn Leaders.

USA_00023863

2098          80th LEGISLATURE — REGULAR SESSION

Relating to the operation and financing of the medical assistance program and other programs to provide health care benefits and services to persons in this state; providing penalties.

**SB 111**          Carona
Relating to removal or reconstruction of certain outdoor advertising.

**SB 450**          Uresti
Relating to enrollment and participation in certain research programs of certain children in foster care.

**SB 943**          Janek
Relating to the licensing and regulation of wholesale distributors of prescription drugs; providing penalties.

**SB 1068**          Wentworth
Relating to the reapportionment of congressional districts and the creation, function, and duties of the Texas Congressional Redistricting Commission.

**SB 1604**          Duncan
Relating to responsibilities of certain state agencies concerning radioactive substances; imposing fees and surcharges; providing administrative and civil penalties.

**SB 1644**          Shapiro
Relating to the eligibility of certain teachers to serve on the State Board of Education and the board of directors of a regional education service center.

**SB 1794**          Ogden
Relating to eligibility for an occupational driver's license.

**SB 1909**          Ellis
Relating to community supervision, parole, or mandatory supervision for certain drug possession offenses and to a person's eligibility for an order of nondisclosure following a term of community supervision for any of those offenses.

Respectfully,
Patsy Spaw
Secretary of the Senate

---

### APPENDIX

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**April 17**

Border and International Affairs - HB 3068

Business and Industry - SB 908

JA_008982

USA_00023864

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 48 of 75

Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 38 of 88

Civil Practices - HB 196, HB 1268, HB 1927, HB 2117, HB 3063, HB 3293

Corrections - HB 46, HB 429

County Affairs - HB 2095, HB 2283, HB 2624, HB 2749, HB 3011, HB 3044, HB 3311, HB 3549

Criminal Jurisprudence - HB 187, HB 529, HB 872, HB 1158, HB 2391, HB 3585

Elections - HB 218, HB 626, HB 945, HB 1146, HB 1642, HB 2247, HB 3142

Energy Resources - HB 3109, HB 3111

Environmental Regulation - HB 1526, HB 2608

Higher Education - HB 956, HB 2173, HB 2978, HB 3449, HB 3826, HB 3900, HJR 103

Insurance - HB 1351

Judiciary - HB 1352, HB 2109, HB 2201, HB 3992, HB 4007, HB 4008, HB 4037, HB 4048, HB 4094, HB 4107, SB 168, SB 355, SB 497, SB 844

Juvenile Justice and Family Issues - HB 567, HB 620, HB 782, HB 814, HB 1575, HB 1646, HB 1864, HB 1909, HB 2379, HB 2770, HB 2884

Law Enforcement - HB 946, HB 2445, HB 3435, SB 740

Local Government Ways and Means - HB 3514, HB 3630, SB 57, SB 948

Natural Resources - HB 4, HB 1656

Pensions and Investments - HB 3322

Public Health - HB 14, HB 2158, HB 2439, HJR 90

State Affairs - HB 2656

Urban Affairs - HB 1315

Ways and Means - HB 913

## ENGROSSED

April 17 - HB 11, HB 95, HB 216, HB 347, HB 460, HB 685, HB 954, HB 1105, HB 1178, HB 1265, HB 1270, HB 1610, HB 1764, HB 1922, HB 2198, HJR 19

USA_00023865

Wednesday, April 25, 2007  HOUSE JOURNAL — 62nd Day          2485

Relating to registration and regulation of metal recycling entities; providing penalties.

**SB 1295**                     West, Royce
Relating to the establishment of community-based programs administered by the juvenile boards of certain counties.

**SB 1349**                     Patrick, Dan
Relating to the annexation of certain municipally owned airports.

**SB 1447**                     Duncan
Relating to the investment authority of the Teacher Retirement System of Texas.

**SB 1700**                     Shapiro
Relating to state assistance with the costs of constructing or renovating public high school science laboratories.

**SB 1723**                     Ogden
Relating to the collection of surcharges assessed under the driver responsibility program.

**SB 1736**                     Shapiro
Relating to the powers, duties, and financing of cultural education facilities finance corporations.

**SB 1865**                     Zaffirini
Relating to the creation of the lifespan respite services pilot program.

**SB 1879**                     Williams
Relating to the regulation of controlled substances.

**SB 2009**                     Hinojosa
Relating to the creation of municipal courts of record in the city of Corpus Christi.

Respectfully,
Patsy Spaw
Secretary of the Senate

---

## APPENDIX

---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**April 24**

Agriculture and Livestock - **HB 1915**

Business and Industry - **HB 2392, HB 3147, HB 3518, HB 3674, SB 458**

County Affairs - **HB 2276, SB 1106**

Criminal Jurisprudence - **HB 3370, HB 3372**

Culture, Recreation, and Tourism - **HB 152, HB 693, HB 3113, HB 3863, HB 3910, HJR 71, SB 182, SB 573**

Defense Affairs and State-Federal Relations - **HB 2694, SB 61**

Economic Development - **HB 2947, HB 3037**

USA_00023866

2486     80th LEGISLATURE — REGULAR SESSION

Elections - HB 1462

Human Services - HB 2042, HB 2691, SB 344, SB 744

Insurance - HB 2765, HB 3271

Judiciary - HB 2479

Juvenile Justice and Family Issues - HB 555, HB 876, HB 983, HB 1481, HB 1993, HB 2410, HB 2501, HB 2502, HB 2940, HB 3022, HB 3993

Land and Resource Management - HB 631

Law Enforcement - HB 2833, HB 3613, SB 534

Licensing and Administrative Procedures - SB 904

Local Government Ways and Means - HB 1404, HB 3038, SB 162, SB 940

Natural Resources - HB 599, HB 1498, HB 2444, HB 2883, HB 4067

Public Education - HB 1632

Public Health - SB 625

State Affairs - HB 13, HB 21, HB 455, HB 2038, HB 2248, HB 2656, HB 2666, HB 3453, HCR 198, SB 123

Transportation - HB 191

Ways and Means - HB 646, HB 1084, HB 1950, HB 1976, HB 2558, HB 2982, HB 3461, HB 3546, HB 3928

### ENGROSSED

April 24 - HB 218, HB 2136

### ENROLLED

April 24 - HCR 158, HCR 170

### SENT TO THE GOVERNOR

April 24 - HB 5, HB 1447, HB 1967, HCR 26, HCR 167

USA_00023867

1260          80th Legislature — Regular Session          48th Day

### LEAVE OF ABSENCE

On motion of Senator Whitmire, Senator Gallegos was granted leave of absence for today on account of illness.

### CO-AUTHOR OF SENATE BILL 411

On motion of Senator Shapleigh, Senator Ogden will be shown as Co-author of SB 411.

### CO-AUTHOR OF SENATE BILL 553

On motion of Senator Shapleigh, Senator Ellis will be shown as Co-author of SB 553.

### CO-AUTHOR OF SENATE BILL 887

On motion of Senator Shapiro, Senator West will be shown as Co-author of SB 887.

### CO-AUTHOR OF SENATE BILL 1295

On motion of Senator West, Senator Zaffirini will be shown as Co-author of SB 1295.

### CO-AUTHOR OF SENATE BILL 1357

On motion of Senator Ellis, Senator Van de Putte will be shown as Co-author of SB 1357.

### CO-AUTHOR OF SENATE BILL 1951

On motion of Senator Wentworth, Senator Williams will be shown as Co-author of SB 1951.

### CO-AUTHOR OF SENATE RESOLUTION 759

On motion of Senator Lucio, Senator Ellis will be shown as Co-author of SR 759.

### CO-SPONSOR OF HOUSE JOINT RESOLUTION 36

On motion of Senator Watson, Senator Zaffirini will be shown as Co-sponsor of HJR 36.

### MOMENT OF SILENCE OBSERVED

At the request of Senator Lucio, the Senate observed a moment of silence in honor of the victims of last night's storms in Eagle Pass.

### MESSAGE FROM THE HOUSE

HOUSE CHAMBER
Austin, Texas
April 25, 2007

The Honorable President of the Senate
Senate Chamber
Austin, Texas

Mr. President:

I am directed by the House to inform the Senate that the House has taken the following action:

USA_00023868

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 52 of 75
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 42 of 88

THE HOUSE HAS PASSED THE FOLLOWING MEASURES:

**HB 218,** Relating to requiring a voter to present proof of identification.

**HB 2136,** Relating to public disclosure of student referrals for services made by counselors in public schools.

**HCR 97;** Urging the U.S. Department of Labor to reconsider the proposed reduction in student training slots at the Gary Job Corps Center in San Marcos, Texas.

> Respectfully,
>
> /s/Robert Haney, Chief Clerk
> House of Representatives

### PHYSICIAN OF THE DAY

Senator Lucio was recognized and presented Dr. Jose Ugarte of Kingsville as the Physician of the Day.

The Senate welcomed Dr. Ugarte and thanked him for his participation in the Physician of the Day program sponsored by the Texas Academy of Family Physicians.

### BILLS SIGNED

The President announced the signing of the following enrolled bills in the presence of the Senate after the captions had been read:  **SB 456, SB 657, SB 740.**

### GUESTS PRESENTED

Senator Ogden was recognized and introduced to the Senate a group of students from Vista Ridge High School in Cedar Park.

The Senate welcomed its guests.

### GUESTS PRESENTED

Senator Watson was recognized and introduced to the Senate a group of students from Pflugerville High School in Pflugerville.

The Senate welcomed its guests.

### SENATE RESOLUTION 826

Senator West offered the following resolution:

WHEREAS, The Senate of the State of Texas joins citizens around the state in celebrating April 25, 2007, as National Pan-Hellenic Council of Texas Day at the State Capitol; and

WHEREAS, The National Pan-Hellenic Council, Incorporated, is composed of nine international Greek letter sororities and fraternities; it promotes interaction among its members through forums and meetings and engages in cooperative programming and initiatives through various activities and functions; and

WHEREAS, The members of the National Pan-Hellenic Council of Texas are joining such organizations as Big Brothers Big Sisters, Communities in Schools, the Boys and Girls Clubs, and Avance and Amachi to discuss their statewide mentoring initiatives with legislators and state officials; and

USA_00023869

Thursday, April 26, 2007        SENATE JOURNAL        1371

Austin, Texas
April 25, 2007

TO THE SENATE OF THE EIGHTIETH LEGISLATURE, REGULAR SESSION:

I ask the advice, consent and confirmation of the Senate with respect to the following appointments:

To be members of the Texas Optometry Board for terms to expire January 31, 2013:
Melvin G. Cleveland, Jr., O.D.
Arlington, Texas
(replacing Fred Farias of McAllen whose term expired)

Virginia Sosa, O.D.
Uvalde, Texas
(replacing Sharon Johnson of Arlington whose term expired)

To be the Pecos River Compact Commissioner for a term to expire January 23, 2011:
Julian W. Thrasher, Jr.
Monahans, Texas
(Mr. Thrasher is being reappointed)

To be members of the Credit Union Commission for terms to expire February 15, 2013:
Allyson Truax Morrow
San Benito, Texas
(replacing Rufino Carbajal of El Paso whose term expired)

Dale E. Kimble
Denton, Texas
(Reappointment)

Thomas Felton Butler
Deer Park, Texas
(Reappointment)

To be members of the Texas State Affordable Housing Corporation Board of Directors for terms to expire February 1, 2013:
Jo Van Hovel
Temple, Texas

Thomas A. Leeper
Huntsville, Texas
(Ms. Hovel and Mr. Leeper are being reappointed)

Respectfully submitted,

/s/Rick Perry
Governor

### SENATE RULE 11.13 SUSPENDED
(Consideration of Bills in Committees)

On motion of Senator Brimer and by unanimous consent, Senate Rule 11.13 was suspended to grant all committees permission to meet while the Senate was meeting today.

USA_00023870

1372          80th Legislature — Regular Session          49th Day

### SENATE RULES SUSPENDED
#### (Posting Rules)

On motion of Senator Carona and by unanimous consent, Senate Rule 11.10(a) and Senate Rule 11.18(a) were suspended in order that the Committee on Transportation and Homeland Security might meet and consider the following bills and resolution today: **SB 154, SB 1929, HCR 173.**

### SENATE RULES SUSPENDED
#### (Posting Rules)

On motion of Senator Hegar and by unanimous consent, Senate Rule 11.10(a) and Senate Rule 11.18(a) were suspended in order that the Committee on Natural Resources might meet and consider the following bills tomorrow:

**SB 1341, SB 1985, SB 2007, SB 2038.**

### MOTION TO ADJOURN

On motion of Senator Whitmire and by unanimous consent, the Senate at 4:13 p.m. agreed to adjourn, in memory of Corporal Ray Michael Bevel of Andrews, the Honorable Billy Wayne Clayton, the Honorable R. Temple Dickson III, the Honorable Henry C. Grover, the Honorable Frank L. Madla, Jr., the Honorable James Kuykendall Wade, and the Honorable Doyle Henry Willis, Sr., upon completion of the introduction of bills and resolutions on first reading, until 10:00 a.m. tomorrow.

### HOUSE BILLS AND RESOLUTIONS ON FIRST READING

The following bills and resolutions received from the House were read first time and referred to the committees indicated:

**HB 56** to Committee on Health and Human Services.
**HB 100** to Committee on Transportation and Homeland Security.
**HB 120** to Subcommittee on Higher Education.
**HB 142** to Committee on Finance.
**HB 185** to Committee on Criminal Justice.
**HB 198** to Committee on Criminal Justice.
**HB 210** to Committee on Transportation and Homeland Security.
**HB 218** to Committee on State Affairs.
**HB 264** to Committee on Finance.
**HB 273** to Committee on Education.
**HB 371** to Committee on Criminal Justice.
**HB 563** to Committee on Transportation and Homeland Security.
**HB 588** to Committee on Transportation and Homeland Security.
**HB 589** to Subcommittee on Higher Education.
**HB 681** to Committee on Criminal Justice.
**HB 730** to Committee on Intergovernmental Relations.
**HB 818** to Committee on Jurisprudence.
**HB 892** to Committee on Intergovernmental Relations.
**HB 914** to Committee on Criminal Justice.
**HB 948** to Committee on Health and Human Services.
**HB 1022** to Committee on Finance.

USA_00023871

Tuesday, May 1, 2007          SENATE JOURNAL          1573

HB 3060 to Committee on Jurisprudence.

HB 3063 to Committee on Jurisprudence.

HB 3132 to Committee on Intergovernmental Relations.

HB 3158 to Committee on Natural Resources.

HB 3249 to Committee on Administration.

HB 3322 to Committee on State Affairs.

HB 3350 to Committee on State Affairs.

HB 3410 to Committee on Intergovernmental Relations.

HB 3446 to Committee on Business and Commerce.

HB 3517 to Committee on Intergovernmental Relations.

HB 3694 to Subcommittee on Emerging Technologies and Economic Development.

HB 3732 to Committee on Natural Resources.

HB 3765 to Subcommittee on Agriculture, Rural Affairs, and Coastal Resources.

HB 4062 to Committee on Health and Human Services.

HB 4094 to Committee on Jurisprudence.

HCR 96 to Committee on Criminal Justice.

HCR 97 to Committee on Education.

### RESOLUTIONS OF RECOGNITION

The following resolutions were adopted by the Senate:

#### Memorial Resolutions

SR 934 by Ellis, In memory of Jonathan Michael Bailey.

SR 939 by West, In memory of Lillian M. Cooper of Dallas.

HCR 226 (Eltife), In memory of Constable Dale David Geddie of Winona.

#### Congratulatory Resolutions

SR 935 by Ellis, Recognizing Donald Wayne Haynes on the occasion of his retirement from the Houston Fire Department.

SR 936 by Ellis, Recognizing Pascual Lazaro Herrera and Constance Lee Toler-Herrera on the occasion of their 50th wedding anniversary.

SR 937 by Lucio, Recognizing Diana Castaneda Castillo for her 30 years of service to Lincoln Park High School in Brownsville.

SR 938 by Brimer, Commending Russell K. Tolman for his service to Cook Children's Health Care System.

SR 940 by Lucio, Recognizing Kautsch True Value Hardware and Lumber in Alamo on the occasion of its 75th anniversary.

HCR 204 (Duncan), Commemorating the 75th anniversary of the founding of Shannon Medical Center in San Angelo.

### ADJOURNMENT

Pursuant to a previously adopted motion, the Senate at 6:08 p.m. adjourned until 11:00 a.m. tomorrow.

USA_00023872

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 56 of 75

Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 46 of 88

## APPENDIX

### COMMITTEE REPORTS

The following committee reports were received by the Secretary of the Senate in the order listed:

May 1, 2007

TRANSPORTATION AND HOMELAND SECURITY — **CSSB 154**

ADMINISTRATION — **CSHJR 19**

GOVERNMENT ORGANIZATION — **SB 933, SCR 38, HCR 15, HCR 30, HB 119, HB 1449, HB 2054**

FINANCE — **CSSB 2031**

BUSINESS AND COMMERCE — **SCR 60**

NATURAL RESOURCES — **CSSB 1341**

STATE AFFAIRS — **CSHB 218**

TRANSPORTATION AND HOMELAND SECURITY — **CSSB 1929**

GOVERNMENT ORGANIZATION — **CSHB 66**

### SENT TO GOVERNOR

May 1, 2007

**SB 430, SB 432, SCR 69**

USA_00023873

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 57 of 75   PL142
9/2/2014
2:13-cv-00193
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 47 of 88

| 1634 | 80th Legislature — Regular Session | 54th Day |
|---|---|---|

darkness and take the hand of God. That shall be better for you than a light and safer than a known way." We sincerely ask these things in the name of Your son, the living savior, Jesus Christ our Lord. Amen.

Senator Wentworth moved that the reading of the Journal of the proceedings of yesterday be dispensed with and the Journal be approved as printed.

The motion prevailed without objection.

### CO-AUTHORS OF SENATE BILL 666

On motion of Senator Carona, Senators Shapleigh and Uresti will be shown as Co-authors of SB 666.

### CO-AUTHOR OF SENATE BILL 972

On motion of Senator Van de Putte, Senator Zaffirini will be shown as Co-author of SB 972.

### CO-AUTHORS OF SENATE BILL 1283

On motion of Senator Van de Putte, Senators Gallegos and Lucio will be shown as Co-authors of SB 1283.

### CO-AUTHOR OF SENATE BILL 1908

On motion of Senator Ellis, Senator Lucio will be shown as Co-author of SB 1908.

### CO-AUTHORS OF SENATE BILL 2041

On motion of Senator Uresti, Senators Nelson and Wentworth will be shown as Co-authors of SB 2041.

### CO-AUTHORS OF SENATE JOINT RESOLUTION 29

On motion of Senator Carona, Senators Shapleigh and Uresti will be shown as Co-authors of SJR 29.

### CO-SPONSOR OF HOUSE BILL 218

On motion of Senator Fraser, Senator Jackson will be shown as Co-sponsor of HB 218.

### CO-SPONSOR OF HOUSE BILL 3678

On motion of Senator Williams, Senator Patrick will be shown as Co-sponsor of HB 3678.

### MESSAGE FROM THE HOUSE

HOUSE CHAMBER
Austin, Texas
May 3, 2007

The Honorable President of the Senate
Senate Chamber
Austin, Texas

Mr. President:

I am directed by the House to inform the Senate that the House has taken the following action:

USA_00023874

PL143
Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 58 of 75 9/2/2014
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 48 of 88   2:13-cv-00193

# SENATE JOURNAL

## EIGHTIETH LEGISLATURE — REGULAR SESSION

## AUSTIN, TEXAS

### PROCEEDINGS

### SIXTY-THIRD DAY
(Wednesday, May 16, 2007)

The Senate met at 11:46 a.m. pursuant to adjournment and was called to order by the President.

The roll was called and the following Senators were present: Averitt, Brimer, Carona, Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos, Harris, Hegar, Hinojosa, Jackson, Janek, Lucio, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Shapleigh, Uresti, Van de Putte, Watson, Wentworth, West, Whitmire, Williams, Zaffirini.

The President announced that a quorum of the Senate was present.

The Reverend Jerry House, Jr., Christ United Methodist Church, College Station, offered the invocation as follows:

Gracious God, the question was once asked, "What is it that You require?" Your response was that Your people do justice, love kindness, and walk humbly with You. Within these hallowed halls today are gathered courageous public servants who are diligently seeking to do just that. But the path of justice and kindness and humility is never comfortable, nor is it easy to travel on. And, so we call on You today to show us the way. Illumine the path and strengthen our resolve as we seek to do what You would have us do. And may the decisions made today bring honor to this great state. But, most importantly, may they bring us all one step closer to the kind of world in which You intend for us to live. Amen.

### CO-AUTHOR OF SENATE BILL 1292

On motion of Senator Nelson, Senator Wentworth will be shown as Co-author of SB 1292.

### CO-AUTHOR OF SENATE JOINT RESOLUTION 43

On motion of Senator Nelson, Senator Van de Putte will be shown as Co-author of SJR 43.

### CO-SPONSOR OF HOUSE BILL 13

On motion of Senator Carona, Senator Nelson will be shown as Co-sponsor of HB 13.

USA_00023875

| 2140 | 80th Legislature — Regular Session | 63rd Day |

### CO-SPONSOR OF HOUSE BILL 41

On motion of Senator Seliger, Senator Ellis will be shown as Co-sponsor of **HB 41**.

### CO-SPONSOR OF HOUSE BILL 218

On motion of Senator Fraser, Senator Nelson will be shown as Co-sponsor of **HB 218**.

### CO-SPONSOR OF HOUSE BILL 662

On motion of Senator Ellis, Senator Van de Putte will be shown as Co-sponsor of **HB 662**.

### CO-SPONSOR OF HOUSE BILL 1230

On motion of Senator Zaffirini, Senator Van de Putte will be shown as Co-sponsor of **HB 1230**.

### MESSAGE FROM THE HOUSE

HOUSE CHAMBER
Austin, Texas
May 16, 2007

The Honorable President of the Senate
Senate Chamber
Austin, Texas

Mr. President:

I am directed by the House to inform the Senate that the House has taken the following action:

THE HOUSE HAS PASSED THE FOLLOWING MEASURES:

**HCR 256,** Recalling S.B. 903 from the senate to the house for further consideration.

**SB 22,** Relating to long-term care insurance and a partnership for long-term care program.
(Amended)

**SB 64,** Relating to the reporting of political contributions accepted or political expenditures made near an election; providing a civil penalty.
(Committee Substitute)

**SB 75,** Relating to penalties for certain repeat and habitual felony sex offenders.

**SB 82,** Relating to safety regulations for certain public school extracurricular activities.
(Committee Substitute/Amended)

**SB 99,** Relating to the identification of and provision of assistance to colonias and for tracking the progress of certain state-funded projects that benefit colonias.

**SB 143,** Relating to fetal and infant mortality review and health warnings related to fetal and infant mortality; imposing a penalty.
(Amended)

USA_00023876

Wednesday, March 2, 2005        HOUSE JOURNAL — 26th Day        529

Energy Resources will reconvene at 12:30 p.m. today, E1.010.

(Hill in the chair)

### PROVIDING FOR ADJOURNMENT

Representative Gonzales moved that, at the conclusion of the reading of bills and resolutions on first reading and referral to committees, the house adjourn until 10 a.m. tomorrow in memory of Filomeno Escobar of San Antonio.

The motion prevailed.

### BILLS AND JOINT RESOLUTIONS ON FIRST READING AND REFERRAL TO COMMITTEES CORRECTIONS IN REFERRAL

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. Pursuant to Rule 1, Section 4 of the House Rules, the chair at this time corrected the referral of measures to committees. (See the addendum to the daily journal, Referred to Committees, List No. 1.)

(Goodman in the chair)

### ADJOURNMENT

In accordance with a previous motion, the house, at 11:47 a.m., adjourned until 10 a.m. tomorrow.

---

### ADDENDUM

---

### REFERRED TO COMMITTEES

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

List No. 1

**HB 4** (By Grusendorf), Relating to the use of technology by public schools.
To Public Education.

**HB 1659** (By Chavez), Relating to the designation of certain areas of this state as enterprise zones under the enterprise zone program.
To Economic Development.

**HB 1660** (By Chavez), Relating to a cross-border language training program for language teachers.
To Public Education.

**HB 1661** (By Martinez Fischer), Relating to procedures for certain persons charged with an administrative violation of a condition of release from the Texas Department of Criminal Justice on parole or mandatory supervision.
To Corrections.

USA_00023877

Wednesday, March 2, 2005          HOUSE JOURNAL — 26th Day                    533

**HB 1702** (By Van Arsdale), Relating to transferring the powers and duties over railroads from the Railroad Commission of Texas to the Texas Department of Transportation.

To Energy Resources.

**HB 1703** (By Kuempel), Relating to the hunting of certain wounded or dangerous wildlife.

To Culture, Recreation, and Tourism.

**HB 1704** (By Kuempel), Relating to the approval of certain permit applications by local governments.

To Land and Resource Management.

**HB 1705** (By Bonnen), Relating to the release of a solid waste in connection with dredging and placement or storage of dredged material by a political subdivision.

To Environmental Regulation.

**HB 1706** (By Denny), Relating to requiring a voter to present proof of identification.

To Elections.

**HB 1707** (By Puente), Relating to county jail population reports.

To County Affairs.

**HB 1708** (By Baxter), Relating to the applicability of state ethics laws to and indemnification of directors of regional mobility authorities; providing penalties.

To Elections.

**HB 1709** (By Alonzo), Relating to the licensing of health care practitioners from foreign jurisdictions.

To Public Health.

**HB 1710** (By Alonzo), Relating to use of a credit score by a business or lender.

To Business and Industry.

**HB 1711** (By Alonzo), Relating to funding of economic development and job training in certain counties with a high unemployment rate.

To Economic Development.

**HB 1712** (By McClendon), Relating to authorizing the issuance of revenue bonds for The University of Texas at San Antonio.

To Higher Education.

**HB 1713** (By McClendon), Relating to authorizing the issuance of revenue bonds for The University of Texas at San Antonio.

To Higher Education.

**HB 1714** (By Zedler), Relating to the offense of murder of a child.

To Criminal Jurisprudence.

USA_00023878

PL145
Case 2:13-cv-00193    Document 664-18    Filed on 11/11/14 in TXSD    Page 62 of 75    9/2/2014
2:13-cv-00193
Case 1:12-cv-00128-RMC-DST-RLW    Document 278-2    Filed 07/03/12    Page 52 of 88

1616          79th LEGISLATURE — REGULAR SESSION

## ADDENDUM

### REFERRED TO COMMITTEES

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

**List No. 1**

**HB 3522** (By Taylor), Relating to the creation of the West Ranch Management District; providing authority to impose a tax and issue a bond or similar obligation and granting a limited power of eminent domain.

To Urban Affairs.

**HB 3524** (By Gattis), Relating to the creation of the Williamson County Municipal Utility District No. 19; providing authority to impose a tax and issue bonds.

To Natural Resources.

**HB 3526** (By Hochberg), Relating to the creation of the Greater Sharpstown Management District; providing authority to levy an assessment, impose a tax and issue a bond or similar obligation.

To Urban Affairs.

**HB 3529** (By Vo), Relating to the creation of the International Management District; providing authority to levy an assessment, impose taxes and issue bonds.

To Urban Affairs.

**SB 359** to Business and Industry.

Pursuant to Rule 1, Section 4 of the House Rules, the chair corrects the referral of the following bills and resolutions:

**HB 1874** (By Otto), Relating to the application of the motor vehicle sales tax emissions reduction surcharge on certain recreational vehicles.

To Ways and Means.

## APPENDIX

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**April 6**

Criminal Jurisprudence - **HB 197**

Elections - **HB 1706**

USA_00023879

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 63 of 75

Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 53 of 88

Environmental Regulation - HB 2131, HB 2949

Government Reform - HB 1459

Insurance - HB 1602, HB 2171, HB 2565, HB 2761, HB 2870, HB 2871, HB 2872

Land and Resource Management - HB 585, HB 2619, HB 2748, HB 2921, HB 3101, HJR 82

Law Enforcement - HB 264, HB 1438

Licensing and Administrative Procedures - HB 1549, HB 1817

Natural Resources - HB 828

Public Health - HB 836, HB 1155, HB 1435, HB 1457, HB 1604, HB 1771

State Affairs - HB 860, HB 2191, HB 2377, HB 2379

Transportation - HB 754, HB 1672, HB 1814, HB 2137, HB 2659, HB 2705, HB 2958, HB 3020, SB 280

Ways and Means - HB 726, HB 809, HB 1185, HB 1528, HB 2080, HJR 32

## ENGROSSED

April 6 - HB 25, HB 157, HB 207, HB 417, HB 484, HB 551, HB 773, HB 872, HB 918, HB 933, HB 1025, HB 1076, HB 1162, HB 1170, HB 1328, HB 1367, HB 1489, HB 1596, HB 1924, HB 2104, HB 2273, HB 2307

## SENT TO THE GOVERNOR

April 6 - HCR 74, HCR 127, HCR 139, HCR 140

USA_00023880

PL146
9/2/2014
Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 64 of 75
2:13-cv-00193
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 54 of 88

Tuesday, April 19, 2005     HOUSE JOURNAL — 51st Day     1873

## BILLS RECOMMITTED

Representative Denny moved to recommit the following bills to the Committee on Elections: **HB 1706, HB 1945, HB 2068, HB 2069, HB 2202, HB 2322,** and **HB 2511.**

The motion prevailed.

### EMERGENCY CALENDAR
### SENATE BILLS
### SECOND READING

The following bills were laid before the house and read second time:

### CSSB 6 ON SECOND READING
**(Hupp, Uresti, Reyna, Goodman, Naishtat, et al. - House Sponsors)**

**CSSB 6,** A bill to be entitled An Act relating to protective services; providing penalties.

(Speaker in the chair)

**Amendment No. 1**

Representative Hupp offered the following amendment to **CSSB 6:**

Amend **CSSB 6,** in SECTION 1.11(a) of the bill, by striking amended Section 261.107(a), Family Code (House committee printing page 8, lines 2-8), and substituting the following:

(a) A person commits an offense if, with the intent to deceive, the person knowingly [or intentionally] makes a report as provided in this chapter that [the person knows] is false [or lacks factual foundation]. An offense under this section is a state jail felony [Class A misdemeanor] unless it is shown on the trial of the offense that the person has previously been convicted under this section, in which case the offense is a [state jail] felony of the third degree.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representatives Naishtat and Hupp offered the following amendment to **CSSB 6:**

Amend **CSSB 6** (House Committee printing, page 59, line 9-page 66, line 24) by striking Section 1.45 of the bill and substituting the following:

SECTION 1.45.  (a) Subtitle E, Title 5, Family Code, is amended by adding Chapter 266 to read as follows:

CHAPTER 266. MEDICAL CARE AND EDUCATIONAL SERVICES FOR CHILDREN IN FOSTER CARE

SUBCHAPTER A. GENERAL PROVISIONS

Sec. 266.001. DEFINITIONS. In this chapter:

(1) "Commission" means the Health and Human Services Commission.

(2) "Department" means the Department of Family and Protective Services.

USA_00023881

PL147
9/2/2014

Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 65 of 75
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 55 of 88
2:13-cv-00193

Thursday, April 21, 2005      HOUSE JOURNAL — 53rd Day          2125

**SB 442**                    Hinojosa
Relating to immunity from liability for certain civil actions and civil actions against sales agents.

**SB 729**                    Wentworth
Relating to a weighted caseload study of the district courts.

**SB 1032**                   Ellis
Relating to the elimination of certain alternative fuels programs of this state.

**SB 1069**                   Madla
Relating to organizing certain data collected by the Department of State Health Services.

**SB 1309**                   Ellis
Relating to member restrictions for commissioners of the Texas Workforce Commission.

Respectfully,
Patsy Spaw
Secretary of the Senate

---

## APPENDIX

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**April 20**

Agriculture and Livestock - **HB 3275**

Business and Industry - **HB 1146**

Civil Practices - **HB 616**

Corrections - **HB 43**

County Affairs - **HB 647, HB 664, HB 1165, HB 1444, HB 1468, HB 1584, HB 1610, HB 1915**

Criminal Jurisprudence - **HB 254, HB 1048, HB 1249, HB 1484, HB 2767, HB 3010**

Culture, Recreation, and Tourism - **HB 3269**

Defense Affairs and State-Federal Relations - **HB 2931, HB 3111, HB 3116, SB 101, SB 1342**

Elections - **HB 1706, HB 1942, HB 1945, HB 2059, HB 2068, HB 2069, HB 2202, HB 2322, HB 2405, HB 2511, HB 2783**

Financial Institutions - **HB 628, HB 2223**

Higher Education - **HB 1274, HB 2806, HB 3001**

House Administration - **HR 703, HR 704**

USA_00023882

2786          79th LEGISLATURE — REGULAR SESSION

THE SENATE HAS CONCURRED IN HOUSE AMENDMENTS TO THE
FOLLOWING MEASURES:

**SB 374**          (29 Yeas, 0 Nays)

Respectfully,
Patsy Spaw
Secretary of the Senate

---

## APPENDIX

---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**May 4**

Agriculture and Livestock - SB 1091, SB 1428, SB 1680, SB 1708

Business and Industry - SB 149, SB 327, SB 335, SB 1593

Civil Practices - HB 852, SB 15

Corrections - HB 196, HB 1896, HB 2711

County Affairs - HB 602, HB 1017, HB 2235, HB 2618, HB 2829, HB 2845, HB 2957, HB 3552, SB 718, SB 1435, SB 1437

Criminal Jurisprudence - HB 781, HB 1075, HB 1425, HB 1859, HB 2258, HB 2271, HB 2343, HB 3131, SB 56, SB 599, SB 611, SB 1005, SB 1126, SJR 17

Culture, Recreation, and Tourism - HB 552, HB 1303, HB 1636, HB 2026, HB 2052, HB 2895, HB 2938, HB 3309, HCR 34, HCR 98, HCR 105, HCR 108, HCR 111, HCR 115, HCR 117, HCR 131, SCR 22

Elections - SB 895, SB 896, SB 1011

Energy Resources - HCR 96, SB 1103, SCR 6

Environmental Regulation - SB 1281

Financial Institutions - HB 3428

Government Reform - HB 1516, HB 2593

Higher Education - HB 133, HB 1748, HB 1791, HB 1931, HB 3005

Human Services - HB 1756, HB 3067

Insurance - HB 2965, SB 50, SB 53, SB 449, SB 500, SB 781

Judiciary - HB 2596, HB 3441

Land and Resource Management - HB 1632, HB 1772, SB 200

Licensing and Administrative Procedures - HB 3196

USA_00023883

Thursday, May 5, 2005      HOUSE JOURNAL — 63rd Day                2787

Natural Resources - HB 1223, HB 2424, HB 2429, HB 3524, SB 547
Pensions and Investments - HB 1795
Public Health - HB 677, HB 820, HB 929, HB 3174
State Affairs - HB 908, HB 3314, SB 220, SB 286
Transportation - HB 2402, SB 1074
Ways and Means - HB 3406

**ENGROSSED**

May 4 - HB 283, HB 1095, HB 1249, HB 1706, HB 2405, HB 3115

USA_00023884

PL149
Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 68 of 75   9/2/2014
2:13-cv-00193
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 58 of 88

1582                79th Legislature — Regular Session          62nd Day

foreign lands this day. Lord, with respect to all those of diverse religious faiths, we humbly submit this prayer to You in the name of our lord, Jesus Christ. Amen.

### Pledge of Allegiance

At the request of the President, Senators Hinojosa, Lindsay, Ogden, and Wentworth joined him at the President's Rostrum as they led the Senate in the pledge of allegiance to the flag of the United States of America.

Senator Whitmire moved that the reading of the Journal of the proceedings of yesterday be dispensed with and the Journal be approved as printed.

The motion prevailed without objection.

### LEAVE OF ABSENCE

On motion of Senator Whitmire, Senator Lucio was granted leave of absence for today on account of illness.

### CO-AUTHOR OF SENATE CONCURRENT RESOLUTION 21

On motion of Senator Barrientos, Senator Wentworth will be shown as Co-author of SCR 21.

### BILL SIGNED

The President announced the signing of the following enrolled bill in the presence of the Senate after the caption had been read: **SB 481.**

### PERMISSION TO INTRODUCE BILL AND RESOLUTION

Senator Whitmire moved to suspend Senate Rule 7.07(b) and Section 5, Article III, of the Texas Constitution to permit the introduction of the following bill and resolution: **SB 1893, SJR 45.**

The motion prevailed by the following vote: Yeas 30, Nays 0.

Absent-excused: Lucio.

### MESSAGE FROM THE HOUSE

HOUSE CHAMBER
Austin, Texas
May 4, 2005

The Honorable President of the Senate
Senate Chamber
Austin, Texas

Mr. President:

I am directed by the House to inform the Senate that the House has taken the following action:

THE HOUSE HAS PASSED THE FOLLOWING MEASURES:

**HB 159,** Relating to expenditures of funds by a school district to advertise a referendum.

USA_00023885

**HB 283,** Relating to admission, assignment, and conduct of certain public school students.

**HB 664,** Relating to consideration of a bidder's principal place of business in awarding certain municipal and school district contracts.

**HB 1048,** Relating to the forfeiture of contraband used or intended to be used in the commission of certain criminal offenses.

**HB 1095,** Relating to the offense of harassment by persons in certain correctional facilities and to creating the offense of harassment of public servant.

**HB 1172,** Relating to the tuition charged to resident undergraduate students of institutions of higher education for excess credit hours and to related formula funding.

**HB 1235,** Relating to the notice required for a sale of real property under a contract lien.

**HB 1249,** Relating to criminal punishment for aggressive driving that results in the death of a person.

**HB 1426,** Relating to the confidentiality of certain information in a rabies vaccination certificate.

**HB 1579,** Relating to contributions and eligibility for benefits of and reports concerning certain retired members of the Teacher Retirement System of Texas; imposing a penalty.

**HB 1706,** Relating to requiring a voter to present proof of identification.

**HB 1919,** Relating to notice in certain real property transactions concerning public improvement districts.

**HB 1986,** Relating to the administration and powers of a coordinated county transportation authority.

**HB 2135,** Relating to the creation of a tourist-oriented directional sign program.

**HB 2241,** Relating to the authority of certain municipalities to require a contract between a municipal utility district and the municipality before the district issues obligations.

**HB 2405,** Relating to prohibiting a person not entitled to receive an early voting ballot by mail from casting that ballot; providing a criminal penalty.

**HB 2623,** Relating to the distribution by the Texas Department of Transportation of certain assistance for the repair and maintenance of county roads.

**HB 2799,** Relating to the removal of vehicles and property from a roadway in a political subdivision, to the authority of a political subdivision to establish a traffic incident management program, and to procedures regarding the removal and storage of certain vehicles.

**HB 2966,** Relating to the criminal penalty for violating certain statutes enforceable by, or ordinances, rules, or regulations of, navigation districts or port authorities.

USA_00023886

PL150
Case 2:13-cv-00193   Document 664-18   Filed on 11/11/14 in TXSD   Page 70 of 75   9/2/2014
2:13-cv-00193
Case 1:12-cv-00128-RMC-DST-RLW   Document 278-2   Filed 07/03/12   Page 60 of 88

| 1654 | 79th Legislature — Regular Session | 63rd Day |
|------|-----------------------------------|----------|

## MOTION TO ADJOURN

On motion of Senator Whitmire and by unanimous consent, the Senate at 12:53 p.m. agreed to adjourn, in memory of the life of Norman Lee Malone of La Porte, upon completion of the introduction of bills and resolutions on first reading, until 9:30 a.m. tomorrow.

**(Senator Fraser in Chair)**

## HOUSE BILLS ON FIRST READING

The following bills received from the House were read first time and referred to the committees indicated:

HB 135 to Committee on Business and Commerce.
HB 159 to Committee on Education.
HB 283 to Committee on Education.
HB 629 to Committee on Business and Commerce.
HB 664 to Committee on Intergovernmental Relations.
HB 853 to Committee on Business and Commerce.
HB 1048 to Committee on Criminal Justice.
HB 1095 to Committee on Criminal Justice.
HB 1172 to Subcommittee on Higher Education.
HB 1235 to Committee on Business and Commerce.
HB 1249 to Committee on Criminal Justice.
HB 1426 to Committee on State Affairs.
HB 1579 to Committee on State Affairs.
HB 1706 to Committee on State Affairs.
HB 1919 to Committee on Intergovernmental Relations.
HB 1986 to Committee on Transportation and Homeland Security.
HB 2135 to Committee on Intergovernmental Relations.
HB 2241 to Committee on Intergovernmental Relations.
HB 2405 to Committee on State Affairs.
HB 2581 to Committee on Business and Commerce.
HB 2623 to Committee on Transportation and Homeland Security.
HB 2799 to Committee on Transportation and Homeland Security.
HB 2966 to Committee on Intergovernmental Relations.
HB 3115 to Committee on Transportation and Homeland Security.

## RESOLUTIONS OF RECOGNITION

The following resolutions were adopted by the Senate:

### Memorial Resolutions

SR 795 by Armbrister, In memory of Cherie Shelton Von Dohlen of Goliad and Austin.

HCR 102 (Wentworth), In memory of G. W. Worth, Jr., of San Antonio.

### Congratulatory Resolutions

SR 793 by Seliger, Congratulating the basketball team of Morton High School in Morton for winning a state championship.

USA_00023887

# TABLE OF CONTENTS

| | PAGE |
|---|---|
| PROCEEDINGS, MONDAY, JANUARY 24, 2011 - VOL. 1 | 2 |
| ROLL CALL | 2 |
| LAYING OUT OF SENATE BILL 14 (FRASER) | 5 |
| QUESTIONS FROM SENATE FLOOR | 6 |
| PROCEEDINGS RECESSED | 19 |

USA_00023888

## CONSIDERATION OF SENATE BILL 14 1/25/2011

ii

TABLE OF CONTENTS

PAGE

1
2
3 PROCEEDINGS, TUESDAY, JANUARY 25, 2011 - VOL. 2    21
4 OPENING INSTRUCTIONS BY CHAIRMAN DUNCAN           21
5 LAYING OUT OF SENATE BILL 14
    (FRASER)                                        26
6
  QUESTIONS FROM SENATE FLOOR                       33
7
8 RECESS                                            145
  AFTERNOON SESSION                                 146
9
  ROLL CALL                                         146
10
  QUESTIONS FROM SENATE FLOOR (CONTINUED)           149
11
  INVITED TESTIMONY                                 270
12
    TESTIMONY BY JERRY BONNETT                      270
13  QUESTIONS FROM SENATE FLOOR                      276
14  TESTIMONY BY LUIS FIGUEROA                      304
    QUESTIONS FROM SENATE FLOOR                     311
15
    TESTIMONY BY CHRISTIAN WARD                     322
16
    TESTIMONY BY GARY BLEDSOE                       329
17  QUESTIONS FROM SENATE FLOOR                      337
18  TESTIMONY BY ANDRES TIJERINA                    348
    QUESTIONS FROM SENATE FLOOR                     357
19
    TESTIMONY BY CHASE BEARDEN                      386
20  QUESTIONS FROM SENATE FLOOR                      360
21 RESOURCES TESTIMONY                               370
    TESTIMONY BY REBECCA DAVIO                      370
    QUESTIONS FROM SENATE FLOOR                     370
23
24  QUESTIONS FROM SENATE FLOOR                      436
25  TESTIMONY BY DAVID MAXWELL                      491

iv

COMMITTEE OF THE WHOLE EXHIBIT INDEX

MARKED   ADMITTED

1
2
3 1.  Transcript, exhibits and written
4      of the Whole, 81st Legislature
       2009                                    32      33
5
  1A  Follow-up Answers to Questions
6      (To be provided)
7 2.  Daily Senate Journals for March
       10, 16, 17 and 18 and the addendum
8      to the March 17 Senate Journal
       (contains all actions taken by the
9      Senate of the 81st Legislature on
       SB 362, including motions, remarks,
10     written responses, exhibits and any
       other material directly related to
11     SB 362)                                 118     118
12 3.  Secretary of State Hope Andrade's
13     Letter (1/25/11) to Senator Fraser
       re inquiry about the availability
       of Help America Vote Act (HAVA)
14     federal funds to implement the
       statewide voter education program
15     required by SB 14                       118     118
16 4.  Texas driver's license submitted
       by Senator Zaffirini                    228     228
17
  5.   Letter to Senator Zaffirini
18     (1/24/11) from Spencer Overton,
       Professor of Law, The George
19     Washington University Law School,
       re the Carter-Baker Commission
20     recommendations on Federal
       Election Reform and SB 14               228     228
21
  6.   "Counties with Department of
22     Public Safety Drivers License
       Office Closures" map produced
23     by the Texas Legislative Council
24
25

iii

TABLE OF CONTENTS

PAGE

1
2
3 PUBLIC TESTIMONY                              494
4    TESTIMONY BY JOHN PATRICK                  496
5    TESTIMONY BY ANITA PRUITT                  498
     TESTIMONY BY JESSICA GOMEZ                 500
     QUESTIONS FROM SENATE FLOOR               502
7
     TESTIMONY BY TERRI BURKE                  504
8
     TESTIMONY BY CATHERINE ENGELBRECHT        507
9    QUESTIONS FROM SENATE FLOOR               510
10   TESTIMONY BY CAROL KITSON                 513
11   TESTIMONY BY PLACIDO SALAZAR              515
12   TESTIMONY BY ROMAN PENA                   518
     CONDOLENCES FROM SENATE FLOOR             520
13
     TESTIMONY BY ROSA ROSALES                 521
14
     TESTIMONY BY ALFREDO ESPARZA              523
15
     TESTIMONY BY MARCELO TAFOYA               525
16
     TESTIMONY BY HECTOR M. FLORES             527
17   QUESTIONS FROM SENATE FLOOR               529
18   TESTIMONY BY FIDEL ACEVEDO                533
19 MOTION BY SENATOR FRASER                     536
20 ROLL CALL FOR VOTE ON SENATE BILL 14         536
21 HEARING CONCLUDED                            540
22 REPORTERS' CERTIFICATE                       541
23
24
25

v

COMMITTEE OF THE WHOLE EXHIBIT INDEX

MARKED   ADMITTED

1
2
3 7.  Chart depicting the requirements,
4      obtaining a State ID created and
       submitted by Senator Davis           268     268
5
  8.   LIGHTHOUSE OPINION POLLING, Fall
6      2010 Statewide Landscape
       Benchmark Survey submitted by
7      Senator Fraser                       268     268
8 9.   "Driver License Offices in
9      Texas" map prepared by the
       Department of Public Safety Map
10     submitted by Senators Williams
       and Davis                            377     379
11 10.  Letter to Senator Van de Putte
12     Texas members of Congress Sheila
       Jackson Lee, Eddie Bernice
13     Johnson, Charles Gonzalez, Lloyd
       Doggett, Gene Green, Ruben
14     Hinojosa, Silvestre Reyes and Al
       Green, submitted by Senator West     493     493
15 11.  Written Testimony of Lydia
       Camarillo, Vice President of
16     Southwest Voter Registration
       Education Project submitted by
17     Senator Van de Putte                 495     495
18 12.  Written testimony of Luis Roberto
       Vera, Jr., National General
19     Counsel, League of United Latin
       American Citizens, submitted by
20     Senator West                         536     536
21
22
23
24
25

CONSIDERATION OF SENATE BILL 14 1/25/2011

| A | | Davis 5:4 | FLORES | J |
|---|---|---|---|---|
| | 5:15 | 5:10 | 3:16 | |
| ACEVEDO | CAROL 3:10 | de 5:11 | Follow-up | Jackson |
| 3:18 | Carter-Baker | 5:17 | 4:5 | 5:12 |
| Act 4:13 | 4:19 | Department | Fraser 1:5 | JANUARY |
| actions | CATHERINE | 4:21, 5:9 | 2:5, 3:19 | 1:3, 2:3 |
| 4:8 | 3:8 | depicting | 4:12, 5:7 | JERRY 2:12 |
| addendum | CERTIFICATE | 5:3 | funds 4:14 | JESSICA |
| 4:7 | 3:22 | directly | | 3:6 |
| ADMITTED | CHAIRMAN | 4:10 | G | JOHN 3:4 |
| 4:2, 5:2 | 2:4 | Doggett | | Johnson |
| AFTERNOON | Charles | 5:13 | GARY 2:16 | 5:12 |
| 2:8 | 5:12 | Driver 5:8 | Gene 5:13 | Journal |
| Al 5:13 | Chart 5:3 | Drivers | General | 4:8 |
| ALFREDO | CHASE 2:19 | 4:22 | 5:18 | Journals |
| 3:14 | CHRISTIAN | driver's | George | 4:7 |
| America | 2:15 | 4:16 | 4:18 | Jr 5:18 |
| 4:13 | Citizens | DUNCAN 2:4 | GOMEZ 3:6 | |
| American | 5:19 | | Gonzalez | K |
| 5:19 | Closures | E | 5:12 | |
| Andrade's | 4:22 | | Green 5:13 | KITSON |
| 4:12 | Commission | Eddie 5:12 | 5:14 | 3:10 |
| ANDRES | 4:19 | education | | |
| 2:18 | COMMITTEE | 4:14, 5:16 | H | L |
| ANITA 3:5 | 4:1, 5:1 | Election | | |
| Answers | CONCLUDED | 4:20 | HAVA 4:13 | Landscape |
| 4:5 | 3:21 | ENGELBRECHT | HEARING | 5:6 |
| availability | CONDOLENCES | 3:8 | 3:21 | Latin 5:19 |
| 4:13 | 3:12 | ESPARZA | HECTOR | Law 4:18 |
| | Congress | 3:14 | 3:16 | 4:19 |
| B | 5:11 | EXHIBIT | Help 4:13 | LAYING 1:5 |
| | contains | 4:1, 5:1 | Hinojosa | 2:5 |
| BEARDEN | 4:8 | exhibits | 5:13 | League |
| 2:19 | CONTENTS | 4:3, 4:10 | Hope 4:12 | 5:19 |
| Benchmark | 1:1, 2:1 | | | Lee 5:12 |
| 5:6 | 3:1 | F | I | Legislative |
| Bernice | CONTINUED | | | 4:23 |
| 5:12 | 2:10 | Fall 5:5 | implement | Legislature |
| BILL 1:5 | Council | federal | 4:14 | 4:4, 4:9 |
| 2:5, 3:20 | 4:23 | 4:14, 4:20 | including | letter |
| BLEDSOE | Counsel | FIDEL 3:18 | 4:9 | 4:12, 4:17 |
| 2:16 | 5:19 | FIGUEROA | INDEX 4:1 | 5:11 |
| BONNETT | Counties | 2:14 | 5:1 | license |
| 2:12 | 4:21 | FLOOR 1:6 | inquiry | 4:16, 4:22 |
| BURKE 3:7 | created | 2:6, 2:10 | 4:13 | 5:8 |
| | 5:4 | 2:13, 2:14 | INSTRUCTIONS | LIGHTHOUSE |
| C | D | 2:17, 2:18 | 2:4 | 5:5 |
| | | 2:20, 2:22 | INVITED | Lloyd 5:12 |
| CALL 1:4 | Daily 4:7 | 2:24, 3:6 | 2:11 | Luis 2:14 |
| 2:9, 3:20 | DAVID 2:25 | 3:9, 3:12 | | 5:18 |
| Camarillo | DAVIO 2:22 | 3:17 | | Lydia 5:15 |

USA_00023890

4

CONSIDERATION OF SENATE BILL 14 1/25/2011

**M**

map 4:22
  5:9
MARCELO
  3:15
March 4:7
  4:8
MARKED 4:2
  5:2
material
  4:10
MAXWELL
  2:25
members
  5:11
MONDAY 1:3
MOTION
  3:19
motions
  4:9

**N**

National
  5:18

**O**

obtaining
  5:4
Office
  4:22
Offices
  5:8
OPENING
  2:4
OPINION
  5:5
Overton
  4:18

**P**

PAGE 1:2
  2:2, 3:2
PATRICK
  3:4
PENA 3:12
PLACIDO
  3:11

POLLING
  5:5
prepared
  5:8
President
  5:15
PROCEEDINGS
  1:3, 1:7
  2:3
produced
  4:22
Professor
  4:18
program
  4:14
Project
  5:16
provided
  4:6
PRUITT 3:5
Public 3:3
  4:22, 5:9
Putte 5:11
  5:17

**Q**

Questions
  1:6, 2:6
  2:10, 2:13
  2:14, 2:17
  2:18, 2:20
  2:22, 2:24
  3:6, 3:9
  3:17, 4:5

**R**

REBECCA
  2:22
RECESS 2:7
RECESSED
  1:7
recommend...
  4:20
Reform
  4:20
Registration
  5:16
related
  4:10

remarks
  4:9
REPORTERS
  3:22
required
  4:15
requirements
  5:3
RESOURCES
  2:21
responses
  4:10
Reyes 5:13
Roberto
  5:18
ROLL 1:4
  2:9, 3:20
ROMAN 5:1
ROSA 3:13
ROSALES
  3:13
Ruben 5:13

**S**

Safety
  4:22, 5:9
SALAZAR
  3:11
SB 4:9
  4:11, 4:15
  4:20
School
  4:19
Secretary
  4:12
Senate 1:5
  1:6, 2:5
  2:6, 2:10
  2:13, 2:14
  2:17, 2:18
  2:20, 2:22
  2:24, 3:6
  3:9, 3:12
  3:17, 3:20
  4:7, 4:8
  4:9
Senator
  3:19, 4:12
  4:16, 4:17
  5:4, 5:7

5:11, 5:14
  5:17, 5:20
Senators
  5:9
SESSION
  2:8
Sheila
  5:11
Silvestre
  5:13
Southwest
  5:16
Spencer
  4:18
State 4:12
  5:4
statewide
  4:14, 5:6
submitted
  4:16, 5:4
  5:6, 5:9
  5:14, 5:16
  5:19
Survey 5:6

**T**

TABLE 1:1
  2:1, 3:1
TAFOYA
  3:15
taken 4:8
TERRI 3:7
testimony
  2:11, 2:12
  2:14, 2:15
  2:16, 2:18
  2:19, 2:21
  2:22, 2:25
  3:3, 3:4
  3:5, 3:6
  3:7, 3:8
  3:12, 3:13
  3:14, 3:15
  3:16, 3:18
  5:15, 5:18
Texas 4:16
  4:23, 5:8
  5:11
TIJERINA

2:18
Transcript
  4:3
TUESDAY
  2:3

**U**

United
  5:19
University
  4:19

**V**

Van 5:11
  5:17
Vera 5:18
Vice 5:15
VOL 1:3
  2:3
Vote 3:20
  4:13
voter 4:14
  5:16

**W**

WARD 2:15
Washington
  4:19
West 5:14
  5:20
Williams
  5:9
written
  4:3, 4:10
  5:15, 5:18

**Z**

Zaffirini
  4:16, 4:17

**1**

1 1:3, 4:3
1/24/11
  4:18
1/25/11
  4:12

USA_00023891

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| **10** 4:7 | **322** 2:15 | **540** 3:21 | | |
| 5:11 | **329** 2:16 | **541** 3:22 | | |
| **11** 5:15 | **33** 2:6 | | | |
| **118** 4:11 | 4:4 | **6** | | |
| 4:11 | **337** 2:17 | | | |
| **119** 4:15 | **348** 2:18 | **6** 1:6 | | |
| 4:15 | **353** 2:18 | 4:21 | | |
| **12** 5:18 | **356** 2:19 | | | |
| **14** 1:5 | **360** 2:20 | **7** | | |
| 2:5, 3:20 | **362** 4:9 | | | |
| 4:15, 4:20 | 4:11 | **7** 5:3 | | |
| **145** 2:7 | **370** 2:21 | | | |
| **146** 2:8 | 2:22, 2:22 | **8** | | |
| 2:9 | **377** 5:10 | | | |
| **149** 2:10 | **378** 5:10 | **8** 5:5 | | |
| **16** 4:7 | | **81st** 4:4 | | |
| **17** 4:7 | **4** | 4:9 | | |
| 4:8 | | | | |
| **18** 4:7 | **4** 4:16 | **9** | | |
| **19** 1:7 | **436** 2:24 | | | |
| **1A** 4:5 | **491** 2:25 | **9** 5:8 | | |
| | **493** 5:14 | | | |
| **2** | 5:14 | | | |
| | **494** 3:3 | | | |
| **2** 1:3, 1:4 | **495** 5:17 | | | |
| 2:3, 4:7 | 5:17 | | | |
| **2009** 4:4 | **496** 3:4 | | | |
| **2010** 5:6 | **498** 3:5 | | | |
| **2011** 1:3 | | | | |
| 2:3 | **5** | | | |
| **21** 2:3 | | | | |
| 2:4 | **5** 1:5 | | | |
| **228** 4:16 | 4:17 | | | |
| 4:16, 4:20 | **500** 3:6 | | | |
| 4:20 | **502** 3:6 | | | |
| **24** 1:3 | **504** 3:7 | | | |
| **25** 2:3 | **507** 3:8 | | | |
| **26** 2:5 | **510** 3:9 | | | |
| **268** 5:4 | **513** 3:10 | | | |
| 5:4, 5:7 | **515** 3:11 | | | |
| 5:7 | **518** 3:12 | | | |
| **270** 2:11 | **520** 3:12 | | | |
| 2:12 | **521** 3:13 | | | |
| **276** 2:13 | **523** 3:14 | | | |
| | **525** 3:15 | | | |
| **3** | **527** 3:16 | | | |
| | **529** 3:17 | | | |
| **3** 4:12 | **533** 3:18 | | | |
| **304** 2:14 | **536** 3:19 | | | |
| **311** 2:14 | 3:20, 5:20 | | | |
| **32** 4:4 | 5:20 | | | |

USA_00023892