IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

**PLAINTIFFS AND PLAINTIFF-INTERVENORS'**
**NOTICE OF FILING OF TRIAL EXHIBITS**

　　　　Plaintiffs and Plaintiff-Intervenors ("Plaintiffs") submit this Notice of Filing of Trial Exhibits (PL167 – PL256).  An index of Plaintiffs' trial exhibits is attached as Exhibit 1 to ECF Dkt No. 660.


Date:  November 11, 2014

Respectfully submitted,


| | |
|---|---|
| s/ Ezra Rosenberg<br>Ezra D. Rosenberg<br>Mark A. Posner<br>Robert A. Kengle<br>Erandi Zamora<br>Lawyers' Committee for Civil Rights Under Law<br>erosenberg@lawyerscommittee.org<br>mposner@lawyerscommittee.org<br><br>Wendy Weiser<br>Myrna Pérez<br>Vishal Agraharkar<br>Jennifer Clark<br>The Brennan Center for Justice at NYU Law | Amy L. Rudd<br>Lindsey Cohan<br>DECHERT LLP<br>Amy.rudd@dechert.com<br>Lindsey.cohan@dechert.com<br><br>Michelle H. Yeary<br>DECHERT LLP<br>Michelle.yeary@dechert.com<br><br>Daniel G. Covich<br>The Covich Law Firm LLC<br>Daniel@covichlawfirm.com |

School
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jenniferl.clark@nyu.edu

Gary Bledsoe
garybledsoe@sbcglobal.net

Robert Notzon
The Law Office of Robert Notzon
Robert@NotzonLaw.com

Jose Garza
Law Office of Jose Garza
garzapalm@aol.com
Kim Keenan
Marshall Taylor
Victor Goode
NAACP
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*


Christina A. Swarn
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Tania Faransso
Wilmer Cutler Pickering Hale and Dorr LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
tania.faransso@wilmerhale.com

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund et al.*


Rolando L Rios
Attorney at Law
115 E Travis, Ste 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Kathryn Newell
Priscilla Noriega
Texas Rio Grande Legal Aid, Inc.
garza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org
pnoriega@trla.org
knewell@trla.org

*Counsel for Taylor Plaintiffs*


Chad W. Dunn
K. Scott Brazil
Brazil & Dunn
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
Joshua Bone
GHebert@campaignlegalcenter.org
jbone@campainlegalcenter.org

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
aderfner@dawlegal.com

Luis Roberto Vera, Jr.
LULAC National General Counsel
lrvlaw@sbcglobal.net

Neil G. Baron
Law Office of Neil G. Baron
neil@ngbaronlaw.com

*Attorneys for Plaintiffs Veasey-LULAC*


Richard Dellheim            richard.dellheim@usdoj.gov
Meredith Bell-Platts        meredith.bell-platts@usdoj.gov
Elizabeth S. Westfall        elizabeth.westfall@usdoj.gov
Bruce I. Gear               bruce.gear@usdoj.gov
Daniel J. Freeman           daniel.freeman@usdoj.gov
Anna Baldwin                anna.baldwin@usdoj.gov
Avner Shapiro               avner.shapiro@usdoj.gov

*Attorneys for Plaintiff the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Stephen Ronald Keister
Arthur D'Andrea
Jennifer Marie Roscetii
Lindsey Elizabeth Wolf
Stephen Tatum, Jr.
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
arthur.dandrea@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov
stephen.tatum@texasattorneygeneral.gov

Ben Addison Donnell
Donnell Abernethy & Kieschnick
bdonnell@dakpc.com

*Counsel for Defendants*