| From: | Jay Dyer [jay.dyer@oag.state.tx.us] |
|---|---|
| Sent: | Wednesday, February 23, 2011 9:02 AM |
| To: | Colby Beuck |
| Subject: | Election Spreadsheets |
| Attachments: | charges pending update 21JAN11.pdf; prosecutions update 21JAN11.pdf; referrals update 21JAN11.pdf |

Colby:

As you requested.

Please let me know if you have any questions, or if you need anything else.

Jay

Jay Dyer
Deputy Attorney General for
Government and External Affairs



1

HIGHLY CONFIDENTIAL

**TX_00091207**

Election Code Referrals to the
Office of the Attorney General
Charges Pending Resolution

| County* | Defendant | Allegation | Charge(s) | Cause Number | Election Involved | Charging Date | Election Code/Penal Code Provision |
|---|---|---|---|---|---|---|---|
| Hidalgo/Brooks | Jose De Jesus Cano | Illegal voting, bribery, and official misconduct | 1 count illegal voting | 09-09-10115-CR | 2008 School District Election | 09/16/09 | E.C. 64.012 |
| Hidalgo/Brooks | Reyna Almanza | Illegal voting | 1 count of illegal voting | 10-09-10342-CR | 2009 School District Election | 03/24/10 | E.C. 64.012 |
| Hidalgo/Brooks | Lorenzo Antonio Almanza | Illegal voting | 2 counts of illegal voting | 10-09-10343-CR | 2009 School District Election | 03/24/10 | E.C. 64.012 |
| Bexar | Mary Comparin | Illegal voting | 1 count of illegal voting | 962,575 | 2008 General Election | 09/22/10 | E.C. 64.012 |
| Bexar | Ester Sandoval Martinez-Moreno | Unlawfully accepting a voter, unlawfully permitting the deposit of a ballot, and illegal voting | 1 count of tampering of a governmental re | 2010-W-0375 | 2010 Primary Election | 10/13/10 | P.C. 37.10 |
| Dallas/Rockwall | Dolores McMillan | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 1 count of attempted illegal voting | 1108201 1CCL-A | 2010 Primary Election | 10/08/10 | E.C. 64.012 |
| Dallas/Rockwall | Gilda Hernandez | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 4 counts of possession of an official ballot or carrier envelope, 3 counts of unlawful assistance | 1108201 1CCL-B | 2010 Primary Election | 10/08/10 | E.C. 86.006, 64.036 |

* County where offense committed/ County of prosecution

1/21/2011

HIGHLY CONFIDENTIAL

TX_00092240

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition |
|---|---|---|---|---|---|---|---|---|
| Bee | Melvin Kay Pierce | Illegal assistance and illegal voting | 2004 General Election | H-05-2101-0-CR-B | 1 count  Illegal voting | 07/26/05 | EC 64.012 | Pled guilty to 1 count attempted illegal voting,  2 years deferred adjudication, $1500 fine w/$500 probated |
| Harderman | Johnny Wayne Akers | Possession of an official ballot by another | 2004 Primary Election | 013449 | 6 counts possession of official ballot or carrier envelope of another | 11/04/05 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another.  2 years probation, $2000 fine |
| Nueces | Virginia Ramos Guerra | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-3906-4 | 4 counts possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Elida Ozuna Flores | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-3905-4 | 1 count possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Isabel Liza Rios Gonzalez | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-3908-3 | 2 counts possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | Pled nolo contendere to 2 counts of possessing an official ballot or carrier envelope of another.  1 year deferred adjudication, $500 fine, 12 months community supervision |
| Nueces | Josefina Maxima Suarez | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-3907-1 | 1 count illegally possessing an official carrier envelope of another | 05/04/06 | EC 86.006 | Pled guilty to 1 count of illegally possessing an official carrier envelope of another.  1 year deferred adjudication, $500 fine, 12 months community supervision |
| Reeves | Trini Villalobos | Method of returning marked ballot | 2004 Primary Election | 25,185 | 4 counts possession of an official ballot or official carrier envelope of another | 06/27/06 | EC 86.006 | Jury verdict of guilty on 4 counts of possession of an official ballot or official carrier envelope of another. 10 days jail probated for 6 months probation |
| Bowie | Willie Howard Ray | Unlawfully obstructing voter, unlawfully witnessing application for more than one application, unlawful assistance, secrecy of ballot, ballot boxes and envelope | 2004 Primary Election | 06M1301-CCL | 7 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | Pled guilty to 1 count information of possession of an official ballot or official carrier envelope of another. 3 months deferred adjudication, $200 fine. Original indictment dismissed. |
| Bowie | Jamillah Johnson | Unlawfully obstructing voter, unlawfully witnessing application for more than one application, unlawful assistance, secrecy of ballot, ballot boxes and envelope | 2004 Primary Election | 06M1302-CCL | 2 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | 6 months deferred adjudication, $200 fine |
| Bowie | Malinda Harris | Unlawfully obstructing voter, unlawfully witnessing application for more than one application, unlawful assistance, secrecy of ballot, ballot boxes and envelope | 2004 Primary Election | 06M1301-CCL | 7 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | 6 months pre-trial diversion |
| Nueces | Maria Dora Flores | Unlawful assistance, unlawfully influencing voter | 2006 Primary Election | 06-CR-02166-D | 2 counts illegal voting | 08/04/06 | EC 64.012 | Pled guilty to 2 counts illegal voting.  2 years deferred probation, $750 fine |
| Reeves | Anita Baeza | Method of returning marked ballot | 2004 Primary Election | 25,186 | 5 counts illegally possessing ballots for another person | 08/28/06 | EC 86.006 | 6 months pre-trial diversion |
| Calhoun | Delvia Briseno | Illegal voting | 2006 Primary Election | 2006-8-4465, 2006-8-4466, 2006-8-6467, 2006-8-6468, 2006-8-6469 | 3 counts illegal voting, 1 count unlawful assistance, 1 count possessing an official ballot or carrier envelope of another, 6 counts tampering with a governmental record, 4 counts false statement on a registration application | 06/25/07 | EC 64.012 / PC 37.10 | Jury verdict of guilty on 2 counts illegal voting, 1 count tampering with a government record.  5 years TDCJ |
| Refugio | Raymond Villarreal | Unlawful assistance | 2006 Primary Election | 2-4810 | 4 counts illegal voting, 3 counts tampering with governmental record | 10/09/07 | PC 37.10 | Pled guilty to 1 count tampering with government record.  2 years suspended, 5 years community supervision, $1,500 fine, 90 days jail, $2,090 restitution |

1/21/2011

Election Code Referred to the
Office of the Attorney General
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Violation | Disposition |
|---|---|---|---|---|---|---|---|---|
| Starr/Brooks | Noelia Lopez | Illegal voting | 2006 General Election | 07-07-00762 CR | 1 count illegal voting | 01/24/08 | EC 64.012 | Dismissed |
| Hays | Mark J. Littlefield | Forgery, tampering with a government document | 2006 Special Election | 89,288 | Possession of forged instrument | 02/01/08 | PC 32.21 | 1 year pre-trial diversion, $300 donation |
| Starr/Brooks | Jose Perez Gomez | Illegal voting | 2006 General Election | 07-05-00743 CR | 1 count illegal voting | 03/03/08 | EC 64.012 | Pled guilty to 1 count illegal voting. 2 years deferred adjudication, $300 fine, 2 years community supervision |
| Starr/Brooks | Oscar Luis Rios | Illegal voting | 2006 Primary Election | 07-05-00711 CR | 12 counts possessing a ballot without the voter's content | 05/01/08 | EC $6.006 | Pled guilty to 12 counts possessing a ballot without the voter's consent. 2 years deferred adjudication, $300 fine, 2 years community supervision |
| Potter | Michael C. Stewart | Unlawfully accepting campaign donations, bribery | 2008 Primary Election | 56772-D, 56733-M, 56734-H | 1 count unlawfully accepting contribution, 1 count organized criminal activity, 1 count unlawfully accepting contribution | 06/12/08 | PC 71.02 | Jury verdict of guilty to 1 count organized criminal activity. 8 years suspended, 8 years community supervision, $5,000 fine |
| Duval/Brooks | Lydia Molina | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09964, 11479 | 6 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/Brooks | Maria Serrano | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09963, 11480 | 6 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/Brooks | Elva Gutierrez Leon | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09965, 11482 | 3 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/Brooks | Maria Adelita Trejo | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09966, 11481 | 2 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Dallas**** | Jerel Pettiteon Billings | Unlawfully divulged voting results prior to the closing of polls on election day | 2008 Municipal Election | 08-8-8867 CR | 1 count unlawfully revealing information before polls close | 11/12/08 | EC 61.007 | Pled nolo contendere to 1 count unlawfully revealing information before polls close. 2 years deferred adjudication, $3,000 fine, 2 years community supervision |
| Starr/Brooks | Guadalupe Rios | Mail-in ballot violation | 2006 Municipal Election | 08-08-00945 CR | 11 counts possessing a ballot without the voter's consent | 03/16/09 | EC 86.006 | Pled guilty to 11 counts possessing a ballot without the voter's consent. 2 years probated for 4 years probation, $300 fine, 60 days house arrest |
| Starr/Brooks | Ovelia Prazto | Illegal voting | 2006 Primary Election | 07-05-00738 CR | 15 counts of possessing a ballot without the voter's consent | 03/26/09 | EC 86.006 | 1 year pre-trial diversion |
| Starr/Brooks | Maria Gonzalez | Illegal voting | 2006 Primary Election | 07-05-00742 CR | 5 counts of possessing a ballot without the voter's consent | 03/26/09 | EC 86.006 | 1 year pre-trial diversion |
| Hill | Leland Mac Coffman | Divulged election results prior to the closing of polls on election day | 2007 School District and Municipal Election | b6193-09 | 3 counts false report to police officer | 10/14/09 | PC 37.08 | Pled guilty to 3 counts of false report to a police officer. 2 years probation, $3,000 fine, 90 days in jail, probated |
| Harris*** | Jack Carol Crowder | Deceased voting | 2008 Primary Election | 1215818 | 1 count illegal voting-voter impersonation at polling place | 10/06/09 | EC 64.012 | Pled guilty to 1 count fraudulent use of identifying information, 1 year deferred adjudication, $200 fine |
| Starr/Brooks | Raul Reyna | Convicted felons registered in county and have cast ballots in election | 2007 Municipal and School Election | 09-04-09980 CR | 2 counts illegal voting | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 2 years TDCJ, $500 fine |
| Starr/Brooks | Cynthia Pena | Convicted felons registered in county and have cast ballots in election | 2007 Municipal and School Election | 09-04-09981 CR | 2 counts illegal voting | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 10 years TDCJ-suspended, 4 years community supervision, $500 fine |
| Starr/Brooks | Elizabeth Martinez | Convicted felons registered in county and have cast ballots in election | 2007 Municipal Election | 09-04-09982 CR | 1 count illegal voting | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 5 years TDCJ |

12/12/11

HIGHLY CONFIDENTIAL

TX_00092242

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Disposition Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Pamela | Dewey Nixon | Official corruption | 2006 Special Election | 2007-C-0193 | 2 counts of official oppression | 01/28/10 | PC 39.03 | Defense motion for collateral estoppel granted. Indictment dismissed. |
| Deemul-LaSalle | Maria Mendoza Garza | Illegal voting, forgery | 2006 Primary Election | 08-11-00692 CR1 | 7 counts knowingly provide false information on an application for an early voting ballot | 04/15/10 | EC 84.0041 | 12 months pre-trial diversion, $60 supervision fee, 80 hours of community service |
| Deemul-LaSalle | Elodia Cruz Saenz | Illegal voting, forgery | 2006 Primary Election | 08-12-00663 CR1 | 7 counts knowingly provide false information on an application for an early voting ballot | 04/15/10 | EC 84.0041 | 6 months pre-trial diversion, $60 supervision fee |
| Jim Wells/Live Oak | Zenda Cantu Blanco | Mail in ballot violations | 2008 Primary Election | 20068 | 4 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/Live Oak | Norma Lopez | Mail in ballot violations | 2008 Primary Election | 20067 | 8 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/Live Oak | Cynthia Lopez | Mail in ballot violations | 2008 Primary Election | 20066 | 3 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Hidalgo/Brooks | Ruben Trevino Garcia | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10116 CR | 1 count illegal voting | 04/17/10 | EC 64.012 | Pled guilty, 3 years TDC-ID suspended for 5 years community supervision, $300 fine |
| Starr*** | Rene Pena, Jr. | Unlawful possession of 56 mail-in ballots by candidate | 2010 Primary Election | CR 10-371 | 1 count of certain envelope action by another person other than voter | 06/22/10 | EC 86.0051 | Pled guilty, 6 months community supervision, 180 days in jail (suspended), $500 fine |
| Starr/Brooks | Mary Lou Garza | Illegal voting | 2006 Primary Election | 07-07-09748 CR | 1 count of unlawful delivery of a certificate | 09/15/10 | EC 13.145 | Dismissed |
| Hidalgo/Brooks | Mario Manuel Medrano | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10117 CR | 1 count illegal voting | 11/10/10 | EC 64.012 | Pled guilty, 2 years TDC-ID |
| Duval/Live Oak | Christina Lichtenberg | Mail-in ballot violations | 2008 Primary Election | 20080, 20081 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pled guilty to Possession of a Ballot and Unlawful Assistance, and received 1 year deferred adjudication, and paid a $1000 fine and court costs |
| Duval/Live Oak | Andrea Campos Baewick | Mail in ballot violations | 2008 Primary Election | 20082, 20083, 20084, 20085, 20086, 20087, 20088, 20089, 20090, 20091 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pre-trial diversion 6 months, $3,500 donation to the county |
| Duval/Live Oak | Alicia Pena Perez | Mail-in ballot violations | 2008 Primary Election | 20088, 20089, 20090, 20091 | 4 counts of unlawful assistance, 4 counts of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pled guilty to 4 counts of Possession of a Ballot and 4 counts of Unlawful Assistance, and received 1 year jail, probated for 12 months, and paid a $1000 fine and court costs |

* County where offense committed/ County of prosecution

** For complete information on disposition, see judgment and sentence agreement

*** Investigated by OAG, however presented to, and prosecuted by local district/county attorney

1/21/2011

Page 5

HIGHLY CONFIDENTIAL

TX_00092243

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Falls | 2002 Municipal Election | 08/28/02 | Allegations of election irregularities |
| Robertson | 2002 General Election | 11/27/02 | Offering to buy or sell official ballot, envelope, or application |
| Liberty | 2002 General Election | 01/08/03 | Criminal irregularities |
| Robertson | 2002 General Election | 04/14/03 | Illegal voting by mail-in |
| Comal | 2004 Primary Election | 07/19/04 | Providing false information on a mail-in ballot application |
| Hardeman | 2004 Primary Election | 09/21/04 | Possession of an official ballot by another |
| Jim Wells | 2004 School District Election | 09/21/04 | Unlawful candidacy, illegal voting, mail-in ballot violations |
| Bowie | 2004 Primary Election | 10/26/04 | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes |
| Hidalgo | 2004 Municipal Election | 11/15/04 | False statement on application, purportedly acting as agent |
| Bee | 2004 General Election | 11/18/04 | Application for a ballot by mail was submitted in the name of a dead person |
| Bee | 2004 General Election | 11/29/04 | Illegal assistance and illegal voting |
| Reeves | 2004 Primary Election | 02/02/05 | Method of returning marked ballot |
| Nueces | 2005 School District Election | 06/08/05 | Method of returning marked ballot, unlawful assistance, assisting voter |
| Hidalgo | 2005 Municipal Election | 06/16/05 | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting |
| Waller | 2005 Municipal Election | 08/29/05 | Offering to buy or sell official ballot, envelope or application |
| Harris | 2005 Municipal Election | 08/31/05 | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting |
| Tarrant | 2005 Special Election | 10/31/05 | Unlawfully influencing voter |
| Wharton | 2005 School District Election | 12/08/05 | Illegal voting |
| Dallas | 2005 Constitutional Election | 02/23/06 | Unlawfully accepting voter, failing to secure ballot box |
| Ector | 2006 Primary Election | 03/14/06 | Illegal assistance of voters voting by mail |
| Duval | 2006 Primary Election | 03/16/06 | Unlawful assistance, unlawful buying and selling of ballot materials |
| Duval | 2006 Primary Election | 03/22/06 | Providing false information on a voter registration application |
| Travis | 2004 General Election | 03/27/06 | Illegal voting, providing false information on a voter registration application |
| Hidalgo | 2006 Primary Election | 03/29/06 | Voter not permitted to mark his own mail-in ballot |
| Starr | 2006 Primary Election | 03/30/06 | Illegal voting |
| Culberson | 2006 Primary Election | 04/05/06 | Illegal voting, providing false information on voter registration |
| Brazoria | 2005 Municipal Election | 04/07/06 | Failure to secure ballot box, obstructing poll watchers, unlawfully revealing information before polls closed |
| Frio | 2006 Primary Election | 04/07/06 | Unlawful assistance, illegal voting |
| San Jacinto | 2004 Municipal Election | 04/10/06 | Illegal voting, providing false information on voter registration |
| Colorado | 2005 School District Election | 04/18/06 | Voting irregularities |

1/21/2011

TX_00092244

HIGHLY CONFIDENTIAL

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| La Salle | 2006 Primary Election | 04/24/06 | Unlawful influence, coercion of a voter |
| Bowie | 2006 Primary Election | 04/27/06 | Obstructing poll watcher, unlawful assistance, witnessing more than one mail-in ballot application |
| Bee | 2006 School District Election | 04/27/06 | Unlawful assistance |
| Dimmit | 2006 Primary Election | 05/03/06 | Illegal voting, forgery |
| Tarrant | 2006 School District Election | 05/15/06 | Unlawful assistance, mail-in ballot and application violations |
| Hidalgo | 2006 School District Election | 06/02/06 | Coercion of a voter, unlawful influence, electioneering |
| Robertson | 2003 School District Election | 06/03/06 | Irregularities in the early voting by mail process |
| Shelby | 2006 Municipal Election | 06/03/06 | Coercion of a voter |
| Franklin | 2006 School District Election | 06/05/06 | Provided a campaign flyer, electioneering 100 ft. distance, persuading the voters to vote for the bond proposition |
| Milam | 2006 Primary Election | 06/13/06 | Loitering in a polling place, electioneering |
| Smith | 2006 Municipal Election | 06/29/06 | Unlawful presence by a candidate |
| Smith | 2006 School District Election | 07/10/06 | Unlawfully revealing information before polls close, influencing voter |
| Franklin | 2006 School District Election | 08/11/06 | Illegal voting, illegal registration |
| Kaufman | 2006 School District Election | 08/28/06 | Witnessing more than one mail-in ballot |
| Bandera | 2006 Special Election | 09/11/06 | Unlawful presence by a candidate |
| Tarrant | 2006 Municipal Election | 09/25/06 | Forged signatures on a recall petition |
| Zavala | 2006 General Election | 12/01/06 | Unlawful assistance |
| Refugio | 2006 Primary Election | 12/01/06 | Unlawful assistance |
| Hill | 2006 Special Election | 12/01/06 | Loitering in a polling place, electioneering |
| Waller | 2006 General Election | 12/20/06 | Disenfranchised from voting |
| Bee | 2006 General Election | 01/03/07 | Electioneering |
| Nueces | 2006 School District Election | 05/07/07 | Electioneering by opposing candidate |
| Brown | 2004 Primary Election | 05/17/07 | Falsification of a candidate's application |
| Jefferson | 2007 Constitutional Election | 07/10/07 | Loitering in a polling place, electioneering |
| Hill | 2007 School District and Municipal Election | 07/10/07 | Divulged election results prior to the closing of polls on election day |
| Montgomery | 2007 School District Election | 07/18/07 | Candidate entered election day polling place & remained during the accumulation of votes |
| Harris | 2007 School District Election | 07/18/07 | Pro-bond election materials at the polling place |
| Williamson | 2004 Special Election | 07/30/07 | Illegal voting |

1/21/2011

TX_00092245

HIGHLY CONFIDENTIAL

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Edwards | 2006 General Election | 07/30/07 | Illegal voting, unlawful assistance |
| Starr | 2006 Municipal Election | 07/30/07 | Mail-in ballot violations |
| San Patricio | 2006 Municipal Election | 07/30/07 | Tampering with a governmental record, forgery |
| Kinney | 2006 Special Election | 07/30/07 | Coercion of a public servant |
| Dallas | 2007 Municipal Election | 08/27/07 | Electioneering 100 feet from entrance violation |
| Bosque | 2007 School District Election | 11/30/07 | Illegal voting, unauthorized entry into the ballot box, unlawful influence of voters, and unlawful assistance of voters |
| Starr | 2007 Municipal Election | 01/04/08 | Unlawful assistance |
| Henderson | 2006-2007 Municipal Election | 03/11/08 | Illegal voting |
| Wichita | 2007 Constitutional Election | 03/11/08 | Electioneering and handing out of religious material within 100 feet of the polling place |
| Gillespie | 2008 Primary Election | 03/12/08 | Unlawfully revealing information before polls close |
| Duval | 2008 Primary Election | 05/16/08 | Election irregularities |
| Guadalupe | 2008 Primary Election | 06/09/08 | Loitering in a polling place, electioneering |
| Duval | 2008 Primary Election | 06/16/08 | Unlawful possession of mail-in ballots |
| Parmer | 2008 Municipal Election | 06/18/08 | Unlawfully suggest how voters should cast their ballots |
| Kleberg | 2008 Primary Election | 06/24/08 | Unlawfully influencing voter, and loitering in a polling place |
| Kleberg | 2008 Primary Election | 06/24/08 | Unlawfully loitering in a polling place |
| Webb | 2008 Primary Election | 06/24/08 | Poll watchers prevented from observing the recount in the sheriff run-off |
| Kaufman | 2008 Primary Election | 08/05/08 | Loitering in a polling place, electioneering |
| Hidalgo | 2008 School District Election | 08/19/08 | Illegal voting, bribery, and official misconduct |
| San Patricio | 2008 Municipal Election | 09/15/08 | Unlawful assistance, unlawful possession of mail-in ballot and illegal voting |
| Van Zandt | 2008 General Election | 01/13/09 | Electioneering within 100 ft mark at a polling place |
| Bexar | 2008 General Election | 01/14/09 | Citizen not allowed to vote by an election worker |
| Hidalgo | 2008 Municipal Election | 01/14/09 | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters |
| Harris | 2008 Primary & General Elections | 01/14/09 | Deceased voters voting |
| Midland | 2008 Primary Election | 01/28/00 | Election workers suggesting how voters should vote by expressing their preference for particular candidates |
| Denton | 2008 General Election | 02/23/09 | Vote soliciting bribery on the internet (eBay) |
| Harris | 2009 Municipal Election | 05/06/09 | False statement on mail-in ballot application (deceased voters), forgery |
| Henderson | 2009 School District Election | 07/15/09 | Unlawfully witnessing more than one mail-in ballot application |
| Nueces | 2008 Primary Elections | 08/24/09 | Unlawful participation in party affairs |
| Maverick | 2008 Special Election | 08/24/09 | Electioneering |
| Dallas | 2008 Municipal Election | 08/31/09 | Refusing to accept a person for voting |

HIGHLY CONFIDENTIAL

TX_00092246

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Brown | Undetermined | 12/03/09 | Misuse of state and federal election funds |
| Harris | 2008 School District Election | 12/17/09 | Unlawfully influencing a voter, bribery |
| Robertson | 2009 Municipal Election | 02/01/10 | Unlawfully assisting voter, signing application by witness |
| Dallas | Municipal Election | 03/12/10 | Coercion of a voter |
| Starr | 2006, 2008 Primary Elections | 04/15/10 | Bribery, felons voting, unlawful delivery of voter registration certificate |
| Trinity | 2010 Primary Election | 04/19/10 | Unlawfully influencing a voter, electioneering, candidate in polling place |
| Dallas | 2010 Primary Election | 04/20/10 | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery |
| Tarrant | 2010 Primary Election | 04/27/10 | Unlawful assistance |
| Bexar | 2010 Primary Election | 04/29/10 | Unlawfully accepting a voter, unlawfully permitting the deposit of a ballot, and illegal voting |
| Gonzales | 2009 Municipal Election | 05/21/10 | Providing false information on application, possession of mail-in ballots |
| Jim Wells | 2010 Primary Election | 05/21/10 | Illegal voting, signing application by witness-assisting applicant, providing false information on application |
| Runnels | 2010 Special Election | 07/19/10 | Unlawful assistance, unlawfully influecing a voter |
| Hardin | 2010 Primary Election | 07/19/10 | Coercion of candidacy |
| Nueces | 2010 Primary Election | 07/19/10 | Electioneering, tampering with a governmental record |
| Eastland | 2010 Municipal Election | 07/19/10 | Illegal voting |
| Hidalgo | 2010 Municipal Election | 07/21/10 | Coercion of a voter, unlawful assistance, unlawfully accepting or rejecting a voter, and unlawfully obstructing poll watcher |
| Cameron | 2010 Primary Elections | 07/21/10 | Mail in ballot violations, forgery |
| Harris | 2010 General Election | 09/08/10 | False statement on voter registration application, obtaining voter registration applications prior to being deputized, failing to timely deliver voter registration applications, tampering with a governmental record |
| Wilson | 2010 Municipal Election | 09/20/10 | Illegal voting, unlawful assistance |
| Rains | 2010 Primary Election | 09/21/10 | Bribery, coercion of candidacy |
| Caldwell | 2010 Municipal Election | 09/21/10 | Bribery, coercion of candidacy |
| Pecos | 2010 Municipal Election | 09/21/10 | Bribery, coercion of candidacy |
| Bexar | 2010 School District Election | 10/14/10 | Illegal voting |
| San Jacinto | 2010 General Election | 11/09/10 | False statement on voter registration application |
| Hidalgo | 2010 Municipal Election | 11/09/10 | Bribery, unlawful assistance, illegal voting, unlawfully accepting or rejecting voters |

1/21/2011

Page 4

HIGHLY CONFIDENTIAL

TX_00092247

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Cherokee | 2010 General Election | 12/07/10 | Unlawfully influencing a voter, unlawful assistance, and coercion of a voter |
| Hidalgo | 2010 General Election | 12/07/10 | Unlawfully influencing a voter, unlawful assistance, illegal voting, and coercion of a voter |
| Hidalgo | 2010 General Election | 12/07/10 | Unlawfully influencing a voter, unlawful assistance, illegal voting, and coercion of a voter |
| Montgomery | 2010 Special Election | 12/20/10 | False statement on application, illegal voting |

1/21/2011

HIGHLY CONFIDENTIAL

TX_00092248

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Liberty | 2005 Special Election | Voter | Election irregularities |
| Caldwell | 2005 School District Election | Other | Bribery |
| McMullen | 2006 Primary Election | Voter | Unauthorized person in central tallying area, unlawfully revealing information before polls close |
| Panola | 2006 Special Election | Other | Official oppression |
| Robertson | 2006 Primary Election | Voter | Irregularities in the early voting by mail process |
| Jefferson | 2006 Primary Election | Other | Failing to secure ballot box |
| Nueces | 2006 Primary Election | Other | Unlawful assistance, unlawfully influencing voter |
| Kleberg | 2006 Primary Election | Other | Improperly assisting voters w/applications |
| Johnson | School District Election | Voter | Election violations and fraud |
| Morris | 2006 Primary Election | Voter | Candidate in the counting area |
| Tarrant | 2006 Primary Election | Voter | Vote harvesting |
| Hidalgo | 2004 Primary Election | Other | Illegal voting |
| Calhoun | 2006 Primary Election | Other | Illegal voting |
| Galveston | 2006 Municipal Election | Voter | Unlawful use of public funds for political advertising |
| Hays | 2006 Special Election | Other | Forgery, tampering with a government document |
| Hidalgo | 2006 Municipal Election | Voter | Official request for election records |
| Dawson | 2006 Primary Election | Other | Illegal signs, perjury by falsifying residency info on candidacy application |
| Hidalgo | 2006 Primary Election | Other | Bribery |
| Comal | 2006 Municipal Election | Voter | Unlawful presence by a candidate |
| Real | School District Election | Voter | Unethical behavior |
| Johnson | 2006 Municipal Election | Voter | Voters not allowed to vote in correct precincts, electioneering |
| Galveston | 2006 Special Election | Voter | Electioneering, and other unspecified election violation |
| Jefferson | 2006 Primary Election | Other | Residence qualification |
| Hays | 2006 Municipal Election | Other | Campaign finance violations, distribution of campaign materials by someone other than candidate |
| Trinity | Undetermined | Other | Bribery |
| Goliad | 2006 Primary Election | Voter | Elections officials unlawfully divulging voter information before close of polling |
| Guadalupe | 2006 Municipal Election | Other | Illegal corporate campaign donations |
| Hidalgo | 2006 School District Election | Voter | Bribery |
| Freestone | Municipal Election | Voter | Bribery |
| Hidalgo | 2006 Primary Election | Other | Utilizing county offices, equipment, and personnel for political purposes |
| Montgomery | 2006 Primary Election | Other | Unlawfully accepting or making campaign donation |

1/21/2011

HIGHLY CONFIDENTIAL

TX_00092249

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|--------|-------------------|---------------------|-------------|
| Reeves | 2006 Municipal Election | Voter | Failure to publish notice of election, illegal meetings, insufficient and improper voting equipment, improper appointment of elections clerk |
| Galveston | 2006 Primary Election | Other | Mail-in ballot violations |
| Travis | 2004 Primary Election | Voter | Illegal voting in two primaries |
| Nueces | 2006 School District Election | Voter | Unlawful assistance, mail-in ballot and application violations |
| Duval | 2006 School District Election | Voter | Method of returning marked ballot |
| Jefferson | Primary and General Election | Other | Residence qualification |
| Aransas | 2006 General Election | Other | Illegal voting |
| Starr | 2006 General Election | Other | Illegal voting |
| Tom Green | 2006 Primary Election | Other | Contribution and expenditure w/o campaign treasurer |
| Guadalupe | 2006 General Election | Other | Voter denied their right to vote |
| Starr | 2006 General Election | Other | Illegal voting |
| Upshur | 2006 General Election | Voter | Election irregularities |
| Nueces | 2007 Municipal Election | Other | Voting site preclearance |
| San Patricio | 2007 Municipal Election | Other | Illegal voting |
| Potter | 2008 Primary Election | Other | Unlawfully accepting campaign donations |
| Webb | 2008 Primary Election | Voter | Campaign finance violations |
| Starr | 2007 School District Election | Other | Voter registration certificates w/o proper identification |
| Polk | 2007 Special Election | Voter | Illegal election |
| Presidio | 2008 Primary Election | Other | Voter registration notifications |
| Titus | 2008 Primary Election | Voter | Using state seal in political advertisement |
| Webb | 2008 Primary Election | Voter | Illegal raffle to generate campaign funds |
| Ector | 2008 Primary Election | Voter | Falsification of candidacy application |
| Harris | 2008 Primary Election | Voter | Violated Texas campaign finance laws by utilizing campaign contributions for the purpose of retaining an attorney for other than authorized purposes |
| Duval | 2008 Primary Election | Voter | Unlawful assistance |
| Jim Wells | 2008 Primary Election | Other | Unlawful possession of mail-in ballot |
| Duval | 2008 Primary Election | Other | Unlawful possession of mail-in ballots |
| Starr | 2008 Primary Election | Other | Illegal voting |
| Bastrop | 2008 Primary Election | Voter | Illegal campaign finance |

Page 7

1/21/2011

TX_00092250

HIGHLY CONFIDENTIAL

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| El Paso | 2008 Primary Election | Other | Campaign finance for district attorney |
| Duval | 2008 Primary Election | Other | Ballot boxes appearing after ballot counting had been completed |
| Dallas | 2008 Primary Election | Voter | Election irregularities |
| LaSalle | 2008 Primary Election | Voter | Election irregularities |
| Bell | 2008 Municipal Election | Other | Coercion against candidacy |
| Dallas | 2008 Primary Election | Voter | Election irregularities |
| Webb | 2008 Primary Election | Voter | Unlawful assistance, illegal voting |
| Falls | 2008 Special Election | Other | Official oppression |
| Robertson | 2008 Municipal Election | Other | Illegal voting, mail-in ballot fraud |
| Calhoun | 2008 Primary Election | Other | Write-in candidacy |
| Duval | 2008 Primary Election | Other | Electioneering within 100 ft mark at a polling place |
| Aransas | 2008 Primary Election | Other | Misrepresentation of identity |
| Travis | 2008 Primary Election | Other | How to gain access to the SOS system which electronic voting results from county elections administrators |
| Live Oak | 2008 Special Election | Voter | Open meetings violations |
| Jim Wells | 2008 Primary Election | Other | Mail-in ballot violations |
| Tom Green | 2008 Primary Election | Other | Campaign finance violations |
| Jasper | 2008 Primary Election | Other | Illegal voting |
| Jefferson | Undetermined | Other | Accepting contributions and fees |
| Duval | 2008 Primary Election | Voter | Voter intimidation and mail-in ballot violations |
| Duval | 2006 Primary Election | Other | Found unopened mail-in ballot during a narcotics search warrant |
| Brewster | 2008 Primary Election | Other | Ballot fraud |
| San Patricio | 2008 Primary Election | Other | Unlawful assistance and unlawful possession of mail-in ballots |
| Falls | 2008 School District Election | Voter | Superintendent and assistant superintendent acting as early voting and voting judge |
| Panola | 2008 Special Election | Voter | Candidate transported student via school bus to court house to vote |
| San Patricio | 2008 Primary Election | Voter | Unlawful assistance and unlawful possession of mail-in ballots |
| Washington | 2008 Primary Election | Voter | Election irregularities |
| Jefferson | 2008 Special Election | Voter | Election misconduct |
| Sabine | 2008 Municipal Election | Voter | Election irregularities |
| Webb | 2008 Primary Election | Voter | Unlawful campaign expenditures |
| Jasper | 2008 Municipal Election | Other | Election irregularities |
| Goliad | 2008 Municipal Election | Other | Unlawfully divulged voting results prior to the closing of polls |
| Gillespie | 2008 Primary Election | Other | Illegal voting |
| McMullen | 2008 Primary Election | Other | Elections irregularities |
| Waller | 2008 School District Election | Voter | Use of public funds for political advertisement |
| Parmer | 2008 Municipal Election | Other | Unlawful influence, coercion of a voter |

1/21/2011

Page 8

TX_00092251

HIGHLY CONFIDENTIAL

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Presidio | 2008 Primary Election | Other | Unlawful assistance with mail-in ballots |
| Starr | 2007 Municipal Election | Other | Convicted felons registered in county and have cast ballots in elections |
| Bowie | 2008 Municipal Election | Voter | Violating residency requirements |
| Duval | 2006 and 2008 Undetermined | Other | Convicted felons voting in 2006 and/or in 2008 |
| Austin | 2006 Primary Election | Other | Separate accounts |
| Cameron | 2008 Elections | Other | Illegal voting |
| Wichita | 2008 General Election | Other | Unlawfully released police reports and narratives on one of the candidates running for sheriff |
| Bexar | 2008 General Election | Voter | Providing false information on a voter registration application |
| Terry | 2008 General Election | Other | Ineligible to hold the office of county clerk |
| Jasper | 2008 General Election | Voter | Unlawful assistance, unlawfully influencing a voter, and illegal voting |
| San Jacinto | 2008 General Election | Voter | Unlawfully prevented from voting |
| Webb | 2008 Primary Election | Other | Solicitation of campaign funds while on duty, selling of campaigning fundraiser tickets while on duty and misuse of county employees while on county time |
| Williamson | 2008 General Election | Other | Illegal voting |
| Collin | 2008 Primary Election | Other | Campaign finance violations |
| Polk | 2008 General Election | Other | Death row inmates registering to vote |
| Montgomery | 2008 General Election | Voter | Non-citizen voted in election |
| Harris | 2009 Municipal Election | Other | False statement on mail-in ballot application (deceased voters), forgery |
| Hidalgo | Undetermined | Other | Illegal voting |
| Bowie | Municipal Election | Voter | Residency of candidate |
| Angelina | 2009 School District Election | Voter | Request for state election observers |
| Collin | Municipal Election | Other | Unlawfully rejecting voter, and bribery |
| Jim Wells | 2008 Municipal Election | Voter | Illegal voting, voter impersonations, and convicted felons, mail-in ballot violations |
| Dallas | 2009 School District Election | Voter | Residency of candidate |
| Smith | 2009 Municipal Election | Other | Illegal voting |
| Medina | 2009 Municipal Election | Other | Candidate/elected official may have a criminal history which prevents them from holding office, absentee ballots, voter fraud |
| Bexar | Multiple Primary, General Elections | Other | Illegal voting |
| Hidalgo | 2009 Municipal Election | Voter | Coercion against candidacy |
| Starr | 2006 Primary Election | Voter | Unlawful counting procedures during the recount |
| Webb | 2008 Primary Election | Other | Campaign finance violations |

1/21/2011

Page 9

HIGHLY CONFIDENTIAL

TX_00092252

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Hidalgo | 2009 School District Election | Voter | Illegal voting |
| Goliad | 2008 General Election | Voter | Election misconduct |
| Gonzales | 2007, 2008, 2009 Municipal Elections | Voter | Illegal voting, mail-in ballot violations |
| Waller | 2009 Constitutional Election | Voter | Failing to keep voter registrar's office open during polling |
| Dimmit | 2010 Primary Election | Voter | Providing false information on a voter registration application |
| Dallas | 2010 Primary Election | Other | Misrepresentation of identity |
| Eastland | Undetermined | Other | Campaign finance violations |
| Duval | 2010 Primary Election | Other | Providing false information on a mail-in ballot application |
| Starr | 2010 Primary Election | Other | Providing false information on a mail-in ballot application |
| Dimmit | 2010 Primary Election | Voter | Unlawful possession of mail-in ballots, stealing campaign signs |
| Dimmit | 2010 Primary Election | Voter | Candidate loitering in a polling place, electioneering |
| Duval | 2010 Primary Election | Voter | Failing to sign as a witness or assistant on a mail-in ballot application |
| Dimmit | 2010 Primary Election | Other | Campaign workers following the mail carriers |
| Jim Wells | 2010 Primary Election | Other | Unlawful possession of mail-in ballots |
| Jim Wells | 2010 Primary Election | Voter | Unlawful assistance |
| Webb | 2010 Primary Election | Other | Mail-in ballot fraud |
| Jim Wells | 2010 Primary Election | Other | Unlawful assistance |
| Starr | 2010 Primary Election | Other | Unlawful assistance |
| Gregg | 2010 Primary Election | Voter | Candidate with criminal history |
| Starr | 2010 Primary Election | Other | Unlawful possession of 56 mail-in ballots by candidate |
| Austin | 2010 Primary Election | Voter | Coercion of voters |
| Zavala | 2010 Primary Election | Voter | Failure to secure ballot box, unlawfully rejecting voters |
| Brooks | 2010 Primary Election | Voter | Unlawful assistance, illegal voting, and electioneering |
| McMullen | 2010 Primary Election | Other | Falsification of candidacy application |
| Dallas | 2010 Primary Election | Voter | mail-in ballot violations, illegal voting, and poll place violations |
| Williamson | 2010 General Election | Other | Campaign finance violations |
| Navarro | 2010 Primary Election | Other | Mail-in ballot fraud |
| Nueces | 2010 Primary Election | Voter | Unlawfully removing polling place signs |
| Dallas | 2010 Municipal Election | Voter | Unspecified election violations |
| Tarrant | 2010 Municipal Election | Voter | Residency, illegal voting |
| Gonzales | 2010 Municipal Election | Other | Candidate does not live in city, voters not residents |
| Williamson | 2010 Primary Election | Other | Illegal voting |
| Bexar | 2010 Municipal Election | Other | Illegal voting |

1/21/2011

HIGHLY CONFIDENTIAL

TX_00092253

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Refugio | 2010 Municipal Election | Voter | Unspecified election violations |
| Parker | 2010 Municipal Election | Voter | Election irregularities |
| Guadalupe | 2010 Primary Election | Voter | Falsified information on candidacy petition |
| Dallas | 2010 Municipal Election | Voter | Ineligible election judge |
| Tarrant | 2008 General Election | Voter | Unlawful candidacy |
| Bexar | 2010 School District Election | Other | Illegal voting, voter impersonation |
| Fort Bend | 2010 & 2010 Primary Election | Other | Campaign finance violations |
| Dallas | 2010 General Election | Voter | Mail in ballot fraud |
| Harris | 2010 General Election | Other | Mail in ballot application violations |
| Zavala | 2010 General Election | Voter | Mail in ballot violatons, in person voting violations |
| Harris | 2010 General Election | Voter | Unlawfully rejecting a voter |
| Cameron | 2010 General Election | Voter | Mail in ballot violations, securing a ballot box |
| Bexar | 2010 School District Election | Other | Misleading campaign literature |
| Bryan | 2010 General Election | Other | Illegal voting (voter impersonation), unlawfully revealing information before polls close, electioneering |
| Bowie | 2010 General Election | Voter | Unlawfully influecing a voter, carrier envelope action by person other than voter, assisting voter, signing application by witness; assisting applicant, unlawfully witnessing application for more than one applicant |

* Referral sources listed as "other" include
those from local district and county
attorneys, local law enforcement (e.g.,
sheriffs and police departments), and local
elections officials.
Voter refers to voters who make direct referrals to our office through the relevant provisions of the Election Code.
*Referral sources listed as "Voter" include
those from voters who make direct referrals
to the OAG through the relevant provisions
of the Texas Election Code.

1/21/2011

HIGHLY CONFIDENTIAL

TX_00092254

| From: | Patricia Harless [phar77379@aol.com] |
|---|---|
| Sent: | Monday, November 21, 2011 9:49 PM |
| To: | Colby Beuck |
| Cc: | Julie Scott |
| Subject: | Re: DRAFT ** RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle |
| Attachments: | Scan_Doc0001.pdf |

This needs more work. All you are going to do is make them more angry with that response

Look at it and tell me the words you shouldn't use. You wrote it in a hurry and it shows

right is from the positive position and not the negative just like we framed the debate

Attached is the article we talked about if you don't have it

-----Original Message-----
From: Colby Beuck <Colby.Beuck@house.state.tx.us>
To: Patricia Harless <phar77379@aol.com>
Cc: Julie Scott <Julie.Scott@house.state.tx.us>
Sent: Mon, Nov 21, 2011 5:35 pm
Subject: DRAFT ** RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle



Going to use this as a base for other anti-SB 14 responses:


Dear Ms. Clark,

Thank you for your email. I appreciate you taking the time to express your opposition to the photo
voter ID legislation. While this is an issue that a strong majority of Texans and residents of District
126 support, I understand that there are opinions on both sides. The purpose of the Senate Bill 14
was not to disenfranchise anyone, but to protect the integrity of the ballot box. In fact, I believe with
photo voter ID in place, we will see an increase in turnout, as has been experience in Indiana and
Georgia since they enacted voter ID laws.

The purpose of Senate Bill 14 is to ensure the integrity of the elections. As the US Supreme court ruled in ????? ballot
access should have at least the same degree of integrity as renting a movie, going to the doctor or cashing a check. SB
14 ensured access to polls by providing for ballot by mail for seniors, exemptions for disabled and indigent???, and free
ID for anyone in Texas that does not currently have an approved id. etc

Witness testimony in committee over the last several sessions has been that voter fraud exists. Our
elections are too important not to safe guard, because even a few fraudulent votes could swing an
election. For example, Representative Donna Howard last election won her seat in the Texas House
by 3 votes.

say something like this (I took it from our talking points on VID)

Under the current law, we do not have the tools necessary to stop in-person voter fraud. In fact, in-
person voter fraud may not even be evident until after the election has occurred. Over the last couple
of sessions we have heard from many witnesses who testified that voter-registration cards have been
stolen and false votes cast in those persons names, most of who where deseased. The secretary of
state as well as other law enforcement agencies testified about past and current voter fraud that has

1

HIGHLY CONFIDENTIAL

been prosecuted. Though more cases happen then prosocuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Rep Donna Howard, won her election by 3 votes.

If you would like to hear the testimony to the committee hearing in the house and the senate on this bill during the 82 legislative session you can go to..........

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

**From:** Jacqueline Clark [mailto:jacquisine@earthlink.net]
**Sent:** Tuesday, November 15, 2011 1:50 PM
**To:** Patricia Harless
**Subject:** RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle

Dear Ms. Harless,
I read your piece in this morning's Chronicle and I find it very disappointing that you support requiring photo voter ID. You failed to cite any evidence of any alleged voter fraud, and raising new barriers for voters seems sadly reminiscent of things like poll taxes and literacy tests. I'm sorry to learn this about you.

Jacquie Clark
jacquisine@earthlink.net
 281-687-6620 cell

2

HIGHLY CONFIDENTIAL

| From: | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
|---|---|
| Sent: | Friday, February 25, 2011 4:47 PM |
| To: | Colby Beuck |
| Subject: | FW: Number of voters that do not have an associated TDL/SSN |

| Follow Up Flag: | Follow up |
|---|---|
| Flag Status: | Flagged |

**Question: What is the number of voters that do not have a Texas Drivers License/Personal Identification Number or Social Security Number in the statewide voter database?**

Prior to 1/1/2006, drivers license and social security numbers were optional fields on the voter registration application. Since HAVA became effective on 1/1/2006, all new voter applicants must provide a driver's license or personal id number issued by DPS or if they have not been issued a driver's license or personal identification card, then they must provide the last four digits of their social security number. If the applicant has neither the drivers license, personal identification card or the SSA number, then they must state that fact and they are flagged as having to present ID when they present themselves for voting. Below are two sets of numbers. The first set of numbers reflects new registrations since January 2006 and shows what identification number that new applicants provided. The second set of numbers reflects the entire statewide file of registered voters and shows which identification numbers were provided by applicants before and after January 2006.

**January 1, 2006 through December 31, 2010**

| | |
|---|---|
| Number of voters who registered with a TDL/ID: | **2,334,281** |
| Number of voters who registered with a SSN: | **294,142** |
| Number of voters who registered with both: | **1,312,638** |
| Number of voters who registered without either: | **34,506** |

**All voters in the state:**

| | |
|---|---|
| Number of voters with a TDL/ID: | **5,215,386** |
| Number of voters with a SSN: | **2,124,570** |
| Number of voter with both: | **4,624,334** |
| Number of voters with neither number: | **690,887 \*\*\*** |

**\*\*\* This number represents all the voters that do not have a TDL or SSN associated with their voter record. It is possible that one of these persons does in fact have a TDL or SSN and they simply did not provide it when they registered to vote (such numbers were optional prior to Jan 2006).**

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871



1

**TX_00092224**

HIGHLY CONFIDENTIAL

2

HIGHLY CONFIDENTIAL

TX_00092225

| | |
|---|---|
| **From:** | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
| **Sent:** | Friday, February 25, 2011 1:24 PM |
| **To:** | Patricia Harless; Colby Beuck |
| **Cc:** | John Sepehri |
| **Attachments:** | Senator Fraser 1-25-11.pdf; EAC letter on informal advice0001.pdf; Indiana EAC Letter0001.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Representative Harless:

Attached are the three letters that we mentioned concerning the availability of federal HAVA dollars for a statewide voter education effort on the new ID requirements. The two other items you asked about was numbers of complaints we have received about possible voter fraud, and the number of registered voters that do not have a driver's license or personal identification card issued by DPS.

We are currently compiling copies of all written complaints, complaints registered by phone and by email and we expect to be able to deliver them to your office before COB today. The complaints by phone and email are considerably more informal than the written complaints we receive so it is harder to categorize them. However, we can tell you that since 2007, this office has referred 72 complaints to OAG. Of those referrals, 9 involved potential voter impersonation. However, please note that even if one assumes voter impersonation efforts would be readily detected, we cannot meaningfully draw any conclusions from our referrals because election fraud may be reported directly to local prosecutorial authorities or the OAG.

Lastly, concerning the numbers of voters who have not been issued TDL/personal id cards by DPS, we are still working with our IT Dept to analyze that data, and hope to have an analysis by Monday.

I hope this is helpful to you, and if you need to reach me over the weekend, you can call my personal cell phone, which is 512-619-7587.

Ann



Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871



1

HIGHLY CONFIDENTIAL

**TX_00092226**

## Colby Beuck

| | |
|---|---|
| **From:** | Jessica Gomez [jgomez@Advocacyinc.org] |
| **Sent:** | Friday, February 25, 2011 7:21 PM |
| **To:** | Colby Beuck |
| **Subject:** | 50% va disability & social security disability |
| **Attachments:** | va ratings for unemployability.doc |

Hi Colby,

I did some research on the VA disability ratings. Since the threshold for social security disability is proving that you can't work, I looked at what the VA disability ratings were for those who are unemployable because of their disability. If you are unemployable, you automatically have a VA rating of at least 60%, possible more if you have more than one disability. I think that means that those on social security would rate at least 50% on the VA disability scale – so we are on the right track providing the exemption for those that receive ss or va benefits. However, this is definitely a rating used only by the military and others with disabilities won't be familiar with it, or know what their rating is. So I would suggest saying you that you meet the exemption if you receive social security benefits OR have a VA disability rating of at least 50%. I'm attaching the ratings research, which I found here, halfway down the page under "General Policy in Rating" http://www.benefits.va.gov/warms/bookc.asp

In addition, I think we should make sure that people who are already registered to vote and are eligible for the exemption can receive a new voter registration card with an indication that they have the exemption.

I'm also a little worried that some members might have a problem with the affidavit in place of providing documentation. Have you talked with other committee members about the exemption? I have a little bit of a sense of where the opposition might come from since I talked with many members' office about the exemption this week. Call me if you'd like to discuss.

Thanks again for your work on this!

Jessica Gomez
Voting Rights Policy Specialist
Advocacy, Inc (soon to be Disability Rights Texas)
7800 Shoal Creek Blvd
Austin, TX 78757
512.407.2732


EXHIBIT
7
Beuck

1



*7800 Shoal Creek Blvd*
*Austin, TX 78757*
*voice/tdd: 512.454.4816*
*intake: 800.252.9108*
*fax: 512.323.0902*
*jgomez@advocacyinc.org*
*www.advocacyinc.org*

**Voter ID Disability Exemption**

The disability exemption in SB 14 currently reads:

(i) An applicant who wishes to receive an exemption on the basis of disability from the requirements of Section 63.001(b) must include a certification from a physician that the person has a disability as defined by Section 21.002, Labor Code, with the person's application.

SECTION 2. Section 15.001, Election Code, is amended by adding Subsection (c) to read as follows:

(c) A certificate issued to a voter who meets the certification requirements of Section 13.002(i) must contain an indication that the voter is exempt from the requirement to present identification other than the registration certificate before being accepted for voting.

**Why is the exemption needed?**
- Transportation
  - Many people with disabilities do not drive, and therefore do not have driver's licenses
  - Public transportation is not available in rural areas, making it difficult to get to a DPS office to obtain photo ID
- Fixed Incomes
  - Many people with disabilities live on very low, fixed incomes, making the cost of obtaining supporting documents (such as a birth certificate) prohibitive
- Institutional Residents
  - Many people with disabilities live in institutional settings, where it is often unnecessary to have a photo ID and is difficult to obtain one
- Physical Immobility
  - Some people have severe physical disabilities that confine them to their homes or relatives' homes
- Low Voter Turnout
  - People with disabilities are already less likely to vote because of perceived barriers

**Problems with the current exemption:**
- Some members have expressed confusion about the exemption, the definition of disability, and who would be eligible to receive the exemption.
- Obtaining a physician's certification of disability can be difficult and potentially costly.

**Hinesley, Barbara**

| | |
|---|---|
| **From:** | Colby Beuck [Colby.Beuck@house.state.tx.us] |
| **Sent:** | Tuesday, March 22, 2011 7:55 PM |
| **To:** | DPS Government Relations |
| **Subject:** | RE: Voter ID |

Gretchen,

Does the temporary ID or DL issued have a photo?

Colby

**From:** DPS Government Relations [mailto:Government.Relations@txdps.state.tx.us]
**Sent:** Tuesday, March 22, 2011 5:47 PM
**To:** Colby Beuck
**Cc:** Davio, Rebecca; Terry, Michael; Arriaga, Amanda
**Subject:** RE: Voter ID

Colby,

A couple of things to keep in mind:

We do issue a temporary DL or ID immediately to an individual that visits a Driver License office and presents the required documents. Remember, though, that that temporary receipt does not have the security features that would be associated with the physical card. We are currently able to mail the physical card within 15-20 days.

Also, while this amendment would allow an individual whose DL or ID was stolen to vote using a police report, there are several other reasons that a DL or ID may no longer be in a person's possession. Cards are frequently lost or damaged.

As to whether a temporary DL or ID would be acceptable for voting purposes, that will depend on the legislative intent.

If you have any other questions, please let us know.

Thanks,

Gretchen Essell
Legislative Coordinator
Office of Government Relations
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@txdps.state.tx.us



**From:** Colby Beuck [mailto:Colby.Beuck@house.state.tx.us]
**Sent:** Tuesday, March 22, 2011 11:58 AM
**To:** DPS Government Relations
**Subject:** Voter ID

Here is the amendment I was referring to by Rep. Giddings. What we want to know is how long it would take to get a DPS photo id if your DL was stolen. Also, would that temporary photo ID be an acceptable form of ID under the bill?

1

HIGHLY CONFIDENTIAL

In SB14, acceptable forms of ID relating to DPS:

(1)  a driver's license or personal identification card issued to the person by the Department of Public Safety that has not [or a similar document issued to the person by an agency of another state, regardless of whether the license or card has] expired or that expired no earlier than 60 days before the date of presentation;

Thanks for your help,

Colby

HIGHLY CONFIDENTIAL

TX_00004913

PL183
9/2/2014
2:13-cv-00193

## OTB Resolution

Thank you Mr. Speaker and Members,

This is a resolution to allow the voter ID conference committee to go outside the bounds to make clarifying corrections.

The conference committee report creates a separate free photo ID for voting purposes, called an "election identification certificate". The election identification certificate mirrors existing law and is essentially the same as a DPS personal ID card, except that the election ID may only be used for voting purposes. Election IDs issued to voters 70 or older do not expire. The added language ensures the free IDs issued by DPS for voting will not impact the Texas Mobility fund. Although TxDOT stated that the original language in SB 14 would not have materially or significantly reduced revenue to the Mobility Fund, the conference committee made this clarification to eliminate any concerns. *in essence, create an additional for of ID for voting*

The conference committee report also clarifies that a voter claiming a religious exemption to showing photo ID must have consistently refused to being photographed for any governmental purpose. This is to ensure those claiming this exemption are doing so for legitimate reasons.

**I move to adopt the resolution**

*DPS my understanding + Expectation that, DPS w/ put a photo on Election ID Certificate*



EXHIBIT
10
Beuck

HIGHLY CONFIDENTIAL

TX_00006959

## Conference Committee Report

I would like to call up the conference committee report on Senate Bill 14.

**Speaker:**

Thank you Mr. Speaker and Members,

After an 11 hour debate on the bill, I think everyone is very familiar with the provisions in the voter id bill, so I would like to touch on the major points in the conference committee report, and then discuss the differences as compared to the House version.

The Conference Committee Report to SB 14:

- Requires voters to show a photo ID, except that certain disabled people may continue to vote with just their voter registration card

- Acceptable photo IDs include identification issued by DPS (for most this will be their driver's license), a military ID, a passport, a CHL, or a citizenship certificate with a photo

- Requires DPS to provide a free photo election ID to any registered voter who requests an ID

- Allows a voter to cast a provisional ballot if they do not have a Photo ID and return within 6 days to have the ballot counted

- Provides that provisional ballots will be counted if voter shows acceptable photo ID or signs an affidavit that the voter has a religious objection to getting photo taken, or lost their ID during a recent natural disaster

- Requires the Secretary of State and voter registrars to educate the public and train election workers on the new requirements, including mailing notice to each voter and posting notice outside all polling places

- Increases criminal penalties for illegal voting.
  - From a third degree felony (2-10yrs) to a second degree felony (2-20yrs), and the penalty for attempting to fraudulently vote is increased from a Class A misdemeanor (180days max county jail) to a state jail felony (180days-2yrs state jail).

2

HIGHLY CONFIDENTIAL

TX_00006960

## Differences Between CCR and House Passage

Before I talk about was is not in the conference committee report, I would like to mention that out of the 15 amendments added on the House floor, 8 were kept in the legislation in some form. Those include amendments by Representatives Anchia, Yvonne Davis, Bonnen, Hochberg, Eiland, and Dukes.

### Provisions Removed

Exemption for voters who had their ID stolen was removed. **(Giddings)**
- Exemption would result in more paperwork with which election workers may not be familiar with. Section of the Penal Code in the exemption applies to all forms of identity theft, not just the actual theft of a person's ID.
- The Senate felt strongly that this provision should be removed.

IDs approved by state are removed as an acceptable form of ID. **(Alonzo)**
- Concerns over the language being too broad. What is a state approved ID?
- We believe the types of Photo ID's in the conference committee report are more uniform and less confusing. These documents have standardized of form. They are simpler for the voters and election poll workers to recognize.

Tribal IDs are removed as an acceptable form of ID. **(Naomi Gonzalez)**
- Tribal IDs do not have a single standardized form. Census data shows that there are less than 5000 tribal members in Texas. No evidence that this number of voters do not already have other forms of acceptable ID.
- We believe the types of Photo ID's in the conference committee report are more uniform and less confusing. These documents have standardization of form. They are simpler for the voters and election poll workers to recognize.

The report removes the floor amendment regarding temporary photo IDs. **(Lucio)**
- According to DPS, the language would have shut down DPS online renewals because of requirement that temporary ID have a photo. Would cost the state millions by requiring people show up in person to renew licenses, requiring resources to deal with the increase to the lines at DPS driver's license offices.

Language which would have allowed provisional affidavits to be signed at the polling place was removed. **(Veronica Gonzales)**
- Language creates a loophole (effectively eliminates the 6 day cure process, election judges would be performing same functions as voter registrar)
- The Senate felt strongly that this provision should be removed.

3

HIGHLY CONFIDENTIAL

The report removes requirement that SOS education efforts target low income/minority voters **(Miles)**

- Language not necessary because the conference committee report provides for extensive education for <u>all</u> voters.

The report returns to original definition of the early voting ballot board. **(Dutton)**

- The change was not substantive, and the drafters would have needed to add in many cross-references throughout the Election code, which were not contained in the bill, to correctly draft the name change. ✦

*Reference*

## Notable Provision Kept/Modified

Representative Eiland added an exemption for natural disasters. This exemption remains in bill, but is modified.

- Voters would have to claim this exemption by returning <u>within 6 days</u> and signing an affidavit. This exemption may be claimed only 45 days (time to get new ID) after a natural disaster. The exemption only applies to disasters which destroy or cause an inability to access the voters ID, excluding <u>heat waves, droughts.</u>
- Why kept in? The potential to impact a large number of voters.

Representative Harper-Brown added an amendment which removed the <u>indigent and religious exemptions.</u> The conference committee report adds back in the religious exemption.

- The religious exemption is part of the Indiana Law which was <u>upheld by the Supreme Court.</u>

Representative Anchia's amendment regarding fees for duplicate IDs, was moved to the new section regarding DPS election ID certificate.

The conference committee report creates a separate free photo ID for voting purposes, called an "election identification certificate". The election identification certificate mirrors existing law and is essentially the same as a DPS personal ID card, except that the election ID may only be used for voting purposes. Election IDs issued to <u>voters 70 or older do not expire.</u> The added language ensures the free IDs issued by DPS for voting will not impact the Texas Mobility fund. Although TxDOT stated that the original language in SB 14 would not have materially or significantly reduced revenue to the Mobility Fund, the conference committee made this clarification to eliminate any concerns.

Yvonne Davis – Provisional will be counted ① eligible to vote ✱ New ② correct precinct
**I move to adopt the conference committee report.** ③ Provisional will be counted

HIGHLY CONFIDENTIAL

## General Q & A

**Isn't bill now more restrictive than Indiana's or Georgia Law?**
It is my belief that SB 14 is constitutional. We are offering a bill that is in compliance with the US Supreme Court decision which upheld the Indiana Voter ID legislation because it deters and detects fraud, it protects public confidence in elections, it counts only eligible voters' votes. Furthermore, although voter ID laws in other states have been heavily litigated, plaintiffs have been unable to produce a single individual who either did not have an ID or could not easily find one.

Plus, it complies with the Supreme Court decision because it offsets the new requirements on voters by:
- Providing access to free photo ID cards
- Allowing for provisional ballots and absentee ballots
- Ensuring that obtaining photo ID is no more burdensome or inconvenient than the usual act of voting
- Provides exceptions for voters who are disabled, have religious exemptions, or who have lost IDs due to a natural disaster.

5

HIGHLY CONFIDENTIAL

TX_00006963

# Texas Transportation Commission

125 E. 11TH STREET • AUSTIN, TEXAS 78701-2483

May 6, 2011

The Honorable Rafael Anchia
Texas House of Representatives
P.O. Box 2910
Austin, Texas 78768-2910

Dear Representative Anchia:

Thank you for your letter regarding SB 14 and its potential impact on the Texas Mobility Fund (TMF). As you noted in your letter, your requests related to the version of SB 14 that the Texas House passed on third reading on March 24, 2011. As you may know, on May 4 the Legislature issued a Conference Committee Report (CCR) that makes revisions to SB 14 that we believe are significant to your inquiries. Most notably, Sections 14 and 20 of the CCR version of SB 14 provide for the issuance of a new "election identification certificate," to be used (in addition to a drivers license or a personal identification card) for voting purposes (but only for voting purposes). Because this version continues to require fees for personal identification cards and provides for the issuance of free election identification certificates that did not previously exist and that can only be used for voting purposes, it does not reduce the dedication of this source of TMF funding. If the earlier version of SB 14 created the constitutional issue to which your letter alluded, we believe that the CCR eliminates any such concerns.

Nevertheless, most of the requests in your letter relate to the Department's "ability to issue bonds" under the TMF, rather than to any potential constitutional issues. In light of that, we are happy to provide the following general responses, based on a review by the Department's legal advisors of the resolutions authorizing the TMF bond issues as well as Art. III, Sec. 49-k of the Constitution and relevant provisions of the Transportation Code:

1. The simple reduction or decline in a specific amount of fee revenue would not cause an impairment to the TMF, but a legislative act or acts that cause such a reduction impermissibly could certainly result in an impairment, depending on all relevant facts and circumstances. We believe the CCR eliminates or, at least, significantly alters the "estimated annual reduction of $9 million" to which you have referred. Nevertheless, the previously-estimated $9 million reduction in ID Fee annual revenues, if correctly estimated, would not keep the TMF from being able to pay debt service on outstanding, currently issued TMF bonds.

2. The Department is engaging in various ongoing analyses regarding the state's ability to issue additional TMF bonds over the next 10 years. Based on the most recent biennial revenue estimate, estimated revenues coming into the TMF during FY 2011, 2012, and

THE TEXAS PLAN
REDUCE CONGESTION • ENHANCE SAFETY • EXPAND ECONOMIC OPPORTUNITY • IMPROVE AIR QUALITY
PRESERVE THE VALUE OF TRANSPORTATION ASSETS

An Equal Opportunity Employer

HIGHLY CONFIDENTIAL

TX_00006964

The Honorable Rafael Anchia                -2-                    May 6, 2011

   2013 will not exceed debt service requirements during those years by an amount
   sufficient to meet the required 110 percent debt service coverage test for issuance of
   additional bonds under Sec. 201.943 of the Transportation Code.  The Department
   continues to monitor evolving facts and circumstances and estimated revenues pertinent
   to satisfaction of the statutory test.  At this point, it is premature to reach a conclusion as
   to whether a loss of revenue from ID Fees would make a difference in the state's
   eligibility to issue additional TMF bonds, including refunding bonds that could generate a
   savings in TMF debt service costs.

3.  The Department takes seriously any proposed legislation that might have a potential
    impact on the constitutional requirements of paragraph (f) of the Art. III, Sec. 49-k or on
    the covenants of the Transportation Commission in the bond resolutions authorizing the
    TMF bonds.  Based on our analysis, the amount of revenue that would be lost from any
    reduction in ID Fee revenue, even the estimated reduction from the earlier version of
    SB 14, is not material or significant in light of the size of the TMF.   Under the
    CCR version of SB 14, any reduction in revenue is significantly minimized and may be
    eliminated.

4.  If the Department is obligated to notify the Municipal Securities Rulemaking Board
    regarding the TMF bonds after the end of the legislative session, a copy of the notice will
    be provided to you.

I hope the above responses are helpful.  Please let me know if I can be of further assistance
once the full facts and circumstances affecting these issues are known.

                              Sincerely,

                              Deirdre Delisi
                              Chair
                              Texas Transportation Commission

cc:    The Honorable Rick Perry, Governor
       The Honorable David Dewhurst, Lt. Governor
       The Honorable Joe Straus, Texas House of Representatives
       The Honorable Tommy Williams, Texas Senate
       The Honorable Larry Phillips, Texas House of Representatives
       Texas Transportation Commission

HIGHLY CONFIDENTIAL



STATE OF TEXAS
HOUSE OF REPRESENTATIVES
DISTRICT 103

RAFAEL ANCHIA
MEMBER

RECEIVED BY
MAR 25 2011
COMMISSION OFFICE

March 25, 2011

Ms. Deirdre Delisi
Chair, Texas Transportation Commission
125 E. 11th Street
Austin, Texas 78701-2483

Dear Chairwoman Delisi:

As I am sure you are aware, the Texas House passed SB 14 on third reading yesterday -- the bill requiring voters to present photo identification when voting at a polling place. I am writing you to ask for your assessment of how the changes made by that bill will affect TxDOT's ability to issue bonds under the Texas Mobility Fund in the future.

SB 14 has a specific provision that provides free state IDs to individuals who register to vote. During the floor debate, Rep. Trey Martinez Fischer and I both raised issues concerning this bill's cost to the Texas Mobility Fund. As I understand Art. III, Sec. 49-k(f) of the Constitution, the Legislature may not "reduce, rescind or repeal" a source of revenue or portion of revenue dedicated to the Mobility Fund unless it is replaced by a dedicated revenue source of equal or greater value. According to statistics provided to my office by the Department of Public Safety, this bill could potentially reduce funding to the Mobility Fund by up to $9 million per year this biennium and would exceed $9 million per year in succeeding biennia as anticipated revenues would increase due to population growth. (Please see attached.)

I would like to request from your office:
- an assessment of how the estimated annual reduction of $9 million may impair currently issued bonds that are paid for by the Mobility Fund;
- an analysis of the state's ability to issue additional Mobility Fund bonds over the next 10 years under current revenue projections compared to its ability to issue new bonds if the Mobility Fund's annual dedicated revenue is reduced by $9 million;
- TxDOT's own assessment of how SB14 will impact dedicated revenue to the Mobility Fund; and
- a copy of any notifications that TxDOT would send to bond holders as a consequence of revenue projection revisions due to SB14.

Please provide this information to my office as it is made available.

CAPITOL OFFICE: POST OFFICE BOX 2910 AUSTIN, TEXAS 78768-2910 • (512)463-0746 • FAX: (512) 463-5896
DISTRICT OFFICE: 1111 W. MOCKINGBIRD LANE • SUITE 1330 • DALLAS, TEXAS 75247 • (214) 943-6081 • FAX: (214) 920-9996
RAFAEL.ANCHIA@HOUSE.STATE.TX.US

HIGHLY CONFIDENTIAL

TX_00006966

March 25, 2011
Ms. Delisi
Page Two


I support providing free IDs to people who will need them to vote.  However, I want to ensure that the state provides those free IDs in a manner that does not create another structural deficit, and in a manner that is consistent with the Texas Constitution.  Your assistance would be greatly appreciated.  Please contact my Legislative Director, Damien Brockmann in my Capitol office, if you have any questions regarding my request.

Sincerely,


Rafael Anchia


HIGHLY CONFIDENTIAL

TX_0000968
HIGHLY CONFIDENTIAL

# State ID Costs

## New and Renewed IDs

| | total | %<60 | 60+ | <60 | cost 60+ | cost <60 | Mobility Fund Total* | Total |
|---|---|---|---|---|---|---|---|---|
| 2008 | 608,320 | 87.40% | 76673 | 531672 | $6 | $16 | $8,358,438.46 | $8,966,782.80 + |
| 2009 | 481,794 | 87.90% | 58297 | 423497 | $6 | $16 | $6,643,939.26 | $7,125,733.26 |
| 2010 | 473,275 | 89.58% | 49315 | 423960 | $6 | $16 | $6,605,972.45 | $7,079,247.45 |

## Duplicate IDs

| | total | %60+ | cost | Mobility Fund Total** | Total |
|---|---|---|---|---|---|
| 2008 | 230,815 | 12.60% | $11 | $2,308,150 | $2,538,965 + |
| 2009 | 203,760 | 12.10% | $11 | $2,037,600 | $2,241,360 |
| 2010 | 220,609 | 10.42% | $11 | $2,206,090 | $2,426,699 |

## Total Revenue Generated By State ID Fees

| | New and Renewed IDs | Duplicates | Mobility Fund Total | Total Revenue |
|---|---|---|---|---|
| 2008 | $8,966,782.80 | $2,538,965 | $10,666,588 | $11,505,748 + |
| 2009 | $7,125,733.26 | $2,241,360 | $8,681,539 | $9,367,093 |
| 2010 | $7,079,247.45 | $2,426,699 | $8,812,062 | $9,505,946 |

*For new and renewed IDs, $5/$15 (+60/ <60) of the fee is dedicated to the mobility fund.
** For duplicate IDs (which includes change of name and address), $10 of the fee is dedicated to the mobility fund.
+ Applications for both state IDs and driver licenses dropped dramatically after DPS changed the requirements to obtain a state ID or DL in 2008.

RECEIVED BY
MAR 25 2011
COMMISSION OFFICE

| | INDIANA LAW | GEORGIA LAW | TEXAS - CSSB 14 | TEXAS - CURRENT LAW |
|---|---|---|---|---|
| **REQUIRED I.D.** | **One photo ID:**<br>• state or federal ID that includes name, photo, and expiration date (specific forms of ID not provided) | **One photo ID:**<br>• driver's license (even if expired)<br>• state or federal photo ID<br>• local, state, or federal govt employee photo ID<br>• U.S. passport<br>• military photo ID<br>• tribal photo ID | **One photo ID:**<br>• DPS (current or expired no more than 60 days)<br>• military photo ID (current or expired no more than 60 days)<br>• citizenship certificate with photo<br>• U.S. passport (current or expired no more than 60 days)<br>• CHL (current or expired no more than 60 days) | voter registration card<br>- OR -<br>sign affidavit at polls **AND**<br>• DPS-issued ID (even if expired)<br>• any photo ID with name<br>• birth certificate<br>• citizenship papers<br>• U.S. passport<br>• govt-issued mail or document<br>• other ID prescribed by Sec of State |
| **EXCEPTIONS TO PHOTO REQUIREMENT** | • indigent<br>• religious objection<br>• voters in state-licensed care facility | none | • religious objection<br>• disabled under social security or 50% veterans | (photo ID not required) |
| **PROVISIONAL BALLOT** | If no ID, voter may cast provisional ballot and may return within 10 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot and may return within 2 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and may return within 6 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and registrar must confirm eligibility within 7 days |
| **REQUIRED VOTER EDUCATION** | secretary of state conducts statewide education campaign for voters and poll workers | none | secretary of state conducts statewide education campaign for voters and poll workers | N/A |

*(The Indiana law was upheld by the Supreme Court and the Georgia law was upheld by the DOJ)*

HIGHLY CONFIDENTIAL

TX_00006969

Here's my attempt to condense the religious exception language. In my opinion (though I will obviously defer to Karina and Griesel), I think this requires us to go outside the bounds. Note that we need to make sure that (b)(3) is broken out separately and not made part of (b)(2)(B)). Also, I removed Jonathan's language requiring the person to explain their beliefs and state how long they've held them; that seems to be a policy change and not a legal change, and I don't think it is necessary.

(b) A provisional ballot shall [may] be accepted [only] if the board determines that:

(1) [,] from the information in the affidavit or contained in public records, the person is eligible to vote in the election and has not previously voted in that election:

(2) the person:

(A) meets the identification requirements of Section 63.001(b) at the time the ballot was cast or in the period prescribed under Section 65.0541; or

(B) notwithstanding Chapter 110, Title 5, Civil Practices and Remedies Code, executes an affidavit under penalty of perjury that states the voter has a religious objection to being photographed and has consistently refused to be photographed for any governmental purpose from the time the voter has held this belief; and

(3) the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the requirements for identification prescribed by Section 63.001(b).

HIGHLY CONFIDENTIAL

CCR SB 14                                                                              Page 1 of 1

**From:** Colby Beuck <Colby.Beuck@house.state.tx.us>
**To:** Patricia Harless <phar77379@aol.com>
**Subject:** CCR SB 14
**Date:** Wed, Apr 20, 2011 11:03 am

## Differences Between CCR SB14 and House Passage SB14

CCR adds back the religious exemption, but with tightened language. Voter must return within 6 days to sign affidavit claiming religious exemption, and the voter has <u>consistently</u> refused to be photographed for any governmental purpose.

CCR removes requirement that SOS education efforts target low income/minority voters (Miles). OAG/SOS concerns.

Exemption for voters who had their ID stolen (Giddings) is removed. Senate concerns. Penal code section references identity theft, but identity theft does not mean that you have no acceptable form of identification. Not in Indiana/Georgia law. Opens door for fraudulent filing of police reports to get around photo ID requirement. Would result in more paperwork with which election workers may not be familiar with.

Natural disaster exemption language (Eiland) remains in CCR, but moved to provisional section. Voters claiming this exemption will have to return within 6 days and sign an affidavit. 45 day limit from natural disaster to voting day. Language tightened to apply only to disasters which destroy or cause an inability to access ID (excludes drought, heat wave natural disasters).

CCR removes Tribal IDs as an acceptable form of ID (Naomi Gonzalez). Tribal IDs have no standardized form. No evidence that this small number of voters do not already have other form of ID.

CCR removes ID approved by state as an acceptable form of ID (Alonzo). Language was too broad.

CCR removes language which would have allowed provisional affidavits to be signed at the polling place (Veronica Gonzales).

CCR removes temporary ID language (Lucio). Language would have shut down DPS online renewals because of requirement that temporary ID have a photo.

CCR replaces language providing free DPS personal ID with language that provides a free DPS "election identification certificate". Election ID certificate is essentially the same as a DPS DL and personal ID, except that the Election ID certificate is valid only for voting. Change made to address concerns about free DPS personal IDs in SB14 taking away from mobility fund, which could possible reduce bond rating.
=

HIGHLY CONFIDENTIAL

TX_00006971

## SB 14 - Conference Committee Report

### Highlights

- Requires voters to show a photo ID, except that certain disabled people may continue to vote with just their voter registration card

- Acceptable photo ID includes an unexpired card issued by DPS (for most this will be driver's license), a military ID, a passport, a CHL or a citizenship certificate with photo

- Requires DPS to provide a free photo election ID (new format) to any registered voter who requests an ID

- Allows a voter to cast a provisional ballot if he/she does not have a Photo ID and return within 6 days to have the ballot counted

- Provides that provisional ballots will be counted if voter shows acceptable photo ID or signs affidavit that voter has religious exemption to getting photo taken or lost ID during recent natural disaster

- Requires SOS and voter registrars to educate the public and train election workers on the new requirements, including mailing notice to each voter and posting notice outside all polling places

- Increases criminal penalties for illegal voting (mandatory jail time)

HIGHLY CONFIDENTIAL

**Voter ID Differences**

- SEC 1 - Disability Definition - House better, but . . .

- SEC 5 - Voter ID identification target at low-income voters (OAG dislikes)

- SEC 9 - Hochberg amendment . . . Governor veto of HB 1457

- SEC 9 - Davis amendment - Provisional ballot counted . . . SOS says hard to administrate

- SEC 9 - Over 70 as of 1-1-12 exemption (Two class of voters?)

- SEC 9 - Disability exemption (Two class of voters? If you can make it to polls, why can't you make it to DPS?)

- SEC 9 - Eiland amendment - natural disaster - too broad . . . who leaves without id?

- SEC 9 - Giddings amendment - stolen identity does NOT mean stolen id

- SEC 14 - Tribal ID - too broad and easy to be faked

- SEC 14- ID approved by state - too broad and easy to be faked

- SEC 15 - Gonzalez amendment - GUTS photo-id at the polling place

- SEC 17 - 6 Day option to cast provisional ballot
  - Senate - exemption for indigent (is it necessary?) / religious (OAG likes)
    House - bring photo-id back (Senate filed language)

- SEC 18 - Tied to decision in SEC 17

- SEC ___ - Lucio amendment - One day temporary ID -- too expensive / easy to fake

- SEC ___ - Anchia amendment - Not necessary / too expensive

- SEC ___ - Bonnen amendment - Severability (OAG likes)

CONFIDENTIAL DO NOT DISTRIBUTE

From: Colby Beuck <Colby.Beuck@house.state.tx.us>
  To: Patricia Harless <phar77379@aol.com>
Subject: Conference Issues
  Date: Fri, Apr 8, 2011 6:05 pm

Some thoughts on these amends after looking closely at them. Waiting to hear from OAG and SOS Monday morning. Naomi G's office is getting the info on tribal IDs.

### Alonzo Amend FA 20, Sec 14

Adds as an acceptable ID , and ID card that contains the person's photograph and is issued or approved by the state.

http://www.house.state.tx.us/video-audio/chamber/ on the 3/23 tape around 7:06. Moves away from the 6 recognizable standard IDs. "Approved by the state" is broad, and not sure what that means?

### Gonzales Amendment FA 26, Section 15

On tape around 7:47

The amendment language applies only to affidavits executed when people are claiming the indigent/religious exemption. Under the amendment, someone could sign an affidavit at the polling place the day of election stating they don't have ID be because indigent/religious objection, and then vote provisionally. In practice, it would be a valid vote with no cure (no second trip). The Senate Bill requires the person to go to the voter registrar to cure the provisional ballot. However the amendment conflicts with the Harper-Brown Amendment which striped out the indigent/religious exemption (there is no Section 65.054(b)(2)(B) as the bill passed the House).

Senate Version: Affidavit must be executed in the presence of the voter registrar.

House Version: Affidavit may be executed at polling place in presence of election official or in the presence of the voter registrar.
=

HIGHLY CONFIDENTIAL

TX_00006974

| **From:** | Russo, Vincent [vrusso@sos.ga.gov] |
|---|---|
| **Sent:** | Thursday, March 03, 2011 11:14 AM |
| **To:** | Colby Beuck |
| **Subject:** | RE: Voter ID News |

Thanks Colby,

Please let us know if there is anything else we can assist with, and thanks for all your help in preparation for Secretary Kemp's testimony.

Best regards,

*Vincent R. Russo*
*General Counsel*
*Office of Georgia Secretary of State Brian P. Kemp*
*214 State Capitol*
*Atlanta, Georgia 30334*
*P: (404) 656-2881*
*F: (404) 656-0513*

**From:** Colby Beuck [mailto:Colby.Beuck@house.state.tx.us]
**Sent:** Wednesday, March 02, 2011 12:58 PM
**To:** Carrothers, Matthew; Russo, Vincent
**Subject:** Voter ID News

Matt and Vincent,

Here is a link to a story on some of the Capitol news from yesterday, with an interview from Secretary Kemp. He did a really great job representing your state and the benefits of photo id. Thank you for your help in setting things up in such short time!

http://www.kvue.com/news/Minority-hard-to-stomach-as-dems-face-GOP-agenda-117201693.html

Colby Beuck
*Chief of Staff*
*Representative Patricia Harless*
*512.463.0496*



1

Case 2:13-cv-00193 Document 665-4 Filed on 11/11/14 in TXSD Page 43 of 48

PL185
9/2/2014
2:13-cv-00193

# onecle

AdChoices ▷    ► Election Voting    ► Election Vote    ► Election Poll    ► Election Day

## Court Opinions

US Supreme Court
US Tax Court
Board of Patent Appeals

## State Laws

Alabama
Arizona
California
Florida
Georgia
Illinois
Indiana
Massachusetts
Michigan
Nevada
New Jersey
New York
North Carolina
Oregon
Pennsylvania
Texas
Virginia
Washington

## US Code

1 USC - General Provisions
2 USC - The Congress
3 USC - The President
4 USC - Flag and Seal
5 USC - Gov't Organization
6 USC - Domestic Security
7 USC - Agriculture
8 USC - Aliens and Nationality
9 USC - Arbitration
10 USC - Armed Forces
11 USC - Bankruptcy
12 USC - Banks and Banking
13 USC - Census
14 USC - Coast Guard
15 USC - Commerce and Trade
16 USC - Conservation
17 USC - Copyrights
18 USC - Crimes
19 USC - Customs Duties
20 USC - Education
21 USC - Food and Drugs
22 USC - Foreign Relations
23 USC - Highways
24 USC - Hospitals
25 USC - Indians
26 USC - Internal Revenue Code
27 USC - Intoxicating Liquors
28 USC - Judiciary
29 USC - Labor
30 USC - Mineral Lands
31 USC - Money and Finance
32 USC - National Guard
33 USC - Navigation
34 USC - Navy (repealed)
35 USC - Patents
36 USC - Patriotic Societies
37 USC - Uniformed Services
38 USC - Veterans' Benefits
39 USC - Postal Service
40 USC - Public Property
41 USC - Public Contracts
42 USC - Public Health
43 USC - Public Lands
44 USC - Public Printing
45 USC - Railroads
46 USC - Shipping
47 USC - Telecom
48 USC - Territories
49 USC - Transportation
50 USC - War

## US Constitution

Preamble
Art. I - Legislative
Art. II - Executive
Art. III - Judicial
Art. IV - States' Relations
Art. V - Mode of Amendment
Art. VI - Prior Debts
Art VII - Ratification

## Texas Election Code - Section 32.075. Law Enforcement Duties And Powers

Legal Research Home > Texas Laws > Election Code > Texas Election Code - Section 32.075. Law Enforcement Duties And Powers

### 2014 Primary Election

⊙ signup.ngpvan.com/

Get Started With NGP VAN Today. Sign Up For Free Demo Of Our Tools.

§ 32.075. LAW ENFORCEMENT DUTIES AND POWERS. (a) The presiding judge shall preserve order and prevent breaches of the peace and violations of this code in the polling place and in the area within which electioneering and loitering are prohibited from the time the judge arrives at the polling place on election day until the judge leaves the polling place after the polls close.

(b) In performing duties under Subsection (a), the presiding judge may appoint one or more persons to act as special peace officers for the polling place. A special peace officer may not enforce the prohibition against electioneering or loitering near the polling place unless the officer's appointment is approved by the presiding officer of the local canvassing authority.

(c) In performing duties under Subsection (a), a presiding judge has the power of a district judge to enforce order and preserve the peace, including the power to issue an arrest warrant. An appeal of an order or other action of the presiding judge under this section is made in the same manner as the appeal of an order or other action of a district court in the county in which the polling place is located.

(d) A person who is arrested at a polling place while voting or waiting to vote shall be permitted to vote, if entitled to do so, before being removed from the polling place.

Acts 1985, 69th Leg., ch. 211, § 1, eff. Jan. 1, 1986. Amended by Acts 1997, 75th Leg., ch. 864, § 29, eff. Sept. 1, 1997; Acts 2003, 78th Leg., ch. 1094, § 1, eff. June 20, 2003.

Section: Previous 32.0551 32.0552 32.056 32.071 32.072 32.073 32.074 32.075 32.091 32.092 32.093 32.094 32.111 32.112 32.113 Next

### Speak with a Lawyer in Texas

- Ask a lawyer a question

*Last modified: August 11, 2007*

### Support the President?

Ⓒ newsmax.com/surveys

Do you approve of his job performance? Vote Here



EXHIBIT
13
Beach
PENGAD 800-631-6989



PL186
9/2/2014
2:13-cv-00193



### OFFICE OF THE GOVERNOR
R i c k   P e r r y

**For Immediate Distribution**
May 27, 2011
News Release

**Governor's Press Office: 512-463-1826**
Katherine Cesinger: kcesinger@gov.texas.gov
Catherine Frazier: cfrazier@gov.texas.gov
Lucy Nashed: lucy.nashed@gov.texas.gov

## Gov. Perry: SB 14 Takes a Major Step in Securing the Integrity of the Electoral Process
*Signs legislation requiring voters to present photo ID at polling places*

AUSTIN – Gov. Rick Perry today ceremonially signed Senate Bill 14, which requires voters to present photo identification at a polling place. The governor was joined by Lt. Gov. David Dewhurst, House Speaker Joe Straus, Sen. Troy Fraser, Rep. Patricia Harless, and other state lawmakers for the signing ceremony.

"The right to vote is simply too important for us to take the act of voting lightly," Gov. Perry said. "Today with the signing of this bill, we take a major step forward in securing the integrity of the ballot box and protecting the most cherished right we enjoy as citizens."

SB 14 requires a voter to show as a valid form of photo ID, either a driver's license, Department of Public Safety issued photo personal identification card, U.S. military ID card, U.S. citizenship certificate that contains a photograph, U.S. passport or Texas concealed handgun license. The bill creates a free election identification certificate with a photograph issued by DPS for registered voters who need a photo ID. The bill also increases the penalty for voting illegally to a second degree felony, and increases attempted illegal voting to a state jail felony.

"Texas has taken a stand for free and fair elections by making Voter ID the law of the land," Lt. Gov. Dewhurst said. "We have a responsibility to protect and defend the Constitution, as well as the laws of our state and nation, and I'm proud to stand with Gov. Perry, members of the Texas Legislature and my fellow Texans to uphold the sanctity of our most fundamental democratic principle: one person, one vote."

"This session, we have taken major steps to ensure elections are fair, legal and without fraud, and Texans can know that we are working to make sure their vote is secure and counts," Speaker Straus said. "I thank Rep. Patricia Harless for her diligent work in passing Voter ID."

Voters who fail to show a photo ID at the polling place may cast a provisional ballot, which is only counted if they appear at the county voter registrar's office within six days after Election Day with the appropriate photo identification.

"Photo ID is simply putting into practice the intent of the current law – that the person who shows up at the polls is who he or she claims to be," Sen. Fraser said. "Voter impersonation is a serious crime, but without a photo ID requirement we can never have confidence in our system of voting."

"We must do all we can to guarantee our elections are conducted fairly and without fraud," Rep. Harless said. "This bill takes a significant step to ensure the integrity of the ballot box by providing a means to deter and detect in-person voter fraud."

**EXHIBIT**

_122_

TX_00024340

Exemptions to the photo ID requirement are available to people who have a religious objection to being photographed, and disabled individuals who provide written documentation from the Social Security Administration or Department of Veterans Affairs confirming their disability and a statement that they do not have any form of photo identification. A disabled voter would then be issued a registration certificate to show in order to vote.

# # #

TX_00024341

| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Cesinger, Katherine |
| **Sent:** | 6/27/2013 3:50:49 PM |
| **Subject:** | Re: MEDIA QUESTION ON EIC - PLEASE ADVISE |
| **Attachments:** | image001.jpg |

Change 1: the farthest anyone has to drive is 84 miles to the Alpine office for the people living in Sanderson - population 744 (Terrell County, population 984).


Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

On Jun 27, 2013, at 15:38, "Cesinger, Katherine" <Katherine.Cesinger@dps.texas.gov> wrote:

Also…if you there is any other data or fact that we can use to squash the presumption that driver license offices are too far out of the way for many Texans, please send that too. Thx again..

---

**From:** Rodriguez, Tony
**Sent:** Thursday, June 27, 2013 2:44 PM
**To:** Cesinger, Katherine
**Subject:** RE: MEDIA QUESTION ON EIC - PLEASE ADVISE

I don't know that.  Let me see what I can do

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Cesinger, Katherine
**Sent:** Thursday, June 27, 2013 2:31 PM
**To:** Rodriguez, Tony
**Subject:** MEDIA QUESTION ON EIC - PLEASE ADVISE

Hey Tony,
Can you please send me the answer to this question?

Also, don't we have some statistic like "90 percent of the Texas population lives within 25 miles of a DL office…" or something like that? If so, please send me the exact language so I can send to him, and squash the presumption he is likely trying to make, which is that *DL offices are not accessible to many Texans.*

EXHIBIT
123

TEX0492758

Thx in advance.
Kat

---

**From:** Casey Michel [mailto:casey.michel@houstonpress.com]
**Sent:** Thursday, June 27, 2013 1:40 PM
**To:** Cesinger, Katherine
**Subject:** Re: News Release: Election Identification Certificates Available June 26

Wonderful - thanks, Katherine. And quick follow-up question: By my count on the website, there are DPS driver license offices in 184 of the 254 counties in Texas?

-Casey

On Thu, Jun 27, 2013 at 1:25 PM, Cesinger, Katherine <Katherine.Cesinger@dps.texas.gov> wrote:

<image001.jpg>

**June 25, 2013**                                                        **NEWS RELEASE**

# Election Identification Certificates Available June 26
*Many Texans already have necessary photo ID for voting*

AUSTIN – Pursuant to a U.S. Supreme Court ruling issued today, new voting requirements passed by the Texas Legislature in 2011 will take effect immediately. Photo identification will now be required when voting in elections in Texas.

On June 26, 2013, the Texas Department of Public Safety (DPS) will begin issuing Election Identification Certificates (EIC) to individuals who do not already have an acceptable form of photo identification (ID) to present when voting. Applications for the EIC will be accepted at DPS driver license offices across Texas.

If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days
- Texas personal identification card – unexpired or expired less than 60 days
- U.S. passport book or card – unexpired or expired less than 60 days
- Texas concealed handgun license – unexpired or expired less than 60 days
- U.S. Military identification with photo – unexpired or expired less than 60 days
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To qualify for an EIC, applicants must be:

- A U.S. citizen;
- A Texas resident;
- Eligible to vote in Texas (show a valid voter registration card or submit a voter registration application when applying for the EIC); and
- 17 years and 10 months or older.

Beginning June 26, individuals may apply for an EIC by visiting a Texas driver license office and completing an EIC application (DL-14C). Applicants must also bring documentation to the office to verify U.S. citizenship and identity.

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is

delivered by mail.

The EIC is free of charge to qualifying applicants and is valid for six years. There is no expiration date of an EIC for citizens 70 years of age or older.

The EIC can only be used for the purpose of voting in an election and may not be used as personal identification.

Residents with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote.  Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: http://www.sos.state.tx.us/.

### (HQ 2013-78)

--
Casey Michel
Editorial Fellow, Houston Press
Office: 713-280-2845 | Cell: 503-201-8071
@cjcmichel

TEX0492760