EIC Messages Posted to Facebook
September 13, 2013 – May 16, 2014

 **Texas Department of Public Safety** shared a link.
September 13

Select offices will be open on Saturdays from 10 a.m. – 2 p.m. beginning September 14 through November 2, to allow residents to apply for EICs only.

No other transactions will be conducted during Saturday business hours. In addition to the Saturday hours, applicants may apply for an EIC at all Texas driver license offices during regular business hours Monday – Friday.

**TxDPS - September 13th, Select Driver License Offices Open Saturdays to Issue Election...**
www.txdps.state.tx.us

AUSTIN – The Texas Department of Public Safety (DPS) is offering Saturday hours at nearly 50 driver license offices across the state as part of an ongoing effort to provide Election Identification Certificates (EICs) to

Like · Comment · Share                    👍 10 💬 2 📤 5



EXHIBIT
133



**Texas Department of Public Safety** shared a link.
September 25

EIC mobile stations will be deployed beginning Oct. 1 to various
locations across the state as determined by the Secretary of State's
Office. To view the current schedule of EIC mobile station locations
and for updates to the schedule, visit www.VoteTexas.gov

**Mobile Stations to Issue Election Identification Certificates...**
www.txdps.state.tx.us

HOUSTON – Texas Public Safety Commission Chair Cynthia Leon today
joined Texas Secretary of State John Steen in announcing Election
Identification Certificates (EIC) will be available at 25 EIC mobile stations,
which will begin deploying across the state next week. These mobile



**Texas Department of Public Safety**
Yesterday

Wednesday, October 23, 2013

DPS mobile stations are currently in the following counties to issue
Election Identification Certificates (EICs):

Hale, Harris, Hidalgo, San Patricio and Tarrant Counties

For more information please visit: VoteTexas.gov

 **Texas Department of Public Safety** shared a link.
4 hours ago

Thursday, October 24, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Harris, San Patricio and Tarrant Counties

For more information please visit: http://votetexas.gov/



**Vote Texas**
votetexas.gov

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

 **Texas Department of Public Safety** shared a link.
about an hour ago

Friday, October 25, 2013

DPS mobile stations are currently in the following counties to issue
Election Identification Certificates (EICs):

Harris, Potter/Randall, Starr and Victoria Counties

For more information please visit: http://votetexas.gov/



**Vote Texas**
votetexas.gov

The November uniform election will take
place on Tuesday, November 5, 2013.
Eligible Texans who are not registered to
vote must register by October 7, 2013 to

 **Texas Department of Public Safety** shared a link.
October 25

REMINDER: Select Driver License Offices Open Saturdays to
Issue Election Identification Certificates

Select offices are open on Saturdays from 10 a.m. – 2 p.m.
through November 2, to allow residents to apply for EICs only.
No other transactions will be conducted during Saturday business
hours.

**October 25th, REMINDER: Select Driver License Offices Open
Saturdays to Issue Election...**
www.txdps.state.tx.us

AUSTIN – The Texas Department of Public Safety (DPS) is reminding
Texans that nearly 50 driver license offices across the state are offering
Saturday hours to provide Election Identification Certificates (EIC) to

Like · Comment · Share                                                   👍 14  💬 1

746 people saw this post                                          📣 Boost Post ▾

 **Texas Department of Public Safety** shared a link.
October 29

Tuesday, October 29, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Harris, Harrison, Maverick and Orange Counties

For more information please visit: http://votetexas.gov/

**VOTETEXAS.GOV**
**MAKE YOUR MARK ON TEXAS**
POWERED BY THE TEXAS SECRETARY OF STATE

**Vote Texas**
votetexas.gov

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

Like · Comment · Share                                    👍 5

377 people saw this post                              📢 Boost Post ▼

 **Texas Department of Public Safety** shared a link.
October 31

Thursday, October 31, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Bowie, Ector, Harris, Liberty, Midland and Val Verde Counties

For more information please visit: http://votetexas.gov/



**Vote Texas**
votetexas.gov

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

 **Texas Department of Public Safety** · 5,729 like this
November 4 at 10:52am ·

Monday, November 04, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Coryell and Harris Counties

For more information please visit: http://votetexas.gov/



**Vote Texas**
votetexas.gov
The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

Like · Comment · Share                                                                                               📄 1



**Texas Department of Public Safety**
January 29 · 

DPS reminds Texans that Election Identification Certificates are available at all Texas driver license offices.

## TxDPS -January 29th, 2014 DPS Reminds Texans: Election Identification Certificates Available at...

The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas.

DPS.TEXAS.GOV | BY DPS IT WEB REQUEST TEAM

Like · Comment · Share

405 people saw this post

Boost Post ▾



**Texas Department of Public Safety**
January 29 · 

DPS reminds Texans that Election Identification Certificates are available at all Texas driver license offices.

## TxDPS -January 29th, 2014 DPS Reminds Texans: Election Identification Certificates Available at...

The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas.

DPS.TEXAS.GOV | BY DPS IT WEB REQUEST TEAM

Like · Comment · Share · 👍 17 💬 2 ↪ 2

968 people saw this post

Boost Post ▾



**Texas Department of Public Safety** shared a link.
January 29

DPS reminds Texans that Election Identification Certificates are available at all Texas driver license offices.

**TxDPS -January 29th, 2014 DPS Reminds Texans: Election Identification Certificates Available at...**
www.dps.texas.gov

The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of



**Texas Department of Public Safety** shared a link.
February 3

Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

**TxDPS -February 3rd, Select Driver License Offices Open Saturdays to Issue Election...**
www.dps.texas.gov

AUSTIN – The Texas Department of Public Safety (DPS) in advance of the upcoming primary election will be offering Saturday hours at select driver license offices throughout the state to issue Election Identification Certificates

 **Texas Department of Public Safety**
February 6 · ☻

WEATHER CLOSURES: DPS Election Identification Certificate mobile stations

The following Election Identification Certificate (EIC) mobile stations will be closed today due to inclement weather:

Armstrong County... See More

Like · Comment · Share · 👍 4

1,043 people saw this post  Boost Post ▾

 **Texas Department of Public Safety**
February 10 · ☻

DPS mobile stations are offering Election Identification Certificates to various locations across Texas.

Click here to find out where:

http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf
DPS.TEXAS.GOV

Like · Comment · Share · 👍 10 ↪ 1

700 people saw this post Boost Post ▾

 **Texas Department of Public Safety**
February 14 · 🌐

Free Election Identification Certificates are available at all DPS driver
license offices. For more info about EICs click here:



## Election Identification Certificate (EIC)

If you do not have any of the following acceptable
forms of ID you may apply for an Election
Identification Certificate (EIC) at no charge.

TXDPS.STATE.TX.US

Like · Comment · Share · 👍 9 💬 4 ↪ 1

633 people saw this post

Boost Post ▾

## Post Details

 **Texas Department of Public Safety**
February 18 · 🌐

DPS reminds Texans: Election Identification Certificates are available at
driver license offices & mobile stations across Texas.

To read more click here:

## TxDPS -February 18th, DPS Reminds Texans: Election Identification Certificates Available at...

AUSTIN – As early voting for the primary election begins today, the Texas
Department of Public Safety (DPS) is reminding Texans that Election Identification
Certificates (EICs) are available at driver license offices, with select offices open on
Saturdays, and at mobile stations in select counties. ...

DPS.TEXAS.GOV | BY DPS F WEB REQUEST TEAM

Like · Comment · Share · 👍 13

827 people saw this post

Boost Post ▾



**Texas Department of Public Safety**
February 21 · 

DPS mobile stations are offering EICs to various locations across Texas.
Find out where:

## DPS Mobile Stations Issuing Election Identification Certificates

DPS.TEXAS.GOV

Like · Comment · Share · 👍 1

573 people saw this post                                          Boost Post ▾



**Texas Department of Public Safety**
February 24 · 

Select driver license offices will be open Saturdays from 10am-2pm to
issue Election Identification Certificates only.

Click here to find out where:

## The listed driver license offices will be open Saturdays to issue EICs only

TXDPS.STATE.TX.US

 **Texas Department of Public Safety**
March 3 ·

Free Election Identification Certificates are available at all DPS driver license offices.

Click here for more info:



**Election Identification Certificate (EIC)**

TXDPS.STATE.TX.US

Like · Comment · Share · 👍 8

664 people saw this post

Boost Post ▼

---

 **Texas Department of Public Safety**
April 17 at 3:37pm ·

DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices

## April 17th, 2014- DPS Reminds Texans: Election Identification Certificates Available at Driver...

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary runoff election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas

DPS.TEXAS.GOV

Like · Comment · Share · 👍 7 💬 5 ➤ 1

755 people saw this post

Boost Post ▼



**Texas Department of Public Safety**
April 23 at 2:51pm · ⊛

Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

## April 23rd, 2014- Select Driver License Offices Open Saturdays to Issue Election Identification...

AUSTIN – The Texas Department of Public Safety (DPS) in advance of the upcoming primary runoff election will be offering Saturday hours at select driver license offices throughout the state to issue Election Identification Certificates (EIC) only. DPS will also be deploying mobile stations to various locations across Texas in an ongoing effort to ensure Texans have access to EICs. Additionally, select county

DPS TEXAS.GOV

Like · Comment · Share · 👍 5 🗨 3 🔗 1

560 people saw this post  Boost Post ▼



**Texas Department of Public Safety**
May 1 at 11:35am · ⊛

Select driver license offices will be open Saturdays to issue Election Identification Certificates (EICs) only.

Click here to learn more about EICs:
http://www.txdps.state.tx.us/DriverLicense/electionID.htm



### Election Identification Certificate (EIC)

Texas voters must show a photo ID to vote in elections in Texas, unless you are exempt

TXDPS.STATE.TX.US

Like · Comment · Share · 👍 11 🗨 1 🔗 3

751 people saw this post Boost Post ▼

 **Texas Department of Public Safety**
May 6 at 8.28am · ⊕

Texas voters can get an Election Identification Certificate (EIC) at any of the more than 220 driver license offices during regular business hours.

Click here to search for driver license offices:
http://www.dps.texas.gov/administration/driver_licensing_control/rolodex/search.asp



### Election Identification Certificate (EIC)

Texas voters can get an Election Identification Certificate (EIC) at any of the more than 220 driver license offices during regular business hours.

TXDPS.STATE.TX.US

Like · Comment · Share · 👍 9 💬 1 ↷ 2

530 people saw this post

Boost Post ▾

---

 **Texas Department of Public Safety**
May 13 at 10:24am · ⊕

DPS mobile stations are offering Election Identification Certificates at various locations across #Texas.

Find out where:
http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf

Like · Comment · Share · 👍 7 💬 3 ↷ 2

1,418 people saw this post

Boost Post ▾

Twitter Messages

June 25, 2013 – May 16, 2014



**Texas DPS** @TxDPS                                              25 Jun
Election identification certificates available June 26 bit.ly/17bZUIF
Expand                              ← Reply  🗑 Delete  ★ Favorite  ••• More



**Texas DPS** @TxDPS                                              2 Aug
Election Identification Certificates are now available at no charge. For
more info about EIC's click here  bit.ly/11FSkF7
Expand



**Texas DPS** @TxDPS                                              7 Aug
Free voter ID's are now available. However, many Texans already have
acceptable forms of ID. Learn more bit.ly/11FSkF7 @VoteTexas
Expand



**Texas DPS** @TxDPS                                              21 Aug
Election Identification Certificates are now available at no charge. For
more info about EIC's click here bit.ly/17bZUIF
Expand



**Texas DPS** @TxDPS                                              4 Sep
Texas voters will now need to show photo ID. Click here for more
information bit.ly/17bZUIF
Expand



**Texas DPS** @TxDPS                                              13 Sep
Select driver license offices will be open Saturdays to issue Election
Identification Certificates bit.ly/1ea1ujO
Expand



EXHIBIT

134

134



**Texas DPS** @TxDPS                                                         20 Sep
DPS is now offering Saturday hours at select driver license offices to
issue EICs (only) to #Texas #voters bit.ly/18gjq84
Expand



**Texas DPS** @TxDPS                                                         24 Sep
Mobile Stations to Issue Election Identification Certificates Across
Texas Beginning Oct. 1 bit.ly/1fiM3HB
Expand



**Texas DPS** @TxDPS                                                          8 Oct
Election Identification Certificates are now available at no charge. For
more info about EICs click here bit.ly/1b8hjDb
Expand



**Texas DPS** @TxDPS                                                         21 Oct
Early voting starts today and Texas voters will need to bring one of the
many acceptable forms of photo ID to vote: bit.ly/18gjq84
Expand



**Texas DPS** @TxDPS                                                         22 Oct
DPS mobile stations in Hale, Harris, Hidalgo, San Patricio & Tarrant
Co.s Wed. to issue EICs. Details @ VoteTexas.gov
Expand



**Texas DPS** @TxDPS                                                         22 Oct
DPS mobile stations in Hale, Harris, Hidalgo, Nueces, Polk and
Tarrant Co.s issuing EICs today! For details, visit VoteTexas.gov
Expand



**Texas DPS** @TxDPS                                              23 Oct
DPS mobile stations in Harris, San Patricio & Tarrant Co.s
Thurs. to issue EICs. Details @ VoteTexas.gov
Expand

**Texas DPS** @TxDPS                                              23 Oct
Select driver license offices will be open Saturdays through Nov
2 to issue EICs only bit.ly/1bfSkgL
Expand

**Texas DPS** @TxDPS                                              24 Oct
For current and upcoming mobile EIC locations, please visit:
VoteTexas.gov
Expand

**Texas DPS** @TxDPS                                              25 Oct
For current and upcoming mobile EIC locations, please visit:
VoteTexas.gov
Expand

**Texas DPS** @TxDPS                                              25 Oct
REMINDER: Select driver license offices will be open Saturdays
to issue Election Identification Certificates bit.ly/16ARMiO

**Texas DPS** @TxDPS                                              28 Oct
Free Election Identification Certificates are available at all DPS
driver license offices. For more info: bit.ly/18gjq84
Expand



**Texas DPS** @TxDPS                                              29 Oct
For current and upcoming mobile EIC locations, please visit:
bit.ly/1aR8o7c
Expand



**Texas DPS** @TxDPS    30 Oct
Select driver license offices will be open Saturdays through Nov
2 to issue EICs only bit.ly/1bfSkgL

Expand



**Texas DPS** @TxDPS    4 Nov
For current mobile EIC locations, please visit: bit.ly/HFjggK

Expand



**Texas DPS** @TxDPS   Jan 29
DPS reminds Texans that Election Identification Certificates are available at all
TX driver license offices: bit.ly/1egY5iI

Expand



**Texas DPS** @TxDPS   Feb 3
Select driver license offices will be open Saturdays to issue Election
Identification Certificates. bit.ly/1dYLBav

Expand



**Texas DPS** @TxDPS   Feb 5
Free Election Identification Certificates are available at all DPS driver license
offices. For more info click here bit.ly/1ke4m21

Expand



**Texas DPS** @TxDPS · Feb 6
Contact an EIC mobile station for possible weather-related closures / delays
before visiting. Contact info at bit.ly/1azZuRJ
Expand



**Texas DPS** @TxDPS · Feb 6
EIC mobile stations CLOSED today in Armstrong, Collingsworth, Jack & Roberts
counties due to weather.
Expand



**Texas DPS** @TxDPS · Feb 10
DPS mobile stations are offering EICs to various locations across #Texas. Find
out where: bit.ly/1azZuRJ.
Expand



**Texas DPS** @TxDPS · Feb 12
DPS is offering Saturday hours at select driver license offices to issue EICs
only. Read more bit.ly/1g34yvO
Expand



**Texas DPS** @TxDPS · Feb 14
Free Election Identification Certificates are available at all DPS driver license
offices. For more info click here: bit.ly/1ke4m21
Expand



**Texas DPS** @TxDPS · Feb 18
Early voting begins today; EICs are available at driver license offices & mobile
stations across Texas. Read more: bit.ly/1gBau1m
Expand



**Texas DPS** @TxDPS · Feb 18
DPS reminds Texans: Election Identification Certificates are available at driver
license offices & mobile stations. bit.ly/1gBau1m
Expand



**Texas DPS** @TxDPS · Feb 19
Select driver license offices will be open Saturdays to issue EICs only. Click
here to learn more about EICs: bit.ly/1ke4m21
Expand



**Texas DPS** @TxDPS · Feb 21
DPS mobile stations are offering EICs to various locations across #Texas. Find
out where: bit.ly/1azZuRJ

Expand



**Texas DPS** @TxDPS · Feb 24
Free Election Identification Certificates are available at all DPS driver license
offices. Click here for more info: bit.ly/1ke4m21

Expand



**Texas DPS** @TxDPS · Feb 26
DPS mobile stations are offering EICs to various locations across #Texas. Find
out where: bit.ly/1azZuRJ

Expand



**Texas DPS** @TxDPS · Mar 3
Free Election Identification Certificates are available at all DPS driver license
offices. Click here for more info: bit.ly/1ke4m21

Expand



**Texas DPS** @TxDPS · Apr 17
DPS Reminds Texans: Election Identification Certificates Available at Driver
License Offices bit.ly/1qQqY9C

Expand



**Texas DPS** @TxDPS · Apr 23
Select Driver License Offices Open Saturdays to Issue Election Identification
Certificates bit.ly/1fqNRK1

Expand



**Texas DPS** @TxDPS · Apr 28
DPS mobile stations are offering EICs in various locations across #Texas. Find
out where: bit.ly/1azZuRJ

Expand



**Texas DPS** @TxDPS · Apr 30
Select driver license offices will be open Saturdays to issue EICs only. Click
here to learn more about EICs: bit.ly/1ke4m21

Expand



**Texas DPS** @TxDPS · May 2
Select county locations are issuing (only) EICs at the local level. For these
counties, click: bit.ly/1iCSW6U

Expand



**Texas DPS** @TxDPS · May 5
TX voters can get an EIC at any of the more than 220 driver license offices
during regular business hours. Locations- bit.ly/1ftLHOY
Expand



**Texas DPS** @TxDPS · May 7
DPS is now offering Election Identification Certificates at mobile stations in
select counties. For details: bit.ly/1azZuRJ
Expand



**Texas DPS** @TxDPS · May 9
DPS is now offering Saturday hours at select driver license offices to issue EICs
(only) to #Texas #voters bit.ly/1g34yvO
Expand



**Texas DPS** @TxDPS · May 12
Free Election Identification Certificates are available at all DPS driver license
offices. Click here for more info: bit.ly/1ke4m21
Expand



**Texas DPS** @TxDPS · May 14
DPS mobile stations are offering EICs at various locations across #Texas. Find
out where: bit.ly/1azZuRJ
Expand



**Texas DPS** @TxDPS · May 16
Select driver license offices will be open Saturdays to issue EICs only. Click
here to learn more about EICs: bit.ly/1ke4m21
Expand



# Texas
## Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
June 25, 2013

**PRESS RELEASE**
Media and Communications Office
(512) 424-2080

# Election Identification Certificates Available June 26
*Many Texans already have necessary photo ID for voting*

AUSTIN – Pursuant to a U.S. Supreme Court ruling issued today, new voting requirements passed by the Texas Legislature in 2011 will take effect immediately. Photo identification will now be required when voting in elections in Texas.

On June 26, 2013, the Texas Department of Public Safety (DPS) will begin issuing Election Identification Certificates (EIC) to individuals who do not already have an acceptable form of photo identification (ID) to present when voting. Applications for the EIC will be accepted at DPS driver license offices across Texas.

If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days
- Texas personal identification card – unexpired or expired less than 60 days
- U.S. passport book or card – unexpired or expired less than 60 days
- Texas concealed handgun license – unexpired or expired less than 60 days
- U.S. Military identification with photo – unexpired or expired less than 60 days
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To qualify for an EIC, applicants must be:

- A U.S. citizen;
- A Texas resident;
- Eligible to vote in Texas (show a valid voter registration card or submit a voter registration application when applying for the EIC); and
- 17 years and 10 months or older.

Beginning June 26, individuals may apply for an EIC by visiting a Texas <u>driver license office</u> and completing an EIC application (DL-14C). Applicants must also bring the following items to the office to verify <u>U.S. citizenship</u> and <u>identity</u>.

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

**Read about DPS online at www.txdps.state.tx.us**

EXHIBIT
*135*

The EIC is free of charge to qualifying applicants and is valid for six years. There is no expiration date of an EIC for citizens 70 years of age or older.

The EIC can only be used for the purpose of voting in an election and may not be used as personal identification.

Residents with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: http://www.sos.state.tx.us/.

### (HQ 2013-78)



**Texas**
**Department of Public Safety**

**FOR IMMEDIATE DISTRIBUTION**
September 13, 2013

**PRESS RELEASE**
Media and Communications Office
(512) 424-2080

## Select Driver License Offices Open Saturdays to Issue Election Identification Certificates
*No driver license transactions will be conducted on Saturdays*

AUSTIN – The Texas Department of Public Safety (DPS) is offering Saturday hours at nearly 50 driver license offices across the state as part of an ongoing effort to provide Election Identification Certificates (EICs) to Texans in need of proper identification required to vote in elections in Texas.

Select offices will be open on Saturdays from 10 a.m. – 2 p.m. beginning September 14 through November 2, to allow residents to apply for EICs <u>only</u>. No other transactions will be conducted during Saturday business hours. In addition to the Saturday hours, applicants may apply for an EIC at <u>all Texas driver license offices</u> during regular business hours Monday – Friday.

For a list of offices that will be open on Saturdays to issue EICs, visit http://www.dps.texas.gov/DriverLicense/documents/openCtyOfcs.pdf.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an <u>Application for Texas Election Certificate (DL-14C)</u>.

**Read about DPS online at www.txdps.state.tx.us**

To qualify for an EIC, an applicant must:
- <u>Bring documentation</u> to the office to verify **U.S. citizenship**
- <u>Bring documentation</u> to the office to verify **Identity**
- Be eligible to vote in Texas (<u>Bring a valid voter registration card</u> or submit a voter registration application through the Texas Department of Public Safety at the office)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and <u>can be used for voting</u> until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

Texans with a documented disability may apply at their <u>county voter registrar</u> for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-113)

**Read about DPS online at www.txdps.state.tx.us**



**Texas**
Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
September 24, 2013

**PRESS RELEASE**
Media and Communications Office
(512) 424-2080

# Mobile Stations to Issue Election Identification Certificates Across Texas Beginning Oct. 1

HOUSTON – Texas Public Safety Commission Chair Cynthia Leon today joined Texas Secretary of State John Steen in announcing Election Identification Certificates (EIC) will be available at 25 EIC mobile stations, which will begin deploying across the state next week. These mobile stations, which will issue EICs only, are part of an ongoing effort to provide EICs to Texans in need of photo identification now required to vote in elections in Texas.

"Elections are always an exciting time for voters, communities and government. In partnership with the Secretary of State, DPS is taking extra measures to increase the convenience for those seeking to apply for an Election Identification Certificate," said Chair Leon. "Texans now have several different options to obtain an EIC if they don't already have the necessary photo identification to cast their vote."

EIC mobile stations will be deployed beginning Oct. 1 to various locations across the state as determined by the Secretary of State's Office. To view the current schedule of EIC mobile station locations and for updates to the schedule, visit www.VoteTexas.gov

Texans can now obtain an EIC at:
- Any of the more than 220 Texas driver license offices across Texas during regular business hours;
- Select driver license offices on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only); and
- EIC mobile station locations (EIC transactions only).

Most Texans already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are **not** eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting

**Read about DPS online at www.txdps.state.tx.us**

- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office or EIC mobile station, and complete an Application for Texas Election Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- **Bring documentation** to verify U.S. citizenship
- **Bring documentation** to verify Identity
- Be eligible to vote in Texas (**Bring a valid voter registration card** or submit a voter registration application through DPS)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office or mobile station.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail. The EIC is *free of charge* to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can only be used for the purpose of voting in an election and may not be used as personal identification.

Texans with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-119)



**Texas**
**Department of Public Safety**

**FOR IMMEDIATE DISTRIBUTION**
October 25, 2013

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

## REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates
*Certificates also available at mobile stations, select county locations throughout the state*

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans that nearly 50 driver license offices across the state are offering Saturday hours to provide Election Identification Certificates (EIC) to those in need of proper identification required to vote in elections in Texas.

Select offices are open on Saturdays from 10 a.m. – 2 p.m. through November 2, to allow residents to apply for EICs <u>only</u>. **No other transactions will be conducted during Saturday business hours**.

Texans can now obtain an EIC at:

- Any of the <u>**more than 220 Texas driver license offices**</u> during regular business hours
- <u>**Select driver license offices**</u> **on Saturdays** from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at VoteTexas.gov and http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf
- <u>**Select county locations**</u>, issuing only EICs at the local level

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

**Read about DPS online at www.txdps.state.tx.us**

To apply for an EIC, applicants must visit a driver license office or mobile station and complete an <u>Application for Texas Election Certificate (DL-14C)</u>.

To qualify for an EIC, an applicant must:
- <u>Bring documentation</u> to the office to verify **<u>U.S. citizenship</u>** and **<u>Identity</u>**
- Be eligible to vote in Texas (<u>Bring a valid voter registration card</u> or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and <u>can be used for voting</u> until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: <u>http://www.txdps.state.tx.us/DriverLicense/electionID.htm</u>.

For more information on voting in Texas, visit the Secretary of State's website: <u>www.votetexas.gov</u>.

### (HQ 2013-127)



**Texas**
Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
**January 29, 2014**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

## DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas.

The 2014 primary election in Texas is March 4, with early voting from February 18 - 28. The last day to register to vote in the 2014 primary election is Monday, Feb. 3.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an <u>Application for Texas Election Certificate (DL-14C)</u>.

To qualify for an EIC, an applicant must:
- <u>Bring documentation</u> to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (<u>Bring a valid voter registration card</u> or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and <u>can be used for voting</u> until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: <u>http://www.txdps.state.tx.us/DriverLicense/electionID.htm</u>.

For more information on voting in Texas, visit the Secretary of State's website: <u>www.votetexas.gov</u>.

### (HQ 2014-010)



**FOR IMMEDIATE DISTRIBUTION**
**February 3, 2014**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

## Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

*Certificates also available at mobile stations, select county locations*

AUSTIN -- The Texas Department of Public Safety (DPS) in advance of the upcoming primary election will be offering Saturday hours at select driver license offices throughout the state to issue Election Identification Certificates (EIC) only. DPS will also be deploying mobile stations to various locations across Texas in an ongoing effort to ensure Texans have access to EICs. Additionally, select county offices will be issuing EICs at the local level.

The 2014 primary election in Texas is March 4, with early voting from February 18 - 28.

Texans can obtain an EIC at:
- Any of the **more than 220 Texas driver license offices** during regular business hours
- **Select driver license offices** on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf and VoteTexas.gov
- **Select county locations** issuing only EICs at the local level

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

**Read about DPS online at www.txdps.state.tx.us**

To apply for an EIC, applicants must visit one of the locations listed above and complete an application for a Texas Election Identification Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2014-015)



**Texas**
Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
**February 18, 2014**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices, Mobile Stations

AUSTIN – As early voting for the primary election begins today, the Texas Department of Public Safety (DPS) is reminding Texans that Election Identification Certificates (EICs) are available at driver license offices, with select offices open on Saturdays, and at mobile stations in select counties. Additionally, select county offices will be issuing EICs at the local level.

The 2014 primary election in Texas is March 4, with early voting from today through February 28.

Texans can obtain an EIC at:
- Any of the **more than 220 Texas driver license offices** during regular business hours
- **Select driver license offices** on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf and VoteTexas.gov
- **Select county locations** issuing only EICs at the local level

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit one of the locations listed above and complete an application for a Texas Election Identification Certificate (DL-14C).

**Read about DPS online at www.txdps.state.tx.us**

To qualify for an EIC, an applicant must:
- <u>Bring documentation</u> to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (<u>Bring a valid voter registration card</u> or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and <u>can be used for voting</u> until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2014-22)



**Texas**
**Department of Public Safety**

**FOR IMMEDIATE DISTRIBUTION**
**April 17, 2014**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary runoff election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas.

The 2014 primary runoff election in Texas is May 27, with early voting from May 19 - 23.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an <u>Application for Texas Election Certificate (DL-14C)</u>.

To qualify for an EIC, an applicant must:
- <u>Bring documentation</u> to verify **<u>U.S. citizenship</u>** and **<u>Identity</u>**
- Be eligible to vote in Texas (<u>Bring a valid voter registration card</u> or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**Read about DPS online at www.txdps.state.tx.us**

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and <u>can be used for voting</u> until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: <u>http://www.txdps.state.tx.us/DriverLicense/electionID.htm</u>.

For more information on voting in Texas, visit the Secretary of State's website: <u>www.votetexas.gov</u>.

### (HQ 2014-46)

# Texas
## Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
**April 23, 2014**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# Select Driver License Offices Open Saturdays to Issue Election Identification Certificates
*Certificates also available at mobile stations, select county locations*

AUSTIN – The Texas Department of Public Safety (DPS) in advance of the upcoming primary runoff election will be offering Saturday hours at select driver license offices throughout the state to issue Election Identification Certificates (EIC) only. DPS will also be deploying mobile stations to various locations across Texas in an ongoing effort to ensure Texans have access to EICs. Additionally, select county locations will be issuing EICs at the local level.

The 2014 primary runoff election in Texas is May 27, with early voting from May 19 - 23.

Texans can obtain an EIC at:
- Any of the **more than 220 Texas driver license offices** during regular business hours
- **Select driver license offices** on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf and VoteTexas.gov
- **Select county locations** issuing only EICs at the local level, which can be found at http://www.dps.texas.gov/DriverLicense/documents/EICCountyrun.pdf

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

**Read about DPS online at www.txdps.state.tx.us**

To apply for an EIC, applicants must visit one of the locations listed above and complete an application for a Texas Election Identification Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2014-50)

**Read about DPS online at www.txdps.state.tx.us**

PL200
9/2/2014
2:13-cv-00193



★ DAVID DEWHURST    CONSERVATIVE • LT GOVERNOR • 2014    MEET DAVID    VOTE    ENDORSE    DONATE    STORE

Life    Education    Fiscal Responsibility    Jobs    Transportation    Voter ID    Health Care    Immigration    Guns

## Top Accomplishments
Feb 24, 2014

# SHARE



The best indicator of future performance is past performance. Below are my top 10 accomplishments from my tenure serving as your Lieutenant Governor.Together, we've made Texas the envy of the nation. Let's keep it that way for generations to come.

**Accomplishment: Passed Voter ID Legislation**

· **Texas Passed Voter I.D. Bill In 2011 Session.** "Perry also signed a controversial Voter ID Act this year and pushed for legislation against 'sanctuary cities' — a bill that Tea Party members in Texas this week demanded he revive to prove his anti-illegal bona fides." (Caroline May, "Immigration Hawks: Hit Perry On His Record," *The Daily Caller*, 9/20/11)

**Accomplishment: Reduced Spending By 11.5 Percent**

· **According To The Legislative Budget Board, Texas State Spending Has Declined By 11.5 Percent Since 2002.** "According to the LBB, Texas state government spending — tracked from 2002 through 2015 — will have declined by 11.5 percent, when adjusted for population growth and inflation." (Patricia Kilday Hart, "Report: State Spending Down 11.5 Percent Since 2002," *Houston Chronicle*, 8/12/13)

**Accomplishment: Cut Taxes Over 54 Times**

· ***Austin American-Statesman:* "About 63 ... Measures Giving Someone A Tax Break Passed Into Law On Dewhurst's Watch."** "About 63 (or 54) measures giving someone a tax break passed into law on Dewhurst's watch, but it's not like Texans are less tapped by such taxes of late than before." (W. Gardner Selby, PolitiFact Texas, 12/8/13)

**Accomplishment: Oversaw The Passage Of The Largest Tax Cut In Texas History**

· **In 2006 The State Legislature Passed The "Largest Tax Cut In Texas History."** "Mr. Perry's 2006 rewrite of the state's primary business tax came with a break on local property taxes and was the largest tax cut in Texas history, said spokeswoman Lucy Nashed." (Kristina Peterson, "Perry's Texas Tax Plan Runs Into Criticism," *The Wall Street Journal*, 8/9/13)

**Accomplishment: Banned Abortion After 20 Weeks**

· **In 2013 The Texas Senate Passed "Sweeping New Abortion Restrictions" That, Among Other Things, Banned Abortion After 20 Weeks.** "The Texas Senate passed sweeping new abortion restrictions late Friday, sending them to Republican Gov. Rick Perry to sign into law after weeks of protests and rallies that drew thousands of people to the Capitol and made the state the focus of the national abortion debate. ... House Bill 2 would require doctors to have

EXHIBIT 3 7-29-14

Grace

SHARES    1



Top Accomplishments

SHARES    55

14 REASONS to vote for ★★★★★★★★★★★★★★★★★★ DAVID DEWHURST IN 2014

14 Reasons to vote for Dewhurst in 2014

SHARES    128

admitting privileges at nearby hospitals, allow abortions only in surgical centers, limit where and when women may take abortion-inducing pills and ban abortions after 20 weeks." (Chris Tomlinson, "Senate Passes New Abortion Restrictions," *The Associated Press*, 7/12/13)

· **NOTE: In 2013 The Texas Senate Passed "Sweeping New Abortion Restrictions" That, Among Other Things, Banned Abortion After 20 Weeks.** "The Texas Senate passed sweeping new abortion restrictions late Friday, sending them to Republican Gov. Rick Perry to sign into law after weeks of protests and rallies that drew thousands of people to the Capitol and made the state the focus of the national abortion debate. ... House Bill 2 would require doctors to have admitting privileges at nearby hospitals, allow abortions only in surgical centers, limit where and when women may take abortion-inducing pills and ban abortions after 20 weeks." (Chris Tomlinson, "Senate Passes New Abortion Restrictions," *The Associated Press*, 7/12/13)

**Accomplishment: Mandated Drug Testing For Recipients Of Unemployment Benefits**

· **In 2013 The Texas Legislature Passed Legislation Mandating People Pass A Drug Test To Receive Unemployment Benefits.** "Workers who lose their jobs would have to clear a drug screening to qualify for unemployment compensation under a proposal approved by the Texas Legislature." (Michael Brick, "Drug Tests For Unemployment Benefits Approved," *The Associated Press*, 5/25/13)

**Accomplishment: Oversaw Rainy Day Fund Growth Of Well Over 1,000 Percent**

· **The Ending Rainy Day Account Balance For Fiscal Year 2003 Was $560.5 Million.** (Gerard MacCrossan, "Rainy Day Fund 101," Texas Comptroller Of Public Accounts, 1/11)

· **The Rainy Day Fund Currently Has A Balance Of About $8 Billion.** "After debating the issue for months, lawmakers moved forward with a budget deal Wednesday evening that includes tapping the Rainy Day Fund for $3.9 billion. That should leave the fund with about $8 billion under current projections." (Aman Batheja, "Budget Deal Leaves About $8 Billion In Rainy Day Fund," *Texas Tribune*, 5/23/13)

**Accomplishment: Improved Both The State And Local Tax Burden In Texas**

· **Texas' Combined State And Local Tax Burden Has Improved Between 2002 And 2010.** In 2002 Texas' combined state and local tax burden was 44th highest in the nation. In 2010 (most recent available) Texas' combined state and local tax burden was 45th highest in the nation. ("Texas' State And Local Tax Burden, 1977-2010," Tax Foundation, 10/23/12)

**Accomplishment: Oversaw The Addition Of Over 1.6 Million New Private Sector Jobs (When Seasonally Adjusted)**

· **Texas Has Added 1,630,700 Private Sector Jobs Since Dewhurst Assumed Office.** In January 2003 Texas had 7,747,300 private sector jobs. In August 2013 Texas had 9,378,000 private sector jobs. (U.S. Bureau Of Labor Statistics, Accessed 10/9/13)

**Accomplishment: Passed A "National Example" Of Tort Reform**

· **In 2003 Texas Passed Tort Reform Legislation Touted As Being A "National Example."** "Although Texas is being held up as a national example of success in limiting medical malpractice damages -- with a 51 percent increase in new doctors and a 27 percent drop in malpractice insurance rates since a law went into effect in 2003 -- the impact on consumers has been far less clear." (Dianna Hunt, "Texas Tort Reform Law Held Up As Model, But Its Effect On Patients Is Unclear," *McClatchy Newspapers*, 12/27/09)

**Accomplishment: Balanced The Texas Budget Six Times**

· **In 2012 Dewhurst Touted The Fact He Balanced Five State Budgets.** "A strong fiscal conservative, [Dewhurst] helped pass the largest tax cut in state history, cut taxes and fees 51 times for over $14 billion in savings, and balanced five state budgets without raising taxes." ("U.S. Senate Candidate David Dewhurst's Bio," 4/10/12)

· **The Texas Budget Is Balanced For 2014-15.** "The new budget that we approved for 2014-2015 focuses on the core functions of government. The budget for Texas is balanced, contains no new taxes, substantially ends diversions by more than $800 million, restores funding to public education, meets all of the obligations of the state for the next 24-month period, has $1.35 billion in targeted business tax relief and stays below the Constitutional spending limit." (Tony Dale, "Balancing The Texas Budget In The 2013 Session," *Austin American-Statesman*, 6/13/13)

**Accomplishment: Fought Obamacare Expansion In Texas**

· **This Year Dewhurst Rebuffed Attempts By The Federal Government To Expand Medicaid Through The Affordable Care Act (Obamacare).** "State Senate leaders say they want to improve the quality of Medicaid in Texas, but that doesn't mean expanding it to cover more people. The Affordable Care Act would broaden the pool of people who qualify for Medicaid in 2014 in states that choose to do that. But Lt. Gov. David Dewhurst says an expansion in Texas is off the table." (Laura Rice, "No Medicaid Expansion In Texas, Dewhurst Says," KUT, 1/16/13)

**Accomplishment: Passed The "Women's Right To Know Act"**

· **Under Dewhurst's Leadership Texas Has Passed Pro-Life Legislation Like The "Women's Right To Know Act" In 2003, Financing For Abortion Alternatives In 2005 And The Abortion Sonogram Law In 2011.** "Elizabeth Graham, executive director of Texas Right to Life, said at Thursday's news conference that 'we've passed more pro-life legislation in the last 10 years than in history.' She recounted how Texas had approved the 'Women's Right to Know' Act in 2003, added financing for alternatives to abortion to the state budget in 2005, and passed the abortion sonogram law in 2011." (Becca Aaronson, "Dewhurst: Abortion Bill Could Get Approved This Week," *Texas Tribune*, 7/11/13)

**Accomplishment: Passed The Alternatives To Abortion Program**

| | |
|---|---|
| My Open Letter to Piers Morgan | 7,222 |
| SB 11 has passed the Texas Senate | 2,070 |
| Come and Take It! | 1,872 |
| Not for the faint of heart | 1,548 |
| Texas Progress Report: So Far, So Great | 1,427 |

·   **Under Dewhurst's Leadership Texas Has Passed Pro-Life Legislation Like The "Women's Right To Know Act" In 2003, Financing For Abortion Alternatives In 2005 And The Abortion Sonogram Law In 2011.** "Elizabeth Graham, executive director of Texas Right to Life, said at Thursday's news conference that 'we've passed more pro-life legislation in the last 10 years than in history.' She recounted how Texas had approved the 'Women's Right to Know' Act in 2003, added financing for alternatives to abortion to the state budget in 2005, and passed the abortion sonogram law in 2011." (Becca Aaronson, "Dewhurst: Abortion Bill Could Get Approved This Week," *Texas Tribune*, 7/11/13)

**Accomplishment: Passed Abortion Sonogram Law**

·   **Under Dewhurst's Leadership Texas Has Passed Pro-Life Legislation Like The "Women's Right To Know Act" In 2003, Financing For Abortion Alternatives In 2005 And The Abortion Sonogram Law In 2011.** "Elizabeth Graham, executive director of Texas Right to Life, said at Thursday's news conference that 'we've passed more pro-life legislation in the last 10 years than in history.' She recounted how Texas had approved the 'Women's Right to Know' Act in 2003, added financing for alternatives to abortion to the state budget in 2005, and passed the abortion sonogram law in 2011." (Becca Aaronson, "Dewhurst: Abortion Bill Could Get Approved This Week," *Texas Tribune*, 7/11/13)

**Accomplishment: Increased Border Security Funding By One-Third**

·   **Border Security Funding Has Increased By One-Third In The Past Legislative Session.** "Yet his cited figures drew from budget summaries that did not show all border spending. Budgeted border security funding in 2014-15 exceeds the total in the 2012-13 budget by about one third, while budgeted 2014-15 spending on battling gangs has yet to be fully calculated." (Sue Owen, PolitiFact Texas, 8/2/13)

**Accomplishment: Passed Jessica's Law, Which Permits The Death Penalty For Dangerous Child Predators**

·   **The Legislature Passed Jessica's Law In 2007, Which "Permitted The Death Penalty For Offenders Twice-Convicted Of Aggravated Sexual Assault Of A Child Under 14."** "Earlier, the 2007 Legislature approved Jessica's Law; it permitted the death penalty for offenders twice-convicted of aggravated sexual assault of a child under 14." (Tara Merrigan, PolitiFact Texas, 7/3/12)

**Accomplishment: Led The Fight On CSCOPE**

·   **Alice Linehan, CSCOPE Activist On Dewhurst: "He's One Of Us."** "Alice Linahan, an activist from Denton County who hosted the podcast, welcomed Dewhurst's passionate engagement. 'He was talking like a ticked-off dad. … That's what we wanted to hear. He's one of us,' Linahan said." (Kate Alexander, "School Lessons Become Flash Point In Political Campaign," *Austin American-Statesman*, 8/1/13)

·   **CSCOPE Activist Kara Sands Said Dewhurst Played An Integral Role In Ending CSCOPE.** "Kara Sands, a Corpus Christi parent who pushed for the review of the CSCOPE lessons, said Dewhurst played an integral role behind the scenes to get Patrick's legislation out of the Senate." (Kate Alexander, "School Lessons Become Flash Point In Political Campaign," *Austin American-Statesman*, 8/1/13)

·   **Sands: "Dewhurst Was Getting It Done In The Senate. … He's Not A Latecomer."** "'As Dan Patrick was jumping in front of cameras, David Dewhurst was getting it done in the Senate. … He's not a latecomer,' Sands said." (Kate Alexander, "School Lessons Become Flash Point In Political Campaign," *Austin American-Statesman*, 8/1/13)

**Accomplishment: Expanded The Number Of Charter Schools In The State**

·   **In 2013 The Texas Legislature Passed A Law Lifting The Limit On The Number Of Charter School Operators In Texas.** "Opening the door to a new wave of independent charter schools in Texas, the Legislature voted Sunday to gradually lift the longtime limit on the number of charter school operators in the state and to give the Texas Education Agency new authority to clean up troubled schools." (Terrence Stutz, "Legislature OKs Bills Expanding Texas Charter Schools, Cutting High-Stakes Tests," *Dallas Morning News*, 5/26/13)

## Border Security Accomplishments:

The real problem is that the federal government has FAILED to secure the border and protect this country. As Lt. Governor, I have stepped up to lead when Washington has failed and we have shown Washington how to secure a border.

Under my leadership, Texas has invested $795.2 million for border security.

Including an increase of approximately $122M this past session. With this funding, DPS successfully executed the Operation Strong Safety Mission proving that an increased presence on the border works.

During this operation, DPS achieved some astounding results. Crime rates related to drugs, cartels, transnational gangs, and illegal border activity plummeted, because we were effectively stopping illegal entry at the border.

If Washington continues to fail to secure the border, I will make this type of presence by DPS on the border permanent next session.

**Armed Boats** - DPS has been able to increase patrols on key stretches of the Rio Grande thanks to new tactical boats being manned by highly-trained DPS personnel. Air Crews provided aerial support to detect and disrupt suspicious criminal activity with state funded helicopters and a high altitude aircraft, while numerous state troopers, agents and Texas Rangers engaged the cartels and gang members on the ground.

**Sent letter to Obama on paying back county jail costs** for housing more than 130,000 people that illegally enter our state. $156.6 million to house 131,000. (SB1698). Nearly 90% of TExas counties are affected by this unnecessary burden. The hardest hit county have been: Harris County - $50 million, Travis County - $22 million.

**Operation Strong Safety Results:** During this operation, DPS achieved some astounding results. Crime rates related to drugs, cartels, transnational gangs, and illegal border activity plummeted, because we were effectively stopping illegal entry at the border.

## Summary of major pro-life accomplishments since 2003:

**Prenatal Protection Act in 2003.** Protects the unborn child as an individual person from murder and assault the same as a newborn child. As a result numerous criminals have been convicted and are serving life sentences for murder involving an unborn child, regardless of whether the mother died during the act of violence.

**Women's Right to Know Act in 2003.** Requires abortion doctors to provide informed consent information at least 24 hours before the abortion. Required late abortions be performed only in ambulatory surgical centers or hospitals to protect the safety of women.

**Require written, notarized parental consent for abortion on minor girls in 2005.** Resulted in more than 20% drop in abortions on minor girls.

**Ban on abortions beginning at 26 weeks of pregnancy (3rd trimester) in 2005.** Resulted in a dramatic drop on 3ird-trimester abortions in Texas.

**Funding for compassionate alternatives to abortion from 2005 through 2013.** Now funding $5 million/yr through HHSC grants to more than 50 pro-life agencies that provide alternatives to abortion.

**Promote life-saving adult, not embryonic, stem cell research and treatments from 2005 through 2013.** Treatments for life-threatening diseases like sickle-cell anemia, heart disease, and cancer or now available in Texas.

**Defunded Planned Parenthood $29 of $31 million tax dollars annually for family planning in 2011 and 2013.** While federal and state law prevents the family planning funds from paying directly for abortions, Planned Parenthood used the funds to share the costs of abortion facilities. Planned Parenthood runs the state's largest chain of abortion facilities, but their number is down as a result of the funding cuts. Of the 14 abortion facilities Planned Parenthood ran 12 months ago, four have closed (Abilene, Bryan, Midland, Odessa), one is inactive (Stafford), and at least one is teetering (Waco).

**Choose Life license plate bill in 2011.** Passed bill to create the Choose Life specialty license plate to promote infant adoption as a compassionate alternative to abortion.

**Sonogram bill in 2011.** Requires all abortion doctors to offer women the opportunity to see the unborn child and to hear the child's heartbeat at least 24 hours before the abortion. Also requires the abortion doctor to personally meet with the woman in a private and confidential setting at least 24 hours before the abortion to explain the risks of abortion, the characteristics of the unborn child, and the alternatives.

**HB 2 in 2013.** Dramatically Increases safety standards at abortion facilities across Texas and bans abortion after the fifth month of pregnancy.

Home        Meet David        Join the Team        Privacy Policy        Contact Us

Pol. ad. paid for by David Dewhurst Committee