**PL201**
**9/2/2014**
**2:13-cv-00193**

# Texas Legislature
**Bills By Committee**
**Committee of the Whole Senate**
78th Legislature Regular Session
Report Date: 7/28/2014

Number of Bills: 3

**Bills Out of Committee (3)**:

HB 5    Author:    Grusendorf | Marchant | Wilson | Hill | Heflin

Sponsor:    Shapiro

Last Action: 05/12/2003 S Returned from the House for further action

Caption:    Relating to public school finance, a state ad valorem tax, state general sales and use taxes, state taxes on the sale or use of a motor vehicle, and property tax relief for residential tenants.

SB 2    Author:    Shapiro

Last Action: 05/02/2003 S Committee report printed and distributed: May 2 2003 2:57PM

Caption:    Relating to public school finance, a state ad valorem tax, state general sales and use taxes, state taxes on the sale or use of a motor vehicle, and property tax relief for residential tenants.

SJR 1    Author:    Shapiro

Last Action: 05/07/2003 H Referred to Ways & Means

Caption:    Proposing a constitutional amendment to provide financial support for public education by creating the Texas education fund, imposing a state property tax, increasing the state general sales and use tax rate, expanding the general sales and use tax base to include certain services, increasing the state motor vehicle sales and use tax rate, abolishing the school district property tax for maintenance and operations purposes, dedicating the proceeds of any state lottery to public education, authorizing a school district property tax for the purpose of educational enrichment, and repealing the restriction on the legislature's authority to limit annual increases in the appraised value of residence homesteads for ad valorem tax purposes.



# Texas Legislature
## Bills By Committee
## Committee of the Whole Senate
### 79th Legislature Regular Session
### Report Date: 7/28/2014

No bills have been reported to committee.

# Texas Legislature
## Bills By Committee
## Committee of the Whole Senate
### 80th Legislature Regular Session
### Report Date: 7/28/2014

No bills have been reported to committee.

# Texas Legislature
## Bills By Committee
## Committee of the Whole Senate
### 81st Legislature Regular Session
### Report Date: 7/28/2014

Number of Bills: 1

**Bills Out of Committee (1)**:

SB 362      Author:      Fraser | Estes

            Sponsor:     Smith, Todd

            Last Action: 05/23/2009 H Placed on Major State Calendar

            Caption:     Relating to requiring a voter to present proof of identification.

Case 2:13-cv-00193 Document 665-7 Filed on 11/11/14 in TXSD Page 5 of 38

# Texas Legislature
## Bills By Committee
## Committee of the Whole Senate
### 82nd Legislature Regular Session
### Report Date: 7/28/2014

Number of Bills: 1

**Bills Out of Committee (1)**:

SB 14      Author:      Fraser | Birdwell | Carona | Deuell | Duncan | et al.

              Sponsor:      Harless | Taylor, Larry | Pena | Truitt | Smith, Todd

              Last Action: 05/27/2011 E See remarks for effective date

              Caption:      Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

Case 2:13-cv-00193   Document 665-7   Filed on 11/11/14 in TXSD   Page 6 of 38

# Texas Legislature
## Bills By Committee
## Committee of the Whole Senate
### 83rd Legislature Regular Session
### Report Date: 7/28/2014

No bills have been reported to committee.

# Texas Legislature Online
# History

| | | |
|---|---|---|
| **Bill:** HB 218 | **Legislative Session:** 80(R) | **Council Document:** 80R 1644 JRJ-F |

**Last Action:**   05/16/2007 S Co-sponsor authorized

**Caption Version:**   Senate Committee Report
**Caption Text:**   Relating to requiring a voter to present proof of identification.

**Author:**   Brown, Betty | Berman | Bohac | Riddle

**Coauthor:**   Aycock | Christian | Darby | Harless | Harper-Brown | King, Susan | Laubenberg | Macias | Miller | Paxton | Taylor | Zedler

**Sponsor:**   Fraser

**Cosponsor:**   Jackson, Mike | Nelson

**Subjects:**   Elections--Administration (I0277)
Elections--General (I0310)
Elections--Registration & Suffrage (I0265)
IDENTIFICATION CARDS (S0074)

**House Committee:** Elections
**Status:**   Out of committee
**Vote:**   Ayes=4  Nays=0  Present Not Voting=0  Absent=3

**Senate
Committee:**   State Affairs
**Status:**   Out of committee
**Vote:**   Ayes=6  Nays=3  Present Not Voting=0  Absent=0



**Actions:** (descending date order)
Viewing Votes: Most Recent House Vote | Most Recent Senate Vote

| Description | Comment | Date ▼ | Time | Journal Page |
|---|---|---|---|---|
| S Co-sponsor authorized | | 05/16/2007 | | 2140 |
| S Record vote | | 05/15/2007 | | 2064 |
| S Motion to suspend regular order fails | | 05/15/2007 | | 2064 |
| S Vote reconsidered | | 05/15/2007 | | 2063 |
| S Read 2nd time | | 05/15/2007 | | 2063 |
| S Record vote | | 05/15/2007 | | 2063 |
| S Rules suspended-Regular order of business | | 05/15/2007 | | 2063 |
| S Co-sponsor authorized | | 05/03/2007 | | 1634 |
| S Placed on intent calendar | | 05/02/2007 | | |
| S Committee report printed and distributed | | 05/01/2007 | 03:18 PM | |
| S Reported favorably as substituted | | 05/01/2007 | | 1574 |

| | | | |
|---|---|---|---|
| S | Testimony taken in committee | | 04/30/2007 | |
| S | Considered in public hearing | | 04/30/2007 | |
| S | Scheduled for public hearing on . . . . . | | 04/30/2007 | |
| S | Referred to State Affairs | | 04/26/2007 | 1372 |
| S | Read first time | | 04/26/2007 | 1372 |
| S | Received from the House | | 04/25/2007 | 1261 |
| H | Reported engrossed | | 04/24/2007 07:16 PM | 2486 |
| H | Statement(s) of vote recorded in Journal | | 04/24/2007 | 2247 |
| H | Record vote | RV#621 | 04/24/2007 | 2246 |
| H | Passed | | 04/24/2007 | 2246 |
| H | Read 3rd time | | 04/24/2007 | 2246 |
| H | Reason for vote recorded in Journal | | 04/23/2007 | 2228 |
| H | Record vote | RV#618 | 04/23/2007 | 2227 |
| H | Passed to engrossment as amended | | 04/23/2007 | 2227 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | 2224 |
| H | Record vote | RV#617 | 04/23/2007 | 2223 |
| H | Amendment tabled | | 04/23/2007 | 2223 |
| H | Point of order withdrawn (amendment) | Rule 11, Section 2 | 04/23/2007 | 2223 |
| H | Amendment(s) offered | 30-Strama | 04/23/2007 | 2222 |
| H | Amended | 29-Y. Davis | 04/23/2007 | 2222 |
| H | Amendment withdrawn | 17-Y. Davis | 04/23/2007 | 2222 |
| H | Vote reconsidered | | 04/23/2007 | 2222 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | 2222 |
| H | Record vote | RV#616 | 04/23/2007 | 2221 |
| H | Amendment tabled | 28-Villarreal | 04/23/2007 | 2221 |
| H | Amended | 27-Y. Davis | 04/23/2007 | 2221 |
| H | Amended | 26-Escobar | 04/23/2007 | 2219 |
| H | Amended | 25-Vaught, Garcia, Noriega, Escobar, Leibowitz, McReynolds, Menendez, and Farrar | 04/23/2007 | 2217 |
| H | Amended | 24-Rose | 04/23/2007 | 2217 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | 2216 |
| H | Record vote | RV#615 | 04/23/2007 | 2216 |
| H | Amendment tabled | 23-Heflin | 04/23/2007 | 2215 |
| H | Nonrecord vote recorded in Journal | | 04/23/2007 | 2211 |
| H | Amended | 22-Heflin | 04/23/2007 | 2215 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | 2215 |
| H | Record vote | RV#614 | 04/23/2007 | 2214 |
| H | Amendment tabled | 21-Herrero | 04/23/2007 | 2213 |
| H | Record vote | RV#613 | 04/23/2007 | 2213 |
| H | Amendment tabled | 20-Herrero | 04/23/2007 | 2213 |
| H | Point of order withdrawn (amendment) | Rule 11, Section 2 | 04/23/2007 | 2213 |

| H | Amendment(s) offered | 20-Herrero | 04/23/2007 | 2212 |
|---|---|---|---|---|
| H | Amendment withdrawn | 19-Leibowitz | 04/23/2007 | 2212 |
| H | Record vote | RV#612 | 04/23/2007 | 2212 |
| H | Amendment tabled | 18-Alonzo | 04/23/2007 | 2211 |
| H | Amended | 17-Y. Davis | 04/23/2007 | 2211 |
| H | Amended | 16-Villarreal and Heflin | 04/23/2007 | 2210 |
| H | Record vote | RV#611 | 04/23/2007 | 2210 |
| H | Amendment tabled | | 04/23/2007 | 2210 |
| H | Point of order overruled | Rule 4, Section 32(c) | 04/23/2007 | 2210 |
| H | Point of order withdrawn (amendment) | Rule 11, Section 3 | 04/23/2007 | 2209 |
| H | Amendment(s) offered | 15-Dutton | 04/23/2007 | 2209 |
| H | Amended | 14-Y. Davis | 04/23/2007 | 2209 |
| H | Record vote | RV#610 | 04/23/2007 | 2208 |
| H | Amendment tabled | 13-Gonzales | 04/23/2007 | 2208 |
| H | Amended | 12-Y. Davis | 04/23/2007 | 2208 |
| H | Record vote | RV#609 | 04/23/2007 | 2207 |
| H | Amendment tabled | 11-Anchia | 04/23/2007 | 2207 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | 2207 |
| H | Record vote | RV#608 | 04/23/2007 | 2206 |
| H | Amendment tabled | 10-Veasey | 04/23/2007 | 2206 |
| H | Statement of Leg. Intent Recorded in Journal | | 04/23/2007 | 2204 |
| H | Amended | 9-Leibowitz | 04/23/2007 | 2204 |
| H | Point of order sustained (amendment) | Rule 11, Section 3 | 04/23/2007 | 2204 |
| H | Amendment(s) offered | 8-Anchia | 04/23/2007 | 2202 |
| H | Record vote | RV#607 | 04/23/2007 | 2202 |
| H | Amendment tabled | 7-Turner | 04/23/2007 | 2201 |
| H | Amendment withdrawn | 6-Anchia | 04/23/2007 | 2201 |
| H | Amended | 5-B. Brown | 04/23/2007 | 2200 |
| H | Amended | 4-B. Brown | 04/23/2007 | 2200 |
| H | Amended | 1-B. Brown | 04/23/2007 | 2200 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | 2200 |
| H | Record vote | RV#605 | 04/23/2007 | 2199 |
| H | Amendment to amendment tabled | 3-Leibowitz | 04/23/2007 | 2199 |
| H | Record vote | RV#604 | 04/23/2007 | 2198 |
| H | Amendment to amendment tabled | 2-Dunnam | 04/23/2007 | 2198 |
| H | Amendment(s) offered | 1-B. Brown | 04/23/2007 | 2198 |
| H | Read 2nd time | | 04/23/2007 | 2196 |
| H | Placed on Major State Calendar | | 04/23/2007 | |
| H | Considered in Calendars | | 04/19/2007 | |
| H | Committee report sent to Calendars | | 04/18/2007 | |
| H | Committee report printed and distributed | | 04/17/2007 09:40 PM | |
| H | Comte report filed with Committee Coordinator | | 04/17/2007 | 2099 |

| H | Reported favorably w/o amendment(s) | 04/16/2007 | |
|---|---|---|---|
| H | Considered in formal meeting | 04/16/2007 | |
| H | Scheduled for formal meeting on . . . . | 04/16/2007 | |
| H | Meeting cancelled | 04/16/2007 | |
| H | Scheduled for formal meeting on . . . . | 04/16/2007 | |
| H | Recommitted to committee | 04/16/2007 | 1959 |
| H | Placed on Major State Calendar | 04/17/2007 | |
| H | Considered in Calendars | 04/12/2007 | |
| H | Committee report sent to Calendars | 04/03/2007 | |
| H | Committee report printed and distributed | 04/02/2007 05:19 PM | |
| H | Comte report filed with Committee Coordinator | 04/02/2007 | 1558 |
| H | Reported favorably w/o amendment(s) | 03/28/2007 | |
| H | Considered in public hearing | 03/28/2007 | |
| H | Left pending in committee | 02/28/2007 | |
| H | Testimony taken in committee | 02/28/2007 | |
| H | Considered in public hearing | 02/28/2007 | |
| H | Scheduled for public hearing on . . . . | 02/28/2007 | |
| H | Referred to Elections | 01/30/2007 | 259 |
| H | Read first time | 01/30/2007 | 259 |
| H | Filed | 11/14/2006 | |



Post Office Box 12068
Austin, Texas 78711

# OFFICE OF THE LIEUTENANT GOVERNOR
## David Dewhurst

**FOR IMMEDIATE RELEASE**
May 11, 2009

## Statement by Lt. Governor David Dewhurst on House Committee Passage of Legislation Protecting Against Voter Fraud

AUSTIN — Lt. Gov. David Dewhurst today released the following statement upon passage of Senate Bill 362 by the House Elections Committee. SB 362 will help protect against voter fraud by requiring registered voters to verify their identity at the polls.

"The vast majority of Texans agree that by simply asking Texans to verify their identity at the polls, we can help prevent known voter fraud and ensure every vote cast is legal," Lt. Governor Dewhurst said. "The cornerstone of America's democratic process is one person, one vote and by passing Senate Bill 362, the House Elections Committee has moved us one step closer to preserving this important principle."

- 30 -

Office of Lieutenant Governor David Dewhurst, Capitol Station, P.O. Box 12068, Austin, Texas 78711. Tel: (512) 463-0001
DAVID DEWHURST | NEWS | CONTACT DAVID | LINKS | TEXAS SENATE | SENATORS | COMMITTEES | ESPAÑOL



EXHIBIT
11
Dewhurst



# Off the Kuff

**Knowledge Is Good in the Reality-Based Community**
Contact me: kuff - at - offthekuff.com

« Is redistricting reform about to become a reality? | Main | Derr misses filing deadline »

March 04, 2009

### DEWHURST MAKES THE CASE AGAINST VOTER ID

That wasn't his intent, of course, but it's clear to see in his **plea for a "compromise"** on the measure that the more people like Lt. Gov. Dewhurst argue for voter ID legislation, the more obvious it is that they're pursuing a partisan fix to a non-existent problem.

> "I still can't believe we're not really close on this," Dewhurst told reporters after the Senate adjourned for the day, just a few minutes ago. "Democrats are concerned about elderly voters with no ID ... and I've wanted a grace period of 2-4 years. We've also considered having the state paying for the ID."

Right off the bat, he's admitting that previous efforts by Republicans such as himself to cram this legislation through would have had the effect of disenfranchising some voters, including elderly people such as **Royal Masset's mother,** and by implication poorer people. Perhaps if the Republicans had shown any kind of concern for these points earlier on, there might have been room for some kind of compromise, one that made a real effort to address the lack of photo ID among some segments of the voting population. At this juncture, especially after all the crap he tried in the last session and the voter ID bill exception that was carved out of the rules on Day One of this session, I can't imagine any Democrat taking him at his word on anything related to this topic.

> Asked why the Voter ID law is needed, Dewhurst cited allegations that surfaced last year during the presidential campaign in Ohio, of advocacy groups that registered to vote a number of fakers: "Mickey Mouse, the Dallas Cowboys starting team" among others.
>
> "In Harris County, we had 4-5,000 people registered to vote who, when they were called for jury duty, they sent their (voter) cards back. That could have been a felony," he said.

First, note the artful dodge of the question. As has been the case consistently since this bogus issue first became the **single most important issue facing Texas today**, nobody who favors voter ID legislation can point to a single case of voter impersonation at the polls, which is what this law is allegedly supposed to prevent. There's certainly various types of vote fraud that occur, mostly having to do with mail-in ballots and yes, voter registration, but in neither case would voter ID legislation have any effect. The solution, such as it is, has never fit the problem.

As for the "Mickey Mouse" voter registration case Dewhurst cites, the thing to remember is that none of those obviously phony registrations turned into actual voter registration cards that were then used by actual people. No fraudulent votes were cast. There's been a relentless focus on this issue over the past few years by the state and national GOP, and the number of prosecutable cases that they've turned up, even by the most partisan Attorneys General and the Bush Justice Department, have been vanishingly few. They don't have the goods, so they point to something vaguely similar and hope it confuses people.

On the matter of voter registration, I'll refer you to **these** two **posts** by Matt Yglesias last fall. We deliberately make it hard to register to vote, and easy for people who want to vote and are perfectly eligible to vote to be

denied that opportunity, as happened to **many Harris County residents** last year. If Dewhurst and the Republicans are really serious about finding a compromise, I say that **Greg's idea** about same-day voter registration, right up to and including Election Day, would be the starting point for such negotiations.

But I don't expect them to try. This is just a little good-cop stuff, done in the hope that we'll forget everything that came before now, including in this session. Dewhurst didn't force the two-thirds rule change to build consensus, he did it to clear a path. I expect him and his partymates to take it. The only question is what the Dems have in store to try to trip them up.

Posted by Charles Kuffner on March 04, 2009 to **That's our Lege**

**Comments**

**Post a comment**

If you have a TypeKey identity, you can **sign in** to use it here.

(If you haven't left a comment here before, you may need to be approved by the site owner before your comment will appear. Until then, it won't appear on the entry. Thanks for waiting.)

Name:

Email Address:

URL:

☐ Remember personal info?

Comments: (you may use HTML tags for style)

Preview   Post

FORGET PERSONAL INFORMATION



| | |
|---|---|
| **From:** | Bryan Hebert |
| **Sent:** | Wednesday, March 04, 2009 1:32 PM |
| **To:** | Janice McCoy |
| **Subject:** | ID docs |
| **Attachments:** | VOTE - REASONS TO SUPPORT SB362.doc; VOTE - TALKING POINTS.doc; VOTE-PROVISIONAL BALLOT PROCESS.doc; VOTE - state law comparison.doc; VOTE - Pre-clearance by DOJ.doc; VOTE - GETTING BC OR ID.doc |

for your use, as needed

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
*The Capitol*
*P.O. Box 12068*
*Austin, TX 78711-2068*
*ph: (512) 463-0001*
*fax: (512) 936-8144*



EXHIBIT
14
Dewhurst

1

HIGHLY CONFIDENTIAL

TX_00087007

## REASONS TO SUPPORT SB362 AS FILED

(1)     This bill improves security in election process but is not as restrictive as Indiana
and Georgia. There is less chance of disenfranchising elderly, poor, or minority
voters.

(2)     This is a compromise bill that is basically the same bill that passed the House and
the Senate State Affairs Committee last session.

(3)     Senators Fraser, Williams, and Duncan support this version of the bill, and
are explaining it to members of Senate and House.

(4)     Potentially gets support from conservative House Democrats (Ritter,
Hopson, and Homer) and undecided House Republicans (Merritt and Jones).

(5)     Increases chances of federal pre-clearance (because many forms of ID are
acceptable, and provisional ballot procedure is less burdensome).

HIGHLY CONFIDENTIAL

**TX_00087008**

## TALKING POINTS

I. THE THREAT OF FRAUD IS REAL
- Deceased voters, felons, duplicate registrations, and non-residents remain on voter rolls (*2007 State Auditor report found over 49,000 of these possible ineligible voters*)
- Fraudulent registration applications are rampant (*over 6,000 applications by non-citizens rejected in Harris County from 2004-2007, and 2008 ACORN registration scandal made national news*)
- Texas Election Administration Management (TEAM) system is improving, but continues to have accuracy problems
- Current election system is inadequate to catch in-person voting fraud

II. THIS BILL PROTECTS TEXAS VOTERS
- Deters and detects fraud
- Improves and modernizes election procedures
- Protects against fraud enabled by inaccurate registration rolls
- Counts only eligible voters' votes
- Protects public confidence in elections

*(These points are taken directly from Supreme Court opinion describing Indiana's "legitimate state interests")*

III. THIS BILL REPRESENTS COMPROMISE AND AN ATTEMPT TO ENSURE THAT EVERY ELIGIBLE VOTER CAN VOTE AND THAT ONLY LEGITIMATE VOTES ARE COUNTED

- Allows both photo and non-photo forms of ID
- Not as restrictive as Indiana and Georgia laws (which were both upheld by the federal courts)
- Requires months of statewide voter education efforts before law takes effect

HIGHLY CONFIDENTIAL

**TX_00087009**

## TEXAS PROVISIONAL BALLOT PROCESS

(1) If a voter is unable to produce ID or is not listed on precinct list, the voter may cast a provisional ballot.

(2) Provisional ballot is a paper ballot that is placed in a sealed envelope, which the voter signs and on which the voter lists any information which may help determine the voter's eligibility (address, social security number, driver's license number, etc)

(3) All provisional ballots are placed in a secure ballot box and transferred to the county ballot board when polls close.

(4) If the election is decided by fewer votes than the number of provisional ballots cast, the provisional ballots are counted.

(5) The county ballot board and voter registrar examine each provisional ballot and, using county records and other public information, attempt to verify whether the voter is eligible. If deemed eligible, the vote is counted.

(6) The county ballot board and voter registrar must complete verification within 7 days of the election. The county must notify a voter within 10 days of canvassing the votes whether the voter's provisional ballot was accepted.

TX_00087010

HIGHLY CONFIDENTIAL

|  | INDIANA LAW | GEORGIA LAW | TEXAS - SB 362 | TEXAS - CURRENT LAW |
|---|---|---|---|---|
| **REQUIRED I.D.** | One photo ID:<br>• state or federal ID that includes name, photo, and expiration date (specific forms of ID not provided) | One photo ID:<br>• driver's license (even if expired)<br>• state or federal photo ID<br>• local, state, or federal govt employee photo ID<br>• U.S. passport<br>• military photo ID<br>• tribal photo ID | One photo ID:<br>• DPS-issued ID that has not expired in last two years<br>• military photo ID<br>• citizenship certificate with photo<br>• U.S. passport<br>• concealed handgun ID<br>• state or federal photo ID<br><br>- OR -<br><br>Two non-photo ID:<br>Govt-issued mail or document; Birth certificate; Citizenship papers; Marriage license or divorce decree; Adoption, name change, or sex change court records; Public benefits card; Temporary driving permit; Pilot's license; Library card, Hunting or fishing license | voter registration card<br><br>- OR -<br><br>sign affidavit at polls<br>**AND**<br>• DPS-issued ID (even if expired)<br>• any photo ID with name<br>• birth certificate<br>• citizenship papers<br>• U.S. passport<br>• govt-issued mail or document<br>• other ID prescribed by Sec of State |
| **EXCEPTIONS TO PHOTO REQUIREMENT** | • indigent<br>• religious objection<br>• voters in state-licensed care facility | none | non-photo documents are acceptable | (photo ID not required) |
| **PROVISIONAL BALLOT** | If no ID, voter may cast provisional ballot and must return within 10 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot and must return within 2 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and registrar must confirm eligibility within 7 days | If no ID, voter may cast provisional ballot, and registrar must confirm eligibility within 7 days |

HIGHLY CONFIDENTIAL

TX_00087011

| **REQUIRED VOTER EDUCATION** | secretary of state conducts statewide education campaign for voters and poll workers | none | secretary of state conducts statewide education campaign for voters and poll workers | N/A |

HIGHLY CONFIDENTIAL

TX_00087012

## FEDERAL PRECLEARANCE OF TEXAS VOTER ID LAW REQUIRED

### WHAT IS PRECLEARANCE?

Section 5 of the Voting Rights Act states that a covered jurisdiction (such as Texas) may not implement a change in its election laws or practices unless the jurisdiction demonstrates the change will be free of any racially discriminatory purpose or effect. The burden is on the state to prove that the change in law will not have a discriminatory impact. Redistricting plans are the most common source of preclearance opinions, but any change in voting is subject to preclearance.

### WHO PROVIDES PRECLEARANCE?

A covered jurisdiction must submit a proposed election law to either the United States Department of Justice - Civil Rights Division for formal approval or to the United States District Court for the District of Columbia for a declaratory judgment that the proposed law is acceptable. Both venues use the same standard of review.

### WHAT IS THE PRECLEARANCE PROCESS?

After passage by the Texas legislature, and before the effective date of the Act, the Texas Secretary of State will submit the appropriate paperwork for preclearance to the DOJ or the Attorney General will file a preclearance action in the DC District Court. The DOJ or Court will conduct a statistical and legal analysis to determine if the proposed law has any racially discriminatory purpose or effect.

### WHAT HAPPENED WITH GEORGIA?

In 2005, Georgia passed a voter ID law that allows only photo ID and requires voter to return within 2 days to confirm identity for provisional ballot. Career attorneys and analysts at DOJ wrote a 50-page memo explaining why the Georgia law was retrogressive and should be denied preclearance. Bush political appointees at the DOJ overruled that determination and granted preclearance. (The 11th Circuit Court later upheld the plan under the standards enumerated by the Supreme Court.)

### THE BOTTOM LINE

Even if the Texas legislature passes a voter ID bill that is signed by the governor, it will not take effect until the attorneys at the DOJ or the judges at the DC District Court determine that minority voters will not be adversely affected by the ID requirements.

The Bush political appointees at the DOJ have been replaced by Obama political appointees, and the career attorneys and analysts that wrote the 2005 memo remain.

If the DOJ or DC Circuit Court grants preclearance, the law is still likely to be challenged in federal court under the more relaxed guidelines established in the Indiana case.

TX_00087013

HIGHLY CONFIDENTIAL

## PROCESS FOR GETTING COPY OF TEXAS BIRTH CERTIFICATE

(1) In Austin (Office of Vital Statistics):
- Bring photo ID, OR two documents with your name, one of which has your
  signature, OR a copy of immediate family member's photo ID
- Pay $22
- Birth certificate usually ready in less than 2 hours

(2) Online order:
- Enter driver license number
- Pay $22 by credit card
- Birth certificate delivered in 10-15 days

(3) By expedited mail:
- Submit application with ID documents by overnight mail or fax
- Pay $43 by credit card
- Birth certificate delivered in 10-15 days

(4) By regular mail:
- Submit application with ID documents by regular U.S. mail
- Pay $38 by credit card, check, or money order
- Birth certificate delivered in 3-4 weeks if credit card payment, or ready in 6-8
  weeks if check or money order payment

*[Louisiana, New Mexico, and New York have similar systems. Delivery by mail from
these states takes 4-8 weeks and costs $10-30]*

-------------------------------------------------------------

## PROCESS FOR GETTING DPS-ISSUED ID CARD

(1) Submit application with government-issued photo ID or birth certificate and two
    supporting documents. Non-citizens must provide proof of lawful status in U.S.
(2) Pay $15 for ID card, or $24 for driver license if 18-85 years old (both IDs require
    renewal every 6 years)
(3) ID card is processed in Austin (no matter where in Texas it is requested)
(4) ID card is mailed from Austin 2-6 weeks after request.

*[DPS offices in Harris, Dallas, Tarrant, El Paso, Maverick, and Liberty counties confirm
that all driver's license and ID requests in Texas are sent to Austin for processing and
take 2-6 weeks.]*

HIGHLY CONFIDENTIAL

TX_00087014



*Fold on line and seal before mailing*

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 4511    AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

DALLAS COUNTY
REGISTRAR OF VOTERS
2377 N STEMMONS FWY STE 820
DALLAS TX 75207-9903

*Fold on line and seal before mailing*

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by Election Day.
- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.
- You must not have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

## Filling out the Application

- Review the application carefully, fill it out, sign and date it and mail it to the voter registrar in your county or drop it by the Voter Registrar's office.

- All voters who register to vote in Texas must provide a Texas driver's license number or personal identification number issued by the Texas Department of Public Safety. If you don't have such a number, simply provide the last four digits of your social security number. If you don't have a social security number, you need to state that fact.
- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later. Your registration must be effective on or before an election day in order to vote in that election.
- If you move to another county, you must re-register in the county of your new residence.

Please visit the Texas Secretary of State website, **www.sos.state.tx.us**, and for additional election information visit **www.votexas.org**.

**Este formulario está disponible en español. Favor de llamar a su registrador de votantes local para conseguir una versión en español.**

DALLAS_2011_VR17.11EI3.indd   1  12/1/2011  3:37:08 PM



# Texas Voter Registration Application

Prescribed by the Office of the Secretary of State    VR17.2011E13

**For Official Use Only**

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local voter registrar.

## 1 These Questions Must Be Completed Before Proceeding

**Check one**

☐ New Application    ☐ Change of Address, Name, or Other Information    ☐ Request for a Replacement Card

| Are you a United States Citizen? | ☐ Yes | ☐ No |
|---|---|---|

| Will you be 18 years of age on or before election day? | ☐ Yes | ☐ No |
|---|---|---|

**If you checked 'No' in response to either of the above, do not complete this form.**

| Are you interested in serving as an election worker? | ☐ Yes | ☐ No |
|---|---|---|

**2 Last Name** Include Suffix if any (Jr, Sr, III)    **First Name**    **Middle Name** (if any)    **Former Name** (if any)

**3 Residence Address:** Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address)

City

**TEXAS**

County

Zip Code

**4 Mailing Address:** Street Address and Apartment Number. (If mail cannot be delivered to your residence address.)

City

State

Zip Code

**5 Date of Birth:** (mm/dd/yyyy)

☐☐ / ☐☐ / ☐☐☐☐

**6 Gender** (Optional)
☐ Male
☐ Female

**7 Telephone Number** (Optional) Include Area Code

(☐☐☐) ☐☐☐ – ☐☐☐☐

**8 Texas Driver's License No. or Texas Personal I.D. No.** (Issued by the Department of Public Safety)

☐☐☐☐☐☐☐☐☐

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number

XXX-XX- ☐☐☐☐

☐ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

**9** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

**X** _____

Date ___ / ___ / ___

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

*Doble por la línea y selle antes de enviar*



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 4511    AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

DALLAS COUNTY
REGISTRAR OF VOTERS
2377 N STEMMONS FWY STE 820
DALLAS TX 75207-9903

*Doble por la línea y selle antes de enviar*

## Requisitos

- Hay que registrarse para votar en el condado donde reside.
- Hay que ser ciudadano de los Estados Unidos.
- Hay que tener por lo menos 17 años con 10 meses de edad o más para registrarse, y hay que tener 18 años de edad para el Día de Elecciones.
- Hay que no haber sido condenado por un delito grave, o en caso de ser delincuente, haber purgado la pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o haber obtenido un indulto.
- Hay que no haber sido declarado total ni parcialmente, como mentalmente discapacitado sin derecho al voto, por fallo final de un juzgado de sucesiones.

## Rellenar la solicitud

- Revisar la solicitud detenidamente, rellenarla, firmarla, escribir la fecha y enviarla por correo al registrador de votantes de su condado o llevarla en persona a la oficinal del Registrador de Votantes.

- Todo votante que se inscriba para votar en Texas deberá proporcionar un número de licencia de conducir de Texas o un número de identificación personal emitido por el Departamento de Seguridad Pública de Texas. Si no tiene tal número, basta con proporcionar las últimas cuatro cifras de su número de seguro social. Si no tiene un número de seguro social, deberá declarar que no lo tiene.
- Su registro de votantes entra en vigor 30 días después que se reciba o cuando usted cumpla los 18 años, cual ocurra más tarde. Su registro deberá ser válido en o antes del día de elecciones de cierta elección para poder votar en tal elección.
- Si se muda a otro condado, hay que volver a registrarse en el condado de su nueva residencia.

Por favor visite la página Web de la Secretaría del Estado de Texas, **www.sos.state.tx.us**, y para información adicional sobre elecciones visite **www.votexas.org**.

**This application is available in English. Please contact your local voter registrar to receive a copy in English.**

SPANISH_DALLAS_2011_VR17.11SI3.indd  1                                   1/18/2012  4:57:27 PM

## Solicitud de registro electoral en Texas

Por orden de la Secretaria de Estado          VR17.2011S.13

Exclusivo para uso oficial

Favor de llenar cada sección con letra de molde LEGIBLE. Si tiene preguntas sobre cómo rellenar este formulario, por favor comuníquese con su registrador de votantes local.

### 1 Debe contestar estas preguntas antes de proseguir

**Marque un recuadro**

☐ Nueva solicitud     ☐ Cambio de domicilio, nombre y/o otra información     ☐ Reemplazo de tarjeta

| ¿Es usted ciudadano de los Estados Unidos? | ☐ Sí | ☐ No |
|---|---|---|
| ¿Tendrá 18 años cumplidos antes o el día de la elección? | ☐ Sí | ☐ No |

**Si marcó 'No' como respuesta a cualquiera de las preguntas anteriores no llene esta solicitud.**

| ¿Tiene interés en participar como trabajador electoral? | ☐ Sí | ☐ No |
|---|---|---|

**2** **Apellido** Incluir sufijo si lo hay (Jr, Sr, III) | **Primer nombre** | **Segundo nombre** (si aplica) | **Nombre anterior** (si aplica)

**3** **Domicilio residencial**: Número y calle, y número de apartamento o interior. Si no existe un domicilio, describa donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo).

Ciudad | **TEXAS**

Condado | Código postal

**4** **Dirección postal**: Número y calle, y número de apartamento o interior (si no se puede entregar el correo en su domicilio residencial).

Ciudad | Estado

Código postal

**5** **Fecha de nacimiento**: (mm/dd/aaaa)   ☐☐ / ☐☐ / ☐☐☐☐

**6** **Sexo** (Optativo)   ☐ Masculino   ☐ Femenino

**7** **Teléfono** (Optativo) Incluya código de área   (☐☐☐) ☐☐☐ – ☐☐☐☐

**8** No. de licencia de conducir de Texas o no. de identificación personal de Texas (Expedido por el Departamento de Seguridad Pública).

☐☐☐☐☐☐☐☐

Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social

XXX-XX- ☐☐☐☐

☐ No tengo licencia de conducir de Texas/Número de Identidad Personal de Texas ni un número de Seguro Social.

**9** Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. Cometer este delito puede resultar en privación de la libertad hasta 180 días, multa de hasta $2,000 o ambos castigos. Por favor lea cada una de las tres declaraciones antes de firmar.

- soy residente de este condado y ciudadano de los Estados Unidos;
- no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o se me otorgó un indulto; y
- no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

**X** _____     Fecha ___ / ___ / ___

Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

PL207
9/2/2014
2:13-cv-00193

552.111
*all*

DRAFT 11/18/10

### Management of Major Legislation

**Legislation Expected in Gov. Perry's Proclamation:**

Eminent Domain - Senate goes first; Senate passed last session
Sanctuary Cities - House goes first and possibly combines with other legislation for an
    immigration package
Voter ID - Senate goes first; Senate passed last session (explain that House can manage it)
Sunset Bills from 81st Legislature - divide bills between Senate and House
    Insurance, Texas Department of
    Juvenile Probation Commission, Texas
    Racing Commission, Texas
    Transportation, Texas Department of
    Youth Commission, Texas

**Other Major Legislative Initiatives:**
Immigration - House goes first and possibly combines with other legislation for an
    immigration package
Budget - House goes first
Redistricting - House Bill would begin in the House and Senate Bill would begin in the Senate
    Congressional Redistricting would depend upon the special order

**Remaining Issues:**
Balanced Budget SJR by Ogden
Virginia Law on ObamaCare
Bills to implement budget cuts
School Finance Bill
Arizona Law on Immigration
Sonogram Bill
Any Margins Tax bills



TX_00034



PL208
9/2/2014
2:13-cv-00193

**DRAFT PROCEDURES FOR
CONSIDERATION OF SB14, Voter I.D. Bill**

### Thursday, January 20, 2011

Governor designates Voter I.D. legislation an emergency pursuant to Constitutional Order of Business.

Coordination with Senator Duncan and staff.

Phone calls to members giving heads up on voter i.d. timeline.

Formal letter to members regarding next week.

### Friday, January 21, 2011

Early morning:  post hearings of the C.O.W. for Monday and Tuesday.
Staff meetings to coordinate hearings.
Senator Duncan to circulate procedure resolution draft to key members (?)

### Monday, January 24, 2011

Senate:
        Convene at 1:30pm.
        Usual Senate Business.
        Refer SB 14 to C.O.W.
        Recognize Senator Duncan on resolution outlining procedures for C.O.W.
        Resolve into C.O.W.

C.O.W.:
        Lay out SB14 and recognize Fraser on bill.  Member Q&A to follow.
        Invited Testimony.
        Motion to adopt amendment deadline (_a.m. Tuesday morning?).
        Rise and report progress to Senate.

Senate:
        Recess until 8:00am Tuesday morning.

EXHIBIT
19
Dewhurst

HIGHLY CONFIDENTIAL

TX_00034561

DRAFT

PL209
9/2/2014
2:13-cv-00193

All amendments filed today in the Committee of the Whole will be held over as floor amendments for consideration by the full Senate during second reading tomorrow.

To simplify consideration of S.B. 14 on the floor, we will use the introduced version of the bill instead of the committee printing. This will allow us to use the current amendments without making page and line number changes.

Please draft any new amendments to the introduced version of S.B. 14. Drafters at Texas Legislative Council and E&E have been asked to keep amendments consistent by also drafting to the introduced version.



**HIGHLY CONFIDENTIAL**

TX_00034565

(skip this header)



EXHIBIT
22
Dewhurst
7-24-14
bobbies

ALL SET
daily deals up to 70% off

shop home

zulily

AUSTIN CITY LIMITS
MUSIC FESTIVAL
Win Tickets!

Subscribe to Express-News · Find&Save · Classifieds · Obituaries · Celebrations · Place a Classified
Register · Sign In
Like

July 25, 2014
San Antonio's Home Page
102° F
Partly Cloudy

mySA.com
Local Directory

Home | Local | US & World | Business | Sports | Food | Entertainment | Lifestyle | Opinion | Cars | Jobs | Homes | FIND&SAVE

NEWS

# Dewhurst on hot seat in Houston debate

BY PATRICIA KILDAY HART, HOUSTON CHRONICLE · SEPTEMBER 16, 2013

E-mail   Print

Recommend
Tweet    26





Photo By Todd Spoth Photography, LLC

◄ 1 of 8 ►

Latest News Videos

Your Vote

Frost   EXPLORE FROST PERSONAL ACCOUNT

MEMBER FDIC

INTRODUCING A NEW STANDARD FOR
WHAT CHECKING SHOULD BE
Top-Rated Apps
+
Lower Fees
+
Award-Winning
Service

Bad news
Your Web browser
doesn't allow Polar polls
here.

Good News
Updating your Web
browser will fix this.

Lt. Gov. David Dewhurst, defending his job, says taxes have been cut "50 times" since he took office.




During his first public encounter with three Republican challengers, Lt. Gov. David Dewhurst on Monday spent an uncomfortable hour in Houston defending his 10-year record against assertions he allowed Democrats and "mob rule" to thwart the passage of conservative legislation.

In a debate sponsored by Houston's Ronald Reagan Republican Women's Club, Sen. Dan Patrick, R-Houston, said missteps by Dewhurst permitted Fort Worth Democrat Wendy Davis to nearly derail abortion regulations with a filibuster in June that could have been prevented.

"Wendy Davis should never have had the floor that day," Patrick said. "There are many ways we could have stopped that from happening."

Though Dewhurst blocked passage of the bill only temporarily, Patrick blamed the theatrics surrounding the legislation on "a lack of planning, a lack of leadership, a lack of vision." He said he decided to challenge Dewhurst after a shouting crowd in the gallery temporarily halted Senate work in late June.

"As lieutenant governor, I will not ever let mob rule take over the Senate," he said.

Added another challenger, Agriculture Commissioner Todd Staples: "You don't go out to eat and drink with lobbyists when there are issues on the floor of the Senate that you are supposed to be dealing with. There are five months to deal with those issues. ... It's about getting there early and staying there late."

Dewhurst defended his handling of the controversy, saying he deferred to the majority of the Republican caucus that did not want to break the Senate tradition of permitting a filibuster. Noting that he ultimately earned the endorsement of the state's major anti-abortion groups, he said, "We broke the filibuster. We passed that bill."

The legislation bans abortions past 20 weeks of pregnancy and requires the procedure to be performed in ambulatory surgical centers, a requirement that abortion rights activists predicted will shutter clinics across Texas.

Monday's sometimes-tense debate drew upon questions selected at random from the audience, which included many local Republican officials. The audience gave polite applause to all four candidates, saving its most enthusiastic response to the prediction from Patrick that Davis will be defeated next election whether she runs for re-election to the Senate or for governor, as widely speculated.

Dewhurst reminded the conservative crowd of other highly partisan issues he passed, such as Voter ID. "You think that was easy? That was a blood bath," he said. "We had to change the rules. We had to fight the Democrats."

He also said taxes have been cut "50 times," including a $7 billion local property tax cut, since he took office. "I want to come back and cut 'em even more," he said.

Patrick claimed that Democrats have been allowed to block legislation on sanctuary cities and school choice largely because Dewhurst has given them too much power.

"I will not appoint half of the Democrats as chairman of committees," he said.

## Breaking News

Bandera deems local water dangerous for swimming

Gov. Perry: Guard at border can't make arrests

2 young sisters found dead in Texas apartment

Fire evacuates downtown San Antonio hotel

Corpus Christi shipment of Eagle Ford crude surging



## News Slideshows


Widow of man found in cornfield feared worst: A relapse


Three-vehicle crash sends VIA bus into house


Investigation report released as chief fights for job

## Most Popular



Watch '50 Shades of Gray' trailer if you dare

Alamo Drafthouse to Abbott: 'We'll kick your ass out'

Widow of man found in cornfield feared worst: A relapse

Girabidi awaits update as crisis brews in Argentina

Dewhurst responded that Democrats led only five of 17 Senate committees and assured the crowd that none of them was important.

Land Commissioner Jerry Patterson, also vying for Dewhurst's job, criticized the Legislature's handling of transportation funding, saying the state's debt for highway construction has skyrocketed in the last decade from $5 billion to about $30 billion.

"The Legislature seeks to go home every June to tell you 'We did not raise your taxes,' but what the Legislature has done is raise your children's and grandchildren's taxes" by incurring debt, Patterson said. He suggested earmarking the vehicle sales tax for transportation funding.

While all four candidates endorsed the constitutional amendment tapping the economic stabilization fund — also known as the rainy day fund — for water projects, they all pledged to hold the line on spending.

The four candidates also offered similar visions of limited government. At one point, Patterson suggested light-heartedly that the federal Endangered Species Act protected "critters that ought to die anyway."

"I mean — the blind salamander?" Patterson said. "How long are we gonna let that little bugger last?"

patti.hart@chron.com

Twitter: @pattihart

☑ E-mail   🖨 Print

Recommend   38
🐦 Tweet   26
Pinit   0

BY PATRICIA KILDAY HART, HOUSTON CHRONICLE

## From Around the Web

**The Best Kept Secret Behind Paying Off Mortgages** (Bills.com)

**How often President Obama actually talks about himself** (Washington Post)

**Obama's new argument: Republicans are picking on me because they...** (Washington Post)

**Why do Americans insure their pets and cell phones but not their most...** (Usaa)

**New Mexico legislators want to remove TV series from cap on tax...** (FOX Business)

**Child Celebs Who Grew Up and Turned Out to Be Good Looking** (PressroomVIP)

## We Recommend

**S.A. anchor's TV swan song — and upcoming book**

**Evel Knievel loses $6 million in S.A. in 1974**

**Former Spur Antonio Daniels leads fitness classes**

**Spaces: From foreclosure to fabulous in Monte Vista**

**Stars' Hammon to retire at end of season**

**Warren grad punches window, injures arm**

Weather change could be coming

See Austin Mahone as an 11-year-old football player

UT football: Bergeron dismissed from team

## Historic Slideshows


S.A. Back in the Day: June 1928


S.A. Back in the Day: May 1953



S.A. Back in the Day: February 1938

S.A. Back in the Day: 112 years of the San Antonio Light


It's not a Moon Bounce. It's an Astro Jump!
Reserve Yours NOW
1-800-BIG-JUMP

**NEW**

**Free Trial**

Access ExpressNews.com and the e-edition for two weeks. Simply create a login and password for your All Digital Access. *Any device. Anywhere.*

**LOGIN**

**Current Subscribers**

All Digital Access is an added benefit of your subscription. Simply create a login and password to receive unlimited access. *Any device. Anywhere.*

**(0) Comments**

**powered by:**



Record video
Upload video
Upload image

Submit

**Follow**

Newest

There are no comments yet.

Show **10** | 20 | 50



mySA   Local   US & World   Business   Sports   Food   Entertainment   Lifestyle   Opinion   Cars   Jobs

**Homepage**

mySanAntonio.com

**Advertise With Us**

Place A Classified Ad

Advertise With Us

Local Business Directory

Ad Deadlines and Business Hours

**Subscriber Services**

Subscribe

Manage Your Subscription

**Our Company**

Corporate Home

About Us

Careers

Contests and Promotions

Terms and Conditions

Privacy Policy

Your Privacy Rights

Your California Privacy Rights

Executive Team

Ad Choices

Frequently Asked Questions

Newsroom Contacts

**Editions & Apps**

All Digital Access Free Trial

ExpressNews.com

e-edition

e-edition for iPad App

Mobile Website

Play SA for iPhone

Play SA for Android

mySA.com Site Index

Purchase Express-News Photos

Copyright and Reprint Permission

**Follow mySA**

Facebook

Twitter

LinkedIn

Google+

Newsletters

RSS

TAGS   MY YAHOO!

Ad Choices
San Antonio Express-News, P.O. Box 2171, San Antonio, Texas 78297

HEARST newspapers
© Copyright 2014 Hearst Newspapers, LLC



Post Office Box 12068
Austin, Texas 78711

# OFFICE OF THE LIEUTENANT GOVERNOR
## David Dewhurst

**FOR IMMEDIATE RELEASE**

March 12, 2012

## Lt. Governor Dewhurst Statement Regarding Justice Department Blocking Texas' Voter ID Law

AUSTIN—Today, Lt. Governor David Dewhurst issued the following statement regarding the U.S. Department of Justice's decision to block preclearance of Texas' Voter ID law:

"The Obama Justice Department has once again gone out of its way to undermine our states' rights by blocking Texas' Voter ID law.

"The Texas Legislature designed the law to protect the integrity of our elections while encouraging voter participation – carefully following precedents set by Georgia and Indiana that were upheld by the courts.

"The Texas Voter ID law allows for numerous forms of government-issued photo identification – including passports and concealed handgun licenses – offers free identification for those in need and also provides voter education and poll worker training, ensuring every legal citizen can exercise their right to vote.

"I will work closely with Attorney General Abbott to fight this clearly partisan attack by the Obama Administration so Texans can rest assured their votes will not be cancelled out by illegal ballots."

- 30 -

Office of Lieutenant Governor David Dewhurst, Capitol Station, P.O. Box 12068, Austin, Texas 78711. Tel: (512) 463-0001
DAVID DEWHURST | NEWS | CONTACT DAVID | LINKS | TEXAS SENATE | SENATORS | COMMITTEES | ESPAÑOL



## Dewhurst backs voter ID bill, moving primary

CLAY ROBISON, Copyright 2007 Houston Chronicle Austin Bureau
Published 05:30 a.m., Wednesday, April 25, 2007

AUSTIN — Lt. Gov. David Dewhurst said Tuesday that he
will try to win Senate approval of a controversial, partisan-
charged bill to require Texans to show photo identification
before being allowed to vote.



He also said there is "growing interest" in changing the
date for next year's presidential primary from March to
February but moving the date back to March for state
elections in 2010, when he is expected to run for governor.

And he backs legislation to limit automatic college admissions under the state's top 10 percent law.

In an interview, Dewhurst said he believed the "huge majority" of Texans supported the voter ID
legislation, which won final House approval on Tuesday over the opposition of Democratic lawmakers.

"Why isn't it necessary to prove that you're a U.S. citizen to vote in U.S. elections?" he asked.

Similar legislation, which Democrats contend is designed to discourage minorities from voting, died in
the Senate two years ago. And all 11 Democratic senators earlier this session vowed to block the bill again
by voting against a procedural motion necessary to advance the measure.

Dewhurst, a Republican, said he will try to pass the bill anyway but declined to say how.

If all senators are present, the 11 Democrats form the minimum number necessary to keep the bill from
receiving the required two-thirds vote. But one Democrat, Sen. Mario Gallegos of Houston, has missed
most of the session, recuperating from a liver transplant, and has told Dewhurst that his doctor still
advises against him being in Austin full-time.

Moreover, the voter ID bill could be advanced by being attached as an amendment to another election-
related bill.

During his four-plus years as lieutenant governor, Dewhurst said he has "gotten dozens of letters from
either Republicans or Democrats" threatening to block one piece of legislation or another.

Most of the time, he said, the threats never were carried out.

"We've always been able to work something out," he said.

The voter ID bill, which Republican sponsors say is important to guard against voter fraud, is strongly
supported by conservative voters who dominate Republican primaries. Dewhurst is eyeing a race for
governor in the 2010 GOP primary.

He said he opposes racial profiling and has long urged Congress to enact a guest worker program

for immigrants.

A bill to move the primary from the first Tuesday in March to the first Tuesday in February already has been approved by the House. Supporters hope the measure will win Texas more influence in next year's presidential nominating process.

Unlike the voter ID bill, it has generated little controversy.

"I think there is a growing interest to look at moving the primary up (to February) for 2008 as a little test pilot program and then moving it back to where it normally is for the 2010 election," Dewhurst said.

The House bill would make the change permanent.

Legislation to scale back the automatic college admissions law, which guarantees students who graduate in the top 10 percent of their high school classes admission to the state university of their choice, faces an uncertain future in the Senate because of the two-thirds procedural requirement.

*clay.robison@chron.com*

**Stock Market News & Info**
Today's Hot Stock Picks, Booming
Industries & More,
www.OTCStockPick.com

**53-Year-Old Mom Looks 27**
Follow this 1 weird tip and remove 20
years of wrinkles in
SmartConsumerMagazine.com

**53yr Old Woman, Looks 25**
Mom reveals simple wrinkle trick tha
has angered
www.ConsumerLifestyleMag.com

**Ads by Yahoo!**

**CHRON.COM**
Home
Houston &
Texas
Nation
Business
Sports
Entertainment
Life
Corrections
Blogs
Weather

Chron
Commons
Traffic
**TOPICS**
Small Business
PetsHouston
MomHouston
HoustonBelief
Gardening
29-95

**NEIGHBORHOODS**
Aldine
Alief
Baytown
Bellaire
Clear Lake
Conroe
Cy-Fair
East End
Fort Bend
Heights
Katy

Kingwood
Lake Houston
Magnolia
Memorial
Montrose
Pasadena
Pearland
Spring
Tomball
West U
The
Woodlands

**MARKETPLACE**
Jobs
Homes
Cars
Classifieds
Place a classified ad
Place a retail ad
Contests
**OTHER EDITIONS**
Home Delivery
Mobile
RSS Feeds
Chronicle in
Education
e-Edition
Breaking News

**SERVICES**
Help
Business directory
Legal notices
Contact us
Send us tips
About the company
Employment
opportunities
Advertise with us
Buy a banner ad

Ad Choices



© 2012 Hearst Communications Inc.
HEARST *newspapers*

RSS

A quadrantONE partner

# Dewhurst is disappointed voter ID measure failed

**THE LEGISLATURE**

**But he praises the $152.5 billion budget as success**

POLLY ROSS HUGHES, Copyright 2007 Houston Chronicle Austin Bureau
Published 05:30 a.m., Friday, June 1, 2007



Ads by Google

## ConsumerWatchdog Exposed

"Nonprofit" rakes in millions in special interest $ it wont disclose www.ConsumerWatchdogWatch.com

AUSTIN — Lt. Gov. David Dewhurst considers the legislative session a "success" but also says he regrets the failure of a voter identification bill that split his chamber along partisan lines.

"I was disappointed we did not get a voter ID program out there," said Dewhurst, who asserted there is evidence of "thousands and thousands and thousands" of noncitizens voting in Texas. "This is a no-brainer."

But opponents argued that such a bill would discourage low-income Texans, who tend to vote for Democrats, from going to the polls. Many such voters cannot afford to drive or to buy state-issued ID cards.

Democrats opposed the bill so fiercely that two members, Sens. Mario Gallegos of Houston and Carlos Uresti of San Antonio, risked their health to help prevent it from being voted on in the Senate.

Ads by Google

**Summer 2012 Day Camps**
Give Your Child a Fun & Exciting Summer. Enroll in a Local Camp Now!
www.KinderCare.com/SummerCamp

**Mitt Romney's VP Pick**
Who should be Mitt Romney's running mate? Vote now!
Townhall.com/Veepstakes

**Federal Tax ID (EIN)**
Get your Tax ID in minutes. Fast, Secure online form.
www.gov-tax.com

**Dinner With Barack Obama**
Learn how you can have dinner with President Obama.
barackobama.com/dinner-with-barack



Gallegos, who recently underwent a liver transplant, defied doctors orders that he rest at home to help prevent rejection of his new liver. Uresti, suffering with chills and the flu one day, rose from his sickbed to dash to the Senate just in time to block the bill.

"There are some members of the Senate who do not want to see a voter ID bill pass for partisan reasons, and there are some members who want to see a voter ID bill pass for partisan reasons," Dewhurst, a Republican, said Wednesday in looking back at the just-completed legislative session.

Dewhurst praised the approved $152.5 billion state budget as the most important piece of legislation, with its increased funding for higher education, children's health insurance, property tax relief, state parks and improvements in a children's Medicaid program.

Saying "this session did more for children," he pointed to the passage of "Jessica's Law" to stiffen penalties for child-sex predators as well as reforms of the Texas Youth Commission after revelations that guards sexually abused young detainees.

Dewhurst termed a Medicaid-reform bill "revolutionary," saying it will provide more consumer choice and better benefits for the elderly, disabled and poor children. Lawmakers also approved a $3 billion bond initiative to fight cancer, which voters must approve later this year.

"There are some things we didn't get accomplished that I'm heartbroken about," he said. He noted the failure of a bill capping college admissions under a law guaranteeing students in the top 10 percent of their class a spot at the University of Texas in Austin, as well as the failure of bills reforming charter schools and providing electric rate relief and more consumer protections.

*polly.hughes@chron.com*

Ads by Google
**LifeLock® Official Site**
LifeLock Helps Protect You and Your Family Against Identity Theft. LifeLock.com

**Trouble with IRS?**
Let us fix everything and get you back on track quickly! Contact us. www.davidoffcpa.com

RSS

| CHRON.COM | Chron | NEIGHBORHOODS | Kingwood | MARKETPLACE | SERVICES |
|---|---|---|---|---|---|
| Home | Commons | Aldine | Lake Houston | Jobs | Help |
| Houston & | Traffic | Alief | Magnolia | Homes | Business directory |
| Texas | TOPICS | Baytown | Memorial | Cars | Legal notices |
| Nation | Small Business | Bellaire | Montrose | Classifieds | Contact us |
| Business | PetsHouston | Clear Lake | Pasadena | Place a classified ad | Send us tips |
| Sports | MomHouston | Conroe | Pearland | Place a retail ad | About the company |
| Entertainment | HoustonBelief | Cy-Fair | Spring | Contests | Employment |
| Life | Gardening | East End | Tomball | OTHER EDITIONS | opportunities |
| Corrections | 29-95 | Fort Bend | West U | Home Delivery | Advertise with us |
| Blogs | | Heights | The | Mobile | Buy a banner ad |
| | | Katy | Woodlands | RSS Feeds | Ad Choices |
| | | | | Chronicle in | |
| | | | | Education | |

HEARST corporation

A quadrantONE partner

e-Edition
Breaking News

© 2012 Hearst Communications Inc.

**HEARST** *newspapers*