# Texas Department of State Health Services (DSHS) Vital Statistics Unit (VSU)

**Remote Front Office (RFO): Birth Certificate Issuance User Guide**

*Software version: 10/2013*          *User Guide Version: 10/2013*

*Table of Contents*

INITIAL SETUP ................................................................................................................................. 2

SETTING UP YOUR PRINTER ............................................................................................................ 2

LOGGING IN ...................................................................................... Error! Bookmark not defined.

REMOTE CERTIFICATION SCREEN ................................................................................................... 3

SEARCH SCREEN .............................................................................................................................. 4

SEARCH RESULTS SCREEN ............................................................................................................... 5

DETAIL SCREEN ............................................................................................................................... 6

PRINT CHOICES ............................................................................................................................... 7

   5 x 7 Abstract ............................................................................................................................. 7

   Wallet Size ................................................................................................................................. 7

   EIC Certificate ............................................................................................................................ 7

   Print Choices Screen: ................................................................................................................. 8

PRINT CONSIDERATIONS AND POSSIBLE ERROR CODES ................................................................ 9

PRINT FORM ALIGNMENT ............................................................................................................. 10

APPENDIX ...................................................................................................................................... 11

   System Setup ........................................................................................................................... 11

   RFO Print Cab Installation ........................................................................................................ 11



Exhibit  11.2
_Fairelli_
Date  5/9/14
Melody Campbell, CSR

## INITIAL SETUP

The Remote Birth Certificate Issuance system uses Internet Explorer 6.0 or greater with 128-bit encryption.

Users will need to log onto their computer as administrators and print an "EIC" certificate for one of the "test" cases (birth year: 1985 and birth cert #s 399001 through 399005).

Logging onto your computer as an administrator might need to be coordinated with your IT staff.

## SETTING UP YOUR PRINTER

The system uses a dot matrix printer with a **Generic/Text Only** driver.

Click on **Start** => **Settings** => **Printers** menu options.

Click on **Add Printer**

Choose **Local** or **Network** printer depending on your site configuration.

Choose **Generic** manufacturer and **Generic/Text Only** printer model.

Choose the **Port** setting (usually LPT1:).

Choose **Yes** to use this printer as the **default** - print a test page (on blank paper).

When printing certificates, be sure your Dot Matrix printer is set to be your default printer.

## REMOTE CERTIFICATION SCREEN

After the login screen, you will be presented with the Remote Certification main screen. This area will be used to post messages, notifications, etc.



Click on the words: "**click here!**" to display the search criteria screen.

## SEARCH SCREEN

You may key as much or as little information as you have to find the individual. Note the **minimum** criteria needed to search:

1. Child's First Name, Child's Last Name, and Child's Birth Year          **OR**

2. Child's County of Birth, Child's Date of Birth (month, day, year)        **OR**

3. Child's Birth Certificate Number and Birth Year



Partial name searches are allowed. Entering "Mart" in the last name field could return Mart, Martin, Martinez, etc. The same is true of partial names entered in the first name field. We will only return a maximum of **25** records – a note at the bottom of the record list will ask you to refine your search and try again. Click the **"Submit Search"** button and a result set of records matching your search criteria will be displayed.

4

## SEARCH RESULTS SCREEN

When the list of records matching your search criteria has been displayed, you may click the numbered box at the far left of the **DOB** column to see the full detail about the individual that you are ready to print.

If none of the names are correct, you may click the "**Back**" button to return to the search screen.



## DETAIL SCREEN

Verify that this is the correct birth record that you want to print.

You may click the "**Return to Search Screen**" button to return to the main search screen and reenter your new search criteria or you may click the "**Back**" button to return to the found screen to select a different record to view.

If this is the correct record, click the "**Print this certificate**" button to obtain see the Print Choices Screen. If the record cannot be printed, a red message will appear in the "Print this certificate" block. Please follow the directions on page 6 for contacting VSU.



## PRINT CHOICES

Enter the number of copies you wish to print (default is 1). Click the appropriate type of birth certificate print out. Note that the maximum birth certificate prints per person per lifetime is 10. The maximum election-only (EIC certificate) prints per person per lifetime is 1.

**Birth Certificates print choices:**

### 5 x 7 Abstract

Click on the 5 x 7 Abstract button to print a 5-inch by 7-inch certificate. This certificate MAY NOT be accepted by the U.S. Passport Office as a valid birth certificate. The Passport Office may accept a long form birth certificate for this individual.

### Wallet Size

Click on the Wallet Size button to print a wallet size certificate. This certificate MAY NOT be accepted by the U.S. Passport Office as a valid birth certificate. The Passport Office may accept a long form birth certificate for this individual.

### EIC Certificate

Click on the "Print EIC Certificate" button to print an Election-only birth certificate. This birth certificate will have the following statement on the print out: "FOR ELECTION PURPOSES ONLY CANNOT BE USED AS IDENTIFICATION." Make certain the applicant is the registrant on record. There is a maximum print of 1 EIC certificate per person per lifetime.

If the message: "**Name too long to print B1 or B3**" appears, this indicates that the Father's name or Mother's name is too long to print. Contact the VSU Security Manager at 512-458-7465 to check the record. In some cases, a change could be made to allow printing; otherwise, the customer will need to contact VSU to get a certificate.

**B1 limits:** Mother's name and Father's name totaling **53** characters (including spaces).

**B3 limits:** Mother/Father name of **26** characters **each** (including spaces).

**Print Choices Screen:**



CERTIFICATE PRINTING SCREEN

The following screen will be displayed when the birth certificate is printing. Click the "Back" button on each screen until you have returned to the "Search" screen.



You may click the "**Return to Search Screen**" button to return to the main search screen and enter new search criteria or you may click the "**Back**" button to return to the print screen to print another of the same certificate.


## PRINT CONSIDERATIONS AND POSSIBLE ERROR CODES

The following situations may also occur where a certificate cannot be printed:

1. A death record exists for this person's birth record (code 100).

2. An administrative hold (code's 200-500) has been placed on this record. This code requires you to retain the customer's application and immediately refer it to the VSU Fraud Division at 512-458-7395 **WITHOUT INFORMING THE CUSTOMER!**

3. An administrative flag (codes 600-900) has been placed on this record. Refer the customer to the Vital Statistic Unit (VSU) in Austin.

4. Note that the maximum birth certificate prints per person per lifetime is 10. The maximum election-only (EIC certificate) prints per person per lifetime is 1. If you go over the limit for this individual you will get an error message and you will need to contact VSU in Austin.

## PRINT FORM ALIGNMENT

We have included five (5) dummy Birth records that you may use to test the printer alignment. These test records can be accessed at any time and you will **not** be charged.

The test records can be accessed via the Search Screen by keying one of the following birth certificate numbers in the **Birth Cert#** box and "1985" in the **Child's DOB Year** box.

Test Certificate numbers: 399001, 399002, 399003, 399004, and 399005

We suggest that you initially test print on plain paper. Once you are satisfied with the results, print a test record on an actual birth certificate form to finalize the print alignment.

The Remote Birth Certificate Issuance system **cannot** determine if the birth form has been properly aligned or positioned. As a result, **ALL** copies printed, whether correct or not, will be billed to you and the individual's lifetime count (currently 10) will be incremented accordingly.

Credit from the VSU office for mistakes or voided records will be limited and handled on a case-by-case basis. Emergency situations, i.e., equipment and/or systems failure would warrant some type of credit situation. These requests with accompanying documentation must be submitted for approval by the State Registrar and/or designee only. For voids to be cleared from the system for customer lifetime counts, the VSU Security Manager must be notified in writing.

## APPENDIX

### System Setup
On October 21, 2013, VSU made a change to this system to enable printing of election-only (EIC) birth certificates. To enable the addition of this new functionality, RFO users will need to log onto their computer as administrators and print an "EIC" certificate for one of the "test" cases using birth year: 1985 and birth certificate numbers 399001 through 399005.

Logging onto your computer might need to be coordinated with your IT staff as you will need Administrator or Power User rights to your PC system.

### RFO Print Cab Installation
The RFO PrintCab must be installed by an Administrator. *(All Windows Versions)*

In Internet Explorer:

1. Add RFO   https://ter2.dshs.state.tx.us/   to your list of Trusted Sites. Then drag the slider for "Security level for this zone" too Low.                        *(All Windows Versions)*

2. Turn off the User Account Control settings        *(For Windows Vista and 7)*

3. Disable IE Protected Mode        *(For Windows Vista and 7)*

4. Adjust other IE Security Settings

The URL to for the Remote is https://ter2.dshs.state.tx.us/

| OFFICE USE ONLY | OFFICE USE ONLY |
|---|---|
| Cert # _____ | Remit No. _____ |
| Document Control # | |
| _____ | Date _____ |
| By _____ | By _____ |

TEXAS
Department of
State Health Services

**VITAL STATISTICS**

### APPLICATION FOR
### ELECTION IDENTIFICATION BIRTH CERTIFICATE

**PLEASE PRINT AND INCLUDE VALID PHOTO ID**

| Full Name of Registrant | First Name | Middle Name | | Last Name | |
|---|---|---|---|---|---|
| Date of Birth | Month | Day | Year | Sex ☐ Male ☐ Female | |
| Place of Birth | City or Town | County | | State | |
| Full Name of Father | First Name | Middle Name | | Last Name | |
| Full Maiden Name of Mother | First Name | Middle Name | | Maiden Name | |

YOUR NAME: _____     TELEPHONE: ( _____ ) _____ - _____

EMAIL ADDRESS: _____     (MON-FRI 8:00-5:00)

MAILING ADDRESS: _____

By checking this box, you swear that the use of this Election Identification Birth Certificate is needed to obtain an Election Identification Card issued by the Department of Public Safety. The certificate cannot be used for any other purpose.

**WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND A FINE OF UP TO $10,000. (HEALTH AND SAFETY CODE, CHAPTER 195, SEC. 195.003)**

### APPLICATIONS WITHOUT PHOTO IDENTIFICATION WILL
### NOT BE PROCESSED

Your Signature _____     Date of Application _____

Rec'd _____     Date _____

VS-141(EIC) REV. 10/2013

Exhibit 113
Jainelin
Date 5/9/14
Melody Campbell, CSR

# REMOTE BIRTH ACCESS SITES

| | | | |
|---|---|---|---|
| Anderson County Clerk | Denton County | Hutchinson County | Reagan County |
| Andrews County Clerk | Dewitt County | Hutchinson-City of Borger | Red River County Clerk |
| Angelina County Clerk | Dewitt-City of Yoakum | Jack County | Reeves County |
| Aransas County | Dickens County | Jackson County | Refugio County |
| Atascosa County Clerk | Donley County | Jasper County | Rockwall County Clerk |
| Austin County Clerk | Duval County | Jefferson County-Beaumont City Health Department | Runnels County Clerk |
| Bailey County | Eastland County Clerk | Jefferson-Port Arthur City of Health | Rusk County Clerk |
| Bandera County Clerk | Ector County Clerk | Jim Wells County | Sabine County |
| Bastrop County | El Paso County Clerk | Johnson County | San Augustine County |
| Bee County Clerk | Ellis County Clerk | Jones County | Scurry County Clerk |
| Bell County Clerk | Erath County | Karnes County | Shackelford County |
| Bell-City of Temple | Fayette County | Kaufman County | Shelby County Clerk |
| Bexar-City of San Antonio | Fisher County | Kaufman-City of Terrell | Smith County Clerk |
| Bosque County Clerk | Floyd County | Kendall County | Smith--Northeast Texas Public Health/Smith County |
| Bowie County Clerk | Fort Bend County | Kent County | Somervell County |
| Bowie-City of Texarkana | Franklin County | Kerr County | Starr County Clerk |
| Brazoria County Clerk | Freestone County | Kleberg County | Stephens County Clerk |
| Brazos County Clerk | Frio County | Lamar County | Swisher County |
| Brazos-City of Bryan | Gaines County | Lamar-City of Paris | Tarrant County |
| Brazos-City of College Station | Galveston County | Lamb County | Tarrant-City of Arlington |
| Brewster County Clerk | Gonzales County | Lee County | Tarrant-City of Bedford |
| Briscoe County | Gray County | Leon County | Tarrant-City of Grapevine |
| Brown County | Grayson County | Liberty County | Tarrant-City of North Richland Hills |
| Burleson County Clerk | Gregg County | Limestone County | Taylor County |
| Burnet County | Guadalupe County | Lubbock-City of Lubbock Health Dept | Taylor-City of Abilene Public Health |
| Caldwell County | Hale County | Madison County | Terry County |
| Callahan County | Hall County | Matagorda County | Titus County |
| Cameron County | Hamilton County | Mclennan County Public Health in Waco | Tom Green County Clerk |
| Cameron-City of Brownsville | Hardin County | Medina County | Travis-City of Austin Health & Human Services |
| Cameron-City of Harlingen | Harris County | Midland County | Tyler County |
| Carson County | Harris-City of Baytown | Milam County | Upshur County |
| Cass County | Harris-City of Houston Health Department | Mitchell County | Upton County Clerk |
| Cass-City of Atlanta | Harris-City of Tomball | Montague County | Uvalde County Clerk |
| Castro County Clerk | Harrison County | Montgomery County | Van Zandt County |
| Chambers County | Haskell County | Moore County | Victoria-City of Victoria |
| Cherokee County | Hays County | Morris County | Walker County |
| Childress County | Hays-City of San Marcos | Nacogdoches County | Waller County |
| Cochran County | Hemphill County | Navarro County | Ward County Clerk |
| Coleman County | Henderson County | Nolan County | Washington County Clerk |
| Collin County | Hidalgo County | Nueces County Clerk | Webb-City of Laredo |
| Comal County | Hidalgo-City of Edinburg | Nueces-City of Corpus Christi | Wheeler County Clerk |
| Comanche County | Hidalgo-City of McAllen | Ochiltree County | Wichita-City of Wichita Falls |
| Cooke County | Hidalgo-City of Mission | Orange-City of Orange | Wilbarger County |
| Crane County | Hidalgo-City of Weslaco | Palo Pinto County | Willacy County |
| Crosby County | Hill County | Palo Pinto-City of Mineral Wells | Williamson County |
| Dallam County | Hockely County Clerk | Panola-City of Carthage | Wilson County |
| Dallas County | Hood County Clerk | Parker County Clerk | Wise County Clerk |
| Dallas-City of Dallas | Hopkins County Clerk | Pecos County | Wood County Clerk |
| Dawson County | Houston County Clerk | Polk County | Yoakum County Clerk |
| Deaf Smith County | Howard County | Potter-City of Amarillo | Young County Clerk |
| Delta County | Hunt County | Randall-City of Canyon | |

Exhibit
Date
Melody Campbell, CSR

VSU - Remote Access Sites (A)



**Remote Access Offices - Anderson County through Austin County**

**Return to Remote Access list.**

## ANDERSON COUNTY

### ANDERSON COUNTY CLERK'S OFFICE
500 North St., Rm 10
PALESTINE 75801
Phone (903) 723-7402

## ANDREWS COUNTY

### ANDREWS COUNTY CLERK
215 N. W. 1st Street
P.O. Box 727
Andrews, TX 79714
Phone: (432) 524-1427

## ANGELINA COUNTY

### ANGELINA COUNTY CLERK'S OFFICE
215 Lufkin Ave
LUFKIN 75901
Phone (936) 634-8339

## ARANSAS COUNTY

### Aransas County Clerks Office
301 N. Live Oak Rm 101
Rockport, TX 78382
Phone: (361) 790-0122

## ARCHER COUNTY

### WICHITA FALLS/WICHITA COUNTY PUBLIC HEALTH DISTRICT
1700 3rd Street
WICHITA FALLS 76301-2199
Phone (817) 761-7802

## ARMSTRONG COUNTY

No Remote Access site available at this time.

## ATASCOSA COUNTY

### ATASCOSA COUNTY CLERK'S OFFICE
1 Courthouse Circle, Ste 102
JOURDANTON 78026
Phone (830) 769-2511

## AUSTIN COUNTY

### AUSTIN COUNTY CLERK'S OFFICE
One East Main
BELLVILLE 77418
Phone (979) 865-5911 ext. 197



Exhibit 115
Date 5/9/14
Melody Campbell, CSR

VSU – Remote Access Sites (A)                                     http://www.dshs.state.tx.us/vs/field/remote/aremote.shtm

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Bailey County through Burnet County**

**Return to Remote Access list.**

### BAILEY COUNTY

**BAILEY COUNTY CLERK**
300 S. First, Suite 200
MULESHOE 79347
Phone (806) 272-3044

### BANDERA COUNTY

No Remote Access site available at this time.

### BASTROP COUNTY

**Bastrop County Clerk**

803 Pine St # 112,

Bastrop, TX 78602

(512) 332-7234

### BAYLOR COUNTY

No Remote Access site available at this time.

### BEE COUNTY

**BEE COUNTY CLERK'S OFFICE**
105 West Corpus Street
Room 103
BEEVILLE 78102
Phone (361) 362-3245

### BELL COUNTY

**BELL COUNTY CLERK'S OFFICE**
P. O.Box 480
101 E. Central
BELTON 76513
Phone (254) 933-5165

**CITY OF TEMPLE**
City Registrar's Office
2 N. Main St.
P. O. Box 207
TEMPLE 76501
Phone (254) 298-5700

### BEXAR COUNTY

**SAN ANTONIO METROPOLITAN HEALTH DISTRICT**
George Whitfield Building
Municipal Records Facility
719 S. Santa Rosa

SAN ANTONIO 78205
Phone (210) 207-8815

## BLANCO COUNTY

No Remote Access site available at this time.

## BORDEN COUNTY

No Remote Access site available at this time.

## BOSQUE COUNTY

### BOSQUE COUNTY CLERK'S OFFICE
P O Box 617
Meridian, TX 76665
Phone (254) 435-2201

## BOWIE COUNTY

### BOWIE COUNTY CLERK'S OFFICE
P. O. Box 248
710 James Bowie Dr.
NEW BOSTON 75570
Phone (903) 628-6740

### CITY OF TEXARKANA
P. O. Box 1967
220 TEXAS BLVD. (75501)
TEXARKANA 75504
Phone (903) 798-3900

## BRAZORIA COUNTY

### BRAZORIA COUNTY CLERK'S OFFICE
111 E. Locust, Suite 2000
ANGLETON 77515
Phone (979) 864-1355

## BRAZOS COUNTY

### BRAZOS COUNTY CLERK
P. O. Box 111
BRYAN 77806
Phone (979) 361-4126

### CITY OF BRYAN
P. O. Box 1000
300 South Texas Ave.
BRYAN 77801
Phone (979) 209-5007

### CITY OF COLLEGE STATION
1101 Texas Avenue S
COLLEGE STATION 77840
Phone (979) 764-3541

## BREWSTER COUNTY

**BREWSTER COUNTY CLERK'S OFFICE**
P. O. Box 119
ALPINE 79831
Phone (915) 837-3366

## BRISCOE COUNTY

**Briscoe County Clerks Office**
415 Main St.
SILVERTON 79257
Phone (806) 823-2134

## BROOKS COUNTY

No Remote Access site available at this time.

## BROWN COUNTY

**BROWN COUNTY CLERK'S OFFICE**
200 South Broadway
Brownwood, TX 76801
PHONE (915) 643-2594

## BURLESON COUNTY

**BURLESON COUNTY CLERK**
100 W. Buck St., Suite 203
CALDWELL 77836
Phone (979) 567-2329

## BURNET COUNTY

**BURNET COUNTY CLERK**
220 South Pierce St.
BURNET 78611
Phone (512) 756-5403

**Return to Remote Access list.**

*Last updated November 05, 2013*

 TEXAS
Department of
State Health Services

**Remote Access Offices-Caldwell County through Culberson County**

**Return to Remote Access list.**

### CALDWELL COUNTY

**CALDWELL COUNTY CLERKS OFFICE**
110 S. Main Street
Lockhart, 78644
Phone (512) 398-1804

### CALHOUN COUNTY

No Remote Access site available at this time.

### CALLAHAN COUNTY

No Remote Access site available at this time.

### CAMERON COUNTY

CAMERON COUNTY CLERK'S OFFICE
964 East Harrison
P. O. Box 2178
BROWNSVILLE 78522-2178
Phone (956) 544-0817

CITY OF BROWNSVILLE
City Hall/Market Square
P. O. Box 911
BROWNSVILLE 78522-0911
Phone (956) 548-6001

CITY OF HARLINGEN
Vital Statistics
502 E. Tyler St
HARLINGEN, 78550
Phone (956) 216-5140
Fax (956) 428-0828

### CAMP COUNTY

No Remote Access site available at this time.

### CARSON COUNTY

CARSON COUNTY CLERK'S OFFICE

501 Main Street

P.O. Box 487

Panhandle, Texas 79068

806-573-3873

### CASS COUNTY

CITY OF ATLANTA

310 N. Louise
P.O.Box 669
ATLANTA 75551
(903) 796-7153

CASS COUNTY CLERK'S OFFICE
P. O. Box 449
Linded, Texas 75563
(903)756-5071

## CASTRO COUNTY

Castro County Clerks Office
100 East Bedford, Rm 101
Dimmitt 79027
Phone: (806) 647-3338

## CHAMBERS COUNTY

CITY OF BAYTOWN
Baytown Municipal Court
3120 N. Main
BAYTOWN 77521
Phone (281) 4251017

Chambers County

404 Washington.

Anahuac, Texas  77514

Phone: 409-267-2421

Fax: 409-267-8315

**www.co.chambers.tx.us**


## CHEROKEE COUNTY

CHEROKEE COUNTY CLERK'S OFFICE
P.O. Drawer 420
502 North Main
RUSK 75785
Phone (903) 683-2350

## CHILDRESS COUNTY

CHILDRESS COUNTY CLERK'S OFFICE
Courthouse Box 4
100 Avenue E NW
CHILDRESS 79201
Phone (940) 937-6143

## CLAY COUNTY

No Remote Access site available at this time.

## COCHRAN COUNTY

COCHRAN COUNTY CLERK'S OFFICE
Cochran County Courthouse, Room 102

MORTON 79346
Phone (806) 266-5450

## COKE COUNTY

No Remote Access site available at this time.

## COLEMAN COUNTY

COLEMAN COUNTY CLERK'S OFFICE
100 Live Oak St. Suite 105
Coleman Tx 76834

## COLLIN COUNTY

COLLIN COUNTY CLERK'S OFFICE
2300 Bloomdale Road, Suite 2104
McKINNEY 75071
Phone (972) 548-4154

DALLAS CITY HEALTH DEPARTMENT
City Hall
1500 Marilla, 1FN
DALLAS 75201
Phone (214) 670-3832

## COLLINGSWORTH COUNTY

No Remote Access site available at this time.

## COLORADO COUNTY

No Remote Access site available at this time.

## COMAL COUNTY

COMAL COUNTY CLERK'S OFFICE
100 Main Plaza, Suite 104
NEW BRAUNFELS 78130
Phone (830) 620-5513

## COMANCHE COUNTY

COMANCHE COUNTY CLERK'S OFFICE
Comanche County Courthouse
COMANCHE 76442
Phone (915) 356-2655

## CONCHO COUNTY

No Remote Access site available at this time.

## COOKE COUNTY

COOKE COUNTY CLERK'S OFFICE
Cooke County Courthouse
100 S. Dixon
Gainesville, TX 76240
Phone (940) 668-5420

## CORYELL COUNTY

No Remote Access site available at this time.

### COTTLE COUNTY

No Remote Access site available at this time.

### CRANE COUNTY

CRANE COUNTY AND DISTRICT CLERK
P O Box 578
201 W 6th St
Crane Tx 79731
Phone (915) 558-3581

### CROCKETT COUNTY

No Remote Access site available at this time.

### CROSBY COUNTY

CROSBY COUNTY CLERK'S OFFICE
P O Box 385
Corner of Aspen & Berkshire
CROSBYTON 79322
Phone (806) 675-2334

### CULBERSON COUNTY

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*

VSU - Remote Access Sites (D)



**Remote Access Offices-Dallam County through Duval County**

**Return to Remote Access list.**

## DALLAM COUNTY

No Remote Access site available at this time.

## DALLAS COUNTY

### DALLAS COUNTY CLERK'S OFFICE
500 Main Street; Ste 200
DALLAS 75202
Phone (214) 653-7478

### DALLAS CITY HEALTH DEPARTMENT
City Hall
1500 Marilla, 1FN
DALLAS 75201
Phone (214) 670-3832

## DAWSON COUNTY

### Dawson County Clerks Office
North 1st and Main Street
Lamesa 79331
Phone: (806) 872-3778

## DEAF SMITH COUNTY

### DEAF SMITH COUNTY CLERK
235 E. 3rd, Room 203
HEREFORD 79045
Phone (806) 363-7077

## DELTA COUNTY

### Delta County Clerk
200 W. Dallas Ave.
COOPER 75432
Phone: (903) 395-4400 x-222

## DENTON COUNTY

### DENTON COUNTY CLERK'S OFFICE
1450 E. McKinney Street
Denton, Tx. 76209
Phone (940) 349-2010

### FORT WORTH/TARRANT COUNTY PUBLIC HEALTH DEPARTMENT
1800 University Dr.
FORT WORTH 76107
Phone (817) 871-8562

### DALLAS CITY HEALTH DEPARTMENT
City Hall
1500 Marilla, 1FN

DALLAS 75201
Phone (214) 670-3832

**CITY OF GRAPEVINE**
P O Box 95104
200 S. Main
GRAPEVINE 76099
Phone (817) 410-3181

## DE WITT COUNTY

**De Witt County Clerk**
307 North Gonzales, Rm 100
Cuero 77954
Phone: (361) 275-3754

## DICKENS COUNTY

**Dickens County Clerk**
PO BOX 120
Dickens 79229
Phone: (806) 623-5531

## DIMMIT COUNTY

No Remote Access site available at this time.

## DONLEY COUNTY

**Donely County**
P.O. Drawer U
CLARENDON 79226
Phone: (806) 874-3436

## DUVAL COUNTY

**Duval County**
400 East Gravis
SAN DIEGO 78384
Phone: (361) 279-6271

**Return to Remote Access list.**

*Last updated November 05, 2013*



**Remote Access Offices-Eastland County through Erath County**

**Return to Remote Access list.**

## EASTLAND COUNTY

**EASTLAND COUNTY CLERK'S OFFICE**
100 West Main
P. O. Box 110
EASTLAND 76448
Phone (817) 629-1583

## ECTOR COUNTY

**ECTOR COUNTY CLERK'S OFFICE**
300 N. Grant, Room 111
P. O. Box 707
ODESSA 79761
Phone (432) 498-4130

## EDWARDS COUNTY

No Remote Access site available at this time.

## ELLIS COUNTY

**ELLIS COUNTY CLERK'S OFFICE**
P O Box 250
117 W Franklin
WAXAHACHIE 75165
Phone (972) 923-5070

## EL PASO COUNTY

**EL PASO COUNTY CLERK'S OFFICE**
City/County Bldg, Room 105
500 E. San Antonio St.
EL PASO 79901
Phone (915) 546-2071

## ERATH COUNTY

**ERATH COUNTY CLERK'S OFFICE**
Erath County Courthouse
STEPHENVILLE 76401
Phone (817) 965-1410

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Falls County through Frio County**

**Return to Remote Access list.**

## FALLS COUNTY

No Remote Access site available at this time.

## FANNIN COUNTY

No Remote Access site available at this time.

## FAYETTE COUNTY

**FAYETTE COUNTY CLERK**
246 W. Colorado St.
LA GRANGE 78945
Phone (979) 968-3251

## FISHER COUNTY

**FISHER COUNTY CLERK'S OFFICE**
P.O.Box 368
ROBY 79543
Phone (915) 776-2401

## FLOYD COUNTY

**FLOYD COUNTY CLERK'S OFFICE**
105 SOUTH MAIN 101
FLOYDADA 79235
Phone (806)983-4900

## FOARD COUNTY

No Remote Access site available at this time.

## FORT BEND COUNTY

**FORT BEND COUNTY CLERK'S OFFICE**
P. O. Box 520
RICHMOND 77406-0520
Phone (281) 341-8685

**HOUSTON DEPARTMENT OF PUBLIC HEALTH**
8000 N. Stadium Dr.
HOUSTON 77054
Phone (713) 794-9070

## FRANKLIN COUNTY

**FRANKLIN COUNTY CLERK**
200 N. Kaufman Street
MOUNT VERNON 75457
Phone (903) 537-2342 x 2

## FREESTONE COUNTY

**FREESTONE COUNTY CLERK**

103 E. Main.
Fairfield 75840
Phone (903)389-2635

**FRIO COUNTY**

**FRIO COUNTY CLERK'S OFFICE**
500 E. San Antonio #6
PEARSALL 78061
Phone (830) 334-2214

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Gaines County through Guadulupe County**

**Return to Remote Access list.**

## GAINES COUNTY

**GAINES COUNTY CLERK**
Gaines County Courthouse
SEMINOLE 79360
Phone (432) 758-4003

## GALVESTON COUNTY

**Galveston County Health District**

9850A Emmett F. Lowry Expressway, Suite A102

Texas City, Texas 77921

Phone: 409 765-2595 or 409 765-2553

**CITY OF TEXAS CITY**
1801 9TH Avenue North
TEXAS CITY 77592-2608
Phone (409) 643-5905

## GARZA COUNTY

No Remote Access site available at this time.

## GILLESPIE COUNTY

No Remote Access site available at this time.

## GLASSCOCK COUNTY

No Remote Access site available at this time.

## GOLIAD COUNTY

No Remote Access site available at this time.

## GONZALES COUNTY

**GONZALES COUNTY CLERK**
P.O. Box 77
GONZALES 78629
Phone (830) 672-2801

## GRAY COUNTY

**GRAY COUNTY CLERK'S OFFICE**
205 North Russell, #200
P.O. Box 1902
Pampa, TX 79066
Phone (806) 669-8004

## GRAYSON COUNTY

**GRAYSON COUNTY CLERK'S OFFICE**
100 W. Houston, Suite 17
SHERMAN 75091
Phone (903) 813-4235

**GREGG COUNTY**

**GREGG COUNTY CLERK'S OFFICE**
101 East Methvin, Suite 200
P. O. Box 3049
LONGVIEW 75606
Phone (903) 236-8430

**GRIMES COUNTY**

No Remote Access site available at this time.

**GUADALUPE COUNTY**

**GUADALUPE COUNTY CLERK'S OFFICE**
211 W. Court Street
SEGUIN 78155
Phone 210-945-9708

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Hale County through Hutchinson County**

**Return to Remote Access list.**

## HALE COUNTY

**HALE COUNTY CLERK'S OFFICE**
500 Broadway #140
PLAINVIEW 79072-8050
Phone (806) 291-5261

## HALL COUNTY

**HALL COUNTY CLERKS OFFICE**
512 West Main St., Ste 8
MEMPHIS 79245
Phone (806)259-2627

## HAMILTON COUNTY

**HAMILTON COUNTY CLERK'S OFFICE**
101 East Main St.
HAMILTON 76531
Phone (254) 386-3518

## HANSFORD COUNTY

No Remote Access site available at this time.

## HARDEMAN COUNTY

No Remote Access site available at this time.

## HARDIN COUNTY

**HARDIN COUNTY CLERK'S OFFICE**
P.O. Box 38
300 Monroe Street
KOUNTZE, TX 77625
Phone (409) 246-5185

## HARRIS COUNTY

**HARRIS COUNTY CLERK'S OFFICE**
1001 Preston
HOUSTON 77002
Phone (713) 755-6438

**HOUSTON DEPARTMENT OF PUBLIC HEALTH**
8000 N. Stadium Dr.
HOUSTON 77054
Phone (713) 837-0311

**CITY OF BAYTOWN**
Baytown Municipal Court
3200 N. Main
BAYTOWN 77521
Phone (281) 425-1018

**CITY OF TOMBALL**
401 West Market Street
TOMBALL 77375
Phone (281) 351-5484

## HARRISON COUNTY

**HARRISON COUNTY CLERK'S OFFICE**
P. O. Box 1365
200 W. Houston
MARSHALL 75671
Phone (903) 935-8403

## HARTLEY COUNTY

No Remote Access site available at this time.

## HASKELL COUNTY

**Haskell County Clerk**

1 Avenue D #2

Haskell Texas 79521

Phone: 940-864-2451

## HAYS COUNTY

**HAYS COUNTY CLERK**
137 NORTH GUADALUPE STREET
SAN MARCOS 78666
Phone (512) 393-7330

**CITY OF SAN MARCOS**
630 E. Hopkins
SAN MARCOS 78666
Phone (512) 396-8086

## HEMPHILL COUNTY

**HEMPHILL COUNTY**
P.O. Box 867
CANADIAN 79014
Phone: (806) 323-6212

## HENDERSON COUNTY

**HENDERSON COUNTY CLERK'S OFFICE**
100 E. Taylor St. (Room 107)
ATHENS 75751

Phone (903) 675-6140

## HIDALGO COUNTY

### HIDALGO COUNTY CLERK
P. O. Box 58
EDINBURG 78540
Phone (956) 318-2100

### CITY OF EDINBURG
210 W. McIntire
P. O. Box 1079
EDINBURG 78540
Phone (956) 383-5661

### CITY OF HIDALGO
704 East Texano Drive
HIDALGO 78557
Phone: (956) 843-2286

### CITY OF MCALLEN
City Registrar's Office
221 S. 15th
MCALLEN 78501
Phone (956) 681-1195
Fax (956) 681-1194

### CITY OF MISSION
City Registrar's Office
900 Doherty
MISSION 78572
Phone (956) 580-8662

### CITY OF WESLACO
500 S. Kansas
WESLACO 78596
Phone (956) 968-3181

## HILL COUNTY

### Hill County Clerk's Office
P.O. Box 398
Hillsboro, TX 76645
Phone: (254) 582-4030

## HOCKLEY COUNTY

### HOCKLEY COUNTY
802 Houston St.
suite 213
LEVELLAND 79336
Phone (806) 894-3185

## HOOD COUNTY

**HOOD COUNTY CLERK'S OFFICE**
P O Box 339

201 W Bridge St.
GRANBURY 76048
Phone (817) 579-3222

Fax 817-408-3441

## HOPKINS COUNTY

**COUNTY CLERK'S OFFICE**
128 Jefferson, Suite C
Sulphur Springs, TX 75482
Phone: 903-438-4074

## HOUSTON COUNTY

**COUNTY CLERK'S OFFICE**
P. O. Box 370
CROCKETT, TX 75835
Phone: (936) 544-3255 Ext. 240

## HOWARD COUNTY

**HOWARD COUNTY CLERK'S OFFICE**
P. O. Box 1468
300 Main
BIG SPRING 79720
Phone (915) 264-2213

## HUDSPETH COUNTY

No Remote Access site available at this time.

## HUNT COUNTY

**HUNT COUNTY CLERKS OFFICE**
2500 Lee Street, 2nd Floor
P O Box 1316
GREENVILLE TX 75403-1316
Phone: 903-408-4130

## HUTCHINSON COUNTY

**HUTCHINSON COUNTY CLERK'S OFFICE**
P. O. Box 1186
500 Main
STINNETT 79083
Phone (806) 878-4002

**CITY OF BORGER**
P. O. BOX 5250
600 N. Main
BORGER 79008-5250
Phone (806) 273-0902

VSU - Remote Access Sites (H)

**Return to Remote Access list.**

*Last updated November 05, 2013*



**Remote Access Offices-Irion County through Jones County**

**Return to Remote Access list.**

## IRION COUNTY

No Remote Access site available at this time.

## JACK COUNTY

**JACK COUNTY CLERK**
100 Main Street
JACKSBORO 76458
Phone (940) 567-2111

## JACKSON COUNTY

**JACKSON COUNTY CLERK'S OFFICE**
115 West Main, Rm 101
EDNA 77957
Phone (361) 782-3563

## JASPER COUNTY

**JASPER COUNTY CLERK'S OFFICE**
Jasper County Courthouse
P O Box 2070
JASPER 75951
Phone (409) 384-2632

## JEFF DAVIS COUNTY

No Remote Access site available at this time.

## JEFFERSON COUNTY

**BEAUMONT CITY HEALTH DEPARTMENT**
950 Washington Blvd.
P. O. Box 3827
BEAUMONT 77704
Phone (409) 832-4000

**PORT ARTHUR CITY HEALTH DEPARTMENT**
449 Austin Ave
PORT ARTHUR 77640
Phone: (409) 983-8853

## JIM HOGG COUNTY

No Remote Access site available at this time.

## JIM WELLS COUNTY

**JIM WELLS COUNTY**
200 N. Almond
ALICE 78332
Phone: (361) 668-5702

## JOHNSON COUNTY

### JOHNSON COUNTY CLERK'S OFFICE

2 North Main Room 106 (zip 76031)
CLEBURNE
Phone (817) 556-6311

## JONES COUNTY

### JONES COUNTY CLERK'S OFFICE

12th & Commercial Streets
P. O. Box 552
ANSON 79501
Phone (325) 823-3762

### Abilene/Taylor County Public Health District

PO Box 2818 (79604)
850 N. 6th St.
Abilene 79601
Phone (325) 692-5600

### Return to Remote Access list.

*Last updated November 05, 2013*



**Remote Access Offices-Karnes County through Knox County**

**Return to Remote Access list.**

## KARNES COUNTY

**KARNES COUNTY**
201 W. Calvert, Suite 100
KARNES CITY 78118
Phone: (830) 780-3938

## KAUFMAN COUNTY

**KAUFMAN COUNTY CLERK'S OFFICE**
Kaufman County Courthouse
KAUFMAN 75142
Phone (972) 932-4331 Ext. 1200

**DALLAS CITY HEALTH DEPARTMENT**
City Hall
1500 Marilla, 1FN
DALLAS 75201
Phone (214) 670-3832

**TERRELL CITY SECRETARY**
201 E Nash
TERRELL 75160
Phone (972) 551-6600 Ext. 227

## KENDALL COUNTY

No Remote Access site available at this time.

## KENEDY COUNTY

No Remote Access site available at this time.

## KENT COUNTY

**KENT COUNTY AND DISTRICT CLERK**
**P.O. Box 9**
**Jayton, TX 79528**
**Phone (806) 237-3881**

**P.O. Box 9Jayton, TX 79528Phone (806) 237-3881**

P.O. Box 9Jayton, TX 79528Phone (806) 237-3881

## KERR COUNTY

**KERR COUNTY CLERK'S OFFICE**
700 Main Street, Ste 122
KERRVILLE 78028
Phone (210) 792-2255

## KIMBLE COUNTY

No Remote Access site available at this time.

## KING COUNTY

No Remote Access site available at this time.

## KINNEY COUNTY

No Remote Access site available at this time.

## KLEBERG COUNTY

### KLEBERG COUNTY CLERK
P.O. Box 1327
KINGSVILLE 78364
Phone: (361) 595-8548

### CORPUS CHRISTI-NUECES COUNTY DEPT OF PUBLIC HEALTH
P O Box 9727 (78469)
1702 Horne Rd
CORPUS CHRISTI 78416
Phone (361) 851-7210

## KNOX COUNTY

No Remote Access site available at this time.

### Return to Remote Access list.

*Last updated November 05, 2013*



**Remote Access Offices-Lamar County through Lynn County**

**Return to Remote Access list.**

## LAMAR COUNTY

**LAMAR COUNTY CLERK'S OFFICE**
119 N. Main
PARIS 75460
Phone (903) 737-2420

**CITY OF PARIS**
P. O. Box 9037
150 S.E. 1st (75460)
PARIS 75461
Phone (903) 784-1798

## LAMB COUNTY

No Remote Access site available at this time.

## LAMPASAS COUNTY

No Remote Access site available at this time.

## LA SALLE COUNTY

No Remote Access site available at this time.

## LAVACA COUNTY

**CITY OF YOAKUM**
900 Irvine Street
P. O. Box 738
Yoakum, Texas 77995-0738
Phone: 361-293-6321

## LEE COUNTY

**LEE COUNTY CLERK'S OFFICE**
200 S. Main Street
P. O. Box 419
GIDDINGS 78942
Phone (409) 542-3684

## LEON COUNTY

No Remote Access site available at this time.

## LIBERTY COUNTY

**Liberty County Clerks Office**
P.O. Box 369
Liberty 77575
Phone: (936) 336-4670

## LIMESTONE COUNTY

**LIMESTONE COUNTY CLERK'S OFFICE**
200 W. State Street
P. O. Box 350
GROESBECK 76642
Phone (254) 729-5504

**LIPSCOMB COUNTY**

No Remote Access site available at this time.

**LIVE OAK COUNTY**

No Remote Access site available at this time.

**LLANO COUNTY**

No Remote Access site available at this time.

**LOVING COUNTY**

No Remote Access site available at this time.

**LUBBOCK COUNTY**

CITY OF LUBBOCK, CITY HALL

1625 13TH STREET RM 102,

LUBBOCK, TX 79401

806 775-2926

**LYNN COUNTY**

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*

 TEXAS
Department of
State Health Services

**Remote Access Offices-McCulloch County through Motley County**

**Return to Remote Access list.**

## MCCULLOCH COUNTY

No Remote Access site available at this time.

## MCLENNAN COUNTY

**WACO-MCLENNAN COUNTY PUBLIC HEALTH DISTRICT**
225 West Waco Dr.
WACO 76707
Phone (254) 750-5468

## MCMULLEN COUNTY

No Remote Access site available at this time.

## MADISON COUNTY

**MADISON COUNTY CLERK**
101 W. Main, Room 108
MADISONVILLE 77864
Phone (409) 348-2638

## MARION COUNTY

No Remote Access site available at this time.

## MARTIN COUNTY

No Remote Access site available at this time.

## MASON COUNTY

No Remote Access site available at this time.

## MATAGORDA COUNTY

**MATAGORDA COUNTY CLERK'S OFFICE**
1700 7th St., Room 202
BAY CITY 77414
Phone (409) 244-7680

## MAVERICK COUNTY

No Remote Access site available at this time.

## MEDINA COUNTY

**MEDINA COUNTY CLERK**
1100 16th Street, Room 109
HONDO 78861
Phone (830)741-6041

## MENARD COUNTY

No Remote Access site available at this time.

## MIDLAND COUNTY

### MIDLAND COUNTY CLERK
P. O. Box 211
MIDLAND 79702
Phone (432) 688-1070

## MILAM COUNTY

### MILAM COUNTY CLERK/LOCAL REGISTRAR
P.O. Box 1008
CAMERON 76520
Phone: (254) 697-7049

## MILLS COUNTY

No Remote Access site available at this time.

## MITCHELL COUNTY

### MITCHELL COUNTY CLERK
349 Oak Street, Room 103
COLORADO CITY 79512
Phone (325) 728-3481

## MONTAGUE COUNTY

### Montague County Clerk
P.O. Box 77
Montague 76251
Phone: (940) 894-2461

## MONTGOMERY COUNTY

### MONTGOMERY COUNTY CLERK'S OFFICE
300 N. Main
P. O. Box 959
CONROE 77305-0959
Phone (409) 539-7885

### HOUSTON DEPARTMENT OF PUBLIC HEALTH
8000 N. Stadium Dr.
HOUSTON 77054
Phone (713) 794-9070

### CITY OF TOMBALL
401 West Market Street
TOMBALL 77375
Phone (281) 351-5484

## MOORE COUNTY

### Moore County Clerk' Office
715 Dumas Ave, Room 107
Dumas 79029
Phone: (806) 935-2009

## MORRIS COUNTY

### MORRIS COUNTY CLERK'S OFFICE
500 Broadnax St.

DAINGERFIELD 75638
(903) 645-3911

**MOTLEY COUNTY**

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Nacogdoches County through Orange County**

**Return to Remote Access list.**

## NACOGDOCHES COUNTY

### NACOGDOCHES COUNTY CLERK'S OFFICE
101 W. Main, Room 205
NACOGDOCHES 75961
Phone (409) 560-7733

## NAVARRO COUNTY

### NAVARRO COUNTY CLERK'S OFFICE
300 W. 3rd Ave., Suite 101
CORSICANA 75110
Phone (903) 654-3035

## NEWTON COUNTY

No Remote Access site available at this time.

## NOLAN COUNTY

### NOLAN COUNTY CLERK'S OFFICE
100 E. 3rd
Suite 108-A
SWEETWATER 79556
Phone (325) 235-2462

## NUECES COUNTY

### NUECES COUNTY CLERK'S OFFICE
901 Leopard
P. O. Box 2627
CORPUS CHRISTI 78403
Phone (361) 888-0580

### CORPUS CHRISTI-NUECES COUNTY DEPT OF PUBLIC HEALTH
P O Box 9727 (78469)
1702 Horne Rd
CORPUS CHRISTI 78416
Phone (361) 851-7210

## OCHILTREE COUNTY

### OCHILTREE COUNTY
511 S. Main
PERRYTON 79070
Phone (806) 435-8039

## OLDHAM COUNTY

No Remote Access site available at this time.

## ORANGE COUNTY

**CITY OF ORANGE**
P. O. Box 520
803 W. Green Ave
ORANGE 77631
Phone (409) 886-3611

**Return to Remote Access list.**

*Last updated November 05, 2013*



**Remote Access Offices- Palo Pinto County through Presidio County**

## Return to Remote Access list.

### PALO PINTO COUNTY

#### CITY OF MINERAL WELLS
115 Southwest 1st Ave
MINERAL WELLS 76068
Phone (940) 328-7702

#### PALO PINTO COUNTY CLERK
520 Oak Street
Palo Pinto, Tx 76484
Phone (940) 328-1277

### PANOLA COUNTY

#### CITY OF CARTHAGE
P. O. Box 400
812 W. Panola
CARTHAGE 75633
Phone (903) 693-3868

### PARKER COUNTY

#### PARKER COUNTY CLERK'S OFFICE
1112 Santa Fe Drive
P. O. Box 819
WEATHERFORD 76086-0819
Phone (817) 594-7461

#### CITY OF MINERAL WELLS
115 Southwest 1st Ave
MINERAL WELLS 76068
Phone (940) 328-7702

### PARMER COUNTY

No Remote Access site available at this time.

### PECOS COUNTY

#### PECOS COUNTY CLERK'S OFFICE
103 W. Callaghan
FORT STOCKTON 79735
Phone (432) 336-7555

### POLK COUNTY

#### POLK COUNTY CLERK'S OFFICE
P.O. Drawer 2119
101 W. Church
LIVINGSTON 77351
Phone (409) 327-6804

### POTTER COUNTY

**CITY OF AMARILLO**
P. O. Box 1971
509 E. 7th Avenue (79101)
AMARILLO 79105-1971
Phone (806) 378-9344

**PRESIDIO COUNTY**

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Rains County through Rusk County**

**Return to Remote Access list.**

## RAINS COUNTY

No Remote Access site available at this time.

## RANDALL COUNTY

### CITY OF AMARILLO
P. O. Box 1971
509 E. 7th Avenue (79101)
AMARILLO 79105-1971
Phone (806) 378-9344

### CITY OF CANYON
301 16th Street
CANYON 79015
Phone (806) 655-5000

## REAGAN COUNTY

### REAGAN COUNTY CLERK'S OFFICE
3rd At Plaza
P. O. Box 100
Big Lake, Texas 76932
Phone: 325-884-2442

## REAL COUNTY

No Remote Access site available at this time.

## RED RIVER COUNTY

### Red River County Clerks Office
200 North Walnut Street
Clarksville 75426
Phone: (903) 427-2401

## REEVES COUNTY

### REEVES COUNTY CLERK
100 East 4th Street
P.O. BOX 867
PECOS (915) 455-5467

## REFUGIO COUNTY

### REFUGIO COUNTY CLERK
P.O. Box 704
REFUGIO, TX 78377
Phone: (361) 526-2721

## ROBERTS COUNTY

No Remote Access site available at this time.

## ROBERTSON COUNTY

No Remote Access site available at this time.

## ROCKWALL COUNTY

### ROCKWALL COUNTY CLERK'S OFFICE
1101 Ridge Road, Suite 101
ROCKWALL 75087
Phone 972-882-0220

### DALLAS CITY HEALTH DEPARTMENT
City Hall
1500 Marilla, 1FN
DALLAS 75201
Phone (214) 670-3832

## RUNNELS COUNTY

**Runnels County Clerk's Office** 613 Courthouse Square
Ballinger 76821
Phone: (915) 365-2720

## RUSK COUNTY

### RUSK COUNTY CLERK'S OFFICE
P.O. Box 758
115 N. Main
HENDERSON 75653-0758
Phone (903) 657-0330

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Sabine County through Swisher County**

**Return to Remote Access list.**

## SABINE COUNTY

**SABINE COUNTY CLERK'S OFFICE**
P O Drawer 580
HEMPHILL 75948
Phone (409) 787-3786

## SAN AUGUSTINE COUNTY

**SAN AUGUSTINE COUNTY CLERK'S OFFICE**
100 West Columbia, Rm 106
SAN AUGUSTINE 75972
Phone (409) 275-2452

## SAN JACINTO COUNTY

No Remote Access site available at this time.

## SAN PATRICIO COUNTY

**CORPUS CHRISTI-NUECES COUNTY DEPT OF PUBLIC HEALTH**
P O Box 9727 (78469)
1702 Horne Rd
CORPUS CHRISTI 78416
Phone (361) 851-7210

## SAN SABA COUNTY

No Remote Access site available at this time.

## SCHLEICHER COUNTY

No Remote Access site available at this time.

## SCURRY COUNTY

**SCURRY COUNTY CLERK'S OFFICE** 1806 25th Street, Ste 300
Suite 300
SNYDER 79549
Phone (915) 573-5332

## SHACKELFORD COUNTY

No Remote Access site available at this time.

## SHELBY COUNTY

**SHELBY COUNTY CLERK'S OFFICE** P. O. Box 592
200 San Augustine
CENTER 75935
Phone (936) 598-3701

## SHERMAN COUNTY

No Remote Access site available at this time.

## SMITH COUNTY

**SMITH COUNTY**
200 E. Ferguson
TYLER 75701
Phone (903) 590-4670

**NORTHEAST TEXAS PUBLIC HEALTH DISTRICT**
815 North Broadway (75702)
P.O. Box 2039
TYLER 75710
Phone (903) 535-0030

## SOMERVELL COUNTY

**SOMERVELL COUNTY AND DISTRICT CLERK**
107 N.E. Vernon
P.O. Box 1098
GLEN ROSE 76043
Phone (254) 897-4427

## STARR COUNTY

**STARR COUNTY CLERK**
401 North Britton Avenue, Room 201
Star County Courthouse
Rio Grande City, Tx. 78582
Phone (956)487-8032

## STEPHENS COUNTY

**STEPHENS COUNTY CLERK**
200 W. Walker
BRECKENRIDGE 76424
Phone (254) 559-3700

## STERLING COUNTY

No Remote Access site available at this time.

## STONEWALL COUNTY

No Remote Access site available at this time.

## SUTTON COUNTY

No Remote Access site available at this time.

## SWISHER COUNTY

**SWISHER COUNTY & DISTRICT CLERK'S OFFICE**
Swisher County Courthouse
TULIA 79088
Phone (806) 995-3294

**Return to Remote Access list.**

*Last updated November 05, 2013*



**Remote Access Offices-Tarrant County through Tyler County**

**Return to Remote Access list.**

## TARRANT COUNTY

**TARRANT COUNTY CLERK'S VITAL RECORDS OFFICE**
200 Taylor St. Room 301
FORT WORTH 76102
Phone (817) 884-1195

**CITY OF ARLINGTON**
101 W. Abram St., 1st Floor
Arlington, TX 76010
(817) 459-6234

**CITY OF NORTH RICHLAND HILLS**
P. O. Box 820609
7301 N.E. Loop 820
NORTH RICHLAND HILLS 76180-0609
Phone 817-427-6061

**CITY OF GRAPEVINE**
P O Box 95104
200 S. Main
GRAPEVINE 76099
Phone (817) 410-3181

**CITY OF BEDFORD**
2000 Forest Ridge Drive
BEDFORD 76021
Phone (817) 952-2104

## TAYLOR COUNTY

**TAYLOR COUNTY CLERK'S OFFICE**
300 Oak st
ABILENE 79602
Phone (325) 674-1202

**ABILENE-TAYLOR COUNTY HEALTH CLINIC**
850 North 6th Street
ABILENE 79601
Phone (325) 692-5600

## TERRELL COUNTY

No Remote Access site available at this time.

## TERRY COUNTY

**TERRY COUNTY CLERK'S OFFICE**
500 W. Main, Room105
BROWNFIELD 79316
Phone (806) 637-8551

## THROCKMORTON COUNTY

No Remote Access site available at this time.

## TITUS COUNTY

**TITUS COUNTY CLERK'S OFFICE**
100 W. 1st, Suite 204
Mt. Pleasant, TX 75455
Phone (903) 577-6796

## TOM GREEN COUNTY

**TOM GREEN COUNTY CLERK'S OFFICE**
124 West Beauregard
SAN ANGELO 76903-5850
Phone (325) 659-6553

## TRAVIS COUNTY

**AUSTIN HEALTH & HUMAN SERVICES/TRAVIS COUNTY HEALTH DEPARTMENT**
601 Airport Blvd., Bldg C
AUSTIN 78702
Phone (512) 972-4784

## TRINITY COUNTY

No Remote Access site available at this time.

## TYLER COUNTY

**TYLER COUNTY CLERK'S OFFICE**
100 Courthouse
WOODVILLE 75979
Phone (409) 283-2281

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Upshur County through Victoria County**

**Return to Remote Access list.**

## UPSHUR COUNTY

**UPSHUR COUNTY CLERK'S OFFICE**
P. O. Box 730
Gilmer, TX. 75644
Phone: (903) 680-8123

## UPTON COUNTY

**UPTON COUNTY CLERK'S OFFICE**
Upton County Courthouse
P. O. Box 465
205 E. 10th
RANKIN 79778
Phone (432) 693-2861

## UVALDE COUNTY

**UVALDE COUNTY CLERK'S OFFICE**
P O Box 284
UVALDE 78802
Phone (830) 278-6614

## VAL VERDE COUNTY

No Remote Access site available at this time.

## VAN ZANDT COUNTY

**VAN ZANDT COUNTY**
121 E. Dallas, Room 202
CANTON 75103
Phone: (903) 567-6503

## VICTORIA COUNTY

**CITY OF VICTORIA**
105 W. Juan Linn
VICTORIA 77902-1758
Phone (361) 458-3040

**Return to Remote Access list.**

*Last updated November 05, 2013*



**Remote Access Offices-Walker County through Wood County**

**Return to Remote Access list.**

## WALKER COUNTY

No Remote Access site available at this time.

## WALLER COUNTY

**WALLER COUNTY CLERK'S OFFICE**
836 Austin, Rm 217
HEMPSTEAD 77445
Phone (979) 826-7711

## WARD COUNTY

**WARD COUNTY CLERK'S OFFICE**
400 S. Allen, #101
Moahans. TX 79756
Phone (432) 943-3294

## WASHINGTON COUNTY

**WASHINGTON COUNTY CLERK'S OFFICE**
100 East Main Street, Suite 102
BRENHAM 77833
Phone (409) 477-6200

## WEBB COUNTY

**CITY OF LAREDO**
2600 Cedar
LAREDO 78040
Phone (956) 795-4929

## WHARTON COUNTY

No Remote Access site available at this time.

## WHEELER COUNTY

**WHEELER COUNTY CLERK'S OFFICE**
P.O. Box 465
WHEELER 79096
Phone (806) 826-5544

## WICHITA COUNTY

**WICHITA FALLS/WICHITA COUNTY PUBLIC HEALTH DISTRICT**
1700 3rd Street
WICHITA FALLS 76301-2199
Phone (940) 761-7802

## WILBARGER COUNTY

**WILBARGER COUNTY**
1700 Wilbarger St., Room 15

WILBARGER 76384
Office (956) 689-2710

## WILLACY COUNTY

### WILLACY COUNTY CLERK
576 W. Main
RAYMONDVILLE 78580
Office (940) 552-5486

## WILLIAMSON COUNTY

### WILLIAMSON COUNTY CLERK'S OFFICE
405 Martin Luther King (In Basement)
GEORGETOWN 78626
Phone (512) 943-1515

### AUSTIN HEALTH & HUMAN SERVICES/TRAVIS COUNTY HEALTH DEPARTMENT
601 Airport Blvd Bldg C
AUSTIN 78702
Phone (512) 972-4784

## WILSON COUNTY

### WILSON COUNTY CLERK
P.O. BOX 27
FLORESVILLE, TX 78114
Phone: (830) 393-7308

## WINKLER COUNTY

No Remote Access site available at this time.

## WISE COUNTY

### WISE COUNTY CLERK'S OFFICE
200 N. Trinity
Decatur, Texas 76234
Phone: (940) 627-3351

## WOOD COUNTY

### WOOD COUNTY CLERK'S OFFICE
P. O. Box 1796
QUITMAN 75783-1796
Phone (903) 763-2711

### Return to Remote Access list.

*Last updated November 05, 2013*



**Remote Access Offices-Youkum County through Zavala County**

**Return to Remote Access list.**

## YOAKUM COUNTY

### YOAKUM COUNTY CLERK'S OFFICE
Yoakum County Courthouse
P. O. Box 309
PLAINS 79355
Phone (806) 456-7491 Ext. 294

## YOUNG COUNTY

### YOUNG COUNTY CLERK
516 Fourth Street, Room 104
GRAHAM 76450
Phone (940) 549-8432

## ZAPATA COUNTY

No Remote Access site available at this time.

## ZAVALA COUNTY

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*



## Birth Certificate for Election Identification

The Department of State Health Services (DSHS) is adopting a rule amendment which waives the fees charged under Title 25 of the Texas Administrative Code, Section 181.22 for a certified copy of a birth record for an individual who requires a certified copy in order to obtain an Election Identification Certificate (EIC) issued by the Department of Public Safety (DPS). This rule change does not change the requirements that apply to obtaining a certified birth record, it only waives the fee previously charged for such records. Any fees for birth records that are required by statute will not be waived by this rule amendment. The rule will go into effect October 21, 2013.

The waiver will only apply to an individual who requests a certified copy in person from the department, a local registrar, or a county clerk for the purpose of obtaining an EIC. Under DPS rules, Title 37, Section 15.182, Texas Administrative Code, an individual who applies for an EIC issued by DPS pursuant to Chapter 521A, Transportation Code, may be required to produce an original or certified copy of a birth record.

DPS reports that, to date, fewer than twenty individuals statewide have been issued an EIC. It is anticipated that an even fewer number of individuals will seek an original or certified birth record and a waiver of the fee for that record from DSHS, local registrars or county clerks for this purpose. Accordingly, DSHS believes that due to the low volume, the proposed rule amendment will not significantly affect fees and charges otherwise assessed and collected by local registrars and county clerks under Section 181.22. Texas Health and Safety Code, Section 191.0045 also requires a local registrar or county clerk who issues a certified copy of a birth record to charge the same fee as the department, and so the waiver of fees also applies to fees charged by local registrars and county clerks that issue birth records.

DSHS has received multiple comments from county judges, county clerks, local registrars and other local and state officials regarding this proposed rule change. We value this input as it has helped to provide suggestions for the procedural aspects that underlie this rule. There are some limitations on our ability to implement some of the suggestions that would require changing existing security protocols, or conflict with other requirements in rules, however, DSHS will work to implement as many of the suggested procedures as possible to address the commenters concerns.

Below are some of the procedural aspects of this change that DSHS is developing which appear to address or relate to many of the comments submitted:

DSHS will be developing a form that will require the requestor to attest to the need for the birth certificate being for the purpose(s) of obtaining an Election Identification Certificate, in addition to existing requirements for obtaining a birth certificate;

DSHS is limiting the number of birth certificates that can be obtained for this purpose [per] person. Any birth certificates requested beyond the first birth certificate that is subject [to a] waiver of fees, will be charged the current fee;

**Exhibit** 116
Jarieli
Date 5/7/14
Melody Campbell, CSR

Only the person seeking an Election Identification Certificate can obtain their own birth certificate.   No family member or otherwise qualified applicants will be able to obtain a birth certificate subject to the waiver of fees on behalf of other persons;

DSHS is developing a method to mark the birth certificates that are issued for this purpose to state that they are for election identification purposes only; and

The fee for use of the remote access system ($1.83/accessed record) will not be charged to local registrars and county clerks who use that system for birth certificates issued for purposes of an EIC under this rule.   The fees required to be paid pursuant to Health and Safety Code, §§191.0045 (e) and 191.022(f) ($2.00) are statutorily required and as a result are not waived by this rule and must still be charged by the DSHS, local registrars and county clerks.

DSHS will be monitoring the number of birth certificates issued for this purpose to assist counties in managing the workload.

DSHS will be providing local registrars and county clerks with additional details on the rules as well as the procedures that will be used to ensure that the issuance of any certified birth record, for which a fee must be waived under these rules, is for the sole purpose of obtaining an EIC.  DSHS will also provide information on its website for the public and local officials on the process, procedures and forms regarding the waiver as well a contact person for questions on the waiver or any other aspect of this rule change.  Until that time, questions may be submitted to Marc Connelly, Deputy General Counsel, Department of State Health Services, Mail Code 1966, P.O. Box 149347, Austin, Texas 78714-9347 or by email to
**marc.connelly@dshs.state.tx.us**.

See **DPS's Election Identification Certificate page** for more information.

> **Procedures for Remote Birth Access Offices**

> **Procedures for Offices Not on Remote Birth Access**

EIC External Links and Forms

> **Texas Department of Public Safety Information on EIC**

> **Texas Department of Public Safety Forms for EIC**

> **Secretary of State Information on EIC**

> **VOTETEXAS.GOV Information on EIC**

Last updated October 18, 2013

**Farinelli, Victor (DSHS)**

| | |
|---|---|
| **From:** | Texas Health and Human Services Commission <txhhs@public.govdelivery.com> |
| **Sent:** | Thursday, October 24, 2013 5:37 PM |
| **To:** | Johnson, Derek (DSHS) |
| **Subject:** | EIC ALERT |

Local registrar offices linked via the Remote Birth Access system to the Vital Statistics Unit service applicants requesting a Birth Certificate Election Identification.

The purpose of the Birth Certificate for Election Identification is so applicants may obtain an Election Identification Certificate (EIC) from the Texas Department of Public Safety. Therefore, any applicant requesting a Birth Certificate for Election Identification must be 16 years of age or older.

Please contact your area representative if you have questions.

This email was sent to derek.johnson@dshs.state.tx.us using GovDelivery, on behalf of: Texas Health and Human Services Commission · 4900 North Lamar Blvd · Austin TX 78751 · 1-800-439-1420

powered by
GOVDELIVERY
get the word out.

Exhibit 117
Farinelli
Date 5/9/14
Melody Campbell, CSR

1



# TEXAS DEPARTMENT OF STATE HEALTH SERVICES

DAVID L. LAKEY, M.D.
COMMISSIONER

P.O. Box 149347
Austin, Texas 78714-9347
1-888-963-7111
TTY: 1-800-735-2989
www.dshs.state.tx.us

TO:        Local Registrars and County Clerks

FROM:      Geraldine R. Harris
           State Registrar
           Vital Statistics Unit

DATE:      October 14, 2013

SUBJECT:   Use of election certification stamp on birth certificates for Local Registrars offices not
           linked to the State Vital Statistics Office via the Remote Birth Access System.

The Department of State Health Services (DSHS) is adopting a rule amendment which waives the fees charged under Title 25 of the Texas Administrative Code, Section 181.22 for a certified copy of a birth record for an individual who requires a certified copy in order to obtain an Election Identification Certificate (EIC) issued by the Department of Public Safety (DPS). This rule change does not affect the requirements that apply to obtaining a certified birth record; it only waives the fee previously charged for such records. The rule will go into effect October 21, 2013.

The waiver will only apply to an individual who requests a certified copy in person from the department, a local registrar, or a county clerk for the purpose of obtaining an EIC.

Texas Health and Safety Code, Section 191.0045 also requires a local registrar or county clerk who issues a certified copy of a birth record to charge the same fee as the department, and so the waiver of fees also applies to fees charged by local registrars and county clerks that issue birth records. The fees required to be paid pursuant to Health and Safety Code, §§191.0045 (e) and 191.022(f) ($2.00) are statutorily required and as a result are not waived by this rule and must still be charged by the DSHS, local registrars and county clerks.

Enclosed is a stamp with the statement, "FOR ELECTION PURPOSES ONLY, CANNOT BE USED FOR IDENTIFICATION," which your office should use to mark the birth certificates that are issued for this purpose.

DSHS will be providing local registrars and county clerks with additional details on the rules as well as the procedures that will be used to ensure that the issuance of any certified birth record, for which a fee must be waived under these rules, is for the sole purpose of obtaining an EIC. Please visit our website, www.texasvsu.org, for additional information on the process, procedures, and forms regarding the waiver, as well as contact information for questions on the waiver or any other aspect of this rule change.

Sincerely,

Geraldine R. Harris
State Registrar
Vital Statistics Unit
Encl:1

Exhibit   118
_____
Date   5/8/14
Melody Campbell, CSR