*Fold on line and seal before mailing*



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 4511    AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

DALLAS COUNTY
REGISTRAR OF VOTERS
2377 N STEMMONS FWY STE 820
DALLAS TX 75207-9903



*Fold on line and seal before mailing*

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by Election Day.
- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.
- You must not have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

## Filling out the Application

- Review the application carefully, fill it out, sign and date it and mail it to the voter registrar in your county or drop it by the Voter Registrar's office.

- All voters who register to vote in Texas must provide a Texas driver's license number or personal identification number issued by the Texas Department of Public Safety. If you don't have such a number, simply provide the last four digits of your social security number. If you don't have a social security number, you need to state that fact.
- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later. Your registration must be effective on or before an election day in order to vote in that election.
- If you move to another county, you must re-register in the county of your new residence.

Please visit the Texas Secretary of State website, **www.sos.state.tx.us**, and for additional election information visit **www.votexas.org.**

**Este formulario está disponible en español. Favor de llamar a su registrador de votantes local para conseguir una versión en español.**





# Texas Voter Registration Application

Prescribed by the Office of the Secretary of State     VR17.2011E13

**For Official Use Only**

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local voter registrar.

## 1 These Questions Must Be Completed Before Proceeding

**Check one**

☐ New Application     ☐ Change of Address, Name, or Other Information     ☐ Request for a Replacement Card

| Are you a United States Citizen? | ☐ Yes | ☐ No |
|---|---|---|
| Will you be 18 years of age on or before election day? | ☐ Yes | ☐ No |

**If you checked 'No' in response to either of the above, do not complete this form.**

| Are you interested in serving as an election worker? | ☐ Yes | ☐ No |
|---|---|---|

**2** **Last Name** Include Suffix if any (Jr, Sr, III) | **First Name** | **Middle Name** (If any) | **Former Name** (if any)

**3** **Residence Address:** Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address) | **City** | **TEXAS**
| **County** | **Zip Code**

**4** **Mailing Address:** Street Address and Apartment Number. (If mail cannot be delivered to your residence address.) | **City** | **State**
| | **Zip Code**

**5** Date of Birth: (mm/dd/yyyy)  ☐☐ / ☐☐ / ☐☐☐☐

**6** Gender (Optional)  ☐ Male  ☐ Female

**7** Telephone Number (Optional) Include Area Code  (☐☐☐) ☐☐☐ – ☐☐☐☐

**8** Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety) ☐☐☐☐☐☐☐☐

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number   XXX-XX- ☐☐☐☐

☐ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

**9** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all **three** statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

 **X** _____     Date ____ / ____ / ____

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Doble por la línea y selle antes de enviar



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 4511   AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

DALLAS COUNTY
REGISTRAR OF VOTERS
2377 N STEMMONS FWY STE 820
DALLAS TX 75207-9903



Doble por la línea y selle antes de enviar

## Requisitos

- Hay que registrarse para votar en el condado donde reside.
- Hay que ser ciudadano de los Estados Unidos.
- Hay que tener por lo menos 17 años con 10 meses de edad o más para registrarse, y hay que tener 18 años de edad para el Día de Elecciones.
- Hay que no haber sido condenado por un delito grave, o en caso de ser delincuente, haber purgado la pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o haber obtenido un indulto.
- Hay que no haber sido declarado total ni parcialmente, como mentalmente discapacitado sin derecho al voto, por fallo final de un juzgado de sucesiones.

## Rellenar la solicitud

- Revisar la solicitud detenidamente, rellenarla, firmarla, escribir la fecha y enviarla por correo al registrador de votantes de su condado o llevarla en persona a la oficinal del Registrador de Votantes.

- Todo votante que se inscriba para votar en Texas deberá proporcionar un número de licencia de conducir de Texas o un número de identificación personal emitido por el Departamento de Seguridad Pública de Texas. Si no tiene tal número, basta con proporcionar las últimas cuatro cifras de su número de seguro social. Si no tiene un número de seguro social, deberá declarar que no lo tiene.
- Su registro de votantes entra en vigor 30 días después que se reciba o cuando usted cumpla los 18 años, cual ocurra más tarde. Su registro deberá ser válido en o antes del día de elecciones de cierta elección para poder votar en tal elección.
- Si se muda a otro condado, hay que volver a registrarse en el condado de su nueva residencia.

Por favor visite la página Web de la Secretaría del Estado de Texas, **www.sos.state.tx.us**, y para información adicional sobre elecciones visite **www.votexas.org**.

**This application is available in English. Please contact your local voter registrar to receive a copy in English.**



## Solicitud de registro electoral en Texas

Por orden de la Secretaría de Estado                VR17.2011S.I3

**Exclusivo para uso oficial**

Favor de llenar cada sección con letra de molde LEGIBLE. Si tiene preguntas sobre cómo rellenar este formulario, por favor comuníquese con su registrador de votantes local.

### 1 Debe contestar estas preguntas antes de proseguir

**Marque un recuadro**

☐ Nueva solicitud          ☐ Cambio de domicilio, nombre y/o otra información          ☐ Reemplazo de tarjeta

| ¿Es usted ciudadano de los Estados Unidos? | ☐ Sí | ☐ No |
|---|---|---|
| ¿Tendrá 18 años cumplidos antes o el día de la elección? | ☐ Sí | ☐ No |

Si marcó 'No' como respuesta a cualquiera de las preguntas anteriores no llene esta solicitud.

| ¿Tiene interés en participar como trabajador electoral? | ☐ Sí | ☐ No |
|---|---|---|

**2** **Apellido** Incluir sufijo si lo hay (Jr, Sr, III) | **Primer nombre** | **Segundo nombre** (si aplica) | **Nombre anterior** (si aplica)

**3** **Domicilio residencial**: Número y calle, y número de apartamento o interior. Si no existe un domicilio, describa donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo).

Ciudad | **TEXAS**

Condado | Código postal

**4** **Dirección postal:** Número y calle, y número de apartamento o interior (si no se puede entregar el correo en su domicilio residencial).

Ciudad | Estado

Código postal

**5** **Fecha de nacimiento:** (mm/dd/aaaa)
☐☐ / ☐☐ / ☐☐☐☐

**6** **Sexo** (Optativo)
☐ Masculino
☐ Femenino

**7** **Teléfono** (Optativo) Incluya código de área
(☐☐☐) ☐☐☐ — ☐☐☐☐

**8** **No. de licencia de conducir de Texas o no. de identificación personal de Texas** (Expedido por el Departamento de Seguridad Pública).

☐☐☐☐☐☐☐☐

**Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social**

XXX-XX- ☐☐☐☐

☐ No tengo licencia de conducir de Texas/Número de Identidad Personal de Texas ni un número de Seguro Social.

**9** Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. Cometer este delito puede resultar en privación de la libertad hasta 180 días, multa de hasta $2,000 o ambos castigos. Por favor lea cada una de las <u>tres</u> declaraciones antes de firmar.

• soy residente de este condado y ciudadano de los Estados Unidos;

• no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o se me otorgó un indulto; y

• no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

**X** _____     Fecha ___ / ___ / ___

Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

*Fold on line and seal before mailing*



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 4511    AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

DALLAS COUNTY
REGISTRAR OF VOTERS
2377 N STEMMONS FWY STE 820
DALLAS TX 75207-9903

*Fold on line and seal before mailing*

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by Election Day.
- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.
- You must not have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

## Filling out the Application

- Review the application carefully, fill it out, sign and date it and mail it to the voter registrar in your county or drop it by the Voter Registrar's office.

- All voters who register to vote in Texas must provide a Texas driver's license number or personal identification number issued by the Texas Department of Public Safety. If you don't have such a number, simply provide the last four digits of your social security number. If you don't have a social security number, you need to state that fact.
- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later. Your registration must be effective on or before an election day in order to vote in that election.
- If you move to another county, you must re-register in the county of your new residence.

Please visit the Texas Secretary of State website, **www.sos.state.tx.us**, and for additional election information visit **www.votexas.org.**

**Este formulario está disponible en español. Favor de llamar a su registrador de votantes local para conseguir una versión en español.**

## Texas Voter Registration Application

Prescribed by the Office of the Secretary of State        VR17.2011E.13

**For Official Use Only**

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local voter registrar.

### 1 These Questions Must Be Completed Before Proceeding

**Check one**

☐ New Application ☐ Change of Address, Name, or Other Information ☐ Request for a Replacement Card

| Are you a United States Citizen? | ☐ Yes | ☐ No |
| --- | --- | --- |
| Will you be 18 years of age on or before election day? | ☐ Yes | ☐ No |

**If you checked 'No' in response to either of the above, do not complete this form.**

| Are you interested in serving as an election worker? | ☐ Yes | ☐ No |
| --- | --- | --- |

**2 Last Name** Include Suffix if any (Jr, Sr, III) | **First Name** | **Middle Name** (if any) | **Former Name** (if any)

**3 Residence Address:** Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address)

| City | **TEXAS** |
| --- | --- |
| County | Zip Code |

**4 Mailing Address:** Street Address and Apartment Number. (If mail cannot be delivered to your residence address.)

| City | State |
| --- | --- |
| | Zip Code |

**5 Date of Birth: (mm/dd/yyyy)**

☐☐/☐☐/☐☐☐☐

**6 Gender** (Optional)
☐ Male
☐ Female

**7 Telephone Number** (Optional) Include Area Code

(☐☐☐)☐☐☐-☐☐☐☐

**8 Texas Driver's License No. or Texas Personal I.D. No.** (Issued by the Department of Public Safety)

☐☐☐☐☐☐☐☐

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number

XXX-XX-☐☐☐☐

☐ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

**9** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

• I am a resident of this county and a U.S. citizen;

• I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and

• I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

**X** _____ Date ___ / ___ / ___

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

*Doble por la línea y selle antes de enviar*





NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 4511   AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

DALLAS COUNTY
REGISTRAR OF VOTERS
2377 N STEMMONS FWY STE 820
DALLAS TX 75207-9903



*Doble por la línea y selle antes de enviar*

### Requisitos

- Hay que registrarse para votar en el condado donde reside.
- Hay que ser ciudadano de los Estados Unidos.
- Hay que tener por lo menos 17 años con 10 meses de edad o más para registrarse, y hay que tener 18 años de edad para el Día de Elecciones.
- Hay que no haber sido condenado por un delito grave, o en caso de ser delincuente, haber purgado la pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o haber obtenido un indulto.
- Hay que no haber sido declarado total ni parcialmente, como mentalmente discapacitado sin derecho al voto, por fallo final de un juzgado de sucesiones.

### Rellenar la solicitud

- Revisar la solicitud detenidamente, rellenarla, firmarla, escribir la fecha y enviarla por correo al registrador de votantes de su condado o llevarla en persona a la oficinal del Registrador de Votantes.

- Todo votante que se inscriba para votar en Texas deberá proporcionar un número de licencia de conducir de Texas o un número de identificación personal emitido por el Departamento de Seguridad Pública de Texas. Si no tiene tal número, basta con proporcionar las últimas cuatro cifras de su número de seguro social. Si no tiene un número de seguro social, deberá declarar que no lo tiene.
- Su registro de votantes entra en vigor 30 días después que se reciba o cuando usted cumpla los 18 años, cual ocurra más tarde. Su registro deberá ser válido en o antes del día de elecciones de cierta elección para poder votar en tal elección.
- Si se muda a otro condado, hay que volver a registrarse en el condado de su nueva residencia.

Por favor visite la página Web de la Secretaría del Estado de Texas, **www.sos.state.tx.us**, y para información adicional sobre elecciones visite **www.votexas.org**.

**This application is available in English. Please contact your local voter registrar to receive a copy in English.**

SPANISH_DALLAS_2011_VR17.11SI3.indd   1



1/18/2012  4:57:27 PM

## Solicitud de registro electoral en Texas

Por orden de la Secretaría de Estado     VR17.2011S.I3

Exclusivo para uso oficial

Favor de llenar cada sección con letra de molde LEGIBLE. Si tiene preguntas sobre cómo rellenar este formulario, por favor comuníquese con su registrador de votantes local.

### 1 Debe contestar estas preguntas antes de proseguir

**Marque un recuadro**

☐ Nueva solicitud     ☐ Cambio de domicilio, nombre y/o otra información     ☐ Reemplazo de tarjeta

¿Es usted ciudadano de los Estados Unidos?     ☐ Sí     ☐ No

¿Tendrá 18 años cumplidos antes o el día de la elección?     ☐ Sí     ☐ No

**Si marcó 'No' como respuesta a cualquiera de las preguntas anteriores no llene esta solicitud.**

¿Tiene interés en participar como trabajador electoral?     ☐ Sí     ☐ No

### 2

| Apellido Incluir sufijo si lo hay (Jr, Sr, III) | Primer nombre | Segundo nombre (si aplica) | Nombre anterior (si aplica) |
|---|---|---|---|
| | | | |

### 3

**Domicilio residencial**: Número y calle, y número de apartamento o interior. Si no existe un domicilio, describa donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo).

| Ciudad | TEXAS |
|---|---|
| Condado | Código postal |

### 4

**Dirección postal**: Número y calle, y número de apartamento o interior (si no se puede entregar el correo en su domicilio residencial).

| Ciudad | Estado |
|---|---|
| | Código postal |

### 5

Fecha de nacimiento: (mm/dd/aaaa)

☐☐ / ☐☐ / ☐☐☐☐

### 6

Sexo (Optativo)
☐ Masculino
☐ Femenino

### 7

Teléfono (Optativo)
Incluya código de área

(☐☐☐) ☐☐☐ – ☐☐☐☐

### 8

No. de licencia de conducir de Texas o no. de identificación personal de Texas (Expedido por el Departamento de Seguridad Pública).

☐☐☐☐☐☐☐☐

Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social.

XXX-XX- ☐☐☐☐

☐ No tengo licencia de conducir de Texas/Número de Identidad Personal de Texas ni un número de Seguro Social.

### 9

Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. Cometer este delito puede resultar en privación de la libertad hasta 180 días, multa de hasta $2,000 o ambos castigos. Por favor lea cada una de las <u>tres</u> declaraciones antes de firmar.

- soy residente de este condado y ciudadano de los Estados Unidos;
- no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o se me otorgó un indulto; y
- no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

**X** _____     Fecha ___/___/___

Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

**PL237**
**9/2/2014**
**2:13-cv-00193**

## *From the Office of State Senator Troy Fraser*

**For Immediate Release**
December 15, 2008
Contact: Janice McCoy
(512) 463-0124

## FRASER FILES VOTER FRAUD MEASURES

State Senator Troy Fraser, R-Horseshoe Bay, filed legislation on Monday, December 15 to increase voter confidence that only legal voters are casting a ballot in Texas.

Senate Bill 362 would require that each voter show photo identification before being able to cast a vote. "Photo ID is simply putting into practice the intent of the current law - that the person who shows up at the polls is who he or she claims to be," said Fraser. "Voter impersonation is a serious crime, but without a photo ID requirement we can never have confidence in our system of voting." Senator Craig Estes, R-Wichita Falls, is a co-author of SB 362.

Senate Bill 363 would require a voter applicant to prove that he or she is a United States citizen by furnishing a birth certificate or, if the person is a naturalized citizen, the city state, and year of taking the naturalization oath. "Our current laws state that only legal citizens can cast a ballot. This measure simply verifies the accuracy of the information they provide on their registration application," said Fraser

"Voting is one of our most important rights as Americans, but it is also a responsibility," said Fraser. "In no way am I trying to prevent any legal citizen from voting. Instead, I want to insure that illegal aliens, non-citizens and people otherwise not qualified do not dilute the legitimate votes cast by citizens," said Fraser.

"Each session members of the Texas Legislature pledge to uphold the Constitutions of the U.S. and of this state. I take these oaths very seriously, and I believe these measures will secure the voting rights of our citizens provided for in the Constitution and protect those rights from being diluted by allowing people to vote who under our Constitution do not have the right to participate in our elections."

*Senator Fraser represents a 21-county region in the geographic center of the state. He is the Chairman of the Senate Committee on Business and Commerce. He also sits on the following standings Senate Committees: Finance, State Affairs, and International Relations and Trade.*

▲





By:  Fraser                                          S.B. No. 363

A BILL TO BE ENTITLED

1                        AN ACT

2    relating to the procedures for registering to vote and accepting a

3    voter at a polling place.

4        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5        SECTION 1.  Section 13.002, Election Code, is amended by

6    amending Subsection (c) and adding Subsection (h) to read as

7    follows:

8        (c)  A registration application must include:

9            (1)  the applicant's first name, middle name, if any,

10   last name, and former name, if any;

11           (2)  the month, day, and year of the applicant's birth;

12           (3)  a statement that the applicant is a United States

13   citizen;

14           (4)  a statement that the applicant is a resident of the

15   county;

16           (5)  a statement that the applicant has not been

17   determined by a final judgment of a court exercising probate

18   jurisdiction to be:

19               (A)  totally mentally incapacitated; or

20               (B)  partially mentally incapacitated without the

21   right to vote;

22           (6)  a statement that the applicant has not been

23   finally convicted of a felony or that the applicant is a felon

24   eligible for registration under Section 13.001;

S.B. No. 363

1            (7) the applicant's residence address or, if the

2    residence has no address, the address at which the applicant

3    receives mail and a concise description of the location of the

4    applicant's residence;

5            (8) the following information:

6                (A) the applicant's Texas driver's license number

7    or the number of a personal identification card issued by the

8    Department of Public Safety or a statement by the applicant that the

9    applicant has not been issued a driver's license or personal

10   identification card; or

11               (B) if the applicant has not been issued a number

12   described by Paragraph (A), the last four digits of the applicant's

13   social security number or a statement by the applicant that the

14   applicant has not been issued a social security number;

15           (9) if the application is made by an agent, a statement

16   of the agent's relationship to the applicant; [and]

17           (10) the city and county in which the applicant

18   formerly resided; and

19           (11) a certified copy of a document providing proof

20   that the applicant is a United States citizen.

21       (h) The following documentation is acceptable as proof of

22   citizenship under Subsection (c)(11):

23           (1) a birth certificate or other document confirming

24   birth that is admissible in a court of law;

25           (2) United States citizenship papers issued to the

26   applicant; or

27           (3) an unexpired United States passport issued to the

2

S.B. No. 363

1   applicant.

2       SECTION 2.   Section 13.121(a), Election Code, is amended to

3   read as follows:

4       (a)   The   officially   prescribed   application   form   for

5   registration by mail must be in the form of [a] business reply mail

6   [postcard], unless another form or system is used under Subsection

7   (b), with postage paid by the state. The secretary of state shall

8   design the form to enhance the legibility of its contents.

9       SECTION 3.   Section 63.001, Election Code, is amended by

10   amending Subsections (b), (c), (d), and (f) and adding Subsection

11   (g) to read as follows:

12       (b)   On offering to vote, a voter must present to an election

13   officer  at  the  polling  place  the  voter's  voter  registration

14   certificate and a form of identification that matches a name on the

15   statewide computerized voter registration list maintained by the

16   secretary  of  state  and  contains  the  voter's  photograph  [to  an

17   election officer at the polling place].

18       (c)   On   presentation   of   the   documentation   required   by

19   Subsection (b) [a registration certificate], an election officer

20   shall  determine  whether  the  voter's  name  on  the  registration

21   certificate is on the list of registered voters for the precinct.

22       (d)   If   the   voter's   name   is   on   the   precinct   list   of

23   registered voters and the voter's identity can be verified from the

24   form of identification presented, the voter shall be accepted for

25   voting.

26       (f)   After determining whether to accept a voter, an election

27   officer  shall  return  the  voter's  documentation  [registration

S.B. No. 363

1   ~~certificate~~] to the voter.

2       (q)   If the requirements for identification prescribed by

3   Subsection (b) are not met, the voter shall be accepted for

4   provisional voting only under Section 63.011.

5       SECTION 4.   Section 63.006(a), Election Code, is amended to

6   read as follows:

7       (a)   A voter who, when offering to vote, presents a voter

8   registration certificate indicating that the voter is currently

9   registered in the precinct in which the voter is offering to vote,

10  but whose name is not on the precinct list of registered voters,

11  shall be accepted for voting if the voter's identity can be verified

12  from the proof of identification presented under Section 63.001(b).

13      SECTION 5.   Section 63.007(a), Election Code, is amended to

14  read as follows:

15      (a)   A voter who, when offering to vote, presents a voter

16  registration certificate indicating that the voter is currently

17  registered in a different precinct from the one in which the voter

18  is offering to vote, and whose name is not on the precinct list of

19  registered voters, shall be accepted for voting if the voter's

20  identity can be verified from the proof of identification presented

21  under Section 63.001(b) and the voter executes an affidavit stating

22  that the voter:

23          (1)   is a resident of the precinct in which the voter is

24  offering to vote or is otherwise entitled by law to vote in that

25  precinct;

26          (2)   was a resident of the precinct in which the voter

27  is offering to vote at the time that information on the voter's

4

S.B. No. 363

1    residence address was last provided to the voter registrar;

2              (3)  did not deliberately provide false information to

3    secure registration in a precinct in which the voter does not

4    reside; and

5              (4)  is voting only once in the election.

6         SECTION 6.  Section 63.008(a), Election Code, is amended to

7    read as follows:

8         (a)  A voter who does not present a voter registration

9    certificate when offering to vote, but whose name is on the list of

10   registered voters for the precinct in which the voter is offering to

11   vote, shall be accepted for voting if the voter executes an

12   affidavit stating that the voter does not have the voter's voter

13   registration certificate in the voter's possession at the polling

14   place at the time of offering to vote and the voter's identity can

15   be verified from the proof of identification presented under

16   Section 63.001(b) [voter presents proof of identification in a form

17   described by Section 63.0101].

18        SECTION 7.  Sections 63.011(a) and (b), Election Code, are

19   amended to read as follows:

20        (a)  A person to whom Section 63.001(g), 63.008(b), or

21   63.009(a) applies may cast a provisional ballot if the person

22   executes an affidavit stating that the person:

23             (1)  is a registered voter in the precinct in which the

24   person seeks to vote; and

25             (2)  is eligible to vote in the election.

26        (b)  A form for an affidavit required by this section shall

27   be printed on an envelope in which the provisional ballot voted by

S.B. No. 363

1  the person may be placed and must include a space for entering the

2  identification number of the provisional ballot voted by the person

3  and a space for an election officer to indicate whether the person

4  presented proof of identification as required by Section 63.001(b).

5  The affidavit form may include space for disclosure of any

6  necessary information to enable the person to register to vote

7  under Chapter 13. The secretary of state shall prescribe the form

8  of the affidavit under this section.

9      SECTION 8. Section 65.054(b), Election Code, is amended to

10 read as follows:

11     (b)  A provisional ballot may be accepted only if:

12         (1)  the board determines that, from the information in

13 the affidavit or contained in public records, the person is

14 eligible to vote in the election and has not previously voted in

15 that election; and

16         (2)  the voter presents proof of identification as

17 required by Section 63.001(b):

18             (A)  at the time the ballot is cast; or

19             (B)  in the period prescribed under Section

20 65.0541.

21     SECTION 9.  Subchapter B, Chapter 65, Election Code, is

22 amended by adding Section 65.0541 to read as follows:

23     Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN

24 PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

25 voting under Section 63.011 because the voter does not present

26 proof of identification as required by Section 63.001(b) may submit

27 proof of identification to the voter registrar by personal delivery

6

S.B. No. 363

1   or by mail for examination by the early voting ballot board not

2   later than the fifth day after the date of the election.

3       (b)   The early voting ballot board shall accept a provisional

4   ballot under Section 65.054 if the voter:

5           (1)   presents proof of identification in the manner

6   required by this section; and

7           (2)   is otherwise eligible to vote in the election.

8       (c)   The office of the voter registrar shall be open on a

9   Saturday that falls within the five-day period described by

10  Subsection (a) for a voter to present proof of identification as

11  provided under this section.

12      (d)   The secretary of state shall prescribe procedures as

13  necessary to implement this section.

14      SECTION 10.   Section 63.0101, Election Code, is repealed.

15      SECTION 11.   The change in law made by this Act to Section

16  13.002, Election Code, applies only to an application for voter

17  registration that is submitted on or after the effective date of

18  this Act.

19      SECTION 12.   This Act takes effect September 1, 2009.



Abilene
Reporter News
Abilene, TX
Circ. 31917
From Page:
1
11/14/2010
91735



# industries

**SARAH KLEINER VARBLE**
kleiners@reporternews.com /
325-676-6744

They buy groceries in local stores and send their children to local schools.

They work and live among us — but their presence in the United States is not documented.

These are the people, living in the shadows, who are the focus of a host of bills that have been pre-filed in the Texas Legislature that would crack down on illegal immigration.

Some of the bills are conservative favorites that have failed in past sessions of the Legislature, but some are new — and they would dramatically change the state's policies toward the estimated 1.7 million undocumented immigrants living in Texas.

Among the questions law-

# LAWS FOR IMMIGRATION

# Tough talk may be empty

■ Crackdown can hurt many

makers will have to answer when the 82nd Legislature convenes in January:

■ Should Texas adopt laws like those in Arizona that allow police officers to ask about the immigration status of residents they encounter and to make arrests based on the answer?

■ Should students at public schools be required to show proof of citizenship so school districts can report how many illegal immigrants they serve?

■ Should cities or counties deemed to be providing sanctuary to undocumented immigrants be stripped of state funding?

■ Should state agencies publish materials only in English?

■ Should voters be required to show photo identification at the polls to prevent voter fraud among undocumented immigrants?

**Please see IMMIGRATION, 10A**

## AT A GLANCE

Here's a quick look at some of the immigration-related bills that were pre-filed in the Texas Legislature last week.
**S.B. 178** — Would require voters to present photo identification at the ballot box. (Sen. Troy Fraser, R-Horseshoe Bay)
**H.B. 17** — Would make it a crime to be in the U.S. illegally and would give police officers the right to arrest undocumented immigrants who are trespassing. (Rep. Debbie Riddle, R-Tomball)
**H.B. 18** — Would strip funding from local governments if they are found to be pro-

viding sanctuary to illegal immigrants. (Riddle)
**H.B. 21** — Would require state agencies to report how much they spend directly or indirectly on undocumented immigrants. (Riddle)
**H.B. 22** — Would require school districts to determine the immigration status of all of their students and report the number of immigrants they serve to the state. (Riddle)
**H.B. 81** — Would require state agencies to print all documents paid for with public money in English only. (Rep. Dan Flynn, R-Van)



EXHIBIT
26
Fraser

County:
Taylor
91735-11-14_1001

TX_00086376

HIGHLY CONFIDENTIAL

Abilene
Reporter News
Abilene,TX
Circ. 31917
From Page:
10
11/14/2010
91735



## IMMIGRATION *from* 1A

Emotions run high on both sides of these controversial questions, and lawmakers will have to work through them as they're dealing with a massive budget shortfall and the once-a-decade redistricting process.

Some lawmakers see the big success of Republicans in the recent general election as a mandate from voters to take a hard-line approach against illegal immigration.

But some believe the federal government — rather than the state — should be responsible for immigration reform, and others worry about the social and economic effects the bills would have in the state that shares the longest stretch of the Mexican border.

**A CHANCE TO PASS?**

State Sen. Troy Fraser, a Republican from Horseshoe Bay who represents Taylor County and several other Big Country counties, pre-filed a bill last week that would require voters to bring photo identification to the ballot box.

Fraser said voting illegally is easy to do in Texas, and he wants to prevent undocumented immigrants from casting ballots in elections.

Fraser said he believes voter fraud is pervasive, but he acknowledged that the claim cannot be substantiated because there isn't a way to determine how many ballots are cast illegally.

"The right to vote is our most precious right as a citizen, and all I'm trying to do is make sure the person voting is who they say they are," Fraser said.

Fraser introduced a similar bill in 2009 that passed in the Senate, but it died in the House in the final days of the session.

"We're going to attempt to go ahead and try to move it earlier this year, and the belief is with the new members in the House, I think there's going to be sufficient members, and I suspect it probably will pass."

Fraser is referring to the significant shift in the makeup of the Texas House after the Nov. 2 election.

Before the election, Republicans held a slim 77 to 73 majority. Now, the GOP holds nearly two-thirds of the seats in the House — 99 seats to 51 for the Democrats.

Fraser and others said they think this will make it easier to pass bills that have been held up by Democrats in the past.

But not all Republicans are on board with the hardline approach.

Gov. Rick Perry and Lt. Gov. David Dewhurst have said they don't believe an Arizona-style law would be right in Texas.

Perry's recent campaign speeches were punctuated with jabs at the federal government's handling of border issues.

But at the same time, he doesn't want to alienate some of his biggest supporters who rely on inexpensive immigrant labor in homebuilding and other construction industries, said Cal Jillson, professor of political science at Southern Methodist University.

"He's had the best of both worlds in that he's been able to rail against the federal government for not fulfilling its responsibilities on border control and immigration more generally, while not doing much himself," Jillson said. "The homebuilding industry has a great many people of ambiguous documentation building homes."

In the past, the business community in Texas has opposed major immigration proposals that would close the border or put pressure on illegal workers who already are in the state because many businesses thrive on low-cost workers, Jillson said.

The immigration bills filed this session will provide insight into Perry's authority in the Legislature, and in the end, Jillson doesn't believe the most extreme bills will pass.

Neither does Jim Harrington, executive director of the Texas Civil Rights Project, who believes the session will reveal whether Perry is seriously considering running for president in 2012.

"We may see the Bush phenomenon happen — when Bush was governor — in that no controversial legislation got passed (the session before the election)," Harrington said.

Most Republicans won't support the legislation if they're serious about reaching out to the Hispanic community, Harrington said.

He said the anti-immigration bills that have been filed amount to "demagoguery," and a distraction from the work lawmakers must tackle with the budget deficit or education funding.

But the issue was taken so seriously by state Rep. Debbie Riddle, R-Tomball, that she camped outside the House clerk's office for two nights just so she could be first in line to file a bundle of immigration-related bills, including one that would style Texas law after Arizona's.

In an interview with Fox News host Greta Van Susteren, Riddle said she filed her bundle of bills because she was concerned about the increase in gang-related crimes in Houston that could be linked to Mexican drug cartels. Riddle could not be reached for comment for this article.

"The bottom line is this: This is all about safety and security," Riddle told Van Susteren.

## MEASURING IMPACT

The number of undocumented immigrants in Texas grew 54 percent from 2000 to 2009 — an average increase of about 70,000 immigrants per year, according to estimates from the U.S. Department of Homeland Security.

In 2009, the most recent figures available, Texas was home to about 16 percent of the nation's undocumented immigrants, the second biggest population among the states. About 24 percent of immigrants lived in California in 2009.

But the number of illegal immigrants in Texas and in the U.S. has been decreasing since 2007, the statistics show.

Federal data isn't broken down by county or city, but a local immigration case worker has noticed a decrease in the number of undocumented immigrants in Abilene.

Nelly Diaz, an accredited advocate for immigration associated with the Catholic Diocese of San Angelo,

Abilene
Reporter News
Abilene, TX
Circ. 31917
From Page:
10
11/14/2010
91735



said she gets 40 calls a day and works in person with about 25 people a week on immigration issues, but she believes there are fewer immigrants in Abilene.

There haven't been many jobs available throughout

grant workers, but Diaz also said she believes fewer immigrants are moving to Texas because they fear the anti-immigration tide that's sweeping the state. Instead of punitive legislation, Diaz would rather see immigrants offered a path to citizenship and an opportunity to attend college.

Many of the bills that already have been filed, however, would attempt to curb illegal immigration. The legislation undoubtedly would have an impact on the region — not only people living here illegally but also the cities, counties and schools.

One bill would strip funding from local governments that provide sanctuary to undocumented immigrants.

"Abilene is not a sanctuary city," said Abilene Police Chief Stan Standridge. "Within policy, we collaborate with federal law enforcement partners concerning immigration issues."

Officers who contact illegal immigrants through an investigation notify Border Patrol about their immigration status, Standridge said. The department does not make arrests with immigration status in mind because state law does not give Texas law enforcement officers that discretion — but one of the proposed laws would change that.

If the bill passes, APD's policy regarding illegal immigrants would have to change. The policy currently says undocumented immigrants "may not be arrested without a warrant based solely upon the suspicion they entered the country illegally. When a suspected illegal alien is arrested, the United States Border Patrol should be notified."

Taylor County Judge Downing Bolls said he didn't have an opinion on specific immigration legislation that will be debated, but he hoped that the state would attach funding to any bills that would require the county to spend money.

Another bill that already has been filed would require public school students to submit proof of citizenship upon registering, and then school districts would report the number of immigrants they serve to the state.

Jillson, the SMU professor, said that bill could dangerously affect the quality of the future workforce because many undocumented parents would be discouraged

from taking their children to school.

Juan Butler, coordinating of the United Methodist Service Center and Food Pantries, works with some members of the undocumented immigrant population in Abilene, and she also had experience working with their children as a bilingual teacher for 25 years.

Butler said she agrees that parents would keep their children out of schools if they had to admit they were here illegally.

"It's better to have them in school and learning than to be on the streets," Butler said.

The 82nd Legislature will be in session from Jan. 11 through May 30.

TX_00086378

| From: | Jonathan Stinson |
|---|---|
| Sent: | Friday, January 21, 2011 5:31 PM |
| To: | Wroe Jackson |
| Subject: | Fw: voter ID info |
| Attachments: | VOTE - ensuring compliance with Sup Ct.doc; VOTE - 82R TALKING POINTS.docx; VOTE - state law comparison.doc |

Jonathan Stinson
jonathan.stinson@senate.state.tx.us

**From:** Bryan Hebert
**To:** Jason Baxter; Janice McCoy; Jonathan Stinson
**Cc:** Blaine Brunson; Julia Rathgeber
**Sent:** Fri Jan 21 17:29:43 2011
**Subject:** voter ID info
Attached are several documents that may prove useful in preparing for next week's voter ID debate, including:
(1) a summary of proposed talking points
(2) a summary of the standard necessary to pass US Supreme Court scrutiny
(3) a chart of the differences between the Indiana, Georgia, and Texas laws

Obviously these documents will be supplemented by information discussed Sunday night, and I will be compiling more data tomorrow for your review.

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



1

HIGHLY CONFIDENTIAL

**TX_00265592**

|  | INDIANA LAW | GEORGIA LAW | TEXAS - SB 14 | TEXAS - CURRENT LAW |
|---|---|---|---|---|
| **REQUIRED I.D.** | **One photo ID:**<br>• state or federal ID that includes name, photo, and expiration date (specific forms of ID not provided) | **One photo ID:**<br>• driver's license (even if expired)<br>• state or federal photo ID<br>• local, state, or federal govt employee photo ID<br>• U.S. passport<br>• military photo ID<br>• tribal photo ID | **One photo ID:**<br>• DPS-issued ID that has not expired<br>• military photo ID<br>• citizenship certificate with photo<br>• U.S. passport | voter registration card<br><br>- OR -<br><br>sign affidavit at polls<br>**AND**<br>• DPS-issued ID (even if expired)<br>• any photo ID with name<br>• birth certificate<br>• citizenship papers<br>• U.S. passport<br>• govt-issued mail or document<br>• other ID prescribed by Sec of State |
| **EXCEPTIONS TO PHOTO REQUIREMENT** | • indigent<br>• religious objection<br>• voters in state-licensed care facility | none | none | (photo ID not required) |
| **PROVISIONAL BALLOT** | If no ID, voter may cast provisional ballot and may return within 10 days with ID for ballot to be counted | If no ID, voter may cast provisional ballot and may return within 2 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and may return within 6 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and registrar must confirm eligibility within 7 days |

HIGHLY CONFIDENTIAL

TX_00265595

| REQUIRED VOTER EDUCATION | secretary of state conducts statewide education campaign for voters and poll workers | none | secretary of state conducts statewide education campaign for voters and poll workers | N/A |
|---|---|---|---|---|

*(The Indiana law was upheld by the Supreme Court and the Georgia law was upheld by the DOJ)*

HIGHLY CONFIDENTIAL

TX_00265596

## Frank Battle

| | |
|---|---|
| **From:** | Janice McCoy |
| **Sent:** | Tuesday, April 12, 2011 1:07 PM |
| **To:** | Bryan Hebert |
| **Subject:** | OAG language - SB 14 |

552

So, I'm not sure we can do this without going outside the bounds, but what do you think?

SECTION 18. Section 65.054, Election Code, is amended by amending Subsections (a) and (b) and adding Subsection (e) to read as follows:

(a) The early voting <u>and provisional voting</u> ballot board shall examine each affidavit executed under Section 63.011 and determine whether to accept the provisional ballot of the voter who executed the affidavit.

(b) A provisional ballot <u>shall</u> [may] be accepted [only] if the board determines that<u>:</u>

<u>(1)</u> [,] from the information in the affidavit or contained in public records, the person is eligible to vote in the election and has not previously voted in that election<u>; and</u>

<u>(2)  the person:</u>

<u>(A)  meets the identification requirements of Section 63.001(b) at the time the ballot was cast or in the period prescribed under Section 65.0541; or</u>

<u>(B)  executes an affidavit under penalty of perjury that states:</u>

<u>(i) the voter has a religious objection to being photographed;</u>

<u>(ii) the basis for the religious belief and how long the voter has held this belief.</u>

<u>(iii) the voter has consistently refused to be photographed for any governmental purpose from the time the voter has held this belief; and</u>

<u>(iv) the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the requirements for identification prescribed by Section 63.001(b).</u>

<u>(c) The provisions of Chapter 110, Title 5, Civil Practices and Remedies Code shall not be applicable to this section or to any provision codified in Title 2 or Title 6 of the Texas Election Code.</u>

I think it is a bit excessive, but I'm not a lawyer.

Thanks,

Janice



HIGHLY CONFIDENTIAL

TX_0003451(

## SB 14 Amendments
Wroe Jackson

| Package Page | Amendment Number | Author(s) | Summary | Discussion Points | Analyst Comments |
|---|---|---|---|---|---|
| | | Watson/Rodriguez | Naming and defining fraudulent voting practices (Anti-disenfranchisement). | Amendment "guts bill" and changes way that SB 14 would function. | Concur.<br><br>Recommendation: NO |
| | | Watson/Rodriguez | Appropriations - SB 14 would take effect only if appropriation made by Legislature. | Unnecessary. No specific appropriation is necessary. SB 14 does not require a state appropriation and no state appropriation will exist, per Ogden. | Concur.<br><br>Recommendation: NO |
| | | Lucio | Adds forms of ID that are used for procuring DL by DPS. | DPS list contains non-photo forms of ID. "Guts bill." | Concur.<br><br>Recommendation: NO |
| | | Lucio/Hinojosa | Requires notice of new requirements to be posted in both English and Spanish at polling locations. | Already required by federal law. Imposes no additional burden on elections administrators. | Concur. This or the Lucio/Gallegos/Hinojosa bill would be fine to approve.<br><br>Recommendation: YES to either this amendment or Lucio/Gallegos/Hinojosa amendment. |
| | | Lucio/Gallegos/Hinojosa | Requires notice of new requirements to be posted in every language in which voter registration materials are available. | More than required by law. Imposes minimal burden on election administrators. (Not enough of a burden to be an unfunded mandate.) | Concur. This or the Lucio/Hinojosa bill would be fine to approve.<br><br>Recommendation: YES to either this amendment or Lucio/Hinojosa amendment. |
| | | Lucio/Ellis | Inserts language into family | Unnecessary. Further, | Concur. |

HIGHLY CONFIDENTIAL

TX_00078525



## SB 14 Amendments
Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | | code requiring applicants for a marriage license to update voter registration and personal ID, "or risk being denied the opportunity to cast a ballot." | language in amendment is inflammatory. Should not be included in bill for multiple reasons. | Recommendation: NO |
| | | Lucio | Allows voters 65+ to use an expired ID or another state's ID card. Contains language similar to other Lucio amendment (60 day expiration). | Some change in allowance for expiration would be helpful, but allowing voters who reach a certain age to use unexpired ID's or out of state ID's for life is contrary to the purpose of the bill. | Concur. Consider voting "yes" on language extending the "expired ID" language to 60 days, instead of 45 (Lucio). Recommendation: NO |
| | | Lucio | Gives voters a 60-day window following an ID's expiration to present that ID for voter identification purposes. | Acceptable to members. This is a reasonable (and logical) extension of the purpose of the bill. Further, DPS estimates that it takes up to 45 days to receive a new ID once order is placed. Amendment adds a safety cushion for those attempting to renew ID and vote. | Concur. Amendment is reasonable. Affected code sections are minimal, making amendment narrow in scope. Recommendation: YES |
| | | Van de Putte | Requires poll workers to disregard address when matching names on ID with voter roll. | This is not necessary. It is a current practice espoused by the Secretary of State. | Concur. Amendment not necessary. Recommendation: NO |
| | | Van de Putte | Adds two forms of non-picture ID to the accepted list. | "Guts bill." Defeats purpose of having picture ID. | Concur. Recommendation: NO |

TX_00076526

## SB 14 Amendments
Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | Van de Putte | Comptroller must determine legislative appropriation to fully fund in order for law to take effect. SOS must certify that each county has complied with changes. | This would take the bill outside the normal scope of legislation. This is not normal procedure and it would be unwise to set this precedent for any bill, much less every bill. | Concur.<br><br>**Recommendation: NO** |
| | | Zaffirini. | Would allow voters to use voter registration card and file an affidavit. | Defeats purpose of photo ID bill. Not enough protection from fraud. | Concur.<br><br>**Recommendation: NO** |
| | | Zaffirini | Notice of changes made by SB 14 must be posted separately from all other voting notices. | This is unnecessary and would cause more work for clerks. However, Sen. Fraser will submit to the will of the body. | Concur. Unnecessary. Could be a burden to county officials.<br><br>**Recommendation: NO** |
| | | Ellis/Rodriguez | "Sunsets" bill in either 2014 or 2024. | SB 14 will be good law that does not need to be revisited. | Concur. Additionally, this may provide ammunition for those challenging this law in court. (Ex: "by putting in a Sunset date, the Texas Senate admitted that their bill would need to be changed in order to be effective.")<br><br>**Recommendation: NO** |
| | | Ellis/Rodriguez/Uresti | Require SOS to report annually on complaints difficulties faced by persons attempting to vote under new law. | Unnecessary. Proper complaint process should be enough to document issues being faced by voters. | Concur. Additionally, SOS funding may be reduced in FY12-FY13 budget. It seems unwise to place this unfunded mandate on that office for a redundant |

HIGHLY CONFIDENTIAL

TX_00076527

## SB 14 Amendments
Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | | | | purpose.<br><br>**Recommendation: NO** |
| | | Ellis/Rodriguez/Lucio | Provides for voter registration on election day. | Inappropriate forum to bring up this type of legislation. | Concur.<br><br>**Recommendation: NO** |
| | | Ellis | Allows student ID as photo ID for students at an accredited public university in Texas. | *Fraser will defer to the will of the body on this amendment.* | *DISAGREE. See attached talking points.*<br><br>**Recommendation: NO** |
| | | Hinojosa | Approves county voter registration certificates as photo ID, provided that they have a picture and conform to SOS guidelines. | This allows too much room for fraud. SOS would have to develop additional guidelines for county. | Concur.<br><br>**Recommendation: NO** |
| | | Hinojosa | Repeals the requirements of education by the SOS. | Unnecessary. | Concur. Education requirements are an important consideration by both the Supreme Court and the Department of Justice.<br><br>**Recommendation: NO** |
| | | Hinojosa | Adds CHL license to list of approved photo IDs. | This would be an acceptable addition. CHL requires a driver's license to approve and includes a picture. | Concur. May approve this or Patrick's amendment. For further discussion.<br><br>**Recommendation: YES to this or Patrick's amendment.** |
| | | West | Holds implementation of bill until 82nd Session. | Not an appropriate forum to discuss the funding of | Concur. |

HIGHLY CONFIDENTIAL

TX_00078628

## SB 14 Amendments
Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | | GAA is passed with no pay cut to public education. teachers | teacher salaries. Additionally, do not want to set precedent of tying teacher funding to non-related issues. | Recommendation: NO |
| | | West/Rodriguez | Adds a Medicare ID card as approved photo ID. | Unnecessary. Those that are eligible for Medicare will generally be eligible to vote by mail. Additionally, there is no photo required on a Medicare ID card. | Concur. **Recommendation: NO** |
| | | Uresti/Whitmire | Use of affidavit to exempt from photo ID requirements if registered voter resides in a nursing home or residential care facility. | See above analysis for Zaffirini. Additionally, most persons residing in a nursing home are eligible to vote by mail. | Concur. Recommendation: NO |
| | | Gallegos | Proscribes extended hours for DPS locations in order to provide IDs. | Hours vary for various DPS offices. Unnecessary. | Concur. Recommendation: NO |
| | | Gallegos | Requires DPS to locate a driver's license facility close to public transportation, if a facility is located in a county where public transportation is available. | Unnecessary. | Concur. Recommendation: NO |
| | | Gallegos | Requires DPS driver's license facility for every 50 voting precincts in an area. | Unnecessary and cost prohibitive. | Concur. Recommendation: NO |
| | | Gallegos | Allows for temporary driver's license to substitute for photo ID. | Overly ripe for fraud. Nothing prevents Texans from holding a state ID and | Concur. Recommendation: NO |

HIGHLY CONFIDENTIAL

TX_00076529

## SB 14 Amendments
Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | | | a drivers license at the same time. Additionally, if above amendment is passed (Lucio - 60 Days), most persons would be able to use an expired license before their new one arrives. For those who have had their licenses suspended, a state ID card would work as well. | |
| | | Patrick | Would add CHL to list of approved photo ID. | See above analysis (Hinojosa). | Concur. May approve this or Hinojosa's amendment. For further discussion.<br><br>**Recommendation: YES** to this or Hinojosa's amendment. |

HIGHLY CONFIDENTIAL

TX_00076530

PL243
9/2/2014
2:13-cv-00193

**EXHIBIT**

## Voter ID Differences

- SEC 1 - Disability Definition - House better, but . . .

- SEC 5 - Voter ID identification target at low-income voters (OAG dislikes)

- SEC 9 - Hochberg amendment . . . Governor veto of HB 1457

- SEC 9 - Davis amendment - Provisional ballot counted . . . SOS says hard to administrate

- SEC 9 - Over 70 as of 1-1-12 exemption (Two class of voters?)

- SEC 9 - Disability exemption (Two class of voters? / If you can make it to polls, why can't you make it to DPS?)

- SEC 9 - Eiland amendment - natural disaster - too broad . . . who leaves without id?

- SEC 9 - Giddings amendment - stolen identity does NOT mean stolen id

- SEC 14 - Tribal ID - too broad and easy to be faked

- SEC 14- ID approved by state - too broad and easy to be faked

- SEC 15 - Gonzalez amendment - GUTS photo-id at the polling place

- SEC 17 - 6-Day option to cast provisional ballot
  - Senate - exemption for indigent (is it necessary?) / religious (OAG likes)
  - House - bring photo-id back (Senate filed language)

- SEC 18 - Tied to decision in SEC 17

- SEC ___ - Lucio amendment - One day temporary ID -- too expensive / easy to fake

- SEC ___ - Anchia amendment - Not necessary / too expensive

- SEC ___ - Bonnen amendment - Severability (OAG likes)

HIGHLY CONFIDENTIAL

| From: | Bryan Hebert |
|---|---|
| Sent: | Monday, January 24, 2011 7:30 PM |
| To: | Jonathan Stinson; Amanda Montagne; Ryan LaRue_SC; Katie Ogden; Janice McCoy |
| Subject: | University of Texas polling data on voter ID |

**I think this info is important to get into the record tomorrow...**

http://texaspolitics.laits.utexas.edu/11_5_1.html

Respondents were asked: "Some people argue that requiring registered voters to present government-issued photo identification at the polls reduces voter fraud and does not place major obstacles on anyone who is legally entitled to vote. Other people argue that such a requirement has a negligible effect on voter fraud but places significant obstacles on elderly, low-income, disabled, and minority voters. Do you agree or disagree with the idea that registered voters should be required to present a government-issued photo id at the polls before they can be allowed to vote?"

**June 2009**

*Voter Identification*

So as to determine whether extensive media coverage of the legislative debate over a proposed voter identification requirement had changed public opinion on the issue, we re-asked the exact same question about the proposed requirement that was asked in the February-March poll, before the legislature extensively addressed the issue (please see the sub-section on the February-March poll below to find exact wording).

Results show that the legislative debate on the issue had no bearing on public opinion. As in the February-March poll, a large majority of respondents (70%) supported the requirement, and a small minority (17%) opposed it, with 14% of respondents registering no opinion.

**February-March 2009**

*Voter Identification*

In anticipation of debate over a proposed voter identification requirement in the 2009 state legislative session, a revised question on the subject (different from the one in the July 2008 poll) was asked in February-March 2009. The wording of the revised question was as follows:

"Some people argue that requiring registered voters to present government-issued photo identification at the polls reduces voter fraud and does not place major obstacles on anyone who is legally entitled to vote. Other people argue that such a requirement has a negligible effect on voter fraud but places significant obstacles on elderly, low-income, disabled, and minority voters. Do you agree or disagree with the idea that registered voters should be required to present a government-issued photo id at the polls before they can be allowed to vote? 1. Agree 2. Disagree 3. Don't know"

Results were quite similar to those of the July 2008 question, though the answer choices were different (see the July 2008 sub-section below for more on the July 2008 question). 69% of respondents agreed that voters should be required to produce a government-issued photo id to vote, 18% disagreed, and 13% answered don't know. It appears that public opinion on this issue is quite stable, with a large majority of Texans favoring a voter identification requirement no matter how the question is asked.

Views on Proposed Voter ID Requirement by Race (June 2009)



1

HIGHLY CONFIDENTIAL

TX_00021227



2

HIGHLY CONFIDENTIAL

TX_00021228



HIGHLY CONFIDENTIAL

derfner, armand 7/22/2014
For Educational Use Only

§ 521.142. Application for Original License, TX TRANSP § 521.142

| Vernon's Texas Statutes and Codes Annotated |
| Transportation Code (Refs & Annos) |
| Title 7. Vehicles and Traffic (Refs & Annos) |
| Subtitle B. Driver's Licenses and Personal Identification Cards |
| Chapter 521. Driver's Licenses and Certificates (Refs & Annos) |
| Subchapter G. License Application Requirements |

V.T.C.A., Transportation Code § **521.142**

§ **521.142**. Application for Original License

Effective: September 28, 2011

**Currentness**

(a) An application for an original license must state the applicant's full name and place and date of birth. This information must be verified by presentation of proof of identity satisfactory to the department. An applicant who is not a citizen of the United States must present to the department documentation issued by the appropriate United States agency that authorizes the applicant to be in the United States before the applicant may be issued a driver's license. The department must accept as satisfactory proof of identity under this subsection an offender identification card or similar form of identification issued to an inmate by the Texas Department of Criminal Justice if the applicant also provides supplemental verifiable records or documents that aid in establishing identity.

(b) The application must include:

(1) the thumbprints of the applicant or, if thumbprints cannot be taken, the index fingerprints of the applicant;

derfner, armand 7/22/2014
For Educational Use Only

§ 521.142. Application for Original License, TX TRANSP § 521.142

(2) a photograph of the applicant;

(3) the signature of the applicant; and

(4) a brief description of the applicant.

(c) The application must state:

(1) the sex of the applicant;

(2) the residence address of the applicant, or if the applicant is a federal judge, a state judge, or the spouse of a federal or state judge using the procedure developed under Section 521.121(c), the street address of the courthouse in which the applicant or the applicant's spouse serves as a federal judge or a state judge;

(3) whether the applicant has been licensed to drive a motor vehicle before;

(4) if previously licensed, when and by what state or country;

(5) whether that license has been suspended or revoked or a license application denied;

derfner, armand 7/22/2014
For Educational Use Only

§ 521.142. Application for Original License, TX TRANSP § 521.142

(6) the date and reason for the suspension, revocation, or denial;

(7) whether the applicant is a citizen of the United States; and

(8) the county of residence of the applicant.

<Text of subsec. (d) as amended by Acts 2009, 81st Leg., ch. 1252 (H.B. 339), § 9>

(d) If the applicant is under 21 years of age, the application must state whether the applicant has completed a driver education course required by Section 521.1601.

<Text of subsec. (d) as amended by Acts 2009, 81st Leg., ch. 1413 (S.B. 1317), § 1 >

(d) If the applicant is under 25 years of age, the application must state whether the applicant has completed a driver education course required by Section 521.1601.

(e) The application must include any other information the department requires to determine the applicant's identity, residency, competency, and eligibility as required by the department or state law.

(f) Information supplied to the department relating to an applicant's medical history is for the confidential use of the department and may not be disclosed to any person or used as evidence in a legal proceeding other than a proceeding under Subchapter N.[1] This subsection does not apply to information provided by an applicant under

derfner, armand 7/22/2014
For Educational Use Only

§ 521.142. Application for Original License, TX TRANSP § 521.142

Subsection (h).

(g) The department may require an applicant to provide the applicant's social security number only for a purpose permitted by Section 521.044.

(h) The application must provide space for the applicant to voluntarily list any health condition that may impede communication with a peace officer as evidenced by a written statement from a licensed physician.

(i) The application must provide space for the applicant:

(1) to voluntarily list any military service that may qualify the applicant to receive a license with a veteran's designation under Section 521.1235; and

(2) to include proof required by the department to determine the applicant's eligibility to receive that designation.

**Credits**

Acts 1995, 74th Leg., ch. 165, § 1, eff. Sept. 1, 1995. Amended by Acts 1999, 76th Leg., ch. 556, § 78, eff. Sept. 1, 1999; Acts 1999, 76th Leg., ch. 640, § 3, eff. Sept. 1, 1999; Acts 2003, 78th Leg., ch. 1335, § 2, eff. Jan. 1, 2004; Acts 2005, 79th Leg., ch. 1108, § 5, eff. Sept. 1, 2005; Acts 2005, 79th Leg., ch. 1218, § 4, eff. Sept. 1, 2005; Acts 2009, 81st Leg., ch. 316, § 4, eff. Sept. 1, 2009; Acts 2009, 81st Leg., ch. 1146, §§ 13A.04, 14.01, eff. Sept. 1, 2009; Acts 2009, 81st Leg., ch. 1253, § 9, eff. Sept. 1, 2009; Acts 2009, 81st Leg., ch. 1413, § 1, eff. March 1, 2010; Acts 2011, 82nd Leg., ch. 91 (S.B. 1303), § 24.011, eff. Sept. 1, 2011; Acts 2011, 82nd Leg., ch. 273 (H.B. 1514), § 2, eff. Sept. 1, 2011; Acts 2011, 82nd Leg., 1st C.S., ch. 4 (S.B. 1), § 72.06,

derfner, armand 7/22/2014
For Educational Use Only

§ 521.142. Application for Original License, TX TRANSP § 521.142

eff. Sept. 28, 2011.

**Editors' Notes**

### REVISOR'S NOTE

### 2013 Main Volume

Section 6(b), V.A.C.S. Article 6687b, refers to a license application that is "refused." The revised law omits the reference to "refused" and substitutes "denied." V.A.C.S. Article 6687b uses the terms "refuse" and "deny" interchangeably. The revised law uses only the term "deny" for consistency and to avoid confusion.

Footnotes

1
     V.T.C.A., Transportation Code § 521.291 et seq.

V. T. C. A., Transportation Code § **521.142**, TX TRANSP § **521.142**
Current through the end of the 2013 Third Called Session of the 83rd Legislature

**End of Document**      © 2014 Thomson Reuters. No claim to original U.S. Government Works.

derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

| Texas Administrative Code |
| Title 37. Public Safety and Corrections |
| Part 1. Texas Department of Public Safety |
| Chapter 15. Driver License Rules |
| Subchapter L. Election Identification Certificate |

37 TAC § 15.183
Tex. Admin. Code tit. 37, §   15.183

§ 15.183. Application Requirements

Currentness

(a) An application for an election identification certificate must include:



(1) the applicant's full name:

(A) A married woman may use her maiden name or she may adopt the surname of her husband or the surname of a previous husband. No name will be used that has not been documented. Middle names will not be substituted for first names. Three full names will be used, unless the applicant does not have three names, including the maiden name. This section applies to both sexes.

derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

(i) When change of name occurs because of marriage, divorce, annulment, or death of spouse, the certificate holder may choose to keep her current married name, revert to her maiden name, or adopt a previous husband's surname. Name changes for reasons other than those set out above require a court order verifying such change.

(ii) Certificate holders who request a name change may apply for a duplicate and exercise the same privilege in name selection as an original applicant.

(B) Foreign language names will be spelled out as they appear on the identification documents presented. English versions of names will not be substituted for the actual name.

(C) Ecclesiastical names such as Brother Thomas, Sister Mary, or Father Kelly are not used.

(2) the applicant's place and date of birth;

(3) the fingerprints of the applicant; this does not apply to an applicant who is permitted and utilizes an alternative method for renewing or duplicating an election identification certificate;

derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

(4) a photograph of the applicant;

(5) the signature of the applicant; the applicant's usual signature, in ink, is required on all applications for an election identification certificate:

(A) The primary purpose of the signature is to identify the applicant and verify the information given on the application.

(B) If an applicant cannot write his name, he may make his "mark." This is usually a cross in the place of his signature followed by the applicant's printed name. The Driver License field employee shall sign under the applicant's "mark" showing who printed the applicant's name.

(6) a brief description of the applicant;

(7) the sex of the applicant;

(8) the residence address of the applicant;

(9) whether the applicant is a citizen of the United States; and

derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

(10) the county of residence of the applicant.

(b) Social Security number. Applicants for an election identification certificate will be asked to provide verification of Social Security number documentation. If the applicant fails or refuses to provide that social security information, the election identification certificate will be issued without such documentation unless state or federal statute requires otherwise. Acceptable documents to provide verification of Social Security number are listed in § 15.42 of this title (relating to Social Security Number).

(c) Notarizations. The applicant must verify original election identification certificate applications before a person authorized to administer oaths. The following officials may administer such oaths or affirmations:

(1) within the State of Texas:

(A) a judge, clerk, or commissioner of any court of record;

(B) a notary public;

derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

      (C) a justice of the peace;

      (D) authorized employees of the Department of Public Safety;

   (2) general:

      (A) in the absence of evidence to the contrary, it is presumed that all notarizations are legally made;

      (B) the omission of the seal by officers normally required to use same for notarization invalidates the oath;

      (C) notarized election identification certificate applications must be dated not more than six months prior to date of application.

**Credits**

**Source:** The provisions of this §15.183 adopted to be effective December 13, 2011, 36 TexReg 8384.

Current through 39 Tex.Reg. No. 5000, dated June 27, 2014, as effective on or before June 30, 2014

derfner, armand 7/22/2014
For Educational Use Only

**§ 15.183. Application Requirements, 37 TX ADC § 15.183**

37 TAC § 15.183, 37 TX ADC § 15.183

**End of Document**
© 2014 Thomson Reuters. No claim to original U.S. Government Works.