## Patricia Harless

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Monday, April 11, 2011 4:25 PM |
| **To:** | 'hstep2k@yahoo.com' |
| **Subject:** | Voter ID |

Dear Mr. Steptoe,

Thank you for emailing me regarding the issue of Voter ID legislation. I appreciate you sharing your perspective with me on this important issue. The Voter ID legislation is not a radical concept. SB 14 is just asking that every voter verify that "you are who you say you are" before casting a vote, and it is dealing strictly with in-person Voter ID fraud. Protecting the integrity of the election process is essential to restoring the public confidence in our election system. Senate Bill 14 would require voters to show photo identification to election officials before they cast a vote in-person. Voters without acceptable photo ID may cast a provisional ballot, and return within six days with the proper photo ID to have their ballot counted. Acceptable forms of ID include a driver's license or other DPS- issued photo ID, concealed-carry weapon license, passport, military ID or citizenship certificate with a photo.

Thank you again for your email. I always appreciate hearing from my constituents, and I am grateful for you taking the time to contact us. Please feel free to contact our office if you have further questions about this or any other matter. My State email is checked much more frequently, so in the future please use patricia.harless@house.state.tx.us for a quicker response.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

------Original Message------
From: patricia@patriciaharless.com
To: patricia@patriciaharless.com
ReplyTo: patricia@patriciaharless.com
Subject: Form submission from patriciaharless.com
Sent: Apr 8, 2011 4:15 PM

Comments: I was in Austin on 4/6/11 for the Save our State Rally. My message is a balanced approach to our budget. A cuts only approach hurts all of Texas. I visited your office while at the Capital. I am sadden to read that you are the author of the House version Voter ID bill. This is not what Texas is about. Could you show me proof of voter fraud. Don\'t get voter fraud confused with voter registration fraud. Have you seen the problem that the other states are facing who are trying to implement voter id? I look forward to your response and I will send you a fact sheet about the terrible voter id. I\'m really disappointed by your actions and this hurts our district.
Email-Address: hstep2k@yahoo.com
First-Name: Herbert

1

Last-Name: Steptoe
Zip-Code: 77038
x: 94
y: 21
address:  13626 WOOD TERRACE DR


---------------------------------------------------------------
This e-mail was generated from a form submission on your website:
patriciaharless.com


Sent via BlackBerry by AT&T

TX_00260993
**TEX00260993**

**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Tuesday, March 13, 2012 12:43 PM |
| **To:** | Ragan Courtney |
| **Subject:** | RE: Voter ID |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | Red Category |

Dear Mr. Courtney,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID.

Under the current law, we do not have the tools necessary to stop in-person voter fraud. In fact, in-person voter fraud may not even be evident until after the election has occurred. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those persons names, most of who where deceased. The Texas Secretary of State as well as other law enforcement agencies testified about past and current voter fraud that has been prosecuted. Though there are more cases of voter fraud than are prosecuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Representative Donna Howard won her election by 3 votes.

If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

**From:** Ragan Courtney [mailto:ragancourtney@gmail.com]
**Sent:** Monday, March 12, 2012 5:01 PM
**To:** Patricia Harless
**Subject:** Voter ID

Ms. Harless,
I am not convinced that there is fraud in our election (except the time the Supreme Court gave the election to George Bush) that would merit passing Senate Bill 14.

CONFIDENTIAL

LEG00000732

I think that this is a fabricated problem that keeps our elected officials from working on the economy and jobs. Like many voters, I am debating as to whether I want any politicians to return to office. You *all* seem to have drunk the kool-aid.
Sincerely,
Ragan Courtney

CONFIDENTIAL

LEG00000733

**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Tuesday, March 13, 2012 12:40 PM |
| **To:** | PENELOPE MEITZ |
| **Subject:** | RE: Update from Representative Patricia Harless |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | Red Category |

Dear Ms. Meitz,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

**From:** PENELOPE MEITZ [mailto:pjmeitz@me.com]
**Sent:** Monday, March 12, 2012 8:14 PM
**To:** Patricia Harless
**Subject:** Re: Update from Representative Patricia Harless

I do not support the photo voter id law. I am glad the DOJ denied pre clearance of this law.
Penny Meitz

1

CONFIDENTIAL

**Alexa Broyles**

| | |
|---|---|
| From: | Patricia Harless |
| Sent: | Tuesday, March 13, 2012 12:36 PM |
| To: | Eileen Nehiley |
| Subject: | RE: Voter photo ID |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

| | |
|---|---|
| Categories: | Red Category |

Dear Ms. Nehiley,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID. Senate Bill 14 ensures access to polls by requiring DPS to provide a free photo election ID to registered voters who request one. The bill also provides reasonable exceptions to the photo ID requirement for indigent and disabled voters. In addition, disabled persons and the elderly will still be able to vote by mail without the photo ID requirements. Current law allows registered voters to vote by mail if they anticipate being out of town during the election, or are over 65, or have an illness or disability that makes them unable to vote in person.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

```
-----Original Message-----
From: Eileen Nehiley [mailto:enehiley@gmail.com]
Sent: Monday, March 12, 2012 4:51 PM
To: Patricia Harless
Subject: Voter photo ID

Honorable Patricia Harless:

I support fair voting rights. I am reluctant to support the voter ID & understand that
the Department of Justice, who is charged with upholding the constitution, would deny
preclearance of such a requirement.
Nothing should serve to disenfranchise those who are without means to jump extra hurdles
to vote.
We need more access to voting, not less.

Sincerely,
Eileen Nehiley
```

1

LEG00000735

**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Tuesday, March 13, 2012 12:58 PM |
| **To:** | Janis Pool |
| **Subject:** | RE: Update from Representative Patricia Harless |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | Red Category |

Dear Ms. Pool,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those persons names, most of who where deceased. The Texas Secretary of State as well as other law enforcement agencies testified about past and current voter fraud that has been prosecuted. If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

To account for reasonable differences (name change because of marriage, suffixes such as Jr., etc.) between your TDL and voter registration, the name on the ID must be "substantially similar" to the name on the voter list. An exact match is not required.

Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

From: Janis Pool [mailto:janis@wfdinc.com]
Sent: Monday, March 12, 2012 5:45 PM
To: Patricia Harless
Subject: Re: Update from Representative Patricia Harless

I have looked for instances of voter fraud in Texas. I know several people who registered without reading the card that they were filling out, but they never voted.

One did not even look at the card when she was registering her car in Texas. She was stunned when I told her she was a registered voter even though she was British.

I have research but am unable to find any fraud since LBJ. Was there testimony when the bill was discussed that I missed?

Is it true that our names must match on the voter registration card and our TDL?

Janis O Pool

1

LEG00000736

**Alexa Broyles**

| | |
|---|---|
| From: | Patricia Harless |
| Sent: | Tuesday, March 13, 2012 12:38 PM |
| To: | jpr3982042@aol.com |
| Subject: | RE: Update from Representative Patricia Harless |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

| | |
|---|---|
| Categories: | Red Category |

Dear Mr. Probst,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID. Under the current law, we do not have the tools necessary to stop in-person voter fraud. In fact, in-person voter fraud may not even be evident until after the election has occurred. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those persons names, most of who where deceased. The Texas Secretary of State as well as other law enforcement agencies testified about past and current voter fraud that has been prosecuted. Though there are more cases of voter fraud than are prosecuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Representative Donna Howard won her election by 3 votes.

If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

**From:** jpr3982042@aol.com [mailto:jpr3982042@aol.com]
**Sent:** Monday, March 12, 2012 6:32 PM
**To:** Patricia Harless
**Subject:** Re: Update from Representative Patricia Harless

This is a total waste of time and money. There is NO voter fraud in TX and it's been proven.
Just another Repub attack on US citizens. Why not introduce another woman intrisive bill? That will get the republican party farther. NOT!!!!!! Let's work on good paying jobs!!!!!!!!

1

LEG00000737

**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Thursday, March 22, 2012 9:18 AM |
| **To:** | Ward Larkin |
| **Subject:** | RE: Update from Representative Patricia Harless |
| **Attachments:** | image001.jpg |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Red Category |

Dear Mr. Larkin,

Thank you for your email on the photo voter ID legislation. I understand the passion for and against photo voter ID, and I appreciate you taking the time to express your thoughts. Our recent email newsletter could have been more specific, to clarify that under Section 5 of the Voting Rights Act, Texas is one of the states subject to preclearance.

In response to your concerns about the legislation affecting turnout, evidence from states that have implemented photo voter ID (Georgia and Indiana) shows an increase in voter turnout. Minority turnout, as well as overall turnout, increased in Georgia and Indiana during the 2008 and 2010 elections. House committee testimony from witnesses from these states suggested the increase in turnout was due in part to increased voter confidence in elections. If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

The Department of Public Safety (DPS) is prepared to issue the free election identification certificates as soon as federal approval is granted. DPS will issue the election ID cards in a manner similar to how driver's licenses and personal identification cards are currently issued.

Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

**From:** Ward Larkin [mailto:wardlarkin@hotmail.com]
**Sent:** Tuesday, March 13, 2012 4:53 PM
**To:** Patricia Harless
**Subject:** RE: Update from Representative Patricia Harless

You message contains too many serious mistakes for me to ignore.

1

CONFIDENTIAL

1) all states are subject to the U.S. Voting Rights Act of 1965. Only those states that have discriminated in voting by race or color are required to submit for preclearance before they may change their voting laws -- Section 5 of the Voting Rights Act of 1965.

2) As the U.S. Dept. of Justice found, your voter identification law will create more election fraud than it will prevent. The two most common forms of election fraud are a) keeping eligible voters from casting their vote freely, and b) altering the results of an election.

Your voter identification law will do nothing to prevent the illegal altering of election results. That is, and for example, tampering with the voting boxes associated with election tabulation. Also, as the U.S. Dept. of Justice found, your voter identification law will put up roadblocks to keep eligible poor voters from voting. State law changes cannot make it more difficult to vote. Your voter identification law does make it more difficult for many -- mostly the poor, and mostly (in my personal opinion) the people who will likely vote against you.


Ward Larkin

P.S. I've asked before, but no one in your office told me specifically, how am I to obtain this so-called "free" photo ID card from the Texas Department of Public Safety?

---

From: Patricia.Harless@house.state.tx.us
To: Patricia.Harless@house.state.tx.us
Subject: Update from Representative Patricia Harless
Date: Mon, 12 Mar 2012 21:02:52 +0000



March 12, 2012

Dear Friends,

Today, the U.S. Department of Justice (DOJ) denied preclearance of the photo voter identification law (Senate Bill 14) under Section 5 of the Voting Rights Act. As the House sponsor of this legislation, I am disappointed that the DOJ did not approve our photo voter ID law.

Because Texas is one of the states subject to the federal voting rights act, the photo voter ID law must be reviewed by the DOJ, or a federal 3 judge panel, in a process called "preclearance." Before an election law can be implemented, the preclearance process analyzes the law to determine whether it will discriminate based on race or color. The Texas Secretary of State submitted its preclearance application to the DOJ on July 25.

On January 23, the Texas Attorney General Greg Abbott filed suit in federal court seeking immediate enforcement of the photo voter ID law. The Attorney General's legal action will move forward after today's

2

CONFIDENTIAL

DOJ decision to deny preclearance. I am confident the photo voter ID law will be fully implemented, ensuring that our elections are conducted fairly and without fraud.

---

It is a great honor to represent the constituents of District 126 at the State Capitol. If you have any questions or concerns, please contact my office or email me at Patricia.Harless@house.state.tx.us. Please feel free to forward this email update. If you would like to have an email address added to or removed from this distribution list, please send us a reply.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

3

CONFIDENTIAL

LEG00000741