*Johnathon*

## Voter ID Differences

- SEC 1 - Disability Definition - House better, but . . .

- SEC 5 - Voter ID identification target at low-income voters (OAG dislikes)

- SEC 9 - Hochberg amendment . Governor veto of HB 1457

- SEC 9 - Davis amendment Provisional ballot counted . . . SOS says hard to administrate

- SEC 9 - Over 70 as of 1-1-12 exemption (Two class of voters?)

- SEC 9 - Disability exemption (Two class of voters? If you can make it to polls, why can't you make it to DPS?)

- SEC 9 - Eiland amendment - natural disaster - too broad . . . who leaves without id?

- SEC 9 - Giddings amendment - stolen identity does NOT mean stolen id

- SEC 14 - Tribal ID - too broad and easy to be faked

- SEC 14 - ID approved by state - too broad and easy to be faked

- SEC 15 - Gonzalez amendment - GUTS photo-id at the polling place

- SEC 17 - 6-Day option to cast provisional ballot
  - Senate - exemption for indigent (is it necessary?) / religious (OAG likes)
  - House - bring photo-id back (Senate filed language)

- SEC 18 - Tied to decision in SEC 17

- SEC __ - Lucio amendment - One day temporary ID -- too expensive / easy to fake

- SEC __ - Anchia amendment - Not necessary / too expensive

- SEC __ - Bonnen amendment - Severability (OAG likes)

*Handwritten annotations: "this stuff shown out shown Bound", "only relied", checkmark*

*Stamp: CONFIDENTIAL DO NOT DISTRIBUTE*

# About More Restrictive Bill

**What are you trying to accomplish with this bill?**
This bill is about restoring integrity in our election process and returning public confidence that their legitimate vote counts. It will help deter and detect in-person voter fraud, and it will modernize our election process.

**Why is this bill different from the bills last session?**
We have had two additional years to see Photo ID working in other states and two additional years to hear continued public concern on the integrity of the ballot box. Only a true photo ID bill can deter and detect fraud at the polls and can protect the public's confidence in elections. Plus, I believe that Photo ID is simpler and less confusing for the voters.

**Why doesn't this bill phase-in over two election cycles?**
The bill would not take effect until January 2012 (the first election would be March 2012), and the bill requires education efforts by the counties and the Secretary of State. Also, over 80 percent of voters support this change in law. That tells me that voters do not need a phase-in in order to be compliant with the law. Plus, we do allow for a provisional ballot to be cast and counted so voters have two opportunities to get their ballot cast.

**More restrictive different bill?**
2 additional years to see Photo ID working in other states and 2 additional years to hear from my constituents that a photo voter ID bill is something they expect this legislative body to pass.

1

HIGHLY CONFIDENTIAL

TX_00007031

FA13 - Eiland



FLOOR AMENDMENT NO. _____          BY: _Eiland_

1    Amend C.S.S.B. No. 14 (house committee printing) as
2    follows:
3        (1)  In SECTION 9 of the bill, in added Section 63.001(h),
4    Election Code (page 6, line 20), strike "or".
5        (2)  In SECTION 9 of the bill, following added Section
6    63.001(h)(2), Election Code (page 6, line 23), between
7    "15.001(c)" and the period, insert the following:
8    ; or
9            (3)  executes an affidavit under penalty of perjury
10   that asserts the voter does not have identification meeting the
11   requirements of Subsection (b) as a result of a natural disaster
12   declared by the president of the United States or the governor

HIGHLY CONFIDENTIAL

TX_00007032

FLOOR AMENDMENT NO._____   BY: _____

1  Amend C.S.S.B. No. 14 (House committee printing) as
2  follows:
3      (1) Strike SECTION 17 of the bill (page 11, line 24,
4  through page 12, line 20) and substitute the following:
5      SECTION 17. Section 65.054(b), Election Code, is amended
6  to read as follows:
7      (b) A provisional ballot shall [may] be accepted [only] if
8  the board determines that:
9      (1) [,] from the information in the affidavit or
10 contained in public records, the person is eligible to vote in
11 the election and has not previously voted in that election; and
12     (2) the person meets the identification requirements
13 of Section 63.001(b) at the time the ballot was cast or in the
14 period prescribed under Section 65.0541.
15     (2) In SECTION 18 of the bill, strike added Section
16 65.0541(a), Election Code (page 12, line 24, through page 13,
17 line 4) and substitute the following:
18     (a) A voter who is accepted for provisional voting under
19 Section 63.011 because the voter does not meet the
20 identification requirements of Section 63.001(b) may, not later
21 than the sixth day after the date of the election, present a
22 form of identification described by Section 63.0101 to the voter
23 registrar for examination.

HIGHLY CONFIDENTIAL

TX_00007033

F#45 - Anchia



FLOOR AMENDMENT NO._____    BY: _(signature)_

1   Amend C.S.S.B. No. 14 by adding the following appropriately
2   numbered section and by renumbering the existing sections as
3   appropriate:
4   SECTION \_\_.  Section 521.424, Transportation Code, is
5   amended to read as follows:
6   Sec. 521.424.  DUPLICATE LICENSE OR CERTIFICATE FEE.  (a)
7   Except as provided by Subsection (b), the [The] fee for a
8   duplicate driver's license or duplicate personal identification
9   certificate is $10.
10  (b)  The department may not collect a fee for a duplicate
11  personal identification certificate from a person who meets the
12  requirements of Section 521.422(d).

HIGHLY CONFIDENTIAL

TX_00007034

DPS - FAY - Anchia

**Colby Beuck**

From: Trumble, Rhonda [Rhonda.Trumble@txdps.state.tx.us]
Sent: Thursday, March 24, 2011 11:27 AM
To: Colby Beuck
Cc: Davio, Rebecca; Arriaga, Amanda
Subject: FW: SB 14 Question

Colby,

Below is the information Assistant Director Rebecca Davio asked me to forward to you. As I told you on the phone, if you need anything further, just let us know.

Thank you,

Rhonda S. Trumble
Assistant Chief
Office of Government Relations
Texas Department of Public Safety
(512) 424-2037

---

**From:** Riemenschneider, Brian
**Sent:** Thursday, March 24, 2011 09:29 AM
**To:** Davio, Rebecca
**Subject:** RE: SB 14

Although the fee provision in SB 14 (TRC § 521.422) that allows for a free ID for voting purposes is different than the statute for duplicate transactions (TRC § 521.424), the provision in SB 14 is specific enough to require the Department to not charge a fee for a duplicate ID in which the applicant "states that the person is obtaining the [ID] for the purpose of satisfying Section 63.001(b), Election Code" and registers to vote again under the new address. (See Gov't Code § 311.026).

[handwritten: ie. makes no difference]

Brian J. Riemenschneider
Assistant General Counsel
Texas Department of Public Safety
(512) 424-7679

---

**From:** Davio, Rebecca
**Sent:** Wednesday, March 23, 2011 7:39 PM
**To:** Adkins, Phillip; Riemenschneider, Brian
**Cc:** Arriaga, Amanda; DPS Government Relations; Terry, Michael; Smith, Janie
**Subject:** SB 14

Rep. Harless called me tonight and asked a question about an amendment that they are adding to Voter ID.

The question is "If someone needs a duplicate ID because they have moved or changed their name, do they still get a free ID, if they don't have any other form of acceptable identification?"

I told them I would need to get some legal feedback before I could answer definitively.

1

FA5 - Hochberg

FLOOR AMENDMENT NO. _____  BY: Hochberg

1. Amend C.S.S.B. No. 14 on page 5, line 14, by inserting
2. "under standards adopted by the secretary of state" between
3. "list" and the comma.

1

11.80.265 DRH

HIGHLY CONFIDENTIAL

TX_00007036



FA 7 - Bonnen

FLOOR AMENDMENT NO. _____  BY: _____

1  Amend C.S.S.B. No. 14 (house committee printing) in SECTION 9
2  of the bill, in added Section 63.001(h), Election Code (page 6,
3  lines 17-21), by striking the following:
4  :
5      (1) was 70 years of age or older on January 1, 2012, as
6  indicated by the date of birth on the voter's voter registration
7  certificate; or
8      (2)

82R16133 JRJ-D                1

HIGHLY CONFIDENTIAL

TX_00007037

FA10 - Yvonne Davis



FLOOR AMENDMENT NO. _____      BY: _YDavis_____

1    Amend C.S.S.B. No. 14 (House committee printing) by
2    striking lines 12 through 14 of page 6 and substituting the
3    following:
4              (D)  includes notice that if all procedures are
5    followed and the voter is found to be eligible to vote in the
6    election, the voter's provisional ballot will be counted.

1                                            11.82.368 ATP

HIGHLY CONFIDENTIAL

TX_00007038

FA32 - Dukes



FLOOR AMENDMENT NO._____     BY: Dukes

1    Amend C.S.S.B 14 on page 13, line 27, by striking "may" and
2    substituting "shall".

1

HIGHLY CONFIDENTIAL

TX_00007039

A48 - Bonnen



FLOOR AMENDMENT NO._____         BY: _____

1    Amend C.S.S.B. No. 14 (house committee printing) by adding
2    the following appropriately numbered SECTION to the bill and
3    renumbering the remaining SECTIONS of the bill accordingly:
4         SECTION \_\_\_\_. Every provision in this Act and every
5    application of the provisions in this Act are severable from each
6    other. If any application of any provision in this Act to any
7    person or group of persons or circumstances is found by a court to
8    be invalid, the remainder of this Act and the application of the
9    Act's provisions to all other persons and circumstances may not be
10   affected. All constitutionally valid applications of this Act
11   shall be severed from any applications that a court finds to be
12   invalid, leaving the valid applications in force, because it is the
13   legislature's intent and priority that the valid applications be
14   allowed to stand alone. Even if a reviewing court finds a provision
15   of this Act invalid in a large or substantial fraction of relevant
16   cases, the remaining valid applications shall be severed and
17   allowed to remain in force.

82R16097 JRJ-D                1

HIGHLY CONFIDENTIAL

TX_00007040