**Alexa Broyles**

| | |
|---|---|
| From: | Patricia Harless |
| Sent: | Wednesday, March 28, 2012 11:16 AM |
| To: | sandra_thibodeau@yahoo.com |
| Subject: | RE: Form submission from patriciaharless.com |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |
| Categories: | Red Category |

Δπ EXHIBIT 176
Deponent Harless
Date 6/20/14  Rptr. TS
WWW.DEPOBOOK.COM

Dear Ms. Thibodeau,

Thank you for your email. I appreciate you taking the time to express your support for the photo voter ID legislation. I agree that showing a valid ID at the polls is essential to maintain the integrity of our elections.

On January 23, the Texas Attorney General Greg Abbott filed suit in federal court seeking immediate enforcement of the photo voter ID law. With the AG's legal action, I am confident the photo voter ID law will be fully implemented, ensuring that our elections are conducted fairly and without fraud.

Again, thank you for taking the time to write. I truly appreciate your support.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

From: patricia@patriciaharless.com
Date: March 24, 2012 11:01:07 AM CDT
To: patricia@patriciaharless.com
Subject: Form submission from patriciaharless.com
Reply-To: patricia@patriciaharless.com

Comments: Texas voter ID law: Thank you SO much for proposing this law! I am a former military spouse who has lived overseas, and I would never have expected those countries to allow ME to vote in THEIR elections. Why? Because I wasn\'t a citizen. So why should someone who cannot produce documentation of citizenship be allowed to vote in U.S. elections? Voting is a privilege, and if you are 18 or over, and want to be afforded that privilege, you need to do one thing: show a valid photo ID at the polls. Obtaining that ID can be time consuming, but it is simple: produce the proper paperwork to prove you are a citizen of the United States. Showing a valid ID at the polls is essential, if we wish to maintain the integrity of our elections. It is NOT discriminatory; it\'s just plain, common sense.
Email-Address: sandra_thibodeau@yahoo.com

1

PL264
9/2/2014
2:13-cv-00193

# Texas Legislature Online
# History

**Bill:** SB 362    **Legislative Session:** 81(R)    **Council Document:** 81R 3524 JRJ-D

**Last Action:** 05/23/2009 H Placed on Major State Calendar

**Caption Version:** House Committee Report
**Caption Text:** Relating to requiring a voter to present proof of identification.

**Author:** Fraser | Estes

**Coauthor:** Nelson | Nichols

**Sponsor:** Smith, Todd

**Cosponsor:**

**Subjects:**
Elections--Administration (I0277)
Elections--General (I0310)
Elections--Registration & Suffrage (I0265)
IDENTIFICATION CARDS (S0074)
SECRETARY OF STATE (V0042)

**Senate Committee:** Committee of the Whole Senate
**Status:** Out of committee
**Vote:** Ayes=20  Nays=12  Present Not Voting=0  Absent=0

**House Committee:** Elections
**Status:** Out of committee
**Vote:** Ayes=5  Nays=4  Present Not Voting=0  Absent=0



**Actions:** (descending date order)
Viewing Votes: Most Recent Senate Vote

| Description | Comment | Date | Time | Journal Page |
|---|---|---|---|---|
| H Placed on Major State Calendar | | 05/23/2009 | | |
| H Considered in Calendars | | 05/21/2009 | | |
| H Committee report sent to Calendars | | 05/15/2009 | | |
| H Committee report printed and distributed | | 05/14/2009 | 11:53 PM | |
| H Comte report filed with Committee Coordinator | | 05/14/2009 | | 3801 |
| H Reported favorably w/o amendment(s) | | 05/11/2009 | | |
| H Considered in formal meeting | | 05/11/2009 | | |
| H Left pending in committee | | 04/07/2009 | | |
| H Testimony taken/registration(s) recorded in committee | | 04/07/2009 | | |
| H Considered in public hearing | | 04/07/2009 | | |
| H Scheduled for public hearing on . . . | | 04/07/2009 | | |
| H Left pending in committee | | 04/06/2009 | | |
| H Testimony taken/registration(s) recorded in committee | | 04/06/2009 | | |
| H Considered in public hearing | | 04/06/2009 | | |
| H Scheduled for public hearing on . . . | | 04/06/2009 | | |

| | | | | |
|---|---|---|---|---|
| H | Referred to Elections | | 03/31/2009 | 1012 |
| H | Read first time | | 03/31/2009 | 1012 |
| H | Received from the Senate | | 03/19/2009 | 805 |
| S | Reported engrossed | | 03/18/2009 | 618 |
| S | Remarks ordered printed | West | 03/18/2009 | 591 |
| S | See remarks | Van de Putte | 03/18/2009 | 589 |
| S | Record vote | | 03/18/2009 | 589 |
| S | Passed | | 03/18/2009 | 589 |
| S | Read 3rd time | | 03/18/2009 | 589 |
| S | Laid before the Senate | | 03/18/2009 | 589 |
| S | Remarks ordered printed | Shapleigh | 03/17/2009 | 521 |
| S | Remarks ordered printed | Williams | 03/17/2009 | 521 |
| S | Record vote | | 03/17/2009 | 521 |
| S | Passed to engrossment as amended | | 03/17/2009 | 521 |
| S | Record vote | | 03/17/2009 | 520 |
| S | Amended | | 03/17/2009 | 520 |
| S | Amendment(s) offered | FA2 Fraser | 03/17/2009 | 520 |
| S | Record vote | | 03/17/2009 | 520 |
| S | Amended | | 03/17/2009 | 520 |
| S | Amendment(s) offered | FA1 Fraser | 03/17/2009 | 519 |
| S | Remarks ordered printed | West | 03/17/2009 | 519 |
| S | Point of order overruled | | 03/17/2009 | 519 |
| S | Point of order | | 03/17/2009 | 519 |
| S | Read 2nd time | | 03/17/2009 | 518 |
| S | Laid before the Senate | | 03/17/2009 | 518 |
| S | Committee report printed and distributed | | 03/12/2009 07:49 PM | |
| S | Record vote | | 03/11/2009 | 464 |
| S | Set as special order | 3/16/09 | 03/11/2009 | 464 |
| S | Co-author authorized | | 03/11/2009 | 442 |
| S | Reported favorably w/o amendments | | 03/11/2009 | 464 |
| S | Testimony taken in committee | | 03/10/2009 | |
| S | Considered in public hearing | | 03/10/2009 | |
| S | Scheduled for public hearing on . . . | | 03/10/2009 | |
| S | Co-author authorized | | 02/23/2009 | 288 |
| S | Referred to Committee of the Whole | | 02/17/2009 | 255 |
| S | Read first time | | 02/17/2009 | 255 |
| S | Filed | | 12/15/2008 | |
| S | Received by the Secretary of the Senate | | 12/15/2008 | |

364 of 997 DOCUMENTS

# DallasNews.com
### THE DALLAS MORNING NEWS



January 14, 2009 Wednesday
FIRST EDITION

## Senate begins session at odds Voter ID proposal, measure to change two-thirds rule cause rancor for parties

BYLINE: TERRENCE STUTZ, Austin Bureau tstutz@dallasnews.com



SECTION: NEWS; Pg. 12A

LENGTH: 513 words

AUSTIN - The usually harmonious Senate began its year with discord Tuesday over Republican proposals to advance voter ID legislation and change a long-standing rule that requires a two-thirds majority to take up any bill.

Much of the debate took place in a closed-door caucus of the full Senate, where some Republican senators said it was time to consider changes in the so-called two-thirds rule that requires a supermajority for consideration of bills.

At the same time, Republican supporters of a measure to require that Texans show a photo ID before voting suggested that the proposal should be exempt from the two-thirds rule, similar to the way a congressional redistricting proposal was exempted in 2003 over strong opposition from Democrats.

Lt. Gov. David Dewhurst, a strong backer of new voter ID requirements, said it was up to the Senate to decide its operating rules, though he added, "As far as I know, I don't think the two-thirds rule is going to change."

Dewhurst also said it is possible that the two parties could negotiate their differences on voter ID and pass a bill this session.

"Everybody wants to make sure that only U.S. citizens vote in our elections," he said. ""This is not a difficult issue to come to an agreement on."

But Democrats indicated there is little room for compromise on either voter ID legislation or the long-standing two-thirds rule. The parties have had a contentious battle over the ID issue, with Republicans saying it's necessary to combat voter fraud and Democrats saying that the requirement will intimidate some minorities and that there is no widespread fraud to tackle.

There are 12 Democrats in the 31-member Senate, one more than needed to block legislation under the chamber's two-thirds rule. That is how Democrats kept a voter ID bill off the Senate floor in 2007.

Sen. Judith Zaffirini, D-Laredo, said Democrats are standing firm against changes in the rule and said no measures

Page 775
Senate begins session at odds Voter ID proposal, measure to change two-thirds rule cause rancor for parties THE DALLAS MORNING NEWS January 14, 2009 Wednesday

should be exempted.

"For some people it may be a compromise, but from my perspective, it is ridiculous. The two-thirds rule has served us well and it should continue to be honored," she said.

Sen. Leticia Van de Putte of San Antonio, chairwoman of the Senate Democratic Caucus, said the activities reminded her of tactics used by former House Speaker Tom Craddick, who was replaced Tuesday. Among the complaints against Craddick was that he marginalized all but a few Democrats.

"I thought the days of Craddick politics were over," she said.

Sen. Dan Patrick, R-Houston, is pushing both voter ID legislation and a change in the two-thirds requirement, though he would like to see the Senate switch to rules calling for three-fifths, at least 19 senators, to consent before bringing up any bill. There are 19 Republicans in the chamber.

"I understand and respect tradition. But even Wrigley Field put in lights," Patrick said, referring to the Chicago Cubs ballpark that was one of the last baseball stadiums to play night games.

Senators are expected to adopt their rules for the 2009 session today or Thursday. A simple majority is needed to enact rules.

**LOAD-DATE:** January 14, 2009

**LANGUAGE:** ENGLISH

**GRAPHIC:** PHOTO(S): 1. David Dewhurst 2. Dan Patrick

**PUBLICATION-TYPE:** Newspaper

Copyright 2009 THE DALLAS MORNING NEWS

MALC-00006999