

## OFFICE OF THE LIEUTENANT GOVERNOR
David Dewhurst

**FOR IMMEDIATE RELEASE**
January 26, 2011

**CONTACT:** Mike Walz
(512) 463-0715
mike.walz@ltgov.state.tx.us

## Lt. Governor Dewhurst Statement Regarding Passage of Voter ID

AUSTIN— Today, Lt. Governor David Dewhurst issued the following statement regarding the Senate's passage of Voter ID legislation:

"I'm proud the Texas Senate has taken swift action on Voter ID because it's my hope to see this long-overdue legislation finally signed into law this year.  Voter ID will help stamp out voter fraud and increase public confidence in our election process by ensuring that only U.S. citizens − who are legally eligible − vote in Texas elections."

### 





| | |
|---|---|
| **From:** | Erin Anderson |
| **To:** | Bryan Hebert; 'Catherine Engelbrecht'; 'LT Logan Churchwell' |
| **Sent:** | 9/16/2013 6:14:04 PM |
| **Subject:** | RE: THANK YOU and Request |

Bryan, thank you so much for following up with DPS on TRUE the VOTE's behalf regarding expanded options for Voter ID assistance. We really appreciate your efforts, though as you no doubt gleaned from my earlier flip response, I'm disappointed that DPS still seems unwilling to make much effort to ensure the success of the Voter ID program, even at the request of the Lieutenant Governor's office.

We were pleased to note as you did the extended Saturday hours that DPS is offering, and hoped it indicated that DPS might be accepting some of the other suggestions you broached on our behalf, but it doesn't sound like they're open to much else, at least at this time. Unfortunately, any problems experienced this year may be cited as arguments against Voter ID before any new ID assistance programs can be implemented down the road.

In any case, TRUE the VOTE will certainly continue to do as much as we can to educate and assist voters, and we appreciate your continued input on this issue.

THANKS again and best regards,
Erin



**ERIN ANDERSON**
REGIONAL COORDINATOR

ERIN@TRUETHEVOTE.ORG
MOBILE // 281.804.9048
OFFICE // 713.401.3550 EXT. 810



*THE POWER OF CITIZEN ENGAGEMENT*
*"America's Most Powerful Anti-Voter Fraud Group" -- ABC News*

---

**From:** Bryan Hebert [mailto:bryan.hebert@ltgov.state.tx.us]
**Sent:** Monday, September 16, 2013 9:26 AM
**To:** Erin Anderson; 'Catherine Engelbrecht'; 'LT Logan Churchwell'
**Subject:** RE: THANK YOU and Request

All –

I did some research and spoke with my contact at DPS regarding access to election IDs. She indicated that DPS does not have the resources right now to add mobile office locations or new office locations, but they hope to have additional resources in the new year. They are very hesitant to share access to secure databases, but will look into possible options. As for assistance from private entities and other outside groups, DPS encourages folks like True the Vote to educate the public, to offer transportation or internet access, and to otherwise help people obtain documents necessary for a voter ID; DPS is not able to partner with private groups at this time.

In better news, DPS is extending hours at some locations: http://www.texastribune.org/2013/09/13/dps-extends-hours-process-free-voter-id-cards/

I will continue communicating with DPS to make sure we are providing adequate access to voter ID and to see if we can come up with new ideas. Thanks for your work on this issue, and let's please stay in touch as my office develops interim study recommendations and legislation for next session.

Bryan

**Bryan Hebert**



EXHIBIT

177

Hebert

Highly Confidential

LEG00004939

General Counsel
Office of the Lieutenant Governor
Capitol GE.17
512.463.2986

**From:** Erin Anderson [mailto:erin@truethevote.org]
**Sent:** Friday, August 30, 2013 11:54 AM
**To:** Bryan Hebert
**Cc:** 'Catherine Engelbrecht'; 'LT Logan Churchwell'
**Subject:** RE: THANK YOU and Request

**From:** Erin Anderson [mailto:erin@truethevote.org]
**Sent:** Friday, August 30, 2013 10:20 AM
**To:** Bryan Hebert
**Cc:** Catherine Engelbrecht; LT Logan Churchwell
**Subject:** THANK YOU and Request

Bryan, thank you for taking the time to meet with Catherine, Logan and me to discuss election integrity issues. We so appreciate your input and your offer to assist in resolving some of our questions.

In fact, I'm hoping you can speak with your contact at DPS to explore all possible options for offering EIC application service at mobile and/or remote locations outside of DPS Driver License offices that would satisfy their security and budgetary concerns.

Some ideas:

· Does DPS operate facilities throughout the state, other than Driver License offices, that could accommodate public access – particularly in counties underserved by DPS offices?

· Are there facilities, such as local law enforcement offices, that currently access DPS data securely?

· What other facilities might accommodate secure data access – county courthouses, city halls, other state agency facilities, schools/colleges, libraries? County election officials/registrars in underserved counties may be able to help identify options.

· In the absence of any location with secure data accessibility, might DPS deploy mobile units to underserved areas to simply collect applications, verify relevant documentation, and take photographs – then process the applications back at DPS?

We believe it's important for DPS to offer access to EIC application service to voters in the 79 counties without a DPS office (less than 5% of all Texas registered voters) and to supplement access in high-population areas with targeted mobile outreach, to ensure that all eligible voters have an opportunity to obtain the photo ID now required to vote.

Bryan, your assistance communicating with DPS will be invaluable, and once you've received a response from DPS on the above questions, we'd like to get back together to discuss what you've been able to learn and determine the best strategy to engage DPS on expanding access to EICs.

Thanks again for your time and your help – we look forward to talking again soon. In the meantime, enjoy the holiday weekend!

Best regards,
Erin

LEG00004940



**ERIN ANDERSON**
REGIONAL COORDINATOR

ERIN@TRUETHEVOTE.ORG
MOBILE // 281.804.9048
OFFICE // 713.401.3550 EXT. 810



*THE POWER OF CITIZEN ENGAGEMENT*
*"America's Most Powerful Anti-Voter Fraud Group"  -- ABC News*

LEG00004941

PL281
9/2/2014
2:13-cv-00193

SOS MOU NUMBER TXSOS-DPS2013-01

DPS MOU NUMBER 405-DLD-14-M40704

## MEMORANDUM OF UNDERSTANDING BETWEEN THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS DEPARTMENT OF PUBLIC SAFETY CONCERNING ELECTION IDENTIFICATION CERTIFICATE ISSUANCE OUTSIDE OF A DEPARTMENT OF PUBLIC SAFETY FACILITY ("MOBILE EIC CENTERS")

I.    Parties
This Memorandum of Understanding ("MOU") is between the Office of the Secretary of State ("SOS") and the Texas Department of Public Safety ("DPS"). Both parties have reviewed the information contained in this MOU and agree to be bound by its terms, as evidenced by the signatures affixed.

II.    Scope of Agreement
This document contains the entire scope of the MOU between SOS and DPS and may only be amended in writing and signed by the authorized representative of both SOS and DPS.

III.    Background
In 2011, the Texas Legislature passed Senate Bill 14 ("SB 14"), requiring Texas voters to present a form of identification containing the voter's photograph before casting a ballot in any election. The provisions of SB 14 allow for the acceptance of any one of seven different types of identification by election workers for the issuance of a ballot to a voter. Those acceptable forms of identification are codified in Texas Election Code § 63.0101 and are listed as: a Texas driver license issued by DPS, a Texas personal identification card issued by DPS, a Texas concealed handgun license issued by DPS, an election identification certificate issued by DPS, a United States military identification card containing the person's photograph, a United States citizenship certificate containing the person's photograph, or United States passport.

The election identification certificate ("EICs") to be issued by DPS is a document that was created by SB 14. DPS has developed its own internal procedures and processes in order to issue these documents to Texas voters who do not have any of the other listed forms of identification. Further, under SB 14, these documents are available free of charge. DPS has offered EICs to voters at state driver license offices, including keeping some of those offices open outside of regular business hours. In order to further facilitate the issuance of EIC's, SOS and DPS desire to enter into this MOU to coordinate to provide EICs outside of Texas driver license facilities in mobile EIC centers. This MOU describes the terms of this coordination.

IV.    Mobile EIC Centers
Mobile EIC centers will consist of SOS-purchased equipment being used by DPS employees who have been trained in the issuance of EICs. There are 25 such units. The following SOS-purchased equipment constitutes a mobile EIC center when used by a DPS employee:



Δ π EXHIBIT 4

Deponent_____

Date_____ Rptr_____
WWW.DEPOBOOK.COM

TEX 00462355
TEX 004/225

Memorandum of Understanding: SOS/DPS Mobile EIC Centers
October 7, 2013

- (1) Office Jet Printer/Scanner
- (1) Canon Digital Camera
- (1) Memory card for camera
- (1) Cable for camera to PC
- (1) Folding hand trucks
- (1) Backdrop
- (1) Tripod for camera
- (1) Surge Protector
- (1) 4 port hub
- (1) 50 quart storage bin
- (1) Bungee cord
- (1) Easel for banner
- (1) Dell Laptop
- (1) Banners and Posters

Mobile EIC centers will move throughout the State to locations determined by SOS and agreed to by DPS. SOS will notify DPS in writing of the final location for each mobile EIC center at least two (2) full business days in advance of the requested start date of operations at that location. The mobile EIC centers will be moved from location to location by DPS employees.

V.    Custody of Equipment

The mobile EIC centers have been purchased by SOS, with guidance from DPS on what equipment would make the most efficient mobile EIC center. SOS owns the equipment that constitutes mobile EIC centers and will continue to do so following the completion of this MOU. SOS will transfer custody of the mobile EIC centers to DPS on Friday, September 20, 2013. At this time, the mobile EIC centers will be under the full custody and care of DPS. This full custody and care will continue until termination of this MOU.

While under the full custody and care of DPS, DPS is responsible for the mobile EIC centers, including the following:

- Use for issuance of EICs only by trained DPS employees;
- Reasonable prevention of loss, theft, or damage;
- Replacement of mobile EIC centers verified as lost, stolen or damaged, save for normal wear and tear, during a joint physical inventory after the return of the equipment to DPS Headquarters, or replacement of lost, stolen or damaged mobile EIC centers in the field when DPS determines such replacements are possible; and
- Return of all mobile EIC centers to SOS following the final joint physical inventory in the same or substantially similar condition, save for normal wear and tear, as the condition when custody was transferred to DPS.

TEX00046225

Memorandum of Understanding: SOS/DPS Mobile EIC Centers
October 7, 2013

DPS will promptly return all mobile EIC centers to DPS Headquarters, 5805 N. Lamar Blvd, Austin, TX 78752 after the conclusion of the related mobile EIC operation.

DPS will promptly notify SOS that all mobile EIC centers have been returned to DPS Headquarters from locations throughout Texas. As soon as possible after this return and notification, DPS and SOS will conduct a joint physical inventory of the returned mobile EIC centers, verifying any lost, stolen or damaged equipment. After the completion of each inventory, DPS will store the mobile EIC centers in a secure location at DPS Headquarters until SOS notifies DPS of the next mobile EIC center operation and DPS moves the mobile EIC centers for that operation.

Prior to the termination of this MOU, DPS and SOS will conduct a final physical inventory of the mobile EIC centers and upon completion of such final inventory, DPS will return the mobile EIC centers to SOS.

VI. Reimbursement of Costs

In the event that any of the equipment constituting a mobile EIC center is verified through the joint physical inventory as lost, stolen, or damaged such that the equipment is not in the same or substantially similar condition as when custody was transferred, save for normal wear and tear, DPS will reimburse SOS for the original purchase price of the equipment by SOS either through interagency transaction voucher or in-kind replacement. When DPS determines replacement is possible rather than waiting for the joint physical inventory to authorize reimbursement to SOS under these provisions, DPS will replace damaged, lost or stolen mobile EIC centers in the field to minimize any disruption to operations and will notify SOS in writing as soon as possible about any such replacements.

The original purchase price of all equipment is as follows:

- (25) Office Jet Printer/Scanner   Unit Cost: $101.88   Total cost: $2,547.00
- (25) Canon Digital Camera   Unit Cost: $101.88   Total cost: $2,547.00
- (25) Memory card for camera   Unit Cost: $5.35   Total cost: $133.75
- (25) Cable for camera to PC   Unit Cost: $9.01   Total cost: $247.75
- (25) Folding hand trucks   Unit Cost: $94.66   Total cost: $2,366.50
- (25) Backdrop   Unit Cost: $175.20   Total cost: $4,380.00
- (25) Tripod for camera   Unit cost: $5.95   Total cost: $148.75
- (25) Surge Protector   Unit cost: $10.50   Total cost: $262.50
- (25) 4 port hub   Unit cost: $11.75   Total cost: $293.75
- (49) 50 quart storage bin   Unit cost: $12.75   Total cost: $624.75
- (25) Bungee cords   Unit cost: $8.39   Total cost: $209.75
- (25) Easel for banner   Unit cost: $17.52   Total cost: $175.20
- (25) Laptops   Unit cost: $1,574.97   Total cost: $39,374.25

VII. Duration of Partnership

TEX0046225

Memorandum of Understanding: SOS/DPS Mobile EIC Centers
October 7, 2013

This MOU is effective on the date it is fully executed and will terminate on the written agreement of the parties to terminate it. Any amendments to this MOU must be in the form of a written amendment signed by both parties.

## VIII.  Location and Contact Information

The mobile EIC centers will be picked up from SOS by DPS at the James Earl Rudder Building, 1019 Brazos Street, Austin, Texas, 78701. This location is the headquarters for SOS for the purposes of this MOU, unless specified elsewhere in this MOU. The SOS point of contact for this MOU is Jim Martin, 512/463-5608, jmartin@sos.texas.gov. The DPS point of contact for this MOU is Tony Rodriguez, Customer Operations Senior Manager, DLD, 512.424.5657, tony.rodriguez@dps.texas.gov.

## IX.  Signature of Authorized Officials

Each official executing this MOU is authorized to enter into this MOU on behalf of his or her organization. In witness thereof, the parties hereby execute this MOU.

Texas Department of Public Safety

By: _____

Name:  Cheryl MacBride

Title: Deputy Director, Services

Date: ___10/8/13___

Office of the Secretary of State

By: _____

Name:  Coby Shorter, III

Title: Deputy Secretary of State

Date: ___10/7/13___

# INTERLOCAL COOPERATION CONTRACT
## Mobile EIC Operations

## I. Parties

This contract ("Contract") is made and entered by and between _____ County, Texas ("County") and the Texas Department of Public Safety ("TXDPS"), referred to herein as the "Parties," pursuant to the authority granted in Chapter 521 of the Texas Transportation Code and the Interlocal Cooperation Act, Chapter 791 of the Texas Government Code.

## II. Purpose

The purpose of this Contract is to authorize the County to perform the initial processing of applications for TXDPS election identification certificates (EICs) at one or more sites selected by the County using mobile election identification equipment (mobile EIC centers) provided by TXDPS.

## III. Responsibilities of Parties

### A. The County

The County may perform the initial processing of EICs using the mobile EIC centers provided by TXDPS at one or more sites selected by the County and during hours of operation determined by the County. In providing these services, the County shall comply with the then current written instructions and training provided by TXDPS.

The County shall reimburse TXDPS for the reasonable replacement costs of any mobile EIC centers that TXDPS and the County determine were damaged, lost or stolen while in the custody of the County, normal wear and tear excepted.

### B. TXDPS

TXDPS shall acquire and provide the County with mobile EIC centers to perform initial processing of EICs.

TXDPS shall provide the County with initial written instructions and training, and updates thereafter as TXDPS determines are necessary, under which the County shall provide these services.

TXDPS will not reimburse the County for any of its expenses in providing these services or otherwise incurred under this Contract.

## IV. Terms and Conditions

1. <u>Term:</u> This Contract will become effective on the date it is signed by the last of the two Parties to this Contract and will continue until it is terminated on mutual agreement or as provided in IV.2 of this Contract.

2. <u>Termination:</u> Either Party may voluntarily cancel this Contract for any reason upon thirty (30) calendar days written notice to the other Party. Within forty-five (45) calendar days of the date of termination, the County shall return all mobile EIC centers to TXDPS.



Δ π EXHIBIT 5
Deponent K.T.
Date 4/28/14 Rptr ID
WWW.DEPOBOOK.COM

TEX00 462209
TEX001220

3. Neither party has authority for or on behalf of the other except as provided in this Contract. No other authority, power, partnership, or rights are granted or implied.

4. Non-Incorporation: This Contract constitutes the entire agreement between the Parties with regard to the matters made the subject of this Contract. There are no verbal representations, inducements, agreements, or understandings between the Parties other than those specifically set forth herein.

5. Amendments: No modifications, amendments or supplements to, or waivers of, any provision of this Contract shall be valid unless made in writing and signed by both Parties to this Contract.

6. Force Majeure: Neither Party shall be liable to the other for any default or delay in the performance of its obligations under this Contract caused by force majeure, provided the Party seeking to be excused has prudently and promptly acted to take any and all reasonable corrective measures that are within the Party's control. Force majeure is defined as those causes beyond the control of the Party required to perform that are generally recognized under Texas law as a force majeure event, such as acts of God, unusual weather conditions, fire, riots, sabotage, acts of domestic or foreign terrorism, or any other cause beyond the reasonable control of such Party.

7. Governing Law and Venue: This Contract shall be construed under and in accordance with the laws of the State of Texas. Except as otherwise provided by Chapter 2260 of the Texas Government Code, venue for any litigation between the Parties shall be Travis County, Texas.

8. Dispute Resolution: The County shall use the dispute resolution process provided for in Chapter 2260 of the Texas Government Code and the applicable TXDPS administrative rules to attempt to resolve all disputes or contract claims arising under this Contract.

9. No Joint Enterprise: The provisions of this Contract are not intended to create, nor shall they be in any way construed to create, a joint venture, a partnership, or to create the relationships of an employer-employee or principal-agent, or to otherwise create any liability for the Parties whatsoever with respect to the Parties' indebtedness, liabilities, and obligations.

10. Severability: If any provision of this Contract is held to be invalid, unenforceable, or illegal in any respect, such provision shall be fully severable, and the remainder of this Contract shall remain valid and in full force and effect.

11. Notice: Any notice required or permitted under this Contract shall be in writing and shall be directed to the Parties as designated below and shall be deemed given: (1) when delivered in hand and a receipt granted; (2) when received if sent by certified mail, return receipt requested; (3) upon three business days after deposit in the United States mail; or (4) when received if sent by confirmed facsimile or confirmed email:

   **If to TXDPS:**

   Driver License Division
   Tony Rodriguez, Senior Manager
   Texas Department of Public Safety

Driver License Division
PO Box 4087
Austin, TX 78773-0300
Telephone:  512-424-5657
Email:  eic@dps.texas.gov

**If to COUNTY:**

Name:_____

Title:_____

County:_____

Mailing Address:_____

Phone:_____

Email:_____

Either of the Parties may change its address or designated individual(s) to receive notices by giving the other Party written notice as provided herein, specifying the new address and/or individual and the date upon which it shall become effective.

12. <u>Signatory Authorization:</u>  The signatories for the Parties hereby represent and warrant that each has full and complete authority to enter into this Contract.

13. <u>Certifications:</u>  The Parties certify that: each Party paying for the performance of governmental functions or services must make those payments from current revenues available to the paying party; this Contract is authorized by the governing body of the Parties; and each has the authority to enter into this Contract.

Having agreed to the terms and conditions stated herein, the Parties do hereby execute this Contract.

**COUNTY:**

_____          _____
Signature                                                                            Date

_____
Printed Name & Title

**TEXAS DEPARTMENT OF PUBLIC SAFETY:**

_____          _____
Signature                                                                            Date

Joe Peters, Assistant Director_____
Printed Name & Title



# DRIVER LICENSE DIVISION

**Election Identification Certificates** cannot be used for identification



## DPS Mobile Stations Issuing Election Identification Certificates

The DPS will be issuing Election Identification Certificates (EICs) to Texans who do not already have an acceptable form of photo identification necessary to vote.

EICs will be available at the following locations, dates and times in the following counties:

**Aransas County**
Friday, October 18 from 9a.m. - 4p.m.
Monday, October 28 – Tuesday, October 29 from 9a.m. - 4p.m.
Thursday, October 31 – Friday, November 1 from 9a.m. - 4p.m.

Aransas County Courthouse
301 N Live Oak St.
Rockport, TX 78382
361-790-0122

Peggy L. Friebele/Michelle Bennet
Aransas Clerk
pfriebele@aransas.org;
mbennett@aransas.org

**Archer County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Archer County Elections Administrator
100 S Center St.
Archer City, TX 76351
940-574-4224

Vicki Wright
vicki.wright@co.archer.tx.us

**Armstrong County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

Courthouse Basement
287 and Trice
Claude, TX 79019

**Bandera County**
Tuesday, October 29 - Friday, November 1 from 9a.m. – 4p.m.
Monday, November 4 from 9a.m. – 4p.m.

Bandera County Elections Administrator
Ray Mauer Annex
403 12th St.
Bandera, TX 78003
830-796-8146

Toba Perez-Wright
banderaelections@indian-creek.net



TEX I.R.000127

continued

**Blanco County**
Tuesday, October 22 - Wednesday October 23 from 9a.m. – 4p.m.
Tuesday, October 29 - Wednesday, October 30 from 9a.m. – 4p.m.

Trinity Lutheran Church
703 N Main St.
Blanco, TX 78606

and

Thursday, October 24 - Friday, October 25 from 9a.m. – 4p.m.
Thursday, October 31 - Friday, November 1 from 9a.m. – 4p.m.

District Court Room #23 on 2nd Floor
101 E Pecan St.
Johnson City, TX 78636
830-868-7178

Hollis W. Boatright
Blanco County Tax Assessor-Collector
hollisboatright@yahoo.com

**Borden County**
Monday, October 21 – Tuesday, October 22 from 9a.m. - 4p.m.
Friday, October 25 from 9a.m. - 4p.m.
Monday, October 28 – Tuesday October 29 from 9a.m. - 4p.m.

County Courthouse
117 E Wassom
Gail, TX 79738

**Briscoe County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

415 Main
Silverton, TX 79011

**Camp County**
Friday, October 18 from 10 a.m. - 2 p.m.
Wednesday, October 23 – Thursday, October 24 from 10 a.m. - 2 p.m.
Wednesday, October 30 – Thursday, October 31 from 10 a.m. - 2 p.m.

Camp County Tax Assessor-Collector
Camp County Annex Building
115 North Ave.
Pittsburg, TX 75686
903-856-3391

Gale Burns
camptac@sbcglobal.net

continued

**Clay County**
Monday, October 21  - Friday, October 25 from 9a.m. – 4p.m.
Clay County Commissioners Court
214 N Main
Henrietta, TX 76365

**Coke County**
Monday, October 21 - Wednesday, October 23 from 9a.m. – 4p.m.
Monday, October 28 - Tuesday, October 29 from 9a.m. – 4p.m.
Coke County District & Clerk
Coke County Courthouse
13 E 7th St.
Robert Lee, TX 76945
325-453-2631
Mary Grim
marylgclerk@juno.com

**Collingsworth County**
County Courthouse
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.
800 West Ave.
Wellington, TX 79095

**Concho County**
Thursday, October 17 – Friday, October 18  from 9a.m. – 4p.m.
Thursday, October 24 from 9a.m. – 4p.m.
Thursday, October 31 – Friday, November 1 from 9a.m. – 4p.m.
City Council Chambers
120 Paint Rock St.
Eden, TX 76837
325-732-4322
Barbara K. Hoffman
Concho County District & Clerk
barbara.hoffman@co.concho.tx.us

**Crockett County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.
Crockett County Courthouse
909 Avenue D
Ozona, TX 76934
325-392-2674
Rhonda Shaw
Michelle Medley, Chief Deputy
Crockett County Tax Assessor-Collector
mmmedley3@yahoo.com
rshaw1025@aol.com

continued

**Dickens County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.
Dickens County District & Clerk

North Dickens County Senior Center
511 Montgomery
Dickens, TX 79229
806-623-5531

Winona Humphreys
coclerk@caprock-spur.com

**Edwards County**
Monday, October 21 from 9a.m. - 4p.m.
Wednesday, October 23 from 9a.m. - 4p.m.
Friday, October 25 from 9a.m. - 4p.m.
Monday, October 28 from 9a.m. - 4p.m.
Wednesday, October 30 from 9a.m. - 4p.m.

Edwards County Sheriff's Office
404 W Austin
Rock Springs, TX 78880

**Falls County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Falls County Courthouse
134 Craik St.
Marlin, TX 76661

**Foard County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Sheriff's Office Conference Room
110 S First St.
Crowell, TX 79227
940-684-1424

Mark Christopher
Foard County Judge

**Franklin County**
Thursday, October 17 from 10a.m. – 2p.m.
Wednesday, October 23 – Thursday, October 24 from 10a.m. – 2p.m.
Wednesday, October 30 – Thursday, October 31 from 10a.m. – 2p.m.

Franklin County JP Court
502 E Main
Mount Vernon, TX 75457

**Garza County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

Garza County Old Driver License Office
300 W Main
Post, TX 79356

continued

**Glasscock County**
Wednesday, October 23 - Thursday, October 24 from 9a.m. – 4p.m.
Wednesday, October 30 - Friday, November 1 from 9a.m. – 4p.m.

Glasscock Community Center
117 S Myrl
Garden City, TX 79739
432-354-2489

Nancy Hillger
Glasscock County Tax Assessor-Collector
gctax@crcom.net

**Goliad County**
Monday, October 21 - Thursday, October 24 from 9a.m. – 4p.m.
Tuesday, October 29 from 9a.m. – 4p.m.

County Tax Assessor/Collectors Office
329 Franklin
Goliad, TX 77963

**Hartley County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Hartley County Courthouse
900 Main St.
Channing, TX 79018
806-235-3142

Franky Scott
Hartley County Sheriff/Tax Assessor-Collector
sheriff@co.hartley.tx.us

**Hudspeth County**
Monday, October 21st - Friday, October 25th from 9a.m. – 4p.m.

Hudspeth County
525 N Wilson St.
Sierra Blanca, TX 79851
915-369-2301

Virgina Doyal
virginia.doyal@yahoo.com

**Jack County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

Jack County Law Enforcement Center
1432 Old Post Oak Rd.
Jacksboro, TX 76458

**Jackson County**
Monday, October 21 - Thursday, October 24 from 9a.m. – 4p.m.
Tuesday, October 29 from 9a.m. – 4p.m.

Jackson County Annex DPS Office
411 N Wells
Edna, TX 77957

continued

**Jeff Davis County**
Wednesday, October 16 from 9a.m. – 4p.m.
Friday, October 18 from 9a.m. – 4p.m.
Thursday, October 24 - Friday, October 25 from 9a.m. – 4p.m.
Friday, November 1 from 9a.m. – 4p.m.

County Courthouse THP Office
100 N State St.
Fort Davis, TX 79734
432-426-3213

Rick McIvor
Jeff Davis Sheriff/Tax Assessor-Collector 122taxoffice@sbcglobal.net
jdcso122@yahoo.com

**Karnes County**
Tuesday, October 29 - Friday, November 1 from 9a.m. – 4p.m.
Monday, November 4 from 9a.m. – 4p.m.

Karnes County Courthouse
210 W Calvert
Karnes City, TX 78118
830-780-2246

Karen Opiela
Karnes County Elections Administrator
Cell: 210-394-7337
karen.opiela@co.karnes.tx.us

**Kinney County**
Friday, October 18th – from 9a.m. - 4p.m.
Thursday, October 24th – Friday, October 25th – from 9a.m. - 4p.m.
Tuesday, October 29th – from 9a.m. - 4p.m.
Monday, November 4th – from 9a.m. - 4p.m.

Kinney County Tax Assessor-Collector
County Courthouse
501 S Ann St.
Brackettville, TX 78832
830-563-2688

Martha Pena Padron
kinneycotac@sbcglobal.net

**La Salle County**
Thursday, October 17 – Friday, October 18 from 9a.m. – 4p.m.
Monday, October 28 – Tuesday, October 29 from 9a.m. – 4p.m.
Wednesday, October 30 from 9a.m. – 4p.m.

La Salle County Courthouse
101 Courthouse Square
Cotulla, TX 78014
903-782-1160

Russ Towers
Lamar Election Administrator
rtowers@co.lamar.tx.us

continued
TEX I.R.000132

**Loving County**
Monday, October 21st - Wednesday, October 23rd from 9a.m. – 4p.m.
Monday, October 28th from 9a.m. – 4p.m.
Wednesday, October 30th from 9a.m. – 4p.m.

Loving County Courthouse
100 Bell St.
Mentone, TX 79754
432-377-2411

Billy B. Hopper
Loving County Sheriff/Tax Assessor-Collector
sheriff@co.loving.tx.us

**Mason County**
Tuesday, October 29 - Wednesday, October 30 from 9a.m. – 4p.m.

Mason County Museum
505 Moody St.
Mason, TX 76856
325-347-5252

Buster Nixon
Mason County Sheriff/Tax Assessor-Collector
mcsobuster600@verizon.net

**Motley County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Motley County 2nd Courthouse
701 Dundee
Matador, TX 79244
806-347-2252

Jo Elaine Hart
Motley County Tax Assessor-Collector
motleycotac@yahoo.com

**Potter County**
Friday, October 25 from 9a.m. – 4p.m.
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Amarillo Central Library
413 SE 4th St.
Amarillo, TX 79103-4302
806-379-2299

Knoxie Mathes
Potter County Elections Administrator
knoxiemathes@co.potter.tx.us

continued
TEX I.R.000133

**Real County**
Tuesday, October 22 - Wednesday, October 23 from 9a.m. – 4p.m.
Monday, October 28 - Tuesday, October 29 from 9a.m. – 4p.m.
Monday, November 4 from 9 a.m. – 4 p.m.

County Courthouse
146 Highway 83 S
Leakey, TX 78873
830-232-6210

Donna Brice
Real County Tax Assessor-Collector
dbrice@co.real.tx.us

**Roberts County**
Monday, October 21  - Friday, October 25 from 9a.m. – 4p.m.

300 E Commercial
Miami, TX 79059

**Sabine County**
Monday, October 21 – Friday, October 25 from 9a.m. - 4p.m.

County Administration Building
280 Main St.
Hemphill, TX 75948

**San Saba County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

TX Health and Human Services
423 E Wallace St.
San Saba, TX 76877
325-372-5551

Stephen Boyd
San Saba Sheriff/Tax Assessor-Collector
ssctac@co.san-saba.tx.us

**Somervell County**
Tuesday, October 22 from 9a.m. – 4p.m.
Thursday, October 24 from 9a.m. – 4p.m.
Tuesday, October 29 – Thursday, October 31 from 9a.m. – 4p.m.

Somervell County Offices
107 Vernon
Glen Rose, TX 76043
254-897-9470

Cathy Thomas
Somervell Elections Administrator
elections@co.somervell.tx.us
cathy_thomas@glenrose.org

continued

**Sterling County**
Thursday, October 24 - Friday, October 25 from 9a.m. – 4p.m.
Tuesday, October 29 - Wednesday, October 30 from 9a.m. – 4p.m.
Friday, November 1 from 9a.m. – 4p.m.

Sterling County Courthouse
609 4th Ave.
Sterling City, TX 76951
325-378-5191

Susan Wyatt
Sterling District & Clerk
sswyatt@verizon.net

**Upton County**
Wednesday, October 23 from 9a.m. – 4p.m.
Monday, October 28 - Thursday, October 31 from 9a.m. – 4p.m.

Upton County Public Library
212 W 7th St.
McCamey, TX 79752
432-693-2014

Mary Martha Arana
Upton County Elections Administrator
electionsupton@yahoo.com
m2arana@yahoo.com

**Wheeler County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Wheeler County Courthouse
401 Main St.
Wheeler, TX 79096
806-826-3131

Lewis "Scott" Porter
Wheeler County Tax Assessor-Collector
lewis.porter@co.wheeler.tx.us

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

**Election Identification Certificates cannot be used for identification**

TEX I.R.000135