

# DRIVER LICENSE DIVISION

**Election Identification Certificates**
cannot be used for identification purposes other than voting.



## DPS Mobile Stations Issuing Election Identification Certificates

The DPS will be issuing Election Identification Certificates (EICs) to Texans
who do not already have an acceptable form of photo identification necessary to vote.
EICs will be available at the following locations, dates and times in the following counties:

### NOTICE: WEATHER-RELATED CLOSURES OR DELAYS

*Please be sure to contact mobile stations in your area to determine
if inclement weather has resulted in closures or delays for that mobile station.*

**Archer County**
Tuesday, February 11—Wednesday, February 12 from 9 a.m. – 4 p.m.
Thursday, February 13 from 1 p.m.—7 p.m.
Friday, February 14 from 9 a.m.—4 p.m.

Archer County Elections Administrator
100 S Center St.
Archer City, TX 76351
940-574-4224

Vicki Wright
vicki.wright@co.archer.tx.us

**Armstrong County**
Monday, February 3 - Friday, February 7 from 9 a.m. – 4 p.m.

Courthouse Basement
101 Trice St.
Claude, TX 79019
806-226-3221

Judge Reed/June Brown

**Bandera County**
Tuesday, February 18—Thursday, February 20 from 9 a.m.— 4 p.m.
Tuesday, March 4 from 9 a.m.— 4 p.m.

Ray Mauer Annex
403 12th Street
Bandera, TX 78003
830-796-8146

Toba Wright
banderaelections@indian-creek.net



Δ π EXHIBIT 7
Deponent K.T.
Date 4/23/14 Rptr TD

**Blanco County**
Tuesday, February 18—Wednesday, February 19 from 9 a.m.— 4 p.m.

Blanco County Courthouse
District Court Room #23
101 E Pecan St.
Johnson City, TX 78636

Mary Kresta
blancodmv@co.blanco.tx.us

**Briscoe County**
Tuesday, February 4 - Friday, February 7 from 9 a.m. – 4 p.m.
Saturday, February 8 from 10 a.m.—2 p.m.

415 Main
Silverton, TX 79011
806-823-2134

Benna Hester

**Clay County**
Tuesday, February 4—Friday, February 7 from 9 a.m.—4 p.m.
Monday, February 10 from 9 a.m.—4 p.m.

Commissioners Court Room
214 N. Main
Henrietta, TX
940-538-4631

Sasha Kelton

**Collingsworth County**
Monday, February 3 from 9 a.m.—4 p.m.
Tuesday, February 4 from 1 p.m.—7 p.m.
Wednesday, February 5 from 9 a.m. – 4 p.m.
Thursday, February 6 from 1 p.m. – 7 p.m.
Friday, February 7 from 9 a.m. – 4 p.m.

County Courthouse
800 West Ave.
Wellington, TX 79095
806-447-5408

County Judge John James

**Concho County**
Monday, February 3 - Friday, February 7 from 9 a.m. – 4 p.m.

City Council Chambers
120 Paint Rock St.
Eden, TX 76837
325-732-4322
325-869-2211

Celina Hemmeter
cityadmin@edentexas.com

continued

**Crockett County**
Tuesday, February 25—Saturday, March 1 from 12 p.m. – 7 p.m.

Crockett County Courthouse
909 Avenue D
Ozona, TX 76934
325-392-2965

Judge Fred Deaton
fred.deaton@co.crockett.tx.us

**Dickens County**
Tuesday, February 11 from 1 p.m.—7p.m.
Wednesday, February 12 from 9 a.m. – 4 p.m.
Thursday, February 13 from 1 p.m.—7 p.m.
Friday, February 14 from 9 a.m. – 4 p.m.
Saturday, February 15 from 10 a.m. – 2 p.m.

North Dickens County Senior Center
511 Montgomery
Dickens, TX 79229
806-623-5531
806-623-5258

Vonda Brendle

**Falls County**
Monday, February 24 from 11 a.m.— 6 p.m.
Tuesday, February 25 from 9 a.m.— 4 p.m.
Wednesday, February 26 from 11 a.m.—6 p.m.
Thursday, February 27—Friday, February 28 from 9 a.m.—4 p.m.

Falls County Courthouse
134 Craik St.
Marlin, TX 76661

Nicket Taylor
254-883-1521

**Foard County**
Tuesday, February 18 from 1 p.m.—7 p.m.
Wednesday, February 19 from 9 a.m. – 4 p.m.
Thursday, February 20 from 1 p.m.—7 p.m.
Friday, February 21 from 9 a.m. – 4 p.m.

110 South First Street
Sheriff's Conference Room
Crowell, TX
940-684-1501

Sheriff Mike Brown

continued

**Garza County**
Tuesday, February 4 from 1 p.m. – 7 p.m.
Wednesday, February 5 from 9 a.m. – 4 p.m.
Thursday, February 6 from 1 p.m.—7 p.m.
Friday, February 7 from 9 a.m. – 4 p.m.
Saturday, February 8 from 10 a.m. – 2 p.m.

Garza County Old Driver License Office
300 W Main
Post, TX 79356
806-495-4405

Judge John Lee Norman

**Glasscock County**
Tuesday, February 25—Friday, February 28 from 12 p.m. – 7 p.m.
Saturday, March 1 from 9 a.m. – 4 p.m.

Glasscock Community Center
117 S Myrl
Garden City, TX 79739
432-354-2381

Mandie McIlroy
Glasscock County Tax Assessor-Collector
mandiemcilroy@ag.tamu.edu

**Hartley County**
Tuesday, February 11 from 1 p.m. – 7 p.m.
Wednesday, February 12 from 9 a.m. – 4 p.m.
Thursday, February 13 from 1 p.m.—7 p.m.
Friday, February 14 from 9 a.m. – 4 p.m.
Saturday, February 15 from 10 a.m. – 2 p.m.

Hartley County Courthouse
900 Main St.
Channing, TX 79018
806-235-3582

Melissa Mead
sheriff@co.hartley.tx.us

**Hudspeth County**
Tuesday, February 11—Saturday, February 15 from 12 p.m.—7 p.m.

525 N Wilson St.
Sierra Blanca, TX 79851
915-369-2321

Judge Mike Doyal
doyal_mike@yahoo.com

**Jack County**
Tuesday, February 4 from 9 a.m.—4 p.m.
Wednesday, February 5 from 1 p.m.—7 p.m.
Thursday, February 6—Saturday, February 8 from 9 a.m. – 4 p.m.

1432 Old Post Oak Rd
Law Enforcement Center
Jacksboro, TX
940-567-3081

County Judge Mitchell Davenport

**Jackson County**
*Date, time and location to be determined*

**Mason County**
Monday, February 24 - Friday, February 28 from 9 a.m. – 4 p.m.

Mason County Museum
505 Moody St.
Mason, TX 76856
325-347-6242

Jerri Wright
jerriwright20007@yahoo.com

**Motley County**
Tuesday, February 11 from 1 p.m.—7 p.m.
Wednesday, February 12 from 9 a.m. – 7 p.m.
Thursday, February 13 from 1 p.m.—7 p.m.
Friday, February 14 from 9 a.m. – 4 p.m.
Saturday, February 15 from 10 a.m. – 2 p.m.

Motley County 2nd Courthouse
701 Dundee
Matador, TX 79244
806-347-2334

County Judge Jim Meador
motleycotac@yahoo.com

**Potter County**
Tuesday, February 4 from 1 p.m. – 7 p.m.
Wednesday, February 5 from 9 a.m. – 4 p.m.
Thursday, February 6 from 1 p.m.—7 p.m.
Friday, February 7 from 9 a.m. – 4 p.m.
Saturday, February 8 from 10 a.m. – 2 p.m.

Amarillo Central Library
413 SE 4th St.
Amarillo, TX 79101
806-378-3050

Donna Littlejohn

**Real County**
Tuesday, February 18 from 1 p.m.—7 p.m.
Wednesday, February 19 from 9 a.m. – 4 p.m.
Saturday, February 22 from 9 a.m. – 4 p.m.
Monday, February 24 from 9 a.m. – 4 p.m.
Tuesday, February 25 from 1 p.m.—7 p.m.

Real County Courthouse
146 Highway 83 South
Leakey, TX 78873
830-232-5304
830-232-5202

County Judge Garry A. Merritt
County Clerk Bella Rubio

**Roberts County**
Tuesday, February 4 from 9 a.m. – 4 p.m.
Wednesday, February 5 from 9 a.m. – 4 p.m.
Thursday, February 6 from 9 a.m. – 4 p.m.
Friday, February 7 from 9 a.m. – 4 p.m.

300 E Commercial
Miami, TX 79059
806-868-3611

DeAnn Williams
Tax Assessor-Collector

**Sabine County**
Tuesday, February 18 from 1 p.m.—7 p.m.
Wednesday, February 19 from 9 a.m.—4 p.m.
Thursday, February 20 from 1 p.m.—7 p.m.
Friday, February 21 from 9 a.m.—4 p.m.
Saturday, February 22 from 9 a.m.—4 p.m.

Sabine County Administration Building
280 Main Street
Hemphill, TX 75948
409-787-3786

Janice McDaniel
sabinecc@yahoo.com

**San Saba County**
Wednesday, February 12 – Friday, February 14 from 9 a.m.— 4 p.m.
Tuesday, February 18 from 11 a.m.— 6 p.m.
Wednesday, February 19 from 9 a. m.— 4 p.m.

Texas Health & Human Services Building
423 E Wallace St.
San Saba, TX 76877
512-556-4325

Tammy Branham

continued

**Sterling County**
Thursday, February 13 – Friday, February 14 from 9 a.m. – 4 p.m.
Tuesday, February 18 – Wednesday, February 19 from 9 a.m. – 4 p.m.

Sterling County Courthouse
609 4th Ave.
Sterling City, TX 76951
325-378-5191

Susan Wyatt
Sterling District & Clerk
sswyatt@verizon.net

**Stonewall County**
Tuesday, February 18—Wednesday, February 19 from 1 p.m.—7 p.m.
Thursday, February 20—Saturday, February 22 from 9 a.m. – 4 p.m.

128 Town Square Lane
County Courthouse
Aspermont, TX
940-989-3393

County Judge Ronnie Moorehead

**Upton County**
Monday, February 3 - Thursday, February 6 from 9 a.m. – 4 p.m.
Monday, February 10 from 9 a.m.—4 p.m.

Upton County Public Library
212 W 7th St.
McCamey, TX 79752
432-693-2014

Mary Martha Arana
Upton County Elections Administrator
electionsuptoncounty@yahoo.com

**Wheeler County**
Tuesday, February 18 from 1 p.m.—7 p.m.
Wednesday, February 19 from 9 a.m.—4 p.m.
Thursday, February 20 from 1 p.m.—7 p.m.
Friday, February 21 from 9 a.m.—4 p.m.
Monday, February 24 from 9 a.m.—4 p.m.

Wheeler County
County Courthouse
401 Main ST
Wheeler, TX 79096
806-826-5961

County Judge Jerry Hefley

**Election Identification Certificates**
cannot be used for identification purposes other than voting.

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/DriverLicense/electionID.htm

TEX1120000142

9/2/2014
2:13-cv-00193

| From: | Wroe Jackson |
|---|---|
| To: | 'macgregor.stephenson@gov.texas.gov' |
| CC: | Coby Shorter |
| Sent: | 9/26/2013 1:26:41 PM |
| Subject: | "No" Counties |
| Attachments: | Copy of EIC County Judges.xlsx |

The following counties have declined, based on lack of facilities, staffing, population, or some combination of those three.

Blanco
Briscoe
Collingsworth
Concho
Delta
Edwards
Jackson
King

Elections is also waiting on a response from Cochran and Foard Counties. (The Foard County sheriff is in court today, but has been made aware of the message.)

Attached, please find the compiled information from these counties, including comments from the phone conversations between Elections and the counties. The original point of contact was the Tax Assessor-Collector or County Clerk; county judges are listed on this draft of the material.

Please advise.

Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**



TEX00300587

PL286
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Wroe Jackson |
| **Sent:** | 10/1/2013 9:47:14 AM |
| **Subject:** | FW: Mobile EIC Operations (Phase I) |

If you want us to cover these locations we are going to need resolution today

**UT Flawn Academic Center, Fiesta Stassney, HEB Rundberg, Randalls, Goodwill, and Fiesta Central did not know anything about us setting up.  We need their permission to set up on their property.**

Only the Austin Community College campuses (ACC) were aware that EIC was coming.
v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



Δ π EXHIBIT 9
K.I.
Deponent
Date 4/23/14 Rptr
WWW.DEPOBOOK.COM

TEX00462075

PL287
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Election_Identification_Certificates |
| **To:** | marylgclerk@juno.com |
| **Sent:** | 10/4/2013 10:39:15 AM |
| **Subject:** | RE: training |

Thank you for letting me know.  I appreciate it.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager — South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** marylgclerk@juno.com [mailto:marylgclerk@juno.com]
**Sent:** Friday, October 04, 2013 9:07 AM
**To:** Election_Identification_Certificates
**Subject:** training

Tony,
Coke County will not be able to attend the training.  I will be short handed and will be having courts going on.
Thanks, Mary

Mary Grim
County/District Clerk
13 E. 7th Street
Robert Lee, Texas 76945



Δ π EXHIBIT __10__
Deponent __K. I.__
Date __4/21/14__ Rptr. __D__
WWW.DEPOBOOK.COM

TEX00462446

PL288
9/2/2014

2:13-cv-00193

| From: | Rodriguez, Tony |
|---|---|
| To: | Wroe Jackson |
| Sent: | 10/15/2013 3:16:44 PM |
| Subject: | FW: EIC Training |

Mason county Opted out...again

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Myers, Bob
**Sent:** Tuesday, October 15, 2013 1:42 PM
**To:** Krueger, Kristopher
**Cc:** Rodriguez, Tony
**Subject:** FW: EIC Training

FYI.
Mason County has opted out of the training.
Ricardo will coordinate with Stella about cancelling the Trooper delivering the equipment.

Robert Myers,
Training Specialist V
Driver License Division
Texas Department of Public Safety

5805 N Lamar Blvd.
Austin, TX 78752

bob.myers@dps.texas.gov
Office: (512) 424-5538
Mobile:(512) 239-9256

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

---

**From:** Garcia, Ricardo L(DL)
**Sent:** Tuesday, October 15, 2013 1:36 PM
**To:** Myers, Bob
**Subject:** FW: EIC Training

Bob, take a look.

---

**From:** Buster Nixon [mailto:mcsobuster600@verizon.net]
**Sent:** Tuesday, October 15, 2013 12:19 PM
**To:** Garcia, Ricardo L(DL)
**Subject:** Re: EIC Training

Δ π EXHIBIT _11_

Deponent_____
Date_____ Rptr_____
WWW.DEPOBOOK.COM

TEX00461933

| From: | Robert Heard |
|---|---|
| To: | Wroe Jackson |
| CC: | 'Texas DPS - Tony Rodriguez (tony.rodriguez@dps.texas.gov)'; Toni Pippins-Poole |
| Sent: | 10/17/2013 10:04:59 AM |
| Subject: | RE: EIC Metrics |

Mr. Jackson,

I appreciate your time in researching this information. Mr. Rodriguez provided me with the data. Our 11 EIC's stands at 25% of the 44 total EIC's issued in Texas. The Elections Administrator and the Dallas County Commissioners Court have expressed a strong desire to have more Mobile EIC Locations in Dallas County, and set a precedent for executing initiatives like this. Please consider scheduling more locations in Dallas County; with more lead time and with our experience, we know we could be of even greater service to our citizens. Alternatively, let us know how we can help with the Saturday EIC locations in Dallas County to help make them more productive.

We look forward to your reply, and to serving our citizens.

Sincerely,

Robert Heard Sr.
Assistant Elections Administrator
**Dallas County Elections Department**
P: 214.819.6334
P: 214.298.3629 (cell)
Email: Robert.Heard@DallasCounty.ORG

Robert says, "Vote, and let your voice be heard."
On The Web @ WWW.DALLASCOUNTYVOTES.ORG

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Wednesday, October 16, 2013 4:16 PM
**To:** Robert Heard
**Subject:** RE: EIC Metrics

Mr. Heard,

I am happy to try to get this information from my contacts at the Department of Public Safety. Since they are the issuing authority for that form of identification, they would have the latest numbers. I should hear back from them shortly and will let you know as soon as I do.

Best,
Wroe

Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov



Δ π EXHIBIT 12
Deponent
Date_____ Rpt_____
WWW.DEPOBOOK.COM

*The information contained in this email is for reference purposes ONLY and is not intended to serve as legal advice for any matter. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

| | |
|---|---|
| **From:** | Javier Chacon |
| **To:** | Wroe Jackson |
| **Sent:** | 10/4/2013 10:06:59 AM |
| **Subject:** | RE: EIC and Voter Registration Mobile Drive (Week 2) |

Mr. Jackson,
We will follow the list that was sent to Mr. Keith Ingram I have clear the miss understanding of the hours. please give me a call at 915-546-2154

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Thursday, October 03, 2013 5:35 PM
**To:** Javier Chacon
**Cc:** Keith Ingram
**Subject:** FW: EIC and Voter Registration Mobile Drive (Week 2)

Mr. Chacon,

Keith Ingram forwarded the information you sent for the EIC mobile stations to be placed in El Paso next week. (I am serving as the agency's liaison with DPS for this particular project.)

The DPS employees assigned to the sites that you provided stated that, after investigation, the Nolan Richardson Recreation Center (10/7), the Seville Recreation Center (10/7), the Rae Gilmore Recreation Center (10/8), and the San Juan Recreation Center (10/9) were told that they would be open from 1 p.m. to 9 p.m. However, on the attached information you provided, the statement is clear that "All Mobile Stations will be available October 7 through October 9 from 9:00 a.m. to 4:00 p.m." Would you be able to clear up this confusion for myself and DPS? I would certainly appreciate it.

If you are interested in having locations open during non-business hours, we would be willing to work with DPS to see if that is possible. (There are some logistical and staffing concerns that we have to work through with DPS.) I'm happy to provide more information or discuss this with you at your convenience.

Sincerely,
Wroe Jackson


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*The information contained in this email is for reference purposes ONLY and is not intended to serve as legal advice for any matter. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**_Please note my new email address effective immediately: wjackson@sos.texas.gov_**

---

**From:** Keith Ingram
**Sent:** Thursday, October 03, 2013 10:51 AM
**To:** Wroe Jackson
**Subject:** Fwd: EIC and Voter Registration Mobile Drive (Week 2)


Sent from my iPhone

Begin forwarded message:



Δ π EXHIBIT 13
Deponent K. I.
Date_____ Rptr. JD
WWW.DEPOBOOX.COM

**From:** Javier Chacon <JChacon@epcounty.com>
**Date:** October 3, 2013 at 9:49:26 AM MDT
**To:** Keith Ingram <KIngram@sos.state.tx.us>, 'Alicia Pierce' <APierce@sos.texas.gov>
**Subject: FW: EIC and Voter Registration Mobile Drive (Week 2)**

Hi Keith,
Just received approval for next week please see the attached file.

TEX00462364

**PL291**
**9/2/2014**
**2:13-cv-00193**

| | |
|---|---|
| **From:** | Smith, Pam (OGC - Contracts) |
| **To:** | Wroe Jackson |
| **CC:** | Rodriguez, Tony; Watkins, Paul; Holmes, Tina |
| **Sent:** | 10/7/2013 4:32:21 PM |
| **Subject:** | FW: DRAFT MOU: SOS/DPS Mobile EIC Centers |
| **Attachments:** | MOU TXSOS-DPS2013-01.pdf |

Wroe, thanks!  Will do.

Take care,
Pam

Pam Smith
Managing Attorney, Contracting
Office of General Counsel
Texas Department of Public Safety
Phone: (512) 424-5936
Fax: (512) 424-5716
E-mail: Pam.Smith@dps.texas.gov

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Monday, October 07, 2013 4:01 PM
**To:** Smith, Pam (OGC - Contracts)
**Cc:** Rodriguez, Tony; Watkins, Paul; Holmes, Tina
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Pam,

Two copies of the executed MOU have been sent to you via interagency mail. Would you please have Deputy Director McBride execute both and have one copy sent back over to me for SOS records? (Additionally, I have attached an electronic copy of the executed document.)

I really appreciate all of your help!

Best,
Wroe

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**_Please note my new email address effective immediately: wjackson@sos.texas.gov_**

---

**From:** Smith, Pam (OGC - Contracts) [mailto:Pam.Smith@dps.texas.gov]
**Sent:** Friday, October 04, 2013 2:44 PM
**To:** Wroe Jackson
**Cc:** Rodriguez, Tony; Watkins, Paul; Holmes, Tina
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Here's the DPS contract # for the MOU to add to the top of page 1:

  405-DLD-14-M40704



TEX00461905

Thanks,
Pam

Pam Smith
Managing Attorney, Contracting
Office of General Counsel
Texas Department of Public Safety
Phone: (512) 424-5936
Fax: (512) 424-5716
E-mail: Pam.Smith@dps.texas.gov

---

**From:** Smith, Pam (OGC - Contracts)
**Sent:** Friday, October 04, 2013 11:24 AM
**To:** 'Wroe Jackson'
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Wroe, thanks for your time this morning.    Attached is the revised agreement based on our conversation.   I accepted the prior redlines and made suggested edits to the provisions we discussed this morning.

If this looks OK and SOS will sign, please let me know so we can coordinate that.   Please add the SOS MOU # and the SOS signatory info and I will add the DPS MOU # which I've requested. Please also add footer notation to print on each page:  Page 1 of 4, etc., rather than just the page number.

Thanks,
Pam

Pam Smith
Managing Attorney, Contracting
Office of General Counsel
Texas Department of Public Safety
Phone: (512) 424-5936
Fax: (512) 424-5716
E-mail: Pam.Smith@dps.texas.gov

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Thursday, October 03, 2013 7:05 PM
**To:** Smith, Pam (OGC - Contracts)
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Pam,

I'm sorry that we played phone tag today regarding the MOU. I wanted to bring a couple of matters to your attention that I believe we should discuss tomorrow.

1)  The three day deadline to get locations locked in. As much as I would like to make this happen, the plain reality is that the counties sometimes shift on us. We are doing things in our procedures (including our new county outreach and maintenance talking points) that should help to eliminate last minute changes, but there is always a chance that the best laid plans may need to be changed.
2)  Notification of loss, theft, or damage. I think our IT and Purchasing folks would be comfortable with some notification of any loss, theft, or damage prior to the final inventory, but we can be flexible on the timeframe and what the remedy may be.

I will be at our Elections Division's seminar until about 10:00 tomorrow morning and then will return to the office, hopefully honoring some previous plans and leaving around noon.

Please feel free to reach out to me at your convenience. My direct dial is 512/475-2813 and my mobile phone is 512/739-4265. I look forward to speaking with you.

Best,
Wroe

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

*Please note my new email address effective immediately: wjackson@sos.texas.gov*

---

**From:** Smith, Pam (OGC - Contracts) [mailto:Pam.Smith@dps.texas.gov]
**Sent:** Wednesday, October 02, 2013 9:16 AM
**To:** Wroe Jackson
**Cc:** Watkins, Paul; Rodriguez, Tony
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Wroe, attached is our redline of the draft MOU.

Please review and let us know if you have any questions.

Thanks,
Pam

Pam Smith
Managing Attorney, Contracting
Office of General Counsel
Texas Department of Public Safety
Phone: (512) 424-5936
Fax: (512) 424-5716
E-mail: Pam.Smith@dps.texas.gov

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Monday, September 23, 2013 1:09 PM
**To:** Nolte, Candace
**Cc:** Coby Shorter
**Subject:** DRAFT MOU: SOS/DPS Mobile EIC Centers

Candace,

Thank you for assisting me in getting this to the right folks at DPS.

As I discussed on the phone, this MOU is intended to lay out the scope of the relationship between DPS and SOS regarding the Mobile EIC Centers that will go into the field one week from today. Obviously, this is a little behind since the equipment was picked up by DPS last week, but I'm hopeful that the terms of the pick-up were acceptable.

Please let me know if you need anything further from me before review and suggested edits by DPS. My direct dial is 512/475-2813 and my mobile number is 512/475-2813.

I appreciate your help!

Best,
Wroe

Wroe Jackson

General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

*Please note my new email address effective immediately: wjackson@sos.texas.gov*

TEX00461908

| | |
|---|---|
| **From:** | Keith Ingram |
| **To:** | Wroe Jackson; Alicia Pierce; Coby Shorter |
| **Sent:** | 10/16/2013 8:51:34 AM |
| **Subject:** | Fwd: Attachment included |
| **Attachments:** | 3806_001.pdf; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

**From:** <Elections@sos.state.tx.us>
**Date:** October 16, 2013 at 8:49:30 AM CDT
**To:** Keith Ingram <kingram@sos.texas.gov>
**Subject: Attachment included**



Δ π **EXHIBIT** _15_

Deponent
Date _____ Rpt
www.DEPOBOOK.COM

TEX00462132



# BRUCE ELFANT
TAX ASSESSOR · COLLECTOR
VOTER REGISTRAR

October 13, 2013

Mr. Keith Ingram
Director of Elections
Texas Secretary of State
208 E. 10th St., 3rd Floor
Austin, TX 78701

Dear Keith:

I am writing to update you about our four days of community outreach with DPS regarding the new voter ID law. As you are aware the eight sites selected were located as close to the geographic areas of highest concern based on data provided by your office. In the week and a half we had to prepare for the outreach locations, the City of Austin and Travis County;

- developed a KeepCalmVoteOn.com website that contained Voter ID information and outreach locations.
- provided hundreds of community leaders, organizations and elected officials with information about our outreach efforts and urged them to distribute widely.
- partnered with Capitol Metro and local taxi cab companies to advertise the KeepCalmVoteOn.com website
- Senator Watson sent out 43,000 robo-calls into areas of highest concern
- conducted news conference to inform the community about Voter ID outreach efforts with the County Clerk, Tax Assessor and Councilmember Mike Martinez
- authorized Travis County Veterans Services Office to accept Voter ID disability exemptions

Our efforts to encourage people to go to one of the mobile locations yielded 224 contacts;

- 95 - new voter registrations
- 10 - name changes
- 28 - address updates
- 2 - disabled exemption applications
- 89 - general inquiries
- 0 - election identification certificates issued

5501 AIRPORT BLVD. AUSTIN, TEXAS 78751     512 854-9473     BRUCE.ELFANT@CO.TRAVIS.TX.US

TEX00462133

Mr. Keith Ingram
October 15, 2013
Page 2

We have learned from this effort that it is more difficult to reach this population than we expected. This outreach effort might have been more effective if as we suggested, the mobile locations could have been open weekends or evenings to accommodate people who work. If weekends or evenings for future efforts are not possible, I'm not sure that attempting further mobile locations M-F, 8-5 would yield any better results.

While this strategy failed to produce the results we had hoped to achieve, and since this is uncharted territory for Texas I believe we were obligated to try. We do appreciate the efforts of SOS and of so many individuals and organizations who worked with no money and very little time to help educate our community about the Voter ID requirements.

Since the data which guided our approach is composed of about 37,000 Travis County registered voters who may not possess state issued IDs, a more effective approach might be for your office to mail postcards specifically to these voters to inform them of the new voter ID requirements and how they can obtain election identification certificates. Should you decide to do so, we would be happy to assist.

Our common interest is that all voters should be able to cast their votes and have them count. We stand ready to assist your office in any way we can to help voters obtain the proper IDs, update their names to match their photo IDs and provide disability exemptions for those who qualify.

Sincerely,

Bruce Elfant
Travis County Tax Assessor Collector and Voter Registrar



# DRIVER LICENSE DIVISION



## The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for Election Certificates **ONLY** This card cannot be used for identification

Esta oficina estará abierta los sabados de 10am - 2pm hasta el 6 de Noviembre de 2013
SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación

**DLD Office Addresses**

**Dallas County**

Carrollton Office
Maria De Leon, Manager
2626 Old Denton Rd., #464
Carrollton, TX 75007
972-245-5800

Cedar Hill Office
Patricia DiGirolomo, Manager
116 W. BELTLINE #2
Cedar Hill, TX 75104
469-272-9301

Dallas East Office
Kristi Harris, Manager
11411 E. NW HWY. #111
Dallas, TX 75218
214-553-0033

Dallas Southwest
Janita Washington, Manager
5810 RED BIRD CNTR. DR. #500
Dallas, TX 76237
214-330-3958

Garland Mega Center
Amy Krizan, Manager
4445-A SATURN ROAD
Garland, TX 75043
214-861-3700

Garland Office
Amy Bovis, Manager
350 W. I-30
Garland, TX 75043
214-861-2126

Grand Prairie
Warren Wells, Manager
550 S. CARRIER PKWY. #570
Grand Prairie, TX 75051
972-264-5596

Irving
Martha Sandoval, Manager
1003 W. 6TH STREET
Irving, TX 75060
972-253-4171

**Collin County**

McKinney Office
Lisa Knight, Manager
400 POWERHOUSE ST.
McKinney, TX 75071
214-733-5350

Plano Office
Charl Fisher, Manager
2109 W. PARKER RD #224
Plano, TX 75023
972-987-4221

**Denton County**

Denton Office
Robert Dean, Manager
820 N. LOOP 288
Denton, TX 76209
940-484-6666

Lewisville Office
Fannie Anderson, Manager
190 N. VALLEY PKWY STE 201
Lewisville, TX 75067
972-221-9091

**Tarrant County**

Arlington Office
Donysia Harris, Manager
3901 W. ARKANSAS LN. #111
Arlington, TX 76016
817-274-1818

Fort Worth Mega Center
Angela Kimbrough, Manager
Venus Munoz, Manager
8301 BRENTWOOD STAIR ROAD
Fort Worth, TX. 76120
817-285-1900

Fort Worth South Office
Nils Carlstrom, Manager
6413 WOODWAY DR.
Fort Worth, TX 76133
817-294-1075

Hurst Office
Deldra Hopkins, Manager
624 NE LOOP 820
Hurst, TX 76053
817-268-1426

Lake Worth Office
Dorothy Hart, Manager
6318 LAKE WORTH BLVD.
Lake Worth, TX 76135
817-259-1426

**Harris County**

Dacoma Office
Urshula Jones, Manager
4545 DACOMA
Dacoma, TX 77092
713-683-0541

Gessner Mega Center
Ebony Lemons, Manager
Thu Hang Nguyen, Manager
Maria Mayfield, Manager
12220 S GESSNER
Gessner, TX 77071
713-219-4100
713-219-4101
713-219-4108
713-219-4109

Grant Road Office
Nashell Williams, Manager
10603 GRANT RD
Grant, TX 77070
281-890-5440
281-890-7838

Vantage Parkway Office
Kathy Cullen, Manager
15403 VANTAGE PKWY E., STE. 300
Houston, TX 77032
281-449-2685

Baytown Office
Portia Dukes, Manager
6420 DECKER DRIVE
Baytown, TX 77520
281-424-1339

Houston-East
Mona Derokey, Manager
11039 EAST FREEWAY, #B
Houston, TX 77029
713-633-9672

Humble Office
Rebecca Santiago, Manager
7710 WILL CLAYTON
Humble, TX 77338
291-446-3391
281-446-8105

Pasadena Office
Tina Weir, Manager
2783 RED BLUFF #100
Pasadena, TX 77503
713-473-3232

Spring Mega Center
Dwight Sweat, Manager
Martha Alvarado, Manager
4740 SPRING CYPRESS, #100
Spring, TX 77379
281-517-1620

Δ π EXHIBIT _17_

Deponent_____

Date_____ Rptr_____
WWW.DEPOBOOK.COM

CONTINUED

Webster Office
Margaret Hunter, Manager
111 TRISTAR
Webster, TX 77598

Winkler Office
Cecilia Lopez, Manager
9206 WINKLER
Houston, TX 77017
713-943-0631

**Fort Bend County**

Rosenberg Mega Center
Sara Smith, Manager
Hector Alvarado, Manager
Morgan Fry, Manager
29000 SW Freeway, Suite A
Rosenberg, TX 77471
281-617-1930 ext. 28911

**Hidalgo County**

Edinburg Office
Rebecca Vasquez, Manager
1212 S 25TH STE B
Edinburg, TX 78542
956-383-3471

Mission Office
Rebecca Vasquez, Manager
722 N. BREYFOGLE STE A
Mission, TX 78572
956-205-7070

Weslaco Office
Anna M. Hernandez, Manager
2525 N INTERNATIONAL BLVD
Weslaco, TX 78598
956-565-7200

**Cameron County**

Brownsville Office
George Olvo, Manager
2901 PAREDES LINE ROAD
Brownsville, TX 78526
956-983-1920

Harlingen Office
George Olvo, Manager
1630 N 77 SUNSHINE STRIP
Harlingen, TX 78550
956-440-6725

**Nueces County**

Corpus Christi Office
Elizabeth Lopez, Manager
1922 S. PADRE ISLAND DR
Corpus Christi, TX 78416
361-698-5628

**El Paso County**

Gateway Office
Sheila Edwards, Manager
7300 GATEWAY EAST
El Paso, TX 79915
915-598-3497
915-598-3488

Hondo Pass Office
Maria Franco, Manager
4505 HONDO PASS
El Paso, TX

Northwestern Office
Martha Hernandez, Manager
1854 NORTHWESTERN
El Paso, TX 79912
915-877-1847
915-877-1857

Scott Simpson Office
Bertha Montalongo, Manager
11812 SCOTT SIMPSON
El Paso, TX 79936
915-849-4100

**Bexar County**

San Antonio - Leon Valley Mega Center
Paul Esquivel, Manager
Kathleen Taylor, Manager
7410 HUEBNER ROAD
Leon Valley, TX 78240
210-531-1000

Babcock Office
Richard Cook, Manager
1258 BABCOCK
San Antonio, TX 78201
210-737-1191

General McMullen Office
Maria Rivas, Manager
1803 SOUTH GENERAL MCMULLEN
San Antonio, TX 78228

San Antonio Southeast Office
Sandra Waterman, Manager
6502 S NEW BRAUNFELS AVENUE
San Antonio, TX 78223
210-531-2241

Pat Booker Office
Annetta Carrillo, Manager
1633 PAT BOOKER
Universal City, TX 78148
210-945-1900

**Travis County**

Austin-Northwest Office
Irene Garcia, Manager
13730 RESEARCH BLVD.
Austin, TX 78750

Austin-South Office
Shelli Turner, Manager
6425 SOUTH IH-35, #180
Austin, TX 73744
512-444-5291

Pflugerville Mega Center
Mary Lloyd, Manager
Shontel Choice, Manager
216 E. WELLS BRANCH PKWY
Pflugerville, TX 78660

**Bell County**

Killeen Office
Ann McNeil, Manager
302 PRIEST DR.
Killeen, TX 76541
254-634-1919

Temple Office
Ann McNeil, Manager
6612 SOUTH GENERAL BRUCE
Temple, TX 76502-5832
254-770-8734

# The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for Election Certificates ONLY This card cannot be used for identification

Esta oficina estará abierta los sábados de 10am - 2pm hasta el 6 de Noviembre de 2013
SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación

TEX I.R.000002



# DRIVER LICENSE DIVISION



## The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for Election Certificates **ONLY** This card cannot be used for identification

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013
SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación

---

**Dallas County**

Carrollton Office
Maria De Leon, Manager
2625 OLD DENTON RD. #464
Carrollton, TX 75007
972-245-5800

Cedar Hill Office
Patricia DiGirolomo, Manager
116 W. BELTLINE #2
Cedar Hill, TX 75104
469-272-9301

Dallas East Office
Kristi Harris, Manager
11411 E. NW HWY. #111
Dallas, TX 75218
214-553-0033

Dallas Southwest Office
Jenita Washington, Manager
5610 RED BIRD CNTR. DR. #500
Dallas, TX 75237
214-330-3958

Garland Mega Center
Amy Krizan, Manager
4445-A SATURN ROAD
Garland, TX 75043
214-861-3700

Garland Office
Amy Bovis, Manager
350 W. I-30
Garland, TX 75043
214-861-2125

Grand Prairie Office
Warren Wells, Manager
550 S. CARRIER PKWY. #570
Grand Prairie, TX 75051
972-264-6598

Irving Office
Martha Sandoval, Manager
1003 W. 6TH STREET
Irving, TX 75060
972-253-4171

**Collin County**

McKinney Office
Lisa Knight, Manager
400 POWERHOUSE ST.
McKinney, TX 75071
214-733-5350

**Collin County**

Plano Office
Cheri Fisher, Manager
2109 W. PARKER RD #224
Plano, TX 75023
972-867-4221

**Denton County**

Denton Office
Robert Dean, Manager
820 N. LOOP 288
Denton, TX 76209
940-484-6666

Lewisville Office
Fannie Anderson, Manager
190 N. VALLEY PKWY STE 201
Lewisville, TX 75067
972-221-8081

**Tarrant County**

Arlington Office
Donyale Harris, Manager
3901 W. ARKANSAS LN. #111
Arlington, TX 76016
817-274-1818

Fort Worth Mega Center
Angela Kimbrough, Manager
Venus Munoz, Manager
8301 BRENTWOOD STAIR ROAD
Fort Worth, TX 76120
817-285-1900

Fort Worth South Office
Nils Carlstrom, Manager
6413 WOODWAY DR.
Fort Worth, TX 76133
817-294-1075

Hurst Office
Deidra Hopkins, Manager
624 NE LOOP 820
Hurst, TX 76053
817-299-1426

Lake Worth Office
Dorothy Hart, Manager
6316 LAKE WORTH BLVD.
Lake Worth, TX 76135
817-299-1426

**Harris County**

Dacoma Office
Urshula Jones, Manager
4545 DACOMA
Dacoma, TX 77092
713-683-0541

Gessner Mega Center
Ebony Lemora, Manager
Thu Hang Nguyen, Manager
Maria Mayfield, Manager
12220 S GESSNER
Gessner, TX 77071
713-219-4100
713-219-4101
713-219-4108
713-219-4109

Grant Road Office
Neshell Williams, Manager
10503 GRANT RD
Houston, TX 77070
281-890-5440
281-890-7838

Vantage Parkway Office
Kathy Cullen, Manager
15403 VANTAGE PKWY E., STE. 300
Houston, TX 77032
281-449-2685

Baytown Office
Portia Dukes, Manager
5420 DECKER DRIVE
Baytown, TX 77520
281-424-1339

Houston-East Office
Mona Derokey, Manager
11039 EAST FREEWAY, #B
Houston, TX 77029
713-633-9872

Humble Office
Rebecca Santiago, Manager
7710 WILL CLAYTON
Humble, TX 77338
281-446-3391
281-446-8105

### Harris County

Pasadena Office
Tina Weir, Manager
2783 RED BLUFF #100
Pasadena, TX 77503
713-473-3232

Spring Mega Center
Dwight Sweat, Manager
Martha Alvarado, Manager
4740 SPRING CYPRESS, #100
Spring, TX 77379
281-517-1620

Webster Office
Margaret Hunter, Manager
111 TRISTAR
Webster, TX 77598
281-486-8242

Winkler Office
Cecilia Lopez, Manager
9206 WINKLER
Houston, TX 77017
713-943-0631

### Fort Bend County

Rosenberg Mega Center
Sara Smith, Manager
Hector Alvarado, Manager
Morgan Fry, Manager
28000 SW FREEWAY, STE A
Rosenberg, TX 77471
281-517-1630 ext. 26811

### Hidalgo County

Edinburg Office
Rebecca Vasquez, Manager
1212 S 25TH STE B
Edinburg, TX 78542
956-383-3471

Mission Office
Rebecca Vasquez, Manager
722 N. BREYFOGLE STE A
Mission, TX 78572
956-205-7070

Weslaco Office
Anna M. Hernandez, Manager
2525 N INTERNATIONAL BLVD
Weslaco, TX 78599
956-565-7200

### Cameron County

Brownsville Office
George Olivo, Manager
2901 PAREDES LINE ROAD
Brownsville, TX 78526
956-983-1920

Harlingen Office
George Olivo, Manager
1630 N 77 SUNSHINE STRIP
Harlingen, TX 78550
956-440-6725

### Nueces County

Corpus Christi Office
Elizabeth Lopez, Manager
1922 S. PADRE ISLAND DR
Corpus Christi, TX 78416
361-698-5626

### El Paso County

Gateway Office
Sheila Edwards, Manager
7300 GATEWAY EAST
El Paso, TX 79915
915-598-3487
915-598-3488

Hondo Pass Office
Maria Franco, Manager
4505 HONDO PASS
El Paso, TX 79904
915-751-6455
915-751-6456

Northwestern Office
Martha Hernandez, Manager
1854 NORTHWESTERN
El Paso, TX 79912
915-877-1647
915-877-1657

Scott Simpson Office
Bertha Montelongo, Manager
11612 SCOTT SIMPSON
El Paso, TX 79936
915-849-4100

### Bexar County

San Antonio - Leon Valley Mega Center
Paul Esquivel, Manager
Kathleen Taylor, Manager
7410 HUEBNER ROAD
Leon Valley, TX 78240
210-531-1000

### Bexar County

Babcock Office
Richard Cook, Manager
1258 BABCOCK
San Antonio, TX 78201
210-737-1191

General McMullen Office
Maria Rivas, Manager
1803 SOUTH GENERAL MCMULLEN
San Antonio, TX 78226

San Antonio Southeast Office
Sandra Waterman, Manager
6502 S NEW BRAUNFELS AVENUE
San Antonio, TX 78223
210-531-2241

Pat Booker Office
Annette Carrillo, Manager
1633 PAT BOOKER
Universal City, TX 78148
210-945-1900

### Travis County

Austin-Northwest Office
Irene Garcia, Manager
13730 RESEARCH BLVD.
Austin, TX 78750

Austin-South Office
Shelli Turner, Manager
6425 SOUTH IH-35, #180
Austin, TX 78744
512-444-5291

Pflugerville Mega Center
Mary Lloyd, Manager
Shontel Choice, Manager
216 E. WELLS BRANCH PKWY
Pflugerville, TX 78660
512-486-2804

### Bell County

Killeen Office
Ann McNeil, Manager
302 PRIEST DR.
Killeen, TX 76541
254-634-1919

Temple Office
Ann McNeil, Manager
6612 SOUTH GENERAL BRUCE
Temple, TX 76502-5832
254-770-6734

---

## The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for Election Certificates **ONLY** This card cannot be used for identification

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013 <u>SOLAMENTE</u> para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación

| From: | Coby Shorter |
| To: | MacGregor Stephenson |
| Sent: | 2/14/2014 8:16:46 PM |
| Subject: | Fwd: EIC Locations for SOS Staff |
| Attachments: | ATT00001.htm; EIC Locations for SOS Staff.docx |

Sent from my iPhone

Begin forwarded message:

**From:** Louri O'Leary <LO'Leary@sos.texas.gov>
**Date:** February 14, 2014 at 8:15:36 PM CST
**To:** "robert.Bodisch@dps.texas.gov" <robert.Bodisch@dps.texas.gov>, Coby Shorter <CShorter@sos.texas.gov>
**Subject: FW: EIC Locations for SOS Staff**

Hi Coby and Duke

The Cameron County, Denton County and City of Trinity sites were sent Feb 13 to DPS with the 5 day request in mind. (see attached)

I realize the tight deadline, and if the locations can be confirmed before Sunday 2.16 by DPS then SOS staff can travel and man the EIC mobile station with the DPS representative.

**If not** we can move to the following week however I need to contact county person for re-arrangements and tell SOS staff not to travel.

Duke - please let us know if DPS can check out the locations before Feb 16 or if we need to make changes.

1) Cameron (Harlingen City Hall & Cameron County Dancy Building)

2) Denton (TWU - Student Union Building )
3) City of Trinity (Fire Station)

Thanks

Louri



TEX0524105

**From:** Louri O'Leary
**Sent:** Thursday, February 13, 2014 4:34 PM
**To:** Bell, Stephen; Krueger, Kristopher (Kristopher.Krueger@dps.texas.gov); 'manuel.rodriguez@dps.texas.gov'
**Subject:** EIC Locations for SOS Staff

Added Montgomery county.

TEX0524106