- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson    training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- ▶ The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

---

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Qualifying Voters: Module Overview

In this module you will study the poll workers' primary Election Day job: qualifying voters.

**Ideal Voter**
Explains step-by-step how to qualify the majority of voters

**Residency Issues**
Describes what to do with voters who are in the wrong precinct or who have moved

**Photo ID Requirements**
Provides a list of acceptable forms of identification in order to be allowed to vote

**Exemptions to the Photo ID Requirement**
Explains what exemptions are allowed to not provide a photo ID

**Registration Issues**
Shows you how to resolve problems voters may have with their registration

**Provisional Voter**
Explains the step-by-step process for voters who cast provisional ballots

*Ideal Voter begins on next page . . .*

◀ Back    Next ▶

---

**Site Navigation Tips**

**Key Point**
You must be prepared to handle each situation so that the election records are correct and the voter casts a ballot, if at all possible. In the following chapters we describe how to address each of the situations and which forms to complete.

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout


Δ π EXHIBIT 32
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM



## Ideal Voter Chapter Overview

This is the process of ensuring that an individual is qualified to vote by checking voter registration status, identity, and residence.

The **Ideal Voter** presents their Acceptable Form of Identification or has a notation of an "(E)" after the VUID number on their voter registration certificate. Further, the identification provided by the voter will be current or not have expired more than 60 days before the voter is presenting it at the polling place. The voter will be located in the precinct's list of registered voters, and the name found on the list of registered voters will match exactly to the name listed on the voter's identification. After verifying the voter's identification, the voter is asked if the voter's residence address on the precinct list of registered voters is current and whether the voter has changed residence within the county. In an ideal voter situation, the voter's address will be current and the voter will not have changed residence within the county. Some voters may not have their addresses on the list of registered voters due to their participation in an address confidentiality program. Nevertheless, election judges should continue to ask whether or not the voter has moved from the address at which the voter is registered to vote. If the voter's registration address is omitted due to participation in an address confidentiality program, you must ask the voter if the residence address listed on the voter's acceptable form of identification is current and whether the voter has changed residence within the county.

Stamp "voted" or place some other notation next to the voter's name on the list of registered voters to indicate that the voter has been accepted for voting. .

Have the voter sign the signature roster (or combination form). If the voter cannot sign his or her name, an election officer shall enter the voter's name with a notation of the reason for the voter's inability to sign the roster (or combination form).

Legibly enter the name of the voter on the poll list (or combination form).
• The voter is required to sign his or her voter registration certificate in the appropriate place upon receipt.
• If a combination form is not used, the names on the poll list must be entered in the same order as the names on the signature roster.

Return the acceptable form of identification presented by the voter and the voter's voter registration certificate, if presented, to the voter.

Have the voter pick up a ballot, if applicable, or issue the voter an activation code, etc. for the accessible voting equipment and direct the voter to the voting area.

In this chapter you will learn the 7 basic steps to qualify a voter.

*Ideal Voter continues on next page . . .*

◀ Back    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson    training dashboard | logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

### Poll Worker Training Outline

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

▸ The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  Early Voting
  Provisional Voting
  Vote

| Module 4: Assist Voters with Disabilities | Open | ☐ |
| Module 5: The End - What to Do | | ☐ |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
**GUIDE TO VOTER ID**

## Step 1: Voter Registration Certificate

Ask each voter to present identification. The ideal voter should present his/her Voter Registration Certificate as it is preferred. There are 8 other acceptable forms of ID.



Note: Make sure the voter has signed his/her Voter Registration Certificate in the appropriate place.

Note: The current color of the Voter Registration Certificate is yellow. New Voter Registration Certificates are mailed every two years, with a new certificate color.

*Ideal Voter continues on next page . . .*

◀ Back                                    Next ▶

**Site Navigation Tips**

**Key Point**
Each voter MUST present a Voter Registration Certificate or one of 8 acceptable forms of ID.

**Resource**
Acceptable forms of ID (3.E.3)



- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

Site Navigation Tips

**Poll Worker Training Outline**

Module 1: Introduction — Open ✓

Module 2: Preparing for Election Day — Open ✓

Module 3: Qualifying Voters — Close ✓
- ▸ The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

Module 4: Assist Voters with Disabilities — Open

Module 5: The End - What to Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Step 2: List of Registered Voters

Compare the certificate to the List of Registered Voters for:

- voter's name, address, precinct number
- registration status
- early voting status ("early" or "voted" notation)
- residence or suspense list status ("s" notation), and
- ID status ("ID" notation)

*Ideal Voter continues on next page . . .*

◀ Back                                   Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

### Poll Worker Training Outline

- Module 1: Introduction  Open ✓
- Module 2: Preparing for Election Day  Open ✓
- Module 3: Qualifying Voters  Close ✓
  - ▸ The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities  Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Step 3: Have You Moved?

Clerks must ask EVERY voter if they still live at the address shown on the List of Registered Voters. Most variations on the Ideal Voter situation arise because the voter moved. Again, make sure the ID and List of Registered Voters match up.

## Step 4: Stamp voted

Stamp "voted" on the List of Registered Voters next to the voter's name.

*Ideal Voter continues on next page . . .*

◀ Back                                           Next ▶

**Site Navigation Tips**

**Key Point**
The best way to uncover qualification issues is to ask the voter "Do you still live at the address shown on the List of Registered Voters?" Ask every voter!



Brought to you by Secretary of State Nandita Berry and Harris County election officials

- Printable Resources
- FAQ
- Glossary
- Help

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

- Module 1: Introduction  Open ✓
- Module 2: Preparing for Election Day  Open ✓
- Module 3: Qualifying Voters  Close ✓
  - ▸ The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities  Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

### Step 5: Voter Signature
Have the voter sign the Signature Roster (or Combination Form)

### Step 6: Write the Voter's Name
Write the voter's name on the Poll List (or Combination Form)

### Step 7: Voter Casts Ballot
Direct the voter to pick up a ballot and proceed to the voting area or to an available DRE, as appropriate.

*Ideal Voter continues on next page...*

◀ Back      Next ▶

**Site Navigation Tips**

**Key Point**
The voter must select their own ballot from among those on the table. The poll worker may not hand the voter a ballot.

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Good morning, Carson   training dashboard | logout

### Poll Worker Training Outline

- Module 1: Introduction   Open ✓
- Module 2: Preparing for Election Day   Open ✓
- Module 3: Qualifying Voters   Close ✓
  - ▸ The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities   Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Ideal Voter: Chapter Summary

In this chapter you learned the 7 steps to qualify an ideal voter.

Qualifying voters is the most important job of poll workers on Election Day. Be sure to review these steps so you can execute them efficiently and correctly at the polls on Election Day.

*Ideal Voter continues on next page . . .*

◀ Back                                                                Next ▶

Site Navigation Tips

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |
| ▸ The Ideal Voter | | |
| Residency Issues | | |
| Identification Issues | | |
| Registration Issues | | |
| Early Voting | | |
| Provisional Voting | | |
| Vote | | |
| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Ideal Voter Case Study

Rob is the first voter in line. He eagerly steps up to the table and presents Kim with an acceptable form of identification. Kim finds Rob on the List of Registered Voters and checks that the information matches the ID. She asks Rob "Do you still live at the address shown on the List of Registered Voters?" to ensure nothing has changed. Kim then stamps "voted" next to Rob's name on the List of Registered Voters. Rob reaches for a ballot and starts for the voting booth.

**Should Kim let Rob proceed?**

*Ideal Voter continues on next page . . .*

**Site Navigation Tips**

Kim Clark

◀ Back                                                                 Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

> Printable Resources
> FAQ
> Glossary
> Help

Good morning, Carson  training dashboard | logout

## Poll Worker Training Outline

| | |
|---|---|
| Module 1: Introduction | Open ✓ |
| Module 2: Preparing for Election Day | Open ✓ |
| Module 3: Qualifying Voters | Close ✓ |
| ▸ The Ideal Voter | |
| Residency Issues | |
| Identification Issues | |
| Registration Issues | |
| Early Voting | |
| Provisional Voting | |
| Vote | |
| Module 4: Assist Voters with Disabilities | Open |
| Module 5: The End - What to Do | |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Ideal Voter Case Study Answer

**Should Kim let Rob proceed?**

No. There are 2 more steps. Kim should call Rob back to the table to complete the process:

- Rob has to sign the Signature Roster (or Combination Form)
- Kim has to write Rob's name in the Poll List and
- Then Rob may select a ballot and proceed to the voting booth.

It is important to complete every step of the qualifying process to ensure accurate and complete election records.

*Ideal Voter continues on next page . . .*

◀ Back                                                          Next ▶

Site Navigation Tips

Kim
Clerk

- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

## POP! QUIZ:

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**
When a voter approaches, the Election Clerk: asks for one of the (7) acceptable forms of ID, Checks it against the List of Registered Voters, checks the list for special notations, asks if the voter's address is still the same as shown on the List of Registered Voters, has the voter _____ then directs the voter to a voting machine or to pick up a ballot.

✓ Sign the Poll List (or Combination Form). **[your answer]**
  Complete a Statement of Residence.
  Complete the Affidavit of Voter Requesting Assistance.
  Sign the Early Voting List.

✓ THE CORRECT ANSWER IS:

**Answer: Sign the Poll List (or Combination Form).** - These are the basic steps that apply to every voter.

Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

Poll Worker Training Residency Issues Chapter Overview — Case 2:13-cv-00193 Document 666-11 Filed on 11/11/14 in TXSD Page 12 of 12

1 of 1

Brought to you by Secretary of State Nandita Berry and Harris County election officials

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Good morning, Carson  training dashboard | logout

### Poll Worker Training Outline

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- ▸ Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

---

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Residency Issues Chapter Overview

A voter who has moved is the most common alternative to the "ideal voter" that you will encounter on Election Day, especially in an urban area.

If the voter presents an acceptable form of ID, but the voter has moved or an "S" notation is next to his/her name and s/he comes to this polling place to vote, follow one of the solutions below to resolve this situation:

1. The voter is returning here, to their old precinct, although s/he moved to another precinct,
2. The voter has moved from another precinct in the county to this one and shows up to vote here, or
3. The voter has moved to this county from another county and shows up to vote here, in their new precinct.

Residency Issues continues on the next page . . .

NOTE: Even if the voter has moved within an apartment complex, his/her precinct may have changed, so be sure to ask for the voter's full address.

◀ Back   Next ▶

---

### Site Navigation Tips

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

**Key Point**

Anytime you have a question, call the Voter Registrar/Elections Administrator to determine a voter's proper precinct.

---

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout