Brought to you by Secretary of State Nandita Berry and Harris County election officials

- Printable Resources
- FAQ
- Glossary
- Help

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- ▸ Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

**Case Studies**

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Voter Moved to Another Precinct



If the voter is returning here, to their old precinct, to vote although s/he moved to another precinct, follow these steps to qualify the voter:

1. Voter's name and address are the same on List of Registered Voters and the Acceptable Form of ID.
2. "S" notation on the List of Registered Voters and/or the voter says s/he has moved within the county.
3. Have the voter complete and sign a Statement of Residence.
4. Stamp "voted" on the List of Registered Voters.
5. Have the voter sign the Signature Roster (or Combination Form).
6. Enter the voter's name on the Poll List or Combination Form
7. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

*Residency Issues continues on the next page...*

◀ Back                                               Next ▶

**Site Navigation Tips**

Resource

Qualifying Voters A Handbook for Election Judges and Clerks 2013

Glossary

Statement of Residence

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

- Printable Resources
- FAQ
- Glossary
- Help

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

| Module | | |
|---|---|---|
| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |
|   The Ideal Voter | | |
|   ▸ Residency Issues | | |
|   Identification Issues | | |
|   Registration Issues | | |
|   Early Voting | | |
|   Provisional Voting | | |
|   Vote | | |
| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Voter Moved Into This Precinct

If the voter has moved from another precinct from within the county, and shows up to vote, follow these steps to qualify the voter:

1. The voter's name is not on the List of Registered Voters.
2. Voter's Registration Certificate shows s/he is not registered to vote in this precinct (confirmed by phone with the Voter Registrar).
3. Voter says s/he is a resident of the precinct but did not transfer voter registration to the new precinct.
4. Direct the voter to his/her previous precinct.
5. If the voter insists on voting in this precinct, s/he may vote with a Provisional Ballot.
   a. See Situation #9
   b. Check reason #4 on the Provisional Affidavit Envelope

*Residency Issues continues on the next page . . .*

The voter's name is not on the List of Registered Voters.

◀ Back                                              Next ▶

### Site Navigation Tips

### Key Point

If you cannot locate a voter on the List of Registered Voters, ask, "Have you moved?" The answer will help you determine how to qualify the voter.

### Resource

Qualifying Voters A Handbook for Election Judges and Clerks 2013

---

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

### Poll Worker Training Outline

- Module 1: Introduction — Open ✓
- Module 2: Preparing for Election Day — Open ✓
- Module 3: Qualifying Voters — Close ✓
  - The Ideal Voter
  - ▸ Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities — Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Voter Has Moved into the County

The voter has moved to this county from another county and shows up to vote here, in his/her new precinct

1. A voter may not vote here unless s/he is registered in the new county of residence.
2. The Election Judge may determine that the voter may cast a Limited Ballot (only permitted during the early voting period).
3. If the voter insists on voting in this precinct, s/he may vote with a Provisional Ballot.
   a. See Provisional Voting

For more details on qualifying voters who have moved, see *Qualifying Voters: A Handbook for Election Judges and Clerks 2013*, chapter 2, situation 3. You can find it by clicking on Printable Resources, above.

*Residency Issues continues on the next page . . .*

◀ Back                                                                 Next ▶

Site Navigation Tips

Resource

Qualifying Voters A Handbook for Election Judges and Clerks 2013

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- ▸ Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

⚠ **Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

Site Navigation Tips

## Residency Issues: Chapter Summary

In this chapter you learned how to handle the most common alternative to the "ideal voter": a voter who has moved. This chapter explained how to solve three variations:

1. Voter has moved to another precinct
2. Voter has moved into this precinct
3. Voter has moved into the county

Use what you have learned in this chapter to solve the case study on the next page.

*Residency Issues continues on next page . . .*

◀ Back                                                                 Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout





Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

### Poll Worker Training Outline

- Module 1: Introduction — Open ✓
- Module 2: Preparing for Election Day — Open ✓
- Module 3: Qualifying Voters — Close ✓
  - The Ideal Voter
  - ▶ Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities — Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

Site Navigation Tips

## Residency Issues Case Study Answer

### CASE STUDY:

Darrell recently moved to another precinct in his county of registration. He has not yet updated his voter registration. He goes back to his old polling place, where his name appears on the List of Registered Voters.

May Darrell vote?

✓ THE CORRECT ANSWER IS:

Yes, provided that Darrell completes a Statement of Residence form and his current residence is in the territory of the authority conducting the election.

Darrell: Voter

◀ Back          Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

- Module 1: Introduction   Open ✓
- Module 2: Preparing for Election Day   Open ✓
- Module 3: Qualifying Voters   Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities   Open
- Module 5: The End - What to Do
- Case Studies

## POP! QUIZ:

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**
If the voter has an "S" next to his/her name on the List of Registered Voters, he/she falls under any of the following categories EXCEPT:
- The voter has moved to another precinct
- The voter has moved to this precinct
- The voter has moved into the county
- ✓ The voter has already filled out a Statement of Residence [your answer]

✓ THE CORRECT ANSWER IS:

**Answer: The voter has already filled out a Statement of Residence** - The "S" notation next to a voter's name on the Poll List indicates that he/she still needs to fill out a Statement of Residence.

Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout



Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- ▸ Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Site Navigation Tips

Glossary

Identification (ID)

# No Voter Registration Certificate but Name on List of Registered Voters

If you encounter a voter who does not have an Acceptable Forms of Identification, ask the voter for their Voter Registration Certificate to see if there is an "(E)" notation after the VUID number.

The "(E)" notation means the voter is exempt from providing one of the seven forms of photo ID because the voter is disabled and has applied for and received a disability exemption from the voter registrar. Confirm the voter's address is the same as that on the List of Registered Voters. If the voter has "(E)" notation, follow the following steps.

1. Stamp "voted" on the List of Registered Voters.
2. Have the voter complete an Affidavit of Voter
3. Have the voter sign the Signature Roster (or, as applicable, the Combination Form).
4. Enter the voter's name on the Poll List (or check the appropriate box on the Combination Form).
5. Direct the voter to pick up a ballot and proceed to the voting area, or direct the voter to an available DRE, as appropriate.

If the voter does not have an acceptable form of ID or does not present the voter's current voter registration certificate displaying the "(E)" notation, the voter may not vote a regular ballot, but must vote a provisional ballot. However, no later than six calendar days after election day, the voter may present an acceptable form of identification to the voter registrar, which will "cure" the voter's failure to provide an acceptable form of identification at the polling place.

ID Issues continues on next page . . .

◀ Back    Next ▶

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- ▸ Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies



**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Site Navigation Tips

# Voter With ID Notation on List of Registered Voters

The voter presents an acceptable form of identification or has a notation of an " (E)" after the VUID number on their voter registration certificate) but the voter's name does not match the voter's name on the list of registered voters.



The election officer will determine, under standards adopted by the Secretary of State, if the names are "substantially similar." If the names are substantially similar, the voter shall be accepted for voting. The voter must submit an affidavit, which is part of the combination form, stating that the voter is the person on the list of registered voters.

The four ways a voter's name on the photo ID is considered substantially similar to the list of registered voters and vice-versa are: the name on the photo ID is **Slightly Different** from one or more of the name fields on the list of registered voters or vice-versa; the name on the photo ID or on the list of registered voters is a **Customary Variation** of the formal name, such as Bill for William or Beto for Alberto; the voter's name on the photo ID contains an **Initial, a Middle Name or a Former Name** that is not on the list of registered voters or vice-versa; or a first, middle, former or initial of the voter's name that occupies a **Different Field** on the photo ID than on the list of registered voters.

If the election worker makes the determination that the voter's name on the photo ID and the list of registered voters are substantially similar, the voter shall be accepted for voting and proceed as follows:

1. Stamp "voted" on the List of Registered Voters.
2. Have the voter sign the Signature Roster (or Combination Form).
3. Enter the voter's name on the Poll List.
4. Have the voter initial the "Similar Name Affidavit" box located on the combination form.
5. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

If the reviewing election worker makes a determination that the voter's names on the presented identification form and the official list of registered voters are not substantially similar, the voter shall be offered a provisional ballot.

ID Issues
continues on next page . . .

◀ Back   Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout

