› Printable Resources
› FAQ
› Glossary
› Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

| | | |
|---|---|---|
| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |
|    The Ideal Voter | | |
|    Residency Issues | | |
| ▸ Identification Issues | | |
|    Registration Issues | | |
|    Early Voting | | |
|    Provisional Voting | | |
|    Vote | | |
| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |
| Case Studies | | |

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Identification Issues Case Study Answer

### CASE STUDY:

Voter Billy attempts to vote but states that he forgot his Voter Registration Certificate. He is on the List of Registered voters, and he shows his Texas driver's license, which confirms his identity. Joan, the Election Clerk, allowed Billy to vote without any further requirements.

**Was this the proper way to qualify Billy?**

✓ THE CORRECT ANSWER IS:

**YES.** A voter registration certificate is no longer an acceptable form of identification. A Texas driver's license is one of the seven forms of acceptable forms of ID.

Site Navigation Tips

Billy: Voter

Joan: Election Clerk

◀ Back                                    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson | training dashboard | logout

### Poll Worker Training Outline

- Module 1: Introduction — Open ✓
- Module 2: Preparing for Election Day — Open ✓
- Module 3: Qualifying Voters — Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities — Open
- Module 5: The End - What to Do
- Case Studies

## POP! QUIZ:

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**
What does the "E" notation next to the VUID number on a voter registration certification mean?

- The voter voted Early
- The voter has an Excellent voting history
- ✓ The voter is Exempt from showing one of the (7) form of acceptable identification **[your answer]**
- The voter is Exempt from from voting on a DRE

✓ THE CORRECT ANSWER IS:

**Answer: The voter is Exempt from showing one of the (7) form of acceptable identification** - The notation means the voter is Exempt from showing one of the seven forms of identification because the voter is disabled and has applied for and received a disability exemption from the voter registrar in accordance with the Texas Election Code.

Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout



Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson    training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- ▶ Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Registration Issues Chapter Overview

On Election Day you may encounter voters who have problems with their voter registration. In this chapter you will learn how to handle voters who have these situations:

- Expired Voter Registration Certificate
- Name Not on the List of Registered Voters
- Incorrect Precinct on the Registration Certificate
- No Evidence of Registration

*Registration Issues continues on next page . . .*

Site Navigation Tips

Resource
Qualifying Voters A Handbook for Election Judges and Clerks 2013

◀ Back    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

### Poll Worker Training Outline

| | |
|---|---|
| Module 1: Introduction | Open ✓ |
| Module 2: Preparing for Election Day | Open ✓ |
| Module 3: Qualifying Voters | Close ✓ |
|   The Ideal Voter | |
|   Residency Issues | |
|   Identification Issues | |
| ▸ Registration Issues | |
|   Early Voting | |
|   Provisional Voting | |
|   Vote | |
| Module 4: Assist Voters with Disabilities | Open |
| Module 5: The End - What to Do | |
| Case Studies | |

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Expired Voter Registration Certificate

1. Ask the voter for a Voter Registration Certificate. It is expired.
2. If the voter's name is NOT on the List of Registered Voters, proceed to Situation #9.
3. If the voter's name is on the List of Registered Voters:
   a. And there is an "S" notation by the voter's name, have the voter complete a Statement of Residence. If voter is not a resident of the county, the voter is not eligible to vote.
      - If the voter insists on voting in this precinct, s/he may vote with a Provisional Ballot. See Situation #9  **OR**
   b. There is an "S" notation and/or s/he has moved within the county, and still resides in the political subdivision holding the election, have the voter complete and sign a Statement of Residence.
4. Stamp "voted" on the List of Registered Voters.
5. Have the voter sign the Signature Roster or Combination Form.
6. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.



*Registration Issues continues on next page . . .*

◀ Back          Next ▶

**Site Navigation Tips**

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

**Key Point**

Because the expired Voter Registration Certificate is a government mailing to the voter, it may be used as a form of identification to qualify the voter.

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #5, or call the authority conducting the election.

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

### Poll Worker Training Outline

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- ▶ Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

---

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Valid Voter Registration Certificate

1. Check the precinct number on the Voter Registration Certificate.
2. Check that the address on the certificate is in the precinct.
3. If the voter's name is not on the precinct list of registered voters, check the voter's status with the Voter Registrar:
   a. If the status can't be verified, offer the voter a Provisional Ballot (See Situation #9).
   b. If the Registrar confirms that the voter should be on the List of Registered Voters, proceed with the steps below.



4. If the voter has moved from the address on the certificate but within the county, have the voter complete and sign a Statement of Residence.
5. Enter the voter's name, address, and Registration Certificate number on the Registration Omissions List and indicate that the voter was accepted under Section 63.006.
6. Have the voter sign the Signature Roster (or Combination Form).
7. Enter the voter's name on the Poll List (or Combination Form) and indicate that the voter was accepted under Section 63.006.
8. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

*Registration Issues continues on next page . . .*

◀ Back     Next ▶

---

**Site Navigation Tips**

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #6, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

---

- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- ▸ Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Incorrect Precinct Number on the Voter Registration Certificate

(the address and the precinct don't match)

1. Determine the correct precinct for the address on the Voter Registration Certificate (call the Voter Registrar if necessary).

    If the address is in another precinct, send the voter to that precinct to vote.
    - If the voter insists on voting at this precinct, s/he may cast a Provisional Ballot. See Situation #9.

    If the address is within the precinct, but
    - the precinct number on the Voter Registration Certificate is wrong, and
    - the voter is not on the List of Registered Voters, proceed as follows:

2. Have the voter complete an Affidavit of Voter with Incorrect Certificate Who Is On The List (included on Combination Form).

*Registration Issues continues on next page . . .*

**Site Navigation Tips**

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #7, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

◀ Back            Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

- Printable Resources
- FAQ
- Glossary
- Help

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- ▸ Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

**Case Studies**

⚠ **Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Incorrect Precinct Number, continued

(the address and the precinct don't match)

3. Enter the voter's name, address, and Voter Registration Certificate number on the Registration Omissions List and indicate that the voter was accepted under Section 63.007(a).
4. Have the voter sign the Signature Roster (or Combination Form).
5. Enter the voter's name on the Poll List (or Combination Form) and indicate that the voter was accepted under Section 63.007(a).
6. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

*Registration Issues continues on next page . . .*

◀ Back                                                                 Next ▶

**Site Navigation Tips**

🛈 **Key Point**
If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2010-2011, See Chapter 2, Situation #7, or call the authority conducting the election.

🖨 **Resource**
Qualifying Voters A Handbook for Election Judges and Clerks 2013

🛈 **Key Point**
If the voter has MOVED within the county or there is an "S" notation, use steps to resolve Residency Issues, above.

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

> Printable Resources
> FAQ
> Glossary
> Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

### Poll Worker Training Outline

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- ▸ Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

---

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Voter with No Evidence of Registration

1. Ask the voter for an acceptable form of ID.
2. If the voter produces an acceptable form of ID and his/her name does not appear on the precinct list, attempt to confirm the voter's registration by phone with the Voter Registrar.

If the Voter Registrar confirms that the voter is registered and the voter presents proper ID, proceed as follows:

3. Have the voter complete the Not on the List of Registered Voters or check the appropriate box on the Combination Form.
4. Enter the voter's name, address, and certificate number on the Registration Omissions List; indicate that the voter was accepted under Section 63.009(b).
5. Have the voter sign the Signature Roster (or the Combination Form).
6. Write the voter's name on the Poll List (or the Combination Form).
7. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

*Registration Issues continues on next page . . .*

◀ Back          Next ▶

---

**Site Navigation Tips**

**Key Point**
If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #8, or call the authority conducting the election.

**Resource**
Qualifying Voters A Handbook for Election Judges and Clerks 2013

**Key Point**
Remember: All voters must show 1 of the 8 acceptable forms of ID. If the voter doesn't show ID, s/he can vote provisionally (do not deny them the right to vote), but it will not be counted. Anytime you are unsure as to whether a voter is eligible to vote provisionally, contact the authority conducting the election and ask, or call the office of the Secretary of State at 1.800.252.VOTE (8683).

---

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout



- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
|---|---|---|
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

   The Ideal Voter
   Residency Issues
   Identification Issues
▸ Registration Issues
   Early Voting
   Provisional Voting
   Vote

| Module 4: Assist Voters with Disabilities | Open | ☐ |
|---|---|---|
| Module 5: The End - What to Do | | ☐ |

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Registration Issues Case Study

Voter Michelle asked Kevin if she could vote even if her Texas Driver's License is expired and does not have an "(E)" next to the VUID number on her voter registration certificate.

What should Kevin do?

*Click to see the solution on the next page . . .*

Site Navigation Tips

Kevin

◀ Back     Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- ▸ Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Site Navigation Tips

Kevin

## Registration Issues Case Study Answer

**What should Kevin do to determine if she can vote?**

With the exception of the United States Citizenship Certificate, the acceptable form of identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

Kevin should ask the voter is she has another form of acceptable ID. If the voter has no acceptable form of identification, the voter may still be permitted to vote a provisional ballot, but the election judge will advise the voter that in order to have the provisional ballot accepted, the voter must present an acceptable form of identification to the voter registrar no later than the 6th day after the election date, or, alternatively, complete an exemption form in the presence of the voter registrar no later than the 6th day after the election date.

*Registration Issues continues on next page . . .*

◀ Back    Next ▶

Brought to you by Secretary of State Nandita Berry and Harris County election officials

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Good morning, Carson  training dashboard | logout

### Poll Worker Training Outline

- Module 1: Introduction — Open ✓
- Module 2: Preparing for Election Day — Open ✓
- Module 3: Qualifying Voters — Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities — Open
- Module 5: The End - What to Do

**Case Studies**

## POP! QUIZ:

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**

A Voter Registration Certificate that has a notation of an "(E)" after the VUID number _____.

- Cannot be used as a form of identification **[your answer]**
- ✓ Means that the voter may vote a regular ballot
- Means that the voter must vote provisionally
- Means that the voter cannot vote at all

✓ THE CORRECT ANSWER IS:

**Answer: Means that the voter may vote a regular ballot** - Is not necessary for the voter to have one of seven acceptable forms of identification. The notation means the voter is exempt from showing one of the seven forms of identification because the voter is disabled and has applied for and received a disability exemption from the voter registrar in accordance with the Texas Election Code

Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout