

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

### Poll Worker Training Outline

- Module 1: Introduction    Open  ✓
- Module 2: Preparing for Election Day    Open  ✓
- Module 3: Qualifying Voters    Close  ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - ▶ Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities    Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Early Voting Issues Chapter Overview

Voters who chose to vote early or vote by mail may not also vote at the precinct. They may not turn in their marked ballots at the precinct, either.

There are 2 situations where early voters may vote at the precinct which you will study in this chapter:

1. By cancelling their early ballot
2. If they have received a Notice of Defective Delivery

*Early Voting Issues continues on next page..*

◀ Back         Next ▶

**Site Navigation Tips**

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #10 and 11, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

### Poll Worker Training Outline

- Module 1: Introduction — Open ✓
- Module 2: Preparing for Election Day — Open ✓
- Module 3: Qualifying Voters — Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - ▶ Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities — Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Early Voting Cancellation

1. The voter may cancel his/her mail ballot and cast a regular ballot at the precinct by:

- Completing the Request to Cancel Application to Vote by Mail, and
- Surrendering the mail ballot to the election judge.



*Early Voting Issues continues on next page . . .*

### Site Navigation Tips

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #10 and 11, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

◀ Back      Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

| | |
|---|---|
| | ▸ Printable Resources |
| | ▸ FAQ |
| | ▸ Glossary |
| Brought to you by Secretary of State Nandita Berry and Harris County election officials | ▸ Help |
| Good morning, Carson   training dashboard | logout | |

**Poll Worker Training Outline**

- Module 1: Introduction — Open ✓
- Module 2: Preparing for Election Day — Open ✓
- Module 3: Qualifying Voters — Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - ▸ Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities — Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Early Voting Cancellation, continued

2. The Presiding Election Judge must:

- Review and accept the request and write "CANCELLED" on the returned ballot.
- Place the request and the returned ballot in the Envelope for Cancelled Applications.
- Allow the voter to proceed to qualify to vote.

3. If the Presiding Election Judge determines that the voter's request to cancel does not comply, the judge must write the reason on the request and place it in the Envelope for Requests of Cancelled Applications. The envelope goes in Ballot Box No. 4, and the voter is not permitted to vote.

If the voter insists on voting at the polling place, s/he may vote a provisional ballot.

4. If a voter whose name appears on the precinct list of early voters who had been sent an early voting ballot by mail presents himself/herself for voting at the polling place, the election official may allow the voter to vote a provisional ballot if the voter executes the provisional affidavit meaning s/he are registered to vote and have not already voted early by mail.

*Early Voting Issues continues on next page...*

◀ Back                                    Next ▶

**Site Navigation Tips**

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #10, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout



- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- ▸ Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Notice of Defective Delivery

1. If a voter presents a Notice of Defective Delivery, qualify the voter and allow him/her to vote a regular ballot at the precinct.
2. Place the notice in Envelope #2, which goes into Ballot Box #4.

**Hint:** The voter will receive a Notice of Defective Delivery if his/her ballot is received improperly by the Early Voting Clerk. The mail ballot cannot be counted if delivered improperly, so the Notice allows the voter to vote at the polling place.

*Early Voting Issues continues on next page . . .*

**Site Navigation Tips**

**Resource**
Qualifying Voters A Handbook for Election Judges and Clerks 2013

**Key Point**
If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #11, or call the authority conducting the election.

◀ Back        Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

- Printable Resources
- FAQ
- Glossary
- Help

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- ▸ Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Site Navigation Tips

## Early Voting Issues Chapter Summary

In this chapter you studied the 2 situations where early voters may vote at the precinct:

1. By cancelling their early ballot
2. If they have received a Notice of Defective Delivery

Use what you have learned in this chapter to solve the case study on the next page.

*Early Voting Issues continues on next page . . .*

◀ Back        Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

| | |
|---|---|
| | ▸ Printable Resources |
| | ▸ FAQ |
| | ▸ Glossary |
| Brought to you by Secretary of State Nandita Berry and Harris County election officials | ▸ Help |

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- ▸ Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

**Case Studies**

---

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Early Voting Issues Case Study

Sam brought his marked early voting ballot to the precinct. He wants to drop it off on his way to the airport so that it can be counted. He ordered the ballot because he had planned to be away during the early voting period.

Can the election clerk accept Sam's marked early voting ballot?

*Click to see the solution on the next page . . .*

◀ Back                                                                 Next ▶

Site Navigation Tips

Sam

---

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

- Printable Resources
- FAQ
- Glossary
- Help

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

- Module 1: Introduction — Open ✓
- Module 2: Preparing for Election Day — Open ✓
- Module 3: Qualifying Voters — Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - ▶ Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities — Open
- Module 5: The End - What to Do
- Case Studies

⚠ **Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

Site Navigation Tips

Sam

# Early Voting Issues Case Study Answer

Can the poll worker accept Sam's marked early voting ballot?

No. The election clerks cannot accept Sam's marked early voting ballot at the precinct on Election Day. Early voting ballots must be turned in to the authority conducting the election prior to Election Day. If Sam wants to vote a regular ballot at the precinct on Election Day, he must surrender his early voting ballot to the Presiding Election Judge and cancel his application to vote by mail at the precinct. Sam will vote a provisional ballot at the precinct if he does not surrender his early voting ballot, but he must execute an affidavit swearing he is registered to vote and has not voted by mail.

◀ Back                                                                 Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

- Module 1: Introduction  Open ✓
- Module 2: Preparing for Election Day  Open ✓
- Module 3: Qualifying Voters  Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities  Open
- Module 5: The End - What to Do
- Case Studies

## POP! QUIZ:

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**

If a voter presents a Notice of Defective Delivery, _____.

- S/he may vote only after turning in his/her mailed ballot
- ✓ Qualify the voter and allow him/her to vote at the precinct **[your answer]**
- S/he may not vote
- Give them a provisional ballot

✓ THE CORRECT ANSWER IS:

**Answer: Qualify the voter and allow him/her to vote at the precinct** - These voters may vote regularly if s/he qualify. The Notice of Defective Delivery ensures that his/her mail ballot was not counted and therefore voter is not voting more than once.

Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout



Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- ▸ Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Provisional Voting

1. Generally, the following two categories of voters may vote a Provisional Ballot:
   a. Voter with no acceptable ID; or
   b. Voter not on the List of Registered Voters and not confirmed by the Voter Registrar. See a full list of provisional voters by clicking on List of Provisional Voters, to the right.
2. Have the voter complete the Provisional Voter Affidavit.
3. In the Poll List (or Combination Form) next to the voter's name, indicate that the voter was accepted as a provisional voter.

The election just must request the voter who will be voting provisionally to present an acceptable form of identification to vote a provisional ballot. The election judge must provide the provisional voter with the Polling Place ID Receipt form, having first filled in on the form the information to be completed by polling place official and the deadline for the voter to appear before the voter registrar. (The Polling Place ID Receipt form may be provided to the provisional voter either before the provisional voter votes or at the time the voter is depositing the Provisional Ballot Affidavit Envelope in the appropriate container.)

If the provisional voter has no acceptable form of identification, the voter may still be permitted to vote a provisional ballot, but the election judge will advise the voter that in order to have the provisional ballot accepted, the voter must present an acceptable form of identification to the voter registrar no later than the 6th day after the election date, or, alternatively, complete an exemption form in the presence of the voter registrar no later than the 6th day after the election date.

*Provisional Voting continues on next page . . .*

**Site Navigation Tips**

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #9, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

List of Provisional Voters (3.E.9)

◂ Back    Next ▸

Brought to you by Secretary of State Nandita Berry and Harris County election officials

- Printable Resources
- FAQ
- Glossary
- Help

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

- Module 1: Introduction — Open ✓
- Module 2: Preparing for Election Day — Open ✓
- Module 3: Qualifying Voters — Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - ▸ Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities — Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Provisional Voting, continued

The election judge shall also advise the provisional voter that in order to have the voter's provisional ballot accepted, the provisional voter must be voting in the election precinct to which the voter is assigned. It is recommended that election officers make every effort to direct a voter to the polling place for the election precinct to which the voter is assigned. The election judge should familiarize himself or herself with the procedures and policies of the voter registrar on election day for confirming a voter's correct election precinct. However, the election officer may not accept from the voter registrar a determination that the voter is a registered voter of the county.

*Provisional Voting continues on next page . . .*

Back    Next

**Site Navigation Tips**

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #9, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

**Key Point**

The authority conducting the election will provide specific instructions to process a provisional voter.

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

### Poll Worker Training Outline

- Module 1: Introduction  Open ✓
- Module 2: Preparing for Election Day  Open ✓
- Module 3: Qualifying Voters  Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - ▸ Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities  Open
- Module 5: The End - What to Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Provisional Voting Chapter Summary

In this chapter you learned how to handle the 2 most common types of provisional voters:

1. Voter with no ID
2. Voter not on the List of Registered Voters and not confirmed by the Voter Registrar

There are 6 additional types of voters who may use provisional ballots, see the complete list in Resources.

Use what you have learned in this chapter to solve the case study on the next page.

◀ Back    Next ▶

Site Navigation Tips

Resource
List of Provisional Voters (3.E.9)

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout