Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

## Poll Worker Training Outline

- Module 1: Introduction   Open ✓
- Module 2: Preparing for Election Day   Open ✓
- Module 3: Qualifying Voters   Close ✓
  - The Ideal Voter
  - Residency Issues
  - Identification Issues
  - Registration Issues
  - Early Voting
  - ▸ Provisional Voting
  - Vote
- Module 4: Assist Voters with Disabilities   Open
- Module 5: The End - What to Do
- Case Studies

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Provisional Voting Case Study

After being told about Provisional Voting, Arturo told Joan, the election clerk, that he would like to do that. Joan lead Arturo through the process having to qualify then directed him to pick up a ballot and the envelopes. After marking the ballot, Arturo set it on the table while Joan was helping another voter.

What should Joan remind Arturo to do with the marked ballot?

*Click to see the solution on the next page . . .*

Site Navigation Tips

◂ Back                                                                 Next ▸

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout



Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

- Printable Resources
- FAQ
- Glossary
- Help

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- ▸ Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

**Case Studies**

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Provisional Voting Case Study Answer

What should Joan remind Arturo to do with the marked ballot?

Joan should stop Arturo and instruct him to:

1. put his marked ballot into the white secrecy envelope and seal it,
2. then put the white envelope in the green provisional envelope and seal it, and
3. finally, put the green envelope in the emergency ballot box.

Site Navigation Tips

◀ Back                                             Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

› Printable Resources
› FAQ
› Glossary
› Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

Module 1: Introduction — Open ✓

Module 2: Preparing for Election Day — Open ✓

Module 3: Qualifying Voters — Close ✓
- The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

Module 4: Assist Voters with Disabilities — Open ☐

Module 5: The End - What to Do ☐

Case Studies

## POP! QUIZ:

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**

The first step for a provisional voter to vote is to _____.

- Give the voter the Notice to Provisional Voters **[your answer]**
- Indicate that the voter was accepted as a provisional voter in the Poll List or Combination Form
- ✓ Have the voter complete the Provisional Voter Affidavit
- Have the voter sign the Signature Roster or Combination Form

✓ **THE CORRECT ANSWER IS:**

**Answer: Have the voter complete the Provisional Voter Affidavit** - After having the voter complete the Affidavit, enter the voter's name on the Poll List or Combination Form and indicate s/he voted provisionally, and have the voter sign the Signature Roster or Combination Form. Enter the voter's name on the List of Provisional Voters, and give the voter the Notice to Provisional Voters. Then direct the voter to the provisional ballots.

Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout

- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

### Poll Worker Training Outline

| Module | | |
|---|---|---|
| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- ▶ Vote

| | | |
|---|---|---|
| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

---

**Photo ID now required for voting in Texas**

A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Vote

Direct voters who complete the qualifying process to a voting machine to cast a ballot. Instructions in the booth explain how to use the machine.

As Election Day proceeds, Judges and Clerks may be required to perform certain operations on the voting equipment. Click on the link below for a simulation that will teach you how to operate the equipment. The simulation will:

- demonstrate the operations,
- guide you through the steps of the operations, then
- allow you to practice the operations as may times as you like

Click here to launch the voting equipment simulation

---

**Site Navigation Tips**

**Key Point**

This simulation is intended to complement, not replace, the hands-on training offered by the authority conducting your election. Be sure to attend the hands-on training session if you are directed to do so.

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

- Printable Resources
- FAQ
- Glossary
- Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

- The Ideal Voter
- Residency Issues
- Identification Issues
- Registration Issues
- Early Voting
- Provisional Voting
- Vote

| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

**POP! QUIZ:**

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**
An improperly marked ballot will _____.

✓ be returned to the voter. **[your answer]**
  be accepted by the device just as properly marked ballots.
  be stored in a special compartment.
  cause the device to shut down until it can be re-set.

✓ THE CORRECT ANSWER IS:

**Answer: be returned to the voter.** - When prompted by the device, the voter may choose to have the M-100 accept the ballot in the condition it is marked.

Proceed to Module Summary ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout