**From:** Keith Ingram
**To:** Alicia Pierce; Wroe Jackson
**Sent:** 9/24/2013 3:56:58 PM
**Subject:** FW: Mobile EIC

Here is what I told her.

---

**From:** Keith Ingram
**Sent:** Tuesday, September 24, 2013 3:52 PM
**To:** 'Joyce Cowan'
**Subject:** RE: Mobile EIC

Excellent. The times are basically up to you. we think during business hours is better. A table for the computer and printer and a place to plug in for electricity.

---

**From:** Joyce Cowan [mailto:joyce@co.hays.tx.us]
**Sent:** Tuesday, September 24, 2013 3:49 PM
**To:** Keith Ingram
**Subject:** RE: Mobile EIC
**Importance:** High

I have booked the Government Center, San Marcos Activity Center, Rm. 1 and I am checking on Southside Community Center. Most places are asking times and what is needed, i.e. chairs, tables, etc.
Still calling and checking on other available sites.

*Joyce A. Cowan*
**Elections Administrator**
*712 S. Stagecoach Trail, Suite 1045*
*San Marcos, TX 78666-9914*
*(512) 393-7310*
*(512) 393-2248 FAX*
*www.co.hays.tx.us/elections*

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Tuesday, September 24, 2013 2:52 PM
**To:** Joyce Cowan
**Cc:** Wroe Jackson; Alicia Pierce
**Subject:** Mobile EIC

Joyce,

All of Hays County has 5700 or so non matches, but San Marcos has most of them. If you could find some locations (up to four) where DPS could set up shop for two days on the first and second next week, that would be very helpful. We also need some Volunteer Deputy Registrars to work the same locations in case any of the people needing EICs also need to register.

SAN MARCOS            78666      3,883



Δ π EXHIBIT 34
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM

TEX00462079

  

**VAL VERDE COUNTY CLERK**       **DEPARTMENT OF PUBLIC SAFETY**

**Qualified voters without an approved photo ID may obtain a FREE Election Identification Card from DPS.** Find out more at dps.texas.gov.

## Election Identification Certificate Mobile Stations

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state. Election Identification Cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting. EIC applicants will need to bring evidence of citizenship and identity. To avoid confusion or delays, please review the list of required documents before applying for an EIC.

Below are EIC mobile station locations scheduled for **Val Verde County**.

### ALL LOCATIONS OPEN 9:00 A.M. TO 4:00 P.M.

| VAL VERDE COUNTY | Thursday, October 31st | |
|---|---|---|
| Location | Address | Telephone |
| PLAZA DEL SOL MALL | 2205 VETERANS BLVD | 830-774-3634 |
| WAL-MART | 2410 DODSON AVENUE | 830-765-2804 |
| VAL VERDE COMMUNITY CENTER | 1690 Cienegas Road | 830-768-1054 |
| COMSTOCK SCHOOL | 101 SANDERSON STREET | 432-292-4444 |
| | **Friday, November 1st** | |
| CASA DE LA CULTURA | 302 W. Cantu Street Brown Plaza | 830-768-2287 |
| VAL VERDE COUNTY COURTHOUSE | 400 PECAN STREET | 830-774-7564 |
| PLAZA DEL SOL MALL | 2205 VETERANS BLVD | 830-774-3634 |
| WAL-MART | 2410 DODSON AVENUE | 830-765-2804 |

Δ π EXHIBIT 35
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM

TEX00461925