PL309
9/2/2014
2:13-cv-00193

# Submission of Background Information
# Author's Statement of Purpose

To:     Anna Beth White, Committee Clerk
        Senate Committee on State Affairs

        Cary Choate, Bill Analysis Coordinator
        Senate Research Center

From:   Janice McCoy
        Senator Fraser

Date:   April 27, 2007

re:     HB 218 by Rep. Betty Brown

---

**I.     In 500 words or less, please provide a statement of purpose on the proposed legislation.**

Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker. While this practice attempts to ensure that only registered voters receive a regular ballot on Election Day, it leaves a potential loophole for fraud. Individuals are not required to show identification to register to vote. Because of this, it is possible for an unscrupulous individual to submit several falsified voter registration applications and to receive the voter registration certificates for the "fake" individuals. With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate. H.B. 218 modifies provisions requiring a voter to present proof of identification when offering to vote.



Please note that the committee staff and/or the Senate Research Center staff may edit submitted work for grammar and form prior to inclusion in the bill analysis.

**TX_00085773**

HIGHLY CONFIDENTIAL

# Submission of Background Information
# Author's Statement of Purpose

**II.**   **Please provide additional information on the proposed legislation by answering the following questions:**

**a. What is the specific problem being addressed by this legislation?**
Potential for voter fraud

**b. What is the current law on this issue?**
Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker.

**c. How does this legislation address the issue differently from current law?**
This bill would require additional forms of identification in order to vote.

**d. Who do you believe will support this legislation?  Why?**
Republicans. They say it will reduce voter fraud.

**e. Who do you believe will oppose this legislation?  Why?**
Democrats. They say it will reduce voter turnout among those individuals who typically vote Democratic like the poor and the elderly.

Staff person assigned to this bill:   Janice McCoy

Please note that the committee staff and/or the Senate Research Center staff may edit submitted work for grammar and form prior to inclusion in the bill analysis.

HIGHLY CONFIDENTIAL

# Submission of Background Information
# Author's Statement of Purpose

To:     Patsy Spaw, Committee Clerk
        Senate Committee of the Whole

        Amanda Austin, Bill Analysis Coordinator
        Senate Research Center

From:   Janice McCoy
        Senator Fraser

Date:   February 26, 2009

re:     SB 362 - relating to requiring a voter to present proof of identification

---

**I.**     **In 500 words or less, please provide a statement of purpose on the proposed legislation.**

Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker. While this practice attempts to ensure that only registered voters receive a regular ballot on Election Day, it leaves a potential loophole for fraud. Individuals are not required to show identification to register to vote. Because of this, it is possible for an unscrupulous individual to submit several falsified voter registration applications and to receive the voter registration certificates for the "fake" individuals. With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate. S.B. 362 modifies provisions requiring a voter to present proof of identification when offering to vote.



Please note that the committee staff and/or the Senate Research Center staff may edit submitted work for grammar and form prior to inclusion in the bill analysis.

**TX_00085874**

HIGHLY CONFIDENTIAL

# Submission of Background Information
## Author's Statement of Purpose

**II.**   **Please provide additional information on the proposed legislation by answering the following questions:**

**a. What is the specific problem being addressed by this legislation?**
Potential for voter fraud

**b. What is the current law on this issue?**
Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker.

**c. How does this legislation address the issue differently from current law?**
The bill would require additional forms of identification in order to vote.

**d. Who do you believe will support this legislation?  Why?**
Those groups who believe that elections should be protected to ensure the registered person is who actually shows up at the poll to vote.

**e. Who do you believe will oppose this legislation?  Why?**
Those groups who claim that a photo identification requirement will reduce voter turnout among the poor and the elderly.

Staff person assigned to this bill:    Janice McCoy

Please note that the committee staff and/or the Senate Research Center staff may edit submitted work for grammar and form prior to inclusion in the bill analysis.

**TX_00085875**

HIGHLY CONFIDENTIAL



# SENATE RULES

adopted by
81st LEGISLATURE
January 14, 2009

Senate Resolution No. 14





not required to permit consideration to continue when a Senate bill day arrives (73 S.J. Reg. 1082 (1993)).

## SPECIAL ORDERS

**Rule 5.11.** (a) Any bill, resolution, or other measure may on any day be made a special order for a future time of the session by an affirmative vote of two-thirds of the members present.

(b) A special order shall be considered at the time for which it is set and considered from day to day until disposed of, unless at the time so fixed there is pending business under a special order, but such pending business may be suspended by a two-thirds vote of all the members present. If a special order is not reached or considered at the time fixed, it shall not lose its place as a special order. All special orders shall be subject to any Joint Rules and Rule 5.10.

(c) Upon the affirmative vote of four-fifths of the members present, a special order may be reset to an earlier time than previously scheduled.

(d) Notwithstanding Subsection (a) of this rule, a bill or resolution relating to voter identification requirements reported favorably from the Committee of the Whole Senate may be set as a special order for a time at least 24 hours after the motion is adopted by a majority of the members of the Senate.

### Editorial Notes

A bill once set as a special order does not lose its place on the calendar of special orders if not taken up at the hour for which it is set.

A special order, the hour for the consideration of which has arrived, takes precedence of the unfinished business unless the unfinished business is itself a special order.

### Notes of Rulings

A bill being considered as a special order that is laid on the table subject to call is no longer a special order (43 S.J. Reg. 980 (1933)).

Refusal of Senate to set bill as special order for a certain hour does not prevent a motion being made and adopted

24

immediately thereafter to set the bill as a special order for a different specified hour (45 S.J. Reg. 860 (1937)).

The motion to set a bill for a special order is not a proper substitute for a motion to suspend the regular order of business and take up a bill for immediate consideration (50 S.J. Reg. 1055 (1947)).

When the business before the Senate is a special order, the order of business may be suspended in order to consider other business (61 S.J. Reg. 2034 (1969)).

A motion to set a bill for special order may be made when the Senate is not in morning call (67 S.J. Reg. 1430 (1981)).

When the time set for consideration of a special order arrives, the special order displaces pending business (67 S.J. Reg. 1449 (1981)).

A motion to suspend the regular order of business is not in order when the time set for consideration of a special order has arrived (67 S.J. Reg. 1558 (1981)).

## REGULAR ORDER OF BUSINESS

Rule 5.12. (a) Bills and resolutions shall be considered on second reading and shall be listed on the daily calendar of bills and resolutions on the President's table for second reading in the order in which the committee reports on them are received by the Senate. Upon the filing of a committee report on a bill or resolution as provided by Rule 11.12, the Secretary of the Senate shall note the date and time the report was filed. The Journal Clerk shall record the order in which the committee report was received in the Senate Journal for the day on which the Senate next convenes.

25

(b)  Bills and resolutions shall be considered on third reading in the order in which they were passed on second reading.

### Editorial Notes

On the very important matter of the order of considering each of the several bills reported from committees, the rules of the Senate were silent until Senate Rule 5.12 was amended on June 6, 1947, to provide that bills be placed on the calendars of Senate and House bills on the President's table in the order in which the committee reports on the bills are submitted by the respective chairmen from the floor.  Bills are listed for consideration on third reading in the order in which they have been passed by the Senate to engrossment or to third reading.

The Senate Agenda is prepared daily and lists the bills in their order of consideration.

### Notes of Rulings

A bill may not be considered by the Senate which has not been reported from a committee (44 S.J. Reg. 713 (1935)).

A report of a committee on a bill may be received only, and the question of its adoption is not voted on by the Senate (42 S.J. 1 C.S. 748 (1931)).

## SUSPENSION OF THE REGULAR ORDER OF BUSINESS

**Rule 5.13.** No bill, joint resolution, or resolution affecting state policy may be considered out of its regular calendar order unless the regular order is suspended by a vote of two-thirds of the members present.

### Notes of Rulings

By suspending the regular order of business, the Senate may take up a bill before the day to which it previously was postponed (67 S.J. Reg. 1057 (1981)).



# PRESS RELEASE

### State Senator Troy Fraser
### The Capitol, Room 1E.15
### Austin Texas, 78701

<u>FOR IMMEDIATE RELEASE</u>
January 20, 2011

Contact: Janice McCoy
(512) 463-0124

## FRASER APPLAUDS GOVERNOR PERRY
## DECLARING VOTER ID EMERGENCY ITEM

"I want to thank Governor Rick Perry for declaring Voter ID an emergency item for the 2011 legislative session. By taking this action, the Legislature will be able to address this priority issue more quickly.

"For the third time, I am sponsoring a voter ID bill in the Texas Senate. Senate Bill 14 would require each voter show photo identification before being able to cast a ballot.

"I was successful in passing this legislation out of the Texas Senate last session, but it failed in the Texas House of Representatives due to a lack of time. By declaring this issue an emergency, we will be able to get started sooner.

"I expect the Texas Senate to act quickly to pass this legislation. I have extreme confidence that we will be able to get this bill to the Governor's desk for signature.

"Voter ID is simply putting into practice the intent of the current law – that the person who shows up at the polls is who he or she claims to be. Voter impersonation is a serious crime, but without a photo ID requirement we can never have confidence in our system of voting.

"This legislation is not a radical concept. I am just asking that every voter verify that "you are who you say you are" before casting a vote."

--30--

*Senator Fraser represents a 21-county region in the geographic center of the state. He is the Chairman of the Senate Committee on Natural Resources. He also sits on the following standing Senate Committees: Business and Commerce, Nominations, State Affairs, and International Relations and Trade.*



TX_00086361

TEX00086361

PL313
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Jason Baxter <Jason.Baxter@senate.state.tx.us> |
| **To:** | Amanda Montagne <Amanda.Montagne@senate.state.tx.us> |
| **Date:** | 1/22/2011 4:53 PM |
| **Subject:** | Fwd: preclearance |
| **Attachments:** | VOTE - DOJ review.docx; ATT00001.htm |

Begin forwarded message:

From: Bryan Hebert <Bryan.Hebert@ltgov.state.tx.us<mailto:Bryan.Hebert@ltgov.state.tx.us>>
Date: January 22, 2011 4:41:19 PM CST
To: Jason Baxter <Jason.Baxter@senate.state.tx.us<mailto:Jason.Baxter@senate.state.tx.us>>, Janice McCoy
<Janice.McCoy@senate.state.tx.us<mailto:Janice.McCoy@senate.state.tx.us>>, Jonathan Stinson
<Jonathan.Stinson@senate.state.tx.us<mailto:Jonathan.Stinson@senate.state.tx.us>>
Cc: Blaine Brunson <Blaine.Brunson@ltgov.state.tx.us<mailto:Blaine.Brunson@ltgov.state.tx.us>>, Julia Rathgeber
<Julia.Rathgeber@ltgov.state.tx.us<mailto:Julia.Rathgeber@ltgov.state.tx.us>>
Subject: preclearance

Attached is a memo I've prepared assessing the chances of a Texas photo ID law being pre-cleared by the Obama DOJ. The bottom line: doubtful. To increase our
chances, we might consider adding a longer list of acceptable photo IDs. I'd suggest using the language in Georgia's law (ie. any ID issued by the federal govt,
state govt, or local govt within the state). At a minimum, we might use the language used in our bill that passed last session: "a valid identification card that
contains the person's photograph and is issued by: (A)  an agency or institution of the federal government; or (B)  an agency, institution, or political subdivision of
this state."

Of course, it is also an option to go around the DOJ and seek pre-clearance directly from a three-judge panel of the DC District Court, which might be more
favorable to our law.

Bryan Hebert
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



HIGHLY CONFIDENTIAL

TX_00015831

## STANDARD OF REVIEW BY DEPARTMENT OF JUSTICE

### Background
Section 5 of the Voting Rights Act states that a covered jurisdiction (such as Texas) may not implement a change in its election laws or practices unless the jurisdiction demonstrates the change will be free of any racially discriminatory purpose or effect and will not be "retrogressive" and diminish the ability of minority citizens to vote. A covered jurisdiction must submit a proposed election law for formal approval to either the United States Department of Justice - Civil Rights Division or to the United States District Court for the District of Columbia (represented by a randomly chosen three-judge panel) for a declaratory judgment that the proposed law is acceptable.

### Standard of legal review
Georgia is the only Section 5 state with a photo ID requirement. In 2005, mid-level DOJ staff rejected Georgia's proposed law, but were overruled by Bush-appointed senior DOJ staff. Presumably, senior staff appointed by Obama will be less inclined to do so. The 2005 DOJ legal review of the Georgia law indicates that the DOJ is most concerned with the following factors:

#### IS THERE A RETROGRESSIVE EFFECT?
- Did Texas produce or consider any evidence regarding whether Hispanics and blacks are less likely to possess or obtain a photo ID?
- How did the minority members of the legislature vote on the proposed changes in law?

#### IS THERE A LESS RETROGRESSIVE ALTERNATIVE?
- Are non-photo documents (birth certificate, social security cards, etc) proven to be unreliable or lack security (ie. is there evidence of theft, forgery, or fraud)?
- Is there evidence that criminal penalties are insufficient to deter voter fraud?
- Are there additional forms of photo ID that could be accepted for voting?

#### DOES THE NEW LAW INCLUDE MITIGATING EFFECTS?
- Are photo IDs free of charge and widely available?
- Is there a phased-in period of implementation?
- Are there "fail-safe" procedures (ie. permit voting if voter signs and affidavit, etc)?
- Are there education efforts targeted at minority communities?
- Is there a program designed to provide photo IDs in isolated and impoverished areas?
- Are there other programs or factors designed to minimize the impact on minority voters?

#### HOW DOES THIS LAW COMPARE TO THE LAW OF OTHER STATES?
- Is it more or less restrictive than identification laws in other states?

### Conclusion
The 2005 DOJ staff placed a lot of emphasis on whether a state allows non-photo ID options, accepts enough forms of photo ID, or includes a "fail-safe" procedure for voting without a photo ID. Without inclusion of these three options, it seems doubtful that the DOJ staff will recommend preclearance of a photo ID law.

It is also possible that the DOJ will be reluctant to deny preclearance and have the case go before the US Supreme Court, which could use the opportunity to overturn some or all of Section 5 of the Voting Rights Act.

It is unclear how a DC Circuit Court would rule on this matter and unclear how the US Supreme Court's 2008 ruling in the Indiana photo ID case or 2009 ruling in the NAMUDNO case would impact a DOJ decision.

HIGHLY CONFIDENTIAL

TX_00015832

| | |
|---|---|
| **From:** | Bryan Hebert |
| **Sent:** | Wednesday, January 26, 2011 10:10 AM |
| **To:** | Ryan LaRue_SC; Jonathan Stinson; Amanda Montagne |
| **Cc:** | Janice McCoy |
| **Subject:** | RE: Amendments |

Let's do it now if possible. I have to be on the floor at 11am. We can meet in my office if that works.

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001

---

**From:** Ryan LaRue_SC
**Sent:** Wednesday, January 26, 2011 10:10 AM
**To:** Jonathan Stinson; Amanda Montagne; Bryan Hebert
**Cc:** Janice McCoy
**Subject:** Amendments

Just spoke with Janice and she would like to meet to discuss all the proposed amendments for the Voter ID Bill.  What do your schedules look like?

# Ryan

Ryan LaRue
Committee Director
Senate Committee on Transportation and Homeland Security
Senator Tommy Williams, Chairman
Sam Houston Building, Suite 450
(o) 512.463.0067



1

HIGHLY CONFIDENTIAL

PL315
9/2/2014
2:13-cv-00193

## SB 14 by Fraser

### Highlights
- Requires voters to show a photo ID, except that people 70 or older as of January 1, 2012, may continue to vote with just their voter registration card
- Acceptable photo ID includes an unexpired card issued by DPS (for most this will be driver's license), a military ID, a passport, or a citizenship certificate with photo
- Requires DPS to provide a free photo ID to any registered voter who requests an ID
- Allows a voter to cast a provisional ballot if he/she does not have a Photo ID and return within 6 days with Photo ID to have the ballot counted
- Requires SOS and voter registrars to educate the public and train election workers on the new requirements, including mailing notice to each voter and posting notice outside all polling places
- Increases criminal penalties for illegal voting (mandatory jail time)

### Why I made the law stronger:
"When I filed SB 178 in November (and re-filed SB 14 this month), I decided that a true photo identification bill was a better solution than the bill I proposed last session.

We've had two additional years to see Photo ID laws working in other states and two additional years to see that voter fraud is still a problem.

Only a true photo id bill, can deter and detect fraud and can protect the public's confidence in elections. Plus, I believe it simpler and less confusing for the voters."

### What the Supreme Court Requires of Voter ID Legislation:
- LEGITIMATE STATE INTERESTS
  - Deterring and detecting fraud
  - Improving and modernizing election procedures
  - Protecting against fraud enabled by inaccurate registration rolls
  - Counting only eligible voters' votes
  - Protecting public confidence in elections

- MEASURES <u>REQUIRED</u> TO OFFSET BURDENS ON VOTERS
  - Access to free photo ID cards (SECTION 18)



LEG00043172

- o Availability of provisional ballots and absentee ballots (SECTIONS 7 & 16)
- o Ensure that obtaining ID is no more inconvenient or burdensome than usual act of voting (SECTION 18)

- MEASURES <u>RECOMMENDED</u> TO OFFSET BURDENS ON VOTERS
  - o Phase-in over 2 election cycles (Requirement effective 2012)
  - o Exception for certain elderly voters (SECTION 7)

LEG00043173

**From:** Karina Davis
**Sent:** Thursday, January 20, 2011 12:27 PM
**To:** Blaine Brunson; Julia Rathgeber; joshgrobinson@gmail.com Robinson; Mike Walz; Jennifer Fagan; Porter Wilson; Janice McCoy
**Subject:** RE: Announcement

We have a potential game plan.  Jennifer is going to go run it by Duncan and circle back.


-----Original Message-----
From: Blaine Brunson [mailto:blabrunson@yahoo.com]
Sent: Thursday, January 20, 2011 11:48 AM
To: Julia Rathgeber; Karina Davis; joshgrobinson@gmail.com Robinson; Mike Walz; Jennifer Fagan; Porter Wilson; Janice McCoy
Subject: Announcement

Eichler just came by with docs on voter id and fed balanced budget and was headed to file them. He thought govs press release would go out in next 15-20 minutes.

Met with sen Duncan he will chair cow and asked Jennifer to meet with karina on a draft plan and then for them to come meet with him in a few hours.

Relayed that to dhd and he said he would call us after his lunch was over. Prob in next 30 minutes or so.

I am signing some house docs and am available on my cell.

Sent from my iPhone



EXHIBIT
*17*

HIGHLY CONFIDENTIAL

TX_00204729

**From:** Jonathan Stinson
**Sent:** Monday, January 24, 2011 10:09 AM
**To:** Wroe Jackson
**Subject:** FW: affidavit amendment

Jonathan Stinson
Legislative Director
State Senator Joan Huffman
District 17
P.O. Box 12068
Austin, Texas 78711
512.463.0117
512.463.0639 fax
jonathan.stinson@senate.state.tx.us
www.huffman.senate.state.tx.us

**From:** Bryan Hebert
**Sent:** Monday, January 24, 2011 9:37 AM
**To:** Janice McCoy; Jonathan Stinson; Ryan LaRue_SC; Amanda Montagne
**Subject:** affidavit amendment

FYI – There will likely be an amendment offered tomorrow that proposes adding an option to allow a person to vote without a photo ID if the person signs an affidavit stating that they are who they say they are. Several states (LA, ID, MI, OK, SD) have this "fail-safe" option and the DOJ loves it. Indiana, however, does not have it, and the Supreme Court did not deem it necessary.

The argument against adding an affidavit exception is that anyone could forge a signature, vote, and leave undetected. There is no way to trace the forgery back to the person. It basically guts the bill and assumes that criminal penalties are a sufficient deterrent to voter fraud.

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



1

HIGHLY CONFIDENTIAL

TX_00265528

| | |
|---|---|
| **From:** | Janice McCoy |
| **Sent:** | Monday, January 24, 2011 8:01 AM |
| **To:** | Ryan LaRue_SC; Amanda Montagne |
| **Subject:** | FW: '09 SB 362 Hearing Transcript |
| **Attachments:** | '09 SB 362 Hearing Transcript |

As requested.

Also, in last year's information there are charts about the number of people with drivers licenses. Might be useful information if DPS can update it. If you don't have it, let me know.

Janice

**From:** Jonathan Mitchell [mailto:jonathan.mitchell@oag.state.tx.us]
**Sent:** Sunday, January 23, 2011 7:21 PM
**To:** Janice McCoy
**Subject:** Fw: '09 SB 362 Hearing Transcript



HIGHLY CONFIDENTIAL

TX_00079632

| From: | Bryan Hebert |
|---|---|
| Sent: | Thursday, January 27, 2011 11:33 AM |
| To: | Jonathan Stinson; Janice McCoy; Amanda Montagne; Jennifer Fagan; Ryan LaRue_SC; Wroe Jackson |
| Subject: | SB14 bill summary |
| Attachments: | VOTE - SB14 - engrossed- summary.docx |

Attached is a summary of SB14 as passed by the senate.

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



EXHIBIT
23
McCoy

HIGHLY CONFIDENTIAL

TX_00266555

1

**VOTER ID BILL SUMMARY**
**SB14 (82R engrossed)**

SUMMARY

SB14 would give Texas arguably the strictest photo ID law in the country. A review of the US Supreme Court's approval of Indiana's photo ID law and the DOJ's approval of Georgia's photo ID law indicate that SB14 is likely to be upheld under both constitutional review and Section 5 Voting Rights Act review.

SB14 requires a voter to provide one of six acceptable photo IDs on election day (TX DL, DPS ID card, military ID, passport, citizenship certificate, or CHL), except that there is an opportunity to opt out of the photo ID requirement for people who are over age 70 when the law takes effect or who provide a signature affirming that they are disabled, indigent, or have a religious objection to being photographed and therefore cannot get a photo ID.

If a person does not have acceptable ID on election day, they may cast a provisional ballot and return to the voter registrar within six days with acceptable ID and have their ballot counted.

The criminal penalties for attempting to vote fraudulently are increased.

There are several provisions requiring training of poll workers and notice and education for the public in multiple languages and formats. The education and training efforts begin now, but the new ID requirements will not apply until the 2012 primary election. The Secretary of State has federal HAVA funds available to pay for the education and training efforts.

SUBSTANTIVE PROVISIONS

- A voter must present an acceptable photo ID on election day:
  - (1) TX DL (current or expired no more than 60 days)
  - (2) ID card issued by DPS (current or expired no more than 60 days) - *provided free if requested by a voter*
  - (3) military ID (current or expired no more than 60 days)
  - (4) US passport (current or expired no more than 60 days)
  - (5) US citizenship certificate
  - (6) CHL (current or expired no more than 60 days)

- *Exception #1*: a voter who is 70 or older on 01/01/12 need only present a voter registration card on election day
- *Exception #2*: a voter who is disabled and has provided a physician certification of the disability to the registrar and received a registration card marked "Photo ID not required" need only present the registration card on election day
- *Exception #3*: indigent people and people with religious objection to being photographed may cast a provisional ballot on election day and return to the registrar within 6 days to sign an affidavit confirming their exempt status

HIGHLY CONFIDENTIAL

- The name on the ID must be "substantially similar" to the name on the voter list. If a person does not have acceptable ID on election day, they may cast a provisional ballot and return to the voter registrar within six days with acceptable ID and have their ballot counted.

- All election workers must be trained in the new ID requirements. The SOS and counties must provide education and notice in multiple languages to voters, including signs at polling places, written notice included with registration cards, written notice to voters attempting to use unacceptable ID, educational materials on the SOS website, and a statewide education campaign organized by the SOS.

- The criminal penalty for voting fraudulently is increased from a third degree felony to a second degree felony, and the penalty for attempting to fraudulently vote is increased from a Class A misdemeanor to a state jail felony.

HIGHLY CONFIDENTIAL



## OFFICE OF THE GOVERNOR

RICK PERRY
GOVERNOR

### Bill Signing Ceremony

Contact: Janice McCoy

Phone #: 512-463-0124

Bill Number: SB 14

This bill signing will take place on **Friday May 27th** at 10am.

Members are allowed to invite stakeholders and co-authors. Space is limited so please consider this as you invite guests. Please note: These signings are private events, no media will be allowed in the signing ceremony. You are welcome to contact our press office at 463-1826 if you have any questions.

**All guests for the bill signing must be in the hall outside the Governor's Public Reception Room (2S.1) 10 minutes before your scheduled signing time.**

Author: **Troy Fraser**                    Sponsor: **Patricia Harless**

**Invitees Name and Title:**

1. Senator Tommy Williams

2. Borah Van Dormolen, National Committee Woman

3. Johnnie B Rogers (and Linda), SREC District 24

4. Skipper Wallace, RCCA Chairman

5. Melinda Fredricks

6.

\*Please return guest list the day before your signing.



Please return completed form to Julie Harker, Office of the Governor, State Capitol Building Room 1S.1, Julie.harker@governor.state.tx.us, or Fax to 475-2211. Call 463-1830 with any questions.

POST OFFICE BOX 12428 AUSTIN, TEXAS 78711 (512) 463-2000 (VOICE)/DIAL 7-1-1 FOR RELAY SERVICES
VISIT WWW.TEXASONLINE.COM THE OFFICIAL WEB SITE OF THE STATE OF TEXAS

TX_00086199

HIGHLY CONFIDENTIAL



STATE OF TEXAS
OFFICE OF THE GOVERNOR

RICK PERRY
GOVERNOR

January 20, 2011

Mr. Robert Haney, Chief Clerk
Texas House of Representatives
State Capitol Room 2W.29
Austin, Texas 78701

Dear Mr. Chief Clerk:

Pursuant to his powers as the chief executive officer and governor of the State of Texas, Rick Perry hereby submits the following message to the legislature under Article III, Section 5 of the Texas Constitution declaring the following as an emergency matter:

Legislation that requires a voter to present proof of identification when voting.

The original copy of this special message is attached to this letter of transmittal.

Respectfully submitted,

Gregory S. Davidson
Executive Clerk

GSD:gsd

Attachments

HOUSE OF REPRESENTATIVES
11 JAN 20 AM 11: 35

P. O. Box 12131 • Capitol Station • Austin, Texas 78711



EXHIBIT
27



**STATE OF TEXAS**
**OFFICE OF THE GOVERNOR**

**TO THE SENATE AND HOUSE OF REPRESENTATIVES OF THE EIGHTY-SECOND TEXAS LEGISLATURE, REGULAR SESSION:**

I, RICK PERRY, Governor of the State of Texas, pursuant to Article III, Section 5, of the Texas Constitution and by this special message, do hereby submit the following emergency matter for immediate consideration to the Senate and House of Representatives of the 82nd Legislature, now convened:

> Legislation that requires a voter to present proof of identification when voting.

Respectfully submitted,



RICK PERRY
Governor

Austin, Texas
January 20, 2011

11 JAN 20  AM 11: 35
HOUSE OF REPRESENTATIVES

| From: | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
|---|---|
| Sent: | Thursday, January 08, 2009 8:55 AM |
| To: | Jennifer Fagan |
| Subject: | FW: # 16775: ID Voter Query |
| Attachments: | ID_sw_counts.xls |

Jennifer, here is the spreadsheet which shows by county the number of ID voters statewide. Let me know if you have any questions.

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871



| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | County Code | County Name | Voter Registration | Voters Whose Identity Has Not Been Confirmed | Percentage |
| 2 | 001 | ANDERSON | 26,067 | 1,907 | 7.32% |
| 3 | 002 | ANDREWS | 8,193 | 622 | 7.59% |
| 4 | 003 | ANGELINA | 46,116 | 3,601 | 7.81% |
| 5 | 004 | ARANSAS | 15,413 | 1,160 | 7.53% |
| 6 | 005 | ARCHER | 6,516 | 145 | 2.23% |
| 7 | 006 | ARMSTRONG | 1,465 | 102 | 6.96% |
| 8 | 007 | ATASCOSA | 23,236 | 1,095 | 4.71% |
| 9 | 008 | AUSTIN | 17,251 | 259 | 1.50% |
| 10 | 009 | BAILEY | 3,757 | 228 | 6.07% |
| 11 | 010 | BANDERA | 14,187 | 670 | 4.72% |
| 12 | 011 | BASTROP | 41,132 | 2,092 | 5.09% |
| 13 | 012 | BAYLOR | 2,716 | 106 | 3.90% |
| 14 | 013 | BEE | 14,835 | 536 | 3.61% |
| 15 | 014 | BELL | 147,927 | 4,635 | 3.13% |
| 16 | 015 | BEXAR | 874,955 | 45,628 | 5.21% |
| 17 | 016 | BLANCO | 6,719 | 343 | 5.10% |
| 18 | 017 | BORDEN | 435 | 5 | 1.15% |
| 19 | 018 | BOSQUE | 11,912 | 1,086 | 9.13% |
| 20 | 019 | BOWIE | 60,302 | 8,212 | 13.62% |
| 21 | 020 | BRAZORIA | 174,372 | 8,203 | 4.70% |
| 22 | 021 | BRAZOS | 85,252 | 10,025 | 11.76% |
| 23 | 022 | BREWSTER | 6,096 | 909 | 14.91% |
| 24 | 023 | BRISCOE | 1,188 | 55 | 4.63% |
| 25 | 024 | BROOKS | 6,357 | 327 | 5.14% |
| 26 | 025 | BROWN | 24,793 | 1,942 | 7.83% |
| 27 | 026 | BURLESON | 10,769 | 300 | 2.79% |
| 28 | 027 | BURNET | 25,442 | 2,987 | 11.74% |
| 29 | 028 | CALDWELL | 19,887 | 1,523 | 7.66% |
| 30 | 029 | CALHOUN | 12,494 | 877 | 7.02% |
| 31 | 030 | CALLAHAN | 8,909 | 116 | 1.30% |
| 32 | 031 | CAMERON | 166,933 | 77,432 | 46.39% |
| 33 | 032 | CAMP | 7,085 | 572 | 8.07% |
| 34 | 033 | CARSON | 4,404 | 17 | 0.39% |
| 35 | 034 | CASS | 17,808 | 490 | 2.75% |
| 36 | 035 | CASTRO | 4,179 | 140 | 3.35% |
| 37 | 036 | CHAMBERS | 22,058 | 1,384 | 6.27% |
| 38 | 037 | CHEROKEE | 27,045 | 1,389 | 5.14% |
| 39 | 038 | CHILDRESS | 3,545 | 212 | 5.98% |
| 40 | 039 | CLAY | 7,921 | 407 | 5.14% |
| 41 | 040 | COCHRAN | 1,846 | 81 | 4.39% |
| 42 | 041 | COKE | 2,502 | 143 | 5.72% |
| 43 | 042 | COLEMAN | 6,170 | 198 | 3.21% |
| 44 | 043 | COLLIN | 429,666 | 24,485 | 5.70% |
| 45 | 044 | COLLINGSWORTH | 1,936 | 88 | 4.55% |
| 46 | 045 | COLORADO | 13,757 | 717 | 5.21% |
| 47 | 046 | COMAL | 69,775 | 6,770 | 9.70% |
| 48 | 047 | COMANCHE | 8,966 | 176 | 1.96% |

HIGHLY CONFIDENTIAL

TX_00204714

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 49 | 048 | CONCHO | 1,712 | 124 | 7.24% |
| 50 | 049 | COOKE | 23,244 | 398 | 1.71% |
| 51 | 050 | CORYELL | 35,981 | 2,956 | 8.22% |
| 52 | 051 | COTTLE | 1,201 | 21 | 1.75% |
| 53 | 052 | CRANE | 2,473 | 118 | 4.77% |
| 54 | 053 | CROCKETT | 2,670 | 115 | 4.31% |
| 55 | 054 | CROSBY | 3,860 | 64 | 1.66% |
| 56 | 055 | CULBERSON | 1,980 | 70 | 3.54% |
| 57 | 056 | DALLAM | 2,952 | 156 | 5.28% |
| 58 | 057 | DALLAS | 1,123,758 | 39,062 | 3.48% |
| 59 | 058 | DAWSON | 8,087 | 621 | 7.68% |
| 60 | 059 | DEAF SMITH | 8,747 | 267 | 3.05% |
| 61 | 060 | DELTA | 3,434 | 224 | 6.52% |
| 62 | 061 | DENTON | 346,342 | 22,977 | 6.63% |
| 63 | 062 | DEWITT | 11,850 | 307 | 2.59% |
| 64 | 063 | DICKENS | 1,466 | 125 | 8.53% |
| 65 | 064 | DIMMIT | 7,125 | 204 | 2.86% |
| 66 | 065 | DONLEY | 2,451 | 49 | 2.00% |
| 67 | 066 | DUVAL | 8,888 | 203 | 2.28% |
| 68 | 067 | EASTLAND | 10,095 | 514 | 5.09% |
| 69 | 068 | ECTOR | 65,675 | 2,237 | 3.41% |
| 70 | 069 | EDWARDS | 1,492 | 99 | 6.64% |
| 71 | 070 | ELLIS | 82,124 | 11,120 | 13.54% |
| 72 | 071 | EL PASO | 371,087 | 2,006 | 0.54% |
| 73 | 072 | ERATH | 20,491 | 1,162 | 5.67% |
| 74 | 073 | FALLS | 9,150 | 417 | 4.56% |
| 75 | 074 | FANNIN | 19,178 | 1,554 | 8.10% |
| 76 | 075 | FAYETTE COUNTY | 15,632 | 574 | 3.67% |
| 77 | 076 | FISHER | 2,960 | 147 | 4.97% |
| 78 | 077 | FLOYD | 4,415 | 232 | 5.25% |
| 79 | 078 | FOARD | 1,052 | 109 | 10.36% |
| 80 | 079 | FORT BEND | 291,109 | 8,587 | 2.95% |
| 81 | 080 | FRANKLIN | 6,438 | 794 | 12.33% |
| 82 | 081 | FREESTONE | 11,184 | 467 | 4.18% |
| 83 | 082 | FRIO | 10,524 | 623 | 5.92% |
| 84 | 083 | GAINES | 7,129 | 187 | 2.62% |
| 85 | 084 | GALVESTON | 191,078 | 21,342 | 11.17% |
| 86 | 085 | GARZA | 2,968 | 162 | 5.46% |
| 87 | 086 | GILLESPIE | 17,083 | 323 | 1.89% |
| 88 | 087 | GLASSCOCK | 727 | 11 | 1.51% |
| 89 | 088 | GOLIAD | 5,443 | 471 | 8.65% |
| 90 | 089 | GONZALES | 12,515 | 999 | 7.98% |
| 91 | 090 | GRAY | 14,255 | 147 | 1.03% |
| 92 | 091 | GRAYSON | 71,633 | 4,619 | 6.45% |
| 93 | 092 | GREGG | 67,205 | 4,130 | 6.15% |
| 94 | 093 | GRIMES | 14,166 | 1,846 | 13.03% |
| 95 | 094 | GUADALUPE | 71,220 | 4,672 | 6.56% |
| 96 | 095 | HALE | 19,952 | 1,746 | 8.75% |

HIGHLY CONFIDENTIAL

TX_00204715

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 97 | 096 | HALL | 2,147 | 68 | 3.17% |
| 98 | 097 | HAMILTON | 5,693 | 20 | 0.35% |
| 99 | 098 | HANSFORD | 3,055 | 216 | 7.07% |
| 100 | 099 | HARDEMAN | 2,779 | 174 | 6.26% |
| 101 | 100 | HARDIN | 35,247 | 3,193 | 9.06% |
| 102 | 101 | HARRIS | 1,866,152 | 40,194 | 2.15% |
| 103 | 102 | HARRISON | 40,578 | 917 | 2.26% |
| 104 | 103 | HARTLEY | 2,787 | 183 | 6.57% |
| 105 | 104 | HASKELL | 3,871 | 210 | 5.42% |
| 106 | 105 | HAYS | 91,535 | 10,571 | 11.55% |
| 107 | 106 | HEMPHILL | 2,255 | 48 | 2.13% |
| 108 | 107 | HENDERSON | 48,532 | 46,244 | 95.29% |
| 109 | 108 | HIDALGO | 307,491 | 7,084 | 2.30% |
| 110 | 109 | HILL | 21,391 | 1,369 | 6.40% |
| 111 | 110 | HOCKLEY | 13,329 | 408 | 3.06% |
| 112 | 111 | Hood | 32,898 | 1,613 | 4.90% |
| 113 | 112 | HOPKINS | 22,064 | 1,335 | 6.05% |
| 114 | 113 | HOUSTON | 13,497 | 534 | 3.96% |
| 115 | 114 | HOWARD | 16,833 | 880 | 5.23% |
| 116 | 115 | HUDSPETH | 1,539 | 103 | 6.69% |
| 117 | 116 | HUNT | 46,625 | 3,045 | 6.50% |
| 118 | 117 | HUTCHINSON | 15,324 | 320 | 2.09% |
| 119 | 118 | IRION | 1,241 | 39 | 3.14% |
| 120 | 119 | JACK | 4,762 | 269 | 5.65% |
| 121 | 120 | JACKSON | 8,680 | 104 | 1.20% |
| 122 | 121 | JASPER | 20,621 | 652 | 3.16% |
| 123 | 122 | JEFF DAVIS | 1,830 | 151 | 8.25% |
| 124 | 123 | JEFFERSON | 143,693 | 5,287 | 3.68% |
| 125 | 124 | JIM HOGG | 3,890 | 94 | 2.42% |
| 126 | 125 | JIM WELLS | 25,599 | 887 | 3.46% |
| 127 | 126 | JOHNSON | 78,825 | 6,620 | 8.40% |
| 128 | 127 | JONES | 9,763 | 208 | 2.13% |
| 129 | 128 | KARNES | 7,773 | 284 | 3.65% |
| 130 | 129 | KAUFMAN | 55,752 | 2,700 | 4.84% |
| 131 | 130 | KENDALL | 22,990 | 2,059 | 8.96% |
| 132 | 131 | KENEDY | 334 | 25 | 7.49% |
| 133 | 132 | KENT | 646 | 28 | 4.33% |
| 134 | 133 | KERR | 33,143 | 1,257 | 3.79% |
| 135 | 134 | KIMBLE | 2,875 | 131 | 4.56% |
| 136 | 135 | KING | 205 | 34 | 16.59% |
| 137 | 136 | KINNEY | 2,275 | 80 | 3.52% |
| 138 | 137 | KLEBERG | 17,686 | 660 | 3.73% |
| 139 | 138 | KNOX | 2,522 | 123 | 4.88% |
| 140 | 139 | LAMAR | 28,494 | 848 | 2.98% |
| 141 | 140 | LAMB | 8,416 | 438 | 5.20% |
| 142 | 141 | LAMPASAS | 12,352 | 1,076 | 8.71% |
| 143 | 142 | LASALLE | 3,880 | 196 | 5.05% |
| 144 | 143 | LAVACA | 13,109 | 262 | 2.00% |

TX_00204716

HIGHLY CONFIDENTIAL

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 145 | 144 | LEE | 9,329 | 514 | 5.51% |
| 146 | 145 | LEON | 10,833 | 730 | 6.74% |
| 147 | 146 | LIBERTY | 45,652 | 3,026 | 6.63% |
| 148 | 147 | LIMESTONE | 13,756 | 88 | 0.64% |
| 149 | 148 | LIPSCOMB | 1,859 | 90 | 4.84% |
| 150 | 149 | LIVE OAK | 6,989 | 153 | 2.19% |
| 151 | 150 | LLANO | 13,832 | 781 | 5.65% |
| 152 | 151 | LOVING | 111 | 2 | 1.80% |
| 153 | 152 | LUBBOCK | 165,639 | 8,475 | 5.12% |
| 154 | 153 | LYNN | 3,878 | 261 | 6.73% |
| 155 | 154 | MADISON | 7,003 | 470 | 6.71% |
| 156 | 155 | MARION | 7,045 | 461 | 6.54% |
| 157 | 156 | MARTIN | 2,908 | 167 | 5.74% |
| 158 | 157 | MASON | 2,856 | 49 | 1.72% |
| 159 | 158 | MATAGORDA | 20,647 | 850 | 4.12% |
| 160 | 159 | MAVERICK | 25,616 | 2,902 | 11.33% |
| 161 | 160 | MCCULLOCH | 5,014 | 292 | 5.82% |
| 162 | 161 | MCLENNAN | 125,319 | 7,410 | 5.91% |
| 163 | 162 | MCMULLEN | 727 | 39 | 5.36% |
| 164 | 163 | MEDINA | 25,373 | 1,655 | 6.52% |
| 165 | 164 | MENARD | 1,859 | 72 | 3.87% |
| 166 | 165 | MIDLAND | 70,714 | 4,950 | 7.00% |
| 167 | 166 | MILAM | 14,009 | 760 | 5.43% |
| 168 | 167 | MILLS | 3,216 | 169 | 5.25% |
| 169 | 168 | MITCHELL | 4,520 | 248 | 5.49% |
| 170 | 169 | MONTAGUE | 12,682 | 249 | 1.96% |
| 171 | 170 | MONTGOMERY | 236,207 | 8,731 | 3.70% |
| 172 | 171 | MOORE | 9,362 | 164 | 1.75% |
| 173 | 172 | MORRIS | 9,342 | 7,980 | 85.42% |
| 174 | 173 | MOTLEY | 907 | 855 | 94.27% |
| 175 | 174 | NACOGDOCHES | 32,298 | 2,569 | 7.95% |
| 176 | 175 | NAVARRO | 27,004 | 4,126 | 15.28% |
| 177 | 176 | NEWTON | 9,250 | 74 | 0.80% |
| 178 | 177 | NOLAN | 8,709 | 428 | 4.91% |
| 179 | 178 | NUECES | 188,200 | 6,362 | 3.42% |
| 180 | 179 | OCHILTREE | 4,860 | 295 | 6.07% |
| 181 | 180 | OLDHAM | 1,359 | 125 | 9.20% |
| 182 | 181 | ORANGE | 49,157 | 1,737 | 3.53% |
| 183 | 182 | PALO PINTO | 16,611 | 634 | 3.82% |
| 184 | 183 | PANOLA | 15,522 | 307 | 1.98% |
| 185 | 184 | PARKER | 70,556 | 3,484 | 4.94% |
| 186 | 185 | PARMER | 4,723 | 227 | 4.81% |
| 187 | 186 | PECOS | 7,818 | 346 | 4.43% |
| 188 | 187 | POLK | 35,780 | 4,163 | 11.63% |
| 189 | 188 | POTTER | 51,977 | 2,200 | 4.23% |
| 190 | 189 | PRESIDIO | 5,206 | 489 | 9.39% |
| 191 | 190 | RAINS | 6,518 | 554 | 8.50% |
| 192 | 191 | RANDALL | 74,909 | 6,682 | 8.92% |

HIGHLY CONFIDENTIAL

TX_00204717

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 193 | 192 | REAGAN | 1,864 | 73 | 3.92% |
| 194 | 193 | REAL | 2,416 | 169 | 7.00% |
| 195 | 194 | RED RIVER | 7,883 | 160 | 2.03% |
| 196 | 195 | REEVES | 6,071 | 188 | 3.10% |
| 197 | 196 | REFUGIO | 5,539 | 294 | 5.31% |
| 198 | 197 | ROBERTS | 712 | 19 | 2.67% |
| 199 | 198 | ROBERTSON | 11,318 | 864 | 7.63% |
| 200 | 199 | ROCKWALL | 44,069 | 3,392 | 7.70% |
| 201 | 200 | RUNNELS | 6,692 | 521 | 7.79% |
| 202 | 201 | RUSK | 30,137 | 990 | 3.28% |
| 203 | 202 | SABINE | 7,775 | 262 | 3.37% |
| 204 | 203 | SAN AUGUSTINE | 6,279 | 302 | 4.81% |
| 205 | 204 | SAN JACINTO | 15,078 | 833 | 5.52% |
| 206 | 205 | SAN PATRICIO | 42,463 | 2,088 | 4.92% |
| 207 | 206 | SAN SABA | 3,611 | 239 | 6.62% |
| 208 | 207 | SCHLEICHER | 1,876 | 48 | 2.56% |
| 209 | 208 | SCURRY | 9,557 | 819 | 8.57% |
| 210 | 209 | SHACKELFORD | 2,294 | 168 | 7.32% |
| 211 | 210 | SHELBY | 14,040 | 469 | 3.34% |
| 212 | 211 | SHERMAN | 1,437 | 86 | 5.98% |
| 213 | 212 | SMITH | 119,295 | 23,050 | 19.32% |
| 214 | 213 | SOMERVELL | 5,456 | 171 | 3.13% |
| 215 | 214 | STARR | 27,793 | 2,288 | 8.23% |
| 216 | 215 | STEPHENS | 5,506 | 332 | 6.03% |
| 217 | 216 | STERLING | 873 | 47 | 5.38% |
| 218 | 217 | STONEWALL | 1,093 | 3 | 0.27% |
| 219 | 218 | SUTTON | 2,588 | 46 | 1.78% |
| 220 | 219 | SWISHER | 4,258 | 24 | 0.56% |
| 221 | 220 | TARRANT | 914,265 | 25,355 | 2.77% |
| 222 | 221 | TAYLOR | 74,042 | 2,362 | 3.19% |
| 223 | 222 | TERRELL | 835 | 25 | 2.99% |
| 224 | 223 | TERRY | 7,545 | 288 | 3.82% |
| 225 | 224 | THROCKMORTON | 1,240 | 72 | 5.81% |
| 226 | 225 | TITUS | 15,718 | 988 | 6.29% |
| 227 | 226 | TOM GREEN | 64,828 | 1,487 | 2.29% |
| 228 | 227 | TRAVIS | 613,489 | 25,183 | 4.11% |
| 229 | 228 | TRINITY | 11,224 | 790 | 7.04% |
| 230 | 229 | TYLER | 12,640 | 709 | 5.61% |
| 231 | 230 | UPSHUR | 25,422 | 3,178 | 12.50% |
| 232 | 231 | UPTON | 1,973 | 117 | 5.93% |
| 233 | 232 | UVALDE | 15,901 | 85 | 0.53% |
| 234 | 233 | VAL VERDE | 26,776 | 22,410 | 83.69% |
| 235 | 234 | VAN ZANDT | 31,999 | 2,195 | 6.86% |
| 236 | 235 | VICTORIA | 51,061 | 1,579 | 3.09% |
| 237 | 236 | WALKER | 29,042 | 3,824 | 13.17% |
| 238 | 237 | WALLER | 28,928 | 978 | 3.38% |
| 239 | 238 | WARD | 6,166 | 174 | 2.82% |
| 240 | 239 | WASHINGTON | 21,083 | 1,630 | 7.73% |

HIGHLY CONFIDENTIAL

TX_00204718

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 241 | 240 | WEBB | 103,072 | 1,264 | 1.23% |
| 242 | 241 | WHARTON | 24,211 | 1,379 | 5.70% |
| 243 | 242 | WHEELER | 3,475 | 214 | 6.16% |
| 244 | 243 | WICHITA | 79,160 | 46,837 | 59.17% |
| 245 | 244 | WILBARGER | 8,125 | 139 | 1.71% |
| 246 | 245 | WILLACY | 10,990 | 329 | 2.99% |
| 247 | 246 | WILLIAMSON | 223,427 | 13,857 | 6.20% |
| 248 | 247 | WILSON | 25,780 | 865 | 3.36% |
| 249 | 248 | WINKLER | 3,631 | 9 | 0.25% |
| 250 | 249 | WISE | 36,170 | 2,023 | 5.59% |
| 251 | 250 | WOOD | 27,064 | 4,759 | 17.58% |
| 252 | 251 | YOAKUM | 4,075 | 307 | 7.53% |
| 253 | 252 | YOUNG | 10,920 | 736 | 6.74% |
| 254 | 253 | ZAPATA | 7,254 | 269 | 3.71% |
| 255 | 254 | ZAVALA | 7,792 | 283 | 3.63% |
| 256 | | | | | |
| 257 | | Total | 13,000,605 | 789,037 | 6.07% |

HIGHLY CONFIDENTIAL

TX_00204719

**From:** John Sepehri
**Sent:** Wednesday, February 25, 2009 11:22 AM
**To:** 'Michael Schofield'
**Subject:** FW: bill

**From:** John Sepehri
**Sent:** Wednesday, February 25, 2009 11:20 AM
**To:** 'Jennifer Fagan'; Ann McGeehan; Elizabeth Hanshaw Winn
**Subject:** RE: bill

Thanks Jennifer. I think we suggested ID notation legislation for this session but simply to codify our existing "two-step" ID notation practice. I think this bill differs from our existing practice, which I will discuss with Elizabeth and Ann. If someone wants to carry the bill attached to the below e-mail and the Legislature determines the bill is what it would like the procedure to be as a matter of policy, that is the Legislature's prerogative. I just wanted to be clear we didn't request the change to a "one step" ID notation practice (as noted in the memo I sent out on our legislative ideas for this session a few weeks ago).

JS

**From:** Jennifer Fagan [mailto:Jennifer.Fagan@senate.state.tx.us]
**Sent:** Wednesday, February 25, 2009 10:39 AM
**To:** Ann McGeehan; Elizabeth Hanshaw Winn
**Cc:** John Sepehri
**Subject:** bill

Attached is another draft bill -- I can't remember if (1) you guys still needed this; and (2) whether this was the correct version.

Jennifer

Jennifer Fagan
Committee Director/General Counsel
Senate Committee on State Affairs
Senator Robert Duncan, Chairman
(512) 463-0380 tele
(512) 463-0342 fax



HIGHLY CONFIDENTIAL

**TX_00040055**

By: _____          __.B. No. _____

## A BILL TO BE ENTITLED

1                      AN ACT

2  relating to identification requirements for certain first-time
3  voters.

4      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5      SECTION 1.  Section 13.072, Election Code, is amended by
6  amending Subsection (a) and adding Subsections (e) and (f) to read
7  as follows:

8      (a)  Unless the registrar challenges the applicant, the
9  registrar shall approve the application if:

10         (1)  the registrar determines that an application
11  complies with Section 13.002 and indicates that the applicant is
12  eligible for registration; and

13         (2)  except as provided by Subsection (e) or (f), for an
14  applicant who has not included a statement described by Section
15  13.002(c)(8) [13.002(c)(8)(C)], the registrar verifies with the
16  secretary of state:

17             (A)  the applicant's Texas driver's license number
18  or number of a personal identification card issued by the
19  Department of Public Safety; or

20             (B)  the last four digits of the applicant's
21  social security number.

22      (e)  The registrar shall approve the application of an
23  applicant who otherwise meets the qualifications for registration
24  but states on the application that the applicant has not been issued

81R5588 ATP-D                   1

TX_00040047

TEX00040047

1  an identification number described by Section 13.002(c)(8). The
2  registrar shall mark the list of registered voters with an
3  annotation indicating that the voter whose application is approved
4  under this subsection must provide a document or a copy of a
5  document described by Section 63.0101 the first time the voter
6  seeks to vote by appearing for voting in person or applying for a
7  ballot to be voted by mail.

8      (f) If the secretary of state is unable to verify the
9  applicant's Texas driver's license number, the number of a personal
10  identification card issued to the applicant by the Department of
11  Public Safety, or the last four digits of the applicant's social
12  security number, the voter registrar shall approve the application
13  and mark the list of registered voters with an annotation
14  indicating that the voter whose application is approved under this
15  subsection must provide a document or a copy of a document described
16  by Section 63.0101 the first time the voter seeks to vote by
17  appearing for voting in person or applying for a ballot to be voted
18  by mail.

19      SECTION 2. Section 18.005(a), Election Code, as amended by
20  Chapters 594 (H.B. 41) and 1295 (S.B. 74), Acts of the 80th
21  Legislature, Regular Session, 2007, is reenacted and amended to
22  read as follows:

23      (a) Each original and supplemental list of registered
24  voters must:

25          (1) contain the voter's name, [residence address or
26  substitute post office box address, if required by Section
27  18.0051,] date of birth, and registration number as provided by the

81R5588 ATP-D                 2

TX_00040048

TEX00040048

1  statewide computerized voter registration list;

2        (2)  contain the voter's residence address, except as
3  provided by Subsections (b) and (c) or Section 18.0051;

4        (3)  be arranged alphabetically by voter name; [and]

5        (4)  contain the notation required by Section 15.111;
6  and

7        (5)  identify each voter who failed to provide an
8  identification number described by Section 13.002(c)(8) and each
9  voter whose identification number was not able to be verified by the
10 secretary of state with an annotation indicating that the voter
11 must provide a document or a copy of a document described by Section
12 63.0101 the first time the voter seeks to vote.

13       SECTION 3.  (a)  The changes in law made by this Act to
14 Section 13.072, Election Code, apply only to a person who submits an
15 application to register to vote on or after September 1, 2009.

16       (b)  The changes in law made by this Act to Section
17 18.005(a), Election Code, apply only to an election ordered on or
18 after September 1, 2009.

19       SECTION 4.  To the extent of any conflict, this Act prevails
20 over another Act of the 81st Legislature, Regular Session, 2009,
21 relating to nonsubstantive additions to and corrections in enacted
22 codes.

23       SECTION 5.  This Act takes effect September 1, 2009.

81R5588 ATP-D                    3

**TX_00040049**

**TEX00040049**