**John Sepehri**

| | |
|---|---|
| From: | Ann McGeehan |
| Sent: | Wednesday, January 05, 2011 5:00 PM |
| To: | 'Matt.Creel@house.state.tx.us' |
| Cc: | John Sepehri |
| Subject: | Memo on how the voter registration rolls are kept clean under current law. |
| Attachments: | maintainVRfiles-2008.doc |

Here is the memo we discussed this morning. Hope this is helpful to you.

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871



1

# The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phil Wilson
Secretary of State

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

## MEMORANDUM

To: Secretary Wilson

From: Ann McGeehan, Director of Elections

Date: January 22, 2008

Re: Purging Voter Registration Files

### Question Presented

This memo addresses the following questions: How are the voter registration files of this state maintained? Under what circumstances is a voter's registration purged?

### Discussion

<u>Voter Registration Officials</u>

Voter registration files are administered at the state level by the Office of the Secretary of State ("SOS") and at the county level by the county voter registrar, who is usually the tax assessor-collector. The SOS maintains the official list of registered voters and must verify the Texas driver's license number or personal identification number of each voter registration applicant. Tex. Elec. Code Ann § 18.061 (Vernon Supp. 2007) and 42 U.S.C. § 15301. If an applicant has not been issued a Texas driver's license number, then the applicant is required to provide the last four digits of his/her social security number. If an applicant has been issued neither of these numbers, or if the SOS is unable to verify the applicant based on the number provided, then the SOS registers the individual, but flags the voter as "ID", which means that voter must present identification when they present themselves for voting.

At the county level, voter registration duties may also be performed by the county election administrator (EA), if the county has created and filled this position; or the county clerk, if the commissioners court orders this transfer of duties, following the agreement of all involved parties. Tex Elec. Code Ann. § 12.001 (Vernon Supp. 2007). Voter registration applications are received at the local level. Roughly 220 counties are "online" with the state's TEAM (Texas Election Administration Management) System. TEAM online counties enter data and manage their files directly into the official list on a real time basis. The remaining 34 "offline" counties submit data regularly to the state, but not less than every 24 hours so that the local county file and the state official file are in sync.

Individuals may register to vote in a number of ways. They may submit a completed voter registration application directly to their county voter registrar. They may also complete an

MEMORANDUM
Page 2

application at a motor vehicle agency, such as the Texas Department of Public Safety (DPS), or with a volunteer deputy voter registrar. Applications submitted at DPS or through a volunteer deputy voter registrar are delivered to the county voter registrar for review and processing.

Voter Registration Cards, Confirmation Process, Suspense List Voters

State law prescribes a variety of procedures to ensure that voter registration rolls are continuously maintained for accuracy. The procedures which inform this process include: the biennial mass mailing of renewal voter registration certificates, the voter confirmation process, and the suspense list process. These procedures are the cornerstones of ongoing state and county measures to ensure that voters reside in their county of registration.

Between November 15th and December 5th of each odd-numbered year, voter registrars issue renewal voter registration certificates to each registered voter in their county who is not on the suspense list. Id. § 14.001. The certificates are mailed to the address listed on the voter's registration application. The certificates specifically may not be forwarded, per Section 14.002 of the Texas Election Code ("the Code"). If the certificate does not reach the voter at this address because he or she has moved, the certificate is returned to the voter registrar, who then sends the voter a confirmation notice. Id. §§ 13.146, 15.051.

The confirmation notice requests that the voter confirm his or her new address within the county or confirm that he or she no longer lives in the county. The confirmation notice may be forwarded, and is sent with a response form, which is postage pre-paid and preaddressed for delivery to the voter registrar. Id. § 15.052. If the voter confirms that he or she still lives in the county, then the voter's registration is updated with the voter's new address, and a new voter registration certificate is issued. If the voter confirms that he or she no longer lives in the county, then that voter is cancelled. Id. § 16.031. If the voter does not respond to the confirmation notice within 30 days, then the voter's name is placed on the Suspense List. Id. § 15.081.

Voters whose names appear on the Suspense List are still eligible to vote in elections held in their county of registration, so long as they still reside in the county and political subdivision conducting the election. They may vote at the precinct at which they are registered (even if they no longer reside in that precinct), provided that they complete a Statement of Residence form affirming that they still reside in the county and providing their new address within the county. Id. § 15.112. Voters' names appear on the Suspense List for a period of two federal general elections. If the voter does not vote during this roughly four-year period, or does not update his or her residence address with the voter registrar, then the county voter registrar cancels the voter's registration and purges their name from the voter registration list on the November 30th following the second federal general election from the date the voter was placed on the suspense list. Id. § 16.032.

Other Texas Voter Registration Maintenance Procedures

Deaths
County voter registrars must remove deceased voters in a variety of ways. First, the local register of deaths prepares monthly abstracts of death certificates issued for decedents 18 years of age or older who were residents at the time of death. These abstracts are filed with the

MEMORANDUM
Page 3

appropriate county voter registrar promptly following their compilation each month, per Section 16.001(a) of the Code. Second, the clerk of each court having probate jurisdiction prepares monthly abstracts of each application filed with their court for probate of a will, administration of an estate, or determination of heirship. These abstracts are filed with the appropriate county voter registrar promptly following their compilation each month, per Section 16.001(b) of the Code. In addition, if a voter registrar has personal knowledge that a voter is deceased or receives a sworn statement from a close relative of a deceased voter, then the voter registrar can cancel the registration. Finally, the Bureau of Vital Statistics provides weekly updates on deceased residents of the state to the Secretary of State (SOS). SOS, in turn, periodically provides these updates to the appropriate voter registrars to assist in identifying deceased registered voters of each county. The voter registrar shall promptly cancel the voter's registration upon receipt of information regarding death, per Section 16.031 of the Code.

### Judgments of Mental Incapacity

Voter registrars also maintain their voter registration rolls to remove voters who have been determined to be either totally mentally incapacitated or partially mentally incapacitated without the right to vote. The clerk of each court having the relevant jurisdiction to make such declarations prepares a monthly abstract summarizing the court's final judgments on:

- Judgments which find a person 18 years of age or older to be totally mentally incapacitated;
- Judgments which find a person 18 years of age or older to be partially mentally incapacitated without the right to vote;
- Judgments which find the mental capacity of a person 18 years of age or older to be completely restored;
- Modifying the guardianship of a person 18 years of age or older to include the right to vote.

These abstracts are filed with the appropriate voter registrar promptly following their compilation each month, per Section 16.002(b) of the Code. The county voter registrar shall promptly cancel the voter's registration upon receipt of information regarding mental incapacity, per Section 16.031 of the Code.

### Felony Convictions

The Secretary of State receives information which enables the state voter registration rolls to be updated with regards to individual felony convictions. Per Section 16.003 of the Code, on each regular business day for DPS, the department prepares an abstract of each final judgment received by the department convicting a person 18 years of age or older who is a resident of the state of a felony. These abstracts are filed electronically with the SOS. The county voter registrar shall promptly cancel the voter's registration upon receipt of information regarding a felony conviction, per Section 16.031 of the Code, or may initiate an investigation of that voter, if the matching criteria which identified the voter as a potential felon resulted in what is considered to b-e a "weak match" (meaning some, but not all of the criteria used to identify voters matches a particular person).

TX_00019427
TEX00019427

MEMORANDUM
Page 4

### Election Contests

Voter registrars also update their voter registration lists to remove voters who have been held by a court of law not to be qualified voters. Per Section 16.004 of the Code, no later than ten days after the judgment in an election contest becomes final, the district clerk shall prepare an abstract of the judgment, including each disqualified person's name, and file it with all appropriate voter registrars. If a voter registrar receives such an abstract that affects a registered voter in its county, it retains a copy of the abstract on file with the affected voter's registration application. Id., §16.005.

### Voting Activity

Voter registrars are also privy to the updated address information provided by voters to election workers at their local polling place. When election workers begin qualifying a voter during early voting or on election day, they are instructed to inquire whether the voter has moved. If not, they proceed in qualifying the voter accordingly. If the voter indicates that he or she has moved, he or she must complete a Statement of Residence form to provide his or her new address before continuing the qualification process. These completed Statement of Residence forms are provided to the voter registrar following the election and used to update the necessary voter files. This process combines the voter's conduct of voting with the update of his or her information on the county level for future correspondence and elections.

Also, per Section 16.031(a)(4) and (a)(5) of the Code, a voter registrar shall cancel a voter's registration if they obtain notice that the voter has applied for a limited ballot in another county, or notice from a voter registration official in another state that the voter has registered to vote in another state.

### Duplicate Registration Information

The SOS has maintained the official list of registered voters through TEAM since January 1, 2007. Pursuant to the new workflow in a single statewide list, the SOS automatically cancels duplicate registrations when a strong match occurs between voters. For example, if a voter moves from Harris County to Travis County, the SOS will cancel that voter in Harris County if a strong match occurs between the two voters. A strong match is a match on:

    Last Name/Former Name, First Name and TDL **OR**
    Last Name/Former Name, First Name and 9 digit SSN **OR**
    Last Name/Former Name, First Name, 4 digit SSN and DOB

Potential duplicate voter registrations are identified by the SOS when there is no available driver's license or social security number. In the case of a weak match, the SOS sends the county voter registrars the data, and then the county voter registrars must send the voter a confirmation notice and response form. Id. § 16.031(a)(6). If the voter does not respond to the confirmation notice, then the voter's name is placed on the Suspense list.

### Jury Wheel Information, Citizenship

Per Section 62.113 of the Texas Government Code, the clerk of each court with the authority to summon a jury pool is responsible for maintaining a list of the name and address of each person who is excused or disqualified from jury service because he or she is not a citizen of the United States. On the third business day of each month, the clerk shall send a copy of each such list to

MEMORANDUM
Page 5

the voter registrar of the county. Per Section 16.0332 of the Code, after the voter registrar receives this list, they shall deliver to each registered voter on the list a written notice requiring the voter to submit proof of United States citizenship. Proof of citizenship may be in the form of: certified copy of voter's birth certificate, United States passport, certificate of naturalization, or any other form prescribed by SOS. The notice is to be delivered via forwardable mail to the mailing address on the voter's voter registration application. The registrar shall retain a copy of the notice mailed to the voter, and any proof of citizenship received from the voter, on file with the voter's voter registration application. If a voter fails to submit proof of citizenship within 30 days, the registrar shall cancel the voter's registration.

Per Section 62.114 of the Texas Government Code, the clerk of each court with the authority to summon a jury pool is responsible for maintaining a list of the names and addresses of each person who is excused or disqualified from jury service because he or she is not a resident of the county. On the third business day of each month, the clerk shall send a copy of this list to the voter registrar of the county. Upon receiving this list, the voter registrar shall notify each person on the list that he or she is being placed on the suspense list, due to his or her disqualification from jury service for nonresidence in the county. The notice must include instructions on how the voter may be removed from the suspense list and restored to active voter status.

Challenge Procedures for Voter Registration
The voter registrar or any registered voter in the county may challenge the voter registration of another voter if they have reason to believe that the voter is not eligible to vote in the county. Tex Elec. Code Ann. §§ 16.033, 16.091 (Vernon Supp. 2008). If the voter registrar initiates the challenge procedure based on their belief that the voter is not eligible, they must send the voter a written notice indicating that the voter's registration is being investigated. Id. § 16.033.

If another registered voter of the county initiates a challenge procedure based on the grounds of residence, the voter registrar must send a confirmation notice to the voter. Hearings are not permitted for voter registration challenges based on residence. Id. §§ 16.0921, 16.093. If the voter does not respond, then the voter's name is placed on the Suspense List, and the voter's name is purged after the expiration of two federal general elections.the four-year period. Id. § 16.0921.

If another registered voter of the county initiates a challenge procedure based on grounds other than residence, the voter registrar shall schedule a hearing on the challenge, to be conducted no later than 20 days after the challenging voter initiates the challenge by filing a sworn statement. Id. § 16.093. The voter shall be provided with written notice of the hearing which contains the date, time and location of the hearing, a brief explanation of the voter's right to appeal the registrar's decision, and a copy of the sworn statement of the grounds for the challenge. Id. § 16.094. A determination shall be made by the registrar promptly after the hearing, and the decision must be issued in writing. Id. § 16.095.

## Conclusion

The Texas Election Code provides for a variety of procedures to be conducted on the state and local levels to ensure the continuous update of information affecting voter registration status, to

MEMORANDUM
Page 6

enable consistent and accurate maintenance of state voter registration rolls. As ever, the safety and efficacy of voting in Texas remain our paramount concern.

~~doc/A-FinalMemos-Letters/2008/maintainVRfiles-2008~~

TX_00019430
TEX00019430

**From:** Ann McGeehan [AMcGeehan@sos.state.tx.us]
**Sent:** Monday, January 24, 2011 7:41 PM
**To:** Jennifer Fagan
**Subject:** Re: data

The only ethnic data SOS or any county voter registrar has is the number of voters that have Hispanic surnames because ethnicity is not requested on the voter registration application. We obtain a list of Hispanic surnames from the US Census and then run it against the state wide list of voters. It is not a perfect indicator, as some folks may have an Hispanic surname that are not Hispanic and vice-versa. I can get you the current number of Hispanic surname voters in the morning if you need it.

**From:** Jennifer Fagan <Jennifer.Fagan@senate.state.tx.us>
**To:** Ann McGeehan
**Sent:** Mon Jan 24 18:54:51 2011
**Subject:** data

Does the SOS or any of the local election officials collect ethnicity information on voters?


Jennifer Fagan
Committee Director/General Counsel
Senate Committee on State Affairs
Senator Robert Duncan, Chairman
(512) 463-0380 tele
(512) 463-0342 fax



EXHIBIT 185 6-18-14 McGeehan

HIGHLY CONFIDENTIAL

TX_00204754

HIGHLY CONFIDENTIAL
SSд.111

## Meredyth Fowler

| | |
|---|---|
| **From:** | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
| **Sent:** | Monday, January 31, 2011 9:28 AM |
| **To:** | Meredyth Fowler |
| **Cc:** | Elizabeth Winn; John Sepehri |
| **Subject:** | SB 14 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Just reviewed SB 14 as amended in the Senate, and Amendment No 8 allows a voter without required ID to vote a provisionally and sign an affidavit claiming that the voter has a religious objection to being photographed. The election authority does not need to confirm through any public records that the person does in fact have a religious objection. The affidavit serves as proof and the ballot is counted. A person could challenge the legitimacy of the affidavit through the courts or a losing candidate could challenge it in an election contest.

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871


EXHIBIT 192 McGeehan

others, making it the very first bill filed for the new session: HB 16. The bill requires one form of photo ID or two forms of non-photo ID in order to vote in Texas.

"Voter ID has got to be one of the top priorities of the legislature this session." Riddle said. "It passed in the House two session ago and was stalled by politics in the Senate. It passed in the Senate last year and then was stalled by politics in the House. There are no more excuses left this time around."

Seven other bills rounded out the first day of Riddle's early filings: HB 18, imposing sanctions for municipalities that allow "sanctuary cities;" HB 19, which seeks to imprison unlicensed drivers who cause serious accidents; HJR 16 and HB 23, which allow counties to set their own appraisal caps; HB 22, requiring all state agencies to determine and report their costs related to illegal aliens; HB 21, requiring school districts to report the number of illegal aliens attending their schools; and HB 20, increasing the penalty for burglary of a motor vehicle to a state jail felony. -30-

## Fwd: Voter ID & Highlights: OK to share?

From: Dan Patrick (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:17 PM
To: Logan Spence (loganspence@hotmail.com)

---------- Forwarded message ----------
From: Dan Patrick <danpatrick700@gmail.com>
Date: Tue, Jan 25, 2011 at 11:52 PM
Subject: Re: Voter ID & Highlights: OK to share?
To: Robin Lennon <kwteaparty@gmail.com>

sure--I actually thought I sent it to everyone on our list, so send the entire e-mail out---not the last one about campaign issues, state, etc, the first one I sent to you about e-mails, voter ID update etc.

On Tue, Jan 25, 2011 at 11:50 PM, Robin Lennon <kwteaparty@gmail.com> wrote:

> OK to pass along your update on Voter ID and Highlights (the part I made boldface) to my board and
> members after removing email address and comments directed to TPAC?
>
>
> Thanks,
>
> Robin
>
> From: Dan Patrick [mailto:danpatrick700@gmail.com]

**Sent:** Tuesday, January 25, 2011 11:36 PM
**To:** Robin Lennon
**Cc:** JoAnn Fleming; leslie.haight@beecreek.net; greg@teapartyconservative.com; philburton@sbcglobal.net; fcravens@houstontps.org; rgonzo8@verizon.net; sharonhall2755@sbcglobal.net; gpendergras1@borderappraisal.com; hagenbaks@aol.com; chuck@marketinganddata.com; tcorsaut@yahoo.com; julie@hounddogranch.com; katpierson@gmail.com
**Subject:** Re: Robin's NEW EMAIL ADDRESS & Fleming - Strategy

I sent each of you my private e-mail. Please feel free to contact me anytime. Please know during session it could be the next day, or very late, before I can respond, e.g we anticipate being on the floor between 11 am and maybe 4 or 5 am tomorrow on voter I.D. I can get a hundred or so e-mails behind pretty quickly. But, you all are very important and I will get back to you as soon as practical.

The only thing I ask is to always **blind copy** me to help keep my personal e-mail from accidentally getting out to a huge list. It's for you so we can stay in contact with each other.

Update on voter I.d Catherine Engelbrecht who trained volunteers to poll watch came in to testify on voter I.D tonight after waiting about 10 hours to testify, and did a great job. A Democrat asked her about these stories of voter intimidation and she firmly answered that it was the Democrat party that created these false reports and that the county attorney, a Democrat, found no evidence whatsoever of wrong doing by King Street Patriots.

We go back in session at 11 a.m. but because of a 24 hour rule to take up a bill on a another day, we cannot take up the voter I.D. bill again until 9:20 p.m tomorrow night (we adjourned at 9:20 tonight) There are 25 plus amendments and if each one averages 20 minutes to debate we could be there until 5-8am the next morning. We will get the bill voted out by Thursday sometime and pass it to the House.

Highlights of the bill:

1. If you 69 or under you must present a photo I.D to vote that is an official government photo

2. 70 and over you must have your voter registration with you.

3. If 69 or under and you do not have a photo with you, you will be able to vote a provisional ballot and then that person will have 6 days to bring a valid photo I.D.

I believe all of the Republicans have co-authored the bill, if not, all will vote for it and it will pass along party lines 19 to 12. Good thing we set aside the blocker bill, 21 vote rule to bring a bill to the floor, for this bill, or we would not be able to get it passed. As you know my goal was to change the 21 vote to either a simple majority, or to reduce the two thirds to 60%, similar to the U.S Senate. That would only require 19 votes to bring a bill to the floor. We have 19 Republicans.

Dan

On Tue, Jan 25, 2011 at 7:48 AM, Robin Lennon <kwteaparty@gmail.com> wrote:

Joann,

HIGHLY CONFIDENTIAL

TX_00010003

You are so focused, but going exactly where I believe we need to go. Please keep us all posted.

In order to keep all of TPAC's emails from getting lost in my overextended email box, I have created a new email address just for this group.

SHARON & ALL: Please change my email address to robin.tpac@gmail.com. Thank you.

Would you mind sending the candidates and potential candidates for KBH's seat as you have found them. If we have a website, could we also have a place in it where we could post various candidates and particulars about them and their histories that we know or discover, and substantiate as true?

That way we'll know who to cultivate and get to know so we can bring their names before our groups and familiarize ourselves and our members with CONSERVATIVE candidates who may be running.

I am very excited to be working with all of you and believe that for the first time in generations we may be able to make some positive change back toward more localized government.

Cordially,

Robin

Robin Lennon

Kingwood TEA Party

KWTEAParty@gmail.com

robin.tpac@gmail.com

832-748-8036



REMEMBER in NO-VEMBER!

HIGHLY CONFIDENTIAL

TX_00010004

JoAnn

I have researched the issues you sent me. Here is a brief follow up...

1. No more social services to illegals- under federal law illegals are not supposed to get Medicaid or Medicare or other non emergency service, but we know they do. It was not germane to SB 9 and Gov has not put this specific issue on the call.

2. Tracking and reporting costs of services for illegals- Health & Human attempts tracking it now, TDCJ (jails) collect it now, schools not allowed to ask

3. Ending in state tuition- Birdwell amendment that was pulled down before a vote. It is not germane to be brought up on sanctuary SB 9 and Gov has not put on the call

4. Mandating the use of e-verify- We have inquired about Nelson's bill, or a new bill, is not germane to SB 9 because it violates the two subject rule. We would need the Gov to specifically add this to the call. He has said in the past he supports E-verify. House has filed some bills as you noted, but unless Gov adds to the call they will not pass on the floor. (bills can be passed out of committee as TSA bill was today, but unless Gov puts on the call, it can't pass) We are talking to the Gov office about adding bills to the call.

5. Prohibiting sanctuary cities- in SB 9. We will pass that tonight

6. Prohibiting drivers' licenses to illegals- in SB 9. We will pass tonight

Issues you did not mention but have or will pass:

Secure communities in SB 9 requires all city and county jails to check legal status of anyone arrested. The largest county in the state, Harris, does verify the legal status of each inmate, but others do not.

Bills that passed during session that directly or indirectly impact illegal immigrants

1. HB 260 Hilderbran/Patrick: Enhances penalties & makes it easier to prosecute those who smuggle illegals into this country. (currently only 4 people out of 150,000 in Texas prisons have been prosecuted for this crime. This will make it easier to arrest and get a conviction

2. HB 1856 by Woolley/Patrick increases penalty on tampering with witnesses (this is an issue with gang related crimes)

3. SB 14. Photo Voter ID

4. SB 24 Van De Putte/Patrick enhances penalties on human trafficking

5. SB 844/Hunter Enhancing penalties for the offense of escaping from custody (those who run from the police)

There may bee other bills that passed that address this issue on some level, but these are the ones I'm personally familiar with as I either was an author, sponsor, co-sponsor or co-author on.

I have not heard back on your possible appointment. Governor is on the road.

Dan

## Fwd: VIDEO: LET'S VOTE STRAUS OUT OF THE TEXAS HOUSE -- 5.24.11

From: Dan Patrick (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:48 AM
To: Logan Spence (loganspence@hotmail.com)

---------- Forwarded message ----------
From: Donna Garner <donnaggarner@gmail.com>
Date: Tue, May 24, 2011 at 6:15 PM
Subject: VIDEO: LET'S VOTE STRAUS OUT OF THE TEXAS HOUSE -- 5.24.11
To: Donna Garner <wgarner1@hot.m.com>

"Video: Let's Vote Straus out of the Texas House"

by Donna Garner

Hotmail Print Message
Case 2:13-cv-00193 Document 666-25 Filed on 11/11/14 in TXSD Page 14 of 14
PL328
9/2/2014
2:13-cv-00193
Page 1 of 1

---------- Forwarded message ----------
From: JoAnn Fleming <jafleming3@juno.com>
Date: Wed, Jun 15, 2011 at 2:45 PM
Subject: Fleming reply Re: amendments to SB 9 and other issues
To: danpatrick700@gmail.com

You could be right about the next Pres. Dan, thank you for putting in the good word for us. You made it happen, and we appreciate it greatly.

The Advisory Committee is supposed to meet in Austin on Sunday, June 26 @ 2 PM. If you are still in Austin, you are welcome to come by and tell us what's on your mind. We'd love to have you join us for either the first part or the second half of our meeting. We have not yet decided on a place, but I can get that to you.

All the best,

JoAnn

**JoAnn Fleming, Executive Director (volunteer)**
**Grassroots America - We the People** www.gawtp.com
(903) 894-7204 home office or (903) 360-2858 cell
"I love the man that can smile in trouble, that can gather strength from distress, and grow brave by reflection. 'Tis the business of little minds to shrink; but he whose heart is firm, and whose conscience approves his conduct, will pursue his principles unto death." --Thomas Paine, The Crisis, 1776
*Who is John Galt?*

Where applicable, a political advertisement paid for by the GAWTP PAC, PO Box 130012, Tyler, TX 75713, Jimmie Taylor, PAC Treasurer.

---------- Original Message ----------
From: Dan Patrick <danpatrick700@gmail.com>
To: JoAnn Fleming <jafleming3@juno.com>
Subject: Re: amendments to SB 9 and other issues
Date: Wed, 15 Jun 2011 10:41:52 -0500

Glad it got worked out. You may be meeting with the next Pres

Sent from my iPhone

On Jun 15, 2011, at 1:50 PM, "JoAnn Fleming" <jafleming3@juno.com> wrote:

> Dan, was in meeting last night with candidate for state rep. Too late to return your call. Thanks for these specifics. It helps us know how to handle meeting w/Gov which is being scheduled for Tues June 28. JoAnn
>
> **JoAnn Fleming, Executive Director (volunteer)**
> **Grassroots America - We the People** www.gawtp.com
> (903) 894-7204 home office or (903) 360-2858 cell
> "I love the man that can smile in trouble, that can gather strength from distress, and grow brave by reflection. 'Tis the business of little minds to shrink; but he whose heart is firm, and whose conscience approves his conduct, will pursue his principles unto death." --Thomas Paine, The Crisis, 1776
> *Who is John Galt?*
>
> Where applicable, a political advertisement paid for by the GAWTP PAC, PO Box 130012, Tyler, TX 75713, Jimmie Taylor, PAC Treasurer.
>
> ---------- Original Message ----------
> From: Dan Patrick <danpatrick700@gmail.com>
> To: Joanne Fleming <jafleming3@juno.com>
> Subject: Fwd: amendments to SB 9 and other issues
> Date: Tue, 14 Jun 2011 20:18:00 -0500


EXHIBIT 1
Deponent Patrick
Date 7/11/14 Rptr. JN

HIGHLY CONFIDENTIAL

TX_00009976