PL329
9/2/2014
2:13-cv-00193

Wgarner1@hot.rr.com



## first batch

From: **Dan Patrick** (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:49 AM
To: Logan Spence (loganspence@hotmail.com)

Logan,

I sent you the first batch of anything I had that mentioned Voter ID. Let me know how many your received as the internet signal is not the best at sea. I will send more later.

Don't forget to include any e-blasts, or Capital updates we sent out that mentioned Voter ID

Thanks
Dan

## Fwd: Folow up on meeting and In Georgia, a Victory for Citizenship Verification

From: **Dan Patrick** (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:55 AM
To: Logan Spence (loganspence@hotmail.com)

---------- Forwarded message ----------
From: **Dan Patrick** <danpatrick700@gmail.com>
Date: Sun, Aug 29, 2010 at 12:04 AM
Subject: Folow up on meeting and In Georgia, a Victory for Citizenship Verification
To: Brian and Mel Birdwell <brianandmelbirdwell@msn.com>, Dan Patrick <danpatrick700@gmail.com>, Duelle <bobdeuell@tx.rr.com>, Estes <cestes@estesinc.com>, Florence Shapiro <florenceshapiro@hotmail.com>, "glennhegar@aol.com" <glennhegar@aol.com>, Jane Nelson <7nelsons@sbcglobal.net>, Jeff Wentworth <jwentworth@austin.rr.com>, Joan Huffman <jlawyer119@aol.com>, John Carona <jcarona@associaonline.com>, Kel Seliger <kseliger@lakesteel.com>, Kelvin Eltife <kptyl@aol.com>, Mike Jackson <mike.jackson@forcecorp.net>, "opie@cdmlaw.com" <opie@cdmlaw.com>, Robert Nichols <rnichols55@aol.com>, "steveogden@ogdenresources.com" <steveogden@ogcenresources.com>, "tommy_williams@usa.net" <tommy_williams@usa.net>, Troy Fraser <tfraser@nctv.com>

Senators,

I thought our two days was very beneficial and look forward to the next meeting. We accomplished a lot, learned a lot, and as a good friend of mine likes to say, we got a few skunks out on the table and discussed in a frank and candid manner. I know we all greatly appreciate Bob putting this together.

As to the discussion at breakfast about Independent Conservative group, I thought the ideas suggested by Fraser, Duncan, Eltife, Huffman and others, and accepted by me, will only make the group stronger. "A man who seeks the wise council of others leads to greater wisdom on his part,"......somebody must have said this, and if not, they should have.

In view of our discussion on voter I.D and immigration, several of you mentioned you thought that the two issues were one in the same,

HIGHLY CONFIDENTIAL

TX_00009987

or at a minimum connected. I think this story out of Georgia makes that point.

Dan

### In Georgia, a Victory for Citizenship Verification

Link: http://www.nationalreview.com/corner/244949/georgia-victory-citizenship-verification-hans-von-spakovsky

By Hans A. von Spakovsky                                                                August 27, 2010 11:04 A.M.

Last week brought good news for those of us who believe that illegal aliens and non-citizens shouldn't be violating federal and state laws that prohibit them from registering and voting with impunity. The Justice Department agreed to settle a federal lawsuit filed by the State of Georgia (*Georgia v. Holder*) that will allow Georgia to verify the citizenship status of newly registered voters.

Georgia filed the lawsuit in June because the DOJ objected to the state's verification procedures, calling Georgia's process "seriously flawed" and claiming it would have a disparate impact on minority voters. Because Georgia is covered by Section 5 of the Voting Rights Act, it cannot make any change in its voting laws and procedures without first getting the approval of the Civil Rights Division, the most notoriously partisan division in the Justice Department.

There's an irony here: By verifying citizenship, Georgia was simply implementing another federal law, the Help America Vote Act of 2002, which requires states to verify the accuracy of voter registration information.

The Justice Department had not even filed an answer to the complaint before it agreed to settle. When the Voting Section of the Civil Rights Division first objected to Georgia's verification process, sources told me that it had virtually no supporting evidence. Instead, the objection was driven by the ideology of the lawyers handling the Section 5 review process, including Deputy Chief Bob Berman. They wanted to please their allies in the liberal advocacy world, such as the Mexican American Legal Defense Fund and La Raza, which object to such verification and were gambling that Georgia would just accept the objection. They were very worried that if Georgia sued, the Division would lose the case in court.

Apparently, the Justice Department lawyers handling the case were so eager to settle that they agreed to approve Georgia's verification process after the state agreed to make a trivial change in its procedures. In fact, the Division precleared the new procedure under Section 5 within a day of receiving the submission from Georgia and has now asked the federal court (in conjunction with Georgia) to dismiss the lawsuit.

The minimal change made by Georgia and accepted by DOJ was just a face-saving measure to allow the Justice Department lawyers to claim that Georgia has corrected the supposedly "discriminatory" problems in its verification process. Consider an amusing motion objecting to the preclearance and the dismissal filed by the Georgia Association of Latino Elected Officials and Concerned Black Clergy of Atlanta. The motion says these organizations intervened "because the position of the United States [on Section 5 matters] is subject to change, sometimes very suddenly." The motion complains about the Justice Department approving Georgia's "changed" verification process within one day of receiving it, particularly because the supposedly changed procedure is "substantially similar" to what Justice originally found objectionable.

The motion filers are correct: Justice changed its mind *very* suddenly when faced with a lawsuit demanding that it produce evidence that the citizenship-verification process was somehow "discriminatory." And it ended up preclearing a verification process virtually indistinguishable from Georgia's original procedures.

Unfortunately, this saga is not yet over, but Georgia has certainly won the first round, demonstrating how successful states can be when they have the courage to fight completely unjustified actions taken by the Civil Rights Division.

But the second round is coming soon. While this case involved verifying the citizenship of registered voters, Georgia also passed a new law recently that requires anyone registering to vote to provide proof of citizenship before the registration will be processed. Most likely, Georgia will file a lawsuit to ask a judge to declare this law acceptable under Section 5 rather than submit themselves to the ideological and partisan vagaries of an administrative review by the Civil Rights Division. They should win that lawsuit as well — assuming DOJ doesn't fall over itself to settle the suit as soon as it's filed.

---

More on this subject if interested:

John Fund, WSJ: http://online.wsj.com/article/SB10001424052748704147804575455672011604734.html?mod=googlenews_wsj

---

ELECTION LAW BLOG
by Rick Hasen

### Joint Motion to Dismiss in Ga. v. Holder Section 5 Case; MALDEF and LDF Want to Intervene

Via Dan Tokaji and Moritz comes this joint motion to dismiss from DOJ and the state of Georgia and this motion to intervene from civil

rights organizations opposed to dismissal. Very interesting developments, about which I hope to hear more from those who know the back story.

Posted by Rick Hasen at 12:18 PM

## Fwd: Don't talk about Dewhurst killing Voter Photo ID????

From: **Dan Patrick** (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:09 PM
To: Logan Spence (loganspence@hotmail.com)

---------- Forwarded message ----------
From: **Dan Patrick** <danpatrick700@gmail.com>
Date: Wed, Oct 15, 2008 at 1:42 AM
Subject: Re: Don't talk about Dewhurst killing Voter Photo ID????
To: Edd Hendee <eddchendee@gmail.com>

I'll buy next week one day...

On Tue, Oct 14, 2008 at 6:19 AM, Edd Hendee <eddchendee@gmail.com> wrote:

> With all the stories of voter fraud, dead people voting in Harris County, ACORN nationwide....and I can't explain why our votes are not protected?
>
> This one is going to cost you lunch as you explain it to me. :-)
>
> Edd
>
> --
> Edd C. Hendee
> eddchendee@gmail.com

## Fwd: Voter ID Was a Success in November

From: **Dan Patrick** (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:11 PM
To: Logan Spence (loganspence@hotmail.com)
    1 attachment
    wsj_print.gif (2.1 KB)

---------- Forwarded message ----------
From: **AJ** <a12j02@sbcglobal.net>
Date: Sat, Jan 31, 2009 at 5:48 PM
Subject: Voter ID Was a Success in November
To: Dan Patrick <danpatrick700@gmail.com>

Dan,
I'm sure you have seen this, but if not here it is. This is an important article with strong implications for Texas. It was in Friday's WJS.
A J

HIGHLY CONFIDENTIAL

TX_00009989

## THE WALL STREET JOURNAL.
WSJ.com

- JANUARY 30, 2009

### Voter ID Was a Success in November

**Turnout was higher in states that took a simple step to prevent fraud.**

By HANS VON SPAKOVSKY

Remember the storm that arose on the political left after the U.S. Supreme Court upheld the constitutionality of Indiana's voter ID law last April? According to the left, voter ID was a dastardly Republican plot to prevent Democrats from winning elections by suppressing the votes of minorities, particularly African-Americans.

Since the election of Barack Obama, we haven't heard a word about such claims. On Jan. 14, the federal appeals court in Atlanta upheld Georgia's voter ID law.

The reasons for the silence about alleged voter suppression is plain. In the first place, numerous academic studies show that voter ID had no effect on the turnout of voters in prior elections. The plaintiffs in every unsuccessful lawsuit filed against such state requirements could not produce a single individual who didn't either already have an ID or couldn't easily get one.

Second are the figures emerging from the November election. If what liberals claimed was true, Democratic voters in states with strict photo ID requirements would presumably have had a much more difficult time voting, and their turnout dampened in comparison to other states. Well, that myth can finally be laid to rest.

The two states with the strictest voter ID requirements are Indiana and Georgia. Both require a government-issued photo ID. According to figures released by Prof. Michael McDonald of George Mason University, the overall national turnout of eligible voters was 61.6%, the highest turnout since the 1964 election.

The Joint Center for Political and Economic Studies (JCPES) found that black turnout in the 2008 election was at a historic high, having increased substantially from 2004. The total share of black voters in the national vote increased from 11% to 13% according to exit polls, with 95% of blacks voting for Mr. Obama.

So what happened in Georgia where the ACLU, the NAACP and other such groups claimed the state's photo ID law was intended to depress black turnout? According to figures released by Curtis Gans at American University, Georgia had the largest turnout in its history, with nearly four million voters. The Republican turnout was up only 0.22 percentage points; the Democratic turnout was up an astonishing 6.1 percentage points, rising from 22.66% of the eligible voting population to 28.74% of the eligible population.

The overall turnout in Georgia increased 6.7 percentage points from the 2004 election -- the second highest increase in turnout of any state in the country. According to the JCPES, the black share of the statewide vote increased in Georgia from 25% in the 2004 election, when the photo ID law was not in effect, to 30% in the 2008 election, when the photo ID law was in effect.

By contrast, the Democratic turnout in the neighboring state of Mississippi -- which has no voter ID requirement but also has a large black population similar to Georgia's -- increased by only 2.35 percentage points.

In Indiana, which the Supreme Court said had the strictest voter ID law in the country, the turnout of Democratic voters in the November election increased by 8.32 percentage points. That was the largest increase in Democratic turnout of any state in the country. The increase in overall turnout in Indiana was the fifth highest in the country, but only because the turnout of Republican voters actually went down 3.57 percentage points. The nearby state of Illinois (no photo ID requirement) had an increase in Democratic turnout of only 4.4 percentage points -- nearly half Indiana's increase.

Of course, the decline in Republican turnout and huge increase in Democratic turnout in Indiana matched what happened elsewhere, and explains why Mr. Obama won. Republican turnout nationwide declined 1.3 percentage points from the 2004 election, while Democratic turnout increased 2.6 percentage points.

The JCPES predicts that when the final turnout numbers are in for the 2008 election, black turnout will probably reach a historic high of almost 67% and likely surpass white turnout for the first time. All at a time when about half of the states have passed various forms of voter ID requirements, including two states with strict photo ID laws.

HIGHLY CONFIDENTIAL

TX_00009990

Page 1 of 1

PL330
9/2/2014
2:13-cv-00193





http://www.danpatrick.org/wp-content/uploads/2014/02/DP_FP_Invasion1.jpg        7/9/2014

test

| | |
|---|---|
| From: | LOGAN SPENCE [loganspence@hotmail.com] |
| Sent: | Thursday, May 10, 2012 2:38 PM |
| To: | Logan Spence |
| Subject: | FW: Voter I D. |

Date: Wed, 9 May 2012 00:28:17 -0500
Subject: Fwd: Voter I D.
From: danpatrick700@gmail.com
To: loganspence@hotmail.com

---------- Forwarded message ----------
From: **Danpatrick** <danpatrick700@gmail.com>
Date: Thu, Feb 24, 2011 at 11:45 AM
Subject: Voter I D.
To: "catherine@kingstreetpatriots.org" <catherine@kingstreetpatriots.org>

I had an opportunity to get a clarification today from Senator Patrick on the amendment that passed 31-0 on the Senate Photo voter I. D.

Catherine,

The amendment exempted disabled voters from having a photo I.D If they vote in person. As you know, currently any person can simply check a box saying they are disabled and cast their vote by mail. However, there are some voters who are disabled who prefer to vote in person, but who do not have a CHL, a military I.D., or a drivers license.

In addition, there are 77 counties that do not have a DPS office. DPS is the location where voters, without any photo identification, can go to get a free photo I.D. Some disabled voters may not be able to travel great distances to get their free photo I.D., but who can travel a few short blocks to their local precinct to vote in person. The purpose of the amendment was to address that issue, as well as any disabled person, in any area, who does not have a photo I. D and who would face an undue burden to get one in order to vote. Even in that circumstance that voter would need a letter from a doctor verifying they are disabled to qualify to vote without a photo.

The number of 500,000 people, who have a hangar for their car to park in handicapped spaces, with few exceptions, already have a drivers license with a photo. The intent of the amendment would not be to exempt those voters, because they already have a photo and therefore do not need the exemption. This language can be clarified moving through the legislative process as the Senate and House work on the final language.

After many years of trying we will finally have one of the best voter I. D bills in the country. We must also be sure we pass a bill that will survive any possible court challenges that may come. We have worked hard to ensure all voters have an equal opportunity to vote. I believe we have done so. This issue is part of that process. I hope this clarifies this issue.

I appreciate the great work of Kingstreet Patriots. Your work underscored how important this issue is.
Senator Dan Patrick

Catherine if you want to add a line about how I am one of your strongest allies and how I am always open on the radio and in office to bring transparency to issues - I will leave to you

1

HIGHLY CONFIDENTIAL

TX_00261256

Thanks and call me anytime- few people have my personal e-mail and cell. I gave it to you so you can stay informed and ask questions

P.s. Please do a spell and grammar check on my response. I don't have time to do so

HIGHLY CONFIDENTIAL

TX_00261257

test

| | |
|---|---|
| From: | LOGAN SPENCE [loganspence@hotmail.com] |
| Sent: | Thursday, May 10, 2012 2:38 PM |
| To: | Logan Spence |
| Subject: | FW: Voter I.D disabled persons exemption explanation |

Date: Wed, 9 May 2012 00:29:08 -0500
Subject: Fwd: Voter I.D disabled persons exemption explanation
From: danpatrick700@gmail.com
To: loganspence@hotmail.com

---------- Forwarded message ----------
From: **Dan Patrick** <danpatrick700@gmail.com>
Date: Tue, Feb 1, 2011 at 12:44 AM
Subject: Voter I.D disabled persons exemption explanation
To: Paul Bettencourt <PBettencourt@btanow.com>

Paul   - Confidential   **NOT FOR DISCUSSION ON AIR**--except if asked a short comment that disabled people can still vote by mail by checking off a box as they do now, and this is an area likely to be closely reviewed by the DOJ and courts.  We wouldn't want the bill to be thrown out because of this issue.   **I WOULD NOT BRING UP UNLESS ASKED.**

**DO NOT FORWARD E-MAIL   JUST DISCUSS THE HIGH POINTS --THANKS**

My office got a long call from Hammerline and Ed Johnson today about the amendment on disabled being exempted from photo I.D.  Paul, please call these guys and ask them to relax and not make this an issue.

Here's the bottom line.  If we did not give this exemption the courts would likely strike down our law.  If we place any undue burden on anyone trying to vote we may lose in court.  Our bill is similar to Indiana law that was approved by the courts.  They have this clause in their bill, plus religious exemptions.  (there is a community of Mennonites in Indiana who don't believe in photographs)

Here is the deal on the disabled in Texas.

1. If a person does not have a drivers license, CHL, passport, or military ID, they must get an official I.D from the closest DPS office.  They have to go there for a photo. Many disabled person would not have one of those 3 forms of I.D.

2. 77 counties in Texas do not have a DPS office,  Therefore, a disabled person may be able to get a ride to their local precinct, but not a ride over 75 miles if they live in one of these counties to get the photo I.D   It could even be a burden in a suburban or urban area.  e.g there is not a single DPS office inside the loop.

3. For a disabled person to get an exemption from voting in person without a photo they must send in a letter from a doctor to the voting registrar and sign, subject to perjury, that they are disabled.  No large groups are going to try to take advantage of this exemption.

4. As you know currently all a person has to do is check a box that they are disabled to get a mail in ballot. They can still do that.

Summary,

1

We had to add this to insure that the courts would not strike down our bill. Secondly, its the right thing to do for someone who is severely disabled, who would have a burden to travel a long distance to get a photo at the nearest DPS. Thirdly, we are not talking about that many disabled people. Most vote by mail, which is an entire different issue we need to address separately.

So, please call Stan, George and Ed and explain. They don't need to be stirring up the pot saying this needs to be out of the bill. Let's celebrate a big victory with one of the best photo voter I.D bills in the country and not be complaining about this issue. Let's not sacrifice a very good bill for perfect-especially if perfect for some gets us thrown out by the courts.

Thanks
Dan

HIGHLY CONFIDENTIAL

TX_00261259



# DAN PATRICK
### SENATOR ★ DISTRICT 7

FOR IMMEDIATE RELEASE  
October 16, 2008

Contact: Logan Spence  
Phone: (512) 463-0107 or (512) 461-3448

## SENATOR PATRICK ANNOUNCES VOTER INTEGRITY INITIATIVE
*Recent voter registration activities illustrate the need to better protect our most cherished right*

AUSTIN – Senator Dan Patrick (R-Houston) is announcing his intent to file legislation that will clean up the voter registration process in Texas.

Senator Patrick intends to file a bill this upcoming legislative session that will impose significant fines and penalties on deputy voter registrars that file more than one duplicate voter registration application. The bill will also require the termination of their appointment.

Recent reports from Harris County Voter Registrar Paul Bettencourt state that the organization known as ACORN submitted 35,000 applications, about half of which were rejected. 3,800 of those applications were rejected as duplicates.

"Today, the integrity of our elections is under attack by organizations with an agenda," stated Senator Patrick. "If the legislature fails to adopt even these simple protections, our most cherished right will be auctioned to the highest bidder."

"Current law does not address the situation that we face today, where people are getting paid to submit voter registration applications that are incomplete or duplicative," said Senator Patrick. "My legislation will give voter registrars the ability to terminate the appointment of a deputy voter registrar who negligently submits duplicative voter registration applications."

"This situation illustrates the critical need for a voter identification law in Texas," said Patrick. Senator Patrick was a strong proponent of the voter identification bill that died in the Senate in 2007. He will continue to support that effort as another important step toward protecting the integrity of the ballot box.

-30-

State Capitol ★ Room 3S.3 ★ Austin, Texas 78711 ★ (512) 463-0107 ★ (512) 463-8810 (fax)  
District Office ★ 11451 Katy Freeway, Suite 209 ★ Houston, Texas 77079 ★ (713) 464-0282 ★ (713) 461-0108 (fax)

TX_0001070  
**TEX00010709**


Case 2:13-cv-00193   Document 667-1   Filed on 11/11/14 in TXSD   Page 11 of 13

PL334
9/2/2014
2:13-cv-00193

# DAN PATRICK
### SENATOR ★ DISTRICT 7

FOR IMMEDIATE RELEASE  
May 26, 2007

Contact: Court Koenning  
Phone: (512) 463-0107 or (713) 876-4444

## SENATOR PATRICK: "HOUSE ANTICS KILLS VOTER IDENTIFICATION"

*An opportunity presented itself to amend HB 2823 with voter identification language; House insurgent's tactics advance personality disputes over the people's business*

**AUSTIN** – Senator Dan Patrick (R-Houston) this afternoon revealed a plan to amend HB 2823 with voter identification language from HB 218. The voter identification bill, HB 218, was killed after weeks of delay tactics by Senate Democrats. Had the Texas House's coup D'etat attempt not prevented consideration of the amended HB 2823, the Texas Senate would soon be debating the merits of voter identification.

Upon the demise of the plan, Senator Patrick offered the following statement:

"The actions in the Texas House in the last 48 hours has prevented the majority from advancing on an opportunity to move voter identification forward in the Texas Senate. Lt. Governor David Dewhurst signed off on the plan and we collected enough signatures on the conference committee report to move forward. It became obvious the House insurgents, made up of a handful of Republicans and nearly all the Democrats, were intent on stopping anything advanced by conservatives.

"We are witnessing the sacrificing of significant legislation so as to advance individual member's personality disputes. This will not end should Speaker Craddick be removed, as opponents of the next Speaker will be embolden by the actions of these insurgents. Speaker elections happen in the first days, not the final days of a legislative session. While these insurgents play politics with parliamentary procedure, points of order and personalities, the people's business suffers.

"When opponents demand proof of illegal voting, I point them to the fact the 'Texas Railroad Killer' (Angel Resendez Ramirez) voted at least twice under various assumed names. And because the games of these House insurgents, we can't prevent others who seek to manipulate our election system by voting under false pretenses."

In addition to the voter identification legislation, Senator Patrick released a list of other Senate bills killed by the actions of the House insurgents. That list is attached to this release.

###



State Capitol ★ Room 3S.3 ★ Austin, Texas 78711 ★ (512) 463-0107 ★ (512) 463-8810 (fax)  
District Office ★ 11451 Katy Freeway, Suite 209 ★ Houston, Texas 77079 ★ (713) 464-0282 ★ (713) 461-0108 (fax)

CONFIDENTIAL

LEG00000033

4/15/2009

«Mailing_Name»
«Title»
«Business_Department»
«Business_Name»
«Address_Line_1»
«Address_Line_2»
«Address_Line_3»
«City_State_Zip»

Dear «Salutation»:

Thank you for your letter regarding the need for voter identification legislation. During the past legislative session, HB 218 would have required voters to present proof of identification in order to vote in an election. Despite passage in the House, this measure died in the Senate by a vote of 20-11. The vote was made directly along party lines with all Republicans voting in favor of the bill and all Democrats voting against it.

After this bill died, I championed again to change the 2/3rds rule that requires a supermajority of the senator s to vote in favor of a measure to secure its passage. This unnecessarily burdens the system and fails to represent the will of the people. Such was the case involving HB 218.

This session, Senate Bill 362, to require a voter to present proof of identification, was passed in the Senate after the 2/3rds rule was changed for this particular bill that is now waiting to be heard in the House.

If you have additional questions about other legislation being considered during this legislation session, be sure to check the following website to see where bills are in the process and for more information about the bills:
www.capitol.state.tx.us

If you have any questions, please contact my office, and my staff will be happy to assist you. It is an honor to serve you in the Texas Senate.

May God bless,

DP/ap



CONFIDENTIAL

LEG00000042



**Moving Forward**

February 24, 2011 - Issue 2

There has been a whirlwind of activity since our last newsletter. Here's a quick look at what has already passed the Senate:

- Voter Photo ID - Co-Author
- Eminent Domain - Co-Author (additional property rights protection)
- Sonogram - Author (see below)
- Resolution Requiring a Federal Balanced Budget - Co-Author

I have authored several bills so far covering many critical issues for Texans. Below I have listed some of my key bills addressing criminal justice issues as well as military voting rights.



Sen. Patrick with CFISD FFA students on FFA Day at the Capitol

Click to see all the bills I have filed

First let me thank my colleagues and so many of my fellow citizens for helping with the passage of my Sonogram Bill, SB 16, in the Senate. I am encouraged that women in Texas may finally have the opportunity to be fully informed before making the life-changing decision of having an abortion.

**DWI Stats**

Learn how to follow bills online

**Military Ballots**

**Military Ballot (SB 904):**

- Ensures that military and other persons temporarily

- In 2009 Harris County had the most DWI related or alcohol related fatalities per capita for the top 10 largest populations in the U.S. Four fatalities per 100,000 residents.*

- In 2009 Harris County had 12,217 DWI cases**



Δ π EXHIBIT 12C
Deponent Patrick
Date 7/11/14 DS Rptr.
WWW.DEPOBOOK.COM

http://by159w.bay159.mail.live.com/mail/PrintMessages.aspx?cpids=0fcc160f-7961-11e1-...   3/30/2012

HIGHLY CONFIDENTIAL

TX_00010024