Reasoning

PL343
9/2/2014
2:13-cv-00193

DPS HOME    SERVICES    EMPLOYMENT    ABOUT US



Enter Text Below
Search DPS

# Election Identification Certificate (EIC)

Espanol

Texas voters must show a photo ID to vote in elections in Texas, unless you are exempt (see "Exemptions" below).

If you do not have any of the following acceptable forms of ID, beginning June 26, 2013, you may apply for an Election Identification Certificate (EIC) at no charge. However, if you already have any of the following forms of ID, you are not eligible for an EIC:



> Texas driver license—unexpired or expired no longer than 60 days at the time of voting

> Texas personal identification card—unexpired or expired no longer than 60 days at the time of voting

> Texas concealed handgun license—unexpired or expired no longer than 60 days at the time of voting

> U.S. passport book or card—unexpired or expired no longer than 60 days at the time of voting

> U.S. Military identification with photo—unexpired or expired no longer than 60 days at the time of voting

> U.S. Citizenship Certificate or Certificate of Naturalization with photo

The list of driver license offices open the following Saturdays: May 10, 17 & 24, 2014, from 10 a.m. – 2 p.m., for Election Identification Certificates ONLY can be found **here**.

Texans may also obtain an EIC at **certain locations in select counties** and **DPS mobile station locations** throughout the state.

### Exemptions

If you are voting by mail, you do not need to submit a photo ID.

If you have a documented disability, you may apply at your **county voter registrar** for a permanent exemption from the photo ID requirement. If approved, you will not need a photo ID to vote.

△ π EXHIBIT
Deponent
Date ___ Rptr ___
WWW.DEPOBOOK.COM

For more information on the types of exemptions available, please visit your **county voter registrar** or the **Texas Secretary of State**.

## How to Apply

To apply for an EIC, visit a driver license office and complete an **Application for Texas Election Certificate (DL-14C) (PDF)**.

**Driver License & ID Card**

To qualify for an EIC, you must:

Driver License Home
Renew
Change Address
Office Locations
Mega Centers
Customer Service Center

**Bring documentation** to the office to verify your **U.S. Citizenship**

**Bring documentation** to the office to verify your **Identity**

Be eligible to vote in Texas (**Bring your valid voter registration card to the office**, or submit a voter registration application through the Texas Department of Public Safety at the office)

Be a Texas resident

Be 17 years and 10 months or older

The information on the documents, such as name and date of birth, must all match. If the name is different on each document, then the individual must provide documents that verify a legal name change. If other information on the document is different, speak with a Customer Service Representative for assistance.

If you are using a name other than what is on your birth certificate, (example: married name), you will be required to show legal documentation of name change. **Documents must be original or certified copy. No photocopies can be accepted**.

Acceptable documents:

1. Marriage license
2. Divorce decree
3. Court ordered name change

## Expiration and Use

An EIC is valid for six years. There is no expiration date for certificates issued to citizens 70 years of age or older.

Election Identification Certificates may only be used to vote and do not replace a Texas **driver license** or **ID card**. In addition, an EIC will not be accepted to verify **identity** when applying for a Texas driver license or ID card.

## Statutory Authority

The Texas Election Code 63.001(b) requires a photo ID in order to vote in Texas. The Texas Transportation Code, Chapter 521A and 37 Texas Administration Code, Sections 15.181-185, authorizes DPS to issue Election Identification Certificates.

**Note:** links to [PDF] files require Adobe Reader or another PDF viewer.

| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

Westlaw.



Texas Administrative Code Currentness
Title 37. Public Safety and Corrections
Part 1. Texas Department of Public Safety
Chapter 15. Driver License Rules
→ Subchapter L. Election Identification Certificate
→ § 15.181. Eligibility for Election Identification Certificate

(a) An applicant must be at least 17 years and 10 months of age in order to apply for an election identification certificate.

(b) An applicant must affirm that the person is obtaining the certificate for the purpose of satisfying Election Code, § 63.001(b) and does not have another form of identification described by Election Code, § 63.0101.

(c) An applicant must:

(1) Be a registered voter in this state and present a voter registration card issued to the individual; or

(2) Be eligible for voter registration under Election Code, § 13.001 and submit an application for voter registration.

(d) An applicant who has been issued any of the following documents is not eligible to receive an election identification certificate:

(1) A driver license, election identification certificate, or personal identification certificate issued by the department that has not expired or that expired no earlier than 60 days before the date of application;

(2) A United States military identification card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of application;

(3) A United States citizenship certificate issued to the person that contains the person's photograph;

(4) A United States passport issued to the person that has not expired or that expired no earlier than 60 days before the date of application; or

(5) A license to carry a concealed handgun issued to the person by the department that has not expired or that expired no earlier than 60 days before the date of application.

→ § 15.182. Identification of Applicants

An applicant for an election identification certificate must provide documents satisfactory to the department. All documents must be verifiable.

(1) An original applicant for an election identification certificate must present:

(A) One piece of primary identification;

(B) Two pieces of secondary identification; or

(C) One piece of secondary identification plus two pieces of supporting identification.

(2) Primary Identification. A Texas driver license or personal identification card issued to the

person that has been expired for 60 days and is within two years of expiration date may be presented as primary identification.

(3) Secondary identification. These items are recorded governmental documents (United States, one of the 50 states, a United States territory, or District of Columbia):

(A) Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency;

(B) Original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad);

(C) Original or certified copy of court order with name and date of birth (DOB) indicating an official change of name and/or gender; or

(D) U.S. citizenship or naturalization papers without identifiable photo.

(4) Supporting identification. The following items consist of other records or documents that aid examining personnel in establishing the identity of the applicant:

(A) voter registration card;

(B) school records;

(C) insurance policy (at least two years old);

(D) Texas vehicle or boat title or registration;

(E) military records;

(F) unexpired military dependant identification card;

(G) original or certified copy of marriage license or divorce decree;

(H) Social Security card;

(I) pilot's license;

(J) unexpired photo DL or photo ID issued by another (United States) state, U.S. territory, the District of Columbia;

(K) expired photo DL or photo ID issued by another (United States) state, U.S. territory, or the District of Columbia that is within two years of the expiration date;

(L) an offender identification card or similar form of identification issued by the Texas Department of Criminal Justice;

(M) forms W-2 or 1099;

(N) Numident record from the Social Security Administration;

(O) expired Texas driver license or personal identification certificate (expired more than two years);

(P) professional license issued by Texas state agency;

(Q) identification card issued by government agency;

(R) parole or mandatory release certificate

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

issued by the Texas Department of Criminal Justice;

(S) federal inmate identification card;

(T) federal parole or release certificate;

(U) Medicare or Medicaid card;

(V) Selective Service card;

(W) immunization records;

(X) tribal membership card from federally recognized tribe;

(Y) Certificate of Degree of Indian Blood;

(Z) Veteran's Administration card;

(AA) hospital issued birth record; or

(BB) any document that may be added to § 15.24 of this title (relating to Identification of Applicants) other than those issued to persons who are not citizens of the U.S.

### → § 15.183. Application Requirements

(a) An application for an election identification certificate must include:

(1) the applicant's full name:

(A) A married woman may use her maiden name or she may adopt the surname of her husband or the surname of a previous husband. No name will be used that has

not been documented. Middle names will not be substituted for first names. Three full names will be used, unless the applicant does not have three names, including the maiden name. This section applies to both sexes.

(i) When change of name occurs because of marriage, divorce, annulment, or death of spouse, the certificate holder may choose to keep her current married name, revert to her maiden name, or adopt a previous husband's surname. Name changes for reasons other than those set out above require a court order verifying such change.

(ii) Certificate holders who request a name change may apply for a duplicate and exercise the same privilege in name selection as an original applicant.

(B) Foreign language names will be spelled out as they appear on the identification documents presented. English versions of names will not be substituted for the actual name.

(C) Ecclesiastical names such as Brother Thomas, Sister Mary, or Father Kelly are not used.

(2) the applicant's place and date of birth;

(3) the fingerprints of the applicant; this does not apply to an applicant who is permitted and utilizes an alternative method for renewing or duplicating an election identification certificate;

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

(4) a photograph of the applicant;

(5) the signature of the applicant; the applicant's usual signature, in ink, is required on all applications for an election identification certificate:

>(A) The primary purpose of the signature is to identify the applicant and verify the information given on the application.

>(B) If an applicant cannot write his name, he may make his "mark." This is usually a cross in the place of his signature followed by the applicant's printed name. The Driver License field employee shall sign under the applicant's "mark" showing who printed the applicant's name.

(6) a brief description of the applicant;

(7) the sex of the applicant;

(8) the residence address of the applicant;

(9) whether the applicant is a citizen of the United States; and

(10) the county of residence of the applicant.

(b) Social Security number. Applicants for an election identification certificate will be asked to provide verification of Social Security number documentation. If the applicant fails or refuses to provide that social security information, the election identification certificate will be issued without such documentation unless state or federal statute requires otherwise. Acceptable documents to provide verification of Social Security number are listed in § 15.42 of this title

(relating to Social Security Number).

(c) Notarizations. The applicant must verify original election identification certificate applications before a person authorized to administer oaths. The following officials may administer such oaths or affirmations:

>(1) within the State of Texas:

>>(A) a judge, clerk, or commissioner of any court of record;

>>(B) a notary public;

>>(C) a justice of the peace;

>>(D) authorized employees of the Department of Public Safety;

>(2) general:

>>(A) in the absence of evidence to the contrary, it is presumed that all notarizations are legally made;

>>(B) the omission of the seal by officers normally required to use same for notarization invalidates the oath;

>>(C) notarized election identification certificate applications must be dated not more than six months prior to date of application.

→ **§ 15.184. Expiration, Renewal, and Replacement of Election Identification Certificate**

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

(a) Expiration.

(1) An Election Identification Certificate expires on the first birthday of the cardholder occurring after the sixth anniversary of the date of the application.

(2) An Election Identification Certificate issued to a person 70 years of age or older does not expire.

(b) Renewal.

(1) An applicant for renewal of an election identification certificate must present evidence of eligibility, under § 15.181 of this title (relating to Eligibility for Election Identification Certificate) plus one other piece of personal identification if the election identification certificate is not presented, if necessary to identify the applicant, prior to renewal.

(2) An election identification certificate may be renewed 12 months before expiration date. Earlier renewals will be accepted for good cause.

(3) The department may provide certificate holders with alternate methods of renewing or duplicating an election identification certificate.

(c) Applications for Replacements and Corrections. An application for replacement will be accepted in any of the following cases:

(1) when an election identification certificate has been lost, destroyed, marred, or mutilated;

(2) when there has been a change of name and/or gender.

## → § 15.185. Cancellation and Surrender

The department may cancel and require surrender of an election identification certificate upon confirmation that the certificate was issued to a person not entitled thereto.

END OF DOCUMENT

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

PL345
9/2/2014
2:13-cv-00193


EXHIBIT NO. 39
Kim Seibert

| | |
|---|---|
| **From:** | Bodisch, Robert |
| **To:** | Bodisch, Robert |
| **Sent:** | 9/20/2013 6:35:02 AM |
| **Subject:** | No warrant worries: Texas' DPS says it's safe to apply for voter ID |

# No warrant worries: Texas' DPS says it's safe to apply for voter ID

Posted Thursday, Sep. 19, 2013

By Bud Kennedy

bud@star-telegram.com

If you're confused about voter ID in Texas, you're not alone.

The Texas Department of Public Safety issues the IDs, and folks there are confused, too.

More than one DPS employee said this week that if you can't pass a warrant check, you can't walk in and get a voter ID. If you try, you won't walk back out.

After a kerfluffle with lawyers and a senator, a DPS spokesman said Thursday that warrant checks won't apply to election ID certificates, the new free IDs created for voters who haven't bought a current driver's license, official state ID, passport or handgun permit.

The new ID law has put troopers in a tough spot: They must issue free IDs to help everyone vote, even those who also face traffic court or owe fines, fees, surcharges or a criminal amount of tolls.

Until now, anyone behind on paying a traffic fine didn't dare set foot in the driver's license office.

But the same troopers sworn to arrest fugitives and scofflaws also now are asked to help get Texans ID'd to vote.

If those roles conflicted, the DPS has clarified which comes first.

The policy of checking for warrants on any walk-in license renewal or address change "only applies to driver licenses" and the more formal ID cards the state sells, DPS spokesman Tom Vinger wrote by email: "It does not apply to Election Identification Certificates."

Just the day before, Vinger had called it "routine" to check anyone at license offices for warrants.

This means Aunt Martha can still gets an election ID certificate, even if she never took care of that $300 ticket for the right turn on red in Dalworthington Gardens, or if her driving privileges were canceled years ago.

State Sen. Rodney Ellis, D-Houston, had asked the DPS some pointed questions in a Thursday letter.

"I understand and respect DPS's role as a law enforcement agency," Ellis wrote.

"At the same time, I hope you can appreciate that the threat of possible arrest for merely seeking to exercise one's right to vote will inevitably have a detrimental impact on … [voters' ability] to have their voice heard."

With voting now a month away in a minor state election and major party primaries coming up in five months,

TEX050953

everybody is rushing to meet the new state requirements.

Basically, you need a current or just-expired photo ID with a name that "substantially" matches your voter card.

Guidelines say this leaves leeway for a different middle/maiden name or a contraction such as "Lupe," but not for different names, such as those due to divorce or marriage.

If you don't drive or pack a handgun, you'll need one of the new election ID certificates.

Hey, we can't let just anybody vote.

Bud Kennedy's column appears Sundays, Wednesdays and Fridays. 817-390-7538 Twitter: @BudKennedy

Read more here: http://www.star-telegram.com/2013/09/19/5177802/no-warrant-worries-texas-dps-says.html?rh=1#storylink=cpy

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



TEX050953

PL346
9/2/2014
2:13-cv-00193

Mailed 10-15-13

# INTERLOCAL COOPERATION CONTRACT
## Mobile EIC Operations

### I. Parties

This contract ("Contract") is made and entered by and between **DUVAL** County, Texas ("County") and the Texas Department of Public Safety ("TXDPS"), referred to herein as the "Parties," pursuant to the authority granted in Chapter 521 of the Texas Transportation Code and the Interlocal Cooperation Act, Chapter 791 of the Texas Government Code.

### II. Purpose

The purpose of this Contract is to authorize the County to perform the initial processing of applications for TXDPS election identification certificates (EICs) at one or more sites selected by the County using mobile election identification equipment (mobile EIC centers) provided by TXDPS.

### III. Responsibilities of Parties

#### A. The County

The County may perform the initial processing of EICs using the mobile EIC centers provided by TXDPS at one or more sites selected by the County and during hours of operation determined by the County. In providing these services, the County shall comply with the then current written instructions and training provided by TXDPS.

The County shall reimburse TXDPS for the reasonable replacement costs of any mobile EIC centers that TXDPS and the County determine were damaged, lost or stolen while in the custody of the County, normal wear and tear excepted.

#### B. TXDPS

TXDPS shall acquire and provide the County with mobile EIC centers to perform initial processing of EICs.

TXDPS shall provide the County with initial written instructions and training, and updates thereafter as TXDPS determines are necessary, under which the County shall provide these services.

TXDPS will not reimburse the County for any of its expenses in providing these services or otherwise incurred under this Contract.

### IV. Terms and Conditions

1. <u>Term:</u>  This Contract will become effective on the date it is signed by the last of the two Parties to this Contract and will continue until it is terminated on mutual agreement or as provided in IV.2 of this Contract.

2. <u>Termination:</u>  Either Party may voluntarily cancel this Contract for any reason upon thirty (30) calendar days written notice to the other Party. Within forty-five (45) calendar days of the date of termination, the County shall return all mobile EIC centers to TXDPS.



Peters
EXHIBIT NO. 40
Kim Seibert

TEX04840

3. Neither party has authority for or on behalf of the other except as provided in this Contract. No other authority, power, partnership, or rights are granted or implied.

4. Non-Incorporation: This Contract constitutes the entire agreement between the Parties with regard to the matters made the subject of this Contract. There are no verbal representations, inducements, agreements, or understandings between the Parties other than those specifically set forth herein.

5. Amendments: No modifications, amendments or supplements to, or waivers of, any provision of this Contract shall be valid unless made in writing and signed by both Parties to this Contract.

6. Force Majeure: Neither Party shall be liable to the other for any default or delay in the performance of its obligations under this Contract caused by force majeure, provided the Party seeking to be excused has prudently and promptly acted to take any and all reasonable corrective measures that are within the Party's control. Force majeure is defined as those causes beyond the control of the Party required to perform that are generally recognized under Texas law as a force majeure event, such as acts of God, unusual weather conditions, fire, riots, sabotage, acts of domestic or foreign terrorism, or any other cause beyond the reasonable control of such Party.

7. Governing Law and Venue: This Contract shall be construed under and in accordance with the laws of the State of Texas. Except as otherwise provided by Chapter 2260 of the Texas Government Code, venue for any litigation between the Parties shall be Travis County, Texas.

8. Dispute Resolution: The County shall use the dispute resolution process provided for in Chapter 2260 of the Texas Government Code and the applicable TXDPS administrative rules to attempt to resolve all disputes or contract claims arising under this Contract.

9. No Joint Enterprise: The provisions of this Contract are not intended to create, nor shall they be in any way construed to create, a joint venture, a partnership, or to create the relationships of an employer-employee or principal-agent, or to otherwise create any liability for the Parties whatsoever with respect to the Parties' indebtedness, liabilities, and obligations.

10. Severability: If any provision of this Contract is held to be invalid, unenforceable, or illegal in any respect, such provision shall be fully severable, and the remainder of this Contract shall remain valid and in full force and effect.

11. Notice: Any notice required or permitted under this Contract shall be in writing and shall be directed to the Parties as designated below and shall be deemed given: (1) when delivered in hand and a receipt granted; (2) when received if sent by certified mail, return receipt requested; (3) upon three business days after deposit in the United States mail; or (4) when received if sent by confirmed facsimile or confirmed email:

**If to TXDPS:**

        Driver License Division
        Tony Rodriguez, Senior Manager
        Texas Department of Public Safety

TEX04840

Driver License Division
PO Box 4087
Austin, TX 78773-0300
Telephone: 512-424-5657
Email: eic@dps.texas.gov

**If to COUNTY:**

Name: **ABEL ARAGON**

Title: **DUVAL COUNTY JUDGE**

County: **DUVAL**

Mailing Address: **P.O. BOX 308, SAN DIEGO, TEXAS 78384**

Phone: **(361)279-6278**

Email: **ana.bazan@co.duval.tx.us**

Either of the Parties may change its address or designated individual(s) to receive notices by giving the other Party written notice as provided herein, specifying the new address and/or individual and the date upon which it shall become effective.

12. <u>Signatory Authorization:</u>  The signatories for the Parties hereby represent and warrant that each has full and complete authority to enter into this Contract.

13. <u>Certifications:</u>   The Parties certify that: each Party paying for the performance of governmental functions or services must make those payments from current revenues available to the paying party; this Contract is authorized by the governing body of the Parties; and each has the authority to enter into this Contract.

Having agreed to the terms and conditions stated herein, the Parties do hereby execute this Contract.

**COUNTY:**

_Abel Aragon_                    _10/14/13_
Signature                                           Date

_Abel ARAGON - Duval County Judge_
Printed Name & Title

**TEXAS DEPARTMENT OF PUBLIC SAFETY:**

_[signature]_                    _10-21-13_
Signature                                           Date

Joe Peters, Assistant Director
Printed Name & Title

PL347
9/2/2014
2:13-cv-00193

| From: | Rodriguez, Tony |
| To: | 'Wroe Jackson' |
| CC: | Watkins, Paul; Peters, Joe; Bell, Stephen |
| Sent: | 10/2/2013 10:53:52 AM |
| Subject: | FW: Commissioner's Facebook page |
| Attachments: | Screenshot_2013-10-02-10-32-19.png |

Wroe,
This one is squarely in your court.

v/r

Tony Rodriguez
Customer Operations Senior Manager - South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

-----Original Message-----
From: Carlsson, Lori
Sent: Wednesday, October 02, 2013 10:52 AM
To: Rodriguez, Tony
Cc: Hubbard, Barbara
Subject: FW: Commissioner's Facebook page

Tony;

Per our telephone conversation, Commissioner Sergio "Chico" Rodriguez spoke with the CSR's
issuing EIC at Bexar County, Justice of the Peace, Precinct #1 and stated that he did not feel
his constituents had enough notice to be able to be ready for the Election certificate
issuance. He spoke with Jackie Callanen in the Elections office and she told him that we were
tentatively set to be back on October 25 and October 28. She told him that she would be back
with him on October the 16th and confirm this information so that he could have a press
conference to let his constituents know. Also I have attached a screen shot of his facebook
page.

I spoke with Commissioner Rodriguez and told him that he could express his concerns with the
Secretary of State.

Please let me know if you have any questions.

Lori Carlsson
Assistant Manager, Region 6A
Texas Department of Public Safety
7410 Huebner Road
San Antonio, Texas 78240
office: (210) 531-1001
cell: (210) 265-7356
fax: (210) 684-2239 or (210) 684-2232
lori.carlsson@dps.texas.gov

-----Original Message-----
From: Munoz, Victoria
Sent: Wednesday, October 02, 2013 10:39 AM
To: Carlsson, Lori
Subject: Commissioner's Facebook page

Lori:

Attached is the shot of Commissioner Rodriguez's Facebook page.



Peters
EXHIBIT NO. 41
Kim Seibert

Victoria

TEX049079



# Birth Certificate
## Affidavit
### Additional information on back of form



To qualify for an election certificate, must prove your identity. If you cannot provide the required documents, you may use this affidavit in lieu of an original or certified birth certificate or certificate of birth abroad.

*Acceptable election identification documents are in the Texas Administrative Code (37 TAC § 15.182)

The applicant for a Texas election certificate must complete Sections A, B, and C.

## A. Applicant Information

| Name | | Date of Birth | |
|---|---|---|---|
| City of Birth | State of Birth | | County of Birth |

## B. Parent Information

Full Name of Father

Full Name of Mother (include mother's maiden name)

## C. Certification

I certify that the information provided above is true and correct. I understand that according to Penal Code, Section 37.10, a person commits an offense when knowingly making a false entry in, or false alteration of, a governmental record. I also understand an offense under this section is a Class A misdemeanor unless the intent is to defraud or harm another, in which the offense is a state jail felony.

| Applicant's Signature | Date |
|---|---|

### Department of Public Safety Use Only

Sworn to and subscribed before me this _____ day of _____, _____.

_____
Notary Public in and for the State of Texas/Authorized Officer



Peters
EXHIBIT NO. 42
Kim Seibert

DL-XX (00-0712)

# Additional Information

The applicant must sign and provide this affidavit to in lieu of an original or certified copy of their birth certificate or certificate of birth abroad. This form and any documents presented do not guarantee the issuance of a Texas Election Certificate. DPS determines if submitted documents are acceptable and has the authority to reject or require additional evidence to verify eligibility.

At the time of application for a Texas Election Certificate, an applicant must present either of the following:
- One piece of primary identification
- Two pieces of secondary identification
- One piece of secondary identification and two pieces of supporting identification

## Acceptable primary identification documents:
- Expired Texas driver license or identification card that that has not expired earlier than 60 days before the date of election certificate application and is within two years of expiration date

## Acceptable secondary identification documents:
- Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency or original or certified copy of United States (US) Department of State Certification of Birth (issued to US citizens born abroad)
- Original or certified copy of a court order with the name and date of birth of the applicant indicating an official change of name and/or gender
- United States citizenship or naturalization papers without an identifiable photo

## Acceptable supporting identification documents:
- Voter registration card
- School records
- Insurance policy that is at least two years old
- Texas title or registration for a vehicle or boat
- Military records
- Unexpired military dependent identification card
- Original or certified copy of marriage license or divorce decree
- Social security card
- Pilot's license
- Unexpired photo driver license or identification card issued by another state, United States territory, or the District of Columbia
- Expired photo driver license or identification card issued by another state, United States territory, or the District of Columbia that is within two years of the expiration date
- Texas driver license or identification card expired more than two years
- Offender identification card or similar form of Texas Department of Criminal Justice (TDCJ) identification
- W-2 or 1099
- Professional license issued by a Texas state agency
- Parole or mandatory release certificate issued by TDCJ
- Federal inmate identification card
- Federal parole or release certificate
- Medicare or Medicaid card
- Selective Service card
- Immunization records
- Tribal membership card from federally recognized tribe
- Certificate of Degree of Indian Blood
- Veteran's Administration card
- Hospital issued birth record

DL-XX (00-0712)

TEX0490