Kim Seibert
EXHIBIT NO. 47

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| New Boston | Bowie | 1 | | 1A | 8:30-5:00 M,T,W,Th,F | 93,148 | | |
| Texarkana | Bowie | 3 | | 1A | 8:00-5:00 M,T,W,Th,F | 93,148 | | |
| Atlanta | Cass | 1 | | 1A | 8:30-5:00 M,T,W,Th,F | 30,166 | | |
| Jacksonville | Cherokee | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 51,206 | | |
| Dallas-Garland (Mega) | Dallas | 57 | | 1A | 8:00-5:00 M,W,TH,F 8:00-7:00 T | 2,453,843 | X | X |
| Carrollton | Dallas | 9 | | 1A | 8:00-5:00 M,W,TH,F 8:00-7:00 T | 2,453,843 | X | X |
| Cedar Hill | Dallas | 9 | | 1A | 8:00-5:00 M,T,W,Th,F | 2,453,843 | | X |
| Dallas East | Dallas | 19 | | 1A | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 2,453,843 | X | X |
| Dallas Southwest | Dallas | 11 | | 1A | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 2,453,843 | X | X |
| Garland | Dallas | 22 | | 1A | 8:00-5:00 M,T,W,F 8:00-7:00 Th | 2,453,843 | X | X |
| Grand Prairie | Dallas | 7 | | 1A | 8:00-5:00 M,T,W,F 8:00-7:00 Th | 2,453,843 | | X |
| Irving | Dallas | 11 | | 1A | 8:00-5:00 M,T,W,F 8:00-7:00 Th | 2,453,843 | X | X |
| Longview | Gregg | 6 | | 1A | 8:00-5:00 M,T,W,F 8:00-6:00 Th | 122,658 | X | X |
| Marshall | Harrison | 3 | | 1A | 8:00-5:00 M,T,W,Th,F | 67,450 | | |
| Sulphur Springs | Hopkins | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 35,469 | | |
| Greenville | Hunt | 4 | | 1A | 8:00-5:00 M,T,W,Th,F | 87,079 | | |
| Terrell | Kaufman | 4 | | 1A | 8:00-5:00 M,T,W,Th,F | 106,753 | | |
| Daingerfield | Morris | 1 | | 1A | 8:30-5:00 M,T,W,Th,F | 12,787 | | |
| Carthage | Panola | 1 | | 1A | 8:00-4:30 M, W, F | 24,020 | | |
| Emory | Rains | 0 | X | 1A | Every Wed 9:00-4:00, 1st & 3rd Thurs 9:00-4:00 | 10,943 | | |
| Clarksville | Red River | 1 | | 1A | 8:00-4:30 M,T,W,Th,F | 12,694 | | |
| Rockwall | Rockwall | 4 | | 1A | 8:00-5:00 M,T,W,Th,F | 83,021 | | |
| Henderson | Rusk | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 54,026 | | |
| Tyler | Smith | 9 | | 1A | 8:00-5:00 M,T,W,F 8:00-6:00 Th | 214,821 | | X |
| Mount Pleasant | Titus | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 32,663 | | |
| Gilmer | Upshur | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 39,995 | | |
| Canton | Van Zandt | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 52,427 | | |

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Quitman | Wood | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 42,022 | | |
| Palestine | Anderson | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 58,190 | X | |
| McKinney | Collin | 11 | | 1B | 8:00-5:00 M,T,W,Th,F | 834,642 | X | X |
| Plano | Collin | 17 | | 1B | 7:30-5:00 T,W,Th,F | 834,642 | X | X |
| Gainesville | Cook | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 38,688 | | |
| Denton | Denton | 8 | | 1B | 8:00-5:00 M,T,W,Th,F | 707,304 | | X |
| Lewisville | Denton | 8 | | 1B | 8:00-5:00 M,T,W,Th,F | 707,304 | X | X |
| Waxahachie | Ellis | 7 | | 1B | 8:00-5:00 M,T,W,Th,F | 153,969 | X | X |
| Stephenville | Erath | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 39,321 | | |
| Bonham | Fannin | 1 | | 1B | 8:30-5:00 M,T,W,Th,F | 33,831 | X | |
| Sherman | Grayson | 5 | | 1B | 8:00-5:00 M,T,W,Th,F | 121,935 | | |
| Athens | Henderson | 3 | | 1B | 8:00-5:00 M,T,W,Th,F | 79,094 | X | |
| Granbury | Hood | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 52,044 | | |
| Cleburne | Johnson | 5 | | 1B | 8:00-5:00 T,W,Th,F | 153,441 | | |
| Paris | Lamar | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 49,811 | | |
| Corsicana | Navarro | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 47,979 | X | |
| Mineral Wells | Palo Pinto | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 27,856 | | |
| Weatherford | Parker | 5 | | 1B | 8:00-5:00 M,T,W,Th,F | 119,712 | | |
| Fort Worth (Mega) | Tarrant | 14 | | 1B | 7:30-6:00 M,T,W,Th 7:30-5:00 F | | X | X |
| Arlington | Tarrant | 16 | | 1B | 7:30-5:00 T,W,Th,F | 1,880,153 | X | X |
| Fort Worth South | Tarrant | 12 | | 1B | 7:30-5:00 T,W,Th,F | 1,880,153 | | |
| Hurst | Tarrant | 16 | | 1B | 7:30-5:00 T,W,Th,F | 1,880,153 | X | X |
| Lake Worth | Tarrant | 12 | | 1B | 7:30-5:00 T,W,Th,F | 1,880,153 | | X |
| Decatur | Wise | 4 | | 1B | 8:00-5:00 M,T,W,Th,F | 60,432 | | |
| Bryan | Brazos | 10 | | 2A | 8:00-5:00 M,T,W,F | 200,665 | X | X |
| Caldwell | Burleson | 0 | X | 2A | Every Tues, 8:30-4:30 | 17,251 | | |
| Columbus | Colorado | 2 | | 2A | 8:00-5:00 M,T,W,Th,F | 20,696 | | |
| Houston-Rosenberg (Mega) | Fort Bend | 73 | | 2A | 7:30-6:00 M,T,W,Th 7:30-5:00 F | 627,293 | | X |
| Houston-Gessner (Mega) | Harris | 71 | | 2A | 7:30-6:00 M,T,W,Th 7:30-5:00 F | 4,253,700 | X | X |
| Houston Dacoma | Harris | 17 | | 2A | 8:00-5:00 M,W,TH,F 8:00-7:00 T | 4,253,700 | X | X |
| Houston Grant Road | Harris | 15 | | 2A | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 4,253,700 | X | X |

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Houston Townhurst | Harris | 17 | | 2A | 8:00-5:00 M,T,W,F | 4,253,700 | X | X |
| Houston Vantage Parkway East | Harris | 13 | | 2A | 8:00-5:00 M,W,TH,F 8:00-7:00 T | 4,253,700 | X | X |
| Centerville | Leon | 0 | X | 2A | Every Wed and Thurs, 8:30-4:30 | 16,916 | | |
| Bay City | Matagorda | 2 | | 2A | 8:00-5:00 M,T,W,Th,F | 36,547 | | |
| Hempstead | Waller | 3 | | 2A | 8:00-5:00 M,T,W,Th,F | 44,357 | | |
| Brenham | Washington | 2 | | 2A | 8:00-5:00 M,T,W,Th,F | 34,093 | | |
| Pierce | Wharton | 2 | | 2A | 8:00-5:00 M,T,W,Th,F | 41,285 | | |
| Houston-Spring (Mega) | Harris | 46 | | 2B | 7:30-6:00 M,T,W,Th 7:30-5:00 F | 4,253,700 | | |
| Baytown | Harris | 8 | | 2B | 8:00-5:00 M,T,W,Th,F | 4,253,700 | | X |
| Houston Winkler | Harris | 15 | | 2B | 8:00-5:00 M,T,W,Th,F | 4,253,700 | X | X |
| Houston East | Harris | 8 | | 2B | 8:00-5:00 M,W,Th,F 8:00-6:00 T | 4,253,700 | | X |
| Humble | Harris | 10 | | 2B | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 4,253,700 | | X |
| Pasadena | Harris | 10 | | 2B | 8:00-5:00 M,T,W,Th,F | 4,253,700 | | X |
| Clear Lake | Harris | 10 | | 2B | 8:00-5:00 M,W,Th,F 8:00-6:00 T | 4,253,700 | | X |
| Lufkin | Angelina | 4 | | 2B | 8:00-5:00 M,T,W,Th,F | 87,597 | X | |
| Alvin | Brazoria | 5 | | 2B | 8:00-5:00 M,T,W,Th,F | 324,769 | | |
| Angleton | Brazoria | 4 | | 2B | 8:00-5:00 M,T,W,Th,F | 324,769 | | |
| Wallisville | Chambers | 2 | | 2B | 8:00-4:30 M,T,W,Th,F | 36,196 | | |
| Galveston | Galveston | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 300,484 | X | |
| Texas City | Galveston | 6 | | 2B | 8:00-5:00 M,T,W,Th,F | 300,484 | X | X |
| Kountze | Hardin | 0 | X | 2B | Every Tues, 9:00-4:00 | 55,246 | | |
| Crockett | Houston | 1 | | 2B | 8:30-5:00 M,T,W,Th,F | 23,161 | | |
| Jasper | Jasper | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 35,923 | | |
| Beaumont | Jefferson | 7 | | 2B | 8:00-5:00 M,T,W,F 8:00-6:00 Th | 251,813 | | X |
| Port Arthur | Jefferson | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 251,813 | X | |
| Cleveland | Liberty | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 76,571 | | |
| Liberty | Liberty | 2 | | 2B | 8:00-5:00 M,T,W,Th,F | 76,571 | | |
| Conroe | Montgomery | 13 | | 2B | 8:00-5:00 M,T,W,Th,F | 485,047 | | X |
| Nacogdoches | Nacogdoches | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 66,034 | X | |
| Orange | Orange | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 82,977 | X | |

TEX0479585.xlsx

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Livingston | Polk | 2 | | 2B | 8:00-5:00 M,T,W,Th,F | 45,656 | | |
| Center | Shelby | 1 | | 2B | 8:00-4:30 M,T,W,Th,F | 26,019 | | |
| Woodville | Tyler | 0 | X | 2B | Every Wed and Thurs, 9:00-4:00 | 21,666 | | |
| Huntsville | Walker | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 68,408 | | X |
| Beeville | Bee | 2 | | 3 | 8:00-5:00 M,Th,F 8:30-5:30 T,W | 32,527 | | |
| Falfurrias | Brooks | 0 | X | 3 | Every Tues, 9:00-3:30 | 7,222 | | |
| Brownsville | Cameron | 9 | | 3 | 8:00-5:00 M,T,W,Th,F | 415,557 | X | X |
| Harlingen | Cameron | 6 | | 3 | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 415,557 | X | |
| Edinburg | Hidalgo | 7 | | 3 | 8:00-5:00 M,T,W,Th,F | 806,552 | | |
| McAllen-TEMP CLOSED (remodel) | Hidalgo | | | 3 | | 806,552 | X | |
| Mission | Hidalgo | 2 | | 3 | 8:00-5:00 M,T,W,Th,F | 806,552 | | |
| Weslaco | Hidalgo | 5 | | 3 | 8:00-5:00 M,T,W,Th,F | 806,552 | | X |
| Alice | Jim Wells | 3 | | 3 | 8:00-5:00 M,T,W,Th,F | 41,754 | | |
| Kingsville | Kleberg | 2 | | 3 | 8:00-5:00 M,W,Th,F 8:30-5:00 T | 32,025 | | |
| George West | Live Oak | 0 | X | 3 | Every Tues and Wed, 9:00-4:00 | 11,664 | | |
| Eagle Pass | Maverick | 3 | | 3 | 8:00-5:00 M,T,W,Th,F | 55,365 | | |
| Corpus Christi | Nueces | 15 | | 3 | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 347,691 | X | X |
| Aransas Pass city in 3 counties, office actually in San Patricio, but most of the city is in Aransas | San Patricio | 2 | | 3 | 8:00-5:00 M,T,W,Th,F | 23,818 | | |
| Sinton | San Patricio | 1 | | 3 | 8:30-5:00 M,T,W,Th,F | 65,600 | | |
| Rio Grande City | Starr | 2 | | 3 | 8:00-5:00 M,T,W,Th,F | 61,615 | | |
| Uvalde | Uvalde | 2 | | 3 | 8:00-5:00 M,W,Th,F 8:30-5:00 T | 26,752 | | |
| Del Rio | Val Verde | 3 | | 3 | 8:00-5:00 M,T,W,Th,F | 48,705 | X | |
| Laredo | Webb | 10 | | 3 | 8:00-5:00 M,T,W,Th,F | 259,172 | | X |
| Zapata | Zapata | 1 | | 3 | 8:30-5:00 M,T,W,Th,F | 14,290 | | |
| Crystal City | Zavala | 1 | | 3 | 8:00-4:30 M,T,W,Th,F | 11,961 | | |
| Andrews | Andrews | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 16,117 | X | |
| Alpine | Brewster | 1 | | 4 | 8:30-5:00 M,T,W,Th,F closed 2nd T | 9,316 | X | |

TFX0479585.xlsx

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Crane | Crane | 0 | X | 4 | Every Mon, Tues, and Fri, 8:30-5:00 | 4,562 | | |
| Van Horn | Culberson | 0 | X | 4 | Every Thurs, 9:00-5:00 | 2,290 | | |
| Lamesa | Dawson | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 13,640 | X | |
| Odessa | Ector | 7 | | 4 | 8:00-5:00 M,T,Th,F 8:00-6:00 W | 144,325 | | X |
| El Paso-Gateway | El Paso | 13 | | 4 | 7:00-6:00 | 827,398 | X | X |
| El Paso-Hondo Pass | El Paso | 7 | | 4 | 8:00-5:00 M,T,W,F 7:00-6:00 Th | 827,398 | X | X |
| El Paso-Northwest | El Paso | 8 | | 4 | 8:00-5:00 M,T,W,F 7:00-6:00 Th | 827,398 | X | X |
| El Paso-Scott Simpson | El Paso | 13 | | 4 | 7:30-5:00 M,T,W,F 7:00-6:00 Th | 827,398 | X | X |
| Fort Bliss | El Paso | 3 | | 4 | 7:30-5:00 M,T,W,Th,F | 827,398 | X | |
| Seminole | Gaines | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 18,413 | X | |
| Big Spring | Howard | 2 | | 4 | 9:15-3:45 M, T, W, Th, F | 35,408 | | |
| Stanton | Martin | 0 | X | 4 | Every Tues, 9:00-4:00 | 5,017 | | |
| Brady | McCulloch | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 8,313 | | |
| Midland | Midland | 7 | | 4 | 8:00-5:00 M,T,Th,F 8:00-6:00 W | 146,645 | | X |
| Fort Stockton | Pecos | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 15,619 | X | |
| Presidio | Presidio | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 7,525 | X | |
| Big Lake | Reagan | 0 | X | 4 | Every Wed and Thurs, 9:15-3:45 | 3,475 | | |
| Pecos | Reeves | 0 | X | 4 | Every Mon, Tues, Wed, and Fri 8:30-5:00 | 13,798 | X | |
| Sonora | Sutton | 0 | X | 4 | Every Thurs, 9:30-3:15 | 3,950 | | |
| San Angelo | Tom Green | 6 | | 4 | 8:00-5:00 M,T,Th,F 8:00-6:00 W | 113,281 | X | X |
| Monahans | Ward | 0 | X | 4 | Every Mon, Tues, Thurs, and Fri 8:30-5:00 | 10,879 | X | |
| Kermit | Winkler | 0 | X | 4 | Every Wed 8:30-4:15 and Thurs 9:00-3:45 | 7,330 | X | |
| Muleshoe | Bailey | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | 7,130 | X | |
| Seymour | Baylor | 0 | X | 5 | Every Tues 9:15-3:45 | 3,623 | X | |
| Brownwood | Brown | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 37,825 | X | |
| Baird | Callahan | 0 | X | 5 | 1st, 3rd, 5th Wed 9:00-4:00 | 13,517 | X | |
| Panhandle | Carson | 0 | X | 5 | 1st, 3rd, 5th Tues 9:00-4:00 | 6,157 | X | |
| Dimmitt | Castro | 0 | X | 5 | Every Mon, Thurs, and Fri 8:30-5:00 | 8,164 | X | |
| Childress | Childress | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 7,029 | X | |
| Coleman | Coleman | 0 | X | 5 | Every Mon, Thurs, and Fri 8:30-5:00 | 8,675 | X | |

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Comanche | Comanche | 1 | | 5 | 8:30-5:00 T,W,Th,F | 13,765 | X | |
| Crosbyton | Crosby | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | | | |
| Dalhart | Dallam | 0 | X | 5 | closed 1st Th | 6,126 | X | |
| Hereford | Deaf Smith | 2 | | 5 | Every Tues 9:00-4:00 | 6,996 | X | |
| Clarendon | Donley | 0 | X | 5 | 8:30-5:00 M,T,W,Th,F | 19,360 | X | |
| | | | | | Every Thurs 9:00-3:45 | 3,598 | | |
| Eastland | Eastland | 2 | | 5 | 8:00-5:00 M,F | | | |
| | | | | | 8:30-5:00 T,W,Th | 18,421 | X | |
| Roby | Fisher | 0 | X | 5 | 1st, 3rd, 5th Wed 9:00-4:00 | 3,844 | | |
| Floydada | Floyd | 1 | | | 8:30-5:00 M,T,W,Th,F | | | |
| | | | | 5 | closed 2nd & 4th Th | 6,367 | X | |
| Pampa | Gray | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 22,978 | X | |
| Plainview | Hale | 3 | | 5 | 8:00-5:00 M,T,W,Th,F | 36,385 | X | |
| Quanah | Hardeman | 0 | X | 5 | 2nd, 3rd, 4th, 5th Tues 9:00-4:00 | 4,082 | | |
| Haskell | Haskell | 0 | X | 5 | Every Mon, Thurs 8:30-5:00 and Fri 8:00-4:30 | 5,901 | X | |
| Canadian | Hemphill | 0 | X | 5 | 2nd and 5th Tues and every Wed 9:00-4:00 | 4,080 | X | |
| Levelland | Hockley | 2 | | 5 | 8:30-5:00 M,T,W,Th,F | 23,072 | X | |
| Borger | Hutchinson | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 21,922 | X | |
| Anson | Jones | 0 | X | 5 | 8:30-5:00 M,T,F 2nd & 4th W | 19,972 | X | |
| Munday | Knox | 0 | X | 5 | Every Wed 8:30-4:15 | 3,789 | X | |
| Littlefield | Lamb | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | 14,008 | X | |
| Lubbock | Lubbock | 13 | | 5 | 8:00-5:00 M,T,W,F 8:00-7:00 Th | 285,760 | X | X |
| Colorado City | Mitchell | 0 | X | 5 | Every Mon 8:30-5:00 and Fri 8:30-1:00 | 9,336 | | |
| Bowie | Montague | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 19,565 | | |
| Dumas | Moore | 0 | X | 5 | Every Mon, Wed, Thurs, and Fri 8:00-5:00 | 22,313 | X | |
| Sweetwater | Nolan | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | 14,924 | X | |
| Perryton | Ochiltree | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 10,728 | X | |
| Friona | Parmer | 0 | X | 5 | Every Tues and Wed 9:00-4:30 | 10,183 | | |
| Amarillo | Randall | 11 | | 5 | 8:00-5:00 M,T,W,F 8:00-7:00 Th | 125,082 | X | X |
| Ballinger | Runnels | 0 | X | 5 | Every Tues and Wed 8:45-4:15 | 10,449 | X | |
| Snyder | Scurry | 0 | X | 5 | Every Tues, Wed, and Thurs 8:30-5:00 | 17,126 | | |
| Breckenridge | Stephens | 0 | X | 5 | Every Tues 1:30-5:00, Wed and Thurs 8:30-5:00 | 9,464 | X | |
| Tulia | Swisher | 0 | X | 5 | Every Tues and Wed 8:30-4:30 | 7,891 | X | |

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Abilene | Taylor | 8 | | 5 | 8:00-5:00 M,T,Th,F | 133,473 | X | X |
| Brownfield | Terry | 1 | | 5 | 8:00-6:00 W | 12,613 | X | |
| | | 8 | | | 8:30-5:00 M,T,W,Th,F | | | |
| Wichita Falls | Wichita | | | 5 | 8:00-5:00 M,T,W,F | 131,559 | X | X |
| | | 2 | | | 8:00-7:00 Th | | | |
| Vernon | Wilbarger | | | 5 | 8:00-5:00 M,W,F | 13,258 | X | |
| | | | | | 8:30-5:00 T | | | |
| Denver City | Yoakum | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | 8,075 | X | |
| Graham | Young | 2 | | 5 | 8:30-5:00 M,T,W,Th,F | 18,339 | X | |
| Jourdanton | Atascosa | 2 | | 6A | 8:00-5:00 M,T,W,Th,F | 46,446 | | |
| Bastrop | Bastrop | 4 | | 6A | 8:00-5:00 M,T,W,Th,F | 74,763 | | |
| San Antonio-Leon Valley (Mega) | Bexar | 47 | | 6A | 7:30-6:00 M,T,W,Th | 1,785,704 | X | X |
| | | | | | 7:30-5:00 F | | | |
| San Antonio-Babcock | Bexar | 19 | | 6A | 8:00-5:00 M,T,Th,F | 1,785,704 | X | X |
| | | | | | 8:00-7:00 W | | | |
| San Antonio-General McMullen | Bexar | 12 | | 6A | 8:00-5:00 M,W,Th,F | 1,785,704 | X | X |
| | | | | | 8:00-6:00 T | | | |
| San Antonio-South East | Bexar | 12 | | 6A | 8:00-5:00 M,W,Th,F | 1,785,704 | X | X |
| | | | | | 8:00-6:00 T | | | |
| San Antonio-Pat Booker | Bexar | 12 | | 6A | 8:00-5:00 M,T,Th,F | 1,785,704 | | X |
| | | | | | 8:00-7:00 W | | | |
| Port Lavaca | Calhoun | 19 | | 6A | 8:30-5:00 M,T,W,Th,F | 21,609 | | |
| New Braunfels | Comal | 1 | | 6A | 8:00-5:00 M,T,W,Th,F | 114,384 | | |
| Cuero | DeWitt | 5 | | 6A | 8:30-5:00 M,T,W,Th,F | 20,465 | | |
| Fredericksburg | Gillespie | 1 | | 6A | 8:30-5:00 M,T,W,Th,F | 25,153 | | |
| Gonzales | Gonzales | 1 | | 6A | 8:30-5:00 M,T,W,Th,F | 20,045 | | |
| Seguin | Guadalupe | 2 | | 6A | 8:00-5:00 M,T,W,Th,F | 139,841 | | |
| San Marcos | Hays | 3 | | 6A | 8:00-5:00 M,T,W,Th,F | 168,990 | X | |
| Boerne | Kendall | 5 | | 6A | 8:00-5:00 M,T,W,Th,F | 35,956 | | |
| Kerrville | Kerr | 3 | | 6A | 8:30-5:00 M,T,W,Th,F | 49,786 | | |
| Hallettsville | Lavaca | 0 | X | 6A | Every Tues and Wed 9:00-4:00 | 19,468 | | |
| Giddings | Lee | 0 | X | 6A | Every Tues and Wed 8:30-4:15 | 16,601 | | |
| Victoria | Victoria | 5 | | 6A | 8:00-5:00 M,T,W,Th,F | 89,269 | X | |
| Floresville | Wilson | 2 | | 6A | 8:30-5:00 M,T,W,Th,F | 44,370 | | |
| Hondo | Medina | 2 | | 6A | 8:00-5:00 M,T,Th,F | 46,765 | | |
| Fort Hood | Bell | 2 | | 6B | 8:30-5:00 M,T,W | 323,037 | | |

TEX0479585.xlsx

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Killeen | Bell | 1 | | 6B | 8:00-5:00 M,T,Th,F 8:00-6:00 W | 323,037 | | |
| Temple | Bell | 7 | | 6B | 8:00-5:00 T,W,Th,F 8:00-6:00 M | 323,037 | | |
| Meridian | Bosque | 0 | X | 6B | Every Wed and Thurs 9:00-4:00 | 18,125 | | |
| Burnet | Burnet | 0 | X | 6B | Every Mon, Tues, and Fri, 8:30-5:00 | 43,448 | | |
| Marble Falls | Burnet | 1 | | 6B | 8:30-5:00 M,T,W,Th,F | 43,448 | | |
| Copperas Cove | Coryell | 2 | | 6B | 8:00-5:00 M,T,W,Th,F | 77,231 | | |
| Gatesville | Coryell | 2 | | 6B | 8:30-5:00 M,T,W,Th,F | 77,231 | | |
| Fairfield | Freestone | 0 | X | 6B | Every Wed 9:00-4:00 | 19,515 | | |
| Hamilton | Hamilton | 0 | X | 6B | Every Wed 9:00-4:00 | 8,307 | | |
| Hillsboro | Hill | 1 | | 6B | 8:00-5:00 M,T,W,Th,F | 35,115 | | |
| Lampasas | Lampasas | 0 | X | 6B | Every Tues, Wed, and Thurs 8:30-5:00 | 20,107 | | |
| Groesbeck | Limestone | 0 | X | 6B | Every Mon, Tues, Thurs, and Fri 8:30-5:00 | 20,107 | | |
| Llano | Llano | 0 | X | 6B | Every Tues and Thurs 9:00-4:00 | 19,085 | | |
| Waco | McClennon | 0 | | 6B | 8:00-5:00 M,W,TH,F 8:00-7:00 T | 238,707 | X | X |
| Cameron | Milam | 0 | X | 6B | Every Mon, Thurs, and Fri 8:30-5:00 | 24,157 | | |
| Goldwaithe | Mills | 0 | X | 6B | Every Thurs 9:00-4:00 | 4,828 | | |
| Austin-Pflugerville (Mega) | Travis | 47 | | 6B | 7:30-6:00 M,T,W,Th 7:30-5:00 F | 1,095,584 | X | X |
| Austin-North Lamar - TEMP CLOSED (remodel) | Travis | | | 6B | | 1,095,584 | X | |
| Austin-Northwest | Travis | 15 | | 6B | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 1,095,584 | | X |
| Austin-South | Travis | 22 | | 6B | 8:00-5:00 M,T,W,F 8:00-7:00 Th | 1,095,584 | X | X |
| Georgetown | Williamson | 11 | | 6B | 8:00-5:00 M,T,W,Th,F | 456,232 | | X |
| Taylor | Williamson | 5 | | 6B | 8:30-5:00 M,T,W,Th,F | 456,232 | | |

\* Scheduled offices are staffed by home office employees
\*\* http://quickfacts.census.gov/qfd/states/48/48159.html

Counties Served 175
Scheduled Offices 46

| County | Region |
|---|---|
| Delta | 1A |
| Franklin | 1A |
| Camp | 1A |
| Marion | 1A |
| Somervell | 1B |
| Robertson | 2A |
| Madison | 2A |
| Grimes | 2A |
| Austin | 2A |
| San Augustine | 2B |
| Sabine | 2B |
| Newton | 2B |
| San Jacinto | 2B |
| Trinity | 2B |
| Aransas | 3 |
| Edwards | 3 |
| Kinney | 3 |
| Real | 3 |
| Dimmit | 3 |
| La Salle | 3 |
| McMullen | 3 |
| Duval | 3 |
| Jim Hogg | 3 |
| Willacy | 3 |
| Kenedy | 3 |
| Refugio | 3 |
| Hudspeth | 4 |
| Loving | 4 |
| Jeff Davis | 4 |
| Terrell | 4 |
| Crockett | 4 |
| Schleicher | 4 |
| Kimble | 4 |
| Mason | 4 |
| Menard | 4 |
| Concho | 4 |
| Irion | 4 |
| Upton | 4 |
| Glasscock | 4 |
| Sterling | 4 |
| Coke | 4 |
| Borden | 4 |
| Sherman | 5 |
| Hansford | 5 |
| Lipscomb | 5 |
| Hartley | 5 |

| County | Region |
|---|---|
| Roberts | 5 |
| Oldham | 5 |
| Potter | 5 |
| Wheeler | 5 |
| Armstrong | 5 |
| Collingsworth | 5 |
| Briscoe | 5 |
| Hall | 5 |
| Motley | 5 |
| Cottle | 5 |
| Foard | 5 |
| Cochran | 5 |
| Dickens | 5 |
| King | 5 |
| Archer | 5 |
| Clay | 5 |
| Jack | 5 |
| Throckmorton | 5 |
| Stonewall | 5 |
| Kent | 5 |
| Garza | 5 |
| Lynn | 5 |
| Shackelford | 5 |
| Bandera | 6A |
| Frio | 6A |
| Karnes | 6A |
| Goliad | 6A |
| Jackson | 6A |
| Fayette | 6A |
| Caldwell | 6A |
| San Saba | 6B |
| Blanco | 6B |
| Falls | 6B |
| Total | 79 |



Texas Department of Public Safety
Driver License Division
Driver License Offices
25-Mile Radius

- DL Office
- 25 Miles from DL Office

Percentage of Population within
25 Miles of DL Office
2010 Census: 98.52%
2012 Projected: 98.54%
2017 Projected: 98.62%

Data: Texas State University, Government Partnerships Program, 2013
Graphic: Texas Department of Public Safety, 2013



Peters
EXHIBIT NO. 48
Kim Seibert



From: Bodisch, Robert
To: Bodisch, Robert; MacGregor Stephenson
CC: Peters, Joe
Sent: 9/23/2013 8:15:11 PM
Subject: Fwd: Voter ID Information requested-1 of 2
Attachments: ATT00001.htm; ATT00002.htm; image001.png; TX DL Office Information 070313.xlsx

Confirmed numbers, 79 counties with no DL office is the correct number. What OAG might not understand is that we are currently pulling trained customer service representatives out of busy DL offices to fill the 25 mobile teams. We have had to order 137 CSRs to work on Saturdays because they are not interested in working overtime. Lots of internal grumbling about waste of tax dollars. Not sure where will get 175 trained CSRs to man the 79 counties where the numbers aren't. This also doesn't address the equipment, transportation and overtime costs. We do not have the funds for what we are currently doing. Pulling all the CSRs out of existing DL offices will severely degrade our DL mission. Legislators will be fuming when their constituents start calling them and complain about the lines wrapped around the DL offices. Steve is traveling to the border with couple of Senators and cannot make the meeting. I will be there. See attached

Robert J. Bodisch
Assistant Director/Chief of Staff,
Texas Homeland Security
Texas Dept. of Public Safety
512-424-2368 w

Begin forwarded message:

From: "Nolte, Candace" <Candace.Nolte@dps.texas.gov>
Date: September 19, 2013 at 17:34:50 CDT
To: "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>
Subject: FW: Voter ID Information requested-1 of 2

No counties list included.


Peters
EXHIBIT NO. 49
Kim Seibert