PL355
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Hale, Lynn |
| **To:** | Bell, Stephen; Miller, Connie; Daughtry, Lisa; Spinks, Margaret; Heselmeyer, Diane; Sandeen, Sara; Fowler, Cynthia (LRS); Vasquez, Esther; Hodges, Cari; Arldt, Julie |
| **CC:** | Rodriguez, Tony; Mastracchio, JoeAnna; Gipson, Sheri; Buster, Marguerite; Stempelmann, Susan; Hale, Lynn |
| **Sent:** | 6/21/2013 3:16:49 PM |
| **Subject:** | |
| **Attachments:** | 32 Job Aid Election Certificate.docx; 32 Texas Election Certificate.docx |

Greetings Driver License Staff!

Circumstances have come up whereby we may need to begin issuing the Election certificates as early as Monday. Because of this possibility, we are holding a WebEx refresher training at **4PM today.** This will be a review of the training that was initially given last year and in 2011. The training document is attached to this email. Please only print enough for those attending the WebEx. Further copies can be printed if the decision comes down to actually issue the Election Certificates.

**Access information follows below:**

Topic: ELECTION CERTIFICATE
Date: **Friday, June 21, 2013**
Time: **4:00 pm**, Central Daylight Time (Chicago, GMT-05:00)
Meeting Number: **498 516 135**
Meeting Password: (This meeting does not require a password.)
Host number: not displayed

-------------------------------------------------------
To join the online meeting (Now from mobile devices!)
-------------------------------------------------------

1. Go to https://txdps.webex.com/txdps/j.php?ED=20940523&UID=60702583&RT=MiM3
2. If requested, enter your name and email address.
3. If a password is required, enter the meeting password: (This meeting does not require a password.)
4. Click "Join".
5. Follow the instructions that appear on your screen.

To view in other time zones or languages, please click the link:
https://txdps.webex.com/txdps/j.php?ED=20940523&UID=60702583&ORT=MiM3

-------------------------------------------------------
To join the teleconference only
-------------------------------------------------------

Call-in toll-free number: 1-866-5689431 (US)
Call-in number: 1-224-4446694 (US)
Leader PIN: 9151
Conference Code: 610 339 56

*Lynn M. Hale*

Lynn M. Hale
Training Specialist V
Policy and Business Improvement
Driver License Division
Texas Department of Public Safety
O-512.437.4745
C-512.571.7759
lynn.hale@dps.texas.gov

# Election Certificate Issuance Procedures

**Steps for Issuing an Original Election Certificate**

1. Search for applicant on DLS **Search Applicant** screen. Search the records by entering the name and date of birth of the applicant. (Figure 1)
    a. If record is found determine if applicant has a driver license or identification card which may be used as a photo identification for election purposes.
    b. If no record is found, select the Election Certificate tab located in the blue bar in DLS.

Fig. 1

2. Search for the on the **Search Election Certificate** screen. Search the record again by entering the name and date of birth of the applicant and select the *Search Election Certificate* button located at the bottom of the screen. (Figure 2)

Fig. 2

    a. If a record is found it will appear on the **Election Certificate Search Results** page and indicates the person has previously been issued an election certificate. Ask for proper identification and select the *GO* button to view the record and reissue the election certificate. (Fig. 2A) (A demo on reissuance procedures is later in this document.)

# Election Certificate Issuance Procedures

b. If the **Election Certificate Search Results** shows no record is found proceed to the next screen by selecting the *Search Election Certificate* button located at the bottom of the screen to initiate the process of issuing an original election certificate. (Figure. 2b)

3. Type in the required information on the **Applicant Information** screen.
   a. The fields which include a red asterisk (*) must be filled, i.e. name, dob, physical address. (Figure 3a)

   b. Mailing address, physical description, and other information. U.S. citizen must be "YES" to be eligible for an election certificate. (Figure 3b)

# Election Certificate Issuance Procedures

Fig. 3b

**Mailing Address:** ☐ (Same as physical)

| Field | Value |
|---|---|
| Address 1 : | |
| Address 2: | |
| City : | |
| State : | TEXAS |
| Zip : | - |
| COUNTRY : | UNITED STATES |

**Physical Description Information**

| Field | Value |
|---|---|
| Sex : | |
| Eye Color : | |
| Hair Color : | |
| Race : | |
| Height : | |
| Weight : | |

**Other Information**

| Field | Value |
|---|---|
| US Citizen : | NO (options: YES, NO) |
| Voter Registration: | |

Next

c. If applicant is registering to vote, select the *Voter Registration* box and select the *Voter Status* from the drop-down menu that applies to the applicant. Select the *Next* button to proceed to the image capture screen. (Figure 3c)

Fig. 3c

4. In the Digimarc program capture the applicant's signature, thumbprints and portrait. (Not shown) Complete the image capture and proceed to the next page; **Signature, Thumbprints, Photograph** refresh. Select the Refresh *button* to proceed to the **Scan Documents** screen. (Figure 4)

Fig. 4

# Election Certificate Issuance Procedures

5. The **Scan Documents** screen is the only location during the process where the documents presented, i.e. election certificate application, proof of identity and U.S. citizenship documents can be scanned into the system. However, all documents must be scanned at this point. (Figure 5)
   a. If the transaction needs to be cancelled, select the *Cancel Transaction* button.
   b. Select the *Continue* button to proceed with the transaction.

6. On the **Transaction Completed Successfully**
   a. Select the *Print Temporary EC Card* to cue the printer to print a temporary election certificate card.
   b. Select the *Continue* button after the temporary election certificate has been successfully printed.

# Election Certificate Issuance Procedures

TEXAS DEPARTMENT OF PUBLIC SAFETY
TEMPORARY ELECTION CERTIFICATE CARD VALID UNTIL

FOR ELECTION PURPOSES ONLY
CANNOT BE USED AS IDENTIFICATION

- Contact your local driver license office if assistance is needed
- Your Election Certificate will be processed and mailed within 30-60 days
- You must keep this Temporary Election Certificate until your new card is received
- This Election Certificate is for election purposes only

Courtesy - Service - Protection

7. Ask the applicant to review the information, i.e. name and mailing address and confirm the information is correct. Applicant and employee will sign the temporary election certificate. Inform the applicant the temporary election certificate can be used as photo identification for voting purposes until they receive the card in the mail.

DLS | TASKS | SEARCH | PDPS | CDLIS | MISC | ELECTION CERTIFICATE

Selected Applicant: TWENTY, VOTER

TWENTY , VOTER

Election Certificate Number: 34295931
Date of Birth: 06/10/1948
Sex: FEMALE
Eye Color: BLUE

top of screen

Transaction Eligibility
Election Certificate
Re-Issue Election Certificate

Basic Information

| | |
|---|---|
| First Name: | VOTER |
| Middle Name: | |
| Last Name: | TWENTY |
| Suffix: | |
| SSN: | |
| DOB: | 06/10/1948 |
| Age: | 63 |

Physical Description

| | |
|---|---|
| Sex: | FEMALE |
| Eye Color: | BLUE |
| Hair Color: | BLONDE |
| Race: | WHITE |
| Height: | 5' 02" |
| Weight: | 110 |

Election Certificate Card Information

| | |
|---|---|
| EC Actions: | Edit Election Certificate<br>Remake Election Certificate<br>View Transaction History |
| EC Number: | 34295931 |
| Original Issue Date: | 12/19/2011 |
| Issue Date: | 12/19/2011 |
| Audit Number: | 1861913112011912812 1 |
| Expiration Date: | 06/10/2016 |

Physical Address

| | |
|---|---|
| Street 1: | 5805 N LAMAR |
| Street 2: | |
| City: | AUSTIN |
| State: | TX |
| Zip Code: | 78756 |
| Zip Code Extension: | |
| County: | TRAVIS |
| Country: | UNITED STATES |

Other Information

| | |
|---|---|
| Record Creation Date: | 12/19/2011 |
| US Citizen: | YES |
| Voter Registration: | YES |

bottom of screen

Mailing Address

| | |
|---|---|
| Street 1: | 5805 N LAMAR |
| Street 2: | |
| City: | AUSTIN |
| State: | TEXAS |
| Zip Code: | 78756 |
| Zip Code Extension: | |
| Country: | UNITED STATES |

# Election Certificate Issuance Procedures

**Steps to Re-Issue an Election Certificate**

Follow the steps 1 and 2 listed above to search for the applicant. If the applicant has an election certificate on record and wants to replace a lost card select Go and proceed to the applicant's election certificate record screen

*To re-issue a lost election certificate*

1. In the *Transaction Eligibility* box select the Re-Issue Election Certificate and follow the steps outlined above to issue the election certificate.

*To remake a card*

1. Follow steps 1 and 2 to search for the applicant.
2. When the applicant's record is found on the Election Certificate select the link; View Transaction History.



DLS | TASKS | SEARCH | PDPS | CDLIS | MISC | ELECTION CERTIFICATE

Selected Applicant: FOUR, VOTER

# Edit Applicant Information

**Card Information**

| Election Certificate Number: | 34295604 |
| --- | --- |
| Election Certificate Expiration Date: | 02/04/2018 |

**Name**

| Last Name : | FOUR |
| --- | --- |
| First Name: | VOTER |
| Middle Name: | |
| Suffix: | |
| No First Name: | |

**Personal Info**

| DOB : | 02/04/1958 |
| --- | --- |
| SSN: | |

**Physical Address**

| Address 1 : | 5805 N LAMAR |
| --- | --- |
| Address 2: | |
| City : | AUSTIN |
| County : | TRAVIS |
| State: | TEXAS |
| Zip : | 78752 - |

# Election Certificate Issuance Procedures

**Mailing Address** ☐ (Same as physical)

| Field | Value |
|---|---|
| Address 1*: | |
| Address 2: | |
| City*: | |
| State*: | |
| Zip*: | - |
| COUNTRY*: | |

**Physical Description Information**

| Field | Value |
|---|---|
| Sex*: | MALE |
| Eye Color*: | BROWN |
| Hair Color*: | BROWN |
| Race*: | OTHER |
| Height*: | 5' 10" |
| Weight*: | 185 |

**Other Information**

| Field | Value |
|---|---|
| US Citizen*: | YES |
| Voter Registration: | ☑ |
| Voter Status*: | NEW |
| Election Judge: | ☐ |

Continue

DLS
TASKS
SEARCH
PDPS
CDLIS
MISC
ELECTION CERTIFICATE
Selected Applicant: FOUR, VOTER
Edit Card Request Confirmation
Please click the 'Confirm' button to process the Edit
Confirm
Back

TEX04781

# Election Certificate Issuance Procedures







# Election Certificate Issuance Procedures

## Transaction History

| Transaction Type | Transaction Status | EC Number | Application Date | Issue Date | Expiration Date | Location | User ID | Details |
|---|---|---|---|---|---|---|---|---|
| Remake Election Certificate | License Production Pending | 34295634 | 12/07/2011 15:26:26 | 12/07/2011 | 02/04/2018 | HEADQUARTERS | TRN0001 | Production Details<br>Transaction Receipt |
| Issue Election Certificate | License Production Pending | 34295634 | 12/07/2011 15:06:29 | 12/07/2011 | 02/04/2018 | HEADQUARTERS | TRN0001 | Production Details<br>Transaction Receipt |



TEXAS DEPARTMENT OF PUBLIC SAFETY/DRIVER LICENSE DIVISION

# #32 Texas Election Certificate

## Pending Judicial Review

**DPS/DLD/PBI**

**7/12/2012**

***Disclaimer: This training material was developed by Policy and Business Improvement (PBI). The laws, rules, and policies referenced in this material are current as of the date of this publication; however, recent changes in State law and internal DPS policies may not be accurately reflected as that information was not available at the time of printing. As a result of these unforeseen changes, always refer to the "Driver License Manual" posted on the intranet under the Driver License section for the most current information. This policy is pending judicial review.***



Slide 1

Course # 32
TEXAS ELECTION CERTIFICATES

Course #32 Texas Election Certificate

Slide 2

Abstract
2
This course details the requirements needed for an applicant to be eligible for an Election Certificate. It will outline the steps necessary to apply for and receive the Election Certificate.
Driver License Division 7/13/2012

**Abstract**

This course details the requirements needed for an applicant to be eligible for an Election Certificate. It will outline the steps necessary to apply for and receive the Election Certificate.

Slide 3

The Texas Voter ID law is currently under judicial review and we cannot issue Election Certificates until the court decision is rendered. No Election Certificates shall be issued until you receive official notification.

Slide 4

Course Objectives

4

- Introduce the requirements for the Texas Election Certificate.
- List the steps to apply for the Election Certificate.

Driver License Division 7/13/2012

**Course Objectives**

- Introduce the requirements for the Texas Election Certificate.
- List the steps to apply for the Election Certificate.

Slide 5




**Texas Election Certificate Overview**

• The Department of Public Safety is prepared to issue Texas Election Certificates to persons who are obtaining one for the purpose of voting and do not have another form of photo identification acceptable for election purposes.

Slide 6




• The Texas Election Certificate is to be used for election purposes only and **cannot be used as an identification card.**

• The Texas Election Certificate will be issued at no charge to applicants who meet the eligibility requirements.

Slide 7

Persons Not Eligible
7
Persons who have been issued any of the following documents which may be used for election purposes:
Texas driver license (includes occupational license with photograph) – unexpired or expired less than 60 days;
Texas identification card – unexpired or expired less than 60 days;
Driver License Division 7/13/2012

**Persons Not Eligible**

- Persons who have been issued any of the following documents which may be used for election purposes:
  - Texas driver license (includes occupational license with photograph) – unexpired or expired less than 60 days;
  - Texas identification card – unexpired or expired less than 60 days;

Slide 8

Persons Not Eligible
8
Texas concealed handgun license – unexpired or expired less than 60 days;
United States military identification card containing the person's photograph;
United States passport – unexpired or expired less than 60 days;
Driver License Division 7/13/2012