- Texas concealed handgun license – unexpired or expired less than 60 days;
- United States military identification card containing the person's photograph;
- United States passport – unexpired or expired less than 60 days;

Slide 9

### Persons Not Eligible

- United States citizenship certificate containing the person's photograph; or
- Persons who are **not** United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors).



Driver License Division    7/13/2012

- United States citizenship certificate containing the person's photograph; or
- Persons who are **not** United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors).

Slide 10

### Persons Who Are Eligible

- The department shall issue an election certificate upon request to persons who **do not** have one of the forms of acceptable photo identification listed above, and are:
  - a registered voter in Texas and present a valid voter registration card, or are eligible to vote and submit a voter registration application to the department

Driver License Division    7/13/2012



**Persons Who Are Eligible**
- The department shall issue an election certificate upon request to persons who **do not** have one of the forms of acceptable photo identification listed above, and are:
    - A registered voter in Texas and present a valid voter registration card, or are eligible to vote and submit a voter registration application to the department

Slide 11



- A United States citizen;
- A resident of Texas; who is age 18 or above. (To be eligible to apply for voter registration, a person must, on the date the application is submitted to the registrar, be at least 17 years and 10 months of age.)

Slide 12





TEX0478

## How to Apply for Election Certificate
To apply for the Texas Election Certificate the person must:
- Visit a Texas driver license office;
- Bring documents to verify U.S. citizenship;
- Bring documents that meet the department's identification policy; and
- Request and complete an application for the Texas Election Certificate.

Slide 13



## Election Certificate Application Form
The person applying for the Texas Election Certificate will complete and sign front page of form DL-14C. The back of the application includes eligibility requirements for obtaining the Election Certificate.

# APPLICATION FOR TEXAS ELECTION CERTIFICATE
FOR ELECTION PURPOSES ONLY; CANNOT BE USED AS AN IDENTIFICATION CARD

**FOR DEPARTMENT USE ONLY**

NOTICE: All information on this application must be completed in INK.

ASSIGNED # _____

## APPLICANT INFORMATION
- LAST NAME:
- FIRST NAME:
- MIDDLE NAME:
- SUFFIX:
- MAIDEN NAME:
- DATE OF BIRTH (mm/dd/yyyy):
- SSN:
- SEX: (Circle One)  Male  Female
- EYE COLOR:  HAIR COLOR:
- RACE:
- HEIGHT: ft.  in.
- WEIGHT: lbs.
- UNITED STATES CITIZEN: yes  no

If you are not a US citizen, you are not eligible for an Election Certificate.

- PLACE OF BIRTH: CITY:  COUNTY:  STATE:  COUNTRY:
- FATHER'S LAST NAME:  MOTHER'S MAIDEN NAME:

## CONTACT INFORMATION
- HOME PHONE:
- OTHER PHONE:
- EMAIL:

## ADDRESS INFORMATION
- RESIDENCE ADDRESS:
- CITY:  STATE:
- ZIP CODE:  COUNTY:
- MAILING ADDRESS:
- CITY:  STATE:
- ZIP CODE:  COUNTY:

**SAMPLE**

## INFORMATION REQUIRED FROM ALL APPLICANTS
| | YES | NO | |
|---|---|---|---|
| 1. | ☐ | ☐ | Are you presenting a voter registration card today? |
| 2. | ☐ | ☐ | Are you able and registering to vote today? |
| 3. | ☐ | ☐ | Do you have a Texas driver license or learner instruction permit (unexpired, or expired for no more than 60 days)? |
| 4. | ☐ | ☐ | Do you have a Texas identification card (unexpired, or expired for no more than 60 days)? |
| 5. | ☐ | ☐ | Do you have a Texas concealed handgun license (unexpired, or expired for no more than 60 days)? |
| 6. | ☐ | ☐ | Do you have a US passport (unexpired, or expired for no more than 60 days)? |
| 7. | ☐ | ☐ | Do you have a US citizenship certificate that contains your photograph? |
| 8. | ☐ | ☐ | Do you have a US military identification card that contains your photograph (unexpired, or expired for no more than 60 days)? |

If answering "yes" to questions 3 through 8, you are not eligible to receive a Texas Election Certificate.

## CERTIFICATION
I do solemnly swear, affirm, or certify that I am the person named herein and that the statements on this application are true and correct.

X_____  Date:_____

## VERIFICATION
Sworn to and subscribed before me this _____ day of _____

Notary Public in and for the State of Texas or Authorized Officer

## FOR DEPARTMENT USE ONLY
- Document Presented:_____  Document Number:_____  Issuing Agency:_____
- Document Presented:_____  Document Number:_____  Issuing Agency:_____
- Document Presented:_____  Document Number:_____  Issuing Agency:_____



Slide 14



Search for applicant on DLS **Search Applicant** screen. Search the records by entering the name and date of birth of the applicant. (Figure 1) If record is found determine if applicant has a driver license or identification card which may be used as photo identification for election purposes. If no record is found, select the Election Certificate tab located in the blue bar in DLS.



10

TEX0478

Slide 15



Search for the on the **Search Election Certificate** screen. Search the record again by entering the name and date of birth of the applicant and select the *Search Election Certificate* button located at the bottom of the screen. (Figure 2)



TEX0478

Slide 16



If a record is found it will appear on the **Election Certificate Search Results** page and indicates the person has previously been issued an election certificate. Ask for proper identification and select the *GO* button to view the record and reissue the election certificate. (Fig. 2A) (A demo on reissuance procedures is later in this document.)



12

Slide 17



If the **Election Certificate Search Results** shows no record is found proceed to the next screen by selecting the *Search Election Certificate* button located at the bottom of the screen to initiate the process of issuing an original election certificate. (Figure. 2b)



Slide 18



Type in the required information on the **Applicant Information** screen.

- The fields which include a red asterisk (*) must be filled, i.e. name, DOB, physical address. (Figure 3a)



14

TEX04781

Slide 19



- Mailing address, physical description, and other information. U.S. citizen must be "YES" to be eligible for an election certificate. (Figure 3b)



Slide 20



•If applicant is registering to vote, select the *Voter Registration* box and select the *Voter Status* from the drop-down menu that applies to the applicant. Select the *Next* button to proceed to the image capture screen. (Figure 3c)



Fig. 3c

Slide 21



In the Digimarc program capture the applicant's signature, thumbprints and portrait. (Not shown) Complete the image capture and proceed to the next page; **Signature, Thumbprints, Photograph** refresh. Select the Refresh *button* to proceed to the **Scan Documents** screen. (Figure 4)

Slide 22



The **Scan Documents** screen is the only location during the process where the documents presented, i.e. election certificate application, proof of identity and U.S. citizenship documents can be scanned into the system. However, all documents must be scanned at this point. (Figure 5)
 • If the transaction needs to be cancelled, select the *Cancel Transaction* button (a).
 • Select the *Continue* button (b) to proceed with the transaction.



17

TEX04781

Slide 23



On the **Transaction Completed Successfully**
    • Select the *Print Temporary EC Card* (a) to cue the printer to print a temporary election certificate card.
    •Select the *Continue* button (a) after the temporary election certificate has been successfully printed.



18

Slide 24



Ask the applicant to review the information, i.e. name and mailing address and confirm the information is correct.  Applicant and employee will sign the temporary election certificate.
Inform the applicant the temporary election certificate can be used as photo identification for voting purposes until they receive the card in the mail.

Slide 25



TEX0478

The Texas Voter ID law is currently under judicial review and we cannot issue Election Certificates until the court decision is rendered. No Election Certificates shall be issued until you receive official notification.

Slide 26

