# Election Certificate Issuance Procedures



Fig. 2a

b. If the **Election Certificate Search Results** shows no record is found proceed to the next screen by selecting the *Search Election Certificate* button located at the bottom of the screen to initiate the process of issuing an original election certificate. (Figure. 2b)



Fig. 2b

3. Type in the required information on the **Applicant Information** screen.
   a. The fields which include a red asterisk (*) must be filled, i.e. name, dob, physical address. (Figure 3a)



Fig. 3a

b. Mailing address, physical description, and other information. U.S. citizen must be "YES" to be eligible for an election certificate. (Figure 3b)

Rev. 12/19/2011

Page 2

TEX05114

## Election Certificate Issuance Procedures



Fig. 3b

c. If applicant is registering to vote, select the *Voter Registration* box and select the *Voter Status* from the drop-down menu that applies to the applicant. Select the *Next* button to proceed to the image capture screen. (Figure 3c)



Fig. 3c

4. In the Digimarc program capture the applicant's signature, thumbprints and portrait. (Not shown) Complete the image capture and proceed to the next page; **Signature, Thumbprints, Photograph** refresh. Select the Refresh *button* to proceed to the **Scan Documents** screen. (Figure 4)

Fig. 4

## Election Certificate Issuance Procedures

5. The **Scan Documents** screen is the only location during the process where the documents presented, i.e. election certificate application, proof of identity and U.S. citizenship documents can be scanned into the system. However, all documents must be scanned at this point. (Figure 5)
    a. If the transaction needs to be cancelled, select the *Cancel Transaction* button.
    b. Select the *Continue* button to proceed with the transaction.



Fig. 5

6. On the **Transaction Completed Successfully**
    a. Select the *Print Temporary EC Card* to cue the printer to print a temporary election certificate card.
    b. Select the *Continue* button after the temporary election certificate has been successfully printed.



Fig. 6

## Election Certificate Issuance Procedures



7. Ask the applicant to review the information, i.e. name and mailing address and confirm the information is correct. Applicant and employee will sign the temporary election certificate. Inform the applicant the temporary election certificate can be used as photo identification for voting purposes until they receive the card in the mail.



Rev. 12/19/2011

Page 5

## Election Certificate Issuance Procedures

### Steps to Re-Issue an Election Certificate

Follow the steps 1 and 2 listed above to search for the applicant. If the applicant has an election certificate on record and wants to replace a lost card select Go and proceed to the applicant's election certificate record screen

*To re-issue a lost election certificate*
1. In the *Transaction Eligibility* box select the Re-Issue Election Certificate and follow the steps outlined above to issue the election certificate.

*To remake a card*
1. Follow steps 1 and 2 to search for the applicant.
2. When the applicant's record is found on the Election Certificate select the link; View Transaction History.



# Election Certificate Issuance Procedures

| DLS | TASKS | SEARCH | PDPS | CDLIS | MISC | ELECTION CERTIFICATE |
|---|---|---|---|---|---|---|

Selected Applicant: FOUR, VOTER

## Edit Applicant Information

**Card Information**

| | |
|---|---|
| Election Certificate Number: | 34295604 |
| Election Certificate Expiration Date: | 02/04/2018 |

**Name**

| | |
|---|---|
| Last Name : | FOUR |
| First Name: | VOTER |
| Middle Name: | |
| Suffix: | |
| No First Name: | |

**Personal Info**

| | |
|---|---|
| DOB : | 02/04/1958 |
| SSN: | |

**Physical Address**

| | |
|---|---|
| Address 1 : | 5805 N LAMAR |
| Address 2: | |
| City : | AUSTIN |
| County : | TRAVIS |
| State: | TEXAS |
| Zip : | 78752 |
| | UNITED STATES |

TEX0511

## Election Certificate Issuance Procedures

**Mailing Address:** ☐ (Same as physical)

| Field | Value |
|---|---|
| Address 1: | |
| Address 2: | |
| City: | |
| State: | |
| Zip: | - |
| COUNTRY: | |

**Physical Description Information**

| Field | Value |
|---|---|
| Sex: | MALE |
| Eye Color: | BROWN |
| Hair Color: | BROWN |
| Race: | OTHER |
| Height: | 5' 10" |
| Weight: | 185 |

**Other Information**

| Field | Value |
|---|---|
| US Citizen: | YES |
| Voter Registration: | ☑ |
| Voter Status: | NEW |
| Election Judge: | ☐ |

[Continue]



DLS — TASKS  SEARCH  PDPS  CDLIS  MISC  ELECTION CERTIFICATE
Selected Applicant: FOUR, VOTER

### Edit Card Request Confirmation

Please click the 'Confirm' button to process the Edit

[Confirm] [Back]

# Election Certificate Issuance Procedures



**Remake Card**

Reasons*

- CARD QA FAILED - VENDOR CREDIT
- CLERICAL ERROR
- CUSTOMER NEVER RECEIVED CARD
- SUPERVISOR APPROVAL
- SYSTEM PROCESSING ERROR



**Remake Card**

Reasons*
CUSTOMER NEVER RECEIVED CARD

[Continue]



**Remake Card Request Confirmation**

Remake EC information has been submitted successfully.

[Continue]

# Election Certificate Issuance Procedures



TEX05114