PL357
9/2/2014
2:13-cv-00193

**From:**      Davis, Robin on behalf of Peters, Joe
**Sent:**      10/3/2013 2:33:52 PM
**Subject:**      Mobile Election Identification Certificate Station Information
**Attachments:**      EIC Letter to Counties.pdf; EIC Training Instructions.pdf

The Texas Department of Public Safety (DPS), in partnership with the Office of the Texas Secretary of State is working to ensure every eligible Texas voter has ample opportunity to obtain, as conveniently as possible, photo identification required to comply with the Texas voter photo identification law.

Attached to this email, you will find a letter regarding mobile Election Identification Certificate (EIC) stations. You will also find instructions on training that will be provided to your county. This training will prepare you to run mobile EIC stations in your county.

DPS will be sending you the Memorandum of Understanding (MOU) between your County and DPS in a separate email.

DPS has established an EIC email account to make it easier to communicate, EIC@dps.texas.gov. Please use this account when sending emails to DPS regarding mobile EIC stations.

The point of contact at DPS for mobile EIC stations is Mr. M.A. "Tony" Rodriguez. You can reach Tony at 512-424-5657, or at EIC@dps.texas.gov.

Thank you in advance for agreeing to partner with DPS and the Secretary of State in ensuring all eligible Texas voters will have ample opportunity to acquire an Election Identification Certificate.

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division





# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
www.dps.texas.gov





STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
RANDY WATSON

The Texas Department of Public Safety (DPS), in partnership with the Office of the Texas Secretary of State (SOS) is working to ensure that every eligible Texas voter has ample opportunity to obtain, as conveniently as possible, photo identification required to comply with the Texas voter photo identification law.

Our effort to ensure accessibility and convenience for eligible voters includes deploying mobile Election Identification Certificate (EIC) stations across the state in counties where there is no DPS driver license office and to augment this service in those counties with high population concentrations. SOS has advised us that officials in your county have agreed to partner with us in this effort.

This communication is intended to clarify the roles and responsibilities of DPS and participating counties in providing EIC issuance service.

DPS responsibilities include:

- Assembling mobile EIC stations consisting of the computer hardware, software and peripheral equipment necessary to capture the information required to process EIC applications.

- Coordinating centralized training locations throughout the state to train county personnel on the application process and operation of the mobile EIC equipment.

- Providing the training for county personnel who will accept applications, verify eligibility, enter required data into the EIC system and issue receipts to eligible applicants.

- Upon successful completion of a six hour (estimated) training course, DPS will issue mobile EIC station equipment to county personnel for return to their respective counties.

- Providing on-call technical and operational support.

- Transporting encrypted customer data from the mobile sites to a DPS driver license facility for upload to the statewide EIC database.

County responsibilities include:

- Providing adequate electrical power and space, readily accessible to the public, for EIC equipment setup and operation.

- Supporting county staff time and travel to attend DPS provided training in the setup and operation of EIC stations.

- Providing adequate DPS trained county staff to set up equipment, post informational signs, accept and process EIC applications, and print and provide receipts to eligible applicants during regular business hours or other hours by mutual agreement between county officials and SOS staff.

The DPS point of contact for mobile EIC station matters is M.A. "Tony" Rodriguez, Senior Manager, Driver License Division, Texas Department of Public Safety, 5805 N. Lamar, Austin, TX 78752. Tony may be reached at 512-424-5657 or via email at EIC@dps.texas.gov .

Should you have questions or require more information, please feel free to contact us.

Thank you in advance for your dedication to public service and for your help in ensuring all eligible Texas voters will have ample opportunity to acquire an Election Identification Certificate.

Respectfully,

Joe Peters
Assistant Director
Driver License Division

# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
www.dps.texas.gov





STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
RANDY WATSON

Thank you for your participation in Election Identification Certificate (EIC) County Training. These instructions will help prepare your county to attend training.

Deadlines: Please report your training attendance to the Department of Public Safety (DPS) no later than Friday, October 4, 2013, by 5:00 p.m. Please include the name of the employee(s) attending from your county. Because of limited seating, DPS asks that you limit your attendance to no more than 2 employees. Please email your county's attendance information to Mr. M.A. "Tony" Rodriguez at EIC@dps.texas.gov, or at 512-424-5657.

IMPORTANT NOTE: At training, your county will be receiving the equipment to complete EIC transactions in 2 plastic bins to take back to your county. Each bin is 30 gallon size, 31.6" X 19.4" X 17.1". The training includes how to set up the equipment at your county office.

Location, Date, and Time: The training is 1 day from 9:00 a.m. to 3:00 p.m., with 1 hour for lunch. Page 2 lists your training site, location and date of training by county. Page 4 lists the training sites with information to help your employee(s) prepare for training.

Travel: Travel to training is in accordance with your county's travel policy. DPS will not be reimbursing for travel expenses. DPS will not be providing lunch to students.

What to Bring: Please be prepared to take notes during class.

Contact Information: If you have any questions regarding training, please contact Mr. M.A. "Tony" Rodriguez at EIC@dps.texas.gov, or at 512-424-5657.

| Training Locations and Dates | | | |
|---|---|---|---|
| County | Training Site | City | Date |
| ARANSAS | Coastal Bend College | Beeville | October 8 |
| ARCHER | Garland DL Megacenter | Garland | October 9 |
| ARMSTRONG | Panhandle Regional Planning Commission | Amarillo | October 9 |
| AUSTIN | Sam Houston State University | Huntsville | October 9 |
| BANDERA | Concho Valley Council of Governments | San Angelo | October 8 |
| BLANCO | Concho Valley Council of Governments | San Angelo | October 8 |
| BORDEN | Texas Tech Health Science Center | Lubbock | October 8 |
| BRISCOE | Texas Tech Health Science Center | Lubbock | October 8 |
| CALDWELL | Coastal Bend College | Beeville | October 8 |
| CAMP | Garland DL Megacenter | Garland | October 9 |
| CLAY | Garland DL Megacenter | Garland | October 9 |
| COCHRAN | Texas Tech Health Science Center | Lubbock | October 8 |
| COKE | Concho Valley Council of Governments | San Angelo | October 8 |
| COLLINGSWORTH | Panhandle Regional Planning Commission | Amarillo | October 9 |
| CONCHO | Concho Valley Council of Governments | San Angelo | October 8 |
| COTTLE | Texas Tech Health Science Center | Lubbock | October 8 |
| CROCKETT | Concho Valley Council of Governments | San Angelo | October 8 |
| DELTA | Garland DL Megacenter | Garland | October 9 |
| DICKENS | Texas Tech Health Science Center | Lubbock | October 8 |
| DIMMIT | Coastal Bend College | Beeville | October 8 |
| DUVAL | Coastal Bend College | Beeville | October 8 |
| EDWARDS | Concho Valley Council of Governments | San Angelo | October 8 |
| FALLS | Sam Houston State University | Huntsville | October 9 |
| FAYETTE | Sam Houston State University | Huntsville | October 9 |
| FOARD | Texas Tech Health Science Center | Lubbock | October 8 |
| FRANKLIN | Garland DL Megacenter | Garland | October 9 |
| FRIO | Coastal Bend College | Beeville | October 8 |
| GARZA | Texas Tech Health Science Center | Lubbock | October 8 |
| GLASSCOCK | Concho Valley Council of Governments | San Angelo | October 8 |
| GOLIAD | Coastal Bend College | Beeville | October 8 |
| GRIMES | Sam Houston State University | Huntsville | October 9 |
| HALL | Texas Tech Health Science Center | Lubbock | October 8 |
| HANSFORD | Panhandle Regional Planning Commission | Amarillo | October 9 |
| HARTLEY | Panhandle Regional Planning Commission | Amarillo | October 9 |
| HUDSPETH | El Paso – Scott Simpson Driver License Office | El Paso | October 9 |
| IRION | Concho Valley Council of Governments | San Angelo | October 8 |
| JACK | Garland DL Megacenter | Garland | October 9 |
| JACKSON | Coastal Bend College | Beeville | October 8 |
| JEFF DAVIS | El Paso – Scott Simpson Driver License Office | El Paso | October 9 |
| JIM HOGG | Coastal Bend College | Beeville | October 8 |
| KARNES | Coastal Bend College | Beeville | October 8 |
| KENEDY | Coastal Bend College | Beeville | October 8 |
| KENT | Texas Tech Health Science Center | Lubbock | October 8 |
| KING | Texas Tech Health Science Center | Lubbock | October 8 |
| KINNEY | Concho Valley Council of Governments | San Angelo | October 8 |
| LA SALLE | Coastal Bend College | Beeville | October 8 |
| LIPSCOMB | Panhandle Regional Planning Commission | Amarillo | October 9 |
| LOVING | El Paso – Scott Simpson Driver License Office | El Paso | October 9 |

2

| Training Locations and Dates | | | |
|---|---|---|---|
| County | Training Site | City | Date |
| LYNN | Texas Tech Health Science Center | Lubbock | October 8 |
| MADISON | Sam Houston State University | Huntsville | October 9 |
| MARION | Garland DL Megacenter | Garland | October 9 |
| MASON | Concho Valley Council of Governments | San Angelo | October 8 |
| MCMULLEN | Coastal Bend College | Beeville | October 8 |
| MENARD | Concho Valley Council of Governments | San Angelo | October 8 |
| MOTLEY | Texas Tech Health Science Center | Lubbock | October 8 |
| NEWTON | Sam Houston State University | Huntsville | October 9 |
| OLDHAM | Panhandle Regional Planning Commission | Amarillo | October 9 |
| POTTER | Panhandle Regional Planning Commission | Amarillo | October 9 |
| REAL | Concho Valley Council of Governments | San Angelo | October 8 |
| REFUGIO | Coastal Bend College | Beeville | October 8 |
| ROBERTS | Panhandle Regional Planning Commission | Amarillo | October 9 |
| ROBERTSON | Sam Houston State University | Huntsville | October 9 |
| SABINE | Sam Houston State University | Huntsville | October 9 |
| SAN AUGUSTINE | Sam Houston State University | Huntsville | October 9 |
| SAN JACINTO | Sam Houston State University | Huntsville | October 9 |
| SAN SABA | Concho Valley Council of Governments | San Angelo | October 8 |
| SCHLEICHER | Concho Valley Council of Governments | San Angelo | October 8 |
| SHACKELFORD | Garland DL Megacenter | Garland | October 9 |
| SHERMAN | Panhandle Regional Planning Commission | Amarillo | October 9 |
| SOMERVELL | Garland DL Megacenter | Garland | October 9 |
| STERLING | Concho Valley Council of Governments | San Angelo | October 8 |
| STONEWALL | Texas Tech Health Science Center | Lubbock | October 8 |
| TERRELL | Concho Valley Council of Governments | San Angelo | October 8 |
| THROCKMORTON | Garland DL Megacenter | Garland | October 9 |
| TRINITY | Sam Houston State University | Huntsville | October 9 |
| UPTON | Concho Valley Council of Governments | San Angelo | October 8 |
| WHEELER | Panhandle Regional Planning Commission | Amarillo | October 9 |
| WILLACY | Coastal Bend College | Beeville | October 8 |

**Training Site Information**

Coastal Bend College
3800 Charco Road, Beeville, Texas 78102
George F Elam Technical-Vocational Building, Room 116
Campus Map: http://www.coastalbend.edu/beeville/ Building E on campus map
Parking Information: http://www.coastalbend.edu/beeville/
Restaurant Information: Google Link Here
Training Date and Time: October 8, 9:00 a.m. to 3:00 p.m.

Concho Valley Council of Governments
2801 West Loop 306, Suite A, San Angelo, Texas 76904
Google Maps: Google Link Here
Parking Information: Parking is in the lot in front and on the side of the building
Restaurant Information: Google Link Here
Training Date and Time: October 8, 9:00 a.m. to 3:00 p.m.

El Paso – Scott Simpson Driver License Office
11612 Scott Simpson Drive, El Paso, Texas 79936
Let the front desk know you are attending the EIC County Training and you will be escorted to the
conference room
Google Maps: Google Link Here
Parking Information: Parking is in the lot located at the Driver License Office
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Garland DL Megacenter
4445-A Saturn Road, Garland, Texas 75043
Let the front desk know you are attending the EIC County Training and you will be escorted to the
conference room
Google Maps: Google Link Here
Parking Information: Parking is in the lot in front of the office
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Panhandle Regional Planning Commission
415 Southwest 8th Avenue, Amarillo, Texas 79105
Google Maps: Google Link Here
Parking Information: Parking is in the lot behind the office
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

4

Sam Houston State University
816 17ᵗʰ Street, Huntsville, Texas 77340
College of Criminal Justice Building, Texas Room, 1ˢᵗ Floor, Room A119
Campus Map: http://www.shsu.edu/map/ Section 9 on map
Building Map: http://www.shsu.edu/dotAsset/34e2e525-dbbb-4397-a2e4-7b8890fcb88e.pdf
Parking Information: http://www.shsu.edu/~upd_www/garage/
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Texas Tech Health Science Center
3601 4ᵗʰ Street, Lubbock, Texas 79430
Health Science Center Building, 2ⁿᵈ Floor, Room 2C221
At the information desk in the building, you can be directed to the classroom
Campus Map: http://www.ttuhsc.edu/Contacts/campusMaps/lubbockMap.pdf
Parking Information: Park in visitor parking
Restaurant Information: Google Link Here
Training Date and Time: October 8, 9:00 a.m. to 3:00 p.m.