# \<County Election Certificate\>

## Training Plan

Version *\<1.0\>*

*\<10/02/2013\>*



Peters

EXHIBIT NO. 54

Kim Seibert

*County Election Identification Certificate Training*

## Table of Contents

**1.0 Objective** ...................................................................................................3

**1.1 Background and Scope** .............................................................................3

    1.2 POINTS OF CONTACT ...................................................................................3

**2.0 Instructional Analysis** ..............................................................................3

    2.1 NEEDS AND SKILLS ANALYSIS .....................................................................3

    2.2 DEVELOPMENT APPROACH .........................................................................3

    2.3 ISSUES AND RECOMMENDATIONS ................................................................4

**3.0 Instructional Methods** ..............................................................................4

    3.1 TRAINING METHODOLOGY ...........................................................................4

    3.2 EVALUATION ...............................................................................................4

**4.0 Training Resources** ...................................................................................4

    4.1 COURSE ADMINISTRATION ..........................................................................4

    4.2 RESOURCES AND FACILITIES .......................................................................4

    4.3 TRAVEL SCHEDULES ...................................................................................6

**5.0 Training Curriculum** .................................................................................7

**6.0 Additional Requirements** .........................................................................7

    6.1 DL CUSTOMER OPERATIONS SENIOR MANAGERS ........................................7

    6.2 REGIONAL MANAGERS/ASSISTANT MANAGERS ...........................................7

    6.3 OFFICE SUPERVISORS ................................................................................8

    6.4 FACILITATORS ............................................................................................8

TEX I.R.000263

*County Election Identification Certificate Training*

## 1.0 Objective

To develop a training plan that establishes the format and timeline to deliver training to Texas County clerks on the process for collecting information and issuing Election Identification Certificates (EIC). The training will cover all associated hardware and software, additional equipment and reporting procedures. This training will cover the process and procedures for collecting identity documents, image capture, scanning and coordinating delivery of the finished package to TXDPS.

### 1.1 Background and Scope

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state. Election Identification Cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting. EIC applicants will need to bring evidence of citizenship and identity.

### 1.2 Points of Contact

| Role | Name | Contact Number |
|---|---|---|
| Business Sponsor | John Steen | |
| Customer Ops | Paul Watkins | 512-424-5413 |
| | Tony Rodriguez | 512-424-5657 |
| | Steve Bell | 512-424-2768 |
| ITS | Andrea Carlisle | 512-424-4047 |
| Customer Support Contact | Sheri Gipson | 512-424-2769 |
| Training Representative | Lynn Hale | 512-437-4745 |
| Training Representative | Robert Myers | 512-424-5538 |
| Training Representative | Danielle McCradic | 512-424-3739 |
| Training Representative | Ricardo Garcia | 512-424-3482 |

## 2.0 Instructional Analysis

### 2.1 Needs and Skills Analysis

The target audience for this training will be Texas County clerks. All requirements for eligibility will be explained, as well as the procedures needed to complete the EIC transactions on the computer systems and complete the image capture. The training will also cover the ID and citizenship document requirements needed in order to obtain an Election Identification certificate. All the skills needed in order for the County Clerks to be successful in the issuances of EICs will be covered.

### 2.2 Development Approach

Current EIC training materials will be adapted for county clerk training

TEX I.R.000264

*County Election Identification Certificate Training*

## 2.3 Issues and Recommendations

Geographic locations (distance) make it more practical to conduct the training in 7 centralized locations. This ensures consistency in training. Locations are: Lubbock, Amarillo, San Angelo, El Paso, Beeville, Huntsville, and Garland.

Due to the short amount of time allocated to have this training complete, it is both impractical and inconsistent with to rely on driver license facilitators to conduct this training for the county employees.

## 3.0 Instructional Methods

### 3.1 Training Methodology

The EIC training will be conducted using both a lecture and practical techniques.

### 3.2 Evaluation

Course evaluations will be used to measure effectiveness of training and to update and improve overall future training.

## 4.0 Training Resources

### 4.1 Course Administration

Initial training will be administered by TXDPS Driver License training staff with the assistance of selected facilitators (who attended the first EIC training). (Two areas will be trained by facilitators in a controlled location). Using these facilitators to assist with the County EIC training will serve as a Train-the-trainer session so they may discern the differences between the DL EIC training and the County EIC training. This will allow them to use this knowledge to serve as Subject Matter Experts in their regions for other facilitators. Follow-up and future training for county clerks who may miss this scheduled event may be conducted by DL facilitators or DL trainers in nearby Regional locations.

### 4.2 Resources and Facilities

- EIC Mobile units will be delivered to training locations by regional DL employees – Trainers will coordinate with regional manager to ensure containers are delivered to each classroom prior to 8 AM each class day.
- Trainer is responsible for supplying all copies of training material to class. They must have copies for all students plus extra.
- Trainers must bring pens, pencils, paper, highlighters and any other classroom item needed for training.
- Trainers will ensure they have extra inventory sheets for the EIC mobile sets
- Each training location will have 1 or 2 DL facilitators to act as an Assistant Instructor (AI) for the class. (This will also allow them to learn the revised material for the future if any make-up classes are required).

Following is the list of training locations, dates and times:

TEX I.R.000265

*County Election Identification Certificate Training*

Coastal Bend College
3800 Charco Road, Beeville, Texas 78102
George F Elam Technical-Vocational Building, Room 116
Campus Map: http://www.coastalbend.edu/beeville/ Building E on campus map
Parking Information: http://www.coastalbend.edu/beeville/
Restaurant Information: Google Link Here
Training Date and Time: October 8, 9:00 a.m. to 3:00 p.m.

Concho Valley Council of Governments
2801 West Loop 306, Suite A, San Angelo, Texas 76904
Google Maps: Google Link Here
Parking Information: Parking is in the lot in front and on the side of the building
Restaurant Information: Google Link Here
Training Date and Time: October 8, 9:00 a.m. to 3:00 p.m.

El Paso – Scott Simpson Driver License Office
11612 Scott Simpson Drive, El Paso, Texas 79936
Let the front desk know you are attending the EIC County Training and you will be escorted to
the conference room
Google Maps: Google Link Here
Parking Information: Parking is in the lot located at the Driver License Office
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Garland DL Megacenter
4445-A Saturn Road, Garland, Texas 75043
Let the front desk know you are attending the EIC County Training and you will be escorted to
the conference room
Google Maps: Google Link Here
Parking Information: Parking is in the lot in front of the office
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Panhandle Regional Planning Commission
415 Southwest 8th Avenue, Amarillo, Texas 79105
Google Maps: Google Link Here
Parking Information: Parking is in the lot behind the office
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Sam Houston State University
816 17th Street, Huntsville, Texas 77340
College of Criminal Justice Building, Texas Room, 1st Floor, Room A119
Campus Map: http://www.shsu.edu/map/ Section 9 on map
Building Map: http://www.shsu.edu/dotAsset/34e2e525-dbbb-4397-a2e4-7b8890fcb88e.pdf
Parking Information: http://www.shsu.edu/~upd_www/garage/

TEX I.R.000266

*County Election Identification Certificate Training*

Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Texas Tech Health Science Center
3601 4th Street, Lubbock, Texas 79430
Health Science Center Building, 2nd Floor, Room 2C221
At the information desk in the building, you can be directed to the classroom
Campus Map: http://www.ttuhsc.edu/Contacts/campusMaps/lubbockMap.pdf
Parking Information: Park in visitor parking
Restaurant Information: Google Link Here
Training Date and Time: October 8, 9:00 a.m. to 3:00 p.m.

**4.3 Travel Schedules**

**Date: October 8, 2013**
*Location: Beeville (Coastal Bend College)*
Time: 9 a.m. - 3 p.m.
Trainer: Lynn Hale
Facilitator(s) Paul Esquivel
Travel: Lynn will travel to/from training on same day. Paul will travel to/from training on same day.

*Location: San Angelo (Concho Valley C.O.G.)*
Time: 9 a.m. – 3 p.m.
Trainer: Ricardo Garcia
Facilitator(s) Misty Lego (Abilene), Veronica Martinez (Pflugerville)
Travel: Overnight. Ricardo will arrive in San Angelo Monday Oct. 7. Lodging secured. Training will be held on Tuesday Oct. 8th. Ricardo will return to Austin Tues. night Veronica Martinez will follow the same training schedule as Ricardo. Misty Lego will travel to/from training on the same day.

*Location: Lubbock (Texas Tech University Health Science Center)*
Time: 9 a.m. - 3 p.m.
Trainer: Bob Myers
Facilitator(s) Tammie Goff (Lubbock)
Travel: 3 nights Bob will arrive in Lubbock on Monday Oct. 7th. Lodging secured. Training will be held on Tues. Oct. 8th. Bob will travel to Amarillo at the end of class. Lodging secured in Amarillo. Tammy is on site no travel required.

**Date: October 9, 2013**
*Location: Huntsville (Sam Houston State University)*
Time: 9 a.m. – 3 p.m.
Trainer: Danielle McCradic
Facilitator(s) Joanna Stewart (Spring), Peggy Melott (Rosenberg)
Travel: Danielle will travel on Tuesday for Weds class and return to Austin after class on the 9th. Joanna Stewart and Peggy Melott will travel to/from training on the same day.

TEX I.R.000267

**County Election Identification Certificate Training**

*Location: Garland Mega Center*
Time: 9 a.m. – 3 p.m.
Trainer(s): Walter (Derrick) LeBlanc (Garland Mega), Latresha Fowler-Ockletree (Ft. Worth Mega)
Travel: Derrick is on site no travel required.  Latresha will travel to/from the training site on the same day.

## Date: October 9, 2013
*Location: El Paso (Scott Simpson DL Office)*
Time: 9 a.m. – 3 p.m.
Trainer: None. There are only three counties (Loving, Jeff Davis, Hudspeth) that are scheduled to receive the EIC mobile units.
Facilitator(s): Jacob Player
Travel: Jacob is on site no travel required.

*Location: Amarillo (Panhandle Regional Planning Commission)*
Time: 9 a.m. – 3 p.m.
Trainer: Bob Myers
Facilitator(s): Tammy Goff
Travel: Lodging secured for night and will return to Austin on Oct. 10th.  Tammy Goff will travel to/from Amarillo on the same day.

## 5.0 Training Curriculum

Under revision at this time. Will be placed on SharePoint when completed and distributed to designated Customer Operations managers and facilitators as required.

## 6.0 Additional Requirements
The County EIC training requires additional assistance for functional operation from the Customer Operations Regional Managers and certain members of their staff.

### 6.1 DL Customer Operations Senior Managers
Maintain open lines of communication with DL training staff to ensure training is conducted in the most efficient manner possible while maintaining the high quality standards that are expected from the Department of Public Safety.

### 6.2 Regional Managers/Assistant Managers
The cooperation of the Regional Managers is required for the coordination of transportation of the EIC mobile units to the training sites and for the release of the facilitators to act as assistant instructors for the county EIC training.

TEX I.R.000268

*County Election Identification Certificate Training*

### 6.3 Office Supervisors

Because almost all DL offices may be effected by the county clerks issuing EIC's, they will need to be aware of their role in processing the flashdrives and county EIC statistic tracking sheets that may be received in their offices. Training material will be distributed to them and be made available to regional facilitators to assist them with this task. Regional and Assistant Managers will all be included in this training material distribution. Questions on the training material may be directed, through DL offices chain-of command, to training staff as necessary.

### 6.4 Facilitators

Facilitators who attended the initial DL EIC training (Phase One) will be responsible for conducting training for other CSR's in their region who will be going out on EIC offsite visits with the mobile units. Facilitators who act as assistant instructors for the County EIC training (Phase Two), will be responsible for training office employees on the process required for receiving the flashdrive from a county and completing the transaction.

All customer operations employees and DL trainers need to maintain open lines of communication with each other to ensure training is conducted in the most efficient manner possible while maintaining the high quality standards that are expected from the Department of Public Safety.

TEX I.R.000269

# EIC Training Outline

**Times are approximate – They will vary based on class size**

## Introduction – 9:00AM – 9:30AM

- Training Team Introductions
- Student Introductions
- Logistics
- Schedule
- Review Training Material

## Review Equipment – 9:30AM – 10:00AM

- Brief explanation of items

## EIC Unit Setup – 10:00AM – 10:30AM

- Laptop login *(Appendix J)*
- Scanner setup *(Appendix I)*
- Camera *(must be portrait and placed on tripod)*
- Photo Backdrop
- Banner

## EIC Transaction Process 10:30AM – 11:30AM *(PowerPoint and Appendix A)*

- a. Identification Policy
    - i. US citizenship *(Appendix G)*
    - ii. ID documents *(Appendix G)*
- b. Review Forms
    - I. EIC Statistics Tracking Sheet *(Appendix B)*
    - Ii. EIC Daily Verification Log *(Appendix E)*
- c. Application DL-14C/CS
    - i. Point out Affirmation

## Lunch – 11:30AM – 12:30PM

## EIC Transaction Process continued 12:30PM – 2:00PM *(PowerPoint and Appendix A)*

- d. Capturing Photo *(Appendix A)*
- e. Capturing Signature
- f. Processing EIC Temporary *(Appendix A)*
    - i. Uploading photo
    - ii. Filling in proper fields
    - iii. REMINDER: when saving select "SAVE AS" not "SAVE"
- g. Scanning Process
- h. Signatures on EIC Temporary

Driver License Division 10/04/2013

## EIC Training Outline

    i.  Returning Documents to Customer
    j.  Uploading Data to Flashdrive *(Appendix A)*
    k.  EIC Data Scrubbed off laptop
    l.  Transit of EIC Data *(Appendix K)*
    m. Data Deletion from *(Appendix D)*
          i.  Laptop/ after successful upload to flashdrive
          ii.  Camera / end of day
          iii.  Flashdrive /upon return to County Clerk

## Practice

- Steps D-I until 2:00PM
- Steps J-M until 2:30PM

## Inventory/ Transfer Units 2:30PM – 3:00PM

- Q and A
- Summary

Driver License Division 10/04/2013