



## Purpose



- The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EIC) at mobile stations across the state.

- There are currently 79 counties in Texas that do not have a DPS Driver License Office

- The Office of the Secretary of State has offered the opportunity to County Clerk Offices to join the partnership.

## Objective

- To deploy/set up fixed EIC stations in certain County Clerk offices to enable them to screen individuals, answer inquiries and issue Election Identification Certificates to eligible Texas residents who need identification in order to vote.

## Training Overview

- Equipment Review
- EIC Unit Setup
- EIC Eligibility
  - Proof of Identity
  - Proof of U.S. citizenship
- EIC Transaction Process
- Practice
- Inventory/Sign out Units



EIC Unit Check List (Appendix F)

## EIC County Unit Setup

- Scanner Setup
- Laptop login
- Camera/Tripod Setup
- Portrait Backdrop Setup
- Banner



### Who is NOT eligible for a Texas EIC

- Persons who:
  - Are not U.S. Citizens
  - Have been issued any form of acceptable photo identification that may be used for voting purposes.

### Photo Identification Acceptable for Voting 

- **Texas Driver License** (includes Occupational license with photo – unexpired or expired less than 60 days
- **Texas ID card** – unexpired or expired less than 60 days
- **Texas CHL** – unexpired or expired less than 60 days
- **U.S. Military ID** containing photo
- **U.S. Passport** - unexpired or expired less than 60 days
- **U.S. Passport card** - unexpired or expired less than 60 days
- **U.S. Citizen Certificate** containing the persons photo



**Who IS eligible for a Texas EIC**

- Persons who:
  - Are U.S. Citizens
  - Registered to vote or submit a voter registration application
  - Texas Residents
  - 17 years and 10 months of age or older
  - Currently does <u>not</u> have a form of acceptable photo identification that may be used for voting purposes.

### Proof of U.S. Citizenship (Appendix G) 

- U.S. Passport or Passport card
- Birth Certificate
- Certificate of Report of Birth
- U.S. Certificate of Citizenship or Certificate of Naturalization
- Department of Justice Immigration and Naturalization service U.S. Citizen ID Card (I-197 or I-179)



**EIC Statistics Tracking Sheet (Appendix B)**

The County EIC Tracking Sheet will document:
- Inquiries that did not qualify and **Remarks**
- Inquiries that did qualify and were issued a temporary
- Inquiries that ask for information but did not want to be issued and **Remarks**

- The EIC Number(s) column will not be filled out by the County Clerk. A DL office employee will insert the number at a later time.



Reminder: Affirmation is at the bottom of application



### EIC Process

- After verifying the customer's U.S. Citizenship and identity begin EIC process.

- Customer completes application.
  - DL-14C/CS
  - County clerk will record the EIC unit number (i.e. unit #50) at the top of the application.

- County Clerk will call a DPS Regional Communication Center to request verification of an existing Texas DL/ID.

- Record date and time of request on the application

For Numbers of the DPS RCC's refer to main training document section 1.2





