

























Note:
It is very important to select "SAVE AS" instead of "SAVE" so that the template remains blank to the next transaction.
"SAVE" will replace the template.



**Signatures**

▸ Print EIC Receipt

▸ County Clerk signs temporary EIC on the employee line

▸ Customer signs temporary EIC on the signature line



33