## Scanning Documents

- ▸ From the scanner touch screen select:
  - Scan

  - Computer Name:
    - EIC_ADMIN-PC

  - Save as PDF

  - Start Scan





## End of Process with Customer



- Return receipt and all original documents **except** the signature card and EIC application to the customer.

- Signature card, application , will be transported back to the driver license office.

- Explain that this receipt is good for 30 days and if their application and transaction are confirmed they will receive their EIC shortly in the mail.













## Transport of EIC Data



‣ **Issued EIC's**
  • A Trooper will transport the flashdrive, EIC applications (DL–14C/CS), signature cards, and the EIC County Statistic Tracking Sheet to a DPS driver license office.

‣ **EIC Inquiries only**
  • Statistic tracking sheet will be faxed to a DPS Regional Office. *(Refer to Appendix C)*

‣ **No Inquiries or Issued EIC's**
  • No action needed

44

## Data Deletion (Appendix D)



- ▸ Laptop
  - • Delete after successful data upload to flashdrive

- ▸ Camera
  - • Delete photos at the end of each day

- ▸ Flashdrive
  - • Delete upon return to County Clerk

45



