Election Identification Certificate (EIC)
County Clerk Office Instructions




Step 6: Double-click Removable storage - the screen below will appear




Step 7: Double-click DCIM folder - the screen below will appear

# Election Identification Certificate (EIC)
## County Clerk Office Instructions




Step 8: Double-click 101_01 folder



Election Identification Certificate (EIC)
County Clerk Office Instructions



Step 9: Click on portrait and drag to "Pictures" folder on Desktop



Step 10: Portrait will appear in "Picture" folder - Double-click "Picture" folder from Desktop - the following screen will appear

## Election Identification Certificate (EIC)
## County Clerk Office Instructions




Step 11: Rename Portrait "FirstnameLastname_Portrait. This is done by "right clicking on portrait and selecting 'rename'




Step 12: Once portrait is renamed, open the portrait by double clicking it.

TEX I.R.000286

Election Identification Certificate (EIC)
County Clerk Office Instructions



Step 13: Select the clockwise rotate arrow button.



Step 14: Image will now be displayed correctly - close window

# Election Identification Certificate (EIC)
## County Clerk Office Instructions

Step 15: Ask the Customer to place their signature on the signature card within the yellow box. Only the signature will be placed in the signature block. NO OTHER DESIGNATION WILL BE ALLOWED such as, UCC 1308 without prejudice, XOXO, ☺, ©:).Only the signature may be placed in this box. No smiley faces, hearts or other statements.



Step 16: Open the"Temp Card TEMPLATE by double clicking the icon on the Desktop to open the EIC spreadsheet.



# Election Identification Certificate (EIC)
## County Clerk Office Instructions



Step 17: Click the Options button at the top of the spreadsheet - the screen below will appear




Step 18: Select "Enable this content" radio button and click the "OK" button

# Election Identification Certificate (EIC)
## County Clerk Office Instructions

Step 19: Type the customer's Name (Last, First), Date of Birth, and Mailing Address on EIC Temporary Receipt. (**Must enter last name first.**) The name should be entered using all capital letters. Example: LAST NAME, FIRST NAME

Step 20: Move the cursor out of the cells and click the "Import Portrait" button.




Step 21: Browse to Desktop and double-click Pictures folder.




Step 22: To import the portrait into the EIC temporary receipt, double-click the Portrait that matches the customer or single click the portrait and select the "Open" button.

Election Identification Certificate (EIC)
County Clerk Office Instructions






## Election Identification Certificate (EIC)
## County Clerk Office Instructions

Step 23: Save spreadsheet in Receipts folder on Desktop by selecting "Save As" from the drop down menu from the Office Button




and saving as "FirstnameLastname_Receipt".




Step 24: Print the Receipt. The County Clerk will sign the receipt on the Employee line. The customer will sign on the Signature line.

Step 25: Scan documents:

a. Place the following documents face up on scanner:
   - Application
   - ID Docs
   - Citizenship Docs

Election Identification Certificate (EIC)
County Clerk Office Instructions

b. From the scanner- touch screen select;
   - Scan
   - Computer Name: EIC_ADMIN-PC
   - Save as PDF
   - Start Scan

c. The following screen will appear



Election Identification Certificate (EIC)
County Clerk Office Instructions

a. Click on pdf called "Scan" and drag to the "Documents folder on the desktop.



b. Rename the scanned document pdf to FirstnameLastname_Documents.

