Election Identification Certificate (EIC)
County Clerk Office Instructions

Step 26: Give the receipt and all original documents **except the signature card** and **EIC application** (DL-14C/CS) to the customer. Attach the signature card to the DL-14C/CS as both documents will be transported (by the trooper) back to the driver license office for processing Explain to the customer that this receipt is good for 30 days and if their application and transaction are confirmed they will receive their Texas Election Identification Certificate in the mail.

**At the end of the day:**

Step 27: Transfer all EIC data from the laptop to the designated flashdrive by following the steps below:

    a.  Ensure no other devices are plugged in the computer. Plug the flashdrive into the laptop to transfer the pictures, documents and receipt files from the laptop to the flashdrive.

    b.  Enter the password (Monday@01) and click the "Unlock" button.



    c.  The following screen will display.  Click the red "**X**" to close the window.

TEX I.R.000294

Election Identification Certificate (EIC)
County Clerk Office Instructions



d.   Double-click the "upload " icon from the Desktop to transfer the files from the laptop to the flashdrive.



e.   Press any key to continue after the screen below appears or wait for the countdown to complete.

TEX I.R.000295

## Election Identification Certificate (EIC)
## County Clerk Office Instructions



c. Right click on the "Safely Remove Hardware" icon from the taskbar.

d. Select "Eject Data Transmission 2.0.
Once the "it's safe to remove hardware" message is received, remove flashdrive from laptop.



The designated flashdrive, and all completed EIC applications (DL-14C/CS), signature cards, and EIC County Tracking Sheets will be placed in the county's folder and given to a Trooper to be transported to the driver license office for final processing.

TEX I.R.000296

# Texas County Election Identification Certificate Tracking Sheet

City: _____   County Name: _____   Date: _____

| Inquiries that did not qualify | Remarks | | Inquiries that did qualify and were issued | EIC Number(s) | Inquiries that ask for information but did not want to be issued | Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

County Appendix B

TEX I.R.000297

# Texas County Election Identification Certificate Tracking Sheet

City: _____  County Name: _____  Date: _____

| Inquiries that did qualify and were issued | EIC Number(s) | Inquiries that ask for information but did not want to be issued | Remarks | Inquiries that did not qualify | Remarks |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

County Appendix B

TEX I.R.000298

## County EIC

### DRIVER LICENSE Manager's Fax Numbers*

Region 1A    Salestus Winkley
             Fax# (214) 861-2103
             Dallas

Region 1B    Stephen Berkley
             Fax# (817) 285-1909
             Fort Worth

Region 2A    Tom Carter
             Fax# (281) 517-1375
             Houston

Region 2B    Kathy Bergman
             Fax# (936) 442-2881
             Houston

Region 3     Sam Silva
             Fax# (956) 565-7205
             McAllen

Region 4     Stella Valenzuela
             Fax# (432) 498-2374
             Midland

Region 5     Tom Valdez
             Fax# (806) 472-2848
             Lubbock

Region 6A    Barbara Hubbard
             Fax# (210) 531-2278
             San Antonio

Region 6B    Joseph Garcia
             Fax# (254) 759-7198
             Austin

*Fax Texas EIC reports to nearest Regional manager

TEX I.R.000299

## EIC Data Deletion Instructions

Below are the instructions for deleting data collected when processing an Election Identification Certificate on the mobile units.

### Deleting Photos from Camera

At the end of the day all images collected will be erased from the camera. This can be done by formatting the memory card in the camera. Formatting erases all data on a memory card. Before formatting, make sure images were copied on to the flash drive.

1. Select the [On/Off] button to activate camera.
2. Select [Menu] button.
3. Press the ✎ (arrow right) to access the toolbox icon.
4. Press the [Disp] and scroll down to [Format] and the press [Func Set].
5. Press the ✎ (arrow right) to highlight "OK".
6. Press [Func Set] to format memory card.
7. Press [Func Set] again to erase images.
8. Press [Auto] (arrow up) to highlight "OK". *(All data on memory card will be erased)*
9. Press [Func Set] and OK *(Memory Card Formatting Complete) and "OK".*

### Delete EIC Data from Laptop

After the EIC information has been saved on the Flashdrive, the data should be erased from the Laptop by clicking on the "erase Laptop" icon located on the desktop. 

### Delete the Data from the Flashdrive

It is important to maintain the data on the Flashdrive until the day after pending EIC transactions have been processed and verified in DLS. This is not an issue for the counties since you have multiple flashdrives and will not receive the first flashdrive back until the 3rd day. To delete the data from the Flashdrive:

1. Insert the Flashdrive into the mobile unit laptop.
2. Click on the "erase Flashdrive" icon located on the desktop. 

County Appendix D

# County EIC Daily Verification Log

Date: _____

County EIC Location: _____

Office: _____

Mobile Unit #: _____

Employee: _____

**County Clerk Items to Verify each day**

☐ _____ Verify Flashdrive empty

☐ _____ Verify camera charged

☐ _____ Verify camera SIM card empty

☐ _____ Check printer ink cartridge levels

☐ _____ Check printer paper quantity

**Items to Annotate Beginning of Day**

Flashdrive used: _____

Mobile Unit Inventory Complete
    ☐ Yes
    ☐ No
      List Missing Items:

    _____

    _____

    _____

Items to Replenish
    ☐ No
    ☐ Yes
      List Items:

    _____

    _____

    _____

**Items to Verify End of Day**

☐ _____ Photos deleted from Camera

☐ _____ Data removed from laptop

☐ _____ EIC applications, flashdrive and EIC Tracking

Sheet updated and handed off to State trooper

    ☐ Inquiries only- EIC Tracking sheet faxed to

    Driver License Regional Manager

    ☐ N/A – No Issuance or Inquires

☐ _____ Camera charging

☐ _____ Ensure Mobile Lite set logged out and

secured

☐ _____ Ensure Mobile Lite set is secured

County Appendix E

EIC MOBILE LITE UNIT

| UNIT # | | | COUNTY NAME: | |
|---|---|---|---|---|
| | CHECK | TUB A/B | QUANTITY | ITEM |
| | | A | 1 | 3 IN 1SCANNER, POWER CORD & USB CONNECTOR |
| | | A | 1 | INK CARTRIDGE |
| | | A | 1 | BLUE SCREEN |
| | | A | 1 | SCREEN HOLDER |
| | | A | 1 | SCREEN TRIPOD |
| | | B | 1 | LAPTOP & MOUSE |
| | | B | 1 | LAPTOP BAG |
| | | B | 5 | FLASH DRIVES # __A__ & # ___B__ # C # D # E |
| | | B | 1 | CAMERA |
| | | B | 1 | POWER STRIP |
| | | B | 1 | CAMERA TRIPOD & CASE |
| | | A | 2 | BUNGIE CORDS |
| | | B | 1 | USB CORD |
| | | A | 1 | BANNER |
| | | B | 1 | FOLDERS: 100 EACH OF DL-14C & DL-14CS & DL-174 25 EACH - EIC DAILY TRACKING LOG TX EIC STATISTIC TRACKING SHEET EIC DAILY VERIFICATION LOG |
| | | A | PACKAGE | DOLLY (PUSH CART) |
| | | A | 1 | SIGNATURE CARDS |
| | | A | BAG | CLIPBOARD |
| | | B | BOX | CABLE TIES |
| | | B | BOX | COMMAND HOOKS |
| | | A | 4 ROLLS | COMMAND STRIPS |
| | | | 2 | TAPE |
| | | | | TOTES WITH LIDS |

| LAPTOP SERIAL NUMBER | | | |
|---|---|---|---|
| CAMERA SERIAL NUMBER | | | |
| 3 IN 1SCANNER SERIAL NUMBER | | | |

I,_____CERTIFY THAT ALL ITEMS LISTED IN THE ABOVE LOG ARE CONTAINED
IN THE TWO CONTAINERS.

SIGNATURE _____

DATE _____

TIME _____

WITNESS _____

DATE _____

TIME _____

County Appendix F

TEX I.R.000302

## County EIC Training

## Identification and U.S. Citizenship Requirements

**U.S. Citizenship**

An applicant for an Election Identification Certificate (EIC) must present one of the following documents to verify their U.S. citizenship:

- U.S. passport or passport card; or
- Birth certificate issued by a U.S. state, U.S. territory or District of Columbia; or
- For U.S. citizens born abroad – Certificate of Report of Birth (DS-1350 or FS-545) or Consular Report of Birth (FS-240) issued by the U.S. Department of State; or
- U.S. Certificate of Citizenship or Certificate of Naturalization (N-560, N-561, N-645, N-550, N-55G, N-570, or N-578); or
- I/S/ Department of Justice Immigration and Naturalization Service U.S. Citizen ID Card (Form I-197 or I-179)

**Note:** If the EIC applicant presents a U.S. Certificate of Citizenship or Certificate of Naturalization which includes the person's identifiable photograph they will not qualify for EIC. The document will be accepted as photo identification to cast their vote.

**Identity**

An applicant for an Election Identification Certificate (EIC) must provide documents satisfactory to the Department of Public Safety to verify their identity. All documents must be verifiable.

- A. Bring **one** document listed in the **primary category**; or
- B. Bring **two** documents listed in the **secondary identification** category; or
- C. Bring **one** item listed in the **secondary identification** category, plus **two** items listed in the **supporting identification** category.

Primary Identification

An individual can present one primary document. No other documents are required to verify identity if one primary document is provided. Primary documents include:

- A Texas driver license or Texas personal identification card issued to the person that has been expired more than 60 days and has been expired less than two years; American Indian Card (I-872)
- Northern Mariana Card (I-873)

Secondary Identification

Applicants can present two secondary documents. These items are recorded governmental documents (United States, one of the 50 states, a United States territory, or District of Columbia). Secondary identity documents include:

- Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency;
- Original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad);

[County Appendix G]

Page 1

## County EIC Training

- U.S. citizenship or naturalization papers without identifiable photo.
- Texas Dept. of State Health Services (DSHS) record of birth issued ONLY for the purposed of obtaining an EIC (*refer to example provided in training packet*).(*see example provided*)

<u>Supporting Identification</u>

Applicants who do not have a primary document or two supporting documents can provide **one secondary** (from the list above) and **two supporting** documents. Supporting identity documents include:

- Voter registration card;
- School records;
- insurance policy (at least two years old);
- Texas vehicle or boat title or registration;
- military records;
- original or certified copy of marriage license or divorce decree;
- Social Security card;
- unexpired photo DL or ID issued by another (United States) state, U.S. territory, the District of Columbia;
- expired photo DL or photo ID issued by another (United States) state, U.S. territory, or the District of Columbia that is within two years of the expiration date;
- an offender identification card or similar form of identification issued by the **Texas Department of Criminal Justice**;
- forms W-2 or 1099;
- Numident record from the Social Security Administration;
- expired Texas driver license or personal identification certificate (expired more than two years);
- professional license issued by Texas state agency;
- identification card issued by government agency;
- parole or mandatory release certificate issued by the Texas Department of Criminal Justice;
- federal inmate identification card;
- federal parole or release certificate;
- Medicare or Medicaid card;
- Selective Service card;
- immunization records;
- tribal membership card from federally recognized tribe;
- Certificate of Degree of Indian Blood;
- Veteran's Administration card;
- hospital issued birth record;

[County Appendix G]

Page 2

## Securing Election Identification Certificate Data and Devices

The information collected, stored and processed for the purposes of creating the election identify card is classified as Confidential data and must be protected in accordance with Texas Administrative Code 202, Title 1, Part 10, Subchapter B, Rule 202.25. The following guidelines are provided to ensure the data and the devices involved in storing and processing the data are secured.

- Confidential data must not be stored on mobile devices or portable storage devices unless encrypted. The minimum algorithm strength for protecting confidential information is a 128-bit encryption algorithm.

- TXDPS will install a security profile on all mobile devices. This configuration may make some applications unusable or restrict the user's ability to access the Internet, download, or modify applications. The user will not attempt to remove, disable, or bypass any security settings enabled by TXDPS.

- The user is prohibited to download, forward, or store any government data off a mobile device to a non-government information system, email repository, or storage location.

- All equipment is to be used for official business only.

- The user is prohibited from taking the mobile device outside of the United States (US) for personal travel.

- A log will be maintain to track laptop and peripheral devices (flash drives, printers, scanners, etc.) used to process and store confidential information. User will log the date and time device(s) are checked in and checkout. Logs are to be maintained for one year.

- EIC devices are to be stored in a physically secure area when not in use. A physically secure location is a facility or an area, a room, within a facility with both the physical and personnel security controls sufficient to protect confidential data and associated devices.

- After data is moved to the primary driver license system, all data on the laptops and portable storage devices must be deleted.

- All electronic media will be sanitized, that is, overwritten at least three times or degauss electronic prior to disposal or release for reuse by unauthorized individuals.

County Appendix H

## User Acknowledgement and Acceptance

The user understands and agrees they are accountable for safeguarding data collected, stored and processed for the issuance of the Election Identification Certificate and that they may be held liable in administrative, civil, or criminal proceedings for any unauthorized actions found to be intentional, malicious, or negligent.

I certify by my signature below that I have read and fully understand this document and agree to comply with its contents.

_____      _____      _____

Printed Name of User                           Signature of User                            Date

County Appendix H

TEX I.R.000306

# Instructions for HP Office Jet 4620 Printer Set-up

1. Power the Printer ON.  The printer will display a message to "Select English"
   - Select "OK".
   - Select "YES".
2. The printer will display a message "Country/Region.
   - Select "USA".
   - Select "OK".
   - Select "YES" again.
   - Select OK
3. The printer will display a message "Press OK to begin setting up our printer".
   - Select "OK".
4. The printer will display the message "Genuine HP ink cartridges installed.
   - Select "OK".
5. The printer will display the message, "Load paper into the input tray and press OK".
   - Load paper.
   - Select "OK".

Note: The printer will start the alignment test.  If an error message "Alignment Failed", select "OK" to continue. **DO NOT** insert the CD.  The printer will automatically restart the alignment process.

6. The computer will display the message, "Place alignment page face down on scanner glass and press "OK".
   - Place the alignment test print out page on the scanner screen and select "OK" to start the scanner alignment test.
7. The computer will display the message, "Alignment has been completed.
   - Select "OK".

This will complete the printer configuration process.

TEX I.R.000307