Instructions to change printer settings on the laptop
1. Left click on start
2. Select Devices and Printers



3. Double click on the HP Officejet 4620, not the Fax-HP Officejet 4620 series
4. Select Set Preferences
5. From the drop down menu select "OK"
6. Select Printer then click on Ok
7. Click on the Paper/Quality tab



8. Click on Advanced button
9. The Print in Grayscale = Off, do following steps: If the print in Grayscale = High Quality Grayscale, then proceed to step 10.
    - Click on the "Off"
    - Click on the drop down
    - Select High Quality Grayscale
    - Click Ok
    - Click Apply
    - Click Ok

10. Close the print box

# Computer Log On Procedures

Power on Laptop. If you receive this screen select Switch User

EIC_ADMIN-PC\United
Password
Switch User

Select the User name "United"

EIC_ADMIN-PC\United
Other User
EIC_ADMIN
United

County Appendix J

Page 1

TEX I.R.000310

# Computer Log On Procedures

At this time, you will enter the password $tates5@

United

If you receive this screen, you will enter the same password as above

Sophos SafeGuard

SOPHOS

Please enter your password to complete the logon.

User name: United

Domain: EIC_ADMIN-PC

Password:

OK

Cancel

County Appendix J

Page 2

TEX I.R.000311

## Computer Log On Procedures

Click "OK" to continue to Desktop

Sophos SafeGuard
SOPHOS
Successfully logged on to Sophos SafeGuard®!
OK

County Appendix J

Page 3

TEX I.R.000312

# TEXAS DEPARTMENT OF PUBLIC SAFTEY

## Texas Election Identification Certificate

DEPARTMENT OF PUBLIC SAFETY
T E X A S
COURTESY · SERVICE · PROTECTION

| TO: **DPS Regional Office** |
|---|
| FAX: |
| NOTES/COMMENTS: |
| **Texas County EIC Tracking Sheet** |

| Office Location: | |
|---|---|
| Employee: | |
| PHONE: | |
| DATE SENT: | NUMBER OF PAGES (INCLIUDING COVERSHEET): |

County Appendix K

Page 1

TEX I.R.000313