

DPS HOME        SERVICES        EMPLOYMENT        ABOUT US

Enter Text Below
Search DPS 🔍

Driver License & ID Card

Driver License Home
Renew
Change Address
Office Locations
Mega Centers
Customer Service Center

# Election Identification Certificates (EIC) – Documentation Requirements

To apply for an EIC, you must visit a driver license office and complete an Application for Texas Election Certificate (DL-14C).

## To qualify for an EIC, you must:

- **Bring documentation** to verify **U.S. Citizenship**
- **Bring documentation** to verify **Identity**
- Be eligible to vote in Texas *(**Bring a valid voter registration card**, or submit a voter registration application to the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

## Acceptable forms of required documentation

### U.S. Citizenship

An applicant who is a U.S. citizen must present one of the following documents for verification through the U.S. Department of Homeland Security.

A. U.S. passport book or card; or
B. Birth certificate issued by a U.S. state, U.S. territory or District of Columbia; or
C. For U.S. citizens born abroad—Certificate of Report of Birth (DS-1350 or FS-545) or Consular Report of Birth (FS-240) issued by the U.S. Department of State; or
D. U.S. Certificate of Citizenship or Certificate of Naturalization (N-560, N-561, N-645, N-550, N-55G, N-570 or N-578); or
E. U.S. Department of Justice Immigration and Naturalization Service U.S. Citizen ID Card (Form I-197 or I-179)

### Identity

An applicant for an Election Identification Certificate (EIC) must provide documents satisfactory to the department to verify their identity. All documents must be verifiable.

There are three ways an individual can verify his/her identity when applying for an EIC:

A. Bring one item listed in the primary identification category; or
B. Bring two items listed in the secondary identification category; or
C. Bring one item listed in the secondary identification category, plus two items listed in the supporting identification category.




Peters

EXHIBIT NO. S7

Kim Seibert

### Primary Identification

Applicants can present one primary document.

A Texas driver license or personal identification card issued to the person that has been expired for 60 days and is within two years of expiration date may be presented as primary identification.

### Secondary identification

Applicants who do not have a primary document can present two secondary documents.

These items are recorded governmental documents (United States, one of the 50 states, a United States territory, or District of Columbia).

Secondary identity documents include:

A. Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency;
B. Original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad);
C. Original or certified copy of court order with name and date of birth (DOB) indicating an official change of name and/or gender; or
D. U.S. citizenship or naturalization papers without identifiable photo.

### Supporting identification

Applicants who do not have a primary document or two secondary documents can provide one secondary document (from the list above) and two supporting documents.

Supporting identity documents include:

A. voter registration card;
B. school records;
C. insurance policy (at least two years old);
D. Texas vehicle or boat title or registration;
E. military records;
F. unexpired military dependant identification card;
G. original or certified copy of marriage license or divorce decree;
H. Social Security card;
I. pilot's license;
J. unexpired photo DL or photo ID issued by another (United States) state, U.S. territory, the District of Columbia;
K. expired photo DL or photo ID issued by another (United States) state, U.S. territory, or the District of Columbia that is within two years of the expiration date;
L. an offender identification card or similar form of identification issued by the Texas Department of Criminal Justice;
M. forms W-2 or 1099;
N. Numident record from the Social Security Administration;
O. expired Texas driver license or personal identification certificate

(expired more than two years);

P. professional license issued by Texas state agency;

Q. identification card issued by government agency;

R. parole or mandatory release certificate issued by the Texas Department of Criminal Justice;

S. federal inmate identification card;

T. federal parole or release certificate;

U. Medicare or Medicaid card;

V. Selective Service card;

W. immunization records;

X. tribal membership card from federally recognized tribe;

Y. Certificate of Degree of Indian Blood;

Z. Veteran's Administration card;

AA. hospital issued birth record; or

AB. any document that may be added to §15.24 of this title (relating to Identification of Applicants) other than those issued to persons who are not citizens of the U.S.

*Applicants for an EIC must also be eligible to vote in Texas. That means you will have to **bring your valid voter registration card** to the office, or you will have to submit a voter registration application through the Texas Department of Public Safety at the office.*



**Note:** links to [PDF] files require Adobe Reader or another PDF viewer.

© 2000-2011 Texas Department of Public Safety.

PL362
9/2/2014
2:13-cv-00193

# Election Identification Certificates Available Here




VOTETEXAS.GOV
POWERED BY THE TEXAS SECRETARY OF STATE



EXHIBIT NO.








| | |
|---|---|
| **From:** | Keith Ingram |
| **To:** | Alicia Pierce; Wroe Jackson |
| **Sent:** | 9/24/2013 3:56:58 PM |
| **Subject:** | FW: Mobile EIC |

Here is what I told her.

---

**From:** Keith Ingram
**Sent:** Tuesday, September 24, 2013 3:52 PM
**To:** 'Joyce Cowan'
**Subject:** RE: Mobile EIC

Excellent. The times are basically up to you. we think during business hours is better. A table for the computer and printer and a place to plug in for electricity.

---

**From:** Joyce Cowan [mailto:joyce@co.hays.tx.us]
**Sent:** Tuesday, September 24, 2013 3:49 PM
**To:** Keith Ingram
**Subject:** RE: Mobile EIC
**Importance:** High

I have booked the Government Center, San Marcos Activity Center, Rm. 1 and I am checking on Southside Community Center. Most places are asking times and what is needed, i.e. chairs, tables, etc. Still calling and checking on other available sites.

*Joyce A. Cowan*
*Elections Administrator*
*712 S. Stagecoach Trail, Suite 1045*
*San Marcos, TX 78666-9914*
*(512) 393-7310*
*(512) 393-2248 FAX*
*www.co.hays.tx.us/elections*

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Tuesday, September 24, 2013 2:52 PM
**To:** Joyce Cowan
**Cc:** Wroe Jackson; Alicia Pierce
**Subject:** Mobile EIC

Joyce,

All of Hays County has 5700 or so non matches, but San Marcos has most of them. If you could find some locations (up to four) where DPS could set up shop for two days on the first and second next week, that would be very helpful. We also need some Volunteer Deputy Registrars to work the same locations in case any of the people needing EICs also need to register.

SAN MARCOS        78666     3,883



EXHIBIT NO. 59
Kim Seibert

## Media/Public Outreach: Election Identification Certificates
*Texas Department of Public Safety*
August 30, 2012 – February 14, 2014

| | |
|---|---|
| **Aug 2012 – Present** | DPS Media and Communications Office fielded a variety of media inquiries related to election identification certificates (EIC) |
| **MONTH 2012** | Posted language on DPS website explaining the status of SB14, in that it was pending litigation. |
| **06.25.13** | DPS issues statewide <u>press release</u> announcing EICs will be available at all driver license offices beginning 6.26.13. Press release explains that a photo id is now required for voting in elections in Texas; explains eligibility, application process and requirements; and other facts regarding the issuance and use of the EIC |
| **06.25.13 – Present** | SE Troopers conduct various interviews regarding EIC availability |
| 06.25.13 | DPS issues Tweet related to EICs |
| 08.02.13 | DPS issues Tweet related to EICs |
| 08.07.13 | DPS issues Tweet related to EICs |
| 08.21.13 | DPS issues Tweet related to EICs |
| 09.04.13 | DPS issues Tweet related to EICs |
| **09.13.13** | DPS issues statewide <u>press release</u>: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates" |
| 09.13.13 | DPS issues Tweet related to EICs |
| 09.13.13 | DPS issues Facebook post related to EICs |
| **09.24.13** | DPS issues statewide <u>press release</u>: "Mobile Stations to Issue Election Identification Certificates Across Texas Beginning Oct. 1" |
| 09.20.13 | DPS issues Tweet related to EICs |
| 09.24.13 | DPS issues Tweet related to EICs |
| 09.25.13 | DPS issues Facebook post related to EICs |
| 10.08.13 | DPS issues Tweet related to EICs |
| 10.21.13 | DPS issues Tweet related to EICs |

Peters
EXHIBIT NO. 60
Kim Seibert

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – February 14, 2014

| | |
|---|---|
| 10.22.13 | DPS issues Tweet related to EICs |
| 10.22.13 | DPS issues Tweet related to EICs |
| 10.23.13 | DPS issues Tweet post related to EICs |
| 10.23.13 | DPS issues Tweet post related to EICs |
| 10.23.13 | DPS issues Facebook post related to EICs |
| 10.24.13 | DPS issues Tweet post related to EICs |
| 10.24.13 | DPS issues Facebook post related to EICs |
| **10.25.13** | DPS issues statewide <u>press release</u>: "REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations throughout the state"* |
| **10.25.13 – 11.05.13** | **DPS issues local press releases announcing county-run EIC operations, providing county contact information** |
| **10.25.13 – 11.05.13** | **DPS issues local press releases announcing DPS mobile station locations / schedules in counties w/o a DL Office** |
| **10.25.13 – 11.05.13** | DPS issues "In Case You Missed It" press releases highlighting Secretary of State press releases, announcing 25 mobile station locations/schedules in select areas of the state |
| 10.25.13 | DPS issues Tweet related to EICs |
| 10.25.13 | DPS issues Tweet related to EICs |
| 10.25.13 | DPS issues Facebook post related to EICs |
| 10.25.13 | DPS issues Facebook post related to EICs |
| 10.28.13 | DPS issues Tweet related to EICs |
| 10.29.13 | DPS issues Tweet related to EICs |
| 10.29.13 | DPS issues Facebook post related to EICs |
| 10.30.13 | DPS issues Tweet related to EICs |

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – February 14, 2014

| | |
|---|---|
| 10.31.13 | DPS issues Tweet related to EICs |
| 10.31.13 | DPS issues Facebook post related to EICs |
| 11.04.13 | DPS issues Tweet related to EICs |
| 11.04.13 | DPS issues Facebook post related to EICs |
| **01.29.14** | DPS issues statewide <u>press release</u>: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices" |
| 01.29.14 | DPS issues Tweet related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| **02.03.14** | DPS issues statewide <u>press release</u>: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations"* |
| 02.03.14 | DPS issues Tweet related to EICs |
| 02.03.14 | DPS issues Facebook post related to EICs |
| **02.03.14 – 03.04.14** | **DPS issues local press releases announcing county-run EIC operations, providing county contact information** |
| **02.03.14– 03.04.14** | **DPS issues local press releases announcing DPS mobile station locations / schedules in counties w/o a DL Office** |
| 02.05.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Facebook post related to EICs |
| 02.10.14 | DPS issues Tweet related to EICs |
| 02.10.14 | DPS issues Facebook post related to EICs |

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – February 14, 2014

| 02.12.14 | DPS issues Tweet related to EICs |
| 02.14.14 | DPS issues Tweet related to EICs |
| 02.14.14 | DPS issues Facebook post related to EICs |

Demographics Charts







Analysis - Issuance

| Station Type | Count |
|---|---|
| ? | 2 |
| DL Mobile | 21 |
| DL Office | 30 |
| **Grand Total** | **53** |

Applicant Demographics

| Race | Count |
|---|---|
| BLACK | 20 |
| WHITE | 17 |
| HISPANIC | 13 |
| AMERICAN INDIAN/ALASKAN NATIVE | 2 |
| OTHER | 1 |
| Grand Total | 53 |

| Gender | Count |
|---|---|
| F | 25 |
| M | 28 |
| (blank) | |
| Grand Total | 53 |

| Age | Count |
|---|---|
| <20 or (blank) | 5 |
| 20-29 | 5 |
| 30-39 | 3 |
| 40-49 | 11 |
| 50-59 | 15 |
| 60-69 | 7 |
| 70-79 | 2 |
| 80-89 | 2 |
| 90-100 | 3 |
| Grand Total | 53 |

| County | Count |
|---|---|
| ANDERSON | 2 |
| BEE | 1 |
| CAMERON | 2 |
| CHEROKEE | 1 |
| DALLAS | 12 |
| EL PASO | 3 |
| GRIMES | 1 |
| HARRIS | 8 |
| HIDALGO | 2 |
| LAMPASAS | 1 |
| SCURRY | 1 |
| TARRANT | 9 |
| TRAVIS | 2 |
| UVALDE | 1 |
| WALLER | 2 |
| WEBB | 4 |
| ZAVALA | 1 |
| Grand Total | 53 |

## Issuance Tracking Data

| App Count # | EIC # | Name of Applicant | Location Issued | Type of Station | Vld # | Application Date | LRS Validated | Mailed | Packet to COC | Age | Race | Sex | Zip Code | County |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 37421940 | Luthy, Preston Williamson | Dallas - East | DL Office | 27 | 7/5/2013 | 7/8/2013 | 7/15/2013 | | 18 | WHITE | M | 75214 | DALLAS |
| 2 | 37436619 | Machen, Nolan Orval | Lampasas | DL Office | 28 | 7/10/2013 | 7/11/2013 | 7/16/2013 | | 90 | WHITE | M | 76550 | LAMPASAS |
| 3 | 37436076 | Horn, Lottie D | Jacksonville | DL Office | 29 | 7/16/2013 | 7/17/2013 | 7/22/2013 | | 92 | BLACK | F | 75766 | CHEROKEE |
| 4 | 37478594 | Stubenthal, Michael Ryan | Beeville | DL Office | 29 | 7/18/2013 | 7/19/2013 | 7/26/2013 | | 58 | WHITE | M | 78389 | BEE |
| 5 | 37498207 | Benitez, Novella Goswick | Snyder | DL Office | 30 | 7/23/2013 | 8/1/2013 | 8/7/2013 | | 90 | WHITE | F | 79549 | SCURRY |
| 6 | 37503720 | Barron, Robert James | Austin - Northwest | DL Office | 30 | 7/24/2013 | 7/25/2013 | 7/30/2013 | | 74 | WHITE | M | 78732 | TRAVIS |
| 7 | 37553432 | Huntsberger, Robin Derek | Carrollton | DL Office | 32 | 8/5/2013 | 8/8/2013 | 8/12/2013 | | 28 | WHITE | M | 75234 | DALLAS |
| 8 | 37628295 | Samora, Maria Ines | Uvalde | DL Office | 34 | 8/21/2013 | 8/22/2013 | 8/27/2013 | | 49 | HISPANIC | F | 78801 | UVALDE |
| 9 | 37701621 | Jernigan, Donna Belle | Hurst | DL Office | 37 | 9/12/2013 | 9/13/2013 | No Mailed | | 81 | WHITE | F | 76021 | TARRANT |
| 10 | 37712673 | Delgado, Monica | Dallas - Southwest | DL Office | 38 | 9/21/2013 | 9/24/2013 | 9/27/2013 | | 18 | HISPANIC | F | 75211 | DALLAS |
| 11 | 37734307 | Thompson, Charles | Garland North | DL Office | 38 | 9/21/2013 | 9/24/2013 | 9/27/2013 | | 61 | WHITE | M | 75243 | DALLAS |
| 12 | 37734308 | Blake, Herbert Michael | Fort Worth | DL Office | 38 | 9/21/2013 | 9/24/2013 | 9/27/2013 | | 58 | WHITE | M | 76104 | TARRANT |
| 13 | 37747932 | Pecina, Jorge Antonio | Weslaco | DL Office | 39 | 9/25/2013 | 9/26/2013 | 9/30/2013 | | 37 | HISPANIC | M | 78596 | HIDALGO |
| 14 | 37753136 | Clark, Arthur Vernon | Austin - South | DL Office | 39 | 9/27/2013 | 9/27/2013 | 10/7/2013 | | 55 | BLACK | M | 78723 | TRAVIS |
| 15 | 37757800 | Figueroa, Jose Luis | Harlingen | DL Office | 39 | 9/28/2013 | 10/2/2013 | 10/7/2013 | | 60 | HISPANIC | M | 78552 | CAMERON |
| 16 | 37757881 | Allee, Bethlyn Gay | Spring | DL Office | 39 | 9/28/2013 | 10/2/2013 | 10/7/2013 | | 52 | WHITE | F | 77389 | HARRIS |
| 17 | 37766191 | Johnson, Rickey | Fort Worth - South | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/4/2013 | | 54 | BLACK | M | 76116 | TARRANT |
| 18 | 37766737 | Garcia, Daisy Elizabeth | El Paso - Scott Simp | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/3/2013 | | 18 | HISPANIC | F | 79935 | EL PASO |
| 19 | 37756298 | Cannon, Joy Stansberry | Fort Worth - South | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/3/2013 | | 57 | BLACK | F | 76107 | TARRANT |
| 20 | 37766614 | Lambert, Leon II | Arlington | DL Office | 40 | 10/2/2013 | 10/2/2013 | 10/3/2013 | | 32 | BLACK | M | 76134 | TARRANT |
| 21 | 37766630 | Famoso, Jacqueline R | Arlington | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/3/2013 | | 49 | BLACK | F | 76105 | TARRANT |
| 22 | 37766587 | Duggan, Martha Irene | El Paso - Gateway | DL Mobile | 40 | 10/1/2013 | 10/3/2013 | 10/8/2013 | | 43 | HISPANIC | F | 79905 | EL PASO |
| 23 | 37772091 | Chavira, Vivian | El Paso - Northwest | DL Mobile | 40 | 10/2/2013 | 10/3/2013 | 10/9/2013 | | 57 | OTHER | F | 79912 | EL PASO |
| 24 | 37721411 | Dubose, Karen Alice | Houston - Gessner | DL Office | 40 | 10/3/2013 | 10/4/2013 | 10/7/2013 | | 51 | WHITE | F | 77036 | HARRIS |
| 25 | 37775477 | Carter, Keith Devon | Dallas - East | DL Office | 40 | 10/3/2013 | 10/4/2013 | 10/7/2013 | | 47 | BLACK | M | 75216 | DALLAS |
| 26 | 37775476 | Davis, Horace Earl | Dallas - East | DL Office | 40 | 10/3/2013 | 10/4/2013 | 10/7/2013 | | 51 | BLACK | M | 75215 | DALLAS |
| 27 | 37760786 | McDowell, Gary Lynn | Hurst | DL Mobile | 40 | 10/5/2013 | 10/7/2013 | 10/10/2013 | 10/10/2013 | 59 | WHITE | M | 76180 | TARRANT |
| 28 | 37780785 | Robledo, Mark Anthony | Weslaco | DL Office | 41 | 10/5/2013 | 10/7/2013 | 10/11/2013 | 10/10/2013 | 21 | HISPANIC | M | 78596 | HIDALGO |
| 29 | 37781777 | Haag, Glen Edward | Dallas - East | DL Office | ? | 10/7/2013 | 10/8/2013 | 10/10/2013 | 10/10/2013 | 67 | WHITE | M | 75081 | DALLAS |
| 30 | 37785467 | Jacquet Williams, Brigette | Region 1 | DL Mobile | 41 | 10/7/2013 | 10/8/2013 | 10/14/2013 | 10/10/2013 | 52 | BLACK | F | 75241 | DALLAS |
| 31 | 37783739 | McInerney, Marie Mae | Palestine | DL Office | 41 | 10/7/2013 | 10/9/2013 | 10/10/2013 | 10/10/2013 | 85 | WHITE | F | 75839 | ANDERSON |
| 32 | 37783440 | Granger, Carol Sue | Palestine | DL Office | 41 | 10/7/2013 | 10/9/2013 | 10/14/2013 | 10/10/2013 | 66 | WHITE | F | 75803 | ANDERSON |
| 33 | 37784046 | Kytes, Marlon Dion | Houston - Gessner | DL Office | 41 | 10/7/2013 | 10/10/2013 | 10/14/2013 | 10/14/2013 | 44 | BLACK | M | 77029 | HARRIS |
| 34 | 37788222 | Beaver, Ricky | Fort Worth | DL Office | 41 | 10/8/2013 | 10/11/2013 | 10/14/2013 | 10/14/2013 | 45 | INDIAN/ALASK | M | 76001 | TARRANT |
| 35 | 37783937 | Hardemon, Johnny Frank | Carrollton | DL Office | 41 | 10/8/2013 | 10/14/2013 | 10/16/2013 | 10/15/2013 | 43 | BLACK | M | 75215 | DALLAS |
| 36 | 37782627 | Duncan, Angel Danielle | Region 2 | DL Mobile | 41 | 10/8/2013 | 10/9/2013 | 10/16/2013 | 10/10/2013 | 20 | BLACK | F | 77446 | WALLER |
| 37 | 37789244 | LaBeard, Sidney Edward | Region 2 | DL Mobile | 41 | 10/8/2013 | 10/9/2013 | 10/16/2013 | 10/10/2013 | 20 | BLACK | M | 77446 | WALLER |
| 38 | 37789760 | Garciera, Ralph | Region 2 | DL Mobile | 41 | 10/9/2013 | 10/9/2013 | 10/16/2013 | 10/10/2013 | 61 | INDIAN/ALASK | M | 77093 | HARRIS |
| 39 | 37789210 | Ross, Amber Marie | Brownsville Public | DL Mobile | 41 | 10/8/2013 | 10/10/2013 | 10/16/2013 | | 18 | HISPANIC | F | 78521 | CAMERON |
| 40 | 37789483 | Rich, Stephanie Regina | Arlington | DL Office | 41 | 10/9/2013 | 10/10/2013 | 10/10/2013 | 10/15/2013 | 44 | BLACK | F | 76006 | TARRANT |
| 41 | 37790708 | Covington, Olinda Haris/X | Houston - Winkler | DL Office | 41 | 10/9/2013 | 10/10/2013 | 10/14/2013 | 10/24/2013 | 64 | BLACK | F | 77099 | HARRIS |
| 42 | 37793318 | Bennett, Earnest Lee | Navasota | DL Mobile | 41 | 10/10/2013 | 10/11/2013 | 10/15/2013 | | 72 | BLACK | M | 77868 | GRIMES |
| 43 | 37793747 | Cook, Cameron Camille | Dallas - East | DL Mobile | 41 | 10/10/2013 | 10/15/2013 | 10/15/2013 | | 22 | BLACK | F | 75215 | DALLAS |
| 44 | 37798305 | Turner, Joyce Elaine | Garland | DL Mobile | 41 | 10/10/2013 | 10/10/2013 | Not Mailed | | 39 | BLACK | F | 75203 | DALLAS |
| 45 | 37803028 | Martin, Christina | Harris County North | DL Mobile | 41 | 10/11/2013 | 10/15/2013 | 10/16/2013 | | 39 | BLACK | F | 77016 | HARRIS |
| 46 | 37803351 | Martinez, Emilio | Laredo | DL Office | 41 | 10/11/2013 | 10/14/2013 | 10/15/2013 | | 18 | HISPANIC | M | 78040 | WEBB |
| 47 | 37803362 | Yella, Sandra | Laredo | DL Office | 41 | 10/11/2013 | 10/16/2013 | 10/16/2013 | | 52 | HISPANIC | F | 78046 | WEBB |
| 48 | 37803353 | Martinez, Abel | Laredo | DL Office | 41 | 10/11/2013 | 10/16/2013 | 10/16/2013 | | 40 | HISPANIC | M | 78043 | WEBB |
| 49 | 37803354 | Salinas, Raymundo | Laredo | DL Office | 41 | 10/11/2013 | 10/16/2013 | 10/16/2013 | | 42 | HISPANIC | M | 78043 | WEBB |
| 50 | 37803355 | Mack, Richard III | Dallas - East | DL Office | 41 | 10/12/2013 | 10/15/2013 | 10/16/2013 | | 50 | WHITE | M | 75180 | DALLAS |
| 51 | 37806642 | Allison, Dorthy Catherine | Region 2 | DL Mobile | 41 | 10/12/2013 | 10/16/2013 | 10/16/2013 | | 55 | BLACK | M | 77099 | HARRIS |
| 52 | 37809513 | Aguirre, Anna Marie | Crystal City | DL Office | 42 | 10/14/2013 | 10/16/2013 | 10/16/2013 | | 18 | HISPANIC | F | 78839 | ZAVALA |

| | |
|---|---|
| # Applied | 53 |
| # In Process | 2 |
| # Not Valid | - |
| # Validated | 48 |

As of 15:01 Oct 16, 2013

Validation packet for EIC #

0597_TEXOO4786 5.xlsx

Data Dictionary

| Column Name | Explaination | Source |
|---|---|---|
| App Count | Provides a running count of the number of applications received by DLD | |
| EIC # | Unique Document number assigned to the Election Certificate | |
| Name of Applicant | Name used on application by an applicant for an EIC | |
| Location Issued | Gives a geographic location either by specific site or region an EIC application is processed | |
| Type of Station | One of three options: DL Office - Established office which conducts normal DLD transaction processing, DL Mobile - Location set up specifically for EIC issuance outside a normal DL office, or County - station operated by employees of a county and NOT DL employees | |
| Wk # | Indicates the week of the year in which an application was received (Week 1 is the first 4-day week of the calendar year. Sunday is the first day of the week) | |
| Application Date | Indicates the date an application was received by an EIC station | |
| LRS Validated | Indicates the date an application was reviewed at HQ for validity. May also indicate that an application, upon review at HQ, did not meet requirements and is not valid. | |
| Mailed | Indicates the date an EIC was mailed after being validated. May also indicate that, due to being an invalid application, that the EIC was not mailed. Dates are approximate due to procedural changes in processing. | |
| Packet to OGC | Indicates that the documentation for valid issuances got sent to OGC | |
| Age | Indicates the applicant's age at the time of application | |
| Race | Indicates the applicant's race | |
| Sex | Indicates the applicant's gender | |
| Zip Code | Indicates the zip code of the applicant's physical address | |
| County | Indicates the name of the county for the applicant's physical address | |

Demographics

| App Count | EIC # | Date of Applic | Name of Applicant | DOB | Age | Race | Sex | Street 1 | Street 2 | City | State | Zip Code | County |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 37421940 | 7/5/2013 | Luthy, Preston Williamson | 4/21/1995 | 18 | WHITE | M | 714 DUMONT ST | | DALLAS | TX | 75214 | DALLAS |
| 2 | 37436619 | 7/10/2013 | Machen, Nolan Orval | 2/25/1923 | 90 | WHITE | M | 895B N US HWY 281 | | LAMPASAS | TX | 76550 | LAMPASAS |
| 3 | 37463029 | 7/16/2013 | Horn, Lottie D | 3/30/1921 | 92 | BLACK | F | 305 BONITA ST | | JACKSONVILLE | TX | 75766 | CHEROKEE |
| 4 | 37478594 | 7/18/2013 | Stubenthal, Michael Ryan | 11/6/1954 | 58 | WHITE | M | 6450 HWY 181 | | SKIDMORE | TX | 78389 | BEE |
| 5 | 37498207 | 7/23/2013 | Benitez, Novella Goswick | 2/18/1923 | 90 | WHITE | F | 204 34TH ST | | SNYDER | TX | 79549 | SCURRY |
| 6 | 37503720 | 7/24/2013 | Barron, Robert James | 8/9/1939 | 74 | WHITE | M | 12501 LONGHORN PKWY | | AUSTIN | TX | 78732 | TRAVIS |
| 7 | 37553432 | 8/5/2013 | Huntsberger, Robin Derek | 4/8/1985 | 28 | WHITE | M | 13671 HEARTSIDE PL | | FARMERS BRANCH | TX | 75234 | DALLAS |
| 8 | 37628296 | 8/21/2013 | Samora, Maria Ines | 7/13/1964 | 49 | HISPANIC | F | 553 FLORES ST | | UVALDE | TX | 78801 | UVALDE |
| 9 | 37703621 | 9/12/2013 | Jernigan, Donna Belle | 12/12/1931 | 81 | WHITE | F | 2616 SHADY GROVE DR | | BEDFORD | TX | 76021 | TARRANT |
| 10 | 37734307 | 9/21/2013 | Thompson, Charles | 4/4/1952 | 61 | WHITE | M | 9355 FOREST LN #126 | | DALLAS | TX | 75243 | DALLAS |
| 11 | 37734308 | 9/21/2013 | Bible, Herbert Michael | 5/21/1955 | 58 | WHITE | M | 802 S MAIN ST | | FORT WORTH | TX | 76104 | TARRANT |
| 12 | 37734310 | 9/21/2013 | Pecina, Jorge Antonio | 4/3/1976 | 37 | HISPANIC | M | 101 N. PINO | | WESLACO | TX | 78596 | HIDALGO |
| 13 | 37747932 | 9/25/2013 | Clark, Arthur Vernon | 9/18/1958 | 55 | WHITE | M | 4809 GIVOLA LN #215 | | AUSTIN | TX | 78717 | TRAVIS |
| 14 | 37753196 | 9/27/2013 | Figueroa, Jose Luis | 12/7/1952 | 60 | HISPANIC | M | 2801 CALLE CONDESA | APT #167 | HARLINGEN | TX | 78552 | CAMERON |
| 15 | 37757880 | 9/28/2013 | Allee, Bethlyn Gay | 12/14/1960 | 52 | WHITE | F | 22831 MOSSY OAKS | | SPRING | TX | 77389 | HARRIS |
| 16 | 37761940 | 9/28/2013 | Johnson, Rickey | 8/3/1959 | 54 | BLACK | M | 2332 RIDSMAR BLVD | | FORT WORTH | TX | 76116 | TARRANT |
| 17 | 37766194 | 10/1/2013 | Garcia, Daisy Elizabeth | 12/15/1994 | 18 | HISPANIC | F | 3021 JARVIS | | EL PASO | TX | 79935 | EL PASO |
| 18 | 37766732 | 10/1/2013 | Cannon, Joy Standberry | 4/18/1956 | 57 | BLACK | M | 5508 BLACKMORE AVE | | FORT WORTH | TX | 76107 | TARRANT |
| 19 | 37766298 | 10/1/2013 | Lambert, Leon II | 12/11/1980 | 32 | BLACK | M | 1100 CASTLE SPRINGS RD | | FORT WORTH | TX | 76134 | TARRANT |
| 20 | 37766614 | 10/1/2013 | Flemons, Jaqueline R | 8/21/1964 | 49 | BLACK | F | 4324 GOULD SHAVAVENUE | | FORT WORTH | TX | 76105 | TARRANT |
| 21 | 37766530 | 10/1/2013 | Duggan, Martha Irene | 7/2/1970 | 43 | HISPANIC | F | 318 RIVIERA APT S | | EL PASO | TX | 79905 | EL PASO |
| 22 | 37766587 | 10/1/2013 | Casull, Vivian | 1/22/1956 | 57 | OTHER | F | 601 S MESA HILLS APT 1213 | | EL PASO | TX | 79912 | EL PASO |
| 23 | 37770909 | 10/2/2013 | Dubose, Karen Alice | 1/30/1962 | 51 | WHITE | F | 9840 BISSONNET ST | | HOUSTON | TX | 77036 | HARRIS |
| 24 | 37772411 | 10/3/2013 | Carter, Keith Devon | 10/26/1995 | 18 | BLACK | M | 2616 HARLANDALE | | DALLAS | TX | 75216 | DALLAS |
| 25 | 37775477 | 10/3/2013 | Davis, Horace Earl | 11/12/1951 | 61 | WHITE | M | 1254 HARLANDALE | | DALLAS | TX | 75216 | DALLAS |
| 26 | 37775476 | 10/3/2013 | McDowell, Gary Lynn | 1/13/1954 | 59 | BLACK | M | 4135 ELKHORN TRAIL | | DALLAS | TX | 75216 | DALLAS |
| 27 | 37780786 | 10/5/2013 | Robledo, Mark Anthony | 4/12/1992 | 21 | HISPANIC | M | 7000 MEADOW PARK DR S | | N RICHLAND HILLS | TX | 76180 | TARRANT |
| 28 | 37780785 | 10/5/2013 | Harpst, Glen Edward | 10/7/1945 | 67 | WHITE | M | 260 A S BRIDGE | | WESLACO | TX | 78596 | HIDALGO |
| 29 | 37781477 | 10/7/2013 | Bequet Williams, Brigette | 11/10/1960 | 52 | BLACK | F | 1115 E SPRING VALLEY | | RICHARDSON | TX | 75081 | DALLAS |
| 30 | 37785467 | 10/7/2013 | McKenney, Mariel Mae | 9/26/1928 | 85 | WHITE | F | 5185 CARDIFF ST | | DALLAS | TX | 75241 | DALLAS |
| 31 | 37783173 | 10/7/2013 | Grainger, Carol Sue | 1/22/1947 | 66 | WHITE | F | 216 JONES RD | | ELKHART | TX | 75839 | ANDERSON |
| 32 | 37783449 | 10/7/2013 | Kyles, Marlon Dion | 7/14/1969 | 44 | BLACK | M | 2289 N STATE HWY 19 | | PALESTINE | TX | 75803 | ANDERSON |
| 33 | 37784046 | 10/7/2013 | Beaver, Ricky | 4/8/1988 | 25 | AMERICAN IN/AN | M | 1410 DEWARRE LN | | HOUSTON | TX | 77029 | HARRIS |
| 34 | 37788222 | 10/8/2013 | Hardemon, Johnny Frank | 2/26/1970 | 43 | BLACK | M | 6016 S EDGEWOOD #109 | | ARLINGTON | TX | 76001 | TARRANT |
| 35 | 37789737 | 10/8/2013 | Duncan, Angel Danielle | 10/28/1992 | 20 | BLACK | F | 3333 EDGEWOOD ST 1204 | | DALLAS | TX | 75215 | DALLAS |
| 36 | 37789097 | 10/8/2013 | Lebeauf, Sidney Edward | 6/6/1993 | 20 | BLACK | M | UNIVERSITY VILLAGE 313B | | PRAIRIE VIEW | TX | 77446 | WALLER |
| 37 | 37789244 | 10/8/2013 | Gandara, Ralph | 3/14/1952 | 61 | AMERICAN IN/AN | M | UNIVERSITY VILLAGE PHASE 3 RM 2932 | | PRAIRIE VIEW | TX | 77446 | WALLER |
| 38 | 37789266 | 10/8/2013 | Rojas, Amber Marie | 7/1/1995 | 18 | HISPANIC | F | 1903 SKINNER ROAD | | HOUSTON | TX | 77093 | HARRIS |
| 39 | 37789210 | 10/8/2013 | Rich, Stephanie Renae | 11/27/1968 | 44 | BLACK | M | 3038 E 21ST | | BROWNSVILLE | TX | 78521 | CAMERON |
| 40 | 37789483 | 10/8/2013 | Covington, Olinda Hardy IX | 9/24/1949 | 64 | BLACK | M | 906 ELLSWORTH LANE | | ARLINGTON | TX | 76006 | TARRANT |
| 41 | 37790708 | 10/9/2013 | Bennett, Earnest Lee | 8/23/1941 | 72 | BLACK | M | 9008 WILCHESTER DR | | HOUSTON | TX | 77099 | HARRIS |
| 42 | 37797318 | 10/9/2013 | Cook, Cameron Camille | 1/18/1991 | 22 | BLACK | F | 1104 CORNER STREET | | NAVASOTA | TX | 77868 | GRIMES |
| 43 | 37793747 | 10/9/2013 | Tucker, Joyce Elaine | 6/13/1954 | 59 | BLACK | M | 2843 SOUTHLAND ST | | DALLAS | TX | 75215 | DALLAS |
| 44 | 37798305 | 10/10/2013 | Marlin, Christina | 7/24/1974 | 39 | HISPANIC | F | 1036 CORINTH RD #A | | HIDALGO | TX | 75203 | HARRIS |
| 45 | 37803028 | 10/10/2013 | Martinez, Emilio | 6/19/1969 | 44 | HISPANIC | M | 7170 PARKER ROAD APT 300 | APT 7301 | HIDALGO | TX | 77016 | HIDALGO |
| 46 | 37803351 | 10/11/2013 | Vela, Sandra | 5/12/1961 | 52 | HISPANIC | F | 3105 CHACON HWY 359 | | LAREDO | TX | 78046 | WEBB |
| 47 | 37803352 | 10/11/2013 | Martinez, Raymundo | 6/3/1973 | 40 | HISPANIC | M | 5506 SAINT DAVID LN #2428 | | LAREDO | TX | 78046 | WEBB |
| 48 | 37803353 | 10/11/2013 | Salinas, Raymundo | 1/21/1971 | 42 | HISPANIC | M | 4301 JAIME ZAPATA MEMORIAL HWY | | LAREDO | TX | 78043 | WEBB |
| 49 | 37803354 | 10/11/2013 | | | | | | 3403 LYON ST | | LAREDO | TX | 78043 | WEBB |
| 50 | 37803357 | 10/12/2013 | Surratt, Maria | 11/8/1962 | 50 | WHITE | F | 11818 ELEANOR | | BALCH SPRINGS | TX | 75180 | DALLAS |

☐ Application not validated & not included in external demographic data.

▨ Information excluded from external demographic reports

As of 11.08 Oct 14, 2013

00697_TEX00478635.xlsx