By:  Denny, Pitts, Woolley, Nixon, Bohac,          H.B. No. 1706
et al.

A BILL TO BE ENTITLED

1                           AN ACT

2   relating to requiring a voter to present proof of identification.

3        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4        SECTION 1.  Chapter 62, Election Code, is amended by adding

5   Section 62.016 to read as follows:

6        Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

7   POLLING PLACES.  The presiding judge shall post in a prominent place

8   on the outside of each polling location notice that a provisional

9   ballot will be provided to a person who executes the appropriate

10  affidavit and a list of the acceptable forms of photographic and

11  nonphotographic identification.  The notice and list must be

12  printed:

13        (1)  in English, Spanish, and any other language

14  appropriate to the precinct in which the polling place is located;

15  and

16        (2)  using a font that is at least 24 point.

17        SECTION 2.  Section 63.001, Election Code, is amended by

18  amending Subsections (b), (c), (d), and (f) and adding Subsection

19  (g) to read as follows:

20        (b)  On offering to vote, a voter must present to an election

21  officer at the polling place the voter's voter registration

22  certificate and either:

23        (1)  one form of identification listed in Section

24  63.0101(a); or

1





H.B. No. 1706

1        (2)  two different forms of identification listed in
2   Section 63.0101(b) [to an election officer at the polling place].

3        (c)  On  presentation  of  the  documentation  required  by
4   Subsection (b) [a registration certificate], an election officer
5   shall  determine  whether  the  voter's  name  on  the  registration
6   certificate is on the list of registered voters for the precinct.

7        (d)  If  the  voter's  name  is  on  the  precinct  list  of
8   registered voters and the voter's identity can be verified from the
9   proof presented, the voter shall be accepted for voting.

10        (f)  After determining whether to accept a voter, an election
11   officer  shall  return  the  voter's  documentation  [registration
12   certificate] to the voter.

13        (g)  If  the  requirements  for  identification  prescribed  by
14   Subsection (b)(1) or (2) are not met, the voter shall be accepted
15   for provisional voting only under Section 63.011.

16        SECTION 3.  Chapter 63, Election Code, is amended by adding
17   Section 63.0012 to read as follows:

18        Sec. 63.0012.  USE OF ADDRESS ON IDENTIFICATION.  (a)  This
19   section applies only to a voter who:

20             (1)  presents a registration certificate;

21             (2)  is  on  the  list  of  registered  voters  for  the
22   precinct; and

23             (3)  confirms  the  address  on  the  list  of  registered
24   voters is current under Section 63.0011.

25        (b)  In  verifying  the  identity  of  a  voter  described  by
26   Subsection (a) under Section 63.001, an election officer may not
27   consider whether the voter's address on a form described by Section

2

H.B. No. 1706

1   63.001(b)(1) or (2) matches the voter's address on the registration

2   certificate or the list of registered voters.

3        SECTION 4.   Section 63.006(a), Election Code, is amended to

4   read as follows:

5        (a)  A voter who, when offering to vote, presents a voter

6   registration certificate indicating that the voter is currently

7   registered in the precinct in which the voter is offering to vote,

8   but whose name is not on the precinct list of registered voters,

9   shall be accepted for voting if the voter's identity can be verified

10  from the proof presented.

11       SECTION 5.   Section 63.007(a), Election Code, is amended to

12  read as follows:

13       (a)  A voter who, when offering to vote, presents a voter

14  registration certificate indicating that the voter is currently

15  registered in a different precinct from the one in which the voter

16  is offering to vote, and whose name is not on the precinct list of

17  registered voters, shall be accepted for voting if the voter's

18  identity can be verified from the proof presented and the voter

19  executes an affidavit stating that the voter:

20            (1)  is a resident of the precinct in which the voter is

21  offering to vote or is otherwise entitled by law to vote in that

22  precinct;

23            (2)  was a resident of the precinct in which the voter

24  is offering to vote at the time that information on the voter's

25  residence address was last provided to the voter registrar;

26            (3)  did not deliberately provide false information to

27  secure registration in a precinct in which the voter does not

3

H.B. No. 1706

1   reside; and

2        (4)   is voting only once in the election.

3        SECTION 6.   Section 63.008(a), Election Code, is amended to

4   read as follows:

5        (a)   A voter who does not present a voter registration

6   certificate when offering to vote, but whose name is on the list of

7   registered voters for the precinct in which the voter is offering to

8   vote, shall be accepted for voting if the voter executes an

9   affidavit stating that the voter does not have the voter's voter

10  registration certificate in the voter's possession at the polling

11  place at the time of offering to vote and the voter's identity can

12  be verified from the proof presented [voter presents proof of

13  identification in a form described by Section 63.0101].

14       SECTION 7.   Section 63.0101, Election Code, is amended to

15  read as follows:

16       Sec. 63.0101.   DOCUMENTATION OF PROOF OF IDENTIFICATION.

17  (a) The following documentation is an acceptable form [as proof] of

18  photo identification under this chapter:

19       (1)   a driver's license or personal identification card

20  issued to the person by the Department of Public Safety or the

21  equivalent agency of another state that has not expired or that

22  expired no earlier than two years before the date of presentation

23  [or a similar document issued to the person by an agency of another

24  state, regardless of whether the license or card has expired];

25       (2)   a United States military identification card that

26  contains the person's photograph [form of identification

27  containing the person's photograph that establishes the person's

4

H.B. No. 1706

1    identity];

2            (3)    a valid employee identification card that contains

3    the person's photograph and is issued by an employer of the person

4    in  the  ordinary  course  of  the  employer's  business  [birth

5    certificate or other document confirming birth that is admissible

6    in a court of law and establishes the person's identity];

7            (4)    a United States citizenship certificate [papers]

8    issued to the person that contains the person's photograph;

9            (5)    a United States passport issued to the person;

10           (6)    a student identification card issued by a public

11   or  private  institution  of  higher  education  that  contains  the

12   person's photograph [official mail addressed to the person by name

13   from a governmental entity];

14           (7)    a license to carry a concealed handgun issued to

15   the person by the Department of Public Safety;

16           (8)    an identification card issued by a state agency of

17   this state that contains the person's photograph; or

18           (9)    an identification card that contains the person's

19   photograph and is issued by a county elections administrator or a

20   county clerk.

21       (b)    The following documentation is acceptable as proof of

22   identification under this chapter:

23           (1)    a copy of a current utility bill, bank statement,

24   government check, paycheck, or other government document that shows

25   the name and address of the voter;

26           (2)    official mail addressed to the person by name from

27   a governmental entity;

H.B. No. 1706

1      (3)  a certified copy of a birth certificate or other
2  document confirming birth that is admissible in a court of law and
3  establishes the person's identity;
4      (4)  United States citizenship papers issued to the
5  person;
6      (5)  an original or certified copy of the person's
7  marriage license or divorce decree;
8      (6)  court records of the person's adoption, name
9  change, or sex change;
10     (7)  an identification card issued to the person by a
11 governmental entity of this state or the United States for the
12 purpose of obtaining public benefits, including veteran's
13 benefits, Medicaid, or Medicare;
14     (8)  a temporary driving permit issued to the person by
15 the Department of Public Safety;
16     (9)  a pilot's license issued to the person by the
17 Federal Aviation Administration or another authorized agency of the
18 United States;
19     (10) a library card that contains the person's name
20 issued to the person by a public library located in this state; or
21     (11) a hunting or fishing license issued to a person by
22 the Parks and Wildlife Department [or
23     [(8) any other form of identification prescribed by
24 the secretary of state].
25  (c)  The commissioners court of a county may authorize the
26 county elections administrator or the county clerk, as applicable,
27 to issue photo identification cards that may be used as proof of a

6

H.B. No. 1706

1   voter's identification under Subsection (a).

2       SECTION 8.  Sections 63.011(a) and (b), Election Code, are

3   amended to read as follows:

4       (a)  A  person  to  whom  Section  63.001(g),  63.008(b),  or

5   63.009(a) applies may cast a provisional ballot if the person

6   executes an affidavit stating that the person:

7           (1)  is a registered voter in the precinct in which the

8   person seeks to vote; and

9           (2)  is eligible to vote in the election.

10      (b)  A form for the affidavit shall be printed on an envelope

11  in which the provisional ballot voted by the person may be placed

12  and must include a space for entering the identification number of

13  the provisional ballot voted by the person and a space for an

14  election officer to indicate whether the person presented proof of

15  identification as required by Section 63.001(b)(1) or (2).  The

16  affidavit form may include space for disclosure of any necessary

17  information to enable the person to register to vote under Chapter

18  13.  The  secretary  of  state  shall  prescribe  the  form  of  the

19  affidavit under this section.

20      SECTION 9.  Section 65.054(b), Election Code, is amended to

21  read as follows:

22      (b)  A provisional ballot may be accepted only if:

23          (1)  the board determines that, from the information in

24  the  affidavit  or  contained  in  public  records,  the  person  is

25  eligible to vote in the election; and

26          (2)  the  voter  presents  proof  of  identification  as

27  required by Section 63.001(b)(1) or (2):

7

H.B. No. 1706

1          (A)  at the time the ballot was cast; or

2          (B)  in  the  period  prescribed  under  Section

3    65.0541.

4          SECTION 10.  Subchapter  B,  Chapter  65,  Election  Code,  is

5    amended by adding Section 65.0541 to read as follows:

6          Sec. 65.0541.  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN

7    PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

8    voting  under  Section  63.011  because  the  voter  does  not  present

9    proof of identification as required by Section 63.001(b)(1) or (2)

10   may  submit  proof  of  identification  to  the  voter  registrar  by

11   personal delivery or by mail for examination by the early voting

12   ballot board not later than the fifth day after the date of the

13   election.

14         (b)  The early voting ballot board shall accept a provisional

15   ballot under Section 65.054 if the voter:

16             (1)  presents  proof  of  identification  in  the  manner

17   required by this section; and

18             (2)  is otherwise eligible to vote in the election.

19         (c)  The office of the voter registrar shall be open on a

20   Saturday  that  falls  within  the  five-day  period  described  by

21   Subsection (a) for a voter to present identification as provided

22   under this section.

23         (d)  The secretary of state shall prescribe procedures as

24   necessary to implement this section.

25         SECTION 11.  Section  521.422,  Transportation  Code,  is

26   amended by amending Subsection (a) and adding Subsection (d) to

27   read as follows:

8

H.B. No. 1706

1      (a)  Except as provided by Subsection (d), the [The] fee for

2   a personal identification certificate is:

3           (1)  $15 for a person under 60 years of age;

4           (2)  $5 for a person 60 years of age or older; and

5           (3)  $20 for a person subject to the registration

6   requirements under Chapter 62, Code of Criminal Procedure.

7       (d)  The department may not collect a fee for a personal

8   identification certificate issued to a person who executes an

9   affidavit stating that the person is financially unable to pay the

10  required fee and:

11          (1)  who is a registered voter in this state and

12  presents a valid voter registration certificate; or

13          (2)  who is eligible for registration under Section

14  13.001, Election Code, and submits a registration application to

15  the department.

16      SECTION 12.  The changes in law made by this Act take effect

17  only if:

18          (1)  the United States District Court for the District

19  of Columbia issues a declaratory judgement under 42 U.S.C. Section

20  1973c that this Act does not have the purpose and will not have the

21  effect of denying or abridging the right to vote on account of race

22  or color or in contravention of the guarantees set forth in 42

23  U.S.C. Section 1973b(f)(2); or

24          (2)  the secretary of state submits this Act to the

25  United States Attorney General under 42 U.S.C. Section 1973c and

26  the attorney general does not interpose an objection within the

27  time provided by that section.

9

H.B. No. 1706

1        SECTION 13.   This Act takes effect September 1, 2005.