Additionally, requiring voters to show a Driver's License or Texas ID Card at the polls can take effect immediately while the citizenship verification is phased in. Almost all Driver's Licenses held by the 18 year old and over population expire every six years, meaning that seven years after placing citizenship status on the Driver's Licenses, election workers will be able to verify the citizenship of all voters. In short, existing expiration dates for Driver's Licenses need not necessarily be invalidated by the citizenship verification requirement.

Nevertheless, to address the concerns of inconveniencing voters, notices can be sent to all registered voters as soon as the Governor signs the voter ID law. Assuming the 80th Legislature passes this proposal, and assuming the Governor signs the law in June 2007, voters would have well over one year to obtain the necessary identification for voting before the 2008 presidential election.

Expecting a Driver's License or other government identification from voters is not a barrier to voting. Granted, a handful of individuals may not have a government-issued ID. But elections are planned far in advance, giving the statistically few people without an ID plenty of time to obtain one. In Texas, early voting extends 14 days before the actual election date. Additionally, 87% of the total Texas population (which includes all ages) has either a Driver's License or Texas Identification Card.

Voting is the most important right in America, but it is also a responsibility. The government requires voters to register before receiving a ballot, therefore verifying the information they provide on their registration application is not a measure designed to prevent any *citizen* from voting. It is instead a measure designed to keep illegal aliens, non-citizens and people otherwise not qualified from voting and diluting the legitimate votes cast by citizens.

### Conclusion

With an estimated 500,000 illegal aliens entering the United States each year[51], Texas cannot afford to leave its election system susceptible to their fraudulent votes. Voting is the most paramount right of our representative democracy, and must be reserved strictly for citizens of the United States.

Requests for identity are increasingly common: to buy alcohol or purchase tobacco; to board an airplane; to buy Sudafed; to buy certain paints or glues; to rent a movie or a library book. Requesting identification of voters is a simple measure that will greatly abate illegally cast votes by non-citizens. Additionally, the Texas Department of Public Safety will have to amend the Driver's License pursuant to the federal REAL ID Act. This gives the state a unique opportunity to verify the citizenship status of individuals at polling places, giving real meaning to the litany of laws mandating that only U.S. citizens may vote.

13

HIGHLY CONFIDENTIAL

Whatever efforts are made to prevent illegal aliens from penetrating our borders, the state should amend its election law and practices so that illegal aliens are prevented from entering the voting booth.

14

HIGHLY CONFIDENTIAL

TX_00005510

## Texas Voter Registration Application

Prescribed by the Office of the Secretary of State        V3.17 web 04E p05

For Official Use Only

| Print | Reset |

### Complete These Questions Before Proceeding

Check one ☐ New  ☐ Change  ☐ Replacement

Are you a United States Citizen? ............................................................... ☐ Yes   ☐ No

Will you be 18 years of age on or before election day? .................................. ☐ Yes   ☐ No

If you checked "no" in response to either of the above, do not complete this form.

Are you interested in serving as an election worker? .................................... ☐ Yes   ☐ No

*Continue below to complete application.*

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| | | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

Mailing Address: Same Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.

| Date of Birth: month, day, year | Gender (Optional) ☐ Male  ☐ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $10,000, or both. |
|---|---|---|
| TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) | | I affirm that I • am a resident of this county; • have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and • have not been declared mentally incompetent by final judgment of a court of law. |
| ☐ Check if you do not have a TX Driver's License, or Personal Identification Number | | |
| If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number | | |
| ☐ Check if you do not have a Social Security Number | **X** | |
| Telephone Number; Include Area Code (Optional) | | Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date. |

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.
- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683).
(TDD 1-800-735-2989, www.sos.state.tx.us.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

15

HIGHLY CONFIDENTIAL

TX_00005511

Your going to trust anyone
who just swam across the river — that
they checked a boxright?

HIGHLY CONFIDENTIAL

TX_00005515



USCIS Civic Flash Card





16

HIGHLY CONFIDENTIAL

[36] Georgia General Assembly, S.B. 84 http://www.legis.state.ga.us/legis/2005_06/pdf/sb84.pdf

[37] Errin Haines, Associated Press (printed in The Washington Times), "Ga. Judge Blocks Voter ID Law Enforcement", July 13, 2006;

http://hosted.ap.org/dynamic/stories/G/GEORGIA_VOTER_ID?SITE=DCTMS&SECTION=HOME&TE
MPLATE=DEFAULT

[38] 79th Legislature, May 3, 2005, House Bill 1706, H- 473 Third Reading and Final Passage

[39] American Civil Liberties Union, "ACLU Challenges Albuquerque Voter ID Law" November 2, 2005; http://www.aclu.org/votingrights/access/21256prs20051102.html

[40] American Civil Liberties Union, "Civil Rights Groups Urge Department of Justice to Block New Georgia Photo ID Law", March 29, 2006; http://www.aclu.org/votingrights/er/24774prs20060329.html

[41] See Transportation Code §521.426, Disabled Veteran Exemption

[42] Health and Human Services Commission, Temporary Assistance for Needy Families;
http://www.hhsc.state.tx.us/programs/TexasWorks/TANF.html

[43] Health and Human Services Commission, The Food Stamp Program;
http://www.hhsc.state.tx.us/programs/TexasWorks/foodstamp.html

[44] Office of the Secretary of State; http://www.sos.state.tx.us/elections/historical/70-92.shtml

[45] Department of Public Safety, Driver's License Division, review of Federal Highway Administration reports

[46] Department of Public Safety, Driver's License Division

[47] Claire McGuinness, Senior Staff Attorney, Drivers License Division, Texas Department of Public Safety; Submitted Thursday, July 13, 2006; response received Monday, July 17, 2006.

[48] Office of the Secretary of State; http://www.sos.state.tx.us/elections/historical/70-92.shtml

[49] Voter Registration Education Project, "Harsh Voter Provisions in Arizona Proposition 200 Will Reduce Voting"; http://www.svrep.org/press_room/press_releases/06/prop_200_probs.html

[50] Ibid.

[51] Jeffrey S. Passel, Pew Hispanic Center, "The Size and Characteristics of the Unauthorized Migrant Population in the U.S." http://pewhispanic.org/files/reports/61.pdf

18

HIGHLY CONFIDENTIAL

TX_00005514

So we are suppose to TRUST
someone who "just swam across the river"
to check the box correctly!

HIGHLY CONFIDENTIAL

TX_00005516

## Jon English

**From:** Mary Chernosky [mchernosky@indy.rr.com]
**Sent:** Tuesday, September 26, 2006 9:50 PM
**To:** Debbie Riddle; Gail Gallien
**Subject:** Verify the Vote

### Have you seen this Article?

Mary


### Capitol Steps

### By Ken Paxton

### Published: 09-26-06


This week, I would like to share with you an article I co-authored with several of my colleagues who serve on the Texas Conservative Coalition, including State Representatives Dwayne Bohac, Bill Callegari, Rob Eissler, Linda Harper-Brown, Bill Keffer, _Debbie Riddle_, Larry Taylor, Corbin Van Arsdale, and Beverly Woolley.


### *Verify the Vote*


While the U.S. Constitution grants only citizens the right to vote, our polling places are as open to illegal aliens as the U.S. Border with Mexico.


Texas election law sets the bar for voter registration and verification far too low.  The Secretary of State checks voter registration applications against drivers' license and social security databases pursuant to the Help American Vote Act.


10/23/2006

HIGHLY CONFIDENTIAL

TX 00005521

However, this does not prevent foreign nationals from registering to
vote.  Both social security numbers and drivers' licenses can be obtained
by non-citizens either legally or fraudulently.  Furthermore, the
Department of Public Safety does not record the citizenship status of the
drivers' license applicant.

Gettin' nervous yet?  Well, it gets worse.

The mail-in application to register to vote must be accompanied by some
form of identification, but the Secretary of State notes that an applicant
may register even without a drivers' license or social security number.

The list of acceptable forms of ID to register includes utility bills and pay
stubs.  Any person, including an illegal alien, can pay for electric service;
anyone with a green card can legally work and earn a paycheck.  Those
documents have nothing to do with the citizenship status of the
applicant.

Our voter registration system assumes honesty of all participants instead
of verifying citizenship.

When illegal immigrants' very presence in our country is a violation of
law, it is a dangerous leap of faith to assume their honesty in regards to
our electoral system; such misplaced trust opens the door to voter
fraud.

If the foundation of voter registration is not secured through accurate
proof of citizenship either by birth or naturalization, the voter rolls are
potentially corrupt.  While there is no prevailing estimate of how many
illegal aliens are on the voter rolls in Texas or elsewhere in America,
there is evidence anecdotal and actual, that they are.

For example, investigations into *Hermandad Mexicana Nacional (Mexican*

10/23/2006

TX_00005522

*National Brotherhood)*, a California-based organization that provides services to illegal aliens, found that the group illegally registered non-citizens, including illegal aliens, to vote in the 1996 Congressional election in Orange County. While no indictments were brought, it is possible that he illegal voters swayed the election: the margin of victory of the challenger over the incumbent was only 979 votes.

The book "Stealing Elections" by John Fund offers a shocking example of non-citizens skirting the system: eight of the nineteen September 11th hijackers registered to vote in either Virginia or Florida.

On June 22, 2006, Harris County Tax Assessor-Collector and Voter Registrar Paul Bettencourt testified before the U.S. House Committee on House Administration that he identified at least 35 foreign nationals who either applied for or received voter registration cards.

Bettencourt told the Congressional Committee that a Brazilian women registered, had her registration cancelled, re-registered, and voted at least four times in general and primary elections.

Qualifying for a U.S. passport is much more closely guarded. An application for a passport must be accompanied by a certified copy of a birth certificate or other identification that proves citizenship.

However, the State Department will not accept a voter registration card as proof of citizenship, which raises an important question: If the State Department does not trust that a holder of a voter registration card is a citizen, why does Texas election law?

Given the gravity of the right to vote and the imperative to combat fraud, the Legislature should debate new procedures for voter registration and absentee balloting that can be in place before the 2008 general election.

The standard for voter verification should not be lower than the standard to receive a passport issued by the Department of State. The 80th Legislature, therefore, should enact two pieces of "Verify the Vote" legislation.

10/23/2006

HIGHLY CONFIDENTIAL

TX 00005523

First, the Legislature should mandate that the Department of Public Safety verify and record proof of citizenship from applicants for all new and renewed drivers' licenses and Texas ID cards. The new or renewed license, or ID cards, should clearly display whether or not the holder is a citizen.

Second, the Legislature should require voters to present photo ID at their polling place on Election Day, which proves their citizenship. A passport, newly issued drivers license or Texas ID card, or certified copy of a birth certificate along with a photo, should be the only acceptable forms of proof.

A copy of any of those documents must also accompany an application for a ballot by mail.

The Legislature should preclude the use of utility bills and pay stubs as identification for voting purposes.

This proposal is timely.

As of July 1st, the Federal government has required all applicants and recipients of Medicaid to prove their citizenship with a birth certificate, passport, or limited other documents. In light of the looming Medicaid ID requirement, it is unreasonable to believe that requiring voters to show a drivers' license, Texas ID, or passport is a burden. To the contrary, photo ID that proves citizenship will allow election workers to thoroughly verify that only U.S. citizens are voting.

Being able to exercise the right to vote is a precious freedom we enjoy as citizens of this country.

10/23/2006

HIGHLY CONFIDENTIAL

Where there is no respect for the laws that protect the rights of citizens, there will be no respect for what it took to secure those rights.

Once the right to vote is effectively protected, our polling places will be off-limits to illegal immigrants, even if our nation is not.

Copyright 2006 Texas Insider. All rights reserved. Privacy

10/23/2006

HIGHLY CONFIDENTIAL

TX_00005525



**T**exas **R**epublican **C**ounty **C**hairman's **A**ssociation

**Executive Director**

TOM HAUGHEY

Tel/Fax: 956.781.5067
E-mail: thaughey@acnet.net

Rt. 1, Box 184-12
San Juan, TX 78589

HIGHLY CONFIDENTIAL