# COMPTROLLER OF PUBLIC ACCOUNTS

## FISCAL NOTE ESTIMATE

For: HB 101 by Riddle

Date: February 20, 2007

I. **Bill Summary**

This bill would amend Chapters 13, 63, and 65 of the Election Code and Chapter 521 of the Transportation Code, relating to voter identification and exemption from the fee for an identification card.

The bill would amend Chapter 13 of the Election Code to add to existing registration application requirements proof of an applicant's U.S. citizenship by submitting a copy of a birth certificate, U.S. citizenship papers, or an unexpired U.S. passport.

The bill would amend Chapter 63 of the Election Code to require a voter to present qualifying identification—as described in the bill—in addition to a voter's registration certificate.

Qualifying identification would be one form of photo identification or two forms of proof of identification. Among the items that would constitute acceptable photo identification would be: a driver's license or personal identification card issued by the Texas Department of Public Safety (DPS) that had not expired, or expired no earlier than two years before the date presented.

Voters not meeting the identification requirements could be accepted for provisional voting by signing an affidavit.

The bill would amend Chapter 65 of the Elections Code to add a space on a provisional ballot for an election officer to indicate whether a person presented the required proof of identification. The Texas Secretary of State would prescribe procedures, as necessary, to implement this section on provisional ballots.

The bill would amend Chapter 521 of the Transportation Code to prohibit DPS from collecting a fee for a personal identification certificate issued to a person who executed an affidavit stating that the person was financially unable to pay the required fee, and the person was a registered voter in the state or would be eligible for registration and would submit a registration application to DPS.

The changes in law made by this bill relating to additional requirements for a registration application would apply only to an application for voter registration submitted on or after the effective date of the bill.

This bill would take effect September 1, 2007.

HIGHLY CONFIDENTIAL

TX_00005527

II. **Methodology Summary**

Based on Texas Department of Public Safety (DPS) data, 13.1 percent of Texas identification card holders indicated a registration to vote. According to July 1, 2004 U.S. Census data 16.2 percent of the Texas population is estimated to fall below the poverty level.

In fiscal 2006, DPS issued 560,493 original and renewal identification cards. If 13.1 percent (approximately 73,425) register to vote, and 16.2 percent were below the poverty level, then a total of about 11,866 individuals could be eligible for waiver of the identification fee.

U.S. Census data also indicate that, of those in Texas at the poverty level, about 13.16 percent are 60 years old or older, making them exempt from the $5 fee. The remainder—86.84 percent—would be exempt from the standard $15 fee. For those persons registered under the Sex Offender Registration Program and thereby subject to the $20 personal identification certificate fee, the potential loss in fee revenues could not be determined. Population growth was forecast using the Comptroller's Fall 2006 forecast. Identification card revenues are deposited to the credit of the Texas Mobility Fund 0365.

III. **Fiscal Impact, 2008-2012**

| Fiscal Year | Gain/(Loss) to the Texas Mobility Fund 0365 |
|---|---|
| 2008 | ($161,000) |
| 2009 | (164,000) |
| 2010 | (167,000) |
| 2011 | (169,000) |
| 2012 | (172,000) |

IV. **Cash Flow Effects**

This bill would have a negative effect on the state's cash flow.

V. **Administrative Cost to the Comptroller**

There would be no administrative costs to the Comptroller's Office.

VI. **Technology**

There would be no technology impact to the Comptroller's Office.

VII. **Fiscal Implications after 2012**

Similar fiscal implications would continue after 2012.

HIGHLY CONFIDENTIAL



# Susan Combs
## Texas Comptroller of Public Accounts

512/463-4000
Fax: 512/463-4965
P.O. Box 13528
Austin, Texas 78711-3528

February 20, 2007

The Honorable Debbie Riddle
State Representative
Texas House of Representatives
Capitol Extension, Room E2.208
Austin, Texas 78701

Dear Representative Riddle:

The Legislative Budget Board has requested our assistance in developing data for the fiscal note on your bill: HB 101. We are forwarding the enclosed information to the Board for their consideration in developing their estimate.

If you have any questions regarding the information we are furnishing them, please contact John Heleman at 475-0042.

Sincerely,

John Heleman
Chief Revenue Estimator

JH:ic

Enclosure

HIGHLY CONFIDENTIAL

TX_00005529



Texas Conservative Coalition
Research Institute

*A Principled Approach to Public Policy*

BOARD OF DIRECTORS

Officers
Rep. Warren Chisum
  President
Bill Oswald
  Vice President
Paul Blanton
  Secretary/Treasurer

Public Sector
Rep. Betty Brown
Sen. Bob Deuell, M.D.
Rep. Dan Gattis
Rep. Linda Harper-Brown
Rep. Bill Keffer
Rep. John Otto
Rep. Corbin Van Arsdale
Sen. Tommy Williams
Chair Diane Rath, TWC

Private Sector
Oliver Bell
Jeff Bonham
Bill Dowden
Tim Dunn
Lisa Elledge
Eric Glenn
Michael Jewell
Marlene Mc Michael
Christine Davis O'Brien
John Riley
Arlene Wohlgemuth
Jared Wolfe

February 26, 2007

The Honorable Debbie Riddle
Texas House of Representatives
P.O. Box 2910
Austin TX 78768

Hand-Delivered: E2.208

Dear Representative Riddle,

Please see the enclosed TCCRI LIFT Perspective: "Porous Borders, Porous Elections: The Imperative to Verify Voters' Citizenship". With House Bill 101 being heard in the House Elections Committee this Wednesday, I hope you find this report helpful.

The LIFT Perspective lays out direct proof of non-citizens on the voter rolls in both Harris and Bexar counties. The extent to which non-citizens are on the voter rolls, and potentially voting, in other counties is unknown. Given this and other proven instances of vote fraud, passage of more stringent voter identification is necessary.

If you have any questions, or if we can be of assistance in the passage of your bill, please contact us at 512-474-6042.

Thank you for your service to the state.

Sincerely,

Brent Connett
Task Force Director *and* Policy Analyst

PO Box 2659
Austin, Texas 78768
512.474.6042
FAX 512.482.8355
www.txccri.org

FILED NOV 13 2006

By: *Debbie Riddle*  H.B. No. 101

A BILL TO BE ENTITLED

1 AN ACT
2 relating to the procedures for registering to vote and accepting a
3 voter at a polling place.
4    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
5    SECTION 1. Section 13.002, Election Code, is amended by
6 amending Subsection (c) and adding Subsection (e) to read as
7 follows:
8    (c) A registration application must include:
9        (1) the applicant's first name, middle name, if any,
10 last name, and former name, if any;
11        (2) the month, day, and year of the applicant's birth;
12        (3) a statement that the applicant is a United States
13 citizen;
14        (4) a statement that the applicant is a resident of the
15 county;
16        (5) a statement that the applicant has not been
17 determined mentally incompetent by a final judgment of a court;
18        (6) a statement that the applicant has not been
19 finally convicted of a felony or that the applicant is a felon
20 eligible for registration under Section 13.001;
21        (7) the applicant's residence address or, if the
22 residence has no address, the address at which the applicant
23 receives mail and a concise description of the location of the
24 applicant's residence;

80R340 JRJ-D                          1

HIGHLY CONFIDENTIAL

TX 00005549

TX_0000550
HIGHLY CONFIDENTIAL

```
 1              (8)  the following information:
 2                   (A)  the applicant's Texas driver's license number
 3  or the number of a personal identification card issued by the
 4  Department of Public Safety or a statement by the applicant that the
 5  applicant has not been issued a driver's license or personal
 6  identification card; or
 7                   (B)  if the applicant has not been issued a number
 8  described by Paragraph (A), the last four digits of the applicant's
 9  social security number or a statement by the applicant that the
10  applicant has not been issued a social security number;
11              (9)  if the application is made by an agent, a statement
12  of the agent's relationship to the applicant; [and]
13              (10) the city and county in which the applicant
14  formerly resided; and
15              (11) a copy of a document providing proof that the
16  applicant is a United States citizen.
17         (e)  The following documentation is acceptable as proof of
18  citizenship under Subsection (c)(11):
19              (1)  a birth certificate or other document confirming
20  birth that is admissible in a court of law;
21              (2)  United States citizenship papers issued to the
22  applicant; or
23              (3)  an unexpired United States passport issued to the
24  applicant.
25         SECTION 2.  Section 13.121(a), Election Code, is amended to
26  read as follows:
27         (a)  The officially prescribed application form for
```

1  registration by mail must be in the form of [a] business reply mail
2  [postcard], unless another form or system is used under Subsection
3  (b), with postage paid by the state. The secretary of state shall
4  design the form to enhance the legibility of its contents.
5      SECTION 3. Section 63.001, Election Code, is amended by
6  amending Subsections (b), (c), (d), and (f) and adding Subsection
7  (g) to read as follows:
8      (b) On offering to vote, a voter must present to an election
9  officer at the polling place the voter's voter registration
10 certificate and either:
11       (1) one form of identification listed in Section
12 63.0101(a); or
13       (2) two different forms of identification listed in
14 Section 63.0101(b) [to an election officer at the polling place].
15     (c) On presentation of the documentation required by
16 Subsection (b) [a registration certificate], an election officer
17 shall determine whether the voter's name on the registration
18 certificate is on the list of registered voters for the precinct.
19     (d) If the voter's name is on the precinct list of
20 registered voters and the voter's identity can be verified from the
21 proof presented, the voter shall be accepted for voting.
22     (f) After determining whether to accept a voter, an election
23 officer shall return the voter's documentation [registration
24 certificate] to the voter.
25     (g) If the requirements for identification prescribed by
26 Subsection (b)(1) or (2) are not met, the voter shall be accepted
27 for provisional voting only under Section 63.011.

HIGHLY CONFIDENTIAL

TX 00005551

TX 00005552
HIGHLY CONFIDENTIAL

```
 1      SECTION 4.  Chapter 63, Election Code, is amended by adding
 2  Section 63.0012 to read as follows:
 3      Sec. 63.0012.  USE OF ADDRESS ON IDENTIFICATION.  (a)  This
 4  section applies only to a voter who:
 5          (1)  presents a registration certificate;
 6          (2)  is on the list of registered voters for the
 7  precinct; and
 8          (3)  confirms that the address on the list of
 9  registered voters is current under Section 63.0011.
10      (b)  In verifying the identity of a voter described by
11  Subsection (a) under Section 63.001, an election officer may not
12  consider whether the voter's address on a form described by Section
13  63.001(b)(1) or (2) matches the voter's address on the registration
14  certificate or the list of registered voters.
15      SECTION 5.  Section 63.006(a), Election Code, is amended to
16  read as follows:
17      (a)  A voter who, when offering to vote, presents a voter
18  registration certificate indicating that the voter is currently
19  registered in the precinct in which the voter is offering to vote,
20  but whose name is not on the precinct list of registered voters,
21  shall be accepted for voting if the voter's identity can be verified
22  from the proof presented.
23      SECTION 6.  Section 63.007(a), Election Code, is amended to
24  read as follows:
25      (a)  A voter who, when offering to vote, presents a voter
26  registration certificate indicating that the voter is currently
27  registered in a different precinct from the one in which the voter
```

80R340 JRJ-D                              4

1   is offering to vote, and whose name is not on the precinct list of
2   registered voters, shall be accepted for voting if <u>the voter's</u>
3   <u>identity can be verified from the proof presented and</u> the voter
4   executes an affidavit stating that the voter:

5           (1)  is a resident of the precinct in which the voter is
6   offering to vote or is otherwise entitled by law to vote in that
7   precinct;

8           (2)  was a resident of the precinct in which the voter
9   is offering to vote at the time that information on the voter's
10  residence address was last provided to the voter registrar;

11          (3)  did not deliberately provide false information to
12  secure registration in a precinct in which the voter does not
13  reside; and

14          (4)  is voting only once in the election.

15  SECTION 7.  Section 63.008(a), Election Code, is amended to
16  read as follows:

17      (a)  A voter who does not present a voter registration
18  certificate when offering to vote, but whose name is on the list of
19  registered voters for the precinct in which the voter is offering to
20  vote, shall be accepted for voting if the voter executes an
21  affidavit stating that the voter does not have the voter's voter
22  registration certificate in the voter's possession at the polling
23  place at the time of offering to vote and the <u>voter's identity can</u>
24  <u>be verified from the proof presented</u> [~~voter presents proof of~~
25  ~~identification in a form described by Section 63.0101~~].

26  SECTION 8.  Section 63.0101, Election Code, is amended to
27  read as follows:

HIGHLY CONFIDENTIAL

TX_00005553

TX_00005554
HIGHLY CONFIDENTIAL

```
 1        Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
 2   (a) The following documentation is an acceptable form [as proof] of
 3   photo identification under this chapter:
 4             (1)  a driver's license or personal identification card
 5   issued to the person by the Department of Public Safety or the
 6   equivalent agency of another state that has not expired or that
 7   expired no earlier than two years before the date of presentation
 8   [or a similar document issued to the person by an agency of another
 9   state, regardless of whether the license or card has expired];
10             (2)  a United States military identification card that
11   contains the person's photograph [form of identification
12   containing the person's photograph that establishes the person's
13   identity];
14             (3)  a valid employee identification card that contains
15   the person's photograph and is issued by an employer of the person
16   in the ordinary course of the employer's business [birth
17   certificate or other document confirming birth that is admissible
18   in a court of law and establishes the person's identity];
19             (4)  a United States citizenship certificate [papers]
20   issued to the person that contains the person's photograph;
21             (5)  a United States passport issued to the person;
22             (6)  a student identification card issued by a public
23   or private institution of higher education that contains the
24   person's photograph [official mail addressed to the person by name
25   from a governmental entity];
26             (7)  a license to carry a concealed handgun issued to
27   the person by the Department of Public Safety;
```

```
 1              (8)  an identification card issued by a state agency of
 2   this state that contains the person's photograph; or
 3              (9)  an identification card that contains the person's
 4   photograph and is issued by a county elections administrator or a
 5   county clerk.
 6         (b)  The following documentation is acceptable as proof of
 7   identification under this chapter:
 8              (1)  a copy of a current utility bill, bank statement,
 9   government check, paycheck, or other government document that shows
10   the name and address of the voter;
11              (2)  official mail addressed to the person by name from
12   a governmental entity;
13              (3)  a certified copy of a birth certificate or other
14   document confirming birth that is admissible in a court of law and
15   establishes the person's identity;
16              (4)  United States citizenship papers issued to the
17   person;
18              (5)  an original or certified copy of the person's
19   marriage license or divorce decree;
20              (6)  court records of the person's adoption, name
21   change, or sex change;
22              (7)  an identification card issued to the person by a
23   governmental entity of this state or the United States for the
24   purpose of obtaining public benefits, including veteran's
25   benefits, Medicaid, or Medicare;
26              (8)  a temporary driving permit issued to the person by
27   the Department of Public Safety;
```

HIGHLY CONFIDENTIAL

TX 00005555