| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Albus, Gary |
| CC: | Hubbard, Barbara; Wells, Charles; Hunt, Regina; Carlsson, Lori; Watkins, Paul; Peters, Joe |
| Sent: | 9/25/2013 5:40:27 PM |
| Subject: | Mobile Election Identification Certificate (EIC) Operations |
| Attachments: | Mobile Light System.pptx |

CDR Albus,

I apologize for the short notice, but I wanted you to know that DPS/DL has been directed by the Secretary of State (SOS) to conduct EIC operations outside of "brick-and-mortar" offices in Regions 1, 2 and 4 beginning next week. While this does not immediately affect your region, we expect to be directed to issue EICs using mobile systems we have built in Region 6 as early as the 7th of October. As soon as I receive a list from SOS of locations, I will forward to you.

SOS has purchased enough equipment (computers, scanners, cameras…) to build 25 "Mobile Light" systems for use in issuing EICs only. Region 6 will receive four of the twenty-five systems (see attachment). IT has configured these computers to protect the PII of the customers and we (DL) developed a business model for our employees to use. Because of security reasons, these units do not have internet access and our employees will not be able to verify customer eligibility on site. In order to overcome this, AD Skylor Hearn has determined that our personnel can use the Regional Communications Centers to run a 10-27 on the applicants to verify their eligibility to receive an EIC (we will not run a warrant check). We have loaded all six regional numbers into the cell phones that are included in the kits. While some technical issues remain, we are planning to issue the equipment tomorrow and train our personnel to use the systems.

The initial distribution plan is:
Region 1A - 4 Sets
Region 1B - 4 Sets
Region 2A - 2 Sets
Region 2B - 2 Sets
Region 4 - 4 Sets
**Region 6A - 4 Sets**

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



Rodriguez
EXHIBIT NO. 67
Kim Seibert

TEX0479467

**From:** Flores, Amelia
**To:** Rodriguez, Tony
**Sent:** 10/24/2013 2:40:15 PM
**Subject:** RE: EIC applications from out of state college students

Sigh L Already contacted Texas A&M this morning.

**From:** Rodriguez, Tony
**Sent:** Thursday, October 24, 2013 2:33 PM
**To:** Flores, Amelia
**Subject:** RE: EIC applications from out of state college students

Ja

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Flores, Amelia
**Sent:** Thursday, October 24, 2013 2:33 PM
**To:** Rodriguez, Tony
**Subject:** RE: EIC applications from out of state college students

Bryan?

**From:** Rodriguez, Tony
**Sent:** Thursday, October 24, 2013 1:57 PM
**To:** GRP_Region 1A_DLD; GRP_Region 1B_DLD; GRP_Region 2A_DLD; GRP_Region 2B_DLD; GRP_Region 3_DLD; GRP_Region 4_DLD; GRP_Region 5_DLD; GRP_Region 6A_DLD; GRP_Region 6B_DLD
**Cc:** Watkins, Paul; Bell, Stephen
**Subject:** EIC applications from out of state college students
**Importance:** High

Team,

This is to clarify an issue regarding EIC applications from college students who reside in Texas and hold out of state DL/ID. Apparently one of our offices advised an out of state college student they would have to surrender their (out of state) DL to obtain an EIC.

Students who live in Texas but hold an out of state DL/ID are **NOT** required to surrender their out of state license when they apply for an EIC.

One of the seven forms of acceptable ID for voting is a Texas DL, an out of state DL is not one of them. <u>The out of state student may keep their DL AND get an EIC.</u>

v/r

Rodriguez
EXHIBIT NO. 28
Kim Seibert

TEX0500609

| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Carter, Thomas; Bergman, Kathy; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph |
| CC: | Wells, Charles; Hunt, Regina; Watkins, Paul; Bell, Stephen |
| Sent: | 6/26/2013 1:45:21 PM |
| Subject: | Election Certificates |

Folks: Election Certificates will be a big deal for the next week to ten days. Expect to be peppered with requests regarding the number of certificates we have issued and if there are any problems with issuance. We should expect this as part of the normal course of events.

I would ask you to institute the following in your regions:
- Have your offices report anyone asking for an EIC to you, and in turn pass this to me.
- Daily at 11:00 and again at 4:00, please send me a note about any EIC requests/issuances.

I know this sounds redundant... and you are right, but trust me on this one – I will need negative activity reports to feed the machine up here.

Thank you for your patience

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/



Rodriguez
EXHIBIT NO. 69
Kim Seibert

TEX0500403

From: Rodriguez, Tony
To: Winkley, Salestus
Sent: 6/27/2013 7:40:28 AM
Subject: Re: Election Certificates

Zero is a good number. Let me know again at 1100. Thnx

M.A. Rodriguez
Sent from my iPad

On Jun 27, 2013, at 7:39, "Winkley, Salestus" <Salestus.Winkley@dps.texas.gov> wrote:

Zero.

---

**From:** Rodriguez, Tony
**Sent:** Wednesday, June 26, 2013 1:45 PM
**To:** Carter, Thomas; Bergman, Kathy; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Wells, Charles; Hunt, Regina; Watkins, Paul; Bell, Stephen
**Subject:** Election Certificates
**Importance:** High

Folks: Election Certificates will be a big deal for the next week to ten days. Expect to be peppered with requests regarding the number of certificates we have issued and if there are any problems with issuance. We should expect this as part of the normal course of events.

I would ask you to institute the following in your regions:
- Have your offices report anyone asking for an EIC to you, and in turn pass this to me.
- Daily at 11:00 and again at 4:00, please send me a note about any EIC requests/issuances.

I know this sounds redundant... and you are right, but trust me on this one – I will need negative activity reports to feed the machine up here.

Thank you for your patience

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/


Rodriguez
EXHIBIT NO. 70
Kim Seibert

TEX0484755

**From:** Carter, Thomas
**To:** Rodriguez, Tony
**Sent:** 7/5/2013 6:05:35 PM
**Subject:** Re: Daily EIC Reports

None

**From:** Rodriguez, Tony
**Sent:** Friday, July 05, 2013 03:58 PM
**To:** Carter, Thomas
**Subject:** RE: Daily EIC Reports

No inquires either? This is getting better by the day...

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

**From:** Carter, Thomas
**Sent:** Friday, July 05, 2013 3:45 PM
**To:** Rodriguez, Tony
**Subject:** FW: Daily EIC Reports

Negative today.

Tom

**From:** Rodriguez, Tony
**Sent:** Friday, July 05, 2013 8:42 AM
**To:** Winkley, Salestus; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Bell, Stephen
**Subject:** Daily EIC Reports

Team,
Just a follow-up on the note I sent on Friday: I only need your EIC reports once a day at 4:00.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)



Rodriguez
EXHIBIT NO. 71
Kim Seibert

TEX0498740

From: Crawford, John
To: Rodriguez, Tony
Sent: 7/19/2013 4:06:09 PM
Subject: RE: EIC Report CHANGE

Tony,
As of 4 PM today, we're showing two certificates issued this week: 1 on 7/16 and 1 on 7/18.

Regards,
John Crawford

---

**From:** Rodriguez, Tony
**Sent:** Monday, July 15, 2013 5:37 PM
**To:** Rodriguez, Tony; Peters, Joe; Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** EIC Report CHANGE

Ladies and gentlemen,
We are changing the reporting cycle for EIC reports from daily to a weekly report. The next EIC report you will receive will be on Friday. Regions will provide me a roll-up of issuances and inquiries by 4:00 and I will turn the report around by 5:00.

** I already have your information for today, please do not duplicate this information in your report(s) on Friday.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/



Rodriguez
EXHIBIT NO. 72
Kim Seibert

TEX0491969

PL382
9/2/2014
2:13-cv-00193

**From:** Crawford, John
**To:** Rodriguez, Tony
**Sent:** 6/27/2013 5:10:16 PM
**Subject:** RE: EIC Status.docx

Tony,
I can confirm that zero EICs have been requested. We're monitoring the database so we'll know if we get any; good to know that our numbers match yours. The only 4 that show up since Tuesday are the 4 that Lynne and Karol generated.

Regards,
John C.

---

**From:** Rodriguez, Tony
**Sent:** Thursday, June 27, 2013 4:15 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John
**Subject:** EIC Status.docx

Sir we continue our clean sweep; no EICs issued. We have had a close call in Vantage Park, but the customer opted out and left the office.

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

Rodriguez
EXHIBIT NO. 73
Kim Seibert



From: Rodriguez, Tony
To: O'Connor, Ryan
Sent: 10/29/2013 11:27:28 AM
Subject: FW: CORRECTION.....FW: EIC Region 3 Weekly Report (21 Oct - 26 Oct)
Attachments: EIC Region 3 Weekly Report (21 Oct - 26 Oct).xls

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Silva, Samuel
**Sent:** Monday, October 28, 2013 9:51 AM
**To:** Rodriguez, Tony; Krueger, Kristopher; Daughtry, Lisa; O'Connor, Ryan
**Cc:** Flores, Maria; Ramirez, Raquel
**Subject:** CORRECTION.....FW: EIC Region 3 Weekly Report (21 Oct - 26 Oct)
**Importance:** High

Please note the CORRECTION for the number of Inquiries.
The numbers should be:
Issuance: 26
Inquiry: 209

Thank you.
Sam.



Rodriguez EXHIBIT NO. 74
Kim Seibert

| 3 | Issuance | 26 | **(5) Hidalgo County:**<br>La Joya City Hall Unit #17: EIC # 37826757, Gonzalez, Selina Ludivina<br>Weslaco Business & Visitor Center Unit #17:<br>    EIC # 37835211, Serna, Selina Edith<br>    EIC # 37835290, Gonzalez, Adrian<br>Mercedes City Hall Unit #20: EIC # 37826530, Macias, Diana Victoria<br>City of San Juan Unit #15: EIC # 37830715, Bustamante, Adrian<br>**(2) Starr County:**<br>Roma Library Unit #16: EIC # 37844672, Salinas, Juan Carlos<br>La Rosita Unit #15: EIC # 37844638, Sepulveda, Guillermo<br>**(1) Kinney County:**<br>Kinney Co Courthouse Unit #72, EIC # 37844676, Gomez, Javier Mateo<br><br>**(1) Corpus Christi (Station 301):** EIC # 37844947, Krack, Mathew Micah<br>**(1) Harlingen (Station 308):** EIC # 37841065, Rodriguez, Kamie Ranae<br>**(16) Weslaco (Station 321):**<br>    EIC # 37823391, Carranza, Elizabeth Ayala<br>    EIC # 37827900, Martinez, Vanessa Lee<br>    EIC # 37833298, Gonzalez, Juan<br>    EIC # 37833192, Cantu, Oralia |
|---|---|---|---|

|  |  |  |
|---|---|---|
|  |  | EIC # 37836385, Cantu, Ricardo Jr.<br>EIC # 37836697, Gonzlalez, Oralia Ann<br>EIC # 37836612, Gonzalez, Daniella Lynn<br>EIC # 37836801, Tovias, David<br>EIC # 37837172, Castillo, Jesse<br>EIC # 37837405, Rodriguez, Blas<br>EIC # 37837662, Segura, Joseph Dylan<br>EIC # 37837712, Castillo, Juan David<br>EIC # 37838523, Rojas, Laura Celina<br>EIC # 37832655, Loysoya, Fernando<br>EIC # 37842437, Aguirre III, Benito<br>EIC # 37834617, Alaniz, Brandon Lee |
| Inquiry | 209 | **Hidalgo County:**<br>**Inquiry had valid ID/DL**<br>17 - McAllen City Hall Unit #15<br>15 - Mercedes City Hall Unit #20<br>7 - La Joya City Hall Unit #17<br>57 - Hidalgo City Hall Unit #17<br>4 - Edinburg City Hall Unit #15<br>11 - Weslaco Business & Visitor Center Unit #17<br>7 - City of San Juan Unit #15<br>**Inquiry for information only**<br>1 - La Joya City Hall Unit #17, Customer was needing supporting document<br>1 - Weslaco Business & Visitor Center Unit #17, Customer was needing Birth Certificate<br>**Starr County:**<br>**Inquiry had Valid DL/ID**<br>3 - Nutrition Center, Rio Grande Unit #15<br>20 - Starr County Courthouse Annex Unit #17<br>16 - Starr County Courthouse Unit #20<br>7 - Roma Library Unit #16<br>6 - La Rosita Library Unit #15<br>**Inquiry for information only**<br>1 - Rosita Library Unit #15, Customer needed birth certificate<br>2 - Roma Library Unit #16, Customer needed birth certificate<br>1 - Roma Library Unit #16, Applicant was not a US Citizen<br>1 - Starr Co Courthouse Unit #20, Qualified but missing documents<br><br>**Nueces County:**<br>**Inquiry had valid DL/ID**<br>4 - Greenwood Sr Center Unit #24, Individuals had valid Driver License.<br>**Inquiry for information only**<br>1 - Nueces Co Courthouse Unit #21, Applicants were just asking for information.<br>1 - Flour Bluff ISD Unit #23: Individual asked for explaination of EICs.<br>1 - Greenwood Sr Center Unit #24, Individual did not have birth certificate. |

San Patricio County:
Inquiry for information only
1 - City Hall Annex Unit #22, Customer inquired about required documentation for EIC. Said he would return.
Kinney County:
Inquiry had valid DL/ID/Passport
1 - Kinney Co Courthouse Unit #72, Applicant was in possession of passport.
Inquiry for information only
1 - Kinney Co Courthouse Unit #72, Applicant was not old enough.
1 - Kinney Co Courthouse Unit #72, Individual was just inquiring for information.
Edwards County:
Inquiry had valid DL/ID
1 - Sherriff's Office Unit #75, Individual was in possession of TXDL.

Region 3:
12 - Inquiry had valid DL/ID
3 - Inquiry did not have proof of citizenship
5 - Inquiry for information only

DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517

---

**From:** Silva, Samuel
**Sent:** Monday, October 28, 2013 9:15 AM
**To:** Rodriguez, Tony; Daughtry, Lisa; O'Connor, Ryan
**Cc:** Flores, Maria; Ramirez, Raquel
**Subject:** EIC Region 3 Weekly Report (21 Oct - 26 Oct)
**Importance:** High

EIC Region 3 Weekly Report for Mon-Sat, October 21 to October 26, 2013. Below and attached.
Sam.

DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517

TEX0478737

| | |
|---|---|
| From: | Hubbard, Barbara |
| To: | Rodriguez, Tony |
| CC: | Carlsson, Lori; Hunt, Regina; Wells, Charles; Marie, Yvette |
| Sent: | 11/4/2013 8:44:33 AM |
| Subject: | EIC Report Region 6A |
| Attachments: | EIC Report 110413.xlsx |

Attached is the EIC report for Region 6A dated 11-04-13 for operations for the week of October 28, 2013 through November 2, 2013.

*Barbara Hubbard*
Senior Regional Manager
Region 6A San Antonio, Customer Operations
(O) 210.531.2231
(C) 210.241.7329
(F) 210.531.2278
barbara.hubbard@dps.texas.gov



Rodriguez EXHIBIT NO. 75 Kim Seibert

## 10/28/2013-11/02/2013 Mobile Stations (Victoria County)

### INQUIRIES

| Number of inquiries that did not qualify | Remarks |
|---|---|
| 1 | Did not meet ID policy |

### ISSUANCES

| Number of inquiries that did qualify and were issued | EIC Number(s) | Customer Name |
|---|---|---|
| 0 | | |

## 10/28/2013-11/02/2013 Mobile Stations (Karnes County)

### INQUIRIES

| Number of inquiries that did not qualify | Remarks |
|---|---|
| 1 | Inquired for individual who was not present |

### ISSUANCES

| Number of inquiries that did qualify and were issued | EIC Number(s) | Customer Name |
|---|---|---|
| 0 | | |

## 10/28/2013-11/02/2013 Mobile Stations (Bandera County)

### INQUIRIES

| Number of inquiries that did not qualify | Remarks |
|---|---|
| 1 | Inquired for individual who was not present |
| 3 | All had valid Texas Driver License |

### ISSUANCES

| Number of inquiries that did qualify and were issued | EIC Number(s) | Customer Name |
|---|---|---|
| 0 | | |
| 0 | | |

## 10/28/2013-11/02/2013 Region 6A

### INQUIRIES

| Number of inquiries that did not qualify | Remarks |
|---|---|
| 2 | Elderly couple decided to get Texas ID's instead |
| 1 | Customer took an EIC application however did not return |

### ISSUANCES

| Number of inquiries that did qualify and were issued | EIC Number(s) | Customer Name |
|---|---|---|
| 1 | 37865079 | Hill, Leon Mitchell |
| 0 | | |

From: Silva, Samuel
To: Rodriguez, Tony
Sent: 9/15/2013 2:07:30 PM
Subject: EIC Saturday 9-14-2013 Region 3 Standard Format Report
Attachments: EIC Region 3 Weekly Report Saturday 9-14-2013.xls

Tony,
Here is the standard EIC format for Saturday's Report 9-14-2013. It is also attached as excel file. Region 3 had ZERO Issuances and only 2 Inquiries, both in Weslaco.

| | | 09/14/2013 Saturday EIC Report | |
|---|---|---|---|
| 3 | Issuance | 0 | None |
| | Inquiry | 2 | 09/14/2013 - Weslaco (Station 321): Customer wanted a voter registration card, not an EIC. |
| | | | 09/14/2013 - Weslaco (Station 321): Customer wanted an EIC. His Driver License expired February 2013. He stated he has never had a US Birth Certificate. Customer could not be processed due to lack of documentation. |

Sam.

DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517


-----Original Message-----
From: Rodriguez, Tony
Sent: Saturday, September 14, 2013 1:43 PM
To: Silva, Samuel; Valenzuela, Estella; Hubbard, Barbara; Garcia, Joseph
Subject: (EIC)

Folks if this is a repeat, please forgive me; at the end of today's ops, please send your report in the standard format - and also in a regular email. I only have an iPad and so cannot use excel for the this.
Monday morning I will have my regular computer and can do all the fancy formatting for the formal report. Thanks.

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709



TEX0478741

Rodriguez
EXHIBIT NO. 77
Kim Seibert

List of Valid EIC Issuances
February 3, 2014

| EIC # | Name of Applicant | Location Issued | Type of Station |
|---|---|---|---|
| 37421940 | Luthy, Preston Williamson | Dallas - East | DL Office |
| 37436619 | Machen, Nolan Orval | Lampasas | DL Office |
| 37463029 | Horn, Lottie D | Jacksonville | DL Office |
| 37478594 | Stubenthal, Michael Ryan | Beeville | DL Office |
| 37498207 | Benitez, Novella Goswick | Snyder | DL Office |
| 37503720 | Barron, Robert James | Austin - Northwest | DL Office |
| 37553432 | Huntsberger, Robin Derek | Carrollton | DL Office |
| 37628296 | Samora, Maria Ines | Uvalde | DL Office |
| 37703621 | Jernigan, Donna Belle | Hurst | DL Office |
| 37734307 | Thompson, Charles | Garland North | DL Office |
| 37734308 | Bible, Herbert Michael | Fort Worth | DL Office |
| 37747932 | Pecina, Jorge Antonio | Weslaco | DL Office |
| 37753136 | Clark, Arthur Vernon | Austin - South | DL Office |
| 37757880 | Figueroa, Jose Luis | Harlingen | DL Office |
| 37757881 | Allee, Bethlyn Gay | Spring | DL Office |
| 37766194 | Johnson, Rickey | Fort Worth - South | DL Office |
| 37766737 | Garcia, Daisy Elizabeth | El Paso - Scott Simpson | DL Office |
| 37766298 | Cannon, Joy Stansberry | Fort Worth - South | DL Office |
| 37766614 | Lambert, Leon II | Arlington | DL Office |
| 37766530 | Flemons, Jaqueline R | Arlington | DL Office |
| 37766587 | Duggan, Martha Irene | El Paso - Gateway | DL Mobile |
| 37770909 | Casull, Vivian | El Paso - Northwestern | DL Mobile |
| 37772411 | Dubose, Karen Alice | Houston - Gessner | DL Office |
| 37775477 | Carter, Keith Devon | Dallas - East | DL Mobile |
| 37775476 | Davis, Horace Earl | Dallas - East | DL Mobile |
| 37780786 | McDowell, Gary Lynn | Hurst | DL Mobile |
| 37780785 | Robledo, Mark Anthony | Weslaco | DL Office |
| 37781777 | Hargis, Glen Edward | Dallas - East | DL Office |
| 37785467 | Baquet Williams, Brigette | 2020 W. Wheatland Road, Dallas, Texas 75232 | DL Mobile |
| 37783449 | Grainger, Carol Sue | Palestine | DL Office |
| 37784946 | Kyles, Marlon Dion | Houston - Gessner | DL Mobile |
| 37788222 | Beaver, Ricky | Fort Worth | DL Office |
| 37789737 | Hardemon, Johnny Frank | Carrollton | DL Mobile |
| 37789097 | Duncan, Angel Danielle | 100 University DR, Hempstead, TX 77445 | DL Mobile |
| 37789244 | Lebeauf, Sidney Edward | 100 University DR, Hempstead, TX 77445 | DL Mobile |
| 37789266 | Gandara, Ralph | 9720 Spaulding ST, Houston, TX 77016 | DL Mobile |
| 37789210 | Rojas, Amber Marie | Brownsville Public Library | DL Mobile |
| 37789483 | Rich, Stephanie Regina | Arlington | DL Office |
| 37790708 | Covington, Olinda Hardy IX | Houston - Winkler | DL Office |
| 37797318 | Bennett, Earnest Lee | Navasota | DL Mobile |
| 37793747 | Cook, Cameron Camille | Dallas - East | DL Mobile |
| 37803028 | Marlin, Christina | Harris County Northeast Multiservice Center | DL Mobile |
| 37803351 | Martinez, Emillio | Laredo | DL Mobile |
| 37803352 | Vela, Sandra | Laredo | DL Mobile |

TEX I.R.000411

List of Valid EIC Issuances
February 3, 2014

| | | | |
|---|---|---|---|
| 37803353 | Martinez, Abel | Laredo | DL Mobile |
| 37803357 | Surratt, Marla | Dallas - East | DL Office |
| 37803355 | Mack, Richard III | Gessner Mega Center | DL Mobile |
| 37806442 | Allison, Dorthy Catherine | 4141 Victory Drive, Houston, Texas 77088 | DL Mobile |
| 37809513 | Aguirre, Anita Marie | Crystal City | DL Office |
| 37809993 | Sanchez, Hector Manuel | Camaron County | DL Mobile |
| 37813493 | Young, Bradley Glen | Tyler | DL Office |
| 37817352 | Rainey, Tiara Unique | Region 1A (Tyler) | DL Mobile |
| 37817564 | McGee, David Earl | Region 1A (Tyler) | DL Mobile |
| 37817552 | Green, Charles | Region 1A (Tyler) | DL Mobile |
| 37817535 | Laughlin, Steven Slay | Region 1A (Tyler) | DL Mobile |
| 37816691 | Estes, Darryl | 722 Moody Avenue, Galveston, TX | DL Mobile |
| 37817109 | Harvell, Deina | Big Spring, TX | DL Mobile |
| 37822575 | Menges, Ray Jr. | Big Spring, TX | DL Mobile |
| 37819022 | Noyola, Alonzo | Palmview | DL Office |
| 37819205 | Trainer-Burrell, Pamela Kay | Port Arthur | DL Office |
| 37822651 | Wilson, Lois | Longview | DL Mobile |
| 37822649 | Rector, Francis | Longview | DL Mobile |
| 37822648 | McNew, Mildred Onita | Longview | DL Mobile |
| 37822647 | Cunningham, Betsy | Longview | DL Mobile |
| 37822410 | Lopez, Linda | Hidalgo County | DL Mobile |
| 37822695 | Hall, Ursula Antoinette | Houston - Winkler | DL Office |
| 37822694 | Lee, Zachary McKinley | Houston - Vantage | DL Office |
| 37823391 | Carranza, Elizabeth Ayala | Weslaco | DL Office |
| 37826640 | Williams, Irene | 118 S Cage BLVD, Pharr, TX 78577 | DL Mobile |
| 37826405 | Osore, Angelina | 101 West Church, Livingston, Texas | DL Mobile |
| 37826757 | Gonzalez, Selina Ludivina | Hidalgo County | DL Mobile |
| 37826530 | Macias, Diana Victoria | Hidalgo County | DL Mobile |
| 37828918 | Kindell, James Charles | San Antonio - Pat Booker | DL Office |
| 37830586 | Whiteside, Samual Thomas | Fort Worth - South | DL Office |
| 37830355 | Bond, Robert | 101 West Church, Livingston, Texas | DL Mobile |
| 37830662 | Maroney, Bruce Wayne | 3501 Holman, HoustonTexas 77004 | DL Mobile |
| 37827900 | Martinez, Vanessa Lee | Weslaco | DL Office |
| 37830715 | Bustamante, Ruben | Hidalgo County | DL Mobile |
| 37832410 | Bowen, Joseph Duane | Austin, TX | DL Office |
| 37830684 | Thomas, Dameon | Region 1 | DL Mobile |
| 37835029 | Wright, Theresa | Region 1 | DL Mobile |
| 37835362 | Burnet, Sandra Zane | Clay County | DL Mobile |
| 37835290 | Gonzalez, Adrian | Hidalgo County | DL Mobile |
| 37835211 | Serna, Selina Edith | Hidalgo County | DL Mobile |
| 37833533 | Miller, Joseph Edward | Houston | DL Office |
| 37841065 | Rodriquez, Kamie Ranae | Harlingen | DL Office |
| 37833192 | Cantu, Oralia | Weslaco | DL Office |
| 37836385 | Cantu, Ricardo Jr. | Weslaco | DL Office |
| 37836697 | Gonzlalez, Oralia Ann | Weslaco | DL Office |
| 37836612 | Gonzalez, Daniella Lynn | Weslaco | DL Office |
| 37836801 | Tovias, David | Weslaco | DL Office |
| 37837172 | Castillo, Jesse | Weslaco | DL Office |

TEX I.R.000412

List of Valid EIC Issuances
February 3, 2014

| | | | |
|---|---|---|---|
| 37837405 | Rodriguez, Blas | Weslaco | DL Office |
| 37837662 | Segura, Joseph Dylan | Weslaco | DL Office |
| 37837712 | Castillo, Juan Diego | Weslaco | DL Office |
| 37838523 | Rojas, Laura Celina | Weslaco | DL Office |
| 37832655 | Loysoya, Fernando | Weslaco | DL Office |
| 37842437 | Aguirre III, Benito | Weslaco | DL Office |
| 37834617 | Alaniz, Brandon Lee | Weslaco | DL Office |
| 37844638 | Sepulveda, Guillermo | Starr County | DL Mobile |
| 37844672 | Salinas, Juan Carlos | Starr County | DL Mobile |
| 37844506 | Wilson, Elise | 4141 Victory Drive, Houston, Texas 77088 | DL Mobile |
| 37844325 | Settles, Jennifer Louise | 3501 Holman, Houston, Texas 77004 | DL Mobile |
| 37844944 | Harbes, William Theodore | Temple | DL Office |
| 37844947 | Krack, Mathew Micah | Corpus Christi | DL Office |
| 37844946 | Hahn, Evelyn | Fort Worth - South | DL Office |
| 37845125 | Sills, Graciela Eliana | Austin-Northwest | DL Office |
| 37849306 | Winheim, John | Livingston | DL Office |
| 37845862 | Lacour, Leah Micelle | Rosenberg | DL Office |
| 37853837 | Buchanan, James Parker | Grimes County | Co. Mobile |
| 37853101 | Bunch, James William | Hempstead | DL Office |
| 37844676 | Gomez, Javier Mateo | Kinney CO. Courthouse | DL Mobile |
| 37854039 | Hood, Eugene Clyde | Ozona | DL Mobile |
| 37849413 | Lynam, Marshall Joseph | Real County Courthouse Unit 76 | DL Mobile |
| 37857843 | Thomas, Joseph Rayquale | 3501 Holman, Houston, Texas 77004 | DL Mobile |
| 37846528 | Solis, Efrain Jr | Weslaco | DL Office |
| 37844553 | Thompson, Patrick Neil | Austin - Northwest | DL Office |
| 37857745 | Jimenez, Juan Carlos | Seco Mines Community Center | DL Mobile |
| 37859241 | Barlow, Avis Marie | Rosenberg | DL Office |
| 37854027 | Smith, Joe Mark | Crowell- Unit-57B | DL Mobile |
| 37851645 | Bowman, Kelly Edgar | Denton | DL Office |
| 37852050 | Lopez, Fernando | Weslaco | DL Office |
| 37851939 | Lozano, Jesus Jr | Weslaco | DL Office |
| 37861529 | Johnson, Rebecca | Spaulding Mobile Unit #18 | DL Mobile |
| 37858079 | DeLeon, Jesus Manuel | La Salle Co. Courthouse | DL Mobile |
| 37858072 | Cortez, Amalia Velasquez | La Salle Co. Courthouse | DL Mobile |
| 37863222 | Rodriguez, Reneal Justine | Weslaco | DL Office |
| 37866669 | Tekell, Deborah | Arlington | DL Office |
| 37866686 | Warren, Sylvester | Houston - Gessner | DL Office |
| 37858333 | Palacios, Matthew | Houston - Vantage | DL Office |
| 37865079 | Hill, Leon Mitchell | San Marcos | DL Office |
| 37849291 | Barrett, Vena | Dickens Unit-56A | DL Mobile |
| 37848245 | Sulivan, James | Weatherford | DL Office |
| 37863561 | Uecker, Betty Tucker | Lewisville | DL Office |
| 37866687 | Legvold, Sara | Hurst | DL Office |
| 37866664 | Butterfield, Heather | Hurst | DL Office |
| 37870688 | Williams, Ariana | Holman | DL Mobile |
| 37870722 | Monday, Dominique | Holman | DL Mobile |
| 37852180 | Carpenter, Julia Ann | Gonzales | DL Mobile |
| 37874847 | Braun Dadey, Tiffany | Austin South | DL Office |

TEX I.R.000413

List of Valid EIC Issuances
February 3, 2014

| | | | |
|---|---|---|---|
| | Catherine | | |
| 37871752 | Rodriguez, Atzlan Jose Jesus | Weslaco | DL Office |
| 37873308 | Garcia, Maria Reveca | Weslaco | DL Office |
| 37877573 | Smith, Lela King | Grimes County | Co. Mobile |
| 37877460 | Smith, Charles Lynn | Grimes County | Co. Mobile |
| 37879048 | Bell, Beverly Dianne | Holman Street Baptist Church | DL Mobile |
| 37868506 | Horn, Phyllis Jeanette | Austin South | DL Office |
| 37868292 | Murphy, Brian Keith | Austin South | DL Office |
| 37867111 | Reeder, Nancy Ann | Palmview | DL Office |
| 37880056 | Finley, Ellen Kate | Cleburne | DL Office |
| 37874766 | Mackaly, Jean | Garland | DL Office |

List of Invalid Applications
February 3, 2014

| Name of Applicant | Application Location | Reason for Invalidation |
|---|---|---|
| Delgado, Monica | Dallas - Southwest | Already Had Valid ID |
| McNerney, Marie Mae | Palestine | Insufficient Supporting Documentation |
| Tucker, Joyce Elaine | Garland | Insufficient Supporting Documentation |
| Salinas, Raymundo | Laredo | Insufficient Supporting Documentation |
| Gamez, Silverio Jr. | Cleburne | Insufficient Supporting Documentation |
| Taylor, Jack Lamar | Hurst | Insufficient Supporting Documentation |
| Tillman, Adrienne Bernadette | 3501 Holman, Houston, Texas 77004 | Already Had Valid ID |
| Gonzalez, Juan | Weslaco | Insufficient Supporting Documentation |
| Hornsberry, Nicholas Lawrence | Austin - South | Insufficient Supporting Documentation |
| Mendoza, Juana Veronica | Pflugerville | Insufficient Supporting Documentation |
| Garcia, Daniel | Weslaco | Insufficient Supporting Documentation |
| Williams, Natasha Lynn | Houston - Winkler | Already Had Valid ID |
| De Los Santos, Manuel | Houston - Winkler | Already Had Valid ID |
| Reynolds, Marquette | Paris | Insufficient Supporting Documentation |
| Dickerson, Douglas | Paris | Insufficient Supporting Documentation |
| Burton, Joe | Lubbock | Insufficient Supporting Documentation |

PL387
9/2/2014
2:13-cv-00193

# Election Identification Certificate
## Application Overview

### Issuance Status
As of Oct 21, 2013

| | |
|---|---|
| # Validated | 50 | Application passed QA and sent to customer |
| # In Process | 20 | Application being reviewed at Headquarters |
| # Not Valid | 4 | Did not pass QA at Headquarters |
| # Applied | 74 | Application for EIC recived at EIC Station |

### Applications by Month

| Month | Count |
|---|---|
| Jul | 6 |
| Aug | 2 |
| Sep | 8 |
| Oct | 58 |
| Grand Total | 74 |

### Applications by Week

| Week # | Count |
|---|---|
| 27 | 1 |
| 28 | 1 |
| 29 | 2 |
| 30 | 2 |
| 32 | 1 |
| 34 | 1 |
| 37 | 2 |
| 38 | 2 |
| 39 | 4 |
| 40 | 12 |
| 41 | 23 |
| 42 | 23 |
| Grand Total | 74 |

### Applications by Day of Week

| Day of Week | Count |
|---|---|
| Mon | 8 |
| Tue | 18 |
| Wed | 7 |
| Thu | 15 |
| Fri | 15 |
| Sat | 11 |
| Grand Total | 74 |

### Applications by Station Type

| Station Type | Count |
|---|---|
| DL Mobile | 36 |
| DL Office | 38 |
| Grand Total | 74 |



Kim Seibert



# Election Identification Certificate
## Demographics