PL388
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Peters, Joe |
| **Sent:** | 10/17/2013 7:44:45 AM |
| **Subject:** | EIC Issuance Tracking.xlsx |
| **Attachments:** | EIC Issuance Tracking.xlsx |

Ryan changed the format a bit.  The tab you have the hard copy for is the fourth one – "Issuance Tracking Data".







| Station Type | Count |
|---|---|
| ? | 2 |
| DL Mobile | 21 |
| DL Office | 30 |
| Grand Total | 53 |

| Race | Count |
| --- | --- |
| BLACK | 20 |
| WHITE | 17 |
| HISPANIC | 13 |
| AMERICAN INDIAN/ALASKAN NATIVE | 2 |
| OTHER | 1 |
| Grand Total | 53 |

| Gender | Count |
| --- | --- |
| F | 25 |
| M | 28 |
| (blank) | |
| Grand Total | 53 |

| Age | Count |
| --- | --- |
| <20 or (blank) | 5 |
| 20-29 | 5 |
| 30-39 | 3 |
| 40-49 | 11 |
| 50-59 | 15 |
| 60-69 | 7 |
| 70-79 | 2 |
| 80-89 | 2 |
| 90-100 | 3 |
| Grand Total | 53 |

| County | Count |
| --- | --- |
| ANDERSON | 2 |
| BEE | 1 |
| CAMERON | 2 |
| CHEROKEE | 1 |
| DALLAS | 12 |
| EL PASO | 3 |
| GRIMES | 1 |
| HARRIS | 8 |
| HIDALGO | 2 |
| LAMPASAS | 1 |
| SCURRY | 1 |
| TARRANT | 9 |
| TRAVIS | 2 |
| UVALDE | 1 |
| WALLER | 2 |
| WEBB | 4 |
| ZAVALA | 1 |
| Grand Total | 53 |

Validation packet for DIC #

| App Count | DIC # | Name of Applicant | Location Issued | Type of Station | Wk | Application Date | DPS Validated | Mailed | Packet to OGC | Age | Race | Sex | Zip Code | County |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 37421940 | Luthy, Preston Williamson | Dallas - East | DL Office | 27 | 7/5/2013 | 7/15/2013 | 7/15/2013 | | 18 | WHITE | M | 75214 | DALLAS |
| 2 | 37436619 | Machen, Nolan Orval | Lampasas | DL Office | 28 | 7/10/2013 | 7/16/2013 | 7/16/2013 | | 90 | WHITE | M | 76550 | LAMPASAS |
| 3 | 37463029 | Horn, Lottie D | Jacksonville | DL Office | 29 | 7/16/2013 | 7/17/2013 | 7/17/2013 | | 92 | BLACK | F | 75766 | CHEROKEE |
| 4 | 37478554 | Stadenthal, Michael Dean | Beeville | DL Office | 29 | 7/18/2013 | 7/19/2013 | 7/26/2013 | | 58 | WHITE | M | 78389 | BEE |
| 5 | 37498207 | Benitez, Novella Goswick | Snyder | DL Office | 30 | 7/23/2013 | 8/1/2013 | 8/27/2013 | | 90 | WHITE | F | 79549 | SCURRY |
| 6 | 37507720 | Barron, Robert James | Austin - Northwest | DL Office | 30 | 7/24/2013 | 7/25/2013 | 7/30/2013 | | 74 | WHITE | M | 78732 | TRAVIS |
| 7 | 37553437 | Huntsberger, Robin Derek | Carrollton | DL Office | 32 | 8/5/2013 | 8/8/2013 | 8/12/2013 | | 28 | WHITE | M | 75234 | DALLAS |
| 8 | 37628296 | Samora, Maria Ines | Uvalde | DL Office | 34 | 8/21/2013 | 8/27/2013 | 8/27/2013 | | 49 | HISPANIC | F | 78801 | UVALDE |
| 9 | 37703821 | Jernigan, Donna Belle | Hurst | DL Office | 37 | 9/12/2013 | 9/13/2013 | 9/20/2013 | | 81 | WHITE | F | 76021 | TARRANT |
| 10 | 37710873 | Delgado, Monica | Dallas - Southwest | DL Office | 37 | 9/14/2013 | Not Valid | Not mailed | | 18 | HISPANIC | F | 75211 | DALLAS |
| 11 | 37734327 | Thompson, Charles | Garland North | DL Office | 38 | 9/21/2013 | 9/24/2013 | 9/24/2013 | | 61 | WHITE | M | 75243 | DALLAS |
| 12 | 37734308 | Bible, Herbert Michael | Fort Worth | DL Office | 38 | 9/21/2013 | 9/24/2013 | 9/24/2013 | | 58 | WHITE | M | 76104 | TARRANT |
| 13 | 37747932 | Pecina, Jorge Antonio | Weslaco | DL Office | 39 | 9/25/2013 | 9/26/2013 | 9/26/2013 | | 37 | HISPANIC | M | 78596 | HIDALGO |
| 14 | 37753136 | Clark, Arthur Vernon | Austin - South | DL Office | 39 | 9/27/2013 | 10/7/2013 | 10/11/2013 | | 55 | BLACK | M | 78723 | TRAVIS |
| 15 | 37757880 | Figueroa, Jose Luis | Harlingen | DL Office | 39 | 9/28/2013 | 10/2/2013 | 10/2/2013 | | 60 | HISPANIC | M | 78552 | CAMERON |
| 16 | 37757881 | Allee, Sethlyn Gay | Spring | DL Office | 39 | 9/28/2013 | 10/2/2013 | 10/2/2013 | | 52 | WHITE | F | 77389 | HARRIS |
| 17 | 37761154 | Johnson, Rickey | Fort Worth - South | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/4/2013 | | 57 | BLACK | M | 76116 | TARRANT |
| 18 | 37766737 | Garcia, Daisy Elizabeth | El Paso - Scott Simp | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/3/2013 | | 18 | HISPANIC | F | 79915 | EL PASO |
| 19 | 37766298 | Cannon, Joy Stansberry | Fort Worth - South | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/3/2013 | | 57 | BLACK | F | 76107 | TARRANT |
| 20 | 37766654 | Lambert, Leon II | Arlington | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/7/2013 | | 32 | BLACK | M | 76134 | TARRANT |
| 21 | 37766530 | Flemons, Jaquoline R. | Arlington | DL Office | 40 | 10/1/2013 | 10/3/2013 | 10/9/2013 | | 43 | BLACK | M | 76105 | TARRANT |
| 22 | 37766587 | Dugosh, Martha Irene | El Paso - Gateway | DL Office | 40 | 10/1/2013 | 10/3/2013 | 10/9/2013 | | 57 | HISPANIC | F | 79905 | EL PASO |
| 23 | 37770909 | Cavull, Vivian | El Paso - Northwest | DL Office | 40 | 10/2/2013 | 10/9/2013 | 10/9/2013 | | 57 | OTHER | F | 79912 | EL PASO |
| 24 | 37772411 | Dubose, Karen Alice | Houston - Gessner | DL Office | 40 | 10/3/2013 | 10/7/2013 | 10/7/2013 | | 51 | WHITE | F | 77396 | HARRIS |
| 25 | 37775477 | Carter, Keith Dewon | Dallas - East | DL Office | 40 | 10/3/2013 | 10/7/2013 | 10/7/2013 | | 47 | BLACK | M | 75216 | DALLAS |
| 26 | 37775476 | Davis, Horace Earl | Dallas - East | DL Office | 40 | 10/3/2013 | 10/4/2013 | 10/7/2013 | | 31 | BLACK | M | 75216 | DALLAS |
| 27 | 37780786 | McDowell, Gary Lynn | Hurst | DL Mobile | 40 | 10/5/2013 | 10/7/2013 | 10/10/2013 | 10/10/2013 | 59 | WHITE | M | 76180 | TARRANT |
| 28 | 37780785 | Robledo, Mark Anthony | Weslaco | DL Office | 40 | 10/5/2013 | 10/10/2013 | 10/10/2013 | 10/10/2013 | 21 | HISPANIC | M | 78596 | HIDALGO |
| 29 | 37781777 | Harris, Glen Edward | Dallas - East | ? | 41 | 10/7/2013 | 10/10/2013 | 10/14/2013 | 10/14/2013 | 67 | BLACK | M | 75081 | DALLAS |
| 30 | 37785467 | Baquet Williams, Brigette | Region 1 | DL Mobile | 41 | 10/7/2013 | 10/10/2013 | 10/10/2013 | 10/10/2013 | 52 | BLACK | F | 75241 | DALLAS |
| 31 | 37783739 | McInerney, Marie Mae | Palestine | DL Office | 41 | 10/7/2013 | 10/14/2013 | 10/14/2013 | | 85 | WHITE | F | 75839 | ANDERSON |
| 32 | 37783449 | Granger, Carol Sue | Palestine | DL Office | 41 | 10/7/2013 | 10/14/2013 | 10/14/2013 | 10/14/2013 | 66 | WHITE | M | 75803 | ANDERSON |
| 33 | 37784940 | Kyles, Marlon Dion | Houston - Gessner | DL Office | 41 | 10/7/2013 | 10/11/2013 | 10/11/2013 | 10/11/2013 | 44 | BLACK | M | 77029 | HARRIS |
| 34 | 37788222 | Beaver, Ricky | Fort Worth | DL Office | 41 | 10/8/2013 | 10/11/2013 | 10/11/2013 | 10/14/2013 | 45 | INDIAN/ALASK | M | 76001 | TARRANT |
| 35 | 37789737 | Hutchinson, Johnny Frank | Carrollton | DL Office | 41 | 10/8/2013 | 10/14/2013 | 10/14/2013 | 10/14/2013 | 30 | BLACK | M | 75215 | DALLAS |
| 36 | 37789097 | Duncan, Angel Danielle | Region 2 | DL Mobile | 41 | 10/9/2013 | 10/9/2013 | 10/9/2013 | 10/10/2013 | 18 | BLACK | F | 77446 | WALLER |
| 37 | 37789244 | Lehox-af, Sidney Edward | Region 2 | DL Mobile | 41 | 10/8/2013 | 10/9/2013 | 10/9/2013 | 10/10/2013 | 30 | BLACK | M | 77446 | WALLER |
| 38 | 37789266 | Gaedcke, Ralph | Region 2 | DL Mobile | 41 | 10/8/2013 | 10/9/2013 | 10/9/2013 | 10/10/2013 | 61 | INDIAN/ALASK | M | 72093 | HARRIS |
| 39 | 37789210 | Rojas, Amber Marie | Brownsville Public | DL Office | 41 | 10/8/2013 | 10/10/2013 | 10/10/2013 | | 18 | HISPANIC | F | 78521 | CAMERON |
| 40 | 37789483 | Rich, Stephanie Regina | Arlington | DL Office | 41 | 10/8/2013 | 10/10/2013 | 10/10/2013 | 10/15/2013 | 44 | BLACK | F | 76006 | TARRANT |
| 41 | 37790708 | Covington, Olinda Hardy IX | Houston - Winkler | DL Office | 41 | 10/9/2013 | 10/10/2013 | 10/14/2013 | 10/14/2013 | 48 | HISPANIC | F | 77099 | HARRIS |
| 42 | 37797718 | Bennett, Earnest Lee | Navasota | DL Mobile | 41 | 10/10/2013 | 10/11/2013 | 10/15/2013 | | 72 | BLACK | M | 77868 | GRIMES |
| 43 | 37793747 | Cook, Cameron Camille | Dallas - East | DL Office | 41 | 10/10/2013 | 10/14/2013 | 10/15/2013 | | 22 | HISPANIC | M | 75215 | DALLAS |
| 44 | 37798805 | Tucker, Joyce Elaine | Garland | DL Mobile | 41 | 10/10/2013 | Not Mailed | Not Mailed | | 59 | BLACK | F | 75203 | DALLAS |
| 45 | 32803628 | Marin, Christina | Harris County North | DL Mobile | 41 | 10/11/2013 | 10/15/2013 | 10/15/2013 | | 39 | BLACK | F | 77016 | HARRIS |
| 46 | 37803451 | Martinez, Emilio | Laredo | DL Office | 41 | 10/11/2013 | 10/14/2013 | 10/15/2013 | | 44 | HISPANIC | M | 78040 | WEBB |
| 47 | 37803352 | Veit, Sandra | Laredo | DL Mobile | 41 | 10/11/2013 | 10/14/2013 | 10/16/2013 | | 52 | HISPANIC | F | 78046 | WEBB |
| 48 | 37803363 | Martinez, Abel | Laredo | DL Mobile | 41 | 10/11/2013 | 10/14/2013 | 10/16/2013 | | 40 | HISPANIC | M | 78043 | WEBB |
| 49 | 37803354 | Salinas, Raymundo | Laredo | DL Office | 41 | 10/11/2013 | 10/14/2013 | 10/16/2013 | | 42 | HISPANIC | M | 78043 | WEBB |
| 50 | 37803357 | Serratt, Marta | Dallas - East | DL Office | 41 | 10/12/2013 | 10/15/2013 | 10/16/2013 | | 50 | WHITE | F | 75380 | DALLAS |
| 51 | 37803355 | Marx, Richard III | Region 2 | DL Mobile | 41 | 10/12/2013 | 10/16/2013 | 10/16/2013 | | 55 | WHITE | M | 77099 | HARRIS |
| 52 | 37806442 | Allison, Dorthy Catherine | Region 2 | DL Mobile | 42 | 10/14/2013 | 10/16/2013 | 10/16/2013 | | 66 | WHITE | F | 77005 | HARRIS |
| 53 | 37809513 | Aguirre, Anita Marie | Crystal City | DL Office | 42 | 10/15/2013 | 10/15/2013 | 10/15/2013 | | 18 | HISPANIC | F | 78839 | ZAVALA |

| | |
|---|---|
| # Applied | 53 |
| # In Process | 2 |
| # Not Valid | 3 |
| # Validated | 48 |
| As of 15:00 Oct 16, 2013 | |

| Column Name | Explaination | Source |
|---|---|---|
| App Count | Provides a running count of the number of applications received by DLD | |
| EIC # | Unique Document number assigned to the Election Certificate | |
| Name of Applicant | Name used on application by an applicant for an EIC | |
| Location Issued | Gives a geographic location either by specific site or region an EIC application is processed | |
| Type of Station | One of three options: DL Office - Established office which conducts normal DLD transaction processing, DL Mobile - Location set up specifically for EIC issuance outside a normal DL office, or County - station operated by employees of a county and NOT DL employees | |
| Wk # | Indicates the week of the year in which an application was received (Week 1 is the first 4-day week of the calendar year. Sunday is the first day of the week) | |
| Application Date | Indicates the date an application was received by an EIC station | |
| LRS Validated | Indicates the date an application was reviewed at HQ for validity. May also indicate that an application, upon review at HQ, did not meet requirements and is not valid. | |
| Mailed | Indicates the date an EIC was mailed after being validated. May also indicate that, due to being an invalid application, that the EIC was not mailed. Dates are approximate due to procedural changes in processing. | |
| Packet to OGC | Indicates that the documentation for valid issuances got sent to OGC | |
| Age | Indicates the applicant's age at the time of application | |
| Race | Indicates the applicant's race | |
| Sex | Indicates the applicant's gender | |
| Zip Code | Indicates the zip code of the applicant's physical address | |
| County | Indicates the name of the county for the applicant's physical address | |

| App Count | EIC # | Date of Applic | Name of Applicant | DOB | Age | Race | Sex | Street 1 | Street 2 | City | State | Zip Code | County |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 37421940 | 7/5/2013 | Luthy, Preston Williamson | 4/21/1995 | 18 | WHITE | M | 714 DUMONT ST | | DALLAS | TX | 75214 | DALLAS |
| 2 | 37436619 | 7/10/2013 | Machen, Nolan Orval | 2/25/1923 | 90 | WHITE | M | 8958 N US HWY 281 | | LAMPASAS | TX | 76550 | LAMPASAS |
| 3 | 37463029 | 7/16/2013 | Horn, Lottie D | 3/30/1921 | 92 | BLACK | F | 305 BONITA ST | | JACKSONVILLE | TX | 75766 | CHEROKEE |
| 4 | 37478594 | 7/18/2013 | Stubenthal, Michael Ryan | 11/6/1954 | 58 | WHITE | M | 6450 HWY 181 | | SKIDMORE | TX | 78389 | BEE |
| 5 | 37498207 | 7/23/2013 | Benitez, Novella Goswick | 2/18/1923 | 90 | WHITE | F | 204 34TH ST | | SNYDER | TX | 79549 | SCURRY |
| 6 | 37503720 | 7/23/2013 | Barron, Robert James | 8/9/1939 | 74 | WHITE | M | 12501 LONGHORN PKWY | | AUSTIN | TX | 78732 | TRAVIS |
| 7 | 37553432 | 8/5/2013 | Huntsberger, Robin Derek | 4/8/1985 | 28 | WHITE | M | 13671 HEARTSIDE PL | | FARMERS BRANCH | TX | 75234 | DALLAS |
| 8 | 37628296 | 8/21/2013 | Samora, Maria Ines | 7/13/1964 | 49 | HISPANIC | F | 553 FLORES ST | | UVALDE | TX | 78801 | UVALDE |
| 9 | 37703621 | 9/12/2013 | Jernigan, Donna Belle | 12/12/1931 | 81 | WHITE | F | 2616 SHADY GROVE DR | | BEDFORD | TX | 76021 | TARRANT |
| 10 | 37734307 | 9/21/2013 | Thompson, Charles | 4/4/1952 | 61 | WHITE | M | 9355 FOREST LN # 126 | | DALLAS | TX | 75243 | DALLAS |
| 11 | 37734308 | 9/21/2013 | Bible, Herbert Michael | 5/21/1955 | 58 | WHITE | M | 802 S MAIN ST | | FORT WORTH | TX | 76104 | TARRANT |
| 12 | 37747932 | 9/25/2013 | Pecina, Jorge Antonio | 4/3/1976 | 37 | HISPANIC | M | 101 N. PINO | | WESLACO | TX | 78596 | HIDALGO |
| 13 | 37753136 | 9/27/2013 | Clark, Arthur Vernon | 9/18/1958 | 55 | BLACK | M | 4803 LOYOLA LN #215 | | AUSTIN | TX | 78723 | TRAVIS |
| 14 | 37753880 | 9/28/2013 | Figueroa, Jose Luis | 12/7/1952 | 60 | HISPANIC | M | 2801 CALLE CONDESA | | HARLINGEN | TX | 78552 | CAMERON |
| 15 | 37757881 | 9/28/2013 | Allee, Bethlyn Gay | 12/14/1960 | 52 | WHITE | F | 22831 MOSSY OAKS | | SPRING | TX | 77389 | HARRIS |
| 16 | 37766194 | 10/1/2013 | Johnson, Rickey | 8/3/1959 | 54 | BLACK | M | 2332 RIDGMAR BLVD | APT #167 | FORT WORTH | TX | 76116 | TARRANT |
| 17 | 37766237 | 10/1/2013 | Garcia, Daisy Elizabeth | 12/25/1994 | 18 | WHITE | F | 3021 JARVIS | | EL PASO | TX | 79935 | EL PASO |
| 18 | 37766298 | 10/1/2013 | Cannon, Joy Stansberry | 4/18/1956 | 57 | BLACK | F | 5308 BLACKMORE AVE | | FORT WORTH | TX | 76107 | TARRANT |
| 19 | 37766614 | 10/1/2013 | Lambert, Leon II | 12/11/1980 | 32 | BLACK | M | 1100 CASTLE SPRINGS RD | | FORT WORTH | TX | 76134 | TARRANT |
| 20 | 37766530 | 10/1/2013 | Flemons, Jaqueline R | 8/21/1964 | 49 | BLACK | F | 4324 CRENSHAW AVE | | FORT WORTH | TX | 76105 | TARRANT |
| 21 | 37766587 | 10/1/2013 | Duggan, Martha Irene | 7/2/1970 | 43 | HISPANIC | F | 3216 RIVERA APT 5 | | EL PASO | TX | 79905 | EL PASO |
| 22 | 37770909 | 10/2/2013 | Casull, Vivian | 1/22/1956 | 57 | OTHER | F | 601 S MESA HILLS APT 1213 | | EL PASO | TX | 79912 | EL PASO |
| 23 | 37772411 | 10/3/2013 | Dubose, Karen Alice | 1/30/1962 | 51 | WHITE | F | 9840 BISSONNET ST | | HOUSTON | TX | 77036 | HARRIS |
| 24 | 37775477 | 10/3/2013 | Carter, Keith Devon | 10/26/1966 | 47 | BLACK | M | 1254 HARLANDALE | | DALLAS | TX | 75216 | DALLAS |
| 25 | 37775476 | 10/3/2013 | Davis, Horace Earl | 11/12/1961 | 51 | BLACK | M | 4135 ELKHORN TRAIL | | DALLAS | TX | 75216 | DALLAS |
| 26 | 37780786 | 10/5/2013 | McDowell, Gary Lynn | 1/13/1954 | 59 | WHITE | M | 7000 MEADOW PARK DR S | | N RICHLAND HILLS | TX | 76180 | TARRANT |
| 27 | 37780785 | 10/5/2013 | Robledo, Mark Anthony | 4/12/1992 | 21 | HISPANIC | M | 2604 S BRIDGE | | WESLACO | TX | 78596 | HIDALGO |
| 28 | 37781777 | 10/5/2013 | Hargis, Glen Edward | 10/7/1946 | 67 | WHITE | M | 1115 E SPRING VALLEY | | RICHARDSON | TX | 75081 | DALLAS |
| 29 | 37785467 | 10/7/2013 | Baquet Williams, Brigette | 11/10/1960 | 52 | BLACK | F | 5185 CARDIFF ST | | DALLAS | TX | 75241 | DALLAS |
| 30 | 37783739 | 10/7/2013 | McNerney, Marie Mae | 9/26/1928 | 85 | WHITE | F | 216 JONES RD | | ELKHART | TX | 75839 | ANDERSON |
| 31 | 37783449 | 10/7/2013 | Grainger, Carol Sue | 1/22/1947 | 66 | WHITE | F | 2289 N STATE HWY 19 | | PALESTINE | TX | 75803 | ANDERSON |
| 32 | 37784946 | 10/7/2013 | Kyles, Marion Dion | 7/14/1969 | 44 | BLACK | M | 1410 DEMAREE LN | | HOUSTON | TX | 77029 | HARRIS |
| 33 | 37788222 | 10/8/2013 | Beaver, Ricky | 4/8/1968 | 45 | AMERICAN IND | M | 6016 S COOPER #109 | | ARLINGTON | TX | 76001 | TARRANT |
| 34 | 37789737 | 10/8/2013 | Hardemon, Johnny Frank | 2/26/1970 | 43 | BLACK | M | 3333 EDGEWOOD ST 1204 | | DALLAS | TX | 75215 | DALLAS |
| 35 | 37789097 | 10/8/2013 | Duncan, Angel Danielle | 10/28/1992 | 20 | BLACK | M | UNIVERSITY VIEW 313B | | PRAIRIE VIEW | TX | 77446 | WALLER |
| 36 | 37789244 | 10/8/2013 | Lebeauf, Sidney Edward | 6/6/1993 | 20 | BLACK | M | UNIVER VILLAGE PHASE 3 RM 2932 | | PRAIRIE VIEW | TX | 77446 | WALLER |
| 37 | 37789256 | 10/8/2013 | Gandara, Ralph | 3/14/1952 | 61 | AMERICAN IND | M | 1903 SKINNER ROAD | | HOUSTON | TX | 77093 | HARRIS |
| 38 | 37789210 | 10/8/2013 | Rojas, Amber Marie | 7/1/1995 | 18 | HISPANIC | F | 3038 E 21ST | | BROWNSVILLE | TX | 78521 | CAMERON |
| 39 | 37789483 | 10/8/2013 | Rich, Stephanie Regina | 11/27/1968 | 44 | BLACK | F | 906 ELLSWORTH LANE | | ARLINGTON | TX | 76006 | TARRANT |
| 40 | 37790708 | 10/8/2013 | Covington, Olinda Hardy IX | 9/24/1949 | 64 | BLACK | M | 9008 WILCREST DR | APT 7301 | HOUSTON | TX | 77099 | HARRIS |
| 41 | 37797318 | 10/10/2013 | Bennett, Earnest Lee | 8/23/1941 | 72 | BLACK | M | 1104 CENTER STREET | | NAVASOTA | TX | 77868 | GRIMES |
| 42 | 37793747 | 10/10/2013 | Cook, Cameron Camille | 1/18/1991 | 22 | BLACK | F | 2843 SOUTHLAND ST | | DALLAS | TX | 75215 | DALLAS |
| 43 | 37798305 | 10/10/2013 | Tucker, Joyce Elaine | 6/13/1954 | 59 | BLACK | F | 1036 CORINTHE RD #A | | HOUSTON | TX | 75203 | DALLAS |
| 44 | 37803028 | 10/11/2013 | Marlin, Christina | 7/24/1974 | 39 | BLACK | F | 7170 PARKER ROAD APT 300 | | HOUSTON | TX | 77016 | HARRIS |
| 45 | 37803351 | 10/11/2013 | Martinez, Emilio | 6/19/1969 | 44 | HISPANIC | M | 3105 CHACON HWY 359 | | LAREDO | TX | 78040 | WEBB |
| 46 | 37803352 | 10/11/2013 | Vela, Sandra | 5/12/1961 | 52 | HISPANIC | F | 5606 SAINT DAVID LN #1428 | | LAREDO | TX | 78046 | WEBB |
| 47 | 37803353 | 10/11/2013 | Martinez, Abel | 6/3/1973 | 40 | HISPANIC | M | 4301 JAIME ZAPATA MEMORIA HWY | | LAREDO | TX | 78043 | WEBB |

| App Count | EIC # | Date of Applic | Name of Applicant | DOB | Age | Race | Sex | Street 1 | Street 2 | City | State | Zip Code: | County: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 37421940 | 7/5/2013 | Luthy, Preston Williamson | 4/21/1995 | 18 | WHITE | M | 714 DUMONT ST | | DALLAS | TX | 75214 | DALLAS |
| 2 | 37436619 | 7/10/2013 | Machen, Nolan Orval | 2/25/1923 | 90 | WHITE | M | 8958 N US HWY 281 | | LAMPASAS | TX | 76550 | LAMPASAS |
| 3 | 37463029 | 7/16/2013 | Horn, Lottie D | 3/30/1921 | 92 | WHITE | F | 305 BONITA ST | | JACKSONVILLE | TX | 75766 | CHEROKEE |
| 4 | 37478594 | 7/18/2013 | Stubenthal, Michael Ryan | 11/6/1954 | 58 | WHITE | M | 6450 HWY 181 | | SKIDMORE | TX | 78389 | BEE |
| 5 | 37498207 | 7/23/2013 | Benitez, Novella Goswick | 2/18/1923 | 90 | WHITE | F | 204 34TH ST | | SNYDER | TX | 79549 | SCURRY |
| 6 | 37503720 | 7/24/2013 | Barron, Robert James | 8/9/1939 | 74 | WHITE | M | 12501 LONGHORN PKWY | | AUSTIN | TX | 78732 | TRAVIS |
| 7 | 37553432 | 8/5/2013 | Huntsberger, Robin Derek | 4/8/1985 | 28 | WHITE | M | 13671 HEARTSIDE PL | | FARMERS BRANCH | TX | 75234 | DALLAS |
| 8 | 37628396 | 8/21/2013 | Samora, Maria Ines | 7/13/1964 | 49 | HISPANIC | F | 553 FLORES ST | | UVALDE | TX | 78801 | UVALDE |
| 9 | 37703621 | 9/12/2013 | Jernigan, Donna Belle | 12/12/1931 | 81 | WHITE | F | 2616 SHADY GROVE DR | | BEDFORD | TX | 76021 | TARRANT |
| 11 | 37734307 | 9/21/2013 | Thompson, Charles | 4/4/1952 | 61 | WHITE | M | 9355 FOREST LN # 126 | | DALLAS | TX | 75243 | DALLAS |
| 12 | 37734308 | 9/21/2013 | Pecina, Jorge Antonio | 5/21/1955 | 58 | WHITE | M | 802 S MAIN ST | | WESLACO | TX | 78596 | HIDALGO |
| 14 | 37747932 | 9/22/2013 | Bible, Herbert Michael | 3/7/1955 | 58 | WHITE | M | 101 N. PINO | | FORT WORTH | TX | 76104 | TARRANT |
| 15 | 37753136 | 9/27/2013 | Clark, Arthur Vernon | 9/18/1958 | 55 | BLACK | M | 4803 LOYOLA LN #215 | | AUSTIN | TX | 78723 | TRAVIS |
| 16 | 37757880 | 9/28/2013 | Figueroa, Jose Luis | 12/7/1952 | 60 | HISPANIC | M | 2801 CALLE CONDESA | | HARLINGEN | TX | 78552 | CAMERON |
| 17 | 37757881 | 9/28/2013 | Allee, Bethlyn Gay | 12/14/1960 | 52 | WHITE | F | 22831 MOSSY OAKS | | SPRING | TX | 77389 | HARRIS |
| 18 | 37766194 | 10/1/2013 | Johnson, Rickey | 8/3/1959 | 54 | BLACK | M | 2332 RIDGMAR BLVD | APT #167 | FORT WORTH | TX | 76116 | TARRANT |
| 19 | 37766737 | 10/1/2013 | Garcia, Daisy Elizabeth | 12/25/1994 | 18 | HISPANIC | F | 3021 JARVIS | | EL PASO | TX | 79935 | EL PASO |
| 20 | 37766298 | 10/1/2013 | Cannon, Jay Stansberry | 4/18/1956 | 57 | BLACK | F | 5308 BLACKMORE AVE | | FORT WORTH | TX | 76107 | TARRANT |
| 21 | 37766614 | 10/1/2013 | Lambert, Leon II | 12/11/1980 | 32 | BLACK | M | 1100 CASTLE SPRINGS RD | | FORT WORTH | TX | 76134 | TARRANT |
| 21 | 37766530 | 10/1/2013 | Flemons, Jaqueline R | 8/21/1964 | 49 | BLACK | F | 4324 CRENSHAW AVE | | FORT WORTH | TX | 76105 | TARRANT |
| 22 | 37766587 | 10/1/2013 | Duggan, Martha Irene | 7/2/1970 | 43 | HISPANIC | F | 3216 RIVERA APT 5 | | EL PASO | TX | 79905 | EL PASO |
| 23 | 37770909 | 10/2/2013 | Casull, Vivian | 1/22/1956 | 57 | OTHER | F | 601 S MESA HILLS APT 1213 | | EL PASO | TX | 79912 | EL PASO |
| 24 | 37772411 | 10/3/2013 | Dubose, Karen Alice | 1/30/1962 | 51 | WHITE | M | 9840 BISSONNET ST | | HOUSTON | TX | 77036 | HARRIS |
| 25 | 37775477 | 10/3/2013 | Carter, Keith Devon | 10/26/1965 | 47 | BLACK | M | 1254 HARLANDALE | | DALLAS | TX | 75216 | DALLAS |
| 26 | 37775476 | 10/3/2013 | Davis, Horace Earl | 11/12/1961 | 51 | BLACK | M | 4135 ELKHORN TRAIL | | DALLAS | TX | 75216 | DALLAS |
| 27 | 37780786 | 10/5/2013 | McDowell, Gary Lynn | 1/13/1954 | 59 | WHITE | M | 7000 MEADOW PARK DR S | | N RICHLAND HILLS | TX | 76180 | TARRANT |
| 28 | 37781777 | 10/5/2013 | Robledo, Mark Anthony | 4/12/1992 | 21 | HISPANIC | M | 2604 S BRIDGE | | WESLACO | TX | 78596 | HIDALGO |
| 29 | 37781777 | 10/7/2013 | Hargis, Glen Edward | 10/7/1946 | 67 | WHITE | M | 1115 E SPRING VALLEY | | RICHARDSON | TX | 75081 | DALLAS |
| 30 | 37785467 | 10/7/2013 | Baquet Williams, Brigette | 11/10/1960 | 52 | BLACK | F | 5185 CARDIFF ST | | DALLAS | TX | 75241 | DALLAS |
| 31 | 37783739 | 10/7/2013 | McNerney, Marie Mae | 9/26/1928 | 85 | WHITE | F | 216 JONES RD | | ELKHART | TX | 75839 | ANDERSON |
| 32 | 37783449 | 10/7/2013 | Grainger, Carol Sue | 1/22/1947 | 66 | WHITE | F | 2289 N STATE HWY 19 | | PALESTINE | TX | 75803 | ANDERSON |
| 33 | 37784946 | 10/7/2013 | Kyles, Marion Dion | 7/14/1969 | 44 | BLACK | M | 1410 DEMAREE LN | | HOUSTON | TX | 77029 | HARRIS |
| 34 | 37788222 | 10/8/2013 | Beaver, Ricky | 4/8/1968 | 45 | AMERICAN INE | M | 6016 S COOPER #109 | | ARLINGTON | TX | 76001 | TARRANT |
| 35 | 37789737 | 10/8/2013 | Hardeman, Johnny Frank | 2/26/1970 | 43 | BLACK | M | 3333 EDGEWOOD ST 1204 | | DALLAS | TX | 75215 | DALLAS |
| 36 | 37789097 | 10/8/2013 | Duncan, Angel Danielle | 10/28/1992 | 20 | BLACK | F | UNIVERSITY VIEW 313B | | PRAIRIE VIEW | TX | 77446 | WALLER |
| 37 | 37789244 | 10/8/2013 | Lebeauf, Sidney Edward | 6/6/1993 | 20 | BLACK | M | UNIVER VILLAGE PHASE 3 RM 2932 | | PRAIRIE VIEW | TX | 77446 | WALLER |
| 38 | 37789266 | 10/8/2013 | Gandara, Ralph | 3/14/1952 | 61 | AMERICAN INE | M | 1903 SKINNER ROAD | | HOUSTON | TX | 77093 | HARRIS |
| 39 | 37789210 | 10/8/2013 | Rojas, Amber Marie | 7/1/1995 | 18 | HISPANIC | F | 3038 E 21ST | | BROWNSVILLE | TX | 78521 | CAMERON |
| 40 | 37789483 | 10/8/2013 | Rich, Stephanie Regina | 11/27/1968 | 44 | BLACK | F | 906 ELLSWORTH LANE | APT 7301 | ARLINGTON | TX | 76006 | TARRANT |
| 41 | 37790708 | 10/9/2013 | Covington, Olinda Hardy IX | 9/24/1948 | 64 | BLACK | M | 9008 WILCREST DR | | HOUSTON | TX | 77099 | HARRIS |
| 42 | 37797318 | 10/10/2013 | Bennett, Earnest Lee | 8/23/1941 | 72 | BLACK | M | 1104 CENTER STREET | | NAVASOTA | TX | 77868 | GRIMES |
| 43 | 37797747 | 10/10/2013 | Cook, Cameron Camille | 1/18/1991 | 22 | BLACK | F | 2843 SOUTHLAND ST | | DALLAS | TX | 75215 | DALLAS |
| 44 | 37798305 | 10/10/2013 | Tucker, Joyce Elaine | 6/13/1954 | 59 | BLACK | F | 1036 CORINTHE RD #A | | DALLAS | TX | 75203 | DALLAS |
| 45 | 37803028 | 10/11/2013 | Marlin, Christina | 7/24/1974 | 39 | BLACK | F | 7170 PARKER ROAD APT 300 | | HOUSTON | TX | 77016 | HARRIS |
| 46 | 37803351 | 10/11/2013 | Martinez, Emilio | 6/19/1969 | 44 | HISPANIC | M | 3105 CHACON HWY 359 | | LAREDO | TX | 78040 | WEBB |
| 47 | 37803352 | 10/11/2013 | Vela, Sandra | 5/12/1961 | 52 | HISPANIC | F | 5606 SAINT DAVID LN #1428 | | LAREDO | TX | 78046 | WEBB |
| 48 | 37803353 | 10/11/2013 | Martinez, Abel | 6/3/1973 | 40 | HISPANIC | M | 4301 JAIME ZAPATA MEMORIA HWY | | LAREDO | TX | 78043 | WEBB |

| 49 | 37803354 | 10/11/2013 | Salinas, Raymundo | 1/21/1971 | 42 | HISPANIC | M | 3403 LYON ST | LAREDO | TX | 78043 | WEBB |
| 50 | 37803357 | 10/12/2013 | Surratt, Maria | 11/8/1962 | 50 | WHITE | F | 11818 ELEANOR | BALCH SPRINGS | TX | 75180 | DALLAS |

Application not validated & not included in external demographic data.

Information excluded from external demographic reports

As of 11:08 Oct 14, 2013

PL389
9/2/2014
2:13-cv-00193



# EIC Dashboard

| Issuance Status | |
|---|---|
| EIC Transactions | 271 |
| EIC's Not Approved | 19 |
| EIC Approval Pending | 0 |
| EIC's Approved and Issued | 252 |

| Inquiry Status 2014 | |
|---|---|
| Total Inquiries | 262 |

| Inquiry Status 2013 | |
|---|---|
| Total Inquiries | 1482 |



## Applications by Month

| Month | Count |
|---|---|
| 2013 | |
| Jul | 6 |
| Aug | 2 |
| Sep | 8 |
| Oct | 122 |
| Nov | 29 |
| 2014 | |
| Jan | 2 |
| Feb | 72 |
| Mar | 24 |
| Apr | 5 |
| May | 1 |
| Grand Total | 271 |

## Applications by Week

| Week # | Count |
|---|---|
| 2013 | |
| 27 | 1 |
| 28 | 1 |
| 29 | 2 |
| 30 | 2 |
| 32 | 1 |
| 34 | 1 |
| 37 | 2 |
| 38 | 2 |
| 39 | 4 |
| 40 | 12 |
| 41 | 24 |
| 42 | 22 |
| 43 | 43 |
| 44 | 30 |
| 45 | 16 |
| 46 | 1 |
| 47 | 3 |
| 2014 | |
| 3 | 1 |
| 5 | 1 |
| 6 | 3 |
| 7 | 11 |
| 8 | 26 |
| 9 | 36 |
| 10 | 18 |
| 11 | 1 |
| 12 | 1 |
| 15 | 2 |
| 16 | 1 |
| 17 | 1 |
| 18 | 2 |
| Grand Total | 271 |

## Applications by Day of Week

| Day of Week | Count |
|---|---|
| 2013 | |
| Monday | 26 |
| Tuesday | 39 |
| Wednesday | 22 |
| Thursday | 30 |
| Friday | 29 |
| Saturday | 21 |
| 2014 | |
| Monday | 19 |
| Tuesday | 16 |
| Wednesday | 16 |
| Thursday | 29 |
| Friday | 14 |
| Saturday | 10 |
| Grand Total | 271 |

## Applications by Station Type & Status

| | Count of EIC Number |
|---|---|
| 2013 | |
| Invalid | 13 |
| DL Office | 11 |
| Mobile | 2 |
| Valid | 154 |
| DL Office | 96 |
| Mobile | 58 |
| 2014 | |
| Invalid | 6 |
| DL Office | 6 |
| Valid | 98 |
| DL Office | 64 |
| Mobile | 24 |
| County Office | 10 |
| Grand Total | 271 |

## Applications by Day of the Week by Week

| Week/Day | 3 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 15 | 16 | 17 | 18 | 27 | 28 | 29 | 30 | 32 | 34 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2013** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday | | | | | | | | | | | | | | | | | | 1 | | | | | | 6 | 2 | 4 | 7 | 6 | | | 26 |
| Tuesday | | | | | | | | | | | | | | | | 1 | 1 | | | | | | 6 | 7 | 3 | 6 | 8 | 6 | 1 | | 39 |
| Wednesday | | | | | | | | | | | | | | 1 | | | 1 | | 1 | | | | 1 | 1 | 1 | 10 | 4 | 2 | | | 22 |
| Thursday | | | | | | | | | | | | | | | | 1 | | | | 1 | | | 3 | 4 | 6 | 10 | 2 | 2 | | 1 | 30 |
| Friday | | | | | | | | | | | | | 1 | | | | | | | | 1 | | | 5 | 8 | 9 | 3 | | | 2 | 29 |
| Saturday | | | | | | | | | | | | | | | | | | | | 1 | 1 | 4 | 2 | 1 | 2 | 4 | 6 | | | | 21 |
| **2014** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday | | | | 3 | | 5 | 7 | | | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | 19 |
| Tuesday | | | | 1 | 3 | 3 | 8 | 1 | | | | | | | | | | | | | | | | | | | | | | | 16 |
| Wednesday | | | | 2 | 5 | 8 | 1 | | | | | | | | | | | | | | | | | | | | | | | | 16 |
| Thursday | | 1 | 2 | 1 | 11 | 11 | 1 | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | 29 |
| Friday | 1 | | 1 | 2 | 4 | 5 | 1 | | | | | | | | | | | | | | | | | | | | | | | | 14 |
| Saturday | | 1 | | 2 | 3 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | 10 |
| **Total** | 1 | 1 | 3 | 11 | 26 | 36 | 18 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 4 | 12 | 24 | 22 | 43 | 30 | 16 | 1 | 3 | 271 |



Applicants by Age Group and Gender



Number of Applicants by Age Group



Number of Applicants by Race

| Race | Count |
|---|---|
| African American | 63 |
| Hispanic | 93 |
| Native American | 2 |
| Other | 1 |
| White | 112 |
| Grand Total | 271 |

| Gender | Count |
|---|---|
| Female | 130 |
| Male | 141 |
| Grand Total | 271 |

| Row Labels | Count of Age |
|---|---|
| <20 | 47 |
| 20-29 | 31 |
| 30-39 | 21 |
| 40-49 | 40 |
| 50-59 | 48 |
| 60-69 | 34 |
| 70-79 | 10 |
| 80-89 | 24 |
| 90-101 | 16 |
| Grand Total | 271 |

| County | Count |
|---|---|
| Anderson | 3 |
| Angelina | 7 |
| Bastrop | 1 |
| Bee | 1 |
| Bell | 1 |
| Bexar | 6 |
| Brazoria | 2 |
| Brazos | 2 |
| Brooks | 2 |
| Cameron | 4 |
| Cherokee | 1 |
| Clay | 1 |
| Collin | 1 |
| Comanche | 1 |
| Crane | 1 |
| Crockett | 2 |
| Dallas | 22 |
| Delta | 1 |
| Denton | 3 |
| Dickens | 1 |
| Duval | 5 |
| Ector | 1 |
| El Paso | 6 |
| Ellis | 2 |
| Foard | 1 |
| Fort Bend | 3 |
| Galveston | 2 |
| Goliad | 1 |
| Gregg | 4 |
| Grimes | 5 |
| Harris | 30 |

| Zip Code | Count |
|---|---|
| 75007 | 2 |
| 75043 | 5 |
| 75218 | 8 |
| 75237 | 2 |
| 75766 | 1 |
| 75803 | 3 |
| 76016 | 6 |
| 76053 | 7 |
| 76120 | 1 |
| 76133 | 5 |
| 76550 | 1 |
| 77071 | 4 |
| 77379 | 2 |
| 78102 | 1 |
| 78550 | 3 |
| 78596 | 30 |
| 78745 | 7 |
| 78750 | 4 |
| 78801 | 1 |
| 79325 | 1 |
| 79549 | 5 |
| 79912 | 1 |
| 79936 | 2 |
| (blank) | 2 |
| 78521 | 1 |
| 77017 | 4 |
| 77868 | 2 |
| 77016 | 1 |
| 78040 | 2 |
| 78046 | 1 |
| 78043 | 4 |

| County | | ZIP | |
|---|---|---|---|
| Hays | 1 | 77099 | 1 |
| Hidalgo | 40 | 77065 | 1 |
| Howard | 2 | 76033 | 2 |
| Jefferson | 1 | 78839 | 1 |
| Jim Hogg | 9 | 75707 | 1 |
| Jim Wells | 3 | 75701 | 1 |
| Johnson | 2 | 75702 | 2 |
| Kenedy | 1 | 75771 | 1 |
| Kinney | 1 | 77550 | 1 |
| Kleberg | 1 | 77096 | 1 |
| Lamar | 2 | 79720 | 2 |
| Lampasas | 1 | 78572 | 2 |
| LaSalle | 4 | 77640 | 1 |
| Lavaca | 1 | 75605 | 4 |
| Lubbock | 2 | 77032 | 1 |
| Maverick | 3 | 77087 | 2 |
| Nueces | 3 | 77351 | 1 |
| Parker | 1 | 78560 | 4 |
| Polk | 4 | 78570 | 1 |
| Real | 2 | 78148 | 1 |
| Rockwall | 2 | 77033 | 2 |
| Scurry | 1 | 78589 | 1 |
| Smith | 5 | 78758 | 1 |
| Starr | 1 | 76063 | 1 |
| Stephens | 1 | 76112 | 1 |
| Tarrant | 23 | 76305 | 2 |
| Travis | 11 | 78582 | 1 |
| Trinity | 2 | 78584 | 1 |
| Uvalde | 1 | 77014 | 1 |
| Waller | 3 | 77045 | 1 |
| Washington | 1 | 76502 | 1 |
| Webb | 6 | 78416 | 2 |
| Williamson | 4 | 77494 | 1 |
| Zapata | 2 | 77830 | 1 |

| Zip | Count |
|---|---|
| 77445 | 1 |
| 78832 | 1 |
| 76943 | 2 |
| 78873 | 1 |
| 77051 | 1 |
| 78852 | 3 |
| 77471 | 2 |
| 79227 | 1 |
| 76209 | 1 |
| 78014 | 3 |
| 78019 | 1 |
| 78660 | 1 |
| 78666 | 1 |
| 79370 | 2 |
| 76086 | 3 |
| 75067 | 1 |
| 77021 | 2 |
| 77995 | 1 |
| 77831 | 2 |
| 78574 | 2 |
| 75460 | 1 |
| 79401 | 3 |
| 77446 | 2 |
| 78332 | 1 |
| 77802 | 2 |
| 77070 | 1 |
| 78542 | 1 |
| 00000 | 2 |
| 76432 | 1 |
| 75087 | 1 |
| 78602 | 2 |
| 76442 | 1 |
| 77338 | 2 |
| 78226 | 1 |

| | |
|---|---|
| Zavala | 1 |
| Grand Total | 271 |

| Zip | Count |
|---|---|
| 75104 | 1 |
| 75165 | 2 |
| 78752 | 1 |
| 78401 | 1 |
| 75862 | 2 |
| 78833 | 1 |
| 78240 | 2 |
| 78076 | 2 |
| 78353 | 1 |
| 78107 | 1 |
| 78703 | 1 |
| 78384 | 4 |
| 79731 | 1 |
| 78355 | 1 |
| 76107 | 1 |
| 78357 | 1 |
| 79904 | 1 |
| 77833 | 9 |
| 78361 | 1 |
| 76424 | 1 |
| 75060 | 1 |
| 78364 | 2 |
| 75041 | 1 |
| 78201 | 2 |
| 77515 | 7 |
| 75904 | 1 |
| 79763 | 1 |
| 78599 | 1 |
| 75023 | 1 |
| 77520 | 1 |
| 78385 | 1 |
| 77554 | 1 |
| Grand Total | 268 |

| | Values | |
| --- | --- | --- |
| Categories | Total Cost | Total Miles |
| Supplies | 971.68 | 19627.02 |
| Travel | 2140.63 | |
| Equipment | 2552.45 | |
| Food | 233.07 | |
| Lodging | 729.25 | |
| Grand Total | 6627.08 | 19627.02 |

| Row Labels | Sum of Miles Traveled |
| --- | --- |
| DPS Fleet | 18199.88 |
| Personal | 1427.14 |
| Grand Total | 19627.02 |



Miles Traveled



# Birth Certificate
## Affidavit
Additional information on back of form



To qualify for an election certificate, you must prove your identity. If you cannot provide the required documents, you may use this affidavit in lieu of an original or certified birth certificate or certificate of birth abroad.

\*Acceptable election identification documents are in the Texas Administrative Code (37 TAC § 15.182)

The applicant for a Texas election certificate must complete Sections A, B, and C.

## A. Applicant Information

| Name | | Date of Birth |
|------|--|---------------|
| City of Birth | State of Birth | County of Birth |

## B. Parent Information

Full Name of Father

Full Name of Mother (include mother's maiden name)

## C. Certification

I certify that the information provided above is true and correct. I understand that according to Penal Code, Section 37.10, a person commits an offense when knowingly making a false entry in, or false alteration of, a governmental record. I also understand an offense under this section is a Class A misdemeanor unless the intent is to defraud or harm another, in which the offense is a state jail felony.

| Applicant's Signature | | Date |
|-----------------------|--|------|

## Department of Public Safety Use Only

Sworn to and subscribed before me this _____ day of _____, _____.

_____
Notary Public in and for the State of Texas/Authorized Officer



Rodriguez

EXHIBIT NO. 81

Kim Seibert

DL-9 (00-0712)

TEX0487344

# Additional Information

The applicant must sign and provide this affidavit in lieu of an original or certified copy of their birth certificate or certificate of birth abroad. This form and any documents presented do not guarantee the issuance of a Texas election certificate. DPS determines if submitted documents are acceptable and has the authority to reject or require additional evidence to verify eligibility.

At the time of application for a Texas election certificate, an applicant must present either of the following:
- One piece of primary identification
- Two pieces of secondary identification
- One piece of secondary identification and two pieces of supporting identification

## Acceptable primary identification documents:
- Expired Texas driver license or identification card that has been expired for 60 days and is within two years of expiration date

## Acceptable secondary identification documents:
- Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency, or original or certified copy of United States (US) Department of State Certification of Birth (issued to US citizens born abroad), or birth certificate affidavit
- Original or certified copy of a court order with the name and date of birth of the applicant indicating an official change of name and/or gender
- United States citizenship or naturalization papers without an identifiable photo

## Acceptable supporting identification documents:
- Voter registration card
- School records
- Insurance policy that is at least two years old
- Texas title or registration for a vehicle or boat
- Military records
- Unexpired military dependent identification card
- Original or certified copy of marriage license or divorce decree
- Social security card
- Pilot's license
- Unexpired photo driver license or identification card issued by another state, United States territory, or the District of Columbia
- Expired photo driver license or identification card issued by another state, United States territory, or the District of Columbia that is within two years of the expiration date
- Texas driver license or identification card expired more than two years
- Offender identification card or similar form of Texas Department of Criminal Justice (TDCJ) identification
- W-2 or 1099
- Professional license issued by a Texas state agency
- Parole or mandatory release certificate issued by TDCJ
- Federal inmate identification card
- Federal parole or release certificate
- Medicare or Medicaid card
- Selective Service card
- Immunization records
- Tribal membership card from federally recognized tribe
- Certificate of Degree of Indian Blood
- Veteran's Administration card
- Hospital issued birth record

DL-9 (00-0712)

TEX0487345