| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Rodriguez, Jose III (Reg Cmdr); Matthews, Carey; Albus, Gary |
| CC: | Watkins, Paul; Peters, Joe; Bell, Stephen |
| Sent: | 9/9/2013 6:24:26 PM |
| Subject: | FW: EIC - Offices that will open on Saturday |

Gentlemen,

We have been asked to open DL offices in thirteen counties that the Secretary of State's Office believes have the highest number of Texans who require Election Identification Certificates (EICs). Those counties in my part of the state are listed in the matrix below, the rest are in Steve Bell's area. The bottom line is that these offices will open part of the day Saturday to issue EICs only – no other DL related transactions. We were told to expect that this effort would continue until the elections in November, but my personal thought is that we don't get any demand for the EICs we can make a case to stop opening the offices.

- I realize that this creates a real issue for you, but it would be very helpful if you could provide some troopers for presence.

- Along the same lines, we have also been given a warning order that we will have to deploy 5 of our 6 mobile units to locations designated by the Sec State's office to provide EICs to customers. This is being worked out now and I expect to know which counties/cities these units will go to in the morning.

- I am also seeking clarification about the offices located on Ft Hood and Ft Bliss to see if we need to open them as well.

As soon as I get additional information I will provide it to you.



## EIC Response
## Open County Offices

Staffing for the offices listed below:

- MegaCenters – 5 employees
- All other offices – 2 employees

Hours are 10:00 – 2:00 PM

We will design a banner here, but you will need to have them made locally (Find a sign maker now)

The offices are open for EICs only

| DPS Region | Counties | Offices |
|---|---|---|
| 3 | Hidalgo | Edinburg |
| | | Mission |
| | | Weslaco |
| | Cameron | Brownsville |
| | | Harlingen |
| | Nueces | Corpus Christi |
| 4 | El Paso | Gateway |
| | | Hondo Pass |
| | | Northwest |

TEX0496271

| | | |
|---|---|---|
| 6A | | · Scott Simpson |
| | | · Ft Bliss |
| | Bexar | · Leon Valley |
| | | · Babcock |
| | | · General Mac |
| | | · Southeast |
| | | · Pat Booker |
| 6B | Travis | · Pflugerville |
| | | · Austin-Northwest |
| | | · Austin-South |
| | Bell | · Ft Hood |
| | | · Killeen |
| | | · Temple |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Rodriguez, Tony
**Sent:** Monday, September 09, 2013 05:59 PM
**To:** Silva, Samuel; Valenzuela, Estella; Hubbard, Barbara; Garcia, Joseph
**Cc:** Corbett, Melissa; Meade, Kevin
**Subject:** EIC - Offices that will open on Saturday

Folks: The word has come down that we need to open offices in the top thirteen counties where the Sec State thinks there are potential voters who do not possess ID. In our area this means the 22 offices listed below. These offices will open this Saturday. You can use hourly employees. If the employee has 40 hours already they get time and a half, if not they get straight pay.

As soon as I get additional information I will set up a conference call tomorrow. In the meantime I need you to start working on getting your folks energized.

| DPS Region | Counties | Offices |
|---|---|---|
| <td colspan="3">- Staffing for the offices listed below:<br>   o MegaCenters – 5 employees<br>   o All other offices – 2 employees<br>- Hours are 10:00 – 2:00 PM<br>- We will design a banner here, but you will need to have them made locally (Find a sign maker now)<br>- The offices are open for EICs only</td> | | |
| 3 | Hidalgo | - Edinburg<br>- Mission<br>- Weslaco |
| 3 | Cameron | - Brownsville<br>- Harlingen |
| 3 | Nueces | - Corpus Christi |
| 4 | El Paso | - Gateway<br>- Hondo Pass<br>- Northwest<br>- Scott Simpson<br>- Ft Bliss |
| 6A | Bexar | - Leon Valley<br>- Babcock<br>- General Mac<br>- San Antonio Southeast<br>- Pat Booker |
| 6B | Travis | - Pflugerville<br>- Austin-Northwest<br>- Austin-South |
| 6B | Bell | - Ft Hood<br>- Killeen<br>- Temple |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Winkley, Salestus; Carter, Thomas; Berkley, Johnnie; Bergman, Kathy; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Garcia, Joseph; Hubbard, Barbara |
| CC: | Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert |
| BCC: | Murphy, Kathleen |
| Sent: | 9/10/2013 12:08:18 PM |
| Subject: | RE: Saturday EIC Issue Offices |

Folks,

Salestus asked three questions I wanted to share with you:

1. Will the report schedule change?
    - There is a meeting at 1:00PM. Joe will propose the following:
        - We provide the standard Friday afternoon information for the EIC Report as usual
        - Saturday after we close operations, we provide information for another report
        - Change the reporting cycle and move the report day from Friday to Mondays
2. Will EICs be the only transactions processed on Saturdays?
    - Yes
3. How many weekends will we be open?
    - Right now we expect to be open through the November elections

As soon as I find out more information from the 1:00 meeting I will pass it out.

v/r



Tony Rodriguez
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



Rodriguez
EXHIBIT NO. 88
Kim Seibert

From: Winkley, Salestus
Sent: Tuesday, September 10, 2013 10:31 AM
To: Rodriguez, Tony
Cc: Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert
Subject: RE: Saturday EIC Issue Offices

Tony, this may have been already been answered, but I will use my absence as an excuse to ask. Will ECs be the only transactions processed on Saturdays? How many weekends will we be open?

I just met with Commander Webster regarding this topic. We discussed trooper support.

From: Rodriguez, Tony
Sent: Tuesday, September 10, 2013 9:43 AM
To: Winkley, Salestus
Cc: Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert
Subject: RE: Saturday EIC Issue Offices

Good question. Let me go to my next meeting and sort it out. Stand by.

v/r

TEX0511359

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Winkley, Salestus
**Sent:** Tuesday, September 10, 2013 9:43 AM
**To:** Rodriguez, Tony
**Cc:** Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus
**Subject:** RE: Saturday EIC Issue Offices

The 1A offices will be open. Do we wait until Fridays to report statistical capture?

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 10, 2013 9:28 AM
**To:** Winkley, Salestus; Meade, Kevin; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy
**Cc:** Bell, Stephen; Watkins, Paul
**Subject:** Saturday EIC Issue Offices
**Importance:** High

Folks,
I know that Steve talked to you last night about the office openings that will occur this Saturday. I would like you to please confirm that the offices I have listed are in your areas and that you plan to have them open.

As of this email, I do not have any additional information about the openings or the possible use of the mobile units.

| EIC Response Open County Offices |||
| --- | --- | --- |
| · Staffing for the offices listed below: <br>  o MegaCenters – 5 employees <br>  o All other offices – 2 employees <br> · Hours are 10:00 – 2:00 PM <br> · We will design a banner here, but you will need to have them made locally (Find a sign maker now) <br> · The offices are open for EICs only |||
| **DPS Region** | **Counties** | **Offices** |
| 1A | Dallas | · Garland Mega Center <br> · Carrolton <br> · Cedar Hill <br> · Dallas East <br> · Dallas Southwest <br> · Garland <br> · Grand Prairie <br> · Irving |
| 1B | Collin | · McKinney <br> · Plano |
| | Denton | · Denton <br> · Lewisville |
| | Tarrant | · Ft Worth MegaCenter <br> · Arlington <br> · Fort Worth South <br> · Hurst |

TEX0511360

| | | | |
|---|---|---|---|
| | | · | Lake Worth |
| 2A | Harris | · | Spring MegaCenter |
| | | · | Baytown |
| | | · | Dacoma |
| | | · | East |
| | | · | Grant Road |
| | | · | Townhurst |
| | | · | Vantage |
| | | · | Gessner Mega Center |
| | | · | Humble |
| | | · | Pasadena |
| | | · | Webster |
| | Fort Bend | · | Rosenberg MegaCenter |
| 2B | Harris | · | Winkler |
| | | · | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)


Rodriguez
EXHIBIT NO. 89
Kim Seibert

# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

John Steen
Secretary of State

FOR IMMEDIATE RELEASE
September 13, 2013

Contact: Alicia Pierce
(512) 463-6116

## Secretary of State Steen commends DPS for opening offices on Saturdays to issue Election IDs

**AUSTIN, TX** – Texas Secretary of State John Steen today commended the Texas Department of Public Safety (DPS) for offering Saturday hours at nearly 50 driver license offices in order to issue more Election Identification Certificates (EICs).

"Saturday hours will provide additional opportunities for voters who don't already have an approved photo ID to get an Election Identification Certificate in time for the November 5 election," said Secretary Steen. "I want to thank DPS for making obtaining an EIC even more convenient and accessible."

Select DPS offices will be open on Saturdays from 10 a.m. to 2 p.m. beginning September 14 through November 2. During these hours, only Election Identification Certificates will be available. No other transactions will be conducted during these Saturday business hours. EICs are also available during normal operating hours Monday - Friday. There is no fee for an EIC.

Applicants for an EIC will need to present proof of citizenship and identity.

A list of DPS locations open on Saturdays for EICs is available at http://www.dps.texas.gov/DriverLicense/documents/openCtyOfcs.pdf.

Photo ID is now required when voting in person. Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

November 5 will be the first statewide election in Texas with the new photo ID requirement.

For more information about voting in Texas, visit www.VoteTexas.gov.

### # # #

Websites: www.sos.state.tx.us    www.votetexas.gov
**Twitter:** https://twitter.com/TXsecofstate    https://twitter.com/votetexas    **Facebook:** http://www.facebook.com/votetexas

TEX00304974

| | |
|---|---|
| From: | Keith Ingram |
| To: | Wroe Jackson |
| Sent: | 10/8/2013 5:45:51 PM |
| Subject: | Fwd: DPS Request & Questions |

Sent from my iPhone

Begin forwarded message:

**From:** Janie Ramon <gramon@valverdecounty.org>
**Date:** October 8, 2013 at 5:43:37 PM CDT
**To:** 'Keith Ingram' <KIngram@sos.texas.gov>
**Subject: RE: DPS Request & Questions**
**Reply-To:** <gramon@valverdecounty.org>

Plaza del Sol Mall will be Mary Martinez @ 830-774-3634 and email is Mary Martinez mmartinez@levcor.com
Wal-Mart will be Mary Garcia, Store Manager, telephone is 830-765-2804 and her fax number is 830-774-6094 (no email available)
Will coordinate dates and times once we know how many locations we get. Later...





**GENEROSA (JANIE) GRACIA-RAMON**
**VAL VERDE COUNTY CLERK**
P.O. BOX 1267
DEL RIO, TEXAS 78841-1267
TELEPHONE: 830-774-7564
FAX: 830-774-7608
gramon@valverdecounty.org

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Tuesday, October 08, 2013 5:34 PM
**To:** gramon@valverdecounty.org
**Subject:** RE: DPS Request & Questions

Thanks Janie. I will forward onward to DPS. Do you have site contacts that I can pass along as well?

**From:** Janie Ramon [mailto:gramon@valverdecounty.org]
**Sent:** Tuesday, October 08, 2013 5:31 PM
**To:** Keith Ingram
**Subject:** RE: DPS Request & Questions

Keith: I have two locations so far for October 31st and November 1, 2013: Plaza del Sol Mall, 2205 Veterans Blvd. Del Rio, Texas and Wal-Mart, 2410 Dodson Avenue. The Mall has requested the attached Agreement be executed. Please let me know and/or return executed copy once you review. Still working on some more sites.

TEX00462137

Case 2:13-cv-00193   Document 668-20   Filed on 11/11/14 in TXSD   Page 9 of 12



*GENEROSA (JANIE) GRACIA-RAMON*
**VAL VERDE COUNTY CLERK**
P.O. BOX 1267
DEL RIO, TEXAS 78841-1267
TELEPHONE: 830-774-7564
FAX: 830-774-7608
gramon@valverdecounty.org

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Monday, October 07, 2013 11:35 AM
**To:** gramon@valverdecounty.org
**Subject:** RE: DPS Request & Questions

If you would let me know of up to four locations for these two days, then I will let DPS know. We need them as soon as you can so the publicity can begin.

**From:** Janie Ramon [mailto:gramon@valverdecounty.org]
**Sent:** Monday, October 07, 2013 11:08 AM
**To:** Keith Ingram
**Subject:** RE: DPS Request & Questions

Wow! This is great. I had not heard about a mobile unit even being available. Who do I contact about the mobile EIC



*GENEROSA (JANIE) GRACIA-RAMON*
**VAL VERDE COUNTY CLERK**
P.O. BOX 1267
DEL RIO, TEXAS 78841-1267
TELEPHONE: 830-774-7564
FAX: 830-774-7608
gramon@valverdecounty.org

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Monday, October 07, 2013 11:03 AM
**To:** gramon@valverdecounty.org
**Cc:** John Steen
**Subject:** RE: DPS Request & Questions

Janie,

Thank you for letting us know of your request to DPS. We don't have any ability to request Saturday openings in Val Verde County, but we are scheduled to bring Mobile EIC units to your county on October 31 and November 1. Please let us know of places where DPS can set up on these two days in order to offer the EIC's to your voters.

The Hart form needed one small change which we have told them about. It should be done soon.

TEX00462138

Keith

**From:** Janie Ramon [mailto:gramon@valverdecounty.org]
**Sent:** Monday, October 07, 2013 10:18 AM
**To:** Keith Ingram
**Cc:** John Steen
**Subject:** DPS Request & Questions

Keith/Secretary Steen:

Would like to request your assistance. I had sent the attached request to the local DPS office; however, I was informed on Friday that the request needed to be made directly to the Secretary of State's Office. I understand that this has to be approved by SOS. We are currently trying to get some Saturday openings of the local DPS office for Election Certificates. [Possible Saturday dates: October 12th, 19th, 26th and November 2nd 2013.] See letter attached.

On another note, our poll book vendor, HART tells me they submitted a "proposed new combo form" which includes the required "Affidavit of Same Person" for the voter with name questions. In checking with them, they have informed us that they are waiting on your approval of the form. If the Affidavit was to be included on the form and they could initial the box, it would make it easier for the clerks. One less piece of paper for them to handle. Please check on status of this please.

cid:image002

*GENEROSA (JANIE) GRACIA-RAMON*
**VAL VERDE COUNTY CLERK**
P.O. BOX 1267
DEL RIO, TEXAS 78841-1267
TELEPHONE: 830-774-7564
FAX: 830-774-7608
gramon@valverdecounty.org

TEX00462139



# DRIVER LICENSE DIVISION



### The listed Driver License offices will be open the following Saturdays:
### May 10, 17 & 24, 2014, from 10 a.m. – 2 p.m., for
### Election Identification Certificates ONLY
### This card cannot be used for identification purposes other than voting.

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 10, 17, 24 de mayo de 2014
SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse para propósitos de identificación distintos de votación.

**Bell County**

Killeen Office
302 Priest Drive
Killeen, TX 76541
512-424-2600

Temple Office
6612 South General Bruce
Temple, TX 76502-5832
254-770-6734

**Bexar County**

San Antonio-Babcock Office
1258 Babcock Road
San Antonio, TX 78201
210-737-1911

San Antonio-General McMullen Office
1803 South General McMullen
San Antonio, TX 78226
210-436-6611

San Antonio-Leon Valley Mega Center
7410 Huebner Road
Leon Valley, TX 78240
210-531-1000

San Antonio-Pat Booker Office
1633 Pat Booker Road
Universal City, TX 78148
210-945-1900

San Antonio-Southeast Office
6502 S. New Braunfels Avenue
San Antonio, TX 78223
210-531-2240

**Cameron County**

Brownsville Office
2901 Paredes Line Road
Brownsville, TX 78525
956-983-1920

Harlingen Office
1630 N. 77 Sunshine Strip
Harlingen, TX 78550
956-440-6725

**Collin County**

McKinney Office
400 Powerhouse Street
McKinney, TX 75071
214-733-5350

Plano Office
2109 W. Parker Road #224
Plano, TX 75023
972-867-4221

**Dallas County**

Carrollton Office
2625 Old Denton Road
Carrollton, TX 75007
972-245-5800

Cedar Hill Office
116 W. Beltline #2
Cedar Hill, TX 75104
469-272-9301

Dallas-East Office
11411 E. NW Highway #111
Dallas, TX 75218
214-553-0033

Dallas-Garland Mega Center
4445-A Saturn Road
Garland, TX 75041
214-861-3700

Dallas-Southwest Office
5610 Red Bird Center Drive #500
Dallas, TX 75237
214-330-3958

Garland Office
350 W. I-30
Garland, TX 75043
214-861-2125

Grand Prairie Office
550 S. Carrier Parkway #570
Grand Prairie, TX 75051
972-264-6598

Irving Office
1003 W. 6th Street
Irving, TX 75060
972-253-4171

**Denton County**

Denton Office
820 N. Loop 288
Denton, TX 76209
940-484-6666

Lewisville Office
190 N. Valley Parkway, Suite 201
Lewisville, TX 75067
972-221-8081

**El Paso County**

El Paso-Gateway Office
7300 Gateway East
El Paso, TX 79915
915-598-3487

El Paso-Hondo Pass Office
4505 Hondo Pass
El Paso, TX 79904
915-751-6455

El Paso-Northwestern Office
1854 Northwestern
El Paso, TX 79912
915-877-1647

El Paso-Scott Simpson Office
11612 Scott Simpson Drive
El Paso, TX 79936
915-849-4100

**Fort Bend County**

Houston-Rosenberg Mega Center
28000 SW Freeway, Suite A
Rosenberg, TX 77471
281-517-1630

**Harris County**

Baytown Office
5420 Decker Drive
Baytown, TX 77520
281-424-3669

Houston-East Office
11039 East Freeway I-10, #B
Houston, TX 77029
713-633-9872



continued

**Harris County**

Houston-Dacoma Office
4545 Dacoma
Houston, TX 77092
713-683-0541

Houston-Gessner Mega Center
12220 S. Gessner
Houston, TX 77071
713-219-4100

Houston-Grant Road Office
10503 Grant Road
Houston, TX 77070
281-890-5440

Houston-Townhurst Office
1601 Townhurst
Houston, TX 77043
713-465-8462

Houston-Spring Mega Center
4740 Spring Cypress, #100
Spring, TX 77379
281-517-1620

Houston-Vantage Parkway Office
15403 Vantage Parkway E., Suite 300
Houston, TX 77032
281-449-2685

Houston-Winkler Office
9206 Winkler
Houston, TX 77017
713-943-0631

Humble Office
7710 Will Clayton Parkway
Humble, TX 77338
281-446-3391

Pasadena Office
2783 Red Bluff Road #100
Pasadena, TX 77503
713-473-3232

Webster Office
111 Tristar Drive
Webster, TX 77598
281-486-8242

**Hidalgo County**

McAllen Office
1414 Bicentennial
McAllen, TX 78501
956-565-7200

Mission Office
722 N. Breyfogle, Suite A
Mission, TX 78572
956-205-7070

Weslaco Office
2525 N. International Blvd.
Weslaco, TX 78599
956-565-7200

**Nueces County**

Corpus Christi Office
1922 S. Padre Island Drive
Corpus Christi, TX 78416
361-698-5625

**Tarrant County**

Arlington Office
3901 W. Arkansas Lane #111
Arlington, TX 76016
817-274-1818

Fort Worth-East Office
3500 Miller Avenue
Ft. Worth, TX 76119
817-413-6318

Fort Worth-Mega Center
8301 Brentwood Stair Road
Fort Worth, TX 76120
817-285-1900

Fort Worth-South Office
6413 Woodway Drive
Fort Worth, TX 76133
817-294-1075

Hurst Office
624 NE Loop 820
Hurst, TX 76053
817-299-1426

**Travis County**

Austin-North Lamar Office
6121 North Lamar Blvd.
Austin, TX 78752
512-424-2076

Austin-Northwest Office
13730 Research Blvd.
Austin, TX 78750
512-506-2835

Austin-Pflugerville Mega Center
216 E. Wells Branch Parkway
Pflugerville, TX 78660
512-486-2800

Austin-South Office
6425 South IH-35, #180
Austin, TX 78744
512-444-5241

---

The listed Driver License offices will be open the following Saturdays:
*May 10, 17 & 24, 2014, from 10 a.m. – 2 p.m.*, for
Election Identification Certificates ONLY
**This card cannot be used for identification purposes other than voting.**

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 10, 17, 24 de mayo de 2014 SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse para propósitos de identificación distintos de votación.

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.dps.texas.gov/DriverLicense/electionID.htm