| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Flores, Maria; Ramirez, Raquel |
| **CC:** | Myers, Bob; Hale, Lynn; Rodriguez, Tony; Bell, Stephen; Ayers, Becky; Garcia, Oralia; Hernandez, Anna; Lopez, Elizabeth; Olivo, George; Rodriguez. Belinda; Vasquez, Rebecca (DLD) |
| **Sent:** | 9/25/2013 8:06:25 AM |
| **Subject:** | RE: EIC Mobile Light Training - R3 Facilitators |

Team.
We will stay with our original list of Facilitators, with the exception that Sandy Lucio will attend instead of Michele Gracia.  Thanks.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

**From:** Silva, Samuel
**Sent:** Tuesday, September 24, 2013 5:30 PM
**To:** Flores, Maria; Ramirez, Raquel
**Cc:** Myers, Bob; Hale, Lynn; Rodriguez, Tony; Bell, Stephen; Ayers, Becky; Garcia, Oralia; Hernandez, Anna; Lopez, Elizabeth; Olivo, George; Rodriguez, Belinda; Vasquez, Rebecca (DLD)
**Subject:** EIC Mobile Light Training - R3 Facilitators
**Importance:** High

Maria, Rachel:
See the forwarded email from Sr. Mgr. Rodriguez below.  We need to  rethink which Facilitators we send to EIC Mobile Light training.  See attachment.  Let's see if we can get Chris, Naida and Angie to the training and not send Liz or Michele.  We need to rethink quickly.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

> **From:** Silva, Samuel
> **Sent:** Monday, September 23, 2013 5:08 PM
> **To:** Myers, Bob; Hale, Lynn
> **Cc:** Flores, Maria; Ramirez, Raquel; Lopez, Elizabeth; Hernandez, Anna; Rodriguez, Belinda
> **Subject:** FW: Mobile Light EIC Units
> **Importance:** High
>
> Bob and Lynn,
> Region 3 will be sending the following employees to the Mobile Light EIC Unit Training:
>
> Maria Flores, Assistant Manager. Corpus Christi
> Rachel Ramirez, Assistant Manager, Weslaco
> Sandy Lucio, Lead CSR V, Facilitator, Corpus Christi
> Noemi (Liz) Delgado, CSR IV, Facilitator, Weslaco
> Rosangelica Rangel, Lead CSR V, Facilitator, Laredo
>
> Thanks.
> Sam.



Rodriguez
EXHIBIT NO. 22
**Kim Seibert**

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 24, 2013 3:18 PM
**To:** Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Bell, Stephen; Watkins, Paul
**Subject:** Rumor Control - Election Certificates
**Importance:** High

Managers,
I am trying to control some rumors.  There is a change in the way we will do EIC operations that will impact your regions:

- There are 79 counties without DPS offices in them.
- To provide full coverage of the state we are getting 79 additional mobile Light EIC units.
- The plan is for these systems to be operated by county employees.
- DPS will have to train the employees using our facilitators at central locations around the state (I do not know where because I have not seen a list of these 79 counties yet).
- Your facilitators and Asst Mgrs will need to get trained by the ITS people on the new EIC system for the new computers.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

| | |
|---|---|
| **From:** | Pitzer, Deborah |
| **To:** | Myers, Bob |
| **CC:** | Cardenas, Lynne; Watkins, Paul; Rodriguez, Tony; Mastracchio, JoeAnna; Gipson, Sheri; Peters, Joe; Berkley, Johnnie; Bell, Stephen; Hale, Lynn |
| **Sent:** | 9/24/2013 3:46:40 PM |
| **Subject:** | Re: Mobile Light EIC Units |

Facilitators attending will be Deborah Pitzer and Latresha Fowler Ockletree.



Deborah Pitzer
Assistant Manager
Driver License Division
Region 1B
817.304.8167 (cell)
817.299.1433 (fax)

**From:** Myers, Bob
**Sent:** Tuesday, September 24, 2013 02:40 PM
**To:** Bell, Stephen; Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus; Berkley, Johnnie; Hartline, Candice; Parker, Stanley; Patterson, Janet; Pitzer, Deborah; Carter, Thomas; Flores, Amelia; Ford, Carolyn; Guerra, Sylvia; Jones, Patricia; Alexander, Alan; Bergman, Kathy; Corbett, Melissa; Manning, Diann; Mulligan, Charlotte; Flores, Maria; Ramirez, Raquel; Silva, Samuel; Aranda-Sarabia, Leticia; Barber, David; Valenzuela, Estella; Garcia, Pablo; Soto, Adriana; Valdez, Tomas; Carlsson, Lori; Hubbard, Barbara; Hunt, Regina; Wells, Charles; Garcia, Joseph; Gomez, Frances; Prince, Nancy; Spencer, Lillian
**Cc:** Cardenas, Lynne; Cardenas, Lynne; Watkins, Paul; Rodriguez, Tony; Mastracchio, JoeAnna; Gipson, Sheri; Peters, Joe
**Subject:** RE: Mobile Light EIC Units

Hello All,

Training on the use of the mobile EIC units has been scheduled for this Thursday Sept. 26th from 1p.m. to 5p.m. at Austin Headquarters.   Distribution and sign out for the EIC equipment will occur at the conclusion of the class. If you have not already done so, please send the names of the Asst. Manager and facilitator from your Region who will attend this training to Lynn and Bob.
Thanks and we appreciate your patience.
Bob

Robert Myers,
Training Specialist V
Driver License Division
Texas Department of Public Safety

5805 N Lamar Blvd.
Austin, TX  78752

bob.myers@dps.texas.gov
Office: (512) 424-5538
Mobile:(512) 239-9256

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

**From:** Bell, Stephen
**Sent:** Friday, September 20, 2013 3:23 PM
**To:** Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus; Berkley, Johnnie; Hartline, Candice;

TEX0511590

Parker, Stanley; Patterson, Janet; Pitzer, Deborah; Carter, Thomas; Flores, Amelia; Ford, Carolyn; Guerra, Sylvia; Jones, Patricia; Alexander, Alan; Bergman, Kathy; Corbett, Melissa; Manning, Diann; Mulligan, Charlotte; Flores, Maria; Ramirez, Raquel; Silva, Samuel; Aranda-Sarabia, Leticia; Barber, David; Valenzuela, Estella; Garcia, Pablo; Soto, Adriana; Valdez, Tomas; Carlsson, Lori; Hubbard, Barbara; Hunt, Regina; Wells, Charles; Garcia, Joseph; Gomez, Frances; Prince, Nancy; Spencer, Lillian
**Cc:** bobcole@kokefm.com; Myers, Bob; Cardenas, Lynne; Cardenas, Lynne; Watkins, Paul; Rodriguez, Tony; Mastracchio, JoeAnna; Gipson, Sheri; Peters, Joe
**Subject:** Mobile Light EIC Units

Regional Managers,

We are going to be required by the SoS office to deploy up to 25 Mobile Light EIC Units.  This deployment (do not have a finalized list of sites) will occur throughout the State and probably effect every Region.  We believe that we will be conducting training and initial distribution of the first 20 next Thursday (or Friday).  This is a warning order to you be prepared to send an Assistant Manager and a Facilitator to Austin on that day for training and to pick up the units (if they are going to spend the night get their travel cards now).  Stella, Tom and Sam you may want to consider sending both, your call.  Regions with a Mega Center, Tony and I believe that it makes the most sense for the Mega Centers to be the ones to staff the mobiles so the AM and facilitator from each Mega would need to attend (Tom C that is both Megas).  Again your call if you send someone else.  More to follow on exact times and dates as we figure it out. Please send the names to Bob and Lynn in training.


v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

TEX0511591

| **From:** | Roberts, Rebecca |
|---|---|
| **To:** | Hale, Lynn; Greenall, Harry; Carlisle, Andrea; Cardenas, Lynne; Rodriguez, Tony; Roberts, Rebecca; Jarmon, Karol; Stubbings, Tiffany; Woods, Charlene; McCradic, Danielle; Myers, Bob; Lee, Kim; Bell, Stephen; Ramchand, Esther; Garcia, Ricardo L(DL); Scott, Miguel |
| **CC:** | Keith, Elaine; Kilchenstein, Jim; Steele, Joanne; Gipson, Sheri; Weise, Melanie; Isaac, Brian; Watkins, Paul; Cook, Tony |
| **Sent:** | 9/25/2013 12:25:22 PM |
| **Subject:** | EIC Meeting Minutes - 9/25 |

**Attendees**

Harry Greenall; Ricardo Garcia; Kim Lee; Charlene Woods; Rebecca Roberts; Andrea Carlisle; Tony Rodriguez; Lynne Cardenas; Stephen Bell; Lynn Hale, Bob Myers, Danielle McCradic, Miguel Scott,

**Action Items**

· Miguel to run security test on configured laptop
· Miguel to send updated asset logs to DL
· Andrea to add exception paths to business process and review with Tiffany
· Harry to provide next 2 configured laptops to Andrea

**Status of EIC initiative in progress**

· 21 assistant managers and facilitators scheduled for training Thursday.  Up to 4 others may be added in response to 79 counties initiative.
· Steve obtained the 25 laptop bags
· Anticipate keeping the equipment for a week after the election because of provisional ballots
· (Voters without photo id cast provisional ballots; they'll have 6 days under law to return to a DL office with photo id to make their vote count)

*Testing*

· Tiffany completed QA of configuration ("smoke test")
· Tiffany provided screen prints for EIC mobile process for 3 different scenarios
· Miguel to run security test on same machine

*Documentation*

· Process for happy path reviewed by Andrea
· Tiffany and Andrea working to complete process for exception paths
· Tiffany provided documentation on how to erase data from flash drive/laptop when complete

*Configuration*

· With QA complete, Harry started configuring remaining 23 laptops
· Andrea has requested the next two configured laptops
· Harry will release the rest as they are finished
· Keep Renee Cardwell in the loop – need to communicate the asset tag to her

**Field Support**

Each office's training facilitator is Tier One support

1. When issues encountered, CSR to call Facilitator first
2. If Facilitator can't solve the problem, Facilitator calls the help desk
3. Help Desk will engage IT Services if needed using normal ticket process
4. Training group will provide a copy of training documents to help desk



**Additional Initiative in the works: seventy nine counties**

*Summary*

· Seventy nine counties in Texas do not have a DL office
· Secretary of State would like to offer an EIC mobile light unit to each county

- DL would assemble EIC kits and deliver to regional centers.
- Interested counties would send employees to regional centers for training.
- Once trained, county employees would bring laptop and EIC kits and *multiple* encrypted flash drives back to the county.
- Laptop and EIC kits would stay in the county, while flash drive and paperwork would be transported (daily? weekly?) to the nearest DL office to process.

*Considerations*
- Attorney General's office would purchase the equipment for the 79 counties (including laptop bags J)
- Using state troopers to transport the data from county to DL office is a possibility
- Brian Lane is having discussions with SOS office about the security requirements for non-DPS people gathering EIC data (background checks, training)
- If county employees don't want to run mobile EIC station, ask HHSC employees?
- How many counties are interested?
- Start planning for this to be operational in 10 days to 2 weeks.
- Pam is reviewing MOUs for OTC. Counties must assume responsibility for loss of laptops or flash drives.
- DL already has agreements with County Commissioner's court to enter data into DLS.


Rebecca Roberts
Texas Department of Public Safety | Information Technology | Governance
Rebecca.Roberts@dps.texas.gov
(512) 424-7476 / 8-7476

Use the links to learn more about IT Governance , Project Management Office , Business Analysis , and the services we provide.



TEX0511200

PL404
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | Carlisle, Andrea; Cardwell, Renee (DL); Hale, Lynn; Cardenas, Lynne; 'bob.myers@txdps.state.tx.us' |
| **Sent:** | 9/25/2013 4:50:31 PM |
| **Subject:** | FW: EICmobile(web master list).docx |
| **Attachments:** | EICmobile(web master list).docx |

FYI.

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)





*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

**From:** Bell, Stephen
**Sent:** Wednesday, September 25, 2013 4:50 PM
**To:** Steen, Philip; Webster, Jack
**Cc:** Winkley, Salestus; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy; Rodriguez, Tony; Bradberry, Michael; Mathis, Dwight
**Subject:** FW: EICmobile(web master list).docx

Commanders,

Sorry I did not share this sooner but we are in a tail spin with this EIC Mobile deployment.  Fort Worth is the first location to go live on Monday.  Houston will follow on Tuesday.  The guidance to the Managers is they will have an Assistant Manager at every location during the initial opening.  I will be the area on both days in case there are start up issues.  Training will occur here in Austin tomorrow and kits will be issue at that time.  We are trying to rework the hours from 8-5 to 9-4 for any future deployments.

The initial distribution plan is:
Region 1A - 4 Sets
Region 1B - 4 Sets
Region 2A - 2 Sets
Region 2B - 2 Sets
Region 4 - 4 Sets
Region 6A - 4 Sets

The one Regional issue I want to insure you are aware of is these units will not have internet access and we will not have the ability verify eligibility on site.  AD Skyor Hearn made the call that we will use the Regional Communications Centers to run a 10-27 on the applicant to verify eligibility.  We are loading all six regional numbers into the cell phones that will be sent out with the kits.  When I have more information I will pass it on.

TEX0511902



A kit packed in the boxes and one set up for use.



TEX0511903

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Peters, Joe
**Sent:** Tuesday, September 24, 2013 11:32 AM
**To:** Watkins, Paul; Rodriguez, Tony; Bell, Stephen
**Subject:** Fwd: ElCmobile(web master list).docx

FYI

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX. 78773
512-424-5899

Begin forwarded message:

**From:** "Cesinger, Katherine" <Katherine.Cesinger@dps.texas.gov>
**Date:** September 23, 2013, 10:12:47 PM CDT
**To:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>, "Peters, Joe" <Joe.Peters@dps.texas.gov>
**Subject: Fwd: ElCmobile(web master list).docx**

I'm not sure this will actually be final until it is up on their website, so we probably shouldn't forward this on yet. But I wanted to send to y'all asap for situational awareness and planning purposes at least.

Thx.

Sent from my iPhone

Begin forwarded message:

**From:** Alicia Pierce <APierce@sos.texas.gov>
**Date:** September 23, 2013 9:23:09 PM CDT
**To:** Keith Ingram <KIngram@sos.texas.gov>, Wroe Jackson <SJackson@sos.texas.gov>, Coby Shorter <CShorter@sos.texas.gov>, "Cesinger, Katherine (Katherine.Cesinger@dps.texas.gov)"
<Katherine.Cesinger@dps.texas.gov>
**Cc:** James Nino <JNino@sos.texas.gov>
**Subject: ElCmobile(web master list).docx**

Attached is the schedule I have so far for week 1. Sorry for the lack of formatting. I'm trying to keep it simple so James can easily format as a webpage and add to VoteTexas.Gov. We will receive Bexar County's locations in the morning and see if Hayes county is available. I will also add Travis county when I get that via email.

TEX0511904

On the homepage of VoteTexas.gov and also on the photo ID FAQ we will add the following: Don't have a photo ID for voting? Election Identification Certificates are available from DPS driver license offices during regular business hours, on Saturdays at select locations, and at EIC mobile stations traveling throughout the state. Find mobile station locations here. (link to page with date and location info.)

TEX0511905