| | |
|---|---|
| From: | Watkins, Paul |
| To: | Wroe Jackson |
| CC: | Rodriguez, Tony; Krueger, Kristopher; Watkins, Paul |
| Sent: | 10/3/2013 11:35:42 AM |
| Subject: | RE: Webb County Locations for EIC Ops |

Wroe-
OK, I have confirmed we can support the 11-7p times at all four locations in Webb County on Friday, 10/11. The four locations there on Wednesday and Thursday, 10/09 and 10/10, will be open from 9a-4p. Paul

Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-284-4744 (c)



Rodriguez
EXHIBIT NO. 96
Kim Seibert

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Thursday, October 03, 2013 10:12 AM
**To:** Watkins, Paul
**Subject:** FW: Webb County Locations for EIC Ops

Last communication regarding off-business hours for Webb County (Laredo), 11:00 a.m. – 7:00 p.m.

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

Please note my new email address effective immediately: wjackson@sos.texas.gov

**From:** Wroe Jackson
**Sent:** Wednesday, October 02, 2013 10:55 AM
**To:** 'Rodriguez, Tony'
**Subject:** RE: Webb County Locations for EIC Ops

Based on the latest communication I received from Keith, Webb Co. has agreed to 9 a.m. to 4 p.m. on 10/9 and 10/10, with their requested off-business hours on Friday, 10/11.

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

Please note my new email address effective immediately: wjackson@sos.texas.gov

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Wednesday, October 02, 2013 10:53 AM
**To:** Wroe Jackson

**Subject:** RE: Webb County Locations for EIC Ops

OK. Do we know which day yet – No pressure, I'm just asking.

PS: I am doing an interview and will be out of the office for a bit

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Wednesday, October 02, 2013 10:24 AM
**To:** Rodriguez, Tony
**Subject:** RE: Webb County Locations for EIC Ops

Thank you. Keith has already contacted them to request the change in hours from 9 a.m. to 4 p.m. with one day available for off-business hours, as we discussed.


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Wednesday, October 02, 2013 10:20 AM
**To:** Silva, Samuel
**Cc:** Krueger, Kristopher; Wroe Jackson; Hubbard, Barbara; Garcia, Joseph
**Subject:** Webb County Locations for EIC Ops
**Importance:** High

Sam,
Per phonecon here are the tentative locations for mobile ops next week. While the requested times are 1100 – 1900, the Sec State is working to see if we can change the hours. The good news is that each location has a POC for your folks to talk to.
Along this line, I want to start the coordination for the transfer of the EIC unist Friday/Saturday between you and Barbara and Joe.

| 9 October | 10 October | 11 October |
|---|---|---|
| Rio Bravo Community Center<br>1600 Orquidia Ln.<br>Rio Bravo, Texas<br>POC: Vicky Ibarra, Interim Director | E. Salinas Community Center<br>917 N. Main, Mirando City<br>Mirando City, Texas<br>POC: Mario Garcia, Director | Billy Hall Administration Bldg.<br>1110 Washington St.<br>Laredo, Texas<br>POC: Oscar Villarreal, E.A. |

| | | |
|---|---|---|
| Bruni Community Center<br>303 12th Street<br>Bruni, Texas<br>POC: Nelda Cortinas, Director | Laredo Specialty Hospital<br>2005 Bustamante St.<br>Laredo, Texas<br>POC: Hanna Huang, Marketing Coordinator | Providence Health Center<br>230 Calle Del Norte<br>Laredo, Texas<br>POC: Javier Compean, |
| Santa Teresita Community Center<br>15014 Hwy. 59 - 18 Mi OCL<br>Laredo, Texas<br>POC: Dina Garcia, Director | Doctors Hospital<br>10700 Mcpherson Rd.<br>Laredo, Texas<br>POC: Judy Martinez, Marketing Director | Laredo Medical Center<br>1700 E. Saunders St.<br>Laredo, Texas<br>POC: Priscilla Salinas, Marketing Director |
| F. A. Salinas Community Center<br>2600 Maryland<br>Laredo, Texas<br>POC: Jose Pantoja, Director | F & A Bruni Community Center<br>452 W. Rancho Peñitas Rd.<br>Laredo, Texas<br>POC: Javier Cavazos, Director | KLDO<br>222 Bob Bullock Loop<br>Laredo, Texas<br>POC: Danielle Martinez, Promotions Manager |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Keith Ingram
**To:** Alicia Pierce; Wroe Jackson
**Sent:** 9/24/2013 3:56:58 PM
**Subject:** FW: Mobile EIC

Here is what I told her.

---

**From:** Keith Ingram
**Sent:** Tuesday, September 24, 2013 3:52 PM
**To:** 'Joyce Cowan'
**Subject:** RE: Mobile EIC

Excellent. The times are basically up to you. we think during business hours is better. A table for the computer and printer and a place to plug in for electricity.

---

**From:** Joyce Cowan [mailto:joyce@co.hays.tx.us]
**Sent:** Tuesday, September 24, 2013 3:49 PM
**To:** Keith Ingram
**Subject:** RE: Mobile EIC
**Importance:** High

I have booked the Government Center, San Marcos Activity Center, Rm. 1 and I am checking on Southside Community Center. Most places are asking times and what is needed, i.e. chairs, tables, etc.
Still calling and checking on other available sites.

*Joyce A. Cowan*
Elections Administrator
712 S. Stagecoach Trail, Suite 1045
San Marcos, TX 78666-9914
(512) 393-7310
(512) 393-2248 FAX
www.co.hays.tx.us/elections

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Tuesday, September 24, 2013 2:52 PM
**To:** Joyce Cowan
**Cc:** Wroe Jackson; Alicia Pierce
**Subject:** Mobile EIC

Joyce,

All of Hays County has 5700 or so non matches, but San Marcos has most of them. If you could find some locations (up to four) where DPS could set up shop for two days on the first and second next week, that would be very helpful. We also need some Volunteer Deputy Registrars to work the same locations in case any of the people needing EICs also need to register.

SAN MARCOS            78666       3,883


Rodriguez
EXHIBIT NO. 97
Kim Seibert

TEX00462079

**From:** Bergman, Kathy
**To:** Rodriguez, Tony; Krueger, Kristopher
**CC:** Bell, Stephen; Hale, Lynn; Myers, Bob; McCradic, Danielle
**Sent:** 10/15/2013 12:00:24 PM
**Subject:** FW: EIC MOU

Sabine County will not participate in the training. I will keep that unit (#98) here and use it for when we set up out there.

I have made arrangements to set up in the County Clerk's office from October 21-25th from 9am to 4pm daily. The office is located at 280 Main Street, Hemphill. Contact is Janice McDaniel 409-787-3786.

*Kathy Bergman*
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829

**From:** Janice McDaniel [mailto:sabinecc@yahoo.com]
**Sent:** Tuesday, October 15, 2013 10:26 AM
**To:** Bergman, Kathy
**Subject:** Re: EIC MOU

Ms. Bergman,
Judge Watson and I have discussed the EIC participation and we don't feel we have the staff to commit to this. I am short an employee plus I have early voting starting next Monday.
Thank you,
Janice McDaniel
Sabine County Clerk

On Monday, October 14, 2013 3:20 PM, "Bergman, Kathy" <Kathy.Bergman@dps.texas.gov> wrote:
Here is the information on the Election Identification Certificate training. I will follow up tomorrow morning with you. Please call me if you have any questions.

Sam Houston State University
816 17th Street, Huntsville, Texas 77340
College of Criminal Justice Building, Texas Room, 2nd Floor, A217, Bates Room

Campus Map: http://www.shsu.edu/map/ Section 9 on map
Building Map: http://www.shsu.edu/dotAsset/34e2e525-dbbb-4397-a2e4-7b8890fcb88e.pdf
Parking Information: http://www.shsu.edu/~upd_www/garage/

Training Date and Time: October 17, 9:00 a.m. to 3:00 p.m.

Kathy Bergman
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829



Rodriguez EXHIBIT NO. 98
Kim Seibert

TEX0511238

From: Bergman, Kathy
Sent: Friday, October 11, 2013 11:22 AM
To: 'charles.watson@co.sabine.tx.us'
Cc: 'sabinecc@yahoo.com'
Subject: FW: EIC MOU

Judge Watson,

I have attached a copy of the Interlocal Cooperation Contract regarding Election Identification Certificates that we spoke about yesterday. As the County Judge, you will need to be the person who signs this for your county and return it to DPS.

We have tentative training scheduled for Thursday, October 17th in Huntsville. Once I know the firm date, time and place, I will call you.

I hope that Sabine County is able to participate in this project. As I stated yesterday, if your county employees can be trained to process these Election Identification Certificates, it will benefit the residents of your county by having the availability of issuance daily instead of just the few times DPS will be able to be out there. It will also benefit DPS by not having to short a Driver License Office an employee to come to Newton County to man the Election Identification Certificate unit.

Please get back with me as soon as possible so that we can confirm your decision to participate. If you have any questions, please don't hesitate to call.

Thank you,

Kathy Bergman
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829

---

From: Krueger, Kristopher
Sent: Friday, October 11, 2013 10:58 AM
To: Bergman, Kathy; Watkins, Paul
Subject: EIC MOU

The EIC MOU is attached.

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)

| | |
|---|---|
| From: | Election_Identification_Certificates |
| To: | 'Lindy Warren' |
| BCC: | Wroe Jackson; Hale, Lynn; Myers, Bob |
| Sent: | 10/7/2013 9:47:19 AM |
| Subject: | RE: Mobile Election Identification Certificate (EIC) Program |

There are two programs being run by the DPS. The first is a pilot program to provide county employees with the training and equipment to issue Texas Driver Licenses and ID cards. The second is a program that DPS is running at the request of the Secretary of State's office to provide county employees training and equipment to issue Election Identification Certificates. We will remove Trinity county from the list. If you have ay further questions please don't hesitate to contact me again

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



Rodriguez
EXHIBIT NO. 99
Kim Seibert

**From:** Lindy Warren [mailto:lindylou54@valornet.com]
**Sent:** Monday, October 07, 2013 9:01 AM
**To:** Election_Identification_Certificates
**Subject:** Re: Mobile Election Identification Certificate (EIC) Program

After the initial email regarding this pilot program, I responded because our county does not have a Licensing Department for drivers licenses. The next email stated this was going to be handled by the DPS office along with providing workers to do this task. If this is correct, please remove my name from the pilot program. Trinity County is a small county and in turn I have a small staff to provide service that we already offer. Please clarify if I am perceiving this incorrectly.

Thank you,
Lindy Madden Warren, TAC/VR
Trinity County
----- Original Message -----
**From:** Election_Identification_Certificates
**Sent:** Friday, October 04, 2013 4:35 PM
**Subject:** Mobile Election Identification Certificate (EIC) Program

Thank you for your interest in partnering with the Texas Secretary of State and the Texas Department of Public Safety in our Mobile Election Identification Certificate (EIC) program. Attached, please a series of documents that provide information on the program, the upcoming training and EIC operation:

- An Interlocal Cooperation Contract (ICC): While the Department of Public Safety will provide the training without a signed Interlocal Cooperation Contract, we must have a copy of the ICC signed by the County Judge after receiving authorization by the Commissioners Court before we can process a county's EICs.

- A training plan that lists the training locations,

- A document that provides points of contact for each training site.

- This hyperlink will allow you to view and download the EIC training packet: Click here to view EIC documents

TEX0511298

The EIC kits DPS personnel will provide contain all the items required to process EICs immediately, except the printer paper. These kits will be issued the same day as the training.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety

TEX0511299

**From:** Coby Shorter
**To:** Alicia Pierce; Keith Ingram; Wroe Jackson; Scott Brandt
**Sent:** 9/11/2013 10:07:22 AM
**Subject:** Fwd: Request for assistance RE Mobile Voter ID Initiative

Let's talk.

Coby Shorter, III

Begin forwarded message:

**From:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>
**Date:** September 11, 2013, 10:02:15 AM CDT
**To:** "cshorter@sos.state.tx.us" <cshorter@sos.state.tx.us>
**Subject: Request for assistance RE Mobile Voter ID Initiative**


**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**

dps seal



---

**From:** Peters, Joe
**Sent:** Wednesday, September 11, 2013 7:23 AM
**To:** Bodisch, Robert
**Subject:** Re: Request for assistance RE Mobile Voter ID Initiative

Absolutely! I wanted to wait to respond until you visit with SOS.

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX. 78773
512-424-5899

On Sep 11, 2013, at 7:19 AM, "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov> wrote:

Joe, please ensure that we coordinate any info back to these folks. I will speak to SOS office this morning. Thx.

TEX00462181

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov
<image001.jpg>

---

**From:** Peters, Joe
**Sent:** Tuesday, September 10, 2013 7:35 PM
**To:** Bodisch, Robert
**Cc:** Murphy, Kathleen; Nolte, Candace
**Subject:** FW: Request for assistance RE Mobile Voter ID Initiative

FYI

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 10, 2013 7:29 PM
**To:** Peters, Joe; Watkins, Paul
**Cc:** Spinks, Margaret; Gipson, Sheri; Mastracchio, JoeAnna
**Subject:** Re: Request for assistance RE Mobile Voter ID Initiative

Mission creep.
These folks would like our DSUs at locations other than our offices; "appropriate public and private events" like state fairs to issue EICs.

I'm not sure who we would like to reach out to them.

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

On Sep 10, 2013, at 19:21, "Mastracchio, JoeAnna" <JoeAnna.Mastracchio@dps.texas.gov> wrote:

Tony,
I'm handing this one off to the EIC guru.

*V/R Joe*
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

---

**From:** Spinks, Margaret
**Sent:** Tuesday, September 10, 2013 2:34 PM
**To:** Mastracchio, JoeAnna; Gipson, Sheri
**Subject:** RE: Request for assistance RE Mobile Voter ID Initiative

We have a request from Dallas County Elections Department to issue OTC EICs using a mobile unit. Not sure who

TEX00462182

needs to respond to this request.

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

*We are creating a faster, easier and friendlier driver license experience and a safer Texas*

---

**From:** Heselmeyer, Diane
**Sent:** Tuesday, September 10, 2013 2:21 PM
**To:** Spinks, Margaret
**Subject:** FW: Request for assistance RE Mobile Voter ID Initiative

Should we prepare the answers or Customer Operations to the below email request.

*Thank you,*

***Diane Heselmeyer, Assistant Manager***
*License and Record Service*
*diane.heselmeyer@dps.texas.gov*
*Work: (512) 424-2001  Cell: (512) 415-1799*
*Fax: (512) 424-5948*

*We are creating a faster, easier and friendlier driver license experience and a safer Texas.*

---

**From:** Robert Heard [mailto:Robert.Heard@dallascounty.org]
**Sent:** Tuesday, September 10, 2013 12:12 PM
**To:** Henson, Tracy; Burch, Shea
**Cc:** Toni Pippins-Poole; Rivelino lopez; Robert Heard
**Subject:** Request for assistance RE Mobile Voter ID Initiative

Ms. Henson,
Thank you for taking my call earlier. Dallas County Elections Department (DCED) is interested in, and proposing exploration in a partnership between DCED and the Texas Department of Public Safety (TDPS), wherein eligible citizens within Dallas County may obtain Voter Identity Certificates at mobile, or non-DPS locations.

Specifically, we are asking DPS to prepare and provide the personnel and equipment to photograph, prepare, print, and present Voter ID Certificates immediately to eligible citizens at locations other than its (TDPS') official (brick & mortar) locations. This would allow citizens the opportunity to obtain the certificate during appropriate public and private events; the State Fair of Texas for example.

DCED is able to provide the events and opportunities for which this capability would be useful. DCED is also able to provide some of the manpower needed to operate these mobile identification stations.

**We would like to know the following:**
1. Is it possible for TDPS to put together the equipment, materials, process, and procedures for Mobile Identification Stations?
2. If the answer to Question 1 is yes; would TDPS be willing to deploy this capability on its own, and/or in partnership with Dallas County?
3. If the answer to Questions 1 and 2 is yes, how soon could that capability be deployed?
4. Seeing that the need for Voter Certificates was not funded, we are interested in knowing the cost of a project of this nature in hopes that if the ability is there, DCED will try and find funding to deploy this service to the public.
5. Who would be the point of contact within the Texas Department of Public Safety with the authority to discuss and

TEX00462183

implement this initiative?

I look forward to your response; thanks again for your assistance.
&lt;image001.jpg&gt;
Robert Heard
Assistant Elections Administrator
**Dallas County Elections Department**
P: 214/819.6334
Robert.Heard@DallasCounty.ORG

WWW.DALLASCOUNTYVOTES.ORG

&lt;image002.png&gt;