IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>      Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

**PLAINTIFFS AND PLAINTIFF-INTERVENORS'**
**NOTICE OF FILING OF TRIAL EXHIBITS**

Plaintiffs and Plaintiff-Intervenors ("Plaintiffs") submit this Notice of Filing of Trial

Exhibits (PL412 – PL525). An index of Plaintiffs' trial exhibits is attached as Exhibit 1 to ECF

Dkt No. 660.

Date: November 11, 2014

Respectfully submitted,

| | |
|---|---|
| s/ Ezra Rosenberg | Amy L. Rudd |
| Ezra D. Rosenberg | Lindsey Cohan |
| Mark A. Posner | DECHERT LLP |
| Robert A. Kengle | Amy.rudd@dechert.com |
| Erandi Zamora | Lindsey.cohan@dechert.com |
| Lawyers' Committee for Civil Rights Under Law | |
| erosenberg@lawyerscommittee.org | Michelle H. Yeary |
| mposner@lawyerscommittee.org | DECHERT LLP |
| | Michelle.yeary@dechert.com |
| Wendy Weiser | |
| Myrna Pérez | Daniel G. Covich |
| Vishal Agraharkar | The Covich Law Firm LLC |
| Jennifer Clark | Daniel@covichlawfirm.com |
| The Brennan Center for Justice at NYU Law | |

School  
wendy.weiser@nyu.edu  
myrna.perez@nyu.edu  
vishal.agraharkar@nyu.edu  
jenniferl.clark@nyu.edu  

Gary Bledsoe  
garybledsoe@sbcglobal.net  

Robert Notzon  
The Law Office of Robert Notzon  
Robert@NotzonLaw.com  

Jose Garza  
Law Office of Jose Garza  
garzapalm@aol.com  
Kim Keenan  
Marshall Taylor  
Victor Goode  
NAACP  
kkeenan@naacpnet.org  
mtaylor@naaacpnet.org  
vgoode@naacpnet.org  

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

Christina A. Swarn  
Ryan P. Haygood  
Natasha M. Korgaonkar  
Leah C. Aden  
Deuel Ross  
NAACP Legal Defense and Educational Fund, Inc.  
cswarns@naacpldf.org  
rhaygood@naacpldf.org  
nkorgaonkar@naacpldf.org  
laden@naacpldf.org  
dross@naacpldf.org  

Danielle Conley  
Jonathan Paikin  
Kelly P. Dunbar  
Tania Faransso  
Wilmer Cutler Pickering Hale and Dorr LLP  
danielle.conley@wilmerhale.com  
jonathan.paikin@wilmerhale.com  
kelly.dunbar@wilmerhale.com  
tania.faransso@wilmerhale.com  

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund et al.*

Rolando L Rios  
Attorney at Law  
115 E Travis, Ste 1645  
San Antonio, TX 78205  
210-222-2102  
rrios@rolandorioslaw.com  

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners*

Jose Garza  
Marinda van Dalen  
Robert W. Doggett  
Peter McGraw  
Kathryn Newell  
Priscilla Noriega  
Texas Rio Grande Legal Aid, Inc.  
garza@trla.org  
mvandalen@trla.org  
rdoggett@trla.org  
pmcgraw@trla.org  
pnoriega@trla.org  
knewell@trla.org  

*Counsel for Taylor Plaintiffs*

Chad W. Dunn  
K. Scott Brazil  
Brazil & Dunn  
chad@brazilanddunn.com  
scott@brazilanddunn.com  

J. Gerald Hebert  
Joshua Bone  
GHebert@campaignlegalcenter.org  
jbone@campainlegalcenter.org  

Armand G. Derfner  
Derfner, Altman & Wilborn, LLC  
aderfner@dawlegal.com  

Luis Roberto Vera, Jr.  
LULAC National General Counsel  
lrvlaw@sbcglobal.net  

Neil G. Baron  
Law Office of Neil G. Baron  
neil@ngbaronlaw.com  

*Attorneys for Plaintiffs Veasey-LULAC*

Richard Dellheim                richard.dellheim@usdoj.gov  
Meredith Bell-Platts            meredith.bell-platts@usdoj.gov  
Elizabeth S. Westfall           elizabeth.westfall@usdoj.gov  
Bruce I. Gear                   bruce.gear@usdoj.gov  
Daniel J. Freeman               daniel.freeman@usdoj.gov  
Anna Baldwin                    anna.baldwin@usdoj.gov  
Avner Shapiro                   avner.shapiro@usdoj.gov  

*Attorneys for Plaintiff the United States of America*

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 11, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Stephen Ronald Keister
Arthur D'Andrea
Jennifer Marie Roscetii
Lindsey Elizabeth Wolf
Stephen Tatum, Jr.
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
arthur.dandrea@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov
stephen.tatum@texasattorneygeneral.gov

Ben Addison Donnell
Donnell Abernethy & Kieschnick
bdonnell@dakpc.com

*Counsel for Defendants*