

Election Identification Certificates
County Participation

County processing EICs (51)
MOU signed, Staff Trained, Equipment working

County has not returned MOU (0)

County to be trained (0)

County trained, but experiencing equipment issues (0)

County covered by DL Employees (27)
Bandera (after Primary)(MOU pending 3/13); Hudspeth (after Primary)

Current as of 2/27/2014 February 2014



Election Identification Certificates
County Participation

Updated: Mar 6, 2014

EIC approved and issued: 245
EIC approval pending: 0
EIC not approved: 0
EIC Transactions: 264
(243 / 1 / 19 / 263)

County processing EICs (51)
MOU signed, Staff Trained, Equipment working

County has not returned MOU

County to be trained (0)

County trained, but experiencing equipment issues (0)

County covered by DL Employees (27)
Bandera (after Primary)(MOU pending 3/13), Hudspeth (after Primary)



## Election Identification Certificates State and County Participation

Updated: Mar 26, 2014

EIC approved and issued: 246
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 265
(246 / 0 / 19 / 265)

County processing EICs (51)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (2)
Bandera, Hudspeth

County to be trained (0)

County trained, but experiencing equipment issues (0)

County covered by DL Employees (18)
* Number of EICs issued since 18 Jan, 2014 reflected beneath county name

County to be covered by HHSC (7) – training pending
Archer, Blanco, Falls, Garza, Potter, Sabine, San Saba



# Election Identification Certificates
## State and County Participation

Updated: Apr 15, 2014

EIC approved and issued: 249
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 268
(249 / 0 / 19 / 268)

County processing EICs (52)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (3)
Upton County will train April 15
Sterling County will train April 22
Jack County training is pending as of April 14

County covered by DL Employees (16)
*Number of EICs issued since 18 Jan, 2014 reflected beneath county name*

County to be covered by HHSC (7) – training pending
Archer, Blanco, Falls, Garza, Potter, Sabine, San Saba



Updated: April 24, 2014

EIC approved and issued: 250
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 269
(250 / 0 / 19 / 269)

**Election Identification Certificates**
**State and County Participation**

County processing EICs (53)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (1)
Upton County MOU expected April 28

County to be trained (1)
Jack County training April 25

County covered by DL Employees (17)
*Number of EICs issued since 18 Jan, 2014 reflected beneath county name*

County to be covered by HHSC (7)
Archer – Training April 29          Potter – Training April 24
Blanco – Training pending         Sabine – Training May 5
Falls – Training May 6               San Saba – Training April 30
Garza – Training April 25

Updated: April 24, 2014

# Upcoming County Services
# 1 Week Out

 **Election Identification Certificates**
**State and County Participation**

| Date | Time | Region | County City | Building | Verified by DLD |
|------|------|--------|-------------|----------|-----------------|
| Monday April 28 | No County Services | | | | |
| Tuesday April 29 | 9a-4p | 5 | Armstrong County Claude | Courthouse Basement | ✓ |
| | 9a-4p | 5 | Briscoe County Silverton | Sheriff's Office | ✓ |
| | 9a-4p | 5 | Clay County Henrietta | Commissioners Court Room | ✓ |
| | 9a-4p | 5 | Dickens County Dickens | North Dickens Senior Citizens Center | ✓ |
| | 9a-4p | 5 | Roberts County Miami | County Courthouse | ✓ |

Updated: April 24, 2014



# Upcoming County Services
# 1 Week Out

**Election Identification Certificates**
**State and County Participation**

| Date | Time | Region | County City | Building | Verified by DLD |
|------|------|--------|-------------|----------|-----------------|
| Wednesday April 30 | 9a-4p | 5 | Armstrong County Claude | Courthouse Basement | ✓ |
| | 9a-4p | 5 | Briscoe County Silverton | Sheriff's Office | ✓ |
| | 9a-4p | 5 | Clay County Henrietta | Commissioners Court Room | ✓ |
| | 9a-4p | 5 | Dickens County Dickens | North Dickens Senior Citizens Center | ✓ |
| | 9a-4p | 5 | Roberts County Miami | County Courthouse | ✓ |

Updated: April 24, 2014

 Election Identification Certificates
State and County Participation

# Upcoming County Services
## 1 Week Out

| Date | Time | Region | County City | Building | Verified by DLD |
|------|------|--------|-------------|----------|-----------------|
| Thursday May 1 | 9a-4p | 5 | Armstrong County Claude | Courthouse Basement | ✓ |
| | 9a-4p | 5 | Briscoe County Silverton | Sheriff's Office | ✓ |
| | 9a-4p | 5 | Clay County Henrietta | Commissioners Court Room | ✓ |
| | 9a-4p | 5 | Dickens County Dickens | North Dickens Senior Citizens Center | ✓ |
| | 9a-4p | 5 | Roberts County Miami | County Courthouse | ✓ |
| Friday May 2 | No County Services | | | | |

Updated: April 24, 2014

# Upcoming County Services
## 2 Weeks Out



Election Identification Certificates
State and County Participation

| Date | Time | Region | County City | Building | Verified by DLD |
|------|------|--------|-------------|----------|-----------------|
| Monday May 5 | No County Services | | | | |
| Tuesday May 6 | 9a-4p | 4 | Glasscock County Garden City | Glasscock Community Center | ✓ |
| | 9a-4p | 5 | Collingsworth County | County Courthouse | ✓ |
| | 9a-4p | 5 | Foard County Crowell | Sheriff's Conference Room | ✓ |
| | 9a-4p | 5 | Hartley County Channing | County Courthouse | ✓ |
| | 9a-4p | 5 | Motley County Matador | County Courthouse, 2nd Floor | ✓ |
| | 9a-4p | 5 | Stonewall County Aspermont | County Courthouse | ✓ |
| | 9a-4p | 5 | Wheeler County Shamrock | County Courthouse | ✓ |

Updated: April 24, 2014



Election Identification Certificates
State and County Participation

# Upcoming County Services
## 2 Weeks Out

| Date | Time | Region | County City | Building | Verified by DLD |
|------|------|--------|-------------|----------|-----------------|
| Wednesday May 7 | 9a-4p | 4 | Glasscock County Garden City | Glasscock Community Center | ✓ |
| | 9a-4p | 5 | Collingsworth County | County Courthouse | ✓ |
| | 9a-4p | 5 | Foard County Crowell | Sheriff's Conference Room | ✓ |
| | 9a-4p | 5 | Hartley County Channing | County Courthouse | ✓ |
| | 9a-4p | 5 | Motley County Matador | County Courthouse, 2nd Floor | ✓ |
| | 9a-4p | 5 | Stonewall County Aspermont | County Courthouse | ✓ |
| | 9a-4p | 5 | Wheeler County Shamrock | County Courthouse | ✓ |
| | 9a-4p | 6B | Blanco County Johnson City | Johnson City Courthouse | ✓ |