Updated: April 24, 2014

# Upcoming County Services
## 2 Weeks Out



Election Identification Certificates
State and County Participation

| Date | Time | Region | County City | Building | Verified by DLD |
|---|---|---|---|---|---|
| Thursday May 8 | 9a-4p | 4 | Glasscock County, Garden City | Glasscock Community Center | ✓ |
| | 9a-4p | 5 | Collingsworth County | County Courthouse | ✓ |
| | 9a-4p | 5 | Foard County, Crowell | Sheriff's Conference Room | ✓ |
| | 9a-4p | 5 | Hartley County, Channing | County Courthouse | ✓ |
| | 9a-4p | 5 | Motley County, Matador | County Courthouse, 2nd Floor | ✓ |
| | 9a-4p | 5 | Stonewall County, Aspermont | County Courthouse | ✓ |
| | 9a-4p | 5 | Wheeler County, Shamrock | County Courthouse | ✓ |
| Friday May 9 | No County Services | | | | |



Updated: April 24, 2014

# Weekly County Services

## By Region – Week beginning 4/28

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thur 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse<br>Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St<br>Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom<br>Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center<br>Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial<br>Miami, TX |

Updated: April 24, 2014

# Weekly County Services

**Election Identification Certificates**
**State and County Participation**

## By Region – Week beginning 5/5

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |

Updated: April 24, 2014

**Election Identification Certificates**
**State and County Participation**

# Weekly County Services
## By Region – Week beginning 5/12

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers<br>Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse<br>Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room<br>Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse<br>Channing, TX |
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 5 | Motley | 9A-4P | 2nd Floor, County Courthouse<br>Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse<br>Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse<br>Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place<br>El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse<br>El Paso, TX |

Updated: April 24, 2014

# Weekly County Services

**Election Identification Certificates — State and County Participation**

## By Region – Week beginning 5/19

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thur 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |



**Election Identification Certificates
State and County Participation**

Updated: April 28, 2014

EIC approved and issued: 250
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 269
(250 / 0 / 19 / 269)

- County processing EICs (54)
  MOU signed, Staff Trained, Equipment working
- County trained but has not returned MOU (1)
  Upton County MOU expected April 28
- County to be trained (0)
- County covered by DL Employees (17)
  *Number of EICs issued since 18 Jan, 2014 reflected beneath county name*
- County to be covered by HHSC (7)
  Archer – Training April 29    Falls – Training May 6
  San Saba – Training April 30   Blanco – Training pending
  Sabine – Training May 5

Garza – Training Completed
Potter – Training Completed

Updated: April 28, 2014

# Weekly County Services
## By Region – Week beginning 4/28

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| | | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| Tues 4/29 Wed 4/30 Thur 5/1 | 5 | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial Miami, TX |

Updated: April 28, 2014

# Weekly County Services

## By Region – Week beginning 5/5

Election Identification Certificates State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6, Wed 5/7, Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center, Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse, Johnson City, TX |