Updated: April 28, 2014

# Weekly County Services

**Election Identification Certificates**
**State and County Participation**

## By Region – Week beginning 5/12

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse Channing, TX |
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 5 | Motley | 9A-4P | 2nd Floor, County Courthouse Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse El Paso, TX |

Updated: April 28, 2014

# Weekly County Services

## Election Identification Certificates
## State and County Participation

## By Region – Week beginning 5/19

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21 Thur 5/22 Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse Leakey, TX |
| Tues 5/20 Wed 5/21 Thur 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |

4/28/2014 4:10:16 PM



Election Identification Certificates
State and County Participation

As of April 29, 2014

EIC approved and issued: 251
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 270
(251 / 0 / 19 / 270)

County processing EICs (55)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (0)

County covered by DL Employees (17)
*Number of EICs issued since 18 Jan, 2014 reflected beneath county name*

County to be covered by HHSC (7)
San Saba ~ Training April 30        Blanco ~ Training pending
Sabine ~ Training May 5
Falls ~ Training May 6

Garza ~ Training Completed        Archer ~ Training Completed
Potter ~ Training Completed

As of April 29, 2014

# Weekly County Services
## By Region – Week beginning 4/28

Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| | | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | 5 | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |
| Tues 4/29 Wed 4/30 Thur 5/1 | | Roberts | 9A-4P | 300 East Commercial Miami, TX |

As of April 29, 2014

# Weekly County Services



Election Identification Certificates
State and County Participation

## By Region – Week beginning 5/5

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse Johnson City, TX |

As of April 29, 2014

**Election Identification Certificates**
**State and County Participation**

# Weekly County Services
# By Region – Week beginning 5/12

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers<br>Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse<br>Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room<br>Crowell, TX |
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 5 | Hartley | 9A-4P | County Courthouse<br>Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse<br>Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse<br>Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse<br>Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place<br>El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse<br>El Paso, TX |

As of April 29, 2014

**Election Identification Certificates**
**State and County Participation**

# Weekly County Services
## By Region – Week beginning 5/19

| Dates | Region/ Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21 Thur 5/22 Fri 5/23 | 3 | Real | 9A–4P | Real County Courthouse Leakey, TX |
| | | Hudspeth | 9A–4P | Hudspeth County Sheriff's Office Sierra Blanca, TX |
| Tues 5/20 Wed 5/21 Thur 5/22 | 4 | Mason | 9A–4P | Mason County Museum Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A–4P | Blanco County Courthouse Johnson City, TX |

4/29/2014 4:17 PM

