As of April 30, 2014

**Election Identification Certificates
State and County Participation**

# Weekly County Services
## By Region – Week beginning 4/28

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thur 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse<br>Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St<br>Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom<br>Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center<br>Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial<br>Miami, TX |

As of April 30, 2014

# Weekly County Services

**Election Identification Certificates**
**State and County Participation**

## By Region – Week beginning 5/5

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A–4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A–4P | County Courthouse<br>Johnson City, TX |

As of April 30, 2014

# Weekly County Services
## By Region – Week beginning 5/12

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers<br>Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse<br>Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room<br>Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse<br>Channing, TX |
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 5 | Motley | 9A-4P | 2nd Floor, County Courthouse<br>Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse<br>Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse<br>Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place<br>El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse<br>El Paso, TX |

As of April 30, 2014

# Weekly County Services
## By Region – Week beginning 5/19

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thur 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX |
|  |  | Mason | 9A-4P | Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |

4/30/2014 4:32 PM



As of May 1, 2014

# Weekly County Services
## By Region – Week beginning 4/28

**Election Identification Certificates State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thur 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse<br>Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St<br>Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom<br>Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center<br>Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial<br>Miami, TX |

As of May 1, 2014

# Weekly County Services
## By Region – Week beginning 5/5

**Election Identification Certificates**
**State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |

As of May 1, 2014

# Weekly County Services

**Election Identification Certificates**
**State and County Participation**

## By Region – Week beginning 5/12

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13　Wed 5/14　Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers　Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse　Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room　Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse　Channing, TX |
| Tues 5/13　Wed 5/14　Fri 5/15 | 5 | Motley | 9A-4P | 2nd Floor, County Courthouse　Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse　Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse　Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse　Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place　El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse　El Paso, TX |