As of May 1, 2014

# Weekly County Services
## Election Identification Certificates
## State and County Participation
## By Region – Week beginning 5/19

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| Tues 5/20 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX |
| Wed 5/21<br>Thur 5/22 | 4 | Mason | 9A-4P | Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |



As of May 2, 2014

# Weekly County Services

**Election Identification Certificates — State and County Participation**

## By Region – Week beginning 4/28

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29 Wed 4/30 Thu 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial Miami, TX |

As of May 2, 2014

# Weekly County Services
## By Region – Week beginning 5/5

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6 Wed 5/7 Thu 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse Johnson City, TX |

As of May 2, 2014

# Weekly County Services
## Election Identification Certificates
### State and County Participation
### By Region – Week beginning 5/12

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13, Wed 5/14, Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers, Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse, Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room, Crowell, TX |
| Tues 5/13, Wed 5/14, Thu 5/15 | 5 | Hartley | 9A-4P | County Courthouse, Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse, Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse, Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse, Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse, Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place, El Paso, TX |
| Thu 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse, El Paso, TX |

As of May 2, 2014

# Weekly County Services

Election Identification Certificates
State and County Participation

## By Region – Week beginning 5/19

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thu 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| Tues 5/20 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX |
| Wed 5/21<br>Thu 5/22 | 4 | Mason | 9A-4P | Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |

5/2/2014 3:47 PM



**Election Identification Certificates**
**State and County Participation**

As of May 5, 2014

EIC approved and issued: 252
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 271
(252 / 0 / 19 / 271)

County processing EICs (55)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (0)

County to be trained (0)
Newton County May 13 (R)

County covered by DL Employees (17)
*Number of EICs issued since 18 Jan, 2014 reflected beneath county name*

County to be covered by HHSC (7)
Falls – Training May 6
Blanco – Training May 7

Garza – Training Completed    Archer – Training Completed
Potter – Training Completed San Saba – Training Completed
Sabine – Training Completed

As of May 5, 2014



# Weekly County Services
## By Region – Week beginning 5/5

**Election Identification Certificates
State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thu 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |

As of May 5, 2014

# Weekly County Services
## By Region – Week beginning 5/12

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers<br>Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse<br>Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room<br>Crowell, TX |
| Tues 5/13<br>Wed 5/14<br>Thu 5/15 | 5 | Hartley | 9A-4P | County Courthouse<br>Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse<br>Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse<br>Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse<br>Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place<br>El Paso, TX |
| Thu 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse<br>El Paso, TX |