As of May 5, 2014

# Weekly County Services

**Election Identification Certificates — State and County Participation**

## By Region – Week beginning 5/19

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thu 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| Tues 5/20 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX |
| Wed 5/21<br>Thu 5/22 | 4 | Mason | 9A-4P | Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |

5/5/2014 4:45 PM

As of May 5, 2014

# Weekly County Services
## Election Identification Certificates
### State and County Participation
## By Region – Week beginning 4/28

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thu 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse<br>Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St<br>Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom<br>Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center<br>Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial<br>Miami, TX |