PL413
9/2/2014
2:13-cv-00193

# Driver License Division Customer Operations, Region 1A

Salestus Winkley, Regional Manager, 0F107289
- Cherice Vivion, Administrative Assistant, 0F107387
- Imogene Favors, Administrative Assistant, 0F107354

Adriana Soto, Assistant Manager, 0F107291

Timothy Smith, Assistant Manager, 0F107292
- Wendi Mindt, Administrative Assistant, 0F107448

Richard Souder, Assistant Manager, 0F108499

## Jenita Washington, Office Supervisor, 0F107303 — 1A04 — Dallas Southwest (9-1)

| Name | Position |
|---|---|
| nett, Sara | 0F107388 |
| Gee, Angelika | 0F107397 |
| a-Correa, Sherryl | 0F107445 |
| wn, Edwina | 0F107337 |
| ier, Jazma | 0F107327 |
| ker, Nancy | 0F107355 |
| rence, Ida | 0F107453 |
| , Mary | 0F107424 |
| nson, Brenda | 0F107394 |
| e, Regina | 0F107421 |
| n, Nancy | 0F107415 |
| d, Kathy | 0F107419 |

## Yaritza Ortiz Luna, Office Supervisor, 0F110034 — 1A15 — Dallas Downtown

| Name | Position |
|---|---|
| VACANT | 0F110022 |
| VACANT | 0F110025 |
| Nutting, Denise | 0F110035 |
| Bell, Karen | 0F110021 |
| De La Cruz, Angelica | 0F110032 |
| De La Cruz, Griselda | 0F110028 |
| Fingerle, Sandra | 0F110026 |
| Garcia Flores, Manuel | 0F110023 |
| Godinez, Ruben | 8F110020 |
| Merica, Jennifer | 0F110030 |
| Moller, Jenny | 0F110031 |
| Nguyen-Aldridge, Hang | 0F110024 |
| Rodriguez, Juan | 0F110029 |
| Wyckoff, Evelyn | 0F110027 |
| Logan Delia | 0F110033 |

## Maria De Leon, Office Supervisor, 0F107304 — 1A05 — Carrollton (9-1)

| Name | Position |
|---|---|
| Theodore, Erika | 0F107343 |
| Flores, Luis | 0F107356 |
| Lewis, Valorie | 0F107409 |
| Culberson, Rhonda | 0F107438 |
| Martinez, Erika | 0F107391 |
| Ray, Charlotte | 0F107335 |
| Vera, Christina | 0F107357 |
| White, Jeffrey | 0F107396 |
| Young, Roger | 0F107350 |
| Alderman, Vickie | 0F107423 |
| Allen, Brenda | 0F107430 |
| Alvarez, Imelda | 0F107436 |
| Schilder, Florence | 0F107426 |
| Tapia, Cindy | 0F107377 |

## Martha Sandoval, Office Supervisor, 0F107305 — 1A06 — Irving (8-1)

| Name | Position |
|---|---|
| VACANT | 0F107404 |
| VACANT | 0F107345 |
| VACANT | 0F107313 |
| VACANT | 0F107341 |
| Gutierrez-Martinez, Veroi | 0F107346 |
| Green, Helen | 0F107319 |
| Staten, Linder | 0F107330 |
| Garza, Jackie | 0F107378 |
| Norman, Monica | 0F107408 |
| Rodriguez, Abraham | 0F107349 |
| Vozel, Frances | 0F107457 |
| Estes, Charlotte | 0F107418 |
| Takacs, Cynthia | 0F107413 |

## Warren Wells, Office Supervisor, 0F107298 — 1A07 — Grand Prairie (6-0)

| Name | Position |
|---|---|
| Kirby, Rochelle | 0F107312 |
| Darden, Debbie | 0F107406 |
| Flores, Shelly | 0F107347 |
| Rouwti, Hershana | 0F107342 |
| Tillman, Camille | 0F107403 |
| Williams, Erika | 0F107435 |
| Wright, David | 0F107390 |
| Garza, Kathryn | 0F107459 |
| Dean, Jane | 0F107422 |

## Patricia DiGirolomo, Office Supervisor, 0F107306 — 1A08 — Cedar Hill (9-1)

| Name | Position |
|---|---|
| Zamora, Kimberly | 0F107316 |
| Kuykendall, Erin | 0F107344 |
| Canalez, Pearl | 0F107398 |
| Page, Pecolia | 0F107351 |
| Nedd, Yolanda | 0F107412 |
| Sharp, Velma | 0F107329 |
| Cano, Renee | 0F107393 |
| Kopesky, Hazel | 0F107420 |
| Rubio, Rebecca | 0F107380 |

## Luke Silverman, Office Supervisor, 0F107359 — 1A09

| Name | Position |
|---|---|
| **Longview (6-0)** | |
| Page, Carolyn | 0F107317 |
| Wells, Michael | 0F107318 |
| Burnett, Audrey | 0F107293 |
| Johnson, Crystal | 0F107439 |
| Levingston, Tonia | 0F107444 |
| Meadows, Charlotte | 0F108597 |
| Seastrunk, Chasity | 0F107375 |
| **Marshall (2-0)** | |
| Honeycutt, Mayla | 0F107334 |
| Mattox, Ronald | 0F107299 |
| Smith, Pamela | 0F107360 |
| **Gilmer (2-0)** | |
| Archer, Donna | 0F107368 |
| Cooper, Tina | 0F107322 |
| **Henderson (2-0)** | |
| Poole, Lora | 0F107386 |
| Williams, Glenevа | 0F107366 |
| **Carthage (1-0)** | |
| VACANT | 0F107434 |

## Sherry Johnson-Roberson, Office Supervisor, 0F107302 — 1A10

| Name | Position |
|---|---|
| **Tyler (6-0)** | |
| CDL Tester | |
| Bockmon, Jarrod | 0F107373 |
| Mills, Cheryl | 0F107364 |
| Abbott, Breanna | 0F107352 |
| Barrett, Deitra | 0F107437 |
| Butler, William | 0F107449 |
| Chasson, Stacey | 0F108581 |
| Hamilton, Jody | 0F107433 |
| Jackson, Patricia | 0F107442 |
| Johnson, Jessica | 0F107452 |
| Luther, Sally | 0F108580 |
| **Quitman (2-0)** | |
| Foster, Rebecca | 0F107389 |
| Wheeler, Christin | 0F107370 |
| **Jacksonville (2-0)** | |
| Bell, Melody | 0F108515 |
| Stringer, Kathryn | 0F107362 |

## Joy Rhea, Office Supervisor, 0F107307 — 1A11

| Name | Position |
|---|---|
| **Mount Pleasant (3-0)** | |
| Manasco, Shannon | 0F107323 |
| Vera, Britnie | 0F107369 |
| Cannon, Amanda | 0F107371 |
| LeShaw, Keshia | 0F107450 |
| **Texarkana (3-0)** | |
| Garvey, Carrie | 0F107374 |
| Hale, Lacy | 0F107447 |
| Puckett, Lori | 0F107365 |
| **Sulphur Springs (2-0)** | |
| Daniel, Cynthia | 0F107332 |
| Darrow, Caryn | 0F107321 |
| **Daingerfield (1-0)** | |
| Ralston, Elizabeth | 0F107361 |
| **New Boston (1-0)** | |
| Lyon, Janet | 0F107324 |
| **Atlanta (1-0) / Linden (not open)** | |
| Crow, Connie | 0F107441 |
| **Clarksville (1-0)** | |
| Shovan, Suzanne | 0F107325 |

## Kimberley Stevens, Office Supervisor, 0F108500 — 1A12 — Garland Mega Center

| Name | Position |
|---|---|
| VACANT | 0F108554 |
| Bahm, Lisa | 8F109521 |
| Brown, Shelley | 0F107144 |
| Copeland, Tracey | 8F109519 |
| Corona, Ashley | 0F108550 |
| Daniels, Kathy | 8F109952 |
| Davis, Felecia | 0F108569 |
| Estrada-Sillas, Esmeralda | 0F108567 |
| Martinez, Yolanda | 8F109518 |
| McHenry, Elijah | 0F108509 |
| Osborne, Patricia | 0F108552 |
| Oster, Lauren | 8F109953 |
| Parker, Jacqueline | 0F108578 |
| Peterson, Marla | 0F108568 |
| Powell, Keshia | 0F108566 |
| Retinas, Daniel | 0F108510 |
| Santangelo, Veronica | 0F108551 |
| Todd, Cynthia | 0F108553 |
| Washington, Gaylord | 8F109520 |

## Utanah Hoermann, Office Supervisor, 0F108502 — 1A13 — Garland Mega Center

| Name | Position |
|---|---|
| Woods, Cecilia | 0F108505 |
| VACANT | 8F109523 |
| VACANT | 0F108560 |
| Bahena, Gabriela | 0F108570 |
| Barkley, Ray | 0F108555 |
| Barnhart, Janice | 8F109955 |
| Black, Rachel | 0F108507 |
| Breban-Odgers, Nicoleta | 0F108559 |
| Castille, Dewey | 8F109527 |
| Collier, Amanda | 8F109954 |
| Damiani, Angelica | 8F109956 |
| Drones-Ates, Betty | 8F109522 |
| Dunlap, Taniah | 0F108573 |
| Johnson, Tiffany | 0F108579 |
| Perez, Maribel | 0F108591 |
| Reed, Lisa | 0F108572 |
| Reyes, Erika | 0F108558 |
| Sauerland, Donna | 0F108556 |
| Slack, Esdondalia | 0F108577 |
| Sutton-Yeager, Melisa | 0F108557 |
| Wilson, Marshandala | 0F108571 |

## Amy Krizan, Office Supervisor, 0F108501 — 1A14 — Garland Mega Center

| Name | Position |
|---|---|
| VACANT | 0F10736[illegible] |
| VACANT | 0F10859[illegible] |
| Anderson, Douglas | 8F10995[illegible] |
| Barnes, Ericka | 0F10851[illegible] |
| Campbell, Lyman | 8F10952[illegible] |
| Fort, Sasha | 0F10857[illegible] |
| Glover, BreAunna | 0F108561 |
| Goldade, Theresa | 0F10858[illegible] |
| Griffin, Wanda | 8F10952[illegible] |
| Herrera, Laura | 0F10856[illegible] |
| Jones, Angel | 0F10856[illegible] |
| Khan, Abdul | 0F10856[illegible] |
| Langschwager, Sylvia | 0F10857[illegible] |
| Love, Kendra | 8F10995[illegible] |
| Morris, Mitzi | 0F10857[illegible] |
| Pritchett, Frank | 0F10856[illegible] |
| Regalado, Raul | 0F10858[illegible] |
| Siddons, Janice | 8F10952[illegible] |
| Villanueva, Maria | 8F10995[illegible] |

## Counts printed below each office column

| 1A04 | 1A15 | 1A05 | 1A06 | 1A07 | 1A08 | 1A09 | 1A10 | 1A11 | 1A12 | 1A13 | 1A14 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 19 | 1 | 19 |
| 2 | 12 | 2 | 2 | 6 | 1 | 1 | 1 | 1 | 0 | 20 | 0 |
| 3 | 1 | 6 | 7 | 5 | 4 | 13 | 12 | 11 | | 0 | |
| 5 | 1 | 5 | 5 | 1 | 3 | 0 | 0 | 0 | | | |
| 5 | | | 2 | | | | | | | | |

| VACANCY STATUS | OVERSTRENGTH |
|---|---|
| | |
| | |
| | |
| | |
| Created , 1 in Hire Status, 2 Pulling from Elig List | |
| ed | |
| | |
| | |
| | |
| | 0 |

| REGION 1A OFFICES | TOTAL |
|---|---|
| Full Time DLS Offices | 27 |
| Scheduled DLS Offices | 1 |
| TOTAL | 28 |

| SCHEDULED OFFICES |
|---|
| 1A02 Emory - Every Wednesday, 1st & 3rd Thursday 9:00 - 4:00 |

| VACANCY STATUS | OVERSTRENGTH |
|---|---|
| | |
| | |
| ility List | |
| | |
| | |
| | |
| | 0 |

Rodriguez
EXHIBIT NO. 104
Kim Seibert

# Driver License Division, Customer Operations, Region 1B

**Stephen Berkley**
**Regional Manager**
**0F107460**

Adrienne Trevino, Administrative Assistant, 0F107508

Stephanie Hunter, Administrative Assistant, 0F107608

Kathy Stallings, Administrative Assistant, 0F07501

Candice Hartline, Assistant Manager, 0F107461

Janet Patterson, Assistant Manager, 0F107463

Deborah Pitzer, Assistant Manager, 0F108692

---

rt 0F107467

8- 1 )

- 0F107509
- 0F107511
- 0F107502
- 0F107625
- 0F107549
- 0F108529
- 0F107574
- 0F107567
- 0F107589
- 0F107492
- 0F108533
- 0F107611
- 0F107623
- 0F107597
- 0F107603

## Tatia Paul, Office Supervisor 0F107473 — 1B4

**Weatherford ( 4-0 )**
- Berkins, Anna 0F107618
- Graham, Katie 0F107541
- Looney, Diana 0F107529
- Marcoux, Shona 0F107609
- Palacios, Evangelina 0F107559

**Mineral Wells ( 2-0 )**
- Rios, Maricela 0F107537
- Trammell, Margaret 0F107527

**Decatur ( 3-0 )**
- Biondo, Michelle 0F107482
- Barker, Isabella 0F107495
- Blas, Christine 0F107543
- McDowell, Robin 0F107545

1
0
10
0
0

## Cheri Fisher, Office Supervisor 0F107474 — 1B5

**Plano ( 12- 2 )**
- Gregorski, Bonnie 0F107475
- Adams, Rebecca 0F107512
- Pennington, Clark 0F107503
- Abe, Gbadebo 0F107518
- Beachly, Debra 0F107514
- Carroll, Tonya 0F107553
- Chan, Esther 0F107578
- Espindola, Alberto 0F108513
- Forse, Robert 0F107520
- Hasan, Asad 0F107572
- Hill, Geralynn 0F107565
- Kellogg, Garrett 0F107521
- Lampkin, Eddie 0F108528
- Mitchell, Jordan 0F107519
- Barber, Jo Dee 0F107598
- Berkhout, Candice 0F107616
- Hartline, Teresa 0F107599
- Lopez, Paula 0F107615
- Valadez, Rosalinda 8F109528

1
2
11
0
5

## Lisa Knight, Office Supervisor 0F107472 — 1B6

**McKinney ( 8- 1 )**
- Kellogg, Karen 0F107504
- Adrian, Stephanie 0F107485
- Creed, Heather 0F107610
- Barnes, Kathy 0F107550
- Denniston, Christine 0F107493
- Elie, Kenesha 0F107582
- Eure, Judy 0F107570
- Goodwin, Debbie 0F107548
- Hillblom, Maria 0F107617
- Milner, Vicki 0F107515
- Reyna, Susanna 0F107619
- Shepherd, William 0F108517
- Sunco, Joseph 0F108516
- Tan, Xia 0F107524

**Bonham ( 1- 0 )**
- Maynard, Rebecca 0F107546

**Paris ( 2- 0 )**
- Keele, Leslie 0F107533
- Widner, Michelle 0F107542

1
2
14
0
0

## Robert Dean, Office Supervisor 0F107470 — 1B7

**Denton ( 4- 1 )**
- Guest, Christy 0F107506
- Macalik, Rebecca 0F107487
- Bishop, Pamela 0F107523
- Crawford, Conley 0F107564
- Jenkins, Judith 0F107591
- Reynolds, Jamie 0F108518
- Ringler, David 0F107510
- Smith, Roberta 0F107516
- Torres, Quarry 0F108519
- Williams, Jessica 0F107606

**Gainesville ( 2- 0 )**
- Johnson, Amanda 0F107547
- Lemond, Rory 0F107596
- Stevens, Martha 0F107630

1
1
11
0
0

## Fannie Anderson, Office Supervisor 0F107466 — 1B8

**Lewisville ( 6- 1 )**
- Allen, Tanyma 0F107592
- Collins, D'Andrea 0F107561
- Epps, Randy 0F107491
- Hargrove, Brittney 0F107560
- Hodges, Keri 0F108508
- Jackson, Cynthia 0F107505
- Pearson, Emily 0F107588
- Reed, Katy 0F107563
- Shephard, Nadine 0F108598
- Washington, Dayshun 0F107571

**Sherman ( 4- 0 )**
- Meade, Jennifer 0F107535
- Adams, Michael 0F107532
- Drake, Katheryn 0F107607
- Jackson, Linda 0F107540
- Michael, Ronald 0F107534

1
0
14
0
0

## Mary Stables, Office Supervisor 0F107469 — 1B9

**Waxahachie ( 8-1 )**
- Bolton, Ronna 0F107477
- Canen, Denita 0F107489
- Jeter, Michael 0F107490
- Batson, Terry 0F107620
- Beggs, Stacie 0F107613
- Bornemeier, Janis 0F107558
- English, Cheryl 0F107605
- Kampschafer, Kristine 0F107621
- Sullivan, Casey 0F107622
- Valdez, Nancy 0F107612
- VACANT 0F107555

**Athens ( 3-0 )**
- Rios, Tammy 0F107544
- Shauchunas, Chad 0F107530
- Williams, Wendy 0F107497

**Corsicana ( 2-0 )**
- Lively, Danna 0F107528
- Loftis, Cecilia 0F107626
- McClanahan, Camille 0F107539

**Palestine ( 2-0 )**
- Flores, Rebecca 0F107496
- Franklin, Deborah 0F107595

1
2
15
0
1

## Janet Lamp, Office Supervisor 0F107471 — 1B10

**Arlington ( 10-1 )**
- Acosta, Robert 0F107476
- Pitzer, Kimberly 0F107481
- Western, Valerie 0F107486
- Berry, Lorraine 0F107576
- Gorman, Kristi 0F107583
- Johnson, Tinika 0F107498
- McHolland-Ward, Nathan 0F107499
- Whitaker, Jamie 0F107507
- Ahlstedt, Beverly 0F107602
- Degner, Linda 0F107590
- Kendricks, Marietta 0F107551
- Martin, Sherri 0F107601
- Underwood, Nita 0F107552
- Welch, Charlotte 0F107600

1
2
5
0
6

## Sylvia Phillips, Office Supervisor 0F107465 — 1B11

**Cleburne ( 6-0 )**
- VACANT 0F107556
- Aikman, Heather 0F108520
- Ballard, Debra 0F107526
- Brown, Janice 0F107585
- McDonald, Heather 0F107575
- Sharley, Regana 0F107581
- West, Rachel 0F107538

**Granbury ( 2-0 )**
- Beck, Rachel 0F107536
- Jackson, Roxie 0F107531
- Ruberg, Heidi (.5) 0F107632

**Stephenville ( 2-0 )**
- Colunga, Kaitlyn 0F107488
- Corbitt, Cecil 0F107614

1
0
10
0.5
0

## Angela Kimbrough, Office Supervisor 0F108503 — 1B12

**Mega Center ( 11-3 )**

Torres, Deanna 0F108506

- Fowler-Ockletree, Latresha 0F108525
- Allen, Christopher 0F108532
- Bates, Jason 0F108522
- Bell, Amanda 8F109529
- Bullard, Brandi 8F109962
- Ceniceros, Rosa 0F108549
- Chambers, Janice 0F108514
- Clontz, Carolyn 0F108527
- Eastmond, Jeremy 8F109960
- Glenn, Kari 0F108530
- Horne, Jessica 0F108521
- Kimbrough, Angela 0F108523
- Lim, Charlani 0F108524
- Lopez, ZaQueshala 8F109961
- McKinney, Debra 0F108526
- Mejia, Yvette 8F109530
- Mettler, Christine 0F108512
- Stokes, Carie 8F109531
- Walker, Debbra 0F108531

1
1
17
0
1

## Venus Munoz, Office Supervisor 0F108504 — 1B13

**Mega Center ( 11-2 )**
- Clair, Shera 0F108544
- Dell, Barbara 0F108546
- Dirton, Gloria 0F108542
- Gamble-Redmond, Adrian 8F109965
- Haas, Malcolm 8F109533
- Hall, Kami 8F109532
- Hollie, Kristi 0F108548
- Jefferson, Natasha 8F109964
- Keeton, Keisha 0F108547
- Kendricks, Wilbert 0F108535
- Lucero, Tammy 0F108536
- Malone, Sheryl 8F109534
- Mayo Jr., Cleveland 0F108534
- Roquemore, Estee 0F108545
- Stephenson, Mary 0F108540
- Thrasher, Deanna 0F108543
- Tircuit, Brittany 0F108538
- Vera, Yoama 8F109535
- Whittaker, Alan 0F108541
- Woollolk, Lambretta 8F109963

**Fort Worth East ( 2-0 )**

0
0
20
0
0

| REGION 1B OFFICES | TOTAL |
|---|---|
| Full Time DLS Offices | 23 |
| Scheduled DLS Offices | 1 |
| TOTAL | 24 |

# Driver License Division Customer Operations, Region 2A

Thomas Carter
Regional Manager
0F207633

Marilyn Dornom
Administrative Assistant 0F207714

Rosa Trevino
Administrative Assistant 0F207671

Maggie Bailey
Administrative Assistant 0F207772

Carolyn Ford
Assistant Manager
0F207635

Patricia Jones
Assistant Manager
0F207637

Sylvia Guerra
Assistant Manager
0F208582

| ...ankonien | |
|---|---|
| ...or | 0F207642 |
| ...11 | |
| ...n (8-1) | |
| ...yl | 0F207675 |
| ... | 0F207719 |
| | 0F208585 |
| ...ina | 0F208668 |
| ...gy | 0F207791 |
| | 0F207674 |
| | 0F207775 |
| ...lia | 0F207709 |
| | 0F207666 |
| ...ia | 0F207726 |
| | 0F207789 |
| ...59 | 0F207777 |
| ...rville | |
| | 0F208584 |
| ...well | |

| Michelle Williams | |
|---|---|
| Office Supervisor | 0F207645 |
| 2A03 | |
| Townhurst (7-2) | |
| Jones, Michelle | 0F207655 |
| Bell, Brandon | 0F207781 |
| Dilworth, Delasean | 0F207658 |
| Faniel, Leonetta | 0F207634 |
| Godinez, M Pilar | 0F207695 |
| Halladay, Bridget | 0F207755 |
| Ham, Ruby | 0F207779 |
| Hollis, Evelyn | 8F210036 |
| Jolivette, Stephanie | 0F207736 |
| Jones, Lubertha | 0F207773 |
| Magallanez, Diane | 0F207663 |
| McLaughlin, Deborah | 0F207782 |
| Morton, Anthony 2/3 | 0F207744 |
| Starr, Andrea | 0F207790 |
| Taylor, Brittany 2/3 | 0F207780 |
| Ulm, Jack | 0F207729 |
| Williams, Joseph .5 | 0F207800 |

| Kathy Cullen | |
|---|---|
| Office Supervisor | 0F207641 |
| 2A04 | |
| Vantage (8-2) | |
| Crass, Amanda | 0F207672 |
| Aguilar, August | 0F207745 |
| Alexander, Dorothy | 0F207771 |
| Colston, Janice | 0F207770 |
| DeLeon, Semedina | 0F207683 |
| Garcia, Sendy | 0F207715 |
| Harden, Antonia | 0F207754 |
| Krauel, Carol | 0F207668 |
| Lewis, Joyce | 0F207734 |
| Lucas, Marilyn | 0F207670 |
| Mercadel, Brad | 0F207694 |
| Ontiveros, Jemima | 0F207747 |
| Platas, Lydia | 0F207738 |
| Turner, Birtha | 0F207765 |
| Webster, Pamela | 0F207760 |

| Wendy Schmidt | |
|---|---|
| Office Supervisor | 0F207776 |
| 2A10 | |
| Columbus (2-0) | |
| Alley, Stacy | 0F207676 |
| Parker, Shelba | 0F207792 |
| Brenham (2-0) | |
| Brooks, Geneva | 0F207722 |
| Janes, Leah | 0F207710 |
| Schroeder, Doris | 0F207711 |
| Hempstead (2-0) | |
| Miller, Shelley | 0F207707 |
| Hull, Bonnie | 0F207768 |
| Vacant 4/16/14 | 0F207723 |
| Santee, Deadra | 0F207730 |
| Pierce (2-0) | |
| Humphres-Robles, Latisha | 0F207787 |
| Meyen, Felix | 0F207784 |
| Stade, Debra | 0F207718 |
| Bay City (2-0) | |
| Garcia, Mary L | 0F207720 |
| Vacant 3/17/14 | 0F207673 |

| Ebony Lemora | |
|---|---|
| Office Supervisor | 0F0207647 |
| 2A05 | |
| Gessner (8-6) | |
| Rhodes, Danne | 0F207651 |
| Black, Sheila | 8F209975 |
| Bounds, Tarah | 0F207751 |
| Burnokwer, Klokpah | 8F209981 |
| Colin, Luis | 0F207660 |
| Gomez, Yolanda | 0F207725 |
| Graves, Phyllis | 8F209974 |
| Gray, Pamela | 8F209543 |
| Harris, LaToya | 0F207762 |
| Holley, Cathresha | 8F209545 |
| Jimenez, Susy | 0F207761 |
| Nelson, Kendra | 8F209980 |
| Parker, Kyla | 8F209539 |
| Polanco, Mechelle | 0F207698 |
| Rowe, Susan | 0F207788 |
| Sandles, Tiffany | 8F209558 |
| Stepherson, Natasha | 0F207793 |
| Tanner, William | 0F207691 |
| Tillis, Emily | 0F207798 |
| Vu, Dee Dee | 0F207705 |
| Wilson, Kelley | 0F207697 |
| Vacant 3/4/14 | 0F207735 |

| Thu Hang Nguyen | |
|---|---|
| Office Supervisor | 0F207639 |
| 2A06 | |
| Gessner (11-0) | |
| Berry, Deborah | 0F207677 |
| Blackmon-Garner, Tiffany | 0F207753 |
| Clark, Beaunica | 0F207700 |
| Fiest, Christopher | 8F209547 |
| Franklin, Lillie | 0F207684 |
| Kelley, Eloise | 0F207685 |
| Lim, Angela | 0F207767 |
| McCormick, Monique | 0F207732 |
| McGill, Angela | 0F207758 |
| McNeese, Thelma | 8F209979 |
| Morton, Idell | 0F207785 |
| Oliver, Ruthie | 0F207656 |
| Pasley, David | 8F209538 |
| Rasmus, Shuronda | 0F207703 |
| Rodriguez, Jasmin | 0F207731 |
| Smith, LaWanda | 8F209978 |
| Times, Jonathan | 8F209536 |
| Tudor, Tasha | 0F207757 |
| Williams, Kirsten | 8F209541 |
| Witz-Maltie, Peggy | 8F209544 |
| Vacant 4/1/14 | 8F209976 |
| Vacant 4/1/14 | 0F207654 |
| Vacant 4/14/14 | 0F207659 |

| Maria Mayfield | |
|---|---|
| Office Supervisor | 0F207644 |
| 2A07 | |
| Gessner (13-0) | |
| Bazan, Annette | 8F209542 |
| Brown, Jeannette | 0F207783 |
| Burleson, Arlieka | 0F207748 |
| Cadiz, Sonja | 0F207799 |
| Castle, Cleopatria | 0F207796 |
| Colin, Debora | 0F207797 |
| Cooper, Kenneth | 8F209977 |
| Cruz, Sheeba | 0F207778 |
| Douglas, Able | 8F209540 |
| DuVernay, Vanessa | 0F207733 |
| Guerrero, Toni | 0F207692 |
| Guy, Derrick | 0F207764 |
| Hamilton, Vanessa | 0F207682 |
| Jones, Doris | 0F207794 |
| Nervis, Paula | 8F209546 |
| Robinson, Bethel | 0F207657 |
| Rogers, Japhae | 0F207752 |
| Solomon, Trenise | 0F207667 |
| Switzer, Nicole | 0F207689 |
| Tan, Soo | 0F207664 |
| Williams, Yolanda | 8F209982 |
| Woodson, Rosia | 0F207743 |

| Sara Smith | |
|---|---|
| Office Supervisor | 0F207638 |
| 2A08 | |
| Rosenberg MegaCenter | |
| Howard, Nicole | 0F208590 |
| Carmona, Mary Ann | 0F207652 |
| Eiserman, Dale | 0F207679 |
| Garcia, Yolanda | 0F207680 |
| Garza, Se-iah | 0F208607 |
| Gibbs, Sabina | 0F208623 |
| Hannah, Richard | 0F208635 |
| Hassan, Zeenat | 0F207643 |
| Iqbal, Homayra | 8F209550 |
| Kahanek, Brenda | 0F207708 |
| Kyser, Nicole | 0F207712 |
| McKeown, Leslie | 0F208634 |
| Miranda, Raymond | 8F209969 |
| Mohamoud, Yolanda | 0F207713 |
| Molczyk, Robert | 8F209548 |
| Parikh, Mehul | 0F207721 |
| Stewart, Andreal | 8F209966 |
| Torres, Alma | 8F209973 |
| Tsinnijinie, Consuela | 0F208627 |
| Tyler, Melissa | 0F207727 |
| Urcuyo, Karen | 0F207693 |
| Vacant DPS02590 4/1 | 0F207678 |
| Vacant 3/31/14 | 0F207706 |

| Hector Alvarado | |
|---|---|
| Office Supervisor | 0F208586 |
| 2A09 | |
| Rosenberg MegaCenter | |
| Ahmad, Aejaz | 8F209971 |
| Barron, Anthony | 0F208612 |
| Blake, Candice | 0F208609 |
| Burke, Wynell | 0F207728 |
| Davis, Tanya | 0F208636 |
| Harrell, Lyshunda | 0F208628 |
| Haynes, Dontrell | 0F208633 |
| Howard, Stephanie | 0F208614 |
| McDaniel-Mackey, Jeremy | 0F208616 |
| Melott, Peggy | 0F208617 |
| Miller, Clara | 0F208606 |
| Morgan, Roshandria | 0F208613 |
| Munoz, Petrina | 8F209970 |
| Ortega, Sara | 0F208589 |
| Padilla, Valerie | 0F208619 |
| Rogers, LaQuinta | 0F208629 |
| Ross, Deidre | 8F209554 |
| Ruiz, Denise | 0F208611 |
| Shurtz, Cindy | 8F209967 |
| Smith, Nina | 8F209549 |
| Vacant.5 DPS02863 4/1/14 | 8F207145 |
| Vacant.5 DPS02863 12/1/1 | 8F209537 |

| Morgan Fry | |
|---|---|
| Office Supervisor | 0F208596 |
| 2A12 | |
| Rosenberg MegaCenter | |
| Avril, Shelina | 0F208632 |
| Bedford, Nola | 0F208610 |
| Cockrell, Stacy** | 8F209972 |
| French, Ginger | 8F209551 |
| Giles, Stacy | 8F209557 |
| Guerrero, Marilyn | 0F208630 |
| Haynes, Lawakah | 0F208621 |
| Johnson, Nicole | 0F208622 |
| Kelly, Shirley | 8F209556 |
| Marquez, Martin | 8F209552 |
| Montgomery, Rebecca | 0F208620 |
| Nieto, Juan | 0F208637 |
| Olaseni, Hattie | 0F208638 |
| Rowe, Mary L | 0F208663 |
| Sablan, Kimberlyn | 0F208625 |
| Sims, Janet | 8F209555 |
| Washington, Lisa | 0F208626 |
| Watkins, Samone | 8F209553 |
| Wright, Howard | 8F209968 |
| Vacant DPS02590 3/1/1 | 0F208618 |
| Vacant DPS02590 4/9/1 | 0F208652 |
| Vacant DPS02590 1/14 | 0F208631 |

**Decome

Custodian - Cordell Cheeks

| Michelle Williams | Kathy Cullen | Wendy Schmidt | Ebony Lemora | Thu Hang Nguyen | Maria Mayfield | Sara Smith | Hector Alvarado | Morgan Fry | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 2 | 0 | 4 | 0 | 2 | 0 | 10 |
| 1 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 8 |
| 2 | 0 | 0 | 2 | 2 | 4 | 2 | 0 | 0 | 39 |
| 12 | 11 | 11 | 16 | 19 | 14 | 18 | 20 | 22 | 178 |
| 1 | 3 | 2 | 1 | 2 | 0 | 2 | 0 | 0 | 17 |
| 0 | 0 | 2 | 1 | 3 | 0 | 1 | 0 | 3 | 11 |

| ...CIES | VACANCY STATUS | OVERSTRENGTH | MEGA CENTER LOSSES | MEGA CENTER GAINS |
|---|---|---|---|---|
| | | | Alvarado, Martha - Gessner | Sylvia Guerra - 2A |
| | | | *CSR-Sirena Williams [2A1] | Fry, Morgan [2A10] |
| | | | *Lead-Wendy Schmidt [2A2] | |
| | | | Lead-Hector Alvarado [2A] | |
| | pending transfer | | **CSR-Natasha Daily [2A11] | |
| | DPS02590 | | *CSR-Carol Sapp [2A7] | |
| | DPS02589,DPS02418,DPS02565 | | *CSR Sonja Dixon [2A2] | |
| | | | CSR-Deborah McLaughlin [2A5] | |
| | | | *Lead-Danna Rhodes [2A3] | |
| | | | *CSR-Annabell Patino [2A11] | |
| | | | *CSR-Karen Urcuyo [2A3] | |
| | | 0 | *Spring-Cypress **San Antonio | |

| REGION 2A OFFICES | OPEN |
|---|---|
| Full Time DLS Offices | 12 |
| Scheduled DLS Offices | 2 |
| TOTAL | 14 |
| DPS-owned Offices | 10 |
| SCHEDULED OFFICES | |
| 2A11 Caldwell | Tuesday 8:30 - 4:30 |
| 2A11 Centerville | W-Th 8:30 - 4:30 |

# Driver License Division Customer Operations, Region 2B

Jayme Johnson, Administrative Assistant, 207861

Conroe — Kathy Bergman, Regional Manager

Shereen Santiago, Administrative Assistant, 207860

Diann Manning, Assistant Manager, 207804 (Webster-Clear Lake)

Debra Bennett, Administrative Assistant, 207858

Alan Alexander, Assistant Manager, 207802 (Lufkin)

Melissa Corbett, Assistant Manager, 208583

**(partially visible column)** ...ona — 207807

...ST (6-1)

| | |
|---|---|
| | 207842 |
| | 207907 |
| z | 207912 |
| la | 207908 |
| | 207926 |
| | 208603 |
| | 207910 |
| | 207931 |
| | 207891 |
| - 0) | |
| | 207823 |
| | 207882 |

**Johnny Ward** — Office Supervisor 207815 — 2B04

| WINKLER (9 - 1) | |
|---|---|
| Nunez, Erica | 207826 |
| Faultry, Etta | 207820 |
| Finley, Isaac | 207857 |
| Gressett, Alicia | 207904 |
| Izaguirre, Oliva | 207853 |
| Johnson, Kaylie | 207915 |
| Montano, Sally | 207817 |
| Nelson, Jamieray | 207848 |
| Nelson, Tiffany | 207897 |
| Paris, Karyn | 207846 |
| Perez, Rosemary | 207833 |
| Perkins, Cassandra | 207852 |
| Barrientez, Sonya | 207903 |
| Valdez, Sylvia | 207929 |
| White, Brenda | 207847 |

1 / 2 / 12

**Tina Weir** — Office Supervisor 207809 — 2B05

| PASADENA (6-1) | |
|---|---|
| Bates, Kelly | 207874 |
| Fuentes, Glory | 207824 |
| Garcia, Carolyn | 207818 |
| Guzman, Laura | 207825 |
| Madrigal, Irma | 207921 |
| Miller, Vanessa | 207859 |
| Perez, Juan | 207831 |
| Chapman, Tiha | 207927 |
| Escobedo, Virginia | 207889 |
| Palacios, Cacilda | 207916 |

1 / 1 / 5 / 3

**Erica Cardenas** — Office Supervisor 207812 — 2B06

| TEXAS CITY (6 - 1) | |
|---|---|
| Dutton, Karen | 207875 |
| Broussard, Preston | 208639 |
| Davalos, Norma | 207892 |
| Garza, Graciela | 207871 |
| Jones, Debra | 207866 |
| Vela, Angelita | 207856 |
| Woods, Carrie | 207844 |
| **GALVESTON (2 - 0)** | |
| Hort, Brenda | 207946 |
| Davalos, Naomi | 207879 |
| Pegues, Rita | 207934 |

1 / 8 / 1

**Margaret Hunter** — Office Supervisor 207806 — 2B07

| CLEAR LAKE (5 - 1) | |
|---|---|
| Wilson, Teri | 207893 |
| Arredondo, Ulonda | 207917 |
| Harris, Charlotte | 207906 |
| Gutierrez, Candace | 207913 |
| Lopez, Genesis | 207862 |
| Mills, Michelle | 207843 |
| Sauceda, Richard | 207854 |
| Porter, Ora | 207924 |
| Purwasi, Vedica | 207942 |
| Tran, Anh | 207922 |

1 / 6 / 3

**Linda Hightower** — Office Supervisor 207808 — 2B08

| ALVIN (4 - 0) | |
|---|---|
| Gil, Della | 207836 |
| Cantu, Teresa | 207918 |
| Holloway, Jeannette | 207925 |
| Jackson, Diane | 207943 |
| Peoples, Alberta | 207937 |
| **ANGLETON (4 - 0)** | |
| Robertson, Rita | 207829 |
| Robichaux, Danielle | 207878 |
| Sophia, Roxanne | 207886 |
| Wooten, Charity | 207938 |

1 / 8

**Kerri LeLeux** — Office Supervisor 207810 — 2B09

| BEAUMONT (5 - 1) | |
|---|---|
| Stanley, Debra | 207923 |
| Asher, Deborah | 207939 |
| Dinolfo, Joi | 207920 |
| Millican, Teresa | 207883 |
| Minnard, Patti | 207895 |
| Phillips, Audrey | 207870 |
| Retzlaff, Dana | 207898 |
| Simon, Mary | 207839 |
| **ORANGE (3 - 0)** | |
| Goins, Naomi | 207888 |
| Johnson, Ashley | 208669 |
| Briseno, Adela | 207930 |
| **PT. ARTHUR (4 - 0)** | |
| Relford, Jeannette | 207877 |
| Jones, Collette | 207933 |
| Word, Jerica | 207830 |
| **JASPER (2 - 0)** | |
| Corkran, Erin | 207828 |
| Holmes, Shannan | 207899 |
| Navarette, Jessica | 207911 |
| **WOODVILLE (1 - 0)** | |
| Worked Out of Jasper | 207899 |
| Wed. & Thurs | |
| **KOUNTZE (1-0)** | |
| Worked Out of Jasper | 207899 |
| Tues. | |

1 / 1 / 14 / 1

**Jennifer Norman** — Office Supervisor 207813 — 2B10

| LUFKIN (5 - 0) | |
|---|---|
| McFarland, Frankie | 207869 |
| Clark, Belinda | 207880 |
| Havard, Kimbra | 207838 |
| Winkelmann, Janet | 207944 |
| **CROCKETT (1 - 0)** | |
| Winters, Dottie | 207864 |
| **NACOGDOCHES (4 - 0)** | |
| Crump, Kathy | 207872 |
| Decker, Leigh | 207867 |
| Robertson, Helen | 207884 |
| **CENTER (2 - 0)** | |
| VACANCY | 207834 |
| **LIVINGSTON (2 - 0)** | |
| VACANCY | 207863 |
| Harris, Cyndi | 207835 |

1 / 10 / 0

**Portia Dukes** — Office Supervisor 207811 — 2B11

| BAYTOWN (7-1) | |
|---|---|
| Reynolds, Linda | 207850 |
| Alleman, Johnnie | 207928 |
| Boutwell, Rosa | 207919 |
| Dial, Mildred | 207909 |
| Dresch, Donna | 207849 |
| Polo, Annalee | 207816 |
| Peppers, Lindsey | 207941 |
| Pitre, Laura | 208640 |
| Barnaba, Kacy | 207855 |
| **WALLISVILLE (2 - 0)** | |
| Ballinger, Laura | 207876 |
| Taylor, Rachelle | 207887 |

1 / 1 / 8 / 1

**Michael Kent McIver** — Office Supervisor 208587 — 2B12

| MEGA (SPRING) | |
|---|---|
| Cheeks, Nicole | 208646 |
| Brooks, Melanie | 8F209983 |
| Carriker, Shera | 208658 |
| Casey, Lauren | 8F209988 |
| Crumpton, Robin | 208667 |
| Garcia, Jacob | 208615 |
| Herrera, Carol | 208644 |
| Holt, Monica | 208664 |
| Howard, Gail | 208642 |
| Kornegay, Cameron | 208599 |
| Lawson, Andre | 208656 |
| Lockett, Le'Terrica | 8F209562 |
| Lollis, Robin | 8F209985 |
| Martinez, Maritza | 8F209563 |
| Marves, Karen | 8F209561 |
| McGregor, Jessica | 208643 |
| Moore, Jacqueline | 208649 |
| Patino, Anabel | 208648 |
| Smith, Shamecha | 208660 |
| Stewart, Sheila | 8F209564 |
| Thomas, Chasitti | 208654 |
| Williams, Sirena | 208601 |
| Wiltz, Brittany | 208653 |

1 / 22

**Martha Alvarado** — Office Supervisor 208588 — 2B13

| MEGA (SPRING) | |
|---|---|
| Stewart, Joanna | 208600 |
| Bartenfeld, Holly | 208605 |
| Clark, Georgena | 8F209984 |
| Dominguez, James | 208657 |
| Egbert, Jennifer | 208655 |
| Follmer, Pauline | 208662 |
| Gant, Savonda | 8F209565 |
| Hayes, Susan | 8F209566 |
| Henry, Brandi | 8F209560 |
| Johnson, Vantrice | 208624 |
| Linney, David | 8F209986 |
| Lowe, Cassandra | 208647 |
| Murphy, Delesia | 208661 |
| Palmer, Stella | 208641 |
| Peace, Regina | 8F209987 |
| Poston, Tikey | 208650 |
| Rightout, Syreeta | 208651 |
| Ryan, Tammy | 208665 |
| Sapp, Carol | 208602 |
| Toran, Betty | 8F209559 |
| Williams, Kirsten | 208659 |
| Wyatt, Debra | 208666 |

1 / 21

**Keiba Holt** — Office Supervisor 210050 — 2B14

| HOUSTON NORTH | |
|---|---|
| Gonzalez, Ann Marie | 210051 |
| Anthony, John | 210038 |
| Bagley, Quinton | 210042 |
| Brooks, Audriel | 210039 |
| Brown, Crystal | 210048 |
| Ford, Shamika | 210040 |
| Jackson, Elvita | 210037 |
| James, Monique | 210041 |
| Money, Phernice | 210049 |
| Naputi, Alicia | 210044 |
| Nguyen, Trang | 210043 |
| Payton, Marquette | 210045 |
| Ramos, Jennifer | 210046 |
| Shakoor, Sheik | 210047 |

1 / 13

| ...ES | VACANCY STATUS | OVERSTRENGTHS |
|---|---|---|
| | | |
| | | |
| | | |
| | | 1 |
| | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |

| REGION 2B OFFICES | TOTAL |
|---|---|
| Full Time DLS Offices | 25 |
| Scheduled DLS Offices | 2 |
| TOTAL | 27 |