# Driver License Division Customer Operations, Region 3

**Samuel J. Silva** — Regional Manager, 0F307948 (Weslaco)

**Carolina Segundo** — Administrative Assistant, 0F307963

**Raquel Ramirez** — Assistant Manager, 0F307949 (Weslaco)

**Maria Flores** — Assistant Manager, 0F307950 (Corpus Christi)

**Roxanne Uribe** — Administrative Assistant, 0F308023

## Raquel Ramirez - Weslaco

### 3A03 — George Olivo, Office Supervisor, 0F307953

#### Brownsville 304 (7-1)

| Employee | ID |
|---|---|
| Zarate, Estella | 0F307959 |
| Escobar, Natalie | 0F307961 |
| Allen, Harry | 0F308025 |
| Barrera, Sandy | 0F308017 |
| Beltran, Raul | 0F308005 |
| Estrada, Diana | 0F308016 |
| Lopez, Liza | 0F308672 |
| Trevino, Norma Reyes | 0F307994 |
| Garza, Elizabeth | 0F308007 |
| Prazelini, Jo Ann | 0F308009 |

#### Harlingen 308 (4-0)

| Employee | ID |
|---|---|
| Alvarez, Hector Allan | 0F308006 |
| Davis, Maria Del Rosario | 0F307985 |
| Garcia, Sylvia | 0F308018 |
| Gonzalez, Jessica | — |
| Reyna, Carmen | — |
| Romero, Catherine | — |

### 3A04 — Belinda Rodriguez, Office Supervisor, 0F307956

#### Laredo 310 (6-2)

| Employee | ID |
|---|---|
| Rangel, Rosangelica | 0F307965 |
| Cruz, Jose M | 0F307976 |
| Degollado, Araceli | 0F308002 |
| Garcia, Felipe | 0F307964 |
| Rangel, Miguel | 0F307974 |
| VACANT | 8F310079 |
| VACANT | 8F310080 |
| VACANT | 8F310081 |
| Bautista, Jane | 0F308677 |
| Garcia, Jesus A | 0F307990 |
| Quintero, Maribel | 0F307993 |
| Rios, Maria S. | 0F308013 |
| Negrete, Genevieve | 0F307984 |
| Villasenor, Mary | 0F308019 |

#### Zapata 394 (1-0)

| Employee | ID |
|---|---|
| Gutierrez, Leslie | 0F307982 |

## Maria Flores - Corpus Christi

### 3A05 — Elizabeth Lopez, Office Supervisor, 0F307954

#### Corpus Christi 301 (9-1)

| Employee | ID |
|---|---|
| Lucio, Sandra | 0F307958 |
| Flores, Jennifer | 0F307966 |
| Gracia, Michele | 0F308002 |
| Steed, Jennifer | 0F307977 |
| VACANT | 0F308045 |
| VACANT | 0F308670 |
| VACANT | 0F308043 |
| VACANT | 0F308001 |
| Armadillo, Bobby | 8F309991 |
| Arredondo, Juan Jose | 0F307978 |
| Coleman, Wynell | 0F308044 |
| Fuentes, Gloria | 8F309569 |
| Gonzalez, Velma | 0F307992 |
| Guidry, Jovana | 0F307996 |
| Kopycinski, Jessica Nell | 8F309989 |
| Lopez, Brandi | 8F309568 |
| Mcchester, Catrina | 8F309990 |
| Mendez, Angie | 0F307979 |
| Najar, Ruben | 8F309567 |
| Tellez, Jewlie M. | 0F308008 |
| West, Chase Mathew | 0F308037 |
| Nunez, Misty | 0F308031 |

### 3A06 — Oralia Garcia, Office Supervisor, 0F307951

#### Alice 302 (3-0)

| Employee | ID |
|---|---|

#### Falfurrias 376 (1-0)

| Employee | ID |
|---|---|
| Martinez, Naida | 0F307966 |

#### Kingsville 309 (2-0)

| Employee | ID |
|---|---|
| Navarette, Mariselda | 0F307973 |
| Trevino, Gloria Ann | 0F308671 |
| Ruiz, Melba | 0F308046 |

#### Sinton 317 (1-0)

| Employee | ID |
|---|---|
| Benavides, Alyssa | 0F308011 |
| Kimbrell, Kathryn | 0F307967 |

#### Aransas Pass 325 (2-0)

| Employee | ID |
|---|---|
| Ortiz, Norma | 0F308004 |
| Albert, Rosario | 0F308027 |
| Belton, Carla | 0F308038 |

#### Beeville 303 (2-0)

| Employee | ID |
|---|---|
| Gill, Lisa Urtley | 0F308014 |
| Mendez, Clarissa | 0F308034 |

### 3A07 — Maria Rivas, Office Supervisor, 0F307952

#### Del Rio 412 (4-0)

| Employee | ID |
|---|---|
| Cooper, Mark | 0F307989 |
| Ortiz, Jessica | 0F308010 |
| Rivera, Maite | 0F307988 |

#### Eagle Pass 413 (4-0)

| Employee | ID |
|---|---|
| Nowlin, Chris | 0F307962 |
| Ledezma, Yadira | 0F307991 |
| Negrete, Gladys | 0F308003 |
| Salazar, Patricia | 0F307980 |

#### Uvalde 318 (2-0)

| Employee | ID |
|---|---|
| Saenz, Sandra | 0F307972 |
| Rincones, Sandra | 0F308030 |

#### Crystal City 305 (2-0)

| Employee | ID |
|---|---|
| Camarillo, Norma | 0F308021 |

## REGION 3A OFFICES

| | TOTAL |
|---|---|
| Full Time DLS Offices | 18 |
| Scheduled DLS Offices | 2 |
| TOTAL | 20 |

### SCHEDULED OFFICES

| | |
|---|---|
| 3A06 Falfurrias | Thursday 9:00 - 11:00 2:00-4:00 |
| 3A06 George West | Tues, Wed 9:00 - 11:00 & 2:00 - 4:00 |

## VACANCIES

| Office | Vacancies |
|---|---|
| Brownsville | 1 |
| Harlingen | 2 |
| Laredo | 11 |
| Zapata | 0 |
| Corpus Christi | 2 |
| (others) | 0 |
| Total | 7 |

## VACANCY STATUS

- 3A04: Awaiting approval from HR/OTS to post CSR IV's CDL testers, and locations
- 3A05: Corpus Christi CSR (3) are pending conditional job offer (1) job announcement closes 5/6/14

## OVERSTRENGTH

| Office | Over |
|---|---|
| Corpus Christi | 1 |
| | 3 |
| | 17 |
| | 0 |
| | 1 |
| Falfurrias | 1 |
| Kingsville | 0 |
| Aransas Pass | 9 |
| Beeville | 0 |
| | 1 |
| Del Rio | 1 |
| Eagle Pass | 0 |
| Uvalde | 7 |
| Crystal City | 0 |
| | 2 |
| Total | 0 |

## MEGA CENTER LOSSES

## MEGA CENTER GAINS

# Driver License Division Customer Operations, Region 4

**Midland**
Estella Valenzuela
Regional Manager
408048

Dawn Calbillo
Administrative Assistant
408088

**4 East**
Leticia Aranda-Sarabia
Assistant Manager
408050

Martha Hernandez — Office Supervisor — 408055
Sheila Edwards — Office Supervisor — 408057
Annette Reyes — Office Supervisor — 408059
Lisa Escovedo — Office Supervisor — 408056
Carlos Ortega Jr. — Office Supervisor — 408058
Cyndee Stevens — Office Supervisor — 408052

## 4A03 / 4A04 — El Paso - Northwestern (5-1) / El Paso Gateway (6-1)

| Name | ID |
|---|---|
| Kimberlye, Paso - Northwestern (5-1) | |
| Torres, Alejandro | 408071 |
| Craven, Susan | 408061 |
| Arbogast Jr., Lewis | 408089 |
| Banda, Silvia | 408070 |
| Fierro, Cynthia | 408110 |
| Garcia, Desirae | 409591 |
| Holliday, Patricia | 408062 |
| Juarez, Sonia | 408103 |
| Kinnon, Myrtice | 408107 |
| Loera, Monica | 410082 |
| VACANCY | |

## 4A05 — Midland (4-1)

| Name | ID |
|---|---|
| Gonzales, Sonya | 408065 |
| Boatman, Raymond | 408060 |
| Coyle, Jeri | 409993 |
| Uranga, Yuridia | 408082 |
| Alvarez, Crystal | 408099 |
| Leyva, Lilybeth | 408678 |
| Morales, Ciria | 408108 |
| Osbourn, Kathleen | 409992 |
| Wetmore, Phyliss | 408111 |
| VACANCY | 408087 |

### Andrews (1)
| Name | ID |
|---|---|
| Mendez, Juana | 408090 |
| Monarrez, Monica A. | 408083 |
| Rodriguez, Andrea | 408109 |
| Reza, Daniel | 408106 |

### Seminole (1)
### Big Spring (2)
| Name | ID |
|---|---|
| Rodriguez, Diana | 408091 |
| Box, LaDeana | 408075 |
| Gonzales, Katherine | 408131 |
| Saucedo, Sigifredo | 409994 |
| Mendoza, Rosanna | 408095 |
| Lugo, Michael | 408115 |

### Van Horn (0)
### Lamesa (1)
### Stanton (0)
Arguijo, Cristina — 408125

## 4A06 — Odessa (5-1)

| Name | ID |
|---|---|
| Mendoza, Maria | 408072 |
| Bailey, Christopher | 408127 |
| Hinojos, Patricia | 408117 |
| Cordova, Rebecca Joy | 408051 |
| Baeza, Vanessa | 408679 |
| Puente, Silvia | 408134 |
| Rizo-Bucksath, Adriana | 408680 |
| Vargas, Catherine | 408119 |
| VACANCY | 408130 |

### Crane (1)
Valerio, Victoria — 408129
### Big Lake (0)

## 4A07 — Ft Stockton (1)

| Name | ID |
|---|---|
| Rangel, Melissa | 408097 |

### Monahans (1)
Weaver, Lani — 408682
### Pecos (1)
Pereyra, Jaime — 408137
### Presidio (1)
Martin, Alma — 408120
### Alpine (1)
Ramirez, Leandra — 408133
### Kermit (0)

## 4A08 — San Angelo (4-1)

| Name | ID |
|---|---|
| Kemp, Kathy | 408092 |
| Salazar, Armandina | 408100 |
| Box, Kagen | 408123 |
| Huddleson, Lawrence | 408094 |
| Loika, Vickie | 408118 |
| Johnson, Katherine | 408066 |

### Brady (1)
Huffman, Tracie — 408068
### Sonora (0)
### Ozona (1)
VACANCY — 408073

## REGION 4 OFFICES

| REGION 4 OFFICES | TOTAL |
|---|---|
| Full Time DLS Offices | 17 |
| Scheduled DLS Offices | 8 |
| TOTAL | 25 |

### SCHEDULED OFFICES
| Office | Schedule |
|---|---|
| 4A06 Big Lake | Wed & Thurs 9:15 - 3:45 |
| 4A06 Crane | M, T & F 8:30 - 5:00 |
| 4A07 Kermit | Wed 8:30 - 4:15 Thurs 9 - 3:45 |
| 4A07 Monahans | M, T, Th, F 8:30 - 5:00 |
| 4A07 Pecos | M, T, W, F 8:30 - 5:00 |
| 4A08 Sonora | Thursday 9:30 - 3:15 |
| 4A05 Stanton | Tuesday 9:00 - 4:00 |
| 4A04 Van Horn | Thursday 9:00 - 5:00 (CST) |

ATKINS, DAD. ONE OF ODESSA'S FTE'S MOVED TO OZONA TO FILL VACANCY FOR NEW OFFICE ESTABLISHED THERE

| VACANCIES | VACANCY STATUS | OVERSTRENGTH | MEGA CENTER LOSSES | MEGA CENTER GAINS |
|---|---|---|---|---|
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 1 | | | | |
| 5 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 6 | | 0 | | |

# Driver License Division Customer Operations, Region 5

**Tomas Valdez** – Regional Manager – 0F508139
**Barbara Muniz** – Administrative Assistant – F0508167
**Bethany Challis** – Administrative Assistant – 0F0508217
**Christian Sledge** – Assistant Manager – 0F508140
**Pablo Garcia** – Assistant Manager – 0F0508141

## Region 5 - Scheduled Offices

| Office | Schedule |
|---|---|
| Anson (5A08) | Mon/Tues & Thur, 8:30-5:00 and 2nd & 4th Wed.Closed 1st, 3rd, 5th Wed |
| Baird (5A07) * | Wed (1,3,5) 9-4 |
| Ballinger (5A07) | Tues. Wed 8:45 - 4:15 |
| Breckenridge (5A07) | Tuesday 1:30-5:00, Wed. & Thurs. 8:30-5:00 |
| Canadian (5A05) * | Tues., (2,5) 9-4, Wed 9-4 |
| Clarendon (5A06) * | Thurs., 9-3:45 |
| Coleman (5A07) | Mon/Thurs & Fri. 8:30-5 |
| Colorado City (5A08) | Mon. 8:30-5 & Fri, 8:30-1 |
| Dalhart (5A05) | Tues 9:00-4:00 |
| Dimmitt (5A02) | Mon., Thurs. & Fri., 8:30-5 |
| Dumas (5A05) | Mon., Wed.-Fri. 8:00-5:00 |
| Friona (5A02) | Tues. & Wed. 9:00-4:30 |
| Haskell (5A07) | Mon & Thurs 8:30-5 Fri 8:00-4:30 |
| Munday (5A07) * | Wed. 8:30-4:15 |
| Panhandle (5A05) * | Tues (1,3,5) 9 - 4 |
| Quanah (5A06) * | Tues (2,3,4,5) 9:00-4:00 |
| Roby (5A08) * | Wed (1,3,5) 9-4 |
| Seymour (5A07) * | Tues 9:15-3:45 |
| Snyder (5A08) | Tues.-Thurs 8:30 - 5 |
| Tulia (5A02) | Tues., & Wed., 8:30-4:30 |

* Those with asteriks are mobile offices

## Mary Vanover – Office Supervisor – 0F508145

### 5A03 AMARILLO

**Amarillo (7-1)**

| Name | ID |
|---|---|
| Hertzstritt, Patti | 0F508150 |
| Miller, Cynthia | 0F508157 |
| Taylor, Carolyn | 0F508154 |
| Arreola, Nancy | 0F508764 |
| Flores, Ruben | 8F508995 |
| Hetrick, Marisa | 8F508996 |
| Hill, Charley | 8F508571 |
| Jones, Paula | 8F508967 |
| Lindsey, Jessica | 0F508690 |
| Martinez, Cristina | 8F509570 |
| Marshall, Deborah | 0F508209 |
| Mediano, Monica | 0F508199 |
| Morales, Yesenia | 8F509572 |
| Paresh, Marthavi | 0F508214 |
| Riley, Michael | 0F508193 |
| Trollinger, Bobby | 0F508219 |
| Whisenhunt, Marcie | 0F508166 |
| Wilton, Margaret | 0F508211 |

## Josie Triplett – Office Supervisor – 0F508147

### 5A04 BROWNFIELD

**Brownfield (2-0)**

| Name | ID |
|---|---|
| Van Hoose, Edith | 0F508187 |
| Denver City (2-0) | |
| Sims, Kristal | 0F508226 |
| Anzures, Yesenia | 0F508225 |
| Levelland (2-0) | |
| Lykins, Lois | 0F508170 |
| Thrasher, Christie | 0F508222 |

## Gina Minyard – Office Supervisor – 0F508148

### 5A05 PAMPA

**Pampa (2-0)**

| Name | ID |
|---|---|
| Johnson, Christy | 0F508181 |
| Villarreal, Adriana | 0F508198 |
| Perryton (2-0) | |
| Anderson, Deborah | 0F508201 |
| VACANT | 0F508169 |
| Borger (2-0) | |
| Coleman, Betty Ann | 0F508183 |
| Sparks, Connie | 0F508204 |
| Dumas (2-0) | |
| Flores, Angela | 0F508229 |
| Mata, Amber | 0F508227 |
| Dalhart (1-0) | |
| Canadian (0-0) | |
| Anderson, Deborah OF | 0F508201 |
| Campbell, Dorothy | 0F508169 |
| Panhandle (0-0) | |

## Bobby Gonzales – Office Supervisor – 0F508144

### 5A06 WICHITA FALLS

**Wichita Falls (6-1)**

| Name | ID |
|---|---|
| Gonzalez, Teresa | 0F508168 |
| Garcia, Maria | 0F508202 |
| Aldridge, Yolanda | 0F508182 |
| Boydston, Lisa | 0F508888 |
| Jones, Cestie | 0F508228 |
| Jones, Stephanie | 0F508185 |
| Ohmstede, George | 0F508198 |
| Russell, Kimberly | 0F508223 |
| Trahan, Dee Ann | 0F508195 |
| Bowie (2-0) | |
| Gallin, Casey | 0F508232 |
| Hopson, Tammie | 0F508175 |
| Childress (2-0) | |
| DeArmond, Dinah | 0F508152 |
| Smith, Beverly | 0F508224 |
| Vernon (2-0) | |
| Goins, Sharon | 0F508172 |
| Slaughenhop, Gayla | 0F508192 |
| Clarendon (0-0) | |
| DeArmond, Dinah OR | 0F508152 |
| Smith, Beverly | 0F508224 |
| Quanah (0-0) | |

## Cindy Ballew – Office Supervisor – 0F508143

### 5A07

**Graham (2-0)**

| Name | ID |
|---|---|
| Carr, Tana | 0F508209 |
| Terrell, Dannette | 0F508212 |
| Brownwood (2-0) | |
| Keese, Darla | 0F508165 |
| Payne, Pamela | 0F508155 |
| Breckenridge (1-0) | |
| Hartfield, Melinda | 0F508198 |
| Comanche (1-0) | |
| Gilbert, Wanda | 0F508174 |
| Eastland (2-0) | |
| Courtney, Glenda | 0F508179 |
| Gandy, Theda | 0F508173 |
| Haskell (1-0) | |
| Sedlke, Bobbye | 0F508162 |
| Coleman (1-0) | |
| Houndshell, Dashielle | 0F508181 |
| Ballinger (1-0) | |
| Baird (0-0) | |
| Courtney, Glenda OR | 0F508179 |
| Gandy, Theda | 0F508173 |
| Munday (0-0) | |
| Seymour (0-0) | |

### Vacant – 0F508142 – Office Supervisor

### 5A08

**Abilene (6-1)**

| Name | ID |
|---|---|
| Baird, Rebecca | 0F508159 |
| Collins, Amber | 0F508160 |
| Daniels, Vickie | 0F508191 |
| Lego, Misty | 0F508186 |
| Massey, Nicole | 0F508213 |
| Ibarra, Jessica | 0F508216 |
| Sosa, Breanna | 0F508215 |
| Roberts, Christina | 0F508190 |
| Paredes, Lydia | 0F508197 |
| Anson (1-0) | |
| Winsett, Shirley | 0F508663 |
| Colorado City (1-0) | |
| Bullard, Julie | 0F508176 |
| Snyder (1-0) | |
| Sweetwater (1-0) | |
| Deleon, Juanita | 0F508196 |
| Roby (0-0) | |

## Vacancies / Mega Center Summary

| | VACANCIES | VACANCY STATUS | OVERSTRENGTH | MEGA CENTER LOSSES | MEGA CENTER GAINS |
|---|---|---|---|---|---|
| | 0 | | 1 | 1 | |
| | 0 | | 0 | 0 | |
| | 1 | | 1 | 1 | |
| | 0 | | 0 | 0 | |
| | 1 | 2 CDL CSR(q1 T-8F5T0083 temp assigned to Region 6B) 1 Perryton vac- pending background investigation, 1 Ofc. Supervisor-Abilene | 12 | 8 | 10 |
| | 1 | | 0.5 | 0.5 | 0 |
| | 3 | | 0 | 0 | 0 |
| | 0 | | | | |
| | 0 | | | | |
| | 0 | | | | |
| | 3 | | 0 | | |

# Driver License Division Customer Operations, Region 6A

**San Antonio**

- Lori Carlson — Regional Manager — 0F608344
  - VACANCY — Assistant Manager — 0F608346
  - Charles Wells — Assistant Manager — 0F608345
    - VACANCY — Administrative Assistant — 0F608372
    - Jessica Robles — Administrative Assistant — 0F608430
  - VACANCY — Assistant Manager — 0F608691
    - Kathleen Taylor — 0F608696
    - Paul Esquivel — Office Supervisor — 0F608697

## Supervisors

| 6A04 | 6A07 | 6A02 | 6A05 | 6A06 | 6A08 | 6A09 | 6A10 |
|---|---|---|---|---|---|---|---|
| Richard Cook — Office Supervisor — 0F608350 | Lisa Vargas-Moreno — Office Supervisor — 0F608353 | Annette Carrillo — Office Supervisor — 0F608352 | Irma Guerrero — Office Supervisor — 0F608349 | Buronica Pickens — Office Supervisor — 0F608351 | Roxane Beard — Office Supervisor — 0F608348 | Paul Esquivel — Office Supervisor — 0F608697 | Kathleen Taylor — Office Supervisor — 0F608697 |
| Babcock (10-2) | Victoria (4-0) | Pat Booker (16-2) | New Braunfels (3-0) | San Marcos (3) | Kerrville (2-0) | San Antonio Mega Center | San Antonio Mega Center |
| Boyd, Benita — 0F608393 | Balderaz, Michelle — 0F608449 | Camarillo, Constance — 0F608438 | VACANCY — 0F608448 | Baggett, William — 0F608369 | VACANCY — 0F608446 | VACANCY — 0F608749 | VACANCY — 8F609578 |
| Cortinas, Angela — 0F608436 | Cormier, Tonia — 0F608456 | Campbell, Tammy — 0F608440 | Alvarez, Linda — 0F608368 | Mendoza, Martha — 0F608398 | Castillo, Rebecca — 0F608418 | VACANCY — 0F608745 | Antu, Enrique — 0F608715 |
| Daily, Natasha — 0F608356 | Rutherford, Krystal — 0F608416 | Cleveland, Airam — 0F608445 | McCoy, Gaye — 0F608379 | Rodriguez, Maggie — 0F608365 | Leitha, Sherry — 0F608376 | Aguilar, Eric — 0F608753 | Brooks, Amanda — 8F610002 |
| Fernandez, Rodrigo — 0F608373 | Saenz, "Sue" Sulema — 0F608401 | Dizon-Gist, Yvette — 0F603382 | Nathaniel, Allonia — 0F608455 | Salazar, Barbara — 0F608400 | Fredericksburg (2-0) | Arnold, Jill — 8F609999 | Bustillo, Sonia — 8F609577 |
| Garcia, Elizabeth — 0F608395 | Tisdell, Linda — 0F608419 | Duelm, Carl — 0F608442 | Tooke, Virginia — 0F608363 | Nelson, Kimberly — 0F608444 | Nichols, Lindsey — 0F608451 | Arismendez, Catherine — 0F608748 | Butcher, Barbara — 0F608761 |
| Garcia, Ruben — 0F608380 | Port Lavaca (1-0) | Fernandez, Florencio — 0F608364 | Seguin (3-0) | Bastrop (2-0) | Boerne (2-0) | Crockett, Barbara — 8F610001 | Cavanagh, Joseph "Trey" — 0F609590 |
| Guerra-Moya, Jeanette — 0F608426 | Grantland, Gail — 0F608370 | Garza, Yolanda — 0F608360 | Hernandez-Soto, Aida — 0F608450 | Bechtol, Claudia — 0F608405 | Hamilton, Regina — 0F608412 | Espinosa, Angel — 0F608750 | Dean, Denise — 0F608763 |
| Gonzales, Alice — 0F608355 | Cuero (1-0) | Guerra, Liska — 0F608443 | Korenek-Flowers, Cynthia — 0F608404 | Miller, Craig — 0F608364 | Martinez, Valerie — 0F609574 | Flores, Marisol — 0F608744 | Dixon, Sonja — 0F608714 |
| Gonzalez, Lisa — 0F608433 | Diebel, Meri — 0F608371 | Hadley, Martha — 0F608437 | Sepulveda, Brittany — 0F608453 | Minjarez, Sylvia — 0F608367 | Tucker, Debra — 0F608403 | Gonzales-Buso, Crystal — 0F608447 | Duncan, Christin — 0F608717 |
| Guajardo, Elizabeth — 0F608391 | | Lampkin, Talika — 0F608422 | Gonzales (2-0) | Junction (2-0) | | Gonzalez, Norberto — 8F609576 | Espinoza, Tracy — 8F610000 |
| Keilholz, Anna — 0F608431 | | Milanovich, Marcia — 0F608378 | Haldeman, Cindy — 0F608452 | Martin, Consuelo — 0F608413 | | Graco, Donna — 8F609575 | Garza, Sandra — 0F608716 |
| Montalvo, Sarah — 0F608361 | | Munoz, Victoria — 0F608357 | Law, Robin — 0F608366 | | | Hinojosa, Chelsea — 0F608746 | Hernandez, Patricia — 8F609580 |
| Moore, Alba — 0F608421 | | Paz, Lisa — 0F608423 | | | | Hobbs, Kennedy — 0F608760 | Hewitt, Franklin — 0F608757 |
| Rodriguez, Sally — 0F608387 | | Storch, Mark — 0F608426 | Halletsville (1-0) | | | Jeffries, Phyllis — 0F608751 | Johnson, Benita — 0F608703 |
| Toyosima, Raul — 0F608392 | | Whigham, Francine — 0F608394 | | | | Medlock-McCutcheon, Tierra — 0F608712 | Mayo, Stephanie — 8F610003 |
| Alvarado, Diane — 0F608396 | | Guerra, Rose — 0F608414 | | | | Michaud, Carrie — 0F608747 | Minor, Stephanie — 0F608707 |
| Gonzalez, Dahlia — 0F608383 | | Kelly, Krystal — 0F608385 | | | | Reed, Victoria — 8F609898 | Ochoa, Denise — 0F608752 |
| | | Martinez, Yolanda — 0F608417 | | | | Rodriguez, Aimee — 0F608743 | Patkin, Lisa — 0F608759 |
| | | Sanchez, Julie — 0F608375 | | | | Rodriguez, Gloria — 0F608754 | Peterson, Donald — 0F608702 |
| | | Floresville | | | | Silva, Deanna — 0F608699 | Romero, Marina — 8F609579 |
| | | Garcia-Castillo, Erma — 0F608377 | | | | Thomas, Christina — 8F609573 | Saenz, Amanda — 0F608755 |
| | | Rocha, Eva — 0F608402 | | | | Villarreal, Marisa — 0F608762 | Silvas, Martin — 0F608756 |
| | | | | | | West, Verleen — 0F608700 | Tanguma, Delia — 0F608704 |
| | | | | | | | Tufono, Regina-Marie — 0F608758 |

## Vacancy Summary

| VACANCIES | VACANCY STATUS | OVERSTRENGTH | MEGA CENTER LOSSES | MEGA CENTER GAINS |
|---|---|---|---|---|
| 0 | | | | |
| 2 | | 1 | | |
| 0 | | 3 | | |
| 0 | | 13 | | |
| 7 | | 0 | | |
| 0 | | 4 | | |
| 0 | | | | |
| 1 | | 1 | | 1 |
| 3 | | 2 | | 1 |
| 11 | | 7 | | 5 |
| 0 | | 0 | | 0 |
| 2 | | 0 | | 2 |
| **10** | | **0** | | |

## Region 6A Offices

| REGION 6A OFFICES | TOTAL |
|---|---|
| Full Time DLS Offices | 19 |
| Scheduled DLS Offices | 3 |
| **TOTAL** | **22** |

### SCHEDULED OFFICES

| | |
|---|---|
| 6A06 Giddings | Tuesday/Wednesday 8:30 – 4:15 |
| 6A07 Halletsville | Tuesday/Wednesday 9:00 – 4:00 |
| 6A08 Junction | 2nd & 4th / Thursday 9:00 – 4:00 |

| | |
|---|---|
| | 1 |
| | 0 |
| | 22 |
| | 0 |
| | 0 |

Revised: 10/30/2013
Regional Update 5/1/14

# Driver License Division Customer Operations, Region 6B

## Organizational Chart

**Nancy, Manager** (235)

**Garcia, Joseph — Regional Manager** (Waco)

- **Slaughter, Paulette** — Administrative Assistant
- **Lynds, Wanda** — Administrative Assistant
- **Gomez, Frances** — Assistant Manager (0F608236) (Austin)
- **Spencer, Lillian** — Assistant Manager (0F608693) (Pflugerville)

### 6B03 — Jackson, Gwendolyn, Office Supervisor (0F608241 / 0F608238)

**GEORGETOWN 613 (4)**
| PCN | Name |
|---|---|
| 0F608252 | Holmes, Evelyn |
| 0F608294 | Baxter, Jayne |
| 0F608289 | Franks, Michael |
| 0F608290 | Jarmon, Kim |
| 0F608256 | Navarro, Rebecca |

**LAMPASAS 670 (1)**
| PCN | Name |
|---|---|
| 0F608334 | |
| 0F608297 | Rhyan, Mary |

**CAMERON 669 (1)**
| PCN | Name |
|---|---|
| 0F608250 | |
| 0F608337 | Vaculin, Judy |

**TAYLOR 623 (1)**
| PCN | Name |
|---|---|
| 0F608292 | |
| 0F608300 | Armstrong, Jane |

**MARBLE FALLS 682 (2)**
| PCN | Name |
|---|---|
| 0F608342 | Cisneros, Michael |
| 0F608332 | |
| 0F608295 | Caughlin, Scott |
| 0F606686 | Liscum, Sherry |

**BURNET 685 (2)**
| PCN | Name |
|---|---|
| 0F608338 | |
| 0F608310 | Balzen, Jessica |

**LLANO 622**
| PCN | Name |
|---|---|
| 0F608336 | |
| 0F608335 | |
| 0F608260 | |
| 0F608261 | |

### 6B04 — Garcia, Irene, Office Supervisor (0F608242)

**NW AUSTIN 639 (8-1)**
| PCN | Name |
|---|---|
| 0F608244 | Sherry, Dane |
| 0F608286 | Arriaga, Laura |
| 0F608270 | Castillo, Alma |
| 0F608279 | Damani, Kamiesh |
| 0F608316 | Dawson, Edna |
| 0F608307 | Doebbler, Cheryl |
| 0F608269 | Dunaway (Evans), Eloisa |
| 0F608254 | Garcia, Sylvia |
| 0F608275 | Rogers, Keith (moved 11/18/13) |
| 0F608327 | Schechter, Mark |
| 0F608330 | Wilson, Carolyn L |
| 0F608312 | Straub, Daniel |

9 + 1 = 10
1

### 6B05 — Andrada, Estella, Office Supervisor (0F608240)

**N. AUSTIN 604 (12-1)**
| PCN | Name |
|---|---|
| 0F608268 | Rose, Stephanie |
| 0F608247 | DeHoyos, Jessica |
| 0F608248 | Mayers, Leslie |
| 0F608283 | Arevalo, Rose |
| 0F608277 | Berryman, Megan |
| 0F608276 | Blackwell, Tami |
| 0F608333 | Bora, Shaffik |
| 0F608323 | Bores, Jeana |
| 0F608325 | Hampton, Heather |
| 0F608317 | Hinojosa, Susan |
| 0F608264 | Huber, Shelby |
| 0F608319 | Hooks, Steven |
| 0F608273 | Johnson, Barbara |
| 0F608324 | Kilchenstein, Matthew |
| 0F608313 | Miller, Terry |
| 0F608328 | Morgan, Tracie |
| 0F608320 | Reid, James |
| 0F608315 | Robledo, Katherine |
| 0F608326 | Thompson, Joseph |
| 0F608321 | Walker, Jeff |
| 0F608285 | Williams, Rhonda |
| 0F608329 | Ybarra, Brandi |

1
2
19

### 6B06 — Turner, Shelli, Office Supervisor (0F608237)

**S. AUSTIN 605 (12-1)**
| PCN | Name |
|---|---|
| 0F608705 | Lambert, Janeen |
| 0F608331 | Alfaro, Marcus |
| 0F608267 | Ellsworth, Matthew |
| 0F608281 | Flair, Jessica |
| 0F608265 | Garcia, Homero |
| 0F608272 | Grumbles, Linda |
| 0F608322 | Long, Kristi |
| 0F608318 | Marshall, Gloria |
| 0F608266 | Medina, Jessica |
| 0F608287 | Navarro, Phillip |
| 0F608271 | Recendez, Esteban |
| 0F608280 | Smith, Chad |
| 0F608278 | Thompson, Jennifer |
| 0F608255 | Torres, Lisa |

Awaiting PCN (K. Rogers moved to NW Austin)

**AUSTIN-CAPITOL 555 (1)**
| PCN | Name |
|---|---|
| 0F608284 | Mikulencak, Irene |

1
15-1=14
0

### 6B07 — True, Terri, Office Supervisor (0F608239)

**DENSON 699**
| PCN | Name |
|---|---|
| 0F608282 | Johnson- Foley, Shumeka |
| 0F608245 | Norman, Joyce |
| 0F608246 | Poston, Penny |

3
0

### 6B08 — Lloyd, Mary, Office Supervisor (0F608695)

**Pflugerville Mega Center**
| PCN | Name |
|---|---|
| 0F608731 | Brown, Peggy |
| 0F608741 | Coats, Staci |
| 0F608727 | Freeman, Monique |
| 0F608738 | Harris, Nekebra |
| 0F608732 | Henderson, Donald |
| 0F608721 | Hill (Alders), Crecia |
| 0F608725 | Jessup, Sheri Jo |
| 0F608736 | LaBouve, Victor |
| 0F608713 | McGinley, Brian |
| 0F608734 | Muehlbrad, Jacquelyn |
| 0F608729 | Panduro, Elizabeth |
| 0F608742 | Parker, Roy |
| 0F608701 | Rundberg-Collins, Tracy |
| 0F608710 | Rhodes, Sharon |
| 0F608723 | Shelton, Nadine |
| 0F608709 | Thomas, Pamela |
| 0F608718 | VACANT |
| 0F610006 | Clark, Iesha |
| 0F609585 | Crawford, Lisa |
| 0F609584 | Guerin, Catherine |
| 0F609586 | Jones, Alec'zander |
| 0F610007 | Bent (Richardson), Geanir |
| 0F609583 | Vela, Christina |

23
0

### 6B09 — Choice, Shontel, Office Supervisor (0F608694 / 0F608695)

**Pflugerville Mega Center**
| PCN | Name |
|---|---|
| 0F608698 | Chatfield, David |
| 0F608708 | Beck, Johnie |
| 0F608719 | Chiesa, Mark |
| 0F608740 | Gonzalez-Parker, Lesli |
| 0F608726 | Haywood, Shahadah |
| 0F608728 | Magee, Kim |
| 0F608722 | Mahmud, Kazi |
| 0F608733 | Mitchell, Anthony |
| 0F608724 | Ornelas, Naomi |
| 0F608737 | Romo, Gemini |
| 0F608735 | Sifuentes, Ruben |
| 0F608720 | Washington, Dominique |
| 0F608730 | Wendell, Barbara |
| 0F608739 | VACANT |
| 0F608711 | VACANT |
| 0F610008 | Graviey, Sandy (3/19) |
| 0F609582 | Buirst, Detrice |
| 0F609587 | Cantu, Bertha |
| 0F610004 | Garcia, Santana |
| 0F610005 | Matthews, Lie |
| 0F609581 | Rodriguez, Hortencia |
| 0F610009 | White, Daneita |
| 0F609588 | Rodriguez, Noraiva |
| | Ruocco, Jaclyn |

1
22
1

## Summary Tables

| POSITIONS | VACANCIES | VACANCY STATUS | OVERSTRENGTH |
|---|---|---|---|
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 4 | 3: Pflugerville, 1: Waco | 1: Hillsboro |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | | | |
| | 1 | | |
| | 11 | | |
| | 0 | | |
| | | | |
| | 4 | | |

| REGION 6B OFFICES | TOTAL |
|---|---|
| Fulltime DLS Offices | 16 |
| Scheduled DLS Offices | 9 |
| **TOTAL** | **25** |

**SCHEDULED OFFICES:**
- Meridian - Open Wed. & Thurs., 9A-4P
- Cameron - Open Mon, Thurs, & Fri, 8:30A-5P
- Fairfield - Open Wed. 9A-4P
- Hamilton - Open Wed. 9A-4P
- Goldthwaite - Open Thurs., 9A-4P
- Llano - Tues. & Thurs., 9A-4P
- Lampasas - Open Tues., Wed, Thurs., 8:30A-6P
- Groesbeck - Open Mon, Tues., Thurs., Fri., 8:30A-5P
- Burnet - Open Mon, Wed, Fri., 8:30A-5P