## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 1A - GARLAND

| | | | | |
|---|---|---|---|---|
| **SALESTUS WINKLEY, MANAGER** | | PHONE | 214-861-2115 | 350 W. I-30 |
| | | CELL | 469-585-0238 | GARLAND 75043 |
| | | | | |
| CHERICE VIVION, ADMIN. ASST. | | PHONE | 214-861-2123 | |
| | | FAX | 214-861-2103 | |
| | | | | |
| IMOGENE FAVORS, ADMIN. ASST. | | PHONE | 214-861-2119 | |
| | | FAX | 214-861-2103 | |
| | | | | |
| **KEVIN MEADE, ASST. MANAGER** (1A1-1A4) | | PHONE | 214-861-2117 | 350 W. I-30 |
| | | CELL | 469-251-6296 | GARLAND 75043 |
| | | | | |
| **ADRIANO SOTO, ASST. MANAGER** (1A5-1A8) | | PHONE | 214-861-2116 | 350 W. I-30 |
| | | CELL | 469-251-6295 | GARLAND 75043 |
| | | | | |
| **TIMOTHY SMITH, ASST. MANAGER** (1A9-1A11) | | PHONE | 903-939-6017 | 4700 UNIVERSITY BLVD. |
| | | CELL | 903-245-5215 | BOX 130040 |
| | | | | TYLER 75713 |
| | | | | |
| WENDI MINDT, ADMIN. ASST. | | PHONE | 903-939-6011 | |
| | | FAX | 903-939-6105 | |
| | | | | |
| **RICHARD SOUDER, ASST. MANAGER** (1A12-1A14) | | PHONE | 214-861-3701 | 4445-A SATURN ROAD |
| | | CELL | 214-226-5873 | GARLAND 75041 |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **AMY BOVIS** (GARLAND) | 1A1 | PHONE | 214-861-2118 | 350 W. I-30 |
| | | CELL | 469-203-0449 | GARLAND 75043 |
| **CHARLES PEREZ** | LEAD | CELL | 214-549-2744 | |
| | | | | |
| **BONNIE FORMOSO** (TERRELL, ROCKWALL, GREENVILLE, CANTON, EMORY) | 1A2 | PHONE | 972-551-7758 | 111 TEJAS DRIVE |
| | | CELL | 469-203-0648 | TERRELL 75160 |
| **CARA COVINGTON** | LEAD | CELL | 214-250-9944 | |
| | | | | |
| **KRISTI HARRIS** (DALLAS EAST) | 1A3 | PHONE | 214-503-1484 | 11411 E. NW HWY #111 |
| | | CELL | 214-213-8374 | DALLAS 75218 |
| **DIANA ESCAMILLA** | LEAD | CELL | 214-385-8222 | |
| | | | | |
| **JENITA WASHINGTON** (DALLAS SOUTHWEST) | 1A4 | PHONE | 214-339-7336 | 5610 RED BIRD CENTER DR. #500 |
| | | CELL | 214-592-2169 | DALLAS 75237 |
| **SARA BENNETT** | LEAD | CELL | 469-401-6462 | |
| | | | | |
| **MARIA DE LEON** (CARROLLTON) | 1A5 | PHONE | 972-245-6096 | 2625 OLD DENTON ROAD #464 |
| | | CELL | 214-592-2496 | CARROLLTON 75007 |
| **ERIKA THEODORE** | LEAD | CELL | 214-250-8571 | |

Rodriguez
EXHIBIT NO. 105
Kim Seibert

## OFFICE SUPERVISORS:

| Name | Office | | Phone/Cell | Address |
|---|---|---|---|---|
| **MARTHA SANDOVAL** (IRVING) | 1A6 | PHONE / CELL | 972-259-1091 / 214-226-5841 | 1003 WEST 6TH STREET IRVING 75060 |
| **VERONICA GUTIERREZ-MAR'** | LEAD | CELL | 214-674-7905 | |
| **WARREN WELLS** (GRAND PRAIRIE) | 1A7 | PHONE / CELL | 972-264-0031 / 214-592-7894 | 550 S. CARRIER PKWY #570 GRAND PRAIRIE 75051 |
| **ROCHELLE KIRBY** | LEAD | CELL | 214-549-4480 | |
| **PATRICIA DIGIROLOMO** (CEDAR HILL) | 1A8 | PHONE / CELL | 469-272-9196 / 972-533-0175 | 116 W. BELTLINE RD. #2 CEDAR HILL 75104 |
| **KIMBERLY ZAMORA** | LEAD | CELL | 214-676-3641 | |
| **LUKE SILVERMAN** (LONGVIEW, MARSHALL, GILMER, HENDERSON, CARTHAGE) | 1A9 | PHONE / CELL | 903-758-1788 / 903-241-8735 | 416 LAKE LAMOND ROAD LONGVIEW 75604 |
| **CAROLYN PAGE** | LEAD | CELL | 903-220-8731 | |
| **SHERRY ROBERSON** (TYLER, QUITMAN, JACKSONVILLE) | 1A10 | PHONE / CELL | 903-939-6086 / 903-253-1260 | 4700 UNIVERSITY BLVD. BOX 130040 TYLER 75713 |
| **JARROD BOCKMON** | LEAD | CELL | 903-245-9851 | |
| **JOY RHEA** (MOUNT PLEASANT, TEXARKANA, SULPHUR SPRINGS, DAINGERFIELD, NEW BOSTON, ATLANTA, CLARKSVILLE) | 1A11 | PHONE / CELL | 903-575-5360 / 214-205-2796 | 1906 N. JEFFERSON MT. PLEASANT 75456 |
| **SHANNON MANASCO** | LEAD | CELL | 903-239-2109 | |
| **KIMBERLEY STEVENS** (GARLAND DL CENTER) | 1A12 | PHONE / CELL | 214-861-3702 / 214-578-7957 | 4445-A SATURN ROAD GARLAND 75041 |
| **CECILIA WOODS** | LEAD | CELL | 214-549-8549 | |
| **UTANAH HOERMANN** (GARLAND DL CENTER) | 1A13 | PHONE / CELL | 214-861-3703 / 469-203-0574 | 4445-A SATURN ROAD GARLAND 75041 |
| **CECILIA WOODS** | LEAD | CELL | 214-549-8549 | |
| **AMY KRIZAN** (GARLAND DL CENTER) | 1A14 | PHONE / CELL | 214-861-3704 / 972-822-9239 | 4445-A SATURN ROAD GARLAND 75041 |
| **CECILIA WOODS** | LEAD | CELL | 214-549-8549 | |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **ATLANTA**<br>310 N. LOUISE<br>POLICE STATION<br>75551 | 102 | 1A11 | *This office is closed until further notice 1.10.2014*<br>MON--FRI<br>CLOSED LUNCH | 8:30 -5:00<br>11:45 - 1:00 | 903-796-3301<br>903-796-6103 FAX |
| **CANTON**<br>1601 N. TRADE DAYS BLVD.<br>75103 | 104 | 1A2 | MON - FRI<br>CLASS C PRESCHEDULED DRIVE TESTS CONDUCTED MON, WED<br>CDL PRESCHEDULED DRIVE TESTS CONDUCTED TUES, THURS | 8:00 - 5:00 | 903-567-2346<br>903-567-6765 FAX |
| **CARROLLTON**<br>2625 OLD DENTON RD. #464<br>75007 | 108 | 1A5 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 972-245-5800<br>972-323-1842 FAX |
| **CARTHAGE**<br>110 SOUTH SYCAMORE<br>COURTHOUSE ROOM #101<br>75633 | 105 | 1A9 | MON - FRI<br>CLOSED LUNCH<br>NO DRIVE TESTS AT THIS LOCATION | 8:00 - 4:30<br>11:45 - 1:00 | 903-693-3261<br>903-693-4871 FAX |
| **CEDAR HILL**<br>116 W. BELTLINE #2<br>75104 | 116 | 1A8 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 469-272-9301<br>469-272-9308 FAX |
| **CLARKSVILLE**<br>500 N. CEDAR<br>75426 | 106 | 1A11 | MON - FRI<br>CLOSED LUNCH | 8:00 - 4:30<br>11:45 - 1:00 | 903-427-2931<br>903-427-5139 FAX |
| **DAINGERFIELD**<br>500 BROADNAX SUITE G<br>COURTHOUSE<br>75638 | 136 | 1A11 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>11:45 - 1:00 | 903-645-2363<br>903-645-5729 FAX |
| **DALLAS EAST**<br>11411 E. NW HWY. #111<br>75218 | 109 | 1A3 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 214-553-0033<br>214-221-8590 FAX |
| **DALLAS SOUTHWEST**<br>5610 RED BIRD CNTR. DR. #500<br>75237 | 110 | 1A4 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 214-330-3958<br>214-339-7437 FAX |
| **EMORY**<br>109 WOOD<br>75440 | 174<br>(GREENVILLE) | 1A2 | WEDNESDAY<br>1st & 3rd THURSDAY<br>CLOSED LUNCH | 9:00-4:00<br>9:00-4:00 | 903-473-2804 |
| **GARLAND**<br>350 W. I-30<br>75043 | 111 | 1A1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 214-861-2125<br>214-861-2160 FAX |
| **GARLAND DL CENTER**<br>4445-A SATURN ROAD<br>75041 | 161 | 1A12<br>1A13<br>1A14 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 214-861-3700<br>214-861-3707 FAX |
| **GILMER**<br>713 HIGHWAY 155 NORTH<br>75644 | 118 | 1A9 | MON - FRI<br>CLASS C TESTS CONDUCTED MON., WED., FRI.<br>CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-797-2751<br>903-797-6127 FAX |
| **GRAND PRAIRIE**<br>550 S. CARRIER PKWY. #570<br>75051 | 133 | 1A7 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 972-264-6598<br>972-262-2593 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **GREENVILLE** 2801 STUART STREET #408 75401 | 119 | 1A2 | MON - FRI CLASS C TESTS CONDUCTED ON MON., WED., FRI. CDL TESTS CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-453-6916 903-453-6920 FAX |
| **HENDERSON** 325 FAIR PARK 75654 | 120 | 1A9 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-657-6095 903-657-8652 FAX |
| **IRVING** 1003 W. 6TH STREET 75060 | 112 | 1A6 | MON - FRI TUESDAY | 8:00 - 5:00 8:00 - 6:00 | 972-253-4171 972-259-3180 FAX |
| **JACKSONVILLE** 506 E. PINE 75766 | 614 | 1A10 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-586-5631 903-589-3305 FAX |
| **LONGVIEW** 416 LAKE LAMOND ROAD 75604 | 121 | 1A9 | MON - FRI TUESDAY CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 8:00 - 6:00 | 903-758-1788 903-758-8714 FAX |
| **MARSHALL** 5215 W. LOOP 390 N 75670 | 122 | 1A9 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-938-2171 903-938-9269 FAX |
| **MOUNT PLEASANT** 1906 N. JEFFERSON 75455 | 124 | 1A11 | MON - FRI | 8:00 - 5:00 | 903-575-5383 903-575-5395 FAX |
| **NEW BOSTON** 710 JAMES BOWIE 75570 | 125 | 1A11 | MON - FRI CLOSED LUNCH | 8:30 - 5:00 11:45 - 1:00 | 903-628-6822 903-628-6314 FAX |
| **QUITMAN** 211 W. BERMUDA 75783 | 127 | 1A10 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-763-4212 903-763-5795 FAX |
| **ROCKWALL** 915 WHITMORE DRIVE, SUITE C 75087 | 182 | 1A2 | MON - FRI NO DRIVE TESTS CONDUCTED AT THIS OFFICE | 8:00 - 5:00 | 214-861-2029 972-722-5943 FAX |
| **SULPHUR SPRINGS** 1528 E. SHANNON ROAD 75482 | 129 | 1A11 | MON - FRI | 8:00 - 5:00 | 903-885-1825 903-885-1868 FAX |
| **TERRELL** 111 TEJAS DRIVE 75160 | 130 | 1A2 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 972-551-7700 972-551-6060 FAX |
| **TEXARKANA** 1516 HAMPTON ROAD 75503 | 131 | 1A11 | MON - FRI | 8:00 - 5:00 | 903-255-5750 903-255-5768 FAX |
| **TYLER** 4700 UNIVERSITY BLVD. 75707 | 132 | 1A10 | MON - FRI TUESDAY CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 8:00 - 6:00 | 903-939-6015 903-939-6105 FAX |

Last Update: 5/7/2014      REGION 1A-GARLAND

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 1B - HURST

| | | | |
|---|---|---|---|
| **STEPHEN BERKLEY, MANAGER** | PHONE<br>CELL | 817-285-1911<br>817-304-2827 | 8301 BRENTWOOD STAIR RD.<br>FORT WORTH, TX 76120 |
| ADRIENNE TREVINO, ADMIN. ASST. AND<br>SENIOR TIMEKEEPER FOR REGIONS 1A,1B,2A | PHONE<br>FAX | 817-285-1912<br>817-285-1909 | |
| STEPHANIE HUNTER, ADMIN. ASST. | PHONE<br>FAX | 817-285-1913<br>817-285-1909 | |
| **STANLEY PARKER, ASST. MANAGER**<br>(1B1-1B4) | PHONE<br>CELL | 817-294-0473<br>817-304-4167 | 6413 WOODWAY DR.<br>FORT WORTH 76133 |
| **CANDICE HARTLINE, ASST. MANAGER**<br>(1B5-1B8) | PHONE<br>CELL | 972-867-5170<br>817-304-2740 | 2109 W. PARKER RD. #224<br>PLANO 75023 |
| KATHY STALLINGS, ADMIN. ASST. | PHONE<br>FAX | 972-867-5170<br>972-769-8081 | |
| **JANET PATTERSON, ASST. MANAGER**<br>(1B9-1B11) | PHONE<br>FAX | 972-923-6781<br>682-429-0526 | 1720 E. MAIN<br>WAXAHACHIE 75165 |
| **DEBORAH PITZER, ASST. MANAGER**<br>(1B12; 1B13) | PHONE<br>CELL | 817-285-1901<br>817-304-8167 | 8301 BRENTWOOD STAIR ROAD<br>FORT WORTH 76120 |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **DEIDRA HOPKINS**<br>(HURST) | 1B1 | PHONE<br>CELL | 817-299-1438<br>817-666-7594 | 624 NE LOOP 820<br>HURST 76053 |
| **WILMER LOAIZA** | LEAD | CELL | 817-694-1316 | |
| **NILS CARLSTROM**<br>(FORT WORTH SOUTH) | 1B2 | PHONE<br>CELL | 817-294-0473<br>817-584-8039 | 6413 WOODWAY DR.<br>FT. WORTH 76133 |
| **FRANCES VALLE** | LEAD | CELL | 972-336-3492 | |
| **DOROTHY HART**<br>(LAKE WORTH) | 1B3 | PHONE<br>CELL | 817-238-9197<br>817-694-1389 | 6316 LAKE WORTH BLVD<br>LAKE WORTH 76135 |
| **CAROL ARMENDARIZ** | LEAD | CELL | 972-336-3493 | |
| **TATIA PAUL**<br>(WEATHERFORD, DECATUR<br>MINERAL WELLS) | 1B4 | PHONE<br>CELL | 817-599-7631<br>817-694-9675 | 1309 S. BOWIE DR.<br>WEATHERFORD 76086 |
| **MICHELLE BIONDO** | LEAD | CELL | 972-336-3491 | 2000 S. TRINITY<br>DECATUR 76234 |
| **CHERI FISHER**<br>(PLANO) | 1B5 | PHONE<br>CELL | 972-867-5170<br>214-592-6739 | 2109 W. PARKER RD. #224<br>PLANO 75023 |
| **BONNIE GREGORSKI** | LEAD | CELL | 214-600-4595 | |

## OFFICE SUPERVISORS:

| Name | Code | Type | Number | Address |
|---|---|---|---|---|
| **LISA KNIGHT** (MCKINNEY, BONHAM, PARIS) | 1B6 | PHONE / CELL | 214-733-5365 / 214-842-7011 | 400 POWERHOUSE ST. MCKINNEY  75071 |
| **KAREN KELLOG** | LEAD | CELL | 972-336-3495 | |
| **ROBERT DEAN** (DENTON, GAINESVILLE) | 1B7 | PHONE / CELL | 940-484-6431 / 214-600-4793 | 820 N. LOOP 288 DENTON  76209 |
| **CHRISTY GUEST** | LEAD | CELL | 972-336-3496 | |
| **FANNIE ANDERSON** (LEWISVILLE, SHERMAN) | 1B8 | PHONE / CELL | 972-221-0153 / 214-205-1476 | 190 N. VALLEY PKWY STE. 201 LEWISVILLE  75067 |
| **JENNIFER MEADE** | LEAD | CELL | 972-336-3498 | 1413 TEXOMA PKWY. SHERMAN 75090 |
| **MARY STABLES** (WAXAHACHIE, ATHENS CORSICANA, PALESTINE) | 1B9 | PHONE / CELL | 972-923-6766 / 972-268-0028 | 1720 E. MAIN WAXAHACHIE  75165 |
| **RONNA BOLTON** | LEAD | CELL | 214-980-9216 | |
| **JANET LAMP** (ARLINGTON) | 1B10 | PHONE / CELL | 817-861-0600 / 817-584-7982 | 3901 W. ARKANSAS #111 ARLINGTON  76016 |
| **ROBERT ACOSTA** | LEAD | CELL | 214-632-8962 | |
| **SYLVIA PHILLIPS** (CLEBURNE, GRANBURY, STEPHENVILLE) | 1B11 | PHONE / CELL | 817-202-2656 / 817-202-5413 | 600 W. KILPARTICK CLEBURNE  76033 |
| **VACANT** | LEAD | | | |
| **ANGELA KIMBROUGH** FORT WORTH MEGA CENTER | 1B12 | PHONE / CELL | 817-285-1903 / 214-980-8478 | 8301 BRENTOOD STAIR ROAD FORT WORTH  76120 |
| **DEANNA TORRES** | LEAD | CELL | 817-304-6410 | |
| **VENUS MUNOZ** (FORT WORTH MEGA CENTER) | 1B13 | PHONE / CELL | 817-285-1902 / 682-459-4005 | 8301 BRENTOOD STAIR ROAD FORT WORTH  76120 |
| **DEANNA TORRES** | LEAD | CELL | 817-304-6410 | |

Last Update: 5/7/2014                         REGION 1B-HURST

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| ARLINGTON<br>3901 W. ARKANSAS LN. #111<br>76016 | 101 | 1B10 | MON - FRI<br>TUESDAY<br>NO CLASS A DRIVE TESTS | 8:00 - 5:00<br>8:00 - 6:00 | 817-274-1818<br>817-795-3365 FAX |
| ATHENS<br>511 US HWY 175 W.<br>75751 | 603 | 1B9 | MON - FRI | 8:00 - 5:00 | 903-675-6091<br>903-675-7801 FAX |
| BONHAM<br>1203 E. SAM RAYBURN<br>75418 | 103 | 1B6 | MON - FRI<br>CLOSED LUNCH<br>DRIVE TESTS<br>TUES. - THURS. ONLY | 8:00 - 4:30<br>12:00 - 1:00<br><br>8:00 - 10:00 | 903-583-5613<br>903-583-5262 FAX |
| CLEBURNE<br>600 W. KILPATRICK<br>76033 | 608 | 1B11 | MON - FRI<br>NO CLASS A DRIVE TESTS | 8:00 - 5:00 | 817-202-2650<br>817-202-2693 FAX |
| CORSICANA<br>3030 US 287<br>75109 | 609 | 1B9 | MON - FRI | 8:00 - 5:00 | 903-872-5631<br>903-874-4122 FAX |
| DECATUR<br>2000 S. TRINITY<br>76234 | 509 | 1B4 | MON - FRI | 8:00 - 5:00 | 940-627-5694<br>940-626-4220 FAX |
| DENTON<br>820 N. LOOP 288<br>76209 | 113 | 1B7 | MON - FRI<br>CDL DRIVE TESTS<br>THURS ONLY | 8:00 - 5:00 | 940-484-6666<br>940-381-5479 FAX |
| FORT WORTH SOUTH<br>6413 WOODWAY DR.<br>76133 | 135 | 1B2 | MON - FRI<br>TUESDAY<br>NO CLASS A<br>CDL DRIVE TESTS | 8:00 - 5:00<br>8:00 - 6:00 | 817-294-1075<br>817-294-5271 FAX |
| FORT WORTH EAST<br>3500 MILLER AVE.<br>CHARLES F. GRIFFIN SUB COURTHOUSE<br>76119 | 159 | 1B12<br>1B13 | TUES-THURS<br>NO DRIVE TESTS<br>NO CDL WRITTEN TESTS | 8:00 - 4:30 | 817-413-6318<br>817-413-6319 |
| FORT WORTH MEGA CENTER<br>8301 BRENTWOOD STAIR ROAD<br>76120 | 160 | 1B12<br>1B13 | MON - THURS<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 817-285-1900<br>817-285-1907 |
| GAINESVILLE<br>206 W. CALIFORNIA<br>76240 | 117 | 1B7 | MON - FRI<br>CDL DRIVE TESTS<br>TUESDAY ONLY | 8:00 - 5:00 | 940-665-3924<br>940-665-6140 FAX |
| GRANBURY<br>1402 W. PEARL ST.<br>76048 | 625 | 1B11 | MON - FRI | 8:00 - 5:00 | 817-573-7381<br>817-573-2212 FAX |
| HURST<br>624 NE LOOP 820<br>76053 | 114 | 1B1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 817-299-1426<br>817-299-1427 FAX |
| LAKE WORTH<br>6316 LAKE WORTH BLVD.<br>76135 | 115 | 1B3 | *Temporarily Closed;*<br>*Reopening Summer 2014* | | |
| LEWISVILLE<br>190 N. VALLEY PKWY STE 201<br>75067 | 141 | 1B8 | MON - FRI<br>CDL DRIVE TESTS<br>TUES & THURS<br>ONLY | 8:00 - 5:00 | 972-221-8081<br>972-221-0291 FAX |

Last Update: 5/7/2014

REGION 1B-HURST

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| MCKINNEY<br>400 POWERHOUSE ST.<br>75071 | 123 | 1B6 | MON - FRI<br>CDL DRIVE TESTS<br>TUES & THURS ONLY | 8:00 - 5:00 | 214-733-5350<br>214-733-5362 FAX |
| MINERAL WELLS<br>600 FM 1821 N<br>76067 | 520 | 1B4 | MON - FRI | 8:00 - 5:00 | 940-325-0227<br>940-325-2177 FAX |
| PALESTINE<br>1900 W SPRING<br>75803 | 617 | 1B9 | MON - FRI | 8:00 - 5:00 | 903-661-5030<br>903-661-5042 FAX |
| PARIS<br>2885 N MAIN ST<br>75460 | 126 | 1B6 | MON - FRI<br>CDL DRIVE TESTS<br>WED ONLY | 8:00 - 5:00 | 903-784-3800<br>903-784-1132 FAX |
| PLANO<br>2109 W. PARKER RD #224<br>75023 | 140 | 1B5 | MON - FRI<br>TUESDAY<br>CDL DRIVE TESTS<br>TUES & THURS ONLY | 8:00 - 5:00<br>8:00 - 6:00 | 972-867-4221<br>972-985-4680 FAX |
| SHERMAN<br>1413 TEXOMA PKWY<br>75090 | 128 | 1B8 | MON - FRI<br>CDL DRIVE TESTS<br>TUES & THURS ONLY | 8:00 - 5:00 | 903-813-3420<br>903-813-3469 FAX |
| STEPHENVILLE<br>850 EAST RD.<br>76401 | 624 | 1B11 | MON - FRI | 8:00 - 5:00 | 254-965-7894<br>254-965-5371 FAX |
| WAXAHACHIE<br>1720 E. MAIN<br>75165 | 620 | 1B9 | MON - FRI | 8:00 - 5:00 | 972-923-6780<br>972-923-6691 FAX |
| WEATHERFORD<br>1309 S. BOWIE DR<br>76086 | 528 | 1B4 | MON - FRI | 8:00 - 5:00 | 817-599-7631<br>817-598-0812 FAX |