# DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 2A - HOUSTON

| | | | |
|---|---|---|---|
| **THOMAS CARTER, MANAGER** | PHONE | 281-517-1378 | 12230 WEST ROAD #224 |
| | CELL | 832-390-7782 | HOUSTON 77065-4523 |
| | | | |
| MARILYN BURNOM, ADMIN. ASST. | PHONE | 281-517-1377 | |
| | FAX | 281-517-1264 | |
| ROSA TREVINO, ADMIN. ASST. | PHONE | 281-517-1370 | |
| | | | |
| **CAROLYN FORD, ASST MANAGER** | PHONE | 281-517-1372 | 12230 WEST ROAD #224 |
| **(2A3-2A4; 2A10)** | CELL | 832-247-5698 | HOUSTON 77065-4523 |
| | | | |
| **PATRICIA JONES, ASST MANAGER** | PHONE | 713-219-4101 | 12220 SOUTH GESSNER |
| **(2A5; 2A6; 2A7)** | CELL | 281-460-3036 | HOUSTON 77071 |
| | | | |
| MAGDALENE BAILEY, ADMIN. ASST. | PHONE | 713-219-4104 | |
| | FAX | 713-219-4172 | |
| | | | |
| **AMELIA FLORES, ASST MANAGER** | PHONE | 281-517-1379 | 12230 WEST ROAD #224 |
| **(2A1; 2A2; 2A11)** | CELL | 832-244-5013 | HOUSTON 77065-4523 |
| | | | |
| **SYLVIA GUERRA, ASST. MANAGER** | PHONE | 281-517-1630 x268 | 28000 SW FRWY. #A |
| **(2A08; 2A09; 2A12)** | CELL | 281-814-5737 | ROSENBERG 77471 |

## OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **URSHULA JONES** | 2A01 | PHONE | 713-683-0541 | 4545 DACOMA |
| (DACOMA) | | CELL | 713-876-0463 | HOUSTON 77092 |
| **STEPHANIE GOFFNEY** | LEAD | CELL | 281-536-2532 | |
| | | | | |
| **NESHELL WILLIAMS** | 2A02 | PHONE | 281-890-7838 | 10503 GRANT ROAD |
| (GRANT) | | CELL | 713-876-7394 | HOUSTON 77070 |
| **VERONICA ESPINOZA** | LEAD | CELL | 713-904-0276 | |
| | | | | |
| **MICHELLE WILLIAMS** | 2A03 | PHONE | 713-461-0980 | 1601 TOWNHURST |
| (TOWNHURST) | | CELL | 713-461-7532 | HOUSTON 77043 |
| **MICHELLE JONES** | LEAD | CELL | 713-904-0290 | |
| | | | | |
| **KATHY CULLEN** | 2A04 | PHONE | 281-449-5717 | 15403 VANTAGE PKWY, STE 300 |
| (VANTAGE PKWY) | | CELL | 713-876-8139 | HOUSTON 77032 |
| **AMANDA CRASS** | LEAD | CELL | 832-477-7115 | |
| | | | | |
| **EBONY LEMORA** | 2A05 | PHONE | 713-219-4109 | 12220 SOUTH GESSNER |
| (GESSNER) | | CELL | 713-962-2167 | HOUSTON 77071 |
| **DANNA RHODES** | LEAD | CELL | 281-546-5488 | |

| | | OFFICE SUPERVISORS: | | |
|---|---|---|---|---|
| THU HANG NGUYEN | 2A06 | PHONE | 713-219-4107 | 12220 SOUTH GESSNER |
| (GESSNER) | | CELL | 713-876-9162 | HOUSTON 77071 |
| **DANNA RHODES** | LEAD | CELL | 281-546-5488 | |
| | | | | |
| MARLA MAYFIELD | 2A07 | PHONE | 713-219-4108 | 12220 SOUTH GESSNER |
| (GESSNER) | | CELL | 713-876-7963 | HOUSTON 77071 |
| **DANNA RHODES** | LEAD | CELL | 281-546-5488 | |
| | | | | |
| SARA SMITH | 2A08 | PHONE | 281-517-1630, x268 | 28000 SW FRWY. #A |
| (ROSENBERG DL CENTER) | | CELL | 832-477-7118 | ROSENBERG 77471 |
| **NICOLE HOWARD** | LEAD | PHONE | 281-517-1630, x26824 | |
| | | CELL | 832-361-0413 | |
| | | | | |
| HECTOR ALVARADO | 2A09 | PHONE | 218-517-1630, x268 | 28000 SW FRWY. #A |
| (ROSENBERG DL CENTER) | | CELL | 281-352-7923 | ROSENBERG 77471 |
| **NICOLE HOWARD** | LEAD | PHONE | 281-517-1630, x26824 | |
| | | CELL | 832-361-0413 | |
| | | | | |
| MORGAN FRY | 2A12 | PHONE | 281-633-5400 | 28000 SW FRWY. #A |
| (ROSENBERG DL CENTER) | | CELL | 832-361-0785 | ROSENBERG 77471 |
| **NICOLE HOWARD** | LEAD | PHONE | 281-517-1630, x26824 | |
| | | CELL | 832-361-0413 | |
| | | | | |
| WENDY SCHMIDT | 2A10 | PHONE | 979-732-3451, x120 | 3229 COLUMBUS LOOP |
| (BAY CITY, COLUMBUS, PIERCE BRENHAM, HEMPSTEAD) | | CELL | 281-630-9531 | COLUMBUS 78934 |
| **SHELLEY MILLER** | LEAD | CELL | 979-451-5696 | |
| | | | | |
| JOLENE PANKONIEN | 2A11 | PHONE | 979-776-3115 | 2571 N EARL RUDDER FRWY |
| (BRYAN, CENTERVILLE, CALDWELL) | | CELL | 979-204-7563 | BRYAN 77803 |
| **CHERYL CAMPBELL** | LEAD | PHONE | 979-776-3110 | |
| | | CELL | 979-241-2065 | |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| BAY CITY<br>510 AVENUE F<br>77414 | 203 | 2A10 | MON - FRI | 8:00 - 5:00 | 979-245-9353<br>979-245-9200<br>979-245-9202 FAX |
| BRENHAM<br>975 HIGHWAY 290 WEST<br>77833<br>Mail: BOX 116<br>77833 | 208 | 2A10 | MON - FRI | 8:00 - 5:00 | 979-836-2020<br>979-277-9349<br>979-836-4754 FAX |
| BRYAN<br>2571 N EARL RUDDER FRWY<br>77803 | 607 | 2A11 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 979-776-3110<br>979-776-3115<br>979-776-3114 FAX |
| CALDWELL<br>BURLESON COUNTY COURT<br>100 WEST BUCK, ROOM 106<br>75633 | 674<br>(CAMERON) | 2A11 | TUESDAY<br>CLOSED LUNCH | 8:30 - 4:30<br>12:00 - 1:00 | 979-567-2315 |
| CENTERVILLE<br>125 E. MAIN<br>75833 | 676 | 2A11 | WED - THURS<br>CLOSED LUNCH<br>AND AFTERNOON<br>DRIVE TESTS | 8:00 - 5:00 | 903-536-3095 |
| COLUMBUS<br>3229 COLUMBUS LOOP<br>78934 | 211 | 2A10 | MON - FRI<br>WED - DRIVE TESTS | 8:00 - 5:00 | 979-732-3451<br>979-732-2320 FAX |
| DACOMA<br>4545 DACOMA<br>77092 | 219 | 2A01 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-683-0541<br>713-683-1407 FAX |
| GESSNER<br>12220 S GESSNER<br>77071 | 207<br>295 | 2A05<br>2A06<br>2A07 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 713-219-4100<br>713-219-4101<br>713-219-4108<br>713-219-4109<br>713-219-4172 FAX |
| GRANT<br>10503 GRANT RD<br>77070 | 206 | 2A02 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 281-890-5440<br>281-890-7838<br>281-890-6076 FAX |
| HEMPSTEAD<br>235 HIGHWAY 290 EAST<br>77445 | 251 | 2A10 | MON - FRI | 8:00 - 5:00 | 979-826-7649<br>979-826-7648 FAX |
| PIERCE<br>19692 US HWY 59, EL CAMPO<br>77467<br>Mail: PO BOX 599<br>77467 | 230 | 2A10 | MON - FRI | 8:00 - 5:00 | 979-541-4590<br>979-541-4565 FAX |
| ROSENBERG DL CENTER<br>28000 SW Freeway, Suite A<br>77471<br>Mail: P O BOX 240<br>77406 | 231 | 2A08 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 281-517-1630 ext. 26811<br>281-633-5456 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| TOWNHURST<br>1601 TOWNHURST DR<br>77043 | 217 | 2A03 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-465-8462<br>713-984-9206 FAX |
| VANTAGE<br>15403 VANTAGE PKWY E., STE. 300<br>77032 | 216 | 2A04 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 281-449-2685<br>281-449-5443 FAX |

Case 2:13-cv-00193   Document 669-10   Filed on 11/11/14 in TXSD   Page 4 of 9

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| TOWNHURST<br>1601 TOWNHURST DR | | | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | |

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 2B - CONROE

| Name | | Phone/Cell/Fax | Number | Address |
|---|---|---|---|---|
| **KATHY BERGMAN, MANAGER** | | PHONE | 936-442-2829 | #2 HILBIG |
| | | CELL | 281-851-7959 | CONROE 77301 |
| JAYME JOHNSON, ADMIN. ASST. | | PHONE | 936-442-2848 | |
| | | FAX | 936-442-2881 | |
| **CHARLOTTE MULLIGAN, ASST. MGR** | | PHONE | 936-442-2825 | #2 HILBIG |
| **(2B1-2B4)** | | CELL | 936-689-3669 | CONROE 77301 |
| **DIANN MANNING, ASST. MANAGER** | | PHONE | 281-286-7968 | 111 TRISTAR |
| **(2B5-2B8)** | | CELL | 281-685-9175 | WEBSTER 77598 |
| SHEREEN SANTIAGO, ADMIN. ASST. | | PHONE | 281-286-7307 | |
| | | FAX | 281-486-8370 | |
| **ALAN ALEXANDER, ASST. MANAGER** | | PHONE | 936-699-7315 | 2809 S. JOHN REDDITT |
| **(2B9-2B11)** | | CELL | 936-208-1690 | LUFKIN 75904 |
| DEBRA BENNETT, ADMIN. ASST. | | PHONE | 936-699-7336 | |
| | | FAX | 936-699-7383 | |
| **MELISSA STEVENS, ASST. MANAGER** | | PHONE | 832-634-0471 | 4740 SPRING CYPRESS ROAD, #100 |
| **(2B12-2B13)** | | CELL | 713-876-0634 | SPRING 77379 |
| | | FAX | 713-876-0634 | |

### OFFICE SUPERVISORS:

| Name | Office | | Number | Address |
|---|---|---|---|---|
| **REBECCA SANTIAGO** | 2B1 | PHONE | 281-446-8105 | 7710 WILL CLAYTON |
| (HUMBLE, CLEVELAND) | | CELL | 281-814-0347 | HUMBLE 77338 |
| **LORETHA WILLIAMS** | LEAD | CELL | 713-397-3607 | |
| **SHEIKH OBAIDULLAH** | 2B2 | PHONE | 936-442-2813 | #2 HILBIG |
| (CONROE, HUNTSVILLE) | | CELL | 936-827-8769 | CONROE 77301 |
| **LAURI BOEN** | LEAD | CELL | 936-900-6935 | |
| **MONA DEROKEY** | 2B3 | PHONE | 713-633-9872 | 11039 EAST FREEWAY, #B |
| (HOUSTON EAST, LIBERTY) | | CELL | 713-516-6879 | HOUSTON 77029 |
| **ESMERALDA REYES** | LEAD | CELL | 713-409-0375 | |
| **JOHNNY WARD** | 2B4 | PHONE | 713-943-0631 | 9206 WINKLER |
| (HOUSTON WINKLER) | | CELL | 832-314-6721 | HOUSTON 77017 |
| **ERICA NUNEZ** | LEAD | CELL | 713-416-7278 | |

## OFFICE SUPERVISORS:

| Name | Code | | Number | Address |
|---|---|---|---|---|
| **TINA WEIR** (PASADENA) | 2B5 | PHONE<br>CELL | 713-473-3232<br>713-301-7106 | 2783 RED BLUFF #100<br>PASADENA 77503 |
| **KELLY BATES** | LEAD | CELL | 713-417-0587 | |
| **ERICA CARDENAS** (TEXAS CITY, GALVESTON) | 2B6 | PHONE<br>CELL | 409-933-1136<br>936-391-9683 | 1325 AMBURN RD.<br>TEXAS CITY 75979 |
| **KAREN DUTTON** | LEAD | CELL | 409-200-5267 | |
| **MARGARET HUNTER** (WEBSTER-CLEAR LAKE) | 2B7 | PHONE<br>CELL | 281-486-8242<br>713-591-4103 | 111 TRISTAR<br>WEBSTER 77598 |
| **TERI WILSON** | LEAD | CELL | | |
| **LINDA HIGHTOWER** (ALVIN, ANGLETON) | 2B8 | PHONE<br>CELL | 281-585-4525<br>281-793-4176 | 109 WEST COOMBS<br>ALVIN 77511 |
| **DELFA GIL** | LEAD | CELL | 713-417-3898 | |
| **KERRI LELEUX** (BEAMONT, PORT ARTHUR, ORANGE, KOUNTZE, JASPER, WOODVILLE) | 2B9 | PHONE<br>CELL | 409-924-5448<br>409-273-1296 | 7200 EASTEX FRWY.<br>BEAUMONT 77708 |
| **DEBRA STANLEY** | LEAD | CELL | 409-767-5492 | |
| **JENNIFER NORMAN** (LUFKIN CENTER, LIVINGSTON, NACOGODCHES, CROCKETT) | 2B10 | PHONE<br>CELL | 936-699-7366<br>936-689-0680 | 2809 S. JOHN REDDITT<br>LUFKIN 75904 |
| **FRANKIE MACFARLAND** | LEAD | CELL | 936-404-6259 | |
| **PORTIA DUKES** (BAYTOWN, WALLISVILLE) | 2B11 | PHONE<br>CELL | 281-424-1339<br>713-301-5819 | 5420 DECKER DRIVE<br>BAYTOWN 77520 |
| **LINDA REYNOLDS** | LEAD | CELL | 713-449-1531 | |
| **MICHAEL KENT McIVER** (SPRING DL CENTER) | 2B12<br>LEAD | PHONE<br>CELL | 832-634-0473<br>281-908-6039 | 4740 SPRING CYPRESS ROAD, #100<br>SPRING 77379 |
| **MARTHA ALVARADO** (SPRING DL CENTER) | 2B13 | PHONE<br>CELL | 832-634-0472<br>281-908-5092 | 4740 SPRING CYPRESS ROAD, #100<br>SPRING 77379 |
| **JOANNA STEWART** | LEAD | CELL | 281-546-4462 | |
| **KEIBA HOLT** (HOUSTON DOWNTOWN NOT YET OPEN) | 2B14 | PHONE<br>CELL | <br>281-660-2403 | 4740 SPRING CYPRESS ROAD, #100<br>SPRING 77379 |

Last Update: 5/7/2014                                                                                                REGION 2B-CONROE

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| ALVIN<br>109 WEST COOMBS<br>77511 | 232 | 2B8 | MON - FRI | 8:00 - 5:00 | 281-585-4525<br>281-331-8253 FAX |
| ANGLETON<br>501 S. VELASCO<br>77515 | 202 | 2B8 | MON - FRI | 8:00 - 5:00 | 979-849-5711<br>979-849-5707 FAX |
| BAYTOWN<br>5420 DECKER DRIVE<br>77520 | 204 | 2B11 | MON - FRI | 8:00 - 5:00 | 281-424-1339<br>281-424-3669<br>281-424-8978 FAX |
| BEAUMONT<br>7200 EASTEX FREEWAY<br>77708 | 205 | 2B9 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 409-924-5400<br>409-924-5421 FAX |
| CENTER<br>1281 SOUTHVIEW CIRCLE<br>75935 | 209 | 2B10 | MON - FRI | 8:00 - 4:30 | 936-598-6152<br>936-591-9745 FAX |
| CLEAR-LAKE WEBSTER<br>111 TRISTAR<br>77598 | 299 | 2B7 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 281-486-8242<br>281-486-8370 FAX |
| CLEVELAND<br>304 CAMPBELL RD., 123<br>77327 | 210 | 2B1 | MON - FRI | 8:00 - 5:00 | 281-592-5983<br>281-592-1334 FAX |
| CONROE<br>#2 HILBIG<br>77301 | 212 | 2B2 | MON - FRI | 8:00 - 5:00 | 936-442-2810<br>936-442-2881 FAX |
| CROCKETT<br>1125 E. LOOP 304<br>75835 | 627 | 2B10 | MON - FRI | 8:30 - 5:00 | 936-544-5917<br>936-544-5917 FAX |
| GALVESTON<br>6812 BROADWAY<br>77554 | 214 | 2B6 | MON - FRI | 8:00 - 5:00 | 409-740-0031<br>409-740-0031 FAX |
| HOUSTON EAST<br>11039 EAST FREEWAY, #B<br>77029 | 215 | 2B3 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-633-9872<br>713-633-7795 FAX |
| HOUSTON-WINKLER<br>9206 WINKLER<br>77017 | 201 | 2B4 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-943-0631<br>713-943-9351 FAX |
| HUMBLE<br>7710 WILL CLAYTON PARKWAY<br>77338 | 218 | 2B1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 281-446-3391<br>281-446-8105<br>281-548-0735 FAX |
| HUNTSVILLE<br>523 STATE HWY 75 N<br>77320 | 221 | 2B2 | MON - FRI | 8:00 - 5:00 | 936-295-1578<br>936-291-6315 FAX |

Last Update: 5/7/2014

REGION 2B-CONROE

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| JASPER<br>2398 W. GIBSON<br>75951 | 234 | 2B9 | MON - FRI | 8:00 - 5:00 | 409-384-5712<br>409-384-7047 FAX |
| KOUNTZE<br>440 W. MONROE<br>77625 | 269 | 2B9 | MON & TUES<br>CLOSED FOR LUNCH<br>DRIVE TESTS MON.<br>DRIVE TESTS TUES.<br>NO CDL DRIVE TESTS | 9:00 - 4:00<br>12:00 - 1:00<br>9:00 - 12:00<br>1:00 - 4:00 | 409-246-3662 |
| LIBERTY<br>2103 COS<br>77575 | 223 | 2B3 | MON - FRI<br>CLOSED | 8:00 - 5:00<br>12:00 - 1:00 | 936-336-7343<br>936-336-4565 FAX |
| LIVINGSTON<br>1737 N. WASHINGTON<br>77351 | 283 | 2B10 | MON - FRI | 8:00 - 5:00 | 936-327-6806<br>936-327-6840 FAX |
| LUFKIN<br>2809 S. JOHN REDDITT<br>75904 | 224 | 2B10 | MON - FRI | 8:00 - 5:00 | 936-699-7331<br>936-699-7389 FAX |
| NACOGDOCHES<br>5407 US HWY 59<br>75964 | 225 | 2B10 | MON - FRI | 8:00 - 5:00 | 936-560-5826<br>936-560-4682 FAX |
| ORANGE<br>711 HWY 87<br>77631 | 226 | 2B9 | MON - FRI | 8:00 - 5:00 | 409-883-0273<br>409-883-0275 FAX |
| PASADENA<br>2783 RED BLUFF #100<br>77503 | 227 | 2B5 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-473-3232<br>713-473-3708 FAX |
| PORT ARTHUR<br>900 4TH STREET<br>77640 | 228 | 2B9 | MON - FRI | 8:00 - 5:00 | 409-982-1131<br>409-982-3297 FAX |
| SPRING DL CENTER<br>4740 SPRING CYPRESS, #100<br>77379 | 240 | 2B12<br>2B13 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 281-517-1620<br>832-634-0479 FAX |
| TEXAS CITY<br>1325 AMBURN RD.<br>77591-2469 | 229 | 2B6 | MON - FRI | 8:00 - 5:00 | 409-933-1130<br>409-933-1169 FAX |
| WALLISVILLE<br>20906 IH-10<br>77597 | 273 | 2B11 | MON - FRI | 8:00 - 4:30 | 409-389-2491<br>409-389-2680 FAX |
| WOODVILLE<br>1001 W. BLUFF<br>75979 | 279 | 2B9 | WED & THURS<br>CLOSED FOR DRIVE TES | 9:00 - 4:00<br>1:00 - 4:00 | 409-283-7757<br>409-283-5967 FAX |

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 3 - WESLACO

| | | | | |
|---|---|---|---|---|
| **SAM SILVA, MANAGER** | | PHONE | 956-565-7210 | 2525 N INTERNATIONAL BLVD |
| | | CELL | 956-369-4517 | WESLACO 78599 |
| CAROLINA SEGUNDO, ADMIN. ASST. | | PHONE | 956-565-7211 | |
| | | FAX | 956-565-7205 | |
| **RAQUEL RAMIREZ, ASST. MANAGER** | | PHONE | 956-565-7212 | 2525 N INTERNATIONAL BLVD |
| (3A1-3A4) | | CELL | 956-605-3141 | WESLACO 78599 |
| **MARIA A. FLORES, ASST. MANAGER** | | PHONE | 361-698-5620 | 1922 S PADRE ISLAND DR. |
| (3A5-3A8) | | CELL | 361-850-0894 | CORPUS CHRISTI 78416 |
| ROXANNE URIBE, ADMIN. ASST. | | PHONE | 361-698-5624 | |
| | | FAX | 361-698-5557 | |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **REBECCA VASQUEZ** | 3A01 | PHONE | 956-565-7200 ext. 35751 | 1414 N. BICENTENNIAL BLVD. |
| (MCALLEN, MISSION) | | CELL | 956-532-7904 | MCALLEN 78501 |
| RIO GRANDE CITY) | | | | |
| **REBECCA LLANAS** | LEAD | CELL | 956-246-7197 | |
| **ANNA MARIE HERNANDEZ** | 3A02 | PHONE | 956-565-7213 | 2525 N INTERNATIONAL BLVD |
| (WESLACO) | | CELL | 956-802-6796 | WESLACO 78599 |
| **MARGARITA GUERRA** | LEAD | CELL | 956-246-7198 | |
| **GEORGE OLIVO** | 3A03 | PHONE | 956-983-1936 | 2901 PAREDES LINE RD |
| (BROWNSVILLE, HARLINGEN) | | CELL | 956-572-6253 | BROWNSVILLE 78526 |
| **ESTELLA ZARATE** | LEAD | CELL | 956-243-1368 | |
| **BELINDA RODRIGUEZ** | 3A04 | PHONE | 956-728-2305 | 1901 BOB BULLOCK LOOP |
| (LAREDO, ZAPATA) | | CELL | 956-202-1000 | LAREDO 78043 |
| **ROSANGELICA RANGEL** | LEAD | CELL | 956-693-9864 | |
| **ELIZABETH LOPEZ** | 3A05 | PHONE | 361-698-5629 | 1922 S PADRE ISLAND DR. |
| (CORPUS CHRISTI) | | CELL | 361-537-2091 | CORPUS CHRISTI 78416 |
| **SANDRA LUCIO** | LEAD | CELL | 361-331-0477 | |
| **ORALIA GARCIA** | 3A06 | PHONE | 361-664-2113 | 300 S JOHNSON ST |
| (ALICE, ARANSAS PASS, KINGSVILLE, | | CELL | 361-215-5529 | ALICE 78332 |
| BEEVILLE, SINTON, FALFURRIAS, GEORGE WEST) | | | | |
| **NAIDA MARTINEZ** | LEAD | CELL | 361-227-9864 | |
| **MARIA RIVAS** | 3A07 | PHONE | 830-703-1274 | 2012 VETERANS BLVD |
| (DEL RIO, EAGLE PASS | | CELL | 830-513-6566 | DEL RIO 78840 |
| UVALDE, CRYSTAL CITY) | | | | |
| **CHRISTINA NOWLIN** | LEAD | CELL | 830-513-6024 | 32 FOSTER-MALDONADO BLVD. |
| | | | | EAGLE PASS, TX 78852 |

Last Upate: 5/7/2014

REGION 3-WESLACO