| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| ALICE<br>300 S JOHNSON<br>78332 | 302 | 3A6 | MON - FRI | 8:00 - 5:00 | 361-664-2113<br>361-664-0330 FAX |
| ARANSAS PASS<br>913 S. COMMERCIAL<br>78336 | 325 | 3A6 | MON - FRI<br>NO CDL DRIVE TESTS | 8:00 - 5:00 | 361-758-8680<br>361-758-1557 FAX |
| BEEVILLE<br>400 HILLSIDE DRIVE<br>78102 | 303 | 3A6 | MON - FRI | 8:00 - 5:00 | 361-358-6272<br>361-362-1232 FAX |
| BROWNSVILLE<br>2901 PAREDES LINE ROAD<br>78526 | 304 | 3A3 | MON, WED - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 956-983-1920<br>956-983-1968 FAX |
| CORPUS CHRISTI<br>1922 S. PADRE ISLAND DR<br>78416 | 301 | 3A5 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 361-698-5626<br>361-698-5579 FAX |
| CRYSTAL CITY<br>200 UVALDE ST, STE 6 (COURT)<br>78839 | 305 | 3A7 | MON - FRI<br>CLOSED LUNCH | 8:00-4:30<br>12:00 - 1:15 | 830-374-2222<br>830-374-9639 FAX |
| DEL RIO<br>2012 VETERANS BLVD.<br>78840 | 412 | 3A7 | MON - FRI | 8:00 - 5:00 | 830-703-1225<br>830-774-0227 FAX |
| EAGLE PASS<br>32 FOSTER-MALDONADO BLVD<br>78852 | 413 | 3A7 | MON - FRI | 8:00 - 5:00 | 830-773-5050<br>830-757-5028 FAX |
| FALFURRIAS<br>217 E MILLER<br>BROOKS CO. - BLUMER BLDG.<br>78355 | 376<br>(KINGSVILLE) | 3A6 | THURSDAY<br>CLOSED FOR DRIVE TEST LUNCH | 9:00 - 4:00<br>11:00 - 2:00 | 361-325-4500 EXT. 3 |
| GEORGE WEST<br>301 HOUSTON<br>LIVE OAK COURTHOUSE ANNEX ROOM 14<br>78022 | 373<br>(BEEVILLE) | 3A6 | TUES & WED<br>CLOSED FOR DRIVE TEST LUNCH | 9:00 - 4:00<br>11:00 - 1:00 | 361-449-2733<br>EXT. 1023 |
| HARLINGEN<br>1630 N 77 SUNSHINE STRIP<br>78550 | 308 | 3A3 | MON, WED - FRI<br>TUESDAY<br>CDL WRITTEN TESTS THAT DO NOT REQUIRE A ROAD EXAM ARE GIVEN AT THIS LOCATION<br>NO CDL DRIVE TESTS | 8:00 - 5:00<br>8:00 - 6:00 | 956-440-6725<br>956-440-6798 FAX |
| KINGSVILLE<br>725 E. YOAKUM AVE., KLEBERG CTY COURTHOUSE, ED LOPEZ BLDG<br>78363 | 309 | 3A6 | MON - FRI | 8:00 - 5:00 | 361-592-1911<br>361-592-3512 FAX |
| LAREDO<br>1901 BOB BULLOCK LOOP<br>78043 | 310 | 3A4 | MON, WED - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 956-728-2301<br>956-728-2276 FAX |

Last Upate: 5/7/2014 · REGION 3-WESLACO

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **MCALLEN** 1414 N BICENTENNIAL BLVD 78501 | 320 | 3A1 | MON, WED-FRI TUESDAY CDL WRITTEN TESTS THAT **DO NOT REQUIRE** A ROAD EXAM ARE GIVEN AT THIS LOCATION NO CDL DRIVE TESTS | 8:00 - 5:00 8:00 - 6:00 | 956-565-7200 FAX |
| **MISSION** 722 N. BREYFOGLE STE A 78572 | 329 | 3A1 | MON - FRI RENEWALS/ DUPLICATES ONLY | 8:00 - 5:00 | 956-205-7070 **NO FAX YET** |
| **RIO GRANDE CITY** 100 FM 3167 STE 218 78582 - New DL facility estimated completion date is Unknown | 324 | 3A1 | MON - FRI NO CDL DRIVE TESTS | 8:00 - 5:00 | 956-716-4844 956-716-8154 FAX |
| **SINTON** 120 E. FULTON 78387 | 317 | 3A6 | MON - FRI CLOSED LUNCH DRIVE TESTS THURSDAY-APPOINTMENT ONLY; NO CDL DRIVE TESTS | 8:30 - 5:00 12:00 - 1:15 | 361-364-1956 361-364-3121 FAX |
| **UVALDE** 2901 E. MAIN 78801 | 318 | 3A7 | MON-FRI | 8:00-5:00 | 830-278-5630 830-278-3732 FAX |
| **WESLACO** 2525 N INTERNATIONAL BLVD 78599 | 321 | 3A2 | MON, WED - FRI TUESDAY | 8:00 - 5:00 8:00 - 6:00 | 956-565-7200 956-565-7205 FAX |
| **ZAPATA** 607 N. US HIGHWAY 83, STE F 78076 | 394 | 3A4 | MON - FRI CLOSED LUNCH NO CDL DRIVE TESTS | 8:30 - 5:00 12:00 - 1:15 | 956-765-9917 956-765-9989 FAX |

Last Upate: 5/7/2014

REGION 3-WESLACO

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 4 - MIDLAND

| | | | | |
|---|---|---|---|---|
| **ESTELLA VALENZUELA, MANAGER** | | PHONE<br>CELL | 432-498-2351<br>432-553-6968 | 2405 S LOOP 250 WEST<br>MIDLAND 79703 |
| DAWN CALBILLO, ADMIN. ASST. | | PHONE<br>FAX | 432-498-2350<br>432-498-2374 | |
| **DAVID BARBER, ASST. MGR**<br>4A01-4A04 | | PHONE<br>CELL | 915-849-4150<br>915-342-6319 | 11612 SCOTT SIMPSON<br>EL PASO 79936 |
| BARBARA SHERWOOD, ADMIN. ASST. | | PHONE<br>FAX | 915-849-4140<br>915-849-4114 | |
| **LETICIA ARANDA-SARABIA, ASST. MGR**<br>(4A5-4A8) | | PHONE<br>CELL | 432-363-7424<br>432-553-7062 | 1910 IH-20 WEST<br>ODESSA 79763 |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **BERTHA MONTELONGO**<br>(EL PASO - SCOTT SIMPSON)<br>**MANDIE BARRAZA** | 4A1<br><br>LEAD | PHONE<br>CELL | 915-849-4151<br>915-309-2859 | 11612 SCOTT SIMPSON<br>EL PASO 79936 |
| **MARIA (CHRIS) FRANCO**<br>(EL PASO - HONDO PASS, FORT BLISS)<br>**JUAN HIDALGO** | 4A2<br><br>LEAD | PHONE<br>CELL | 915-751-6455<br>915-217-5928 | 4505 HONDO PASS<br>EL PASO 79904 |
| **MARTHA HERNANDEZ**<br>(EL PASO - NORTHWESTERN)<br>**KIMBERLYE ORTIZ** | 4A3<br><br>LEAD | PHONE<br>CELL | 915-877-1647<br>915-261-5437 | 1854 NORTHWESTERN<br>EL PASO 79912 |
| **SHEILA EDWARDS**<br>(EL PASO - GATEWAY EAST, VAN HORN)<br>**ALEJANDRO TORRES** | 4A4<br><br><br>LEAD | PHONE<br>CELL | 915-598-3487<br>915-309-4681 | 7300 GATEWAY EAST<br>EL PASO 79915 |
| **ANNETTE REYES**<br>(MIDLAND, ANDREWS, BIG SPRING, LAMESA SEMINOLE, STANTON)<br>**SONYA GONZALES** | 4A5<br><br><br><br>LEAD | PHONE<br>CELL<br><br><br>CELL | 432-498-2353<br>432-559-7263<br><br><br>432-270-8147 | 2405 S LOOP 250 WEST<br>MIDLAND 79703 |
| **LISA ESCOVEDO**<br>(ODESSA, CRANE, BIG LAKE)<br>**MARIA MENDOZA** | 4A6<br><br><br>LEAD | PHONE<br>CELL<br><br>CELL | 432-363-7450<br>432-270-8002<br><br>432-770-8014 | 1910 IH-20 WEST<br>ODESSA 79763 |

## OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **CARLOS ORTEGA, JR.** (ALPINE, FORT STOCKTON, KERMIT, MONAHANS, PECOS, PRESIDIO) | **4A7** | PHONE<br>CELL | 432-336-5001<br>432-923-3295 | 2302 W DICKINSON<br>FORT STOCKTON 79735 |
| **CYNDEE STEVENS** (SAN ANGELO, BRADY, SONORA) | **4A8** | PHONE<br>CELL | 325-223-6852<br>325-315-8038 | 1600 W LOOP 306<br>SAN ANGELO 76904 |
| **KATHY KEMP** | **LEAD** | CELL | 325-340-2151 | |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | NUMBERS |
|---|---|---|---|---|---|
| ALPINE<br>3500 N HWY 118<br>79830 | 403 | 4A7 | MON - FRI | 8:30 - 5:00 | 432-837-7580<br>432-837-7563 FAX |
| ANDREWS<br>201 N MAIN #210<br>ANDREWS CO COURTHOUSE<br>79714 | 404 | 4A5 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>1:00 - 2:00 | 432-524-1425<br>432-524-1443 FAX |
| BIG LAKE<br>COURTHOUSE ANNEX<br>300 PLAZA<br>76932 | 487<br>(CRANE) | 4A6 | WED & THUR | 9:15 - 3:45 | 325-884-2301<br>325-884-4110 FAX |
| BIG SPRING<br>5725 IH 20 WEST<br>PO BOX 2888<br>79721 | 407 | 4A5 | MON - FRI<br>1st, 3rd & 5th TUESDA | 8:30 - 5:00<br>8:30 - 5:00 | 432-267-5671<br>432-263-1040 FAX |
| BRADY<br>306 W LOCKHART ST<br>76825 | 635 | 4A8 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 325-597-1188<br>325-597-1188 FAX |
| CRANE<br>1212 S ALFORD<br>79731 | 481 | 4A6 | MON, TUES & FRI | 8:30 - 5:00 | 432-558-3292<br>432-558-1196 FAX |
| EL PASO - SS<br>11612 SCOTT SIMPSON<br>79936 | 426 | 4A1 | MON - FRI<br>TUESDAY | 8:00 - 5:00 (MST)<br>8:00 - 6:00 | 915-849-4100<br>915-849-4114 FAX<br>915-849-4009 FAX |
| EL PASO - HONDO PASS<br>4505 HONDO PASS<br>79904 | 416 | 4A2 | MON - FRI<br>TUESDAY | 8:00 - 5:00 (MST)<br>8:00 - 6:00 | 915-751-6455<br>915-751-6456<br>915-755-0575 FAX |
| EL PASO - N'WESTERN<br>1854 NORTHWESTERN<br>79912 | 405 | 4A3 | MON - FRI<br>TUESDAY | 8:00 - 5:00 (MST)<br>8:00 - 6:00 | 915-877-1647<br>915-877-1657<br>915-877-2364 FAX |
| EL PASO-GATEWAY<br>7300 GATEWAY EAST<br>79915 | 415 | 4A4 | MON - FRI | 7:00 - 6:00 (MST) | 915-598-3487<br>915-598-3488<br>915-598-1149 FAX |
| FORT BLISS<br>505 PERSHING RD, RM A154<br>79916 | 440 | 4A2 | MON - FRI<br>NO DRIVING<br>EXAMS | 7:00 - 4:00 (MST) | 915-568-8631<br>915-568-8625<br>915-568-8626 FAX |
| FORT STOCKTON<br>2302 W DICKINSON<br>79735 | 417 | 4A7 | MON - FRI | 8:30 - 5:00 | 432-336-5001<br>432-336-3414<br>432-336-6811 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | NUMBERS |
|---|---|---|---|---|---|
| KERMIT<br>401 S PINE ST<br>79745 | 418 | 4A7 | WEDNESDAY<br>THURSDAY | 8:30 - 4:15<br>9:00 - 3:45 | 432-586-3134<br>432-586-3134 FAX |
| LAMESA<br>608 N MAIN<br>79331 | 419 | 4A5 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:30 - 1:30 | 806-872-8675<br>806-872-9494<br>806-872-5065 FAX |
| MIDLAND<br>2405 S LOOP 250 W<br>79703 | 401 | 4A5 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 432-498-2355<br>432-498-2374 FAX |
| MONAHANS<br>3600 S STOCKTON<br>79756 | 420 | 4A7 | MON, TUES,<br>THURS, FRI | 8:30 - 5:00 | 432-943-4701<br>432-943-5857<br>432-943-4701 FAX |
| ODESSA<br>1910 IH-20 WEST<br>79763 | 421 | 4A6 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 432-332-0637<br>432-363-7470 FAX |

CDL driving exams will be temporarily administered in the Midland driver license office (4/24/2014)

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | NUMBERS |
|---|---|---|---|---|---|
| PECOS<br>148 N FRONTAGE RD.,<br>I-20 WEST<br>79772 | 422 | 4A7 | MON, TUES,<br>WED, FRI | 8:30 - 5:00 | 432-447-3532<br>432-447-3533<br>432-447-3535 FAX |
| PRESIDIO<br>800- A N BUS. HWY 67<br>PO BOX 806<br>79845 | 448 | 4A7 | MON - FRI | 8:30 - 5:00 | 432-229-3768<br>432-229-3768 FAX |
| SAN ANGELO<br>1600 W LOOP 306<br>76904 | 423 | 4A8 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 325-223-6903<br>325-223-6936 FAX |
| SEMINOLE<br>101 S MAIN, ROOM 105<br>79360 | 424 | 4A5 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 432-758-3112<br>Ext. 4001 |
| SONORA<br>CTY COURTHOUSE<br>102 N WATER AVE<br>76950 | 482<br>(SAN ANGELO) | 4A8 | THURSDAY<br>CLOSED LUNCH | 9:30 - 3:15<br>12:00 - 1:00 | 325-387-5701 |
| STANTON<br>301 ST PETER STREET<br>79782 | 474<br>(BIG SPRING) | 4A5 | TUESDAY<br>CLOSED LUNCH | 9:00 - 4:00<br>1:00 - 2:00 | 432-607-3511<br>432-756-3336 FAX |
| VAN HORN<br>1300 N FRONTAGE RD, IH-10<br>79855 | 428<br>(EL P - GATEWAY) | 4A4 | THURSDAY | 9:00 - 5:00 (CST) | 432-283-2039<br>432-283-2741<br>432-283-9072 FAX |

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 5 - LUBBOCK

| | | | | |
|---|---|---|---|---|
| **TOMAS VALDEZ, MANAGER** | | PHONE<br>CELL | 806-740-8956; 58956<br>806-470-0255 | 1404 LUBBOCK BUSINESS PARK BLVD.<br>LUBBOCK 79403 |
| BARBARA MUNIZ, ADMIN. ASST. | | PHONE<br>FAX | 806-740-8954; 58954<br>806-740-8993 | |
| **CHRISTIAN SLEDGE, ASST. MANAGER**<br>(5A1-5A5) | | PHONE<br>CELL | 806-740-8955; 58955<br>806-319-2535 | 1404 LUBBOCK BUSINESS PARK BLVD.<br>LUBBOCK 79403 |
| **PABLO GARCIA, ASST. MANAGER**<br>(5A6-5A8) | | PHONE<br>CELL | 940-851-5640<br>940-235-9268 | 5505 N CENTRAL EXPRESSWAY<br>WICHITA FALLS 76306 |
| BETHANY CHALLIS, ADMIN. ASST. | | PHONE<br>FAX | 940-851-5648<br>940-851-5625 | |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **GINGER LAWTON**<br>(LUBBOCK) | 5A1 | PHONE | 806-740-8948 | 1404 LUBBOCK BUSINESS PARK BLVD.<br>LUBBOCK 79403 |
| **CHRISTINA MICKLEY** | LEAD | | | |
| **VANESSA KELLEY**<br>(PLAINVIEW, CROSBYTON,<br>DIMMITT, FLOYDADA, FRIONA,<br>HEREFORD, LITTLEFIELD,<br>MULESHOE, TULIA) | 5A2 | PHONE<br>CELL | 806-293-2508, Ext. 5521<br>806-224-5965 | 1108 S. COLUMBIA<br>PLAINVIEW 79072 |
| **ANGIE WEEMS** | LEAD | CELL | | |
| **MARY VANOVER**<br>(AMARILLO) | 5A3 | PHONE<br>CELL | 806-468-1450; ext. 51450 | 4200 CANYON DRIVE<br>AMARILLO 79109 |
| **PATTI HERBSTRITT** | LEAD | CELL | | |
| **JOSEFA (JOSIE) TRIPLETT**<br>(BROWNFIELD, DENVER CITY<br>LEVELLAND) | 5A4 | PHONE<br>CELL | 806-637-3625, Ext. 5002<br>806-392-4792 | 802 N BALLARD<br>BROWNFIELD 79316 |
| **GINA MINYARD**<br>(PAMPA, BORGER,<br>CANADIAN, DUMAS<br>DALHART, PANHANDLE,<br>PERRYTON | 5A5 | PHONE<br>CELL | 806-665-7160<br>806-663-9129 | 2909 PERRYTON PRWY<br>PAMPA 79065 |
| **BETTY ANN COLEMAN** | LEAD | CELL | | |

## OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **BOBBY GONZALES** (WICHITA FALLS, BOWIE CHILDRESS, CLARENDON, VERNON QUANAH) | 5A6 | PHONE<br>CELL | 940-851-5641<br>940-447-7393 | 5505 N CENTRAL EXPRESSWAY<br>WICHITA FALLS 76306 |
| **TERESA GONZALEZ** | LEAD | PHONE | 940-851-5643 | |
| **CINDY BALLEW** (GRAHAM, BAIRD, BALLINGER, BRECKENRIDGE, BROWNWOOD, COLEMAN, COMANCHE, EASTLAND, HASKELL MUNDAY, SEYMOUR) | 5A7 | PHONE<br>CELL | 940-549-1490<br>817-565-6369 | 142 ELM<br>GRAHAM 76450 |
| **TANA CARR** | LEAD | PHONE | 940-549-1490 | |
| **VACANT** (ABILENE, ANSON, COLORADO CITY, ROBY SNYDER, SWEETWATER) | 5A8 | PHONE<br>CELL | 325-695-0988, Ext. 5424<br>325-232-1913 | 4649 S 1ST ST<br>ABILENE 79605 |
| **JULIE BULLARD** | LEAD | PHONE | 325-573-5631, Ext. 50325 | |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **ABILENE**<br>4649 SOUTH 1ST ST<br>79605 | 402 | 5A8 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 325-695-0988 (54237)<br>325-695-0970 FAX |
| **AMARILLO**<br>4200 CANYON DRIVE<br>79109 | 502 | 5A3 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 806-468-1400; 51460<br>806-468-1445 FAX |
| **ANSON**<br>1110 W. COURT PLAZA<br>79501 | 473 | 5A8 | MON, TUES, THURS<br>WED 2ND & 4TH<br>CLOSED LUNCH | 8:30 - 5:00<br><br>12:00 - 1:00 | 325-823-3631<br>325-823-2460 FAX |
| **BAIRD**<br>100 W 4th STREET<br>CALLAHAN CO COURT<br>79504 | 477<br>(EASTLAND) | 5A7 | WEDNESDAY<br>1ST, 3RD, 5TH<br>CLOSED LUNCH | 9:00 - 4:00<br><br>12:00 - 1:00 | 325-854-5844 |
| **BALLINGER**<br>RUNNELS CO. COURT ANNEX<br>602 STRONG<br>76821 | 406<br>(COLEMAN) | 5A7 | TUES - WED<br>CLOSED LUNCH | 8:45 - 4:15<br>12:00 - 1:00 | 325-365-2161 |
| **BORGER**<br>3249 FAIRLANES BLVD<br>79007 | 503 | 5A5 | MON - FRI<br>TUES 1ST 3RD 5TH<br>CLOSED LUNCH 1ST, 3RD, 5TH TUES | 8:00 - 5:00<br>8:30 - 5:00 | 806-273-2453 |
| **BOWIE**<br>603 DECATUR ST<br>76230 | 504 | 5A6 | MON - TUES<br>WED-FRI<br>CLOSED LUNCH | 9:00 - 5:00<br>8:00 - 5:00<br>12:00 - 1:00 | 940-872-1496<br>940-872-6480 FAX |
| **BRECKENRIDGE**<br>STEPHENS CO COURTHOUSE<br>200 W WALKER<br>76424 | 408 | 5A7 | TUES<br>WED & THURS<br>CLOSED LUNCH WED/TH | 1:30 - 5:00<br>8:30 - 5:00<br>12:00 - 1:00 | 254-599-2664 |
| **BROWNFIELD**<br>802 N BALLARD<br>79316 | 505 | 5A4 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-637-3625 ext. 50023<br>806-637-3050 FAX |
| **BROWNWOOD**<br>1516 MARKET PLACE BLVD<br>76801 | 409 | 5A7 | MON - FRI | 8:00 - 5:00 | 325-646-0180<br>325-646-0978 FAX |
| **CANADIAN**<br>HEMPILL CO COURTHOUSE<br>400 MAIN<br>79014 | 583<br>(PERRYTON) | 5A5 | 2nd & 5th TUES<br>WEDNESDAY<br>CLOSED LUNCH | 9:00 - 4:00<br>9:00 - 4:00<br>12:00 - 1:00 | 806-323-9898 |
| **CHILDRESS**<br>1700 AVE F NW, SUITE A<br>79201 | 507 | 5A6 | MON-WED & FRI<br>THURSDAY<br>CLOSED LUNCH | 8:00 - 5:00<br>8:30 - 5:00<br>12:00 - 1:00 | 940-937-2560<br>ext. 50823 & 50824 |
| **CLARENDON**<br>723 W 2ND STREET<br>79226 | 574<br>(CHILDRESS) | 5A6 | THURSDAY<br>CLOSED LUNCH | 9:00 - 3:45<br>12:00 - 1:00 | 806-874-5188 |
| **COLEMAN**<br>112 NORTH CONCHO<br>76834 | 410<br>(BROWNWOOD) | 5A7 | MON, THURS, FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 325-625-2600 |
| **COLORADO CITY**<br>333 PINE STREET<br>79512 | 411 | 5A8 | MONDAY<br>CLOSED LUNCH<br>FRIDAY | 8:30 - 5:00<br>1:00 - 2:00<br>8:30 - 1:00 | 325-728-5214<br><br>REGION 5-LUBBOCK |

Last Update: 5/7/2014