| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| COMANCHE<br>211 S AUSTIN<br>76442 | 634 | 5A7 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 325-356-3222 |
| CROSBYTON<br>215 S. BERKSHIRE<br>P O BOX 525<br>79322 | 508 | 5A2 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-675-2131 |
| DALHART<br>402 DENVER AVE.<br>79022 | 541 | 5A5 | TUESDAY<br>CLOSED LUNCH | 9:00 - 4:00<br>12:00 - 1:00 | 806-244-4332 |
| DENVER CITY<br>412 W 5TH STREET<br>79323 | 506 | 5A4 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:30 - 1:30 | 806-592-2873<br>806-592-3322 FAX |
| DIMMITT<br>COUNTY COURTHOUSE<br>100 E. BEDFORD, RM 110<br>79027 | 511 | 5A2 | MON, THURS, FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-647-4350<br>806-647-2189 FAX |
| DUMAS<br>817 S. BLISS AVENUE<br>P O BOX 1025<br>79029 | 512 | 5A5 | MON, WED-FRI<br>CLOSED TUES<br>CLOSED LUNCH | 8:00 - 5:00<br><br>12:00 - 1:00 | 806-935-5058 |
| EASTLAND<br>1002 LAGO VISTA<br>P O BOX 711<br>76448 | 414 | 5A7 | MON & FRI<br>TUE, WED, THURS<br>CLOSED LUNCH | 8:00 - 5:00<br>8:30 - 5:00<br>12:00 - 1:00 | 254-629-8383 (50401)<br>254-629-8271 FAX |
| FLOYDADA<br>COUNTY COURTHOUSE<br>105 S. MAIN, RM 107<br>79235 | 513 | 5A2 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-983-2217<br>806-983-5913 FAX |
| FRIONA<br>102 E. 8TH STREET<br>79035 | 514 | 5A2 | TUES - WED<br>CLOSED LUNCH | 9:00 - 4:30<br>12:00 - 1:00 | 806-250-2711 |
| GRAHAM<br>142 N ELM<br>76450 | 515 | 5A7 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 940-549-1490<br>940-549-2407 FAX |
| HASKELL<br>COUNTY COURTHOUSE<br>1 NORTH AVE D<br>79521 | 516 | 5A7 | MON, THURS<br>FRIDAY<br>CLOSED LUNCH | 8:30 - 5:00<br>8:00 - 4:30<br>12:00 - 1:00 | 940-864-2448<br>940-864-2533 FAX |
| HEREFORD<br>807 W. 15TH STREET<br>79045 | 517 | 5A2 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-364-6481<br>806-364-3878 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **LEVELLAND** <br> 1212 HOUSTON ST, SUITE 4 <br> 79336 | 518 | 5A4 | MON - FRI <br> CLOSED LUNCH | 8:30 - 5:00 <br> 12:00 - 1:00 | 806-894-7026 <br> 806-894-2353 FAX |
| **LITTLEFIELD** <br> LAMB COUNTY COURTHOUSE <br> 100 6TH DRIVE, ROOM B-06 <br> 79339 | 519 | 5A2 | MON - FRI <br> CLOSED LUNCH | 8:30 - 5:00 <br> 12:00 - 1:00 | 806-385-5679 <br> 806-385-5449 FAX |
| **LUBBOCK** <br> 1404 LUBBOCK BUSINESS PARK BLVD. #100 <br> 79403 | 501 | 5A1 | MON - FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 806-742-8700, x58950 |
| **MUNDAY** <br> CITY HALL <br> 121 E. MAIN <br> 76371 | 579 <br> (HASKELL) | 5A7 | WEDNESDAY <br> CLOSED | 8:30 - 4:15 <br> 12:00 - 1:00 | 940-422-4331 |
| **MULESHOE** <br> 300 S. 1 STREET, RM 302 <br> 79347 | 521 | 5A2 | MON - FRI <br> CLOSED LUNCH | 8:30 - 5:00 <br> 12:00 - 1:00 | 806-272-3860 <br> 806-272-7715 FAX |
| **PAMPA** <br> 2909 PERRYTON PKWY <br> 79065 | 523 | 5A5 | MON - FRI | 8:00 - 5:00 | 806-665-7160 <br> 806-665-1133 FAX |
| **PANHANDLE** <br> CARSON CO COURTHOUSE <br> 501 MAIN <br> 79068 | 571 <br> (BORGER) | 5A5 | 1ST, 3RD & 5TH <br> TUESDAY <br> CLOSED LUNCH | 9:00 - 4:00 <br><br> 12:00 - 1:00 | 806-537-3622 ext. 233 |
| **PERRYTON** <br> 101 SW 4TH STREET <br> 79070 | 524 | 5A5 | MON, TUES, THURS, FR <br> CLOSED WEDNESDAY <br> CLOSED LUNCH 2ND <br> & 5TH TUES. | 8:00 - 5:00 <br><br><br> 12:00 - 1:00 | 806-435-4642 <br> 806-435-5038 FAX |
| **PLAINVIEW** <br> 1108 S. COLUMBIA <br> 79072 | 525 | 5A2 | MON - FRI | 8:00 - 5:00 | 806-293-2508 <br> 806-293-0545 FAX |
| **QUANAH** <br> HARDEMAN CO COURTHOUSE A <br> 210 MERCER STREET <br> 79252 | 585 <br> (VERNON) | 5A6 | TUESDAY <br> 2ND, 3RD, 4TH, 5TH <br> CLOSED LUNCH | 9:00 - 4:00 <br><br> 12:00 - 1:00 | 940-663-2235 |
| **ROBY** <br> 112 NORTH CONCHO <br> COUNTY COURTHOUSE <br> 79543 | 473 <br> (ANSON) | 5A8 | 1ST, 3RD & 5TH <br> WEDNESDAY | 9:00 - 4:00 | 325-776-3276 |
| **SEYMOUR** <br> BAYLOR CO COURTHOUSE <br> 101 S. WASHINGTON, STE #1 <br> 76380 | 579 <br> (HASKELL) | 5A7 | TUESDAY <br> CLOSED LUNCH | 9:15 - 3:45 <br> 12:00 - 1:00 | 940-889-2426 |
| **SNYDER** <br> 501 EAST 37TH STREET <br> 79549 | 425 | 5A8 | TUES - THURS <br> CLOSED LUNCH | 8:30 - 5:00 <br> 12:00 - 1:00 | 325-573-5631 (50325) <br> 325-573-7674 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| SWEETWATER<br>600 NW GEORGIA<br>79556 | 427 | 5A8 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 325-235-2662<br>325-235-5961 FAX |
| TULIA<br>310 W. BROADWAY, STE 137<br>79088 | 530 | 5A2 | TUES & WED<br>CLOSED LUNCH | 8:30 - 4:30<br>12:00 - 1:00 | 806-995-3813<br>806-995-3343 FAX |
| VERNON<br>WILBARGER CO COURTHOUSE<br>1700 WILBARGER, ROOM B6<br>76384 | 527 | 5A6 | MON; WED - FRI<br>TUESDAY<br>CLOSED TUES | 8:00 - 5:00<br>8:30 - 5:00<br>12:00 - 1:00 | 940-552-6372<br>940-553-2313 FAX |
| WICHITA FALLS<br>5505 N. CENTRAL FREEWAY<br>76306 | 529 | 5A6 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 940-851-5647<br>940-851-5625 FAX |

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 6A - SAN ANTONIO

| Name | | Contact | Number | Address |
|---|---|---|---|---|
| **LORI CARLSSON, MANAGER** | | PHONE | 210-531-2231 | 6502 S NEW BRAUNFELS |
| | | CELL | 210-265-7356 | SAN ANTONIO 78223 |
| VACANT, ADMIN. ASST. | | PHONE | 210-531-2243 | |
| | | FAX | 210-531-2278 | |
| **VACANT, ASST. MANAGER** | | PHONE | 210-531-2232 | 6502 S NEW BRAUNFELS |
| (6A1; 6A3-6A4;6A7) | | CELL | 210-259-3872 | SAN ANTONIO 78223 |
| **CHARLES WELLS, ASST. MANAGER** | | PHONE | 210-945-1910 | 1633 PAT BOOKER |
| (6A2; 6A5-6A6; 6A8) | | CELL | 210-260-4730 | UNIVERSAL CITY 78148 |
| JESSICA ROBLES, ADMIN. ASST. AND | | PHONE | 210-945-1919 | |
| SENIOR TIMEKEEPER FOR REGIONS 3,4,5,6A,6B | | FAX | 210-945-1935 | |
| **VACANT, ASST. MANAGER** | | PHONE | 210-531-1001 | 7410 HUEBNER ROAD |
| (6A09-6A10) | | CELL | | LEON VALLEY 78240 |
| | | FAX | 210-684-2232 | |

### OFFICE SUPERVISORS:

| Name | Office | Contact | Number | Address |
|---|---|---|---|---|
| **SANDY WATERMAN** | 6A1 | PHONE | 210-531-2234 | 6502 S NEW BRAUNFELS |
| (SAN ANTONIO SOUTHEAST, JOURDANTON) | | CELL | 210-216-3728 | SAN ANTONIO 78223 |
| **LAURA LOPEZ** | LEAD | CELL | 210-268-7317 | |
| **ANNETTE CARRILLO** | 6A2 | PHONE | 210-945-1915 | 1633 PAT BOOKER |
| (PAT BOOKER, FLORESVILLE) | | CELL | 210-737-4352 | UNIVERSAL CITY 78148 |
| **VICTORIA MUNOZ** | LEAD | CELL | 210-601-2184 | |
| **JACOB PLAYER** | 6A3 | PHONE | 210-435-5481 | 1803 S GENERAL MCMULLEN |
| (GENERAL MCMULLEN, HONDO) | | CELL | 210-262-9979 | SAN ANTONIO 78226 |
| **NOEMI GARZA** | LEAD | CELL | 210-275-2891 | |
| **RICHARD COOK** | 6A4 | PHONE | 210-737-2272 | 1258 BABCOCK RD |
| (BABCOCK) | | CELL | 210-701-6675 | SAN ANTONIO 78201 |
| **ALICE GONZALES** | LEAD | CELL | 210-556-8855 | |
| **IRMA GUERRERO** | 6A5 | PHONE | 830-625-8111 | 3003 INTERSTATE 35 SOUTH |
| (SEGUIN, GONZALES, HALLETSVILLE, NEW BRAUNFELS) | | CELL | 830-433-0027 | NEW BRAUNFELS 78130 |
| **VIRGINIA TOOKE** | LEAD | CELL | 830-358-8432 | |
| **BURONICA PICKENS** | 6A6 | PHONE | 512-353-2770 | 1400 INTERSTATE 35 NORTH |
| (SAN MARCOS, BASTROP, GIDDINGS) | | CELL | 210-837-0649 | SAN MARCOS 78666 |
| **MAGGIE RODRIGUEZ** | LEAD | CELL | 512-738-3022 | |

Last Update: 5/7/2014

REGION 6A-SAN ANTONIO

| | | OFFICE SUPERVISORS: | | |
|---|---|---|---|---|
| **LISA VARGAS-MORENO** (VICTORIA, PORT LAVACA, CUERO) | 6A7 | PHONE<br>CELL | 361-578-3467<br>210-216-8619 | 8802 N NAVARRO<br>VICTORIA  77904 |
| **SULEMA SAENZ** | LEAD | CELL | 361-648-6784 | |
| **ROXANE BEARD** (KERRVILLE, JUNCTION, FREDERICKSBURG, BOERNE) | 6A8 | PHONE<br>CELL | 830-258-5750<br>830-928-7967 | 311 SYDNEY BAKER ST SOUTH<br>KERRVILLE  78028 |
| **VACANT** | LEAD | CELL | | |
| **PAUL ESQUIVEL** SAN ANTONIO MEGA CENTER | 6A09 | PHONE<br>CELL | 210-531-1002<br>210-701-6674<br>210-684-2232 FAX | 7410 HUEBNER ROAD<br>LEON VALLEY 78240 |
| **DEANNA SILVA** | LEAD | | 210-556-8856 | |
| **KATHY TAYLOR** SAN ANTONIO MEGA CENTER | 6A10 | PHONE | 210-531-1003<br>210-262-9608 | 7410 HUEBNER ROAD<br>LEON VALLEY 78240 |
| **SONJA DIXON** | LEAD | CELL | 210-601-1817 | |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| BABCOCK<br>1258 BABCOCK<br>78201 | 312 | 6A4 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 210-737-1911<br>210-737-2068 FAX |
| BASTROP<br>305 ESKEW ST<br>78602 | 668 | 6A6 | MON - FRI | 8:00 - 5:00 | 512-581-7152<br>512-581-7153 FAX |
| BOERNE<br>1415 EAST BLANCO RD, STE 2<br>78006 | 638 | 6A8 | *TEMPORARILY CLOSED* | | 830-249-6335<br>830-249-8667 FAX |
| CUERO<br>208 E. LIVE OAK ST.<br>77954 | 322 | 6A7 | MON - FRI | 8:30 - 5:00 | 361-275-6154<br>361-275-3199 FAX |
| FLORESVILLE<br>800 10TH STREET #3<br>78114 | 395 | 6A5 | MON - FRI<br>CLOSED FOR LUNCH | 8:30 - 5:00<br>12 - 1:15 | 830-393-7216<br>830-393-3172 FAX<br>Internal #395 (Cisco) |
| FREDERICKSBURG<br>125 W MAIN STREET #L30<br>78624 | 680 | 6A8 | MON - FRI<br>TUESDAY DRIVE TESTS ONLY<br>CLOSED FOR LUNCH | 8:30 - 5:00<br><br>12 - 1:15 | 830-997-1932<br>830-990-8852 FAX |
| GENERAL MCMULLEN<br>1803 SOUTH GENERAL MCMULLEN<br>78226 | 326 | 6A3 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 210-436-6611<br>210-436-2031 FAX |
| GIDDINGS<br>170 E. INDUSTRY<br>78942 | 673<br>(BASTROP) | 6A6 | TUES, WED | 8:30 - 4:15 | 979-542-0246 |
| GONZALES<br>1709 SARAH DEWITT DRIVE<br>78629 | 307 | 6A5 | MON - FRI<br>CLOSED FOR LUNCH | 8:30 - 5:00<br>12:00 - 1:15 | 830-672-3328<br>830-672-7725 FAX |
| HALLETSVILLE<br>412 TEXANA<br>77964 | 375<br>(GONZALES) | 6A5 | TUES, WED<br>CLOSED FOR LUNCH | 9:00 - 4:00<br>12 - 1:00 | 361-798-9398 |
| HONDO<br>702 HARPER<br>78861 | 397 | 6A3 | MON - FRI | 8:00 - 5:00 | 830-426-8975<br>830-426-8975 FAX |
| JOURDANTON<br>1102 CAMPBELL<br>78026 | 396 | 6A1 | MON - FRI<br>DRIVE TESTS TUES., WED. & FRI. | 8:00 - 5:00 | 830-769-2277 |
| JUNCTION<br>501 MAIN STREET/COURTHOUSE<br>76849 | 678<br>(FBURG) | 6A8 | 2nd & 4th THURS<br>CLOSED FOR LUNCH | 9:00 - 4:00<br>12:00 - 1:00 | NONE |
| KERRVILLE<br>311 SIDNEY BAKER SOUTH<br>78028 | 615 | 6A8 | MON - FRI | 8:30 - 5:00 | 830-258-5750<br>830-258-5799 FAX |
| NEW BRAUNFELS<br>3003 INTERSTATE 35 S.<br>78130 | 311 | 6A5 | MON - FRI | 8:00 - 5:00 | 830-625-8111<br>830-626-7768 FAX |
| PAT BOOKER<br>1633 PAT BOOKER<br>78148 | 314 | 6A2 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 210-945-1900<br>210-945-1935 FAX |

Last Update: 5/7/2014                                                                                         REGION 6A-SAN ANTONIO

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| PORT LAVACA<br>201 W. AUSTIN ST<br>77979 | 315 | 6A7 | MON - FRI | 8:30 - 5:00 | 361-552-5046<br>361-552-7053 FAX |
| SAN ANTONIO LEON VALLEY<br>7410 HUEBNER ROAD<br>LEON VALLEY 78240 | 645 | 6A09<br>6A10 | MON - THUR<br>FRI | 7:30 - 6:00<br>7:30 - 5:00 | 210-531-1000<br>210-684-2232 FAX |
| SAN MARCOS<br>1400 N. IH 35<br>78666 | 618 | 6A6 | MON - FRI | 8:00 - 5:00 | 512-353-2770<br>512-353-0175 FAX |
| SEGUIN<br>1440 EAST KINGSBURY<br>78155 | 316 | 6A5 | MON - FRI | 8:00 - 5:00 | 830-379-6802<br>830-372-1496 FAX |
| SAN ANTONIO SOUTHEAST<br>6502 S NEW BRAUNFELS AVENUE<br>78223 | 313 | 6A1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 210-531-2241<br>210-531-2278 FAX |
| VICTORIA<br>8802 NORTH NAVARRO<br>77904 | 319 | 6A7 | MON - FRI | 8:00 - 5:00 | 361-578-3450<br>361-571-3402 FAX |

Last Update: 5/7/2014

REGION 6A-SAN ANTONIO

# DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 6B - WACO

| | | | | |
|---|---|---|---|---|
| **JOSEPH J. GARCIA, MANAGER** | | PHONE<br>CELL | 254-759-7124<br>254-224-7849 | 1617 E. CREST DR.<br>WACO 76705 |
| PAULETTE SLAUGHTER, ADMIN. ASST. | | PHONE<br>FAX | 254-759-7116<br>254-759-7198 | |
| **NANCY L. PRINCE, ASST. MANAGER**<br>(6B1-6B3) | | PHONE<br>CELL | 254-759-7125<br>254-424-3586 | 1617 E. CREST DR.<br>WACO 76705 |
| FLORINA NUTT - ADMIN. ASST. | | PHONE<br>FAX | 254-759-7137<br>254-759-7198 | |
| **FRANCES GOMEZ, ASST. MANAGER**<br>(6B4-6B7) | | PHONE<br>CELL | 512-424-7880<br>512-484-9342 | 6121 N. LAMAR<br>AUSTIN 78752 |
| WANDA LYNDS, ADMIN. ASST. | | PHONE<br>FAX | 512-424-7882<br>512-424-5763 | |
| **LILLIAN SPENCER, ASST. MANAGER**<br>(6B8-6B9) | | PHONE<br>CELL<br>FAX | 512-486-2801<br>512-466-5764<br>512-486-2807 | 216 E. WELLS BRANCH PARKWAY<br>PFLUGERVILLE 78660 |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **VALERIE FRANKLIN**<br>(WACO, GROESBECK, HILLSBORO, MERIDIAN, FAIRFIELD) | 6B1 | PHONE<br>CELL | 254-759-7126<br>254-495-9231 | 1617 E. CREST DR<br>WACO 76705 |
| **DEBBIE JENNINGS** | LEAD | CELL | 254-218-0796 | |
| **ANN MCNIEL**<br>(TEMPLE, COPPERAS COVE, GATESVILLE, HAMILTON, KILLEEN, FORT HOOD, GOLDTHWAITE) | 6B2 | PHONE<br>CELL | 254-770-6741<br>254-931-7028 | 6612 SOUTH GENERAL BRUCE DR.<br>TEMPLE 76502 |
| **CHERYL ARLDT** | LEAD | CELL | 254-231-7212 | |
| **GWENDOLYN JACKSON**<br>(GEORGETOWN, LAMPASAS, CAMERON, TAYLOR, MARBLE FALLS, BURNET, LLANO) | 6B3 | PHONE<br>CELL | 512-930-3369<br>512-818-9256 | 515 PINE ST.<br>GEORGETOWN 78626 |
| **EVELYN HOLMES** | LEAD | CELL | 512-818-7339 | |
| **IRENE GARCIA**<br>(AUSTIN-NORTHWEST) | 6B4 | PHONE<br>CELL | 512-464-3760<br>512-963-4055 | 13730 RESEARCH BLVD<br>AUSTIN 78750 |
| **DANE SHERRY** | LEAD | CELL | 512-826-3926 | |
| **ESTELLA ANDRADA**<br>(AUSTIN-NORTH) | 6B5 | PHONE<br>CELL | 512-424-7881<br>512-466-9515 | 6121 N. LAMAR<br>AUSTIN 78752 |
| **STEPHANIE ROSE** | LEAD | CELL | 512-239-9714 | |

Last Update: 5/7/2014                                                                                                 REGION 6B-WACO

| OFFICE SUPERVISORS: | | | | |
|---|---|---|---|---|
| **SHELLI TURNER** (AUSTIN-SOUTH, AUSTIN CAPITOL) | 6B6 | PHONE CELL | 512-444-5291 512-468-9343 | 6425 SOUTH IH-35, #180 AUSTIN 78744 |
| **JANEEN LAMBERT** | LEAD | CELL | 512-810-3659 | |
| **TERRI TRUE** (AUSTIN-DENSON) | 6B7 | PHONE CELL | 512-424-2822 512-818-9462 | 108 W. DENSON AUSTIN 78752 |
| **MARY LLOYD** (PFLUGERVILLE MEGA CENTER) | 6B8 | PHONE CELL FAX | 512-486-2803 512-914-4048 512-486-2807 | 216 E. WELLS BRANCH PARKWAY PFLUGERVILLE 78660 |
| **DAVID CHATFIELD** | LEAD | CELL | 512-815-4325 | |
| **SHONTEL CHOICE** (PFLUGERVILLE MEGA CENTER) | 6B9 | PHONE CELL | 512-486-2802 512-963-4029 | 216 E. WELLS BRANCH PARKWAY PFLUGERVILLE 78660 |
| **DAVID CHATFIELD** | LEAD | CELL | 512-815-4325 | |