| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| AUSTIN -NORTH<br>6121 N. LAMAR<br>78752 | 604 | 6B5 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 512-424-2076<br>512-424-5763 FAX |
| AUSTIN-SOUTH<br>6425 SOUTH IH-35, #180<br>78744 | 605 | 6B6 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 512-444-5291<br>512-444-4296 FAX |
| AUSTIN-NORTHWEST<br>13730 RESEARCH BLVD.<br>78750 | 639 | 6B4 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 512-464-3763<br>512-464-3766<br>512-464-3792 FAX |
| AUSTIN-DENSON<br>108 W. DENSON<br>78752 | 699 | 6B7 | MON - FRI | 8:00 - 5:00 | 512-424-7619<br>512-424-2843 FAX |
| BURNET<br>COURTHOUSE ANNEX<br>1701 E. POLK<br>78611 | 685 | 6B3 | MON, WED, FRI.<br>CLOSED FOR LUNCH AND DRI<br>CDL TESTS ON FRI. ONLY | 8:30 - 5:00<br>12:00 - 3:00 | 512-756-5405<br>512-715-5202 FAX |
| CAMERON<br>512 N. JEFFERSON AVE<br>SUITE E<br>76520 | 669 | 6B3 | MON, THURS, FRI | 8:30 - 5:00 | 254-697-2956<br>254-697-7068 FAX |
| COPPERAS COVE<br>201 S. 2ND ST. SUITE 5<br>76522 | 628 | 6B2 | MON - FRI | 8:00 - 5:00 | 254-547-9130<br>254-547-5320 FAX |
| FAIRFIELD<br>118 E. COMMERCE, STE.101<br>75840 | 626 | 6B1 | WEDNESDAY | 9:00 - 4:00 | 903-389-5050<br>903-389-6228 FAX |
| FORT HOOD<br>HOOD ROAD BLDG. 69012<br>76544 | 636 | 6B2 | MON - FRI<br>RENEWALS/<br>DUPLICATES ONLY | 8:30 - 5:00 | 254-532-9786<br>254-532-9785 FAX |
| GATESVILLE<br>606B LEON ST.<br>76528 | 612 | 6B2 | MON, TUES, FRI<br>WED, THUR<br>LUNCH WED, THUR | 8:00 - 5:00<br>8:30 - 5:00<br>NOON - 1:00 | 254-865-2444<br>254-865-7572 FAX |
| GEORGETOWN<br>515 PINE ST.<br>78626 | 613 | 6B3 | MON - FRI | 8:00 - 5:00 | 512-863-5816<br>512-930-3369<br>512-930-3116 FAX |
| GOLDTHWAITE<br>1011 4TH ST., ROOM 303<br>76844 | 633<br>(GATESVILLE) | 6B2 | THURSDAY<br>LUNCH<br>SCHEDULED DRIVING EXAMS | 9:00 - 1:00<br>1:00 - 2:00<br>2:00 - 4:00 | 325-648-2266 |
| GROESBECK<br>1221 E. YEAGUA<br>76642 | 632 | 6B1 | MON, TUES,<br>THURS, FRI | 8:30 - 5:00 | 254-729-5554<br>254-729-5554 FAX |
| HAMILTON<br>101 W. HENRY<br>76531 | 633<br>(GATESVILLE) | 6B2 | WEDNESDAY | 9:00 - 4:00 | 254-386-3789<br>254-386-4788 FAX |
| HILLSBORO<br>126 S. COVINGTON<br>76645 | 621 | 6B1 | MON - FRI | 8:00 - 5:00 | 254-582-5044<br>254-582-7421 FAX |
| KILLEEN<br>302 PRIEST DR.<br>76541 | 616 | 6B2 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 254-634-1919<br>254-554-8489 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| LAMPASAS<br>1690 N US HWY 281<br>76550 | 670 | 6B3 | TUES, WED, FRI<br>CLOSED NOON - 3 P.M. FOR LUNCH & DRIVE TESTS<br>CDL DRIVE TESTS WED. ONLY | 8:30 - 5:00 | 512-556-6871<br>512-556-6390<br>512-556-4135 FAX |
| LLANO<br>100 W SANDSTONE, RM 200<br>COURTHOUSE ANNEX<br>78643 | 622 | 6B3 | TUES & THURS | 9:00 - 4:00 | 325-247-5488<br>325-247-5205 FAX |
| MARBLE FALLS<br>810 STEVE HAWKINS PKWY<br>COURTHOUSE ANNEX, BOX 5<br>78654 | 682 | 6B3 | MON - FRI<br>NO CDL TESTS ON TUESDAYS | 8:30 - 5:00 | 830-798-3222<br>830-798-3221 FAX |
| MERIDIAN<br>500 State Hwy. 174<br>76665 | 631<br>(HILLSBORO) | 6B1 | THURS | 9:00 - 4:00 | 254-435-2913<br>254-435-2913 FAX |
| PFLUGERVILLE DL CENTE<br>216 E. WELLS BRANCH PKWY<br>78660 | 660 | 6B8<br>6B9 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 512-486-2804<br>512-486-2807 FAX |
| TAYLOR<br>412 VANCE #2<br>76574 | 623 | 6B3 | MON - FRI | 8:00 - 5:00 | 512-238-2160<br>512-238-2156<br>512-238-2162 FAX |
| TEMPLE<br>6612 S. GENERAL BRUCE DR<br>76502 | 619 | 6B3 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 254-770-6734<br>254-770-6742 INTERNAL<br>254-770-6766 FAX |
| WACO<br>1617 E. CREST DR.<br>76705 | 602 | 6B1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 254-759-7121<br>254-759-7198 FAX |