THE OFFICIAL WEBSITE OF THE STATE OF TEXAS

# Texas Department of Public Safety – Regulatory Services DivisionConcealed Handgun Licensing

# Welcome to Concealed Handgun Licensing

Before you begin, please read the Texas Concealed Handgun Laws and Selected Statutes (download Adobe Reader). For detailed eligibility requirements, please refer to Texas GC §411.172. Please provide the following:

- Valid driver license or identification card,
- Current demographic, address, contact, and employment information,
- Residential and employment information for the last five years (new users only),
- Information regarding any psychiatric, drug, alcohol, or criminal history (new users only),
- Valid email address, and
- Valid credit card (Visa, Mastercard, Discover, or American Express)
  ALL FEES ARE NON-REFUNDABLE
- For detailed eligibility requirements, please refer to Texas GC §411.172

This online service is provided by Texas.gov, the official website of Texas. The price of this service includes funds that support the ongoing operations and enhancements of Texas.gov, which is provided by a third party in partnership with the State.

## New Users

Apply for:

- A new Concealed Handgun License
- A new Instructor Certification (for those who want to teach CHL training courses)

Apply

## Returning Users

Need to:

- Retrieve a saved application
- Renew your License or Instructor Certification
- Change your address
- Report a lost or stolen license
- Check the status of a current application
- Reprint a receipt

Login



For technical assistance regarding the website, please call 1-877-452-9060 or send an email to Texas.gov Help. For questions about your Concealed Handgun License Application, please contact the CHL Customer Relations Center.
Texas.gov Privacy Policy | © 2002 - 2011 Texas.gov; ALL RIGHTS RESERVED

EXHIBIT NO. 143
Z gabay
Kim Seibert

THE OFFICIAL WEBSITE OF THE STATE OF TEXAS

# Texas Department of Public Safety – Regulatory Services Division Concealed Handgun Licensing

## Information

Please have the following information on hand:

- Valid driver license or identification card,
- Current demographic, address, contact, and employment information,
- Residential and employment information for the last five years (new users only),
- Information regarding any psychiatric, drug, alcohol, or criminal history (new users only),
- Valid email address, and
- Valid credit card (Visa, Mastercard, Discover, or American Express)
  ALL FEES ARE NON-REFUNDABLE
- For detailed eligibility requirements, please refer to Texas GC §411.172

## Customer Authentication

You are required to provide information about yourself that will be verified before you will be allowed to continue.

If you hold a driver license from another state click here

- ┌─ Identification Type* ─────────────────────────────┐
  - ⦿ Texas Driver License
  - ○ Texas ID Card

- Texas DL Number*   [_____]



Driver License Number    Audit Number



Driver License Number    Audit Number

- Date of Birth*   [_____]  mm/dd/yyyy (Include slashes)
- Texas DL/ID Audit Number*   [_____]







- Continue
- Back



For technical assistance regarding the website, please call 1-877-452-9060 or send an email to Texas.gov Help. For questions about your Concealed Handgun License Application, please contact the CHL Customer Relations Center.
Texas.gov Privacy Policy | © 2002 - 2011 Texas.gov; ALL RIGHTS RESERVED

**Texas Department of Public Safety**
**Regulatory Services Division**
www.txdps.state.tx.us

- MUST USE MOST **CURRENT** FORM
- **PRINT** CLEARLY IN BLACK INK
- MAKE SURE ENTIRE CIRCLE IS **FILLED**

**CONCEALED HANDGUN LICENSING**

EXAMPLE: Yes ● No ○

PL439
9/2/2014
2:13-cv-00193

## ORIGINAL APPLICATION

### APPLICANT INFORMATION

Have you previously applied for a Texas Concealed Handgun License and/or Qualified Instructor Certification? (REGARDLESS IF ISSUED, TERMINATED, DENIED OR STILL VALID)    Yes ○    No ○

I am applying for: (*APPLICANTS FOR QUALIFIED INSTRUCTORS CERTIFICATION MUST ATTACH CHL-90 FORM)
○ Concealed Handgun License Only    ○ Qualified Instructor Certification Only (*SKIP APPLICATION CONDITION BELOW)    ○ Both

⌞ THE ABOVE SPACE IS RESERVED FOR OFFICE USE ONLY ⌟

**Application Condition** (SEE INSTRUCTIONS FOR DETAILS)
○ Standard
○ Active Peace Officer    ○ Active Military    ○ Retired Judicial Officer    ○ Indigent
○ Retired Peace Officer    ○ Veteran/Retired Military    ○ Felony Prosecutor    ○ Senior Citizen (60+ YEARS OLD AT TIME OF APPLICATION)
○ Retired Federal Officer    ○ Active Judicial Officer    ○ Other Prosecutor

Applicant Last Name (*AS APPEARS ON DL/ID) | First Name | M.I. | Suffix (IF ANY)

○ Driver License    ○ ID Card | Issuing State? (2-LETTER CODE) | DL/ID Number (*PROVIDE COLOR COPY OF DL/ID) | Date of Birth (MM/DD/YYYY) __/__/____ | SSN ___-__-____

Place of Birth (CITY) (STATE) (COUNTRY) | Born outside U.S. or U.S. Territory? Yes ○ No ○ *If YES, attach legal status documentation.

### PERSONAL IDENTIFIERS

Gender: Male ○ Female ○
Height: __ Ft. __ In.
Weight: __ Lbs.

Race:
○ Asian/Pacific Islander
○ American Indian/Alaskan Native
○ Black
○ Other/Unknown
○ White/Hispanic

Eyes (*MATCH DL/ID):
○ Black ○ Hazel
○ Blue ○ Maroon
○ Brown ○ Multicolor
○ Green ○ Pink
○ Gray ○ Unknown

Hair (*MATCH DL/ID):
○ Bald/Unknown ○ Gray/Partially
○ Black ○ Red/Auburn
○ Blonde/Strawberry ○ Sandy
○ Brown ○ White

### CONTACT INFORMATION

Residence Address (NO PO BOXES. MUST BE A PHYSICAL ADDRESS)
City | State (2-LETTER CODE) | ZIP

Have you lived at this residence address for the previous 5 years and is this the only residence information for the previous 5 years (60 months)?    Yes ○  No ○  *If NO, please fill out and attach Supplement CHL-78B

Is your mailing address different from the Residence Address listed above?    Yes ○  No ○  *If YES, provide mailing address in space below

Mailing Address (IF APPLICABLE)
City | State (2-LETTER CODE) | ZIP

Are you currently employed and do you have an employment address different from the address listed above?    Yes ○  No ○  *If YES, provide employment address in space below

Employer Name/Address
City | State (2-LETTER CODE) | ZIP

Is this the only employment information for the previous 5 years (60 months)?    Yes ○  No ○  *If NO, please fill out and attach Supplement CHL-78B

Applicant Contact Phone Number ( ) | Applicant Alternate Number (OPTIONAL) ( )

Applicant Email (ONLY FOR CONTACT PURPOSES REGARDING THIS APPLICATION)

### REPORTED HISTORY

Have you ever been **arrested or charged** with a crime? (Regardless if pending, dismissed, committed as a juvenile, was long ago OR was in another state.)    Yes ○  No ○  *If YES, please fill out and attach Supplement CHL-78C

Have you ever been **treated and/or admitted** to a facility for drug, alcohol and/or psychiatric care; OR been **diagnosed** as suffering from a psychiatric disorder or condition that causes or is likely to cause substantial impairment in judgment, mood, perception, impulse control, or intellectual ability; OR **pled** innocent by reason of insanity; OR **been found** mentally incompetent; OR had court ordered outpatient treatment?    Yes ○  No ○  *If YES, please fill out and attach Supplement CHL-78C

I verify that the information provided is true and correct, and I understand that any required fee is **non-refundable**. I also understand that this is an **official Government record** and that any missing information and/or false statement made on this document or any other supplement provided to the Department will cause a **delay** in the processing of my application and may result in **criminal prosecution**.

Applicant Signature _____    Date __/__/____

CHL-78A (Rev. 08/2010)    FORM


EXHIBIT NO. 145
Zgabay
Kim Seibert

# INSTRUCTIONS FOR CHL-88
# REVOCATION AFFIDAVIT

## PURPOSE

The purpose for the Revocation Affidavit is to provide information to identify the grounds upon which a license may be revoked as set forth in Government Code Section 411.186.

1. The notarized affidavit, along with all attachments, must be sent within five (5) days after the affidavit is prepared to: REGULATORY SERVICES DIVISION MSC 0245, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0245.

2. A copy of the affidavit, along with attachments, must be sent to the license holder.

## FILLING OUT THE AFFIDAVIT PARAGRAPHS:

| | |
|---|---|
| First blank: | Print or type the county where you filled out the affidavit. |
| Second blank: | Print or type your name. |
| Third blank: | Print or type your name. |
| Fourth blank: | Print or type the name of the agency that you work for. |
| Fifth blank: | Print or type either your badge number or employee number (use the number that is best to contact you) and specify whether it is a badge number or employee number. |
| Sixth blank: | Print or type the license holder's name. |
| Seventh blank: | Print or type Concealed Handgun License number, if the license holder is a Concealed Handgun Licensee. |
| Eighth blank: | Print or type the Instructor Certificate Number, if the license holder is a Certified Handgun Instructor. |
| Next: | Circle either TDL No. or Texas Identification No. to designate which number is provided in the Ninth Blank. |
| Ninth blank: | Print or type the Texas Driver's License Number or Texas Identification Number. |
| Tenth blank: | Print or type the license holder's date of birth, month, date and year. (Example: November 1, 1910 would be written as 11-01-10.) |
| Eleventh blank: | Print or type the license holder's number, street, apartment number (if applicable), city, state and zip code. (Example: 111 Robin Street, Apt. #3, San Antonio, Texas 70001-1110.) |
| Twelfth blank: | Print or type the license holder's telephone number, including area code. (Example: (555) 111-2222) |



Zachary
EXHIBIT NO. 146
Kim Seibert

## FILLING OUT THE NUMBERED BLANKS:

Please put a check mark in the box(es) that apply and fill in the blanks for those items that have check marks beside them.

1. Print or type an explanation of the reasons that the license holder was not entitled to the license at the time that it was issued. These reasons are contained in Government Code Section 411.172, ELIGIBILITY.

    FOR EXAMPLE: John Smith was indicted for a felony (murder) at the time that the license was issued on 09-01-95, in Cause #11111, in the 999th District Court of Travis County, Texas

2. Print or type the false information that the license holder wrote on the license holder's application for a Concealed Handgun License and/or Instructor's Certificate.

3. Print or type the reason that the license holder became ineligible for a license. These reasons are contained in Government Code Section 411.172, ELIGIBILITY.

    (See #1 above for an example.)

4. First blank:       Print or type the cause number.

    Second blank:  Print or type the court number.

    Third blank:    Print or type the county and state where the court is located.

    Fourth blank:  Print or type the date that the license holder was convicted.

5. Print or type the reason that the license holder was previously suspended twice.

A. Check either the **Yes** or **No** box.

    If the license was surrendered, send the license, along with the affidavit and attachments to: REGULATORY SERVICES DIVISION MSC 0245, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0245.

B. Please list the exhibits that are attached. For example:

    Exhibit #1: Certified copy of indictment of John Smith for the offense of burglary of a habitation - 09-01-95; 1 page.

Sign (do **not** print) your name on the signature line for peace officer/affiant before a notary public.

Print or type your agency address and phone number in the spaces provided.

Have the notary date, sign, and place the seal in the spaces provided. Since the affidavit may need to be copied, please have the notary stamp the seal with a stamp that provides an inked (not pressed) seal.

CHl-89(rev.5/10)

H.B. No. 698

AN ACT

relating to certain procedures for submitting legible and classifiable fingerprints with an application for a license to carry a concealed handgun.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1.  Subchapter H, Chapter 411, Government Code, is amended by adding Section 411.175 to read as follows:

Sec. 411.175.  PROCEDURES FOR SUBMITTING FINGERPRINTS.  The department shall establish procedures for the submission of legible and classifiable fingerprints by an applicant for a license under this subchapter who:

(1)  is required to submit those fingerprints to the department, including an applicant under Section 411.199, 411.1991, or 411.201; and

(2)  resides in a county having a population of 46,000 or less and does not reside within a 25-mile radius of a facility with the capability to process digital or electronic fingerprints.

SECTION 2.  The change in law made by this Act applies only to an application for a license to carry a concealed handgun that is submitted to the Department of Public Safety on or after the effective date of this Act.



H.B. No. 698
SECTION 3.  This Act takes effect September 1, 2013.

H.B. No. 698

_____  _____
   President of the Senate        Speaker of the House

I certify that H.B. No. 698 was passed by the House on May 6, 2013, by the following vote: Yeas 139, Nays 5, 1 present, not voting.

_____
Chief Clerk of the House

I certify that H.B. No. 698 was passed by the Senate on May 20, 2013, by the following vote: Yeas 31, Nays 0.

_____
Secretary of the Senate

APPROVED: _____
            Date

_____
   Governor

# Texas Driver License (DL) Document Requirements

## What it Takes to Apply for a DL or ID Card





Gipson
EXHIBIT NO. 136
Kim Seibert

DRIVER LICENSE DIVISION
www.dps.texas.gov/DriverLicense

Creating a faster, easier, friendlier driver license experience and a safer Texas

---

## Verify your U.S. citizenship or lawful presence

If you are a U.S. citizen, lawful permanent resident (immigrant), refugee, asylee, or non-immigrant, you must provide proof of your lawful presence in the United States.

Examples of documents to verify lawful presence include:

- Birth certificate issued by appropriate U.S. state, U.S. territory, or District of Columbia
- U.S. passport book or passport card
- U.S. Citizenship Certificate or Certificate of Naturalization (N-560, N-561, N-550, N-570, or N-578)
- U.S. Citizen Identification Card (I-179 or I-197)
- U.S. Department of State Certificate of Birth Abroad for U.S. citizens born abroad (Form FS-240, DS-1350, or FS-545)
- Permanent Resident Card (I-551)
- Passport or I-94 stamped "Approved I-551" or "Processed for I-551"
- Employment Authorization Card (I-766)
- U.S. Travel Document (I-327 or I-571)
- I-94 stamped "Sec. 208 Asylee" or "Sec. 207 Refugee"
- MRIV with temporary I-551 language and ADIT stamp
- Temporary I-551 stamp in foreign passport
- DS-2019 Exchange Visitor (J-1) certificate
- I-20 Non-immigrant Student (F-1)
- Student documents with Student Exchange and Visitor Information System (SEVIS) number
- Non-student documents with alien number

For more information on verifying lawful presence, please read the pamphlet, *How to Complete Lawful Presence Verification* available at your local driver license office or online at www.dps.texas.gov/InternetForms/Forms/DL-62.pdf

\* According to a subsection of the federal law, if certain citizens of the Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, and certain Canadian non-immigrants were not required to obtain a visa to enter the USA, the visa requirement for these applicants is waived.

† Document must be issued by an entity from a U.S. state, U.S. territory, District of Columbia, or Canadian province.

‡ According to state and federal law, DPS collects and uses SSN information for identification purposes. This information is released to government agencies only for purposes authorized by the Texas Transportation Code.

DL-57 (04/14)

---

## Verify your residency in Texas

When applying for your first Texas driver license (DL), you must provide documents to prove you have lived in Texas for at least 30 days. If you are surrendering a valid, unexpired driver license from another state, you must still prove your Texas residency, but the 30-day requirement is waived. Simply provide two of the following documents that contain your name and Texas residential address.

- Current deed, mortgage, monthly mortgage statement, mortgage payment booklet, or a residential lease
- Current homeowners' or renters' insurance policy or statement
- Electric, water, natural gas, satellite television, cable television, or non-cellular telephone statement dated within 90 days of the application date
- Medical or health card
- Valid, unexpired registration: Texas voter registration card, motor vehicle registration or title, boat registration or title
- Current automobile insurance policy or statement
- Current automobile payment booklet
- Texas high school, college, or university report card or transcript for the current school year
- Preprinted paycheck or pay stub dated within 90 days of the application date
- W-2 or 1099 tax form from the current year
- Checking, savings, investment account, or credit card statements dated within 90 days of the application date
- Mail from a federal, state, county, or city government agency dated within 90 days of the application date
- Current documents issued by the U.S. Military indicating residential address
- Selective Service card
- Concealed handgun license
- TDCJ document indicating recent release or parole
- Current Form DS-2019, I-20, or a document issued by USCIS

Both documents cannot be from the same source.

For example, you cannot show a water bill and a gas bill from the same utility company, and you cannot show mail that is addressed to you with a forwarding address label or an adhesive address label on the envelope. If you are unable to provide two documents from the list, you may submit a Texas residency affidavit from someone who resides at the same address. For affidavit requirements, visit us at www.dps.texas.gov/DriverLicense/ResidencyReqNonCDL.htm or ask a driver license office employee.

Part of the Texas Department of Public Safety's (DPS) mission to protect Texas is providing a recognizably reliable source of identification that can help reduce your exposure to identity theft and fraud. Texas driver license (DL) and identification (ID) cards issued by DPS are key links to public safety, privacy, and national security. To minimize the possibility of fraud and protect the integrity of a DPS driver license or identification card, part of our application process requires providing documents to prove your identity.

When you apply for a Texas driver license or identification card, please have all the required documents ready before submitting your application. This will help the process go faster.

If you are applying for a Commercial Driver License (CDL), are under age 25, or are transferring an out-of-state driver license, you must satisfy different requirements when applying for a Texas driver license or Identification card. For more information, go online to www.dps.texas.gov/DriverLicense or visit us at a driver license office near you.

Satisfy the following requirements, and you'll be ready to apply for your Texas DL or ID card!

## Verify your identity

Photo IDs issued by government agencies are considered primary documents. Simply show one from the list below to prove your identity.

### Primary Identification Documents

- Texas DL or photo ID within two years of expiration
- Unexpired U.S. passport book or passport card
- U.S. Citizenship Certificate or Certificate of Naturalization with identifiable photo (N-560, N-561, N-550, N-570, or N-578)
- Unexpired U.S. military photo ID card for active duty, reserve, or retired personnel
- Foreign passport, visa* (valid or expired), and I-94
- Unexpired Department of Homeland Security (DHS) or United States Citizenship and Immigration Services (USCIS) photo ID

Examples of primary identification include:

- U.S. citizen identification card (I-179 or I-197)
- Permanent resident card (I-551)
- Machine-Readable Immigrant Visa (MRIV) with temporary I-551 language and Alien Documentation, Identification and Telecommunications system (ADIT) stamp
- Employment authorization card (I-766)
- U.S. travel document (I-327 or I-571)
- Advance parole document with photo (I-512 or I-512L)

(continued in next column)

- I-94 stamped "Sec. 208 Asylee" with photo
- I-94 stamped "Sec. 207 Refugee" with photo
- Valid refugee travel letter with photo and stamped by U.S. Customs and Border Protection (CBP)
- American Indian card (I-872)
- Northern Mariana card (I-873)

If you cannot show a document from the Primary Identification Documents list, you can present either two documents from the Secondary Identification Documents list below or one document from the Secondary Identification Documents list and two documents from the Supporting Identification Documents list below.

### Secondary Identification Documents

- Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency from a U.S. state, a U.S. territory, the District of Columbia, or a Canadian province
- Original or certified copy of the U.S. Department of State Certificate of Birth Abroad issued to U.S. citizens born abroad (Form FS-240, DS-1350, or FS-545)
- Original or certified copy of the court order with name and date of birth indicating an official change of name and/or gender from a U.S. state, a U.S. territory, the District of Columbia, or a Canadian province

### Supporting Identification Documents

- Temporary receipt for a Texas DL or ID
- Expired Texas DL or ID (expired more than two years)
- DL or ID issued by another U.S. state, U.S. territory, District of Columbia, or Canadian province (unexpired or within two years of the expiration date)*
- ID card issued by government agency*
- Pilot license*
- Concealed handgun license*
- Voter registration card*
- Professional license issued by Texas state agency
- W-2 or 1099 form
- School records
- Military records
- Unexpired U.S. military dependent ID card
- Veterans Administration card
- Selective Service card
- Original or certified copy of a marriage certificate or divorce decree (a certified translation must accompany foreign language documents)

(continued in next column)

- Any insurance policy (valid continuously for the past two years)
- Current Texas motor vehicle registration or title
- Current Texas boat registration or title
- Hospital-issued birth record*
- Medicare or Medicaid card
- Immunization records*
- Unexpired foreign passport
- Consular document issued by a state or national government
- Federal parole or release certificate
- Texas Department of Criminal Justice (TDCJ) parole or mandatory release certificate
- Texas Inmate ID card or similar form of ID issued by TDCJ
- Federal inmate ID card
- Tribal membership card from a federally recognized tribe
- Certificate of Degree of Indian Blood (CDIB)

### Name Change Documents

Any documents you bring to prove your identity must show the same name and date of birth. If not, you must present supporting documents—such as a marriage certificate, divorce decree, or court-ordered name change—to confirm a name change, inconsistent information, or incomplete names and/or dates of birth.

Documents must be originals or certified copies. No photocopies are accepted.

## Verify your Social Security Number

If you are applying for a driver license, you must provide your Social Security Number (SSN). If you are applying for an ID card, providing your SSN is voluntary.

Examples of documents to verify your SSN include:

- Social Security card
- W-2 or 1099 tax form
- Pay stub with preprinted name and SSN
- Military ID with preprinted SSN (only active and reserve personnel)
- Dependent military ID with preprinted SSN
- Certificate of Release or Discharge from Active Duty (DD-214) from the U.S. Department of Defense
- Veterans Administration card with preprinted SSN
- Peace officer's license, Texas Commission on Law Enforcement (TCOLE)
- Pilot license with preprinted SSN
- Health card, Medicare or Medicaid card with SSN
- Certified college/university transcript with SSN

## APPLICATION FOR TEXAS DRIVER LICENSE OR IDENTIFICATION CARD

NOTICE: All information on this application must be in INK. Applications held only 90 days.
DPS CANNOT REFUND PAYMENT ONCE APPLICATION IS SUBMITTED.

FOR DEPARTMENT USE ONLY
RESTRICTIONS/ENDORSEMENTS
ASSIGNED # _____

APPLICATION for: ☐ DRIVER LICENSE   ☐ COMMERCIAL DRIVER LICENSE (CDL)   ☐ LEARNER LICENSE
☐ IDENTIFICATION CARD   ☐ NON-RESIDENT COMMERCIAL DRIVER LICENSE   Class (Circle) A B C M

**APPLICANT INFORMATION**
LAST NAME: _____
FIRST NAME: _____
MIDDLE NAME: _____
SUFFIX: _____
MAIDEN NAME: _____
DATE OF BIRTH (mm/dd/yyyy): ___ ___ ___
SSN: ___ ___ ___
SEX: (Circle One)   MALE   FEMALE
EYE COLOR: _____ HAIR COLOR: _____
RACE/ETHNICITY: _____ (I) American Indian/Alaska Native
(A) Asian/Pacific Islander  (B) Black  (H) Hispanic  (O) Other  (W) White
HEIGHT: ft. ___ in. ___    WEIGHT: lbs. ___
PLACE OF BIRTH: CITY: _____ COUNTY: _____ STATE: _____ COUNTRY: _____
FATHER'S LAST NAME: _____   MOTHER'S MAIDEN NAME: _____

**CONTACT INFORMATION**
HOME PHONE: _____
OTHER PHONE: _____
EMAIL: _____
**ADDRESS INFORMATION**
RESIDENCE ADDRESS: _____
CITY: _____ STATE: _____
ZIP CODE: _____ COUNTY: _____
MAILING ADDRESS: _____
CITY: _____ STATE: _____
ZIP CODE: _____ COUNTY: _____

**REQUIRED INFORMATION FROM ALL APPLICANTS**

YES NO
1. ☐ ☐ Are you a citizen of the United States?
2. ☐ ☐ If you are a US citizen, would you like to register to vote? If registered, would you like to update your voter information?
   By providing my electronic signature, I understand the personal information on my application form and my electronic signature will be used for submitting my voter's registration application to the Texas Secretary of State's office. Wanting to register to vote, I authorize the Department of Public Safety to transfer this information to the Texas Secretary of State.
3. ☐ ☐ Do you wish to donate $1.00 to the Blindness Education Screening and Treatment Program?
4. ☐ ☐ Do you wish to donate $1.00 to the Glenda Dawson Donate Life – Texas Registry?
5. ☐ ☐ Would you like to register as an organ donor?
6. ☐ ☐ Do you want to support Texas Veterans? If yes, please indicate your donation amount $_____ .00
7. ☐ ☐ Do you have a health condition that may impede communication with a peace officer? If yes, please list _____
   _____ (physician must complete form DL-101 prior to the issuance of a DL/ID).
8. ☐ ☐ a) Do you want a Veteran designator on your driver license or identification card? (proof of Honorable discharge required; acceptable documents are DD214/5, NGB22, or VA disability letter noting characterization of service)
   ☐ ☐ b) Are you a 60% disabled Veteran receiving compensation and want to waive the application fee? (see 8a for documents required)
9. ☐ ☐ In the event of injury or death would you like to provide two (2) emergency contacts? If yes, please list:
   a) Name _____ Telephone Number _____ Address _____
   b) Name _____ Telephone Number _____ Address _____
10. ☐ ☐ Have you ever had a Texas identification card?  Number _____ When? _____
11. ☐ ☐ Have you ever had a driver license or instruction permit in Texas?  Number _____ When? _____
12. ☐ ☐ Have you ever had a license or instruction permit in any other state? List state(s) _____
    Number(s) _____ When? _____

**REQUIRED INFORMATION FROM DRIVER LICENSE APPLICANTS**

YES NO                    DRIVING HISTORY INFORMATION
13. ☐ ☐ Are you enrolled in or have you completed an approved driver education course?
14. ☐ ☐ Is your driver license or driver privilege CURRENTLY or EVER been suspended, revoked, canceled, denied or disqualified in ANY state?
    Where? _____ When? _____ Why? _____

VEHICLE REGISTRATION AND INSURANCE INFORMATION
15. ☐ ☐ Do you own a motor vehicle which is required to be registered (Texas Transportation Code Section 502.040)?
16. ☐ ☐ Do you own a motor vehicle which is required to have liability insurance OR other proof of financial responsibility in compliance with the Motor Vehicle Safety Responsibility Act (Texas Transportation Code Section 601.051)?

UNITED STATES SELECTIVE SERVICE

Any male United States citizen or immigrant who is at least 18 years of age but less than 26 years of age submitting this application consents to registration with the United States Selective Service System. You must be registered to qualify for federal student aid ( to include Pell grant), job training, federal employment, and citizenship if an immigrant. In Texas, you must be registered to qualify for state college student aid or state employment. If convicted, failure to register with the Selective Service is a felony punishable by up to five years in prison and/or a $250,000 fine. If not registered by age 26, you can no longer register and could permanently lose those benefits associated with registration. For alternative options for applicants who object to conventional military service for religious or other conscientious reasons information is available at: http://www.sss.gov/FactSheets/FSaltsvc.pdf.

DL-14A (Rev. 5/14)                APPLICATION CONTINUED ON BACK

Gipson
EXHIBIT NO. 137
Kim Seibert

**DRIVER LICENSE APPLICANTS**
Answers to 1 through 7 below are for the confidential use of the Department.

YES   NO        **MEDICAL HISTORY QUESTIONS**

1. ☐ ☐ Do you currently have or have you ever been diagnosed with or treated for any medical condition that may affect your ability to safely operate a motor vehicle?

EXAMPLES, including but not limited to: Diagnosis or treatment for heart trouble, stroke, hemorrhage or clots, high blood pressure, emphysema (within past two years) • progressive eye disorder or injury (i.e., glaucoma, macular degeneration, etc.) • loss of normal use of hand, arm, foot or leg • blackouts, seizures, loss of consciousness or body control (within the past two years) • difficulty turning head from side to side • loss of muscular control • stiff joints or neck • inadequate hand/eye coordination • medical condition that affects your judgment • dizziness or balance problems • missing limbs

Please explain and identify medical condition: _____

2. ☐ ☐ Within the past two years, have you been diagnosed with, been hospitalized for or are you now receiving treatment for a psychiatric disorder?
3. ☐ ☐ Have you ever had an epileptic seizure, convulsion, loss of consciousness, or other seizure?
4. ☐ ☐ Do you have diabetes requiring treatment by insulin?
5. ☐ ☐ Do you have any alcohol or drug dependencies that may affect your ability to safely operate a motor vehicle or have you had any episodes of alcohol or drug abuse within the past two years?
6. ☐ ☐ Within the past two years have you been treated for any other serious medical conditions? Please explain: _____

7. ☐ ☐ Have you EVER been referred to the Texas Medical Advisory Board for Driver Licensing?

**NOTICE:** The information on this application is required by the Texas Driver License Act, Texas Transportation Code Chapter 521. Failure to provide the information is cause for refusal to issue a driver license or identification card, and in some cases, cancellation or withdrawal of driving privileges. False information could also lead to criminal charges with penalties of a fine up to $4,000.00 and/or jail.

DO NOT SIGN BELOW UNTIL INSTRUCTED TO DO SO BY NOTARY PUBLIC OR DRIVER LICENSE EMPLOYEE.

**CERTIFICATION**
I do solemnly swear, affirm, or certify that I am the person named herein and that the statements on this application are true and correct. I further certify my residence address is a (check one): ( ) single family dwelling, ( ) apartment, ( ) motel, ( ) temporary shelter. I agree to immediately report to the Texas Department of Public Safety any changes in my medical condition which may affect my ability to safely operate a motor vehicle. I further understand that I am required by law to report any change of name or address to the Department of Public Safety within thirty days.

X _____  _____
Signature of Applicant                Date

Texas law requires the Texas Department of Public Safety must provide every minor applicant (under age 18), and cosigner, for a driver license in Texas, educational information concerning state laws relating to driving while intoxicated, driving by a minor with alcohol in the minor's system, and the implied consent law. The minor applicant and the cosigner must acknowledge receipt of that information prior to issuance of any driver license or permit.

I hereby acknowledge receipt of the information concerning DWI, the Zero Tolerance Law and the Implied Consent Law.

_____  _____  _____
Minor Applicant              Parent/Legal Guardian         Date of Receipt

**PARENTAL AUTHORIZATION**
Required for all driver license applicants under the age of 18

I do solemnly swear, affirm, or certify that I am the person named herein, that the statements on this application are true and correct, that the above named applicant is my ( ) child ( ) stepchild ( ) ward, and that I have legal custody of the applicant. I authorize the Department of Public Safety to issue a Class ( ) A, ( ) B, ( ) C, or ( ) M license to said minor. The Department can access the said minor's school enrollment records from the Texas Education Agency, and a school administrator or law enforcement officer is authorized to notify the Department if the said minor is absent from school for at least 20 consecutive instructional days.

_____  _____  _____
Usual Written Signature of Parent or Guardian    Driver License Number       Date

**WAIVER OF PARENTAL AUTHORIZATION**

Parental Authorization waived. _____  _____  _____
                              Signature of Applicant    DL Employee    ACID

**VERIFICATION**
Sworn to and subscribed before me this _____ day of _____, _____
                                                                         _____
                                                                         Notary Public in and for the State of Texas/Authorized Officer

**SOCIAL SECURITY NUMBER COLLECTION DISCLOSURE**
Disclosure of your social security account number is mandatory for driver license applicants, but voluntary for identification card applicants. This information is solicited pursuant to 42 U.S.C. 405(c)(2)(C)(i), 42 U.S.C. 666(a)(13)(A); 49 C.F.R. 383.153, Texas Family Code Section 231.302(c)(1) and Texas Transportation Code Sections 522.021 and 521.142. The Department will use social security number information for identification purposes and will only release the number to the Child Support Enforcement Division of the Attorney General's Office, the U.S. Selective Service Administration, the Texas Secretary of State and the Health and Human Services Commission for statutorily authorized purposes pursuant to Texas Transportation Code Section 521.044.



# Texas Department of Public Safety
Courtesy ~ Service ~ Protection

DPS HOME    SERVICES    EMPLOYMENT    ABOUT US

Search DPS 

▸ Driver License Home



**Driver License Division Fees**

NOTE: Driver license offices now accept credit cards as well as cash, checks and money orders.

- **Driver License Fees:**
- **Identification Card (ID) Fees:**

*A $1 administrative fee is included in the following fee amounts. If you are completing more than one transaction at the same time in person or online, you will only be charged this fee once. The $1 administrative fee is not charged for transactions conducted through the mail.

### Identification Card (ID) Fees

| ID type | *Fee | Information |
|---|---|---|
| **Identification (ID) card** | | |
| Age 59 and younger: new | $16 | Expires after six years (on your birthday) |
| Age 59 and younger: renewal | $16 | Expires six years after previous expiration date |
| Age 60 and older: new or renewal | $6 | Never expires |
| **Replacement ID card** Replace a lost, stolen, or damaged ID card Change address or name | $11 | Current expiration date does not change |

http://www.txdps.state.tx.us/DriverLicense/fees.htm[6/5/2014 4:04:53 PM]

Gipson~ EXHIBIT NO. 138 Kim Seibert

TxDPS - Driver License Fees

| | | |
|---|---|---|
| **Limited term ID card**<br>*For temporary visitors to the U.S.* | $16 | Expires when period of lawful presence expires, or in one year if lawful presence period is "duration of status" |
| **ID card for individuals registered under** Chapter 62, CCP<br>New or renewal | $21 | Expires one year after previous expiration date |



**Commercial Driver License (CDL) Fees:**

**Note:** links to [PDF] files require Adobe Reader or another PDF viewer.

| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

**From:** Hodge, Daniel
**To:** Bodisch, Robert
**Sent:** 7/24/2013 9:39:22 AM
**Subject:** RE: EIC applicants

10-4. Thanks.

DH

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Tuesday, July 23, 2013 6:47 PM
**To:** Hodge, Daniel
**Subject:** Fwd: EIC applicants

FYI

Robert J. Bodisch
Assistant Director/Chief of Staff,
Texas Homeland Security
Texas Dept. of Public Safety
512-424-2368 w
robert.bodisch@dps.texas.gov

Begin forwarded message:

**From:** "Peters, Joe" <Joe.Peters@dps.texas.gov>
**Date:** July 23, 2013, 15:50:14 CDT
**To:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>
**Subject:** EIC applicants

Prior to sending my email out regarding EIC applicants with outstanding arrest warrants, I verified that it is already our policy that we will complete whatever transaction the applicant is in the office for, prior to arrest. The procedure is that when the CSR determines that there is an active warrant on an applicant, they tell the applicant they have to go to the printer where they retrieve the warrant information and contact law enforcement. If there is a trooper in the office, the trooper is handed the warrant information and once the transaction has been completed and the applicant exits the office, the arrest is made outside the office. In the case of a felony arrest where there is an "armed and dangerous" warning on the hit, the arrest will be made immediately if there is a trooper in the office.

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX 78773
Office: 512-424-5899
joe.peters@dps.texas.gov



TEX0508270

**Ried, Lisa**

| | |
|---|---|
| **From:** | Paula Faris <pfaris@wilco.org> |
| **Sent:** | Friday, September 20, 2013 4:53 PM |
| **To:** | 'Dshscouncil@dshs.state.tx.us' |
| **Cc:** | 'marc.connelly@dshs.state.tx.us'; 'david.lakey@dshs.state.tx.us'; 'kylejanek@hhsc.state.tx.us' |
| **Subject:** | FW: Suggestions and Concerns Regarding New Proposed Rule Change regarding FREE birth certificates for EIC |

**To:** 'Dshscouncil@dshs.state.tx.us'; 'marc.connelly@dshs.state.tx.us'; 'david.lakey@dshs.state.tx.us'; 'kylejanek@hhsc.state.tx.us'
**Subject:** Suggestions and Concerns Regarding New Proposed Rule Change regarding FREE birth certificates for EIC

Dear Sirs,

I am opposed to the idea of issuing free birth records to obtain an EIC.

If the State requires registrars to issue free birth certificates when the requestor represents it is for EICs, it will be a nightmare.
- I do not see how this could NOT impact the individual counties/registrars financially. There are people being paid to issue these birth certificates, and each individual that comes in for a free one is taking away from the other duties and paid services the department could be handling that generate revenue. This will undoubtedly increase the number of customers seen on a daily basis; therefore, more manpower will be needed sans the revenue supporting the increase in salary needed to supply the manpower. The registrars are purchasing the <u>security paper</u> that will be used to give out said FREE birth certificates. This is a financial impact on each registrar. With no revenue supporting the purchase of security paper, it will increase overhead costs.
- Another problem I see is the fact that once the word gets out to the public that they will be able to receive a free birth certificate just by representing that they need it to obtain their EIC that will become the ONLY reason (regardless) they need their birth certificates and they will abuse the system. People come in because they "lost" it in a move, or had a fire, or their purse got stolen. They come get copies for travel, jobs, insurance, and to obtain ID cards on a regular basis. If they know they can get a free one just by representing the need for an EIC, they will always say that is the reason they are requesting it – think about it --- if anyone thinks they can get something for free by just telling a little white lie (in their mind) that's exactly what they are going to do. Money is hard to come by and everyone is out for themselves.
- It is my understanding that EICs will be issued to those that do not have a DL or ID Card. With this being said, this is a double edged sword because identification is required in order to obtain the birth record. This is not going to work; especially with the level of identity theft and fraud (RIDER 72), not to mention there will be no way to qualify the applicant.

## Solutions/compromises:

Some sort of checks and balances needs to be implemented to keep people from abusing the system.   I suggest:
- Have DPS set up with remote access to be able to verify Texas births and there would be no need for the paper certified copy of the birth record to ever be issued/printed.
- Maybe you could have a similar plan in place as the free school birth certificates.  Instead of a certified copy; rather, an abstract or statement that would work especially for this purpose and this purpose only.  This could be similar to how the EIC is supposedly not to be used for identification purposes other than for voting.  If there is no solution around the registrars having to provide these for free, if the registrars were allowed to print "VOTER REGISTRATION PURPOSES ONLY" in large letters near the top of the page on the certificate, this could curb some abuse to the system.
- If the state would supply the security paper free of charge to the registrars for these particular birth records that will be free, that could help immensely and may make this process smoother and registrars would not be as opposed to the idea.

v/r,

*Paula Faris*

Vital Statistics
Williamson County Clerk
512.943.5246

2

List of Invalid Applications
February 3, 2014

| Name of Applicant | Application Location | Reason for Invalidation |
|---|---|---|
| Delgado, Monica | Dallas - Southwest | Already Had Valid ID |
| McNerney, Marie Mae | Palestine | Insufficient Supporting Documentation |
| Tucker, Joyce Elaine | Garland | Insufficient Supporting Documentation |
| Salinas, Raymundo | Laredo | Insufficient Supporting Documentation |
| Gamez, Silverio Jr. | Cleburne | Insufficient Supporting Documentation |
| Taylor, Jack Lamar | Hurst | Insufficient Supporting Documentation |
| Tillman, Adrienne Bernadette | 3501 Holman, Houston, Texas 77004 | Already Had Valid ID |
| Gonzalez, Juan | Weslaco | Insufficient Supporting Documentation |
| Hornsberry, Nicholas Lawrence | Austin - South | Insufficient Supporting Documentation |
| Mendoza, Juana Veronica | Pflugerville | Insufficient Supporting Documentation |
| Garcia, Daniel | Weslaco | Insufficient Supporting Documentation |
| Williams, Natasha Lynn | Houston - Winkler | Already Had Valid ID |
| De Los Santos, Manuel | Houston - Winkler | Already Had Valid ID |
| Reynolds, Marquette | Paris | Insufficient Supporting Documentation |
| Dickerson, Douglas | Paris | Insufficient Supporting Documentation |
| Burton, Joe | Lubbock | Insufficient Supporting Documentation |