

**PL519**
**9/2/2014**
**2:13-cv-00193**









7313 CORPORATE DR
MANVEL, TEXAS 77578



TELEPHONE:
281-756-2410
FAX:
281-489-4435



GOVERNMENT
EXHIBIT
RB-2

**JUDGE JOHN VASUT**
JUSTICE OF THE PEACE
PRECINCT 2, PLACE 1
BRAZORIA COUNTY, TEXAS

**THE STATE OF TEXAS**

**VS**

**RAMONA ANN BINGHAM**

## AFFADAVIT FOR PROMISE TO APPEAR

I, **RAMONA ANN BINGHAM**, swear that I will appear before The Honorable John Vasut, for a Pre-Trial Arraignment at 7313 Corporate Drive, Manvel, TX 77578, Brazoria County.

Date: **July 16th, 2009**
Time: **10:00am**.
Cause: **CT09-03107 - NO SEAT BELT -- DRIVER**

The Prosecutor for the State of Texas, County of Brazoria, will be present at this time and you will be asked to enter a plea of no contest, guilty or not guilty. If a plea of Not Guilty is made, you will be given a trial setting at that time. For the purpose of this hearing, NOTICE IS HEREBY GIVEN ACCORDING TO CHAPTER 28.01 SECTION 2 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

I understand that if I fail to appear when this case is called, warrants will be issued for my arrest, plus an additional charge of Failure to Appear, and I must pay the court the principal sum, plus all necessary and reasonable expenses incurred in any arrest.

### BE PREPARED TO PAY COURT COSTS OF $103.00 AT THE HEARING.
*No personal checks accepted.*

## PARENT OR LEGAL GUARDIAN YOU ARE HEREBY ORDERED TO APPEAR WITH THE MINOR CHILD.

**WARNING: A person commits an offense if the person is a parent, guardian, or custodian who fails to attend a hearing after receiving notice that the person's attendance was required. An offense under this section is a class "C" misdemeanor and may result in arrest.**

We ask that you pass this notice on to your Attorney, if one has been retained by you.

TX-06598390
Drivers License Number

10210 FM 521
Home Address

ROSHARON, TX 77583
City, State, Zip Code

*832 208 4604*
Home Phone Number

09/25/57
Date of Birth

*Werad Rec Hors 713-5237*
Place of Business & Phone Number

*4412 Almed a*
Business Address

*Houston, Texas 77004*
City, State, Zip Code

I also understand that this will be my only notice and that I am to dress appropriately for court – no shorts, tank tops, flip flops, etc.

*Ramona Bing* Defendant

SUBSCRIBED AND SWORN before me June 10, 2009.

*Vara Rab* Notary/Clerk of the Court

GOVERNMENT
EXHIBIT
RB-3

**PL521**
**9/2/2014**
**2:13-cv-00193**

ARCOLA MUNICIPAL COURT
Payment On A Violation

Case Number    APD23275-3001-0

Name    BINGHAM,RAMONA ANN

Violation        SPEEDING

Date of Offense    Mar 02, 2006

Date Received    Jan 21, 2014

Receipt Number    -80004643

Amount of Payment    $230.00

Balance Due    $0.00

Next Due

Reason Due  N/A

Payment Received From

BINGHAM,RAMONA ANN
2212 ROSEWOOD B
HOUSTON,TX7-7004

## ARCOLA MUNICIPAL COURT

### Payment On A Violation

Case Number    APD24381-3333-0

Name    BINGHAM,RAMONA ANN

Violation    VPTA

Date of Offense    Dec 29, 2006

Date Received    Jan 21, 2014

Receipt Number    -80004644

Amount of Payment    $199.75

Balance Due    $0.00

Next Due

Reason Due  N/A

#### Payment Received From

BINGHAM,RAMONA ANN
2212 ROSEWOOD B
HOUSTON,TX7-7004



# CITY OF ARCOLA
## MUNICIPAL COURT
13222 HIGHWAY 6
ARCOLA, TEXAS 77583
281-431-1852

REQUEST FOR RESET NOTICE

CAUSE NUMBER: _____ 06 - 04381

STATE OF TEXAS                    IN THE MUNICIPAL COURT

VS.                              CITY OF ARCOLA

Bingham, Ramona                  FORT BEND COUNTY, TEXAS

NOTICE IS HEREBY GIVEN that the appearance date setting of the above numbered and styled cause has been reset as follows:

The __21__ day of __Feb__, 20 _14_, between the hours of 8:30 a.m. – 4:30 p.m. (Forms of payments: Money Order, Cashier's Check, or Cash).

Further, you are required to appear at the Arcola Municipal Court on or before the aforementioned date, and should you not appear, a Failure to Appear charge may be filed and a Warrant may be issued for your arrest.

_Ranona Bingham_                  1-21-14
Defendant's Signature            Date

This reset was requested by: _X__ Defendant__   State

$ 164 75

X 281-960 6514

**PL522**
**9/2/2014**
**2:13-cv-00193**



# TEXAS DEPARTMENT OF PUBLIC SAFETY

www.texasfailuretoappear.com
1 (800) 686-0570

RAMONA BINGHAM
2212 ROSEWOOD B
HOUSTON, TX 77004



GOVERNMENT
EXHIBIT
RB-4



Date: 5/6/2014
Date of Birth: 1957-09-25
Driver License: 06598390

## NOTICE OF DENIAL OF RENEWAL OF TEXAS DRIVER LICENSE

The Department has been notified by the court(s) listed below that you have failed to appear for a citation, or failed to pay or satisfy judgment ordering payment of a fine/cost in the manner ordered by the court(s) for any offense under the jurisdiction of the court(s).

Transportation Code, Chapter 706 requires your driver license be denied renewal until the court(s) identified below has cleared the following offense(s) from your record:

| City Or County | Offense Date | Docket Number | Offense Description | Fines, Cost and Fees |
|---|---|---|---|---|
| ARCOLA | 2006-12-29 | 06-24387CAP | CAUSE / PERMIT DISPL | 269.75 |

Total:  269.75

**ORIGINATING COURT**

ARCOLA
13222 HWY 6
ARCOLA, TX 77583
**(281) 431-1852**

In the event renewal of your driver license is denied, you would then be prohibited from operating a motor vehicle on a public street or highway in this state. The Department of Public Safety will not clear your driver record or renew your driver license without authorization from the court(s) identified at the left.

**You should contact the court(s) listed to confirm the amount of the fines, cost, and fees and verify that a court appearance is not required.** If you want to contest the above report, or request a trial on the charge(s) filed against you, you must contact the court(s) listed above.

It takes 3 - 5 business days from the date the clearance is reported by the originating court(s) to update to your driving record. All reported offenses by the court(s) listed above must be cleared for the driver record to reflect compliance with the failure to appear or failure to pay denial.

To obtain court information, the current status of all reported offenses, or a list of frequently asked questions, please visit www.texasfailuretoappear.com. You may also obtain court information and the current status by telephoning (800) 686-0570.



GOVERNMENT
EXHIBIT
RB-5



# Texas Department of Public Safety
### Courtesy ~ Service ~ Protection

PL523
9/2/2014
2:13-cv-00193



HOME   ONLINE SERVICES   FAQ   CONTACT   ESPANOL

**MSB**
A PRIVATE CORPORATION

### Accounts Details

Please note that your account information is updated once daily and may not reflect payments made within the last 2 business days.

**Installment plans are based on an individual surcharge account and not a combination of accounts. For example, if you want to enter into an installment plan and have three separate surcharge accounts, then each account will require its own installment plan with its own payment amount.**

If you choose to pay only the minimum amount owed, this will constitute your agreement with the requirements of the surcharge monthly installment plan. Depending on the amount you owe, you may have between 4 months and 36 months to complete the payment plan. If your surcharge was issued on or after **September 1, 2012**, the following options may be available:

▶ Single Surcharge Balances - $249.99 and below (Up to 12 month plans)

▶ Single Surcharge Balances - $250.00 to $499.99 (Up to 24 month plans)

▶ Single Surcharge Balances - $500 or more (Up to 36 month plans)

If you fail to submit a monthly payment by the due date and your driving privileges are suspended, you may re-enter an installment plan at any time and without penalty by submitting a single minimum monthly payment. The installment plan will be reinstated with the same due date and minimum monthly payment requirements you had originally. You may pay your remaining balance in full at any time during your installment plan, also without penalty.

| | |
|---|---|
| Reference Number | FJ2783 |
| Account Status | Paid in Full |
| Surcharge Type | NO INSURANCE OR INVALID DL |
| Name | RAMONA BINGHAM |
| Address on file | 2212 1/2 ROSEWOOD HOUSTON TX 77004 |
| Phone | (713) 534-8534 |
| Date last payment received | 07/19/10 |
| Original Balance | 260.00 |
| Balance Due | 0.00 |
| Minimum payment | 0.00 |
| Due date | 08/28/09 |

Return to overview

Please contact Customer Service at (800) 688-6882 if you feel any information provided is inaccurate.

Version 2.8



✓ Norton
SECURED

powered by Symantec

ABOUT SSL CERTIFICATES

Helpful Links
<u>DRP Main Page</u> | <u>Privacy Policy</u> | <u>About SSL Certificates</u>

Browser Requirements – This site requires Internet Explorer Versions 5.0 or higher, Netscape Navigator Version 6.0 or higher, Mozilla, Safari and Opera 7. Using unsupported browsers or browser versions, or disabling browser features, such as JavaScript, cookies and SSL, may reduce site functionality or performance.
Contact Information: For technical assistance, you can contact us during business hours toll free at 1-800-688-6882 or send email to MSB at dpsinquiry@gilacorp.com.

**Texas Department of Public Safety**
Courtesy ~ Service ~ Protection

HOME   ONLINE SERVICES   FAQ   CONTACT   ESPANOL





**Accounts Details**

Please note that your account information is updated once daily and may not reflect payments made within the last 2 business days.

**Installment plans are based on an individual surcharge account and not a combination of accounts. For example, if you want to enter into an installment plan and have three separate surcharge accounts, then each account will require its own installment plan with its own payment amount.**

If you choose to pay only the minimum amount owed, this will constitute your agreement with the requirements of the surcharge monthly installment plan. Depending on the amount you owe, you may have between 4 months and 36 months to complete the payment plan. If your surcharge was issued on or after **September 1, 2012,** the following options may be available:

▸ Single Surcharge Balances - $249.99 and below (Up to 12 month plans)

▸ Single Surcharge Balances - $250.00 to $499.99 (Up to 24 month plans)

▸ Single Surcharge Balances - $500 or more (Up to 36 month plans)

If you fail to submit a monthly payment by the due date and your driving privileges are suspended, you may re-enter an installment plan at any time and without penalty by submitting a single minimum monthly payment. The installment plan will be reinstated with the same due date and minimum monthly payment requirements you had originally. You may pay your remaining balance in full at any time during your installment plan, also without penalty.

| | |
|---|---|
| **Reference Number** | QB2417 |
| **Account Status** | Default, Missed Installment Payment |
| **Surcharge Type** | NO INSURANCE SURCHARGE |
| **Name** | RAMONA BINGHAM |
| **Address on file** | 2212 1/2 ROSEWOOD HOUSTON TX 77004 |
| **Phone** | |
| **Date last payment received** | 01/13/14 |
| **Original Balance** | 260.00 |
| **Balance Due** | 197.50 |
| **Minimum payment** | 35.00 |
| **Due date** | 02/07/14 |

[ Pay Now ]   [ Return to overview ]

Please contact Customer Service at (800) 688-6882 if you feel any information provided is inaccurate.

Version 2.8

✔ **Norton**
SECURED
powered by Symantec
**ABOUT SSL CERTIFICATES**

Helpful Links
DRP Main Page| Privacy Policy | About SSL Certificates

Browser Requirements – This site requires Internet Explorer Versions 5.0 or higher, Netscape Navigator Version 6.0 or higher, Mozilla, Safari and Opera 7.  Using unsupported browsers or browser versions, or disabling browser features, such as JavaScript, cookies and SSL, may reduce site functionality or performance.
Contact Information: For technical assistance, you can contact us during business hours toll free at 1-800-688-6882 or send email to MSB at dpsinquiry@gilacorp.com.



**Texas Department of Public Safety**
*Courtesy  ~  Service  ~  Protection*

HOME   ONLINE SERVICES   FAQ   CONTACT   ESPANOL



**MSB**
A PRIVATE CORPORATION

**Accounts Details**

Please note that your account information is updated once daily and may not reflect payments made within the last 2 business days.

**Installment plans are based on an individual surcharge account and not a combination of accounts. For example, if you want to enter into an installment plan and have three separate surcharge accounts, then each account will require its own installment plan with its own payment amount.**

If you choose to pay only the minimum amount owed, this will constitute your agreement with the requirements of the surcharge monthly installment plan. Depending on the amount you owe, you may have between 4 months and 36 months to complete the payment plan. If your surcharge was issued on or after **September 1, 2012,** the following options may be available:

▶ Single Surcharge Balances - $249.99 and below (Up to 12 month plans)

▶ Single Surcharge Balances - $250.00 to $499.99 (Up to 24 month plans)

▶ Single Surcharge Balances - $500 or more (Up to 36 month plans)

If you fail to submit a monthly payment by the due date and your driving privileges are suspended, you may re-enter an installment plan at any time and without penalty by submitting a single minimum monthly payment. The installment plan will be reinstated with the same due date and minimum payment requirements you had originally. You may pay your remaining balance in full at any time during your installment plan, also without penalty.

| | |
|---|---|
| **Reference Number** | KO3404 |
| **Account Status** | Default, Missed Installment Payment |
| **Surcharge Type** | NO INSURANCE SURCHARGE |
| **Name** | RAMONA BINGHAM |
| **Address on file** | 2212 1/2 ROSEWOOD HOUSTON TX 77004 |
| **Phone** | (713) 748-5340 |
| **Date last payment received** | 01/13/14 |
| **Original Balance** | 260.00 |
| **Balance Due** | 162.00 |
| **Minimum payment** | 35.00 |
| **Due date** | 02/04/14 |

[ Pay Now ]   [ Return to overview ]

Please contact Customer Service at (800) 688-6882 if you feel any information provided is inaccurate.

Version 2.8



✓ **Norton**
SECURED

powered by Symantec

ABOUT SSL CERTIFICATES

Helpful Links
DRP Main Page| Privacy Policy | About SSL Certificates

Browser Requirements – This site requires Internet Explorer Versions 5.0 or higher, Netscape Navigator Version 6.0 or higher, Mozilla,Safari and Opera 7.  Using unsupported browsers or browser versions, or disabling browser features, such as JavaScript, cookies and SSL, may reduce site functionality or performance.
Contact Information: For technical assistance, you can contact us during business hours toll free at 1-800-688-6882 or send email to MSB at dpsinquiry@gilacorp.com.

GOVERNMENT EXHIBIT
RB-6

PL524
9/2/2014
2:13-cv-00193

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thực Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information on a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: ...)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name [If any] (Segundo nombre (a tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| BINGHAM | RAMONA | ANN | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio, calle y número de apartamento, Ciudad, Estado, y Código Postal A falta de estos datos, describa la localidad de su residencia...) 房住稱號址：街外路段名稱或號地址 |
|---|
| 22 12 1/2 Rosewood Apt B    Houston, TX 77004 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio) (Địa Chỉ Gởi Thư Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị) 郵寄地址：如果郵寄無法遞送您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính (Không bắt buộc) 性別 (可填或不填) Male ☐  Female ☑ (Hombre)(Nam)(男)  (Mujer)(Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh. Tháng, Ngày, Năm) 出生日期 月-日-年 09/25/57 |
|---|---|---|
| 2 · | | |

| Check appropriate box. Marque el cuadro apropiado. Đánh dấu vào ô thích hợp 在適當方格內劃勾 ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes ☐ No (Si) (Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I D No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) TX 州駕駛執照號碼或個人身份證號碼（由 TX 公共安全廳頒發） 665 ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) (Número de Seguro Social (Se no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần nếu quý vị không có bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則須供社會安全號碼的末四位數字） XXX-XX-5595 |
|---|---|---|

Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名)

X Ramona Bingham

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 3-4-2014 | Precinct No. where voted Núm de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử số/選區編號 投票地點 0193 | Home PCT DD193 | County Clerk Use ONLY NBC | PCT 0210 |
|---|---|---|---|---|
| | Precinct No. where registered Núm de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 編號 登記地點 | CERT/VUID | Voter Registrar Use ONLY | PCT |

| Type of Election Tipo de Elección Loại Bầu Cử 選舉類別 PRIMARY | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến hành Bầu Cử 主持選舉機構 JUDGE: Clyde Phillips |
|---|---|

BALLOT CODE: 1 2 5 9 0 1 4 8 0

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES      ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

6. ___ Voter on list, but registered residence address outside the _____ political subdivision.

7. ___ Other _____ (Please explain)

Sworn and subscribed to before me this date: 3-4-2014

Signature of Election Judge: Clyde Phillips

TO BE COMPLETED BY THE BALLOT BY MAIL DEPARTMENT

☐ Ballot returned by Voter      ☐ Ballot returned by USPS

☐ Ballot not returned      ☐ Voter did not apply for a Mail Ballot

Signature of Ballot by Mail Supervisor

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ___ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.

10. ___ Voter erroneously removed from the list.

11. ___ Voter is not registered to vote in _____ political subdivision.

12. ___ Other: _____ (Please explain).

Signature of Voter Registrar _____ Date _____

Action taken by the Early Voting Ballot Board in accordance with Texas Election Code.

☐ Accepted      ☐ Rejected

Signature of Ballot Board Judge

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

[PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y no me he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o al ser el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección donde yo sé que no soy elegible.]

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (如有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| EAGLETON | NAOMI | | |

| Residence Address | Gender (Opcional) (Sexo) (性別) | Date of Birth: Month, Day, Year (Fecha de nacimiento) |
|---|---|---|
| 8430 CARGILL ST. #, HOUSTON, TX 77074 | Male ☐ Female ☒ | 10, 15, 1930 |

| Mailing Address | Social Security No. | |
|---|---|---|
| | I have not been issued a TX driver's license/personal identification number or Social Security Number. ☐ | X Naomi Eagleton |

ARE YOU A UNITED STATES CITIZEN?

☒ Yes ☐ No

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Naky Bầu Cử | |
|---|---|
| 11-5-2013 | Precinct No. where voted: 259 |
| | Precinct No. where registered: 259 |
| Type of Election | Authority Conducting Election |
| JOINT | HARRIS COUNTY |

BALLOT CODE: 173284595

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☒ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.
6. ___ Voter on list, but registered residence address outside the political subdivision.
7. ___ Other _____ (Please explain)

Sworn and subscribed to before me this date: 11-5-2013

_Deborah Adams_
Signature of Election Judge

TO BE COMPLETED BY THE BALLOT BY MAIL DEPARTMENT

☐ Ballot returned by Voter   ☐ Ballot returned by USPS
☐ Ballot not returned   ☐ Voter did not apply for a Mail Ballot

Signature of Ballot by Mail Supervisor

---

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0259 | | 0259-6 |
| CERT/VUID | Voter Registrar Use ONLY | |
| 33911803Z | | 0259 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ✓ Voter executed natural disaster affidavit within 6 days of election day.
5. ___ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ___ Voter erroneously removed from the list.
11. ___ Voter is not registered to vote in _____ political subdivision.
12. ___ Other: _____ (Please explain)

_Julie Martin_
Signature of Voter Registrar   Date 11/12/13

Action taken by the Early Voting Ballot Board in accordance with Texas Election Code.

☐ Accepted   ☒ Rejected

_Calvin Wilson_
Signature of Ballot Board Judge   Calvin Wilson

GOVERNMENT EXHIBIT NE-1
