PL526
9/2/2014
2:13-cv-00193



Voter County Record: 01/29/1995 - HARRIS ▼ Go     VUID: 1110813683

Valid From: 01/01/2014     Status: Active     Home Precinct:

Name
EAGLETON, NAOMI

Misc

Residential Address
8430 CARGILL ST, A
HOUSTON, TX 77029
HARRIS

Mailing Address
See Residential.

Edit Street Index | Recheck Address
Elections | Activity | Districts | Notes

Election: ▼ Go

Ballot Style:     Ballot Type:

Election Name:     Ballot Activity

Election Day Polling Place     Envelope ID
Name:
Location:     1-5 of 5 Items
Address:     Name
ED
ED
EV
EV
EV

EXHIBIT NO. 5

# Voting History

**Voter Name:** EAGLETON, NAOMI
**VUID:** 1110813683
**Status:** Active
**Home Precinct:**
**Reporting Precinct:**

**Election:**  **Activity Type:**  **From Date:**

**Election Type:**

## Voting History

1-5 of 5 Items

| | | Activity Date | Election | Election Type | Precinct | Pollin |
|---|---|---|---|---|---|---|
| View | Delete | 11/02/2010 | 2010 NOVEMBER 2ND GENERAL ELECTION 101 | General Election | 259 | ELECT |
| View | Delete | 03/02/2010 | 2010 DEMOCRATIC PRIMARY ELECTION 101 | Open Primary | | ELECT |
| View | Delete | 10/30/2009 | 2009 - NOV. 3RD CONST. AMENDMENT ELECTION 101 | General Election | | EARLY |
| View | Delete | 10/20/2008 | 2008 NOVEMBER 4TH GENERAL ELECTION 101 | General Election | | EARLY |
| View | Delete | 11/02/2004 | 2004 - NOVEMBER 2ND - GENERAL ELECTION | General Election | | |

TON, NAOMI
13683

Activity Type:   From Date:   To Date:   Search:

[Search] [Reset]

## Voting History

<Previous |1|

| Election | Election Type | Precinct | Polling Place | Activity Type | Party |
|---|---|---|---|---|---|
| NOVEMBER 2ND GENERAL ELECTION 101 | General Election | 259 | ELECTION DAY | ED | |
| DEMOCRATIC PRIMARY ELECTION 101 | Open Primary | | ELECTION DAY | ED | Democrat |
| NOV. 3RD CONST. AMENDMENT ELECTION 101 | General Election | | EARLY | EV | |
| NOVEMBER 4TH GENERAL ELECTION 101 | General Election | | EARLY | EV | |
| NOVEMBER 2ND - GENERAL ELECTION | General Election | | | EV | |

[Close]

# Voter View
State: TX

**Voter County Record:** 01/29/1995 - HARRIS ▼ [Go]　　**VUID:** 1110813683

**Valid From:** 01/01/2014　　**Status:** Active　　**Home Precinct:**

**Name**
EAGLETON, NAOMI

**Residential Address**
8430 CARGILL ST, A
HOUSTON, TX 77029
HARRIS

**Mailing Address**
See Residential.

**Misc.**
ID:
SSN:
DOB:
Reg Date:
Gender:
EDR:
Suppressed:
Stat Chg:

[Data] [Previous]

[Edit Street Index] [Recheck Address]

[Elections] [Activity] [Districts] [Notes]

[Edit Assignments]

1-5 of 6 Items　　　　　　　　　　　　　　　　　　　　<Previous |1 2| Next>

| Type | Districts Name |
|---|---|
| County Commissioner | COMMISSIONER 1 |
| Justice of the Peace | JUSTICE OF THE PEACE 2 |
| State Board of Education | STATE BOARD OF EDUCATION DISTRICT 4 |
| State Representative | STATE REPRESENTATIVE DISTRICT 142 |
| State Senate | STATE SENATE DISTRICT 15 |

View Voting History

# Voter View

State: TX

**Voter County Record:** 01/29/1995 - HARRIS ▾ [Go]  **VUID:** 1110813683

**Valid From:** 01/01/2014    **Status:** Active    **Home Precinct:**

**Name**
EAGLETON, NAOMI

**Residential Address**
8430 CARGILL ST, A
HOUSTON, TX 77029
HARRIS

**Mailing Address**
See Residential.

**Misc.**
ID
SSN
DOB
Reg Date
Gender
EDR
Suppressed
Stat Chg

[Data]
[Previous]

Edit Street Index | Recheck Address

Elections | Activity | Districts | Notes

Edit Assignments

6-6 of 6 Items    **Districts**    <Previous |1 2| Next> | Page: [ ] [Go]

| Type △ | Name |
|---|---|
| US Congress | U.S. CONGRESSIONAL DISTRICT 18 |

View Voting History

# Voter Task History

**Voter Name:** EAGLETON, NAOMI
**VUID:** 1110813683
**Status:** Active
**Precinct:** 259

## Voter Task History

1-10 of 39 Items    <Previous | 1 2 3 4 |

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 01/06/2014 02:58 PM | 01/06/2014 02:58 PM | HARRIS | Resolved | Biennial VRC |
| 11/13/2013 11:58 AM | 11/13/2013 11:58 AM | HARRIS | Resolved | Approve Clerical Correction |
| 05/09/2012 09:00 AM | 11/13/2013 11:58 AM | HARRIS | Cancelled | Street Not Found |
| 11/13/2013 11:58 AM | 11/13/2013 11:58 AM | HARRIS | Resolved | Website Suppression Off |
| 11/13/2013 11:58 AM | 11/13/2013 11:58 AM | HARRIS | Resolved | Restrict Public Access Off |
| 05/09/2012 09:00 AM | 05/09/2012 09:00 AM | HARRIS | Resolved | Approve Clerical Correction |
| 05/09/2012 09:00 AM | 05/09/2012 09:00 AM | HARRIS | Resolved | Precinct Not Changed |
| 01/05/2009 10:27 AM | 05/09/2012 09:00 AM | HARRIS | Cancelled | Certificate |
| 05/09/2012 09:00 AM | 05/09/2012 09:00 AM | HARRIS | Resolved | Manual Precinct Change |
| 05/09/2012 09:00 AM | 05/09/2012 09:00 AM | HARRIS | Resolved | Voter Address Changed |

## Voter Task History

**Voter Name:** EAGLETON, NAOMI
**VUID:** 1110813683
**Status:** Active
**Precinct:** 259

11-20 of 39 items          <Previous | 1 2 3 4 | Next> | Page:

### Voter Task History

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 04/09/2012 10:35 AM | 05/09/2012 09:00 AM | HARRIS | Cancelled | Street Not Found |
| 05/09/2012 09:00 AM | 05/09/2012 09:00 AM | HARRIS | Resolved | Website Suppression Off |
| 05/09/2012 09:00 AM | 05/09/2012 09:00 AM | HARRIS | Resolved | Restrict Public Access Off |
| 05/04/2012 06:58 AM | 05/04/2012 06:58 AM | HARRIS | Resolved | Biennial VRC |
| 04/09/2012 10:35 AM | 04/09/2012 10:35 AM | HARRIS | Resolved | Approve Clerical Correction |
| 04/09/2012 10:35 AM | 04/09/2012 10:35 AM | HARRIS | Resolved | Manual Precinct Change |
| 01/05/2009 10:27 AM | 04/09/2012 10:35 AM | HARRIS | Cancelled | Street Not Found |
| 04/09/2012 10:35 AM | 04/09/2012 10:35 AM | HARRIS | Resolved | Website Suppression Off |
| 04/09/2012 10:35 AM | 04/09/2012 10:35 AM | HARRIS | Resolved | Restrict Public Access Off |
| 01/11/2010 10:03 AM | 01/11/2010 10:03 AM | HARRIS | Resolved | Biennial VRC |

# Voter Task History

**Voter Name:** EAGLETON, NAOMI
**VUID:** 1110813683
**Status:** Active
**Precinct:** 259

## Voter Task History

21-30 of 39 Items     &lt;Previous | 1 2 3 4 | Next&gt; | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 01/05/2009 10:27 AM | 01/05/2009 10:27 AM | HARRIS | Resolved | Skip Live Checks |
| 01/05/2009 10:27 AM | 01/05/2009 10:27 AM | HARRIS | Resolved | Approve Clerical Correction |
| 01/05/2009 10:27 AM | 01/05/2009 10:27 AM | HARRIS | Resolved | Precinct Changed |
| 11/15/2007 07:24 PM | 01/05/2009 10:27 AM | HARRIS | Cancelled | Certificate |
| 01/05/2009 10:27 AM | 01/05/2009 10:27 AM | HARRIS | Resolved | Voter Address Changed |
| 04/17/2008 05:29 PM | 01/05/2009 10:27 AM | HARRIS | Cancelled | Street Not Found |
| 01/05/2009 10:27 AM | 01/05/2009 10:27 AM | HARRIS | Resolved | Website Suppression Off |
| 01/05/2009 10:27 AM | 01/05/2009 10:27 AM | HARRIS | Resolved | Restrict Public Access Off |
| 04/17/2008 05:29 PM | 04/17/2008 05:29 PM | HARRIS | Resolved | Skip Live Checks |
| 04/17/2008 05:29 PM | 04/17/2008 05:29 PM | HARRIS | Resolved | Approve Clerical Correction |

# Voter Task History

**Voter Name:** EAGLETON, NAOMI
**VUID:** 1110813683
**Status:** Active
**Precinct:** 259

## Voter Task History

31-39 of 39 Items    <Previous |1 2 3 4| Next> | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 11/15/2007 07:24 PM | 04/17/2008 05:29 PM | HARRIS | Cancelled | Street Not Found |
| 04/17/2008 05:29 PM | 04/17/2008 05:29 PM | HARRIS | Resolved | Website Suppression Off |
| 04/17/2008 05:29 PM | 04/17/2008 05:29 PM | HARRIS | Resolved | Restrict Public Access Off |
| 12/13/2007 02:54 AM | 12/13/2007 02:54 AM | HARRIS | Resolved | Biennial VRC |
| 12/10/2007 06:26 PM | 12/10/2007 06:26 PM | HARRIS | Resolved | Biennial VRC |
| 11/15/2007 07:24 PM | 11/15/2007 07:24 PM | HARRIS | Resolved | Skip Live Checks |
| 11/15/2007 07:24 PM | 11/15/2007 07:24 PM | HARRIS | Resolved | Approve Clerical Correction |
| 11/15/2007 07:24 PM | 11/15/2007 07:24 PM | HARRIS | Resolved | Website Suppression Off |
| 11/15/2007 07:24 PM | 11/15/2007 07:24 PM | HARRIS | Resolved | Restrict Public Access Off |

PL527
9/2/2014
2:13-cv-00193







**Texas Department of Public Safety**
Texas Private Security Bureau

**Non-Commissioned Security Officer**
Expiration: 2/12/2012
MARVIN C. HOLMES
Firearm: NONE
Reg. #: 459813    DOB: 2/11/1969
Height: 5-10    Gender: Male
Weight: 195
Director



GOVERNMENT EXHIBIT
MH-2
Holmes 7/08/14





**GOVERNMENT EXHIBIT** MH-4
Holmes 7/14/14 PS

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

311576513

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been declared by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a crime and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

| Field | Value |
|---|---|
| Last Name | Holmes |
| First Name | Marvin |
| Middle Name | Cal |
| Former Name | |
| Residence Address | 4002 Corder Street 122 |
| Gender | Male ☑ |
| Date of Birth | 02/11/1969 |
| US Citizen | ☑ Yes |
| ID statement | ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. |
| Signature of Voter | X Marvin Holmes |

## TO BE COMPLETED BY THE ELECTION JUDGE

- Date of Election: 11/5/13
- Precinct No. where voted: 0180
- Precinct No. where registered: 180
- Type of Election: General
- Authority Conducting Election: Harris County
- BALLOT CODE: 1909 13789 / 190913789

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES ☐ NO ✓ (check next to #1)

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.
6. ___ Voter on list, but registered residence address outside the _____ political subdivision.
7. ___ Other _____ (Please explain)

Sworn and subscribed to before me this date: 11/5/13

Signature of Election Judge

### County Clerk Use ONLY
- Home PCT: 0180
- PCT: 0180-19
- CERT/VUID: 25455601
- PCT: 180

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ___ Voter erroneously removed from the list.
11. ___ Voter is not registered to vote in _____ political subdivision.
12. ___ Other: _____ (Please explain)

Signature of Voter Registrar: R. Carpenter    Date: 11-12-13

Action taken by the Early Voting Ballot Board in accordance with Texas Election Code.

☐ Accepted   ☑ Rejected

Signature of Ballot Board Judge: Calvin Wilson

### TO BE COMPLETED BY THE BALLOT BY MAIL DEPARTMENT
☐ Ballot returned by Voter   ☐ Ballot returned by USPS
☐ Ballot not returned   ☐ Voter did not apply for a Mail Ballot

Signature of Ballot by Mail Supervisor