# Voter View

Voter County Record: 08/08/1987 - HARRIS ▸ [Go]

Valid From: 01/01/2014     Status: Active     VUID: 1102615417

Home Precinct:

Name: HOLMES, MARVIN CAL

Residential Address:
4002 CORDER ST, 122
HOUSTON, TX 77021
HARRIS

Mailing Address:
See Residential.



Δπ EXHIBIT 6
Deponent: Hines
Date: 7/10/14 Rptr.
WWW.DEPOBOOK.COM

# Voting History

County: HARRIS  Plan: 101_2012PL

Voter Name: HOLMES, MARVIN CAL
VUID: 1102615417
Status: Active
Home Precinct: 180
Reporting Precinct: 180

Election Type: Election: Activity Type: From Date: To Date: Search: [Search] [Reset]

## Voting History

1-10 of 10 items  <Previous | 1

| | | Activity Date | Election | Election Type | Precinct | Polling Place | Activity Type | Party |
|---|---|---|---|---|---|---|---|---|
| View | Delete | 10/28/2012 | 2012 NOVEMBER 6TH GENERAL ELECTION 101 | General Election | 180 | EARLY | EV | |
| View | Delete | 10/26/2011 | 2011 NOVEMBER 8TH CONSTITUTIONAL AMEND. 101 | Special Election | 20 | EARLY | EV | |
| View | Delete | 10/21/2010 | 2010 NOVEMBER 2ND GENERAL ELECTION 101 | General Election | 68 | EARLY | EV | |
| View | Delete | 02/17/2010 | 2010 DEMOCRATIC PRIMARY ELECTION 101 | Open Primary | | EARLY | EV | Democrat |
| View | Delete | 10/19/2009 | 2009 - NOV. 3RD CONST. AMENDMENT ELECTION 101 | General Election | | EARLY | EV | |
| View | Delete | 10/19/2009 | 2009 - NOV. 3RD CONST. AMENDMENT ELECTION 101 | General Election | | ELECTION DAY | ED | |
| View | Delete | 10/20/2008 | 2008 NOVEMBER 4TH GENERAL ELECTION 101 | General Election | | EARLY | EV | |
| View | Delete | 02/22/2008 | 2008 DEMOCRATIC PRIMARY ELECTION 101 | Open Primary | | EARLY | EV | Democrat |
| View | Delete | 03/07/2006 | MARCH 7, 2006 GENERAL PRIMARY ELECTION | Open Primary | | | ED | Democrat |
| View | Delete | 11/02/2004 | 2004 - NOVEMBER 2ND - GENERAL ELECTION | General Election | | | ED | |

[Close]

# Voter View

County: HARRIS  Plan: 101_2012PLN1

[Data Entry]
[Previous Screen]

Voter County Record: 08/08/1987 - HARRIS ▼ [Go]  VUID: 110261541Z

Valid From: 01/01/2014  Status: Active  Home Precinct: 180

**Name**
HOLMES, MARVIN CAL

**Residential Address**
4002 CORDER ST, 122
HOUSTON, TX 77021
HARRIS

**Mailing Address**
See Residential.

[Edit Street Index] [Recheck Address]

**Tasks | Elections | Activity | Districts | Notes**

[Edit Assignments]

1-5 of 6 Items  <Previous |1|2| Next> Page: 1 ▼ [Go]

| Type ▲ | Districts Name |
|---|---|
| County Commissioner | COMMISSIONER 1 |
| Justice of the Peace | JUSTICE OF THE PEACE 7 |
| State Board of Education | STATE BOARD OF EDUCATION DISTRICT 4 |
| State Representative | STATE REPRESENTATIVE DISTRICT 146 |
| State Senate | STATE SENATE DISTRICT 13 |

**Tasks | Elections | Activity | Districts | Notes**

[Edit Assignments]

6-6 of 6 Items  <Previous |1|2| Next> Page: 2 ▼ [Go]

| Type ▲ | Districts Name |
|---|---|
| US Congress | U.S. CONGRESSIONAL DISTRICT 18 |

# Voter Task History

Voter Name: HOLMES, MARVIN CAL
VUID: 1102615417
Status: Active
Precinct: 180

## 1-10 of 167 Items

Voter Task History  <Previous | 1 2 3 4 5 6 ... 17 |

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 05/30/2014 09:23 AM | 05/30/2014 09:23 AM | HARRIS | Resolved | Approve Clerical Correction |
| 11/13/2013 11:48 AM | 05/30/2014 09:23 AM | HARRIS | Cancelled | Street Not Found |
| 05/30/2014 09:23 AM | 05/30/2014 09:23 AM | HARRIS | Resolved | Website Suppression Off |
| 05/30/2014 09:23 AM | 05/30/2014 09:23 AM | HARRIS | Resolved | Restrict Public Access Off |
| 01/06/2014 02:58 PM | 01/06/2014 02:58 PM | HARRIS | Resolved | Biennial VRC |
| 11/13/2013 11:48 AM | 11/13/2013 11:48 AM | HARRIS | Resolved | Approve Clerical Correction |
| 10/22/2013 08:34 AM | 11/13/2013 11:48 AM | HARRIS | Cancelled | Street Not Found |
| 11/13/2013 11:48 AM | 11/13/2013 11:48 AM | HARRIS | Resolved | Website Suppression Off |
| 11/13/2013 11:48 AM | 11/13/2013 11:48 AM | HARRIS | Resolved | Restrict Public Access Off |
| 10/22/2013 08:34 AM | 10/22/2013 08:34 AM | HARRIS | Resolved | Approve Clerical Correction |

## 11-20 of 167 Items

Voter Task History  <Previous | 1 2 3 4 5 6 ... 17 | Next> | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 07/07/2013 12:51 PM | 10/22/2013 08:34 AM | HARRIS | Cancelled | Street Not Found |
| 10/22/2013 08:34 AM | 10/22/2013 08:34 AM | HARRIS | Resolved | Website Suppression Off |
| 10/22/2013 08:34 AM | 10/22/2013 08:34 AM | HARRIS | Resolved | Restrict Public Access Off |
| 07/07/2013 12:51 PM | 07/07/2013 12:51 PM | HARRIS | Resolved | Approve Clerical Correction |
| 07/07/2013 12:51 PM | 07/07/2013 12:51 PM | HARRIS | Resolved | Precinct Not Changed |
| 07/07/2013 12:51 PM | 07/07/2013 12:51 PM | HARRIS | Resolved | Manual Precinct Change |
| 07/07/2013 12:51 PM | 07/07/2013 12:51 PM | HARRIS | Resolved | Voter Address Changed |
| 04/22/2013 09:46 AM | 07/07/2013 12:51 PM | HARRIS | Cancelled | Street Not Found |
| 07/07/2013 12:51 PM | 07/07/2013 12:51 PM | HARRIS | Resolved | Website Suppression Off |
| 07/07/2013 12:51 PM | 07/07/2013 12:51 PM | HARRIS | Resolved | Restrict Public Access Off |

Voter Name: HOLMES, MARVIN CAL
VUID: 1102615417
Status: Active
Precinct: 180

### 21-30 of 167 Items

Voter Task History    <Previous |1 2 3 4 5 6 ... 17| Next> | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 04/22/2013 09:46 AM | 04/22/2013 09:46 AM | HARRIS | Resolved | Approve Clerical Correction |
| 07/11/2012 10:07 AM | 04/22/2013 09:46 AM | HARRIS | Cancelled | Street Not Found |
| 04/22/2013 09:46 AM | 04/22/2013 09:46 AM | HARRIS | Resolved | Website Suppression Off |
| 04/22/2013 09:46 AM | 04/22/2013 09:46 AM | HARRIS | Resolved | Restrict Public Access Off |
| 07/11/2012 10:07 AM | 07/11/2012 10:07 AM | HARRIS | Resolved | Approve Clerical Correction |
| 06/27/2012 09:31 AM | 07/11/2012 10:07 AM | HARRIS | Cancelled | Street Not Found |
| 07/11/2012 10:07 AM | 07/11/2012 10:07 AM | HARRIS | Resolved | Website Suppression Off |
| 07/11/2012 10:07 AM | 07/11/2012 10:07 AM | HARRIS | Resolved | Restrict Public Access Off |
| 06/27/2012 09:31 AM | 06/27/2012 09:31 AM | HARRIS | Resolved | Approve Clerical Correction |
| 06/06/2012 08:33 AM | 06/27/2012 09:31 AM | HARRIS | Cancelled | Street Not Found |

### 31-40 of 167 Items

Voter Task History    <Previous |1 2 3 4 5 6 ... 17| Next> | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 06/27/2012 09:31 AM | 06/27/2012 09:31 AM | HARRIS | Resolved | Website Suppression Off |
| 06/27/2012 09:31 AM | 06/27/2012 09:31 AM | HARRIS | Resolved | Restrict Public Access Off |
| 06/06/2012 08:33 AM | 06/06/2012 08:33 AM | HARRIS | Resolved | Approve Clerical Correction |
| 06/06/2012 08:33 AM | 06/06/2012 08:33 AM | HARRIS | Resolved | Precinct Changed |
| 06/11/2009 08:43 AM | 06/06/2012 08:33 AM | HARRIS | Cancelled | Certificate |
| 06/06/2012 08:33 AM | 06/06/2012 08:33 AM | HARRIS | Resolved | Manual Precinct Change |
| 06/06/2012 08:33 AM | 06/06/2012 08:33 AM | HARRIS | Resolved | Voter Address Changed |
| 05/23/2012 09:33 AM | 06/06/2012 08:33 AM | HARRIS | Cancelled | Street Not Found |
| 06/06/2012 08:33 AM | 06/06/2012 08:33 AM | HARRIS | Resolved | Website Suppression Off |
| 06/06/2012 08:33 AM | 06/06/2012 08:33 AM | HARRIS | Resolved | Restrict Public Access Off |

Voter Name: HOLMES, MARVIN CAL
VUID: 1102615417
Status: Active
Precinct: 180

### 41-50 of 167 Items — Voter Task History

&lt;Previous |1 2 3 4 5 6 .... 17| Next&gt; | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 05/23/2012 09:33 AM | 05/23/2012 09:33 AM | HARRIS | Resolved | Approve Clerical Correction |
| 04/10/2012 09:08 PM | 05/23/2012 09:33 AM | HARRIS | Cancelled | Street Not Found |
| 05/23/2012 09:33 AM | 05/23/2012 09:33 AM | HARRIS | Resolved | Website Suppression Off |
| 05/23/2012 09:33 AM | 05/23/2012 09:33 AM | HARRIS | Resolved | Restrict Public Access Off |
| 05/04/2012 06:58 AM | 05/04/2012 06:58 AM | HARRIS | Resolved | Biennial VRC |
| 04/10/2012 09:08 PM | 04/10/2012 09:08 PM | HARRIS | Resolved | Approve Clerical Correction |
| 04/10/2012 09:08 PM | 04/10/2012 09:08 PM | HARRIS | Resolved | Manual Precinct Change |
| 04/10/2012 09:08 PM | 04/10/2012 09:08 PM | HARRIS | Resolved | Website Suppression Off |
| 04/10/2012 09:08 PM | 04/10/2012 09:08 PM | HARRIS | Resolved | Restrict Public Access Off |
| 07/28/2011 08:46 AM | 07/28/2011 08:46 AM | HARRIS | Resolved | Approve 12 |

### 51-60 of 167 Items — Voter Task History

&lt;Previous |1 2 3 4 5 6 .... 17| Next&gt; | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 07/28/2011 08:46 AM | 07/28/2011 08:46 AM | HARRIS | Resolved | Manual Precinct Change |
| 07/28/2011 08:46 AM | 07/28/2011 08:46 AM | HARRIS | Resolved | Voter Address Changed |
| 04/29/2011 08:38 AM | 07/28/2011 08:46 AM | HARRIS | Cancelled | Street Not Found |
| 07/28/2011 08:46 AM | 07/28/2011 08:46 AM | HARRIS | Resolved | Website Suppression Off |
| 07/28/2011 08:46 AM | 07/28/2011 08:46 AM | HARRIS | Resolved | Restrict Public Access Off |
| 07/22/2009 08:45 AM | 05/03/2011 09:23 AM | HARRIS | Cancelled | Duplicate Application Status |
| 04/29/2011 08:38 AM | 04/29/2011 08:38 AM | HARRIS | Resolved | Approve Clerical Correction |
| 09/30/2010 09:20 AM | 04/29/2011 08:38 AM | HARRIS | Cancelled | Street Not Found |
| 04/29/2011 08:38 AM | 04/29/2011 08:38 AM | HARRIS | Resolved | Website Suppression Off |
| 04/29/2011 08:38 AM | 04/29/2011 08:38 AM | HARRIS | Resolved | Restrict Public Access Off |

Voter Name: HOLMES, MARVIN CAL
VUID: 1102615417
Status: Active
Precinct: 180

**61-70 of 167 Items**

Voter Task History &lt;Previous |1 ... 7 8 9 10 11 ... 17| Next&gt; | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 09/30/2010 09:20 AM | 09/30/2010 09:20 AM | HARRIS | Resolved | Approve Clerical Correction |
| 09/27/2010 08:56 AM | 09/30/2010 09:20 AM | HARRIS | Cancelled | Street Not Found |
| 09/30/2010 09:20 AM | 09/30/2010 09:20 AM | HARRIS | Resolved | Website Suppression Off |
| 09/30/2010 09:20 AM | 09/30/2010 09:20 AM | HARRIS | Resolved | Restrict Public Access Off |
| 09/27/2010 08:56 AM | 09/27/2010 08:56 AM | HARRIS | Resolved | Approve Clerical Correction |
| 09/27/2010 08:56 AM | 09/27/2010 08:56 AM | HARRIS | Resolved | Website Suppression Off |
| 09/27/2010 08:56 AM | 09/27/2010 08:56 AM | HARRIS | Resolved | Restrict Public Access Off |
| 09/23/2010 08:25 AM | 09/23/2010 08:25 AM | HARRIS | Resolved | Approve 12 |
| 09/23/2010 08:25 AM | 09/23/2010 08:25 AM | HARRIS | Cancelled | Street Not Found |
| 09/23/2010 08:25 AM | 09/23/2010 08:25 AM | HARRIS | Resolved | Manual Precinct Change |

**71-80 of 167 Items**

Voter Task History &lt;Previous |1 ... 7 8 9 10 11 ... 17| Next&gt; | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 09/23/2010 08:25 AM | 09/23/2010 08:25 AM | HARRIS | Resolved | Voter Address Changed |
| 08/31/2010 08:16 AM | 09/23/2010 08:25 AM | HARRIS | Cancelled | Street Not Found |
| 09/23/2010 08:25 AM | 09/23/2010 08:25 AM | HARRIS | Resolved | Website Suppression Off |
| 09/23/2010 08:25 AM | 09/23/2010 08:25 AM | HARRIS | Resolved | Restrict Public Access Off |
| 08/31/2010 08:16 AM | 08/31/2010 08:16 AM | HARRIS | Resolved | Skip Live Checks |
| 08/31/2010 08:16 AM | 08/31/2010 08:16 AM | HARRIS | Resolved | Approve Clerical Correction |
| 08/31/2010 08:16 AM | 08/31/2010 08:16 AM | HARRIS | Resolved | Website Suppression Off |
| 08/31/2010 08:16 AM | 08/31/2010 08:16 AM | HARRIS | Resolved | Restrict Public Access Off |
| 06/17/2010 08:22 AM | 06/17/2010 08:22 AM | HARRIS | Resolved | Skip Live Checks |
| 06/17/2010 08:22 AM | 06/17/2010 08:22 AM | HARRIS | Resolved | Approve 12 |

**Voter Name:** HOLMES, MARVIN CAL
**VUID:** 1102615417
**Status:** Active
**Precinct:** 180

### 81-90 of 167 Items

Voter Task History &lt;Previous |1 ... 7 8 9 10 11 ... 17| Next&gt; | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 06/17/2010 08:22 AM | 06/17/2010 08:22 AM | HARRIS | Cancelled | Street Not Found |
| 06/17/2010 08:22 AM | 06/17/2010 08:22 AM | HARRIS | Resolved | Manual Precinct Change |
| 06/17/2010 08:22 AM | 06/17/2010 08:22 AM | HARRIS | Resolved | Voter Address Changed |
| 05/21/2010 02:07 PM | 06/17/2010 08:22 AM | HARRIS | Cancelled | Street Not Found |
| 06/17/2010 08:22 AM | 06/17/2010 08:22 AM | HARRIS | Resolved | Website Suppression Off |
| 06/17/2010 08:22 AM | 06/17/2010 08:22 AM | HARRIS | Resolved | Restrict Public Access Off |
| 05/21/2010 02:07 PM | 05/21/2010 02:07 PM | HARRIS | Resolved | Skip Live Checks |
| 05/21/2010 02:07 PM | 05/21/2010 02:07 PM | HARRIS | Resolved | Approve Clerical Correction |
| 05/21/2010 02:07 PM | 05/21/2010 02:07 PM | HARRIS | Resolved | Website Suppression Off |
| 05/21/2010 02:07 PM | 05/21/2010 02:07 PM | HARRIS | Resolved | Restrict Public Access Off |

### 91-100 of 167 Items

Voter Task History &lt;Previous |1 ... 7 8 9 10 11 ... 17| Next&gt; | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 03/10/2010 09:04 AM | 03/10/2010 09:04 AM | HARRIS | Resolved | Skip Live Checks |
| 03/10/2010 09:04 AM | 03/10/2010 09:04 AM | HARRIS | Resolved | Approve Clerical Correction |
| 03/10/2010 09:04 AM | 03/10/2010 09:04 AM | HARRIS | Cancelled | Street Not Found |
| 12/15/2009 05:04 PM | 03/10/2010 09:04 AM | HARRIS | Cancelled | Street Not Found |
| 03/10/2010 09:04 AM | 03/10/2010 09:04 AM | HARRIS | Resolved | Website Suppression Off |
| 03/10/2010 09:04 AM | 03/10/2010 09:04 AM | HARRIS | Resolved | Restrict Public Access Off |
| 01/11/2010 10:03 AM | 01/11/2010 10:03 AM | HARRIS | Resolved | Biennial VRC |
| 12/15/2009 05:04 PM | 12/15/2009 05:04 PM | HARRIS | Resolved | Skip Live Checks |
| 12/15/2009 05:04 PM | 12/15/2009 05:04 PM | HARRIS | Resolved | Approve Clerical Correction |
| 07/22/2009 08:45 AM | 12/15/2009 05:04 PM | HARRIS | Cancelled | Street Not Found |

Voter Name: HOLMES, MARVIN CAL
VUID: 1102615417
Status: Active
Precinct: 180

**101-110 of 167 Items**

Voter Task History  <Previous |1 ... 7 8 9 10 11 ... 17| Next> | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 12/15/2009 05:04 PM | 12/15/2009 05:04 PM | HARRIS | Resolved | Website Suppression Off |
| 12/15/2009 05:04 PM | 12/15/2009 05:04 PM | HARRIS | Resolved | Restrict Public Access Off |
| 07/22/2009 08:45 AM | 07/22/2009 08:45 AM | HARRIS | Resolved | Skip Live Checks |
| 07/22/2009 08:45 AM | 07/22/2009 08:45 AM | HARRIS | Resolved | Approve 12 |
| 07/22/2009 08:45 AM | 07/22/2009 08:45 AM | HARRIS | Resolved | Unchanged Registration |
| 06/11/2009 08:43 AM | 07/22/2009 08:45 AM | HARRIS | Cancelled | Street Not Found |
| 07/22/2009 08:45 AM | 07/22/2009 08:45 AM | HARRIS | Resolved | Website Suppression Off |
| 07/22/2009 08:45 AM | 07/22/2009 08:45 AM | HARRIS | Resolved | Restrict Public Access Off |
| 06/11/2009 08:43 AM | 06/11/2009 08:43 AM | HARRIS | Resolved | Skip Live Checks |
| 06/11/2009 08:43 AM | 06/11/2009 08:43 AM | HARRIS | Resolved | Approve 12 |

**111-120 of 167 Items**

Voter Task History  <Previous |1 ... 12 13 14 15 16 17| Next> | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 06/11/2009 08:43 AM | 06/11/2009 08:43 AM | HARRIS | Resolved | Precinct Changed |
| 02/13/2008 01:57 PM | 06/11/2009 08:43 AM | HARRIS | Cancelled | Certificate |
| 06/11/2009 08:43 AM | 06/11/2009 08:43 AM | HARRIS | Resolved | Voter Address Changed |
| 03/20/2009 08:05 AM | 06/11/2009 08:43 AM | HARRIS | Cancelled | Street Not Found |

**Voter Name:** HOLMES, MARVIN CAL
**VUID:** 1102615417
**Status:** Active
**Precinct:** 180

### 121-130 of 167 Items

Voter Task History  <Previous |1 ... 12 13 14 15 16 17| Next>  | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 03/20/2009 08:05 AM | 03/20/2009 08:05 AM | HARRIS | Resolved | Restrict Public Access Off |
| 10/22/2008 06:57 AM | 10/22/2008 06:57 AM | HARRIS | Resolved | Skip Live Checks |
| 10/22/2008 06:57 AM | 10/22/2008 06:57 AM | HARRIS | Resolved | Approve Clerical Correction |
| 08/19/2008 06:24 PM | 10/22/2008 06:57 AM | HARRIS | Cancelled | Street Not Found |
| 10/22/2008 06:57 AM | 10/22/2008 06:57 AM | HARRIS | Resolved | Website Suppression Off |
| 10/22/2008 06:57 AM | 10/22/2008 06:57 AM | HARRIS | Resolved | Restrict Public Access Off |
| 08/19/2008 06:24 PM | 08/19/2008 06:24 PM | HARRIS | Resolved | Skip Live Checks |
| 08/19/2008 06:24 PM | 08/19/2008 06:24 PM | HARRIS | Resolved | Approve Clerical Correction |
| 08/14/2008 05:32 PM | 08/19/2008 06:24 PM | HARRIS | Cancelled | Street Not Found |
| 08/19/2008 06:24 PM | 08/19/2008 06:24 PM | HARRIS | Resolved | Website Suppression Off |

### 131-140 of 167 Items

Voter Task History  <Previous |1 ... 12 13 14 15 16 17| Next>  | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 08/19/2008 06:24 PM | 08/19/2008 06:24 PM | HARRIS | Resolved | Restrict Public Access Off |
| 08/14/2008 05:32 PM | 08/14/2008 05:32 PM | HARRIS | Resolved | Skip Live Checks |
| 08/14/2008 05:32 PM | 08/14/2008 05:32 PM | HARRIS | Resolved | Approve Clerical Correction |
| 07/02/2008 05:40 PM | 08/14/2008 05:32 PM | HARRIS | Cancelled | Street Not Found |
| 08/14/2008 05:32 PM | 08/14/2008 05:32 PM | HARRIS | Resolved | Website Suppression Off |
| 08/14/2008 05:32 PM | 08/14/2008 05:32 PM | HARRIS | Resolved | Restrict Public Access Off |
| 07/02/2008 05:40 PM | 07/02/2008 05:40 PM | HARRIS | Resolved | Skip Live Checks |

Voter Name: HOLMES, MARVIN CAL
VUID: 1102615417
Status: Active
Precinct: 180

### 141-150 of 167 Items

Voter Task History  <Previous |1 … 12 13 14 15 16 17| Next> | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 07/02/2008 05:40 PM | 07/02/2008 05:40 PM | HARRIS | Resolved | Restrict Public Access Off |
| 06/09/2008 05:18 PM | 06/09/2008 05:18 PM | HARRIS | Resolved | Skip Live Checks |
| 06/09/2008 05:18 PM | 06/09/2008 05:18 PM | HARRIS | Resolved | Approve Clerical Correction |
| 06/05/2008 05:28 PM | 06/09/2008 05:18 PM | HARRIS | Cancelled | Street Not Found |
| 06/09/2008 05:18 PM | 06/09/2008 05:18 PM | HARRIS | Resolved | Website Suppression Off |
| 06/09/2008 05:18 PM | 06/09/2008 05:18 PM | HARRIS | Resolved | Restrict Public Access Off |
| 06/05/2008 05:28 PM | 06/05/2008 05:28 PM | HARRIS | Resolved | Skip Live Checks |
| 06/05/2008 05:28 PM | 06/05/2008 05:28 PM | HARRIS | Resolved | Approve Clerical Correction |
| 05/28/2008 06:02 PM | 06/05/2008 05:28 PM | HARRIS | Cancelled | Street Not Found |
| 06/05/2008 05:28 PM | 06/05/2008 05:28 PM | HARRIS | Resolved | Website Suppression Off |

### 151-160 of 167 Items

Voter Task History  <Previous |1 … 12 13 14 15 16 17| Next> | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 06/05/2008 05:28 PM | 06/05/2008 05:28 PM | HARRIS | Resolved | Restrict Public Access Off |
| 05/28/2008 06:02 PM | 05/28/2008 06:02 PM | HARRIS | | |

Voter Name: HOLMES, MARVIN CAL
VUID: 1102615417
Status: Active
Precinct: 180

161-167 of 167 Items

Voter Task History &lt;Previous |1 ... 12 13 14 15 16 17| Next&gt; | Page:

| Opened | Closed | County | Status | Task |
|---|---|---|---|---|
| 05/14/2008 06:09 PM | 05/14/2008 06:09 PM | HARRIS | Resolved | Restrict Public Access Off |
| 02/13/2008 01:57 PM | 02/13/2008 01:57 PM | HARRIS | Resolved | Skip Live Checks |
| 02/13/2008 01:57 PM | 02/13/2008 01:57 PM | HARRIS | Resolved | Approve Clerical Correction |
| 02/13/2008 01:57 PM | 02/13/2008 01:57 PM | HARRIS | Resolved | Website Suppression Off |
| 02/13/2008 01:57 PM | 02/13/2008 01:57 PM | HARRIS | Resolved | Restrict Public Access Off |
| 12/13/2007 01:31 AM | 12/13/2007 01:31 AM | HARRIS | Resolved | Biennial VRC |
| 12/10/2007 04:48 PM | 12/10/2007 04:48 PM | HARRIS | Resolved | Biennial VRC |