

| File ▼ | Voter ▼ | Task ▼ | Utilities ▼ | Help ▼ | | Voter Registration |

# Voter View

State: TX  Plan: STATEPLAN255

PL532
9/2/2014
2:13-cv-00193

Voter County Record: 11/14/2013 - CAMERON  Go
VUID: 1205728238
[Data Entry]
[Previous Screen]

Valid From: 11/14/2013   Status: Active   Home Precinct:

**Name**
SANCHEZ, HECTOR MANUEL

**Residential Address**
1621 RIO HONDO RD
HARLINGEN, TX 78550
CAMERON

**Mailing Address**
See Residential.

**Misc.**
ID:
SSN:
DOB: 11/05/1946
Reg Date: 10/15/2013
Gender: Male
EDR: 11/14/2013
Suppressed: No
Stat Chg: 03/14/2014

[Edit Street Index]  [Recheck Address]

**Elections | Activity | Districts | Notes**

[Edit Assignments]

1-5 of 11 Items — Districts — <Previous | 1 2 3 | Next> Page: 1  Go

| Type | Name |
|---|---|
| City | CITY OF HARLINGEN |
| County Commissioner | COMMISSIONER 3 |
| Countywide | SOUTH TEXAS ISD |
| Justice of the Peace | JUSTICE OF THE PEACE 5 |
| Port Authority | PORT OF HARLINGEN |

6-10 of 11 Items — Districts — <Previous | 1 2 3 | Next> Page: __ Go  Page: 2  Go

| Type | Name |
|---|---|
| School | HARLINGEN ISD |
| Single Member City | CITY OF HARLINGEN DISTRICT 1 |
| State Board of Education | STATE BOARD OF EDUCATION DISTRICT 2 |
| State Representative | STATE REPRESENTATIVE DISTRICT 35 |
| State Senate | STATE SENATE DISTRICT 27 |

11-11 of 11 Items — Districts — <Previous | 1 2 3 | Next> Page: __ Go  Page: 3  Go

| Type | Name |
|---|---|
| US Congress | U.S. CONGRESSIONAL DISTRICT 34 |

Def. EXHIBIT HS
H. SANCHEZ



**Voting History**     State: TX   Plan: STATEPLAN255

Voter Name: SANCHEZ, HECTOR MANUEL
VUID: 1205728238
Status: Active
Home Precinct:
Reporting Precinct:

| | Activity Date | Election | Election Type | Precinct | Polling Place | Activity Type | Party |
|---|---|---|---|---|---|---|---|
| View Delete | 05/19/2014 | 2014 MAY 27TH DEMOCRATIC PRIMARY RUNOFF | Primary Run Off Election | 56 | EARLY | EV | Democrat |
| View Delete | 03/04/2014 | 2014 MARCH 4TH DEMOCRATIC PRIMARY 031 | Open Primary | 56 | ELECTION DAY | ED | Democrat |

# Voter Task History

**Voter Name:** SANCHEZ, HECTOR MANUEL
**VUID:** 1205728238
**Status:** Active
**Precinct:** 56

| Opened | Closed | County | Status | Task | Opened By | Closed By |
|---|---|---|---|---|---|---|
| 03/18/2014 08:55 AM | 03/18/2014 08:55 AM | CAMERON | Resolved | Approve Clerical Correction | Import | Import |
| 01/14/2014 03:21 PM | 03/18/2014 08:55 AM | CAMERON | Cancelled | Street Not Found | Import | Import |
| 03/18/2014 08:55 AM | 03/18/2014 08:55 AM | CAMERON | Resolved | Add Spanish Mailing | Import | Import |
| 03/18/2014 08:55 AM | 03/18/2014 08:55 AM | CAMERON | Resolved | Website Suppression Off | Import | Import |
| 03/18/2014 08:55 AM | 03/18/2014 08:55 AM | CAMERON | Resolved | Restrict Public Access Off | Import | Import |
| 01/14/2014 03:21 PM | 01/14/2014 03:21 PM | CAMERON | Resolved | Skip Id Confirmed | Import | Import |
| 01/14/2014 03:21 PM | 01/14/2014 03:21 PM | CAMERON | Resolved | Approve | Import | Import |
| 01/14/2014 03:21 PM | 01/14/2014 03:21 PM | CAMERON | Resolved | Add Spanish Mailing | Import | Import |
| 01/14/2014 03:21 PM | 01/14/2014 03:21 PM | CAMERON | Resolved | Precinct Not Changed | Import | Import |
| 01/14/2014 03:21 PM | 01/14/2014 03:21 PM | CAMERON | Resolved | Manual Precinct Change | Import | Import |
| 01/14/2014 03:21 PM | 01/14/2014 03:21 PM | CAMERON | Resolved | Move Into County | Import | Import |
| 01/14/2014 03:21 PM | 01/14/2014 03:21 PM | CAMERON | Resolved | Add Spanish Mailing | Import | Import |
| 01/14/2014 03:21 PM | 01/14/2014 03:21 PM | CAMERON | Resolved | Website Suppression Off | Import | Import |
| 01/14/2014 03:21 PM | 01/14/2014 03:21 PM | CAMERON | Resolved | Restrict Public Access Off | Import | Import |



File ▾ Voter ▾ Task ▾ Utilities ▾ Help ▾ **Voter Registration**

# Voter View

**State:** TX **Plan:** STATEPLAN255

**PL533**
**9/2/2014**
**2:13-cv-00193**

**Voter County Record:** 05/01/1982 - CAMERON ▾ Go **VUID:** 1072135634

Data Entry
Previous Screen

**Valid From:** 01/01/2014 **Status:** Active **Home Precinct:**

**Name**
SANCHEZ, HECTOR MANUEL

**Residential Address**
1621 RIO HONDO RD
HARLINGEN, TX 78550
CAMERON

**Mailing Address**
See Residential.

**Misc.**
**ID:**
**SSN:**
**DOB:** 12/06/1946
**Reg Date:** 04/01/1982
**Gender:** Male
**EDR:** 05/01/1982
**Suppressed:** No
**Stat Chg:** 01/01/2012

Edit Street Index | Recheck Address

**Elections** | **Activity** | **Districts** | **Notes**

Edit Assignments

**1-5 of 11 Items** **Districts** <Previous |1 2 3| Next> Page: 1 Go

| Type | Name |
|---|---|
| City | CITY OF HARLINGEN |
| County Commissioner | COMMISSIONER 3 |
| Countywide | SOUTH TEXAS ISD |
| Justice of the Peace | JUSTICE OF THE PEACE 5 |
| Port Authority | PORT OF HARLINGEN |

**6-10 of 11 Items** **Districts** <Previous |1 2 3| Next> | Page: Go Page: 2 Go

| Type | Name |
|---|---|
| School | HARLINGEN ISD |
| Single Member City | CITY OF HARLINGEN DISTRICT 1 |
| State Board of Education | STATE BOARD OF EDUCATION DISTRICT 2 |
| State Representative | STATE REPRESENTATIVE DISTRICT 35 |
| State Senate | STATE SENATE DISTRICT 27 |

**11-11 of 11 Items** **Districts** <Previous |1 2 3| Next> | Page: Go Page: 3 Go

| Type | Name |
|---|---|
| US Congress | U.S. CONGRESSIONAL DISTRICT 34 |

PENGAD 800-631-6989 EXHIBIT Def. H.S. 2 H. SANCHEZ

# Voting History

State: TX   Plan: STATEPLAN255

Voter Name: SANCHEZ, HECTOR MANUEL
VUID: 1072135634
Status: Active
Home Precinct:
Reporting Precinct:

Election Type: | Election: | Activity Type: | From Date: | To Date: | Search: Search Reset

1-6 of 6 items — Voting History — <Previous [1]

| | Activity Date | Election | Election Type | Precinct | Polling Place | Activity Type | Party |
|---|---|---|---|---|---|---|---|
| View Delete | 10/22/2012 | 2012 NOVEMBER 6TH GENERAL ELECTION 031 | General Election | 56 | EARLY | EV | |
| View Delete | 07/23/2012 | 2012 JULY 31ST DEMOCRATIC PRIMARY RUNOFF 031 | Primary Run Off Election | 56 | EARLY | EV | Democrat |
| View Delete | 07/23/2012 | 2012 JULY 31ST DEMOCRATIC PRIMARY RUNOFF 031 | Primary Run Off Election | 56 | EARLY | EV | Democrat |
| View Delete | 05/25/2012 | 2012 MAY 29TH DEMOCRATIC PRIMARY 031 | Open Primary | 56 | EARLY | EV | Democrat |
| View Delete | 03/04/2008 | 2008 DEMOCRATIC PRIMARY ELECTION 031 | Open Primary | | ELECTION DAY | ED | Democrat |
| View Delete | 03/07/2006 | MARCH 7, 2006 GENERAL PRIMARY ELECTION | Open Primary | | | ED | Democrat |

# Voter Task History

**Voter Name:** SANCHEZ, HECTOR MANUEL
**VUID:** 1072135634
**Status:** Active
**Precinct:** 56

| 1-10 of 33 Items | | | | | | |
|---|---|---|---|---|---|---|
| Opened | Closed | County | Status | Task | Opened By | Closed By |
| 12/30/2013 03:26 PM | 12/30/2013 03:26 PM | CAMERON | Resolved | Biennial VRC | bhester01 | bhester01 |
| 03/19/2013 09:39 PM | 03/19/2013 09:39 PM | CAMERON | Resolved | Approve Clerical Correction | Import | Import |
| 10/16/2009 04:21 PM | 03/19/2013 09:39 PM | CAMERON | Cancelled | Certificate | Import | Import |
| 03/19/2013 09:39 PM | 03/19/2013 09:39 PM | CAMERON | Resolved | Manual Precinct Change | Import | Import |
| 03/19/2013 09:39 PM | 03/19/2013 09:39 PM | CAMERON | Resolved | Voter Address Changed | Import | Import |
| 03/19/2013 09:39 PM | 03/19/2013 09:39 PM | CAMERON | Resolved | Add Spanish Mailing | Import | Import |
| 03/19/2013 09:39 PM | 03/19/2013 09:39 PM | CAMERON | Resolved | Website Suppression Off | Import | Import |
| 03/19/2013 09:39 PM | 03/19/2013 09:39 PM | CAMERON | Resolved | Restrict Public Access Off | Import | Import |
| 03/27/2012 08:11 PM | 03/27/2012 08:11 PM | CAMERON | Resolved | Approve Clerical Correction | Import | Import |
| 03/27/2012 08:11 PM | 03/27/2012 08:11 PM | CAMERON | Resolved | Manual Precinct Change | Import | Import |

| 11-20 of 33 Items | | | | | | |
|---|---|---|---|---|---|---|
| Opened | Closed | County | Status | Task | Opened By | Closed By |
| 03/27/2012 08:11 PM | 03/27/2012 08:11 PM | CAMERON | Resolved | Website Suppression Off | Import | Import |
| 03/27/2012 08:11 PM | 03/27/2012 08:11 PM | CAMERON | Resolved | Restrict Public Access Off | Import | Import |
| 06/01/2010 04:19 PM | 06/01/2010 04:19 PM | CAMERON | Resolved | Skip Live Checks | Import | Import |
| 06/01/2010 04:19 PM | 06/01/2010 04:19 PM | CAMERON | Resolved | Approve Clerical Correction | Import | Import |
| 06/01/2010 04:19 PM | 06/01/2010 04:19 PM | CAMERON | Cancelled | Street Not Found | Import | Import |
| 12/07/2009 10:12 AM | 06/01/2010 04:19 PM | CAMERON | Cancelled | Street Not Found | Import | Import |
| 06/01/2010 04:19 PM | 06/01/2010 04:19 PM | CAMERON | Resolved | Website Suppression Off | Import | Import |
| 06/01/2010 04:19 PM | 06/01/2010 04:19 PM | CAMERON | Resolved | Restrict Public Access Off | Import | Import |
| 12/07/2009 10:12 AM | 12/07/2009 10:12 AM | CAMERON | Resolved | Skip Live Checks | Import | Import |
| 12/07/2009 10:12 AM | 12/07/2009 10:12 AM | CAMERON | Resolved | Approve Clerical Correction | Import | Import |

| 21-30 of 33 Items | | | | | | |
|---|---|---|---|---|---|---|
| Opened | Closed | County | Status | Task | Opened By | Closed By |
| 10/16/2009 04:21 PM | 12/07/2009 10:12 AM | CAMERON | Cancelled | Street Not Found | Import | Import |
| 12/07/2009 10:12 AM | 12/07/2009 10:12 AM | CAMERON | Resolved | Website Suppression Off | Import | Import |
| 12/07/2009 10:12 AM | 12/07/2009 10:12 AM | CAMERON | Resolved | Restrict Public Access Off | Import | Import |
| 12/03/2009 11:50 AM | 12/03/2009 11:50 AM | CAMERON | Resolved | Biennial VRC | rortiz | rortiz |
| 10/16/2009 04:21 PM | 10/16/2009 04:21 PM | CAMERON | Resolved | Skip Live Checks | Import | Import |
| 10/16/2009 04:21 PM | 10/16/2009 04:21 PM | CAMERON | Resolved | Approve Clerical Correction | Import | Import |
| 02/24/2007 06:58 PM | 10/16/2009 04:21 PM | CAMERON | Cancelled | Street Not Found | Import | Import |
| 10/16/2009 04:21 PM | 10/16/2009 04:21 PM | CAMERON | Resolved | Website Suppression Off | Import | Import |
| 10/16/2009 04:21 PM | 10/16/2009 04:21 PM | CAMERON | Resolved | Restrict Public Access Off | Import | Import |
| 12/10/2007 10:40 AM | 12/10/2007 10:40 AM | CAMERON | Resolved | Biennial VRC | rortiz | rortiz |

| 31-33 of 33 Items | | | | | | |
|---|---|---|---|---|---|---|
| Opened | Closed | County | Status | Task | Opened By | Closed By |
| 02/24/2007 06:58 PM | 02/24/2007 06:58 PM | CAMERON | Resolved | Approve Clerical Correction | Import | Import |
| 02/24/2007 06:58 PM | 02/24/2007 06:58 PM | CAMERON | Resolved | Website Suppression Off | Import | Import |
| 02/24/2007 06:58 PM | 02/24/2007 06:58 PM | CAMERON | Resolved | Restrict Public Access Off | Import | Import |



COUNTY OF CAMERON
STATE OF TEXAS

TEXAS DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS
STANDARD CERTIFICATE OF BIRTH

NOTE THE INFORMATION CALLED FOR ON THE REVERSE SIDE

1. PLACE OF BIRTH
STATE OF TEXAS
COUNTY OF Cameron
CITY OR PRECINCT NO. 6
GIVE STREET AND NUMBER OR NAME OF INSTITUTION

2. FULL NAME OF CHILD Hector Manuel Sanchez

3. SEX Male
4. TWIN, TRIPLET etc.
5. NUMBER IN ORDER OF BIRTH
6. LEGITIMATE? Yes
7. DATE OF BIRTH Nov. 5th 1946

FATHER / MOTHER

8. FULL NAME: Luis Sanchez / Maria Del Refugio Guerrero
9. POSTOFFICE ADDRESS: Harlingen Texas / Harlingen Texas
10. COLOR OR RACE: White / White
11. AGE AT LAST BIRTHDAY: 39 / 34
12. BIRTHPLACE: Mexico / Mexico
13. TRADE, PROFESSION: Engineer / Housewife
14. INDUSTRY: Rail Road / Home
15. NUMBER OF CHILDREN BORN TO THIS MOTHER: 6 / 6
16. AND NOW LIVING / ADDRESS OF INFORMANT: Harlingen

SIGNATURE OF INFORMANT: Elva Muniz

22. CERTIFICATION — I HEREBY CERTIFY THAT THE BIRTH OF THIS CHILD BORN ALIVE AT 5 A.M. ON THE ABOVE DATE AND THE PROPHYLACTIC USED TO PREVENT OPHTHALMIA NEONATORUM WAS Stillborn yes

POSTOFFICE ADDRESS: Harlingen, TEXAS

23. FILE NUMBER 644  FILED 12/9 1946  SIGNATURE OF LOCAL REGISTRAR: Petra G. Muniz

Def. EXHIBIT 3 H. Sanchez

This is a true and correct reproduction of the original record as recorded in this office, issued under authority of Section 191.051, Health and Safety Code.

DATE ISSUED: DEC 19 2002

JOE G. RIVERA, COUNTY CLERK
CAMERON COUNTY, TEXAS



**STATE OF TEXAS ELECTION CERTIFICATE**

EC# 37809993

Date of Birth
11/05/1946

Expiration Date
11/05/2019

SANCHEZ
HECTOR MANUEL

FOR ELECTION PURPOSES ONLY
CANNOT BE USED AS IDENTIFICATION



SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

HECTOR MANUEL SANCHEZ

SIGNATURE    10/21/2013



**CARE IMPROVEMENT PLUS**
*Specialized Care for Medicare Beneficiaries*

**MEMBERSHIP ID CARD Care Improvement Plus**

Issuer    80840

Member ID: 100424968
Member: Hector M Sanchez
Payer ID: 77082
Copays:
PCP /SPEC/ ER
$10 /$45/ $65
R6801 PBP# 009

MedicareR<sub>x</sub>
*Prescription Drug Coverage*

RxBIN    610097
RxPCN    9999
RxGRP    CIP

Medicare limiting charges apply to non-contracting providers.



Texas State Technical College
Harlingen
1902 North Loop 499
Harlingen, TX 78550
(956) 364-4000

| | Full-time | | Part-time | |
|---|---|---|---|---|
| FA | SP | SUI | SUII | |
| FA | SP | SUI | SUII | |



Def. 4 H.S.
DEPOSITION
EXHIBIT
H. Sanchez



GOVERNMENT EXHIBIT PW-1

PL536
9/2/2014
2:13-cv-00193

# Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

[Spanish, Vietnamese, and Chinese translations follow]

- **Last Name:** Washington
- **First Name:** Phyllis
- **Middle Name:** Marie
- **Former Name:** H
- **Residence Address:** 3938 Charleston St.
- **Gender:** Female ☒
- **Date of Birth:** 02/23/1947
- **Are you a United States Citizen?** ☒ Yes ☐ No
- ☒ I have not been issued a TX driver's license/personal Identification number or Social Security Number.
- **Signature:** X Phyllis M Washington

## TO BE COMPLETED BY THE ELECTION JUDGE

- **Date of Election:** 
- **Precinct No. where voted:** 0228
- **Precinct No. where registered:** 0228
- **Type of Election:** Joint
- **Authority Conducting Election:** Harris County
- **BALLOT CODE:** 100866129 ✓

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**
☐ YES  ☒ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.
6. ___ Voter on list, but registered residence address outside the _____ political subdivision.
7. ___ Other _____ (Please explain)

Sworn and subscribed to before me this date: 11/5/13
Signature of Election Judge: [signature] Briggs

## TO BE COMPLETED BY THE BALLOT BY MAIL DEPARTMENT
☐ Ballot returned by Voter  ☐ Ballot returned by USPS
☐ Ballot not returned  ☐ Voter did not apply for a Mail Ballot
Signature of Ballot by Mail Supervisor: _____

## County Clerk Use ONLY
- **Home PCT:** 0228
- **PCT:** 0228-19
- **CERT/VUID:** 41474669
- **PCT:** 0228

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:
I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**
1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**
6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ___ Voter erroneously removed from the list.
11. ___ Voter is not registered to vote in _____ political subdivision.
12. ___ Other: _____ (Please explain)

Signature of Voter Registrar: Sheena Gatto  Date: 11/12/13

Action taken by the Early Voting Ballot Board in accordance with Texas Election Code.
☐ Accepted  ☒ Rejected
Signature of Ballot Board Judge: Calvin Wilson

**MIKE SULLIVAN**
Harris County Voter Registrar
713 368-2000
P.O. Box 3527
Houston, TX 77253-3527

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)


N14246717

FIRST CLASS
MAIL
PRESORTED
U.S. Postage
PAID
Permit #12026


GOVERNMENT EXHIBIT
PW-2
H6 7/23/14

**RETURN SERVICE REQUESTED**

PL537
9/2/2014
2:13-cv-00193

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
**HARRIS COUNTY** (Condado)

| VUID (VUID) | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 1107436712 | F | 01/01/2012 |
| Year of Birth (Año de Nacimiento) | Prec. No. (Núm. Pcto.) | thru (hasta) |
| 1947 | 0228 | 12/31/2013 |

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

**PHYLLIS MARIE WASHINGTON**
**3938 CHARLESTON ST**
**HOUSTON TX  77021**

X

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE.
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede.)

Cert No. (Num. de Cert.)   41474669

| U.S. REP. (Rep. Federal) | STATE SEN. (Sen. Estatal) | STATE REP. (Rep. Estatal) | COMM. PREC. (Com. Pcto.) | JUSTICE PREC. (Just. Pcto.) | SCHOOL (Escuela) | CITY (Ciudad) |
|---|---|---|---|---|---|---|
| 18 | 13 | 147 | 1 | 07 | 001 | 061 |

Name and Mailing Address (Nombre y dirección de correo)



**PHYLLIS MARIE WASHINGTON**
**3938 CHARLESTON ST**
**HOUSTON  TX  77021-1410**

13402

---

**MIKE SULLIVAN**
Harris County Voter Registrar
713 368-2000
P.O. Box 3527
Houston, TX 77253-3527

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)


N14764823

FIRST CLASS
MAIL
PRESORTED
U.S. Postage
PAID
Permit #12026

**RETURN SERVICE REQUESTED**



**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
**HARRIS COUNTY** (Condado de Harris)

| VUID (VUID) | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 1107436712 | F | 01/01/2014 |
| Year of Birth (Año de Nacimiento) | Prec. No. (Núm. Pcto.) | thru (hasta) |
| 1947 | 0228 | 12/31/2015 |

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

**PHYLLIS MARIE WASHINGTON**
**3938 CHARLESTON ST**
**HOUSTON TX  77021**

X *Phyllis M Washington*

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE.
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede.)

Cert No. (Num. de Cert.)   41474669

| U.S. REP. (Rep. Federal) | STATE SEN. (Sen. Estatal) | STATE REP. (Rep. Estatal) | COMM. PREC. (Com. Pcto.) | JUSTICE PREC. (Just. Pcto.) | SCHOOL (Escuela) | CITY (Ciudad) |
|---|---|---|---|---|---|---|
| 18 | 13 | 147 | 1 | 07 | 001 | 061 |

Name and Mailing Address (Nombre y dirección de correo)

**PHYLLIS MARIE WASHINGTON**
**3938 CHARLESTON ST**
**HOUSTON  TX  77021-1410**

5 35619  T29  P3

GOVERNMENT EXHIBIT
PW-3
HG 7/23/14
**PL538**
**9/2/2014**
**2:13-cv-00193**



GOVERNMENT EXHIBIT
PW-4
HG 7233 14

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
PAYMENT RECEIPT

DL/ID/UNL NUMBER: **25192834**
WASHINGTON
PHYLLIS MARIE

APPLICATION DATE 12-03-2013

DATE OF BIRTH (DOB): 07-23-1947
VOTER REGISTRATION: N     ORGAN DONOR: N

TRANSACTION TYPE: RENEW ID
FEE: $ 5.00     BEST: $ 0.00     DEAR: $ 0.00     SERVICE: $ 1.00
PAYMENT MODE: CASH

TOTAL FEE: **$ 6.00**

CONTACT YOUR LOCAL DRIVER LICENSE OFFICE IF ASSISTANCE IS NEEDED

USER ID: PW15333     LOCATION: 207     TIME STAMP: 11:52:23     DATE STAMP: 12-03-2013     TRACE NUMBER: 405DLA020696158

***ADDITIONAL COMMENTS***

- For driver license related questions, please call 512-424-2600 or refer to the DPS website at www.dps.texas.gov or at www.texas.gov.
- For roadside assistance related to the following issues, please call 1-800-525-5555.
  - Stranded with car problems
  - Hazardous road conditions
  - Debris in the roadway

EQUAL OPPORTUNITY EMPLOYER
COURTESY · SERVICE · PROTECTION



GOVERNMENT EXHIBIT
PW-5
HG 783 TX

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
TEMPORARY IDENTIFICATION CARD VALID UNTIL 01-17-2014

DL/ID/UNL NUMBER: 25192834   CARD TYPE: ID

NAME: WASHINGTON, PHYLLIS MARIE

ADDRESS:
3938 CHARLESTON ST
HOUSTON, TX 77021 - 0000

EXPIRATION DATE: INDEFINITE
ISSUANCE DATE: 12-03-2013

DATE OF BIRTH: 07-23-1947
SEX: F   HEIGHT: 5' 04"
EYE COLOR: BRO

SIGNATURE: Phyllis M Washington
EMPLOYEE: PW1533

LOCATION: 207
TIME STAMP: 11:52:39
DATE STAMP: 12-03-2013

ORGAN DONOR: N
VOTER REGISTRATION: N

RECEIPT NUMBER: 405DLA020696158

MAILING ADDRESS:
3938 CHARLESTON ST
HOUSTON, TX 77021 - 0000

For driver license related questions, please call 512-424-2600 or refer to the DPS website at www.dps.texas.gov or at www.texas.gov.
Your DL/ID Card will be processed and mailed within 30-60 days.
You must continue to carry this Temporary Permit until your new card is received.
For roadside assistance related to the following issues, please call 1-800-525-5555.
- Stranded with car problems
- Hazardous road conditions
- Debris in the roadway

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

A voter *must show* one of the following forms of photo identification at the polling location before the voter may be accepted for voting: Driver's license, election identification certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card that contains the person's photograph; United States citizenship certificate that contains the person's photograph; or a United States passport.

The above identification must be current and not expired, or if expired, then it must have expired no more than 60 days before it is presented for voter qualification at the polling place. Please contact the Secretary of State or your local voter registrar for information concerning limited exceptions to the photo identification requirement for certain voters with disabilities or voters with religious objections to being photographed, and voters affected by certain natural disasters.

Please visit the Secretary of State's voter information website at www.votetexas.gov or call toll free at 1-800-252-8683. If any information on this certificate changes or is incorrect, correct the information in the space provided below, sign and return this certificate to the voter registrar.

Cada votante *deberá demostrar* una de las siguientes formas de identificación en el sitio electoral antes de ser aceptado para votar: Licencia de conducir, cédula de identificación electoral, tarjeta de identificación personal o licencia para portar un arma de fuego oculta expedida por el Departamento de Seguridad Pública de Texas; Cédula de identidad militar de los Estados Unidos con fotografía de la persona; Certificado de ciudadanía estadounidense con fotografía de la persona; o Pasaporte de los Estados Unidos.

La identificación nombrada arriba deberá estar vigente y no vencida, o si está vencida, debe estar vencida por no más de 60 días en el momento de presentarla para calificar como votante en el sitio electoral. Por favor comuníquese con la Secretaría del Estado o su registrador de votantes para información sobre excepciones limitadas al requisito de identificación con foto para ciertos votantes con una minusvalidez, con objeciones religiosas a tomarse fotos y votantes afectados por ciertos desastres naturales.

Por favor visite la página Web informativa para votantes de la Secretaría del Estado al www.votetexas.gov o llame al número gratuito 1-800-252-8683. Si algo de la información en la cédula cambia o no es correcta, favor de corregir la información en el espacio abajo, firme y devuelva esta cédula al registrador de votantes.

Cần giúp đỡ bằng tiếng Việt hãy gọi số 713-368-2000

如果需要中文服務，請致電 713-368-2000

13402

MIKE SULLIVAN
Harris County Voter Registrar
713 368-2000
P.O. Box 3527
Houston, TX 77253-3527

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

N14764823

I affirm the changes made to the left are correct.
Afirmo que los cambios hechos al lado izquierdo están correctos.

X _____
Signature of Voter (Firma del votante)

FIRST CLASS
MAIL
PRESORTED
U.S. Postage
PAID
Permit #1207

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
HARRIS COUNTY (Condado de Harris)

| VUID (VUID) | Gender (Sexo) | Pret. No. (Núm. Pcto.) | Valid from (Válido desde) |
|---|---|---|---|
| 1107436712 | F | 0228 | 01/01/2014 |
| Year of Birth (Año de Nacimiento) | | | thru (hasta) |
| 1947 | | | 12/31/2015 |

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

PHYLLIS MARIE WASHINGTON
3938 CHARLESTON ST
HOUSTON TX 77021-

X _Phyllis M Washington_

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE
(El votante deberá firmar esta tarjeta personalmente al recibirla, si puede.)

RETURN SERVICE REQUESTED

Cert No. (Núm. de Cert.) 41474669

| U.S. REP. (Rep. Federal) | STATE SEN (Sen. Estatal) | STATE REP. (Rep. Estatal) | COMM. PREC. (Com. Pcto.) | JUSTICE PREC. (Just. Pcto) | SCHOOL (Escuela) | CITY (Ciudad) |
|---|---|---|---|---|---|---|
| 18 | 13 | 147 | 1 | 07 | 001 | 06 |

Name and Mailing Address (Nombre y dirección de correo)

PHYLLIS MARIE WASHINGTON
3938 CHARLESTON ST
HOUSTON TX 77021-1410

Party Affiliation (Afiliación del Partido)



PW
EXHIBIT NO. 6
#6 7/23/14

FIRST CLASS MAIL
PRESORTE
U.S. Postage
PAID
Permit #120

MIKE SULLIVAN
Harris County Voter Registrar
713 368-2000
P.O. Box 3527
Houston, TX 77253-3527

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

RETURN SERVICE REQUESTED

N14246717



**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
HARRIS COUNTY (Condado)

| VUID (VUID) | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 1107436712 | F | 01/01/2012 |
| Year of Birth (Año de Nacimiento) | Prec. No. (Núm. Pcto.) | thru (hasta) |
| 1947 | 0228 | 12/31/2013 |

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

PHYLLIS MARIE WASHINGTON
3938 CHARLESTON ST
HOUSTON TX 77021

X _____
VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE.
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede.)

Voted in the _____ Party Primary
(Votó en la elección primaria del partido político nombrado arriba)



Cert. No. (Núm. de Cert.) 41474669

| U.S. REP. (Rep. Federal) | STATE SEN (Sen. Estatal) | STATE REP (Rep. Estatal) | COMM. PREC. (Com. Pcto.) | JUSTICE PREC. (Just. Pcto.) | SCHOOL (Escuela) |
|---|---|---|---|---|---|
| 18 | 13 | 147 | 1 | 07 | 001 |

Name and Mailing Address (Nombre y dirección de correo)

PHYLLIS MARIE WASHINGTON
3938 CHARLESTON ST
HOUSTON TX 77021-1410

Upon federal approval of a photo identification law passed by the Texas Legislature in 2011, a voter must show one of the following forms of photo identification at the polling location before the voter may be accepted for voting: Driver's license election identification certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card that contains the person's photograph; United States citizenship certificate that contains the person's photograph; or a United States passport.

The above identification must be current and not expired, or if expired, then it must have expired no more than 60 days before it is presented for voter qualification at the polling place. Please contact the Secretary of State or your local voter registrar for information concerning when the above photo identification rules are effective, and for information concerning limited exceptions to the photo identification requirement for certain voters with disabilities, or voters with religious objections to being photographed, and voters affected by certain natural disasters.

Please visit the Secretary of State website at www.sos.state.tx.us or call toll free at 1-800-252-8683. If any information on this certificate changes or is incorrect, correct the information in the space provided below, sign and return this certificate to the voter registrar.

Al recibir aprobación federal de una ley sobre identificación con foto que se pasó durante la Legislatura de Texas en el año 2011, cada votante deberá demostrar una de las siguientes formas de identificación en el sitio electoral antes de ser aceptado para votar: Licencia de conducir, cédula de identificación electoral, tarjeta de identificación personal o licencia para portar un arma de fuego oculta expedida por el Departamento de Seguridad Pública de Texas; Cédula de identidad militar de los Estados Unidos con fotografía de la persona; Certificado de ciudadanía estadounidense con fotografía de la persona; o Pasaporte de los Estados Unidos.

La identificación nombrada arriba deberá estar vigente y no vencida, o si está vencida, debe estar vencida por no más de 60 días antes del momento de presentarla para calificar como votante en el sitio electoral. Por favor comuníquese con la Secretaría del Estado o su registrador de votantes local para información sobre cuándo entrarán en vigor las dichas reglas sobre identificación con foto para información sobre excepciones limitadas al requisito de identificación con foto para ciertos votantes con una minusvalidez, con objeciones religiosas a tomarse fotos y votantes afectados por ciertos desastres naturales.

Por favor visite la página Web de la Secretaría del Estado al www.sos.state.tx.us o llame al número gratuito 1-800-252-8683. Si algo de la información en la cédula cambia o no es correcta, favor de corregir la información en el espacio abajo, firme y devuelva esta cédula al registrador de votantes.

Cần giúp đỡ bằng tiếng Việt hãy gọi số 713-368-2000
如果需要中文協助，請致電 713-368-2000

I affirm the changes made to the left are correct.
Afirmo que los cambios hechos al lado izquierdo están correctos.

X _____
Signature of Voter (Firma del votante)