NDLS

---

Selected Applicant: WASHINGTON, PHYLLIS   DL/ID/UNL: 07970493   DOB: 07/23/1947

---

**WASHINGTON, PHYLLIS MARIE**

┌─ **Transaction Eligibility** ─────────
│ **ID**                    **DL**
│ **Other**
└──────────────────────────────



**DL/ID/UNL Number:** 07970493
**License Type:** DL
**Date of Birth:** 07/23/1947
**Sex:** FEMALE
**Eye Color:** BROWN
**Record Status:** ELIGIBLE

| PERSONAL | ADDRESSES | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM |
| DOCUMENTS | OTHER | | | | | |

─ **Basic Information** ───────────

| | | |
|---|---|---|
| First Name: | PHYLLIS |
| Middle Name: | MARIE |
| Last Name: | WASHINGTON |
| Suffix: | |
| SSN: | 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 |
| SSN Affidavit: | NO |
| DOB: | 07/23/1947 |
| Age: | 66 |
| UNL Number: | |

─ **Physical Description** ───────

| | |
|---|---|
| Sex: | FEMALE |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Race: | BLACK |
| Height: | 5' 04" |
| Weight: | 197 |

─ **Place of Birth Information** ───────

| | |
|---|---|
| Country of Birth: | |
| State of Birth: | |
| City of Birth: | |
| County of Birth: | |

─ **Primary Emergency Contact** ─

| | |
|---|---|
| First Name: | |
| Last Name: | |
| Phone 1: | |
| Phone 2: | |
| Street 1: | |
| City: | |
| State: | |
| Zip Code: | |
| Country: | |

─ **Secondary Emergency Contact**

| | |
|---|---|
| First Name: | |
| Last Name: | |
| Phone 1: | |
| Phone 2: | |
| Street 1: | |
| City: | |
| State: | |
| Zip Code: | |
| Country: | |

─ **Other Information** ─────────

| | |
|---|---|
| Record Creation Date: | 09/22/1971 |
| Communication Impediment: | NO |
| Organ Donor: | |
| Disabled Veteran: | NO |
| Veteran: | NO |
| US Citizen: | YES |
| Military: | NO |
| Home Bound: | NO |

PW
EXHIBIT NO. 1
HG 7/23/14

**Selected Applicant:** WASHINGTON, PHYLLIS   DL/ID/UNL: 07970493   DOB: 07/23/1947

**WASHINGTON, PHYLLIS MARIE**

┌─ **Transaction Eligibility** ─────────
│ ID                              DL
│ Other

**DL/ID/UNL Number:** 07970493
**License Type:** DL
**Date of Birth:** 07/23/1947
**Sex:** FEMALE
**Eye Color:** BROWN
**Record Status:** ELIGIBLE

| PERSONAL DOCUMENTS | ADDRESSES | OTHER | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM |

- **Physical Address** ─────────────────────────────

| | |
|---|---|
| Street 1: | 3938 CHARLESTON |
| Street 2: | |
| City: | HOUSTON |
| State: | TEXAS |
| Zip Code: | 77021 |
| Zip Code Extension: | 0000 |
| County: | HARRIS |
| Country: | UNITED STATES |

- **Mailing Address** ─────────────────────────────

| | |
|---|---|
| Street 1: | 3938 CHARLESTON |
| Street 2: | |
| City: | HOUSTON |
| State: | TEXAS |
| Zip Code: | 77021 |
| Zip Code Extension: | 0000 |
| Country: | UNITED STATES |

- **Special Mailing Address** ─────────────────────────────

In Care Of:
Street 1:
Street 2:
City:
State:
Zip Code:
Zip Code Extension:
Country:

- **Applicant Contact Information** ─────────────────────────────

NDLS

Home Phone:
Other Phone:
Email:

NDLS

Selected Applicant: WASHINGTON, PHYLLIS   DL/ID/UNL: 07970493   DOB: 07/23/1947

**WASHINGTON, PHYLLIS MARIE**

┌─ **Transaction Eligibility** ─────
**ID**                        **DL**
**Other**



**DL/ID/UNL Number:** 07970493
**License Type:** DL
**Date of Birth:** 07/23/1947
**Sex:** FEMALE
**Eye Color:** BROWN
**Record Status:** ELIGIBLE

| PERSONAL DOCUMENTS | ADDRESSES OTHER | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM |

─ **License Transaction Info** ────────────────

| | |
|---|---|
| DL Number: | 07970493 |
| License Type: | DL |
| License Class: | C |
| Non-Resident CDL Classifier: | |
| Classifier: | Regular |
| Restriction Codes: | |
| Endorsement Codes: | |
| Original Issue Date: | 09/22/1971 |
| Issuance Status: | ACTIVE - WITHIN RENEWAL PERIOD |
| Issue Date: | 07/28/2008 |
| SO Issuance DL: | None |
| Audit Number: | 08211066176 |
| Expiration Date: | 07/23/2015 |

NDLS

**Selected Applicant:** WASHINGTON, PHYLLIS   DL/ID/UNL: 07970493   DOB: 07/23/1947

**WASHINGTON, PHYLLIS MARIE**

┌─ **Transaction Eligibility** ─────
│ ID                DL
│ Other

**DL/ID/UNL Number:** 07970493
**License Type:** DL
**Date of Birth:** 07/23/1947
**Sex:** FEMALE
**Eye Color:** BROWN
**Record Status:** ELIGIBLE

| PERSONAL DOCUMENTS | ADDRESSES | OTHER | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM |

- **Proof Of ID Document Information** ─────

| Document Type | Document Name | Document Number | Expiration Date |
|---|---|---|---|
| PRIMARY | TEXAS DL/ID (WITHIN 2 YEARS OF EXPIRATION) | 07970493 | |

- **SSN Document Information** ─────

| Document Name | Document Number |
|---|---|
| SOCIAL SECURITY CARD | 449865849 |

- **Surrendered Document Information** ─────

No History of Surrendered Cards on Record.

NDLS

**Selected Applicant:** WASHINGTON, PHYLLIS    DL/ID/UNL: 07970493    DOB: 07/23/1947

---

**WASHINGTON, PHYLLIS MARIE**

┌─ **Transaction Eligibility** ─────
ID                          DL
Other

**DL/ID/UNL Number:** 07970493
**License Type:** DL
**Date of Birth:** 07/23/1947
**Sex:** FEMALE
**Eye Color:** BROWN
**Record Status:** ELIGIBLE

| PERSONAL DOCUMENTS | ADDRESSES OTHER | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM |

---

**– Other Information:** ──────────

| Texas FTA/FTP: | NO |
| OOS FTA/FTP: | NO |
| Total DRP Points: | 2 |

**– Sex Offender Information** ──────

| Sex Offender: | NO |
| SO Registration Date: | |
| SID Number: | |
| CSO Date Of Notice: | |
| CSO Public: | |

**– SSOLV Information** ──────────

| Social Security Number: | 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 |
| SSN Affidavit: | NO |
| SSOLV Result: | SSN VERIFIED |
| SSOLV Transaction Status: | VERIFIED |
| SSN Audit: | |

Selected Applicant: WASHINGTON, PHYLLIS   DL/ID/UNL: 07970493   DOB: 07/23/1947

# Offense Search Results

| | Offense Name | Offense Date | Conviction Date | Offense State | Offense City | Offense County | Court Name | Case/Cause/ Docket Number | Offense Committed in a Commercial Motor Vehicle (CMV) | Offense Committed while Transporting Hazardous Material (HAZMAT) | Offense Committed while holding a Commercial Driver License (CDL) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | IMPROPER TURN | 08/04/2007 | 09/25/2007 | TEXAS | | HARRIS | Justice of the Peace Court (offense = Texas Court) | 31X0339888 | NO | NO | NO |
| ○ | NO MOTOR VEHICLE LIABILITY INSURANCE | 10/22/1987 | 11/17/1987 | TEXAS | HOUSTON | | Municipal Court (offense = Texas Court) | 87677078 | NO | NO | NO |

Selected Applicant: WASHINGTON, PHYLLIS    DL/ID/UNL: 07970493    DOB: 07/23/1947

# **Enforcement Action Search Results**

No Enforcement Action Records Found.

NDLS

Selected Applicant: WASHINGTON, PHYLLIS   DL/ID/UNL: 07970493   DOB: 07/23/1947

## Transaction History

Administrative Update Date:

| Transaction Type | Transaction Status | DL/ID/UNLNumber | Application Date | Issue Date | Expiration Date | Trace Number | CNF (Correction - No Fee) | Request Method | Location | User ID | Details |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Renew Driver License | Mail Complete | 07970493 | 07/29/2008 18:20:33 | 07/29/2008 | | O2102950125 | NO | FIELD | HOUSTON - GESSNER (SUPER) | C616 | Production Details / Lawful Presence |
| Renew Driver License | Ready for Mailing | 07970493 | 08/02/2000 18:20:33 | 08/02/2000 | | 2000214201020125000 | NO | FIELD | HOUSTON-DOVER | MIGRATION | Production Details / Lawful Presence |
| Renew Driver License | Mail Complete | 07970493 | 07/26/1996 18:20:33 | 07/26/1996 | | 19962072010101100001 | NO | FIELD | HOUSTON-DOVER | MIGRATION | Production Details / Lawful Presence |









EXHIBIT NO. 11
#6  7/28/14

# Voting History

State: TX   Plan: STATEPLAN255

| Voter Name: | WASHINGTON, PHYLLIS MARIE |
| VUID: | 1107436712 |
| Status: | Active |
| Home Precinct: | |
| Reporting Precinct: | |

Election: _____    Activity Type: _____    From Date: _____    To Date: _____    Search: _____

Search   Reset

‹Previous | 1›

**Voting History**

1-7 of 7 items

| | Activity Date | Election | Election Type | Precinct | Polling Place | Activity Type | Party |
|---|---|---|---|---|---|---|---|
| View Delete | 03/04/2014 | 2014 MARCH 4TH DEMOCRATIC PRIMARY 101 | Open Primary | 228 | ELECTION DAY | ED | Democrat |
| View Delete | 10/22/2012 | 2012 NOVEMBER 6TH GENERAL ELECTION 101 | General Election | 228 | EARLY | EV | |
| View Delete | 10/28/2010 | 2010 NOVEMBER 2ND GENERAL ELECTION 101 | General Election | 228 | EARLY | EV | |
| View Delete | 10/30/2009 | 2009 - NOV. 3RD CONST. AMENDMENT ELECTION 101 | General Election | | EARLY | EV | |
| View Delete | 10/20/2008 | 2008 NOVEMBER 4TH GENERAL ELECTION 101 | General Election | | EARLY | EV | |
| View Delete | 03/04/2008 | 2008 DEMOCRATIC PRIMARY ELECTION 101 | Open Primary | | ELECTION DAY | ED | Democrat |
| View Delete | 11/02/2004 | 2004 - NOVEMBER 2ND - GENERAL ELECTION | General Election | | | ED | |

Close



File ▸ | Voter ▾ | Task ▸ | Utilities ▸ | Help ▸

# Voter View

Voter Registration

County: HARRIS Plan: 101_2012FLNt

Voter County Record:    08/31/2000 - HARRIS ▾ | Go |        VUID: 1107436712        | Data Entry |

Valid From: 01/01/2014        Status: Active        Home Precinct: 228        | Previous Screen |

**Name**
WASHINGTON, PHYLLIS MARIE

Misc.
ID: ▮▮▮▮ TX
       DL
SSN: ▮▮▮▮
DOB: 07/23/1947
Reg Date: 08/01/2000
Gender: Female
EDR: 08/31/2000
Suppressed: No
Stat Chg: 09/13/2000

**Residential Address**
3938 CHARLESTON ST
HOUSTON, TX 77021
HARRIS

**Mailing Address**
See Residential.

| Edit Street Index |    | Replace Address |

## Voter Task History

Voter Name:    WASHINGTON, PHYLLIS MARIE
VUID:    1107436712
Status:    Active
Precinct:    228

### Voter Task History

1-10 of 28 Items        <Previous |1 2 3| Next> Page: 1 ▾ | Go |

| Opened | Closed | County | Status | Task | Opened By | Closed By |
|---|---|---|---|---|---|---|
| 11/13/2013 12:06 PM | 07/16/2014 05:52 PM | HARRIS | Cancelled | Street Not Found | Import | bhester01 |
| 07/28/2008 05:34 PM | 07/16/2014 05:35 PM | HARRIS | Cancelled | Certificate | Import |  |
| 01/06/2014 02:58 PM | 01/06/2014 02:58 PM | HARRIS | Resolved | Biennial VRC | bhester01 | bhester01 |
| 11/13/2013 12:06 PM | 11/13/2013 12:06 PM | HARRIS | Resolved | Approve Clerical Correction | Import | Import |
| 10/02/2013 06:32 PM | 11/13/2013 12:06 PM | HARRIS | Cancelled | Street Not Found | Import | Import |
| 11/13/2013 12:06 PM | 11/13/2013 12:06 PM | HARRIS | Resolved | Website Suppression Off | Import | Import |
| 11/13/2013 12:06 PM | 11/13/2013 12:06 PM | HARRIS | Resolved | Restrict Public Access Off | Import | Import |
| 10/02/2013 06:32 PM | 10/02/2013 06:32 PM | HARRIS | Resolved | Approve Clerical Correction | Import | Import |
| 10/08/2012 09:25 AM | 10/02/2013 06:32 PM | HARRIS | Cancelled | Street Not Found | Import | Import |
| 10/02/2013 06:32 PM | 10/02/2013 06:32 PM | HARRIS | Resolved | Website Suppression Off | Import | Import |

| Close |

# Voter Task History

**Voter Name:** WASHINGTON, PHYLLIS MARIE
**VUID:** 1107436712
**Status:** Active
**Precinct:** 228

## Voter Task history

11-20 of 28 Items    <Previous | 1 2 3 | Next> | Page: [ ] **Go**   Page: 2 ▼ **Go**

| Opened | Closed | County | Status | Task | Opened By | Closed By |
|---|---|---|---|---|---|---|
| 10/02/2013 06:32 PM | 10/02/2013 06:32 PM | HARRIS | Resolved | Restrict Public Access Off | Import | Import |
| 10/08/2012 09:25 AM | 10/08/2012 09:25 AM | HARRIS | Resolved | Approve Clerical Correction | Import | Import |
| 04/07/2012 08:25 PM | 10/08/2012 09:24 AM | HARRIS | Cancelled | Street Not Found | Import | Import |
| 10/08/2012 09:24 AM | 10/08/2012 09:24 AM | HARRIS | Resolved | Website Suppression Off | Import | Import |
| 10/08/2012 09:24 AM | 10/08/2012 09:24 AM | HARRIS | Resolved | Restrict Public Access Off | Import | Import |
| 05/04/2012 06:58 AM | 05/04/2012 06:58 AM | HARRIS | Resolved | Biennial VRC | bhester | bhester |
| 04/07/2012 08:25 PM | 04/07/2012 08:25 PM | HARRIS | Resolved | Approve Clerical Correction | Import | Import |
| 04/07/2012 08:25 PM | 04/07/2012 08:25 PM | HARRIS | Resolved | Manual Precinct Change | Import | Import |
| 07/28/2008 05:34 PM | 04/07/2012 08:25 PM | HARRIS | Cancelled | Street Not Found | Import | Import |
| 04/07/2012 08:25 PM | 04/07/2012 08:25 PM | HARRIS | Resolved | Website Suppression Off | Import | Import |

**Close**

# Voter Task History

**Voter Name:** WASHINGTON, PHYLLIS MARIE
**VUID:** 1107436712
**Status:** Active
**Precinct:** 228

## Voter Task history

21-28 of 28 Items    <Previous | 1 2 3 | Next> | Page: [ ] **Go**   Page: 3 ▼ **Go**

| Opened | Closed | County | Status | Task | Opened By | Closed By |
|---|---|---|---|---|---|---|
| 04/07/2012 08:25 PM | 04/07/2012 08:25 PM | HARRIS | Resolved | Restrict Public Access Off | Import | Import |
| 01/11/2010 10:03 AM | 01/11/2010 10:03 AM | HARRIS | Resolved | Biennial VRC | germanc | germanc |
| 07/28/2008 05:34 PM | 07/28/2008 05:34 PM | HARRIS | Resolved | Skip Live Checks | Import | Import |
| 07/28/2008 05:34 PM | 07/28/2008 05:34 PM | HARRIS | Resolved | Approve Clerical Correction | Import | Import |
| 07/28/2008 05:34 PM | 07/28/2008 05:34 PM | HARRIS | Resolved | Website Suppression Off | Import | Import |
| 07/28/2008 05:34 PM | 07/28/2008 05:34 PM | HARRIS | Resolved | Restrict Public Access Off | Import | Import |
| 12/13/2007 02:14 AM | 12/13/2007 02:14 AM | HARRIS | Resolved | Biennial VRC | kevin123 | kevin123 |
| 12/10/2007 05:39 PM | 12/10/2007 05:39 PM | HARRIS | Resolved | Biennial VRC | johnsone | johnsone |

**Close**

eRegistry™ Voter Registration/Election Management System

File ▶ | Voter ▶ | Task ▶ | Utilities ▶ | Help ▶

**Voter View**

County: HARRIS   Plan: 101_2012CLNt   Voter Registration

Voter County Record:   08/31/2000 - HARRIS   ▼   **Go**      VUID: 1107436712      Data Entry

Valid From: 01/01/2014      Status: Active      Home Precinct: 228      Previous Screen

Name
WASHINGTON, PHYLLIS MARIE

Misc.
ID: ████ TX
SSN: ████ DL
DOB: 07/23/1947
Reg Date: 08/01/2000
Gender: Female
EDR: 08/31/2000
Suppressed: No
Stat Chg: 09/13/2000

Residential Address
3938 CHARLESTON ST
HOUSTON, TX 77021
HARRIS

Mailing Address
See Residential.

Edit Street Index   | Recheck Address |

| Tasks | Elections | Activity | Districts | Notes |

Edit Assignments

1-5 of 6 items      Districts      <Previous | [12] | Next> Page: 1 ▼   **Go**

| Type △ | Name |
|---|---|
| County Commissioner | COMMISSIONER 1 |
| Justice of the Peace | JUSTICE OF THE PEACE 7 |
| State Board of Education | STATE BOARD OF EDUCATION DISTRICT 4 |
| State Representative | STATE REPRESENTATIVE DISTRICT 147 |
| State Senate | STATE SENATE DISTRICT 13 |

View Voting History                    View Task History

| Tasks | Elections | Activity | Districts | Notes |

Edit Assignments

6-6 of 6 items      Districts      <Previous | [12] | Next> Page: 2 ▼   **Go**

| Type △ | Name |
|---|---|
| US Congress | U.S. CONGRESSIONAL DISTRICT 18 |

View Voting History                    View Task History

| | |
|---|---|
| **From:** | Arriaga, Amanda |
| **Sent:** | Monday, January 24, 2011 8:31 PM |
| **To:** | Davio, Rebecca |
| **Cc:** | Terry, Michael; Arriaga, Amanda |
| **Subject:** | Information requested and sent to legislators today |
| **Attachments:** | DL Offices as of January 2011.xls; DIC-57.pdf |

**Sen Van de Putte:  What offices are subject to be closed due to budget cuts?**

No answer provided at this time. Recommend saying "the Department did an analysis on Department facilities that may need to close due to budget cuts, but DL office permanent closures will be decided after a business intelligence process analysis of the needs of customers around the state".

**Sen. Uresti:  How will budget cuts affect operating hours?**

No answer provided at this time. Recommend the same answer of "the Department did an analysis on Department facilities that may need to close due to budget cuts, but DL office permanent closures will be decided after a business intelligence process analysis of the needs of customers around the state".

**Sen Gallegos: What DL documents may be issued without a photo?**

- DIC-1: Restricted License Breath Analysis Mechanism Required (called an Interlock License)
- SR-40: Occupational Driver License
- DL-26: Temporary Permit

See attachment "DIC-57"

**Sen Gallegos: How many DL offices are closed as of Jan 2011?**

See attachment "DL offices as of Jan 2011".

**Sen Gallegos: How many arrests/convictions have been made under Transportation Code 524.011 (DL suspension) over the last six years?**

| Arrests | | | Convictions | | |
|---|---|---|---|---|---|
| | | | | | |

**Defendant's Exhibit #**
004

DE-000055

TX_00004783

USA_00007849

| 2005 | 99,519 | | 2005 | 63,559 | |
|------|--------|---|------|--------|---|
| 2006 | 103,136 | | 2006 | 63,248 | |
| 2007 | 103,155 | | 2007 | 65,825 | |
| 2008 | 101,623 | | 2008 | 61,914 | |
| 2009 | 102,823 | | 2009 | 59,257 | |
| 2010 | 98,184 | | 2010 | 32,497 | |

There were 8,481 arrests for these offenses in December 2010, and 3,784 convictions. Given the time it takes to go through the judicial process, it is unlikely that a person arrested in December would also be convicted in December.

**Senator Patrick: Is citizenship needed to get a CHL? Recommend saying: You must be legally present, but not necessarily a citizen, but we can have someone in Regulatory Services provide you more info.**

The requirements under state law to obtain a Concealed Handgun License can be found in Government Code 411. Section 411.172(a)(9) under this chapter states: (a) A person is eligible for a license to carry a concealed handgun if the person...(9) is fully qualified under applicable federal and state law to purchase a handgun.

The requirements under the applicable federal law to purchase a handgun, 15 U.S.C. § 922 (g)(5), include:

**(g) It shall be unlawful for any person [described below] ... to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce –** [that is, one ...]

**(5) who, being an alien—**

(A) is illegally or unlawfully in the United States; or

(B) except as provided in subsection (y)(2), has been admitted to the United States under a nonimmigrant visa (as that term is defined in section 101(a)(26) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(26))); [see 922(y), below]

*Alien.* Any person not a citizen or national of the United States.

*Alien illegally or unlawfully in the United States.* Aliens who are unlawfully in the United States are not in valid immigrant, nonimmigrant or parole status. The term includes any alien—

TX_00004784

**Defendant's Exhibit #** DE-000056
004

USA_00007850

(a) Who unlawfully entered the United States without inspection and authorization by an immigration officer and who has not been paroled into the United States under section 212(d)(5) of the Immigration and Nationality Act (INA);

(b) Who is a nonimmigrant and whose authorized period of stay has expired or who has violated the terms of the nonimmigrant category in which he or she was admitted;

(c) Paroled under INA section 212(d)(5) whose authorized period of parole has expired or whose parole status has been terminated; or

(d) Under an order of deportation, exclusion, or removal, or under an order to depart the United States voluntarily, whether or not he or she has left the United States.

*Nonimmigrant alien.* An alien in the United States in a nonimmigrant classification as defined by section 101(a)(15) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(15)).

27 CFR 478.11

TX_00004785

**Defendant's Exhibit #**
004

DE-000057

USA_00007851

## Hinesley, Barbara

| | |
|---|---|
| **From:** | Essell, Gretchen |
| **Sent:** | Monday, January 24, 2011 2:57 PM |
| **To:** | 'Gallegos-Debra Gonzales-COS' |
| **Subject:** | Cards Issued without a Photo |
| **Attachments:** | DIC-57.pdf |

Debbie,

After consulting with Highway Patrol and Driver License, here is what I have found out: there are two documents that are routinely issued without photos. One is the DIC-25, which you had found before. The other, called a DIC-57 (attached), is also alcohol related, but applies to CDL holders. It informs the recipient that his or her commercial driving privileges will be taken away for one year beginning 40 days after the DIC-57 is issued. Highway Patrol informed me that standard practice for law enforcement is to confiscate the actual driver license and provide one of these two documents.

There are a couple of other documents that we issue very infrequently without a photo as a last resort if there's no way around it. One of those is the temporary DL that was previously issued without a photo, one is an occupational driver license, and one is a DL requiring an ignition interlock device. I have asked for additional clarification on what would lead to these documents being issued without a photo, and will provide that clarification once I have received it, but we try to issue these with a photo whenever possible.

Information on closures to follow...

Thanks,

Gretchen Essell
Office of Government Relations
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@txdps.state.tx.us

1

Defendant's Exhibit #
005

TX_00004786
DE-000058

USA_00007852

**Hinesley, Barbara**

| | |
|---|---|
| From: | Essell, Gretchen |
| Sent: | Tuesday, January 25, 2011 11:57 AM |
| To: | 'Gallegos-Debra Gonzales-COS' |
| Subject: | FW: DWI's |

Debbie,

In 2010, there were 98,910 DWI arrests and 63,803 convictions.  Bear in mind, like the numbers from yesterday, that the convictions may not be associated with the arrests since the judicial process takes awhile...it wouldn't necessarily be accurate to say "of the 98,810 DWI arrests, 63,803 resulted in convictions."

I confirmed with Highway Patrol, to be absolutely certain- most, if not all, of those arrested for DWI would receive a DIC-25 or DIC-57.

If you have any other questions, let us know!

Thanks,

Gretchen Essell
Office of Government Relations
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@txdps.state.tx.us

1

**Defendant's Exhibit #**
006

TX_00004787

DE-000059

USA_00007853

| | |
|---|---|
| **From:** | McCraw, Steven |
| **Sent:** | Tuesday, January 25, 2011 8:09 PM |
| **To:** | Arriaga, Amanda; MacBride, Cheryl |
| **Cc:** | Davio, Rebecca |
| **Subject:** | Re: VOTER ID follow up |

I agree on the CJ impact. Nothing for us. Rebecca, great job.

------------------------------------------------------------------------

**From:** Arriaga, Amanda
**Sent:** Tuesday, January 25, 2011 08:02 PM
**To:** McCraw, Steven; MacBride, Cheryl
**Cc:** Davio, Rebecca
**Subject:** VOTER ID follow up

Steve and Cheryl,

Rebecca did a great job today in her first showing in front of the firing line of the Senate as a Whole. As predicted, the DPS portion consisted mainly of the Democratic Senators arguing that it is too difficult for people to get a DL/ID because of the location of offices, long wait times, confusing requirements, etc.

The committee has many follow up questions, but doesn't seem to want us to return tomorrow. Instead, we have 24 hours to respond to all of their questions in a letter back to the secretary of the senate. The comprehensive list of questions is below. Cheryl, I want to verify with you the LAR answer and Steve, one odd question we received was "What is DPS' comment to the Criminal Justice impact statement?". When you read it (below) it doesn't seem to be about us at all. So, I think that we can respond to that question to say that we aren't the appropriate agency to comment on the potential overcrowding of jails due to the creation of a new offense.

We will keep you posted.

-AAA

**Here is our comprehensive list of questions to respond to:**

-AAA

**Gallegos:**
- Are there DL offices within the 610 loop? No. The closest office to 610 is Dacoma. It is at 290 @ 610 North. Nothing inside the loop.
- What about in the DFW metro?
- What are the hours of operation for the offices in Houston/Dallas?
- What is the protocol for confiscated licenses? What is the temporary driving permit that you receive from THP good for, or how does it differ from a "temporary driving permit" that you get when you apply for a DL?
- Do we have any anticipated closures?


**Whitmire:**
- What is DPS's policy going to be when a person enters a DL office looking for an ID, but they have surcharges?
- Is the current policy to look at surcharges when a person enters a DL office for a different transaction?

**Van de Putte:**
- Validate the map provided by Leg Council – I have one hard copy of the map for y'all to review
- What types of birth certificates does DPS allow?
- How many homebound IDs do we issue?
- What types of birth certificates are accepted?

file://C:\Documents and Settings\bh08131\Local Settings\Temporary Internet Files\Content.Outlook\LQR...   3/28/2012

**Defendant's Exhibit #**
009

DE-000065

USA_00007859

- Are we going to accept church and baptismal records like we used to for elderly who may not have official birth certificates?
- LAR - Why does our 10% proposed reduction say that we will have to close 11 offices? In our LAR in the 10% reduction exercise DPS identified that 11 DPS offices might have to close. These aren't necessarily DL offices. They are offices with all kinds of DPS services. The business intel proj will determine placement of DL offices.

**Zaffirini:**
- What is our comment on the criminal justice impact statement?

**West:**
- Provide an analysis on wait time in all DL offices

## SB 14 Criminal Justice Impact by LBB

The bill would amend the Elections Code as it relates to requirements to vote. The provisions of the bill that create new punishment or enhance existing punishment for criminal offenses are the subject of this analysis. Under the provisions of the bill, the punishment for attempting to vote illegally would be enhanced from a Class A Misdemeanor to a State Jail Felony and the punishment for illegal voting would be enhanced from a third degree felony to a second degree felony.

A Class A Misdemeanor is punishable by confinement in a county jail for any term of not more than one year, or, in addition to confinement, a fine not to exceed $4,000.

A state jail felony is punishable by confinement in a state jail for any term of not more than two years or less than 180 days, or, in addition to confinement, a fine not to exceed $10,000.

A felony of the third degree is punishable by imprisonment in the institutional division for any term of not more than 10 years or less than 2 years, or, in addition to confinement, a fine not to exceed $10,000.

A felony of the second degree is punishable by imprisonment in the institutional division for any term of not more than 20 years or less than 2 years, or, in addition to confinement, a fine not to exceed $10,000.

Increasing the penalty for any criminal offense is expected to result in increased demands upon the correctional resources of counties or of the State due to longer terms of probation, or longer terms of confinement in county jails or prison. When an offense is changed from a misdemeanor to a felony, there is a transfer of the burden of confinement of convicted offenders from the counties to the State. In fiscal year 2010, less than five offenders were admitted to prison and less than five offenders were released from prison for illegal voting. In fiscal year 2010, less than five people were under parole supervision for illegal voting. In fiscal year 2010, five offenders were placed on community supervision and less than five offenders were released from community supervision for illegal voting or attempting to vote illegally. In fiscal year 2010, less than five people were arrested for illegal voting or attempting to vote illegally. It is assumed the number of offenders convicted under this statute would not result in a significant impact on the programs and workload of State corrections agencies or on the demand for resources and services of those agencies.

TX_00004795

**Defendant's Exhibit #**
009

DE-000066

USA_00007860

# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
<u>www.dps.texas.gov</u>



STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS



COMMISSION
ALLAN B. POLUNSKY, CHAIR
ADA BROWN
JOHN STEEN
CARIN MARCY BARTH
A. CYNTHIA LEON

October 7, 2011

The Honorable Rodney Ellis
Texas Senate
P.O. Box 12068
Austin, Texas  78711-2068

Dear Senator Ellis:

Thank you for your recent correspondence concerning the implementation of Senate Bill 14, passed by the Eighty-second Texas Legislature. Following is my response, along with your original questions for reference.

- How many DPS office locations will be issuing the election identification certificate (EIC), the free identification option that satisfies the requirements of Section 63.001(b), Election Code?  **All DPS offices will issue the Election Identification Certificate (EIC).**

- Where are these offices located?  **Throughout the state.**
  <u>http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp</u>

- Will persons seeking to apply for an EIC have to wait in the same line as other seeking to apply for a driver's license?  **Large driver license offices have queuing systems that assist in routing applicants, according to service needs. Since requirements for an EIC will be similar to those for a Texas ID, we anticipate utilizing the ID lines for EIC applicants.**

- Or will there be a separate processing line for those only seeking and EIC?  **There are no plans to establish separate lines for EIC applicants at this time. However, changes can be made based upon service demand using the queing system.**

- What is the current average wait time, by day of the week, for persons seeking to apply for a driver's license at each DPS office location that will be issuing EICs?  **Wait times vary by location, type, and time of the transaction. While we do not have specific wait times for all offices, it can range from zero in many offices to as long as 3 hours in metropolitan areas during our busiest months of the year. From March 1 through June 30, 2011, the 59 busiest offices in the state, which have queuing systems, posted an average wait time of 42:52 minutes, with an average transaction time of 7:08 minutes. Customers in these offices spent an average of 50 minutes from the time their transaction was entered into the queuing system until it was completed. This does not include the time someone would have to wait in line before they could be entered into the queuing system. The addition of six mega centers in our most populated areas throughout the state is essential to reducing wait times. The goal is to issue an EIC within 30 minutes from the time a person arrives at a driver license location anywhere in the state. Funding by the State Legislature is critical to reducing wait times.**

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

**Defendant's Exhibit #**
**010**

TX_00004806

DE-000067

USA_00007861

- What identification will be required in order to obtain an EIC? **An original applicant for an election identification certificate must present: (1) One piece of primary identification; (2) Two pieces of secondary identification; or (3) One piece of secondary identification plus two pieces of supporting identification.**

  o **A Texas driver license or personal identification card issued to the person that has been expired for 60 days and is within two years of expiration date may be presented as primary identification.**
  o **Secondary identification.  Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency; (2) Original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad); or (3) Original or certified copy of court order with name and date of birth (DOB) indicating an official change of name and/or gender.**
  o **Supporting identification.  (1) voter registration card; (2) school records; (3) insurance policy (at least two years old); (4) vehicle title; (5) military records; (6) unexpired military dependant identification card; (7) original or certified copy of marriage license or divorce decree; (8) Social Security card; (9) pilot's license; (10) unexpired photo DL or photo ID issued by another (United States) state, US territory, the District of Columbia; (11) expired photo DL or photo ID issued by another (United States) state, US territory, or the District of Columbia that is within two years of the expiration date; (12) an offender identification card or similar form of identification issued by the Texas Department of Criminal Justice; (13) any document that may be added to Section 15.24 (relating to Identification of Applicants) other than those issued to persons who are not citizens of the U.S.**

- How long do you anticipate the turnaround will be from the day a person applies for an EIC to the date they receive the actual EIC? **DPS is currently mailing DL/IDs less than 10 days after application. We do not anticipate any changes with the addition of the EIC.**

- Will DPS be offering a temporary EIC at the DPS office locations that will comply with the requirements of Section 63.001(b) of the Election Code so that any delays in processing or mailing out the official EIC will not result in a person's inability to vote? **A temporary EIC, which includes a photo, will be issued at the time of application. The Secretary of State's office has confirmed that it will be accepted at the polls in the same manner as the actual card. This also applies to temporary DLs and IDs.**

- Recent press reports indicate that a top official in the Wisconsin Department of Transportation instructed staff at Division of Motor Vehicles service centers *not* to tell members of the public that they can obtain voter identification cards free of charge unless they know to ask for it. Will DPS be taking a similar approach? **No it will not.**

- In other words, will DPS staff be precluded from telling members of the public that they can obtain an EIC free-of-charge unless staff is directly asked? **No. Driver License employees will be trained on the provisions of the law and will be able to explain the differences in an EIC and a State ID to those persons who come into a driver license office to obtain an EIC. DPS staff will be expected to serve the customer and provide them an EIC cost free as required by law.  We will also inform customers that if they have any of the documents acceptable for voting; a driver license, identification card, concealed handgun license, US passport, citizenship card, or military ID, they will not be eligible to receive the EIC.**

TX_00004807

DE-000068

**Defendant's Exhibit #**
010

USA_00007862

- Does DPS plan on organizing any satellite locations, temporary or otherwise, in order to provide Texans with opportunities to apply for an EIC outside of the normal DPS office locations? I would note this would be especially relevant for Texans with disabilities, the elderly, and those too sick or without means to travel to a DPS office location. **No. The law does exempt those persons who can prove disability through Social Security Administration or Veteran's Administration documentation to the Secretary of State from presenting additional identification.**

The proposed DPS rules for implementing the requirement to issue an EIC are attached for reference. These rules will be published in the October 14, 2011, Texas Register and available for public comment for 30 days after publication.

Thank you again for your correspondence and please feel free to contact Rebecca Davio, Assistant Director, Driver License Division at 512.424.5232 if you have questions or need additional information.

Sincerely,

Steven C. McCraw
Director

Attachments:     Transaction Frequency 2010
                 DPS Proposed Rules-Election Identification Certificate

**Defendant's Exhibit #**
010

TX_00004808
DE-000069

USA_00007863



## The Senate of
## The State of Texas

**SENATOR RODNEY ELLIS**
District 13

**PRESIDENT PRO TEMPORE**
1999 - 2000

September 21, 2011

Mr. Steve McCraw
Director
Texas Department of Public Safety
5805 N. Lamar Blvd
Austin, Texas 78773

COMMITTEES:

Chair, Government Organization
Criminal Justice
Transportation & Homeland Security
State Affairs

## RECEIVED

SEP 2 1 2011

DIRECTOR
DEPT. OF PUBLIC SAFETY

Dear Mr. McCraw:

I write regarding the Department of Public Safety's (DPS) implementation of Senate Bill 14 (82nd Legislature), also known as the "voter ID" bill. I have a number of outstanding questions that I hope can be addressed prior to DPS's draft rules being released for public comment:

- How many DPS office locations will be issuing the election identification certificate (EIC), the free identification option that satisfies the requirements of Section 63.001(b), Election Code? Where are these offices located?

- Will persons seeking to apply for an EIC have to wait in the same line as others seeking to apply for a driver's license? Or will there be a separate processing line for those only seeking an EIC?

- What is the current average wait time, by day of the week, for persons seeking to apply for a driver's license at each DPS office location that will be issuing EICs?

- What identification will be required in order to obtain an EIC?

- How long do you anticipate the turnaround will be from the day a person applies for an EIC to the date they receive the actual EIC? Will DPS be offering a temporary EIC at DPS office locations that will comply with the requirements of Section 63.001(b) of the Election Code so that any delays in processing or mailing out the official EIC will not result in a person's inability to vote?

- Recent press reports indicate that a top official in the Wisconsin Department of Transportation instructed staff at Division of Motor Vehicles service centers *not* to tell members of the public that they can obtain voter identification cards free of charge unless they know to ask for it. Will DPS be taking a similar approach? In other words, will DPS staff be precluded from telling members of the public that they can obtain an EIC free-of-charge unless staff is directly asked?

Lyric Centre
440 Louisiana, Suite 575
Houston, Texas 77002
(713) 236-0306
FAX: (713) 236-0604

P.O. Box 12068
Austin, Texas 78711
(512) 463-0113
FAX: (512) 463-0006
Dial 711 For Relay Calls
E-Mail: rodney.ellis@senate.state.tx.us

2440 Texas Parkway, Suite 110
Missouri City, Texas 77489
(281) 261-2360
FAX: (281) 261-4726

TX_00004817

**Defendant's Exhibit #**
**011**

DE-000070

USA_00007864

Mr. Steve McCraw
Page 2 of 2

- Does DPS plan on organizing any satellite locations, temporary or otherwise, in order to provide Texans with opportunities to apply for an EIC outside of the normal DPS office locations? I would note this would be especially relevant for Texans with disabilities, the elderly, and those too sick or without means to travel to a DPS office location.

As DPS develops draft rules for SB 14's implementation, I ask that you take into consideration the concerns expressed above. While it is my desire to have a free, fair, and secure election system, it must also be accessible to all eligible voters. I look forward to your written response to my questions.

Sincerely,

Rodney Ellis

Rodney Ellis

CC:    The Honorable Hope Andrade

**Defendant's Exhibit #**
011

TX_00004818
DE-000071

USA_00007865

## Hinesley, Barbara

| | |
|---|---|
| **From:** | Quinn Ryan [Quinn.Ryan@senate.state.tx.us] |
| **Sent:** | Friday, February 03, 2012 1:40 PM |
| **To:** | DPS Government Relations |
| **Cc:** | Arriaga, Amanda |
| **Subject:** | RE: Follow-up questions from Senator West |

Thanks, Gretchen--this is very helpful!

---

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Friday, February 03, 2012 12:13 PM
**To:** Quinn Ryan
**Cc:** Arriaga, Amanda
**Subject:** RE: Follow-up questions from Senator West

Quinn,

Thanks for your patience. I have attached a spreadsheet that breaks down the average wait times by month in each office, grouped by region. Wait time information is only available at locations that have our electronic queuing system.

We don't operate multiple lines, but in our largest offices we are using a queuing system to categorize transactions and there will be a separate category for individuals wanting the election ID certificates.

We do not have any geographic projections on where demand for the free election ID certificates will come from, but our employees are trained and educated on how to process these transactions.

Please let us know if you have any further questions.

Thanks,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

---

**From:** Quinn Ryan [mailto:Quinn.Ryan@senate.state.tx.us]
**Sent:** Thursday, February 02, 2012 8:38 AM
**To:** DPS Government Relations
**Subject:** RE: Follow-up questions from Senator West

Hi Gretchen,

Just following up on this request. Thanks!

Quinn

---

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Thursday, January 26, 2012 11:45 AM
**To:** Quinn Ryan

1

TX_00004865

**Defendant's Exhibit #**
**014**

DE-000082

USA_00007876

**Cc:** Arriaga, Amanda
**Subject:** RE: Follow-up questions from Senator West

Quinn,

Let me get with the Driver License division and see what information is available.

Thanks,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

**From:** Quinn Ryan [mailto:Quinn.Ryan@senate.state.tx.us]
**Sent:** Thursday, January 26, 2012 11:02 AM
**To:** DPS Government Relations
**Cc:** Arriaga, Amanda
**Subject:** Follow-up questions from Senator West

Gretchen and Amanda,

Senator West has some follow-up questions on this.

First, he would like to know if there are any metrics on customer wait times:

(1) across the state;
(2) by region; and
(3) by location within regions.

Second, he would like to know if there are any metrics available specifically regarding the wait times to get the free "election ID certificates" established by SB 14. For example, is there a separate line for these customers that would result in there being different wait times than for other customers, or is it all just one line (and therefore one average wait time) for everybody?

Third, he would like to know if there are any geographic projections on where demand for the free election ID certificates will come from--presumably there will be greater demand in some regions and locations than others, so he would like to know if there are such projections, and how your agency is planning to meet those region- and location-specific demands.

Please feel free to call me for clarification, and thank you for your help!

Quinn Ryan
General Counsel
Office of Honorable Royce West
State Senator, District 23
512-463-0123

2

TX_00004866

**Defendant's Exhibit #**
014

DE-000083

USA_00007877

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Tuesday, January 24, 2012 4:14 PM
**To:** Quinn Ryan
**Cc:** Arriaga, Amanda
**Subject:** RE: DPS office closures in Senate district 23

Quinn,

In response to your earlier questions- although SB 9 did not pass, HB 1, Article IX, Section 18.07 did pass.  HB 1, Article IX, Section 18.07 provided additional funding and FTEs for strategies 4-2-1 and 4-2-2 from State Highway Fund No. 006. The pertinent language from HB 1, Article IX, Section 18.07, is attached.

We have confirmed that no DL offices are being closed in the Senator's district, nor anywhere in Dallas County.  In fact, Dallas County will be the location of one of the new mega centers that is being built in Garland.  The construction process is already underway for that facility, and is on track to be completed and begin serving customers in September 2012.  That location will have the capacity to serve approximately 1,000 Texans per day and should pull demand from the other extremely busy offices in Dallas County.  The Dallas mega center will be staffed with an additional 45 DL employees and contain 24 service counters.  These 45 new employees are in addition to the current 105 DL employees in Dallas County.

With respect to FTEs for these two strategies - actual FTEs for 2010 and 2011 for D.2.1. Driver License Services were 253.0 in 2010 and 228.2 in 2011.  Actual FTEs for 2010 and 2011 for D.2.2. Driving and Motor Vehicle Safety were 1,214.6 in 2010 and 1,189.3 in 2011.  Budgeted FTEs for 2012 and 2013 for D.2.1. Driver License Services were 251.0 in 2012 and 251.0 in 2013.  Budgeted FTEs for 2012 and 2013 for D.2.2. Driving and Motor Vehicle Safety were 1,370.0 in 2012 and 1,595.0 in 2011.

Please let us know if you have any further questions.

Thank you,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

---

**From:** DPS Government Relations
**Sent:** Thursday, January 19, 2012 4:14 PM
**To:** Quinn.Ryan@senate.state.tx.us
**Cc:** Arriaga, Amanda
**Subject:** RE: DPS office closures in Senate district 23

Quinn,

Amanda passed along your emails, and I wanted to let you know that I have asked for our Finance division to get in touch with you to address your questions.

Thank you,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933

3

**Defendant's Exhibit #**
014

TX_00004867
DE-000084

USA_00007878

gretchen.essell@dps.texas.gov

**From**: Quinn Ryan [mailto:Quinn.Ryan@senate.state.tx.us]
**Sent**: Thursday, January 19, 2012 12:21 PM
**To**: Arriaga, Amanda
**Subject**: FW: DPS office closures in Senate district 23

Specifically, I believe his interest is in driver license services (Strategies 4-2-1 and 4-2-2), as apparently some of our constituents are experiencing delays and other difficulties in obtaining driver licenses or ID cards for voting purposes.

It looks like for Strategy 4-2-1 (Driver License Services), approximately $47.9 million was estimated/budgeted for 2010-11. And then for 2012-13, the General Appropriations Act (GAA) shows that appropriations for this strategy were actually *increased* to $56.2 million?

As for Strategy 4-2-2 (Driving and Motor Vehicle Safety), it looks like approximately $116.1 million was estimated/budgeted for 2010-11. And then for 2012-13, the GAA shows that appropriations for this strategy were actually *increased* to $169.7 million. However, the GAA says this includes the contingent appropriation in Article IX, Section 18.07 (contingent on passage of SB 9) for $64.1 million from the State Highway Fund, as well as associated FTE increases. **But according to that section in the GAA, SB 9 was never passed, so apparently DPS will not receive these additional funds and FTEs?**

I'm not sure how these budget decisions affected any DPS office closures in Senate district 23--just trying to provide some additional guidance on the senator's request. Thanks again!

**From**: Quinn Ryan
**Sent**: Thursday, January 19, 2012 11:16 AM
**To**: 'Amanda.arriaga@txdps.state.tx.us'
**Subject**: DPS office closures in Senate district 23

Amanda,

Senator West would like some information on the 2012-13 budget cuts for DPS and how many DPS offices in his district were closed as a result of these cuts. Please let me know if I can provide any additional clarification on his request. Thank you for your help.

Quinn Ryan
General Counsel
Office of Honorable Royce West
State Senator, District 23
512-463-0123

4

TX_00004868

**Defendant's Exhibit #**
014

DE-000085

USA_00007879