

*82nd LEGISLATIVE SESSION*
*RECOMMENDATIONS FOR LEGISLATION*

**PHOTO VOTER ID**
**COMPREHENSIVE ELECTION CODE REFORM**

*KING STREET PATRIOTS | TRUE THE VOTE*

TX_00025333

**Defendant's Exhibit #**
097

DE-000761

USA_00008555

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

**PHOTO VOTER ID**
1. Require Photo Identification to vote


**VOTER ROLL INTEGRITY**
2. Prohibit payment of Deputy Registrars based on quota or number of registration applications collected
3. Immediately terminate Deputy Registrars who submit incomplete or late registration applications
4. Immediately terminate Deputy Registrars who sign registration applications they did not complete
5. Increase penalties for forged or otherwise fraudulent registration applications
6. Allow Registration Challenges based on knowledge of discovery by the voter desiring to challenge the registration
7. Require mandatory training for Deputy Registrars
8. Require Deputy Registrars maintain residence in State 6 months prior to deputization
9. Require Deputy Registrars be registered to vote in the State in which they are collecting registration applications


**ELECTION PROCESS INTEGRITY**
10. Allow Internet Voting for active military personnel stationed overseas
11. Prohibit Same Day Registration
12. Increase penalties for Electioneering Distance violations
13. Require Election Officer complete Assistance Form each time assistance is provided to a voter
14. Require Secretary of State identify and purge voter registry of deceased and felons at standardized intervals
15. Require Courts provide Secretary of State with timely records of final felony convictions
16. Require each election day Election Officer pass a mandatory test
17. Allow recording devices inside the polling place, while still requiring confidentiality of voter and ballot
18. Require confidentiality of identity and personal information of a Poll Watcher; impose penalties on any election officer who discloses such
19. Require all counties adopt the TEAM system and support online operation
20. Require peace officers serving in polling places to be TCLEOSE certified
21. Require Presiding Judge obtain approval before ejecting an Alternate Judge from a polling place
22. Designate English as the official language of Texas and the only language used on ballots

TX_00025334

**Defendant's Exhibit #**
**097**

DE-000762

USA_00008556

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

1. **Require Photo ID to vote**
   a. Intent: To prevent voter fraud and disenfranchisement of legitimate voters
      i. Define acceptable forms of ID as follows:
         1. Texas driver's license, even if expired
         2. ID card issued by the state of Texas or the federal government
         3. Free voter ID card issued by the state or county
         4. U.S. passport
         5. Valid employee ID card containing a photograph from any branch, department, agency, or entity of the U.S. Government, Texas, or any county, municipality, board, authority or other entity of this state
         6. Valid U.S. military identification card
         7. Valid tribal photo ID
      ii. If a voter does not have one of the acceptable forms of photo identification, they can still vote a provisional ballot. The voter will have up to two days after the election to present appropriate photo identification at the office of County Registrar or Election Administrator in order for the provisional ballot to be counted.

2. **Prohibit payment of Deputy Registrars based on quota or number of registration applications collected**
   a. Intent: Remove incentive to submit fraudulent applications
      i. Of the 812 Voter Registration Applications obtained by True the Vote, approximately 10% were duplicate applicants.
      ii. See Appendix A for examples*

3. **Immediately terminate Deputy Registrars who submit incomplete or late registration applications**
   a. Intent: Prevent disenfranchisement of applicants
      i. Change the word "may" to the word "shall" in Texas Election Code Sec. 13.036(b).
      ii. See Appendix C for examples*

4. **Immediately terminate Deputy Registrars who sign registration applications they did not complete**
   a. Intent: Prevent falsification of documents
      i. Increase penalty to Class A misdemeanor and automatic grounds for termination of both Deputy Registrars
      ii. Oral testimony from former Houston Votes employee suggests this is a frequent occurrence

5. **Increase penalties for forged or otherwise fraudulent applications**
   a. Intent: Prevent falsification of documents
      i. See Appendix C for examples*

---

* Available at http://www.kingstreetpatriots.org/legislation

TX_00025335

DE-000763

USA_00008557

**Defendant's Exhibit #**
097

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

6. **Allow Registration Challenge based on knowledge of discovery by the voter desiring to challenge the registration**
   a. Intent: Broaden the definition of "personal knowledge" as it is currently stated in Texas Election Code
      i. Pursuant to Sec. 16.092 of the Texas Election Code, the challenge to registration must be "based on the personal knowledge of the voter desiring to challenge the registration".
         1. Greatly reduces the efficacy of citizen challenges
         2. Makes it highly unlikely that a registration challenge would ever be brought

7. **Require mandatory training for Deputy Registrars**
   a. Intent: Ensure proper completion of voter registration applications
      i. See Appendix B for examples*

8. **Require Deputy Registrars maintain residence in State 6 months prior to deputization**
   a. Intent: Prevent abuse of system by organizations outside the community
      i. Oral testimony from former Houston Votes employee suggests that Deputy Registrars are "moved around the Country to where they are needed.

9. **Require Deputy Registrars to be registered to vote in the State in which they are collecting registration**
   a. Intent: Prevent abuse of system by organizations outside the community
      i. Remove the phrase "if any" from Texas Election Code Sec. 13.033(b.4)
      ii. Oral testimony from former Houston Votes employee suggests that Deputy Registrars are "moved around the Country to where they are needed."

10. **Allow for Internet Voting for active military personnel stationed overseas**
   a. Intent: Create a process to allow overseas military personnel to vote using all electronic means (i.e. - Internet voting, email ballots, or by facsimile)
      i. Allow for the electronic <u>transmission</u> and <u>return</u> of ballot for qualified voters pursuant to Sec. 105.001
      ii. Reduce costs and burden for county clerks and/or election administrators
      iii. Ensure overseas military personnel are not disenfranchised
      iv. Can be used in conjunction with in-place voting system

11. **Prohibit Same Day registration**
   a. Intent: Maintain current timeline for voter registration application submissions.
      i. There are no barriers to registration that warrant necessity of Same Day option

12. **Increase penalties for Electioneering Distance violations**
   a. Intent: Deter elected officials or candidates from unduly influencing the outcome of an election
      i. Current penalties are not an effective deterrent
      ii. Elected Officials and candidates on the ballot can have a huge impact on the election
      iii. See Incident Reports 23, 25, 64, 456 and 189 for examples*

* Available at http://www.kingstreetpatriots.org/legislation

TX_0002533€

**Defendant's Exhibit #**
097

DE-000764

USA_00008558

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

**13. Require Election Officer complete Assistance Form each time assistance is provided to a voter**
   a. Intent: To deter illegal assistance
      i. Overwhelming majority of "assistance" offered was done so by aggressive Election Officers.
      ii. Such action is in clear violation of Texas Election Code Sec. 64.032(b).
      iii. True the Vote trained poll watchers observed that most assistance provided by Election Officers was in violation of Sec. 64.036 which is a Class A Misdemeanor.
      iv. See attached Incident Reports 53, 220, 283, 514, 229, 239 and 316 for examples and frequency of occurrences.*

**14. Require Secretary of State identify and purge voter registry of deceased and felons at standardized intervals**
   a. Intent: Ensure timely purger of voter registry

**15. Require Courts provide Secretary of State with records of final felony convictions**
   a. Intent: Ensure timely purger of voter registry

**16. Require each election day Election Officer pass a mandatory test**
   a. Intent: Ensure election integrity; improve efficiencies of early voting process.
      i. A significant number of Election Officers are untrained and oblivious of proper voting procedures
      ii. In a survey of True the Vote trained poll watchers, only 58% rated the Presiding Judge as competent.
      iii. The cost to equip 750 polling locations with 4 computer terminals and needed network equipment is estimated at a total of $1.5M

**17. Allow recording devices inside the polling place, while still requiring confidentiality of voter and ballot**
   a. Intent: Evidence collection
      i. The state of Louisiana allows video cameras inside the polling place (See: Op.Atty.Gen. No. 94-455, Oct. 18, 1994).
      ii. Several states (Massachusetts, Montana, Nebraska, North Dakota, Ohio, Oregon, Rhode Island, Tennessee, Vermont and Virginia) do not specifically prohibit video cameras

**18. Require confidentiality of identity and personal information of a Poll Watcher; impose penalties on any election officer who discloses such**
   a. Intent: To increase citizen participation and protect their interests

**19. Require all counties adopt the TEAM system and support online operation**
   a. Intent: HAVA compliance; to allow real-time voter registration updates to be propagated across involved counties in the cases when a voter moves, dies, or is convicted of a felony crime.
      i. Roughly 218 counties are "online" with the state's TEAM (Texas Election Administration Management) System.
      ii. TEAM online counties enter data and manage files directly into the official voter list on a real time basis

* Available at http://www.kingstreetpatriots.org/legislation

TX_00025337

**Defendant's Exhibit #**
097

DE-000765

USA_00008559

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

20. **Require peace officer serving in polling places to be TCLEOSE Certified**
    a.  Intent: Prevent untrained enforcement of Texas law
        i.   See Texas Election Code Sec. 32.075(b)

21. **Require Presiding Judge obtain approval before ejecting an Alternate Judge from a polling place**
    a.  Intent: Ensure the fairness and integrity of the electoral process
        i.   There is a balance maintained at a polling place with the requirement that each election judge must be from the opposing party
        ii.  A Presiding Judge ejected the Alternate Judge for insufficient grounds during the 2010 General Election
        iii. Require approval from the Presiding Judge's immediate superior of the community in maintaining the integrity of the election process

22. **Designate English as the official language of Texas and the only language used on ballots**
    a.  Intent: Reduce costs and burden on Counties where multiple languages are supported
        i.   Estimates show Harris County alone would save $1,000,000 per election if English was the sole language needed for registration and ballot requirements.
        ii.  In 2007, the Missouri General Assembly approved HJR 7 to place on the ballot a proposed Constitutional Amendment designating English as the official language. Voters approved the measure with nearly 90% voting in favor.

* Available at http://www.kingstreetpatriots.org/legislation

TX_00025338

**Defendant's Exhibit #**
097

DE-000766

USA_00008560



## OFFICE OF THE LIEUTENANT GOVERNOR
### David Dewhurst

**FOR IMMEDIATE RELEASE**
January 20, 2010

**CONTACT:** Mike Walz
(512) 463-0715
mike.walz@ltgov.state.tx.us

## Lt. Governor Dewhurst Statement Regarding
## Governor Perry's Emergency Call
*Voter ID and Federal Balanced Budget Amendment Added to Emergency Items*

AUSTIN— Today, Lt. Governor David Dewhurst issued the following statement regarding Governor Perry's declaration of additional emergency items for the 2011 legislative session:

"I'm pleased that Governor Perry has agreed to include a Federal Balanced Budget Amendment and Voter ID in his Emergency Call.

"Texas has a Constitutional duty to balance our budget which forces lawmakers to regularly review and prioritize state spending, and Washington should be forced to do the same with federal spending.

"Texans have fought and died for the principle of one person, one vote; and Republicans, Independents and Democrats all agree that we must uphold the integrity of our elections."

### ###

TX_00034448

**Defendant's Exhibit #
106**

DE-000817

USA_00008611

# The Senate of The State of Texas

## Senator Leticia Van de Putte, R. Ph.
District 26

January 21, 2011

The Honorable Robert Duncan
Texas Senate
3E.10 - Capitol Building
Austin, TX 78711

Senator Duncan:

Thank you for our candid discussion yesterday. After talking on the phone with those Senators who represent districts in which minority voters are electing candidates of their choice, and who also speak on behalf of the minority voters in the state, it is clear that there is widespread concern regarding the process we discussed. I want to reiterate our deep concern for the timing of the public hearing on voter I.D. legislation, along with other related troublesome issues. We are also extremely concerned that the timing of this will not allow the participation of those who would be deeply affected -- senior citizens, those with disabilities, students, and women with children.

First of all, the Lieutenant Governor, fully aware that most if not all of the Senators had left town on Thursday (if not Wednesday afternoon), waited until very late in the day Thursday to deliver a letter to Senators, literally slipping it under most office doors after hours, serving notice that the Senate would convene as a Committee-of-the-Whole the following Monday, four days later, in order to take up voter I.D. legislation. He did so a day after the Senate unanimously passed Senator Whitmire's resolution specifically authorizing all Senators to be absent from the Capitol until Monday afternoon.

Please understand the stark contrast to the previous session two years ago, when Senators knew a month or more in advance that a full hearing on this legislation would take place, and were able to adequately prepare for it.

Committee: Veteran Affairs and Military Installations, Chair
Business & Commerce • Education • State Affairs

Defendant's Exhibit #
107

DE-000818

TX_00034450

USA_00008612

It is impossible to interpret this action in any way other than to prevent a balanced discussion and full participation on this issue. With all due respect, no fair-minded judge in America would allow a trial involving fundamental rights to proceed without providing each side adequate time to prepare.

Additionally, as you know, on this issue alone, Senate Republicans have ensured that Senators representing districts in which minority voters are playing a determinative role in electing Senators of their choice will be unable to protect our constituents by blocking this legislation, by bypassing the Senate two-thirds tradition and instead considering voter I.D. legislation through a "special order"-- adopted in Senate rules earlier this week.  This action ensures that we cannot block this legislation as would be possible with any other legislation considered this session.  In previous legislative sessions in which we have preserved the two-thirds rule, all the Senators representing districts in which minority voters are playing a determinative role in electing the Senator of their choice did indeed block legislation designed to achieve the same result blocking the bill.

Some Senators also point out that under the Senate Rules of the 82nd Legislature (SR 36), there has been inadequate notice of posting under our rules to proceed with this legislation which cannot be remedied such that that any bill would be eligible to be heard on Monday.

Finally, I would again point out to you that Monday, in consultation with the state's leadership, we had already arranged to dedicate this day as "Wounded Warriors Day," in which combat veterans from across the state are to be honored by the Texas Senate.  I fear that to schedule a time-consuming and divisive hearing on voter I.D. legislation for the same day would be interpreted by these veterans, and many Texans, as disrespectful.

In light of all of the above, I again ask that you reconsider your decision to convene a Committee-of-the-Whole on Monday and instead afford Senators speaking on behalf of minority voters adequate time to prepare to address the issue and prepare a sufficient record for this completely different type of voter I.D. bill.

Sincerely,

Leticia Van de Putte, R.Ph.

cc: US Department of Justice, Voting Rights Section

**Defendant's Exhibit #**
**107**

TX_00034451
DE-000819

USA_00008613

PL589
9/2/2014
2:13-cv-00193



## OFFICE OF THE LIEUTENANT GOVERNOR
### David Dewhurst

**FOR IMMEDIATE RELEASE**
January 26, 2011

**CONTACT:** Mike Walz
(512) 463-0715
mike.walz@ltgov.state.tx.us

## Lt. Governor Dewhurst Statement Regarding Passage of Voter ID

AUSTIN— Today, Lt. Governor David Dewhurst issued the following statement regarding the Senate's passage of Voter ID legislation:

"I'm proud the Texas Senate has taken swift action on Voter ID because it's my hope to see this long-overdue legislation finally signed into law this year.  Voter ID will help stamp out voter fraud and increase public confidence in our election process by ensuring that only U.S. citizens − who are legally eligible − vote in Texas elections."

### ###

TX_00034462

**Defendant's Exhibit #**
**109**

DE-000821

USA_00008615

PL590
9/2/2014
2:13-cv-00193

552.111
all

5/26/11 LRT

DRAFT: Voter ID Bill Signing
May 27, 2011

- **This important legislation protects one of our most sacred rights: the right to vote.**

- **We know the threat of voter fraud is real. Deceased voters, felons, duplicate registrations / and non-residents remain on voter rolls / and our current election system is inadequate at catching in-person voting fraud.**

- **Requiring voters to show some form of ID at the polls is a <u>simple</u> and <u>reasonable</u> solution.**

- **You're asked for your photo ID when you buy Sudafed or board an airplane — shouldn't we apply the same standard to voting?**

1

TX_00034524

**Defendant's Exhibit #**
112

DE-000826

USA_00008620

5/26/11 LRT

- **Voter ID will help stamp out voter fraud and increase public confidence in our election process by ensuring that <u>only</u> <u>U.S.</u> <u>citizens</u> – who are legally eligible – vote in Texas elections.**

- **Generations of Americans have fought and died for the principle of <u>one</u> <u>U.S. citizen</u> / <u>one</u> <u>vote</u>.**

- **As lawmakers / we have a responsibility to protect and defend our Constitution and the laws of our state and nation / and I'm proud to stand with Governor Perry / the Texas Legislature / and the vast majority of Texans to uphold this basic American right.**

2

Defendant's Exhibit #
112

TX_00034525

DE-000827

USA_00008621

$552.111$
*all*

## TALKING POINTS (82R)

I. THE THREAT OF FRAUD IS REAL
 - Deceased voters, felons, duplicate registrations, and non-residents remain on
voter rolls (*2007 State Auditor report found over 49,000 of these possible
ineligible voters*)
 - Fraudulent registration applications are rampant (*over 6,000 applications by non-
citizens rejected in Harris County from 2004-2007, 2008 ACORN and 2010 Houston
Votes registration scandals made national news*)
 - Texas Election Administration Management (TEAM) system is improving, but
continues to have accuracy problems
 - Current election system is inadequate to catch in-person voting fraud

II. THIS BILL PROTECTS TEXAS VOTERS
 - Deters and detects fraud
 - Improves and modernizes election procedures
 - Protects against fraud enabled by inaccurate registration rolls
 - Counts only eligible voters' votes
 - Protects public confidence in elections

 *(These points are taken directly from Supreme Court opinion describing
 Indiana's "legitimate state interests" in adopting photo ID)*

III. THIS BILL REPRESENTS AN ATTEMPT TO ENSURE THAT EVERY ELIGIBLE
VOTER CAN VOTE AND THAT ONLY LEGITIMATE VOTES ARE COUNTED

 - Simplified bill requires photo ID
 - includes exemption for voters over 70 and a procedure for counting provisional
ballots
 - Similar to Indiana and Georgia laws (which were both upheld by the federal
authorities)
 - Requires months of statewide voter education efforts before law takes effect

TX_00034555

**Defendant's Exhibit #**
113

DE-000828

USA_00008622

PL592
9/2/2014
2:13-cv-00193

# VOTER ID - OVERVIEW

552.111
entire
document

## I.   LEGITIMATE STATE INTERESTS

- Detect and deter fraud

- Improve and modernize election procedures

- Protect public confidence in elections


## II.   BIG PICTURE

- This bill <u>simplifies</u> the process for voting

- To <u>ensure integrity of elections</u>, requires every voter to show a government-issued photo ID *and* increases criminal penalty for voter fraud

- To <u>ensure access to polls</u>, provides a few exceptions (elderly, religious, indigent)

- Provides <u>free ID</u> cards

- Provides <u>months of education</u> for voters and poll workers

- Secretary of State currently has federal <u>HAVA funds</u> to pay for implementation


## III.   LIKELY QUESTIONS FROM OPPONENTS

<u>"Where is the evidence of fraud?"</u>
- There is potential for fraud in registration, in-person voting, and counting of ballots. This bill addresses one type of potential fraud.
- In-person voter fraud is difficult to deter and detect under current laws.
- Supreme Court noted in *Crawford* that the risk of voter fraud is real and states have an interest in ensuring accurate elections.

<u>"What is the true cost of this bill?  Is this an unfunded mandate?"</u>
- The fiscal note is $2 million to pay for statewide education efforts, but Secretary of State testified in Senate that they have more than enough federal HAVA funds to pay that cost.
- Local governments will be conducting elections in mostly the same manner. Changing details of training or wording on notices should not add significant new costs.
- Free IDs have not proved to be a significant cost in other states. Most voters already have photo ID.

<u>"What about people who do not have access to photo ID?"</u>
- I am confident that every voter in Texas has or can obtain an acceptable photo ID.
- No voter has come forward in last three sessions of this debate to claim otherwise, and no such voter has come forward in Indiana or Georgia during last four years. In fact, voter turnout has increased in the years after implementation of voter ID in Indiana and Georgia.
- Bill requires free IDs and provides several exceptions to ID requirements. Also, current mail ballot exceptions (over 65, homebound, etc) will continue in law.

**Defendant's Exhibit #**
**114**

DE-000829

STANDARD OF REVIEW BY DEPARTMENT OF JUSTICE

### Background

Section 5 of the Voting Rights Act states that a covered jurisdiction (such as Texas) may not implement a change in its election laws or practices unless the jurisdiction demonstrates the change will be free of any racially discriminatory purpose or effect and will not be "retrogressive" and diminish the ability of minority citizens to vote. A covered jurisdiction must submit a proposed election law for formal approval to either the United States Department of Justice - Civil Rights Division <u>or</u> to the United States District Court for the District of Columbia (represented by a randomly chosen three-judge panel) for a declaratory judgment that the proposed law is acceptable.

### Standard of legal review

Georgia is the only Section 5 state with a photo ID requirement. In 2005, mid-level DOJ staff rejected Georgia's proposed law, but were overruled by Bush-appointed senior DOJ staff. Presumably, senior staff appointed by Obama will be less inclined to do so. The 2005 DOJ legal review of the Georgia law indicates that the DOJ is most concerned with the following factors:

#### IS THERE A RETROGRESSIVE EFFECT?
- Did Texas produce or consider any evidence regarding whether Hispanics and blacks are less likely to possess or obtain a photo ID?
- How did the minority members of the legislature vote on the proposed changes in law?

#### IS THERE A LESS RETROGRESSIVE ALTERNATIVE?
- Are non-photo documents (birth certificate, social security cards, etc) proven to be unreliable or lack security (ie. is there evidence of theft, forgery, or fraud)?
- Is there evidence that criminal penalties are insufficient to deter voter fraud?
- Are there additional forms of photo ID that could be accepted for voting?

#### DOES THE NEW LAW INCLUDE MITIGATING EFFECTS?
- Are photo IDs free of charge and widely available?
- Is there a phased-in period of implementation?
- Are there "fail-safe" procedures (ie. permit voting if voter signs and affidavit, etc)?
- Are there education efforts targeted at minority communities?
- Is there a program designed to provide photo IDs in isolated and impoverished areas?
- Are there other programs or factors designed to minimize the impact on minority voters?

#### HOW DOES THIS LAW COMPARE TO THE LAW OF OTHER STATES?
- Is it more or less restrictive than identification laws in other states?

### Conclusion

The 2005 DOJ staff placed a lot of emphasis on whether a state allows non-photo ID options, accepts enough forms of photo ID, or includes a "fail-safe" procedure for voting without a photo ID. Without inclusion of these three options, it seems doubtful that the DOJ staff will recommend preclearance of a photo ID law.

It is also possible that the DOJ will be reluctant to deny preclearance and have the case go before the US Supreme Court, which could use the opportunity to overturn some or all of Section 5 of the Voting Rights Act.

It is unclear how a DC Circuit Court would rule on this matter and unclear how the US Supreme Court's 2008 ruling in the Indiana photo ID case or 2009 ruling in the NAMUDNO case would impact a DOJ decision.

TX_00034559

**Defendant's Exhibit #**
**115**

DE-000830

USA_00008624

| | |
|---|---|
| **From:** | John Sepehri |
| **Sent:** | Monday, February 23, 2009 2:14 PM |
| **To:** | 'Jennifer Fagan_SC' |
| **Subject:** | FW: SoS' Business & Public Filings Bills |

Hello Jennifer—I hope you are not too totally swamped.  Regarding our non-elections bills, I asked Marty Brandy for some thoughts on the House side.  Per below, she suggested that if all the bills were going to have senate sponsors that the senators usually like to find house sponsors.  So, since I think you are working on suggesting the bills to senate sponsors for all the proposed bills, even the ones that may not be appropriate for your boss to consider, I guess based on Brandy's thought below, I am just going to cool my jets on the House side.  Let me know if you have any thoughts to the contrary (that you would formulate in all your spare time ☺ ).  Thanks again for all your help.

JS

---

**From:** Brandy Marty [mailto:brandy.marty@governor.state.tx.us]
**Sent:** Sunday, February 22, 2009 6:35 PM
**To:** John Sepehri
**Subject:** RE: SoS' Business & Public Filings Bills

Hi John,
So all your bills are in with Senators, correct?  If that is the case, the Senators will usually choose House sponsors.  Or did you have other bills that still have not found a sponsor on either side?
Thanks,
Brandy

---

**From:** John Sepehri [mailto:JSepehri@sos.state.tx.us]
**Sent:** Friday, February 20, 2009 1:44 PM
**To:** Brandy Marty
**Subject:** SoS' Business & Public Filings Bills

Hello Brandy:

I hope all is well.  David Eichler has helped us with our suggestions for useful mechanical legislation on the senate side (with Jennifer Fagan who got bill drafting requests to leg council and who is assisting with potential senators who may be interested in sponsoring some of the ideas).  I am trying to determine whether we should also try and make suggestions through the house since there are still a few weeks for filing deadlines.  Would you have a little bit of time next week to discuss?  Maybe it's enough to just make the suggestions on the senate side for business and public filings' ideas (for our elections mechanical/clean up ideas we are working on suggesting these to both chambers).  But I thought I should check with you.

Best,

JS

TX_00039986

**Defendant's Exhibit #**
120

DE-000836

USA_00008630

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 |   |   | Without TDL/ID | | Without TDL/ID | |
| 2 | County Code | County Name | Active | Suspense | Active | Suspense |
| 3 | 001 | ANDERSON | 4,677 | 215 | 3,665 | 99 |
| 4 | 002 | ANDREWS | 1,459 | 70 | 1,138 | 33 |
| 5 | 003 | ANGELINA | 7,541 | 577 | 5,572 | 292 |
| 6 | 004 | ARANSAS | 1,177 | 100 | 858 | 44 |
| 7 | 005 | ARCHER | 1,390 | 49 | 1,097 | 17 |
| 8 | 006 | ARMSTRONG | 261 | 0 | 194 | 0 |
| 9 | 007 | ATASCOSA | 3,874 | 167 | 2,634 | 65 |
| 10 | 008 | AUSTIN | 2,769 | 125 | 2,252 | 44 |
| 11 | 009 | BAILEY | 298 | 18 | 129 | 9 |
| 12 | 010 | BANDERA | 750 | 102 | 475 | 31 |
| 13 | 011 | BASTROP | 5,016 | 385 | 3,724 | 152 |
| 14 | 012 | BAYLOR | 134 | 3 | 47 | 0 |
| 15 | 013 | BEE | 1,904 | 151 | 1,167 | 84 |
| 16 | 014 | BELL | 16,635 | 3,701 | 10,470 | 1,221 |
| 17 | 015 | BEXAR | 151,572 | 12,360 | 108,659 | 5,408 |
| 18 | 016 | BLANCO | 1,020 | 45 | 812 | 19 |
| 19 | 017 | BORDEN | 142 | 0 | 114 | 0 |
| 20 | 018 | BOSQUE | 1,904 | 100 | 1,475 | 43 |
| 21 | 019 | BOWIE | 9,875 | 798 | 7,666 | 340 |
| 22 | 020 | BRAZORIA | 19,862 | 1,597 | 15,816 | 760 |
| 23 | 021 | BRAZOS | 6,799 | 1,073 | 4,241 | 354 |
| 24 | 022 | BREWSTER | 1,272 | 126 | 824 | 57 |
| 25 | 023 | BRISCOE | 140 | 6 | 61 | 1 |
| 26 | 024 | BROOKS | 2,541 | 1 | 1,261 | 0 |
| 27 | 025 | BROWN | 2,925 | 164 | 2,237 | 63 |
| 28 | 026 | BURLESON | 2,135 | 116 | 1,614 | 47 |
| 29 | 027 | BURNET | 2,114 | 155 | 1,574 | 78 |
| 30 | 028 | CALDWELL | 3,353 | 296 | 2,185 | 86 |
| 31 | 029 | CALHOUN | 1,987 | 85 | 1,416 | 25 |
| 32 | 030 | CALLAHAN | 1,769 | 100 | 1,375 | 40 |
| 33 | 031 | CAMERON | 43,441 | 2,597 | 30,186 | 1,398 |
| 34 | 032 | CAMP | 1,438 | 82 | 1,055 | 34 |
| 35 | 033 | CARSON | 1,055 | 41 | 866 | 9 |
| 36 | 034 | CASS | 3,633 | 178 | 2,698 | 90 |
| 37 | 035 | CASTRO | 1,096 | 65 | 786 | 20 |
| 38 | 036 | CHAMBERS | 4,347 | 337 | 2,907 | 108 |
| 39 | 037 | CHEROKEE | 1,829 | 238 | 1,101 | 75 |
| 40 | 038 | CHILDRESS | 795 | 32 | 596 | 17 |
| 41 | 039 | CLAY | 1,572 | 68 | 1,304 | 33 |
| 42 | 040 | COCHRAN | 400 | 34 | 291 | 8 |
| 43 | 041 | COKE | 408 | 49 | 297 | 12 |
| 44 | 042 | COLEMAN | 846 | 47 | 660 | 16 |
| 45 | 043 | COLLIN | 39,349 | 3,321 | 31,524 | 1,590 |

TX_00044431

**Defendant's Exhibit #**
122

DE-000838

USA_00008632

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 46 | 044 | COLLINGSWORTH | 692 | 26 | 496 | 9 |
| 47 | 045 | COLORADO | 2,125 | 86 | 1,567 | 30 |
| 48 | 046 | COMAL | 6,635 | 706 | 4,977 | 304 |
| 49 | 047 | COMANCHE | 1,925 | 203 | 1,417 | 51 |
| 50 | 048 | CONCHO | 354 | 10 | 256 | 0 |
| 51 | 049 | COOKE | 3,138 | 137 | 2,588 | 67 |
| 52 | 050 | CORYELL | 3,161 | 874 | 1,723 | 219 |
| 53 | 051 | COTTLE | 154 | 11 | 80 | 0 |
| 54 | 052 | CRANE | 707 | 46 | 556 | 22 |
| 55 | 053 | CROCKETT | 588 | 25 | 343 | 5 |
| 56 | 054 | CROSBY | 886 | 50 | 572 | 23 |
| 57 | 055 | CULBERSON | 510 | 35 | 294 | 14 |
| 58 | 056 | DALLAM | 725 | 64 | 542 | 29 |
| 59 | 057 | DALLAS | 176,037 | 12,685 | 122,079 | 5,156 |
| 60 | 058 | DAWSON | 1,899 | 100 | 1,184 | 32 |
| 61 | 059 | DEAF SMITH | 1,942 | 147 | 1,397 | 72 |
| 62 | 060 | DELTA | 1,134 | 12 | 808 | 4 |
| 63 | 061 | DENTON | 41,522 | 3,828 | 34,662 | 1,694 |
| 64 | 062 | DEWITT | 2,197 | 106 | 1,690 | 41 |
| 65 | 063 | DICKENS | 209 | 3 | 124 | 1 |
| 66 | 064 | DIMMIT | 2,548 | 165 | 1,463 | 72 |
| 67 | 065 | DONLEY | 532 | 37 | 378 | 12 |
| 68 | 066 | DUVAL | 2,373 | 312 | 1,410 | 105 |
| 69 | 067 | EASTLAND | 2,162 | 136 | 1,665 | 75 |
| 70 | 068 | ECTOR | 9,660 | 626 | 7,120 | 274 |
| 71 | 069 | EDWARDS | 276 | 35 | 192 | 8 |
| 72 | 070 | ELLIS | 11,528 | 621 | 9,010 | 234 |
| 73 | 071 | EL PASO | 73,740 | 1,063 | 45,363 | 661 |
| 74 | 072 | ERATH | 852 | 205 | 550 | 56 |
| 75 | 073 | FALLS | 1,806 | 25 | 1,143 | 8 |
| 76 | 074 | FANNIN | 4,723 | 251 | 3,503 | 105 |
| 77 | 075 | FAYETTE | 2,431 | 65 | 1,879 | 19 |
| 78 | 076 | FISHER | 610 | 29 | 449 | 6 |
| 79 | 077 | FLOYD | 317 | 45 | 161 | 10 |
| 80 | 078 | FOARD | 195 | 0 | 82 | 0 |
| 81 | 079 | FORT BEND | 42,774 | 2,817 | 33,837 | 1,315 |
| 82 | 080 | FRANKLIN | 685 | 63 | 504 | 25 |
| 83 | 081 | FREESTONE | 1,826 | 129 | 1,396 | 61 |
| 84 | 082 | FRIO | 3,030 | 311 | 1,700 | 107 |
| 85 | 083 | GAINES | 1,829 | 93 | 1,307 | 40 |
| 86 | 084 | GALVESTON | 25,849 | 2,668 | 19,431 | 1,266 |
| 87 | 085 | GARZA | 941 | 61 | 634 | 27 |
| 88 | 086 | GILLESPIE | 2,046 | 43 | 1,761 | 22 |
| 89 | 087 | GLASSCOCK | 221 | 4 | 170 | 1 |
| 90 | 088 | GOLIAD | 1,380 | 61 | 930 | 15 |

TX_00044432

**Defendant's Exhibit #**
122

DE-000839

USA_00008633

|     | A    | B          | C       | D      | E       | F     |
|-----|------|------------|---------|--------|---------|-------|
| 91  | 089  | GONZALES   | 2,371   | 116    | 1,579   | 37    |
| 92  | 090  | GRAY       | 2,663   | 0      | 1,975   | 0     |
| 93  | 091  | GRAYSON    | 8,711   | 624    | 6,769   | 302   |
| 94  | 092  | GREGG      | 9,853   | 951    | 7,353   | 432   |
| 95  | 093  | GRIMES     | 1,424   | 129    | 819     | 45    |
| 96  | 094  | GUADALUPE  | 8,763   | 508    | 6,658   | 194   |
| 97  | 095  | HALE       | 4,626   | 435    | 3,168   | 182   |
| 98  | 096  | HALL       | 242     | 24     | 122     | 9     |
| 99  | 097  | HAMILTON   | 955     | 45     | 777     | 15    |
| 100 | 098  | HANSFORD   | 702     | 20     | 514     | 7     |
| 101 | 099  | HARDEMAN   | 200     | 21     | 122     | 7     |
| 102 | 100  | HARDIN     | 6,139   | 180    | 4,553   | 51    |
| 103 | 101  | HARRIS     | 281,147 | 19,898 | 204,561 | 8,605 |
| 104 | 102  | HARRISON   | 7,646   | 724    | 5,341   | 264   |
| 105 | 103  | HARTLEY    | 562     | 29     | 430     | 14    |
| 106 | 104  | HASKELL    | 1,320   | 94     | 1,001   | 31    |
| 107 | 105  | HAYS       | 13,277  | 1,722  | 9,300   | 423   |
| 108 | 106  | HEMPHILL   | 523     | 2      | 412     | 0     |
| 109 | 107  | HENDERSON  | 6,192   | 541    | 4,388   | 232   |
| 110 | 108  | HIDALGO    | 68,145  | 4,771  | 45,621  | 2,571 |
| 111 | 109  | HILL       | 2,550   | 172    | 1,937   | 83    |
| 112 | 110  | HOCKLEY    | 2,587   | 123    | 1,927   | 46    |
| 113 | 111  | HOOD       | 3,428   | 271    | 2,786   | 138   |
| 114 | 112  | HOPKINS    | 2,382   | 176    | 1,741   | 76    |
| 115 | 113  | HOUSTON    | 2,298   | 252    | 1,718   | 115   |
| 116 | 114  | HOWARD     | 3,300   | 251    | 2,362   | 119   |
| 117 | 115  | HUDSPETH   | 390     | 20     | 266     | 9     |
| 118 | 116  | HUNT       | 6,272   | 592    | 5,015   | 266   |
| 119 | 117  | HUTCHINSON | 2,389   | 148    | 1,793   | 66    |
| 120 | 118  | IRION      | 308     | 12     | 221     | 2     |
| 121 | 119  | JACK       | 918     | 49     | 730     | 20    |
| 122 | 120  | JACKSON    | 1,732   | 90     | 1,335   | 39    |
| 123 | 121  | JASPER     | 6,115   | 436    | 4,268   | 191   |
| 124 | 122  | JEFF DAVIS | 315     | 1      | 201     | 0     |
| 125 | 123  | JEFFERSON  | 8,505   | 1,086  | 4,146   | 373   |
| 126 | 124  | JIM HOGG   | 1,221   | 52     | 770     | 25    |
| 127 | 125  | JIM WELLS  | 5,997   | 326    | 3,879   | 141   |
| 128 | 126  | JOHNSON    | 9,871   | 514    | 8,085   | 239   |
| 129 | 127  | JONES      | 1,467   | 98     | 1,139   | 35    |
| 130 | 128  | KARNES     | 1,716   | 96     | 1,206   | 45    |
| 131 | 129  | KAUFMAN    | 8,398   | 605    | 6,273   | 238   |
| 132 | 130  | KENDALL    | 2,748   | 132    | 2,210   | 55    |
| 133 | 131  | KENEDY     | 84      | 7      | 50      | 4     |
| 134 | 132  | KENT       | 167     | 3      | 125     | 1     |
| 135 | 133  | KERR       | 2,929   | 272    | 2,218   | 118   |

TX_00044433

**Defendant's Exhibit #**
122

DE-000840

USA_00008634

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 136 | 134 | KIMBLE | 386 | 16 | 311 | 2 |
| 137 | 135 | KING | 69 | 0 | 55 | 0 |
| 138 | 136 | KINNEY | 494 | 30 | 327 | 7 |
| 139 | 137 | KLEBERG | 2,634 | 241 | 1,814 | 76 |
| 140 | 138 | KNOX | 349 | 15 | 247 | 9 |
| 141 | 139 | LAMAR | 4,038 | 290 | 2,908 | 147 |
| 142 | 140 | LAMB | 2,093 | 137 | 1,358 | 54 |
| 143 | 141 | LAMPASAS | 1,411 | 129 | 1,006 | 56 |
| 144 | 142 | LA SALLE | 1,462 | 53 | 799 | 18 |
| 145 | 143 | LAVACA | 2,589 | 66 | 2,095 | 22 |
| 146 | 144 | LEE | 2,176 | 73 | 1,701 | 38 |
| 147 | 145 | LEON | 2,019 | 155 | 1,581 | 59 |
| 148 | 146 | LIBERTY | 7,556 | 881 | 5,125 | 387 |
| 149 | 147 | LIMESTONE | 2,549 | 175 | 1,797 | 66 |
| 150 | 148 | LIPSCOMB | 409 | 22 | 319 | 10 |
| 151 | 149 | LIVE OAK | 1,098 | 89 | 674 | 36 |
| 152 | 150 | LLANO | 972 | 85 | 713 | 45 |
| 153 | 151 | LOVING | 58 | 0 | 25 | 0 |
| 154 | 152 | LUBBOCK | 20,810 | 1,907 | 15,658 | 726 |
| 155 | 153 | LYNN | 1,292 | 28 | 861 | 5 |
| 156 | 154 | MADISON | 1,315 | 15 | 930 | 10 |
| 157 | 155 | MARION | 604 | 69 | 273 | 22 |
| 158 | 156 | MARTIN | 756 | 11 | 504 | 2 |
| 159 | 157 | MASON | 593 | 20 | 468 | 9 |
| 160 | 158 | MATAGORDA | 3,954 | 544 | 2,925 | 290 |
| 161 | 159 | MAVERICK | 7,018 | 255 | 4,196 | 103 |
| 162 | 160 | MCCULLOCH | 865 | 54 | 655 | 16 |
| 163 | 161 | MCLENNAN | 16,874 | 1,421 | 12,317 | 507 |
| 164 | 162 | MCMULLEN | 215 | 14 | 154 | 2 |
| 165 | 163 | MEDINA | 4,751 | 206 | 3,568 | 98 |
| 166 | 164 | MENARD | 421 | 78 | 296 | 16 |
| 167 | 165 | MIDLAND | 9,809 | 580 | 8,189 | 318 |
| 168 | 166 | MILAM | 2,890 | 188 | 2,277 | 87 |
| 169 | 167 | MILLS | 696 | 1 | 519 | 1 |
| 170 | 168 | MITCHELL | 856 | 71 | 546 | 18 |
| 171 | 169 | MONTAGUE | 1,524 | 92 | 1,218 | 44 |
| 172 | 170 | MONTGOMERY | 28,044 | 1,874 | 23,502 | 939 |
| 173 | 171 | MOORE | 1,750 | 99 | 1,387 | 38 |
| 174 | 172 | MORRIS | 687 | 226 | 345 | 39 |
| 175 | 173 | MOTLEY | 61 | 6 | 27 | 1 |
| 176 | 174 | NACOGDOCHES | 4,500 | 432 | 3,327 | 131 |
| 177 | 175 | NAVARRO | 3,778 | 171 | 2,717 | 74 |
| 178 | 176 | NEWTON | 2,702 | 143 | 1,564 | 59 |
| 179 | 177 | NOLAN | 267 | 31 | 120 | 8 |
| 180 | 178 | NUECES | 33,571 | 3,875 | 25,043 | 1,769 |

TX_00044434

**Defendant's Exhibit #**
122

DE-000841

USA_00008635

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 181 | 179 | OCHILTREE | 1,551 | 89 | 1,236 | 44 |
| 182 | 180 | OLDHAM | 327 | 25 | 265 | 4 |
| 183 | 181 | ORANGE | 7,078 | 520 | 5,634 | 245 |
| 184 | 182 | PALO PINTO | 2,458 | 177 | 1,881 | 77 |
| 185 | 183 | PANOLA | 1,267 | 133 | 680 | 64 |
| 186 | 184 | PARKER | 9,378 | 520 | 7,791 | 217 |
| 187 | 185 | PARMER | 1,989 | 127 | 1,456 | 55 |
| 188 | 186 | PECOS | 1,562 | 60 | 1,050 | 21 |
| 189 | 187 | POLK | 7,565 | 445 | 5,548 | 207 |
| 190 | 188 | POTTER | 6,389 | 537 | 5,189 | 238 |
| 191 | 189 | PRESIDIO | 2,445 | 12 | 1,165 | 1 |
| 192 | 190 | RAINS | 1,005 | 75 | 778 | 26 |
| 193 | 191 | RANDALL | 9,739 | 587 | 8,048 | 246 |
| 194 | 192 | REAGAN | 396 | 31 | 307 | 13 |
| 195 | 193 | REAL | 450 | 21 | 290 | 5 |
| 196 | 194 | RED RIVER | 1,745 | 85 | 1,277 | 47 |
| 197 | 195 | REEVES | 1,771 | 53 | 1,209 | 25 |
| 198 | 196 | REFUGIO | 997 | 56 | 705 | 29 |
| 199 | 197 | ROBERTS | 99 | 10 | 56 | 3 |
| 200 | 198 | ROBERTSON | 2,517 | 320 | 1,675 | 111 |
| 201 | 199 | ROCKWALL | 5,201 | 289 | 4,137 | 124 |
| 202 | 200 | RUNNELS | 236 | 25 | 118 | 10 |
| 203 | 201 | RUSK | 6,820 | 391 | 5,044 | 172 |
| 204 | 202 | SABINE | 1,520 | 169 | 980 | 82 |
| 205 | 203 | SAN AUGUSTINE | 1,815 | 94 | 1,068 | 31 |
| 206 | 204 | SAN JACINTO | 2,409 | 183 | 1,649 | 59 |
| 207 | 205 | SAN PATRICIO | 7,446 | 1,409 | 4,705 | 428 |
| 208 | 206 | SAN SABA | 766 | 25 | 579 | 12 |
| 209 | 207 | SCHLEICHER | 276 | 13 | 156 | 4 |
| 210 | 208 | SCURRY | 1,062 | 82 | 648 | 27 |
| 211 | 209 | SHACKELFORD | 595 | 30 | 434 | 11 |
| 212 | 210 | SHELBY | 1,455 | 129 | 629 | 38 |
| 213 | 211 | SHERMAN | 450 | 18 | 340 | 9 |
| 214 | 212 | SMITH | 6,023 | 1,584 | 2,750 | 347 |
| 215 | 213 | SOMERVELL | 1,084 | 43 | 806 | 13 |
| 216 | 214 | STARR | 8,604 | 1,216 | 5,233 | 435 |
| 217 | 215 | STEPHENS | 1,316 | 59 | 976 | 25 |
| 218 | 216 | STERLING | 239 | 16 | 178 | 4 |
| 219 | 217 | STONEWALL | 124 | 0 | 73 | 0 |
| 220 | 218 | SUTTON | 710 | 49 | 505 | 21 |
| 221 | 219 | SWISHER | 227 | 32 | 103 | 14 |
| 222 | 220 | TARRANT | 117,463 | 9,148 | 95,873 | 4,574 |
| 223 | 221 | TAYLOR | 9,173 | 934 | 7,160 | 339 |
| 224 | 222 | TERRELL | 221 | 0 | 134 | 0 |
| 225 | 223 | TERRY | 1,120 | 112 | 715 | 30 |

TX_00044435

**Defendant's Exhibit #**
122

DE-000842

USA_00008636

|     | A   | B               | C         | D       | E         | F      |
|-----|-----|-----------------|-----------|---------|-----------|--------|
| 226 | 224 | THROCKMORTON    | 353       | 3       | 270       | 0      |
| 227 | 225 | TITUS           | 2,341     | 185     | 1,616     | 75     |
| 228 | 226 | TOM GREEN       | 8,665     | 674     | 6,813     | 267    |
| 229 | 227 | TRAVIS          | 92,269    | 9,824   | 65,903    | 3,617  |
| 230 | 228 | TRINITY         | 2,722     | 414     | 1,683     | 118    |
| 231 | 229 | TYLER           | 1,661     | 245     | 1,028     | 120    |
| 232 | 230 | UPSHUR          | 4,695     | 532     | 3,389     | 211    |
| 233 | 231 | UPTON           | 499       | 20      | 324       | 3      |
| 234 | 232 | UVALDE          | 3,741     | 214     | 2,382     | 91     |
| 235 | 233 | VAL VERDE       | 1,890     | 480     | 975       | 160    |
| 236 | 234 | VAN ZANDT       | 4,504     | 120     | 3,217     | 44     |
| 237 | 235 | VICTORIA        | 8,108     | 389     | 6,350     | 172    |
| 238 | 236 | WALKER          | 2,644     | 286     | 1,899     | 86     |
| 239 | 237 | WALLER          | 4,959     | 1,017   | 2,372     | 113    |
| 240 | 238 | WARD            | 1,244     | 68      | 975       | 31     |
| 241 | 239 | WASHINGTON      | 3,568     | 214     | 2,835     | 92     |
| 242 | 240 | WEBB            | 20,106    | 949     | 13,648    | 474    |
| 243 | 241 | WHARTON         | 5,225     | 265     | 4,051     | 117    |
| 244 | 242 | WHEELER         | 270       | 32      | 163       | 13     |
| 245 | 243 | WICHITA         | 2,298     | 1,222   | 886       | 313    |
| 246 | 244 | WILBARGER       | 1,697     | 73      | 1,274     | 28     |
| 247 | 245 | WILLACY         | 3,791     | 2       | 2,250     | 0      |
| 248 | 246 | WILLIAMSON      | 24,412    | 1,784   | 19,962    | 796    |
| 249 | 247 | WILSON          | 5,658     | 243     | 4,334     | 97     |
| 250 | 248 | WINKLER         | 709       | 42      | 506       | 20     |
| 251 | 249 | WISE            | 3,271     | 217     | 2,618     | 112    |
| 252 | 250 | WOOD            | 3,668     | 398     | 2,847     | 90     |
| 253 | 251 | YOAKUM          | 819       | 60      | 590       | 22     |
| 254 | 252 | YOUNG           | 2,203     | 106     | 1,717     | 55     |
| 255 | 253 | ZAPATA          | 2,294     | 88      | 1,540     | 27     |
| 256 | 254 | ZAVALA          | 3,998     | 155     | 2,256     | 66     |
| 257 |     |                 |           |         |           |        |
| 258 |     | Statewide Total | 1,946,256 | 150,533 | 1,412,627 | 63,265 |

**TX_00044436**

**Defendant's Exhibit #**
122

DE-000843

USA_00008637

# DOJ Project Requirements

Statewide DPS/SOS Match

Voters with TDL/ID - Ethnicity Statistics

## DPS Record Layout (best guess):

The following is a statewide list of Drivers/ID Holders from DPS.

| Field Name | Field Type | Field Length | Comment |
|---|---|---|---|
| County Code | Text | 3 | Value contains only numeric digits 001-254 with leading zeroes. |
| Last Name | Text | 40 | |
| First Name | Text | 40 | |
| Middle Name | Text | 40 | |
| Name Suffix | Text | 5 | |
| SSN | Text | 9 | |
| Gender | Text | 1 | |
| TDL/ID | Text | 10 | Texas Driver's License Number/Identification Number |
| Date of Issuance | Date | mm/dd/yyyy | |
| Date of Birth | Date | mm/dd/yyyy | |
| Ethnicity | Text | ??? | Value contains the following ethnicity tracked by DPS:<br>• Hispanic (tracked since 2009)<br>• American Indian/Alaskan Native<br>• Asian/Pacific Islander<br>• Black<br>• White<br>• Other |

TX_00053889

**Defendant's Exhibit #
127**

DE-000851

USA_00008645

**Database Table structure:**

The following table would be in the TEAM data warehouse database under the "TEAM_EXT" schema:

**dps_driver_ethnicity**

| Column Name | Column Type | Column Length | Comment |
|---|---|---|---|
| DPS_DRIVER_ETHNICITY_ID | Number | 10 | Primary Key (sequence) |
| JUR_ID | Number | 10 | |
| LAST_NAME | Varchar2 | 50 | |
| FIRST_NAME | Varchar2 | 50 | |
| MIDDLE_NAME | Varchar2 | 50 | |
| NAME_SUFFIX | Varchar2 | 5 | |
| SSN | Varchar2 | 9 | |
| GENDER | Char | 1 | |
| ID_NUMBER | Varchar2 | 20 | Texas Driver's License Number/Identification Number |
| DATE_OF_ISSUANCE | Date | | |
| DATE_OF_BIRTH | Date | | |
| ETHNICITY | Varchar2 | ??? | Value contains the following ethnicity tracked by DPS: |

Value contains the following ethnicity tracked by DPS:
- Hispanic (tracked since 2009)
- American Indian/Alaskan Native
- Asian/Pacific Islander
- Black
- White
- Other

TX_00053890

Defendant's Exhibit #
127

DE-000852

USA_00008646

**sos_voter_ethnicity**

| Column Name | Column Type | Column Length | Comment |
| --- | --- | --- | --- |
| VOTER_COUNTY_ID | Number | 10 | |
| JUR_ID | Number | 10 | |
| VUID | Varchar2 | 32 | |
| LAST_NAME | Varchar2 | 50 | |
| FIRST_NAME | Varchar2 | 50 | |
| MIDDLE_NAME | Varchar2 | 50 | |
| FORMER_LAST_NAME | Varchar2 | 50 | |
| NAME_SUFFIX_CODE | Varchar2 | 12 | |
| SSN | Varchar2 | 9 | |
| GENDER_CODE | Varchar2 | 12 | |
| OFFICIAL_ID_NUMBER | Varchar2 | 20 | Texas Driver's License Number/Identification Number |
| DATE_OF_BIRTH | Date | | |
| SPANISH_SURNAME | Char | 1 | |
| VOTER_STATUS_CODE | Varchar2 | 12 | Active (V), Suspense (S), and Live Check (L) voter status Only |
| DPS_DRIVER_ETHNICITY_ID | Number | 10 | Once Matched, update this column with value from dps_driver_ethnicity table. |
| MATCH_FLAG | Varchar2 | 2 | Flag that indicates how data was matched between DPS and SOS:<br>T = Last, First, DOB, and TDL/ID<br>S = Last, First, DOB, and SSN<br>D= Last, First, and DOB |
| ETHNICITY | Varchar2 | ??? | Once Matched, update this column with value from the dps_driver_ethnicity table. Value contains the following ethnicity tracked by DPS:<br>• Hispanic (tracked since 2009)<br>• American Indian/Alaskan Native<br>• Asian/Pacific Islander<br>• Black<br>• White |

Page **3** of **4**

**TX_00053891**

**Defendant's Exhibit #**
**127**

DE-000853

USA_00008647



**Proposed Procedure to follow:**

1. Load the DPS statewide Driver/ID data into dps_driver_ethnicity table (using SQL*LOADER).
2. Insert SOS Driver/ID data into sos_voter_ethnicity table.
3. Match DPS Driver/ID data to SOS Voter and update the following column from the sos_voter_ethnicity table.
   - DPS_DRIVER_ETHNICITY_ID
   - MATCH_FLAG
   - ETHNICITY
   - Other

Matching Criteria:
   - Last Name, First Name, Date of Birth, TDL/ID
   - Last Name, First Name, Date of Birth, SSN
   - Last Name, First Name, Date of Birth

4. Query the sos_voter_ethnicity table to get statistics to send to OOI.



Defendant's Exhibit # 127

TX_00053892

DE-000854

| | |
|---|---|
| **From:** | John Mendoza |
| **Sent:** | Tuesday, January 25, 2011 1:03 PM |
| **To:** | Karen Richards |
| **Cc:** | Lee Guyette |
| **Subject:** | Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)... |
| **Attachments:** | statewide_voters_wo_tdl_cnts.xls |

Karen,

Here's the totals I came up with on short notice.

Per our discussion:
- "Without TDL/ID" means doesn't have a Texas drivers license or ID
- "Without TDL/ID with DPS match" means using the information we received from DPS for the Annual Jury Wheel process, we found a match using the following criteria:
    1. Same County Code
    2. Same Last Name
    3. Same First Name
    4. Same Date of Birth
- Only looked at the V and S voter status records (Note: there were no "L" voter status records).

Note: 2 ½ hours spent on this request.

JohnM.

1

TX_00053964

**Defendant's Exhibit #**
128

DE-000855

USA_00008649

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 |   |   | Without TDL/ID | | Without TDL/ID | |
| 2 | County Code | County Name | Active | Suspense | Active | Suspense |
| 3 | 001 | ANDERSON | 7,036 | 318 | 5,382 | 152 |
| 4 | 002 | ANDREWS | 2,078 | 102 | 1,587 | 43 |
| 5 | 003 | ANGELINA | 11,290 | 735 | 8,334 | 361 |
| 6 | 004 | ARANSAS | 1,914 | 153 | 1,463 | 70 |
| 7 | 005 | ARCHER | 1,982 | 66 | 1,550 | 26 |
| 8 | 006 | ARMSTRONG | 430 | 0 | 253 | 0 |
| 9 | 007 | ATASCOSA | 5,229 | 201 | 3,578 | 79 |
| 10 | 008 | AUSTIN | 3,979 | 161 | 3,202 | 64 |
| 11 | 009 | BAILEY | 377 | 18 | 155 | 9 |
| 12 | 010 | BANDERA | 991 | 125 | 634 | 38 |
| 13 | 011 | BASTROP | 6,857 | 479 | 5,036 | 187 |
| 14 | 012 | BAYLOR | 241 | 4 | 85 | 1 |
| 15 | 013 | BEE | 2,538 | 175 | 1,566 | 93 |
| 16 | 014 | BELL | 22,193 | 3,964 | 14,670 | 1,329 |
| 17 | 015 | BEXAR | 207,811 | 14,884 | 149,430 | 6,337 |
| 18 | 016 | BLANCO | 1,490 | 53 | 1,189 | 20 |
| 19 | 017 | BORDEN | 213 | 0 | 166 | 0 |
| 20 | 018 | BOSQUE | 3,003 | 156 | 2,344 | 62 |
| 21 | 019 | BOWIE | 14,289 | 1,006 | 11,162 | 439 |
| 22 | 020 | BRAZORIA | 26,782 | 1,953 | 21,546 | 923 |
| 23 | 021 | BRAZOS | 9,129 | 1,177 | 5,845 | 391 |
| 24 | 022 | BREWSTER | 1,779 | 151 | 1,123 | 75 |
| 25 | 023 | BRISCOE | 204 | 6 | 87 | 1 |
| 26 | 024 | BROOKS | 3,675 | 1 | 1,610 | 0 |
| 27 | 025 | BROWN | 4,467 | 229 | 3,408 | 87 |
| 28 | 026 | BURLESON | 3,189 | 159 | 2,376 | 58 |
| 29 | 027 | BURNET | 3,111 | 199 | 2,332 | 98 |
| 30 | 028 | CALDWELL | 4,692 | 346 | 3,101 | 107 |
| 31 | 029 | CALHOUN | 3,013 | 116 | 2,208 | 33 |
| 32 | 030 | CALLAHAN | 2,626 | 140 | 2,023 | 59 |
| 33 | 031 | CAMERON | 56,831 | 3,489 | 39,215 | 1,868 |
| 34 | 032 | CAMP | 2,160 | 117 | 1,595 | 54 |
| 35 | 033 | CARSON | 1,549 | 56 | 1,206 | 13 |
| 36 | 034 | CASS | 5,212 | 237 | 3,681 | 119 |
| 37 | 035 | CASTRO | 1,449 | 78 | 1,025 | 23 |
| 38 | 036 | CHAMBERS | 5,417 | 399 | 3,691 | 122 |
| 39 | 037 | CHEROKEE | 2,695 | 331 | 1,643 | 103 |
| 40 | 038 | CHILDRESS | 1,212 | 50 | 923 | 27 |
| 41 | 039 | CLAY | 2,242 | 97 | 1,830 | 44 |
| 42 | 040 | COCHRAN | 634 | 40 | 449 | 11 |
| 43 | 041 | COKE | 694 | 87 | 496 | 27 |
| 44 | 042 | COLEMAN | 1,314 | 78 | 1,022 | 26 |
| 45 | 043 | COLLIN | 46,967 | 3,666 | 37,336 | 1,721 |

TX_00053965

**Defendant's Exhibit #**
129

DE-000856

USA_00008650

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 46 | 044 | COLLINGSWORTH | 996 | 29 | 724 | 10 |
| 47 | 045 | COLORADO | 3,234 | 129 | 2,359 | 43 |
| 48 | 046 | COMAL | 9,337 | 890 | 7,125 | 391 |
| 49 | 047 | COMANCHE | 2,964 | 269 | 2,174 | 68 |
| 50 | 048 | CONCHO | 517 | 18 | 388 | 2 |
| 51 | 049 | COOKE | 4,996 | 201 | 4,006 | 94 |
| 52 | 050 | CORYELL | 4,146 | 931 | 2,421 | 246 |
| 53 | 051 | COTTLE | 205 | 13 | 109 | 1 |
| 54 | 052 | CRANE | 938 | 52 | 742 | 26 |
| 55 | 053 | CROCKETT | 781 | 27 | 471 | 6 |
| 56 | 054 | CROSBY | 1,369 | 65 | 872 | 31 |
| 57 | 055 | CULBERSON | 660 | 41 | 387 | 16 |
| 58 | 056 | DALLAM | 995 | 70 | 744 | 31 |
| 59 | 057 | DALLAS | 240,568 | 15,777 | 158,702 | 6,036 |
| 60 | 058 | DAWSON | 2,795 | 149 | 1,748 | 55 |
| 61 | 059 | DEAF SMITH | 2,836 | 181 | 2,054 | 84 |
| 62 | 060 | DELTA | 1,568 | 14 | 1,106 | 5 |
| 63 | 061 | DENTON | 49,871 | 4,287 | 41,309 | 1,878 |
| 64 | 062 | DEWITT | 3,481 | 155 | 2,644 | 60 |
| 65 | 063 | DICKENS | 365 | 5 | 184 | 2 |
| 66 | 064 | DIMMIT | 3,196 | 197 | 1,832 | 85 |
| 67 | 065 | DONLEY | 848 | 54 | 613 | 19 |
| 68 | 066 | DUVAL | 3,038 | 354 | 1,872 | 118 |
| 69 | 067 | EASTLAND | 3,370 | 202 | 2,551 | 117 |
| 70 | 068 | ECTOR | 13,929 | 806 | 10,326 | 350 |
| 71 | 069 | EDWARDS | 432 | 47 | 291 | 13 |
| 72 | 070 | ELLIS | 15,229 | 778 | 11,832 | 289 |
| 73 | 071 | EL PASO | 92,747 | 1,215 | 56,368 | 750 |
| 74 | 072 | ERATH | 1,237 | 235 | 815 | 71 |
| 75 | 073 | FALLS | 2,686 | 35 | 1,684 | 11 |
| 76 | 074 | FANNIN | 6,723 | 315 | 4,665 | 126 |
| 77 | 075 | FAYETTE | 3,731 | 98 | 2,858 | 32 |
| 78 | 076 | FISHER | 984 | 31 | 725 | 6 |
| 79 | 077 | FLOYD | 489 | 60 | 226 | 12 |
| 80 | 078 | FOARD | 290 | 0 | 115 | 0 |
| 81 | 079 | FORT BEND | 51,007 | 3,232 | 40,270 | 1,462 |
| 82 | 080 | FRANKLIN | 1,139 | 94 | 847 | 38 |
| 83 | 081 | FREESTONE | 2,722 | 186 | 2,068 | 86 |
| 84 | 082 | FRIO | 3,926 | 397 | 2,143 | 128 |
| 85 | 083 | GAINES | 2,538 | 117 | 1,786 | 51 |
| 86 | 084 | GALVESTON | 34,822 | 3,446 | 26,423 | 1,648 |
| 87 | 085 | GARZA | 1,292 | 73 | 885 | 34 |
| 88 | 086 | GILLESPIE | 3,769 | 94 | 3,272 | 58 |
| 89 | 087 | GLASSCOCK | 308 | 6 | 231 | 3 |
| 90 | 088 | GOLIAD | 1,989 | 80 | 1,347 | 20 |

TX_00053966

**Defendant's Exhibit #**
129

DE-000857

USA_00008651

|    | A   | B          | C       | D      | E       | F     |
|----|-----|------------|---------|--------|---------|-------|
| 91 | 089 | GONZALES   | 3,528   | 167    | 2,347   | 57    |
| 92 | 090 | GRAY       | 4,146   | 1      | 3,117   | 0     |
| 93 | 091 | GRAYSON    | 13,401  | 884    | 10,593  | 404   |
| 94 | 092 | GREGG      | 15,114  | 1,160  | 11,215  | 532   |
| 95 | 093 | GRIMES     | 1,856   | 154    | 1,060   | 46    |
| 96 | 094 | GUADALUPE  | 12,391  | 608    | 9,696   | 238   |
| 97 | 095 | HALE       | 6,552   | 575    | 4,447   | 240   |
| 98 | 096 | HALL       | 364     | 34     | 171     | 12    |
| 99 | 097 | HAMILTON   | 1,607   | 76     | 1,258   | 27    |
| 100| 098 | HANSFORD   | 1,038   | 27     | 752     | 7     |
| 101| 099 | HARDEMAN   | 252     | 23     | 147     | 7     |
| 102| 100 | HARDIN     | 8,372   | 232    | 6,181   | 65    |
| 103| 101 | HARRIS     | 360,204 | 23,923 | 256,242 | 9,747 |
| 104| 102 | HARRISON   | 10,880  | 976    | 7,591   | 355   |
| 105| 103 | HARTLEY    | 863     | 44     | 662     | 19    |
| 106| 104 | HASKELL    | 2,048   | 134    | 1,577   | 54    |
| 107| 105 | HAYS       | 16,546  | 1,869  | 11,773  | 479   |
| 108| 106 | HEMPHILL   | 703     | 3      | 555     | 0     |
| 109| 107 | HENDERSON  | 9,623   | 829    | 6,911   | 366   |
| 110| 108 | HIDALGO    | 85,989  | 6,461  | 57,430  | 3,372 |
| 111| 109 | HILL       | 3,953   | 239    | 2,973   | 104   |
| 112| 110 | HOCKLEY    | 3,717   | 160    | 2,758   | 62    |
| 113| 111 | HOOD       | 5,675   | 400    | 4,603   | 192   |
| 114| 112 | HOPKINS    | 3,701   | 253    | 2,622   | 103   |
| 115| 113 | HOUSTON    | 3,576   | 341    | 2,619   | 150   |
| 116| 114 | HOWARD     | 5,038   | 322    | 3,719   | 154   |
| 117| 115 | HUDSPETH   | 513     | 27     | 330     | 10    |
| 118| 116 | HUNT       | 9,381   | 742    | 7,517   | 346   |
| 119| 117 | HUTCHINSON | 3,704   | 206    | 2,794   | 95    |
| 120| 118 | IRION      | 416     | 16     | 309     | 3     |
| 121| 119 | JACK       | 1,402   | 68     | 1,095   | 26    |
| 122| 120 | JACKSON    | 2,387   | 119    | 1,809   | 49    |
| 123| 121 | JASPER     | 8,511   | 573    | 5,971   | 252   |
| 124| 122 | JEFF DAVIS | 441     | 1      | 280     | 0     |
| 125| 123 | JEFFERSON  | 15,954  | 1,566  | 8,817   | 561   |
| 126| 124 | JIM HOGG   | 1,680   | 65     | 1,030   | 30    |
| 127| 125 | JIM WELLS  | 8,271   | 439    | 5,263   | 185   |
| 128| 126 | JOHNSON    | 13,733  | 703    | 11,203  | 313   |
| 129| 127 | JONES      | 2,326   | 141    | 1,817   | 58    |
| 130| 128 | KARNES     | 2,511   | 127    | 1,758   | 59    |
| 131| 129 | KAUFMAN    | 11,216  | 742    | 8,310   | 301   |
| 132| 130 | KENDALL    | 3,914   | 182    | 3,016   | 71    |
| 133| 131 | KENEDY     | 116     | 9      | 67      | 5     |
| 134| 132 | KENT       | 278     | 6      | 210     | 4     |
| 135| 133 | KERR       | 5,242   | 376    | 4,112   | 179   |

TX_00053967

**Defendant's Exhibit #**
129

DE-000858

USA_00008652

|     | A   | B            | C      | D     | E      | F     |
| --- | --- | ------------ | ------ | ----- | ------ | ----- |
| 136 | 134 | KIMBLE       | 589    | 21    | 476    | 4     |
| 137 | 135 | KING         | 86     | 0     | 63     | 0     |
| 138 | 136 | KINNEY       | 770    | 39    | 538    | 13    |
| 139 | 137 | KLEBERG      | 3,812  | 289   | 2,508  | 95    |
| 140 | 138 | KNOX         | 539    | 19    | 371    | 12    |
| 141 | 139 | LAMAR        | 6,404  | 398   | 4,392  | 195   |
| 142 | 140 | LAMB         | 3,027  | 180   | 2,006  | 74    |
| 143 | 141 | LAMPASAS     | 2,072  | 150   | 1,513  | 62    |
| 144 | 142 | LA SALLE     | 1,803  | 73    | 979    | 22    |
| 145 | 143 | LAVACA       | 3,955  | 114   | 3,154  | 50    |
| 146 | 144 | LEE          | 3,117  | 103   | 2,429  | 48    |
| 147 | 145 | LEON         | 3,078  | 209   | 2,401  | 77    |
| 148 | 146 | LIBERTY      | 10,262 | 1,092 | 6,812  | 450   |
| 149 | 147 | LIMESTONE    | 3,681  | 268   | 2,644  | 106   |
| 150 | 148 | LIPSCOMB     | 629    | 32    | 491    | 16    |
| 151 | 149 | LIVE OAK     | 1,651  | 134   | 977    | 45    |
| 152 | 150 | LLANO        | 1,833  | 141   | 1,380  | 74    |
| 153 | 151 | LOVING       | 70     | 0     | 32     | 0     |
| 154 | 152 | LUBBOCK      | 30,143 | 2,259 | 23,008 | 898   |
| 155 | 153 | LYNN         | 1,813  | 36    | 1,210  | 6     |
| 156 | 154 | MADISON      | 1,987  | 17    | 1,407  | 12    |
| 157 | 155 | MARION       | 942    | 93    | 444    | 28    |
| 158 | 156 | MARTIN       | 1,053  | 18    | 692    | 2     |
| 159 | 157 | MASON        | 966    | 34    | 764    | 15    |
| 160 | 158 | MATAGORDA    | 5,703  | 692   | 4,177  | 355   |
| 161 | 159 | MAVERICK     | 8,724  | 294   | 5,398  | 124   |
| 162 | 160 | MCCULLOCH    | 1,352  | 79    | 1,010  | 27    |
| 163 | 161 | MCLENNAN     | 23,199 | 1,712 | 16,837 | 615   |
| 164 | 162 | MCMULLEN     | 362    | 23    | 193    | 5     |
| 165 | 163 | MEDINA       | 6,551  | 267   | 4,955  | 131   |
| 166 | 164 | MENARD       | 640    | 101   | 465    | 24    |
| 167 | 165 | MIDLAND      | 14,523 | 766   | 12,109 | 423   |
| 168 | 166 | MILAM        | 4,438  | 260   | 3,469  | 117   |
| 169 | 167 | MILLS        | 1,131  | 5     | 841    | 5     |
| 170 | 168 | MITCHELL     | 1,278  | 106   | 833    | 38    |
| 171 | 169 | MONTAGUE     | 2,437  | 133   | 1,878  | 65    |
| 172 | 170 | MONTGOMERY   | 36,186 | 2,215 | 30,270 | 1,102 |
| 173 | 171 | MOORE        | 2,557  | 123   | 2,042  | 48    |
| 174 | 172 | MORRIS       | 1,069  | 308   | 505    | 47    |
| 175 | 173 | MOTLEY       | 116    | 6     | 52     | 1     |
| 176 | 174 | NACOGDOCHES  | 6,442  | 486   | 4,833  | 164   |
| 177 | 175 | NAVARRO      | 5,846  | 233   | 4,287  | 97    |
| 178 | 176 | NEWTON       | 3,646  | 195   | 2,072  | 75    |
| 179 | 177 | NOLAN        | 450    | 41    | 196    | 10    |
| 180 | 178 | NUECES       | 47,605 | 4,683 | 34,869 | 2,112 |

TX_00053968

**Defendant's Exhibit #**
129

DE-000859

USA_00008653

|     | A   | B            | C       | D      | E       | F     |
|-----|-----|--------------|---------|--------|---------|-------|
| 181 | 179 | OCHILTREE    | 2,128   | 107    | 1,708   | 53    |
| 182 | 180 | OLDHAM       | 457     | 31     | 366     | 6     |
| 183 | 181 | ORANGE       | 10,209  | 683    | 8,125   | 309   |
| 184 | 182 | PALO PINTO   | 3,819   | 250    | 2,933   | 109   |
| 185 | 183 | PANOLA       | 1,632   | 153    | 839     | 72    |
| 186 | 184 | PARKER       | 12,881  | 637    | 10,693  | 270   |
| 187 | 185 | PARMER       | 2,591   | 146    | 1,929   | 68    |
| 188 | 186 | PECOS        | 2,303   | 91     | 1,539   | 30    |
| 189 | 187 | POLK         | 11,626  | 798    | 8,593   | 377   |
| 190 | 188 | POTTER       | 10,018  | 669    | 8,081   | 312   |
| 191 | 189 | PRESIDIO     | 3,369   | 18     | 1,572   | 3     |
| 192 | 190 | RAINS        | 1,486   | 98     | 1,150   | 38    |
| 193 | 191 | RANDALL      | 13,437  | 704    | 10,988  | 302   |
| 194 | 192 | REAGAN       | 533     | 39     | 395     | 16    |
| 195 | 193 | REAL         | 706     | 26     | 466     | 7     |
| 196 | 194 | RED RIVER    | 2,649   | 123    | 1,879   | 60    |
| 197 | 195 | REEVES       | 2,508   | 76     | 1,716   | 35    |
| 198 | 196 | REFUGIO      | 1,492   | 71     | 1,034   | 37    |
| 199 | 197 | ROBERTS      | 143     | 15     | 84      | 7     |
| 200 | 198 | ROBERTSON    | 3,497   | 408    | 2,337   | 141   |
| 201 | 199 | ROCKWALL     | 6,716   | 344    | 5,290   | 148   |
| 202 | 200 | RUNNELS      | 382     | 31     | 208     | 12    |
| 203 | 201 | RUSK         | 10,079  | 568    | 7,266   | 242   |
| 204 | 202 | SABINE       | 2,267   | 248    | 1,501   | 120   |
| 205 | 203 | SAN AUGUSTINE| 2,639   | 129    | 1,518   | 43    |
| 206 | 204 | SAN JACINTO  | 3,329   | 238    | 2,322   | 83    |
| 207 | 205 | SAN PATRICIO | 10,290  | 1,764  | 6,536   | 535   |
| 208 | 206 | SAN SABA     | 1,232   | 37     | 886     | 16    |
| 209 | 207 | SCHLEICHER   | 387     | 15     | 220     | 5     |
| 210 | 208 | SCURRY       | 1,669   | 102    | 1,034   | 32    |
| 211 | 209 | SHACKELFORD  | 844     | 36     | 619     | 13    |
| 212 | 210 | SHELBY       | 2,175   | 166    | 907     | 46    |
| 213 | 211 | SHERMAN      | 642     | 28     | 466     | 17    |
| 214 | 212 | SMITH        | 8,437   | 1,768  | 4,169   | 414   |
| 215 | 213 | SOMERVELL    | 1,431   | 55     | 1,043   | 19    |
| 216 | 214 | STARR        | 10,679  | 1,444  | 6,581   | 519   |
| 217 | 215 | STEPHENS     | 1,998   | 98     | 1,460   | 40    |
| 218 | 216 | STERLING     | 315     | 19     | 231     | 7     |
| 219 | 217 | STONEWALL    | 190     | 0      | 105     | 0     |
| 220 | 218 | SUTTON       | 917     | 59     | 639     | 24    |
| 221 | 219 | SWISHER      | 300     | 33     | 139     | 15    |
| 222 | 220 | TARRANT      | 162,488 | 10,935 | 130,270 | 5,441 |
| 223 | 221 | TAYLOR       | 13,897  | 1,173  | 10,926  | 460   |
| 224 | 222 | TERRELL      | 358     | 1      | 225     | 0     |
| 225 | 223 | TERRY        | 1,781   | 157    | 1,153   | 42    |

TX_00053969

**Defendant's Exhibit #**
129

DE-000860

USA_00008654

|     | A   | B                | C         | D       | E         | F      |
| --- | --- | ---------------- | --------- | ------- | --------- | ------ |
| 226 | 224 | THROCKMORTON     | 581       | 9       | 434       | 0      |
| 227 | 225 | TITUS            | 3,374     | 249     | 2,357     | 96     |
| 228 | 226 | TOM GREEN        | 13,221    | 821     | 10,554    | 347    |
| 229 | 227 | TRAVIS           | 114,492   | 11,074  | 83,048    | 4,105  |
| 230 | 228 | TRINITY          | 4,024     | 616     | 2,554     | 186    |
| 231 | 229 | TYLER            | 2,544     | 414     | 1,521     | 178    |
| 232 | 230 | UPSHUR           | 6,845     | 761     | 4,790     | 286    |
| 233 | 231 | UPTON            | 678       | 23      | 442       | 4      |
| 234 | 232 | UVALDE           | 5,077     | 266     | 3,268     | 116    |
| 235 | 233 | VAL VERDE        | 2,911     | 575     | 1,553     | 199    |
| 236 | 234 | VAN ZANDT        | 6,980     | 190     | 4,943     | 62     |
| 237 | 235 | VICTORIA         | 12,143    | 527     | 9,473     | 242    |
| 238 | 236 | WALKER           | 3,916     | 357     | 2,898     | 121    |
| 239 | 237 | WALLER           | 6,164     | 1,109   | 3,185     | 142    |
| 240 | 238 | WARD             | 1,920     | 99      | 1,479     | 46     |
| 241 | 239 | WASHINGTON       | 5,503     | 321     | 4,199     | 122    |
| 242 | 240 | WEBB             | 25,747    | 1,166   | 16,977    | 535    |
| 243 | 241 | WHARTON          | 7,275     | 412     | 5,577     | 159    |
| 244 | 242 | WHEELER          | 412       | 40      | 214       | 14     |
| 245 | 243 | WICHITA          | 2,806     | 1,341   | 1,095     | 329    |
| 246 | 244 | WILBARGER        | 2,509     | 110     | 1,892     | 52     |
| 247 | 245 | WILLACY          | 4,878     | 2       | 2,978     | 0      |
| 248 | 246 | WILLIAMSON       | 30,744    | 2,076   | 25,089    | 939    |
| 249 | 247 | WILSON           | 7,198     | 297     | 5,397     | 123    |
| 250 | 248 | WINKLER          | 1,051     | 56      | 749       | 25     |
| 251 | 249 | WISE             | 4,768     | 280     | 3,811     | 132    |
| 252 | 250 | WOOD             | 5,764     | 488     | 4,522     | 138    |
| 253 | 251 | YOAKUM           | 1,135     | 69      | 807       | 26     |
| 254 | 252 | YOUNG            | 3,349     | 167     | 2,563     | 80     |
| 255 | 253 | ZAPATA           | 2,839     | 147     | 1,886     | 51     |
| 256 | 254 | ZAVALA           | 4,935     | 179     | 2,663     | 73     |
| 257 |     |                  |           |         |           |        |
| 258 |     | Statewide Total  | 2,630,426 | 184,539 | 1,893,639 | 76,613 |

TX_00053970

**Defendant's Exhibit #**
129

DE-000861

USA_00008655

**From:** John Mendoza
**Sent:** Thursday, September 01, 2011 7:37 AM
**To:** Ann McGeehan
**Cc:** Lee Guyette
**Subject:** Emergency Special Query - Statewide count of voters without TDL/ID (that have a match in the DPS driver file)...
**Attachments:** statewide_voters_wo_tdl_cnts_20110831.xls

Ann,

I found the query we used in January and based on the following criteria that you specified for the query, the change was very minor.  The modification to the query did not take as long as I initially thought.   I was able to make the change last night and run it.

Criteria for the Query:
- Get the Voter Registration count of Active and Suspense Voters (V and S voter statuses) for each county, statewide .
- Query the Active and Suspense Voters who do not have a Texas TDL/ID for each county, statewide.
- Match between the Voter file and the DPS driver file using the following (ignore case) and get the match count for each county, statewide:
   1. Last Name
   2. First Name
   3. Date of Birth

I have attached the results.   Note: I have added another set of columns "Without TDL/ID with No DPS Match".

JohnM.
P.S. Please double-check my math in the spreadsheet before forwarding.

1

TX_00053985

**Defendant's Exhibit #**
131

DE-000863

USA_00008657

| | |
|---|---|
| **From:** | Lee Guyette |
| **Sent:** | Friday, January 21, 2011 9:59 AM |
| **To:** | John Mendoza |
| **Subject:** | FW: SB 14 - RUSH |
| **Attachments:** | FNSB14 - updated - can't delete the other one.xls |
| **Importance:** | High |

This just in…

---

Lee Guyette, PMP
Software Development Manager
Office of the Texas Secretary of State
(512) 705-1824
lguyette@sos.state.tx.us



**From:** Leticia Salazar
**Sent:** Friday, January 21, 2011 9:55 AM
**To:** Lee Guyette
**Subject:** SB 14 - RUSH
**Importance:** High

Hi Lee,

I just submitted our portion of SB 14 to Scott.  This one may or may not be headed your way – but here you go just in case.

- The link to the bill is here:
  - SB 14

- The Fiscal Note that Elizabeth prepared is attached.

- The bill analysis is below.

Let me know if you need anything else.

Letty

# SB 14

Analyst's Name: Paul Miles

Bill Version: Introduced

Filed: 1/12/2011

**TX_00055290**

**Defendant's Exhibit #**
**133**

DE-000865

USA_00008659

Purpose of Bill: To require voters to present proof of identification before voting. Limits the forms of ID that may be used.

Section-by-Section Analysis:

Section 1 of the bill adds Section 15.005 to require the voter registrar to provide notice to educate voters on the identification requirements for voting with each registration certificate and renewal certificate. SOS is required to prescribe the wording of the notice. 1). This may be an additional mailing expense--unless the notice is somehow included on the certificate itself.

1). The ID requirements will go into effect in January 2012. Under current law voters will have been mailed their certificates at the end of this year and then again at the end of 2012, so if the goal is to get notice of the new law to people before the 2012 primaries, this change won't help most currently registered voters.

Section 3 of the bill adds Section 31.012 to the Code to require SOS and the VR of each county that maintains a website to provide notice of the new ID requirements, with SOS providing the wording for the websites. Section 31.012(b) more generally requires SOS to conduct a statewide effort to educate voters on the new requirements.

The website requirement might only reach a comparatively small portion of the voters. The SOS statewide effort--psa's etc--would probably be the way most voters were made aware of the changes at the expense of television, radio spots, etc.

Section 4 amends Section 32.111 to require SOS training standards to include provisions on handling voters with the new ID requirements. Would require changes to handbooks and online training.

Section 6 adds Section 62.016 to require a notice of acceptable forms of identification to be posted in each polling place. The list must be in at least 24 point sized type.

Section 7 amends Section 63.001 to require a voter to present one form of ID as listed in Sec. 63.0101 to the election official when offering t o vote. The registration certificate by itself is no longer sufficient and all references to it are deleted. New subsection (g) is added under which if a voter does not present a valid ID, the voter is informed of the provisional ballot process and presented with a form, prescribed by SOS that contains the ID requirements, states the post-election ID procedure set out in Sec. 65.0541, has a map of the location where the voter goes to present the ID and includes a notice that the provisional ballot is not guaranteed to be counted even if the procedures are followed. Subsection (h) is added under which the identification requirements do not apply to a voter who submits a valid registration certificate and according to the certificate DOB was 70 years of age or older on January 1, 2012.

1). The map will be different for each county so this will be an added local expense.

Section 8 of the bill amends Section 63.0011 to require the election official to ask if the voters residence address on the proffered identification (if it list a residence address) is current and whether the voter has moved.

1). This gets a bit away from the idea that the ID is being used only to identify the person, but there is no requirement that it match the address on the list.

Section 9 adds temporary Section 63.0012 to the Code. Until September 1, 2013, election officers must distribute a form to each voter who presents identification less that what will be required on or after Jan. 1, 2012. The notice must indicate what forms of identification will be required for elections after January 1, 2012 and provide information on the process of obtaining a free ID card from DPS. This section would be effective September 1, 2011, which means that it will be first distributed to voters who vote in the const. amendment election and local elections held on the Nov 2011 uniform date.

TX_00055291

**Defendant's Exhibit #**
133

DE-000866

USA_00008660

1). A potential big surprise to voters who sit those elections out and are confronted with the new procedures at the 2012 presidential primary.

Section 10 amends Section 63.006 concerning a voter with required documentation who is not on the list, basically pulling in the language of deleted Section 63.007, adding the requirement that the voter present acceptable ID in addition to the registration certificate.

Section 11 deletes Section 63.009(b), which eliminates the ability of the election judge to call the VR and verify the voter's status. If the voter is not on the list, he or she will have to vote provisionally.

Section 12 of the bill amends Section 63.0101 to narrow the forms of acceptable identification. In the end, four forms of ID are left: a valid DPS drivers license/ID card, a valid US passport, a valid US military ID card, and US citizenship certificate containing the person's photograph.

Section 13 amends Section 63.011(b) to require the provisional ballot affidavit envelope to include a space for the election officer to indicate whether the person presented a valid form of identification. The form already contains this.

Section 14 of the bill amends Section 64.012 to raise the criminal penalty for illegal voting from a third degree to a second degree felony and the penalty for attempted illegal voting from a Class A misdemeanor to a state jail felony.

Section 16 adds Section 65.0541 to the Code, providing a process for vot ers who have voted provisionally because they did not have proper identification to present a proper form of ID to the VR for review by the ballot board for the board's consideration no later than the 6th day after election day with SOS to provide procedures.

1). The registrar should only have the provisional ballots for 3 days after election. Would it be better to submit the ID to the custodian for forwarding directly to the ballot board? At the polling place the judge is required to give the provisional voter a form containing a map of where the voter can go to provide the ID. The positive of using the VR against the EVC is that it will be the same countywide. The negative for a voter is that the VR may be further away than the EVC, especially in a rural area.

2). Many local entities finish the provisional process before the 6th day, especially if no overseas ballots. Would the board have to reconvene if the voter submitted ID after they'd met? That issue should be addressed in the statute rather than SOS rule.

Section 18 amends Section 521.422, Transportation Code, to create a means for a person to receive a free DPS personal identification card if the person states he or she needs the card to satisfy the ID requirements and a registered voter or eligible to register to vote and registered at DPS.

Section 19 repeals Sections 63.007, and 63.008 of the Code. The language of Section 63.007 (incorrect cert. not on list) is pulled into Section 63.006. Section 63.008 (the voter whose name is on the list but does not have a certificate) is now addressed in the amended 63.001 which requires the voter whose name is on the precinct list to submit one of the enumerated forms of ID.

Section 20 requires SOS to develop training materials and the county clerks to provide a session of training to implement the new requirements. The act's effective date requires this process to begin in September 2011 to prepare for full implementation of the ID requirements in 2012.

Under Section 21, the changes apply to offenses committed on or after the full implementation January 1, 2012.

Section 22 provides that Chapter 19 funds may be used for coordinating VR drives and other activities designed to expand voter registration, which isn't directly related to the main subject of the bill. Section 22 expires on January 1, 2013.

TX_00055292

Defendant's Exhibit #
133

DE-000867

USA_00008661

The effective date of the Act is January 1, 2012 with the training and educational portions taking effect on September 1, 2011.

Laws Affected: Election Code: Secs. 15.005, 31.012, 32.111(c), 32.114(a), 62.016, 63.001, 63.007, 63.0101, 63.011(a), 65.054(b), 65.0541, 63.006, 63.008, 63.009. Transportation Code: Secs. 521.422, 521.453

DOJ Preclearance Required? Y.

Any additional impact on SOS: SOS would have create informational language for SOS and county websites, make changes to training materials, create new forms for notice of ID requirements and notice of acceptable ID, adopt procedures for voters to present ID to the voter registrar after casting a provisional ballot.

Potential Costs to State: Cost to DPS of making ID available without cost to certain voters

Costs of including list of new ID requirements with registration certificate, costs to DPS of providing free personal photo ID to voters, cost to SOS of statewide education effort, costs to SOS of changes in online training, printed and other training materials.

Potential Costs to Local Jurisdiction: Depending on SOS procedures, costs to VR's office of staying open to accept ID for provisional ballots after the election.

Effective Date: September 1, 2011 effective date except for provisions with January 1, 2012 effective date.

**TX_00055293**

**Defendant's Exhibit #**
133

DE-000868

USA_00008662

PL601
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Moon, Charles [Charles.Moon@dps.texas.gov] |
| **Sent:** | Wednesday, December 14, 2011 9:12 AM |
| **To:** | John Mendoza |
| **Cc:** | O'Connor, Ryan; Lee Guyette; Madipadga, Vanisree; Martinez, Germaine; Gomez, Enrique |
| **Subject:** | RE: dls that are excluded from jury wheel |

Yes, I just confirmed.

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Wednesday, December 14, 2011 7:02 AM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette; Madipadga, Vanisree; Martinez, Germaine; Gomez, Enrique
**Subject:** RE: dls that are excluded from jury wheel

Charles,

Have you been able to confirm the field positions?

JohnM.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, December 13, 2011 6:54 AM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette; Madipadga, Vanisree; Martinez, Germaine; Gomez, Enrique
**Subject:** RE: dls that are excluded from jury wheel

John, sorry for the late response.  I just got access to my email.

Yes, this layout is correct.  I will validate it once I get access to VPN today.

Charles

**From:** John Mendoza [JMendoza@sos.state.tx.us]
**Sent:** Monday, December 12, 2011 3:24 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette; Madipadga, Vanisree; Martinez, Germaine; Gomez, Enrique
**Subject:** dls that are excluded from jury wheel

Charles,

Using the screen shot you emailed me and looking over the file, the field positions in the file appear to be the following (Please confirm my assumptions on the field positions):

Record Length = 698 characters

```
Field Name          Data Type   (size)   Position
[County Code]       [text]      (3)      1-3
[DPSPID]            [numeric]   (260)    4-263
[Last Name]         [text]      (40)     264-303
```

**TX_00055839**

**Defendant's Exhibit #**
**135**

DE-000871

USA_00008665

```
[First Name]         [text]       (40)     304-343
[Middle Name]        [text]       (40)     344-383
[Name Suffix]        [text]       (10)     384-393
[SSN]                [text]       (9)      394-402
[Gender]             [text]       (1)      403
[TDL or TID Number]  [numeric]    (260)    404-663
[Issue Date]         [date]       (17)     664-680   format yyyy-mm-dd
[Date of Birth]      [date]       (17)     681-697   format yyyy-mm-dd
[Ethnicity]          [text]       (1)      698
```

I think the file is usable, I just need to make sure I'm picking up the individual fields from the right positions, before I continue.



JohnM.
P.S.  I included the email you sent below for the previous record layout for the first file.  It's slightly different.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 3:44 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

No, I did not include the header file but sent it to you in a separate email.  The first row should look like this.

TX_00055840

**Defendant's Exhibit #**
135

DE-000872

USA_00008666

101ROSINSKI... BENJAMIN...    ANTHONY.....

Is that what you have?

You can parse it using this position table.

```
Field Name           Data Type    (size)     Position
[County Code]        [nvarchar](3)           1-3
[Last Name]          [nvarchar](40)          4-43
[First Name]         [nvarchar](40)          44-83
[Middle Name]        [nvarchar](40)          84-123
[Name Suffix]        [nvarchar](10)          124-133
[SSN]                [nvarchar](9)           134-142
[Gender]             [nvarchar](1)           143
[TDL or TID Number]  [nvarchar](11)          144-154
[Issue Date]         [date]                  155-171  date format for this file was m/d/yyyy
[Date of Birth]      [date]                  172-188  date format for this file was m/d/yyyy
[Ethnicity]          [nvarchar](1)           189
```

Charles Moon

**TX_00055841**

**Defendant's Exhibit #**
135

DE-000873

USA_00008667

PL602
9/2/2014
2:13-cv-00193

**From:**         Scott Brandt
**Sent:**         Tuesday, November 29, 2011 11:15 AM
**To:**           John Mendoza
**Cc:**           Lee Guyette
**Subject:**      Re: DOJ project...

Yes.  Thanks.

W. Scott Brandt
(512) 913-3703

On Nov 29, 2011, at 11:12 AM, "John Mendoza" <JMendoza@sos.state.tx.us> wrote:

> Scott,
>
> Lee and I spoke with Charles Moon (DPS) who is the person who is creating the statewide Driver/ID file for the DOJ project.
>
> Here are the filters he is currently planning to use:
>    1.  Removal of "test" data
>    2.  Removal of those individuals that have not been issued a valid Driver's License/ID.
>
> Note: An example of the second filter are those individuals that registered for a Driver's License, but failed the test, so they have not been issued a Driver's License yet.  I spoke with Elizabeth Winn and she quoted the letter from DOJ where they specify those who have been issued a Texas Driver's License or Texas ID from DPS.  So she agreed with filters listed.
>
> Elizabeth mentioned the law indicated those individuals whose Driver's License/ID had expired within 60 days, could also still use it when they voted.  We could ask DPS if it would be possible to include those whose Texas Driver's License or Texas ID had expired within 60 days as of today (or whenever they start their extract).
>
> Elizabeth was also in favor of re-extracting the Voter data as of today, since we are going to be getting another new set of data from DPS.
>
> Are you OK with all this?
>
> JohnM.

1

TX_00055848

**Defendant's Exhibit #**
**136**                    DE-000874

USA_00008668

| From: | Gomez, Enrique [Enrique.Gomez@dps.texas.gov] |
|---|---|
| Sent: | Friday, December 09, 2011 4:38 PM |
| To: | Gomez, Enrique; Lee Guyette; Moon, Charles; John Mendoza |
| Cc: | O'Connor, Ryan; Johnson, Lance; Martinez, Germaine |
| Subject: | RE: jury wheel ftp address |

Lee,
My team tell me that you guys already received the file.

Enrique

---

**From:** Gomez, Enrique
**Sent:** Friday, December 09, 2011 4:33 PM
**To:** 'Lee Guyette'; Moon, Charles; John Mendoza
**Cc:** O'Connor, Ryan; Johnson, Lance; Martinez, Germaine
**Subject:** RE: jury wheel ftp address

Lee,
We'll be ready to send you the data on Monday.
These are the filters that Charles used:
1. Select first, middle, last name, or City not containing "TEST"
2. Select first, middle, or last name not containing "REISSUE" or "REISSUED"
3. Select records with valid IREC_DOC_NBR (issued DL or ID number)


Enrique

---

**From:** Lee Guyette [mailto:LGuyette@sos.state.tx.us]
**Sent:** Friday, December 09, 2011 11:34 AM
**To:** Gomez, Enrique; Moon, Charles; John Mendoza
**Cc:** O'Connor, Ryan; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Thanks again Enrique.

Hope all is well with the data processing.  We did have a couple questions…
- Is the data from all of you DPS records or a subset?
- Other than filtering for "TEST", are there any other modifications being made to the data?

---

Lee Guyette, MSc PMP
Software Development Manager
Office of the Texas Secretary of State
(512) 423-5751
lguyette@sos.state.tx.us



1

TX_00055960

**Defendant's Exhibit #**
**137**

DE-000875

USA_00008669

**From:** Gomez, Enrique [mailto:Enrique.Gomez@dps.texas.gov]
**Sent:** Tuesday, December 06, 2011 10:21 AM
**To:** Lee Guyette; Moon, Charles; John Mendoza
**Cc:** O'Connor, Ryan; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Lee,
I just got the go from our Chief of Staff. I will get my team to start working on it.


Enrique

---

**From:** Lee Guyette [mailto:LGuyette@sos.state.tx.us]
**Sent:** Tuesday, December 06, 2011 9:05 AM
**To:** Moon, Charles; Gomez, Enrique; John Mendoza
**Cc:** O'Connor, Ryan; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Howdy Folks,

Has approval come your way yet?  I understand there was another meeting on Friday and the green light was given.

Once again, the only filter we require is for removal of "test" data.

---

Lee Guyette, MSc PMP
Software Development Manager
Office of the Texas Secretary of State
(512) 423-5751
lguyette@sos.state.tx.us



---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Wednesday, November 30, 2011 9:08 AM
**To:** Gomez, Enrique; John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

That was an old email before I got the direction from you all.  I am waiting for the approval.

Charles Moon
512-590-5443 (m)

---

**From:** Gomez, Enrique
**Sent:** Wednesday, November 30, 2011 8:23 AM
**To:** Moon, Charles; John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

2

TX_00055961

**Defendant's Exhibit #**
137

DE-000876

USA_00008670

Who is the ok coming from?. I have not received it yet.

Enrique

**From:** Moon, Charles
**Sent:** Tuesday, November 29, 2011 9:32 AM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

I guess I missed that meeting.  Sorry.

I can do a full run.  It should be around 25M records.

Charles

**From:** John Mendoza [JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 29, 2011 9:26 AM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Charles,

There was a meeting yesterday with folks from DPS.  Enrique Gomez was there.  DPS was asked for a complete file, no filters, except one.  The removal of any "test" data.  You may want to speak to Enrique about this.  I believe y'all were waiting for today for an OK from someone to proceed.

Last time you created a self-extracting encrypted file which was compressed.  I think the FTP site was able to handle it fine.

JohnM.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 29, 2011 9:05 AM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

John, sorry for the delay but I am only in the office one day each week during Dec.  But I do check my email daily.

I can do a full run for you today.  Please note that the file will be very large and I am not sure your FTP site will be able to handle it.  I can do a run this morning if the remote access is available.  Otherwise, I will have to go into the office this afternoon.  Either way, I will take care of it.

More to come...

Charles

**From:** John Mendoza [JMendoza@sos.state.tx.us]
**Sent:** Monday, November 28, 2011 10:55 AM
**To:** Moon, Charles

3

**TX_00055962**

**Defendant's Exhibit #**
137

DE-000877

USA_00008671

**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette
**Subject:** RE: jury wheel ftp address

Charles,

Can you send us another complete file?  This time with no filters.  I'm assuming the record count would be the 25 million mentioned in the email below.  I think this may help us answer many of the questions we are getting.

We may have some questions on how you normally filter out "test" data that may be in the file.

Let me know if this would be possible and how long this could take for you.
JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Wednesday, November 23, 2011 11:02 AM
**To:** Gomez, Enrique; Lee Guyette; John Mendoza
**Cc:** O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

Enrique, I just ran the counts again.

We have about 25M rows of total person records

-   Running the request filters (all but SSN validation), we get about 22M records

-   Removing duplicates using SSN + DPB combination, we get to 18.6M records

If SOS does not require valid SSNs, I can remove that filter and the count goes back close to 19M.  However, we may introduce some duplicates since SSN is used in duplicate removal process.   Please let me know which version is appropriate.

Thanks,

Charles Moon
512-590-5443 (m)

---

**From:** Gomez, Enrique
**Sent:** Wednesday, November 23, 2011 10:44 AM
**To:** Moon, Charles; 'LGuyette@sos.state.tx.us'; 'JMendoza@sos.state.tx.us'
**Cc:** O'Connor, Ryan
**Subject:** Re: jury wheel ftp address

Lee,
How many people do you think have Id's or dl's based on demographics?

Charles,
How many records do we have?

E

---

**From:** Moon, Charles
**Sent:** Wednesday, November 23, 2011 10:07 AM
**To:** Lee Guyette <LGuyette@sos.state.tx.us>; John Mendoza <JMendoza@sos.state.tx.us>

4

**TX_00055963**

**Defendant's Exhibit #**
**137**

DE-000878

USA_00008672

**Cc:** Gomez, Enrique; O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

I agree, it appears to be.  However, per your request, filters were used to remove duplicate , non-valid SSN, non-valid county, younger than 17yr 10mo, last name "Reissued" or "TEST", and no ID/DL number assigned records.

Did you want the unfiltered records?

Charles Moon
512-590-5443 (m)

---

**From:** Lee Guyette [mailto:LGuyette@sos.state.tx.us]
**Sent:** Tuesday, November 22, 2011 2:42 PM
**To:** Moon, Charles; John Mendoza; O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

Charles and Ryan,

Thanks again for your help and prompt responses.

To be honest though, I am still struggling to understand the 14M number.  In a state of 25+M, I would have assumed more than 56% of Texans would have drivers license or ID.

Am I missing something here?

_____
Lee Guyette, MSc PMP
Software Development Manager
Office of the Texas Secretary of State
(512) 423-5751
lguyette@sos.state.tx.us



---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 15, 2011 2:02 PM
**To:** John Mendoza; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

```
Potentially dangerous attachments were identified and removed from this
message.
This message contains encrypted attachments that could not be verified
virus free. Open only if you were expecting this message.
```
Sorry, try again...   Change the type to exe.

The requirements was to remove all duplicates.  There were 16 million IDs  from which I removed duplicate SSN + DOB.   We ended up with 14 million.

Charles Moon
512-590-5443 (m)

5

TX_00055964

**Defendant's Exhibit #**
**137**

DE-000879

USA_00008673

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 15, 2011 7:56 AM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

Charles,

Our email system blocks any executable attachments.  Please try zipping the EXE and resend the file or send via FTP as before.

Also, I'm concerned over the number of records.  The annual jury wheel file (statewide driver/id file) sent late September/early November of this year had over 16 million records (this also filtered felons).  The file you've sent me for this project is just over 14 million (which should still include the felons), so I was expecting more records than the jury file.  Did we really remove 2 million records worth of duplicates?  Or were those also due to some of the other filters?

I thought the people without SSN may have been those missing records, but if you are saying it is only 4,227 records, then I still need to ask if the record counts are correct.

Can you shed some light on accounting for the 2 million records shortfall?

JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 14, 2011 1:34 PM
**To:** John Mendoza; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

```
This message contains encrypted attachments that could not be verified
virus free. Open only if you were expecting this message.
```
John,

Same password and format as before.  There should be 4227 records with blank SSNs.

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 14, 2011 1:26 PM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

See responses in red below.

JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 14, 2011 1:06 PM
**To:** John Mendoza; O'Connor, Ryan

6

TX_00055965

**Defendant's Exhibit #
137**

DE-000880

USA_00008674

**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

John, I need some clarification...

1.  You want the remaining list of people who does not have SSN.  Is that correct?  If yes, I can get it to you today. Yes.  Please send the remaining list of people that did not have SSN.  These were inadvertently filtered during the filtering of those records that had the same Last Name, First Name, Date of Birth, and SSN.
2.  I opened your sample file.
    a.  DPS – DL transactional system uses 11 digit numeric data type as system IDs.  That is the reason why you have IDs with different number of digits.  Adding leading "0" is acceptable since the system will ignore all leading zeros as they are not relevant for numeric data.  OK, I'll add the leading zeroes, in the past we considered TDL/iD character fields and treated leading zeroes as significant digits.
    b.  Data without ethnicity should remain as they are as well as the people without counties.  No problem.
    c.  You can predict their counties using zip code.  But that would only be guessing.  I can send you their zip codes, if you prefer.  No need.

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 14, 2011 11:58 AM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

FYI,

First, we'll need those missing records.  Those that don't have an SSN.  I realize you cannot check for duplicates in this set, but we still need those records for this project.  if you can create and FTP that file, when would it be ready?

Second, I've attached a zipped file, which once unzipped, you'll find an encrypted exe file, which you can decrypt by using your same encryption password/passphrase.  This file is the sample of the data related to the other questions.  Ryan mentioned if the TDL/ID had 7-digits we can add the leading zero, but there were quite a few records that ranged from 1 digit all the way up to 7 digits.  Would we treat all these as needing the leading zeroes?

Note: The first question is the most import part.  The other questions, I can work around, I just wanted to get some confirmation that the records were valid records and that I can use them.  Also, if adding the leading zeroes was the correct approach on my part.

Thanks.
JohnM.

---

# Attorney-Client Privileged

**TX_00055966**

**Defendant's Exhibit #**
137

DE-000881

USA_00008675

**Attorney-Client Privileged**

TX_00055967

Defendant's Exhibit #
137

DE-000882

USA_00008676

**Attorney-Client Privileged**

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 08, 2011 3:38 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

John, just let me know if you want me to make any changes to the data.  We run SQL Server and CSV file format as our standard extract.  Anything other than that, I can export using scripts.

I am out of office starting  Thu until Monday of next week.  So if you need something, you will have to catch me before 4PM tomorrow (Wed).

Thanks,

9

**TX_00055968**

**Defendant's Exhibit #**
**137**                                DE-000883

USA_00008677

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 08, 2011 3:30 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

FYI,

I believe I'm closer.  I was able to filter out the non-printable characters and I'm able to read the file better now.

I'll try to load the file into our database.  I wasn't expecting the date formats, but I'm hoping I can handle them too.

Will keep you updated.

JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 4:28 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

John,  this looks like code page issue.

All data sets we generate from the DPS warehouse are in Unicode (NVARCHAR).  You may want to check to make sure you are opening it as Unicode text document.

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 07, 2011 4:05 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

The record looks something like this:

ÿþ101ROSINSKI                  BENJAMIN                    ANTHONY

I'll try to filter the bad characters out.  Will let you know.

JohnM.

P.S. I'm coming in a noon tomorrow, since I'll be working late due to the November Election.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 3:58 PM

10

**TX_00055969**

**Defendant's Exhibit #**
**137**

DE-000884

USA_00008678

**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

Also, you should have 14,155,516 rows of data.

Charles Moon
512-590-5443 (m)

---

**From:** Moon, Charles
**Sent:** Monday, November 07, 2011 3:44 PM
**To:** 'John Mendoza'
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

No, I did not include the header file but sent it to you in a separate email.  The first row should look like this.

101ROSINSKI... BENJAMIN...     ANTHONY.....

Is that what you have?

You can parse it using this position table.

| Field Name | Data Type (size) | Position |
|---|---|---|
| [County Code] | [nvarchar](3) | 1-3 |
| [Last Name] | [nvarchar](40) | 4-43 |
| [First Name] | [nvarchar](40) | 44-83 |
| [Middle Name] | [nvarchar](40) | 84-123 |
| [Name Suffix] | [nvarchar](10) | 124-133 |
| [SSN] | [nvarchar](9) | 134-142 |
| [Gender] | [nvarchar](1) | 143 |
| [TDL or TID Number] | [nvarchar](11) | 144-154 |
| [Issue Date] | [date] | 155-171 |
| [Date of Birth] | [date] | 172-188 |
| [Ethnicity] | [nvarchar](1) | 189 |

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 07, 2011 3:08 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

Yes.  I was able to decrypt the file.

However, there's something strange with the beginning of the file.  I'm getting some special characters at the start of the file, followed by the data.  Possibly it's the column header record you mentioned you were going to add at the top.  I don't see the column headers, just the special characters.

It's giving me some trouble reading the file.

JohnM.

11

**TX_00055970**

**Defendant's Exhibit #**
**137**

DE-000885

USA_00008679

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 2:16 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

John, were you able to run it to extract the text file?

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 07, 2011 1:47 PM
**To:** Madipadga, Vanisree
**Cc:** Moon, Charles; Lee Guyette
**Subject:** RE: jury wheel ftp address

Yes, I have received it.

JohnM.

**From:** Madipadga, Vanisree [mailto:Vanisree.Madipadga@dps.texas.gov]
**Sent:** Monday, November 07, 2011 1:33 PM
**To:** John Mendoza
**Cc:** Moon, Charles
**Subject:** FW: jury wheel ftp address

Hi,
The file SOS_2f.exe transferred to SOS and I can see the file on their server.

Thanks,
Vani

**From:** Moon, Charles
**Sent:** Monday, November 07, 2011 1:11 PM
**To:** Madipadga, Vanisree
**Subject:** RE: jury wheel ftp address

Done.

Charles Moon
512-590-5443 (m)

12

**TX_00055971**

**Defendant's Exhibit #**
**137**

DE-000886

USA_00008680

**PL604**
**9/2/2014**
**2:13-cv-00193**

| From: | Gomez, Enrique [Enrique.Gomez@dps.texas.gov] |
|---|---|
| Sent: | Tuesday, November 29, 2011 11:55 AM |
| To: | John Mendoza; Moon, Charles |
| Cc: | O'Connor, Ryan; Lee Guyette; Johnson, Lance |
| Subject: | RE: jury wheel ftp address |

John,
I have not received the ok to proceed with this.

Enrique

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 29, 2011 11:44 AM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Charles,

As discussed, we only want the following filters:
1. Removal of "test" data
2. Removal of those individuals that have not been issued a valid Texas Driver's License/ID.

Questions:
1. Using the date you start your extract, is there a way to add those records where the Texas Driver's License or the Texas ID have expired within 60 days?
2. Are these already included?
3. Have you received the OK to proceed from your folks?

JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 29, 2011 9:51 AM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

25M+ in DLS person table includes all people, all ages, and all who registered with DPS for DL or ID. Not all of them received a valid DL or ID document.

Also, do you want deceased people in the list?

Thanks,

Charles

---

**From:** John Mendoza [JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 29, 2011 9:33 AM
**To:** Moon, Charles

1

**TX_00055980**

**Defendant's Exhibit #**
**138**

DE-000887

USA_00008681

**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Charles,

What is the last filter you mentioned below?

Are you saying some records refer to other thing other than a Texas Driver's License or a Texas ID?

If so, I'll need to check/verify if we need this one or not.  Will let you know.

JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 29, 2011 9:22 AM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

**John,** here is a list of filters available.  Please confirm "Used" vs. "Not Used" for this run.
**Enrique,** please approve this extract.

verified SSN - Not Used
valid county - Not Used
valid age (>17y10m) - Not Used
name does not include ('Reissued', 'TEST') - Used
DL or ID document has been issued - Used

Based on these filters, the count will be somewhat less than 25M.

Thanks,

Charles

---

**From:** Moon, Charles
**Sent:** Tuesday, November 29, 2011 9:04 AM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

John, sorry for the delay but I am only in the office one day each week during Dec.  But I do check my email daily.

I can do a full run for you today.  Please note that the file will be very large and I am not sure your FTP site will be able to handle it.  I can do a run this morning if the remote access is available.  Otherwise, I will have to go into the office this afternoon.  Either way, I will take care of it.

More to come...

Charles

---

**From:** John Mendoza [JMendoza@sos.state.tx.us]
**Sent:** Monday, November 28, 2011 10:55 AM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette
**Subject:** RE: jury wheel ftp address

2

**TX_00055981**

**Defendant's Exhibit #**
138

DE-000888

USA_00008682

Charles,

Can you send us another complete file?  This time with no filters.  I'm assuming the record count would be the 25 million mentioned in the email below.  I think this may help us answer many of the questions we are getting.

We may have some questions on how you normally filter out "test" data that may be in the file.

Let me know if this would be possible and how long this could take for you.
JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Wednesday, November 23, 2011 11:02 AM
**To:** Gomez, Enrique; Lee Guyette; John Mendoza
**Cc:** O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

Enrique, I just ran the counts again.

We have about 25M rows of total person records

-    Running the request filters (all but SSN validation), we get about 22M records

-    Removing duplicates using SSN + DPB combination, we get to 18.6M records

If SOS does not require valid SSNs, I can remove that filter and the count goes back close to 19M.  However, we may introduce some duplicates since SSN is used in duplicate removal process.   Please let me know which version is appropriate.

Thanks,

Charles Moon
512-590-5443 (m)

---

**From:** Gomez, Enrique
**Sent:** Wednesday, November 23, 2011 10:44 AM
**To:** Moon, Charles; 'LGuyette@sos.state.tx.us'; 'JMendoza@sos.state.tx.us'
**Cc:** O'Connor, Ryan
**Subject:** Re: jury wheel ftp address

Lee,
How many people do you think have Id's or dl's based on demographics?

Charles,
How many records do we have?

E

---

**From:** Moon, Charles
**Sent:** Wednesday, November 23, 2011 10:07 AM
**To:** Lee Guyette <LGuyette@sos.state.tx.us>; John Mendoza <JMendoza@sos.state.tx.us>
**Cc:** Gomez, Enrique; O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

3

**TX_00055982**

**Defendant's Exhibit #**
**138**

DE-000889

USA_00008683

I agree, it appears to be.  However, per your request, filters were used to remove duplicate , non-valid SSN, non-valid county, younger than 17yr 10mo, last name "Reissued" or "TEST", and no ID/DL number assigned records.

Did you want the unfiltered records?

Charles Moon
512-590-5443 (m)

---

**From:** Lee Guyette [mailto:LGuyette@sos.state.tx.us]
**Sent:** Tuesday, November 22, 2011 2:42 PM
**To:** Moon, Charles; John Mendoza; O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

Charles and Ryan,

Thanks again for your help and prompt responses.

To be honest though, I am still struggling to understand the 14M number.  In a state of 25+M, I would have assumed more than 56% of Texans would have drivers license or ID.

Am I missing something here?

Lee Guyette, MSc PMP
Software Development Manager
Office of the Texas Secretary of State
(512) 423-5751
lguyette@sos.state.tx.us



---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 15, 2011 2:02 PM
**To:** John Mendoza; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

```
Potentially dangerous attachments were identified and removed from this
message.
This message contains encrypted attachments that could not be verified
virus free. Open only if you were expecting this message.
```
Sorry, try again...   Change the type to exe.

The requirements was to remove all duplicates.  There were 16 million IDs  from which I removed duplicate SSN + DOB.  We ended up with 14 million.

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 15, 2011 7:56 AM
**To:** Moon, Charles; O'Connor, Ryan

4

TX_00055983

**Defendant's Exhibit #
138**

DE-000890

USA_00008684

**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

Charles,

Our email system blocks any executable attachments.  Please try zipping the EXE and resend the file or send via FTP as before.

Also, I'm concerned over the number of records.  The annual jury wheel file (statewide driver/id file) sent late September/early November of this year had over 16 million records (this also filtered felons).  The file you've sent me for this project is just over 14 million (which should still include the felons), so I was expecting more records than the jury file.  Did we really remove 2 million records worth of duplicates?  Or were those also due to some of the other filters?

I thought the people without SSN may have been those missing records, but if you are saying it is only 4,227 records, then I still need to ask if the record counts are correct.

Can you shed some light on accounting for the 2 million records shortfall?

JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 14, 2011 1:34 PM
**To:** John Mendoza; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

```
This message contains encrypted attachments that could not be verified
virus free. Open only if you were expecting this message.
```
John,

Same password and format as before.  There should be 4227 records with blank SSNs.

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 14, 2011 1:26 PM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

See responses in red below.

JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 14, 2011 1:06 PM
**To:** John Mendoza; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

John, I need some clarification...

5

**TX_00055984**

**Defendant's Exhibit #**
**138**

DE-000891

USA_00008685

1. You want the remaining list of people who does not have SSN.  Is that correct?  If yes, I can get it to you today. Yes.  Please send the remaining list of people that did not have SSN.  These were inadvertently filtered during the filtering of those records that had the same Last Name, First Name, Date of Birth, and SSN.
2. I opened your sample file.
   a. DPS – DL transactional system uses 11 digit numeric data type as system IDs.  That is the reason why you have IDs with different number of digits.  Adding leading "0" is acceptable since the system will ignore all leading zeros as they are not relevant for numeric data.   OK, I'll add the leading zeroes, in the past we considered TDL/iD character fields and treated leading zeroes as significant digits.
   b. Data without ethnicity should remain as they are as well as the people without counties.  No problem.
   c. You can predict their counties using zip code.  But that would only be guessing.  I can send you their zip codes, if you prefer.  No need.

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 14, 2011 11:58 AM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

FYI,

First, we'll need those missing records.  Those that don't have an SSN.  I realize you cannot check for duplicates in this set, but we still need those records for this project.  if you can create and FTP that file, when would it be ready?

Second, I've attached a zipped file, which once unzipped, you'll find an encrypted exe file, which you can decrypt by using your same encryption password/passphrase.  This file is the sample of the data related to the other questions. Ryan mentioned if the TDL/ID had 7-digits we can add the leading zero, but there were quite a few records that ranged from 1 digit all the way up to 7 digits.  Would we treat all these as needing the leading zeroes?

Note: The first question is the most import part.  The other questions, I can work around, I just wanted to get some confirmation that the records were valid records and that I can use them.  Also, if adding the leading zeroes was the correct approach on my part.

Thanks.
JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Saturday, November 12, 2011 10:46 AM
**To:** O'Connor, Ryan; John Mendoza
**Cc:** Lee Guyette; Ann McGeehan
**Subject:** RE: jury wheel ftp address

Thanks, Ryan.

The missing county code means the data, as stored in the database, did not have a county code.  If you want, I can derive the county codes from zip codes.

I will be back in the office on Monday.  I can follow up then.

Charles Moon

**TX_00055985**

**Defendant's Exhibit #**
**138**

DE-000892

USA_00008686

512-590-5443 (m)

---

**From:** O'Connor, Ryan
**Sent:** Thursday, November 10, 2011 3:24 PM
**To:** Moon, Charles; John Mendoza
**Cc:** Lee Guyette; Ann McGeehan
**Subject:** RE: jury wheel ftp address

John,
I can answer a few of these questions.
1.  If there is a 7-digit number with no leading zero you can add the leading zero.
2.  After looking at the documents Mr Venkata presented, he truly does not have a first name.
3.  For County Code, could you send me a few of those DL numbers and I'll look at the record. Off the top of my head there's a few reasons that may cause a record to not have a county code.
4.  If you send me the license/id number on the other oddballs, I'll look into them to see if there's a reason for the omission.

Feel free to contact me with any other questions.

Regards,

Ryan O'Connor
Senior Business Analyst - Texas Department of Public Safety
Driver License Division – Innovation & Technology Solutions
Office: 512-424-5549  ryan.o'connor@dps.texas.gov

---

**From:** Moon, Charles
**Sent:** Thursday, November 10, 2011 12:44 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette; Ann McGeehan
**Subject:** RE: jury wheel ftp address

Ryan, I am out of the office until Monday.  Can you please ask Germaine to help with these questions?

As far as for missing SSNs, I can generate the missing SSN list.  But beware that we are using SSNs and DOBs to filter out duplicates.  Without the SSNs, there will be duplicates.

Based on initial requirements, duplicate removal was important.  You are welcome to use or ignore any data with missing fields.

Thanks,

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Thursday, November 10, 2011 12:06 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette; Ann McGeehan
**Subject:** RE: jury wheel ftp address

I forgot one more question:

7

TX_00055986

**Defendant's Exhibit #**
**138**

DE-000893

USA_00008687

- I noticed that there are no TDL/ID number with leading zeroes.  So some are less than 8 digits long.  Were the leading zeroes trimmed off?  For those records that are less than 8 digits, can I add the leading zeroes or is that a bad assumption?

JohnM.

---

**From:** John Mendoza
**Sent:** Thursday, November 10, 2011 8:47 AM
**To:** 'Moon, Charles'
**Cc:** O'Connor, Ryan; Lee Guyette; Ann McGeehan
**Subject:** RE: jury wheel ftp address

Charles,

I was able to load the data into a database.  I queried the data and had a few questions:

1.  The 14,155,516 records seemed lower than what I originally expected, after querying the data I noticed all the records have an SSN.  From previous discussions with DPS, I know there should be some records that don't have SSN.  I think we are missing these records.  Can you possibly send another file with just these missing records?
2.  We also had a few records with some blank fields:
    a.  No County Number = 5,097 records
    b.  No First Name = 1 record
    c.  No Ethnicity = 8 records
    d.  No Gender = 1 record

    Note: For purposes of this project, we can deal with the blanks listed above, but wanted to ask some questions about them:
    - Those with "No County Number", is there a reason these records don't have a county number?  Are these records valid and can I use them?
    - The person with the "No First Name", has "VENKATA" as the last name and "SRIRAMA" as the middle name.  In this particular case, is the middle name the first name?  or did this person truly not have a first name?
    - There are very few records with "No Ethnicity", which is good.  However, was wondering why these 8 didn't have an ethnicity and are these records valid and can I use them?

JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 08, 2011 3:38 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

John, just let me know if you want me to make any changes to the data.  We run SQL Server and CSV file format as our standard extract.  Anything other than that, I can export using scripts.

I am out of office starting  Thu until Monday of next week.  So if you need something, you will have to catch me before 4PM tomorrow (Wed).

Thanks,

Charles Moon
512-590-5443 (m)

8

**TX_00055987**

**Defendant's Exhibit #**
**138**

DE-000894

USA_00008688

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 08, 2011 3:30 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

FYI,

I believe I'm closer.  I was able to filter out the non-printable characters and I'm able to read the file better now.

I'll try to load the file into our database.  I wasn't expecting the date formats, but I'm hoping I can handle them too.

Will keep you updated.

JohnM.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 4:28 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

John,  this looks like code page issue.

All data sets we generate from the DPS warehouse are in Unicode (NVARCHAR).  You may want to check to make sure you are opening it as Unicode text document.

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 07, 2011 4:05 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

The record looks something like this:

ÿþ101ROSINSKI                 BENJAMIN                ANTHONY


I'll try to filter the bad characters out.  Will let you know.

JohnM.

P.S. I'm coming in a noon tomorrow, since I'll be working late due to the November Election.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 3:58 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

9

TX_00055988

**Defendant's Exhibit #**
**138**

DE-000895

USA_00008689

Also, you should have 14,155,516 rows of data.

Charles Moon
512-590-5443 (m)

---

**From:** Moon, Charles
**Sent:** Monday, November 07, 2011 3:44 PM
**To:** 'John Mendoza'
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

No, I did not include the header file but sent it to you in a separate email.  The first row should look like this.

101ROSINSKI...  BENJAMIN...      ANTHONY.....

Is that what you have?

You can parse it using this position table.

```
Field Name              Data Type    (size)      Position
[County Code]           [nvarchar](3)            1-3
[Last Name]             [nvarchar](40)           4-43
[First Name]            [nvarchar](40)           44-83
[Middle Name]           [nvarchar](40)           84-123
[Name Suffix]           [nvarchar](10)           124-133
[SSN]                   [nvarchar](9)            134-142
[Gender]                [nvarchar](1)            143
[TDL or TID Number]     [nvarchar](11)           144-154
[Issue Date]            [date]                   155-171
[Date of Birth]         [date]                   172-188
[Ethnicity]             [nvarchar](1)            189
```

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 07, 2011 3:08 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

Yes.  I was able to decrypt the file.

However, there's something strange with the beginning of the file.  I'm getting some special characters at the start of the file, followed by the data.  Possibly it's the column header record you mentioned you were going to add at the top.  I don't see the column headers, just the special characters.

It's giving me some trouble reading the file.

JohnM.

10

**TX_00055989**

**Defendant's Exhibit #**
**138**

DE-000896

USA_00008690

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 2:16 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

John, were you able to run it to extract the text file?

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 07, 2011 1:47 PM
**To:** Madipadga, Vanisree
**Cc:** Moon, Charles; Lee Guyette
**Subject:** RE: jury wheel ftp address

Yes, I have received it.

JohnM.

---

**From:** Madipadga, Vanisree [mailto:Vanisree.Madipadga@dps.texas.gov]
**Sent:** Monday, November 07, 2011 1:33 PM
**To:** John Mendoza
**Cc:** Moon, Charles
**Subject:** FW: jury wheel ftp address

Hi,
The file SOS_2f.exe transferred to SOS and I can see the file on their server.

Thanks,
Vani

---

**From:** Moon, Charles
**Sent:** Monday, November 07, 2011 1:11 PM
**To:** Madipadga, Vanisree
**Subject:** RE: jury wheel ftp address

Done.

Charles Moon
512-590-5443 (m)

11

**TX_00055990**

**Defendant's Exhibit #**
**138**

DE-000897

USA_00008691