PL621
9/2/2014
2:13-cv-00193



---

## BUSINESS REQUIREMENTS DOCUMENT:
## ELECTION CERTIFICATE AND VETERAN INITIATIVES

---

Texas Department of Public Safety
October 10, 2011

Version 0.1

TX_00215927

**Defendant's Exhibit #**
**193**

DE-001166

USA_00008960

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

## REVISION HISTORY

| Date | Version | Description | Author |
|------|---------|-------------|--------|
| 10/10/2011 | 0.1 | Initial Draft | Karen Morris |
| 10/14/2011 | 0.2 | Ready for approvals | Karen Morris |

i

TX_00215928

**Defendant's Exhibit #**
**193**

DE-001167

USA_00008961

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

_____

## TABLE OF CONTENTS

1    Introduction.................................................................................................................. 1
   1.1    Purpose ................................................................................................................ 1
   1.2    Scope.................................................................................................................... 1
2    Business Requirements.................................................................................................. 1
   2.1    EC Eligibility ......................................................................................................... 1
   2.2    EC Original Issuance ............................................................................................ 2
   2.3    EC Expiration Date................................................................................................ 3
   2.4    EC Transaction ..................................................................................................... 3
   2.5    EC Temporary Election Certificate ....................................................................... 4
   2.6    EC Card Production ............................................................................................... 5
   2.7    EC Card Mailing .................................................................................................... 5
   2.8    EC Post Issuance.................................................................................................. 6
   2.9    EC Extracts and Interfaces................................................................................... 7
   2.10   EC Administrative Status ...................................................................................... 7
   2.11   EC Card Status ..................................................................................................... 8
   2.12   EC Issuance Status .............................................................................................. 8
   2.13   EC Card Upgrade .................................................................................................. 8
   2.14   EC and Unlicensed (UNL) Records....................................................................... 8
   2.15   Veteran's Indicator ............................................................................................... 8
   2.16   Disabled Veteran ID Card .................................................................................... 9
   2.17   Reports ................................................................................................................. 9
3    Assumptions ................................................................................................................ 10
4    Screen Mock-ups......................................................................................................... 10
   APPENDIX A ................................................................................................................ 11

**TX_00215929**

**Defendant's Exhibit #
193**

DE-001168

USA_00008962

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

# 1  Introduction

## 1.1  Purpose

The Business Requirements Document describes the high level business requirements for the Driver License System (DLS) as it relates to the issuance of the Election Certificate (EC), a Disabled Veteran ID Card, and the addition of a Veteran's Indicator on the driver license.

## 1.2  Scope

By January 1, 2012, DPS must be able to issue an election identification certificate to a person who states that they are obtaining the certificate for the purposes of providing a photo ID to be presented when voting.  The scope of this document is to describe the high level business requirements of the Driver License Division (DLD) as they relate to the system's capability to issue an Election Identification Certificate as mandated by the Texas legislature in SB 14.

HB 1148 was enacted to provide for the issuance of a free personal identification certificate for Disabled Veterans.

HB 1514 was enacted to provide a veteran indicator on the driver license for those persons who qualify.

Specifically, this project includes:

- ➢ Adding the capability to produce an original EC as outlined in SB 14
- ➢ Adding the capability to renew, remake, provide a duplicate, and cancel the Election Certificate
- ➢ Excluding the EC holders from all DLS external interfaces including TLETS
- ➢ Modifying the interface with our card production vendor (L1)
- ➢ Modifying existing reports and adding new reports as needed to support the new card
- ➢ Adding the capability for the system to Identify a person as a veteran on a DL
- ➢ Adding the capability to issue a free ID card to a disabled veteran

Specifically excluded from this project is:
- ➢ Adding the capability for the system to identify a person as a veteran on an ID card

# 2  Business Requirements

## 2.1  EC Eligibility

| Requirement ID | Requirement |
|---|---|
| 1 | The system shall record the eligibility reason provided by the applicant.  The eligibility reason will be one of the following:<br>- the person is a registered voter in Texas and that they presented a valid voter registration certificate<br>- the person is eligible for voter registration and submitted a registration application to the department. |

1

TX_00215930

Defendant's Exhibit #
193

DE-001169

USA_00008963

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

| 2 | A person is **not** eligible for an EC if:<br>- They hold an unexpired DLS issued card with a photo (i.e., DL, ID).<br>- They hold an expired DLS issued card with a photo that expired less than 60 days from the current date. |
|---|---|
| 3 | For persons who are submitting a registration application to the department, the system shall verify that the person is at least 17 years 10 months old. |

## 2.2   EC Original Issuance

| Requirement ID | Requirement |
|---|---|
| 1 | The EC issuance process will mimic the ID issuance process as much as possible, including but not limited to the ability to cancel/branch out and resume issuance. |
| 2 | The following personal data will be collected for each person requesting an EC:<br><br>Last Name<br>First Name<br>Middle Name (optional)<br>Suffix (optional)<br>Date of Birth<br>SSN<br>Sex<br>Eye Color<br>Hair Color<br>Race<br>Height<br>Weight<br>US Citizen |
| 3 | The following address information will be collected for each person requesting an EC.  This will include Physical and Mailing Addresses:<br><br>Street Address 1<br>Street Address 2 (optional)<br>City<br>County<br>State<br>Zip Code<br>Zip Code Extension (optional)<br>Country |
| 4 | If there is a Special Mailing Address, the same address fields will be collected. |

2

TX_00215931

**Defendant's Exhibit #**
**193**

DE-001170

USA_00008964

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

| | |
|---|---|
| 5 | The following birth place information will be collected.  These fields are optional.<br><br>City<br>County<br>State<br>Country |
| 6 | The documents that are presented for proof of identification will be recorded by the system.  The documents that will be accepted are currently in the drop down list provided by DLS. |
| 7 | The standard external checks that are automatically performed by the system during an issuance transaction will NOT be performed during the issuance of an EC.  The external checks that will NOT be performed include:<br>-   CDLIS<br>-   PDPS<br>-   TCIC/NCIC<br>-   SSOLV |
| 8 | The applicant's photo will be captured and enrolled in IVS. |
| 9 | The applicant's fingerprints will be captured. |
| 10 | The applicant's signature will be captured. |
| 11 | An audit number will be assigned to the card. |
| 12 | The card number that is assigned will be numeric, 10 digits, and will follow the current numbering rules. |

## 2.3   EC Expiration Date

| Requirement ID | Requirement |
|---|---|
| 1 | For persons less than 70 years of age, the expiration date of the EC will be their next birthday plus 6 years. |
| 2 | For applicants 70 years of age or more, the expiration date will be 'indefinite'. |

## 2.4   EC Transaction

| Requirement ID | Requirement |
|---|---|
| 1 | No fee will be collected for the issuance of an EC. |
| 2 | A new transaction will be created and must be displayed in the transaction history. |
| 3 | A receipt will be printed for the issuance transaction.  The receipt will be soft scanned. |
| 4 | The receipt will NOT contain a photo. |

TX_00215932

**Defendant's Exhibit #
193**

DE-001171

USA_00008965

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

| | |
|---|---|
| 5 | The receipt will contain the following:<br>- Heading Information<br>    o   TEXAS DEPARTMENT OF PUBLIC SAFETY<br>    o   Payment Receipt<br>- DL/ID/UNL/EC Number<br>- Card Type (Election Certificate)<br>- Transaction Type<br>- Fee amount ($0.00)<br>- Payment Mode<br>- Total Fee<br>- Standard verbiage<br>    o   Contact Your Local Driver License Office if Assistance is Needed<br>- User ID<br>- Location<br>- Time Stamp<br>- Date Stamp<br>- Trace Number<br>- Additional Comments<br>    o   Contact your local driver license office if assistance is needed, or refer to the DPS website at www.txdps.state.tx.us or texas.gov at www.texas.gov . |
| 6 | The transaction will use the existing payment processing interface, using a new product ID. |

## 2.5   EC Temporary Election Certificate

| Requirement ID | Requirement |
|---|---|
| 1 | A Temporary Election Certificate will be printed and provided to the customer. |
| 2 | The temporary certificate will expire 45 days from the date of issuance. |

4

TX_00215933

**Defendant's Exhibit #**
**193**

DE-001172

USA_00008966

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

| | |
|---|---|
| 3 | The temporary certificate will include the following fields:<br><br>- Heading Information<br>    o  TEXAS DEPARTMENT OF PUBLIC SAFETY<br>    o  Temporary Election Certificate valid until <45 days from issue date><br>- Location ID<br>- Time Stamp<br>- Date Stamp<br>- Receipt Number<br>- Expiration Date<br>- Person's Photo<br>- Election Certificate Number<br>- Card Type<br>- Person's Name (Last, Suffix, First, Middle)<br>- Date of Birth (MM-DD-YYYY)<br>- Sex<br>- Height<br>- Eye Color<br>- Expiration Date of EC (MM-DD-YYYY)<br>- Issuance Date (MM-DD-YYYY)<br>- Signature Line for Voter<br>- Signature Line for Employee<br>- Standard verbiage that is used at the bottom of the ID card receipt, adjusted for the EC issuance:<br>    o  Contact your local driver license office if assistance is needed, or refer to the DPS website at www.txdps.state.tx.us or texas.gov at www.texas.gov .<br>    o  Your Election Certificate will be processed and mailed within 30 – 45 days.<br>    o  You may use this Election Certificate until your new card is received.<br>    o  This Temporary Election Certificate is for election purposes only. |
| | |

## 2.6   EC Card Production

| Requirement ID | Requirement |
|---|---|
| 1 | EC Cards will be produced by the card production vendor (L1).  The details of the interfaces to and from L1 will be discussed and finalized during technical requirements discussions with L1. |

## 2.7   EC Card Mailing

| Requirement ID | Requirement |
|---|---|

5

**TX_00215934**

**Defendant's Exhibit #**
**193**

DE-001173

USA_00008967

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

| 1 | Cards will be sent to the mailing services vendor (FIS) for mailing.  The details of the interfaces to and from FIS will be reviewed and finalized during technical requirements discussions with FIS (if needed). |

## 2.8   EC Post Issuance

| Requirement ID | Requirement |
|---|---|
| 1 | The system shall provide the capability for a user to determine the mailing status of an EC card. |
| 2 | The system shall provide the capability to issue a duplicate EC card.  If a duplicate is requested within one year of the renewal date, the system should perform a renewal and not a duplicate. |
| 3 | The system shall provide the capability to remake an EC card. |
| 4 | The system shall provide the capability to renew an EC card. |
| 5 | Card renewals can be done by any of the following:<br>-   In-person<br>-   Mail-in<br>-   Online through texas.gov<br>-   Phone (IVR) |
| 6 | Renewal notices will not be mailed. |
| 7 | The system shall provide the capability to cancel an EC card without affecting the person's ability to get a different card type (e.g., ID, DL). |
| 8 | A cancellation letter will not be generated. |
| 9 | The system shall prohibit the following transactions for an EC:<br>-   Modify Card<br>-   Correction No Fee |
| 10 | The following actions cannot be applied to an EC:<br>-   Convictions<br>-   Enforcements<br>-   Accidents<br>-   Tasks |
| 11 | Address changes will not be permitted. |
| 12 | The following system options will be available:<br>-   Process Manual and Renewal Duplicate Request<br>-   Update Record Info<br>-   Update SSN<br>-   Modify AKA Info<br>-   Combine Records |

6

TX_00215935

**Defendant's Exhibit #** DE-001174
193

USA_00008968

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

## 2.9   EC Extracts and Interfaces

| Requirement ID | Requirement |
|---|---|
| 1 | Any person who submitted a voter registration application to DPS will be sent to the Secretary of State (SOS) in the regularly scheduled Voter Registration Extract File. |
| 2 | EC records will be **included** in the following extracts:<br>-   Card Production (files sent and received)<br>-   FIS<br>-   Voter Registration<br>-   TOL Authentication File (TOAS)<br>-   Soft Scan Process<br>-   Print PDF<br>-   IVS Retry<br>-   TOL<br>-   ePay |
| 3 | EC records will be **excluded** from the following queries/extracts/interfaces:<br>-   TLETS<br>-   Organ Donor<br>-   Jury Wheel<br>-   Selective Service<br>-   AG Office<br>-   Lexis Nexis<br>-   Daily SOS file<br>-   Entire File Extracts (includes Basic Information for DL's (for vendors))<br>-   Accident Info (CRIS)<br>-   Limb Waiver Expiration Date<br>-   DL Authentication<br>-   Conviction Information from Courts<br>-   FTA/FTP Processes<br>-   Legacy System |
| 4 | There are additional interfaces that will be analyzed during the detailed requirements session to determine whether or not they will include EC's. |

## 2.10  EC Administrative Status

| Requirement ID | Requirement |
|---|---|
| 1 | The following administrative statuses can be applied to an EC:<br>-   Prove identify possible fraud<br>-   Reported deceased |

7

TX_00215936

Defendant's Exhibit #
193

DE-001175

USA_00008969

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

## 2.11 EC Card Status

| Requirement ID | Requirement |
|---|---|
| 1 | The following card statuses can be applied to an EC:<br>-    Voluntary Surrender<br>-    Returned by Post Office<br>-    Items Surrendered<br>-    Documents needed |

## 2.12 EC Issuance Status

| Requirement ID | Requirement |
|---|---|
| 1 | The following issuance status can be applied to an EC:<br>-    Cancelled |
| 2 | Cancellations need to be viewable within the system. |

## 2.13 EC Card Upgrade

| Requirement ID | Requirement |
|---|---|
| 1 | If the holder of an EC subsequently requests an ID or DL, the existing Process Issuance logic will be used.  All external checks will be performed. |
| 2 | If an additional (paid) card is issued, the existing EC will be cancelled. |
| 3 | The system shall provide the ability to remove/reverse a cancellation. |
| 4 | SOS will not be informed of an EC cancellation. |

## 2.14 EC and Unlicensed (UNL) Records

| Requirement ID | Requirement |
|---|---|
| 1 | A person can be issued an EC if they exist in DLS with only a UNL. |
| 2 | If a person applies for an EC and they already exist in the system with a UNL, the EC screen will be pre-populated with the data that is available.  The issuance technician will be able to update the existing data prior to issuing the EC.  The EC will not be tied to the UNL, but the EC and UNL will be tied to the same person. |
| 3 | If a person exists in DLS with only an EC and a situation occurs that would generate the creation of a UNL (e.g., conviction or accident information received), the UNL will be generated.  The UNL will not be tied to the EC, but the UNL and EC will be tied to the same person. |

## 2.15 Veteran's Indicator

8

TX_00215937

**Defendant's Exhibit #
193**

DE-001176

USA_00008970

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

| Requirement ID | Requirement |
|---|---|
| 1 | The system shall provide the capability to identify a person as a veteran when requested by the veteran. |
| 2 | The veteran designation will be shown on the driver license. |
| 3 | The ID card will NOT include the veteran designation. |
| 4 | The veteran indicator must be specifically requested by the veteran.  The value cannot be defaulted to 'Yes' based upon the value in the Disabled Veteran field. |
| 5 | The supporting documents that were presented to prove veteran status will be scanned into the system. |
| 6 | If the person requesting the veteran indicator is a disabled veteran and the documents that were used to provide disabled veteran status are already available (scanned) in the system, the DL technician can choose to use those existing documents as proof of veteran status. |
| 7 | This indicator will be added to the interface with the card production vendor (L1). |
| 8 | The Veteran indicator will not be available when renewing online through texas.gov. If the person would like the Veteran indicator, they will need to come into a DL office to present proof of veteran status. |
| 9 | The Veteran indicator will be available to homebound DL's. |

## 2.16  Disabled Veteran ID Card

| Requirement ID | Requirement |
|---|---|
| 1 | The system shall provide the capability to issue a free ID card to a person identified as a disabled veteran. |
| 2 | The system shall record the document types that were presented to prove disabled veteran status. |
| 3 | The supporting documents that were presented to prove disabled veteran status will be scanned into the system. |
| 4 | The transaction will use the existing payment processing interface, using a new product ID. |

## 2.17  Reports

| Requirement ID | Requirement |
|---|---|
| 1 | Provide a report that shows the number of EC's issued by office location and by county. |
| 2 | Provide a report similar to the existing Racial Profile Report that breaks out EC issuances by age, gender, city, county, and zip code |
| 3 | The existing Other Services Report will be modified to add counts for:<br>-   Disabled ID Cards issued<br>-   Veteran Indicators processed<br>-   Election Certificates issued |

9

TX_00215938

**Defendant's Exhibit #**
**193**

DE-001177

USA_00008971

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

# 3   Assumptions

1. A person's ability or inability to pay for an ID card is NOT considered during the card issuance.
2. The photos that are enrolled in IVS are accessible to all IVS subscribers.
3. Online renewals via texas.gov require the last 4 digits of the SSN.  If the SSN has not been provided, the EC cannot be renewed online.
4. SOS will not be informed of EC card issuance, updates, and cancellations.

# 4   Screen Mock-ups

Screen mock-ups are included in Appendix A.

TX_00215939

**Defendant's Exhibit #**
193

DE-001178

USA_00008972

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

# APPENDIX A
**Screen Mockups**

11

**TX_00215940**

**Defendant's Exhibit #**
193

DE-001179

USA_00008973

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

10/11/2011  Election Certificate

Search for Applicant by name and date of birth and again by SSN.  No Record Found.  Examiner selects Original Election Certificate.



The page below mirrors Texas ID with a few modifications:

12

**TX_00215941**

**Defendant's Exhibit #**
**193**

DE-001180

USA_00008974

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



No changes to the Document Information page.

**TX_00215942**

**Defendant's Exhibit #
193**

DE-001181

USA_00008975

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



Exclude all external checks including SSOLV.

14

TX_00215943

**Defendant's Exhibit #**
**193**

DE-001182

USA_00008976

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



The page used for this mock up is displayed for a Disabled Veteran DL transaction.
If Voter Registration Card presented is selected (first), the system will ask if the address must be updated on Voter Registration.  If so, examiner will click Voter Registration (in this case both may be selected).
If Voter Registration is selected, Voter Registration Card presented may not be selected.

TX_00215944

**Defendant's Exhibit #
193**

DE-001183

USA_00008977

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



The OTC/epay page below displays for Disabled Veteran DL transaction.

16

TX_00215945

**Defendant's Exhibit #**
**193**

DE-001184

USA_00008978

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



17

TX_00215946

**Defendant's Exhibit #**
193

DE-001185

USA_00008979

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



18

TX_00215947

**Defendant's Exhibit #**
**193**

DE-001186

USA_00008980

TEXAS DEPARTMENT OF PUBLIC SAFETY
PAYMENT RECEIPT

Add EC

CLID/UNL NUMBER: 34293496 APPLICATION DATE 10-11-2011
VOTER
ELECTION CERTIFICATE JR

DATE OF BIRTH (DOB): 01-01-1960
VOTER REGISTRATION: N ORGAN DONOR: N

Eliminate Organ Donor

TRANSACTION TYPE: ORIGINAL DRIVER LICENSE
FEE: $ 0.00 BEST: $ 0.00 DEAR: $ 0.00 SERVICE: $ 0.00
PAYMENT MODE: NONE

New Transaction Type: Election Certificate

TOTAL FEE: $ 0.00

CONTACT YOUR LOCAL DRIVER LICENSE OFFICE IF ASSISTANCE IS NEEDED

USER ID: TRN0001 LOCATION: 698 TIME STAMP: 13:56:18 DATE STAMP: 10-11-2011 TRACE NUMBER: 405DLG004417142

***ADDITIONAL COMMENTS***

- Applicant has until 01-09-2012 to complete testing
- Contact your local driver license office if assistance is needed, or refer to the DPS website at www.txdps.state.tx.us or TexasOnline at www.texasonline.state.tx.us
- For roadside assistance, please call 1-800-525-5555

Eliminate statements.

Courtesy - Service - Protection Page 1

TX_00215948

Defendant's Exhibit #
193

DE-001187

USA_00008981

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



Courtesy - Service - Protection

Page 1

20

TX_00215949

**Defendant's Exhibit #**
193

DE-001188

USA_00008982

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

Links  for Renew and Duplicate EC on an existing record.



21

TX_00215950

Defendant's Exhibit # 193

DE-001189

USA_00008983

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

Cards Tab:



22

TX_00215951

Defendant's Exhibit #
193

DE-001190

USA_00008984

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

Other Tab:



System Options/Update Record Information:

23

TX_00215952

**Defendant's Exhibit #**
193

DE-001191

USA_00008985

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



System Options/Update Record Info/EC Info

24

TX_00215953

**Defendant's Exhibit #
193**                              DE-001192

USA_00008986

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



System Options/Administrative Status

25

TX_00215954

**Defendant's Exhibit #**
193

DE-001193

USA_00008987

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



System Options/Card Status

26

TX_00215955

**Defendant's Exhibit #**
**193**

DE-001194

USA_00008988

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives







System Options/Card Status/EC Card Status

27

**TX_00215956**

**Defendant's Exhibit #
193**                              DE-001195

USA_00008989

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



History/Transactions

28

TX_00215957

**Defendant's Exhibit #**
193

DE-001196

USA_00008990

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



| Transaction Type | Transaction Status | Physical Number | Application Date | Issue Date | Expiration Date | Train Number | Conviction Marker | Request Method | Location | |
|---|---|---|---|---|---|---|---|---|---|---|
| RenewEC | IVS-Pending | 34293483 | 10/11/2011 12:56:44 | 10/11/2011 | 01/01/2018 | 405DLA795205390 | NO | FIELD | HEADQUARTERS | T |
| Duplicate EC | IVS-Pending | 34293483 | 10/06/2011 15:54:51 | 10/06/2011 | 01/01/2018 | 405DLA795205390 | NO | FIELD | HEADQUARTERS | T |
| Original EC | IVS-Pending | 34293483 | 10/06/2011 11:59:32 | 10/06/2011 | 01/01/2018 | 405DLA795205390 | NO | FIELD | HEADQUARTERS | T |

Texas
Department of
Public Safety

Courtesy. Service. Protection.

CNF = NO

29

TX_00215958

**Defendant's Exhibit #**
193

DE-001197

USA_00008991

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



30

**TX_00215959**

**Defendant's Exhibit #**
**193**

DE-001198

USA_00008992

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



31

TX_00215960

Defendant's Exhibit #
193

DE-001199

USA_00008993

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives



32

TX_00215961

**Defendant's Exhibit #**
193

DE-001200

USA_00008994

**Texas Department of Public Safety**
Requirements Document:  Election Certificate and Veteran Initiatives

TX_00215962

**Defendant's Exhibit #**
193

DE-001201

USA_00008995

PL622
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Davio, Rebecca |
| **Sent:** | Wednesday, October 26, 2011 12:26 AM |
| **To:** | Gomez, Enrique; Watkins, Paul |
| **Cc:** | Mastracchio, JoeAnna; Terry, Michael |
| **Subject:** | Re: Sec State Election Handout |

Mike or Joe-

Please alert Ann that we need to set up another coordination meeting on this. We've asked to be included in their communication campaign development in the past, but there are some new players and clearly, we need to ask again.

We need to specifically ask to have their new communication director to be in attendance.

---

**From**: Gomez, Enrique
**Sent**: Tuesday, October 25, 2011 11:20 AM
**To**: Watkins, Paul; Davio, Rebecca
**Cc**: Mastracchio, JoeAnna; Terry, Michael
**Subject**: RE: Sec State Election Handout

SOS needs to coordinate their communications with us and with the counties to avoid the chaos and confusion this is likely to generate. By the way,  I thought we were waiting for the DOJ to rule on this before we advertise it.

E

---

**From:** Watkins, Paul
**Sent:** Tuesday, October 25, 2011 11:07 AM
**To:** Davio, Rebecca
**Cc:** Mastracchio, JoeAnna; Terry, Michael; Gomez, Enrique
**Subject:** Fw: Sec State Election Handout

Can we get with the SOS and get them to coordinate with us on what these things say and where they are distributed? I don't want them to think they can put out a couple things saying DL will do such and such and then wash their hands of the whole thing. Paul
Paul B. Watkins
Sent from my Blackberry

---

**From**: Garcia, Joseph
**Sent**: Tuesday, October 25, 2011 09:36 AM
**To**: Bell, Stephen
**Cc**: Watkins, Paul; Mastracchio, JoeAnna; Gipson, Sheri
**Subject**: Sec State Election Handout

Steve:

This is being handed out at the early voting place in Ellis County.  Note the items they will accept for identification in future elections:
Texas Driver License
Texas Election Identification Certificate;

1

TX_00216070

**Defendant's Exhibit #**
**195**

DE-001204

USA_00008998

Texas Personal Identification Card;
Texas Concealed Handgun License;
US Military Identification Card with photograph;
US Citizenship Certificate with photograph; or
US Passport.

It also states that "*If you do not have a valid form of photo identification, you may apply for a free election identification card at your local Texas Department of Public Safety office."

This handout was prescribed by the Secretary of State, Section 63.0012, Texas Election Code, according to the info in the top left.  (The reverse is the same information in Spanish.)  Joe

Joseph J. Garcia
Manager III

Texas Department of Public Safety
Driver License Division
Region 6B

2

**TX_00216071**

**Defendant's Exhibit #**
195

DE-001205

USA_00008999

PL623
9/2/2014
2:13-cv-00193

**From:** Gipson, Sheri
**Sent:** Friday, December 09, 2011 1:49 PM
**To:** Mastracchio, JoeAnna
**Subject:** FW: Question about EC Issuance

My thoughts....

*Sheri Gipson*
Customer Support
Driver License Division
512-424-2769

---

**From:** Smith, Janie
**Sent:** Friday, December 09, 2011 12:46 PM
**To:** Mastracchio, JoeAnna
**Cc:** Davio, Rebecca; Terry, Michael; Gipson, Sheri; Martinez, Germaine; Myers, Bob; Melcher, Lori
**Subject:** Question about EC Issuance

Questions about issuance to people who have records but not cards keep coming back up and we need to make sure everyone is on the same page and that Bob has the correct information for training. Please provide your comments and feedback as soon as practical.

If a person has a DL or ID on file that is eligible for voting (not expired more than 60 days) but they don't have the card in their possession (i.e. taken at a traffic stop or lost) and come in to get an EC stating they don't have $$ for replacement but want to vote – do we issue an EC? Have them sign the voluntary surrender form, enter the card status of voluntary surrender on the system with the comments EC issued

If a person is listed as ineligible because the license is suspended or revoked and they no longer have the license in their possession, do we issue an EC?  Have them sign the voluntary surrender form, enter the card status of voluntary surrender on the system with the comments EC issued

Before the EC, these customers would be informed that they could apply for an ID card so they will have identification until the license is eligible. However, now that we have this EC situation, we have that possibility that someone will only want an EC and not an ID because they don't want to pay for the ID.

If we issue the EC, would we cancel or require surrender of the license or ID? yes

Our rules state:
(d) An applicant who has been issued any of the following documents is not eligible to receive an election identification certificate:
   (1)  A driver license, election identification certificate, or personal identification certificate issued by the department that has not expired or that expired no earlier than 60 days before the date of application;

Thanks for your guidance on this issue.

Janie Smith, Policy Coordinator
Driver License Division
TX Department of Public Safety
512.424.2976 office

1

TX_00216572

**Defendant's Exhibit #**
197

DE-001207

USA_00009001

2

**TX_00216573**

**Defendant's Exhibit #**
197                                          DE-001208

USA_00009002

| | |
|---|---|
| **From:** | Adkins, Phillip |
| **Sent:** | Thursday, September 15, 2011 3:34 PM |
| **To:** | 'VOT1973C@usdoj.gov' |
| **Cc:** | Murphy, Kathleen |
| **Subject:** | File #2011-2775 |
| **Attachments:** | 09 09 11 DLD Sites.pdf; Rule 15_181 - 15_185 - proposed new subchapter).pdf; GAA 2012-2103 Article IX DL Contingency (2).doc |

Jennifer Maranzano
Attorney
Department of Justice, Civil Rights Division, Voting Section

Ms. Maranzano:

During our discussion regarding Texas Voter ID statute and the Department of Public Safety's role in issuing an election identification certificate you requested information regarding the number of driver license offices state wide and appropriations from the Texas Legislature related to driver licensing issues.   The Driver License Division has provided the following information regarding these issues:

**Texas Driver License Offices**

There are 307 offices located throughout the state. At this time, 221 offices are open to customers and 86 offices are temporarily out of service due to technology issues or reorganization. We are currently negotiating with several counties to reestablish driver license offices with upgraded technology. Currently, there are 170 Full-time offices, 39 part-time offices and 12 scheduled offices (also known as mobile offices) These scheduled/mobile offices are open one day per week or less and are not identified as part-time.   There are 254 counties in Texas and 81 counties are currently without service due to technology issues or reorganization. However, a study was conducted to determine the longest drive time a customer may make to reach a driver license office. The analyst from Texas State University determined that fifty-two (52) minutes was the longest drive time for a customer to reach a driver license office.

Attached you will find a spread sheet detailing the locations of the 307 Driver License offices, their office hours and other related information.

**Legislative Appropriation Regarding the Driver License Division**

The 82nd Texas Legislature appropriated approximately $63,000,000 for driver license process improvement.  As we discussed, the improvements in the DL process that result from the expenditure of these funds will enhance the Department's ability to serve the general public with the various identification functions performed by the Department.  The General Appropriations Act, Article IX, Section 18.07 directs the Department to utilize those funds for the following purposes:

- The addition of 361 full-time employees
- Funding to augment staff during summer months
- Establishing six new mega centers and furniture/equipment for those mega centers (mega centers are offices with 25 or more employees)
- Acquisitions of new technology to reduce customer wait times
- Electronic fingerprint technology upgrade
- Equipment upgrades for mobile offices and a directive that at least one mobile driver license offices shall operate in each DPS region of the state

Attached you will find a document containing the language from General Appropriations Act, Article IX, Section 18.07.

**TX_00220898**

**Defendant's Exhibit #**
**212**

DE-001312

USA_00009106

Finally, I have attached a draft of proposed administrative rules developed by DPS for the purpose of implementing Texas Transportation Code 521A.

If you need additional information please feel free call or to contact me via e-mail.

Sincerely,

**D. Phillip Adkins**
General Counsel
Texas Department of Public Safety
Direct Dial (512) 424-2503
Cell (512) 913-6911
phillip.adkins@texas.dps.gov

**TX_00220899**

**Defendant's Exhibit #**
212

DE-001313

USA_00009107

**PL625**
**9/2/2014**
**2:13-cv-00193**

| | |
|---|---|
| **From:** | Davio, Rebecca |
| **Sent:** | Saturday, February 26, 2011 12:27 PM |
| **To:** | Arriaga, Amanda; MacBride, Cheryl; Hudson, Denise; Ybarra, Oscar; Terry, Michael |
| **Subject:** | Re: SB 14 and similar past bills |

I like it.

I'm responding from my Blackberry, please forgive typos. --Rebecca

**From**: Arriaga, Amanda
**Sent**: Saturday, February 26, 2011 11:51 AM
**To**: MacBride, Cheryl; Davio, Rebecca; Hudson, Denise; Ybarra, Oscar; Terry, Michael
**Subject**: RE: SB 14 and similar past bills

Please see the note below. I just received a call from Ed at the LBB and he let me know that, as part of the Voter ID hearing on Tuesday, the members are going to try to discredit the LBB's fiscal note. It turns out that our fiscal note from this session is actually consistent with the 81st session, but not the 80th. So, the LBB needs something in writing to justify our fiscal notes and why it's different from the 80th. Ed is fine with the answer of, we have new leadership in the Director's office, CFO and DL and calculated the assumptions differently. But, he's wondering if we have any way to justify the methodology of what was put in the 80th session.

I propose that the answer to Ed's questions regarding the Voter ID fiscal notes be something like the following:

"The Department of Public Safety has no way of estimating how many people will take advantage of requesting a Identification card issued by DPS free of charge if SB 14 were to pass.

This is consistent with the fiscal note from HB 125 and SB 362 in the 81st session that stated "The Department of Public Safety would be prohibited from collecting a fee for a personal identification certificate issued to a person who states that they are obtaining the personal identification certificate for the sole purpose of meeting identification requirements for voting if the person meets certain criteria. Although there could be a revenue loss from the prohibition to collect a fee for a personal identification certificate issued to a person seeking the certificate for the sole purpose of voting, it is unknown how many people would make the request, and therefore unknown the amount of revenue loss that could occur. Otherwise, based on analysis provided by the Secretary of State and the Department of Public Safety, it is assumed costs associated with implementation could be absorbed within existing resources."

There are various versions of a "Voter ID bill" and some of the iterations might have a significant fiscal impact. For example, if the bill required every person to get an ID from DPS, regardless of whether they already had a DL or ID, then demand on DPS resources would increase. Also, if DPS were required to put additional markings on the card to reflect it as a "voter ID", there would be a cost to that.

During the 80th session, HB 218 did reflect a revenue loss to the Mobility Fund by making assumptions of what would happen if all ID holders, who indicate that they are registered voters, had requested to receive that card for free.  The text of the methodology portion of the fiscal note shows pure speculation as to that revenue loss:  "Out of the nearly 4.1 million identification card holders in the Texas driver license file, there are 536,888 identification card holders who have indicated they are a registered voter. DPS does not know how many of those card holders would choose to use their identification card solely as voter identification; therefore, DPS assumed 100 percent of those 536,888 card holders would use the card for voting purposes only. The fee that would be waived ranges from $5 to $20, depending on certain criteria. DPS assumed the $15 fee would apply to 100 percent of the persons seeking an identification card for voting purposes. This analysis assumes 50 percent of the identification card holders would seek their card solely as voter

1

**TX_00222065**

**Defendant's Exhibit #**
**215**

DE-001319

USA_00009113

identification. If the fee were to be waived for 50 percent all 536,888 persons applying for a renewal of their identification card totaling 268,444 persons, the estimated revenue loss for the Texas Mobility Fund over a six-year renewal period would be more than $4.0 million (268,444 x $15 = $4,026,660), which  calculates to an annual revenue loss of approximately $0.7 million ($4,026,660 / 6 = $671,110). The revenue loss could be lower if fewer people than the 50 percent assumption who currently indicate they are a registered voter on their identification card state that the card would be used solely as voter identification, or it could be higher if all other identification card holders were to state when renewing that the card would be used solely for voter identification."

Department leadership at this time chose not to make the same speculative assumptions of the 80th session, and instead concluded that the methodology from the 81st session is more accurate as we cannot predict who will take advantage of this fee waiver.


Thoughts?

AAA


-----Original Message-----
From: Ed Sinclair [mailto:Ed.Sinclair@lbb.state.tx.us]
Sent: Saturday, February 26, 2011 11:31 AM
To: Arriaga, Amanda
Cc: John Newton
Subject: SB 14 and similar past bills

Amanda - We've been getting a lot of questions from various members regarding the fiscal impact of SB 14 on DPS (this is the voter ID bill).

Several members have looked up past fiscal notes for similar "voter ID" bills and found that you guys estimated revenue losses on those bills, but did not in more current versions.

We need to know the reasoning behind the methodologies taken on current and past "voter ID" bills so we can better answer all the various questions we're receiving. I know this is no small request, but the sooner we could get this information, the better.

TX_00222066

**Defendant's Exhibit #**
215

DE-001320

USA_00009114