| | |
|---|---|
| **From:** | Smith, Janie |
| **Sent:** | Thursday, January 12, 2012 10:41 AM |
| **To:** | Watkins, Paul; Bell, Stephen; Rodriguez, Tony; Stempelmann, Susan |
| **Cc:** | Davio, Rebecca; Terry, Michael; Melcher, Lori |
| **Subject:** | Media questions related to DL offices-RESPONSE REQUIRED |
| **Attachments:** | Voter ID Article SAEN 010912.docx |

Relating to Voter ID: Bloomberg News has posed several questions that are most appropriately answered Customer Operations.
Following are the questions. Lori and I have crafted a couple of responses and have identified information required from Customer Operations. **This is a media question and the response is needed as soon as possible – definitely before COB today.**

1. how many DPS offices are there statewide where people can get licenses? Do you want to provide the answer that OGC gave DOJ through SOS or the current information? If current – Customer Ops needs to provide that number

2. have offices been closed since the last presidential election in 2008? Yes
How many and why? Response required from Customer Operations
Was it a budget or staffing issue? Management/Customer Operations should determine response (no)
outdated equipment? Management/Customer Operations should determine response  (yes)
other reasons? Management/Customer Operations should determine response

3. Are there plans to close additional locations or open new ones and how many closures/new facilities will there be? Lori and I can speak to new facilities, but need an approved response regarding additional location closures
I saw reference to the legislature approving additional resources to allow for added staff and new large offices in metro areas? DPS received $63 million to increase staff and add capacity by opening several large facilities in high-volume areas. This was in response to years of stagnant appropriations while the state population grew exponentially.

4. Are there any plans to provide mobile vans or other means of reaching people in counties where there currently isn't an office or limited hours? There are no plans to deploy mobile units for issuance of election certificates or provide additional offices to accommodate this initiative. DPS was not provided additional resources for issuance of election certificates. We did receive appropriations to increase capacity for all driver license customers.

5. Should the law go into effect, are there any special plans in terms of new equipment, form of identification you'll offer or voter education (or is voter education something Secretary of State's office would do?) The Secretary of State is responsible for the state's voter education program. If approved, DPS will issue an election certificate to persons who qualify. This document will be available at no charge and will only be valid for voting purposes, as specified in the law. The election certificate will be produced utilizing current resources and equipment as there was not additional appropriation for DPS to implement this law.

Thank you and please visit with Lori or me if you have questions or would like to discuss.

Janie Smith, Policy Coordinator
Driver License Division
TX Department of Public Safety

1

TX_00223026

**Defendant's Exhibit #
216**

DE-001321

USA_00009115

512.424.2976 office

**TX_00223027**

**Defendant's Exhibit #**
216

DE-001322

USA_00009116

PL627
9/2/2014
2:13-cv-00193

## Texas Driver License or Identification Card Two-Step Application Process

*Applicants under age 25 and those transferring an out-of-state driver license have additional requirements. Please ask a driver license employee for more information. This document does not apply to commercial driver licenses. Check the DPS website www.txdps.state.tx.us for additional details.*

 **Step 1: Prove that you qualify**

### Verify you live in Texas

You must live in Texas for at least 30 days prior to application, unless you surrender a valid, unexpired out-of-state driver license. You must **provide two** of the following documents showing your name and Texas residential address.

| Acceptable Residency Documents | |
|---|---|
| • Current deed, mortgage, monthly mortgage statement, mortgage payment booklet, or a residential lease agreement | • W-2 or 1099 tax form from the current year |
| • Valid, unexpired Texas voter registration card; motor vehicle registration or title; boat registration or title; or concealed handgun license | • Checking, savings, investment account, or credit card statements dated within 90 days of the date of application |
| • Electric, water, natural gas, satellite television, cable television, or non-cellular telephone statement dated within 90 days of the date of application | • Mail from a federal, state, county, or city government agency dated within 90 days of the date of application |
| • Selective Service card | • Current automobile payment booklet |
| • Medical or health card | • Pre-printed paycheck or pay stub dated within 90 days of the date of application |
| • Current homeowners or renters insurance policy or statement | • Current documents issued by the U.S. Military indicating residential address |
| • Current automobile insurance policy or statement | • TDCJ document indicating applicant's recent release or parole |
| • Texas high school, college, or university report card or transcript for the current school year | • Current Form DS2019, I-20, or a document issued by the United States Citizenship and Immigration Services |

Both documents may not be from the same source (for example, a water bill and a gas bill from the same utility company). Mail addressed with a forwarding label or address label affixed to the envelope is not acceptable. If you cannot provide two documents from the list, you may submit a Texas residency affidavit submitted by someone who resides at the same address. Ask a DL employee for affidavit requirements.

### Verify your citizenship or lawful presence

If you are a U.S. citizen, permanent resident, refugee, or asylee, you must **provide one** of the following to verify your lawful presence in the United States. If you do not fit into one of these categories, ask a DL employee for information about the Temporary Visitor Policy.

| Acceptable Lawful Presence Documents | |
|---|---|
| • Birth Certificate issued by appropriate U.S. state, U.S. territory, or District of Columbia | • Passport or I-94 stamped "Approved I-551" or "Processed for I-551" |
| • Permanent Resident Card (Form I-551) | • U.S. Dept. of State Certificate of Birth Abroad (for U.S. citizens born abroad) – Form FS-240, DS-1350, or FS-545 |
| • U.S. Citizenship Certificate or Certificate of Naturalization with identifiable photo (N-560, N-561, N-550, N-55G, N-570 or N-578) | • EAD (I-766 coded A5 or A3 or I-688B coded A(5) or A(3)) |
| • U.S. Citizen Identification Card (I-179 or I-197) | • U.S. Travel Document (I-327 or I-571) |
| • U.S. passport book or passport card | • I-94 stamped Sec. 208 Asylee or Sec. 207 Refugee |

 **Step 2: Prove who you are**

### Verify your identity

**TX_00235958**

**Defendant's Exhibit #**
220

DE-001420

USA_00009193

Photo IDs issued by government agencies are considered primary documents. **Provide just one** from the list below to prove your identity.

| Primary Identification Documents | | |
|---|---|---|
| • Texas DL or photo ID within two years of expiration<br>• Unexpired DHS or USCIS photo ID<br>  Examples:<br>  – U.S. Citizen Identification Card (I-179 or I-197)<br>  – Valid Permanent Resident Card (I-551)<br>  – Temporary Resident Alien Card (I-688)<br>  – Employment Authorization Card (I-766)<br>  – U.S. Travel Document (I-327 or I-571)<br>  – Advance Parole Document (I-512 or I-512L) | • I-94 stamped Sec. 208 Asylee with photo<br>• I-94 stamped Sec. 207 Refugee with photo<br>• American Indian Card (I-872)<br>• Northern Mariana Card (I-873)<br>• Transportation Workers Identification Card<br>• Unexpired U.S. passport book or passport card<br>• U.S. Citizenship Certificate or Certificate of Naturalization with identifiable photo (N-560, N-561, N-550, N55G, N-570 or N-578) | • Unexpired U.S. military photo ID card for active duty, reserve, or retired personnel<br>• Foreign passport, visa (valid or expired), and I-94 |

If you do not have a primary document, then you can either present **two documents from the secondary category** or **one document from the secondary category AND two documents from the supporting category.**

| Secondary Identification Documents | Supporting Identification Documents | |
|---|---|---|
| • Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency from a U.S. state, U.S. territory, the District of Columbia, or a Canadian province.<br><br>• Original or certified copy of the U.S. Dept. of State Certificate of Birth Abroad (issued to U.S. citizens born abroad) – Form FS-240, DS-1350, or FS-545.<br><br>• Original or certified copy of court order with name and date of birth indicating an official change of name and/or gender from a U.S. state, U.S. territory, the District of Columbia, or a Canadian province. | • Social Security card<br>• Social Security NUMIDENT Record<br>• Forms W-2 or 1099<br>• Temporary receipt for a Texas DL or ID<br>• Expired Texas DL or ID (expired more than two years)<br>• DL or ID issued by another U.S. state, U.S. territory, the District of Columbia, or Canadian province (unexpired or within two years of the expiration date)*<br>• Original or certified copy of marriage license or divorce decree (certified translation must accompany foreign language documents)*<br>• Voter registration card*<br>• Pilot license*<br>• Concealed handgun license*<br>• Professional license issued by Texas state agency*<br>• ID card issued by government agency*<br>• Veteran's Administration card<br>• School records<br>• Hospital-issued birth record* | • Consular document issued by a state or national government<br>• Texas Inmate ID card issued by TDCJ<br>• Federal inmate ID card<br>• TDCJ parole or mandatory release certificate<br>• Federal parole or release certificate<br>• Medicare or Medicaid card<br>• Military records<br>• Selective Service card<br>• Immunization records*<br>• Tribal membership card from federally-recognized tribe<br>• Certificate of Degree of Indian Blood<br>• Unexpired foreign passport<br>• Insurance policy (valid continuously for the past two years)<br>• Current Texas vehicle title or registration<br>• Current Texas boat registration or title |
| | * Document must be issued by an entity from a U.S. state, U.S. territory, District of Columbia, or Canadian province. | |

### Verify your Social Security Number

Disclosure of your Social Security Number is mandatory for driver license applicants, but voluntary for identification card applicants. **Provide one** of the following.

| Acceptable Proof of SSN | | |
|---|---|---|
| • Social Security card or Social Security NUMIDENT Record<br>• Forms W-2 or 1099<br>• Pay stub (with preprinted name and SSN) | • Dependent Military ID (with SSN)<br>• DD-214<br>• Veteran's administration card (with SSN preprinted)<br>• Peace officer's license (TCLEOSE) | • Pilot license (with SSN preprinted on card)<br>• Health Card, Medicare or Medicaid card (with SSN)<br>• Certified college/university transcript (with |

TX_00235959

**Defendant's Exhibit #**
220

DE-001421

USA_00009194

| • Military ID (active or reserve personnel only) | | SSN) |
|---|---|---|

SSN is solicited pursuant to 42 U.S.C. 405(c)(2)(C)(i), 42 U.S.C. 666(a)(13)(A); 49 C.F.R. 383.153, TFC Section 231.302(c)(1) and TRC Sections 522.021 and 521.142. The Department will use SSN information for identification purposes and will only release the number to the Child Support Enforcement Division of the Attorney General's Office, the U.S. Selective Service Administration, and the Texas Secretary of State for statutorily authorized purposes pursuant to TRC Section 521.044.

---

If you cannot provide two documents from the list, you may submit a Texas residency affidavit submitted by:
An individual who resides at the same address as the applicant
- For related individuals, the applicant must present a document acceptable to the department indicating a family relationship to the person who completed the Texas residency affidavit and present two acceptable proof of domicile documents with the name of the person who completed the Texas residency affidavit. Acceptable documents demonstrating family relationship may include, but are not limited to:
  ✓ A marriage license; military dependent identification card, and adoption records.
- For unrelated individuals, the individual must accompany the applicant, present a valid Texas driver license or identification card, and present two acceptable proofs of domicile documents from the list.
- A representative of a governmental entity, not-for-profit organization, assisted care facility/home, adult assisted living facility/home, homeless shelter, transitional service provider, or group/half way house certifying to the address where the applicant resides or receives services. The organization must provide a notarized letter verifying that they receive mail for the individual.
- A person subject to address confidentiality program administered by the Office of Attorney General, judicial address confidentiality under Texas Transportation Code §521.121, or currently incarcerated in a Texas Department of Criminal Justice facility.
The Department has the discretion to reject or require additional evidence to verify domicile address.



TX_00235960

**Defendant's Exhibit #**
220

DE-001422

USA_00009195

PL628
3/2/2014
2:13-cv-00193

---

**From:** Gomez, Enrique
**Sent:** Tuesday, January 17, 2012 8:50 AM
**To:** Terry, Michael; Watkins, Paul; Davio, Rebecca; Mastracchio, JoeAnna
**Subject:** RE: Ft Worth visit


Some people have all the fun.
We'll let you have it next time too  ;-)

E

-----Original Message-----
From: Terry, Michael
Sent: Tuesday, January 17, 2012 8:46 AM
To: Watkins, Paul; Davio, Rebecca; Mastracchio, JoeAnna; Gomez, Enrique
Subject: RE: Ft Worth visit

He had maybe close to 75 to 100 people there, many of them very angry.  Burnam was saying all
the right things about us, wanting to find us more money, etc.  He referred to us (me and the
Tarrant County Elections Admin) that as public servants, we were charged with implementing
the law, not creating it.

One older woman came up to me after and said, "you realize that this law will increase your
lines with angry people."

Common questions:
- Will you have a separate line for issuing the EC at your offices
- What is required to get an EC
- Will you check for warrants when issuing ECs
- If someone is in a walker, will we move them up in the line
- What information is on the card

Uncommon questions (from one person):
- would you make your motor voter list sent to SOS available to election judges or parties
- would you make your DL/PIC lists for specific counties available to election judges or
parties
- People are speeding on Lancaster and many of them don't have licenses and are undocumented
aliens (it was asked, just sharing)

Before the meeting, Burnam discussed his interest in seeing a DL office in the loop and it
has always been an issue with him since he got his license at 16.  However, he was very nice
and accommodating along with his staffer, Craig.  No reason to expect otherwise.

Fun was had by all.

-----Original Message-----
From: Watkins, Paul
Sent: Sunday, January 15, 2012 8:29 AM
To: Terry, Michael
Subject: Ft Worth visit

Mike-
How did the meeting go with Rep Burnum in Ft Worth?

1

**TX_00238388**

**Defendant's Exhibit #**
221

DE-001423

USA_00009196

Paul

Paul B. Watkins
Deputy Assistant Director, Driver License Texas Department of Public Safety

(o) 512-424-5413
(c) 512-748-1488
paul.watkins@dps.texas.gov

2

**TX_00238389**

**Defendant's Exhibit #**
221

DE-001424

USA_00009197

| | |
|---|---|
| **From:** | Gipson, Sheri |
| **Sent:** | Tuesday, January 25, 2011 8:37 AM |
| **To:** | Davio, Rebecca |
| **Subject:** | RE: Info for Sen. Williams |

Suspensions would only affect voter id if they surrendered their license and didn't obtain an id, therefore they might not meet the id policy. Arrests shouldn't affect voter except for those that are convicted, so they are no longer eligible to vote – that would be for SOS to determine. (the DLS jury wheel file is run through Crime Records to remove felons, but the daily voter registration file sent by DLS is not).

*Sheri Gipson*
Customer Support
Driver License Division
512-424-2769

---

**From:** Davio, Rebecca
**Sent:** Tuesday, January 25, 2011 8:30 AM
**To:** Gipson, Sheri
**Subject:** Re: Info for Sen. Williams

I'm asking about arrests and suspensions and how that might relate to voter I'd.

I'm responding from my Blackberry, please forgive typos. --Rebecca

---

**From:** Gipson, Sheri
**Sent:** Tuesday, January 25, 2011 08:19 AM
**To:** Davio, Rebecca
**Subject:** RE: Info for Sen. Williams

Not sure exactly what you're asking. Amanda asked for definition of active this morning because the charts were different and I told her that active meant the dl/id was not expired, suspended or disqualified.

*Sheri Gipson*
Customer Support
Driver License Division
512-424-2769

---

**From:** Davio, Rebecca
**Sent:** Tuesday, January 25, 2011 8:14 AM
**To:** Gipson, Sheri
**Subject:** Re: Info for Sen. Williams

Tell me about suspensions. Why would Sen Gallegos ask about the # of arrests and suspensions?

I'm responding from my Blackberry, please forgive typos. --Rebecca

---

**From:** Gipson, Sheri
**Sent:** Tuesday, January 25, 2011 07:17 AM
**To:** Arriaga, Amanda
**Cc:** Terry, Michael; Davio, Rebecca

**TX_00244046**

**Defendant's Exhibit #**
**224**

DE-001428

USA_00009201

**Subject**: RE: Info for Sen. Williams

The source for both the FHWA and DL/ID card statistics is DPS.  The FHWA is a report that DPS prepares and furnishes to outside entities.

*Sheri Gipson*
Customer Support
Driver License Division
512-424-2769

**From:** Arriaga, Amanda
**Sent:** Tuesday, January 25, 2011 7:14 AM
**To:** Davio, Rebecca; Terry, Michael; Gipson, Sheri
**Subject:** FW: Info for Sen. Williams
**Importance:** High

Please see the question below. Is the source for the FHWA spreadsheet DPS?

**From:** Ryan LaRue_SC [mailto:Ryan.LaRue_SC@senate.state.tx.us]
**Sent:** Tuesday, January 25, 2011 7:13 AM
**To:** Arriaga, Amanda
**Subject:** RE: Info for Sen. Williams
**Importance:** High

Amanda,

On the spreadsheets, the source for those is FHWA, and on the table below the source for those numbers is DPS, correct?

# Ryan

Ryan LaRue
Committee Director
Senate Committee on Transportation and Homeland Security

**From:** Arriaga, Amanda [mailto:Amanda.Arriaga@txdps.state.tx.us]
**Sent:** Monday, January 24, 2011 9:11 PM
**To:** Ryan LaRue_SC
**Subject:** Info for Sen. Williams

Ryan,

Attached is a list of information for you per our conversation today.  We will provide you with some additional talking points tomorrow morning with Q&A, but wanted to send you what we had available right now.

Please let me know what else you think of that you may need.

-AAA

- "FHWA" - The first tab lists the total number of DL holders (15,157,650) in various age ranges; the second tab lists the various types of DLs issued in 2010; the third tab shows the number of IDs issued during 2010 )
- "Driver License Offices in Texas RD" – is an electronic copy of the map that you saw earlier today.
- "DL Fraud Fact sheet" – Details how DPS combats fraud in issuing our documents and shows a picture of the DL and ID

**TX_00244047**

**Defendant's Exhibit #**
**224**

DE-001429

USA_00009202

- Below are some stats regarding the number of DLs and IDs issued from FY05-FY10.

(Please note, the numbers in the excel spreadsheet and the numbers below may vary slightly because the FHWA numbers are active DL/IDs.)

*Driver License/ID Card Statistics*

| Driver License | FY05 | FY06 | FY 07 | FY08 | FY09 | FY10 |
|---|---|---|---|---|---|---|
| Original Issues | 701,749 | 779,038 | 755,868 | 738,739 | 525,084 | 494,948 |
| Renewal Issues | 2,653,778 | 2,678,060 | 2,755,453 | 2,900,576 | 2,185,732 | 1,998,973 |
| Duplicate Issues | 1,639,535 | 1,645,320 | 1,690,443 | 1,684,128 | 1,439,605 | 1,582,865 |
| *Total DL Issues* | *4,995,062* | *5,102,418* | *5,201,764* | *5,323,443* | *4,150,421* | 4,076,786 |

| Identification Card | FY05 | FY06 | FY 07 | FY 08 | FY09 | FY10 |
|---|---|---|---|---|---|---|
| Original Issues | 348,251 | 376,818 | 384,790 | 403,956 | 354,029 | 356,396 |
| Renewal Issues | 144,015 | 183,675 | 215,734 | 204,364 | 127,765 | 116,879 |
| Duplicate Issues | 201,407 | 206,153 | 218,333 | 230,815 | 203,760 | 220,609 |
| *Total ID Issues* | *693,673* | *766,646* | *818,857* | *839,135* | *685,554* | *693,884* |

Amanda Arriaga
Chief, Government Relations
Texas Department of Public Safety
(512) 424-7275 (work)
(512) 424-2966 (fax)
amanda.arriaga@txdps.state.tx.us

**TX_00244048**

**Defendant's Exhibit #**
**224**

DE-001430

USA_00009203

**PL630**
**9/2/2014**
**2:13-cv-00193**

# What Will It Take to Fix Driver License?

Submitted by the Texas Department of Public Safety

February 28, 2011



TX_00245744

**Defendant's Exhibit #**
226

DE-001459

USA_00009232

**Executive Summary**

Getting a driver license in Texas should not have to be a painful experience. The typical driver license customer complaint is about uncomfortable, long wait times before they get to the counter to be helped. Long wait times and crowded facilities developed as the State's population grew and the length of time required to process increasingly-complex driver license transactions expanded over the years.

The Department of Public Safety (DPS) has begun making changes which have yielded reductions in customer wait times. These changes alone, however, are not enough to achieve the desired service quality and driver license document security.  There are specific legislative changes recommended to reduce driver license office visits and increase the security of DLs and IDs.   Other changes recommended to improve the driver license process include leveraging technology to improve service quality and operational efficiency, and investing in additional employees and facilities to catch up with the rapid population increase over the previous decades.

The recommendation is to increase the number of employees and the capacity of our facilities to match the population growth over the past decade while maintaining all existing driver license offices.  The projected state cost for this is $63 million per biennium.

This recommendation includes: 361 FTEs for Driver License, Contact Center, and Indirect Support Staff; appropriate compensation for job duty responsibilities; 20 FTEs to augment staff during summer months; six new mega centers (mega facilities have 25 or more employees) [one in the Metroplex, three in Harris County, and one each in San Antonio and Austin]; furniture, fixtures, and equipment for the new mega centers; new technology initiatives to reduce customer wait times; and new equipment to re-open 96 mobile offices.

Texans currently pay $4 per year for their driver license.  This fee is low in comparison to most other states.  Thirty-five states have driver license fees higher than Texas.  Some examples of states:  Massachusetts charges $15 per year, Florida charges $8, Illinois charges $7.50, New York charges $6.50, and California charges $6.20 per year.

---

TX_00245745

**Defendant's Exhibit #
226**                                    DE-001460

USA_00009233

## Background

The Texas State Legislature requested that DPS make specific recommendations to enhance the services provided by its Driver License Division to meet current and future needs of the State.  In offering these recommendations, the Department considered the dynamically changing demographics, changes to legislation requiring additional services from the Division, and the increased need for secure driver license and identification cards.

In addition to supporting the law enforcement environment, citizens now expect world-class customer service from the Driver License Division while employees need a pay classification structure that reflects the increasing skill requirements of the job and a support structure that provides the tools and training to be successful in their jobs.  Elected officials expect financial transparency and accountability for performance. Other federal, state, and local law enforcement agencies expect collaboration, information sharing, professionalism, and leadership.

According to the Deloitte *Management and Organizational Structure Study* dated October 28, 2008, DPS's driver license function is one of the most customer-intensive functions of any Texas state agency. Unfortunately, visiting some DPS Driver License offices can be an unpleasant experience. Lines are long, technology is underutilized, and the facilities themselves are old, overcrowded, and poorly maintained.

To provide word class services, DPS will need changes in legislation to reduce demand and increase driver license security, as well as additional investments in Technology, People, and Facilities.

TX_00245746

**Defendant's Exhibit #
226**

DE-001461

USA_00009234

## Changing Demographics

Texas has one of the largest and most rapidly growing economies in the United States. In 2006, Texas was home to six of the top 50 companies on the Fortune 500 List. Texas' economy is the 15th largest in the world, based on nominal GDP figures.

Texas has the second largest workforce in the United States, with almost 11 million civilian workers. This robust economy, plus the lack of personal income tax and the largely undervalued real estate throughout Texas, has led to significant population growth.

Texas' population is projected to grow by seven million people over the next 20 years, a 28 percent increase, or roughly 1.24 percent per year compounded. Migration to the large metropolitan areas is expected, creating mega MSAs (Metropolitan Statistical Areas) as shown in the dark green areas on the population maps below.



Source:  Texas State Data Center

---

TX_00245747

**Defendant's Exhibit #
226**

DE-001462

USA_00009235

**Defining the Problem**

**Customer Service**

There are two primary factors that have contributed to the decline in customer service quality in driver license offices over the past 20 years:

1. An increase in the number of transactions while the number of employees and the capacity of facilities have remained constant

2. An increase in the length of driver license and ID transactions due to the need to increase document security and perform non-driver license related functions

The population in Texas has grown almost 21 percent over the last 10 years while the number of driver license examiners has remained constant. Over 20,000 driver license-related customer calls are received daily, and over 85 percent of those calls go unanswered each day.

Exacerbating the employee shortfall are the increase in non-driver license responsibilities (e.g., organ donor, selective service, and voter registration) and the complexity of services that extend transaction time. (See Appendix 1 for a complete list of transaction-extending items.)

Driver license offices today provide a myriad of services to other government agencies, and the demand for data and ancillary services is increasing regularly. While this degrades driver license service quality somewhat, it is less expensive to provide incremental resources to Driver License than to set up redundant systems.

**TX_00245748**

**Defendant's Exhibit #
226**                                    DE-001463

USA_00009236

## Driver License Service Quality



**\*Additional mandates include state and federal requirements placed upon Driver License Division that impact transaction times and ultimately wait times.  Examples of non-driver license requirements include organ donation, selective service, and voter registration.  Secure credentialing requirements such as birth certificates and lawful presence documents also extend transaction times.**

Just as the number of driver license employees has remained constant, the quality and capacity of facilities has not kept pace with the growing population. The vast majority of driver license facilities were built in the 1960s, '70s, and early '80s. Customers complain about the condition, size, and appearance of many offices. Last summer, three customers fainted in one of our offices in the same week because the air conditioning was failing.  Wait times were extended, and there was insufficient room to provide chairs in the waiting area.

Population growth has occurred mostly in the five large metropolitan areas. This has resulted in the Division's inability to provide consistent high quality services to all of its customers.  In 2010, 26 percent of the offices completed 85 percent of transactions. This means that 80 offices processed nearly 5 million transactions combined, while the remaining 227 offices completed a total of only one million transactions.  Over half (53%) of the 307 driver license offices have only one employee.

TX_00245749

Defendant's Exhibit #
226

DE-001464

USA_00009237

According to preliminary data from the business intelligence analysis being conducted by Texas State University, offices with only one employee operate less productively than larger offices. For example, a mega office (25+ employees) processes 18 times more transactions per employee than a small office (defined as three or fewer employees).   A mega office processes 50 times more transactions per employee than a one person mobile office[1]. The efficiency of driver license operations is reduced by having so many small, less productive offices. This does not mean that employees in small offices have a different work ethic than those in larger offices, but the demand in the small offices is significantly less than in the metropolitan areas. The average customer volume in small offices is fewer than three transactions per hour, whereas Mega offices complete over 50 transactions per hour.

---

[1] Mobile offices require a Driver License employee to drive their personal vehicle to another town, transporting and setting up equipment each day the office is open.  The equipment used is outdated and not replaceable.  As the equipment fails, we have no option but to temporarily close the office because months of testing new equipment have been unsuccessful.  To date, 79 of the 96 mobile offices have been closed.

---

What Will It Take to Fix Driver License?                                      Page 7

**TX_00245750**

**Defendant's Exhibit #**
226

DE-001465

USA_00009238

## Office Size Productivity Comparison
## (Transactions Per Office Per Employee Per Hour)



Efforts to improve efficiency and reduce the number of people who visit driver license offices will help improve service quality for those customers who must complete their transactions in person. However, these efforts cannot offset the State's population increase or account for the growing number of more complex transactions. For example, the Division provides online services for driver license and ID renewal. Last year, approximately 450,000 of the 800,000 eligible renewals were done online, alleviating some of the in-office workload.  Persuading another 200,000-250,000 applicants to renew online will not close the service gap.

**Safety and Security**

A driver license is no longer just a license to operate a vehicle. Today, a driver license or ID is essentially the gateway to legitimacy. These are legal documents used by government agencies, corporations, and financial institutions as the trusted validation of a person's identity. Because of this, there is considerable fraud risk.  Criminals have offered as much as $10,000 for a Texas driver license.  Fraudulent driver licenses are sought because multiple driver licenses can be used to defraud other government programs.

---

TX_00245751

Defendant's Exhibit #
226

DE-001466

USA_00009239

It is imperative to protect the integrity of these documents. Driver license examiners are our front-line protection. They examine documents and enforce secure credentialing statutory requirements. Technology, providing access to federal and state databases, can also be used to verify document legitimacy.

**Employee Environment**

With very rare exceptions, driver license employees are trustworthy and dedicated to providing quality customer service under challenging circumstances: frustrated customers, long lines, long days, and low pay. They are committed to their duties to protect the safety and security of their fellow Texans. They work hard to understand and administer complex statutory requirements.

Over the years, the responsibilities placed on driver license employees have increased while salaries have remained constant. Typing speed is no longer the most important driver license examiner skill. DPS needs to be able to attract and retain employees with a valuable mix of customer service and critical thinking skills, as well as employees who have good interpersonal skills, can understand complex statutory requirements, and can identify fraudulent documents.

According to a driver license employee survey conducted in January 2011, 25 percent of respondents reported they work a second job because they are unable to support themselves on their $12 per hour salary. In some metropolitan areas, it is possible to get a job at a fast food restaurant with fewer responsibilities but higher pay and benefits.

Paying employees a salary commensurate with their responsibilities would allow DPS to recruit employees with more developed skills. Additionally, higher pay makes employees less vulnerable to bribes. Maintaining a strong employee base will enable Driver License to fulfill its mission of providing good quality service and protecting the safety and security of Texas.

TX_00245752

**Defendant's Exhibit #**
**226**                          DE-001467

USA_00009240

**Driver License Transaction Volumes and Fees**

Most Texans currently pay $4 per year for their driver license.  This fee is low in comparison to other states; thirty-five states have driver license fees higher than Texas. The highest per year fee is in Massachusetts at $15 per year.  Arizona charges the lowest annual fee of $0.51 per year.  Other comparable states charge: Florida - $8, Illinois - $7.50, New York - $6.50, and California - $6.20. (See Appendix 3 for a complete list of other states' driver license fees.)

In total, the Driver License Division generated approximately $330 million in revenue in FY10.  Approximately 28% ($94 million) of these fees were collected via driver license, ID certificate, and Parent Taught Driver Education fees.  Approximately 54% of the Driver License Division fees were collected via driver Enforcement and Compliance fees, including driver responsibility surcharges.  Driver Record Sales generated 17% of the FY10 Driver License Division fees.  (See Appendix 4 for Driver License Division Generated Revenue for FY09 and FY10.)

**Driver License Division Fees - FY10**

| Driver License Fees | Collected 2010 | % FY10 | Legislative Appropriation |
|---|---|---|---|
| Driver Responsibility Program - Trauma Fund | $ 77,075,001 | | Trauma Fund |
| Driver Responsibility Program - General Revenue | $ 77,075,001 | | GR Unappropriated |
| Driver Responsibility Program - Vendor Fees | $ 13,154,340 | | DPS |
| Driver License Reinstatement - Administrative License Revocation | $ 6,235,092 | | Texas Mobility Fund |
| Motor Vehicle Safety Responsibility Fees (Reinstatement Fees) | $ 3,745,315 | | GR Unappropriated |
| Reinstatement Fees | $ 1,759,972 | | Texas Mobility Fund |
| Driver Responsibility Program - Driver License Division | $ 1,555,959 | | DPS |
| Ignition Interlock DL Fees | $ 35,436 | | Texas Mobility Fund |
| **Subtotal** | **$ 180,600,679** | **54%** | **Enforcement/Compliance** |
| | | | |
| Driver License Fees | $ 85,421,363 | | Texas Mobility Fund |
| ID Certificates | $ 6,005,865 | | Texas Mobility Fund |
| Parent Taught Driver Education | $ 1,749,442 | | DPS |
| Motorcycle License Fees | $ 997,776 | | Texas Mobility Fund |
| Occupational Driver License Fees | $ 196,280 | | Texas Mobility Fund |
| **Subtotal** | **$ 94,370,725** | **28%** | **DL/ID fees** |
| | | | |
| Driver Record and Interactive Record Fees | $ 55,956,414 | | Texas Mobility Fund |
| Sale of License Information - (Weekly Update) | $ 163,329 | | Texas Mobility Fund |
| Sale of License Information - (Complete List) | $ 18,000 | | Texas Mobility Fund |
| **Subtotal** | **$ 56,137,743** | **17%** | **Driver Record Sales** |
| | | | |
| Voluntary Driver License Fee - Donor Education Awareness and Registry | $ 280,790 | | DSHS |
| Voluntary Driver License Fee | $ 293,448 | | GR Unappropriated |
| Helmet Sticker Fee | $ - | | Motorcycle Education Fund |
| National Driver Registry | $ 2,669 | | DPS |
| **Subtotal** | **$ 576,907** | **0%** | **Miscellaneous** |
| **Grand Total** | **$ 331,686,053** | **100%** | |

TX_00245753

**Defendant's Exhibit #**
**226**

DE-001468

USA_00009241

**Recommended Changes**

The Driver License Division has initiated an aggressive FY11 Driver License Improvement Plan designed to improve customer service, enhance the safety and security of Texans, and improve the driver license employee environment. (See Appendix 2 for the Improvement Plan.) Wait time reductions have already occurred in some offices due to the installation of queuing systems; however, without other changes, the desired customer service quality and document security cannot be achieved. Specific changes proposed include no-cost legislative changes, as well as, additional funding to improve technical capacity, hire additional employees, and acquire facilities to accommodate the growing population.

**Legislative**

Legislative changes can be made to optimize the operational efficiency within the Driver License Division. There are several legislative changes that would reduce the volume of customers required to visit a driver license office:

- Modify the fee structure to encourage customers to complete transactions online (Transportation Code §§ 521.421, 521.422, and 521.424)
- Extend driver license and ID expiration from six years to eight years and increase fees accordingly (Transportation Code § 521.271)
- Allow the DPS Director to waive road tests for qualified providers (Transportation Code § 521.165)

There are also a number of legislative changes that would enhance the security and integrity of driver licenses and ID cards and ensure compliance with Federal requirements:

- Require lawful presence for driver license or ID issuance  (this is currently addressed by administrative rule but is subject  to a court challenge which potentially could repeal the administrative rule)(Transportation Code § 521.141)
- Issue limited-term driver license/ID for non-immigrants (Transportation Code §§ 521.101, 521.271, and 521.2711)
- Repeal provision indicating that an ID card issued to an applicant over 60 does not expire (Transportation Code § 521.101)
- Require Social Security number for driver license/ID issuance (Transportation Code § 521.142)
- Expand authority to disclose SSN for purposes of verification with other driver license/ID issuing agencies (Transportation Code § 521.044)
- Only allow one driver license or ID card that is compliant with federal security standards per person (Transportation Code § 521.182)
- Provide authority to place an indicator on the face of the driver license/ID for purposes of identifying cards that are compliant and non-compliant with federal security standards (Transportation Code § 521.121)

---

TX_00245754

**Defendant's Exhibit #
226**

DE-001469

USA_00009242

## Technology

DPS's vision is to leverage technology to improve the quality and speed of the services provided online and at our offices. To do this, we must expand our online capabilities and enhance our means to protect and utilize driver license data for use by law enforcement and other governmental entities in as efficient a manner as possible.

With the right technology the Division can provide customized lists of required documentation, offer online appointment scheduling, and electronically collect and check documents in advance. After visiting an office, customers could check the status of their cards online and access help through online chats, phone calls, or email. This would save time and money for both customers and DPS on every transaction.

With additional funding, the Driver License Division will be able to leverage new technology for driver licenses, our customers, and to help other governmental entities.

## People and Facilities

As stated previously, the driver license facilities have not been updated nor the number of employees increased to match the ever-increasing population or transaction complexity. Meeting customer expectations and providing their desired level of customer service will require additional employees and upgraded or new facilities.

DPS, in conjunction with Texas State University, is conducting a systematic evaluation of current driver license operations to improve service within current resource constraints. Texas State is analyzing existing staffing levels and office locations based on population density and projected population growth. This information will be used to develop strategies to achieve the highest, most-consistent level of service across the state.

There are a number of different ways to approach the mismatch between population and employee/facility resources. The least costly approach that maximizes operational efficiency is to realign driver license employees and facilities to match current population distribution. However, this approach may not address requirements to provide locally-desired services. Two options for how to approach the people and facilities needs of Driver License are addressed below.

Whichever option is selected, it is important to note that these FTE increases will only allow us to serve the State's current population at an acceptable level of service.  Additional FTEs will be needed over the years as the State's population continues to grow.

TX_00245755

**Defendant's Exhibit #
226**                                          DE-001470

USA_00009243

**Recommendation**

**Increase the number of employees and the capacity of our facilities to match population growth while maintaining all existing driver license offices.**

**What's Included:**
- 361 full-time Driver License, Contact Center, and Indirect Support staff
- Appropriate compensation for job duty responsibilities
- 19.5 FTEs (which equates to 78 employees) to augment staff during summer months
- Six new mega centers (one in the Metroplex, three in Harris County, and one each in San Antonio and Austin)
- Furniture and equipment for the new mega centers
- New technology initiatives to reduce customer wait times
- New equipment to re-open 96 mobile offices

**Advantages:**
- Improved service quality
- Supports local communities by maintaining driver license presence and providing customer convenience

**Disadvantages:**
- Higher cost to the State

**Projected State Costs for the Biennium:**

| Description | Amounts | | |
|---|---|---|---|
| | FY12 | FY13 | Biennial Cost |
| Annual Salary | 9,371,433 | 19,923,873 | 29,295,306 |
| Longevity | 80,496 | 274,464 | 354,960 |
| Professional Fees | 3,000,000 | 3,000,000 | 6,000,000 |
| Consumables | 143,040 | 502,860 | 645,900 |
| Utilities | 1,736,349 | 1,880,439 | 3,616,788 |
| Rent - Building* | 40,422 | 3,237,179 | 3,277,601 |
| Other Operating | 8,036,317 | 897,000 | 8,933,317 |
| Capital Expenditures | 1,413,252 | - | 1,413,252 |
| | | | |
| Subtotal Excl Emp Benefits | 23,821,309 | 29,715,814 | 53,537,123 |
| Employee Benefits | 2,633,287 | 5,627,188 | 8,260,474 |
| 5% Contingency(Non Employee) | 718,469 | 475,874 | 1,194,343 |
| **Totals**\*\* | **27,173,065** | **35,818,876** | **62,991,940** |

*Construction costs as an alternative to leasing are estimated to be $47 million.

\*\*The restoration of $4,772,388 for Driver License card stock is also needed to fund license issuance costs.

TX_00245756

**Defendant's Exhibit #
226**                    DE-001471

USA_00009244

**County Opt-In Alternative**

**Realign office locations and minimally increase employees to maximize service quality and efficiency and allow counties the choice to fund local services**

**What's Included:**
- 285 Full time Driver License, Contact Center, and Indirect Support Staff*
- Appropriate compensation for job duty responsibilities
- 19.5 FTEs (which equates to 78 employees) to augment staff during summer months
- Six new mega centers (one in the Metroplex, three in Harris County, and one each in San Antonio and Austin)
- Furniture and equipment for the new mega centers
- New technology initiatives to reduce customer wait times

**Advantages:**
- Lowest cost option to the state, minimizing resource expenditures for facilities and FTE increases
- Improves service quality
- Aligns existing resources with customer demand
- Allows counties to opt-in for local service

**Disadvantages:**
- Some customers may experience longer drive times to conduct driver license transactions which typically occurs once every six years
- Some DPS employees would be required to re-locate

---

TX_00245757

**Defendant's Exhibit #**
226

DE-001472

USA_00009245

**Projected State Costs for the Biennium:**

| Description | Amounts | | |
|---|---|---|---|
| | FY12 | FY13 | Biennial Cost |
| Annual Salary | 8,600,969 | 16,860,242 | 25,461,211 |
| Longevity | 66,672 | 219,384 | 286,056 |
| Professional Fees | 3,000,000 | 3,000,000 | 6,000,000 |
| Consumables | 122,880 | 422,535 | 545,415 |
| Utilities | 584,349 | 728,439 | 1,312,788 |
| Rent - Building** | 40,422 | 3,237,179 | 3,277,601 |
| Other Operating | 8,036,317 | 897,000 | 8,933,317 |
| Capital Expenditures | 558,852 | - | 558,852 |
| | | | |
| Subtotal Excl Emp Benefits | 21,010,461 | 25,364,778 | 46,375,239 |
| Employee Benefits | 2,414,787 | 4,758,329 | 7,173,116 |
| 5% Contingency(Non Employee) | 617,141 | 414,258 | 1,031,399 |
| **Totals*** | **24,042,389** | **30,537,365** | **54,579,754** |

**Cost Sharing with Participating Counties:**
Many mobile driver license offices have been temporarily closed due to equipment failure.
For those currently without a driver license presence that previously had a mobile office,
the Driver License Division would continue to pay the salary, mileage, and per diem costs.
In return, the county could sign a Memorandum of Understanding (MOU) and provide a
lockable, exclusive use, ADA-compliant facility with bathroom access, and pay for the
equipment costs estimated at $20,900 per location for the first year; approximately
$12,000 per year thereafter.

If a county wanted to open a new mobile office location previously un-served by the
Division, they would be required to pay the above costs plus the personnel-related costs for
each day they desired to have their new local office open for business.  The total estimated
cost for service two times per month is approximately $60,000 per year.

*The remaining FTEs to fully staff the new Mega Centers will be transferred from other
driver license offices within the State.

**Construction costs as an alternative to leasing are estimated to be $47 million.

***The restoration of $4,772,388 for Driver License card stock is also needed to fund
license issuance costs.

TX_00245758

**Defendant's Exhibit #**
226

DE-001473

USA_00009246

**Conclusion**

The Driver License Division has undergone a transformation to become a customer driven organization. We want to serve our customers as efficiently as possible, making it easy and painless to complete their required driver license and ID transactions.

Driver License has offered recommendations on two courses of action. The first recommendation allows Driver License to build efficiencies into its business while maintaining the small office locations desired by most counties. The alternate recommendation builds additional efficiencies into the business and allows the Division to use the State's resources more cost effectively.

**TX_00245759**

**Defendant's Exhibit #**
226

DE-001474

USA_00009247

**Appendix 1 - Additional Requirements that Impact Driver License Service Quality**

| Implementation Date | Additional Requirements |
|---|---|
| January 1992 | Voter Registration was implemented. |
| January 1995 | Donor information collection began. |
| February 3, 1997 | Mandatory collection of SSN on original, renewal, or duplicate driver license began. |
| April 1, 1997 | Parent-Taught Driver Education began requiring the collection of documentation demonstrating successful completion prior to the issuance of a driver license to persons under 18. |
| January 2, 2002 | Implementation of the Graduated Driver License Program to restricted levels of driving permissions for persons under 18. |
| January 22, 2002 | Original and renewal registration of sex offenders on an annual basis began. |
| January 22, 2002 | Collection of a voluntary donation of $1 for anatomical gift education program began. |
| January 22, 2002 | Collection of citizenship status for the issuance of a driver license and ID card began. |
| December 2002 | Registration with the Selective Service System began. |
| May 31, 2005 | Hazardous Materials Endorsement (HME) application procedures went into effect requiring background checks for CDL applicants requesting an HME. |
| March 6, 2006 | Fee exemption for disabled veterans became effective. |
| September 1, 2006 | Voluntary organ donor registry collection to provide for a statement of gift on a driver license/ID became available. |
| September 1, 2009 | Waivers of driving tests eliminated for persons under 18 years of age. |

TX_00245760

**Defendant's Exhibit #**
**226**

DE-001475

USA_00009248

**Appendix 2 – Driver License Division FY11 Improvement Plan**

Focus
Areas:

| Customer Service | Safety/ Security | Employee Environment |

Goals:

CS1 – Provide customers easy-to-access, easy-to-understand information

CS2 – Minimize process time and provide a customer friendly environment

CS3 – Provide stakeholders useful/interesting information about DL operations

SS1 – Use internal controls to reduce illegal activity

SS2 – Work to improve driver safety

EE1 – Hire good people and treat them right

EE2 – Provide training and tools to enable employees to succeed

TX_00245761

**Defendant's Exhibit #**
**226**

DE-001476

USA_00009249

**FY 2011 DL Improvement Project List**

| Project | Customer Service | Safety-Security | Employee Environment |
|---|---|---|---|
| Business Intelligence Analysis | CS2 | | √ |
| Division Reorganization and Staffing | CS2 | | √ |
| Proactive Customer Communication Plan | CS1 | | √ |
| DL Improvement Metrics Dashboard | CS2 | √ | √ |
| DL Staffing and Facility Situation Analysis | CS3 | √ | √ |
| DL/ID Issuance Requirements | CS1 | √ | √ |
| Mailer Upgrade | CS2 | | √ |
| Form Letter Revisions (50) | CS1 | | √ |
| IDs for Inmates | CS2 | | |
| Customer Flow Solution | CS2 | | √ |
| DL/DPS Message Development for Visual Displays | CS3 | √ | √ |
| Signage Standardization | CS1 | | √ |
| Model Office Design | CS2 | | √ |
| Credit/Debit Card Acceptance | CS2 | √ | √ |
| Parent Taught Driver Education Improvement | CS1 | √ | √ |
| Regional Management Empowerment Project | CS2 | √ | √ |
| Online Training Plan | √ | √ | EE2 |
| Internal Communication Plan | | | EE1 |
| Employee Uniforms | √ | | EE1 |
| Job Descriptions Revamp | √ | √ | EE1 |
| DL Manual Revision + DLD Fact Sheet Development | √ | √ | EE2 |
| IT Project Prioritization/Communication Plan | √ | SS1 | √ |
| ADLTS (Automated Driver License Testing System) | √ | SS2 | √ |

**TX_00245762**

**Defendant's Exhibit #
226**                          DE-001477

USA_00009250

**FY 2011 DL Improvement Project Descriptions**

**Customer Service Projects:**

**Business Intelligence Analysis** – This project will help the Driver License Division understand the details about the transactions processed in our 307 offices located across the state so we can target our improvement efforts to achieve the greatest impact.  This analysis, for example, will help us understand the optimal location and size of offices based on population density and population growth.

**Division Reorganization and Staffing** – This project will help us realign staffing to optimize division efficiency and add some new employees with skill sets that we don't currently have.

**Proactive Customer Communication Plan** – This project will help us identify ways to make sure our customers have easy access to information that they need to quickly complete their DL/ID transactions.  In addition to making sure that we get information up to date on the web and in our offices, we may also consider using Twitter or Facebook to share information.

**DL Improvement Metrics Dashboard** – This project will make sure we can tangibly demonstrate the benefits of our DL Improvement Plan by developing performance measures to quantify how much we improved customer service, employee environment, and safety and security. Developing this at-a-glance assessment tool for managers, employees, and other interested parties will let us quickly gauge our progress toward improving customer service, ensuring safety and security, and enhancing our employee environment.

**DL Staffing and Facility Situation Analysis** – This project will analyze and briefly present information about the change in DL staffing levels over the years compared to population growth and the increasing complexity of transactions.

**DL/ID Issuance Requirements** – This project will clarify—for our employees and customers—exactly what documents must be presented in order to receive a Texas DL or ID card.  This project will identify the best ways to present this information to our customers including the possibilities of presenting this information on the web, on large display boards at our offices, and via handouts or brochures.

**Mailer Upgrade** – This project will define the processes to improve the efficiency of the mailing process for the millions of documents DLD mails each year including renewal notices, DL/ID card mailings, and suspensions and surcharge notices.

---

**TX_00245763**

**Defendant's Exhibit #
226**

DE-001478

USA_00009251

**Form Letter Revisions** – This project will review approximately 50 different form letters we send out to make sure they are easy to understand. Many times, customers get these letters and immediately call us because they are confused.  The hope is that by making the letters easier to understand we can reduce customer frustration and reduce the number of calls answered by DLD and Contact Center employees.

**IDs for Inmates** – This project, as required by HB2161, will develop a procedure to allow TDCJ staff to help inmates get ID cards before they are released so they can transition into society.

**Customer Flow Solution** – This project will provide a queuing system for our 50 largest offices allowing us to separate quick transactions from slower, more complex transactions. This capability will eventually allow us to provide online scheduling and online sharing of office wait times.  This project will dramatically improve our customer service.

**DL/DPS Message Development for Visual Displays** – This project is related to the customer flow solution.  The display screens for the queuing system also allow the display of important information for our customers.  We can help them understand the requirements, share interesting facts, and convey key department messages.

**Signage Standardization** – By standardizing signage in our offices we will identify our most important messages and make sure they are presented uniformly and neatly in all our offices.

**Model Office Design** – This project will develop a standard appearance for our offices and define minimum space per counter window.  While we will not be able to implement the standard appearance in all offices, having a target to shoot for will help us prepare for future facility changes.

**Credit/Debit Card Acceptance** – Develop the policy to accept alternate methods of payment which will improve customer convenience and reduce the threat of monetary loss to the state.

**Parent Taught Driver Education Improvement** – There is a great deal of confusion and frustration on all fronts regarding Parent Taught Driver Education. This project will work to simplify and clarify the requirements for this method of driver education, streamlining the process for everyone.

**Regional Management Empowerment Project** – This project will help develop a strong team of DL field managers who work together to solve challenges such as how to develop incident response teams, how to respond to customer calls, ways to reduce unproductive supervisory responsibility.

TX_00245764

**Defendant's Exhibit #
226**

DE-001479

USA_00009252

**Employee Environment Projects:**

**Online Training Plan** – We will develop a clear roadmap for what training can be presented online and prioritize which training modules should be developed first.  Online training offers many advantages:  course content is presented consistently; employees can repeat courses they did not fully grasp the first time; supervisors can easily track training; and online training doesn't require any travel time or expenditures.

**Internal Communication Plan** – We will consciously think about and develop a plan to make sure that there are ample opportunities to engage in 2 way communication between employees and supervisors.

**Employee Uniforms** – Providing field office employees department-issued shirts will ensure a professional, recognizable appearance and relieve employees of the need to replace clothing items at their own expense when they are damaged on the job.

**Job Descriptions Revamp –** This project will update the job descriptions for DL employees building in opportunities for career ladder advancement as knowledge and responsibility expand. This project will also look at defining ideal employee characteristics for each job.

**DL Manual Revision + DLD Fact Sheet development** – The current DL Manual will be revamped to make it easier to understand and to use as the reference tool it should be.  A revamped manual should make it easier for employees to do their job right. Additionally, a series of fact sheets will be developed to provide high-level brief overviews of some of DLD's high-profile activities, providing employees, regional commanders, and other stakeholders.  Fact sheets have already been drafted on DRP and DPS actions to combat DL Fraud.

**Safety and Security Projects:**

**IT Project Prioritization/Communication Plan** – Using technology is key to reducing office lines and improving customer satisfaction but it is also critical to achievement of many of our other projects.  This project will develop a method to prioritize IT requirements and communicate that with employees and other interested parties.

**ADLTS** – An Automated Driver License Testing System (ADLTS) will significantly reduce the potential for a driver license to be issued without the applicant passing the traffic law knowledge test because ADLTS will be directly connected to DLS.

---

TX_00245765

**Defendant's Exhibit #**
226

DE-001480

USA_00009253

**Appendix 3 – Other States Driver License Fees**

| | State | DL Fee * | AVG Fee/Year | Renewal Term by Years |
|---|---|---|---|---|
| 1 | Massachusetts | $75.00 | $15.00 | 5 |
| 2 | Vermont | $28.00 | $14.00 | 2 |
| 3 | Connecticut | $66.00 | $11.00 | 6 |
| 4 | Iowa | $20.00 | $10.00 | 2 |
| 5 | New Hampshire | $50.00 | $10.00 | 5 |
| 6 | Maryland | $45.00 | $9.00 | 5 |
| 7 | Florida | $48.00 | $8.00 | 6 |
| 8 | Idaho | $30.00 | $7.50 | 4 |
| 9 | Illinois | $30.00 | $7.50 | 4 |
| 10 | Oregon | $60.00 | $7.50 | 8 |
| 11 | Pennsylvania | $28.00 | $7.00 | 4 |
| 12 | New York | $52.00 | $6.50 | 8 |
| 13 | Rhode Island | $31.50 | $6.30 | 5 |
| 14 | Michigan | $25.00 | $6.25 | 4 |
| 15 | California | $31.00 | $6.20 | 5 |
| 16 | Ohio | $24.50 | $6.13 | 4 |
| 17 | Minnesota | $24.00 | $6.00 | 4 |
| 18 | New Jersey | $24.00 | $6.00 | 4 |
| 19 | Utah | $30.00 | $6.00 | 5 |
| 20 | Alabama | $23.00 | $5.75 | 4 |
| 21 | Nevada | $22.00 | $5.50 | 4 |
| 22 | Oklahoma | $21.50 | $5.38 | 4 |
| 23 | Maine | $21.00 | $5.25 | 4 |
| 24 | Mississippi | $21.00 | $5.25 | 4 |
| 25 | Arkansas | $20.00 | $5.00 | 4 |
| 26 | Delaware | $25.00 | $5.00 | 5 |
| 27 | Hawaii | $40.00 | $5.00 | 8 |
| 28 | Kentucky | $20.00 | $5.00 | 4 |
| 29 | Montana | $40.00 | $5.00 | 8 |
| 30 | Washington | $25.00 | $5.00 | 5 |
| 31 | Wyoming | $20.00 | $5.00 | 4 |
| 32 | Nebraska | $24.00 | $4.80 | 5 |
| 33 | New Mexico | $18.00 | $4.50 | 4 |
| 34 | Wisconsin | $34.00 | $4.25 | 8 |
| 35 | Colorado | $21.00 | $4.20 | 5 |
| 36 | Alaska | $20.00 | $4.00 | 5 |
| 37 | North Carolina | $32.00 | $4.00 | 8 |
| 38 | South Dakota | $20.00 | $4.00 | 5 |
| 39 | **Texas** | **$24.00** | **$4.00** | **6** |
| 40 | Virginia | $32.00 | $4.00 | 8 |
| 41 | Tennessee | $19.50 | $3.90 | 5 |
| 42 | Kansas | $22.00 | $3.67 | 6 |
| 43 | Georgia | $35.00 | $3.50 | 10 |
| 44 | Indiana | $21.00 | $3.50 | 6 |
| 45 | Louisiana | $13.50 | $3.38 | 4 |
| 46 | Missouri | $20.00 | $3.33 | 6 |
| 47 | West Virginia | $13.00 | $2.60 | 5 |
| 48 | North Dakota | $10.00 | $2.50 | 4 |
| 49 | South Carolina | $25.00 | $2.50 | 10 |
| 50 | Arizona | $25.00 | $0.51 | 49 |

\* Some states have different driver license fees.  The fees shown are the highest fees for a non-commercial license.
Source:  American Association of Motor Vehicle Administrators, September 2010

TX_00245766

**Defendant's Exhibit #
226**

DE-001481

USA_00009254

What Will It Take to Fix Driver License?

Defendant's Exhibit #
226

TX_00245767

DE-001482

Appendix 4 - Driver License Division Generated Revenue By Source Of Income

Page 24

| Driver License Fees | Fund | Fee | # Assessed 2010 | Collected 2009 | % FY09 | Collected 2010 | % FY10 | Legislative Appropriation |
|---|---|---|---|---|---|---|---|---|
| Driver Responsibility Program - Trauma Fund | 0111 | $100-$2,000 | 1,430,014 | $ 83,922,031 | | $ 77,075,001 | | Trauma Fund |
| Driver Responsibility Program - General Revenue | 0001 | $100-$2,000 | 1,430,014 | $ 83,922,031 | | $ 77,075,001 | | GR Unappropriated |
| Driver Responsibility Program - Vendor Fees** | 0001 | Varies | Unknown | $ 11,857,495 | | $ 13,154,340 | | DPS |
| Driver License Reinstatement - Administrative License Revocation | 0365 | $125 | 49,881 | $ 6,385,358 | | $ 6,235,092 | | Texas Mobility Fund |
| Motor Vehicle Safety Responsibility Fees (Reinstatement Fees) | 0001 | $100 | 37,453 | $ 4,729,778 | | $ 3,745,315 | | GR Unappropriated |
| Reinstatement Fees | 0365 | $50-$100 | 258,920 | $ 1,685,944 | | $ 1,759,972 | | Texas Mobility Fund |
| Driver Responsibility Program - Driver License Division | 0001 | $100-$2,000 | 1,430,014 | $ 1,675,971 | | $ 1,555,959 | | DPS |
| Ignition Interlock DL Fees | 0365 | $10 | 3,544 | $ 15,840 | | $ 35,436 | | Texas Mobility Fund |
| **Subtotal** | | | | **$ 194,178,608** | **56%** | **$ 180,606,679** | **54%** | **Enforcement/Compliance** |
| Driver License Fees | 0365 | $5-$120 | 4,661,912 | $ 83,966,739 | | $ 86,421,363 | | Texas Mobility Fund |
| ID Certificates | 0365 | $5-$15 | 787,906 | $ 9,649,515 | | $ 6,005,865 | | Texas Mobility Fund |
| Parent Taught Driver Education | 0006 | $20 | 87,472 | $ 1,913,037 | | $ 1,749,442 | | DPS |
| Motorcycle License Fees | 0365 | $8-$15 | Unknown | $ 1,153,510 | | $ 997,776 | | Texas Mobility Fund |
| Occupational Driver License Fees | 0365 | $10-$20 | 17,361 | $ 165,458 | | $ 196,280 | | Texas Mobility Fund |
| **Subtotal** | | | | **$ 96,848,259** | **28%** | **$ 94,370,725** | **28%** | **DL/ID fees** |
| Driver Record and Interactive Record Fees | 0365 | $4-$22 | 11,320,809 | $ 55,677,932 | | $ 55,956,414 | | Texas Mobility Fund |
| Sale of License Information - (Weekly Update) | 0365 | $75 | 2,178 | $ 166,410 | | $ 163,329 | | Texas Mobility Fund |
| Sale of License Information - (Complete List) | 0365 | $2,000 | 9 | $ 8,000 | | $ 18,000 | | Texas Mobility Fund |
| **Subtotal** | | | | **$ 55,852,342** | **16%** | **$ 56,137,743** | **17%** | **Driver Record Sales** |
| Voluntary Driver License Fee - Donor Education Awareness and Registry | 0001 | $1 | 280,790 | $ 324,399 | | $ 280,790 | | DSHS |
| Voluntary Driver License Fee | 0001 | $1 | 293,448 | $ 381,311 | | $ 293,448 | | GR Unappropriated |
| Helmet Sticker Fee*** | 0501 | $5 | 0 | $ 18,985 | | $ - | | Motorcycle Education Fund |
| National Driver Registry | 0006 | $4 | 667 | $ 2,828 | | $ 2,669 | | DPS |
| **Subtotal** | | | | **$ 727,523** | **0%** | **$ 576,907** | **0%** | **Miscellaneous** |
| **Grand Total** | | | | **$ 347,606,732** | **100%** | **$ 331,696,053** | **100%** | |

** These fees are appropriated to DPS but are used to pay the vendors who assist with
*** The Helmet Sticker Fee is no longer collected (starting in 2010)



COMMITTEES:
STATE AFFAIRS, CHAIR
FINANCE
HIGHER EDUCATION
JURISPRUDENCE
NATURAL RESOURCES

ROBERT DUNCAN
STATE SENATOR
DISTRICT 28

January 21, 2011

Dear Senators:

Enclosed please find the draft resolution setting forth the procedures of the Committee of the Whole Senate.  Except for conforming changes related to 82nd Legislative Session date and bill number references, this resolution is the same as Senate Resolution 408 from the 81st Legislation Session.

Please feel free to contact me if you have any questions.

Yours very truly,

Robert Duncan

LUBBOCK DISTRICT OFFICE:
1500 BROADWAY
SUITE 902
LUBBOCK, TEXAS 79401
(806) 762-1122
1-800-546-9928
FAX (806) 749-2828
DIAL 711 FOR RELAY CALLS

CHILDRESS DISTRICT OFFICE:
119 AVENUE B NW
CHILDRESS, TEXAS 79201
(940) 937-0909
(888) 887-7027
FAX (940) 937-6994
DIAL 711 FOR RELAY CALLS

CAPITOL OFFICE:
ROOM 3E.10
P.O. BOX 12068
AUSTIN, TEXAS 78711
(512) 463-0128
(800) 322-9538
FAX (512) 463-2424
DIAL 711 FOR RELAY CALLS

SAN ANGELO DISTRICT OFFICE:
36 WEST BEAUREGARD
SUITE 510
SAN ANGELO, TEXAS 76903
(915) 481-0028
1-800-556-9928
FAX (915) 655-2541
DIAL 711 FOR RELAY CALLS

**Defendant's Exhibit #**
**234**

DE-001496

TX_00256235

**test**

| | |
|---|---|
| **From:** | LOGAN SPENCE [loganspence@hotmail.com] |
| **Sent:** | Thursday, May 10, 2012 2:37 PM |
| **To:** | Logan Spence |
| **Subject:** | FW: Voter ID & Highlights: OK to share? |

Date: Wed, 9 May 2012 00:31:30 -0500
Subject: Fwd: Voter ID & Highlights: OK to share?
From: danpatrick700@gmail.com
To: loganspence@hotmail.com


---------- Forwarded message ----------
From: **Dan Patrick** <danpatrick700@gmail.com>
Date: Tue, Jan 25, 2011 at 11:52 PM
Subject: Re: Voter ID & Highlights: OK to share?
To: Robin Lennon <kwteaparty@gmail.com>


sure--I actually thought I sent it to everyone on our list, so send the entire e-mail out---not the last one about campaign issues, state, etc, the first one I sent to you about e-mails, voter I.D update etc.

On Tue, Jan 25, 2011 at 11:50 PM, Robin Lennon <kwteaparty@gmail.com> wrote:
OK to pass along your update on Voter ID and Highlights (the part I made boldface) to my board and members after removing email address and comments directed to TPAC?

Thanks,

Robin

**From:** Dan Patrick [mailto:danpatrick700@gmail.com]
**Sent:** Tuesday, January 25, 2011 11:36 PM
**To:** Robin Lennon
**Cc:** JoAnn Fleming; leslie.haight@beecreek.net; greg@teapartyconservative.com; philburton@sbcglobal.net; fcravens@houstontps.org; rgonzo8@verizon.net; sharonhall2755@sbcglobal.net; gpendergras1@borderappraisal.com; hagenbaks@aol.com; chuck@marketinganddata.com; tcorsaut@yahoo.com; julie@hounddogranch.com; katpierson@gmail.com
**Subject:** Re: Robin's NEW EMAIL ADDRESS & Fleming - Strategy

I sent each of you my private e-mail. Please feel free to contact me anytime.  Please know during session it could be the next day, or very late, before I can respond.  e.g we anticipate being on the floor between 11 am and maybe 4 or 5 am tomorrow on voter I.D.   I can get a hundred or so e-mails behind pretty quickly.  But, you all are very important and I will get back to you as soon as practical.

The only thing I ask is to always **blind copy** me to help keep my personal e-mail from accidentally getting out to a huge list.   It's for you so we can stay in contact with each other.

**Update on voter I.d  Catherine Engelbrecht who trained volunteers to poll watch came in to testify on voter I.D tonight after waiting about 10 hours to testify, and did a great job.  A Democrat asked her about these stories of voter intimidation and she firmly answered that it was the Democrat**

1

TX_00261265

**Defendant's Exhibit #**
235

DE-001497

USA_00009270

party that created these false reports and that the county attorney, a Democrat, found no evidence whatsoever of wrong doing by King Street Patriots.

We go back in session at 11 a.m. but because of a 24 hour rule to take up a bill on a another day, we cannot take up the voter I.D. bill again until 9:20 p.m tomorrow night (we adjourned at 9:20 tonight)  There are 25 plus amendments and if each one averages 20 minutes to debate we could be there until 5-8am the next morning.  We will get the bill voted out by Thursday sometime and pass it to the House.

Highlights of the bill:
1. If you 69 or under you must present a photo I.D to vote that is an official government photo
2. 70 and over you must have your voter registration with you.
3. If 69 or under and you do not have a photo with you, you will be able to vote a provisional ballot and then that person will have 6 days to bring a valid photo I.D.

I believe all of the Republicans have co-authored the bill, if not, all will vote for it and it will pass along party lines 19 to 12.  Good thing we set aside the blocker bill, 21 vote rule to bring a bill to the floor, for this bill, or we would not be able to get it passed.  As you know my goal was to change the 21 vote to either a simple majority, or to reduce the two thirds to 60%, similar to the U.S Senate.  That would only require 19 votes to bring a bill to the floor.  We have 19 Republicans.

Dan


On Tue, Jan 25, 2011 at 7:48 AM, Robin Lennon <kwteaparty@gmail.com> wrote:
Joann,

You are so focused, but going exactly where I believe we need to go. Please keep us all posted.

In order to keep all of TPAC's emails from getting lost in my overextended email box, I have created a new email address just for this group.

SHARON & ALL:  Please change my email address to robin.tpac@gmail.com . Thank you.

Would you mind sending the candidates and potential candidates for KBH's seat as you have found them. If we have a website, could we also have a place in it where we could post various candidates  and particulars about them and their histories that we know or discover, and substantiate as true?

That way we'll know who to cultivate and get to know so we can bring their names before our groups and familiarize ourselves and our members with CONSERVATIVE candidates who may be running.

I am very excited to be working with all of you and believe that for the first time in generations we may be able to make some positive change back toward more localized government.

Cordially,

Robin

Robin Lennon
Kingwood TEA Party
KWTEAParty@gmail.com
robin.tpac@gmail.com
832-748-8036


2

TX_00261266

**Defendant's Exhibit #**
235

DE-001498

USA_00009271



**REMEMBER in NO-VEMBER!**

**From:** JoAnn Fleming [mailto:jafleming3@juno.com]
**Sent:** Monday, January 24, 2011 9:54 AM
**To:** leslie.haight@beecreek.net; greg@teapartyconservative.com; philburton@sbcglobal.net; fcravens@houstontps.org; rgonzo8@verizon.net; kwteaparty@gmail.com; sharonhall2755@sbcglobal.net; gpendergras1@borderappraisal.com; hagenbaks@aol.com; chuck@marketinganddata.com; tcorsaut@yahoo.com; julie@hounddogranch.com; katpierson@gmail.com
**Subject:** Fleming - Strategy for Senate Re: Summary of today's meeting - please provide input

Thanks, Leslie!  Communication is key.  Thanks for taking on this job.  Will send mine very soon.  It is a privilege to serve with all of you!

ALL,

We need to get a sharp focus on the TX Senate right NOW!  That is where the games are played.  Just look at the voting records of those in the Senate to see their history.  Doesn't matter if Joe Straus decides to do the honorable thing and appoint strong conservative committee chairs (do we have that many "strong" ones???) and everything we want gets to floor for up or down vote, **most of it will be DOA if we don't get on the Senate right now.  As we talked about yesterday, they only set aside the 2/3 rule for voter ID - which means we have a bunch of status-quo protecting placeholders in the Senate.  We cannot afford to let them blow this session for the constitutional conservative movement and for our State Sovereignty!  Time is running out -- especially regarding the high cost of illegal aliens to this state and nation - in both financial and security terms -- not to mention the denigrating and subjugating of the rule of law.**

**Recommended strategy:**  laser focus on Dewhurst -- as presiding officer of Senate -- who wants to go up the political food chain & run for KBH's seat; ditto for Shapiro.  They will be in a crowded field and NONE of them want a black eye from the tea party/grassroots.  I have already gotten calls from four of the seven who are interested in running.  They want to get in front of GAWTP.   When they move on, there are at least two more in Senate eying the Dewhurst spot.  We should use that political ambition as leverage and pour the pressure on!   We'd like to appeal to honor and integrity and hope they'd do the right thing because it is right, but don't bet the farm on that one!   I don't think most of them understand what is right.  They lack the moral compass and understanding of First Principles to get the job done; therefore, we use what works.  Political ambition and the right pressure done the right way at the right time can sometimes extract good decisions.

**Also, we need to get working on Perry.**  His emergency items are important to him politically.  We should start working on him now -- ask him to let the legislature know that if they don't get business done in the regular session, he'll call them back into special session immediately to take care of the People's business.

The backdrop of the state budget shortfall/necessary cuts AND the federal debt ceiling/runaway spending/debt provides perfect talking points and position of reasonable problem solving to approach the issue of the cost of illegals.   (By the way, Robert...What a patriot you are!  What a compelling life story of your family and what this country means to you!)

I recommend we prepare a no more than two page letter to send certified mail to Dewhurst and every member of the TX Senate and to Perry.  Send a certified letter to Perry.  In it we clearly define the most

3

TX_00261267

**Defendant's Exhibit #**
**235**

DE-001499

USA_00009272

important issues (and make it pithy!) and stress that it is time for conservative members of the legislature to lead -- not sit on the sidelines.   This shows the TPC we mean business, and we will have their backs if they do the right thing.

What say you??

Advancing Freedom,

JoAnn



**JoAnn Fleming, Executive Director**
**Grassroots America - We the People  www.gawtp.com**
**(903) 894-7204 home office or (903) 360-2858 cell**
*"It does not take a majority to prevail ... but rather an irate, tireless minority, keen on setting brushfires of freedom in the minds of men."*
Samuel Adams
<u>Where applicable</u>, a political advertisement paid for by the GAWTP PAC, PO Box 130012,Tyler, TX 75713, Jimmie Taylor, PAC Treasurer.


---------- Original Message ----------
From: "Leslie Haight" <<u>leslie.haight@beecreek.net</u>>
To: <<u>greg@teapartyconservative.com</u>>, "'JoAnn Fleming'" <<u>jafleming3@juno.com</u>>,
<<u>philburton@sbcglobal.net</u>>, <<u>fcravens@houstontps.org</u>>, <<u>rgonzo8@verizon.net</u>>,
<<u>kwteaparty@gmail.com</u>>, <<u>sharonhall2755@sbcglobal.net</u>>, <<u>gpendergras1@borderappraisal.com</u>>,
<<u>hagenbaks@aol.com</u>>, <<u>chuck@marketinganddata.com</u>>, <<u>tcorsaut@yahoo.com</u>>,
<<u>julie@hounddogranch.com</u>>, <<u>katpierson@gmail.com</u>>
Subject: Summary of today's meeting - please provide input
Date: Sun, 23 Jan 2011 19:35:44 -0600

It was great to see everyone today.

In the spirit of transparency, we should send a summary of today's meeting to our local tea parties, as well as tea parties across Texas who did not have a seat at the table this afternoon.

In the next 24 hours, please send a summary of just the issue you discussed during our meeting with the legislators.  I can work with Greg to consolidate the message, and we can send out a complete message back to you and to tea parties across the state.

When we send this message to the tea parties across the state, we can include a note on the February 12 Orientation of the Legislative Process.

I will set up a separate Constant Contact account and gmail account just for the purposes of the Tea Party Caucus Advisory Council, so the message would come from the committee, rather than an individual Tea Party.

Sound okay?



No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.872 / Virus Database: 271.1.1/3398 - Release Date: 01/24/11 01:35:00

TX_00261268

**Defendant's Exhibit #**
**235**

DE-001500

USA_00009273

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.872 / Virus Database: 271.1.1/3400 - Release Date: 01/25/11 01:34:00

5

TX_00261269

**Defendant's Exhibit #**
235

DE-001501

USA_00009274

| | |
|---|---|
| **From:** | Terry, Michael |
| **Sent:** | Tuesday, March 22, 2011 12:38 PM |
| **To:** | DPS Government Relations; Davio, Rebecca |
| **Cc:** | Arriaga, Amanda |
| **Subject:** | RE: Voter ID |

A couple of thoughts on the amendment:

DLs/IDs maybe stolen and they may be lost.  So if the amendment is only to address stolen forms of identification issued by DPS, then those who have lost or damaged their cards will be out of luck?

As I mentioned, customers will be issued a temporary receipt that will include a photograph of the customer with the same information printed on the card.   What doesn't exist are any security features associated with the card as well as the mag stripe.

Beyond that, DPS isn't the registrar.  All we're being asked to do is provide a photographic identification (ID/DL) as noted in the bill.

Does that help at all?

Mike

---

**From:** DPS Government Relations
**Sent:** Tuesday, March 22, 2011 12:30 PM
**To:** Davio, Rebecca; Terry, Michael
**Cc:** Arriaga, Amanda
**Subject:** FW: Voter ID

Here is the aforementioned proposed amendment for y'all to take a look at.  In response to          question below- it is my understanding that a temporary DL or ID with a photo would be acceptable under this bill for voting purposes- do y'all agree?

Thanks,

Gretchen Essell
Legislative Coordinator
Office of Government Relations
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@txdps.state.tx.us

---

**Legislative Privileged**

1

TX_00296714

**Defendant's Exhibit #**
248

DE-001582

USA_00009355

**Legislative Privileged**

2

TX_00296715

**Defendant's Exhibit #**
248

DE-001583

USA_00009356

| From: | Trumble, Rhonda [Rhonda.Trumble@txdps.state.tx.us] |
|---|---|
| Sent: | Monday. March 28, 2011 4:04 PM |
| To: | |
| Cc: | Arriaga, Amanda |
| Subject: | Fiscal Implications of SB 14 |
| Attachments: | Fiscal implications of SB 14.docx |

Here is the information I promised you. Please let me know if you have further questions of us.

Thank you,

Rhonda S. Trumble
Assistant Chief
Office of Government Relations
Texas Department of Public Safety
(512) 424-2037

1

TX_00296716

**Defendant's Exhibit #**
249

DE-001584

USA_00009357

The amendment by Representative Lucio III which adds subsection (c) to Section 521.124, Transportation Code, has significant fiscal impact to DPS as well as DIR.  The passage of this amendment could effectively eliminate the ability of DPS to allow for renewals, address changes, etc. over the internet because those receipts are intended to be carried with the old license until the new DL is issued and mailed.

If the passage is enacted and online transactions were no longer allowed, driver license offices across the state would see a tremendous increase in traffic, which could make the wait times significantly longer than they currently are.

At best, a significant fiscal commitment would be required to modify the interface and programming with the state's online portal to allow for the printing of receipts of online transactions with the proper photo.

TX_00296717

**Defendant's Exhibit #**
249

DE-001585

USA_00009358

**From:** DPS Government Relations [Government.Relations@txdps.state.tx.us]
**Sent:** Tuesday, March 22, 2011 8:05 PM
**To:** Legislative Privileged
**Subject:** RE: Voter ID

I've confirmed with Driver License Assistant Director Rebecca Davio that the temporary DLs and IDs have photos on them.

Thank you,
Rhonda Trumble

**From:** Legislative Privileged
**Sent:** Tue 3/22/2011 7:55 PM
**To:** DPS Government Relations
**Subject:** RE: Voter ID

# Legislative Privileged

**From:** DPS Government Relations [mailto:Government.Relations@txdps.state.tx.us]
**Sent:** Tuesday, March 22, 2011 5:47 PM
**To:** Legislative Privileged
**Cc:** Davio, Rebecca; Terry, Michael; Arriaga, Amanda
**Subject:** RE: Voter ID

## Legislative Privileged

A couple of things to keep in mind:

We do issue a temporary DL or ID immediately to an individual that visits a Driver License office and presents the required documents. Remember, though, that that temporary receipt does not have the security features that would be associated with the physical card. We are currently able to mail the physical card within 15-20 days.

Also, while this amendment would allow an individual whose DL or ID was stolen to vote using a police report, there are several other reasons that a DL or ID may no longer be in a person's possession. Cards are frequently lost or damaged.

As to whether a temporary DL or ID would be acceptable for voting purposes, that will depend on the legislative intent.

If you have any other questions, please let us know.

Thanks,

Gretchen Essell
Legislative Coordinator
Office of Government Relations

1

TX_00296718

**Defendant's Exhibit #**
249

DE-001586

USA_00009359

Texas Department of Public Safety
(512) 424-2933
gretchen.essell@txdps.state.tx.us

**From:** Legislative Privileged
**Sent:** Tuesday, March 22, 2011 11:58 AM
**To:** DPS Government Relations
**Subject:** Voter ID

**Legislative Privileged**

2

**TX_00296719**

**Defendant's Exhibit #**
249

DE-001587

USA_00009360

Legislative Privileged

TX_00296720

Defendant's Exhibit #
249

DE-001588

USA_00009361

| | |
|---|---|
| **From:** | Arriaga, Amanda [Amanda.Arriaga@txdps.state.tx.us] |
| **Sent:** | Tuesday, January 25, 2011 6:04 AM |
| **To:** | Legislative Privileged |
| **Subject:** | |

Process:

- What are the requirements to receive an ID?  Verify identity and lawful presence, complete the application, consent to be photographed and fingerprinted, provide signature, and pay the required
- Can a person have both an ID and DL?  Yes, there is no prohibition in the Transportation Code for a person to hold both documents.
- How long does it take once the applicant has submitted all of their materials for DPS to mail out the physical ID?
- How long is a temporary ID valid? 45 days.
- What security features does a temporary ID have?  It has a photo of the person and other identifying information including demographic info on the face of the ID
- How many DL offices are there in Texas?  307
- How many DL mobile facilities?  96, with 18 currently open
- How many counties do  not have a DL office? 84
- Can a non-citizen get a DL? Yes. Legal foreign visitors can receive a DL that shows their expiration date on the face of the  card.
- Can a non-citizen get an ID? Yes. Legal foreign visitors can receive an ID that shows their expiration date on the face of the  card.

ID vs DL

- How many DL holders are there? Approximately 15 million
- How many ID holders are there? Approximately 750,000

Cost:

- What is the cost to DPS to manufacture an ID? $1.67 per ID after regular appropriations for DLs/IDs run out.
- What is the cost to the state to give away IDs for free? $15 per ID for each person who requests the ID for free, $5 for applicants 65 yoa

1

TX_00296740

**Defendant's Exhibit #**
251

DE-001593

USA_00009366

| | |
|---|---|
| **From:** | Arriaga, Amanda [Amanda.Arriaga@txdps.state.tx.us] |
| **Sent:** | Tuesday, January 25, 2011 6:40 PM |
| **To:** | |
| **Subject:** | |

Re: VDPs question: in our LAR in the 10% reduction exercise DPS identified that 11 DPS offices might have to close. These aren't necessarily DL offices. They are offices with all kinds of DPS services. The business intel proj will determine placement of DL offices.

----- Original Message -----

----- Original Message -----
From: Arriaga, Amanda <Amanda.Arriaga@txdps.state.tx.us>
To:
Sent: Tue Jan 25 18:16:57 2011
Subject:

The answer is yes there are no DL offices in the 610 loop, but there are offices in harris county and the reason we are doing our business intelligence project is to determine where DL offices should be placed.

1

**TX_00296772**

**Defendant's Exhibit #**
**254**

DE-001601

USA_00009374



# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N. LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
www.txdps.state.tx.us



STEVEN C. McCRAW
DIRECTOR
LAMAR BECKWORTH
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
ALLAN B. POLUNSKY, CHAIR
ADA BROWN
JOHN STEEN
CARIN MARCY BARTH
A. CYNTHIA LEON

January 26, 2011

Dear Texas State Senators,

Please find attached the responses to Senate questions regarding the Department of Public Safety's administration of the Texas Driver License and Identification Card programs.

Thank you for the opportunity to serve as a resource witness to the Senate Committee of the Whole on January 25, 2011. The Department currently has 307 driver license offices that serve the over 15 million Texas driver license holders and over 750,000 identification card holders in Texas.

If you have any additional questions, please contact Rebecca Davio, Assistant Director for Driver Licenses at 512-424-5232 or Rebecca.davio@txdps.state.tx.us

Sincerely,

*Steven C McCraw*

Steven C. McCraw
Director
Texas Department of Public Safety

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

**TX_00296794**

**Defendant's Exhibit #**
**256**

DE-001616

USA_00009389

**Response to Questions from Senate Committee of the Whole**

**Please validate the map provided by Legislative Council.**

The Driver License Division has reviewed the map and determined that it is correct.

**Please comment on the Department's 5% reduction and 10% proposed reduction in the Legislative Appropriations Request.**

The Department lost $14.6 million due to the 5% cut in General Revenue that we faced.   This includes five Department offices that might have to close. These are not necessarily Driver License offices.  The Department's 10% proposed reduction schedule identified that 11 DPS offices might have to close. These are not necessarily Driver License offices. They are offices with various Department services. The Business Intelligence Analysis project will identify the optimum placement of Driver License offices throughout the state. The Department also is not able to determine at this time how a reduction in funds will affect operating hours of Driver License offices.

**Are there any anticipated closures of Driver License offices?**
The Driver License Division is conducting a Business Intelligence Analysis to determine the most efficient ways to allocate scarce resources and to best serve Texas residents, statewide.  At present, there are no anticipated closures.  In the event there is an equipment failure in the future, we may consider temporarily closing a mobile office in the near term.

**Does the Department have a comment on the Criminal Justice Impact statement for SB 14?**
The Department has no comment on the criminal justice impact statement as we are not the appropriate entity to comment on the potential overcrowding of jails.

**Are there Driver License offices within the 610 loop?**
No.  The closest office to 610 is Dacoma.  It is at 290 @ 610 North.

**Driver License Offices and Hours in the Houston area**
- Dacoma – 8-5 except Tuesday 8-7
- Gessner – 8-6 Tuesday and Thursday, 8-5 M, W, F
- Grant Road – 8-5 except Wednesday 8-7
- Townhurst – 8-5 except Thursday 8-7
- Winkler – 8-5 except Thursday 8-7
- Tidwell – 8-5 except Thursday 8-7
- Vantage Parkway – 8-5 except Tuesday 8-7
- We also have offices in Baytown, Humble, Pasadena, and Webster – all within Harris County

**Driver License Offices and Hours in the DFW metro area**
**Dallas**
- Downtown – 8-5 – no exams, duplicates and renewals only (this office is in a City of Dallas building)
- East (Northwest Highway) – 8-5 except Wednesday 8-7

**TX_00296806**

**Defendant's Exhibit #**
257

DE-001617

USA_00009390

- Dallas Southwest (Red Bird Center Drive) – 8-5 except Wednesday 8-7
- We also have offices in Carrollton, Garland, Grand Prairie, Irving, and Cedar Hill – all within Dallas County

**Fort Worth**

- Woodway Drive – 7:30-5 except Monday 7:30-6
- We also have offices in Arlington, Hurst, and Lake Worth – all within Tarrant County

### What is the protocol for confiscated licenses?

Texas Transportation Code §§ 524.011(b)(2) and (3), and 724.032(2) and (3) provide the requirements for a peace officer to  confiscate a driver license where a driver is arrested for an alcohol related offense under the Administrative License Revocation program(ALR) in accordance to Section 49.04, 49.045, or 49.06, Penal Code, or an offense under Section 49.07 or 49.08 of that code involving the operation of a motor vehicle or watercraft.  These statutes provide that the peace officer shall take possession of any driver license issued by this state and held by the person arrested, and issue a temporary driving permit to the person unless department records show or the officer otherwise determines that the person does not hold a driver's license to operate a motor vehicle in this state.

This permit (form DIC-25), handwritten by the peace officer, is part of the arrest documentation provided to the driver and contains the driver's name, driver license number, date of birth, address, physician description including race, sex, height, weight, eyes, and hair color.  This temporary driving permit does not contain a photograph of the driver.  A temporary driving provision issued under these sections of the Transportation Code expires on the 41st day after the date of issuance, which coincides with the effective date of the driver license suspension.  Commercial drivers are issued a similar temporary permit (form DIC-57) however, the permit becomes effective beginning 24 hours from the time of arrest.   The peace officer is required to forward the appropriate ALR paperwork with the confiscated license to the Department for processing.  Upon completion of the suspension period, the driver license is returned to the driver.  During the suspension period, the driver is eligible to make application for an identification card with a photograph during this suspension period.

### How does the temporary driving permit that you receive when your license is confiscated differ from a "temporary driving permit" that you get when you apply for a Driver License?

A temporary driving permit issued by the Texas Highway Patrol is issued to drivers arrested for an alcohol related offense.  This permit (form DIC-25) is part of the arrest documentation provided to the driver and contains the driver's name, driver license number, date of birth, address, physician description including race, sex, height, weight, eyes, and hair color.  This temporary driving permit does not contain a photograph of the driver.   This permit allows the driver to operate a motor vehicle in the interim period before the driver license suspension takes effect on the 41st day.  This is in accordance to Texas Transportation Code Chapters 524 and 724.

A temporary driving permit issued by driver license personnel at a driver license office contains the same information that appears on a driver license including the driver license photograph of the applicant.  This temporary driving permit is computer generated from the driver license system and expires within 45 days of issuance.

**TX_00296807**

**Defendant's Exhibit #**
257

DE-001618

USA_00009391

**What will the DPS' policy be when a person enters a Driver License office seeking an ID for the purpose of voting, but they have outstanding Driver Responsibility surcharges on their Driver License?**
A person's driver license status or surcharge status does not prohibit the ability of the person to obtain a Texas identification card, provided the person presents the appropriate identification documentation for the issuance of an identification card.

**What is the current policy when a person with Driver Responsibility surcharges enters a Driver License office for a different transaction?**
Each driver license office has an information desk which allows the customer to request specific services at that location.  If a customer requests surcharge information while applying for a Texas identification card, the customer will be provided with contact information to customer service for additional assistance.  The customer will be issued a Texas identification card provided the customer presents the appropriate identification documentation for the issuance of an identification card. Surcharges and request of an ID are two separate issues and will be treated as such.

**What types of birth certificates does Driver License office recognize for the purpose of identification?**
Every original applicant must present one piece of primary identification, or one piece of secondary identification plus two pieces of support identification; or two pieces of secondary identification.  37 Texas Administrative Code § 15.24 provides that the Department may accept secondary identification in the form of an original or certified original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency; an  original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad); or an original or certified copy of court order with name and date of birth (DOB) indicating an official change of name and/or gender.

**How many homebound IDs do we issue?**
0.15% of ID applicants receive homebound service.

Only ID cards are issued through this process and we screen very closely to ensure there is not a practical way to serve the customer in the office as it requires taking an employee away from their regular duties serving customers in the driver license offices.

The need for a homebound visit is determined by the supervisor of the local driver license office. The Driver License Division has digital cameras that can capture the required image for the identification card. The applicant fills out a form LI-50, which includes a signature block along with the appropriate application for an original or renewed ID. Any necessary identification documents such as birth certificates are copied and returned to the applicant. All materials – photo, signature, and applications – are sent to the DL headquarters in Austin for processing.

**Provide an analysis on wait time in all Driver License offices:**
Prior to November 2010, the Driver License Division conducted a study of all of its Driver License offices to determine wait time, process time and the average amount of time customers spend in Driver License offices.  Please see the attachment "DL Wait Times".

Since November 2010, automated queuing systems are being installed our 50 busiest Driver License offices across the state.   It is a priority for the Department to reduce wait time to no more than 40 minutes. The queuing system and its report function are important tools we will use to measure performance.

**TX_00296808**

Defendant's Exhibit #
257

DE-001619

USA_00009392

**<u>Provide a list of all Driver License offices in the State of Texas:</u>**
Please see attachment "DL offices".

**TX_00296809**

**Defendant's Exhibit #**
257

DE-001620

USA_00009393

| From: | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
|---|---|
| Sent: | Friday, February 25, 2011 1:24 PM |
| To: | Patricia Harless; |
| Cc: | John Sepehri |
| Attachments: | |

Dear

Attached are the three letters that we mentioned concerning the availability of federal HAVA dollars for a statewide voter education effort on the new ID requirements. The two other items you asked about was numbers of complaints we have received about possible voter fraud, and the number of registered voters that do not have a driver's license or personal identification card issued by DPS.

We are currently compiling copies of all written complaints, complaints registered by phone and by email and we expect to be able to deliver them to your office before COB today. The complaints by phone and email are considerably more informal than the written complaints we receive so it is harder to categorize them. However, we can tell you that since 2007, this office has referred 72 complaints to OAG. Of those referrals, 9 involved potential voter impersonation. However, please note that even if one assumes voter impersonation efforts would be readily detected, we cannot meaningfully draw any conclusions from our referrals because election fraud may be reported directly to local prosecutorial authorities or the OAG.

Lastly, concerning the numbers of voters who have not been issued TDL/personal id cards by DPS, we are still working with our IT Dept to analyze that data, and hope to have an analysis by Monday.

I hope this is helpful to you, and if you need to reach me over the weekend, you can call my personal cell phone, which is 512-619-7587.

Ann


Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871

1

**TX_00296824**

**Defendant's Exhibit #**
258

DE-001621

USA_00009394

| | |
|---|---|
| **From:** | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
| **Sent:** | Friday, February 25, 2011 4:47 PM |
| **To:** | |
| **Subject:** | FW: Number of voters that do not have an associated TDL/SSN |

**Question:  What is the number of voters that do not have a Texas Drivers License/Personal Identification Number or Social Security Number in the statewide voter database?**

Prior to 1/1/2006, drivers license and social security numbers were optional fields on the voter registration application.  Since HAVA became effective on 1/1/2006, all new voter applicants must provide a driver's license or personal id number issued by DPS or if they have not been issued a driver's license or personal identification card, then they must provide the last four digits of their social security number.  If the applicant has neither the drivers license, personal identification card or the SSA number, then they must state that fact and they are flagged as having to present ID when they present themselves for voting.  Below are two sets of numbers.  The first set of numbers reflects new registrations since January 2006 and shows what identification number that new applicants provided.  The second set of numbers reflects the entire statewide file of registered voters and shows which identification numbers were provided by applicants before and after January 2006.

**January 1, 2006 through December 31, 2010**
Number of voters who registered with a TDL/ID:          **2,334,281**
Number of voters who registered with a SSN:               **294,142**
Number of voters who registered with both:            **1,312,638**
Number of voters who registered without either:          **34,506**

**All voters in the state:**
Number of voters with a TDL/ID:          **5,215,386**
Number of voters with a SSN:               **2,124,570**
Number of voter with both:                **4,624,334**
Number of voters with neither number: **690,887 \*\*\***

**\*\*\*  This number represents all the voters that do not have a TDL or SSN associated with their voter record.  It is possible that one of these persons does in fact have a TDL or SSN and they simply did not provide it when they registered to vote (such numbers were optional prior to Jan 2006).**

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871

1

**TX_00296825**

**Defendant's Exhibit #**
**259**

DE-001622

USA_00009395