Texas Legislature Online - 82(R) History for SB 14          http://www.capitol.state.tx.us/BillLookup/History.aspx?LegSess=82R&B...

## • **Texas Legislature Online**
# History

---

**Bill:** SB 14          **Legislative Session:** 82(R)          **Senate E&E Draft:** 2011S0078-1

**Last Action:**       05/27/2011 E See remarks for effective date

**Caption Version:**   Enrolled
**Caption Text:**      Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

**Author:**            Fraser | Birdwell | Carona | Deuell | Duncan | Eltife· | Estes | Harris | Hegar | Huffman | Jackson | Nelson | Nichols | Ogden | Patrick | Seliger | Shapiro | Wentworth | Williams

**Sponsor:**           Harless | Taylor, Larry | Pena | Truitt | Smith, Todd

**Cosponsor:**         Aliseda | Anderson, Charles "Doc" | Anderson, Rodney | Aycock | Beck | Berman | Bohac | Bonnen | Branch | Brown | Burkett | Button | Cain | Callegari | Carter | Christian | Cook | Craddick | Creighton | Crownover | Darby | Davis, John | Davis, Sarah | Driver | Eissler | Elkins | Fletcher | Flynn | Frullo | Geren | Gonzales, Larry | Gooden | Hamilton | Hancock | Hardcastle | Hilderbran | Hopson | Howard, Charlie | Huberty | Hughes | Hunter | Isaac | Keffer | King, Phil | King, Susan | Kolkhorst | Kuempel | Landtroop | Larson | Laubenberg | Lavender | Legler | Lewis | Madden | Margo | Miller, Sid | Morrison | Murphy | Nash | Orr | Otto | Parker | Patrick, Diane | Paxton | Perry | Phillips | Pitts | Price | Riddle | Ritter | Schwertner | Scott | Sheets | Sheffield | Shelton | Smith, Wayne | Solomons | Taylor, Van | Weber | White | Woolley | Workman | Zedler | Zerwas

**Subjects:**          Elections--Administration (I0277)
                       Elections--General (I0310)
                       Elections--Registration & Suffrage (I0265)
                       IDENTIFICATION CARDS (S0074)
                       SECRETARY OF STATE (V0042)

**Remarks:**           This Act takes effect January 1, 2012, except Sections 3, 5, 6, 7, 11, 22, and 24, take effect September 1, 2011.

**Senate Committee:**  Committee of the Whole Senate
**Status:**            Out of committee
**Vote:**              Ayes=20   Nays=12   Present Not Voting=0   Absent=0

**House Committee:**   Voter Identification & Voter Fraud, Select
**Status:**            Out of committee
**Vote:**              Ayes=6   Nays=2   Present Not Voting=0   Absent=1

EXHIBIT
US-108
Smith 6/11/12

**Senate Conferees:**  Appointed (04/05/2011) Fraser (Chair) | Birdwell | Huffman | Van de Putte | Williams

**House Conferees:**   Appointed (04/08/2011) Harless (Chair) | Aliseda | Bonnen | Truitt | Veasey

**Actions:** (descending date order)
Viewing Votes: Most Recent House Vote | Most Recent Senate Vote

| Description | Comment | Date▼ | Time | Journal Page |
|---|---|---|---|---|
| E  See remarks for effective date | | 05/27/2011 | | |

**Defendant's Exhibit #**
503

DE-004820

USA_00012306

Texas Legislature Online - 82(R) History for SB 14        http://www.capitol.state.tx.us/BillLookup/History.aspx?LegSess=82R&B..

| | | | |
|---|---|---|---|
| E | Signed by the Governor | | 05/27/2011 | 4526 |
| E | Sent to the Governor | | 05/18/2011 | 2553 |
| H | Signed in the House | | 05/18/2011 | 4181 |
| S | Signed in the Senate | | 05/18/2011 | 2515 |
| S | Reported enrolled | | 05/17/2011 | 2553 |
| S | House adopts conf. comm. report-reported | | 05/17/2011 | 2385 |
| H | Statement(s) of vote recorded in Journal | | 05/16/2011 | 4055 |
| H | Record vote | RV#1128 | 05/16/2011 | 4054 |
| H | House adopts conference committee report | | 05/16/2011 | 4054 |
| H | House adopts resolution to go outside bounds | HR 2020 | 05/16/2011 | 4049 |
| H | Senate adopts conf. comm. report-reported | | 05/09/2011 | 3298 |
| S | Record vote | | 05/09/2011 | 2084 |
| S | Senate adopts conference committee report | | 05/09/2011 | 2084 |
| S | Senate adopts resolution to go outside bounds | SR 935 | 05/09/2011 | 2084 |
| H | Conf. Comm. Report distributed | | 05/05/2011 05:51 PM | |
| S | Conference committee report filed | | 05/04/2011 | 1760 |
| S | House appoints conferees-reported | | 04/11/2011 | 1014 |
| S | House grants request for conf comm-reported | | 04/11/2011 | 1014 |
| H | House appoints conferees | | 04/08/2011 | 1633 |
| H | Statement(s) of vote recorded in Journal | | 04/08/2011 | 1633 |
| H | Record vote | RV#320 | 04/08/2011 | 1632 |
| H | Motion to table prevails | | 04/08/2011 | 1632 |
| H | Motion to instruct conferees | | 04/08/2011 | 1632 |
| H | Statement(s) of vote recorded in Journal | | 04/08/2011 | 1632 |
| H | Record vote | RV#319 | 04/08/2011 | 1631 |
| H | Motion to table prevails | | 04/08/2011 | 1631 |
| H | Motion to instruct conferees | | 04/08/2011 | 1631 |
| H | House grants request for conference committee | | 04/08/2011 | 1631 |
| H | Senate appoints conferees-reported | | 04/06/2011 | 1545 |
| H | Senate requests conference committee-reported | | 04/06/2011 | 1545 |
| H | Senate refuses to concur-reported | | 04/06/2011 | 1545 |
| S | Senate appoints conferees | | 04/05/2011 | 918 |
| S | Senate requests conference committee | | 04/05/2011 | 918 |
| S | Senate refuses to concur | | 04/05/2011 | 918 |
| S | Read | | 04/05/2011 | 918 |
| S | House amendment(s) laid before the Senate | | 04/05/2011 | 907 |
| S | House passage as amended reported | | 03/24/2011 | 759 |
| H | Record vote | RV#156 | 03/24/2011 | 1082 |
| H | Passed | | 03/24/2011 | 1082 |
| H | Read 3rd time | | 03/24/2011 | 1081 |
| H | Reason for vote recorded in Journal | | 03/23/2011 | 1040 |
| H | Record vote | RV#149 | 03/23/2011 | 1039 |
| H | Passed to 3rd reading as amended | | 03/23/2011 | 1039 |

                                            

**Defendant's Exhibit #**
503

DE-004821

USA_00012307

| | | | |
|---|---|---|---|
| H Record vote | RV#148 | 03/23/2011 | 1029 |
| H Amendment tabled | 63-Eiland | 03/23/2011 | 1027 |
| H Record vote | RV#147 | 03/23/2011 | 1026 |
| H Amendment tabled | 62-Strama | 03/23/2011 | 1026 |
| H Point of order withdrawn (amendment) | Rule 11, Section 2 and Rule 11, Section 3 | 03/23/2011 | 1026 |
| H Amendment(s) offered | 62-Strama | 03/23/2011 | 1025 |
| H Record vote | RV#146 | 03/23/2011 | 1025 |
| H Amended | 48-Bonnen | 03/23/2011 | 1025 |
| H Vote reconsidered | | 03/23/2011 | 1025 |
| H Point of order overruled | Rule 4, Section 32(c)(4) | 03/23/2011 | 1024 |
| H Record vote | RV#145 | 03/23/2011 | 1024 |
| H Amendment tabled | 61-Martinez | 03/23/2011 | 1023 |
| H Record vote | RV#144 | 03/23/2011 | 1023 |
| H Amendment tabled | 60-Reynolds | 03/23/2011 | 1022 |
| H Amended | 59-Dutton | 03/23/2011 | 1022 |
| H Record vote | RV#143 | 03/23/2011 | 1022 |
| H Amendment tabled | 58-Anchia | 03/23/2011 | 1021 |
| H Record vote | RV#142 | 03/23/2011 | 1020 |
| H Amendment tabled | 57-Anchia | 03/23/2011 | 1020 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1020 |
| H Record vote | RV#141 | 03/23/2011 | 1019 |
| H Amendment tabled | 56-Anchia | 03/23/2011 | 1019 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1019 |
| H Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 1017 |
| H Record vote | RV#140 | 03/23/2011 | 1018 |
| H Amendment tabled | 55-Veasey | 03/23/2011 | 1016 |
| H Record vote | RV#139 | 03/23/2011 | 1016 |
| H Amendment tabled | 54-Alvarado | 03/23/2011 | 1015 |
| H Amended | 53-Lucio | 03/23/2011 | 1014 |
| H Record vote | RV#138 | 03/23/2011 | 1014 |
| H Amendment tabled | 52-Castro | 03/23/2011 | 1013 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1013 |
| H Record vote | RV#137 | 03/23/2011 | 1012 |
| H Amendment tabled | 51-Gutierrez | 03/23/2011 | 1012 |
| H Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 1010 |
| H Record vote | RV#136 | 03/23/2011 | 1011 |
| H Amendment tabled | 50-Raymond | 03/23/2011 | 1009 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1009 |
| H Record vote | RV#135 | 03/23/2011 | 1008 |
| H Amendment tabled | 49-Alonzo | 03/23/2011 | 1008 |
| H Amended | 48-Bonnen | 03/23/2011 | 1007 |
| H Amendment withdrawn | 47-Alonzo | 03/23/2011 | 1007 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1007 |
| H Record vote | RV#134 | 03/23/2011 | 1006 |
| H Amendment tabled | 46-Martinez | 03/23/2011 | 1006 |
| H Amended | 45-Anchia | 03/23/2011 | 1005 |
| H Record vote | RV#133 | 03/23/2011 | 1005 |
| H Amendment tabled | 44-Gallego | 03/23/2011 | 1005 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1005 |

**Defendant's Exhibit #**
503

DE-004822

USA_00012308

| | | | |
|---|---|---|---|
| H  Record vote | RV#132 | 03/23/2011 | 1004 |
| H  Amendment tabled | 43-Rodriguez | 03/23/2011 | 1003 |
| H  Record vote | RV#131 | 03/23/2011 | 1003 |
| H  Amendment tabled | 42-Walle | 03/23/2011 | 1001 |
| H  Amendment withdrawn | 41-Anchia | 03/23/2011 | 1001 |
| H  Record vote | RV#130 | 03/23/2011 | 1000 |
| H  Amendment tabled | 40-Menendez | 03/23/2011 | 1000 |
| H  Record vote | RV#129 | 03/23/2011 | 999 |
| H  Amendment tabled | 39-Anchia | 03/23/2011 | 998 |
| H  Record vote | RV#128 | 03/23/2011 | 997 |
| H  Amendment fails of adoption | 38-Burnam | 03/23/2011 | 997 |
| H  Record vote | RV#127 | 03/23/2011 | 996 |
| H  Amendment fails of adoption | 37-Hernandez Luna | 03/23/2011 | 996 |
| H  Record vote | RV#126 | 03/23/2011 | 995 |
| H  Amendment tabled | 36-Dutton | 03/23/2011 | 994 |
| H  Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 991 |
| H  Record vote | RV#125 | 03/23/2011 | 994 |
| H  Amendment tabled | 35-Raymond | 03/23/2011 | 991 |
| H  Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 987 |
| H  Record vote | RV#124 | 03/23/2011 | 990 |
| H  Amendment tabled | 34-Raymond | 03/23/2011 | 987 |
| H  Amendment withdrawn | 33-Dutton | 03/23/2011 | 986 |
| H  Amended | 32-Dukes | 03/23/2011 | 986 |
| H  Statement(s) of vote recorded in Journal | | 03/23/2011 | 986 |
| H  Record vote | RV#123 | 03/23/2011 | 985 |
| H  Amendment tabled | 31-Dutton | 03/23/2011 | 985 |
| H  Amended | 30-Gonzalez | 03/23/2011 | 984 |
| H  Amendment withdrawn | 29-Dutton | 03/23/2011 | 984 |
| H  Statement(s) of vote recorded in Journal | | 03/23/2011 | 984 |
| H  Record vote | RV#122 | 03/23/2011 | 983 |
| H  Amended | 28-Harper-Brown | 03/23/2011 | 982 |
| H  Amended | 27-Miles | 03/23/2011 | 982 |
| H  Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 982 |
| H  Amended | 26-V. Gonzales | 03/23/2011 | 981 |
| H  Record vote | RV#121 | 03/23/2011 | 981 |
| H  Amendment tabled | 25-Hernandez Luna | 03/23/2011 | 980 |
| H  Record vote | RV#120 | 03/23/2011 | 980 |
| H  Amendment tabled | 24-Martinez Fischer | 03/23/2011 | 980 |
| H  Record vote | RV#119 | 03/23/2011 | 979 |
| H  Amendment tabled | 23-Dutton | 03/23/2011 | 979 |
| H  Amendment withdrawn | 22-Gonzalez | 03/23/2011 | 978 |
| H  Statement(s) of vote recorded in Journal | | 03/23/2011 | 978 |
| H  Record vote | RV#118 | 03/23/2011 | 978 |
| H  Amendment tabled | 21-Veasey | 03/23/2011 | 978 |
| H  Amended | 20-Alonzo | 03/23/2011 | 977 |
| H  Statement(s) of vote recorded in Journal | | 03/23/2011 | 977 |
| H  Record vote | RV#117 | 03/23/2011 | 976 |
| H  Amendment fails of adoption | 19-Allen | 03/23/2011 | 976 |
| H  Statement(s) of vote recorded in Journal | | 03/23/2011 | 976 |

**Defendant's Exhibit #**
503

DE-004823

USA_00012309

Texas Legislature Online - 82(R) History for SB 14      http://www.capitol.state.tx.us/BillLookup/History.aspx?LegSess=82R&B...

| | | | | |
|---|---|---|---|---|
| H | Record vote | RV#116 | 03/23/2011 | 976 |
| H | Amendment tabled | 18-Dutton | 03/23/2011 | 975 |
| H | Record vote | RV#115 | 03/23/2011 | 975 |
| H | Amendment tabled | 17-Dukes | 03/23/2011 | 974 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 970 |
| H | Record vote | RV#114 | 03/23/2011 | 974 |
| H | Amendment tabled | 16-Raymond | 03/23/2011 | 970 |
| H | Record vote | RV#113 | 03/23/2011 | 969 |
| H | Amendment tabled | 15-Martinez | 03/23/2011 | 969 |
| H | Amendment withdrawn | 14-Raymond | 03/23/2011 | 968 |
| H | Amended | 13-Eiland | 03/23/2011 | 968 |
| H | Record vote | RV#112 | 03/23/2011 | 967 |
| H | Amendment tabled | 12-Dutton | 03/23/2011 | 967 |
| H | Record vote | RV#111 | 03/23/2011 | 967 |
| H | Amendment tabled | 11-Veasey | 03/23/2011 | 966 |
| H | Amended | 10-Y. Davis | 03/23/2011 | 966 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 966 |
| H | Record vote | RV#110 | 03/23/2011 | 965 |
| H | Amended | 7-Bonnen | 03/23/2011 | 965 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 965 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 963 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 964 |
| H | Record vote | RV#109 | 03/23/2011 | 964 |
| H | Amendment to amendment tabled | 9-Alonzo | 03/23/2011 | 963 |
| H | Record vote | RV#108 | 03/23/2011 | 962 |
| H | Amendment to amendment tabled | 8-Eiland | 03/23/2011 | 962 |
| H | Amendment(s) offered | 7-Bonnen | 03/23/2011 | 961 |
| H | Amendment withdrawn | 6-Y. Davis | 03/23/2011 | 961 |
| H | Amended | 5-Hochberg | 03/23/2011 | 961 |
| H | Amendment withdrawn | 4-Turner | 03/23/2011 | 960 |
| H | Amended | 3-Giddings | 03/23/2011 | 959 |
| H | Amendment withdrawn | 2-Anchia | 03/23/2011 | 958 |
| H | Amendment withdrawn | 1-Anchia | 03/23/2011 | 958 |
| H | Point of order overruled | Article III, Section 49 | 03/23/2011 | 956 |
| H | Point of order overruled | Rule 4, Section 32(c) | 03/23/2011 | 955 |
| H | Point of order overruled | Rule 4, Section 32(c) and Rule 4, Section 32(f) | 03/23/2011 | 953 |
| H | Point of order overruled | Rule 4, Section 11 and Rule 4, Section 12 | 03/23/2011 | 952 |
| H | Point of order overruled | Rule 6, Section 16 | 03/23/2011 | 951 |
| H | Point of order overruled | Rule 6, Section 16 | 03/23/2011 | 951 |
| H | Read 2nd time | | 03/23/2011 | 951 |
| H | Placed on Emergency Calendar | | 03/23/2011 | |
| H | Considered in Calendars | | 03/21/2011 | |
| H | Committee report sent to Calendars | | 03/21/2011 | |
| H | Committee report distributed | | 03/21/2011 | 09:55 PM |
| H | Comte report filed with Committee Coordinator | | 03/21/2011 | 942 |
| H | Reported favorably as substituted | | 03/21/2011 | |

      5/12/2012 12:27 PM

**Defendant's Exhibit #**
503      DE-004824

USA_00012310

Texas Legislature Online - 82(R) History for SB 14          http://www.capitol.state.tx.us/BillLookup/History.aspx?LegSess=82R&B...

| | | | | |
|---|---|---|---|---|
| H | Committee substitute considered in committee | | 03/21/2011 | |
| H | Considered in formal meeting | | 03/21/2011 | |
| H | Scheduled for formal meeting on . . . | | 03/21/2011 | |
| H | Returned to committee | | 03/21/2011 | 920 |
| H | Point of order sustained | Rule 4, Section 32(c) and Rule 4, Section 32(f) | 03/21/2011 | 920 |
| H | Amendment(s) offered | 2-Giddings | 03/21/2011 | 919 |
| H | Amendment withdrawn | 1-Anchia | 03/21/2011 | 919 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/21/2011 | 910 |
| H | Laid out as postponed business | | 03/21/2011 | 910 |
| H | Postponed | 12:12 PM | 03/21/2011 | 909 |
| H | Read 2nd time | | 03/21/2011 | 909 |
| H | Placed on Emergency Calendar | | 03/21/2011 | |
| H | Considered in Calendars | | 03/15/2011 | |
| H | Committee report sent to Calendars | | 03/15/2011 | |
| H | Committee report distributed | | 03/15/2011   05:27 PM | |
| H | Comte report filed with Committee Coordinator | | 03/15/2011 | 831 |
| H | Reported favorably as substituted | | 03/07/2011 | |
| H | Committee substitute considered in committee | | 03/07/2011 | |
| H | Considered in formal meeting | | 03/07/2011 | |
| H | Left pending in committee | | 03/01/2011 | |
| H | Testimony taken/registration(s) recorded in committee | | 03/01/2011 | |
| H | Committee substitute considered in committee | | 03/01/2011 | |
| H | Considered in public hearing | | 03/01/2011 | |
| H | Scheduled for public hearing on . . . | | 03/01/2011 | |
| H | Referred to Voter Identification & Voter Fraud, Select | | 02/11/2011 | 329 |
| H | Read first time | | 02/11/2011 | 329 |
| H | Received from the Senate | | 01/27/2011 | 254 |
| S | Reported engrossed | | 01/26/2011 | 233 |
| S | Record vote | | 01/26/2011 | 146 |
| S | Passed | | 01/26/2011 | 146 |
| S | Read 3rd time | | 01/26/2011 | 146 |
| S | Laid before the Senate | | 01/26/2011 | 146 |
| S | Record vote | | 01/26/2011 | 140 |
| S | Passed to engrossment as amended | | 01/26/2011 | 140 |
| S | Record vote | | 01/26/2011 | 139 |
| S | Amended | | 01/26/2011 | 139 |
| S | Amendment(s) offered | FA41 Davis | 01/26/2011 | 139 |
| S | Record vote | | 01/26/2011 | 139 |
| S | Amendment tabled | | 01/26/2011 | 139 |
| S | Amendment(s) offered | FA15 Davis | 01/26/2011 | 138 |
| S | Record vote | | 01/26/2011 | 138 |
| S | Amendment tabled | | 01/26/2011 | 138 |
| S | Amendment(s) offered | FA11 Davis | 01/26/2011 | 138 |
| S | Record vote | | 01/26/2011 | 138 |

**Defendant's Exhibit #**
503

DE-004825

USA_00012311

| | | | |
|---|---|---|---|
| S Amended | | 01/26/2011 | 138 |
| S Amendment(s) offered | FA40 Duncan | 01/26/2011 | 137 |
| S Amendment withdrawn | | 01/26/2011 | 137 |
| S Amendment(s) offered | FA39 Davis | 01/26/2011 | 136 |
| S Record vote | | 01/26/2011 | 136 |
| S Amendment tabled | | 01/26/2011 | 136 |
| S Amendment(s) offered | FA38 Davis | 01/26/2011 | 136 |
| S Record vote | | 01/26/2011 | 135 |
| S Amendment tabled | | 01/26/2011 | 135 |
| S Amendment(s) offered | FA37 Davis | 01/26/2011 | 135 |
| S Record vote | | 01/26/2011 | 135 |
| S Amendment tabled | | 01/26/2011 | 135 |
| S Amendment(s) offered | FA36 Davis | 01/26/2011 | 133 |
| S Record vote | | 01/26/2011 | 133 |
| S Amended | | 01/26/2011 | 133 |
| S Amendment(s) offered | FA35 Patrick | 01/26/2011 | 133 |
| S Record vote | | 01/26/2011 | 132 |
| S Amendment tabled | | 01/26/2011 | 132 |
| S Amendment(s) offered | FA34 West | 01/26/2011 | 132 |
| S Record vote | | 01/26/2011 | 132 |
| S Amendment tabled | | 01/26/2011 | 132 |
| S Amendment(s) offered | FA33 West | 01/26/2011 | 132 |
| S Record vote | | 01/26/2011 | 131 |
| S Amended | | 01/26/2011 | 131 |
| S Amendment(s) offered | FA32 Watson | 01/26/2011 | 131 |
| S Record vote | | 01/26/2011 | 131 |
| S Amendment tabled | | 01/26/2011 | 131 |
| S Amendment(s) offered | FA31 Van de Putte | 01/26/2011 | 131 |
| S Record vote | | 01/26/2011 | 130 |
| S Amendment tabled | | 01/26/2011 | 130 |
| S Amendment(s) offered | FA30 Ellis | 01/26/2011 | 130 |
| S Record vote | | 01/26/2011 | 129 |
| S Amendment tabled | | 01/26/2011 | 129 |
| S Amendment(s) offered | FA29 Gallegos | 01/26/2011 | 129 |
| S Record vote | | 01/26/2011 | 129 |
| S Amendment tabled | | 01/26/2011 | 129 |
| S Amendment(s) offered | FA28 Ellis | 01/26/2011 | 128 |
| S Record vote | | 01/26/2011 | 128 |
| S Amendment tabled | | 01/26/2011 | 128 |
| S Amendment(s) offered | FA27 Lucio | 01/26/2011 | 127 |
| S Record vote | | 01/26/2011 | 127 |
| S Amendment tabled | | 01/26/2011 | 127 |
| S Amendment(s) offered | FA26 Gallegos | 01/26/2011 | 127 |
| S Record vote | | 01/26/2011 | 126 |
| S Amendment tabled | | 01/26/2011 | 126 |
| S Amendment(s) offered | FA25 Gallegos | 01/26/2011 | 126 |
| S Record vote | | 01/26/2011 | 126 |
| S Amendment tabled | | 01/26/2011 | 126 |
| S Amendment(s) offered | FA24 Hinojosa | 01/26/2011 | 126 |
| S Record vote | | 01/26/2011 | 125 |
| S Amended | | 01/26/2011 | 125 |
| S Amendment(s) offered | FA23 Lucio | 01/26/2011 | 125 |

**Defendant's Exhibit #**
503

DE-004826

USA_00012312

| | | | |
|---|---|---|---|
| S Record vote | | 01/26/2011 | 125 |
| S Amendment tabled | | 01/26/2011 | 125 |
| S Amendment(s) offered | FA22 Lucio | 01/26/2011 | 125 |
| S Record vote | | 01/26/2011 | 124 |
| S Amendment tabled | | 01/26/2011 | 124 |
| S Amendment(s) offered | FA21 Davis | 01/26/2011 | 124 |
| S Record vote | | 01/26/2011 | 124 |
| S Amendment tabled | | 01/26/2011 | 124 |
| S Amendment(s) offered | FA20 West | 01/26/2011 | 123 |
| S Record vote | | 01/26/2011 | 123 |
| S Amendment tabled | | 01/26/2011 | 123 |
| S Amendment(s) offered | FA19 Ellis | 01/26/2011 | 123 |
| S Record vote | | 01/26/2011 | 123 |
| S Amended | | 01/26/2011 | 123 |
| S Amendment(s) offered | FA18 Hinojosa | 01/26/2011 | 123 |
| S Record vote | | 01/26/2011 | 122 |
| S Amendment tabled | | 01/26/2011 | 122 |
| S Amendment(s) offered | FA17 Gallegos | 01/26/2011 | 122 |
| S Record vote | | 01/26/2011 | 122 |
| S Amendment tabled | | 01/26/2011 | 122 |
| S Amendment(s) offered | FA16 Van de Putte | 01/26/2011 | 121 |
| S Amendment withdrawn | | 01/26/2011 | 120 |
| S Amendment(s) offered | FA15 Davis | 01/26/2011 | 120 |
| S Record vote | | 01/26/2011 | 120 |
| S Amendment tabled | | 01/26/2011 | 120 |
| S Amendment(s) offered | FA14 Lucio | 01/26/2011 | 119 |
| S Record vote | | 01/26/2011 | 119 |
| S Amendment tabled | | 01/26/2011 | 119 |
| S Amendment(s) offered | FA13 Davis | 01/26/2011 | 119 |
| S Record vote | | 01/26/2011 | 118 |
| S Amendment tabled | | 01/26/2011 | 118 |
| S Amendment(s) offered | FA12 Davis | 01/26/2011 | 118 |
| S Amendment withdrawn | | 01/26/2011 | 118 |
| S Motion withdrawn | | 01/26/2011 | 118 |
| S Motion to table | | 01/26/2011 | 118 |
| S Amendment(s) offered | FA11 Davis | 01/26/2011 | 117 |
| S Record vote | | 01/26/2011 | 117 |
| S Amendment tabled | | 01/26/2011 | 117 |
| S Amendment(s) offered | FA10 Zaffirini | 01/26/2011 | 117 |
| S Vote recorded in Journal | | 01/26/2011 | 117 |
| S Amended | | 01/26/2011 | 117 |
| S Amendment(s) offered | FA9 Hinojosa | 01/26/2011 | 116 |
| S Amendment withdrawn | | 01/26/2011 | 116 |
| S Amendment(s) offered | FA8 Davis | 01/26/2011 | 116 |
| S Record vote | | 01/26/2011 | 116 |
| S Amendment tabled | | 01/26/2011 | 116 |
| S Amendment(s) offered | FA7 Van de Putte | 01/26/2011 | 116 |
| S Amendment withdrawn | | 01/26/2011 | 116 |
| S Amendment(s) offered | FA6 Davis | 01/26/2011 | 116 |
| S Vote recorded in Journal | | 01/26/2011 | 115 |
| S Amended | | 01/26/2011 | 115 |
| S Amendment(s) offered | FA5 Zaffirini | 01/26/2011 | 115 |

**Defendant's Exhibit #**
503

DE-004827

USA_00012313

| | | | |
|---|---|---|---|
| S  Amendment withdrawn | | 01/26/2011 | 115 |
| S  Amendment(s) offered | FA4 Lucio | 01/26/2011 | 115 |
| S  Vote recorded in Journal | | 01/26/2011 | 115 |
| S  Amended | | 01/26/2011 | 115 |
| S  Amendment(s) offered | FA3 Gallegos | 01/26/2011 | 114 |
| S  Record vote | | 01/26/2011 | 114 |
| S  Amendment tabled | | 01/26/2011 | 114 |
| S  Amendment(s) offered | FA2 Davis | 01/26/2011 | 114 |
| S  Record vote | | 01/26/2011 | 113 |
| S  Amendment tabled | | 01/26/2011 | 113 |
| S  Amendment(s) offered | FA1 Watson | 01/26/2011 | 112 |
| S  Read 2nd time | | 01/26/2011 | 112 |
| S  Rules suspended | | 01/26/2011 | 112 |
| S  Motion withdrawn | | 01/26/2011 | 112 |
| S  Motion to suspend rules | | 01/26/2011 | 110 |
| S  Committee report printed and distributed | | 01/25/2011 09:24 PM | |
| S  Reported favorably w/o amendments | | 01/25/2011 | 99 |
| S  Record vote | | 01/25/2011 | 99 |
| S  Set as special order | | 01/25/2011 | 99 |
| S  Testimony taken in committee | | 01/25/2011 | |
| S  Considered in public hearing | | 01/25/2011 | |
| S  Scheduled for public hearing on . . . | | 01/25/2011 | |
| S  No action taken in committee | | 01/24/2011 | |
| S  Scheduled for public hearing on . . . | | 01/24/2011 | |
| S  Referred to Committee of the Whole | | 01/24/2011 | 54 |
| S  Read first time | | 01/24/2011 | 54 |
| S  Filed | | 01/12/2011 | |
| S  Received by the Secretary of the Senate | | 01/12/2011 | |

**Defendant's Exhibit #**
503

DE-004828

USA_00012314

## BILL ANALYSIS

Senate Research Center

S.B. 14
By: Fraser et al.
Committee of the Whole
8/3/2011
Enrolled

### AUTHOR'S / SPONSOR'S STATEMENT OF INTENT

Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker. While this practice attempts to ensure that only registered voters receive a regular ballot on Election Day, it leaves a potential loophole for fraud. With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate. On Election Day, an election judge must accept a voter if a voter registration certificate is valid, even if the judge suspects that the voter is not the person listed on the certificate.

S.B. 14 amends current law relating to requirements to vote, including presenting proof of identification, and provides criminal penalties.

### RULEMAKING AUTHORITY

This bill does not expressly grant any additional rulemaking authority to a state officer, institution, or agency.

### SECTION BY SECTION ANALYSIS

SECTION 1. Amends Section 13.002, Election Code, by adding Subsection (i), to require an applicant who wishes to receive an exemption from the requirements of Section 63.001(b) on the basis of disability to include with the person's application written documentation from the United States Social Security Administration evidencing the applicant has been determined to have a disability, or from the United States Department of Veterans Affairs evidencing the applicant has a disability rating of at least 50 percent; and a statement in a form prescribed by the secretary of state (SOS) that the applicant does not have a form of identification acceptable under Section 63.0101.

SECTION 2. Amends Section 15.001, Election Code, by adding Subsection (c), to require that a certificate issued to a voter who meets the certification requirements of Section 13.002(i) contain an indication that the voter is exempt from the requirement to present identification other than the registration certificate before being accepted for voting.

SECTION 3. Amends Subchapter A, Chapter 15, Election Code, effective September 1, 2011, by adding Section 15.005, as follows:

Sec. 15.005. NOTICE OF IDENTIFICATION REQUIREMENTS.  (a) Requires the voter registrar of each county (registrar) to provide notice of the identification requirements for voting prescribed by Chapter 63 (Accepting Voter) and a detailed description of those requirements with each voter registration certificate issued under Section 13.142 (Initial Registration Certificate) or renewal registration certificate issued under Section 14.001 (Renewal Registration Certificate).

(b) Requires SOS to prescribe the wording of the notice to be included on the certificate under this section.

SECTION 4. Amends Section 15.022(a), Election Code, as follows:

Exhibit
Exhibit No
Name Straus Interrog
Date 6/11/12 ah
ESQUIRE

**Defendant's Exhibit #**
**507**

DE-004897

USA_00012383

(a) Requires the registrar to make the appropriate corrections in the registration records, including, if necessary, deleting a voter's name from the suspense list:

(1)-(2) Makes no changes to these subdivisions;

(3) after receipt of a registration omissions list and any affidavits executed under Section 63.006 (Voter With Correct Certificate Who Is Not On List), rather than Section 63.007 (Voter With Incorrect Certificate Who Is Not On List), following an election; or

(4)-(8) Makes no changes to these subdivisions.

SECTION 5. Amends Subchapter A, Chapter 31, Election Code, effective September 1, 2011, by adding Section 31.012, as follows:

Sec. 31.012. VOTER IDENTIFICATION EDUCATION. (a) Requires SOS and the registrar of each county that maintains a website to provide notice of the identification requirements for voting prescribed by Chapter 63 on each entity's respective website in each language in which voter registration materials are available. Requires SOS to prescribe the wording of the notice to be included on the websites.

(b) Requires SOS to conduct a statewide effort to educate voters regarding the identification requirements for voting prescribed by Chapter 63.

(c) Requires the county clerk of each county to post in a prominent location at the clerk's office a physical copy of the notice prescribed under Subsection (a) in each language in which voter registration materials are available.

SECTION 6. Amends Section 32.111, Election Code, effective September 1, 2011, by adding Subsection (c), to require that the training standards adopted under Subsection (a) (relating to a requirement that SOS adopt standards of training in election law and procedure for presiding or alternate election judges, develop materials for a standardized curriculum for that training, and distribute the materials to certain entities that hold certain elections) include provisions on the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001 (Regular Procedure For Accepting Voter).

SECTION 7. Amends Section 32.114(a), Election Code, effective September 1, 2011, to require each election clerk to complete the part of the training program relating to the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION 8. Amends Chapter 62, Election Code, by adding Section 62.016, as follows:

Sec. 62.016. NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE POLLING PLACES. Requires the presiding judge to post in a prominent place on the outside of each polling location a list of the acceptable forms of identification. Requires that the list be printed using a font that is at least 24-point. Requires that the notice required under this section be posted separately from any other notice required by state or federal law.

SECTION 9. Amends Section 63.001, Election Code, by amending Subsections (b), (c), (d), and (f) and adding Subsections (g) and (h), as follows:

(b) Requires a voter, except as provided by Subsection (h), on offering to vote, to present to an election officer at the polling place one form of identification described by Section 63.0101 (Documentation Of Proof Of Identification), rather than the voter's voter registration certificate.

(c) Requires an election officer, on presentation of the documentation required under Subsection (b), rather than on presentation of a registration certificate, to determine whether the voter's name on the documentation, rather than on the registration certificate, is on the list of registered voters for the precinct. Requires the voter, if in making a

**Defendant's Exhibit #** 507　　　　　　　　　DE-004898

USA_00012384

determination under this subsection the election officer determines under standards adopted by SOS that the voter's name on the documentation is substantially similar to but does not match exactly with the name on the list, to be accepted for voting under Subsection (d) if the voter submits an affidavit stating that the voter is the person on the list of registered voters.

(d) Requires that the voter be accepted for voting, if, as determined under Subsection (c), the voter's name is on the precinct list of registered voters and the voter's identity can be verified from the documentation presented under Subsection (b).

(f) Requires an election officer, after determining whether to accept a voter, to return the voter's documentation, rather than the voter's registration certificate, to the voter.

(g) Provides that if the requirements for identification prescribed by Subsection (b) are not met, the voter may be accepted for provisional voting only under Section 63.011 (Provisional Voting).   Requires an election officer, for a voter who is not accepted for voting under this section, to:

> (1) inform the voter of the voter's right to cast a provisional ballot under Section 63.011; and

> (2) provide the voter with written information, in a form prescribed by SOS, that:

>> (A) lists the requirements for identification;

>> (B) states the procedure for presenting identification under Section 65.0541;

>> (C) includes a map showing the location where identification must be presented; and

>> (D) includes notice that if all procedures are followed and the voter is found to be eligible to vote and is voting in the correct precinct, the voter's provisional ballot will be accepted.

(h) Provides that the requirements for identification prescribed by Subsection (b) do not apply to a voter who is disabled and presents the voter's voter registration certificate containing the indication described by Section 15.001(c) on offering to vote.

SECTION 10. Amends Section 63.0011(a), Election Code, to require the election officer, if the voter's address is omitted from the precinct list under Section 18.005(c) (relating to the exclusion, under certain conditions, from the original or supplemental list of registered voters the residence address of a voter who is a federal judge, a state judge, or the spouse of a federal judge or state judge), to ask the voter if the voter's residence, if listed on identification presented by the voter under Section 63.001(b), rather than as listed on the voter's voter registration certificate, is current and whether the voter has changed residence within the county.

SECTION 11. Amends Chapter 63, Election Code, effective September 1, 2011, by adding Section 63.0012, as follows:

Sec. 63.0012. NOTICE OF IDENTIFICATION REQUIREMENTS TO CERTAIN VOTERS. (a) Requires an election officer to distribute written notice of the identification that will be required for voting beginning with elections held after January 1, 2012, and information on obtaining identification without a fee under Chapter 521A, Transportation Code, to each voter who, when offering to vote, presents a form of identification that will not be sufficient for acceptance as a voter under this chapter beginning with those elections.

> (b) Requires SOS to prescribe the wording of the notice and establish guidelines for distributing the notice.

**Defendant's Exhibit #**
507

DE-004899

USA_00012385

(c) Provides that this section expires on September 1, 2017.

SECTION 12. Amends Section 63.006, Election Code, as follows:

Sec. 63.006. New heading: VOTER WITH REQUIRED DOCUMENTATION WHO IS NOT ON LIST. (a) Requires a voter who, when offering to vote, presents the documentation required under Section 63.001(b), rather than presents a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote, but whose name is not on the precinct list of registered voters, to be accepted for voting if the voter also presents a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote, or in a different precinct in the same county as the precinct in which the voter is offering to vote and the voter executes an affidavit stating that the voter is a resident of the precinct in which the voter is offering to vote or is otherwise entitled by law to vote in that precinct, was a resident of the precinct in which the voter is offering to vote at the time the information on the voter's residence address was last provided to the voter registrar, did not deliberately provide false information to secure registration in a precinct in which the voter does not reside, and is voting only once in the election.

(b) Requires an election officer, after the voter is accepted, to indicate beside the voter's name on the poll list that the voter was accepted under this section, and enter the voter's name on the registration omissions list.

SECTION 13. Amends Section 63.009, Election Code, as follows:

Sec. 63.009. VOTER WITHOUT CERTIFICATE WHO IS NOT ON LIST. Deletes existing Subsection (a) designation. Requires a voter who does not present a voter registration certificate when offering to vote, and whose name is not on the list of registered voters for the precinct in which the voter is offering to vote, to be accepted for provisional voting if the voter executes an affidavit in accordance with Section 63.011, and deletes an exception under existing Subsection (b). Deletes existing Subsection (b) providing that, if an election officer can determine from the voter registrar that the person is a registered voter of the county and the person presents proof of identification, the affidavits required by Sections 63.007 and 63.008 are substituted for the affidavit required by Section 63.011 in complying with that section, and requiring an election officer, after the voter is accepted under this subsection, to also indicate beside the voter's name on the poll list that the voter was accepted under this section.

SECTION 14. Amends Section 63.0101, Election Code, as follows:

Sec. 63.0101. DOCUMENTATION OF PROOF OF IDENTIFICATION. Provides that the following documentation is an acceptable form of photo identification under this chapter: a driver's license, election identification certificate, or personal identification card issued to the person by the Department of Public Safety (DPS) that has not expired or that expired no earlier than 60 days before the date of presentation; a United States military identification card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of presentation; a United States citizenship certificate issued to the person that contains the person's photograph; a United States passport issued to the person that has not expired or that expired no earlier than 60 days before the date of presentation; or a license to carry a concealed handgun issued to the person by DPS that has not expired or that expired no earlier than 60 days before the date of presentation. Deletes existing text providing that the following documentation is acceptable as proof of identification under this chapter: a driver's license or personal identification card issued to the person by DPS or a similar document issued to the person by an agency of another state, regardless of whether the license or card has expired; a form of identification containing the person's photograph that establishes the person's identity; a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity; United States citizenship papers issued to the person; a United States passport issued to the person; official mail addressed to the

**Defendant's Exhibit #**
507

DE-004900

USA_00012386

person by name from a governmental entity; a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or any other form of identification prescribed by SOS.

SECTION 15. Amends Section 63.011, Election Code, by amending Subsections (a) and (b) and adding Subsection (b-1), as follows:

(a) Authorizes a person to whom Section 63.001(g) or 63.009, rather than Section 63.008(b) or 63.009(a), applies to cast a provisional ballot if the person executes an affidavit stating that the person is a registered voter in the precinct in which the person seeks to vote and is eligible to vote in the election.

(b) Requires that a form for an affidavit required by this section be printed on an envelope in which the provisional ballot voted by the person may be placed and include a space for entering the identification number of the provisional ballot voted by the person and a space for an election officer to indicate whether the person presented a form of identification described by Section 63.0101.

(b-1) Creates this subsection from existing text.   Makes no further changes to this subsection.

SECTION 16. Amends Section 64.012(b), Election Code, to provide that an offense under this section is a felony of the second, rather than third, degree unless the person is convicted of an attempt, and in that case, the offense is a state jail felony, rather than a Class A misdemeanor.

SECTION 17. Amends Section 65.054(b), Election Code, to require, rather than authorize, that a provisional ballot be accepted if the early voting ballot board (board) determines, rather than only if the board determines, that from the information in the affidavit or contained in public records, the person is eligible to vote in the election and has not previously voted in that election; the person meets the identification requirements of Section 63.001(b) at the time the ballot was cast or in the period prescribed under Section 65.0541; notwithstanding Chapter 110, Civil Practice and Remedies Code, executes an affidavit under penalty of perjury that states the voter has a religious objection to being photographed and the voter has consistently refused to be photographed for any governmental purpose from the time the voter has held this belief; or executes an affidavit under penalty of perjury that states the voter does not have any identification meeting the requirements of Section 63.001(b) as a result of a natural disaster that was declared by the president of the United States or the governor, occurred not earlier than 45 days before the date the ballot was cast, and caused the destruction of or inability to access the voter's identification; and the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the requirements for identification prescribed by Section 63.001(b).

SECTION 18. Amends Subchapter B, Chapter 65, Election Code, by adding Section 65.0541, as follows:

Sec. 65.0541. PRESENTATION OF IDENTIFICATION FOR CERTAIN PROVISIONAL BALLOTS. (a) Authorizes a voter who is accepted for provisional voting under Section 63.011 because the voter does not meet the identification requirements of Section 63.001(b) to, not later than the sixth day after the date of the election, present a form of identification described by Section 63.0101 to the voter registrar for examination, or execute an affidavit described by Section 65.054(b)(2)(B) or (C) in the presence of the voter registrar.

(b) Requires SOS to prescribe procedures as necessary to implement this section.

SECTION 19. Amends Section 66.0241, Election Code, to require that Envelope no. 4 contain the precinct list of registered voters, the registration correction list, the registration omissions list, any statements of residence executed under Section 63.0011, and any affidavits executed under Section 63.006 or 63.011, rather than Section 63.007 or 63.011.

**Defendant's Exhibit #**
507

DE-004901

USA_00012387

SECTION 20. Amends Subtitle B, Title 7, Transportation Code, by adding Chapter 521A, as follows:

CHAPTER 521A. ELECTION IDENTIFICATION CERTIFICATE

Sec. 521A.001. ELECTION IDENTIFICATION CERTIFICATE. (a) Requires DPS to issue an election identification certificate to a person who states that the person is obtaining the certificate for the purpose of satisfying Section 63.001(b), Election Code, and does not have another form of identification described by Section 63.0101, Election Code, and who is a registered voter in this state and presents a valid voter registration certificate, or who is eligible for registration under Section 13.001, Election Code, and submits a registration application to DPS.

(b) Prohibits DPS from collecting a fee for an election identification certificate or a duplicate election identification certificate issued under this section.

(c) Prohibits an election identification certificate from being used or accepted as a personal identification certificate.

(d) Prohibits an election officer from denying the holder of an election identification certificate the ability to vote because the holder has an election identification certificate rather than a driver's license or personal identification certificate issued under this subtitle.

(e) Requires that an election identification certificate be similar in form to, but distinguishable in color from, a driver's license and a personal identification certificate. Authorizes DPS to cooperate with the secretary of state in developing the form and appearance of an election identification certificate.

(f) Authorizes DPS to require each applicant for an original or renewal election identification certificate to furnish to DPS the information required by Section 521.142.

(g) Authorizes DPS to cancel and require surrender of an election identification certificate after determining that the holder was not entitled to the certificate or gave incorrect or incomplete information in the application for the certificate.

(h) Provides that a certificate expires on a date specified by DPS, except that a certificate issued to a person 70 years of age or older does not expire.

SECTION 21. Repealers: Sections 63.007 (Voter With Incorrect Certificate Who Is Not On List) and 63.008 (Voter Without Certificate Who Is On List), Election Code.

SECTION 22. Provides that, effective September 1, 2011:

(1) as soon as practicable, SOS is required to adopt the training standards and develop the training materials required to implement the change in law made by this Act to Section 32.111 (Training Standards For Election Judges), Election Code; and

(2) as soon as practicable, the county clerk of each county is required to provide a session of training under Section 32.114 (Public County Training Program), Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

SECTION 23. Provides that the change in law made by this Act in amending Section 64.012(b), Election Code, applies only to an offense committed on or after January 1, 2012. Provides that an offense committed before January 1, 2012, is covered by the law in effect when the offense was committed and the former law is continued in effect for that purpose. Provides that for purposes of this section, an offense is committed before January 1, 2012, if any element of the offense occurs before that date.

**Defendant's Exhibit #**
507

DE-004902

USA_00012388

SECTION 24. Authorizes state funds disbursed under Chapter 19 (Financing Voter Registration), Election Code, for the purpose of defraying expenses of the voter registrar's office in connection with voter registration, effective September 1, 2011, to also be used for additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration. Provides that this section expires January 1, 2013.

SECTION 25. Severability clause.

SECTION 26. Effective date, except as otherwise provided by this Act: January 1, 2012.

**Defendant's Exhibit #**
507

DE-004903

USA_00012389

BILL ANALYSIS

C.S.S.B. 14
By: Fraser
Voter Identification & Voter Fraud, Select
Committee Report (Substituted)

**BACKGROUND AND PURPOSE**

Ensuring the integrity of the election process by allowing registered voters to vote and preventing ineligible voters from voting is one goal of the Texas election process. Using the voter registration certificate as a way for the voter to indicate, when offering to vote, that the voter is registered is a step forward toward ensuring the integrity of this process. However, relying on this method may provide opportunities for voter fraud as the voter registration certificate does not necessarily verify the identity of the person presenting the certificate. Options are limited for an election judge who, on being presented a voter registration certificate for voting, suspects the voter is not the person identified on the certificate. C.S.S.B. 14 attempts to further ensure the integrity of the election process by addressing requirements to vote, including presenting a form of photo identification.

**RULEMAKING AUTHORITY**

It is the committee's opinion that this bill does not expressly grant any additional rulemaking authority to a state officer, department, agency, or institution.

**ANALYSIS**

C.S.S.B. 14 amends the Election Code to require a voter, on offering to vote, to present to an election officer at the polling place one acceptable form of photo identification. The bill, in a provision establishing the regular procedure for accepting a voter, removes language relating to the requirement that the voter present the voter's voter registration certificate. The bill makes related conforming changes. The bill includes in the requirement to accept for voting a voter whose name is on the precinct list of registered voters that the voter's identity can be verified from the required form of documentation presented.

C.S.S.B. 14 establishes the following documentation as acceptable forms of photo identification for voting:

- a driver's license or personal identification card issued to the person by the Department of Public Safety (DPS) that has not expired or that expired no earlier than 60 days before the date of presentation;
- a United States military identification card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of presentation;
- a United States citizenship certificate issued to the person that contains the person's photograph;
- a United States passport issued to the person that has not expired or that expired no earlier than 60 days before the date of presentation; or
- a license to carry a concealed handgun issued to the person by DPS that has not expired or that expired no earlier than 60 days before the date of presentation.



82R 14074
Substitute Document Number: 82R 11733

11.80.717

1

**Defendant's Exhibit #**
508

DE-004904

USA_00012390

C.S.S.B. 14 removes the following documentation as acceptable proof of identification for voting:

- a driver's license or personal identification card issued to the person by DPS with no condition regarding its expiration;
- a document similar to a driver's license or personal identification card issued to the person by an agency of another state with no condition regarding its expiration;
- an unspecified form of identification containing the person's photograph that establishes the person's identity;
- a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;
- unspecified United States citizenship papers issued to the person with no condition regarding the person's photograph;
- official mail addressed to the person by name from a governmental entity;
- a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or
- any other form of identification prescribed by the secretary of state.

C.S.S.B. 14 requires an applicant for voter registration who wishes to receive an exemption from certain voter identification requirements on the basis of disability to include with the person's application written documentation from the United States Social Security Administration evidencing the applicant has been determined to have a disability or from the United States Department of Veterans Affairs evidencing the applicant has a disability rating of at least 50 percent, and a statement in a form prescribed by the secretary of state that the applicant does not have an acceptable form of identification. The bill requires a voter registration certificate issued to a voter who meets the certification requirements for a disability exemption to contain an indication that the voter is exempt from the requirement to present identification other than the registration certificate before being accepted for voting.

C.S.S.B. 14 makes voter identification requirements inapplicable to a voter who presents the voter's voter registration certificate on offering to vote and was 70 years of age or older on January 1, 2012, as indicated by the date of birth on the certificate, or is disabled and the certificate contains the indication that the voter is exempt from voter identification requirements on the basis of disability.

C.S.S.B. 14 establishes that a voter who, when offering to vote, presents the required identification documentation but whose name is not on the precinct list of registered voters must be accepted for voting if the voter also presents a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote or in a different precinct in the same county as the precinct in which the voter is offering to vote and the voter executes an affidavit. The bill requires the affidavit to state that the voter is a resident of the precinct in which the voter is offering to vote or is otherwise entitled by law to vote in that precinct, was a resident of the precinct in which the voter is offering to vote at the time the information on the voter's residence address was last provided to the voter registrar, did not deliberately provide false information to secure registration in a precinct in which the voter does not reside, and is voting only once in the election. The bill includes entering the voter's name on the registration omissions list among the actions an election officer is required to perform after the voter is accepted.

C.S.S.B. 14 requires a voter to be accepted for voting if the election officer, in making a

82R 14074
Substitute Document Number: 82R 11733

11.80.717

2

**Defendant's Exhibit #**
508

DE-004905

USA_00012391

determination of whether the voter's name on the documentation is on the list of registered voters for the precinct, determines that the voter's name is substantially similar to but does not match exactly with the name on the precinct list of registered voters and the voter submits an affidavit stating that the voter is the person on the precinct list of registered voters.

C.S.S.B. 14 requires an election officer to inform a voter who is not accepted for voting because of failure to present the required identification of the voter's right to cast a provisional ballot and provide the voter with written information, in a form prescribed by the secretary of state, that lists the requirements for identification; states the procedure for presenting identification; includes a map showing the location where identification must be presented; and includes notice that even if all procedures are followed, there is no guarantee that the voter's provisional ballot will be accepted.  The bill includes in the required spaces on the form of the affidavit for casting a provisional ballot a space for an election officer to indicate whether the person presented an acceptable form of photo identification and makes conforming and nonsubstantive changes.

C.S.S.B. 14 authorizes a voter who is accepted for provisional voting because the voter does not meet the identification requirements, to present, not later than the sixth day after the date of the election, the required form of identification to the voter registrar for examination or execute in the presence of the voter registrar an affidavit under penalty of perjury stating that the voter is indigent and is unable to obtain proof of identification without the payment of a fee or has a religious objection to being photographed and the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the identification requirements.  The bill requires the secretary of state to prescribe procedures as necessary to implement the identification and affidavit requirements for such a provisional ballot.  The bill provides for the meaning of "indigent" by reference to the Government Code.

C.S.S.B. 14 adds as a requirement for a provisional ballot to be accepted by the early voting ballot board the board's determination that the person meets the voter identification requirements at the time the ballot was cast or not later than the sixth day after the date of the election or executes an affidavit under penalty of perjury stating that the voter is indigent and is unable to obtain proof of identification without the payment of a fee or has a religious objection to being photographed and the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the identification requirements .

C.S.S.B. 14 requires the voter registrar of each county to provide notice of the identification requirements for voting and a detailed description of those requirements with each original or renewal voter registration certificate issued and requires the secretary of state to prescribe the wording of that notice. The bill requires the secretary of state and the voter registrar of each county that maintains a website to provide notice of the identification requirements for voting on each entity's respective website in each language in which voter registration materials are available and requires the secretary of state to prescribe the wording of that notice.  The bill requires the secretary of state to conduct a statewide effort to educate voters regarding the identification requirements for voting.  The bill requires the county clerk of each county to post in a prominent location at the clerk's office a physical copy of the prescribed notice of the identification requirements for voting in each language in which voter registration materials are available. The bill requires the training standards adopted by the secretary of state for presiding or alternate election judges to include provisions on the acceptance and handling of the identification presented by a voter to an election officer and requires each election clerk to complete that part of the training program.  The bill requires, as soon as practicable, that the secretary of state adopt the training standards and develop the training materials and the county clerk of each county provide a session of training using those standards and materials as required by the bill.  The bill makes its provisions relating to notice by the registrar, education, and training regarding identification requirements for voting effective September 1, 2011.

C.S.S.B. 14 requires the presiding judge to post in a prominent place on the outside of each polling location a list of the acceptable forms of identification. The bill requires the list to be

**Defendant's Exhibit #**
508

DE-004906

USA_00012392

printed using a font that is at least 24-point. The bill requires the notice of acceptable forms of identification to be posted separately from any other notice required by state or federal law.

C.S.S.B. 14 increases the penalty for an illegal voting offense from a third degree felony to a second degree felony and increases the penalty for an attempted illegal voting offense from a Class A misdemeanor to a state jail felony. The bill makes this change applicable only to an offense committed on or after January 1, 2012.

C.S.S.B. 14 amends the Transportation Code to prohibit DPS from collecting a fee for a personal identification certificate issued to a person who states that the person is obtaining the certificate for the purpose of satisfying the requirement for photographic identification for voting and does not have another form of the required identification if the person is a registered voter in Texas and presents a valid voter registration certificate or is eligible for voter registration and submits a voter registration application to DPS. The bill makes a related conforming change.

C.S.S.B. 14 amends the Election Code to add a temporary provision, effective September 1, 2011, and set to expire September 1, 2017, requiring an election officer to distribute written notice of the identification that will be required for voting beginning with elections held after January 1, 2012, and information on obtaining a personal identification certificate from DPS without a fee, as provided by the bill, to each voter who, when offering to vote, presents a form of identification that will not be sufficient for acceptance as a voter beginning with those elections. The bill requires the secretary of state to prescribe the wording of the notice and establish guidelines for its distribution.

C.S.S.B. 14 adds a temporary provision, effective September 1, 2011, and set to expire January 1, 2013, to establish that state funds disbursed for the purpose of defraying expenses of the voter registrar's office in connection with voter registration may also be used for additional expenses related to coordinating voter registration drives or to other activities designed to expand voter registration.

C.S.S.B. 14 repeals the following provisions of the Election Code:

- Section 63.007, relating to a voter with an incorrect certificate who is not on the precinct list of registered voters
- Section 63.008, relating to a voter without a certificate who is on the precinct list of registered voters

**EFFECTIVE DATE**

Except as otherwise provided, January 1, 2012.

**COMPARISON OF ORIGINAL AND SUBSTITUTE**

C.S.S.B. 14 differs from the original by requiring an applicant for voter registration who wishes to receive an exemption from the identification requirements for voting on the basis of disability to include with the person's application written documentation from the United States Social Security Administration evidencing the applicant has been determined to have a disability or from the United States Department of Veterans Affairs evidencing the applicant has a disability rating of at least 50 percent and a statement in a form prescribed by the secretary of state that the applicant does not have an acceptable form of identification, whereas the original requires the applicant to include a certification from a physician that the person has a disability as defined under provisions of the Labor Code.

C.S.S.B. 14 differs from the original by requiring a list of acceptable forms of identification to be printed using a font that is at least 24-point, whereas the original requires both a notice and list

82R 14074                                                                                            11.80.717
Substitute Document Number: 82R 11733

4

**Defendant's Exhibit #**
508

DE-004907

USA_00012393

relating to acceptable forms of identification to be printed using a font that is at least 24-point.

C.S.S.B. 14 differs from the original, in a provision requiring a voter to be accepted for voting if the voter's name is on the registered voters precinct list and the voter's identity can be verified from the presentation of a required form of identification, by specifying that the acceptance of the voter for voting is based on a determination by the election officer.

C.S.S.B. 14 differs from the original, in a provision requiring a voter whose name is not on the registered voters precinct list to be accepted for voting if, among other conditions, the voter presents a voter registration certificate indicating current registration in a precinct other than the one in which the voter is offering to vote, by specifying that the different precinct to which the provision applies is a precinct in the same county as the precinct in which the voter is offering to vote. The substitute differs from the original by requiring the election officer, after accepting the voter for voting, to enter the voter's name on the registration omissions list, whereas the original requires entry of the precinct of the voter's registration as indicated by the voter's registration certificate.

C.S.S.B. 14 adds a condition not in the original for the acceptance of a concealed handgun license as a form of photographic identification for the purpose of voting that the license has not expired or expired no earlier than 60 days before the date of presentation.

C.S.S.B. 14 adds a provision not in the original to include as a requirement that a provisional ballot be accepted if the voter meets the identification requirements at the time the ballot was cast. The substitute differs from the original, in the provision requiring an affidavit executed by the voter to provide the reasons the voter is unable to provide proof of identification, by specifying the affidavit states the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the identification requirements, whereas the original specifies the voter has not been challenged or required to vote a provisional ballot for any other reason.

C.S.S.B. 14 adds a provision not in the original, as a condition for the prohibition against the Department of Public Safety collecting a fee for a personal identification certificate, that the person states the person does not have another acceptable form of identification.

C.S.S.B. 14 omits a provision in the original making the changes in law under the bill's provisions contingent on a specific appropriation for the implementation of the changes.

C.S.S.B. 14 differs from the original by making nonsubstantive changes.

**Defendant's Exhibit #**
508                                                            DE-004908

USA_00012394

**BILL ANALYSIS**

Senate Research Center

S.B. 14
By: Fraser et al.
Committee of the Whole
1/21/2011
As Filed

### AUTHOR'S / SPONSOR'S STATEMENT OF INTENT

Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker. While this practice attempts to ensure that only registered voters receive a regular ballot on Election Day, it leaves a potential loophole for fraud. With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate. On Election Day, an election judge must accept a voter if a voter registration certificate is valid, even if the judge suspects that the voter is not the person listed on the certificate.

As proposed, S.B. 14 amends current law relating to requirements to vote, including presenting proof of identification, and provides criminal penalties.

### RULEMAKING AUTHORITY

This bill does not expressly grant any additional rulemaking authority to a state officer, institution, or agency.

### SECTION BY SECTION ANALYSIS

SECTION 1.  Amends Subchapter A, Chapter 15, Election Code, by adding Section 15.005, as follows:

Sec. 15.005. NOTICE OF IDENTIFICATION REQUIREMENTS.  (a) Requires the voter registrar of each county (registrar) to provide notice of the identification requirements for voting prescribed by Chapter 63 (Accepting Voter) and a detailed description of those requirements with each voter registration certificate issued under Section 13.142 (Initial Registration Certificate) or renewal registration certificate issued under Section 14.001 (Renewal Registration Certificate).

(b) Requires the secretary of state to prescribe the wording of the notice to be included on the certificate under this section.

SECTION 2.  Amends Section 15.022(a), Election Code, as follows:

(a) Requires the registrar to make the appropriate corrections in the registration records, including, if necessary, deleting a voter's name from the suspense list:

(1) after receipt of a notice of a change in registration information under Section 15.021 (Notice Of Change In Registration Information By Voter);

(2) after receipt of a voter's reply to a notice of investigation given under Section 16.033 (Cancellation Following Investigation By Registrar);

(3) after receipt of a registration omissions list and any affidavits executed under Section 63.006 (Voter With Correct Certificate Who Is Not On List), rather than Section 63.007 (Voter With Incorrect Certificate Who Is Not On List), following an election;

**Exhibit**

Exhibit No. 6

Straus Intervenor

6/11/12 acu

ESQUIRE

**Defendant's Exhibit #**
509

DE-004909

USA_00012395

(4) after receipt of a voter's statement of residence executed under Section 63.0011 (Statement Of Residence Required);

(5) before the effective date of the abolishment of a county election precinct or a change in its boundary;

(6) after receipt of United States Postal Service information indicating an address reclassification;

(7) after receipt of a voter's response under Section 15.053 (Response To Confirmation Notice); or

(8) after receipt of a registration application or change of address under Chapter 20 (Voter Registration Agencies).

SECTION 3. Amends Subchapter A, Chapter 31, Election Code, by adding Section 31.012, as follows:

Sec. 31.012. VOTER IDENTIFICATION EDUCATION.  (a) Requires the secretary of state and the registrar of each county that maintains a website to provide notice of the identification requirements for voting prescribed by Chapter 63 on each entity's respective website.  Requires the secretary of state to prescribe the wording of the notice to be included on the websites.

(b) Requires the secretary of state to conduct a statewide effort to educate voters regarding the identification requirements for voting prescribed by Chapter 63.

SECTION 4. Amends Section 32.111, Election Code, by adding Subsection (c), as follows:

(c) Requires that the training standards adopted under Subsection (a) (relating to a requirement that the secretary of state adopt standards of training in election law and procedure for presiding or alternate election judges, develop materials for a standardized curriculum for that training, and distribute the materials to certain entities that hold certain elections) include provisions on the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001 (Regular Procedure For Accepting Voter).

SECTION 5. Amends Section 32.114(a), Election Code, to require each election clerk to complete the part of the training program relating to the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION 6. Amends Chapter 62, Election Code, by adding Section 62.016, as follows:

Sec. 62.016. NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE POLLING PLACES.  Requires the presiding judge to post in a prominent place on the outside of each polling location a list of the acceptable forms of identification.  Requires that the notice and list be printed using a font that is at least 24-point.

SECTION 7. Amends Section 63.001, Election Code, by amending Subsections (b), (c), (d), and (f) and adding Subsections (g) and (h), as follows:

(b) Requires a voter, except as provided by Subsection (h), on offering to vote, to present to an election officer at the polling place one form of identification listed in Section 63.0101 (Documentation Of Proof Of Identification), rather than the voter's voter registration certificate.

(c) Requires an election officer, on presentation of the documentation required by Subsection (b), rather than on presentation of a registration certificate, to determine whether the voter's name on the documentation, rather than on the registration certificate, is on the list of registered voters for the precinct.

**Defendant's Exhibit #**
509

DE-004910

USA_00012396

(d) Requires that the voter be accepted for voting, if the voter's name is on the precinct list of registered voters and the voter's identity can be verified from the documentation presented under Subsection (b).

(f) Requires an election officer, after determining whether to accept a voter, to return the voter's documentation, rather than the voter's registration certificate, to the voter.

(g) Provides that if the requirements for identification prescribed by Subsection (b) are not met, the voter may be accepted for provisional voting only under Section 63.011 (Provisional Voting). Requires an election officer, for a voter who is not accepted for voting under this section, to:

> (1) inform the voter of the voter's right to cast a provisional ballot under Section 63.011; and

> (2) provide the voter with written information, in a form prescribed by the secretary of state, that:

>> (A) lists the requirements for identification;

>> (B) states the procedure for presenting identification under Section 65.0541;

>> (C) includes a map showing the location where identification must be presented; and

>> (D) includes notice that even if all procedures are followed, there is no guarantee a provisional ballot will be accepted.

(h) Provides that the requirements for identification prescribed by Subsection (b) do not apply to a voter who presents the voter's voter registration certificate on offering to vote and was 70 years of age or older on January 1, 2012, as indicated by the date of birth on the voter's voter registration certificate.

SECTION 8. Amends Section 63.0011(a), Election Code, to require the election officer, if the voter's address is omitted from the precinct list under Section 18.005(c) (relating to the exclusion, under certain conditions, from the original or supplemental list of registered voters the residence address of a voter who is a federal judge, a state judge, or the spouse of a federal judge or state judge), to ask the voter if the voter's residence, if listed on identification presented by the voter under Section 63.001(b), rather than as listed on the voter's voter registration certificate, is current and whether the voter has changed residence within the county.

SECTION 9. Amends Chapter 63, Election Code, by adding Section 63.0012, as follows:

Sec. 63.0012. NOTICE OF IDENTIFICATION REQUIREMENTS TO CERTAIN VOTERS. (a) Requires an election officer to distribute written notice of the identification that will be required to vote in elections held after January 1, 2012, and information on obtaining identification without a fee under Section 521.422 (Personal Identification Certificate Fee), Transportation Code, to each voter who, when offering to vote, presents a form of identification that will not be sufficient for acceptance as a voter under this chapter beginning with those elections.

> (b) Requires the secretary of state to prescribe the wording of the notice and establish guidelines for distributing the notice.

> (c) Provides that this section expires on September 1, 2013.

SECTION 10. Amends Section 63.006, Election Code, as follows:

**Defendant's Exhibit #**
509

DE-004911

USA_00012397

Sec. 63.006. New heading: VOTER WITH REQUIRED DOCUMENTATION WHO IS NOT ON LIST. (a) Requires that a voter who, when offering to vote, presents the documentation required under Section 63.001(b), rather than presents a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote, but whose name is not on the precinct list of registered voters, be accepted for voting if the voter also presents a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote, or in a different precinct from the one in which the voter is offering to vote and the voter executes an affidavit stating that the voter is a resident of the precinct in which the voter is offering to vote or is otherwise entitled by law to vote in that precinct or was a resident of the precinct in which the voter is offering to vote at the time the information on the voter's residence address was last provided to the voter registrar, did not deliberately provide false information to secure registration in a precinct in which the voter does not reside, and is voting only once in the election.

(b) Requires an election officer, after the voter is accepted, to indicate beside the voter's name on the poll list that the voter was accepted under this section and, if applicable, enter on the registration omissions list the precinct of the voter's registration as indicated by the voter's registration certificate.

SECTION 11. Amends Section 63.009, Election Code, as follows:

Sec. 63.009. VOTER WITHOUT CERTIFICATE WHO IS NOT ON LIST. Deletes the existing designation of Subsection (a). Requires that a voter who does not present a voter registration certificate when offering to vote, and whose name is not on the list of registered voters for the precinct in which the voter is offering to vote, be accepted for provisional voting if the voter executes an affidavit in accordance with Section 63.011, and deletes an exception under existing Subsection (b). Deletes existing Subsection (b) providing that, if an election officer can determine from the voter registrar that the person is a registered voter of the county and the person presents proof of identification, the affidavits required by Sections 63.007 and 63.008 are substituted for the affidavit required by Section 63.011 in complying with that section, and requiring an election officer, after the voter is accepted under this subsection, to also indicate beside the voter's name on the poll list that the voter was accepted under this section.

SECTION 12. Amends Section 63.0101, Election Code, as follows:

Sec. 63.0101. DOCUMENTATION OF PROOF OF IDENTIFICATION. Provides that the following documentation is an acceptable form of photo identification under this chapter: a driver's license or personal identification card issued to the person by the Department of Public Safety (DPS) that has not expired; a United States military identification card that contains the person's photograph that has not expired; a United States citizenship certificate issued to the person that contains the person's photograph; or a United States passport issued to the person that has not expired. Deletes existing text providing that the following documentation is acceptable as proof of identification under this chapter: a driver's license or personal identification card issued to the person by the DPS or a similar document issued to the person by an agency of another state, regardless of whether the license or card has expired; a form of identification containing the person's photograph that establishes the person's identity; a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity; United States citizenship papers issued to the person; a United States passport issued to the person; official mail addressed to the person by name from a governmental entity; a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or any other form of identification prescribed by the secretary of state.

SECTION 13. Amends Sections 63.011(a) and (b), Election Code, as follows:

(a) Authorizes a person to whom Section 63.001(g) or 63.009, rather than Section 63.008(b) or 63.009(a), applies to cast a provisional ballot if the person executes an

**Defendant's Exhibit #**
509                                                  DE-004912


USA_00012398

affidavit stating that the person is a registered voter in the precinct in which the person seeks to vote and is eligible to vote in the election.

(b) Requires that a form for an affidavit required by this section be printed on an envelope in which the provisional ballot voted by the person may be placed and include a space for entering the identification number of the provisional ballot voted by the person and a space for an election officer to indicate whether the person presented a form of identification described by Section 63.0101.

SECTION 14. Amends Section 64.012(b), Election Code, to provide that an offense under this section is a felony of the second, rather than third, degree unless the person is convicted of an attempt.  Provides that in that case, the offense is a state jail felony, rather than a Class A misdemeanor.

SECTION 15. Amends Section 65.054(b), Election Code, to require, rather than authorize, that a provisional ballot be accepted if the early voting ballot board (board) determines, rather than only if the board determines, that from the information in the affidavit or contained in public records, the person is eligible to vote in the election and has not previously voted in that election and the person meets the identification requirements of Section 63.001(b) in the period prescribed under Section 65.0541.

SECTION 16. Amends Subchapter B, Chapter 65, Election Code, by adding Section 65.0541, as follows:

Sec. 65.0541. PRESENTATION OF IDENTIFICATION FOR CERTAIN PROVISIONAL BALLOTS.  (a) Authorizes a voter who is accepted for provisional voting under Section 63.011 because the voter does not meet the identification requirements of Section 63.001(b) to, not later than the sixth day after the date of the election, present proof of identification to the voter registrar for examination by the board.

(b) Requires the secretary of state to prescribe procedures as necessary to implement this section.

SECTION 17. Amends Section 66.0241, Election Code, to require that Envelope no. 4 contain the precinct list of registered voters, the registration correction list, the registration omissions list, any statements of residence executed under Section 63.0011, and any affidavits executed under Section 63.006 or 63.011, rather than Section 63.007 or 63.011.

SECTION 18. Amends Section 521.422, Transportation Code, by amending Subsection (a) and adding Subsection (d), as follows:

(a) Provides that the fee for a personal identification certificate, except as provided under Subsection (d), is $15 for a person under 60 years of age, $5 for a person 60 years of age or older, and $20 for a person subject to the registration requirements under Chapter 62 (Sex Offender Registration Program), Code of Criminal Procedure.

(d) Prohibits DPS from collecting a fee for a personal identification certificate issued to a person who states that the person is obtaining the personal identification certificate for the purpose of satisfying Section 63.001(b), Election Code, and who is a registered voter in this state and presents a valid voter registration certificate, or who is eligible for registration under Section 13.001 (Eligibility For Registration), Election Code, and submits a registration application to DPS.

SECTION 19. Repealer, effective January 1, 2012: Sections 63.007 (Voter With Incorrect Certificate Who Is Not On List) and 63.008 (Voter Without Certificate Who Is On List), Election Code.

SECTION 20.  Requires the secretary of state, as soon as practicable after the effective date of this section, to adopt the training standards and develop the training materials required to

SRC-GSM S.B. 14 82(R)                                                     Page 5 of 6

**Defendant's Exhibit #**
509

DE-004913

USA_00012399

implement the change in law made by this Act to Section 32.111 (Training Standards For Election Judges), Election Code.  Requires the county clerk of each county, as soon as practicable after the effective date of this section, to provide a session of training under Section 32.114 (Public County Training Program), Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

SECTION 21. Provides that the change in law made by this Act applies only to an offense committed on or after January 1, 2012.  Provides that an offense committed before January 1, 2012, is covered by the law in effect when the offense was committed and the former law is continued in effect for that purpose.  Provides that for purposes of this section, an offense is committed before January 1, 2012, if any element of the offense occurs before that date.

SECTION 22.  Authorizes state funds disbursed under Chapter 19 (Financing Voter Registration), Election Code, for the purpose of defraying expenses of the voter registrar's office in connection with voter registration to also be used for additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration. Provides that this section expires January 1, 2013.

SECTION 23. (a) Effective date, except as provided by Subsection (b) of this section: January 1, 2012.

(b) Effective date, for the changes in law made by Sections 1, 3, 4, 5, 9, 20, and 22 of this Act: September 1, 2011.

**Defendant's Exhibit #**
509                               DE-004914

USA_00012400