# Plaintiff Exhibit PL674

# WITHDRAWN

| | |
|---|---|
| **From:** | John Mendoza |
| **Sent:** | Thursday, January 27, 2011 12:41 PM |
| **To:** | Karen Richards |
| **Cc:** | Ann McGeehan; Lee Guyette |
| **Subject:** | RE: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)... |
| **Attachments:** | statewide_voters_wo_tdl_cnts_ignore_firstname_include70over.xls; statewide_voters_wo_tdl_cnts_ignore_county_include70over.xls |

**Flag Status:** Flagged

Karen – per your request.

Attached are the fifth and sixth queries (these include the 70 and older voters).

U.S. EXHIBIT
971
6-9-12
PENGAD 800-631-6989

JohnM.
P.S. I went ahead and added the VR numbers, but as you mentioned it is a moving target, these two have slightly different VR numbers.

Hope this is the last of the variations of this query...

**From:** John Mendoza
**Sent:** Thursday, January 27, 2011 7:33 AM
**To:** Karen Richards
**Cc:** Ann McGeehan; Lee Guyette
**Subject:** RE: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

Here's the third and fourth queries.

JohnM.

**From:** John Mendoza
**Sent:** Thursday, January 27, 2011 7:03 AM
**To:** Karen Richards; Ann McGeehan; Lee Guyette
**Subject:** RE: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

FYI - Correction...

The first query (the original one) included those 70 and older.
The second query, filtered out the 70 and older voters.

JohnM.
P.S. The third and forth will also filter out the 70 and older voters.

**From:** Karen Richards
**Sent:** Thursday, January 27, 2011 6:37 AM
**To:** Ann McGeehan; Lee Guyette; John Mendoza
**Subject:** Re: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

**TX_00044398**

Defendant's Exhibit #    #

DE-006321

Okay, thanks. Just FYI the first set of queries we did used 65 and over but this will give us even more options.

---

**From:** Ann McGeehan
**To:** Karen Richards; Lee Guyette; John Mendoza
**Sent:** Thu Jan 27 06:34:13 2011
**Subject:** Re: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

Let's run both queries, but based on 70 and older, not 65. Thanks.

---

**From:** Karen Richards
**To:** Ann McGeehan; Lee Guyette; John Mendoza
**Sent:** Thu Jan 27 06:27:00 2011
**Subject:** Fw: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

Ann, should both of the new queries default to remove those voters 65 are over or should we also run the new queries with and without 65 and over voters? Thanks, Karen

---

**From:** Karen Richards
**To:** Ann McGeehan
**Sent:** Wed Jan 26 16:11:13 2011
**Subject:** FW: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

FYI – I talked to John about this on the phone and impressed the urgency; he said it would be tomorrow though. Do you need me to call Lee if you need this today?

---

**From:** Karen Richards
**Sent:** Wednesday, January 26, 2011 3:58 PM
**To:** Lee Guyette; John Mendoza; Help Desk
**Cc:** Ann McGeehan
**Subject:** FW: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

Lee, based on questions from Ann's testimony last night we need to modify the query slightly from what John provided yesterday.

**Queries already done**
- Identified how many voters (V & S) on the state database that do not have a TDL/ID number on file. Compared data against driver file matching on Last Name, First Name, DOB and County. Provided results.

- Same as first query but filtered out those voters who were 65 year of age or older.

**Queries Needed**
- Identify how many voters (V & S) on the state database that do not have a TDL/ID number on file. Compared data against driver file matching on Last Name, ~~First Name~~, DOB and County. Provide results.

**TX_00044399**

Defendant's Exhibit #:        #                     DE-006322

USA_00013389

- Identify how many voters (V & S) on the state database that do not have a TDL/ID number on file. Compared data against driver file matching on Last Name, First Name, DOB and ~~County~~. Provide results.

This information needs to be delivered ASAP.  Thanks, Karen

---

**From:** Karen Richards
**Sent:** Tuesday, January 25, 2011 1:50 PM
**To:** Ann McGeehan
**Subject:** RE: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

There are a total of 2,814,965 voters currently registered that do not have a TDL/ID number on their voter registration record. Of the 2,814,965 there are a total of 1,970,252 that match against the DPS database; which account for 70% of them that appear to have a corresponding driver record on file with DPS.

Of the 12,621,059 total registered voters there are 22% (2,814,965) that do not have a TDL/ID on file. A total of 844,713 that did not provide a TDL/ID and don't appear to match against DPS.

---

**From:** Ann McGeehan
**Sent:** Tuesday, January 25, 2011 1:36 PM
**To:** Karen Richards
**Subject:** Re: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

Can I say then that based on this quick query, it appears that there are 636,787 active voters who have not been issued TDLs and 107,926 suspense voters that have not been issued TDL/ID. This equals 744,713 and can you tell me what percent that is of the 12.6 million registered voters? Please check my math since I don't have a calculator.

---

**From:** Karen Richards
**To:** Ann McGeehan
**Sent:** Tue Jan 25 13:27:56 2011
**Subject:** FW: Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

Number of Voters Without a TDL/ID Number:
Active = 2,630,426
Suspense = 184,539

Without TDL/ID with a DPS Match (based on Last Name, First Name, DOB and County):
Active = 1,893,639 (72%)
Suspense = 76,613 (41%)

Let me know if you need additional information.  Thanks, Karen

---

**From:** John Mendoza
**Sent:** Tuesday, January 25, 2011 1:03 PM
**To:** Karen Richards
**Cc:** Lee Guyette
**Subject:** Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

**TX_00044400**

Defendant's Exhibit #   #

DE-006323

USA_00013390

Karen,

Here's the totals I came up with on short notice.

Per our discussion:
- "Without TDL/ID" means doesn't have a Texas drivers license or ID
- "Without TDL/ID with DPS match" means using the information we received from DPS for the Annual Jury Wheel process, we found a match using the following criteria:
    1. Same County Code
    2. Same Last Name
    3. Same First Name
    4. Same Date of Birth
- Only looked at the V and S voter status records (Note: there were no "L" voter status records).

Note: 2 ½ hours spent on this request.

JohnM.

**TX_00044401**

Defendant's Exhibit #        DE-006324

USA_00013391

PL676
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Ann McGeehan |
| **Sent:** | Tuesday, February 01, 2011 10:00 AM |
| **To:** | Ann McGeehan; Karen Richards |
| **Cc:** | Lee Guyette; John Mendoza |
| **Subject:** | RE: Query to identify voters with no TDL/ID - compare to DPS records |
| **Attachments:** | Voters without TDL-ID.doc |

Talked with John, and he confirmed that the voters with SSN records only were included in the group of voters that had no TDL/ID. Attached is a draft summary that I will send to Coby and John so that they can distribute to legislative folk. Can you please review before I send it out? Thanks.

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871

**From:** Ann McGeehan
**Sent:** Tuesday, February 01, 2011 9:18 AM
**To:** Karen Richards
**Cc:** Lee Guyette; John Mendoza
**Subject:** RE: Query to identify voters with no TDL/ID - compare to DPS records

I am typing up a summary of this comparison to provide to legislative staff. Did the group of voters with no TDL/ID issued by DPS also include those voters who provided an SSN only?

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871

**From:** Karen Richards
**Sent:** Thursday, January 27, 2011 2:35 PM
**To:** Ann McGeehan
**Cc:** Lee Guyette; John Mendoza
**Subject:** Query to identify voters with no TDL/ID - compare to DPS records

The following statistics represent those voters identified on the state database of registered voters who do not have a Texas driver's license or ID number issued by the Department of Public Safety (DPS). The voter set was compared against the database of driver/ID records supplied to the Secretary of State's Office by DPS in October of 2010.

The queries performed used different matching criterion to compare the voter data to the DPS data in an attempt to identify the most effective search and obtain the most optimum results. The results demonstrate what fields matched between the two data sets. It should be anticipated that a margin of matches could be false; resulting in different persons with the same data elements.

1



U.S. EXHIBIT
972

TX_00107733

USA_00013392

Total Voters in the State: 12,657,884

## Query 1
**Matching Criterion:**  Last Name, First Name, Date of Birth and Same County

|  | | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,814,965 | 22% | |
| # of Voters that Matched a DPS Record: | 1,970,252 | 16% | 70% |
| # of Voters that did not match a DPS Record | 844,713 | 7% | 30% |

## Query 2
**Matching Criterion:**  Last Name, First Name, Date of Birth, Same County; Exempt 70+

|  | | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,096,699 | 17% | |
| # of Voters that Matched a DPS Record: | 1,577,185 | 12% | 75% |
| # of Voters that did not match a DPS Record | 519,514 | 4% | 25% |

## Query 3
**Matching Criterion:**  Last Name, Date of Birth and Same County

|  | | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,814,216 | 22% | |
| # of Voters that Matched a DPS Record: | 2,135,656 | 17% | 76% |
| # of Voters that did not match a DPS Record | 678,560 | 5% | 24% |

## Query 4
**Matching Criterion:**  Last Name, Date of Birth, Same County; Exempt 70+

|  | | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,096,705 | 17% | |
| # of Voters that Matched a DPS Record: | 1,592,334 | 13% | 76% |
| # of Voters that did not match a DPS Record | 504371 | 4% | 24% |

## Query 5
**Matching Criterion:**  Last Name, First Name and Date of Birth

|  | | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,814,210 | 22% | |
| # of Voters that Matched a DPS Record: | 2,083,730 | 16% | 74% |
| # of Voters that did not match a DPS Record | 730,480 | 6% | 26% |

## Query 6
**Matching Criterion:**  Last Name, First Name, Date of Birth; Exempt 70+

|  | | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,096,789 | 17% | |
| # of Voters that Matched a DPS Record: | 1,475,889 | 12% | 70% |
| # of Voters that did not match a DPS Record | 650,900 | 5% | 30% |

2

**TX_00107734**

Defendant's Exhibit #

DE-006326

USA_00013393

Question:

How many registered voters have not been issued a driver's license or personal identification card by the Texas Department of Public Safety?

Discussion:

The Office of the Secretary of State cannot answer this question precisely, but we can provide an estimated range of the number of voters who appear not to have been issued TDL/personal identification card by the DPS. Prior to 2006, providing a TDL/ID number was optional on the application to register to vote. Beginning January 2006, a TDL/ID number was required on the application to register to vote, if the applicant had been issued such a number. We can provide an estimate of the number of voters without TDL/ID cards by comparing the group of voters in the official state file without a TDL/ID card against the copy of the DPS driver/personal identification card database maintained by our office. The number of voters in the official state file of voters without a TDL/ID is 2,814,965. Our copy of the DPS database contains only those data fields relevant for voter registration: TDL number; Last Name; First Name; Middle Name; Name Suffix; Date of Birth; Date Created; Last Modified; and Transaction Type.

We performed two queries to obtain the estimated range of voters that have not been issued a TDL/ID number. First, we queried based on the matching criteria of Last Name, First Name, Date of Birth and Same County. This query resulted in a total of 844,713 voter records that did not have a match in the TDL/ID file. Currently there are 12,657,884 registered voters in the state so based on this query, roughly 6.7% of the registered voters have not been issued a TDL/ID card by DPS.

The second query matched on Last Name, Date of Birth, and Same County. The matching criteria for this query is not quite as tight as the first query, but it will catch matches when the first name field is slightly different between the DPS file and the SOS file. For example, under the first query, a voter named Bob Smith in the SOS data base would not match against a Robert Smith in the DPS database even thought date of birth and county fields may match. The second query generated a total of 678,560 voters that did not have a match in the DPS file. Based on the current number of registered voters in the state, the second query shows that roughly 5.3% of voters have not been issued a TDL or ID card.

Conclusion:

Based on the information available to the Office of the Secretary of State, we can estimate that between 844,713 to 678,560 of the 12,657,884 registered voters may not have been issued a TDL/ID by the DPS.

Defendant's Exhibit #

**TX_00107735**

DE-006327

USA_00013394

| | |
|---|---|
| **From:** | Moon, Charles [Charles.Moon@dps.texas.gov] |
| **Sent:** | Wednesday, November 16, 2011 8:43 AM |
| **To:** | John Mendoza |
| **Cc:** | Lee Guyette; Gomez, Enrique; O'Connor, Ryan |
| **Subject:** | RE: jury wheel ftp address |

Excellent!   Please let me know if you need anything else.  For now, I will close this work order as completed.

Thanks,

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Wednesday, November 16, 2011 6:50 AM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

Charles,

I've got the file.  Will work on loading the additional 4,227 records.  Based on your comments, I think I'm good to go.

JohnM.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 15, 2011 2:02 PM
**To:** John Mendoza; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

```
This message contains encrypted attachments that could not be verified
virus free. Open only if you were expecting this message.
```
Sorry, try again...   Change the type to exe.

The requirements was to remove all duplicates.  There were 16 million IDs  from which I removed duplicate SSN + DOB.
  We ended up with 14 million.

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 15, 2011 7:56 AM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

Charles,



U.S. EXHIBIT
973
6-19-12

1

**TX_00056692**
DE-006328

USA_00013395

| | |
|---|---|
| **From:** | Gomez, Enrique [Enrique.Gomez@dps.texas.gov] |
| **Sent:** | Friday, December 09, 2011 4:38 PM |
| **To:** | Gomez, Enrique; Lee Guyette; Moon, Charles; John Mendoza |
| **Cc:** | O'Connor, Ryan; Johnson, Lance; Martinez, Germaine |
| **Subject:** | RE: jury wheel ftp address |

Lee,
My team tell me that you guys already received the file.

Enrique

**From:** Gomez, Enrique
**Sent:** Friday, December 09, 2011 4:33 PM
**To:** 'Lee Guyette'; Moon, Charles; John Mendoza
**Cc:** O'Connor, Ryan; Johnson, Lance; Martinez, Germaine
**Subject:** RE: jury wheel ftp address

Lee,
We'll be ready to send you the data on Monday.
These are the filters that Charles used:
1. Select first, middle, last name, or City not containing "TEST"
2. Select first, middle, or last name not containing "REISSUE" or "REISSUED"
3. Select records with valid IREC_DOC_NBR (issued DL or ID number)

Enrique

**From:** Lee Guyette [mailto:LGuyette@sos.state.tx.us]
**Sent:** Friday, December 09, 2011 11:34 AM
**To:** Gomez, Enrique; Moon, Charles; John Mendoza
**Cc:** O'Connor, Ryan; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Thanks again Enrique.

Hope all is well with the data processing.  We did have a couple questions…
• Is the data from all of you DPS records or a subset?
• Other than filtering for "TEST", are there any other modifications being made to the data?

Lee Guyette, MSc PMP
Software Development Manager
Office of the Texas Secretary of State
(512) 423-5751
lguyette@sos.state.tx.us





1

TX_00055960
DE-006329

USA_00013396

**From:** Gomez, Enrique [mailto:Enrique.Gomez@dps.texas.gov]
**Sent:** Tuesday, December 06, 2011 10:21 AM
**To:** Lee Guyette; Moon, Charles; John Mendoza
**Cc:** O'Connor, Ryan; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Lee,
I just got the go from our Chief of Staff. I will get my team to start working on it.

Enrique

---

**From:** Lee Guyette [mailto:LGuyette@sos.state.tx.us]
**Sent:** Tuesday, December 06, 2011 9:05 AM
**To:** Moon, Charles; Gomez, Enrique; John Mendoza
**Cc:** O'Connor, Ryan; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Howdy Folks,

Has approval come your way yet?  I understand there was another meeting on Friday and the green light was given.

Once again, the only filter we require is for removal of "test" data.

Lee Guyette, MSc PMP
Software Development Manager
Office of the Texas Secretary of State
(512) 423-5751
lguyette@sos.state.tx.us



---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Wednesday, November 30, 2011 9:08 AM
**To:** Gomez, Enrique; John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

That was an old email before I got the direction from you all.  I am waiting for the approval.

Charles Moon
512-590-5443 (m)

---

**From:** Gomez, Enrique
**Sent:** Wednesday, November 30, 2011 8:23 AM
**To:** Moon, Charles; John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

2

Defendant's Exhibit #   #

**TX_00055961**
DE-006330

USA_00013397

Who is the ok coming from?. I have not received it yet.

Enrique

**From:** Moon, Charles
**Sent:** Tuesday, November 29, 2011 9:32 AM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

I guess I missed that meeting.  Sorry.

I can do a full run.  It should be around 25M records.

Charles

**From:** John Mendoza [JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 29, 2011 9:26 AM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

Charles,

There was a meeting yesterday with folks from DPS.  Enrique Gomez was there.  DPS was asked for a complete file, no filters, except one.  The removal of any "test" data.  You may want to speak to Enrique about this.  I believe y'all were waiting for today for an OK from someone to proceed.

Last time you created a self-extracting encrypted file which was compressed.  I think the FTP site was able to handle it fine.

JohnM.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 29, 2011 9:05 AM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette; Johnson, Lance
**Subject:** RE: jury wheel ftp address

John, sorry for the delay but I am only in the office one day each week during Dec.  But I do check my email daily.

I can do a full run for you today.  Please note that the file will be very large and I am not sure your FTP site will be able to handle it.  I can do a run this morning if the remote access is available.  Otherwise, I will have to go into the office this afternoon.  Either way, I will take care of it.

More to come...

Charles

**From:** John Mendoza [JMendoza@sos.state.tx.us]
**Sent:** Monday, November 28, 2011 10:55 AM
**To:** Moon, Charles

3

Defendant's Exhibit #:   #

**TX_00055962**
DE-006331

USA_00013398

**Cc:** O'Connor, Ryan; Gomez, Enrique; Lee Guyette
**Subject:** RE: jury wheel ftp address

Charles,

Can you send us another complete file?  This time with no filters.  I'm assuming the record count would be the 25 million mentioned in the email below.  I think this may help us answer many of the questions we are getting.

We may have some questions on how you normally filter out "test" data that may be in the file.

Let me know if this would be possible and how long this could take for you.
JohnM.

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Wednesday, November 23, 2011 11:02 AM
**To:** Gomez, Enrique; Lee Guyette; John Mendoza
**Cc:** O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

Enrique, I just ran the counts again.

We have about 25M rows of total person records

- Running the request filters (all but SSN validation), we get about 22M records

- Removing duplicates using SSN + DPB combination, we get to 18.6M records

If SOS does not require valid SSNs, I can remove that filter and the count goes back close to 19M.  However, we may introduce some duplicates since SSN is used in duplicate removal process.   Please let me know which version is appropriate.

Thanks,

Charles Moon
512-590-5443 (m)

---

**From:** Gomez, Enrique
**Sent:** Wednesday, November 23, 2011 10:44 AM
**To:** Moon, Charles; 'LGuyette@sos.state.tx.us'; 'JMendoza@sos.state.tx.us'
**Cc:** O'Connor, Ryan
**Subject:** Re: jury wheel ftp address

Lee,
How many people do you think have Id's or dl's based on demographics?

Charles,
How many records do we have?

E

---

**From:** Moon, Charles
**Sent:** Wednesday, November 23, 2011 10:07 AM
**To:** Lee Guyette <LGuyette@sos.state.tx.us>; John Mendoza <JMendoza@sos.state.tx.us>

4

Defendant's Exhibit #:  #

**TX_00055963**
DE-006332

USA_00013399

**Cc:** Gomez, Enrique; O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

I agree, it appears to be. However, per your request, filters were used to remove duplicate , non-valid SSN, non-valid county, younger than 17yr 10mo, last name "Reissued" or "TEST", and no ID/DL number assigned records.

Did you want the unfiltered records?

Charles Moon
512-590-5443 (m)

---

**From:** Lee Guyette [mailto:LGuyette@sos.state.tx.us]
**Sent:** Tuesday, November 22, 2011 2:42 PM
**To:** Moon, Charles; John Mendoza; O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

Charles and Ryan,

Thanks again for your help and prompt responses.

To be honest though, I am still struggling to understand the 14M number. In a state of 25+M, I would have assumed more than 56% of Texans would have drivers license or ID.

Am I missing something here?

---

Lee Guyette, MSc PMP
Software Development Manager
Office of the Texas Secretary of State
(512) 423-5751
lguyette@sos.state.tx.us



---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 15, 2011 2:02 PM
**To:** John Mendoza; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

```
Potentially dangerous attachments were identified and removed from this
message.
This message contains encrypted attachments that could not be verified
virus free. Open only if you were expecting this message.
```
Sorry, try again...   Change the type to exe.

The requirements was to remove all duplicates. There were 16 million IDs  from which I removed duplicate SSN + DOB.  We ended up with 14 million.

Charles Moon
512-590-5443 (m)

Defendant's Exhibit #   #

**TX_00055964**
DE-006333

USA_00013400

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 15, 2011 7:56 AM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

Charles,

Our email system blocks any executable attachments. Please try zipping the EXE and resend the file or send via FTP as before.

Also, I'm concerned over the number of records. The annual jury wheel file (statewide driver/id file) sent late September/early November of this year had over 16 million records (this also filtered felons). The file you've sent me for this project is just over 14 million (which should still include the felons), so I was expecting more records than the jury file. Did we really remove 2 million records worth of duplicates? Or were those also due to some of the other filters?

I thought the people without SSN may have been those missing records, but if you are saying it is only 4,227 records, then I still need to ask if the record counts are correct.

Can you shed some light on accounting for the 2 million records shortfall?

JohnM.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 14, 2011 1:34 PM
**To:** John Mendoza; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

```
This message contains encrypted attachments that could not be verified
virus free. Open only if you were expecting this message.
```
John,

Same password and format as before. There should be 4227 records with blank SSNs.

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 14, 2011 1:26 PM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

See responses in red below.

JohnM.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 14, 2011 1:06 PM
**To:** John Mendoza; O'Connor, Ryan

6

Defendant's Exhibit #

**TX_00055965**
DE-006334

USA_00013401

**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

John, I need some clarification...

1. You want the remaining list of people who does not have SSN. Is that correct? If yes, I can get it to you today. Yes. Please send the remaining list of people that did not have SSN. These were inadvertently filtered during the filtering of those records that had the same Last Name, First Name, Date of Birth, and SSN.
2. I opened your sample file.
   a. DPS – DL transactional system uses 11 digit numeric data type as system IDs. That is the reason why you have IDs with different number of digits. Adding leading "0" is acceptable since the system will ignore all leading zeros as they are not relevant for numeric data. OK, I'll add the leading zeroes, in the past we considered TDL/iD character fields and treated leading zeroes as significant digits.
   b. Data without ethnicity should remain as they are as well as the people without counties. No problem.
   c. You can predict their counties using zip code. But that would only be guessing. I can send you their zip codes, if you prefer. No need.

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 14, 2011 11:58 AM
**To:** Moon, Charles; O'Connor, Ryan
**Cc:** Lee Guyette
**Subject:** RE: jury wheel ftp address

FYI,

First, we'll need those missing records. Those that don't have an SSN. I realize you cannot check for duplicates in this set, but we still need those records for this project. if you can create and FTP that file, when would it be ready?

Second, I've attached a zipped file, which once unzipped, you'll find an encrypted exe file, which you can decrypt by using your same encryption password/passphrase. This file is the sample of the data related to the other questions. Ryan mentioned if the TDL/ID had 7-digits we can add the leading zero, but there were quite a few records that ranged from 1 digit all the way up to 7 digits. Would we treat all these as needing the leading zeroes?

Note: The first question is the most import part. The other questions, I can work around, I just wanted to get some confirmation that the records were valid records and that I can use them. Also, if adding the leading zeroes was the correct approach on my part.

Thanks.
JohnM.

# Attorney-Client Privileged

Defendant's Exhibit #
DE-006335

**Attorney-Client Privileged**

8

Defendant's Exhibit #:   #

TX_00055967
DE-006336

USA_00013403

**Attorney-Client Privileged**

---

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Tuesday, November 08, 2011 3:38 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

John, just let me know if you want me to make any changes to the data. We run SQL Server and CSV file format as our standard extract. Anything other than that, I can export using scripts.

I am out of office starting Thu until Monday of next week. So if you need something, you will have to catch me before 4PM tomorrow (Wed).

Thanks,

9

Defendant's Exhibit #: #

**TX_00055968**
DE-006337

USA_00013404

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Tuesday, November 08, 2011 3:30 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

FYI,

I believe I'm closer.  I was able to filter out the non-printable characters and I'm able to read the file better now.

I'll try to load the file into our database.  I wasn't expecting the date formats, but I'm hoping I can handle them too.

Will keep you updated.

JohnM.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 4:28 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

John,  this looks like code page issue.

All data sets we generate from the DPS warehouse are in Unicode (NVARCHAR).  You may want to check to make sure you are opening it as Unicode text document.

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 07, 2011 4:05 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

The record looks something like this:

ÿþ101ROSINSKI                    BENJAMIN                    ANTHONY


I'll try to filter the bad characters out.  Will let you know.

JohnM.

P.S. I'm coming in a noon tomorrow, since I'll be working late due to the November Election.

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 3:58 PM

10

Defendant's Exhibit #   #

**TX_00055969**
DE-006338

USA_00013405

**To:** John Mendoza
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

Also, you should have 14,155,516 rows of data.

Charles Moon
512-590-5443 (m)

---

**From:** Moon, Charles
**Sent:** Monday, November 07, 2011 3:44 PM
**To:** 'John Mendoza'
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

No, I did not include the header file but sent it to you in a separate email.  The first row should look like this.

101ROSINSKI...  BENJAMIN...      ANTHONY.....

Is that what you have?

You can parse it using this position table.

```
Field Name              Data Type    (size)      Position
[County Code]           [nvarchar](3)            1-3
[Last Name]             [nvarchar](40)           4-43
[First Name]            [nvarchar](40)           44-83
[Middle Name]           [nvarchar](40)           84-123
[Name Suffix]           [nvarchar](10)           124-133
[SSN]                   [nvarchar](9)            134-142
[Gender]                [nvarchar](1)            143
[TDL or TID Number]     [nvarchar](11)           144-154
[Issue Date]            [date]                   155-171
[Date of Birth]         [date]                   172-188
[Ethnicity]             [nvarchar](1)            189
```

Charles Moon
512-590-5443 (m)

---

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 07, 2011 3:08 PM
**To:** Moon, Charles
**Cc:** O'Connor, Ryan; Lee Guyette
**Subject:** RE: jury wheel ftp address

Yes.  I was able to decrypt the file.

However, there's something strange with the beginning of the file.  I'm getting some special characters at the start of the file, followed by the data.  Possibly it's the column header record you mentioned you were going to add at the top.  I don't see the column headers, just the special characters.

It's giving me some trouble reading the file.

JohnM.

Defendant's Exhibit #   #

**TX_00055970**
DE-006339

USA_00013406

**From:** Moon, Charles [mailto:Charles.Moon@dps.texas.gov]
**Sent:** Monday, November 07, 2011 2:16 PM
**To:** John Mendoza
**Cc:** O'Connor, Ryan
**Subject:** RE: jury wheel ftp address

John, were you able to run it to extract the text file?

Charles Moon
512-590-5443 (m)

**From:** John Mendoza [mailto:JMendoza@sos.state.tx.us]
**Sent:** Monday, November 07, 2011 1:47 PM
**To:** Madipadga, Vanisree
**Cc:** Moon, Charles; Lee Guyette
**Subject:** RE: jury wheel ftp address

Yes, I have received it.

JohnM.

**From:** Madipadga, Vanisree [mailto:Vanisree.Madipadga@dps.texas.gov]
**Sent:** Monday, November 07, 2011 1:33 PM
**To:** John Mendoza
**Cc:** Moon, Charles
**Subject:** FW: jury wheel ftp address

Hi,
The file SOS_2f.exe transferred to SOS and I can see the file on their server.

Thanks,
Vani

**From:** Moon, Charles
**Sent:** Monday, November 07, 2011 1:11 PM
**To:** Madipadga, Vanisree
**Subject:** RE: jury wheel ftp address

Done.

Charles Moon
512-590-5443 (m)

12

Defendant's Exhibit #   #

**TX_00055971**
DE-006340

USA_00013407

**From:** Gipson, Sheri
**Sent:** Tuesday, January 25, 2011 8:37 AM
**To:** Davio, Rebecca
**Subject:** RE: Info for Sen. Williams

Suspensions would only affect voter id if they surrendered their license and didn't obtain an id, therefore they might not meet the id policy.  Arrests shouldn't affect voter except for those that are convicted, so they are no longer eligible to vote – that would be for SOS to determine.  (the DLS jury wheel file is run through Crime Records to remove felons, but the daily voter registration file sent by DLS is not).

*Sheri Gipson*
Customer Support
Driver License Division
512-424-2769

**From:** Davio, Rebecca
**Sent:** Tuesday, January 25, 2011 8:30 AM
**To:** Gipson, Sheri
**Subject:** Re: Info for Sen. Williams

I'm asking about arrests and suspensions and how that might relate to voter I'd.

I'm responding from my Blackberry, please forgive typos. --Rebecca

**From:** Gipson, Sheri
**Sent:** Tuesday, January 25, 2011 08:19 AM
**To:** Davio, Rebecca
**Subject:** RE: Info for Sen. Williams

Not sure exactly what you're asking.  Amanda asked for definition of active this morning because the charts were different and I told her that active meant the dl/id was not expired, suspended or disqualified.

*Sheri Gipson*
Customer Support
Driver License Division
512-424-2769

**From:** Davio, Rebecca
**Sent:** Tuesday, January 25, 2011 8:14 AM
**To:** Gipson, Sheri
**Subject:** Re: Info for Sen. Williams

Tell me about suspensions. Why would Sen Gallegos ask about the # of arrests and suspensions?

I'm responding from my Blackberry, please forgive typos. --Rebecca

**From:** Gipson, Sheri
**Sent:** Tuesday, January 25, 2011 07:17 AM
**To:** Arriaga, Amanda
**Cc:** Terry, Michael; Davio, Rebecca



U.S. EXHIBIT
975

TX_00244046
DE-006341

USA_00013408

**Subject:** RE: Info for Sen. Williams

The source for both the FHWA and DL/ID card statistics is DPS. The FHWA is a report that DPS prepares and furnishes to outside entities.

*Sheri Gipson*
Customer Support
Driver License Division
512-424-2769

---

**From:** Arriaga, Amanda
**Sent:** Tuesday, January 25, 2011 7:14 AM
**To:** Davio, Rebecca; Terry, Michael; Gipson, Sheri
**Subject:** FW: Info for Sen. Williams
**Importance:** High

Please see the question below. Is the source for the FHWA spreadsheet DPS?

---

**From:** Ryan LaRue_SC [mailto:Ryan.LaRue_SC@senate.state.tx.us]
**Sent:** Tuesday, January 25, 2011 7:13 AM
**To:** Arriaga, Amanda
**Subject:** RE: Info for Sen. Williams
**Importance:** High

Amanda,

On the spreadsheets, the source for those is FHWA, and on the table below the source for those numbers is DPS, correct?

# Ryan

Ryan LaRue
Committee Director
Senate Committee on Transportation and Homeland Security

---

**From:** Arriaga, Amanda [mailto:Amanda.Arriaga@txdps.state.tx.us]
**Sent:** Monday, January 24, 2011 9:11 PM
**To:** Ryan LaRue_SC
**Subject:** Info for Sen. Williams

Ryan,

Attached is a list of information for you per our conversation today. We will provide you with some additional talking points tomorrow morning with Q&A, but wanted to send you what we had available right now.

Please let me know what else you think of that you may need.

-AAA

- "FHWA" - The first tab lists the total number of DL holders (15,157,650) in various age ranges; the second tab lists the various types of DLs issued in 2010; the third tab shows the number of IDs issued during 2010 )
- "Driver License Offices in Texas RD" – is an electronic copy of the map that you saw earlier today.
- "DL Fraud Fact sheet" – Details how DPS combats fraud in issuing our documents and shows a picture of the DL and ID

Defendant's Exhibit #:   #

**TX_00244047**
DE-006342

USA_00013409

- Below are some stats regarding the number of DLs and IDs issued from FY05-FY10.

(Please note, the numbers in the excel spreadsheet and the numbers below may vary slightly because the FHWA numbers are active DL/IDs.)

*Driver License/ID Card Statistics*

| Driver License | FY05 | FY06 | FY 07 | FY08 | FY09 | FY10 |
|---|---|---|---|---|---|---|
| Original Issues | 701,749 | 779,038 | 755,868 | 738,739 | 525,084 | 494,948 |
| Renewal Issues | 2,653,778 | 2,678,060 | 2,755,453 | 2,900,576 | 2,185,732 | 1,998,973 |
| Duplicate Issues | 1,639,535 | 1,645,320 | 1,690,443 | 1,684,128 | 1,439,605 | 1,582,865 |
| *Total DL Issues* | *4,995,062* | *5,102,418* | *5,201,764* | *5,323,443* | *4,150,421* | *4,076,786* |

| Identification Card | FY05 | FY06 | FY 07 | FY 08 | FY09 | FY10 |
|---|---|---|---|---|---|---|
| Original Issues | 348,251 | 376,818 | 384,790 | 403,956 | 354,029 | 356,396 |
| Renewal Issues | 144,015 | 183,675 | 215,734 | 204,364 | 127,765 | 116,879 |
| Duplicate Issues | 201,407 | 206,153 | 218,333 | 230,815 | 203,760 | 220,609 |
| *Total ID Issues* | *693,673* | *766,646* | *818,857* | *839,135* | *685,554* | *693,884* |

Amanda Arriaga
Chief, Government Relations
Texas Department of Public Safety
(512) 424-7275 (work)
(512) 424-2966 (fax)
amanda.arriaga@txdps.state.tx.us

**TX_00244048**
DE-006343

USA_00013410

| From: | John Mendoza |
|---|---|
| Sent: | Tuesday, January 25, 2011 1:03 PM |
| To: | Karen Richards |
| Cc: | Lee Guyette |
| Subject: | Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)... |
| Attachments: | statewide_voters_wo_tdl_cnts.xls |

Karen,

Here's the totals I came up with on short notice.

Per our discussion:

- "Without TDL/ID" means doesn't have a Texas drivers license or ID
- "Without TDL/ID with DPS match" means using the information we received from DPS for the Annual Jury Wheel process, we found a match using the following criteria:
    1. Same County Code
    2. Same Last Name
    3. Same First Name
    4. Same Date of Birth
- Only looked at the V and S voter status records (Note: there were no "L" voter status records).

Note: 2 ½ hours spent on this request.

JohnM.

1

U.S. EXHIBIT
976   6-19-12
PENGAD 800-831-6989

TX_00053964
DE-006344

USA_00013411

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | | | Without TDL/ID | | Without TDL/ID | |
| 2 | County Code | County Name | Active | Suspense | Active | Suspense |
| 3 | 001 | ANDERSON | 7,036 | 318 | 5,382 | 152 |
| 4 | 002 | ANDREWS | 2,078 | 102 | 1,587 | 43 |
| 5 | 003 | ANGELINA | 11,290 | 735 | 8,334 | 361 |
| 6 | 004 | ARANSAS | 1,914 | 153 | 1,463 | 70 |
| 7 | 005 | ARCHER | 1,982 | 66 | 1,550 | 26 |
| 8 | 006 | ARMSTRONG | 430 | 0 | 253 | 0 |
| 9 | 007 | ATASCOSA | 5,229 | 201 | 3,578 | 79 |
| 10 | 008 | AUSTIN | 3,979 | 161 | 3,202 | 64 |
| 11 | 009 | BAILEY | 377 | 18 | 155 | 9 |
| 12 | 010 | BANDERA | 991 | 125 | 634 | 38 |
| 13 | 011 | BASTROP | 6,857 | 479 | 5,036 | 187 |
| 14 | 012 | BAYLOR | 241 | 4 | 85 | 1 |
| 15 | 013 | BEE | 2,538 | 175 | 1,566 | 93 |
| 16 | 014 | BELL | 22,193 | 3,964 | 14,670 | 1,329 |
| 17 | 015 | BEXAR | 207,811 | 14,884 | 149,430 | 6,337 |
| 18 | 016 | BLANCO | 1,490 | 53 | 1,189 | 20 |
| 19 | 017 | BORDEN | 213 | 0 | 166 | 0 |
| 20 | 018 | BOSQUE | 3,003 | 156 | 2,344 | 62 |
| 21 | 019 | BOWIE | 14,289 | 1,006 | 11,162 | 439 |
| 22 | 020 | BRAZORIA | 26,782 | 1,953 | 21,546 | 923 |
| 23 | 021 | BRAZOS | 9,129 | 1,177 | 5,845 | 351 |
| 24 | 022 | BREWSTER | 1,779 | 151 | 1,123 | 75 |
| 25 | 023 | BRISCOE | 204 | 6 | 87 | 1 |
| 26 | 024 | BROOKS | 3,675 | 1 | 1,610 | 0 |
| 27 | 025 | BROWN | 4,467 | 229 | 3,408 | 87 |
| 28 | 026 | BURLESON | 3,189 | 159 | 2,376 | 58 |
| 29 | 027 | BURNET | 3,111 | 199 | 2,332 | 98 |
| 30 | 028 | CALDWELL | 4,692 | 346 | 3,101 | 107 |
| 31 | 029 | CALHOUN | 3,013 | 116 | 2,208 | 33 |
| 32 | 030 | CALLAHAN | 2,626 | 140 | 2,023 | 55 |
| 33 | 031 | CAMERON | 56,831 | 3,489 | 39,215 | 1,868 |
| 34 | 032 | CAMP | 2,160 | 117 | 1,595 | 54 |
| 35 | 033 | CARSON | 1,549 | 56 | 1,206 | 13 |
| 36 | 034 | CASS | 5,212 | 237 | 3,681 | 119 |
| 37 | 035 | CASTRO | 1,449 | 78 | 1,025 | 23 |
| 38 | 036 | CHAMBERS | 5,417 | 399 | 3,691 | 122 |
| 39 | 037 | CHEROKEE | 2,695 | 331 | 1,643 | 103 |
| 40 | 038 | CHILDRESS | 1,212 | 50 | 923 | 27 |
| 41 | 039 | CLAY | 2,242 | 97 | 1,830 | 44 |
| 42 | 040 | COCHRAN | 634 | 40 | 449 | 11 |
| 43 | 041 | COKE | 694 | 87 | 496 | 27 |
| 44 | 042 | COLEMAN | 1,314 | 78 | 1,022 | 26 |
| 45 | 043 | COLLIN | 46,967 | 3,666 | 37,336 | 1,721 |

**TX_00053965**

Defendant's Exhibit #

DE-006345

USA_00013412

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 46 | 044 | COLLINGSWORTH | 996 | 29 | 724 | 10 |
| 47 | 045 | COLORADO | 3,234 | 129 | 2,359 | 43 |
| 48 | 046 | COMAL | 9,337 | 890 | 7,125 | 391 |
| 49 | 047 | COMANCHE | 2,964 | 269 | 2,174 | 68 |
| 50 | 048 | CONCHO | 517 | 18 | 388 | 2 |
| 51 | 049 | COOKE | 4,996 | 201 | 4,006 | 94 |
| 52 | 050 | CORYELL | 4,146 | 931 | 2,421 | 246 |
| 53 | 051 | COTTLE | 205 | 13 | 109 | 1 |
| 54 | 052 | CRANE | 938 | 52 | 742 | 26 |
| 55 | 053 | CROCKETT | 781 | 27 | 471 | 6 |
| 56 | 054 | CROSBY | 1,369 | 65 | 872 | 31 |
| 57 | 055 | CULBERSON | 660 | 41 | 387 | 16 |
| 58 | 056 | DALLAM | 995 | 70 | 744 | 31 |
| 59 | 057 | DALLAS | 240,568 | 15,777 | 158,702 | 6,036 |
| 60 | 058 | DAWSON | 2,795 | 149 | 1,748 | 55 |
| 61 | 059 | DEAF SMITH | 2,836 | 181 | 2,054 | 84 |
| 62 | 060 | DELTA | 1,568 | 14 | 1,106 | 5 |
| 63 | 061 | DENTON | 49,871 | 4,287 | 41,309 | 1,878 |
| 64 | 062 | DEWITT | 3,481 | 155 | 2,644 | 60 |
| 65 | 063 | DICKENS | 365 | 5 | 184 | 2 |
| 66 | 064 | DIMMIT | 3,196 | 197 | 1,832 | 85 |
| 67 | 065 | DONLEY | 848 | 54 | 613 | 19 |
| 68 | 066 | DUVAL | 3,038 | 354 | 1,872 | 118 |
| 69 | 067 | EASTLAND | 3,370 | 202 | 2,551 | 117 |
| 70 | 068 | ECTOR | 13,929 | 806 | 10,326 | 350 |
| 71 | 069 | EDWARDS | 432 | 47 | 291 | 13 |
| 72 | 070 | ELLIS | 15,229 | 778 | 11,832 | 289 |
| 73 | 071 | EL PASO | 92,747 | 1,215 | 56,368 | 790 |
| 74 | 072 | ERATH | 1,237 | 235 | 815 | 71 |
| 75 | 073 | FALLS | 2,686 | 35 | 1,684 | 11 |
| 76 | 074 | FANNIN | 6,723 | 315 | 4,665 | 126 |
| 77 | 075 | FAYETTE | 3,731 | 98 | 2,858 | 32 |
| 78 | 076 | FISHER | 984 | 31 | 725 | 6 |
| 79 | 077 | FLOYD | 489 | 60 | 226 | 12 |
| 80 | 078 | FOARD | 290 | 0 | 115 | 0 |
| 81 | 079 | FORT BEND | 51,007 | 3,232 | 40,270 | 1,462 |
| 82 | 080 | FRANKLIN | 1,139 | 94 | 847 | 38 |
| 83 | 081 | FREESTONE | 2,722 | 186 | 2,068 | 86 |
| 84 | 082 | FRIO | 3,926 | 397 | 2,143 | 128 |
| 85 | 083 | GAINES | 2,538 | 117 | 1,786 | 51 |
| 86 | 084 | GALVESTON | 34,822 | 3,446 | 26,423 | 1,648 |
| 87 | 085 | GARZA | 1,292 | 73 | 885 | 34 |
| 88 | 086 | GILLESPIE | 3,769 | 94 | 3,272 | 58 |
| 89 | 087 | GLASSCOCK | 308 | 6 | 231 | 3 |
| 90 | 088 | GOLIAD | 1,989 | 80 | 1,347 | 20 |

TX_00053966

USA_00013413

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 91 | 089 | GONZALES | 3,528 | 167 | 2,347 | 57 |
| 92 | 090 | GRAY | 4,146 | 1 | 3,117 | 0 |
| 93 | 091 | GRAYSON | 13,401 | 884 | 10,593 | 404 |
| 94 | 092 | GREGG | 15,114 | 1,160 | 11,215 | 532 |
| 95 | 093 | GRIMES | 1,856 | 154 | 1,060 | 46 |
| 96 | 094 | GUADALUPE | 12,391 | 608 | 9,696 | 238 |
| 97 | 095 | HALE | 6,552 | 575 | 4,447 | 240 |
| 98 | 096 | HALL | 364 | 34 | 171 | 12 |
| 99 | 097 | HAMILTON | 1,607 | 76 | 1,258 | 27 |
| 100 | 098 | HANSFORD | 1,038 | 27 | 752 | 7 |
| 101 | 099 | HARDEMAN | 252 | 23 | 147 | 7 |
| 102 | 100 | HARDIN | 8,372 | 232 | 6,181 | 65 |
| 103 | 101 | HARRIS | 360,204 | 23,923 | 256,242 | 9,747 |
| 104 | 102 | HARRISON | 10,880 | 976 | 7,591 | 355 |
| 105 | 103 | HARTLEY | 863 | 44 | 667 | 19 |
| 106 | 104 | HASKELL | 2,048 | 134 | 1,577 | 54 |
| 107 | 105 | HAYS | 16,546 | 1,869 | 11,773 | 479 |
| 108 | 106 | HEMPHILL | 703 | 3 | 555 | 0 |
| 109 | 107 | HENDERSON | 9,623 | 829 | 6,911 | 366 |
| 110 | 108 | HIDALGO | 85,989 | 6,461 | 57,430 | 3,372 |
| 111 | 109 | HILL | 3,953 | 239 | 2,973 | 104 |
| 112 | 110 | HOCKLEY | 3,717 | 160 | 2,758 | 62 |
| 113 | 111 | HOOD | 5,675 | 400 | 4,603 | 192 |
| 114 | 112 | HOPKINS | 3,701 | 253 | 2,622 | 103 |
| 115 | 113 | HOUSTON | 3,576 | 341 | 2,619 | 150 |
| 116 | 114 | HOWARD | 5,038 | 322 | 3,719 | 154 |
| 117 | 115 | HUDSPETH | 513 | 27 | 330 | 10 |
| 118 | 116 | HUNT | 9,381 | 742 | 7,517 | 346 |
| 119 | 117 | HUTCHINSON | 3,704 | 206 | 2,794 | 95 |
| 120 | 118 | IRION | 416 | 16 | 309 | 3 |
| 121 | 119 | JACK | 1,402 | 68 | 1,095 | 26 |
| 122 | 120 | JACKSON | 2,387 | 119 | 1,809 | 49 |
| 123 | 121 | JASPER | 8,511 | 573 | 5,971 | 252 |
| 124 | 122 | JEFF DAVIS | 441 | 1 | 280 | 0 |
| 125 | 123 | JEFFERSON | 15,954 | 1,566 | 8,817 | 561 |
| 126 | 124 | JIM HOGG | 1,680 | 65 | 1,030 | 30 |
| 127 | 125 | JIM WELLS | 8,271 | 439 | 5,263 | 185 |
| 128 | 126 | JOHNSON | 13,733 | 703 | 11,203 | 313 |
| 129 | 127 | JONES | 2,326 | 141 | 1,817 | 58 |
| 130 | 128 | KARNES | 2,511 | 127 | 1,758 | 59 |
| 131 | 129 | KAUFMAN | 11,216 | 742 | 8,310 | 301 |
| 132 | 130 | KENDALL | 3,914 | 182 | 3,016 | 71 |
| 133 | 131 | KENEDY | 116 | 9 | 67 | 5 |
| 134 | 132 | KENT | 278 | 6 | 210 | 4 |
| 135 | 133 | KERR | 5,242 | 376 | 4,112 | 179 |

TX_00053967

Defendant's Exhibit #:

DE-006347

USA_00013414

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 136 | 134 | KIMBLE | 589 | 21 | 476 | 4 |
| 137 | 135 | KING | 86 | 0 | 63 | 0 |
| 138 | 136 | KINNEY | 770 | 39 | 538 | 13 |
| 139 | 137 | KLEBERG | 3,812 | 289 | 2,508 | 95 |
| 140 | 138 | KNOX | 539 | 19 | 371 | 12 |
| 141 | 139 | LAMAR | 6,404 | 398 | 4,392 | 195 |
| 142 | 140 | LAMB | 3,027 | 180 | 2,006 | 74 |
| 143 | 141 | LAMPASAS | 2,072 | 150 | 1,513 | 62 |
| 144 | 142 | LA SALLE | 1,803 | 73 | 979 | 22 |
| 145 | 143 | LAVACA | 3,955 | 114 | 3,154 | 50 |
| 146 | 144 | LEE | 3,117 | 103 | 2,429 | 48 |
| 147 | 145 | LEON | 3,078 | 209 | 2,401 | 77 |
| 148 | 146 | LIBERTY | 10,262 | 1,092 | 6,812 | 450 |
| 149 | 147 | LIMESTONE | 3,681 | 268 | 2,644 | 106 |
| 150 | 148 | LIPSCOMB | 629 | 37 | 491 | 16 |
| 151 | 149 | LIVE OAK | 1,651 | 134 | 977 | 45 |
| 152 | 150 | LLANO | 1,833 | 141 | 1,360 | 74 |
| 153 | 151 | LOVING | 70 | 0 | 32 | 0 |
| 154 | 152 | LUBBOCK | 30,143 | 2,259 | 23,008 | 898 |
| 155 | 153 | LYNN | 1,813 | 36 | 1,210 | 6 |
| 156 | 154 | MADISON | 1,987 | 17 | 1,407 | 12 |
| 157 | 155 | MARION | 942 | 93 | 444 | 28 |
| 158 | 156 | MARTIN | 1,053 | 18 | 692 | 2 |
| 159 | 157 | MASON | 966 | 34 | 764 | 15 |
| 160 | 158 | MATAGORDA | 5,703 | 692 | 4,177 | 355 |
| 161 | 159 | MAVERICK | 8,724 | 294 | 5,398 | 124 |
| 162 | 160 | MCCULLOCH | 1,352 | 79 | 1,010 | 27 |
| 163 | 161 | MCLENNAN | 23,199 | 1,712 | 16,837 | 615 |
| 164 | 162 | MCMULLEN | 362 | 23 | 193 | 5 |
| 165 | 163 | MEDINA | 6,551 | 267 | 4,955 | 131 |
| 166 | 164 | MENARD | 640 | 101 | 465 | 24 |
| 167 | 165 | MIDLAND | 14,523 | 766 | 12,109 | 423 |
| 168 | 166 | MILAM | 4,438 | 260 | 3,469 | 117 |
| 169 | 167 | MILLS | 1,131 | 5 | 841 | 5 |
| 170 | 168 | MITCHELL | 1,278 | 106 | 833 | 38 |
| 171 | 169 | MONTAGUE | 2,437 | 133 | 1,878 | 65 |
| 172 | 170 | MONTGOMERY | 36,186 | 2,215 | 30,270 | 1,102 |
| 173 | 171 | MOORE | 2,557 | 123 | 2,042 | 48 |
| 174 | 172 | MORRIS | 1,069 | 308 | 505 | 47 |
| 175 | 173 | MOTLEY | 116 | 6 | 52 | 1 |
| 176 | 174 | NACOGDOCHES | 6,442 | 486 | 4,833 | 164 |
| 177 | 175 | NAVARRO | 5,846 | 233 | 4,287 | 97 |
| 178 | 176 | NEWTON | 3,646 | 195 | 2,072 | 75 |
| 179 | 177 | NOLAN | 450 | 41 | 196 | 10 |
| 180 | 178 | NUECES | 47,605 | 4,683 | 34,869 | 2,112 |

**TX_00053968**

Defendant's Exhibit #    #

DE-006348

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 181 | 179 | OCHILTREE | 2,128 | 107 | 1,708 | 53 |
| 182 | 180 | OLDHAM | 457 | 31 | 366 | 6 |
| 183 | 181 | ORANGE | 10,209 | 683 | 8,125 | 309 |
| 184 | 182 | PALO PINTO | 3,819 | 250 | 2,933 | 109 |
| 185 | 183 | PANOLA | 1,632 | 153 | 839 | 72 |
| 186 | 184 | PARKER | 12,881 | 637 | 10,693 | 270 |
| 187 | 185 | PARMER | 2,591 | 146 | 1,929 | 68 |
| 188 | 186 | PECOS | 2,303 | 91 | 1,539 | 30 |
| 189 | 187 | POLK | 11,626 | 798 | 8,593 | 377 |
| 190 | 188 | POTTER | 10,018 | 669 | 8,081 | 312 |
| 191 | 189 | PRESIDIO | 3,369 | 18 | 1,572 | 3 |
| 192 | 190 | RAINS | 1,486 | 98 | 1,150 | 38 |
| 193 | 191 | RANDALL | 13,437 | 704 | 10,988 | 302 |
| 194 | 192 | REAGAN | 533 | 39 | 395 | 16 |
| 195 | 193 | REAL | 706 | 26 | 466 | 7 |
| 196 | 194 | RED RIVER | 2,649 | 123 | 1,879 | 60 |
| 197 | 195 | REEVES | 2,508 | 76 | 1,716 | 35 |
| 198 | 196 | REFUGIO | 1,492 | 71 | 1,034 | 37 |
| 199 | 197 | ROBERTS | 143 | 15 | 84 | 7 |
| 200 | 198 | ROBERTSON | 3,497 | 408 | 2,337 | 141 |
| 201 | 199 | ROCKWALL | 6,716 | 344 | 5,250 | 148 |
| 202 | 200 | RUNNELS | 382 | 31 | 208 | 12 |
| 203 | 201 | RUSK | 10,079 | 568 | 7,266 | 242 |
| 204 | 202 | SABINE | 2,267 | 248 | 1,501 | 120 |
| 205 | 203 | SAN AUGUSTINE | 2,639 | 129 | 1,518 | 43 |
| 206 | 204 | SAN JACINTO | 3,329 | 238 | 2,322 | 83 |
| 207 | 205 | SAN PATRICIO | 10,290 | 1,764 | 6,536 | 535 |
| 208 | 206 | SAN SABA | 1,232 | 37 | 886 | 16 |
| 209 | 207 | SCHLEICHER | 387 | 15 | 220 | 5 |
| 210 | 208 | SCURRY | 1,669 | 102 | 1,034 | 32 |
| 211 | 209 | SHACKELFORD | 844 | 36 | 619 | 13 |
| 212 | 210 | SHELBY | 2,175 | 166 | 907 | 46 |
| 213 | 211 | SHERMAN | 642 | 28 | 466 | 17 |
| 214 | 212 | SMITH | 8,437 | 1,768 | 4,169 | 414 |
| 215 | 213 | SOMERVELL | 1,431 | 55 | 1,043 | 19 |
| 216 | 214 | STARR | 10,679 | 1,444 | 6,581 | 519 |
| 217 | 215 | STEPHENS | 1,998 | 98 | 1,460 | 40 |
| 218 | 216 | STERLING | 315 | 19 | 231 | 7 |
| 219 | 217 | STONEWALL | 190 | 0 | 105 | 0 |
| 220 | 218 | SUTTON | 917 | 59 | 639 | 24 |
| 221 | 219 | SWISHER | 300 | 33 | 139 | 15 |
| 222 | 220 | TARRANT | 162,488 | 10,935 | 130,270 | 5,441 |
| 223 | 221 | TAYLOR | 13,897 | 1,173 | 10,926 | 460 |
| 224 | 222 | TERRELL | 358 | 1 | 225 | 0 |
| 225 | 223 | TERRY | 1,781 | 157 | 1,153 | 42 |

TX_00053969

Defendant's Exhibit #    #

DE-006349

USA_00013416

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 226 | 224 | THROCKMORTON | 581 | 9 | 434 | 0 |
| 227 | 225 | TITUS | 3,374 | 249 | 2,357 | 96 |
| 228 | 226 | TOM GREEN | 13,221 | 821 | 10,554 | 347 |
| 229 | 227 | TRAVIS | 114,492 | 11,074 | 83,048 | 4,105 |
| 230 | 228 | TRINITY | 4,024 | 616 | 2,554 | 186 |
| 231 | 229 | TYLER | 2,544 | 414 | 1,521 | 178 |
| 232 | 230 | UPSHUR | 6,845 | 761 | 4,750 | 286 |
| 233 | 231 | UPTON | 678 | 23 | 442 | 4 |
| 234 | 232 | UVALDE | 5,077 | 266 | 3,268 | 116 |
| 235 | 233 | VAL VERDE | 2,911 | 575 | 1,553 | 199 |
| 236 | 234 | VAN ZANDT | 6,980 | 190 | 4,943 | 62 |
| 237 | 235 | VICTORIA | 12,143 | 527 | 9,473 | 242 |
| 238 | 236 | WALKER | 3,916 | 357 | 2,898 | 121 |
| 239 | 237 | WALLER | 6,164 | 1,109 | 3,185 | 142 |
| 240 | 238 | WARD | 1,920 | 99 | 1,479 | 46 |
| 241 | 239 | WASHINGTON | 5,503 | 321 | 4,199 | 122 |
| 242 | 240 | WEBB | 25,747 | 1,166 | 16,977 | 535 |
| 243 | 241 | WHARTON | 7,275 | 412 | 5,577 | 159 |
| 244 | 242 | WHEELER | 412 | 40 | 214 | 14 |
| 245 | 243 | WICHITA | 2,806 | 1,341 | 1,095 | 329 |
| 246 | 244 | WILBARGER | 2,509 | 110 | 1,892 | 52 |
| 247 | 245 | WILLACY | 4,878 | 2 | 2,978 | 0 |
| 248 | 246 | WILLIAMSON | 30,744 | 2,076 | 25,089 | 939 |
| 249 | 247 | WILSON | 7,198 | 297 | 5,397 | 123 |
| 250 | 248 | WINKLER | 1,051 | 56 | 749 | 25 |
| 251 | 249 | WISE | 4,768 | 280 | 3,811 | 132 |
| 252 | 250 | WOOD | 5,764 | 488 | 4,522 | 138 |
| 253 | 251 | YOAKUM | 1,135 | 69 | 807 | 26 |
| 254 | 252 | YOUNG | 3,349 | 167 | 2,563 | 80 |
| 255 | 253 | ZAPATA | 2,839 | 147 | 1,886 | 51 |
| 256 | 254 | ZAVALA | 4,935 | 179 | 2,663 | 73 |
| 257 | | | | | | |
| 258 | | Statewide Total | 2,630,426 | 184,539 | 1,893,639 | 76,613 |

TX_00053970

Defendant's Exhibit #

DE-006350

USA_00013417

| | |
|---|---|
| **From:** | John Mendoza |
| **Sent:** | Tuesday, January 25, 2011 3:35 PM |
| **To:** | Karen Richards |
| **Cc:** | Lee Guyette |
| **Subject:** | Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...revised |
| **Attachments:** | statewide_voters_wo_tdl_cnts_younger_than70.xls |

Revised query to look only at the voters that are younger than 70 years of age.

Hope that was what you asked for on the phone.

Add another 30 minutes to time spent on this request.

JohnM.

---

**From:** John Mendoza
**Sent:** Tuesday, January 25, 2011 1:03 PM
**To:** Karen Richards
**Cc:** Lee Guyette
**Subject:** Emergency Special Query - Statewide count of voters without TDL/ID (but that have a match in the DPS driver file)...

Karen,

Here's the totals I came up with on short notice.

Per our discussion:
- "Without TDL/ID" means doesn't have a Texas drivers license or ID
- "Without TDL/ID with DPS match" means using the information we received from DPS for the Annual Jury Wheel process, we found a match using the following criteria:
    1. Same County Code
    2. Same Last Name
    3. Same First Name
    4. Same Date of Birth
- Only looked at the V and S voter status records (Note: there were no "L" voter status records).
- Only look at Voters whose date of birth is on or after 1/26/1941

Note: 2 ½ hours spent on this request.

JohnM.



1

De Defendant's Exhibit #   #

**TX_00053957**
DE-006351

USA_00013418

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | | | Without TDL/ID | | Without TDL/ID | |
| 2 | County Code | County Name | Active | Suspense | Active | Suspense |
| 3 | 001 | ANDERSON | 4,677 | 215 | 3,665 | 99 |
| 4 | 002 | ANDREWS | 1,459 | 70 | 1,138 | 33 |
| 5 | 003 | ANGELINA | 7,541 | 577 | 5,572 | 292 |
| 6 | 004 | ARANSAS | 1,177 | 100 | 858 | 44 |
| 7 | 005 | ARCHER | 1,390 | 49 | 1,097 | 17 |
| 8 | 006 | ARMSTRONG | 261 | 0 | 194 | 0 |
| 9 | 007 | ATASCOSA | 3,874 | 167 | 2,634 | 65 |
| 10 | 008 | AUSTIN | 2,769 | 125 | 2,252 | 44 |
| 11 | 009 | BAILEY | 298 | 18 | 129 | 9 |
| 12 | 010 | BANDERA | 750 | 102 | 475 | 31 |
| 13 | 011 | BASTROP | 5,016 | 385 | 3,724 | 152 |
| 14 | 012 | BAYLOR | 134 | 3 | 47 | 0 |
| 15 | 013 | BEE | 1,904 | 151 | 1,167 | 84 |
| 16 | 014 | BELL | 16,635 | 3,701 | 10,470 | 1,221 |
| 17 | 015 | BEXAR | 151,572 | 12,360 | 108,659 | 5,408 |
| 18 | 016 | BLANCO | 1,020 | 45 | 812 | 19 |
| 19 | 017 | BORDEN | 142 | 0 | 114 | 0 |
| 20 | 018 | BOSQUE | 1,904 | 100 | 1,475 | 43 |
| 21 | 019 | BOWIE | 9,875 | 798 | 7,666 | 340 |
| 22 | 020 | BRAZORIA | 19,862 | 1,597 | 15,816 | 760 |
| 23 | 021 | BRAZOS | 6,799 | 1,073 | 4,241 | 354 |
| 24 | 022 | BREWSTER | 1,272 | 126 | 824 | 57 |
| 25 | 023 | BRISCOE | 140 | 6 | 61 | 1 |
| 26 | 024 | BROOKS | 2,541 | 1 | 1,261 | 0 |
| 27 | 025 | BROWN | 2,925 | 164 | 2,237 | 63 |
| 28 | 026 | BURLESON | 2,135 | 116 | 1,614 | 47 |
| 29 | 027 | BURNET | 2,114 | 155 | 1,574 | 78 |
| 30 | 028 | CALDWELL | 3,353 | 296 | 2,185 | 86 |
| 31 | 029 | CALHOUN | 1,987 | 85 | 1,416 | 25 |
| 32 | 030 | CALLAHAN | 1,769 | 100 | 1,375 | 40 |
| 33 | 031 | CAMERON | 43,441 | 2,597 | 30,186 | 1,398 |
| 34 | 032 | CAMP | 1,438 | 82 | 1,055 | 34 |
| 35 | 033 | CARSON | 1,055 | 41 | 866 | 9 |
| 36 | 034 | CASS | 3,633 | 178 | 2,658 | 90 |
| 37 | 035 | CASTRO | 1,096 | 65 | 786 | 20 |
| 38 | 036 | CHAMBERS | 4,347 | 337 | 2,907 | 108 |
| 39 | 037 | CHEROKEE | 1,829 | 238 | 1,101 | 73 |
| 40 | 038 | CHILDRESS | 795 | 32 | 596 | 17 |
| 41 | 039 | CLAY | 1,572 | 68 | 1,304 | 33 |
| 42 | 040 | COCHRAN | 400 | 34 | 291 | 8 |
| 43 | 041 | COKE | 408 | 49 | 297 | 12 |
| 44 | 042 | COLEMAN | 846 | 47 | 660 | 16 |
| 45 | 043 | COLLIN | 39,349 | 3,321 | 31,524 | 1,590 |

**TX_00053958**

Defendant's Exhibit #        #        DE-006352

USA_00013419

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 46 | 044 | COLLINGSWORTH | 692 | 26 | 496 | 9 |
| 47 | 045 | COLORADO | 2,125 | 86 | 1,567 | 30 |
| 48 | 046 | COMAL | 6,635 | 706 | 4,977 | 304 |
| 49 | 047 | COMANCHE | 1,925 | 203 | 1,417 | 51 |
| 50 | 048 | CONCHO | 354 | 10 | 256 | 0 |
| 51 | 049 | COOKE | 3,138 | 137 | 2,588 | 67 |
| 52 | 050 | CORYELL | 3,161 | 874 | 1,723 | 219 |
| 53 | 051 | COTTLE | 154 | 11 | 80 | 0 |
| 54 | 052 | CRANE | 707 | 46 | 556 | 22 |
| 55 | 053 | CROCKETT | 588 | 25 | 343 | 5 |
| 56 | 054 | CROSBY | 886 | 50 | 572 | 23 |
| 57 | 055 | CULBERSON | 510 | 35 | 294 | 14 |
| 58 | 056 | DALLAM | 725 | 64 | 542 | 29 |
| 59 | 057 | DALLAS | 176,037 | 12,685 | 122,079 | 5,156 |
| 60 | 058 | DAWSON | 1,899 | 100 | 1,184 | 32 |
| 61 | 059 | DEAF SMITH | 1,942 | 147 | 1,397 | 72 |
| 62 | 060 | DELTA | 1,134 | 12 | 808 | 4 |
| 63 | 061 | DENTON | 41,522 | 3,828 | 34,662 | 1,694 |
| 64 | 062 | DEWITT | 2,197 | 106 | 1,690 | 41 |
| 65 | 063 | DICKENS | 209 | 3 | 124 | 1 |
| 66 | 064 | DIMMIT | 2,548 | 165 | 1,463 | 72 |
| 67 | 065 | DONLEY | 532 | 37 | 378 | 12 |
| 68 | 066 | DUVAL | 2,373 | 312 | 1,410 | 105 |
| 69 | 067 | EASTLAND | 2,162 | 136 | 1,665 | 75 |
| 70 | 068 | ECTOR | 9,660 | 626 | 7,120 | 274 |
| 71 | 069 | EDWARDS | 276 | 35 | 192 | 8 |
| 72 | 070 | ELLIS | 11,528 | 621 | 9,010 | 234 |
| 73 | 071 | EL PASO | 73,740 | 1,063 | 45,363 | 661 |
| 74 | 072 | ERATH | 852 | 205 | 550 | 56 |
| 75 | 073 | FALLS | 1,806 | 25 | 1,143 | 8 |
| 76 | 074 | FANNIN | 4,723 | 251 | 3,503 | 105 |
| 77 | 075 | FAYETTE | 2,431 | 65 | 1,879 | 19 |
| 78 | 076 | FISHER | 610 | 29 | 449 | 6 |
| 79 | 077 | FLOYD | 317 | 45 | 161 | 10 |
| 80 | 078 | FOARD | 195 | 0 | 82 | 0 |
| 81 | 079 | FORT BEND | 42,774 | 2,817 | 33,837 | 1,315 |
| 82 | 080 | FRANKLIN | 685 | 63 | 504 | 25 |
| 83 | 081 | FREESTONE | 1,826 | 129 | 1,396 | 61 |
| 84 | 082 | FRIO | 3,030 | 311 | 1,700 | 107 |
| 85 | 083 | GAINES | 1,829 | 93 | 1,307 | 40 |
| 86 | 084 | GALVESTON | 25,849 | 2,668 | 19,431 | 1,266 |
| 87 | 085 | GARZA | 941 | 61 | 634 | 27 |
| 88 | 086 | GILLESPIE | 2,046 | 43 | 1,761 | 22 |
| 89 | 087 | GLASSCOCK | 221 | 4 | 170 | 1 |
| 90 | 088 | GOLIAD | 1,380 | 61 | 930 | 15 |

**TX_00053959**

Defendant's Exhibit #

DE-006353

USA_00013420

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 91 | 089 | GONZALES | 2,371 | 116 | 1,579 | 37 |
| 92 | 090 | GRAY | 2,663 | 0 | 1,975 | 0 |
| 93 | 091 | GRAYSON | 8,711 | 624 | 6,769 | 302 |
| 94 | 092 | GREGG | 9,853 | 951 | 7,353 | 432 |
| 95 | 093 | GRIMES | 1,424 | 129 | 819 | 45 |
| 96 | 094 | GUADALUPE | 8,763 | 508 | 6,658 | 194 |
| 97 | 095 | HALE | 4,626 | 435 | 3,168 | 182 |
| 98 | 096 | HALL | 242 | 24 | 122 | 9 |
| 99 | 097 | HAMILTON | 955 | 45 | 777 | 15 |
| 100 | 098 | HANSFORD | 702 | 20 | 514 | 7 |
| 101 | 099 | HARDEMAN | 200 | 21 | 122 | 7 |
| 102 | 100 | HARDIN | 6,139 | 180 | 4,553 | 51 |
| 103 | 101 | HARRIS | 281,147 | 19,898 | 204,561 | 8,605 |
| 104 | 102 | HARRISON | 7,646 | 724 | 5,341 | 264 |
| 105 | 103 | HARTLEY | 567 | 29 | 430 | 14 |
| 106 | 104 | HASKELL | 1,320 | 94 | 1,001 | 31 |
| 107 | 105 | HAYS | 13,277 | 1,722 | 9,300 | 423 |
| 108 | 106 | HEMPHILL | 523 | 2 | 412 | 0 |
| 109 | 107 | HENDERSON | 6,192 | 541 | 4,388 | 232 |
| 110 | 108 | HIDALGO | 68,145 | 4,771 | 45,621 | 2,571 |
| 111 | 109 | HILL | 2,550 | 172 | 1,937 | 83 |
| 112 | 110 | HOCKLEY | 2,587 | 123 | 1,927 | 46 |
| 113 | 111 | HOOD | 3,428 | 271 | 2,786 | 138 |
| 114 | 112 | HOPKINS | 2,382 | 176 | 1,741 | 76 |
| 115 | 113 | HOUSTON | 2,298 | 252 | 1,718 | 115 |
| 116 | 114 | HOWARD | 3,300 | 251 | 2,362 | 119 |
| 117 | 115 | HUDSPETH | 390 | 20 | 266 | 9 |
| 118 | 116 | HUNT | 6,272 | 592 | 5,015 | 266 |
| 119 | 117 | HUTCHINSON | 2,389 | 148 | 1,793 | 66 |
| 120 | 118 | IRION | 308 | 12 | 221 | 2 |
| 121 | 119 | JACK | 918 | 49 | 730 | 20 |
| 122 | 120 | JACKSON | 1,732 | 50 | 1,335 | 35 |
| 123 | 121 | JASPER | 6,115 | 436 | 4,268 | 191 |
| 124 | 122 | JEFF DAVIS | 315 | 1 | 201 | 0 |
| 125 | 123 | JEFFERSON | 8,505 | 1,086 | 4,146 | 373 |
| 126 | 174 | JIM HOGG | 1,221 | 52 | 770 | 25 |
| 127 | 125 | JIM WELLS | 5,997 | 326 | 3,879 | 141 |
| 128 | 126 | JOHNSON | 9,871 | 514 | 8,085 | 239 |
| 129 | 127 | JONES | 1,467 | 98 | 1,139 | 35 |
| 130 | 128 | KARNES | 1,716 | 96 | 1,206 | 45 |
| 131 | 129 | KAUFMAN | 8,398 | 605 | 6,273 | 238 |
| 132 | 130 | KENDALL | 2,748 | 132 | 2,210 | 55 |
| 133 | 131 | KENEDY | 84 | 7 | 50 | 4 |
| 134 | 132 | KENT | 167 | 3 | 125 | 1 |
| 135 | 133 | KERR | 2,929 | 272 | 2,218 | 118 |

**TX_00053960**

Defendant's Exhibit #     #

DE-006354

USA_00013421

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 136 | 134 | KIMBLE | 386 | 16 | 311 | 2 |
| 137 | 135 | KING | 69 | 0 | 55 | 0 |
| 138 | 136 | KINNEY | 494 | 30 | 327 | 7 |
| 139 | 137 | KLEBERG | 2,634 | 241 | 1,814 | 76 |
| 140 | 138 | KNOX | 349 | 15 | 247 | 9 |
| 141 | 139 | LAMAR | 4,038 | 290 | 2,908 | 147 |
| 142 | 140 | LAMB | 2,093 | 137 | 1,358 | 54 |
| 143 | 141 | LAMPASAS | 1,411 | 129 | 1,006 | 56 |
| 144 | 142 | LA SALLE | 1,462 | 53 | 799 | 18 |
| 145 | 143 | LAVACA | 2,589 | 66 | 2,055 | 22 |
| 146 | 144 | LEE | 2,176 | 73 | 1,701 | 38 |
| 147 | 145 | LEON | 2,019 | 155 | 1,581 | 59 |
| 148 | 146 | LIBERTY | 7,556 | 881 | 5,125 | 387 |
| 149 | 147 | LIMESTONE | 2,549 | 175 | 1,797 | 66 |
| 150 | 148 | LIPSCOMB | 409 | 22 | 319 | 10 |
| 151 | 149 | LIVE OAK | 1,098 | 89 | 674 | 36 |
| 152 | 150 | LLANO | 972 | 85 | 713 | 45 |
| 153 | 151 | LOVING | 58 | 0 | 25 | 0 |
| 154 | 152 | LUBBOCK | 20,810 | 1,907 | 15,658 | 726 |
| 155 | 153 | LYNN | 1,292 | 28 | 861 | 5 |
| 156 | 154 | MADISON | 1,315 | 15 | 930 | 10 |
| 157 | 155 | MARION | 604 | 69 | 273 | 22 |
| 158 | 156 | MARTIN | 756 | 11 | 504 | 2 |
| 159 | 157 | MASON | 593 | 20 | 468 | 9 |
| 160 | 158 | MATAGORDA | 3,954 | 544 | 2,925 | 290 |
| 161 | 159 | MAVERICK | 7,018 | 255 | 4,356 | 103 |
| 162 | 160 | MCCULLOCH | 865 | 54 | 655 | 16 |
| 163 | 161 | MCLENNAN | 16,874 | 1,421 | 12,317 | 507 |
| 164 | 162 | MCMULLEN | 215 | 14 | 154 | 2 |
| 165 | 163 | MEDINA | 4,751 | 206 | 3,568 | 98 |
| 166 | 164 | MENARD | 421 | 78 | 296 | 16 |
| 167 | 165 | MIDLAND | 9,809 | 580 | 8,189 | 318 |
| 168 | 166 | MILAM | 2,890 | 188 | 2,277 | 87 |
| 169 | 167 | MILLS | 696 | 1 | 519 | 1 |
| 170 | 168 | MITCHELL | 856 | 71 | 546 | 18 |
| 171 | 169 | MONTAGUE | 1,574 | 92 | 1,218 | 44 |
| 172 | 170 | MONTGOMERY | 28,044 | 1,874 | 23,502 | 939 |
| 173 | 171 | MOORE | 1,750 | 99 | 1,387 | 38 |
| 174 | 172 | MORRIS | 687 | 226 | 345 | 39 |
| 175 | 173 | MOTLEY | 61 | 6 | 27 | 1 |
| 176 | 174 | NACOGDOCHES | 4,500 | 432 | 3,337 | 131 |
| 177 | 175 | NAVARRO | 3,778 | 171 | 2,717 | 74 |
| 178 | 176 | NEWTON | 2,702 | 143 | 1,564 | 59 |
| 179 | 177 | NOLAN | 267 | 31 | 120 | 8 |
| 180 | 178 | NUECES | 33,571 | 3,875 | 25,043 | 1,769 |

TX_00053961

Defendant's Exhibit #   #

DE-006355

USA_00013422

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 181 | 179 | OCHILTREE | 1,551 | 89 | 1,236 | 44 |
| 182 | 180 | OLDHAM | 327 | 25 | 265 | 4 |
| 183 | 181 | ORANGE | 7,078 | 520 | 5,634 | 245 |
| 184 | 182 | PALO PINTO | 2,458 | 177 | 1,881 | 77 |
| 185 | 183 | PANOLA | 1,267 | 133 | 680 | 64 |
| 186 | 184 | PARKER | 9,378 | 520 | 7,791 | 217 |
| 187 | 185 | PARMER | 1,989 | 127 | 1,456 | 55 |
| 188 | 186 | PECOS | 1,562 | 60 | 1,050 | 21 |
| 189 | 187 | POLK | 7,565 | 445 | 5,548 | 207 |
| 190 | 188 | POTTER | 6,389 | 537 | 5,189 | 238 |
| 191 | 189 | PRESIDIO | 2,445 | 12 | 1,165 | 1 |
| 192 | 190 | RAINS | 1,005 | 75 | 778 | 26 |
| 193 | 191 | RANDALL | 9,739 | 587 | 8,048 | 246 |
| 194 | 192 | REAGAN | 396 | 31 | 307 | 13 |
| 195 | 193 | REAL | 450 | 21 | 290 | 5 |
| 196 | 194 | RED RIVER | 1,745 | 85 | 1,277 | 47 |
| 197 | 195 | REEVES | 1,771 | 53 | 1,209 | 75 |
| 198 | 196 | REFUGIO | 997 | 56 | 705 | 29 |
| 199 | 197 | ROBERTS | 99 | 10 | 56 | 3 |
| 200 | 198 | ROBERTSON | 2,517 | 320 | 1,675 | 111 |
| 201 | 199 | ROCKWALL | 5,201 | 289 | 4,137 | 124 |
| 202 | 200 | RUNNELS | 236 | 25 | 118 | 10 |
| 203 | 201 | RUSK | 6,820 | 391 | 5,044 | 172 |
| 204 | 202 | SABINE | 1,520 | 169 | 980 | 82 |
| 205 | 203 | SAN AUGUSTINE | 1,815 | 94 | 1,068 | 31 |
| 206 | 204 | SAN JACINTO | 2,409 | 183 | 1,649 | 59 |
| 207 | 205 | SAN PATRICIO | 7,446 | 1,409 | 4,705 | 428 |
| 208 | 206 | SAN SABA | 766 | 25 | 579 | 12 |
| 209 | 207 | SCHLEICHER | 276 | 13 | 156 | 4 |
| 210 | 208 | SCURRY | 1,062 | 82 | 648 | 27 |
| 211 | 209 | SHACKELFORD | 595 | 30 | 434 | 11 |
| 212 | 210 | SHELBY | 1,455 | 129 | 629 | 38 |
| 213 | 211 | SHERMAN | 450 | 18 | 340 | 6 |
| 214 | 212 | SMITH | 6,023 | 1,584 | 2,750 | 347 |
| 215 | 213 | SOMERVELL | 1,084 | 43 | 806 | 13 |
| 216 | 214 | STARR | 8,604 | 1,216 | 5,233 | 439 |
| 217 | 215 | STEPHENS | 1,316 | 59 | 976 | 25 |
| 218 | 216 | STERLING | 239 | 16 | 178 | 4 |
| 219 | 217 | STONEWALL | 124 | 0 | 73 | 0 |
| 220 | 218 | SUTTON | 710 | 49 | 505 | 21 |
| 221 | 219 | SWISHER | 227 | 32 | 103 | 14 |
| 222 | 220 | TARRANT | 117,463 | 9,148 | 93,873 | 4,574 |
| 223 | 221 | TAYLOR | 9,173 | 934 | 7,160 | 339 |
| 224 | 222 | TERRELL | 221 | 0 | 134 | 0 |
| 225 | 223 | TERRY | 1,120 | 112 | 715 | 30 |

**TX_00053962**

Defendant's Exhibit #   #

DE-006356

USA_00013423

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 226 | 224 | THROCKMORTON | 353 | 3 | 270 | 0 |
| 227 | 225 | TITUS | 2,341 | 185 | 1,616 | 75 |
| 228 | 226 | TOM GREEN | 8,665 | 674 | 6,813 | 267 |
| 229 | 227 | TRAVIS | 92,269 | 9,824 | 65,903 | 3,617 |
| 230 | 228 | TRINITY | 2,722 | 414 | 1,683 | 118 |
| 231 | 229 | TYLER | 1,661 | 245 | 1,028 | 120 |
| 232 | 230 | UPSHUR | 4,695 | 532 | 3,389 | 211 |
| 233 | 231 | UPTON | 499 | 20 | 324 | 3 |
| 234 | 232 | UVALDE | 3,741 | 214 | 2,382 | 91 |
| 235 | 233 | VAL VERDE | 1,890 | 480 | 975 | 160 |
| 236 | 234 | VAN ZANDT | 4,504 | 120 | 3,217 | 44 |
| 237 | 235 | VICTORIA | 8,108 | 389 | 6,350 | 172 |
| 238 | 236 | WALKER | 2,644 | 286 | 1,899 | 86 |
| 239 | 237 | WALLER | 4,959 | 1,017 | 2,372 | 113 |
| 240 | 238 | WARD | 1,244 | 68 | 975 | 31 |
| 241 | 239 | WASHINGTON | 3,568 | 214 | 2,835 | 92 |
| 242 | 240 | WEBB | 20,106 | 949 | 13,648 | 474 |
| 243 | 241 | WHARTON | 5,225 | 265 | 4,051 | 117 |
| 244 | 242 | WHEELER | 270 | 32 | 163 | 13 |
| 245 | 243 | WICHITA | 2,298 | 1,222 | 886 | 313 |
| 246 | 244 | WILBARGER | 1,697 | 73 | 1,274 | 28 |
| 247 | 245 | WILLACY | 3,791 | 2 | 2,250 | 0 |
| 248 | 246 | WILLIAMSON | 24,412 | 1,784 | 19,962 | 796 |
| 249 | 247 | WILSON | 5,658 | 243 | 4,334 | 97 |
| 250 | 248 | WINKLER | 709 | 42 | 506 | 20 |
| 251 | 249 | WISE | 3,271 | 217 | 2,618 | 112 |
| 252 | 250 | WOOD | 3,668 | 398 | 2,847 | 90 |
| 253 | 251 | YOAKUM | 819 | 60 | 590 | 22 |
| 254 | 252 | YOUNG | 2,203 | 106 | 1,717 | 55 |
| 255 | 253 | ZAPATA | 2,294 | 88 | 1,540 | 27 |
| 256 | 254 | ZAVALA | 3,998 | 155 | 2,256 | 66 |
| 257 | | | | | | |
| 258 | | Statewide Total | 1,946,256 | 150,533 | 1,412,627 | 63,265 |

TX_00053963

Defendant's Exhibit #

DE-006357

USA_00013424



PL682
9/2/2014
2:13-cv-00193

HOME | ABOUT JOSE ALISEDA | NEWS/MEDIA | VOLUNTEER | CONTRIBUTE | LINKS | CONTACT

EARLY VOTING: OCT. 18-29
ELECTION DAY: NOV. 2

**A LETTER FROM JOSE**

These are serious times. Our country and our state are facing record unemployment, a runaway federal government, and we are expected to have billions of dollars in projected budget shortfalls right here at home.

I know we can do better. Serious times require

## QUICK LINKS

DONATE

INVITE JOSE

HEY JOSE

SPREAD THE WORD

VOLUNTEER

I Endorse... JOSE ALISEDA

DONATIONS

## IN THE NEWS

## Whats New in the News

Jose Aliseda NRA Rating Click here to read more

Texas Right to Life Endorses Jose Aliseda Click here to read more

South Texas House Battles Have Sizzler Potential in GOP-Trending Districts that Dems Are Defending
Click here to read more

Conservative Republicans of Texas is pleased to announce the endorsement of Jose Aliseda, Republican candidate for State Representative in Texas House District 35, in the upcoming March Primary Election. Click here to read more.

**Stay Connected**

click here facebook

TM

Paid for by the Jose Aliseda Campaign
© 2010 Jose Aliseda Campaign. All rights reserved.

**Defendant's Exhibit: 579**

USA_00013635

**A LETTER FROM JOSE**

These are serious times. Our country and our state are facing record unemployment, a runaway federal government, and we are expected to have billions of dollars in projected budget shortfalls right here at home.



I know we can do better. Serious times require conservative, common sense solutions.

I promise you that as your state representative, I will do my best to find those solutions-- to spur economic development, create jobs, protect private property rights and increase border security.

Because of the nationwide recession, Texas will be facing a multi-billion dollar budget shortfall when the State Legislature meets next year. Liberals aggravate those problems by spending more and raising taxes. When I served as the Bee County Judge, I solved those problems by cutting the budget and holding the line on spending. Texas taxpayers and their families have to tighten their belts to make ends meet, and we should expect no less from our legislators in Austin.

As an attorney, businessman and rancher, I know the importance of small business and agriculture to our state's economy. I will work hard to cut red-tape and stop government regulation from strangling our small business owners. And I will fight any efforts to allow a state income tax or to tax small businesses by increasing the margins tax.

When I graduated from the University of Texas Law School, I proudly served my country as a United States Naval officer, I have served my county as its County Attorney and County Judge, and my state as a Parole Board Member. I understand public service and I am asking the citizens of Atascosa, Karnes, McMullen, Live Oak, Bee, Goliad and Jim Wells counties to give me the opportunity to serve them as their state representative.

**Jose Aliseda**

**Defendant's Exhibit: 579**

USA_00013636



ELECT **JOSE ALISEDA** DISTRICT 35 *FOR STATE REPRESENTATIVE*

REPUBLICAN

**A Common Sense Conservative Who Will Stand Up For You In Austin!**

| HOME | ABOUT JOSE ALISEDA | NEWS/MEDIA | VOLUNTEER | CONTRIBUTE | LINKS | CONTACT |

Raised in a tradition of faith, family and service to country, Jose Aliseda has answered the call to service many times.

While attending the University of Texas School of Law, he chose to serve his country in the U.S. Navy, where he gained valuable leadership experience as an officer in the Judge Advocate General Corps.

Since then, Aliseda has made a name for himself as a hard-hitting prosecutor who fought against election fraud and political corruption, a budget conscious county judge and a tough on crime member of the Board of Pardons and Parole.

In the early 1990s, Aliseda's efforts against corruption caught the attention of then President George Bush who personally invited him to join the Republican Party. Aliseda agreed and then surprised the South Texas political establishment by being overwhelmingly reelected as a proud new member of the Republican Party.

In 1998 Aliseda was elected Bee County Judge and served in that position until 2003. He was later appointed the Texas Board of Pardons and Paroles by Gov. Rick Perry where he gained a reputation as a tough but fair arbitrator on decisions affecting criminal justice.

**QUICK LINKS**

DONATE
INVITE JOSE
HEY JOSE
SPREAD THE WORD
VOLUNTEER

*I Endorse...* JOSE ALISEDA ★★★★

**DONATIONS**

**Stay Connected**

facebook click here

Paid for by the Jose Aliseda Campaign
© 2010 Jose Aliseda Campaign. All rights reserved.

**Defendant's Exhibit: 579**

USA_00013637



Raised in a tradition of faith, family and service to country, Jose Aliseda has answered the call to service many times.

While attending the University of Texas School of Law, he chose to serve his country in the U.S. Navy, where he gained valuable leadership experience as an officer in the Judge Advocate General Corps.

Since then, Aliseda has made a name for himself as a hard-hitting prosecutor who fought against election fraud and political corruption, a budget conscious county judge and a tough on crime member of the Board of Pardons and Parole.



In the early 1990s, Aliseda's efforts against corruption caught the attention of then President George Bush who personally invited him to join the Republican Party. Aliseda agreed and then surprised the South Texas political establishment by being overwhelmingly reelected as a proud new member of the Republican Party.

In 1998 Aliseda was elected Bee County Judge and served in that position until 2003. He was later appointed the Texas Board of Pardons and Paroles by Gov. Rick Perry where he gained a reputation as a tough but fair arbitrator on decisions affecting criminal justice.

Currently a rancher, a businessman and an attorney, Jose is married to Aida Aliseda and is stepfather to her three children – Valerie, Luis and Mark Villarreal.

Now Jose Aliseda stands ready to answer the call again – as State Representative for District 35.

**Defendant's Exhibit: 579**

USA_00013638



ELECT

# JOSE ALISEDA

DISTRICT 35

FOR STATE REPRESENTATIVE

REPUBLICAN

A Common Sense Conservative Who Will Stand Up For You In Austin!

| HOME | ABOUT JOSE ALISEDA | NEWS/MEDIA | VOLUNTEER | CONTRIBUTE | LINKS | CONTACT |

## News & Media

### Newspaper Articles

Beeville meeting questioned County attorney and reporter stir hornet's nest with accusations. (click here to read)

Bee County cancels voting at senior citizen centers. (click here to read)

Aliseda says adios to job on parole board. (click here to read)

Aliseda, Chesshir enter race for public office in Bee County. (click here to read)

Bee County judge resigns post after open meetings disputes **Click here to read more**

### Video Stories

## QUICK LINKS

DONATE

INVITE JOSE

HEY JOSE

SPREAD THE WORD

VOLUNTEER

**DONATIONS**

I Endorse...
JOSE ALISEDA
★ ★ ★ ★

## Stay Connected

Facebook          Twitter

MySpace          Linked In

YouTube          FlickR

Paid for by the Jose Aliseda Campaign
© 2010 Jose Aliseda Campaign. All rights reserved.

**Defendant's Exhibit: 579**

USA_00013639



Paid for by the Jose Aliseda Campaign
© 2010 Jose Aliseda Campaign. All rights reserved.

**Defendant's Exhibit: 579**

USA_00013640



ELECT

# JOSE ALISEDA

DISTRICT 35

**FOR STATE REPRESENTATIVE**

REPUBLICAN

A Common Sense
Conservative Who
Will Stand Up For
You In Austin!

| HOME | ABOUT JOSE ALISEDA | NEWS/MEDIA | VOLUNTEER | CONTRIBUTE | LINKS | CONTACT |

## [Click Here to Contribute Online by Credit Card](#)
The donation page is a secure, encrypted connection.

All donations must be accompanied by the name, mailing address, occupation and name of employer of contributors. This information is needed to comply with judicial campaign reporting requirements of Title 15, Texas Election Code, Section 254.0611.

Individual contributions are limited to $2,500 in accordance with Title 15, Texas Election Code, Section 253.155; firms may contribute in aggregate up to $15,000 per individual firm.

**If you would like to contribute by mail, send a check to:**

**Jose Aliseda Campaign**
701 E. Houston St.
Beeville, TX 78102.

### QUICK LINKS

- DONATE
- INVITE JOSE
- HEY JOSE
- SPREAD THE WORD
- VOLUNTEER

*I Endorse...* JOSE ALISEDA ★★★★

**DONATIONS**

### Stay Connected

- Facebook
- Twitter
- MySpace
- Linked In
- YouTube
- FlickR

Paid for by the Jose Aliseda Campaign
© 2010 Jose Aliseda Campaign. All rights reserved.

**Defendant's Exhibit: 579**

USA_00013641



## ELECT

REPUBLICAN

# JOSE ALISEDA

DISTRICT 35

FOR STATE REPRESENTATIVE

A Common Sense Conservative Who Will Stand Up For You In Austin!

HOME | ABOUT JOSE ALISEDA | NEWS/MEDIA | VOLUNTEER | CONTRIBUTE | LINKS | CONTACT

## Links

Texas | Judicial | Republican Websites | Organizations | Candidate Websites | Political Consultants

Early voting continues this week from today through Friday, February 26th. Election Day is Tuesday, March 2nd. For a complete list of early voting locations and times in your area, please reference the following information from your County Elections Department.

**Atascosa County** - 830-769-1472
Elections Administrator - Janice Ruple

**Bee County** - 361-362-3245
County Clerk - Mirella Escamilla Davis

**Goliad County** - 361-645-3294
District & County Clerk - Mary Ellen "Princess" Flores

**Jim Wells County** - 361-668-5711
Elections Administrator - Pearlie Jo Valadez

**Karnes County** - 830-780-3938
County Clerk - Alva Jonas

**Live Oak County** - 361-449-2733
County Clerk - Karen Irving

**McMullen County** - 361-274-3215
District & County Clerk - Dorairene Garza

**Texas**

### QUICK LINKS

DONATE

INVITE JOSE

I Endorse... JOSE ALISEDA ★★★★

HEY JOSE

SPREAD THE WORD

VOLUNTEER

DONATIONS

### Stay Connected

Facebook | Twitter
MySpace | Linked In
YouTube | FlickR

Paid for by the Jose Aliseda Campaign
© 2010 Jose Aliseda Campaign. All rights reserved.

**Defendant's Exhibit: 579**

USA_00013642



ELECT

# JOSE ALISEDA

DISTRICT 35

## FOR STATE REPRESENTATIVE

REPUBLICAN

A Common Sense Conservative Who Will Stand Up For You In Austin!

HOME | ABOUT JOSE ALISEDA | NEWS/MEDIA | VOLUNTEER | CONTRIBUTE | LINKS | CONTACT

Early voting for the November 2 election begins Monday, October 18th and lasts through Friday, October 29th. For a complete list of early voting locations and times in your area, please reference the following information from your County Elections Department.

**Atascosa County** - 830-769-1472
Elections Administrator - Janice Ruple

**Bee County** - 361-362-3245
County Clerk - Mirella Escamilla Davis

**Goliad County** - 361-645-3294
District & County Clerk - Mary Ellen "Princess" Flores

**Jim Wells County** - 361-668-5711
Elections Administrator - Pearlie Jo Valadez

**Karnes County** - 830-780-3938
County Clerk - Alva Jonas

**Live Oak County** - 361-449-2733
County Clerk - Karen Irving

**McMullen County** - 361-274-3215
District & County Clerk - Dorairene Garza

**You may contact Jose Aliseda at:**
info@josealiseda.com

361-358-9400
701 E. Houston St.
Beeville, TX 78102

### QUICK LINKS

DONATE

INVITE JOSE

HEY JOSE

SPREAD THE WORD

VOLUNTEER

DONATIONS

I Endorse...
JOSE ALISEDA
★★★★

**Stay Connected**

click here
facebook

Paid for by the Jose Aliseda Campaign
© 2010 Jose Aliseda Campaign. All rights reserved.

**Defendant's Exhibit: 579**

USA_00013643