PL683
9/2/2014
2:13-cv-00193

Election Code Referrals to the
Office of the Attorney General
Charges Pending Resolution

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Charging Date | Election Code/Penal Code Provision* |
|---|---|---|---|---|---|---|---|
| Bexar | Mary Comparin | Illegal voting | 2008 General Election | 2011-CR-7939 | 2 counts of illegal voting-(3) voter impersonation | 09/18/11 | E.C. 64.012 |
| Hidalgo | Jorge Luis Martinez | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Election | CR-2623-09-B | 12 counts of illegal voting | 06/24/09 | E.C. 64.012 |
| Montgomery | Peter Joseph Goedderz | False statement on application, illegal voting | 2010 Special Election | 12-03-02581-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Sybil Lea Doyle | False statement on application, illegal voting | 2010 Special Election | 12-03-02583-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Thomas Curry | False statement on application, illegal voting | 2010 Special Election | 12-03-02584-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Roberta Margaret Cook | False statement on application, illegal voting | 2010 Special Election | 12-03-02585-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | William Marvin Bernstsen | False statement on application, illegal voting | 2010 Special Election | 12-03-02586-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Cameron*** | Garza, Israel | Illegal voting | 2010 Municipal Election | 2013-DCR-00957 | 1 count of Illegal Voting-(1) Ineligible voter felon | 04/10/13 | E.C. 64.012 |

* County where offense committed/ County of prosecution

*** Investigated by OAG, however presented to, and prosecuted by local district/county attorney

2/18/2014

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Falls | 2002 Municipal Election | 08/28/02 | Allegations of election irregularities |
| Robertson | 2002 General Election | 11/27/02 | Offering to buy or sell official ballot, envelope, or application |
| Liberty | 2002 General Election | 01/08/03 | Criminal irregularities |
| Robertson | 2002 General Election | 04/14/03 | Illegal voting by mail-in |
| Comal | 2004 Primary Election | 07/19/04 | Providing false information on a mail-in ballot application |
| Hardeman | 2004 Primary Election | 09/21/04 | Possession of an official ballot by another |
| Jim Wells | 2004 School District Election | 09/21/04 | Unlawful candidacy, illegal voting, mail-in ballot violations |
| Bowie | 2004 Primary Election | 10/26/04 | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes |
| Hidalgo | 2004 Municipal Election | 11/15/04 | False statement on application, purportedly acting as agent |
| Bee | 2004 General Election | 11/18/04 | Application for a ballot by mail was submitted in the name of a dead person |
| Bee | 2004 General Election | 11/29/04 | Illegal assistance and illegal voting |
| Reeves | 2004 Primary Election | 02/02/05 | Method of returning marked ballot |
| Nueces | 2005 School District Election | 06/08/05 | Method of returning marked ballot, unlawful assistance, assisting voter |
| Hidalgo | 2005 Municipal Election | 06/16/05 | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting |
| Waller | 2005 Municipal Election | 08/29/05 | Offering to buy or sell official ballot, envelope or application |
| Harris | 2005 Municipal Election | 08/31/05 | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting |
| Tarrant | 2005 Special Election | 10/31/05 | Unlawfully influencing voter |
| Wharton | 2005 School District Election | 12/08/05 | Illegal voting |
| Dallas | 2005 Constitutional Election | 02/23/06 | Unlawfully accepting voter, failing to secure ballot box |
| Ector | 2006 Primary Election | 03/14/06 | Illegal assistance of voters voting by mail |
| Duval | 2006 Primary Election | 03/16/06 | Unlawful assistance, unlawful buying and selling of ballot materials |
| Duval | 2006 Primary Election | 03/22/06 | Providing false information on a voter registration application |
| Travis | 2004 General Election | 03/27/06 | Illegal voting, providing false information on a voter registration application |
| Hidalgo | 2006 Primary Election | 03/29/06 | Voter not permitted to mark his own mail-in ballot |
| Starr | 2006 Primary Election | 03/30/06 | Illegal voting |
| Culberson | 2006 Primary Election | 04/05/06 | Illegal voting, providing false information on voter registration |
| Brazoria | 2005 Municipal Election | 04/07/06 | Failure to secure ballot box, obstructing poll watchers, unlawfully revealing information before polls closed |
| Frio | 2006 Primary Election | 04/07/06 | Unlawful assistance, illegal voting |
| San Jacinto | 2004 Municipal Election | 04/10/06 | Illegal voting, providing false information on voter registration |
| Colorado | 2005 School District Election | 04/18/06 | Voting irregularities |

2/18/2014

TEX I.R.000233

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| La Salle | 2006 Primary Election | 04/24/06 | Unlawful influence, coercion of a voter |
| Bowie | 2006 Primary Election | 04/27/06 | Obstructing poll watcher, unlawful assistance, witnessing more than one mail-in ballot application |
| Bee | 2006 School District Election | 04/27/06 | Unlawful assistance |
| Dimmit | 2006 Primary Election | 05/03/06 | Illegal voting, forgery |
| Tarrant | 2006 School District Election | 05/15/06 | Unlawful assistance, mail-in ballot and application violations |
| Hidalgo | 2006 School District Election | 06/02/06 | Coercion of a voter, unlawful influence, electioneering |
| Robertson | 2003 Municipal Election | 06/03/06 | Irregularities in the early voting by mail process |
| Shelby | 2006 Municipal Election | 06/03/06 | Coercion of a voter |
| Franklin | 2006 School District Election | 06/05/06 | Provided a campaign flyer, electioneering 100 ft. distance, persuading the voters to vote for the bond proposition |
| Milam | 2006 Primary Election | 06/13/06 | Loitering in a polling place, electioneering |
| Smith | 2006 Municipal Election | 06/29/06 | Unlawful presence by a candidate |
| Smith | 2006 School District Election | 07/10/06 | Unlawfully revealing information before polls close, influencing voter |
| Franklin | 2006 School District Election | 08/11/06 | Illegal voting, illegal registration |
| Kaufman | 2006 School District Election | 08/28/06 | Witnessing more than one mail-in ballot |
| Bandera | 2006 Special Election | 09/11/06 | Unlawful presence by a candidate |
| Tarrant | 2006 Municipal Election | 09/25/06 | Forged signatures on a recall petition |
| Zavala | 2006 General Election | 12/01/06 | Unlawful assistance |
| Refugio | 2006 Primary Election | 12/01/06 | Unlawful assistance |
| Hill | 2006 Special Election | 12/01/06 | Loitering in a polling place, electioneering |
| Waller | 2006 General Election | 12/20/06 | Disenfranchised from voting |
| Bee | 2006 General Election | 01/03/07 | Electioneering |
| Nueces | 2006 School District Election | 05/07/07 | Electioneering by opposing candidate |
| Brown | 2004 Primary Election | 05/17/07 | Falsification of a candidate's application |
| Jefferson | 2007 Constitutional Election | 07/10/07 | Loitering in a polling place, electioneering |
| Hill | 2007 School District and Municipal Election | 07/10/07 | Divulged election results prior to the closing of polls on election day |
| Montgomery | 2007 School District Election | 07/18/07 | Candidate entered election day polling place & remained during the accumulation of votes |
| Harris | 2007 School District Election | 07/18/07 | Pro-bond election materials at the polling place |
| Williamson | 2004 Special Election | 07/30/07 | Illegal voting |

2/18/2014

TEX I.R.000234

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Edwards | 2006 General Election | 07/30/07 | Illegal voting, unlawful assistance |
| Starr | 2006 Municipal Election | 07/30/07 | Mail-in ballot violations |
| San Patricio | 2006 Municipal Election | 07/30/07 | Tampering with a governmental record, forgery |
| Kinney | 2006 Special Election | 07/30/07 | Coercion of a public servant |
| Dallas | 2007 Municipal Election | 08/27/07 | Electioneering 100 feet from entrance violation |
| Bosque | 2007 School District Election | 11/30/07 | Illegal voting, unauthorized entry into the ballot box, unlawful influence of voters, and unlawful assistance of voters |
| Starr | 2007 Municipal Election | 01/04/08 | Unlawful assistance |
| Henderson | 2006-2007 Municipal Election | 03/11/08 | Illegal voting |
| Wichita | 2007 Constitutional Election | 03/11/08 | Electioneering and handing out of religious material within 100 feet of the polling place |
| Gillespie | 2008 Primary Election | 03/12/08 | Unlawfully revealing information before polls close |
| Duval | 2008 Primary Election | 05/16/08 | Election irregularities |
| Guadalupe | 2008 Primary Election | 06/09/08 | Loitering in a polling place, electioneering |
| Duval | 2008 Primary Election | 06/16/08 | Unlawful possession of mail-in ballots |
| Parmer | 2008 Municipal Election | 06/18/08 | Unlawfully suggest how voters should cast their ballots |
| Kleberg | 2008 Primary Election | 06/24/08 | Unlawfully influencing voter, and loitering in a polling place |
| Kleberg | 2008 Primary Election | 06/24/08 | Unlawfully loitering in a polling place |
| Webb | 2008 Primary Election | 06/24/08 | Poll watchers prevented from observing the recount in the sheriff run-off |
| Kaufman | 2008 Primary Election | 08/05/08 | Loitering in a polling place, electioneering |
| Hidalgo | 2008 School District Election | 08/19/08 | Illegal voting, bribery, and official misconduct |
| San Patricio | 2008 Municipal Election | 09/15/08 | Unlawful assistance, unlawful possession of mail-in ballot and illegal voting |
| Van Zandt | 2008 General Election | 01/13/09 | Electioneering within 100 ft mark at a polling place |
| Bexar | 2008 General Election | 01/14/09 | Citizen not allowed to to vote by an election worker |
| Hidalgo | 2008 Municipal Election | 01/14/09 | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters |
| Harris | 2008 Primary & General Elections | 01/14/09 | Deceased voters voting |
| Midland | 2008 Primary Election | 01/28/09 | Election workers suggesting how voters should vote by expressing their preference for particular candidates |
| Denton | 2008 General Election | 02/23/09 | Vote soliciting bribery on the internet (eBay) |
| Harris | 2009 Municipal Election | 05/06/09 | False statement on mail-in ballot application (deceased voters), forgery |
| Henderson | 2009 School District Election | 07/15/09 | Unlawfully witnessing more than one mail-in ballot application |
| Nueces | 2008 Primary Elections | 08/24/09 | Unlawful participation in party affairs |
| Maverick | 2008 Special Election | 08/24/09 | Electioneering |
| Dallas | 2008 Municipal Election | 08/31/09 | Refusing to accept a person for voting |

2/18/2014

TEX I.R.000235

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Brown | Undetermined | 12/03/09 | Misuse of state and federal election funds |
| Harris | 2008 School District Election | 12/17/09 | Unlawfully influencing a voter, bribery |
| Robertson | 2009 Municipal Election | 02/01/10 | Unlawfully assisting voter, signing application by witness |
| Dallas | Municipal Election | 03/12/10 | Coercion of a voter |
| Starr | 2006, 2008 Primary Elections | 04/15/10 | Bribery, felons voting, unlawful delivery of voter registration certificate |
| Trinity | 2010 Primary Election | 04/19/10 | Unlawfully influencing a voter, electioneering, candidate in polling place |
| Dallas | 2010 Primary Election | 04/20/10 | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery |
| Tarrant | 2010 Primary Election | 04/27/10 | Unlawful assistance |
| Bexar | 2010 Primary Election | 04/29/10 | Unlawfully accepting a voter, unlawfully permitting the deposit of a ballot, and illegal voting |
| Gonzales | 2009 Municipal Election | 05/21/10 | Providing false information on application, possession of mail-in ballots |
| Jim Wells | 2010 Primary Election | 05/21/10 | Illegal voting, signing application by witness-assisting applicant, providing false information on application |
| Runnels | 2010 Special Election | 07/19/10 | Unlawful assistance, unlawfully influecing a voter |
| Hardin | 2010 Primary Election | 07/19/10 | Coercion of candidacy |
| Nueces | 2010 Primary Election | 07/19/10 | Electioneering, tampering with a governmental record |
| Eastland | 2010 Municipal Election | 07/19/10 | Illegal voting |
| Hidalgo | 2010 Municipal Election | 07/21/10 | Coercion of a voter, unlawful assistance, unlawfully accepting or rejecting a voter, and unlawfully obstructing poll watcher |
| Cameron | 2010 Primary Elections | 07/21/10 | Mail in ballot violations, forgery |
| Harris | 2010 General Election | 09/08/10 | False statement on voter registration application, obtaining voter registration applications prior to being deputized, failing to timely deliver voter registration applications, tampering with a governmental record |
| Wilson | 2010 Municipal Election | 09/20/10 | Illegal voting, unlawful assistance |
| Rains | 2010 Primary Election | 09/21/10 | Bribery, coercion of candidacy |
| Caldwell | 2010 Municipal Election | 09/21/10 | Bribery, coercion of candidacy |
| Pecos | 2010 Municipal Election | 09/21/10 | Bribery, coercion of candidacy |
| Bexar | 2010 School District Election | 10/14/10 | Illegal voting |
| San Jacinto | 2010 General Election | 11/09/10 | False statement on voter registration application |

2/18/2014

TEX I.R.000236

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Hidalgo | 2010 Municipal Election | 11/09/10 | Bribery, unlawful assistance, illegal voting, unlawfully accepting or rejecting voters |
| Cherokee | 2010 General Election | 12/07/10 | Unlawfully influecing a voter, unlawful assistance, and coercion of a voter |
| Hidalgo | 2010 General Election | 12/07/10 | Unlawfully influecing a voter, unlawful assistance, illegal voting, and coercion of a voter |
| Hidalgo | 2010 General Election | 12/07/10 | Unlawfully influecing a voter, unlawful assistance, illegal voting, and coercion of a voter |
| Mongomery | 2010 Special Election | 12/20/10 | False statement on application, illegal voting |
| Multiple | 2010 Special Election | 02/22/11 | Electioneering, unlawfully influecing voter, unlawfully accepting or refusing voter, unlawful assistance, coercion of a public servant or voter |
| Caldwell | 2010 General Election | 03/23/11 | Electioneering |
| Bowie | 2010 General Election | 03/30/11 | Signing application by assistant, providing false information on application, unlawful assistance, tampering with a governmental record. |
| Parker | 2010 Municipal Election | 04/13/11 | Electioneering |
| Brown | 2010 General Election | 04/13/11 | Wrongful delivery of a ballot box key, false information on application for mail in ballot, tampering with a governmental record, mail in ballot issued to voters, voter registration application from unauthroized agent, illegal destruction of election records |
| Refugio | 2010 Municipal Election | 08/17/11 | False statement on a voter registration application, illegal voting |
| Dallas | 2011 Dallas County | 10/04/11 | Bribery |
| Wichita | 2010 Special Election | 11/17/11 | Illegal voting, coercion of a voter |
| Wichita | 2010 Primary Election | 01/05/12 | Perjury, abuse of official capacity |
| San Patricio | 2011 Municipal Election | 01/17/12 | Forgery |
| Comal | 2010 Municipal Election | 02/03/12 | Unlawfully influencing voters, illegal voting |
| Cooke | 2011 Special Election | 02/03/12 | Abuse of official capacity |
| Bowie | Multiple Elections | 02/03/12 | Voting by a convicted felon |
| Angelina | 2010 Primary Election | 03/22/12 | Illegal voting, unlawful participation in party affairs, tampering with a governmental record |
| Travis | 2012 Primary Election | 04/12/12 | Tampering with a governmental record |
| Gillespie | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Anderson | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Coryell | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Crockett | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Anderson | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |

2/18/2014.

TEX I.R.000237

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|--------|-------------------|----------|-------------|
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Angelina | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Atascosa | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bastrop | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bell | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |

2/18/2014

TEX I.R.000238

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Harris | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Henderson | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Bell | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Bell | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Brazoria | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Brazoria | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Brazoria | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Dallas | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |
| Hidalgo | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation–deceased voter) |

TEX I.R.000239

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Brazoria | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Hidalgo | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Hidalgo | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Hidalgo | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Hockley | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Houston | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Dallas | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Hunt | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Denton | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Denton | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Hunt | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Denton | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Jefferson | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Jim Wells | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Kleberg | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Lamar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Lamar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| LaSalle | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| LaSalle | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Duval | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Duval | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Duval | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Ector | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Ellis | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Llano | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Brazos | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Brazos | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Brazos | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Brown | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Burnet | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Llano | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Caldwell | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Cameron | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |

2/18/2014

Page 8

TEX I.R.000240

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Lubbock | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Cameron | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Lubbock | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Matagorda | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Cameron | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Cameron | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Maverick | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Cameron | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| McCulloch | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Cameron | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Cameron | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Cass | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Medina | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Chambers | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Midland | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Chambers | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Childress | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Montgomery | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Collin | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Montgomery | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Collin | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Collin | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Comal | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Moore | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Morris | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Morris | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Morris | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Sutton | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Navarro | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Nueces | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Nueces | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Nueces | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Nueces | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Ochiltree | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |

2/18/2014

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Ochiltree | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Orange | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Palo Pinto | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Pecos | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Polk | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Presidio | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Grayson | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tarrant | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Terry | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Gregg | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tom Green | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Gregg | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Guadalupe | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |

2/18/2014

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Guadalupe | 2012 Municpal & Primary Elections | 7/13/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Guadalupe | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Rockwall | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Bexar | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| San Augustine | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Harris | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| El Paso | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Schleicher | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| El Paso | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Shelby | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| El Paso | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Shelby | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| El Paso | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| El Paso | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| El Paso | 2012 Municpal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |

2/18/2014

TEX I.R.000243

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| El Paso | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| El Paso | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| El Paso | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Erath | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Fannin | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Fort Bend | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Frio | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Galveston | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Galveston | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Gillespie | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Smith | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Tom Green | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Smith | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Travis | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Starr | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Travis | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Starr | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Travis | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Travis | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Travis | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Travis | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Travis | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Travis | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Travis | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Trinity | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Uvalde | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Val Verde | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Val Verde | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Val Verde | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Walker | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Washington | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Washington | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Wilson | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Young | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Zapata | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Zavala | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Zavala | 2012 Muncipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |

Page 12

2/18/2014

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Zavala | 2012 Municipal & Primary Elections | 7/12/2012 | Illegal voting (voter impersonation-deceased voter) |
| Nueces | 2012 Primary Runoff Election | 9/7/2012 | Bribery |
| Frio | 2012 Primary Runoff Election | 9/19/2012 | Illegal voting - mail in ballot |
| Bexar | 2010 Primary Election | 10/31/2012 | Mail in ballot violations |
| Harris | 2009 & 2012 Primary Election | 01/08/13 | Illegal voting (voter impersonation-mail in ballot) |
| Hidalgo | 2011 Municipal Election | 02/12/13 | Illegal voting (voter impersonation) |
| Cameron | 2012 Run-off Election | 04/12/13 | Illegal voting |
| San Patricio | 2013 School District Election | 05/09/13 | Unlawful use of Public Funds for Political Advertising |
| Zavala | 2013 Municipal Election | 06/16/13 | Bribery –Coersion of Voter |
| Dallas | 2012 General Election | 06/17/13 | Illegal voting, unlawful assistance, Unlawfully accepting a voter |
| Harris | 2013 Special Election | 06/17/13 | Coersion of voter |
| Grayson | 2013 Municipal Election | 07/24/13 | Illegal voting (non-resident) |
| Dallas | 2013 Municipal Election | 10/28/13 | Unlawful influence |
| Harris | 2013 Special Elec Run-off | 10/31/13 | Unlawfully accepting voter, illegal voting |
| Val Verde | 2012 General Election | 12/23/13 | Unlawfully accepting voter, illegal voting |

Page 13

2/18/2014

TEX I.R.000245

Page 14

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

2/18/2014

TEX I.R.000246