**PL684**
**9/2/2014**
**2:13-cv-00193**

# Continued Driver License Transformation

Submitted by the Texas Department of Public Safety

March 15, 2012



**TX_00244713**

**Defendant's Exhibit #
225**

DE-001431

# OUTLINE

1. **Executive Summary**
2. **Background**
3. **Changing Demographics**
4. **Defining the Problem**
5. **Driver License Transaction Volumes**
6. **Proposed Changes**
   a. **People**
   b. **Facilities**
   c. **Technology**
7. **Recommendations**
8. **Conclusion**

**Appendix 1 - Additional Requirements that Impact Driver License Service Quality**

**Appendix 2 - Driver License Division FY11 Improvement Plan**
    **Attachment 1 - FY 2012 DL Improvement Project List**
    **Attachment 2 - FY 2012 DL Improvement Project Descriptions**

**Appendix 3 - Driver License Division Generated Revenue By Source Of Income**

---

**TX_00244714**

**Defendant's Exhibit #
225**
    DE-001432

**Executive Summary**

This biennium funding of the six Mega Centers will go a long way to easing the painful experience of getting a driver license in Dallas/Fort Worth, Austin, San Antonio, and Houston municipalities. The typical driver license customer complaint is about uncomfortable, long wait times before they get to the counter to be helped. Long wait times and crowded facilities developed as the State's population grew and the length of time required to process increasingly-complex driver license transactions expanded over the years. The Mega Centers attacks the heart of this population growth but does little for the outlying areas with similar problems.

The Department of Public Safety (DPS) continues to make changes focused on yielding reductions in customer wait times. The new Mega Centers will not be open until later this year so we have not seen those critical customer service performance improvements that we expect. Even with these changes there will not be enough to achieve the desired service quality and driver license document security across the state. There are specific legislative changes recommended to reduce driver license office visits and increase the security of DLs and IDs.(any ones we want to include in this submission?)   Other changes recommended to improve the driver license process include leveraging technology to improve service quality and operational efficiency, and investing in additional employees and facilities to continue the "catch up effort" with the rapid population increase over the previous decades.

We have a short fall in FTE's to meet the LBB requirement of 30 minutes for a driver license renewal or replacement and 45 minutes for all other transactions. On average we are running 1 supervisor to 16 employees instead of the state recommended standard of 1 to 11. (will Mega Centers changes this ratio?) Additionally, many of the DL office supervisors are covering smaller offices which don't warrant a full time supervisor. Supervisor office visits leaves the big office without any direct supervision. Many DL offices are in need of facility refreshing and other facilities are inadequate for the populations being serviced requiring a move to larger facilities.  We have discrepancies from city/county Fire Marshals of building overcrowding forcing customers to wait outside. There are better customer service technology solutions available that we need to bring in to meet this growing demand for "on-line services" and replace our aging equipment.

The agency has developed a strategy and roadmap to modernize a number of IT applications and enable Texas residents to obtain services with the agency via the internet and voice response. This effort will improve DPS technology to provide services comparable to what Texas residents are accustomed to experiencing from other businesses and agencies. We propose to create a team of experts to expedite the implementation of

TX_00244715

**Defendant's Exhibit #
225**                                    DE-001433

this roadmap and quickly improve our operating processes, reduce paper forms and the associated manual operational processes. Funding this item will allow the agency to provide a dedicated effort to rapidly deploy services which will reduce wait times across the state and increase customer satisfaction. The alternative to meeting this demand is to increase staff levels in DPS offices. Approval of this item will help us get ahead of the growing Texas population and demand for agency services via significantly improved self services. With funding, the agency will be able to significantly improve customer service and satisfaction.

We recommend the establishment of a trusted location for identity purposes for the state. External-Agency Law Enforcement personnel need access to the TxMAP and Data Interoperability (DI) applications.  These applications require End-Users to be authenticated and authorized by an Identity, Credentials, and Access Management (ICAM) system which is a component of the Texas Federated Identity Management System (TFIMS). The objective of TFIMS is to provide a framework for securely connecting justice, public safety personnel and other state agencies to inter-agency applications and data over the Internet. Currently, other state agencies must authenticate the identity of individuals on their own which requires them which is not their core missions and creates inefficiencies by duplicating card production equipment across state agencies or other entities. This project will take advantage of the TFIMS application and establish DPS as the statewide identity source and enable a verification service for other state agencies using the Driver License database. Funding this item will eliminate a significant percentage of fraud. The State could save money by eliminating duplicate equipment and ID card production costs. DPS Offices are already the source for much of the identity information, addresses, fingerprints, photos, biometric and biographic data. Continued upgrades to the DPS system for identity verifications will expand the role of identity and authentication management as needed by various agencies throughout the state.

The recommendation is to increase the number of employees and the capacity of our facilities to match the population growth over the past decade, accelerate the delivery of technology based service delivery, and establish DPS as the Statewide Identification Authority.  The projected state cost for these efforts is $?? million per biennium.

This recommendation includes: ??? FTEs for Driver License, Contact Center, and Indirect Support Staff; appropriate compensation for job duty responsibilities; ?? FTEs to augment staff during summer months; right-fitting XX Driver License offices to meet local population demands with furniture, fixtures, and equipment; fund our new technology thrust to accelerate automated services to reduce customer wait times long term; and fund the

TX_00244716

Defendant's Exhibit #
225

DE-001434

Statewide Identification Authority initiative which will improve the security of the state, reduce fraud and improve the integrity of the identification process.

TX_00244717

**Defendant's Exhibit #**
225

DE-001435

**Background (any additional to add?)**

The Texas State Legislature (still true) requested that DPS make specific recommendations to enhance the services provided by its Driver License Division to meet current and future needs of the State.  In offering these recommendations, the Department considered the dynamically changing demographics, changes to legislation requiring additional services from the Division, and the increased need for secure driver license and identification cards.

The LBB requirement of 30 minutes for a driver license renewal or replacement and 45 minutes for all other transactions while that standard may not be considered "world class" by many of our customers, it should be the absolute minimum we need to achieve. In addition to supporting the law enforcement environment, citizens now expect high levels of customer self-service from the Driver License Division.  Elected officials expect financial transparency and accountability for performance. Other federal, state, and local law enforcement agencies expect collaboration, information sharing, professionalism, and leadership.

According to the Deloitte *Management and Organizational Structure Study* dated October 28, 2008, DPS's driver license function is one of the most customer-intensive functions of any Texas state agency. Unfortunately, visiting some DPS Driver License offices can be an unpleasant experience. Lines are long, industry self service technology is slowly being added as funds are available, and the facilities themselves are old, overcrowded, and poorly maintained.

To provide word class services, DPS will need changes in legislation to reduce demand, focus on addressing staffing shortages, increasing self service and increase driver license security. We need additional investments in Technology, People, and Facilities.

---

Continued Driver License Transformation                                    Page 6

TX_00244718

**Defendant's Exhibit #**
225                                    DE-001436

### Changing Demographics (update for 2011)

Texas has one of the largest and most rapidly growing economies in the United States. In 2006, Texas was home to six of the top 50 companies on the Fortune 500 List. Texas' economy is the 15th largest in the world, based on nominal GDP figures.

Texas has the second largest workforce in the United States, with almost 11 million civilian workers. This robust economy, plus the lack of personal income tax and the largely undervalued real estate throughout Texas, has led to significant population growth.

Texas' population is projected to grow by seven million people over the next 20 years, a 28 percent increase, or roughly 1.24 percent per year compounded. Migration to the large metropolitan areas is expected, creating mega MSAs (Metropolitan Statistical Areas) as shown in the dark green areas on the population maps below.



Source:  Texas State Data Center

---

Continued Driver License Transformation                                    Page 7

TX_00244719

**Defendant's Exhibit #**                    DE-001437
225

**Defining the Problem**

**Customer Service**

Many DL offices are in need of facility refreshing and other facilities are inadequate for the populations being serviced.  We have discrepancies from city/county Fire Marshals of building overcrowding forcing customers to wait outside. We have a short fall in FTE's to meet the LBB requirement of 30 minutes for a driver license renewal or replacement and 45 minutes for all other transactions. Our equipment is aging and is in need of refreshing and upgrading. On average we are running 1 supervisor to 16 employees instead of the state recommended standard of 1 to 11.  Additionally, many of the DL office supervisors are covering smaller offices which don't warrant a full time supervisor. Supervisor office visits leaves the big office without any direct supervision.

There are two primary factors that have contributed to the decline in customer service quality in driver license offices over the past 20 years:

1. An increase in the number of transactions while the number of employees and the capacity of facilities have remained constant

2. An increase in the length of driver license and ID transactions due to the need to increase document security and perform non-driver license related functions

(need numbers for surrounding areas where this effort will be focused.  Could integrate that Mega source addresses some portion and this focuses on the other)  The population in Texas has grown almost 21 percent over the last 10 years while the number of driver license examiners has remained constant. Over 20,000 driver license-related customer calls are received daily, and over 85 percent of those calls go unanswered each day.

Exacerbating the employee shortfall are the increase in non-driver license responsibilities (e.g., organ donor, selective service, and voter registration) and the complexity of services that extend transaction time. (See Appendix 1 for a complete list of transaction-extending items.)   This will not reduce over time as the driver license office continues to be the main touch point between government agencies and the general population. Driver license offices today provide a myriad of services to other government agencies, and the demand for data and ancillary services is increasing regularly. While this degrades driver license service quality, it is less expensive to provide incremental resources to Driver License than to set up redundant systems.

---

TX_00244720

**Defendant's Exhibit #
225**                                                            DE-001438

## Driver License Service Quality



**Population Growth** **DL Examiner Count**

**\*Additional mandates include state and federal requirements placed upon Driver License Division that impact transaction times and ultimately wait times.  Examples of non-driver license requirements include organ donation, selective service, and voter registration.  Secure credentialing requirements such as birth certificates and lawful presence documents also extend transaction times. (Need to add 2011)**

Just as the number of driver license employees has remained constant, the quality and capacity of facilities has not kept pace with the growing population. The vast majority of driver license facilities were built in the 1960s, '70s, and early '80s. Customers complain about the condition, size, and appearance of many offices. Last summer, three customers fainted in one of our offices in the same week because the air conditioning was failing.  Wait times were extended, and there was insufficient room to provide chairs in the waiting area.

Population growth has occurred mostly in the five large metropolitan areas. This has resulted in the Division's inability to provide consistent high quality services to all of its customers.  In 2010, 26 percent of the offices completed 85 percent of transactions. This means that 80 offices processed nearly 5 million transactions combined, while the remaining 227 offices completed a total of only one million transactions.  Over half (53%) of the 307 driver license offices have only one employee.

TX_00244721

Defendant's Exhibit #
225

DE-001439

{Need study to address the potential workload Mega center will take and document what is left that this proposal needs to document} According to preliminary data from the business intelligence analysis being conducted by Texas State University, offices with only one employee operate less productively than larger offices. For example, a mega office (25+ employees) processes 18 times more transactions per employee than a small office (defined as three or fewer employees).   A mega office processes 50 times more transactions per employee than a one person mobile office[1]. The efficiency of driver license operations is reduced by having so many small, less productive offices. This does not mean that employees in small offices have a different work ethic than those in larger offices, but the demand in the small offices is significantly less than in the metropolitan areas. The average customer volume in small offices is fewer than three transactions per hour, whereas Mega offices complete over 50 transactions per hour.

---

[1] Mobile offices require a Driver License employee to drive their personal vehicle to another town, transporting and setting up equipment each day the office is open.  The equipment used is outdated and not replaceable.  As the equipment fails, we have no option but to temporarily close the office because months of testing new equipment have been unsuccessful.  To date, 79 of the 96 mobile offices have been closed.

Continued Driver License Transformation

TX_00244722

**Defendant's Exhibit #
225**                                    DE-001440

## Office Size Productivity Comparison
### (Transactions Per Office Per Employee Per Hour)



Efforts to improve efficiency and reduce the number of people who visit driver license offices will help improve service quality for those customers who must complete their transactions in person. However, these efforts cannot offset the State's population increase or account for the growing number of more complex transactions. For example, the Division provides online services for driver license and ID renewal. Last year, approximately 450,000 of the 800,000 eligible renewals were done online, alleviating some of the in-office workload.  Persuading another 200,000-250,000 applicants to renew online will not close the service gap.

### Safety and Security

A driver license is no longer just a license to operate a vehicle. Today, a driver license or ID is essentially the gateway to legitimacy. These are legal documents used by government agencies, corporations, and financial institutions as the trusted validation of a person's identity. Because of this, there is considerable fraud risk.  Criminals have offered as much as $10,000 for a Texas driver license.  Fraudulent driver licenses are sought because multiple driver licenses can be used to defraud other government programs.

TX_00244723

Defendant's Exhibit #
225

DE-001441

It is imperative to protect the integrity of these documents.  Driver license examiners are our front-line protection. They examine documents and enforce secure credentialing statutory requirements. Technology, providing access to federal and state databases, can also be used to verify document legitimacy.

**Employee Environment**

With very rare exceptions, driver license employees are trustworthy and dedicated to providing quality customer service under challenging circumstances: frustrated customers, long lines, long days, and low pay.  They are committed to their duties to protect the safety and security of their fellow Texans.  They work hard to understand and administer complex statutory requirements.

Over the years, the responsibilities placed on driver license employees have increased while salaries have remained constant.  Typing speed is no longer the most important driver license examiner skill.  DPS needs to be able to attract and retain employees with a valuable mix of customer service and critical thinking skills, as well as employees who have good interpersonal skills, can understand complex statutory requirements, and can identify fraudulent documents.

According to a driver license employee survey conducted in January 2011, 25 percent of respondents reported they work a second job because they are unable to support themselves on their $12 per hour salary. In some metropolitan areas, it is possible to get a job at a fast food restaurant with fewer responsibilities but higher pay and benefits.

Paying employees a salary commensurate with their responsibilities would allow DPS to recruit employees with more developed skills. Additionally, higher pay makes employees less vulnerable to bribes.  Maintaining a strong employee base will enable Driver License to fulfill its mission of providing good quality service and protecting the safety and security of Texas.

TX_00244724

**Defendant's Exhibit #**
225

DE-001442

## Driver License Transaction Volumes and Fees

Most Texans currently pay $4 per year for their driver license.  This fee is low in comparison to other states; thirty-five states have driver license fees higher than Texas. The highest per year fee is in Massachusetts at $15 per year.  Arizona charges the lowest annual fee of $0.51 per year.  Other comparable states charge: Florida - $8, Illinois - $7.50, New York - $6.50, and California - $6.20. (See Appendix 3 for a complete list of other states' driver license fees.)

In total, the Driver License Division generated approximately $330 million in revenue in FY10.  Approximately 28% ($94 million) of these fees were collected via driver license, ID certificate, and Parent Taught Driver Education fees.  Approximately 54% of the Driver License Division fees were collected via driver Enforcement and Compliance fees, including driver responsibility surcharges.  Driver Record Sales generated 17% of the FY10 Driver License Division fees.  (See Appendix 4 for Driver License Division Generated Revenue for FY09 and FY10.)

### Driver License Division Fees - FY10

| Driver License Fees | Collected 2010 | % FY10 | Legislative Appropriation |
|---|---|---|---|
| Driver Responsibility Program - Trauma Fund | $ 77,075,001 | | Trauma Fund |
| Driver Responsibility Program - General Revenue | $ 77,075,001 | | GR Unappropriated |
| Driver Responsibility Program - Vendor Fees | $ 13,154,340 | | DPS |
| Driver License Reinstatement - Administrative License Revocation | $ 6,235,092 | | Texas Mobility Fund |
| Motor Vehicle Safety Responsibility Fees (Reinstatement Fees) | $ 3,745,315 | | GR Unappropriated |
| Reinstatement Fees | $ 1,759,972 | | Texas Mobility Fund |
| Driver Responsibility Program - Driver License Division | $ 1,555,959 | | DPS |
| Ignition Interlock DL Fees | $ 35,436 | | Texas Mobility Fund |
| **Subtotal** | **$ 180,600,679** | **54%** | **Enforcement/Compliance** |
| | | | |
| Driver License Fees | $ 85,421,363 | | Texas Mobility Fund |
| ID Certificates | $ 6,005,865 | | Texas Mobility Fund |
| Parent Taught Driver Education | $ 1,749,442 | | DPS |
| Motorcycle License Fees | $ 997,776 | | Texas Mobility Fund |
| Occupational Driver License Fees | $ 196,280 | | Texas Mobility Fund |
| **Subtotal** | **$ 94,370,725** | **28%** | **DL/ID fees** |
| | | | |
| Driver Record and Interactive Record Fees | $ 55,956,414 | | Texas Mobility Fund |
| Sale of License Information - (Weekly Update) | $ 163,329 | | Texas Mobility Fund |
| Sale of License Information - (Complete List) | $ 18,000 | | Texas Mobility Fund |
| **Subtotal** | **$ 56,137,743** | **17%** | **Driver Record Sales** |
| | | | |
| Voluntary Driver License Fee - Donor Education Awareness and Registry | $ 280,790 | | DSHS |
| Voluntary Driver License Fee | $ 293,448 | | GR Unappropriated |
| Helmet Sticker Fee | $ - | | Motorcycle Education Fund |
| National Driver Registry | $ 2,669 | | DPS |
| **Subtotal** | **$ 576,907** | **0%** | **Miscellaneous** |
| | | | |
| **Grand Total** | **$ 331,686,053** | **100%** | |

TX_00244725

**Defendant's Exhibit #
225**                                    DE-001443

**Recommended Changes**

The Driver License Division has initiated an aggressive FY11 Driver License Improvement Plan designed to improve customer service, enhance the safety and security of Texans, and improve the driver license employee environment. (See Appendix 2 for the Improvement Plan.) Wait time reductions have already occurred in some offices due to the installation of queuing systems; however, without other changes, the desired customer service quality and document security cannot be achieved. Specific changes proposed include no-cost legislative changes, as well as, additional funding to improve technical capacity, hire additional employees, and acquire facilities to accommodate the growing population.

**People and Facilities**

As stated previously, the driver license facilities have not been updated nor the number of employees increased to match the ever-increasing population or transaction complexity. Meeting customer expectations and providing their desired level of customer service will require additional employees and upgraded or new facilities.

DPS, in conjunction with Texas State University, is conducting a systematic evaluation of current driver license operations to improve service within current resource constraints. Texas State is analyzing existing staffing levels and office locations based on population density and projected population growth. This information will be used to develop strategies to achieve the highest, most-consistent level of service across the state.

We have identified the Driver License (DL) offices that need refreshing to restore the professional image the agency desires. Perception of the state by the citizens starts with the "wrapper" in which the services are provided.  If the facility is professional looking, clean and well care for, that initiates a mind set for the DL customer that they will get the attention they need. That has to be followed up with timely and courteous service. Adequate supervision, great facilities and proper alignment of capacity to meet required service levels also builds great employees.  They take pride in where they work and what they do for Texas which significantly contributes to the overall customer experience.

**Technology**

DPS's vision is to leverage technology to improve the quality and speed of the services provided online and at our offices. To do this, we must expand our online capabilities and enhance our means to protect and utilize driver license data for use by law enforcement and other governmental entities in as efficient a manner as possible.

Presently agencies across the state are left to authenticating the identity of individuals on their own and subjected to fraudulent claims for benefits or services. There is two thrust to

---

TX_00244726

**Defendant's Exhibit #**
**225**

DE-001444

our technology recommendations.  The first is focused on improved Customers Services and while giving us a jump to stay ahead of population growth without a corresponding FTE and facility growth.  The second is to address the criticality of driver license data by increasing our ability to certify and authenticate data captured to the state as a whole by establishing Driver License as a statewide identification authority.

For the first technology effort, the agency has developed a strategy and roadmap to modernize a number of IT applications and enable Texas citizens to transact with the agency via the internet, voice response or kiosks to access services. This is not leading technology, but the type of services Texas citizens are accustomed to using from businesses and other agencies for years.

We propose to engage a team of experts to expedite the implementation of this roadmap and quickly improve our operating processes, reduce paper forms and the associated manual operational processes.

Funding this item will allow the agency to provide a dedicated effort to rapidly deploy services which will reduce citizen wait times across the state and increase customer satisfaction. The alternative to meeting this demand is to continue to grow staff in service areas of the DPS offices. After receiving numerous complaints, DPS traditionally adds staff to address the problem, but this is a lagging and expensive way to deliver services. Approval of this item will help us get ahead of the growing Texas population and demand for agency services via significantly improved self services.

The second technology focus is key to the future of government operations and support of their citizens.  The establishment of the Driver License system as a statewide identification authority.  External-Agency Law Enforcement personnel need access to the TxMAP and Data Interoperability (DI) applications.  These applications require End-Users to be authenticated and authorized by an Identity, Credentials, and Access Management (ICAM) system which is a component of the Texas Federated Identity Management System (TFIMS). The objective of TFIMS is to provide a framework for securely connecting justice, public safety personnel and other state agencies to inter-agency applications and data over the Internet.

Currently, other state agencies must authenticate the identity of individuals on their own which requires them to stray from their core missions and duplicates card production equipment across the state agencies. This project will take advantage of the TFIMS application and establish DPS as the statewide identity source and enable a verification service for other state agencies using the Driver License database. Funding these items will eliminate a significant percentage of fraud and could save the state millions of dollars annually. Further savings can be achieved by eliminating duplicate equipment and card

TX_00244727

**Defendant's Exhibit #**
**225**

DE-001445

production cost. DPS Offices are already the source for much of the identity information, addresses, fingerprints, photos, biometric and biographic data. Continued upgrades to the DPS system for identity verifications will expand the role of identity and authentication management as needed by various agencies throughout the state.

With additional funding, the Driver License Division will be able to leverage new technology for driver licenses, our customers, and to help other governmental entities.

TX_00244728

**Defendant's Exhibit #**                    DE-001446
225

**Recommendation**

**Increase the number of employees and the capacity of our facilities to match population growth while maintaining all existing driver license offices.**

**What's Included:**
- 361 full-time Driver License, Contact Center, and Indirect Support staff
- Appropriate compensation for job duty responsibilities
- 19.5 FTEs (which equates to 78 employees) to augment staff during summer months
- Six new mega centers (one in the Metroplex, three in Harris County, and one each in San Antonio and Austin)
- Furniture and equipment for the new mega centers
- New technology initiatives to reduce customer wait times
- New equipment to re-open 96 mobile offices

**Advantages:**
- Improved service quality
- Supports local communities by maintaining driver license presence and providing customer convenience

**Disadvantages:**
- Higher cost to the State

**Projected State Costs for the Biennium:**

| Description | Amounts | | |
|---|---|---|---|
| | FY12 | FY13 | Biennial Cost |
| Annual Salary | 9,371,433 | 19,923,873 | 29,295,306 |
| Longevity | 80,496 | 274,464 | 354,960 |
| Professional Fees | 3,000,000 | 3,000,000 | 6,000,000 |
| Consumables | 143,040 | 502,860 | 645,900 |
| Utilities | 1,736,349 | 1,880,439 | 3,616,788 |
| Rent - Building* | 40,422 | 3,237,179 | 3,277,601 |
| Other Operating | 8,036,317 | 897,000 | 8,933,317 |
| Capital Expenditures | 1,413,252 | - | 1,413,252 |
| | | | |
| Subtotal Excl Emp Benefits | 23,821,309 | 29,715,814 | 53,537,123 |
| Employee Benefits | 2,633,287 | 5,627,188 | 8,260,474 |
| 5% Contingency(Non Employee) | 718,469 | 475,874 | 1,194,343 |
| **Totals**** | **27,173,065** | **35,818,876** | **62,991,940** |

*Construction costs as an alternative to leasing are estimated to be $47 million.

**The restoration of $4,772,388 for Driver License card stock is also needed to fund license issuance costs.

Continued Driver License Transformation                                        Page 17

TX_00244729

Defendant's Exhibit #
225

DE-001447

**County Opt-In Alternative**

**Realign office locations and minimally increase employees to maximize service quality and efficiency and allow counties the choice to fund local services**

**What's Included:**
- 285 Full time Driver License, Contact Center, and Indirect Support Staff*
- Appropriate compensation for job duty responsibilities
- 19.5 FTEs (which equates to 78 employees) to augment staff during summer months
- Six new mega centers (one in the Metroplex, three in Harris County, and one each in San Antonio and Austin)
- Furniture and equipment for the new mega centers
- New technology initiatives to reduce customer wait times

**Advantages**:
- Lowest cost option to the state, minimizing resource expenditures for facilities and FTE increases
- Improves service quality
- Aligns existing resources with customer demand
- Allows counties to opt-in for local service

**Disadvantages:**
- Some customers may experience longer drive times to conduct driver license transactions which typically occurs once every six years
- Some DPS employees would be required to re-locate

TX_00244730

**Defendant's Exhibit #**
225

DE-001448

**Projected State Costs for the Biennium:**

| Description | Amounts | | |
|---|---|---|---|
| | FY12 | FY13 | Biennial Cost |
| Annual Salary | 8,600,969 | 16,860,242 | 25,461,211 |
| Longevity | 66,672 | 219,384 | 286,056 |
| Professional Fees | 3,000,000 | 3,000,000 | 6,000,000 |
| Consumables | 122,880 | 422,535 | 545,415 |
| Utilities | 584,349 | 728,439 | 1,312,788 |
| Rent - Building** | 40,422 | 3,237,179 | 3,277,601 |
| Other Operating | 8,036,317 | 897,000 | 8,933,317 |
| Capital Expenditures | 558,852 | - | 558,852 |
| | | | |
| Subtotal Excl Emp Benefits | 21,010,461 | 25,364,778 | 46,375,239 |
| Employee Benefits | 2,414,787 | 4,758,329 | 7,173,116 |
| 5% Contingency(Non Employee) | 617,141 | 414,258 | 1,031,399 |
| **Totals*** | **24,042,389** | **30,537,365** | **54,579,754** |

**Cost Sharing with Participating Counties:**

Many mobile driver license offices have been temporarily closed due to equipment failure. For those currently without a driver license presence that previously had a mobile office, the Driver License Division would continue to pay the salary, mileage, and per diem costs. In return, the county could sign a Memorandum of Understanding (MOU) and provide a lockable, exclusive use, ADA-compliant facility with bathroom access, and pay for the equipment costs estimated at $20,900 per location for the first year; approximately $12,000 per year thereafter.

If a county wanted to open a new mobile office location previously un-served by the Division, they would be required to pay the above costs plus the personnel-related costs for each day they desired to have their new local office open for business.  The total estimated cost for service two times per month is approximately $60,000 per year.

*The remaining FTEs to fully staff the new Mega Centers will be transferred from other driver license offices within the State.

**Construction costs as an alternative to leasing are estimated to be $47 million.

***The restoration of $4,772,388 for Driver License card stock is also needed to fund license issuance costs.

TX_00244731

Defendant's Exhibit #
225                              DE-001449

**Conclusion**

The Driver License Division is undergoing a transformation to become a customer driven organization. We want to serve our customers as efficiently as possible, making it easy and painless to complete their required driver license and ID transactions.

The staffing, facilities updates/changes, and the technology improvement recommendations builds additional efficiencies into the business and allows the Division to use the State's resources more cost effectively.

TX_00244732

**Defendant's Exhibit #**
225

DE-001450

**Appendix 1 - Additional Requirements that Impact Driver License Service Quality**

| Implementation Date | Additional Requirements |
|---|---|
| January 1992 | Voter Registration was implemented. |
| January 1995 | Donor information collection began. |
| February 3, 1997 | Mandatory collection of SSN on original, renewal, or duplicate driver license began. |
| April 1, 1997 | Parent-Taught Driver Education began requiring the collection of documentation demonstrating successful completion prior to the issuance of a driver license to persons under 18. |
| January 2, 2002 | Implementation of the Graduated Driver License Program to restricted levels of driving permissions for persons under 18. |
| January 22, 2002 | Original and renewal registration of sex offenders on an annual basis began. |
| January 22, 2002 | Collection of a voluntary donation of $1 for anatomical gift education program began. |
| January 22, 2002 | Collection of citizenship status for the issuance of a driver license and ID card began. |
| December 2002 | Registration with the Selective Service System began. |
| May 31, 2005 | Hazardous Materials Endorsement (HME) application procedures went into effect requiring background checks for CDL applicants requesting an HME. |
| March 6, 2006 | Fee exemption for disabled veterans became effective. |
| September 1, 2006 | Voluntary organ donor registry collection to provide for a statement of gift on a driver license/ID became available. |
| September 1, 2009 | Waivers of driving tests eliminated for persons under 18 years of age. |

TX_00244733

Defendant's Exhibit #
225                                    DE-001451

**Appendix 2 – Driver License Division FY11 Improvement Plan**

Focus
Areas:

| Customer Service | Safety/ Security | Employee Environment |

Goals:

CS1 – Provide customers easy-to-access, easy-to-understand information

SS1 – Use internal controls to reduce illegal activity

EE1 – Hire good people and treat them right

CS2 – Minimize process time and provide a customer friendly environment

SS2 – Work to improve driver safety

EE2 – Provide training and tools to enable employees to succeed

CS3 – Provide stakeholders useful/interesting information about DL operations

---

Continued Driver License Transformation                                    Page 22

**TX_00244734**

**Defendant's Exhibit #**
**225**

DE-001452

**FY 2011 DL Improvement Project List**

| Project | Customer Service | Safety-Security | Employee Environment |
|---|---|---|---|
| Business Intelligence Analysis | CS2 | | √ |
| Division Reorganization and Staffing | CS2 | | √ |
| Proactive Customer Communication Plan | CS1 | | √ |
| DL Improvement Metrics Dashboard | CS2 | √ | √ |
| DL Staffing and Facility Situation Analysis | CS3 | √ | √ |
| DL/ID Issuance Requirements | CS1 | √ | √ |
| Mailer Upgrade | CS2 | | √ |
| Form Letter Revisions (50) | CS1 | | √ |
| IDs for Inmates | CS2 | | |
| Customer Flow Solution | CS2 | | √ |
| DL/DPS Message Development for Visual Displays | CS3 | √ | √ |
| Signage Standardization | CS1 | | √ |
| Model Office Design | CS2 | | √ |
| Credit/Debit Card Acceptance | CS2 | √ | √ |
| Parent Taught Driver Education Improvement | CS1 | √ | √ |
| Regional Management Empowerment Project | CS2 | √ | √ |
| Online Training Plan | √ | √ | EE2 |
| Internal Communication Plan | | | EE1 |
| Employee Uniforms | √ | | EE1 |
| Job Descriptions Revamp | √ | √ | EE1 |
| DL Manual Revision + DLD Fact Sheet Development | √ | √ | EE2 |
| IT Project Prioritization/Communication Plan | √ | SS1 | √ |
| ADLTS (Automated Driver License Testing System) | √ | SS2 | √ |

**TX_00244735**

**Defendant's Exhibit #
225**

DE-001453

**FY 2011 DL Improvement Project Descriptions**

<u>**Customer Service Projects:**</u>

**Business Intelligence Analysis** – This project will help the Driver License Division understand the details about the transactions processed in our 307 offices located across the state so we can target our improvement efforts to achieve the greatest impact.  This analysis, for example, will help us understand the optimal location and size of offices based on population density and population growth.

**Division Reorganization and Staffing** – This project will help us realign staffing to optimize division efficiency and add some new employees with skill sets that we don't currently have.

**Proactive Customer Communication Plan** – This project will help us identify ways to make sure our customers have easy access to information that they need to quickly complete their DL/ID transactions.  In addition to making sure that we get information up to date on the web and in our offices, we may also consider using Twitter or Facebook to share information.

**DL Improvement Metrics Dashboard** – This project will make sure we can tangibly demonstrate the benefits of our DL Improvement Plan by developing performance measures to quantify how much we improved customer service, employee environment, and safety and security. Developing this at-a-glance assessment tool for managers, employees, and other interested parties will let us quickly gauge our progress toward improving customer service, ensuring safety and security, and enhancing our employee environment.

**DL Staffing and Facility Situation Analysis** – This project will analyze and briefly present information about the change in DL staffing levels over the years compared to population growth and the increasing complexity of transactions.

**DL/ID Issuance Requirements** – This project will clarify—for our employees and customers—exactly what documents must be presented in order to receive a Texas DL or ID card.  This project will identify the best ways to present this information to our customers including the possibilities of presenting this information on the web, on large display boards at our offices, and via handouts or brochures.

**Mailer Upgrade** – This project will define the processes to improve the efficiency of the mailing process for the millions of documents DLD mails each year including renewal notices, DL/ID card mailings, and suspensions and surcharge notices.

TX_00244736

**Defendant's Exhibit #**
225

DE-001454

**Form Letter Revisions** – This project will review approximately 50 different form letters we send out to make sure they are easy to understand. Many times, customers get these letters and immediately call us because they are confused.  The hope is that by making the letters easier to understand we can reduce customer frustration and reduce the number of calls answered by DLD and Contact Center employees.

**IDs for Inmates** – This project, as required by HB2161, will develop a procedure to allow TDCJ staff to help inmates get ID cards before they are released so they can transition into society.

**Customer Flow Solution** – This project will provide a queuing system for our 50 largest offices allowing us to separate quick transactions from slower, more complex transactions. This capability will eventually allow us to provide online scheduling and online sharing of office wait times.  This project will dramatically improve our customer service.

**DL/DPS Message Development for Visual Displays** – This project is related to the customer flow solution.  The display screens for the queuing system also allow the display of important information for our customers.  We can help them understand the requirements, share interesting facts, and convey key department messages.

**Signage Standardization** – By standardizing signage in our offices we will identify our most important messages and make sure they are presented uniformly and neatly in all our offices.

**Model Office Design** – This project will develop a standard appearance for our offices and define minimum space per counter window.  While we will not be able to implement the standard appearance in all offices, having a target to shoot for will help us prepare for future facility changes.

**Credit/Debit Card Acceptance** – Develop the policy to accept alternate methods of payment which will improve customer convenience and reduce the threat of monetary loss to the state.

**Parent Taught Driver Education Improvement** – There is a great deal of confusion and frustration on all fronts regarding Parent Taught Driver Education. This project will work to simplify and clarify the requirements for this method of driver education, streamlining the process for everyone.

**Regional Management Empowerment Project** – This project will help develop a strong team of DL field managers who work together to solve challenges such as how to develop incident response teams, how to respond to customer calls, ways to reduce unproductive supervisory responsibility.

TX_00244737

**Defendant's Exhibit #**
**225**                                                    DE-001455

**Employee Environment Projects:**

**Online Training Plan** – We will develop a clear roadmap for what training can be presented online and prioritize which training modules should be developed first.  Online training offers many advantages:  course content is presented consistently; employees can repeat courses they did not fully grasp the first time; supervisors can easily track training; and online training doesn't require any travel time or expenditures.

**Internal Communication Plan** – We will consciously think about and develop a plan to make sure that there are ample opportunities to engage in 2 way communication between employees and supervisors.

**Employee Uniforms** – Providing field office employees department-issued shirts will ensure a professional, recognizable appearance and relieve employees of the need to replace clothing items at their own expense when they are damaged on the job.

**Job Descriptions Revamp** – This project will update the job descriptions for DL employees building in opportunities for career ladder advancement as knowledge and responsibility expand. This project will also look at defining ideal employee characteristics for each job.

**DL Manual Revision + DLD Fact Sheet development** – The current DL Manual will be revamped to make it easier to understand and to use as the reference tool it should be.  A revamped manual should make it easier for employees to do their job right. Additionally, a series of fact sheets will be developed to provide high-level brief overviews of some of DLD's high-profile activities, providing employees, regional commanders, and other stakeholders.  Fact sheets have already been drafted on DRP and DPS actions to combat DL Fraud.

**Safety and Security Projects:**

**IT Project Prioritization/Communication Plan** – Using technology is key to reducing office lines and improving customer satisfaction but it is also critical to achievement of many of our other projects.  This project will develop a method to prioritize IT requirements and communicate that with employees and other interested parties.

**ADLTS** – An Automated Driver License Testing System (ADLTS) will significantly reduce the potential for a driver license to be issued without the applicant passing the traffic law knowledge test because ADLTS will be directly connected to DLS.

---

TX_00244738

Defendant's Exhibit #                    DE-001456
225

**Appendix 3 – Other States Driver License Fees**

| | State | DL Fee * | AVG Fee/Year | Renewal Term by Years |
|---|---|---|---|---|
| 1 | Massachusetts | $75.00 | $15.00 | 5 |
| 2 | Vermont | $28.00 | $14.00 | 2 |
| 3 | Connecticut | $66.00 | $11.00 | 6 |
| 4 | Iowa | $20.00 | $10.00 | 2 |
| 5 | New Hampshire | $50.00 | $10.00 | 5 |
| 6 | Maryland | $45.00 | $9.00 | 5 |
| 7 | Florida | $48.00 | $8.00 | 6 |
| 8 | Idaho | $30.00 | $7.50 | 4 |
| 9 | Illinois | $30.00 | $7.50 | 4 |
| 10 | Oregon | $60.00 | $7.50 | 8 |
| 11 | Pennsylvania | $28.00 | $7.00 | 4 |
| 12 | New York | $52.00 | $6.50 | 8 |
| 13 | Rhode Island | $31.50 | $6.30 | 5 |
| 14 | Michigan | $25.00 | $6.25 | 4 |
| 15 | California | $31.00 | $6.20 | 5 |
| 16 | Ohio | $24.50 | $6.13 | 4 |
| 17 | Minnesota | $24.00 | $6.00 | 4 |
| 18 | New Jersey | $24.00 | $6.00 | 4 |
| 19 | Utah | $30.00 | $6.00 | 5 |
| 20 | Alabama | $23.00 | $5.75 | 4 |
| 21 | Nevada | $22.00 | $5.50 | 4 |
| 22 | Oklahoma | $21.50 | $5.38 | 4 |
| 23 | Maine | $21.00 | $5.25 | 4 |
| 24 | Mississippi | $21.00 | $5.25 | 4 |
| 25 | Arkansas | $20.00 | $5.00 | 4 |
| 26 | Delaware | $25.00 | $5.00 | 5 |
| 27 | Hawaii | $40.00 | $5.00 | 8 |
| 28 | Kentucky | $20.00 | $5.00 | 4 |
| 29 | Montana | $40.00 | $5.00 | 8 |
| 30 | Washington | $25.00 | $5.00 | 5 |
| 31 | Wyoming | $20.00 | $5.00 | 4 |
| 32 | Nebraska | $24.00 | $4.80 | 5 |
| 33 | New Mexico | $18.00 | $4.50 | 4 |
| 34 | Wisconsin | $34.00 | $4.25 | 8 |
| 35 | Colorado | $21.00 | $4.20 | 5 |
| 36 | Alaska | $20.00 | $4.00 | 5 |
| 37 | North Carolina | $32.00 | $4.00 | 8 |
| 38 | South Dakota | $20.00 | $4.00 | 5 |
| **39** | **Texas** | **$24.00** | **$4.00** | **6** |
| 40 | Virginia | $32.00 | $4.00 | 8 |
| 41 | Tennessee | $19.50 | $3.90 | 5 |
| 42 | Kansas | $22.00 | $3.67 | 6 |
| 43 | Georgia | $35.00 | $3.50 | 10 |
| 44 | Indiana | $21.00 | $3.50 | 6 |
| 45 | Louisiana | $13.50 | $3.38 | 4 |
| 46 | Missouri | $20.00 | $3.33 | 6 |
| 47 | West Virginia | $13.00 | $2.60 | 5 |
| 48 | North Dakota | $10.00 | $2.50 | 4 |
| 49 | South Carolina | $25.00 | $2.50 | 10 |
| 50 | Arizona | $25.00 | $0.51 | 49 |

* Some states have different driver license fees.  The fees shown are the highest fees for a non-commercial license.
Source:  American Association of Motor Vehicle Administrators, September 2010

Continued Driver License Transformation                                         Page 27

TX_00244739

**Defendant's Exhibit #**
**225**

DE-001457

Continued Driver License Transformation

Appendix 4 - Driver License Division Generated Revenue By Source Of Income

| Driver License Fees | Fund | Fee | # Assessed 2010 | Collected 2009 | % FY09 | Collected 2010 | % FY10 | Legislative Appropriation |
|---|---|---|---|---|---|---|---|---|
| Driver Responsibility Program - Trauma Fund | 0111 | $100-$2,000 | 1,430,014 | $ 83,922,031 | | $ 77,075,001 | | Trauma Fund |
| Driver Responsibility Program - General Revenue | 0001 | $100-$2,000 | 1,430,014 | $ 83,922,031 | | $ 77,075,001 | | GR Unappropriated |
| Driver Responsibility Program - Vendor Fees** | 0001 | Varies | Unknown | $ 11,857,495 | | $ 13,154,340 | | DPS |
| Driver License Reinstatement - Administrative License Revocation | 0365 | $125 | 49,881 | $ 6,385,358 | | $ 6,235,092 | | Texas Mobility Fund |
| Motor Vehicle Safety Responsibility Fees (Reinstatement Fees) | 0001 | $100 | 37,453 | $ 4,729,778 | | $ 3,745,315 | | GR Unappropriated |
| Reinstatement Fees | 0365 | $60-$100 | 258,920 | $ 1,685,944 | | $ 1,759,972 | | Texas Mobility Fund |
| Driver Responsibility Program - Driver License Division | 0001 | $100-$2,000 | 1,430,014 | $ 1,675,971 | | $ 1,555,959 | | DPS |
| Ignition Interlock DL Fees | 0365 | $10 | 3,544 | $ 15,640 | | $ 35,436 | | Texas Mobility Fund |
| **Subtotal** | | | | **$ 194,178,608** | **56%** | **$ 180,600,679** | **54%** | **Enforcement/Compliance** |
| Driver License Fees | 0365 | $5-$120 | 4,661,912 | $ 83,966,739 | | $ 86,421,363 | | Texas Mobility Fund |
| ID Certificates | 0365 | $5-$15 | 787,905 | $ 9,649,515 | | $ 6,005,865 | | Texas Mobility Fund |
| Parent Taught Driver Education | 0006 | $20 | 87,472 | $ 1,913,037 | | $ 1,749,442 | | DPS |
| Motorcycle License Fees | 0365 | $8-$15 | Unknown | $ 1,153,510 | | $ 997,776 | | Texas Mobility Fund |
| Occupational Driver License Fees | 0365 | $10-$20 | 17,361 | $ 165,458 | | $ 196,280 | | Texas Mobility Fund |
| **Subtotal** | | | | **$ 96,848,259** | **28%** | **$ 94,370,725** | **28%** | **DL/ID fees** |
| Driver Record and Interactive Record Fees | 0365 | $4-$22 | 11,320,809 | $ 55,677,932 | | $ 55,956,414 | | Texas Mobility Fund |
| Sale of License Information - (Weekly Update) | 0365 | $75 | 2,178 | $ 166,410 | | $ 163,329 | | Texas Mobility Fund |
| Sale of License Information - (Complete List) | 0365 | $2,000 | 9 | $ 8,000 | | $ 18,000 | | Texas Mobility Fund |
| **Subtotal** | | | | **$ 55,852,342** | **16%** | **$ 56,137,743** | **17%** | **Driver Record Sales** |
| Voluntary Driver License Fee - Donor Education Awareness and Registry | 0001 | $1 | 280,790 | $ 324,399 | | $ 280,790 | | DSHS |
| Voluntary Driver License Fee | 0001 | $1 | 293,448 | $ 381,311 | | $ 293,448 | | GR Unappropriated |
| Helmet Sticker Fee*** | 0501 | $6 | 0 | $ 18,985 | | $ - | | Motorcycle Education Fund |
| National Driver Registry | 0006 | $4 | 667 | $ 2,828 | | $ 2,669 | | DPS |
| **Subtotal** | | | | **$ 727,523** | **0%** | **$ 576,907** | **0%** | **Miscellaneous** |
| **Grand Total** | | | | **$ 347,606,732** | **100%** | **$ 331,686,053** | **100%** | |

** These fees are appropriated to DPS but are used to pay the vendors who assist with
*** The Helmet Sticker Fee is no longer collected (starting in 2010)

Defendant's Exhibit #
225

TX_00244740

DE-001458

PL685
9/2/2014
2:13-cv-00193

| May 2012 Average Customer Wait Time - Large Offices | | |
|---|---|---|
| Office Name | Number of Customers Served | Average Wait Time Per Person |
| Arlington | 6,010 | 0:54:54 |
| Carrollton | 5,646 | 0:45:54 |
| Dallas East | 6,211 | 0:59:55 |
| Dallas SW | 3,168 | 0:57:50 |
| Garland | 4,533 | 1:22:01 |
| Irving | 3,893 | 0:41:19 |
| Denton | 3,066 | 0:59:14 |
| Hurst | 7,260 | 0:50:05 |
| LakeWorth | 4,490 | 0:41:12 |
| Cedar Hill | 3,166 | 0:45:50 |
| Longview | 2196 | 0:35:00 |
| McKinney | 3,381 | 0:57:59 |
| Tyler | 2,558 | 0:40:59 |
| Grand Prairie | 2,782 | 0:56:18 |
| Dallas Downtown | 3,178 | 0:57:02 |
| Fort Worth | 5,843 | 0:33:40 |
| Plano | 6,738 | 0:38:02 |
| Lewisville | 3,190 | 0:50:26 |
| Winkler | 4,541 | 0:49:25 |
| Baytown | 2,768 | 0:43:00 |
| Beaumont | 2,919 | 0:28:08 |
| Houston Grant Road | 5,415 | 1:19:02 |
| Conroe | 4,398 | 0:59:56 |
| Houston Vantage | 4,532 | 0:45:45 |
| Houston East | 4,655 | 1:30:21 |
| Humble | 3,565 | 1:06:56 |
| Houston Dacoma | 6,061 | 0:30:51 |
| Pasadena | 2,858 | 0:37:54 |
| Texas City | 2,826 | 0:37:55 |
| Rosenberg | 5,519 | 0:30:49 |
| Clear Lake | 4,313 | 0:40:40 |
| Corpus Christi | 3,931 | 0:42:14 |
| Brownsville | 3,172 | 0:43:04 |
| Laredo | 3,676 | 0:17:15 |
| San Antonio Babcock | 5,656 | 0:41:29 |
| New Braunfels | 4,351 | 0:52:26 |
| Pat Booker | 4,553 | 1:13:16 |
| General McMullen | 4,413 | 1:12:38 |
| Midland | 2414 | 0:56:46 |
| Abilene | 1918 | 0:43:18 |
| El Paso Northwestern | 2,499 | 0:46:16 |
| Gateway | 3,637 | 0:27:55 |
| El Paso Hondo Pass | 2415 | 0:29:40 |
| Odessa | 2329 | 1:07:35 |

TX_00296937

Defendant's Exhibit #
266

DE-001653

| May 2012 Average Customer Wait Time - Large Offices | | |
|---|---|---|
| Office Name | Number of Customers Served | Average Wait Time Per Person |
| El Paso Scott Simpson | 4,083 | 0:40:59 |
| Lubbock | 4,044 | 0:46:34 |
| Amarillo | 4,411 | 0:55:36 |
| Wichita Falls | 2170 | 0:34:53 |
| Waco | 3,294 | 0:23:58 |
| Austin North | 6,558 | 0:43:47 |
| Austin South | 4,413 | 1:12:08 |
| Bryan | 3,312 | 0:35:37 |
| Georgetown | 3,249 | 0:48:35 |
| Waxahachie | 2,655 | 0:57:20 |
| Austin NW | 4,621 | 0:47:33 |

2

TX_00296938

Defendant's Exhibit #
266

DE-001654





# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
**www.dps.texas.gov**

STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
ALLAN B. POLUNSKY, CHAIR
ADA BROWN
JOHN STEEN
CARIN MARCY BARTH
A. CYNTHIA LEON

October 7, 2011

The Honorable Rodney Ellis
Texas Senate
P.O. Box 12068
Austin, Texas 78711-2068

Dear Senator Ellis:

Thank you for your recent correspondence concerning the implementation of Senate Bill 14, passed by the Eighty-second Texas Legislature. Following is my response, along with your original questions for reference.

- How many DPS office locations will be issuing the election identification certificate (EIC), the free identification option that satisfies the requirements of Section 63.001(b), Election Code?  **All DPS offices will issue the Election Identification Certificate (EIC).**

- Where are these offices located?  **Throughout the state.**
  **http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp**

- Will persons seeking to apply for an EIC have to wait in the same line as other seeking to apply for a driver's license?  **Large driver license offices have queuing systems that assist in routing applicants, according to service needs. Since requirements for an EIC will be similar to those for a Texas ID, we anticipate utilizing the ID lines for EIC applicants.**

- Or will there be a separate processing line for those only seeking and EIC?  **There are no plans to establish separate lines for EIC applicants at this time. However, changes can be made based upon service demand using the queing system.**

- What is the current average wait time, by day of the week, for persons seeking to apply for a driver's license at each DPS office location that will be issuing EICs?  **Wait times vary by location, type, and time of the transaction. While we do not have specific wait times for all offices, it can range from zero in many offices to as long as 3 hours in metropolitan areas during our busiest months of the year. From March 1 through June 30, 2011, the 59 busiest offices in the state, which have queuing systems, posted an average wait time of 42:52 minutes, with an average transaction time of 7:08 minutes. Customers in these offices spent an average of 50 minutes from the time their transaction was entered into the queuing system until it was completed. This does not include the time someone would have to wait in line before they could be entered into the queuing system.  The addition of six mega centers in our most populated areas throughout the state is essential to reducing wait times.  The goal is to issue an EIC within 30 minutes from the time a person arrives at a driver license location anywhere in the state. Funding by the State Legislature is critical to reducing wait times.**

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

- What identification will be required in order to obtain an EIC? **An original applicant for an election identification certificate must present: (1) One piece of primary identification; (2) Two pieces of secondary identification; or (3) One piece of secondary identification plus two pieces of supporting identification.**

    o **A Texas driver license or personal identification card issued to the person that has been expired for 60 days and is within two years of expiration date may be presented as primary identification.**
    o **Secondary identification. Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency; (2) Original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad); or (3) Original or certified copy of court order with name and date of birth (DOB) indicating an official change of name and/or gender.**
    o **Supporting identification. (1) voter registration card; (2) school records; (3) insurance policy (at least two years old); (4) vehicle title; (5) military records; (6) unexpired military dependant identification card; (7) original or certified copy of marriage license or divorce decree; (8) Social Security card; (9) pilot's license; (10) unexpired photo DL or photo ID issued by another (United States) state, US territory, the District of Columbia; (11) expired photo DL or photo ID issued by another (United States) state, US territory, or the District of Columbia that is within two years of the expiration date; (12) an offender identification card or similar form of identification issued by the Texas Department of Criminal Justice; (13) any document that may be added to Section 15.24 (relating to Identification of Applicants) other than those issued to persons who are not citizens of the U.S.**

- How long do you anticipate the turnaround will be from the day a person applies for an EIC to the date they receive the actual EIC? **DPS is currently mailing DL/IDs less than 10 days after application. We do not anticipate any changes with the addition of the EIC.**

- Will DPS be offering a temporary EIC at the DPS office locations that will comply with the requirements of Section 63.001(b) of the Election Code so that any delays in processing or mailing out the official EIC will not result in a person's inability to vote? **A temporary EIC, which includes a photo, will be issued at the time of application. The Secretary of State's office has confirmed that it will be accepted at the polls in the same manner as the actual card. This also applies to temporary DLs and IDs.**

- Recent press reports indicate that a top official in the Wisconsin Department of Transportation instructed staff at Division of Motor Vehicles service centers *not* to tell members of the public that they can obtain voter identification cards free of charge unless they know to ask for it. Will DPS be taking a similar approach? **No it will not.**

- In other words, will DPS staff be precluded from telling members of the public that they can obtain an EIC free-of-charge unless staff is directly asked? **No. Driver License employees will be trained on the provisions of the law and will be able to explain the differences in an EIC and a State ID to those persons who come into a driver license office to obtain an EIC. DPS staff will be expected to serve the customer and provide them an EIC cost free as required by law. We will also inform customers that if they have any of the documents acceptable for voting; a driver license, identification card, concealed handgun license, US passport, citizenship card, or military ID, they will not be eligible to receive the EIC.**

**Defendant's Exhibit #**
**010**

DE-000068

- Does DPS plan on organizing any satellite locations, temporary or otherwise, in order to provide Texans with opportunities to apply for an EIC outside of the normal DPS office locations? I would note this would be especially relevant for Texans with disabilities, the elderly, and those too sick or without means to travel to a DPS office location.  **No. The law does exempt those persons who can prove disability through Social Security Administration or Veteran's Administration documentation to the Secretary of State from presenting additional identification.**

The proposed DPS rules for implementing the requirement to issue an EIC are attached for reference.  These rules will be published in the October 14, 2011, Texas Register and available for public comment for 30 days after publication.

Thank you again for your correspondence and please feel free to contact Rebecca Davio, Assistant Director, Driver License Division at 512.424.5232 if you have questions or need additional information.

Sincerely,

*Steven C. McCraw*

Steven C. McCraw
Director

Attachments:    Transaction Frequency 2010
                DPS Proposed Rules-Election Identification Certificate

PL687
9/2/2014
2:13-cv-00193

# Republican Party of Texas

Report of
Permanent Committee on Platform and Resolutions
As Amended and Adopted by the
2014 State Convention of the
Republican Party of Texas

**Contents**

PREAMBLE ........................................................................................................................ 3

PRINCIPLES ..................................................................................................................... 3

PRESERVING AMERICAN FREEDOM ......................................................................... 4

   LIMITING THE EXPANSE OF GOVERNMENT POWER ........................................ 4

   REFORMING THE JUDICIAL SYSTEM ................................................................... 9

   RESTORING INTEGRITY TO OUR ELECTIONS ................................................... 10

   HONORING THE SYMBOLS OF OUR AMERICAN HERITAGE ......................... 13

STRENGTHENING FAMILIES, PROTECTING LIFE, AND PROMOTING HEALTH ........ 13

   CELEBRATING TRADITIONAL MARRIAGE ........................................................ 13

   PROTECTING INNOCENT HUMAN LIFE .............................................................. 14

   PROTECTING OUR CHILDREN .............................................................................. 16

   ASSISTING FAMILIES TO SELF SUFFICIENCY ................................................. 17

   EMPOWERING FAMILIES TO DIRECT THEIR HEALTH CARE ......................... 18

EDUCATING OUR CHILDREN ..................................................................................... 19

PROMOTING INDIVIDUAL FREEDOM AND PERSONAL SAFETY ........................ 23

STRENGTHENING THE ECONOMY ............................................................................ 26

   GOVERNMENT SPENDING ................................................................................... 26

   TAX BURDEN ........................................................................................................... 28

   STATE AND LOCAL DEBT ..................................................................................... 29

   CONSTITUTIONAL SPENDING LIMIT ................................................................. 29

   ECONOMIC STABILIZATION FUND .................................................................... 29

UNITED STATES SOVEREIGNTY, LEADERSHIP, AND FOREIGN POLICY ................... 34

   SOVEREIGNTY ........................................................................................................ 34

   MILITARY AND SPACE EXPLORATION ............................................................. 35

   FOREIGN POLICY ................................................................................................... 36

   IMMIGRATION ........................................................................................................ 38

RESOLUTION IN SUPPORT OF PRIORITIZING CONSTITUTIONAL CARRY
LEGISLATION ................................................................................................................ 40

## 2014 STATE REPUBLICAN PARTY PLATFORM

### Permanent Committee on Platform and Resolutions
### Chairman Tom Mechler

| | | | |
|---|---|---|---|
| SD 1 | William "Butch" Marsalis | SD 11 | Gabriel Allen |
| SD 2 | Dwayne Collins | SD 12 | Nancy Dillard |
| SD 3 | Sharron Graves | SD 13 | Bonnie Lugo |
| SD 4 | Daniel Ure | SD 14 | T.J. Scott |
| SD 5 | Larry Gonzales | SD 15 | Rolando Garcia |
| SD 6 | Artemio Muniz | SD 16 | Ron Hinds |
| SD 7 | Mark Ramsey | SD 17 | Mike Gibson |
| SD 8 | Susan Fletcher | SD 18 | Edee Sinclair |
| SD 9 | Sara Legvold | SD 19 | Art Martinez de Vara |
| SD 10 | Georgia Stapleton | SD 20 | Angie Flores |

| | |
|---|---|
| SD 21 | Troy Swift |
| SD 22 | Jack Guthrie |
| SD 23 | Leslie Thomas |
| SD 24 | Dee Lott |
| SD 25 | Sheryl Holland |
| SD 26 | David Westbrook |
| SD 27 | Dorothy Morgan Graham |
| SD 28 | Russ Duerstine |
| SD 29 | Mary Holmsley |
| SD 30 | Danny Pelton |
| SD 31 | Victor Leal |

### PREAMBLE

We STILL hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness.  Throughout the world, people dare to dream of freedom and opportunity. The Republican Party of Texas unequivocally defends that dream. We strive to preserve the freedom given to us by God, implemented by our Founding Fathers, and embodied in the Constitution. We recognize that the traditional family is the strength of our nation. It is our solemn duty to protect life and develop responsible citizens. We understand that our economic success depends upon free market principles. If we fail to maintain our sovereignty, we risk losing the freedom to live these ideals.

### PRINCIPLES

We, the 2014 Republican Party of Texas, believe in this platform and expect our elected leaders to uphold these truths through acknowledgement and action.  We believe in:

1. Strict adherence to the original intent of the Declaration of Independence and United States and Texas Constitutions.
2. The sanctity of human life, created in the image of God, which should be protected from fertilization to natural death.
3. Preserving American and Texas sovereignty and freedom.
4. Limiting government power to those items enumerated in the United States and Texas Constitutions.
5. Personal accountability and responsibility.
6. Self-sufficient families, founded on the traditional marriage of a natural man and a natural woman.
7. Having an educated population, with parents having the freedom of choice for the education of their children.
8. Americans having the right to be safe in their homes, on their streets, and in their communities; and the unalienable right to defend themselves.
9. A free enterprise society unencumbered by government interference or subsidies.
10. Honoring all of those that serve and protect our freedom.
11. And we believe in "The laws of nature and nature's God" as our Founding Fathers believed.

**PRESERVING AMERICAN FREEDOM**

**LIMITING THE EXPANSE OF GOVERNMENT POWER**

Reaffirm Texas Sovereignty as Reserved Under the 10th Amendment, United States Constitution- We strongly urge the Texas Legislature ignore, oppose, refuse, and nullify any federal mandated legislation which infringes upon the states' 10th Amendment Right. All federal enforcement activities in Texas must be conducted under the auspices of the county sheriff with jurisdiction in that county.

Opposition to Socialism- Socialism breeds mediocrity. America is exceptional. Therefore, the Republican Party of Texas opposes socialism in all of its forms.

Full Repeal of the 17th Amendment of the United States Constitution- Return the appointment of United States Senators by the state legislatures.

Unelected, Appointed Bureaucrats and Agencies- We decry the appointment of unelected bureaucrats, and we urge Congress to use their constitutional authority to defund and abolish these positions and return authority to duly elected officials, accountable to the electorate. In the interim, we hold Congress responsible for agency decisions. Executive decisions by agencies must be reviewed and approved by Congress before taking effect.

Constitutional Citations on Legislation- We urge that all bills presented in the United States Congress and Texas Legislature include citations to the authorizing constitutional provision, cost to implement, and impact on the family.

Line-Item Veto- Amend the Texas Constitution to enhance and strengthen the Governor's line-item reduction veto authority over the state budget.

Agency Sunset Review Process- Reform the Sunset Commission to be a majority citizen-led commission on government reform (appointed by Governor, Lt. Governor, and Speaker of the House).

Unfunded Mandates- Amend the Texas Constitution and statutes to restrict the power of the Legislature to impose unfunded mandates on local governments.

If It's Good Enough For Us It's Good Enough For Them- The Government shall not, by rule or law, exempt any of its members from the provisions of such rule or law.

Law Enforcement- We support limitation of criminal jurisdiction of federal law-enforcement agencies into state and local jurisdictions, and encourage them to enforce the laws under federal jurisdiction. The states have the right to protect their citizens if the federal government fails to enforce its applicable laws.

Border Security- The United States border must be secured immediately!  It is the fundamental responsibility of our federal government to do so.  Narcotics, arms and human trafficking have a

devastating effect on our nation. By using every available resource to achieve 100% border security and control, it will enhance the protection of all Americans, especially border residents. The State of Texas has the right to protect its citizens, businesses and ranches if the federal government fails to enforce its applicable laws.

Preserving National Security- We believe terrorism is a major threat to international peace and to our own safety. We urge our national leadership to:

- Protect and defend our natural and constitutional rights and swiftly wage successful war on terrorists
- Eliminate aid and cease commerce with any nation threatening us or aiding terrorists or hostile nations
- Support other nations fighting terrorists
- Reasonably use profiling to protect us
- Prosecute national security breaches
- Revise laws or executive orders that erode our essential liberties.

Repeal Patriot Act- We urge the repeal of the USA Patriot Act and spying on law abiding Americans must stop immediately. We support court ordered warrants on an individual basis in cases directly involving national security.

Abolish NDAA- The Republican Party of Texas abhors any policies of indefinite detention of United States citizens without due process. We urge our government to terminate any practice of detention without due process, including, but not limited to, any enforcement of federal law by the military within the State of Texas, under Sections 1021 and 1022 of the National Defense Authorization Act (NDAA).

Repeal the Lacey Act- Due to abuse such as suffered by the Gibson Guitar Company, we condemn the over-criminalization nature of the Lacey Act.

Repeal Portions of the 2014 Farm Bill- The Republican Party of Texas supports a repeal of all portions of the Farm Bill legislation that can result in depriving landowners of the use of their property and constitutional rights such as due process, including "swampbuster" provisions.

Emergency War Powers and Martial Law Declarations- We strongly urge Congress to repeal the War Powers Act and end our declared state of emergency. Any declaration of martial law should be approved by Congress.

Elimination of Executive Orders- We reject the unconstitutional use of executive orders and other mandates lacking Congressional approval.

Inter-jurisdictional Agreements- We oppose inter-jurisdictional agreements with any state that prevent the governor from controlling the Texas Military Forces, police, other emergency management personnel, and/or State of Texas resources. We call for repeal of any existing agreements.

5

Census- We oppose the Census Bureau obtaining data beyond the number of people residing in a dwelling, and we oppose statistical sampling adjustments. We support the actual counting of people and oppose any type of estimation or manipulation of census data. Only United States citizens should be counted for the purpose of adjusting legislative districts.

Preservation of Republican Form of Government- We support our republican form of government in Texas, as set forth in the Texas Bill of Rights, and oppose initiative and referendum. We also urge the Texas Legislature and the United States Congress to enact legislation prohibiting any judicial jurisdiction from allowing any substitute or parallel system of law, specifically foreign law (including Sharia Law), which is not in accordance with the United States or Texas Constitutions.

Germane Contents Requirement- All content of any bill must be germane to the title of the act.

Legislative Accountability Requirement- All bills passed in the United States Congress or Texas Legislature, or their respective Senates, should require a recorded and preserved vote; and no bill voted on may be changed after the vote.  We support rules requiring that all votes on bills cast in the Texas House of Representatives and Senate be made freely available to the electorate.

Recall Elections- Texans should have the right to recall their elected officials.

Constitutional Convention- We strongly oppose any constitutional convention to rewrite the United States Constitution. We encourage the Texas Legislature to rescind its 1977 call for such a convention. We call upon other states to rescind their votes for such a convention.

Article V Convention- Under no circumstances shall the Bill of Rights, the first 10 constitutional amendments, be changed in any manner. We urge the Texas State Legislators to take the lead in calling for an Article V Amending Convention of States, for the specific purpose of reigning in the power of the federal government. Any proposed amendments must be ratified by ¾ of the states to take effect.

Affirmative Action- The Republican Party of Texas believes in equal opportunity for all citizens without regard to race or gender. Affirmative action casts doubt on minority achievement, making such achievement as seemingly unearned.  We believe that true minority advancement will come from a demand for personal responsibility, accountability, and competitive excellence.

Reparations- We oppose any form of reparations.

Government Takings and Restrictions- We reaffirm our belief in the constitutional concept of the right to own property without governmental interference, and that property ownership and free market enterprise form the foundation of our collective wealth.  NO government entity should abridge or deny these rights. To that end, we urge legislative changes to address the protection of these bedrock rights.  Areas of concern from our grassroots constituency are:
- Annexation; all affected parties of a proposed annexation should be allowed a vote on said proposal, and must pass with a 2/3s vote.

- Eminent domain and property forfeiture; the taking of property under eminent domain or property forfeiture should specifically exclude seizing private property for public or private economic development or for increased tax revenues. Additionally, we support fair market value compensation to the property owners for all damages from all sources as a direct result of any taking. Government should return to the basic form of property rights and readopt "Fee Simple Absolute," which gives all property owners the maximum extent possible in the land under the law.
- Natural resources and conservation easements; groundwater and/or mineral rights are a vested ownership. Conservation easements, involving watersheds, green areas and nationalization of lands should be resisted in the strongest manner applicable.
- We support the rights of each and every property owner to fight in their local judicial venue against any taking of their private property.
- We oppose the International Property Maintenance Code as a violation of the 4th Amendment right to privacy and an invasion of personal property.

All private property owners involved in these matters should be notified of their rights, under law, with regard to condemnation, annexation, or easement; and the condemner should be required to show the public need and necessity by petitioning a court of jurisdiction. Taking of property should result in immediate compensation of fair market value to the owner. These issues should always be administered by organizations and elected officials accountable to voters.

Confiscation without Compensation- Taking a property—real, oil or gas, or other minerals – without just compensation by oil and gas operators, and sanctioned by the Railroad Commission, is unconstitutional and against the principles of the Republican Party of Texas. In particular, "Rule 37" exception takings by the Railroad Commission for industry should not be permitted without the granting of a no-cost, full-working interest in mineral rights to owners of the property confiscated.

Water Districts- We strongly applaud the decision made by the Texas Supreme Court rejecting regulation, regulatory taking, metering, and restricting production of individuals' underground water. We advocate fair market value compensation for the taking of an individual's private water supply. We urge the restriction of water districts to their original purpose of supplying clean drinking water and/or the purpose of reporting regarding underground water. We ask the legislature to allow citizens who are impacted by said water, irrigation, fresh water supply districts the ability to vote on the selection of the board or committee members of these districts, and allow the voters the ability of recall of these elected officials of an irrigation district, fresh water supply district, municipal utility district, or any other special purpose district. If citizens are restricted in using water, all city, state, and local government facilities and public-private partnerships be subject to similar restrictions. Except for the purpose of emergency services.

Protect Groundwater Property Rights from Water Marketers- We demand the State of Texas protect the groundwater rights of the property owners from water marketers and within developments/subdivisions in the State of Texas.

<u>Protection from Extreme Environmentalists-</u> We strongly oppose all efforts of the extreme environmental groups that stymie legitimate business interests and private property use. We believe the Environmental Protection Agency should be abolished.

<u>Climate Change-</u> While we all strive to be good stewards of the earth, "climate change" is a political agenda which attempts to control every aspect of our lives. We urge government at all levels to ignore any plea for money to fund global climate change or "climate justice" initiatives.

<u>Homestead Protection-</u> We support continuance of Texas' homestead protection.

<u>Livestock and Pet Location-</u> We support the repeal of the National Animal Identification System (NAIS).

<u>Banning the Use of Red Light Cameras-</u> We call for the ban on red light cameras in the State of Texas.

<u>Drivers Licenses-</u> We propose that every Texas driver's license shall indicate whether the driver is a United States citizen. No such license shall be issued to anyone not legally in the country.

<u>Free Speech for the Clergy-</u> We urge amendment of the Internal Revenue Code to allow a religious organization to address issues without fear of losing its tax-exempt status. We call for repeal of requirements that religious organizations send the government any personal information about their contributors.

<u>Government Regulation on Religious Institutions-</u>The state should have no power over licensing or training of clergy. The State should withdraw all imposed regulations.

<u>Restore Constitutional Integrity in the Legislative Process-</u> We call upon the United States. Congress to pass legislation to restore constitutional integrity in the legislative process. We strongly recommend single issue legislation that prohibits the current practice of inserting, into otherwise unrelated legitimate legislation, funding for or federal regulations on special interest issues into virtually every piece of legislation. We oppose the use of signing statements by the President to circumvent the law.

<u>The Rights of a Sovereign People-</u> The Republican Party of Texas supports the historic concept, established by our nation's founders, of limited civil government jurisdiction under the natural laws of God, and repudiates the humanistic doctrine that the state is sovereign over the affairs of men, the family, and the church.

<u>Defending American Citizens-</u> We call for Congress to act, as President Obama has dismissed the IRS targeting of specific political groups and individuals, which calls into question the President's and the Department of Justice's commitment to citizens constitutional rights; and we call for Congress to act on the Benghazi cover up and the failure to protect American citizens

including United States military personnel by the Obama Administration; and we call for Congressional investigations into other federal agencies.

Preserving Private Enterprise- We believe that the products of gardens, farms, ranches, cottage industries and manufacturing which are not transported across state lines should not be federally, or by any other government, regulated more than the minimum necessary to prevent disease, fraud, injury to others, or other infringement of citizens' unalienable rights.

Fairness Doctrine- We oppose any attempt by Congress or any federal agency to implement any policy comparable to the "Fairness Doctrine" as terminated in 1987.

Empowering Local Entities Concerning Religious Meetings- We support the right of local entities to determine their own policies regarding religious clubs and meetings on all properties owned by the same, without interference.

Real ID Act-As the Real ID Act effectively creates an unconstitutional and privacy-inhibiting national ID card, we hereby call for its immediate repeal

Employment Non-Discrimination Act (ENDA) and Laws- We oppose government regulations which would coerce business owners and employees to violate their own consciences, beliefs, and principles.

Government Intrusion into the Internet or Communications- We support the United States maintaining continued control of the internet.  We also demand that no American government, at any level, should have any kind of "kill-switch" capability, either by executive order or by statute. We oppose the government's ability to shut down websites either directly or through intimidation without a warrant or judicial hearing.

**REFORMING THE JUDICIAL SYSTEM**

Direct Election of State Judges- We support our right to select our judges by direct vote.

Visiting Judges- We support legislation prohibiting judges defeated by the electorate from serving as visiting judges, or acting as judges in any capacity, until such time they are reinstated by the electorate through a subsequent election.

Jury Reform- We support the right to privacy and security of prospective jurors during jury selection. Courts must show relevance of questions asked of jurors and perform a balancing test between the prospective juror's right to privacy and lawyers' need to know. Either party in a criminal trial should have a right to inform jurors of their right to determine facts and render a verdict.

Administrative Justice- Citizens have a right to full participation in administrative law processes.

Fully-Informed Jury- We support the right to inform the jurors of their common law power to judge law, as well as the evidence, and to vote on the verdict according to their conscience.

Judicial Restraint- We urge Congress to adopt the Constitutional Restoration Act and support the principle of judicial restraint, which requires judges to interpret and apply, rather than make the law. We support judges who strictly interpret the law based on its original intent. We oppose judges who assume for themselves legislative powers.

Remedies to Activist Judiciary- We call Congress and the President to use their constitutional powers to restrain activist judges. We urge Congress to adopt the Judicial Conduct Act of 2005, and remove judges who abuse their authority. Further, we urge Congress to withhold Supreme Court jurisdiction in cases involving abortion, religious freedom, and the Bill of Rights.

American Law for American Courts (ALAC)- No foreign law or international edict shall preempt the United States Constitution or the Texas Constitution, or be used as the basis for any decision, except required by contract between the individual parties.

Judicial Nominees- We urge Republican Senate leadership to ensure that a record vote is taken on every judicial nominee.

Information Disclosure on Judicial Candidates- The Republican Party of Texas should foster a judicial archive site on the internet with personal history, qualifications, and past rulings made by all judicial candidates.

Statutory Authority for Regulation- Defendants charged with violating a governmental regulation should have the right to see the enabling law.

Strengthen Tort Reform- We strongly support continuation of common sense tort reform that puts justice back into our civil justice system.

**RESTORING INTEGRITY TO OUR ELECTIONS**

Unions- We support legislation requiring labor unions to obtain consent of the union member before that member's dues can be used for political purposes.  We strongly oppose card check.

Campaign Contributions- We support full disclosure of the amounts and sources of any campaign contributions to political candidates, whether contributed by individuals, political action committees, or other entities.

Candidate Eligibility- A candidate running for office should be required to reside within the geographical boundaries of the office sought. The Secretary of State shall be required to certify that state and federal candidates placed on ballots proffered in Texas meets the statutory requirements for the office sought.  For federal offices, all candidates must submit written authorization for the Secretary of State to obtain a certified copy of the candidates' birth

certificate from the original issuing authority, so as to prove they are constitutionally eligible, in order to have their name placed on the GENERAL election ballot.

Voter Registration- We support restoring integrity to the voter registration rolls and reducing voter fraud. We support repeal of all motor voter laws; re-registering voters every four years; requiring photo ID of all registrants; proof of residency and citizenship, along with voter registration application; retention of the 30-day registration deadline; and requiring that a list of certified deaths be provided to the Secretary of State in order that the names of deceased voters be removed from the list of registered voters.

Selection of Primary Candidates- The SREC should study the Utah model for selecting primary candidates.

Electoral College- We strongly support the Electoral College.

Voting Rights- We support equal suffrage for all United States citizens of voting age who are not felons. We oppose any identification of citizens by race, origin, or creed and oppose use of any such identification for purposes of creating voting districts.

Voter Rights Act- We urge that the Voter Rights Act of 1965, codified and updated in 1973, be repealed and not reauthorized.

Felon Voting- We affirm the constitutional authority of state legislatures to regulate voting, including disenfranchisement of convicted felons.

Protecting Active Military Personnel's Right to Vote- We urge the Texas Secretary of State and the United States Attorney General to ensure that voting rights of our armed forces will neither be denied nor obstructed, and all valid absentee votes shall be counted.

Fair Election Procedures- We support modifications and strengthening of election laws to ensure ballot integrity and fair elections. We strongly urge the Texas Attorney General to litigate the previously passed Voter ID legislation. We support increased scrutiny and security in balloting by mail, prohibition of internet voting and any electronic voting lacking a verifiable paper trail, prohibition of mobile voting, prosecution for election fraud with jail sentences, repeal of the unconstitutional "Help America Vote Act", and assurance that each polling place has a distinctly marked, and if possible, separate location for Republican and Democrat primary voting.

Election of the Speaker of the House- We support an amendment to the Texas Constitution to make the Texas Speaker of the House a state wide elected position.

Texas House Leadership Caucus- As long as Texas House members choose the Speaker of the House, we call for the Republican members of the Texas House of Representatives to convene in caucus after each November general election to determine, by secret ballot, their candidate for Speaker of the House, and that rules be instituted to ensure the integrity and security of the secret

ballot, so that members may vote without risk of retribution by the prevailing party. We also call for the Republican members of the Texas House to vote as a unified body for their selected speaker candidate when the legislature convenes in regular session and a vote for speaker is called on the House floor.

Residency Requirements- We support legislation that determines residence in accordance with common-law rules, as recognized by the courts, except as otherwise provided by the Texas Election Code and to be enforced by the Secretary of State.

Campaign Finance Reform- We urge immediate repeal of the McCain-Feingold Act.

Enforcing the Platform- Every Republican is responsible for implementing this platform. Party candidates should indicate their positions on platform planks before their acceptance on the ticket, and such information should be available on the Party website.

Censuring a Republican Office Holder for Cause- The delegates to the state convention of the Republican Party of Texas should adopt a rule allowing the delegates of state convention, or the State republican Executive Committee, to vote to adopt a resolution censuring a Republican officeholder for cause, including but not limited to consistent actions taken in opposition to principles of the Republican Party of Texas, defined in the preamble of the party platform as described in rule 43 A.

Conflicts of Interest- We support legislation prohibiting influencing or voting of any elected official or appointee where a conflict of interest exists. No such official should represent paying clients before a state agency.

Lobbying Limitation- We support legislation to prohibit former officials and government employees from lobbying for a foreign government and/or any business for five years after leaving public service. We support legislation to prevent lobbying by any organization receiving federal grants except that relating to its tax status.

AWOL Legislators- We urge the Texas House and Senate to compel attendance of absent members and penalize those who attempt to break the quorum by not being in attendance.

Governor's Veto- We urge a constitutional amendment permitting the Legislature to return for a three-day session in response to the governor's veto.

House Speaker Pledge Cards- We call on the Texas Legislature to cease the use of pledge cards in all future House Speaker races.

Filibuster- We support return to the traditional filibuster in the United States Senate.

Rosebush-Blocker Rule- We strongly oppose the Rosebush-Blocker rule in the Texas Senate.

Consolidated Elections- All public elections, with the exception of specially called elections, should be consolidated to Primary and General Election days and locations.

Rights versus Products- We oppose calling welfare and other income and product redistribution schemes "rights" or "entitlements". We know that fundamental human rights are inherent to individuals, and are granted by God and are protected by the Declaration of Independence and United States Constitution. They are not products of others' labor. Unalienable rights such as life, liberty, pursuit of happiness, property rights, free speech, religious freedom, self-defense, etc. do not impose on others' rights, whereas income and product redistribution invariably do.

**HONORING THE SYMBOLS OF OUR AMERICAN HERITAGE**

Religious Symbols- We oppose any governmental action to restrict, prohibit, or remove public display of the Ten Commandments or other religious symbols.

Pledge of Allegiance- We support adoption of the Pledge Protection Act. We also urge that the national motto "In God We Trust" and national anthem be protected from legislative and judicial attack.

American English- We support adoption of American English as the official language of Texas and of the United States.

Flag Desecration- Any form of desecration of the American Flag is an act of disregard for our nation and its people, and penalties should be established for such.

Symbols of American Heritage- We call upon governmental entities to protect all symbols of our American heritage from being altered in any way.

Confederate Widow's Plaque- We call for restoration of plaques honoring the Confederate Widow's Pension Fund contribution that were illegally removed from the Texas Supreme Court building.

**STRENGTHENING FAMILIES, PROTECTING LIFE, AND PROMOTING HEALTH**

**CELEBRATING TRADITIONAL MARRIAGE**

Family and Defense of Marriage- We support the definition of marriage as a God-ordained, legal and moral commitment only between a natural man and a natural woman.
- We support withholding jurisdiction from the federal courts in cases involving family law, especially any changes in the definition of marriage.
- We shall not recognize or grant to any unmarried person the legal rights or status of a spouse.
- We oppose the recognition of and granting of benefits to people who represent themselves as domestic partners without being legally married.
- We urge the legislature to rescind no-fault divorce laws and support covenant marriage.

Judicial Activism in Marriage- We oppose the assault on marriage by judicial activists.

<u>Enforcement of the Defense of Marriage Act-</u> We support the enforcement of the State Defense of Marriage Act and oppose benefits for partnerships outside of marriage provided by political subdivisions.

<u>Protection for Religious Institutions-</u> We believe religious institutions have the freedom to recognize and perform only those marriages that are consistent with their doctrine.

<u>Family Values-</u> We support the affirmation of traditional Judeo-Christian family values and oppose the continued assault on those values.  We strongly support a woman's right to choose to devote her life to her family and children.  We recognize her sacrifice in the face of the assault on the family.  Additionally, we recognize the challenges of single parents and applaud their efforts in creating a stable and moral home.

<u>Human Trafficking-</u> The Republican Party of Texas adamantly opposes any form of human trafficking.

<u>Homosexuality-</u> Homosexuality is a chosen behavior that is contrary to the fundamental unchanging truths that have been ordained by God in the Bible, recognized by our nation's founders, and shared by the majority of Texans. Homosexuality must not be presented as an acceptable alternative lifestyle, in public policy, nor should family be redefined to include homosexual couples.  We believe there should be no granting of special legal entitlements or creation of special status for homosexual behavior, regardless of state of origin.  Additionally, we oppose any criminal or civil penalties against those who oppose homosexuality out of faith, conviction, or belief in traditional values.

<u>Reparative Therapy-</u> We recognize the legitimacy and efficacy of counseling, which offers reparative therapy and treatment for those patients seeking healing and wholeness from their homosexual lifestyle. No laws or executive orders shall be imposed to limit or restrict access to this type of therapy.

<u>Pornography-</u> We encourage the enforcement of laws regarding all forms of pornography, because pornography is detrimental to society.

**PROTECTING INNOCENT HUMAN LIFE**

<u>Thank You-</u> We applaud the Texas Legislature for passing strong women's health and pro-life legislation.

<u>Right to Life-</u> All innocent human life must be respected and safeguarded from fertilization to natural death; therefore, the unborn, the aged, and the physically or mentally challenged have a fundamental individual right to life, which cannot be infringed.

<u>Roe v. Wade-</u> We are resolute in our support of the reversal of Roe v. Wade.

<u>Natural Life-</u> We revere the sanctity of human life and therefore oppose genocide, euthanasia, and assisted suicide.

<u>Funding Abortion-</u> We support the elimination of public funding or the use of public facilities to advocate, perform, or support elective abortions.

<u>Fetal Pain-</u> We strongly encourage consideration of fetal pain in any future legislation

<u>Abortion Legislation-</u> Until our final goal of total constitutional rights for the unborn child is achieved, we support laws that restrict and regulate abortion including, but not limited to:
1. Parental and informed consent;
2. Prohibition of abortion for gender selection;
3. Prohibition of abortion due to the results of genetic diagnosis
4. licensing, liability, and malpractice insurance for abortionists and abortion facilities;
5. Prohibition of financial kickbacks for abortion referrals;
6. Prohibition of partial-birth, late-term abortions
7. The prohibition of the manufacturing and sale of abortifacients (e.g. morning after pill);
8. New causes of action for so called "wrongful birth" or "wrongful life";
9. Enactment of any other laws which will advance the right to life for unborn children;
10. Health insurance coverage for abortion services and abortifacients, which under Texas law should be considered supplemental coverage and billed to the beneficiary; and
11. Repeal of judicial bypass.

<u>Candidate Support-</u> The Republican Party of Texas should provide financial support only to those candidates who support the right to life planks.

<u>Alternatives to Abortion-</u> We urge the Republican Party of Texas and the Texas legislature to assist in educating the public regarding alternatives to abortion, especially adoption.

<u>Human Embryos-</u> We support the adoption of human embryos and the banning of human embryo trafficking.

<u>Conscience Clause-</u> All persons and all legal entities have the right of conscience, and should be protected under Texas law if they conscientiously object to participate in practices that conflict with their moral or religious beliefs.

<u>Fetal Tissue Harvesting and Stem Cell Research-</u> We support legislation prohibiting experimentation or commercial use of human fetal tissue, which requires or is dependent upon the destruction of human life.  We encourage adult stem cell research using cells from umbilical cords, from adults, and from any other means that does not kill human embryos.

<u>Human Cloning-</u> We seek a ban on human cloning.

<u>Patient Protection-</u> We support patients' rights, especially near the end of life, and call for reform of existing legislation so that:

1. Texas law should provide that medical personnel may not deny care, change advanced directives, or originate directives for any patient without the permission of the patient or the patient's designate.
2. No "Do Not Resuscitate" order may be ordered for a patient without his/her own or family's knowledge and consent;
3. Hydration and nutrition may not be withheld as life ends.  We also support the passage of legislation to amend the Advance Directive Act by requiring hospitals intending or threatening to withdraw life-sustaining treatment against the patient's wishes or their advance directive to continue all treatment and care for such patients pending transfer to another facility;
4. Families are provided more notice of any review committee meetings to determine the future treatment of hospitalized individuals;
5. Medical personnel may assist in transferring patients to other personnel or another facility in order that their conscience not be violated.

<u>Pregnancy Centers-</u> We urge the legislature to protect pregnancy centers from harassing ordinances and regulations.

**PROTECTING OUR CHILDREN**

<u>Parental Rights and Responsibilities-</u> We believe that parental rights, authority, and responsibilities are inherent and protected by the United States Constitution.  Local, state, or federal laws, regulations, or policies shall not be enacted that limit parental rights in the rearing of both biological and adopted children.  Parents have the right and responsibility to direct and guide their children's moral education.

<u>United Nations Treaty on the Rights of the Child-</u> We unequivocally oppose the United States Senate's ratification of the United Nations Convention on the Rights of the Child.

<u>Jurisdictional Disputes-</u> Parents and/or grandparents should not be denied court-ordered visitation because of jurisdictional disputes between states.

<u>Child Abuse Prevention-</u> We believe that no individual convicted of child abuse or molestation should have the right to custody or adoption of a minor child.  An abused child should be given the option of declining visitation with his/her abuser.  If court ordered, visitation with minor children by such persons should be supervised.

<u>Adoption-</u> We support reducing the time, bureaucracy, and cost of adoption. We oppose mandates that deny mothers a choice in selecting a traditional home for their children. We oppose mandatory open adoption. We oppose any government agency from forcing faith-based adoption or foster care organizations to place children with same-sex couples.

<u>Foster Care-</u> We support eliminating bureaucratic prohibitions on corporal discipline and home schooling in foster homes.

**ASSISTING FAMILIES TO SELF SUFFICIENCY**

Welfare Reform- Welfare should offer a hand up to transition families and individuals through hard times.  Welfare reform should encourage partnerships with faith based institutions, community, and business organizations to assist individuals in need.  The current system encourages dependency on government and robs individuals and generations of healthy motivation and self-respect.  It should be limited in scope.  We encourage welfare reform in the following areas:

1. Denying benefits to individuals who cannot prove citizenship;
2. Welfare reforms should require recipients to work, learn, and train;
3. Reforms should require recipients to remain substance-abuse free in exchange for temporary benefits not exceeding two years;
4. Recipients should be required to submit to random drug testing in order to receive benefits;
5. Welfare cards should be confined to food and vital essentials, and be issued with a photo of the approved user; and
6. Prisoners should be removed from welfare rolls.


Department of Family and Protective Services (DFPS) Accountability- We support the appointment of local elected officials to review charges of abuse of discretion by the Department of Family and Protective Services (DFPS) with respect to intervention into the family unit.  Removal of a child from a home shall be pursuant to a court order or in response to an immediate threat.

Social Security- We support an immediate and orderly transition to a system of private pensions based on the concept of individual retirement accounts, and gradually phasing out the Social Security tax.  We insist that Social Security benefits be non–taxable.  To protect the Social Security System, its funds should not be co-mingled or spent with general revenues or invested in private or public corporate stock.

Medicaid Reform- We support Medicaid block grants to the states and returning Medicaid to its original purpose - to be a temporary assistance to our able-bodied citizens who, due to unfortunate circumstances, find themselves in need.

Gambling- We oppose the expansion of legalized gambling and encourage the repeal of the Texas State Lottery.  We oppose dedicating any government revenue from gambling to create or expand any government program.

Caring for our mentally disabled citizens- We urge the Legislature to continue funding and operating all state-supported living centers for the mentally disabled, increase training standards of state-supported living center employees, and ensure efficient funding and quality of service.

**EMPOWERING FAMILIES TO DIRECT THEIR HEALTH CARE**

<u>Health Care-</u> Health care decisions should be between a patient and health care professional and should be protected from government intrusion.  Abortion is not healthcare.

<u>Parental Consent-</u> Parental consent is required for all medical care, counseling, etc., for all minors.

<u>The Patient Protection and Affordable Care Act ("Obamacare")-</u> We demand the immediate repeal of the Patient Protection and Affordable Care Act, which we believe to be unconstitutional.

<u>Health Care Choice-</u> We urge the passage of health care reform which results in more affordable healthcare through a market-based, competitive, and transparent health care system, including tort reform, interstate competition, genuine accountability and oversight.

<u>Medical Records and Informed Consent-</u> We oppose any state or federal medical record computer database or registry (with exception to diseases that are a public health threat, i.e., HIV and/or Tuberculosis), which stores personal identifiable records on citizens without their written consent.

<u>Conscience Clause-</u> We support conscientious objection in the medical community.  We believe that doctors, nurses, pharmacists, any employees of hospitals and insurance companies, health care organizations, medical and scientific research students, and any employee should be protected by Texas law if they conscientiously object to participate in practices that conflict with their moral or religious beliefs.  This includes, but is not limited to, abortion, the prescription for and dispensing of drugs with abortifacient potential, human cloning, embryonic stem cell research, eugenic screenings, euthanasia, assisted suicide, harmful futile procedures, and the withdrawal of nutrition and hydration.  We call on the Texas Legislature to pass legislation to strengthen and clarify the current conscience clause in the Occupational Code to include the above-mentioned persons and practices.  We further encourage legislation that requires hospitals and clinics to inform all health care personnel of their right to refuse to become involved in abortion or euthanasia and their protection from prosecution and retaliation under Texas law.

<u>Health Care and Nutritional Supplements-</u> We oppose any efforts to mandate that vitamins and other natural supplements be on a prescription–only basis, and we oppose any efforts to remove vitamins and other nutritional supplements from public sale.  We support the rights of all adults to their choice of nutritional products and alternative health care choices.

<u>Food Choice-</u> We support the right of individuals to make their own dietary decisions.  We oppose any laws regarding the production, distribution, or consumption of food.  Government should not restrict non-genetically engineered seeds.

18

<u>Immunizations-</u> All adult citizens should have the legal right to conscientiously choose which vaccines are administered to themselves, or their minor children, without penalty for refusing a vaccine. We oppose any effort by any authority to mandate such vaccines or any medical database that would contain personal records of citizens without their consent.

### EDUCATING OUR CHILDREN

<u>American Identity, Patriotism and Loyalty-</u> We favor strengthening our common American identity and loyalty, which includes the contribution and assimilation of different racial and ethnic groups. Students should pledge allegiance to the United States and Texas flags daily to instill patriotism.  Students have the right to display patriotic items on school property.  Students should have the right to read the Bible on public school property.

<u>Basic Standards-</u> We favor improving the quality of education for all students, including those with special needs. We support a return to the traditional basics of reading, writing, arithmetic, and citizenship with sufficient discipline to ensure learning and quality educational assessment.

<u>Bilingual Education-</u> We encourage non-English speaking students to transition to English within three years.

<u>Career and Technology Education-</u> We support career and technology education in public schools.

<u>College Tuition-</u> We recommend three levels of college tuition: (1) In-state requiring proof of Texas legal residency; (2) out-of-state requiring proof of United States citizenship; and (3) nonresident legal alien.  Non-United States citizens should not be eligible for state or federal grants.

<u>Controversial Theories-</u> We support objective teaching and equal treatment of all sides of scientific theories. We believe theories such as life origins and environmental change should be taught as challengeable scientific theories subject to change as new data is produced. Teachers and students should be able to discuss the strengths and weaknesses of these theories openly and without fear of retribution or discrimination of any kind.

<u>TEKS Compliance-</u> We encourage the Texas Legislature to develop a review and compliance process to ensure that Texas' local school districts' curriculum complies with the TEKS standards.  We also believe local school district funding be granted only upon successful compliance.

<u>Early Childhood Development-</u> We believe that parents are best suited to train their children in their early development, and oppose mandatory pre-school and kindergarten.

Equal Access to State Grants- We believe that all Texas students, whether graduating from public, private or home schools, should have equal access to all state supported grants, scholarships and loans, based upon measurable academic criteria such as an SAT score.

Foreign Culture Charter Schools in Texas- We oppose public funding of charter schools which receive money from foreign entities. We demand that these charter schools have accountability and transparency to local parents, taxpayers, and the State of Texas, as do current public schools, including U.S. citizenship of public school trustees.

Funding of Education- Education spending should prioritize classroom instruction and minimize administrative overhead.

Higher Education- We oppose the use of quotas, diversity, and the ten percent rule.  We support Texas college admissions based solely on merit.

Higher Education Budgets- We call on the University Boards of Regents to reduce administrative expenses.

Juvenile Daytime Curfew- We strongly oppose juvenile daytime curfews. Additionally, we oppose any official entity from detaining, questioning and/or disciplining our children without the consent of a child's parent.

Knowledge Based Education- We oppose the teaching of values clarification and similar programs that focus on behavior modification and have the purpose of challenging the student's fixed beliefs and undermining parental authority. Rather, we encourage the teaching of critical thinking skills, including logic, rhetoric and analytical sciences

Local Control for Education- We support school choice and believe that quality education is best achieved by encouraging parental involvement, protecting parental rights, and maximizing local independent school district control. District superintendents and their employees should be made solely accountable to their locally elected boards. We support sensible consolidation of local school districts. We encourage local ISDs to consider carefully the advantages and disadvantages of accepting federal education money.

National Core Curriculum- We oppose use of national or international standards in the State of Texas (i.e. Common Core, CSCOPE, United Nations Inclusion, etc.)  We also oppose the modification of college entrance exams to reflect any national core philosophies.  Furthermore, any independent school district that violates state law banning the use of a national core curriculum or standards shall lose all state funding until said curriculum or standards are removed and no longer being utilized in the classroom.

No Taxpayer Paid Lobbyists- We support the prohibition of any paid public school employee or contractor to lobby the legislature or the SBOE, unless on an unpaid basis and in an unofficial capacity. No registered lobbyist should be allowed to run for SBOE.

<u>Parental Rights in Education-</u> We believe the right of parents to raise and educate their children is fundamental. Parents have the right to withdraw their child from any specialized program. We urge the legislature to enact penalties for violation of parental rights.

<u>Permanent School Fund-</u> We believe that because the Permanent School Fund is not paid by taxpayers, the principle balance should be safeguarded and not viewed as a source of additional funding for our state budget, but for its constitutionally intended purposes of instructional materials.

<u>Political Community Organizing in Texas Schools-</u> We believe neither Texas public schools should be used nor their students should be instructed by groups such as SEIU or other community organizers as instruments to promote political agenda during the instructional school day.

<u>Private Education-</u> We believe that parents and legal guardians may choose to educate their children in private schools to include, but not limited to, home schools and parochial schools without government interference, through definition, regulation, accreditation, licensing, or testing.

<u>Religious Freedom in Public Schools-</u> We urge school administrators and officials to inform Texas school students and district personnel specifically of their 1st Amendment rights to pray and engage in religious speech, individually or in groups, on school property without government interference. We urge the legislature to end censorship of discussion of religion in our founding documents and encourage discussing those documents, including the Bible as their basis.  Students and district personnel have the right to display Christian items on school property.

<u>School Choice-</u> We encourage the governor and the Texas Legislature to enact child-centered school funding options which fund the student, not schools or districts, to allow maximum freedom of choice in public, private, or parochial education for all children.  Furthermore, we support a state constitutional amendment prohibiting state or federal regulations imposed on private schools, including home schools (as established by Leeper vs. Arlington ISD).

<u>School Health Care-</u> We urge legislators to prohibit reproductive health care services, including counseling, referrals, and distribution of condoms and contraception through public schools. We support the parents' right to choose, without penalty, which medications are administered to their minor children. We oppose medical clinics on school property except higher education and health care for students without parental consent.

<u>School Surveys and Testing-</u> Public schools should be required to obtain written parental consent for student participation in any test or questionnaire that surveys beliefs, feelings, or opinions. Parental rights, including viewing course materials prior to giving consent, should not be infringed.

21

Sex Education- We recognize parental responsibility and authority regarding sex education. We believe that parents must be given an opportunity to review the material prior to giving their consent. We oppose any sex education other than the biology of reproduction and abstinence until marriage. We should prohibit entities and their affiliates that have a conflict of interest with our beliefs from conducting sexuality education in public schools and from conducting teacher training.  The social aspects of sexuality should be left to the family.

State Board of Education (SBOE)- We believe that the SBOE should continue to be an elected body consisting of fifteen members. Their responsibilities must include:
        • Appointing the Commissioner of Education
        • Maintaining constitutional authority over the Permanent School Fund
        • Maintaining sole authority over all curricula content and the state adoption of all educational materials. This process must include public hearings.
The SBOE should be minimally staffed out of general revenue.

Supporting Military Families in Education- Existing truancy laws conflict with troop deployments. We believe that truancy laws should be amended to allow 5 day absence prior to deployments and R&R. We support the waiver of out-of-state tuition for any dependent of military personnel stationed in Texas.

Tenure- We support frequent post- tenure review in order to maintain the quality of the teaching staff.

Textbook Approval- The Texas Education Code (TEC) must be amended to empower the SBOE to require each ISD that adopts non-state approved instructional materials to conform to the state approval process to protect citizens' right to petition, correct factual errors, prevent corruption and fulfill legislative intent in the TEC.  Local ISD boards must hold public hearings on such materials.  Parents should have access to review classroom materials upon request.

Traditional Principles in Education- We support school subjects with emphasis on the Judeo-Christian principles upon which America was founded and which form the basis of America's legal, political, and economic systems. We support curricula that are heavily weighted on original founding documents, including the Declaration of Independence, the United States Constitution, and Founders' writings.

Transparency- We support legislation requiring all school districts to post their expenditures online or be made readily available to the public.

U.S. Department of Education- Since education is not an enumerated power of the federal government, we believe the Department of Education (DOE) should be abolished, and prohibit the transfer of any of its functions to any other federal agency.

<u>Zero Tolerance-</u> We encourage local ISD's to use their best judgment in determining the enforcement of zero-tolerance based policies, consider intent, specify violations, and post on ISD websites.

<u>Responsibility of the State in Education-</u> The State of Texas must acknowledge that the education of children is primarily the responsibility of the parent or the guardian. The role of the state is to help facilitate that responsibility.

### PROMOTING INDIVIDUAL FREEDOM AND PERSONAL SAFETY

<u>Judeo-Christian Nation-</u> As America is a nation under God, founded on Judeo-Christian principles, we affirm the constitutional right of all individuals to worship as they choose.

<u>Right to Keep and Bear Arms-</u> America's founding fathers wrote the 2nd Amendment with clear intent – no level of government shall regulate either the ownership or possession of firearms. Therefore, we strongly oppose all laws that infringe on the right to bear arms.  We oppose the monitoring of gun ownership, the taxation and regulation of guns, ammunition, and gun magazines.  We collectively urge the legislature to pass "constitutional carry" legislation, whereby law-abiding citizens that possess firearms can legally exercise their God-given right to carry that firearm as well.  Until such time, we urge the state to re-introduce and pass legislation easing current restrictions on firearms such as open carry and campus carry.  Stiff penalties shall be imposed for frivolous litigation against legitimate firearm manufacturers. All federal acts, laws, executive orders, and court orders which restrict or infringe on the people's right to keep and bear arms shall be invalid in Texas, not be recognized by Texas, shall be specifically rejected by Texas, and shall be considered null and void and of no effect in Texas. We urge the Texas Legislature to enact legislation to protect law-abiding firearms owners from having their right to bear arms infringed by federal agencies due to such minor mental health diagnoses as non-severe PTS (post-traumatic stress), seeking counseling for minor depression or other minor mental health diagnoses.

<u>Federal Firearms License Act-</u> We believe that Federal Firearms License (FFL) holders should be free from harassment and license revocations and denials against firearm dealers based on violations consisting of largely inconsequential record-keeping errors, and encourage the BATFE to consider lesser gradation of sanctions for such errors. Firearms and ammunition manufactured and sold in the state of Texas are not covered under the Commerce Clause (Article I Section 8 of the United States Constitution) and therefore are not subject to federal regulation.

<u>CHL Laws Applied to Texas Truckers-</u> We call for truckers working within the state of Texas to enjoy the full benefits of the Texas Concealed Handgun License law irrespective of unreasonable and intrusive federal regulations.

<u>FSL Transportation Security Administration (TSA)-</u> We call for the disbanding of the TSA and place airport security into the more accountable and capable hands of the state and local law enforcement.

<u>State Militia-</u> We support the establishment and maintenance of a volunteer Constitutional State Militia with assistance from County Sheriffs.

<u>Militia vs. Paid Army-</u> We recognize that the original meaning of the word "militia" in the Constitution refers to an armed citizenry, not the formal paid professional military.

<u>Freedom of Access Act-</u> We urge repeal of the Freedom of Access to Clinic Entrances Law. Those who assault peaceful protesters acting under the Constitution should be vigorously prosecuted. Picketing and literature distribution do not fall under the RICO Act.

<u>Religious Expression-</u> The Republican Party of Texas will protect the rights of commercial establishments to refuse to provide any service or product that would infringe upon their freedom of conscience of religious expression as stated in the 1st Amendment.

<u>Safeguarding Religious Liberties-</u> We affirm that the public acknowledgement of God is undeniable in our history and is vital to our freedom, prosperity, and strength. We pledge our influence toward a return to the original intent of the 1st Amendment and toward dispelling the myth of separation of church and state. We urge the legislature to increase the ability of faith-based institutions and other organizations to assist the needy and to reduce regulation of such organizations.

<u>Religious Liberties Abroad-</u> We urge Congress to sanction any foreign government that persecutes its citizens for their religion.

<u>Health and Human Services Mandate-</u> We strongly oppose any federal or state requirement or other mandate to provide abortions or contraception and sterilization, since this would clearly violate many individuals, businesses, churches, and non-profit personnel's faith and beliefs. Government must obey the 1st Amendment to the United States Constitution!

<u>Electronic Privacy-</u> We believe all law-abiding citizens should be free from government surveillance of their electronic communications except in cases directly involving national security, by court order. Except for non-citizens, we further oppose any national ID program, including the Real ID Act and the use of Radio Frequency Identification Chips (RFID) on humans.

<u>Personal Confidentiality-</u> Necessary dissemination of personal information among government entities must be safeguarded with the threat of criminal penalties.

<u>Equality of All Citizens-</u> We deplore all discrimination. We also deplore forced sensitivity training and urge repeal of any mandate requiring it. We urge immediate repeal of the Hate

24

Crimes Law. Until the Hate Crimes Law is totally repealed, we urge the Legislature to immediately remove the education curriculum mandate and the sexual orientation category in said Law.

GMO Labeling- We support labeling of all products containing genetically modified organisms (GMOs), as well as cloned organisms, in a uniform and recognizable fashion.

Smart Meters- We oppose the mandated use of Smart Meters, as well as the use of collected data to reduce freedoms of U.S. citizens. Our opposition is based upon security, property damage, energy inefficiencies, privacy, health issues, and the use of Smart Meters to ration electricity. Texans should be allowed to opt-out of or opt-in to the use of Smart Meters.

Internet Access- We support a free and open internet - free from intrusion, censorship, or control by government or private entities. Due to the inherent benefit of anonymity, the anonymity of users is not to be compromised for any reason, unless consented by the user, or by court order. We also oppose any mandates by the government to collect and retain records of our internet activity. We support continued stewardship of DNS (Domain Name System) by U.S. Department of Commerce over ICANN (Internet Corporation for Assigned Names and Numbers) in order to guarantee continued worldwide freedom of speech on the internet.

Prison Reform- We believe our prison systems should emphasize protection of society and punishment of offenders, ever mindful of their human rights. Prisoners should be required to perform meaningful work. Prisoners should not have access to private information of any citizen. No extraordinary medical care, including organ transplants or body part replacement, should be performed on prisoners at taxpayer expense.

Sentencing Reform- We call for disclosure to juries of prior convictions of the defendant and the actual time likely to be served before parole. We believe punishment should be assessed in proportion to the crime and should be a deterrent. We support imprisonment for life without parole for habitual felons. Convicted criminals should be required to make restitution to their victims. Prisoners without a high school diploma must be required to attend GED or vocational training. No inmate with a history of drug abuse should be eligible for parole before completing treatment.

Crime Shouldn't Pay- No convicted criminal should be allowed to profit from sale of rights to their story for books, movies, etc., while incarcerated, on parole, or on probation.

Capital Punishment- Properly applied capital punishment is legitimate, is an effective deterrent, and should be swift and unencumbered.

Juvenile Justice- Juvenile justice reforms should continue, including private programs, "boot camps," and trying juveniles as adults when appropriate. We condemn incarcerating juveniles and adults in the same facility.

<u>Child Abuse-</u> We recognize the family as a sovereign authority over which the state has no right to intervene, unless a parent or legal guardian has committed criminal abuse. Child abusers should be severely prosecuted. We oppose actions of social agencies to classify traditional methods of discipline, including corporal punishment, as child abuse. As a condition of funding, publicly funded agencies are to report all instances of abuse.

<u>Unborn Victims of Violence-</u> We believe a person who injures or kills an unborn child should be subject to criminal and civil litigation.

<u>Sexual Assault-</u> Adults convicted of sexual molestation of a minor should receive mandatory prison sentences without probation or parole up to and including capital punishment. We support increasing the penalty for failure to report child sexual assault cases, and we urge vigorous prosecution of such failure.

<u>Addictive Behaviors-</u> We encourage state and federal governments to severely prosecute illegal dealers and manufacturers of addictive substances, including pornography, and/or pedophilia. We urge Congress to discourage import of such substances into our country. Faith based rehabilitation programs should be emphasized. We oppose legalization of illicit and synthetic drugs. We support an effective abstinence-based educational program for children. We oppose any "needle exchange" program. We urge vigorous enforcement of our DUI laws.

<u>Property Search and Seizure without Due Process-</u> We need to reinstate the rights embodied in the 4th Amendment that have been rendered null and void by activist courts and government overreach. We oppose search and seizure of private property without due process. Neither law enforcement agencies nor their parent organizations should be allowed to benefit from such seizures.

**STRENGTHENING THE ECONOMY**

**GOVERNMENT SPENDING**

<u>Budget and Appropriations-</u> Whereas, Government Spending is out of control at the federal level, and to a lesser degree in Texas at the state level, action is needed.  We urge Congress and the Texas State Legislature to become fiscally responsible by immediately enacting the following items:
- Adopt a balanced budget by cutting spending without increasing tax rates or adding new taxes and capping spending with a percent of GDP as calculated prior to 2009.
- We support the implementation of a federal balanced budget amendment only if the above principals are adhered to.
- Adopt zero-based budgeting at all levels of government.
- Adopt Sunset Laws at all levels of government.
- Adopt a policy of requiring public audits of each governmental department at least every 3 years.

Downsizing the Federal Government-
- We encourage the abolishment of any and all federal agencies not based on an enumerated power granted by the United States Federal Constitution.
- All non-military spending should be returned to at least pre-2008 levels.

Unfunded Mandates- We oppose all unfunded mandates by the federal, state, and local governments.
- Amend the Texas Constitution and statute to restrict the power of the legislature to impose unfunded mandates on local governments.

Truth in Taxing- We urge that taxes established for a particular purpose shall not be used for any other purpose.
- Pass a constitutional amendment prohibiting the use of statutorily-dedicated accounts for budget certification, beginning in the 2023-24 biennium.

Congressional Pay and Benefits-
- Congressional pay raises should not exceed the rate of inflation times 0.5.
- Congress shall pass no law affecting average Americans that does not equally apply to themselves and all other federal employees.
- We recommend that the Congressional retirement system be abolished.

Bailouts and Subsidies-
- We encourage government to divest its ownership of all business that should be run in the private sector and allow the free market to prevail.
- We oppose all bailouts of domestic and foreign government entities, states and all businesses, public and private.

Government Lobbying- We oppose paying lobbyists with tax dollars.

Improper Government Funding- We support enforcement of current law prohibiting public assets being used for private groups without proper vetting and authorization, and urge the Texas Legislature to enact civil and criminal penalties for violation of the law which currently has no enforcement mechanism.

Funding Special Interest Organizations- We oppose any direct financial support of special interest organizations, such as ACORN and the ACLU, by any level of government.

Education Spending- Since data is clear that additional money does not translate into educational achievement, and higher education costs are out of control, we support reducing taxpayer funding to all levels of education institutions.

Governmental Transparency- We support statewide and local taxing entities compiling and publically posting their current debt and future obligations on their official websites.

**TAX BURDEN**

<u>Tax Burden-</u> We in the Republican Party of Texas believe in the principals of constitutionally limited government based on Federalist principles. To this end we encourage our elected officials at all levels of government to work to reverse the current trend of expanding government and the growing tax and debt burdens this places on we the people. We believe the most equitable system of taxation is one based on consumption, and wish to see reforms towards that end at all levels of government, furthermore, we believe that the borrower truly is a slave to the lender, and so long as we continue to increase our tax and debt burdens we will never be a truly free people. Towards these ends, we support the following:

Reformation of the current systems of taxation at all levels of government; federal, state and local. Examples of these reforms include the following:

- The "Fair Tax" system
- A Flat Tax
- The 1-2-3 No Federal Tax
- We support the abolishment of property taxes, but in the interim, property taxes should be paid on the price of the property when it was initially purchased.
- Abolishment of estate taxes or the "Death Tax" as it's more commonly known
- Abolishment of capital gains taxes
- Abolishment of franchise and business income taxes
- Abolishment of the gift tax.
- Discontinuation revenue generating licensing fee
- Exemption of inventories from property taxes

<u>State Income Tax Ban-</u> We support maintaining the current ban on state income taxes in Texas.

<u>Internet Taxation-</u> We oppose any internet taxation unless it is part of a complete reformation of our taxation systems, preferably in tandem with the abolishment of direct taxation of citizen's incomes.

<u>Government Authority-</u> We believe any government authority that has the ability to level a tax on the people should be accountable to those who pay the taxes via the electoral process from the local level to the federal level.

<u>Management Districts-</u> We oppose the creation of management districts with the authority to impose taxes and bond debt.

<u>Gambling Tax Revenues-</u> We oppose gambling because we believe that gambling tax revenues are unreliable as a source of funding for any government activities. And gambling is damaging to those in the lowest income quintiles.

<u>Taxation by a Foreign Entity-</u> We believe that any attempt to allow the United Nations or any other foreign entity to levy taxes on United States citizens or governments should be rejected.

Restrictions by Government Agencies- We oppose any restrictions by any government agency on individual taxpayer contributions to churches, faith-based charities and other non-profit organizations.

Truth in Budgeting- Pass a constitutional amendment prohibiting the use of statutorily-dedicated accounts for budget certification, beginning in the 2023-24 biennium.

**STATE AND LOCAL DEBT**

Transparency Requirements- Create clear and concise transparency requirements for the disclosure of debt information to voters in state and local bond elections prior to voting and on the ballot.

Bond Election Transparency- To ensure that voters are adequately informed about any new debt that they are being asked to approve, state and local bond election ballots should be required to include the amount of debt currently outstanding, current debt service payments, current per capita debt obligations, the amount of new debt being proposed, estimated debt service for the new debt, and estimated per capita burden being proposed.

Financial Statements- Require all local taxing entities to post their financial statements and local government contracts online.

Vendor Contracts- Requiring each local taxing entity to post all vendor contracts over certain values and financial statements online, or to submit them to the state for inclusion in a website maintained by the Comptroller or the Legislative Budget Board, would ensure that both the state and its political subdivisions are subject to the same transparency requirements.

**CONSTITUTIONAL SPENDING LIMIT**

Spending Limitations- Amend the Texas Constitution and state statute with a stricter spending limitation based on population growth times inflation, and apply the new limit to all General Revenue and General Revenue-dedicated state spending.  *(The SREC has been made aware of the fact that different results can be obtained from this formula depending on whether whole numbers or fractions are utilized.  The SREC wants to make clear that this plank does not call for an increase in government beyond population growth and inflation but rather should be interpreted so that government growth is restrained.)*

Two-Thirds Vote- Require a two-thirds vote to override the constitutional spending limit.

**ECONOMIC STABILIZATION FUND**

Permissible Uses of Fund- Amend the Texas Constitution to narrow the permissible uses of the Economic Stabilization Fund to cover revenue shortfalls in the current biennium, debt retirement, one-time infrastructure projects, and expenses related to a state of disaster as declared by the governor

State Hiring Decisions- Repeal the Sunset Act provision protecting state bureaucracy. If the Sunset process determines that an agency is no longer needed, the state should not continue to employ someone simply because they once worked for a state agency that is now defunct.

Public Private Partnerships- We oppose the construction of transportation projects which surrender control or ownership to foreign interests, such as public private partnerships (or P3s). We oppose the use of eminent domain for private gain for toll projects, as well as the construction of a "Trans-Texas Corridor" or similar project which would create a federal corridor through Texas.

Transportation and Fuel Taxes- We call for all transportation and fuel taxes collected to be used for road construction, improvement, and maintenance only. We resolve that tax revenue derived from gasoline taxes and all other taxes/fees on our vehicles (including vehicle sales tax) should only be used for highway construction, and not be diverted to any other use, including mass transit, rail, and bicycle paths.

Oil and Gas Producing Counties- Counties with oil and gas production should receive a portion of the production taxes the state collects so that the road system can be maintained for the dual purpose of accommodating the needs of the industry and providing adequate public safety.

Toll Roads- We believe that tolls should come off the road when the debt is retired, and if the debt is ever restructured or refinanced; the pay-off date needs to remain the same or receive voter approval in order to extend the toll tax longer. Maintenance should then revert to the Texas Department of Transportation (TxDOT).

Toll Road funding- We oppose the use of taxpayer money to subsidize, guarantee, prop-up, or bail out any toll projects, whether public or private, and we call upon both state and federal lawmakers to adequately fund our highways without hidden taxes, tolls, or raiding emergency funds.

Diversion of Property Taxes- We oppose the diversion of property taxes to build, subsidize, and/or guarantee the loans of toll projects, which is primarily being done through transportation reinvestment zones. The State needs to properly fund the Texas State highway system to prevent the use of LOCAL property taxes being diverted to STATE roads.

Comprehensive Texas Energy Plan- We urge development of a comprehensive Texas energy plan that ensures development of domestic energy sources and reduce or eventually eliminate our need for foreign energy and ensure export of compressed natural gas and distillates with elimination of onerous environmental regulations.  Further, we recommend that the plan include development of coal energy resources, completion of the Keystone Pipeline Project, and invites to other states to participate.

Removal of Government Barriers- We support immediate removal of government barriers to free market solutions to production and distribution of energy including restrictions on:

- Export of LNG and CNG worldwide
- Drilling and production operations on public and private lands and waters
- Modernization of existing and construction of new refineries
- Electric power generation and distribution
- Federal gas mileage standards (CAFÉ standards) and fuel blends

Land Drilling- We support land drilling and production operations including hydraulic fracturing.

Cap and Trade- We oppose the implementation of any cap and trade (aka "Cap and Tax") system through legislation or regulation.

U.S. Department of Energy- We still support the elimination of the Department of Energy.

Keystone XL Pipeline- We support the immediate approval and construction of the Keystone XL and other pipelines that will reduce our reliance on imported oil and natural gas from unstable or unfriendly countries.

Ethanol- We support the repeal of legislation mandating ethanol as a fuel additive and/or primary fuel.

Natural Gas Exports- We insist on expedited design, construction, and implementation of facilities required to export LNG, CNG and natural gas worldwide, to include exports to Mexico/Canada, even if destined for re-export to non-Free Trade countries, and elimination of federal government onerous restriction and interference.

Alternative Fuel- We urge the use of natural gas as an alternative transportation fuel and as complimentary fuel to gasoline and diesel.
- We support the manufacture of vehicles that utilize natural gas as an alternative fuel and/or a complimentary fuel
- We support and encourage the conversion of existing private fleets to natural gas as a dual use fuel
- We support the use of natural gas in electric power generation and other industrial uses

Alternative Energy Sources- We encourage the development and use of wind energy, coal-fired plants, solar, and nuclear power, and bio-sources without government subsidies.

Incandescent Light Bulbs- We support the freedom to continue to use and manufacture incandescent light bulbs.

Electrical Grid- We encourage the Texas Legislature to take steps to ensure our electrical grid is kept independent, safe, and secure from attack.

Business and the Economy- We believe that a favorable business climate and strong economy emerges when government is limited by low taxation, sensible regulation, and tort reform. The

American private sector powers our economy and is the true creator of jobs. When government, through legislation, executive action, statute or agency, overreaches, we believe it is then our duty to protect the American free market, private sector actors and our economy. Because we believe that competition in the free market is vital to a strong economy and business climate, we stand for the equal representation of all sectors and economic actors in government action including small business owners, farmers, ranchers and the taxpayer. The establishment of a transparent and accountable monetary system is paramount in the pursuit of a strong economy.

<u>Small Business-</u> We urge the federal and state legislatures to mitigate the impact of regulations on small businesses and to ensure that such businesses are adequately represented in the regulatory process. We support the removal of any unreasonable legal or economic barriers to home-based work.

<u>Right to Work-</u> We oppose the Employee Free Choice Act (card check) and any action that eliminates the secret ballot. Every worker should have freedom to work in their preferred job without being forced to join or pay dues to any organization. Our right-to-work law has provided this freedom and a good climate for industrial expansion, higher employment, and a stable management-labor relationship and should be retained. We also encourage the adoption of a National Right-to-Work Act.

<u>Minimum Wage Repeal-</u> We believe the Minimum Wage Law should be repealed.

<u>Prevailing Wage Law-</u> We urge Congress to repeal the Prevailing Wage Law and the Davis Bacon Act.

<u>Workers Compensation-</u> We urge the Legislature to resist making workers' compensation mandatory for all Texas employers.

<u>Exotic Livestock-</u> We encourage the freedom of farmers, ranchers, and producers to be able to raise and promote all livestock, wildlife and other protected species for conservation, consumption, and economic development.

<u>Rural and Volunteer Fire Departments-</u> We urge Congress to overturn the rules of the United States Department of Labor restricting volunteerism by paid firefighters and emergency medical technician personnel and protections similar to those provided to national guardsmen for service during declared emergencies.

<u>Water Shortages-</u>We recommend the Texas Legislature, in coordination with the Texas Water Development Board, immediately appropriate required revenue and authorize sale of revenue bonds to finance, design, and construction of a large desalination facility or facilities using sea water from the Gulf of Mexico and from underground salt water aquifers using leading-edge technologies such as, but not limited to, reverse-osmosis (RO), electro dialysis, and reed-root constructed wetlands, to bring long-term resolution Texas's critical water shortage problem.

Also, to relieve reliance and depletion on fresh water aquifers from the Panhandle to the Permian Basin, Concho Valley, Hill Country, south, southwest, and west Texas, etc., and thereby ensure continued economic stability and growth.  These current leading-edge technologies offer feasible capabilities to treat seawater, brackish inland water, sewage, oilfield waste water, etc. to provide new innovative potable water resources. We further recommend that affordability, effectiveness, and free market forces drive the selection of the best technologies to bring new water solutions.

Mineral Leasing and Development- We believe more Bureau of Land Management resources should be open to mineral leasing, and development be permitted.

Hemp Cultivation- We support legislation allowing for industrial hemp cultivation in Texas upon such delineation of industrial hemp by Congress.

Raw milk and dairy products- We support legislation confirming local dairy farmers' rights to produce and sell natural milk and dairy products within the State of Texas.

Federal Reserve System- We believe Congress should repeal the Federal Reserve Act of 1913 thereby abolishing the Federal Reserve Banking System. In the interim, we call for a complete audit of the Federal Reserve System and its Board of Governors followed by an immediate report to the American people.

Federal Reserve System's Dual Mandate- We call for the removal of the "full employment" part of the Federal Reserve System's current dual mandate.

Sound Money- Our founding fathers warned us of the dangers of allowing central bankers to control our currency because inflation equals taxation without representation. We support the return to the time-tested precious metal standard for the United States dollar.

Sarbanes Oxley Legislation- We support the repeal of Sarbanes Oxley legislation.

Repeal Dodd Frank- We support the immediate repeal of Dodd Frank legislation.

Community Reinvestment Act- We support the repeal of the Community Reinvestment Act.

Free Market for Utilities and Insurance- We encourage free market solutions for providing utilities whenever possible. We support that all property insurance rates should be set through free-market forces alone. We support efforts to shrink the Texas Windstorm Insurance Association to reduce the liabilities it imposes on state taxpayers.

Law Basis for Regulations- We urge that all regulations written should be sent to the originating committee of the supporting legislation for approval before being implemented.

Climate Change- We believe we are to be good stewards of our planet and thus manage the resources it provides. We believe current evidence is not conclusive on the cause of climate change; we reject the use of this natural process to promote more government regulation of the

private economy. Furthermore, we reject the idea of "climate justice" and the accompanying redistribution of wealth that comes with accepting it.

Frivolous Lawsuits- We support further reform to discourage frivolous lawsuits. We oppose the abusive use of class action lawsuits.

Transparency in Government Litigation- We demand that all state agencies, municipalities, and public entities pay greater attention to thwart frivolous lawsuits by trial lawyers. We urge our elected officials to pay greater attention to out-of-control legal expenses to ensure being a good steward of the taxpayers' money.

Tidelands/Water Resources and Rights to State Waters- We demand that the State of Texas and all costal states enjoy and maintain jurisdiction and control of their offshore waters up to the international water boundaries as well as state inland waterways in regards to all natural resources therein, and that the federal government shall not set limits on harvesting or taking natural resources therein, nor allow foreign entities to harvest or take such natural resources therein, including minerals, game, fisheries, and hydrocarbons.  Also, we demand that no entity shall usurp Texas' original tideland boundaries.

## UNITED STATES SOVEREIGNTY, LEADERSHIP, AND FOREIGN POLICY

**SOVEREIGNTY**

Limited Federal Powers- We strongly support state sovereignty reserved under the 10th Amendment and oppose mandates beyond the scope of federal authority, as defined in the United States Constitution. We further support abolition of federal agencies involved in activities not originally delegated to the federal government under a strict interpretation of the United States Constitution.

National Sovereignty- The United States is a sovereign nation independent of all foreign entities with power held solely by the people.  Therefore, we insist that the President and Congress defend our national sovereignty in accordance with their oaths of office. The United States government must remain free of all external control and influence.

United Nations- We support the withdrawal of the United States from the United Nations and the removal of United Nations headquarters from United States soil.

United Nations Agenda 21- We oppose implementation of the United Nations Agenda 21 treaty policies and its supporting organizations, agreements, and contracts which were adopted at the Earth Summit Conference in 1992.  We oppose the influence, promotion, and implementation of all international nongovernmental organizations' programs and policies, in the metropolitan and/or regional planning organizations, Councils of Government, and International Council for Local Environmental Initiatives (ICLEI), and the use of American taxes to promote these programs.

Homeland Security- We support the strengthening of our nation's homeland security while protecting the constitutional rights of all United States citizens and lawful resident aliens.

Decommission Homeland Security- We support decommissioning the Department of Homeland Security and reorganizing into previously existing structures.  The communication barriers between security agencies should be reconciled.

National Defense- We support a strong national defense that protects United States interests, freedoms and sovereignty at home and abroad.

Citizenship- We call on the Texas Legislature to pass a constitutional amendment that defines citizenship as those born to a citizen of the United States or through naturalization.

Texas State Guard- We recommend that the Texas State Guard Reserve Militia be activated on a quarterly basis, for purposes of organization and training. These musters should be of a voluntary nature, and be held for a minimum of two days each.

United States Ports- We urge the federal government to support and participate in the ongoing efforts to review the emergency military deployment requirements and peacetime security needs of United States ports, and that this review should be coordinated with all relevant federal, state and local law enforcement and security-related agencies, including public port authorities. We object to foreign governments, states or companies owning or managing United States ports.

Texas Fiscal Sovereignty- We urge the State Legislature to conduct a study and enact legislation to determine total federal receipts by departments and establish plans for operating with 5% or greater reduction per year in federal funds, and develop contingency plans to provide core services.

United Nations World Heritage Sites- We oppose the transfer of the Alamo and the other Franciscan missions to the United Nations. We urge the Texas General Land Office to respect the hallowed ground of the Alamo and what it means to the people of Texas.  We support maintaining control of these historic sites in Texas hands, and we oppose granting jurisdiction and sovereignty over Texas' cultural sites to any international body.

**MILITARY AND SPACE EXPLORATION**

Support of our Armed Forces- The men and women who wear our country's uniform, whether on active duty or in the Reserves or National Guard, are the most important assets in our military arsenal.  They and their families must have the pay, health care, housing, education and overall support they need.  Injured military personnel deserve the best medical, mental health and rehabilitative care our country has to offer.  We must always remember those who have given the ultimate sacrifice; their families must be assured meaningful financial assistance.  It is the solemn duty we owe and honor we give to those who bravely don the uniform of freedom.  We

support our government in continuing to seek and act upon all information concerning our military personnel and other citizens listed as Missing in Action or Prisoners of War.

Defense Spending- We strongly oppose any cut in the defense budgets and troop levels at this time.

Arming the Military on Military Bases- In light of the recent terrorist attacks at Fort Hood, we call for base commanders to provide sufficient armament of military personnel on military bases to provide for their self-defense.

National Defense Authorization Act- We call on the state Attorney General to challenge in court all provisions of federal laws or executive orders which authorize unconstitutional detention of citizens by federal law enforcement without due process or any enforcement of federal law by the military within the State of Texas, including sections 1021 and 1022 of the National Defense Authorization Act.

Strategic Defense Initiative- We urge the United States Congress to continue funding the Strategic Defense Initiative for missile defense. We further call for renewed efforts and funding for nuclear shield development and for the immediate implementation of such a shield for us, Poland, Czech Republic and other allies.

Military Rules of Engagement- Military Rules of Engagement, as defined by the President or Congress, should not preclude the safety nor deny the immediacy of tactical decision making of the military personnel in the field. Military personnel shall not be criminally or civilly liable for reasonable actions taken in the field.

Returning Veterans- We support the accommodation and reintegration of our troops once their military commitment has expired.  Returning veterans must have access to educational benefits, job training, and a wide variety of employment options.

Veteran's Administration- We are outraged by the mistreatment given to our military veterans. The Veteran's Administration must become more responsive and more efficient by eliminating its backlog and reducing wait times for treatment.  We support the privatization of veteran's healthcare.

NASA- We strongly encourage the federal government and NASA to work with American citizens and American businesses to research and develop a new vehicle to continue human space flight and maintain America's leadership in space exploration.

**FOREIGN POLICY**

Foreign Policy- We support the spread of representative forms of government, free market enterprise, private humanitarian aid to developing countries, continued favorable treatment of proven allies, censure of adversarial entities that seek destruction of other countries and strong

policies on confronting terrorists. We oppose United States aid to any foreign entity that consistently votes against our interests or is openly hostile to our nation.

Declaration of War- A lawful "Declaration of War" is necessary for the United States to enter into armed conflict, and we urge Congress to reclaim its Constitutional responsibility as implemented under the War Powers Act.  Any breech of this power by the President is an impeachable offence.

Foreign Aid- We oppose foreign aid, except in cases of national defense or catastrophic disasters, with Congressional approval.

Free Trade- We support free trade as a necessary component of American capitalism and of the United States' influence in the world.

International Organizations- We support United States withdrawal from the International Monetary Fund, the World Trade Organization, and the World Bank.

Israel- We believe that the United States and Israel share a special long-standing relationship based on shared values, a mutual commitment to a republican form of government, and a strategic alliance that benefits both nations. Our foreign policy with Israel should reflect the right of sovereign nations to govern themselves and have self-determination. In our diplomatic dealings with Israel, we encourage the continuation of peace talks between Israel and the Palestinians, but oppose pressuring Israel to compromise their sovereignty or security.  Our policy is inspired by God's biblical promise to bless those who bless Israel and curse those who curse Israel and we further invite other nations and organizations to enjoy the benefits of that promise.

Mexico- We support United States policies which help Mexico strengthen its Constitution. We support aggressive military and law enforcement cooperation to address corruption, the drug cartels, and human trafficking.  We support Mexico's efforts to privatize their nationalized industries in order to strengthen their economy.

Taiwan- We support full diplomatic recognition of Taiwan as an independent and sovereign nation.  We urge Congress to work with the Taiwanese government to preserve and enhance the human rights of all people.

Investigate Benghazi- We call upon the United States House of Representatives to appoint a select committee and a special prosecutor in order to subpoena testimony to fully investigate all aspects of the Benghazi debacle, including, but not limited to, the reason Ambassador Stevens was in Benghazi; the denied assistance before and during the attack, the accounts of personnel who participated in the defense of the embassy annex, and the apparent attempt by the White House to deceive the American public with a concocted story about a spontaneous reaction to a YouTube video.  We call for bringing those responsible to justice, including jail time.

<u>Congressional Apology-</u> The Republican Party of Texas endorses and supports the Proposed Congressional Apology to the Chinese Americans for governmental actions that denied equal rights to and adversely harmed the Chinese in America.

## IMMIGRATION

America is proudly a nation of immigrants. Throughout our history, our nation has attracted productive, industrious and gifted people to America because she is exceptional, and those immigrants and their descendants helped make America the world's unrivaled economic and military superpower. It remains imperative to create fair and consistent procedures that will again enable freedom-loving, hard-working and law-abiding immigrants to join us, by providing them an efficient, practical method of legal entry, so they can lawfully take positions where their labor is needed, without exploitation or harassment.

Our national interests are poorly served by our broken, embattled, and outdated immigration system, and patchwork attempts to mend its deficiencies will not prepare us to continue to meet the challenges of an increasingly complex global economy that demands the legal movement of people to fill jobs at all skill levels. An efficient, pro-family and market-based system will provide a more workable solution that is compassionate, equitable and respects the rule of law.

But by failing to create a rational and effective system that encourages and facilitates legal immigration to the benefit of the nation, Congress has forced states to deal with the consequences of a broken immigration system, including human, sex and drug trafficking, the direct criminal activities of cartels and gangs. This situation must end so America can, once again, enjoy the fruits of a vibrant and beneficial system of legal immigration.

In addition, with 92 million Americans not working, the labor force at 36-year low and a lethargic economy, the United States of America can ill-afford a guest worker program designed to depress wages.

The following outlines specific actions needed to address these critical issues:

- Secure the borders through:
  - o Increasing the number of border security officers
  - o Increasing joint operations and training with local law enforcement, DPS and the Texas State Guard
  - o Contiguous physical barrier coupled with electronic, infrared and visual monitoring
- Ending in-state tuition for illegal immigrants
- Enhancing state smuggling laws
- Prohibiting sanctuary cities
- Prohibiting the knowing employment of illegal immigrants
- Providing civil liability protections for landowners against illegal immigrants

- Protecting the ability of law enforcement officers to inquire of the status of someone in custody
- Modernizing current immigration laws to address the following:
  - Any form of amnesty should not be granted, including the granting of legal status to persons in the country illegally
  - We support replacement of the current employment visa system with an efficient cost effective system
  - We support ending country of origin quotas
  - We support ending the annual green card lottery
- Once the borders are verifiably secure, and E-Verify system use is fully enforced, creation of a visa classification for non-specialty industries which have demonstrated actual and persistent labor shortages

### RESOLUTION IN SUPPORT OF PRIORITIZING CONSTITUTIONAL CARRY LEGISLATION

We call upon the 84th Texas Legislature to propose to the people of Texas a constitutional amendment to strike "; but the Legislature shall have power, by law, to regulate the wearing of arms, with a view to prevent crime" from Article I, Section 23 of the Texas Constitution.

Further, we request the State Party Chair and the State Republican Executive Committee consider adoption of such an amendment and other legislation necessary to remove restrictions on Texans' right to own and bear arms a legislative priority for the Republican Party of Texas for the 2015 legislative session and to utilize reasonable Party resources necessary to promote and support their passage.

PL688
9/2/2014
2:13-cv-00193

Home    About Patricia    Issues    District 126    Get Involved    Contribute

## Important Issues



*"Let the record show...State Representative Patricia Harless is a woman of action, a doer, not a talker. One who is not afraid to stand up and make a difference."*

**"I believe that limited government means limited spending." - Patricia Harless**

Patricia Harless will continue to fight for :

### ECONOMY

- Balance the budget without raising taxes
- Create stricter spending limits to slow the growth of government
- Encourage free market principles
- Additional property tax reductions & appraisal reforms

### IMMIGRATION REFORM

- Protect our borders and support a strong military
- Penalties for employers that knowingly hire illegal aliens
- Empower state and local police to enforce immigration laws
- Require Texas photo ID to vote

### EDUCATION

- Public school excellence & fair teacher pay
- Reduce the administrative burden on Texas schools
- Equality in funding for our public schools

### OTHER

- Protect senior citizens' tax exemptions
- Improve traffic flow and keep free roads free
- Support Pro-life, Pro-gun owner, Pro-private property rights

**CONNECT WITH PATRICIA**

SIGN UP NOW
email address

News Archive

Important Issues

Contact Information

Endorsements

Join The Team

State Website

*Patricia Harless on Facebook*

*Patricia Harless on Twitter*

*Patricia Harless on LinkedIn*

**CONTRIBUTE**
*To Our Campaign*

Patricia Harless for State Representative 126 Campaign / 15814 Champion Forest, PMB 312 / Spring Texas 77379 / Fax 281-251-6753
Pol. ad paid for by Patricia Harless Campaign. Eric Harless, Treasurer.
Campaign site developed by Apache



PL689
9/2/2014
2:13-cv-00193



Thursday, August 22, 2013     [#]    [#]    [#]   Printer Friendly [/oagNews/release.php?print=1&id=4507]
                                  [#]    [#]

### Attorney General Abbott Statement on DOJ Lawsuits Challenging Texas Voter ID and Redistricting Laws

**AUSTIN** -- "Just days after the U.S. Department of Justice arrested a Texas woman for illegally voting five times in the same election, the Obama administration is suing to stop Texas' commonsense voter ID law. The U.S. Supreme Court has already ruled that voter ID laws do not suppress legal votes, but do help prevent illegal votes. Voter IDs have nothing to do with race and they are free to anyone who needs one. Eric Holder's outrageous claim that voter ID is a racist plot to disenfranchise minority voters is gutter politics and is offensive to the overwhelming majority of Texans of all races who support this ballot integrity measure.

"By intervening in the redistricting case, the Obama DOJ is predictably joining with Democrat state legislators and Members of Congress and the Texas Democratic Party, who are already suing the State. Also, by challenging the 2011 redistricting plans, Eric Holder is trying to resurrect a law that was never implemented and no longer exists -- and then sue it. The 2011 redistricting plans have been replaced with plans that largely mimic plans drawn by three federal judges.

"Just two months ago the U.S. Supreme Court struck down federal preapproval of state election laws. The Court emphasized that the Tenth Amendment empowers states -- not the federal government -- to regulate elections. The Obama administration continues to ignore the Tenth Amendment and repeated Supreme Court decisions upholding states' authority to enforce voter identification and redistricting laws.

"The Obama administration needs to move beyond the cynical politics of race and focus on the real issues affecting the daily lives of all Americans, regardless of their race."

SB 14 - ENR.xlsx

**Driver Licenses**

| Bill: | SB14 |
|---|---|
| Companion: | |
| Author: | |
| Version: | ENR:  Enrolled as Finally Passed |

| DIVISION SME & CONTACT INFO | | |
|---|---|---|
| | Name: | Janie Smith |
| | Phone: | x2976 |
| | Email: | janie.smith@txdps.state.tx.us |

1. Does this bill contain a priority of the Department or the Public Safety Commission?  If Yes, please list the priority.

   No

2. Does this bill relate to the DPS goals of:  combat terrorism, enhance public safety, disaster response and recovery or provide world class services?  If Yes, which goal does it relate to and how?

   Yes

   World Class Service - The Enrolled version requires a new Election Identification to be issued at no cost, separate from the current Personal Identification Certificate. As with other versions of this bill, this could affect lines at wait times at DL offices, particularly surrounding major voting times like a Presidential election.

Printed: 9:43 AM 3/28/2012

Defendant's Exhibit #
029

SB 14 - ENR.xlsx

3.

Who have you spoken with about this bill?  (For example, legislative office, other state agencies, your supervisor, external organizations.)  Please be specific:  name of who you spoke with; their contact information; and details discussed. **Update as needed.

Rebecca Davio, DLD AD, regarding the new Election ID card that was never discussed or included in any previous versions of the bill.

4.

Does this bill create or expand a penalty?  If Yes, please list the new or enhanced penalty.

No

Printed: 9:43 AM 3/28/2012

**Defendant's Exhibit #**
029

DE-000139

TX_00005188

5. Does this bill repeal any current state statute?  If Yes, please list the citation of statute that is to be repealed.

Yes

Not as it relates to DL
Election Code 63.007 and 63.008 are repealed.

6. Does this bill create or expand a fee or fine?  If Yes, which one and what is the fiscal impact per fiscal year for FY11 - FY16.  Show the current fee, new fee and frequency of collection by fiscal year.

Yes

The Enrolled version requires DPS to issue a no cost Election ID card. The CCR requires that the new card be a different color than a DL/ID but otherwise look similar.
Production and mailing cost for a card is $1.67. We do not know the number of cards that will be issued, but DPS will bear the cost of the card production.

7. Does this bill require DPS to create, update, or modify any policies, procedures, reports, administrative rules, etc., including the General Manual, publications, reports to the Legislature, executive branch or task forces? If Yes, what policy or report is it and what is the fiscal impact per fiscal year for FY11 - FY16.  List the cost of each new or revised manual, publication, report, etc. by fiscal year.  Estimate the number of additional work hours needed to accomodate the new or revised product.

Yes

Since the Enrolled version requires a new card to be issued, this will require additional training for customer operations staff on the issuance of a new card. The following training requirements were provided for the original bill, which required issuance of a free Personal ID for persons meeting the requirements to obtain such for voting.
*Training
    50 hours of preparation time for one DLD employee to create the training module
    1534 employees to be trained in a two-three-hour session - training can be done at the workplace, so no need for travel or out of office time
    Cost to produce training materials- $3481.70
*Manual revisions to update issuance procedures - 3 hours

Printed: 9:43 AM 3/28/2012

Defendant's Exhibit #
029

TX_00005189

DE-000140

8. | Is there a fiscal impact to the Department program or division?  Please be specific about the number of FTE's needed, administrative costs, program costs, etc.   List the state classified titles, the start dates for those positions, and the number of such classified titles for each fiscal year from FY11 - FY16.  Show how many positions will be stationed at headquarters versus field offices.  For a full list of all classified titles go to: http://sao.hr.state.tx.us/Compensation/index.html.  Specify how much is needed for travel and training for each position by fiscal year.

Yes

**Required Programming:**
*Programming would be needed to allow an original or renewal election identification certificate.
*Programming to the Driver License System would be needed to add an additional Correction – No Fee reason (Register to vote) to be added to the list of CNF reasons listed in Alt Flow 7 of UCS Collect Fee.
*Updated:  Programming would be needed to add a new enforcement action code (see Review item #27132).
**Use Cases Effected:**
UCS Collect Fee
Issuance
Submit Enforcement Action
TOL

Printed: 9:43 AM 3/28/2012

SB 14 - ENR.xlsx

9. What is the justification for the cost estimate?  Explain the methodology for your cost estimate.

DLS programming
Training - actual cost for materials

10. What is the effective date of this bill?

01/01/2012

11. Is there anything else that Executive Management needs to know about this bill?  (For example, was it previously filed?  Was it previously passed and subsequently vetoed?  Does the bill codify a current rule or practice of the Department or Commission?)

The Enrolled version will cost significantly more money to implement due to the requirement of creating a new Election ID card.

Reviewed by AD:

Please select AD

Reviewed by OGR:

Date:

Date:

Printed: 9:43 AM 3/28/2012

TX_00005191

Defendant's Exhibit #
029

DE-000142



Privileged

TX_00005192

**Defendant's Exhibit #**
029

DE-000143



Privileged

TX_00005193

**Defendant's Exhibit #**
029

DE-000144



Privileged

TX_00005194

**Defendant's Exhibit #**
029

DE-000145




# Georgia Secretary of State
# Brian P. Kemp

PL691
9/2/2014
2:13-cv-00193

# Voting with Photo Identification





# Georgia Secretary of State
# Brian P. Kemp

## Photo Identification Background

In 2006 the State of Georgia enacted Senate
Bill 84, which requires voters who cast their ballot in
person to present one of six forms of acceptable photo
identification.






Georgia Secretary of State
# Brian P. Kemp

## Photo Identification Background

The six forms of acceptable photo ID:

- ✓ A Georgia driver's license, even if expired;
- ✓ Any valid state or federal government issued photo ID, including a free Voter ID Card issued by the voter's county registrar or Georgia Department of Driver Services;
- ✓ Valid U.S. passport;
- ✓ Valid employee photo ID from any branch, department, agency, or entity of the U.S. Government, Georgia, or any county, municipality, board, authority, or other entity of this state;
- ✓ Valid U.S. military photo ID; or
- ✓ Valid tribal photo ID.




Georgia Secretary of State
# Brian P. Kemp

## Photo Identification Background

If a voter does not have a photo ID or forgets to bring their photo ID to the polls, they can still cast a provisional ballot.

✓ The voter then has until the Friday after Election Day to obtain an acceptable form of photo ID, and return to their county elections office to have their vote counted.

***No voter is ever turned away from the polls because they do not have an acceptable form of photo ID!***






Georgia Secretary of State
# Brian P. Kemp

## Photo Identification Background

The Secretary of State's Office implemented a website ([www.GaPhotoID.com](http://www.GaPhotoID.com)) to educate Georgia voters about:

- ✓ The photo ID requirement for in-person voting
- ✓ The free Voter ID Card for voters who do not have photo ID
- ✓ The free photo ID card available at Dept. of Driver Services centers

The website also contains flyers, posters and brochures about Georgia's photo ID requirement that users can print and distribute.





# Georgia Secretary of State
# Brian P. Kemp

## Photo Identification: Outreach and Education

Additionally, the Secretary of State's Office conducted a statewide, multi-media outreach and education campaign to inform Georgia voters about all facets of the photo ID requirement.

✓ The outreach and education campaign was conducted prior to six elections between September, 2007 and the November, 2008 General Election.






# Brian P. Kemp

## Photo Identification: Outreach and Education

| Media Type | Number |
|---|---|
| Direct Mail and Utility Bill Inserts | Over 5,009,700 pieces |
| Packages of Photo ID Materials to NGOs (Chambers of Commerce, Churches, Libraries) | 633 packages; over 57,000 pieces |
| Automated Reminder Phone Calls | 83,500 |
| Video PSAs | 1,232 |
| Radio PSAs | Over 60, 610 |
| Press releases | 70 |






# Brian P. Kemp

## Photo Identification: Outreach and Education Highlights

- ✓ 5,720 radio PSAs featuring then-Secretary of State Karen Handel and Atlanta Falcons players.
  - ✓ Increased awareness of the photo ID requirement, voter registration deadlines, and early voting options.
- ✓ Atlanta Falcons home games featured end zone-to-end zone LED banners directing fans to visit the Secretary of State's website for more information on photo ID, voter registration and early voting.
- ✓ Radio ads were purchased statewide on Clear Channel stations for airing during news casts, traffic reports, Atlanta Braves games, and on Clear Channel websites.
- ✓ 400 ads were placed inside Atlanta's MARTA buses to remind riders of photo ID.






**Georgia Secretary of State**
**Brian P. Kemp**

# Photo Identification: Voter Identification Cards

| Year | Cards Issued |
|------|--------------|
| 2006 | 2,182 |
| 2007 | 4,229 |
| 2008 | 12,332 |
| 2009 | 2,473 |
| 2010 | 2,683 |
| **Grand Total** | **23,899** |






# Georgia Secretary of State
## Brian P. Kemp

## Photo Identification: Legal Challenges

In September 2007, U.S. District Court Judge Harold Murphy dismissed a challenge to Georgia's photo ID law brought by Common Cause, finding that the law imposed no undue burden on the right to vote.

✓ In January 2009, the Eleventh Circuit Court of Appeals upheld Judge Murphy's decision, noting that, "The interest in detecting and deterring voter fraud is a valid neutral justification that this Court cannot ignore."

Georgia's photo ID law has now withstood challenges in Fulton County Superior Court, U.S. District Court, the U.S. Circuit Court of Appeals, and the Georgia Supreme Court.




# Georgia Secretary of State
# Brian P. Kemp

## Photo Identification: Legal Challenges

Yet another challenge is currently pending before the Georgia Supreme Court, an appeal on the law's constitutionality brought by the Democratic Party of Georgia.

As Georgia's Chief Elections Officer, I will fight this attempt by the Democratic Party of Georgia to tear down the  common sense laws that protect the security of our elections process.

✓   We have fought too hard for too many years in Georgia to guarantee and protect every citizen's right to  vote.

✓   Georgia's photo ID law helps to ensure that no vote is cancelled out due to voter fraud.






Georgia Secretary of State
## Brian P. Kemp

# Photo Identification: Costs

| Georgia Voter ID Card System | |
| --- | --- |
| 2006 Initial Contract Amount | $588,965.00 |
| Annual Costs and Training, 2008 - 2010 | $169,370.25 |
| Election Personnel Online Training | $15,000 |
| **Grand Total** | **$773,335.25** |






# Photo Identification: Costs

| Photo ID Outreach and Education Campaign | |
|---|---|
| Outreach and Education Phases 1-6 | $841,914.44 |



DPS HOME       SERVICES       EMPLOYMENT       ABOUT US



*Enter Text Below*

Search DPS

---

**Driver License & ID Card**

Driver License Home
Renew
Change Address
Office Locations
Mega Centers
Customer Service Center

# New Driver License Mega Centers - A Faster Alternative

*Improving service to Texans with larger facilities and new technology, including a text message queuing system*

### Get in Line Before You Go

DPS offers a new way for customers visiting a driver license mega center to get in line using a text-enabled cell phone. (Restricted or blocked cell phone numbers will not work.) Customers get in the line online and then the system sends text alerts when their spot in line approaches.

Until then, customers are able to use their time to have lunch, run errands, or check tasks off their to-do list. This new system lets the customer know when it is time to head back to the driver license office. If a customer needs more time, they can send a text response to push their appointment time back.

Customers can get in line by using the corresponding links below on this website, or by calling the number listed for each office. *(When using the 'Get in Line Online' option, you must be physically present in the office prior to the posted closing time.)*

Customers who do not wish to use cell phone notification can go into the driver license office and request a paper ticket. The paper ticket will assign the customer a number, which will appear on the monitors inside the office when their turn is approaching.

**Mega Centers** with Get in Line Online are currently available at these locations: (Click on a location to get more information.)

### Austin-Pflugerville Mega Center

**Austin-Pflugerville Mega Center**
216 E. Wells Branch Parkway
Pflugerville, TX 78660
Call to get in line: (512) 486-2800

To schedule a road test only:
 Schedule a driving test online

For other services:
 Get in line online



**Days and Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|

| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a transaction.**

**Put me in line > >**

### Dallas-Garland Mega Center

**Dallas-Garland Mega Center**
4445 Saturn RD, Ste A
Garland, Texas 75041
Call to get in line: (214) 861-3700

To schedule a road test only:
 Schedule a driving test online

For other services:
Get in line online



**Days and Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a transaction.**

**Put me in line > >**

### Fort Worth Mega Center

**Fort Worth Mega Center**
8301 Brentwood Stair Road
Fort Worth, Texas 76120
Call to get in line: (817) 285-1900

To schedule a road test only:
 Schedule a driving test online

For other services:
Get in line online



**Days and Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a transaction.**

Put me in line > >

### Houston-Rosenberg Mega Center

**Houston-Rosenberg Mega Center**
28000 SW Freeway, STE A
Rosenberg, Texas 77471
Call to get in line: (281) 517-1630

To schedule a road test only:
 Schedule a driving test online

For other services:
 Get in line online

**Days and Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a transaction.**

Put me in line > >

### Houston-Spring Mega Center

**Houston-Spring Mega Center**
4740 Spring Cypress RD, STE 100
Spring, Texas 77379
Call to get in line: (281) 517-1620

To schedule a road test only:
 Schedule a driving test online

For other services:
 Get in line online

**Days and Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a transaction.**

Put me in line > >

### San Antonio-Leon Valley Mega Center

**San Antonio-Leon Valley Mega Center**
7410 Huebner Road
San Antonio, Texas 78240
Call to get in line: (210) 531-1000
Fax: (210) 531-1009

To schedule a road test only:
 Schedule a driving test online

For other services:
Get in line online

### Days and Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a
transaction.**

Put me in line > >

## Houston Gessner Mega Center

**Houston Gessner Mega Center**
12220 South Gessner
Houston, TX 77071-2831
Call to get in line: (713) 219-4100

To schedule a road test only:
 Schedule a driving test online

For other services:
Get in line online
or call to get in line using your phone:
713-581-2172

### Days and Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-6:00 | 7:30-5:00 |

**Don't forget**
**You must have the necessary paperwork in order to process a
transaction.**

Put me in line > >



**Note:** links to [PDF] files require Adobe Reader or another PDF viewer.

| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov | OSS Entry

© 2000-2011 Texas Department of Public Safety.

PL693
9/2/2014
2:13-cv-00193



*The Senate of*
*The State of Texas*

RECEIVED

SEP 2 3 2013

DIRECTOR
DEPT. OF PUBLIC SAFETY

**SENATOR RODNEY ELLIS**
District 13

PRESIDENT PRO TEMPORE
1999 - 2000

Chair, Open Government
Natural Resources
Transportation
State Affairs

COMMITTEES:

September 19, 2013

Mr. Steve McCraw
Director, Texas Department of Public Safety
P.O. Box 4087
Austin, Texas 78773

Dear Mr. McCraw:

I recently saw a media report regarding the Department of Public Safety's (DPS) implementation of the voter photo identification law. Specifically, my understanding is that when an individual requests an election identification certificate at a DPS driver license office, DPS staff immediately determines whether that individual has any outstanding warrants. If a warrant is located, I am told that information is immediately turned over to the Highway Patrol Division.

I therefore have the following questions:

- Can you explain DPS's policies and procedures regarding individuals requesting an election identification certificate? As you can expect, I am especially interested in whether a search for warrants is indeed conducted for anyone seeking an election identification certificate and how it is determined whether such a search is conducted.
- If such a search for warrants is conducted, what is the specific protocol for what is done with the information? If the information is turned over to the Highway Patrol Division, are there policies regarding what the officers do next, or do they have complete discretion in acting upon the information they receive from the Driver License Division?
- Will an individual that is found to have outstanding warrants still be issued an election identification certificate?

I understand and respect DPS's role as a law enforcement agency and the difficult duty you have. At the same time, I hope you can appreciate that the threat of possible arrest for merely seeking to exercise one's right to vote will inevitably have a detrimental impact on the number of election identification certificates issued and thus the ability of otherwise eligible voters to have their voice heard via the ballot box.

Given the fact that we are less than two months away from election day and less than a month away from the registration deadline, I ask that you respond in writing as soon as possible.

Lyric Centre
440 Louisiana, Suite 575
Houston, Texas 77002
(713) 236-0306
FAX: (713) 236-0604

P.O. Box 12068
Austin, Texas 78711
(512) 463-0113
FAX: (512) 463-0006
Dial 711 For Relay Calls
E-Mail: rodney.ellis@senate.state.tx.us

2440 Texas Parkway, Suite 110
Missouri City, Texas 77489
(281) 261-2360
FAX: (281) 261-4726

TEX0508082

Mr. Steve McCraw
Page 2 of 2

I look forward to working with you to ensure that all eligible Texas voters are able to comply with the voter ID law.

Sincerely,

Rodney Ellis

Rodney Ellis

TEX0508083