## Contact Profile Report

---

**Kile, Frank**                              **Spouse:**

**Status:** Active                           **Created:** Mercedes Mayer - 12/2/2010

                                             **Last Updated:** Mercedes Mayer - 12/2/2010

**Home Address**                                           **Alternate Contact:**

Mr. Frank Kile                                   **Alternate Contact Relation:**
1311 Johns Drive
Euless, Texas 76039-2628

**Prefix:** Mr.          **Suffix:**                        **Salutation:** Mr. Kile

**Precinct:** 03335      **House District:** 092 Todd Smith   **Senate District:** 012 Jane Nelson

**County:** Tarrant      **Country:** USA                    **Foreign:** ☐

**E-mail:** frank.kile@sbcglobal.net

---

**Incoming Correspondence**

**Home Address**

**Date Received:** 11/23/2010        **Staff:** Mercedes Mayer           **Date Written:**

**Type:** Electronic Mail-Internet   **Priority:**                       **Response Required:** Yes

**Description:**                     **Status:** Closed                  **Number of Responses:** 1

**File Location:**

**Origin. Office:**                  **Dest. Office:**                   **Date Routing Received:**

**Summary:** Name: Mr. Frank Kile
Address: 1311 Johns Drive
City: Euless
State: TX
Zipcode: 76039
Phone: -
E-mail: frank.kile@sbcglobal.net
Message:
While I agree with your support of removing Speaker Craddick in the last election I am very troubled that you and all of the
Tarrant County delegation is aparently supporting Speaker Strauss for reelection. I had worked on your first campaign in the

# Contact Profile Report

runoff election and had voted for you every election since. I had serious reservations in the past primary however because of your killing of the voter ID bill which would stop current practice of illegal alliens being able to vote. The main reason I voted for you in the Primary is I did not like your opponet being funded by people out in West Texas However since you killing of the voter ID if you cast your vote for Mr. Strauss in this race I will never vote for you again and will discourage others from voting for you. In fact in General elections I will make sure if you are the nominee I will vote Liberterian
ComputerIP: 75.47.101.215

**Staff Notes:** also empower texans letter 12-6-10

response from receiving letter 12-11-10:

Name: Mr. Frank Kile
Address: 1311 Johns Drive
City: Euless
State: TX
Zipcode: 76039
Phone: 817-3725383
E-mail: frank.kile@sbcglobal.net
Message:
I receievd your mail and thank you for commenting on Mr. Strauss. You claimed Mr. Strauss is a Pro Life person then explain why Planned Parenthood honored him and NAARL gave him a 100% rating. If Speaker Straus is a true conservative why did the Heritage alliance only give him a 52% rating? You in you mail talked about a true Republican agenda. Really I know what that is begining to mean trash the Tea Party and support RINO's agaisnt true Conservatives throughout the US like Joe Miller, Christine O'Donnel, Sharron Angel and Ran Paul. In fact the RINO Republcians cost Miller, and Angle and did nothing to defend the trashing of Christine O'Donnell for one date in high school. In fact I have a friend who knows Christine O'Donnell and she is nothing close to a witch but a devout pro-life Catholic.

I can guarantee that I will never vote for you again if you vote for Mr. Straus over Mr. Paxton and and it will make me sorry I did not vote for your opponet. I do not believe that you a true Conservative and a part of the RINO movement of Nixonian-Rockfeller-Hooverite Republicans which are out to demean and destroy the real Reagan-Coolidge Republicans of true Conservative groups such as the Tea Party and the Republican Liberty Cacaus. In fact if I want to be represented by a Democrat I would vote for your Democrat opponet at least they are honest about who they are.

I will agree that Speaker Craddick needed to go but to replace him with the wolf in sheep clothing as Mr. Struas was even worse. Ken Paxton should be Speaker of the House and any Republican who does not vote for Mr. Paxton deserve to be

Highly Confidential                                    LEG00022157

 **Contact Profile Report**

defeated.

Also unlike Seantor Nelson who answeers nearly every letter personally it seems like the only time you want to answer lettters is when it is possible that people may be fed up and vote you out of office
ComputerIP: 75.47.101.215

**Subjects:** On speaker race 2011

**Outgoing Correspondence**

Highly Confidential     LEG00022158

 **Contact Profile Report**

---

### Home Address

**Date Sent:** 12/8/2010     **Date Draft Completed:**     **Mail Merge Description:**

    **Type:** Mail     **Staff Assigned:** Mercedes Mayer     **File Location:**

**Description:**     **Hyperlink:**

**Summary:**

December 8, 2010

Mr. Frank Kile
1311 Johns Drive
Euless, Texas 76039

Dear Mr. Kile:

Thank you for your letter regarding the Texas Speaker's race and the Voter ID bill, and I appreciate the opportunity to respond.

First of all, I assure you I wouldn't support Joe Straus unless he was a committed conservative who will help advance a real Republican agenda. In recent weeks, a number of misleading and false claims have been made about Speaker Straus' record. Straus is pro-life, and he appointed a pro-life committee that passed a bill requiring doctors to show women sonogram images before electing to have an abortion. Consistent with his pro-life position, Straus aggressively supported this legislation, which is why Kyleen Wright, President of Texans for Life, strongly supports Straus. In addition to his work on pro-life issues, Straus led the House in passing a balanced budget that cut general revenue spending for only the second time since World War II, in cutting taxes

Highly Confidential     LEG00022159

**Contact Profile Report**

for 40,000 small businesses and in protecting the "Rainy Day" fund for future budget shortfalls. He is also the Speaker who made your Representative a leader in the Texas House by naming me Chairman of the Elections Committee.

Straus has also been actively involved in fighting Washington's attempts to trample states' rights. He joined Attorney General Greg Abbott in defense of Arizona's right to enforce federal immigration laws and Abbott's lawsuit challenging the constitutionality of President Obama's healthcare bill.

The criticism leveled at the Speaker often ignores the fact that he took over a narrowly divided House in 2009, which required a consensus-builder to pass legislation. There were bills that Straus did not pass when he had 76 Republicans that former Speaker Tom Craddick couldn't and didn't pass when he had 88 Republicans. Straus did an excellent job of leading the House in 2009, and, with 98 or 99 Republicans set to be in the House in January of 2011, Straus will help the legislature pass more conservative legislation
Mr. Kile
December 8, 2010
Re: Legislative Issues
Page 2

My support for Speaker Straus emanates from the belief that he is best able to preside over a conservative House and protect our recent gains. Before Straus took over, Republicans lost a dozen seats in the Legislature. Two years into Straus' leadership as Speaker, Republicans picked up 22 seats. Because of his ability to bring people together, to allow members to represent their districts and to ensure the will of the House is carried out, Joe Straus has my vote for Speaker and the vote of nine of 10 members from Tarrant County and of 120 of 150 members of the House as a whole (including 79 of 98 Republicans). By the end of the session, you too will be happy with his leadership.

Next, my opponent was lying about Voter ID. Not only am I in favor of Voter ID, I have voted for it 10 times (!) and was the author of the Voter ID bill in the House. The Democrats killed the bill.

With such a Republican gain, and thus a wider majority, in the House of Representatives, I think we can craft an even stronger Voter ID bill - that I will continue to author and that I expect to, again, work tirelessly to pass - that can pass both the House and the Senate.

Previously, State Republican Executive Committeeman Mark McCaig stated that, "no legislator worked harder than Todd Smith to

Highly Confidential     LEG00022160

 **Contact Profile Report**

pass a Voter ID bill in the Texas House of Representatives." I am attaching a copy of his letter in its entirety. Also, well-respected Capitol reporter Harvey Kronberg said in an editorial that, "no objective observer who was actually on the House floor in those days would argue anything other than that Smith was obsessed with finding a compromise that could pass and put the issue to rest."

Again, thank you for your letter, and please do not hesitate to contact me again in the future. I consider it an honor to serve the people of District 92 in the Texas House of Representatives.

Sincerely,

Todd Smith
TS:mm

enclosure
**Subjects:** On  speaker race 2011

---

**Home Address**

**Date Sent:** 12/22/2010        **Date Draft Completed:**                **Mail Merge Description:** Dec 10 capitol report

    **Type:** Electronic Mail-Internet        **Staff Assigned:** Mercedes Mayer                **File Location:**

**Description:**                                **Hyperlink:**

---

**Summary:** December 2010 monthly e newsletter

---

Highly Confidential                                                                    LEG00022161

 **Contact Profile Report**

---

<u>**Home Address**</u>

Mr. D. Keith Romero
325 Circleview Drive South
Hurst, Texas 76054-3522

| | | | | | |
|---|---|---|---|---|---|
| **Prefix:** Mr. | | **Suffix:** | | **Salutation:** Mr. Romero | |
| **Precinct:** 03156 | | **House District:** 092 Todd Smith | | **Senate District:** 012 Jane Nelson | |
| **County:** Tarrant | | **Country:** USA | | **Foreign:** ☐ | |
| **E-mail:** KRomero@bledsoebrace.com | | | | | |

**Alternate Contact:**

**Alternate Contact Relation:**

---

**Incoming Correspondence**

<u>**Home Address**</u>

| | | |
|---|---|---|
| **Date Received:** 3/31/2011 | **Staff:** Mercedes Mayer | **Date Written:** |
| **Type:** Electronic Mail-Internet | **Priority:** | **Response Required:** Yes |
| **Description:** | **Status:** Closed | **Number of Responses:** 1 |
| **File Location:** | | |
| **Origin. Office:** | **Dest. Office:** | **Date Routing Received:** |

**Summary:** From: Keith Romero [mailto:KRomero@bledsoebrace.com]
Sent: Thursday, March 31, 2011 1:51 PM
To: campaign
Subject: Issues

Dear Representative Smith,

I want to thank you for your service to our state of Texas, as well as to our local community. We have common ties here, one of which is the L.D. Bell Blue Raider Band (I can hear Jim Bannister announcing the band over the stadium PA system). You might recall the names of two of my daughters, Jessica and Jillian Romero. I say that because I know this area to be your home, as well as mine. A great many of us trust you and respect you for the representation you bring to Austin. Again, thank you for your service and dedication to our state.

I also want to express my concern over a few issues:

Highly Confidential

 **Contact Profile Report**

1.  Voter ID: I see that this legislation has passed the House - congratulations. I whole-heartedly support this bill because no one other than Texas citizens should be voting in our election system. In no other country would you or I be able to cast a vote if we could not provide identification or proof of citizenship. Why should it be any different here. I'll call a spade a spade - illegal immigrants should not be voting in Texas, or any other state in this country. You have my support on that matter.

2.  Illegal immigration: I know that most will say illegal immigration is a federal issue, but it's my municipal and state taxes that are being used to provide welfare for illegals. They are educated in our schools, their kids receive free lunches, they receive food stamps, and who knows what all - and they put nothing into the coffer. That is wrong, and it is wrong for us to allow it to happen. I am all in favor of those who come here and go through the proper process of becoming U.S. citizens - they are our fellow Americans, the same as those of us blessed to be born here. Any others should be apprehended and escorted from our borders. Those that come here and commit crimes should be expeditiously prosecuted, and executed when appropriate (drunk drivers who kill, rapists, murders, etc.). I am not a hate-monger, I simply believe in obeying the laws of the land. So I implore you to support any and all legislation that stops illegal immigration and prosecutes those who violate those laws.

3.  Education: This is an issue that should top my list of concerns. You and I both know that the current financial state of our education system is appalling. I cannot say how it got this way and I do not know the answer, but something has got to be done. Congressman, we are laying off our educators! How did it come to this point. It goes against the grain of our American fabric to rid our schools of our teachers. These are the very people who help to fashion the minds and futures of each generation, and when we take the teachers out of the schools, we handicap the next generation. Honestly, I do not know how Rick Perry fits into this, but I see him as part of the problem and not a part of the solution. I hope that you will work toward salvaging our educational system so that we can not only maintain the excellence of our school system, but that it will become even better. As is, I do not see how that could be possible.

Sir, I do not envy you for the formidable tasks that are before you. I respect you for taking on the challenge. My prayers are with you for God's guidance and strength in your efforts to do what is best for our state. Feel free to stop by any time, or to call on me if there is anything I can do for you.

Warmest regards,
D. Keith Romero
325 Circleview Drive South
Hurst, TX 76054

**Staff Notes:** In case Todd needs a reminder, Keith Romero's daughters, Jillian and Jayce, were the little girls in the Pan's Labyrinth marching band show Spencer's sophomore year.

**Bills:** Against  82R HB  1,  For  82R SB  14

Highly Confidential                                                          LEG00032354

PL714
9/2/2014
2:13-cv-00193

LEG00040603

Highly Confidential



# Outgoing Correspondence Report

---

**Date Sent:** 4/15/2011      **Date Draft Completed:**     **Mail Merge Description:**

**Type:** Mail     **Staff Assigned:** Mercedes Mayer     **File Location:**

**Description:**     **Hyperlink:**     **No. of Recipients:** 1

**Subjects:** On budget cuts

**Bills:** On 82R HB 1

**Recipients:** Mr. Alton Evans
309 Concord Drive
Hurst, Texas 76054-3008

---

**Date Sent:** 4/15/2011     **Date Draft Completed:**     **Mail Merge Description:**

**Type:** Mail     **Staff Assigned:** Mercedes Mayer     **File Location:**

**Description:**     **Hyperlink:**     **No. of Recipients:** 1

**Subjects:** Against budget cuts - education, Against illegal immigration, For Voter ID

**Bills:** Against 82R HB 1, For 82R SB 14

**Recipients:** Mr. D. Keith Romero
325 Circleview Drive South
Hurst, Texas 76054-3522

---

**Date Sent:** 4/15/2011     **Date Draft Completed:**     **Mail Merge Description:**

**Type:** Mail     **Staff Assigned:** Mercedes Mayer     **File Location:**

**Description:**     **Hyperlink:**     **No. of Recipients:** 1

**Subjects:** Against foreign laws in courts

**Bills:** For 82R HB 3027

**Recipients:** Mr. Johnny Adams
605 Harwood Terrace
Bedford, Texas 76021-2203

---

**Date Sent:** 4/15/2011     **Date Draft Completed:**     **Mail Merge Description:**

**Type:** Mail     **Staff Assigned:** Mercedes Mayer     **File Location:**

**Description:**     **Hyperlink:**     **No. of Recipients:** 1

---

5/17/2011


Mr. Jason Charles Sullivan
3013 Woodbridge Drive
Bedford Tx, 76021-3641

Dear Mr. Sullivan:

Thank you for emailing me about your concern with illegal voter registration.

I have been, and remain, strongly in favor of improved voter identification requirements. Senate Bill 14 (Fraser) requires a voter to present photo identification for their vote to be counted at the polls. I was one of the five Joint Sponsors when the bill came over to the House, and I voted in favor of the bill, as I have for the past decade, when it was brought before the entire House of Representatives. The 10 members of the Senate and House Conference Committee have worked out their differences in Senate Bill 14, and it should be soon sent to the governor for his signature.

Again, thank you for your letter, and please do not hesitate to contact me again in the future. I consider it an honor to serve the people of District 92 in the Texas House of Representatives.

Sincerely,


Todd Smith
TS: pcm

Highly Confidential

May 11, 2011

Mr. Tom Green
9 Greentree Lane
Bedford, Texas 76021-5697

Dear Mr. Green:

Thank you for all of your e-mails about several issues facing this state and nation, including voter fraud, children of illegal aliens attending schools in Texas and sale of domestic oil and gas to foreign countries. These are very serious and complicated issues that need both the state and federal governments working together to solve, which is something that I currently do not see happening.

I am not sure that I want either the state or federal governments telling oil and gas companies - or any private business - to whom they can and cannot sell their products. I believe such a restriction would violate our free market system and the tenets of capitalism that are the foundations of our economy and Constitutions.

There were some discussions during the debate on Senate Bill 14 (the voter identification bill) about the alleged fraud with mail-in ballots. The Senate and House have worked out their differences in their respective versions of Senate Bill 14, and I expect that it will be sent to the Governor for his signature before the end of session. Once these new voter id laws are enacted, I am hopeful that addressing fraud with mail-in ballots will be the next issue undertaken to further secure our elections. Texas statutes (Texas Election Code §82.003) currently allow anyone 65 and older to vote early by mail. I was told last session that allowing all seniors to vote early by mail-in-ballot is what opened the door to fraud but senior citizens groups seem to support this flexibility.

I believe illegal immigration is a serious problem affecting our state and country. For Texans, the entry of illegal immigrants across our border takes jobs away from legal citizens and seats in our classrooms, threatens the security and well being of our nation, and mocks the laws that we as Americans live by. In a nation governed by the rule of law, it is essential that all immigrants to this county follow lawful channels.

I will support legislation that will help our state do what is necessary to stop illegal immigration, as I believe the federal government is moving too slowly to address the immigration issue. I look forward to working with my fellow colleagues this session on the dozens of illegal immigration-related bills that have already been filed. Because of the United States Supreme Court opinion mandating public education to all children, it is clear that charging these students would be unconstitutional under that opinion. We will have to find another way.

Again, thank you for contacting me, and please do not hesitate to do so again in the future. I consider it an honor to serve District 92 in the Texas House of Representatives.

Sincerely,

Todd Smith
TS: tc

                                                    LEG00040612

May 21, 2011

Mr. Tom Green
9 Greentree Lane
Bedford, Texas 76021

Dear Mr. Green:

Thank you for all of your e-mails about several issues facing this state and nation, including voter fraud, children of illegal aliens attending schools in Texas and sale of domestic oil and gas to foreign countries. These are very serious and complicated issues that need both the state and federal governments working together to solve.

It would certainly be controversial if the state or federal governments told oil and gas companies - or any private business - to whom they can and cannot sell their products. Do you know anyone who has actually proposed such a restriction?

The Texas Legislature, in 2003, enacted House Bill 54, which amended Section 86.006 of the Texas Election Code to help prevent voter fraud by early voting using mail-in ballots. House Bill 54 expanded the offense of illegal voting to include: knowingly marking or attempting to mark another person's ballot without that person's consent; preparing a voter's ballot without direction from the voter; and assisting a voter who has not requested assistance or designated that person to provide the assistance. House Bill 54 increased the penalty for these violations from a Class B to a Class A misdemeanor, and that legislation was intended to prevent the practice of "helping" those at nursing homes in the voting process. There is much more work to do in this area.

There were some discussions during the debate this year on Senate Bill 14 (voter identification bill) about the alleged fraud with mail-in ballots. Senate Bill 14 was sent to the Governor on May 18, for his signature. Once this new law is implemented, I am hopeful that addressing fraud with mail-in ballots will be the next issue undertaken to further secure our elections. Texas statutes (Election Code §82.003) currently allow anyone 65 and older to vote early by mail. I was told last session that allowing all seniors to vote early by mail-in-ballot is what opened the door to fraud but senior citizens groups seem to support this flexibility.

I believe illegal immigration is a serious problem affecting our state and country. For Texans, the entry of illegal immigrants across our border takes jobs away from citizens, threatens the security and well being of our nation and mocks the laws that we as Americans live by. In a nation governed by the rule of law, it is essential that all immigrants to this country follow lawful channels.

I will support legislation that will help our state do what is necessary to stop illegal immigration, as I believe the federal government is moving too slowly to address the immigration issue. I look forward to working with my fellow colleagues this session on the dozens of illegal immigration-related bills that have already been filed. Because of the United States Supreme Court opinion mandating public education to all children, it is clear that charging these students would be unconstitutional under that opinion. We will have to find another way.

Again, thank you for contacting me, and please do not hesitate to do so again in the future. I consider it an honor to serve District 92 in the Texas House of Representatives.

Sincerely,


Todd Smith
TS: tc

Highly Confidential

PL718
9/2/2014
2:13-cv-00193

May 10, 2011


Mr. Johnny Marshall
3809 Oxford Court
Bedford, Texas 76021

Dear Mr. Marshall:

Thank you for your many emails and for your continued involvement in the political process. I will address several of your questions with this one letter.

First of all, I am a proud House sponsor of Senate Bill 14, which relates to requirements to vote, including presenting proof of identification; providing criminal penalties, and I have been, and remain, strongly in favor of improved voter identification requirements. Senate Bill 14 has passed both the Senate and House, and currently, a conference committee is working out the differences between the two different versions passed so that we may send it to the Governor to sign. I have no doubt this will be accomplished.

Next, it took more than 16 hours of debate for the Texas House to pass House Bill 150, the once-a-decade redistricting plan for the Texas House of Representatives. My top priority in redistricting was to keep Hurst, Euless and Bedford in a single legislative district, and I am happy that I was able to accomplish that. Nothing is more harmful to a community's political interest than dividing it so that it does not have a representative in Austin. The plan also makes a significant Republican majority a high likelihood throughout the coming decade. Texans must remember that before any elections are held under the newly drawn districts, the plan must be submitted to and pre-cleared by the U.S. Department of Justice or the U.S. District Court for the District of Columbia to ensure compliance with Section 5 of the Voting Rights Act (VRA). The review assures that the state plan is neither discriminatory in purpose nor effect. More redistricting information can be found at: http://www.tlc.state.tx.us/redist/redist.html.  Your characterization of the Solomons map as "bad" and the Nixon map as "good" is simply factually incorrect.  Not one member even proposed the Nixon map as an alternative to the Solomons map.

LEG00040617

Mr. Marshall
May 10, 2011
Re: Legislative Issues
Page 2

House Bill 561, which relates to a hospital district's use of tax revenue to finance the performance of an abortion, was sent to the House Calendars Committee on May 4, 2011, so it has not yet made it to the House floor for a vote. I believe I have already shared with you that I am and have always been staunchly pro-life, and I fully support measures in the Texas Legislature to keep state funds from being used for abortions.

House Bill 12, which relates to the enforcement of state and federal laws governing immigration by certain governmental entities, is a bill I am proud to have co-authored. Given "emergency" status by the Governor, I am confident this bill will pass the Texas House of Representatives and be sent to the Senate for a vote soon.

House Bill 40, which relates to collective bargaining by law enforcement officers and firefighters, was considered in a public hearing in the House Committee on Urban Affairs and was left pending in that committee on March 30. House Bill 2757, which relates to the establishment of the Texas Commission on Immigration and Migration and a migrant worker visa pilot project, was also left pending in the House Committee on State Affairs after a public hearing on March 30. And House Bill 3252, which relates to a prohibition against the knowing employment of unauthorized foreign nationals; providing administrative penalties, has received a public hearing and has also been considered in a formal meeting (on May 6) in the House Committee on State Affairs. There are only four days left (until May 12) for House bills to pass for the first time, so the likelihood of these bills making to the House floor for a vote before then is dwindling. I would again tell you that I will support legislation that will help our state do what is necessary to stop illegal immigration, as I believe the federal government is moving too slowly to address the immigration issue.

Again, thank you for your continued correspondence, and please do not hesitate to contact me in the future. I consider it an honor to serve District 92 in the Texas House of Representatives.

Sincerely,


Todd Smith
TS: mm

Highly Confidential

December 10, 2010


Mr. and Mrs. George and Mary Clark
3128 Wayfarer Road
Bedford, Texas 76021

Dear Mr. and Mrs. Clark:

Thank you for your recent letter regarding illegal immigration and voter identification.

First, I believe illegal immigration is a serious problem affecting our country. For Texans, the entry of illegal immigrants across our border takes jobs away from legal citizens, threatens the security and well being of our nation, and mocks the laws that we as Americans live by. In a nation governed by the rule of law, it is essential that all immigrants to this county follow lawful channels.

Since 2007, the Texas Legislature has worked hard to make state funding of border security initiatives a priority. The state has allocated more than $230 million to increase overtime pay for local and state law enforcement officers in the region, as well as purchase 150 additional patrol vehicles to support border security efforts, which will always be a federal responsibility first and foremost. The state must continue — in the absence of federal action — to find innovative ways to reduce the influx of illegal immigration into Texas.

While controversial, what Arizona has done is compelling. I believe that the federal government is moving too slowly to address the immigration issue, and I will support legislation that will help our state do what is necessary to stop illegal immigration. You will note that Governor Rick Perry has expressed his opposition to the exact legislation approved by Arizona. Because legislation requires his approval to become law, he will have to be a part of the solution to this problem in Texas. As you may know, the Texas Legislature does not convene again until January 2011; however, I look forward to working with my fellow colleagues to do whatever is necessary to stop illegal immigration.

Mr. and Mrs. Clark
December 10, 2010
Re: Legislative Issues
Page 2


Next, I am strongly for improved voter identification requirements, and this is an issue I
supported in both 2007 when I voted for Representative Betty Brown's Voter ID bill and in 2009
when I was the author of the Voter ID bill in the House. I have voted for Voter ID 10 times!

With such a Republican gain, and thus a wider majority, in the House of Representatives, I think
we can craft an even stronger Voter ID bill — that I will continue to author and that I expect to,
again, work tirelessly to pass — that can pass both the House and the Senate.

Again, thank you for your letter, and please do not hesitate to contact me again in the future. I
consider it an honor to serve the citizens of District 92 in the Texas House of Representatives.

Sincerely,



Todd Smith
TS:mm

LEG00040754

August 30, 2010


Mr. Cris Doughty
108 Circleview Drive South
Hurst, Texas 76054

Dear Mr. Doughty:

Thank you for your recent letter, and, yes, I do read all the correspondence that is sent to my office and answer each letter, which, as you predicted, does number in the hundreds, if not thousands, per year. Thus, I will do my best to answer the various subjects you wrote me about.

First, I believe illegal immigration is a serious problem affecting our country. For Texans, the entry of illegal immigrants across our border takes jobs away from legal citizens, threatens the security and well being of our nation, and mocks the laws that we as Americans live by. In a nation governed by the rule of law, it is essential that all immigrants to this county follow lawful channels.

Since 2007, the Texas Legislature has worked hard to make state funding of border security initiatives a priority. The state has allocated more than $230 million to increase overtime pay for local and state law enforcement officers in the region, as well as purchase 150 additional patrol vehicles to support border security efforts, which will always be a federal responsibility first and foremost. The state must continue — in the absence of federal action — to find innovative ways to reduce the influx of illegal immigration into Texas.

While controversial, what Arizona has done is compelling. I believe that the federal government is moving too slowly to address the immigration issue, and I will support legislation that will help our state do what is necessary to stop illegal immigration. You will note that Governor Rick Perry has expressed his opposition to the exact legislation approved by Arizona. Because legislation requires his approval to become law, he will have to be a part of the solution to this problem in Texas. As you may know, the Texas Legislature does not convene again until January 2011; however, I look forward to working with my fellow colleagues — if I am given an opportunity — to do whatever is necessary to stop illegal immigration.

Next, I am strongly for improved voter identification requirements, and this is an issue I supported in both 2007 when I voted for Representative Betty Brown's Voter ID bill and in 2009 when I sponsored the Senate Voter ID bill and voted for it to get it out of the House Committee on Elections.

 LEG00040755

Mr. Doughty
August 30, 2010
Re: Various Issues
Page 2

My hope is that the Republicans can gain a wider majority in the House of Representatives so that we can craft an even stronger Voter ID bill — that I will continue to sponsor and that I expect to, again, work tirelessly to pass — that can pass both the House and the Senate.

You also wrote me about the federal healthcare bill, and I join the state's effort to protect Texans from this overwhelming bill and its crippling impact and costs to the state and its citizens. Texas Attorney General Greg Abbott has joined with other states in stating that he will legally challenge the constitutionality of the legislation. Also, Governor Rick Perry, Lieutenant Governor David Dewhurst and Speaker of the House of Representatives Joe Straus have all expressed their opposition to the federal health care legislation, saying, "Instead of creating mandates that will exacerbate an already broken and unsustainable system, Congress should give states more flexibility to create an accessible and affordable health care system." I fully support and will stand behind the actions of these state leaders as we move into the 82nd Texas Legislative Session in January 2010.

Further information regarding the legal challenge can be found at www.texasattorneygeneral.gov.

Lastly, you wrote that you are for stopping Medicare waste. I encourage you to contact your U.S. Congressman, who is Congressman Michael Burgess, on this issue since Medicare is a federal government program and is out of my jurisdiction as a state representative. Congressman Burgess can be reached the following ways regarding any federal issues you might have:

  Congressman Michael Burgess
  1100 Circle Drive, Suite 200
  Fort Worth, Texas 76119
  Phone: 817-531-8454
  Online: https://writerep.house.gov

Again, thank you for your letter, and please do not hesitate to contact me again in the future. I consider it an honor to serve the citizens of District 92 in the Texas House of Representatives.

Sincerely,


Todd Smith
TS:mm

Highly Confidential

September 10, 2010


Mr. Gary Henderson
address
address

Dear Mr. Henderson:

Thank you for your recent email regarding illegal immigration and voter identification.

First, I believe illegal immigration is a serious problem affecting our country. For Texans, the entry of illegal immigrants across our border takes jobs away from legal citizens, threatens the security and well being of our nation, and mocks the laws that we as Americans live by. In a nation governed by the rule of law, it is essential that all immigrants to this county follow lawful channels.

Since 2007, the Texas Legislature has worked hard to make state funding of border security initiatives a priority. The state has allocated more than $230 million to increase overtime pay for local and state law enforcement officers in the region, as well as purchase 150 additional patrol vehicles to support border security efforts, which will always be a federal responsibility first and foremost. The state must continue — in the absence of federal action — to find innovative ways to reduce the influx of illegal immigration into Texas.

While controversial, what Arizona has done is compelling. I believe that the federal government is moving too slowly to address the immigration issue, and I will support legislation that will help our state do what is necessary to stop illegal immigration. You will note that Governor Rick Perry has expressed his opposition to the exact legislation approved by Arizona. Because legislation requires his approval to become law, he will have to be a part of the solution to this problem in Texas. As you may know, the Texas Legislature does not convene again until January 2011; however, I look forward to working with my fellow colleagues — if I am given an opportunity — to do whatever is necessary to stop illegal immigration.

Next, I am strongly for improved voter identification requirements, and this is an issue I supported in both 2007 when I voted for Representative Betty Brown's Voter ID bill and in 2009 when I sponsored the Senate Voter ID bill and voted for it to get it out of the House Committee on Elections.

My hope is that the Republicans can gain a wider majority in the House of Representatives so that we can craft an even stronger Voter ID bill — that I will continue to sponsor and that I expect to, again, work tirelessly to pass — that can pass both the House and the Senate.

Highly Confidential

Mr. Henderson
September 10, 2010
Re: Various Issues
Page 2


REFER TO CORRECT REP

Again, thank you for your letter, and please do not hesitate to contact me again in the future. I consider it an honor to serve the citizens of District 92 in the Texas House of Representatives.

Sincerely,


Todd Smith
TS:mm

LEG00040758

February 15, 2010


Mrs. Judy Williams
1129 Timberview Drive
Bedford, Texas 76021

Dear Mrs. Williams:

Thank you for your letter asking for my opinion about the various subjects. I will do my best to address each issue, but I have sent a copy of my most recent newsletter as well.

- I am strongly for improved voter identification requirements and was, in fact, the House sponsor of Senate Bill (SB) 362, which related to requiring a voter to present proof of identification, during the recent 81st Texas Legislative Session. I was as disappointed as anybody that we weren't able to pass a Voter ID bill, but I also understood that it was going to be a tough task since the House — unlike the Senate — was evenly divided between Republicans and Democrats. I have enclosed a letter written by State Republican Executive Committeeman Mark McCaig regarding my support for and efforts on Voter ID.

- I supported the 10 percent limit on annual homestead appraisal increases in 2007, and it became law via a Constitutional Amendment election in November 2007 as Proposition 3. Appraisal caps are more complicated than many believe. They don't make government smaller — they shift the tax burden from some taxpayers to other taxpayers. Accordingly, as a representative of Hurst-Euless-Bedford taxpayers, I support appraisal caps that create a net benefit to my constituents, but not those that would actually likely increase my constituents tax burden.

- In terms of illegal immigration, the federal government must ultimately take the lead on the this issue because it involves an international border. However, I will support the state doing what it can until the federal government acts, including without limitation: physical fencing where appropriate; surveillance towers/cameras/sensors; National Guard training exercises along the border region; additional funding to Texas Border Sheriffs along the border region; the

Highly Confidential

Mrs. Williams
February 15, 2010
Re: Various Issues
Page 2

mandatory use of E-Verify by all governmental agencies and employers in Texas and requiring all state agencies to report the cost of benefits and services provided to illegal aliens in Texas.

- As a state representative, I cannot vote on the federal healthcare bill. However, House Concurrent Resolution (HCR) 50 was introduced during the 81st Session, and it would have affirmed that the State of Texas claims sovereignty under the Tenth Amendment to the Constitution of the United States. I fully supported HCR 50 as it passed the House of Representatives, but, unfortunately, it did not receive a vote in the Senate by the end of the session.

- I am pro traditional marriage and have supported a constitutional amendment that provided that marriage in this state consists only of the union of one man and one woman.

- I support local control of education in every possible way.

- In 2003 I was actually a co-author of HB 246, which was identical to SB 319, which related to the death of or injury to an unborn child. That is the legislation the letter to the Secretary of the Army referred to. I fully supported this legislation but never had an opportunity to sign this letter because I was never made aware of it or asked to sign it.

Again, thank you for your letter and for taking your rights and responsibilities as a citizen seriously by contacting me. I consider it an honor to serve the people of District 92 in the Texas House of Representatives.

Sincerely,


Todd Smith
TS:mm

Enclosures

LEG0004077 1

PL723
3/2/2014
2:13-cv-00193

## Nancy Bradley

| | |
|---|---|
| **From:** | Nancy Bradley |
| **Sent:** | Thursday, July 08, 2010 8:39 AM |
| **To:** | 'bloodworth85@yahoo.com' |
| **Subject:** | Immigration |

Thank you for contacting Representative Anderson about your concerns with illegal immigration. He was one of the co-authors to the Voter ID bill that passed in the House and failed in the Senate. He also co-authored the 10th Amendment bill. Representative Anderson believes and continues to sign legislation requiring all citizens in the US to be of legal status and he supports the Arizona bill.

Please forward your concerns to your US Congressman Chet Edwards. His local office number is 752-9600.

If we can assist you further on any state issues, please don't hesitate to contact us.

Nancy Bradley - Staff

1

Highly Confidential

LEG00041376

May 25, 2007

Mr. Paul A. Briggs
525 Shady Park Trail
Hewitt, Texas  76643

RE:  Illegal Immigration

Representative Anderson is always happy to hear from folks in his
district and he appreciates your concerns about illegal immigration.

Representative Anderson is sensitive to this issue and would like to see
the laws we have enforced.  Representative Anderson can participate
with legislation in doing what he can for Texas.  For example, he
supported the Voter ID Bill.  Our voters should be legal US citizens.

You may want to contact Congressman Chet Edwards as these issues
are federal issues too.  His number is (254) 772-9600.

Representative Anderson considers your comments valuable.

If I can be of assistance to you in the future, please don't hesitate to
contact me at your convenience.

Sincerely,


Nancy Bradley - Director of Constituent Services
For State Representative Charles 'Doc' Anderson

Highly Confidential

July 1, 2010

Mel Evans
6801 Sanger Ave., #106
Waco, Texas  76710

RE:  Illegal Immigration

Representative Anderson is always happy to hear from folks in the district and he appreciates your concerns about illegal immigration.

Representative Anderson is sensitive to this issue and would like to see the laws we have enforced.  Representative Anderson can participate with legislation in doing what he can for Texas.  For example, he authored one of the Voter ID Bills.  Our voters and residents should be legal US citizens.

You may want to contact Congressman Chet Edwards as these issues are federal issues too.  His number is (254) 772-9600.

Representative Anderson considers your comments valuable.

If I can be of assistance to you in the future, please don't hesitate to contact me at your convenience.

Sincerely,


Nancy Bradley - Director of Constituent Services
For State Representative Charles 'Doc' Anderson

Highly Confidential

PL726
9/2/2014
2:13-cv-00193

April 22, 2009

Mrs. Nancy Fletcher
4700 Utah Street
Waco, Texas  76705

RE:  Illegal Immigration

Representative Anderson is always happy to hear from folks in the district and he appreciates your concerns about illegal immigration.

Representative Anderson is sensitive to this issue and would like to see the laws we have enforced.  Representative Anderson can participate with legislation in doing what he can for Texas.  For example, he authors one of the Voter ID Bills.  Our voters should be legal US citizens.

You may want to contact Congressman Chet Edwards as these issues are federal issues too.  His number is (254) 772-9600.

Representative Anderson considers your comments valuable.

If I can be of assistance to you in the future, please don't hesitate to contact me at your convenience.

Sincerely,


Nancy Bradley - Director of Constituent Services
For State Representative Charles 'Doc' Anderson

LEG00041390



TEXAS HOUSE OF REPRESENTATIVES
# CHARLES "DOC" ANDERSON

STATE REPRESENTATIVE  DISTRICT 56
COMMITTEES: AGRICULTURE & LIVESTOCK, VICE-CHAIR
FINANCIAL INSTITUTIONS • HOUSE ADMINISTRATION

*returned*

May 18, 2007

Ms. Kay Hill
PO Box 5582
Waco, Texas  76708

RE:  Immigration

Representative Anderson appreciates your comments and concerns
about the immigration issues.

Representative Anderson supported the Voter ID Bill that passed in the
House but seems to be struggling in the Senate.  Representative
Anderson stands strong on enforcing laws when it comes to illegal
immigration.

Thank you for contacting him.  If I can be of assistance to you in the
future please don't hesitate to contact me at your convenience.

Sincerely,

Nancy Bradley - Director of Constituent Services
For State Representative Charles 'Doc' Anderson



DISTRICT OFFICE: 900 AUSTIN AVENUE, SUITE 804 • WACO, TEXAS 76701 • PHONE (254) 754-3892 • FAX (254) 754-1604
CAPITOL OFFICE: P.O. BOX 2910 • AUSTIN, TEXAS 78768-2910 • PHONE (512) 463-0135 • FAX (512) 463-0642
E-MAIL: CHARLES.ANDERSON@HOUSE.STATE.TX.US

Highly Confidential

LEG00041400

PL728
9/2/2014
2:13-cv-00193

May 18, 2007


Ms. Kay Hill
PO Box 5582
Waco, Texas  76708

RE:  Immigration

Representative Anderson appreciates your comments and concerns
about the immigration issues.

Representative Anderson supported the Voter ID Bill that passed in the
House but seems to be struggling in the Senate.  Representative
Anderson stands strong on enforcing laws when it comes to illegal
immigration.

Thank you for contacting him.  If I can be of assistance to you in the
future please don't hesitate to contact me at your convenience.

Sincerely,


Nancy Bradley - Director of Constituent Services
For State Representative Charles 'Doc' Anderson

Highly Confidential

LEG00041401

## Nancy Bradley

| | |
|---|---|
| **From:** | Nancy Bradley on behalf of Charles Anderson |
| **Sent:** | Wednesday, May 27, 2009 1:06 PM |
| **To:** | 'Trellix Mailer' |
| **Subject:** | RE: Doc's visitor's comment |

Representative Anderson is a coauthor on the bill requiring a photo ID.  He too is
extremely disappointed that the bill was blocked.

-----Original Message-----
From: Trellix Mailer [mailto:builder@myregisteredsite.com]
Sent: Wednesday, May 27, 2009 12:18 PM
To: Charles Anderson
Subject: Doc's visitor's comment

Email: barbara_hodge@baylor.edu
Title: Budget Assistant
First Name: Barbara
Last Name: Hodge
Address 1: 5500 Hawthorne
Address 2:
City: Waco
State: tx
Zip: 76710
Phone: 776-2835
Message: The email written below is an email that I sent to Jim Dunnam this morning.  I am
so fed up with all the Democrats thinking that all of the people are just plan stupid.  I
don't expect you to write me back, I just know that I voted for you and I wanted you to
know how a lot of us feel about what Jim Dunnam did.  I'm really embarrassed.
Thank you for reading my email.
Barbara Hodge

Written to Jim Dunnam this morning:
I doubt very seriously if you will even read this, but I am so disappointed in our state
government for doing what you did about the ID checks before voting.  There is nothing
wrong with showing your ID before you vote.  Iâd prefer it, to tell you the truth.  You
have made a mockery out of our state legislation and you are a lawyer.  What a waste of
time, effect and money.
Iâm just an ordinary citizen and I go to work every day, donât say much but this was the
last straw for me.
You should be ashamed of yourself.  All you are doing is setting up for the illegalâs to
vote in our fine state.  Iâm so disappointed and ashamed at you right now.  They say that
what goes around comes around.  One of these days something is going to come back around
and bite you in the butt.

Highly Confidential

LEG00041403

## Nancy Bradley

**From:** Nancy Bradley
**Sent:** Monday, May 11, 2009 8:36 AM
**To:** 'dwwgolf1@hotmail.com'
**Subject:** Voter ID

Representative Anderson has authored a bill on requiring voters to show a Voter ID. He is for this legislation and against illegal immigration.

Highly Confidential

## Nancy Bradley

**From:** dwgolf1@hotmail.com
**Sent:** Monday, May 11, 2009 6:02 AM
**To:** District56 Anderson
**Subject:** Illegal immigration , voter ID

**Name:** Mr. Darrell Wallace
**Address:** 131 westgate II rd
**City:** eddy
**State:** TX
**Zipcode:** 76524
**Phone:** 254-2303430
**E-mail:** dwgolf1@hotmail.com

**Message:**
Come on Doc lets get some work done,ya'll are acting just like those dumb asses in Washington DC.Who in their right mind can be against voter ID. or s illegal immigration.topping

**ComputerIP:** 64.194.98.59

5/11/2009

Highly Confidential

LEG00041430

PL732
9/2/2014
2:13-cv-00193

Raul Espinoza

| | |
|---|---|
| From: | frank [arnoldbowers1@aol.com] |
| Sent: | Friday, January 14, 2011 5:58 PM |
| To: | Harvey Hilderbran |
| Subject: | Re: E-NEWS |
| Attachments: | image003.jpg |

**WHO the Fu-- you joking with.  I am now 73 served 8 years have 3 honorable discharges and have shown a D/L since 1963.**

**Perhaps the illegals have not but I sure as hell have and I noticed in Early voting all was required to have a photo ID. This is a political thing and has nothing to do with voting in Travis County. I realize you, hilderbran being from Kerrville, perhaps having lived and been served with dem dam illegals down there but up here we have for the past 3 decades.  I do know the mexicans and hispanics all look alike so therefore they need but one D/L and they will all use it like they use the green cards they get at the flea markets out on 290 east, the green cards out there are so fresh the ink is smeard.  I know the politicians don't know this so I am tell you and the rest of them now ICE surely as well as Perry does not know but now they do.   HA !!! HA !!!!**
**HAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA AAAAAAAAAAAA**

**BTW Hilderbran drive thru my neighbor hood up here by Mansfield Damn, ALP is trimming the trees with Davies tree trimming service with about 50 trucks and not one white man or black all mexicans. Like wise WCID is laying a 10 miles of 15" water line and not one black or white man all mexicans sucking up the shovel ready jobs the tax payers are paying for and the money is going to mexico and south of our border, think sir, no democrats running texas to my knowledge and obama don't even come around.**

1

LEG00041656

PL733
9/2/2014
2:13-cv-00193

## Kimberly Crews

**From:** rbilbo@crcom.net
**Sent:** Friday, May 22, 2009 2:06 PM
**To:** District82 Craddick
**Subject:** Voter ID Bill

**Name:** Mr. Robert Bilbo
**Address:** PO Box 273
**City:** Ackerly
**State:** TX
**Zipcode:** 79713
**Phone:** 432-3534453
**E-mail:** rbilbo@crcom.net

**Message:**
Please talk to your West Texas colleagues(Democrats) and tell them we in West Texas are sick of voter fruad from illegal Mexicans that are up here to just get the had outs we hard working Texans provide for them.....If they are not a citizen of this country they do not have a right to vote....

**ComputerIP:** 12.70.131.114

5/22/2009

PL734
9/2/2014
2:13-cv-00193

MAY 1ST, 2007

DATE 5-2-07 AM ___ PM DR
IND ___ ORG ___ LEG ___
ROUTED TO RP FILE ISSUE
SUBJECT MISC Elections
CC: ___
Hight

FIGHT TO GET HB 218 AND HB626 PASSED INTO LAW.

WHAT'S WRONG WITH HAVING TO PROVE CITIZENSHIP IN ORDER TO VOTE??????

THE ONE TIME COST OF $23.00 FOR A CERTIFIED COPY OF A BIRTH CERTIFICATE SHOULD NOT BE A BIG HARDSHIP ON ANYONE. ALSO ANYONE GOING BACK AND FORTH TO MEXICO LEGALLY WILL ALREADY HAVE A PASSPORT, SO WHAT'S THE BIG DEAL??????

TO RESIST VOTER ID IS JUST THE DEMOCRAT'S WAY OF GETTING ALL THE ILLEGAL'S TO VOTE FOR THEM.

LESLIE H. HIGHT          ODESSA, TX

Highly Confidential