Page 1 of 1

PL735
9/2/2014
2:13-cv-00193

## Kalin Dudley

**From:** pepk@sbcblobal.net
**Sent:** Friday, May 18, 2007 11:51 AM
**To:** District82 Craddick
**Subject:** Voting

**Name:** Ms. Elaine Kyle
**Address:** 3905 Brazewell
**City:** Cleveland
**State:** Tx
**Zipcode:** 77328
**Phone:** 281-5928204
**E-mail:** pepk@sbcblobal.net

DATE 5-21-07 AM___ PM DK
IND ✓ ORG___ LEG___
ROUTED TO RP  FILE ISSUE
SUBJECT MISC Voting
CC:___
Kyle

**Message:**
There needs to be a way to make sure Illegals are NOT voting in our elections. Can you please explain to me why ballots are printed in Spanish if you have to be a citizen to vote and to be a citizen you need to speak English. This is a waste of taxpayer money.

Thanks
elaine kyle

5/21/2007

Highly Confidential                                                              LEG00043620

## Kalin Dudley

**From:** billweg@wt.net
**Sent:** Tuesday, May 22, 2007 10:55 AM
**To:** District82 Craddick
**Subject:** Voter ID Law

**Name:** Mr. Weldon Wegner
**Address:** 846 W. Forest Dr.
**City:** Houston
**State:** TX
**Zipcode:** 77079
**Phone:** 281-4974665
**E-mail:** billweg@wt.net

DATE 5/23/07 AM ᴋᴅ PM
IND ✓ ORG ____ LEG ____
ROUTED TO ᴏᴘ FILE ISSUE
SUBJECT Voting
CC: Wegner

**Message:**
We need a Photo Voter ID law in the state of Texas.
Recent news reports show that there are many illegal aliens voting in our state.

5/23/2007

Highly Confidential

LEG00043625

## Kalin Dudley

**From:** alram60@hotmail.com
**Sent:** Wednesday, May 23, 2007 1:25 PM
**To:** District82 Craddick
**Subject:** Voter's ID

**Name:** Mr. Alfredo Ramirez
**Address:** 23 South Brook Pebble Ct.
**City:** The Woodlans
**State:** Tx
**Zipcode:** 77380
**Phone:** -
**E-mail:** alram60@hotmail.com

DATE 5-24-07 AM___ PM DR
IND ✓ ORG___ LEG___
ROUTED TO RP FILE ISSUE
SUBJECT MISC Voting
CC: Ramirez

**Message:**
I don't know whether you are or not for the VOTER IDENTIFICATION BILL.
I can only say that we, the American People, are fed up with you, the politicians, because we don't have anymore a politician who will represent us and who will protect our rights. I imagine that the ILLEGALS in this country have more rights and are the ones who are represented by YOU, THE CORRUPT POLITICIANS OF BOTH PARTIES.
It's amazing how corrupt politicians, from both parties, have become. But, I can only say that we, the American Citizens, will remember all of you the next election.
People from countries other than United States are required to show an ID Card in order to be able to vote, but of course POLITICIANS in the United States do not require for ILLEGALS to show an ID. I WONDER WHY? I'M SURE YOU, SIR, KNOW THE ANSWER TO THAT QUESTION.
Al Ramirez

5/24/2007

PL738
9/2/2014
2:13-cv-00193

## Kate Huddleston

**From:** ben.hicks@swdisposal.com
**Sent:** Monday, August 31, 2009 2:06 PM
**To:** District82 Craddick
**Subject:** proove citizenship to vote

**Name:** Mr. ben hicks
**Address:** 2002 western drive
**City:** midland
**State:** tx
**Zipcode:** 79705
**Phone:** -
**E-mail:** ben.hicks@swdisposal.com

**Message:**
One of the most rediculous things that we face today should be a non-issue in my mind. Why in the world illegal,non-US and non-Texas citizens would be allowed to vote is beyond my comprehension. Please pass a law to make it mandantory to proove legal citizenship at the polls! A valid Texas photo drivers license should suffice.

**ComputerIP:** 192.168.104.62

8/31/2009

Highly Confidential

LEG00043629

## Kate Huddleston

**From:** rslee817@cableone.net
**Sent:** Wednesday, January 26, 2011 12:16 PM
**To:** District82 Craddick
**Subject:** SB-14

**Name:** Mrs. Stella Lee
**Address:** 1901 Zacate Dr
**City:** Odessa
**State:** TX
**Zipcode:** 79765
**Phone:** 432-3370629
**E-mail:** rslee817@cableone.net

**Message:**
Please vote against or speak up against SB-14. I believe that the "Photo Voter ID" is necessary for a true and honest voting system. Otherwise you will have dishonest people or illegal aliens voting which will compromise our current and honest way of voting. Some people may vote multiple times with non-voter's IDs. This would be a terrible thing!
Thank you for taking the time to read this and for serving our great state of TEXAS!
God Bless you,
Stella Lee

**ComputerIP:** 209.240.182.93

Highly Confidential                                            LEG00043832

Kate Huddleston

**From:** jsueellington@gmail.com
**Sent:** Saturday, March 19, 2011 2:43 PM
**To:** District82 Craddick
**Subject:** Voter ID SB14

**Name:** Mrs. Janie Sue Ellington
**Address:** P. O. Box 974
**City:** Stanton
**State:** TX
**Zipcode:** 79782
**Phone:** 432-5578785
**E-mail:** jsueellington@gmail.com

**Message:**
Please support this critical bill so that illegals can't continue to take over our country by voting in our elections.

**ComputerIP:** 166.128.36.129

1

Highly Confidential

LEG00043836



Jessica Canny

**From:** flotsum@pdq.net
**Sent:** Monday, May 23, 2005 7:01 PM
**To:** District82 Craddick
**Subject:** Web E-mail Feedback

E-mail Address: flotsum@pdq.net
Name:    Mr. Fred Cummins
Address: 327 Hagerman Rd.
City:  Freeport
State:  TX
ZIP Code:  77541
Phone: (979) 2332633
Subject:  Don't be pushed around about ballot box

The Honorable Tom Craddick

It is time to take a stand against a clear enemy of the American way and that is the Democrats. It is time to stop acting like these people are just good Americans with a different attitude. Tom these people are for the most part more Socialist than the people of Russia. Time to put them in the category of enemy and treat them accordingly. Do not allow them to push you around. Speak to the people of Texas and speak clearly ''you will not stand for obstructionism by outlaw groups no matter who they are.'' We need to tighten our voting process now. Why would anyone object to having to show a picture to vote. Only an illegal would or a Democrat that wants to use illegals. Get tough, real tough, as it is ''pay me now or pay me later'' time. Later may allow illegal steam to take place and blood may be in the streets if this socialist bunk does not stop.

DATE MAY 2 4 2005  AM ___ PM ✓
IND ✓  ORG ___  LEG ___
ROUTED TO 53  FILE / some
SUBJECT voting
CC: ___
            Cummins

1

Highly Confidential                                                LEG00043853

Mrs. S. Allardyce
12019 Cathy Dr.
Houston, TX 77065-1819

VOTER CERTIFICATION STATUS: 10017628553

Allardyce, Samuel
201403040275 NAR/ED

cat: CalenCoovt

APPROVED

POSTMARKED NO LATER THAN 5 DAYS AFTER RECEIPT.

RECEIVED
MAR 04 2014
GOVERNOR'S OFFICE

Mrs. S. Allardyce
12019 Cathy Dr.
Houston, TX 77065-1819

Sr: Voter

GU87694XX1X

10017628537

(YES!) I support legislative action by Texas Governor Rick Perry and the Texas Legislature to pass commonsense VOTER ID LEGISLATION that will stop illegal aliens and unidentified foreign nationals from voting in local, state and federal elections.

In order to support the Secure States Initiative's efforts, I have signed my Ballot Referendum Card and enclosed a one-time donation of:

___ $19         ___ Other $____

**Secure States Initiative**
P.O. Box 96302, Washington, DC 20090-6302
The Secure State Initiative is a Program of Citizen Guardian, a 501(c)4 non-profit

TEX0524906
Highly Confidential

Highly Confidential

## OUR GUARANTEE TO YOU

1. This guarantee is provided by the Secure States Initiative.

2. We guarantee that after receiving your completed ballot, SSI will tabulate and process your responses wit[hin] a 24 hour period providing that your ballot is complete and accurate.

3. We will submit your ballot to the appropriate State Representatives during the current legislative session.

4. Donations will be processed and used directly to educate and support efforts to pass legislation that will st[op] illegal aliens from committing voter fraud in local, state and federal elections.

5. The Secure States Initiative is committed to the highest levels of honor and integrity. We do not solicit or receive government funding or contributions from multi-national corporations and therefore we are not beholden to career politicians or Washington bureaucrats.

TEX0524907

# Defend the Commandments
## A Petition to Texas Governor
### Rick Perry
*Authorized by Dr. Robert Grant, Founder*
*Americans for Faith and Freedom*

**Whereas,** As Texas Residents and American Citizens, we are entitled to freely exercise our Faith in God without fear of legal prosecution by ACLU lawyers.

**And Whereas,** Recent attacks on our Religious Freedom, carried out by Susan Herman and the ACLU, infringe upon the Rights guaranteed to us by the United States Constitution,

**Therefore,** We Americans, who treasure our faith and who deeply love and respect God's Law ask that you, Governor Rick Perry, in conjunction with our State Legislators, pass legislation that protects the religious freedom of all Texas residents.

Signed: *Eunice L. [Alardyce]*    Date: Jan 20, 2014

*I'm 88 [years old] [illegible]*
*money [illegible] day!!*

Highly Confidential
TEX052

# OFFICIAL REFERENDUM BALLOT

## REFERENDUM TO DETERMINE IF ILLEGAL ALIENS WILL VOTE IN FEDERAL, STATE and LOCAL ELECTIONS

*Authorized by the Honorable James Carver, Co-Founder, Secure States Initiative*

Texas ballot results to be submitted to Governor Rick Perry

**Voter Name:** Mrs. S. Allardyce
**State/District:** Texas/10

**Ballot Number:** GU87694XX1X
**Voter ID:** 10017628537

*Please use a blue or black pen to mark your Referendum Ballot to ensure accurate tabulation and prompt registration of your vote.*

**BALLOT QUESTION 1:**

I support legislative action by Governor Rick Perry to stop illegal aliens from committing voter fraud in Federal, State and Local elections conducted in Texas:

[☑] I SUPPORT    [ ] I DO NOT SUPPORT

**BALLOT QUESTION 2:**

I support legislative action by Texas Representatives to stop illegal aliens from committing voter fraud in Federal, State and Local elections conducted in District 10:

[☑] I SUPPORT    [ ] I DO NOT SUPPORT

THANK YOU FOR PARTICIPATING IN THE STATE REFERENDUM TO DETERMINE IF YOUR STATE REPRESENTATIVES WILL PASS LEGISLATION TO STOP VOTER FRAUD BY ILLEGAL ALIENS AND UNIDENTIFIED FOREIGN NATIONALS.

10100 001008

*Cannot send money I get 10-12 requests for money each day! I'm 88.*

**CERTIFIED AND APPROVED**

### Secure Credit Card Donation Form

Please charge $_____ to my:

[ ] VISA    [ ] MasterCard    [ ] Discover    [ ] American Express

Credit Card Number: _____ Exp. Date: _____

Signature: _____

Highly Confidential