PL744
2013-cv-00193
9/2/2014

Barnett, Michael (121313)
201312130277

# TEXAS
# State OPINION Ballot

National Write Your
Congressman

2425 N. Central Expressway,
Suite 200
Richardson, TX 75080
972.952.1440
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transporation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ) YES        ( ) NO        (X) UNDECIDED

My Comments:  *IF this lowers the taxes each County implements to each homeowners to fund schools*

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES        (X) NO        ( ) UNDECIDED

My Comments:

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments:

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments:

| | | |
|---|---|---|
| Name: *Michael Barnett* | Company: *A.G. Plumbing* | |
| Street: *1203 Neal Pickett* | City: *College Station* | State *TX* Zip: *77840* |

S143

Highly Confidential

102011

TEX0524910

# TEXAS
*2014 03190068*

## State OPINION Ballot

National Write Your Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: The prison systems DO NOT Deserve the money! They are cons! Invest in our future!

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: _____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES        (X) NO        ( ) UNDECIDED

My Comments: Yes use Desalination ete or wastewater reclaiming methods But Stop taxing us to Death

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: Enforce the current law to that requires photo id! yes I believe a photo id of citizenship should be required.

Name: MICHELE BERRY          Company: BERRY FINANCIAL

Street: 920 WHITEHEAD DR          City: GRANBURY          State TX          Zip: 76048

S143

*Write Your State Legislators at www.nwyc.com*

102011

Highly Confidential

TEX0524911



Boles, Ken
201312300014

# TEXAS

**RECEIVED**

DEC ~~00 2013~~

GOVERNOR'S OFFICE

## State OPINION Ballot

National Write Your
Congressman

2435 N. Central Expressway.
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(✓) YES      ( ) NO      ( ) UNDECIDED

My Comments: That is THE

ONLY REASON I

VOTED for it To START!

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES      (✗) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(✗) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✗) YES      ( ) NO      ( ) UNDECIDED

My Comments: I Think we Should

have To identify To vote. IT's

As SimPLe As having To have

A LiBRARY CARD!

Name: KEN BOLES      Company: BoLES FEED C, INC

Street: 101 PoRTER ST      City: CENTER      State TX   Zip: 75935

S143

Highly Confidential

TEX0524912

**Boles Feed Co., Inc.**
101 Porter St.
Center, Texas 75935
(936) 598-3061



19 DEC 2013 PM 4 L

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711$2428 B006

Highly Confidential

TEX0524913



**RECEIVED**

FEB 18 2014

**GOVERNOR'S OFFICE**

# TEXAS
*2014021805 30*

# State OPINION Ballot

**National Write Your Congressman**

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) **YES**          ( ) **NO**          ( ) **UNDECIDED**

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) **YES**          ( ) **NO**          ( ) **UNDECIDED**

My Comments: _____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) **YES**          (X) **NO**          ( ) **UNDECIDED**

My Comments: _____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) **YES**          ( ) **NO**          ( ) **UNDECIDED**

My Comments: _____

*additional issue: My son with mental illness cannot get insurance as he makes 0 money ??*

Name: *Carolyn Bower*          Company: _____

Street: *9102 Cty Rd 48*     City: *Rosharon*     State *TX*   Zip: *77583*

S143

Highly Confidential          TEX0524914

Carolyn Bowen
9102 CR 48
Rosharon, tx
77583

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242828

Highly Confidential

TEX0524915

Buchanan Septic Tanks
20131230007

# TEXAS
**State OPINION Ballot**

RECEIVED
DEC 20 2013
GOVERNOR'S OFFICE

National Write Your Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ) YES       (X) NO       ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

( ) YES       (X) NO       ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES       (X) NO       ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES       ( ) NO       ( ) UNDECIDED

My Comments: _____

_____

_____

Name: _____   Company: _____

Street: _____   City: _____   State _____ Zip: _____

S143

102011

Highly Confidential

TEX0524916

Buchanan Septic Tanks, Inc.
P.O. Box 297
Buchanan Dam, TX 78609
512-793-3100



**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242828

Highly Confidential

TEX0524917

# TEXAS 201403280226
# State OPINION Ballot

*2014032802216*

National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(√) YES        ( ) NO        ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

( ) YES        ( ) NO        (√) UNDECIDED

My Comments: _____

~~RECEIVED~~

MAR 25 2014

GOVERNOR'S OFFICE

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES        (√) NO        ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(√) YES        ( ) NO        ( ) UNDECIDED

My Comments: _____

_____

_____

| | |
|---|---|
| Name: *Matt Butler* | Company: *Ranger Field Services* |
| Street: *2641 Spanish Ave* | City: *Granbury*   State: *TX*   Zip: *76048* |

S143

*Write Your State Legislators at www.nwyc.com*

102011

Highly Confidential

TEX0524918

PLACE

STAMP

HERE

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

Highly Confidential

TEX0524919



Davis, Wayne D (121913)
201312190121

# TEXAS
# State OPINION Ballot

National Write Your
Congressman

[address block illegible]

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ) YES     ( ) NO     ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

( ) YES     ( ) NO     ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES     ( ) NO     ( ) UNDECIDED

My Comments: _____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

( ) YES     ( ) NO     ( ) UNDECIDED

My Comments: _____

Name: _____ Company: _____

Street: _____ City: _____ State: ____ Zip: _____

5143

Highly Confidential

TEX0524921



Edelman, Thomas (121313)
201312130278

# TEXAS
# State OPINION Ballot

National Write Your
Congressman

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ) YES  (✓) NO  ( ) UNDECIDED

My Comments: _____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive these penalties. *Are you in favor of such a law?*

( ) YES  (✓) NO  ( ) UNDECIDED

My Comments: _____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES  (✓) NO  ( ) UNDECIDED

My Comments:

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✓) YES  ( ) NO  ( ) UNDECIDED

My Comments:

Name: **Thomas R. Edelman**   Company: _____

Street: **3413 W. Marshall ave**   City **Longview**   State **TX**   Zip **75604**

S143

**Write Your State Legislators at www.nwyc.com**
Highly Confidential

102011

TEX0524922



National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

RECEIVED

JAN 23 2014

GOVERNORS OFFICE

# TEXAS
# State OPINION Ballot

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES          ( ) NO          (X) UNDECIDED

My Comments: _____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

Fisher, Evelyn (013114)
201401310250

Name: Evelyn Fisher

Street: 1965 TX PKWY

Company: Amazing Grace Pharmacy

City: Missouri City     State: TX     Zip: 77489

S143

Highly Confidential          TEX0524923

Evelyn O. Fisher

1965 Tx Pkwy

Missouri City, Tx 77489



21 JAN 2014 PM 8 L

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242828

Highly Confidential

TEX0524924

# TEXAS 20140218 0532
# State OPINION Ballot

National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(✓) YES        ( ) NO        ( ) UNDECIDED

My Comments: _When the lottery started approx._
_20 years ago, it was told to the citizens_
_that the income would go to "education"_
_Apparently it has not but it should._

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES        (✓) NO        ( ) UNDECIDED

My Comments: _____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(✓) YES        ( ) NO        ( ) UNDECIDED

My Comments: _One life lost as a result_
_of texting is one too many. What_
_message could be so important that a_
_life would be lost in an accident._

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✓) YES        ( ) NO        ( ) UNDECIDED

My Comments: _____

RECEIVED
FEB 13 2014
GOVERNOR'S OFFICE

Name: _John Fuston_        Company: _____

Street: _4010 Miranda Dr._        City: _Paris_        State _TX_    Zip: _75462_

S143

**Write Your State Legislators at www.nwyc.com**

102011

Highly Confidential

TEX0524925

NORTH TEXAS TX 750
DALLAS TX 750

11 FEB 2014  PM 12 L



Mr. John T. Fuston
4010 Miranda Dr.
Paris, TX 75462-6621

GOVERNOR'S OFFICE

FEB 13 2014

RECEIVED

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242828

Highly Confidential

TEX0524926

20140402033b

# TEXAS
# State OPINION Ballot

RECEIVED

APR 0 1 2014

GOVERNOR'S OFFICE

National Write Your
Congressman

1435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

---

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES       ( ) NO       ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

( ) YES       (X) NO       ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

(X) YES       ( ) NO       ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES       ( ) NO       ( ) UNDECIDED

My Comments: _____

_____

_____

---

Name: Timothy James Hall        Company: Floors Inc.

Street: 2440 E Hwy 377        City: Granbury        State: TX   Zip: 76049

S143

*Write Your State Legislators at www.nwyc.com*

102011

Highly Confidential

TEX0524928

PLACE
STAMP
HERE

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

Highly Confidential

TEX0524929

# TEXAS 201403280225

## State OPINION Ballot

National Write Your Congressman

2435 N. Central Expressway, Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(✓) YES ( ) NO ( ) UNDECIDED

My Comments: _____
_____
_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

( ) YES ( ) NO (✓) UNDECIDED

My Comments: ____~~RECEIVED~~____
____~~MAR 25 2014~~____
____~~GOVERNOR'S OFFICE~~____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES ( ) NO (✓) UNDECIDED

My Comments: _____
_____
_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✓) YES ( ) NO ( ) UNDECIDED

My Comments: _____
_____
_____

Name: _Harve Hewson_   Company: _____
Street: _301 Peck Rd_   City: _Granbury TX_   State _TX_ Zip: _76049_

S143

*Write Your State Legislators at www.nwyc.com*

102011

Highly Confidential

TEX0524930

PLACE
STAMP
HERE

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

Highly Confidential

TEX0524931



**RECEIVED**

IAN 23 2014

GOVERNOR'S OFFICE

# TEXAS
# State OPINION Ballot

National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(✓) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(✓) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES          (✓) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✓) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

Malone, Noland (013114)
201401310247

Name: *NOLAND MALONE*          Company: _____

Street: *3181 U.S. 79 S*          City: *CARTHAGE*          State *TX*   Zip: *75633*

S143

***Write Your State Legislators at www.nwyc.com***

102011

Highly Confidential

TEX0524932



Mr. Todd Malone
PO Box 6
Carthage, TX 75633



**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711$2428

Highly Confidential

TEX0524933

McDonald, Mike (12161...
201312160395

To. Governor Rick Perry
...ntor Kel Seliger
Rep John Smithee

Comment #1

It is impossible to ignore the blatant hypocrisy of your And your parties callous refusal to provide LIFE SAVING services through MEDICAID EXPANSION to literally hundreds of thousands of your Fellow Texans whose "RIGHT TO LIFE" you so ardently supported As unborn infants.
   How can you who have been blessed with so much, including the VERY BEST in healthcare, deny it to others who need it so desperately. UNCONSCIENABLE!!!

Comment #2

My daughters could be denied the right to vote in the next election because of differences between drivers license And voter registration info. OUTRAGEOUS!!! I will Advise them of the problem, WHO has caused it, And WHY! I will Also suggest they spread the word about your parties' doing All it can in Texas, As well As the rest of the country, to suppress the voting of selected groups, WOMEN VOTERS AMONG THEM!!!,

A 50 yr Independent,
   Totally Disgusted,

DEC 16 2013

TEX0524934



**RECEIVED**

JAN 23 2014

**GOVERNOR'S OFFICE**

# TEXAS
# State OPINION Ballot

National Write Your
Congressman

2425 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(✓) **YES**      ( ) **NO**      ( ) **UNDECIDED**

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) **YES**      (✓) **NO**      ( ) **UNDECIDED**

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(✓) **YES**      ( ) **NO**      ( ) **UNDECIDED**

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✓) **YES**      ( ) **NO**      ( ) **UNDECIDED**

My Comments: _____

Molone, Todd (013114)
201401310249

| Name: | Todd Molone | Company: | Synerlink Corporation |
|---|---|---|---|
| Street: | 1460 CR 207 | City: Carthage | State TX Zip: 75633 |

S143

**Write Your State Legislators at www.nwyc.com**

Highly Confidential

102011

TEX0524937