

Mr. Todd Malone
PO Box 6
Carthage, TX 75633



**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242828

TEX0524938

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Ms. Lauralyn W Murphey | | 74.193.61.158 | O |
| | | | |
| **Address:** | **Date Submitted:** | 1/17/2014 9:17:11PM | |
| 1127 Hillside | **Email:** | t75751@yahoo.com | |
| Athens | **Phone:** | | |
| TX | | | |
| 75751 | | | |

**Message:**

1) would like for Texas to have a presidential primary in Jan. or Feb. every 4 years. Maybe the other 1st & 2nd primaries could be changed to May & July instead of March & whatever is the current 2nd primary date . It is too many months between the 2nd primary & the general election anyway. 2) Voter identification - why not put a magnetic strip on the voter registration card just as the one on our Texas driver's licenses. Fingerprints are now taken for the TX licenses & so fingerprints could also be used to identify voters. 3) the above suggestion #2 might also help with problems related to illegal aliens, including temporary workers and others. 4) this voter registration might be expensive at first, but it would probably be worth the money & would help to prevent duplicate voting by the same persons. Just some suggestions, but maybe these ideas would not be "unconstitutional." Note that free TX registration cards could be issued for a while to build the database of fingerprints. Hope this sounds reasonable.

1/21/14

Highly Confidential

**RECEIVED**

JAN 29 2014

GOVERNOR'S OFFICE

# TEXAS
# State OPINION Ballot

National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ) YES    (X) NO    ( ) UNDECIDED

My Comments: *NO NOT UNTIL SCHOOL DISTRICTS TIGHTEN THEIR BELTS. TOO MUCH MONEY GOING TO TOO MANY ASST SUPERTENDANTS THAT NEVER SEEM TO HAVE ANYTHING TO DO.*

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES    (X) NO    ( ) UNDECIDED

My Comments: *I'M FOR USING WASTE WATER FOR LANASCAPING AND EVEN RAINWATER COLLECTION. BUT, USE TAXES FROM ANOTHER SOURCE.*

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

( ) YES    (X) NO    ( ) UNDECIDED

My Comments: *TRY AN EDUCATIONAL CAMPAIGN 1ST. TO MUCH GOVERNMENT ALREADY. WE NEED TO SCALE BACK GOV, NOT EXPANDING IT.*

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES    ( ) NO    ( ) UNDECIDED

My Comments: *IF YOU WANT TO VOTE GET AN ID CARD AND VOTE ONE TIME ONLY. THE PEOPLE FIGHTING THIS LAW WANT PEPOLE TO VOTE & VOTE OFTEN WE CAN'T LET THAT HAPPEN.*

| Name: ROBERT W. NICKS | Company: | Nicks, Robert W (013114) |
|---|---|---|
| Street: 3404 FALCON Dr. | City: JOSHUA | 201401310253   State TX   Zip: 76058 |

S143

102011

Highly Confidential

TEX0524940

**Bob Nicks**
3404 Falcon Dr.
Joshua, TX 76058

NORTH TEXAS TX P&DC
DALLAS TX 750

27 JAN 2014 PM 7 L



Governor Rick Perry
Office of the Governor
P.O. Box 12428
Austin, TX 78711-2428

78711242828

Highly Confidential

TEX0524941



National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

**RECEIVED**

JAN 23 2014

GOVERNOR'S OFFICE

# TEXAS
# State OPINION Ballot

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ✓ ) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ✓ ) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

( ) YES          ( ✓ ) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

( ✓ ) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

Norman, Karen (013114)
201401310246

---

Name: KAREN NORMAN                    Company: _____

Street: P.O. Box 368        City: GARRISON        State: TX    Zip: 75946

S143

Highly Confidential

TEX0524942

KAREN NORMAN
P.O. Box 368
GARRISON, TX 75946

02 1P
0004663648        JAN 20 2014
MAILED FROM ZIP CODE 75633

$ 000.46⁰

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711$2428

TEX0524943

RECEIVED
DEC 27 2013
GOVERNOR'S OFFICE

Owen, Brit
201312300011

# TEXAS State OPINION Ballot

National Write Your Congressman
2435 N. Central Expressway, Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(√) YES ( ) NO ( ) UNDECIDED

My Comments: _____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(√) YES ( ) NO ( ) UNDECIDED

My Comments: _____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES (√) NO ( ) UNDECIDED

My Comments: _____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(√) YES ( ) NO ( ) UNDECIDED

My Comments: _____

Name: Brit Owen  Company: Brit Owen
Street: 701 W Central Tx Expy  City: Killeen  State: Tx  Zip: 76541

S143

*Write Your State Legislators at www.nwyc.com*
Highly Confidential

102011
TEX0524945



Brit Owen

701 W Central Tx Eppy

Killeen, Tx 76541

Case 2:13-cv-00193   Document 671-6   Filed on 11/11/14 in TXSD   Page 8 of 27

RIO GRANDE DISTRICT
23 DEC 2013 PM 5 L

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242828

TEX0524946



*Pagel, Kim*
*20140206D057*

# TEXAS
# State OPINION Ballot

National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: Our teachers need higher salaries and better benefits — our children need teachers that are teaching for the right reason! Too many teachers take higher paying jobs.

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: I worry about our water supply in the next 50 years! We need to educate on rain collecting!

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: I feel like the punishment should fit the crime, as to the last sentence — should we only fine speeders if they have an accident?!

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: I.D's are not that costly!!

Name: _____        Company: _____

Street: _____        City: _____        State _____ Zip: _____

S143

Highly Confidential

TEX0524948

K. Pagel
2102 S. W.S. Young ste2
Killeen, TX 76543

RIO GRANDE DISTRICT
30 JAN 2014 PM 4 L
FOREVER

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242628

TEX0524949



2014032280224

# TEXAS
# State OPINION Ballot

National Write Your Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) **YES**      ( ) **NO**      ( ) **UNDECIDED**

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) **YES**      ( ) **NO**      ( ) **UNDECIDED**

My Comments: _____

**RECEIVED**

**MAR 25 2014**

**GOVERNOR'S OFFICE**

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) **YES**      (X) **NO**      ( ) **UNDECIDED**

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

( ) **YES**      ( ) **NO**      (X) **UNDECIDED**

My Comments: _____

_____

_____

Name: _WADE PATTEN_      Company: _RANGER FIELD SERVICES_

Street: _2784 PEAR ORCHARD RD_      City: _GRANBURY_      State _TX_ Zip: _76048_

S143

**Write Your State Legislators at www.nwyc.com**

102011

Highly Confidential

TEX0524950

PLACE
STAMP
HERE

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

Highly Confidential

TEX0524951



Pitkin, Robert (010814)
201401080098

**TEXAS**
**State OPINION Ballot**

National Write Your
Congressman

2435 N. Central Expressway,
Suite 700
Richardson, TX 75080
214-342-6204
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ) YES    ( ) NO    (✓) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES    (✓) NO    ( ) UNDECIDED

My Comments: _____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

✓ YES    ( ) NO    ( ) UNDECIDED

My Comments: _____

RECEIVED
JAN 02 2014
GOVERNORS OFFICE

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✓) YES    ( ) NO    ( ) UNDECIDED

My Comments: _____

Name: HAROLD IALBECK

Street: 511 S MAIN

Company: _____

City COPPERAS COVE    State TX    Zip 76522

S143

102011

TEX0524952



20140402033

**TEXAS**

**State OPINION Ballot**

RECEIVED

APR 01 2014

GOVERNOR'S OFFICE

National Write Your Congressman

2435 N. Central Expressway, Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(✓) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(✓) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES      (✓) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✓) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

| Name: Herman Pruitt | Company: Pruitt Plumbing |
|---|---|
| Street: 200 Kings Plaza | City: Grapburg   State: TX   Zip: 76049 |

S143

*Write Your State Legislators at www.nwyc.com*

102011

Highly Confidential

TEX0524954

PLACE
STAMP
HERE

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

TEX0524955



**RECEIVED**

JAN 23 2014

GOVERNOR'S OFFICE

# TEXAS
# State OPINION Ballot

National Write Your Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ✓ ) YES ( ) NO ( ) UNDECIDED

My Comments:  I don't like the lottery, so I favor a tax on it!

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES ( ✓ ) NO ( ) UNDECIDED

My Comments:  We have enough taxes!

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

( ✓ ) YES ( ) NO ( ) UNDECIDED

My Comments:  Texting while driving is just as bad as drinking while driving!

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

( ✓ ) YES ( ) NO ( ) UNDECIDED

My Comments:  If one can't afford a photo, they don't need a vote.

Roberson, Steve (013114)

| | |
|---|---|
| *Name:* Steve Roberson | *Company:* 1 |
| | 201401310248 |
| *Street:* 3810 Castle Ridge Dr. | *City:* Longview, *State* TX *Zip:* 75605 |

S143



*Steve & Jerrilyne Roberson*
*3810 Castle Ridge Drive*
*Longview, TX 75605*

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242828

TEX0524957



# TEXAS
# State OPINION Ballot

*Roraback, Forrest*
*201402060052*

National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: *Do WHAT you say —*

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES        (X) NO        ( ) UNDECIDED

My Comments:

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: *should be done by DRIVER's Common Sense — NOT HAVE TO be A LAW —*

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES        ( ) NO        ( ) UNDECIDED

My Comments: *As long as it doesn't Cost Money*

Name: *FORREST RORABACK*        Company: *CLARKSVILLE TRUSS CO.*

Street: *32 CR 3121*        City: *CLARKSVILLE*        State *TX*  Zip: *75426*

S143

***Write Your State Legislators at www.nwyc.com***        102011

Highly Confidential

TEX0524958

Forrest
32 County Road 3121
Clarksville, TX 75426

DALLAS TX 750
31 JAN 2014 PM 10 L

RECEIVED
FEB 04 2014
GOVERNORS OFFICE

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242828

TEX0524959

Schul, James C (022714)
201402270447

RECEIVED

FEB 27 2014

GOVERNOR'S OFFICE

4487 Bascule Bridge Dr.
Apt. 418
Beavercreek, OH 45440-3121
February 23, 2014

The Hon. Rick Perry
Office of the Governor
P. O. Box 12428
Austin, TX 78711

Dear Governor Perry:

I may not reside in the great state of Texas, but I am a fellow Republican hailing from the "swing state" of Ohio. I am concerned about reports stating that United States Attorney General Eric Holder may challenge Texas' law which requires photo identification to vote. I think the Attorney General and his Chicago-style political cohorts only want to challenge "Voter ID" laws in states like yours so that they turn Democrat blue for next election. I do not find them racist in the least way.

I think that a lack of such a law here in Ohio allowed President Obama to carry (steal?) the Buckeye State in the 2012 election, especially when I consider the fact Republicans earned a supermajority in the Ohio House of Representatives in that same election. I am bothered by the fact that Somalis were bussed in to polling stations in urban areas, a practice I think was encouraged by people in the Democrat Party to help President Obama win.

Please do not cave in to the ridiculous demands of Attorney General Holder and his corrupt henchmen.

Sincerely,

James C. Schul

Highly Confidential



# TEXAS
# State OPINION Ballot

National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(x) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(x) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

RECEIVED

JAN 27 2014

GOVERNOR'S OFFICE

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES      (x) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(x) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

Seagrist, James (013114)
201401310252

Name: James Seagrist        Company: James Trailer Repair

Street: 709 Corn Products Rd        City: Corpus Christi        State: X        Zip: 78407

S143

102011

***Write Your State Legislators at www.nwyc.com***

Highly Confidential

TEX0524973



JAMES TRAILER REP...
709 Corn Product...
Corpus Christi, TX 78409
361-289-0721

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711‡2428

TEX0524974



# TEXAS
# State OPINION Ballot

National Write Your Congressman

2435 N. Central Expressway, Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES    ( ) NO    ( ) UNDECIDED

My Comments: _____ RECEIVED _____

_____ JAN 27 2014 _____

_____ GOVERNOR'S OFFICE _____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES    ( ) NO    (X) UNDECIDED

My Comments: As To essentiall

non essential

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES    ( ) NO    ( ) UNDECIDED

My Comments: I Don't think TxDOT should

text while I'm driving either

INFO SIGN ON Highways

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES    ( ) NO    ( ) UNDECIDED

My Comments: _____

Seagrist, Peggy (013114)
201401310251

Name: Peggy Seagrist

Street: 709 Corn Products Rd

Company: C C Weighing Co.

City: Corpus Christi State: TX Zip: 78409

S143

102011

TEX0524975

**C.C. WEIGHING CO.**
709 Corn Products Rd.
Corpus Christi, TX 78409

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711$2428

Highly Confidential

TEX0524976



# TEXAS 20140328022

# State OPINION Ballot

National Write Your Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ) YES      ( ) NO      (X) UNDECIDED

My Comments:  *Education needs*
*to balance their budget.*
*Then we need lottery to go*
*to them.*

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES      (X) NO      ( ) UNDECIDED

My Comments:  *Pay people to*
*change landscaping to arid*
*conditions.*

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES      ( ) NO      ( ) UNDECIDED

My Comments:

**RECEIVED**

**MAR 25 2014**

**GOVERNOR'S OFFICE**

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES      ( ) NO      ( ) UNDECIDED

My Comments:

Name: *Danny Chipman*        Company: *Signmasters*

Street: *309 Bonita*        City: *Granbury*   State *TX*  Zip: *76049*

S143

*Write Your State Legislators at www.nwyc.com*

102011

Highly Confidential

TEX0524977

PLACE
STAMP
HERE

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

Highly Confidential

TEX0524978



# TEXAS
## DEC State OPINION Ballot

Vandore, Dale (121313)
201312130276

National Write Your Congressman

... N. Central Expressway,
Suite 200,
Richardson, TX 75080
... 972-420-2945
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES ( ) NO ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES ( ) NO ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

(X) YES ( ) NO ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES ( ) NO ( ) UNDECIDED

My Comments: _____

_____

_____

Name: Dale Vanadore          Company: A.G. Plumbing

Street: 233 Marino Road    City: Bryan    State: TX   Zip: 7808

S143

**Write Your State Legislators at www.nwyc.com**
Highly Confidential

102011

TEX0524979