

# TEXAS *20140319 0066*
## State OPINION Ballot

National Write Your Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES     ( ) NO     ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES     ( ) NO     ( ) UNDECIDED

My Comments: _____

RECEIVED

MAR 18 2014

GOVERNOR'S OFFICE

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES     ( ) NO     (X) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES     ( ) NO     ( ) UNDECIDED

My Comments: _____

_____

Name: Curt Vinson     Company: _____

Street: 401 E Hwy 377     City: Granbury     State: TX   Zip: 76048

S143

Highly Confidential

TEX0524980

Curt Vinson

401 E Hwy 377

Granbury, TX 76048

PLACE
STAMP
HERE

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

Highly Confidential

TEX0524981

Wade, Gary
2014 02 25 0197

**RECEIVED**

FEB 25 2014

GOVERNOR'S OFFICE

**VALID VOTER'S BALLOT**
**CITIZENS UNITED FOR A SECURE AMERICA**
P.O. BOX 96523 * WASHINGTON, DC * 20090-6523

| BALLOT CODE: | VVU023 |
| BALLOT ID #: | 00054649828 |

**BALLOT REGISTERED TO:**

Mr. Gary Wade
9235 Montgomery Dr.
El Paso, TX 79924-7449

**INSTRUCTIONS:** Please mark all circles which apply. Ballot must be marked and returned within 3 days to be counted.

Ballot and tabulated results will be delivered to your Governor by CUSA.

**VALID VOTER'S BALLOT TO:**
**Governor Rick Perry**

(1) Are you eligible as a valid voter, and not disqualified for any reason?

**VALID VOTER** ■
**NOT VALID** ☐

(3) Do you think illegals should be ineligible to vote in elections?

**YES** ■
**NO** ☐

(2) Do you think photo ID should be required to vote in elections?

**YES** ■
**NO** ☐

(4) Do you think the Administration is enabling massive voter fraud?

**YES** ■
**NO** ☐

DO NOT DETACH

## REPLY TO DAVID N. BOSSIE, PRESIDENT OF CUSA

Dear David,

Thank you for alerting me to the Obama Administration's attempts to toss out Voter ID laws in my state and many others. I agree these commonsense laws are necessary to ensure that illegal immigrants aren't commiting voter fraud by casting ballots in our critical future elections.

I've completed my Valid Voter's Ballot to my Governor, and to help distribute and deliver 5 MILLION more, I'm joining with a generous membership contribution of:

☐ $1,000    ☐ $500    ☐ $250    ☐ $100

☐ $50    ☐ $35    ☐ $25    ☐ Other: $_____

*Please make your check payable to "CUSA" or use the credit card form on back.*
*The first $15 of your annual support will be applied to Citizens United membership dues.*

Highly Confidential

TEX05249

*The first $15 of your annual gift counts toward your Citizens United membership dues. Information concerning Citizens United's registration and financial information can be obtained from the following: Florida Division of Consumer Services by calling within the state 1-800-help-fla, CU's registration no. is SC-09991, 100% of contributions are received by the organization; Mississippi Secretary of State's Office by calling 1-888-236-6167; Attorney General of the State of New Jersey by calling 973-504-6215; New York State Attorney General, Charities Bureau, 120 Broadway, New York, NY 10271; North Carolina Department of the Secretary of State, solicitation licensing section, 919-807-2214; Pennsylvania Department of State, or by calling, from within Pennsylvania, 800-732-0999; Virginia Division of Consumer Affairs; Secretary of State (State of Washington) by calling 1-800-332-4483; West Virginia Secretary of State, State Capitol, Charleston, WV 24305; or by contacting Citizens United at 1006 Pennsylvania Avenue, SE, Washington, DC 20003.  Registration with a government agency does not imply endorsement of that agency. Contributions are not tax-deductible.*

## SECURE CREDIT CARD CONTRIBUTION FORM

Card Type:      [ ] Visa      [ ] Mastercard    [ ] Discover

Amount of gift: $_____

Card Number: _____    Exp. Date: ____/_____

Name on card: _____

Signature: _____

( ) Please send me additional information about planned gifts (aka deferred gifts) and the brand-new **Citizens United *Legacy Society.***

( ) Yes, please send me email updates: _____

TEX0524093



Waley, Josh P (011414)
201401140373

# TEXAS
# State OPINION Ballot

National Write Your
Congressman

[address illegible]
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( √ ) YES     ( ) NO     ( ) UNDECIDED

My Comments: The lottery was sold to the taxpayers as a way to fund education, not deep into the fund (gen fund) and use for anything. Just Dont raise taxes on other things.

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES     ( √ ) NO     ( ) UNDECIDED

My Comments: No this is giving out too much power over things they dont need to be.

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

( ) YES     ( ) NO     ( √ ) UNDECIDED

My Comments: I would say yes as long as drivers that cause accidents in other ways get the same penalties, i.e; drinking & driving to make up for the shortfall.

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

( √ ) YES     ( ) NO     ( ) UNDECIDED

My Comments: I believe they should ashow proof to who they are at the voting booth. People could say they are anyone to get to vote for them, alive or dead.

Name: Josh P. Waley

Street: 202 N. Brushy St.

Company: _____

City: Leander    State: TX    Zip: 78641

5143

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. and Mrs. Mark Whitfield | | 174.108.100.95 | O |
| **Address:** | **Date Submitted:** | 2/25/2014 11:43:31AM | |
| 4820 Brooktree | **Email:** | phil16m2j2s@yahoo.com | |
| Charlotte | **Phone:** | 704 277 3978 | |
| NC | | | |
| 28208 | | | |

**Message:**

Thank you, Gov. Rick Perry.  Jindal, Haley, Perry.....grouped together against Obama.
Our Gov. Pat McCrory (R) is also leading more conservative pro-life no amesty voter ID to protect his NC citizens who voted him in.
Thank you, again, PATRIOTS, we are firearm PATRIOTS also. ......ridding ourselves of commoncore/obamacare.
Sincerely, Mark Whitfield HOMEschool Family
        Charlotte, NC  28208

2/25/14

Highly Confidential

Mr. Robert Wilburn
26527 Blackberry Ln.
New Caney, TX 77357

TO GOVERNOR Rick Perry

20140121-16-14

Wilburn, Robert

SUBJECT — Voter Registration CARDS mailed to Felons + Criminals with LiFe Sentences.

Governor WHY Does the State oF texas MAiL out Voter Registration CARDS to Felons — LAST Year I mAiled you A CARD MAiled to the Same Person AND ASked you to Do Something About it — NO ResuLts - so I Am AsKing you One More time To Please Help Prevent Illegal Voteing.

YOU Mr Perry Are the GOVERNOR iF you CANNot Straighten out this Problem WHO CAN.

Washburn
Cat: Conduct
On: Election
Policy
5i: Voter id

FROM A Concerned TexiAN

Robert Will

RECEIVED

JAN 21 2014

GOVERNOR'S OFFICE

Highly Confidential

TEX0524986



Harris County Voter Registrar
713 368-2000
P.O. Box 3527
Houston, TX 77253-3527

Elections Division
1-800-252-VOTE (8683)

FIRST CLASS
MAIL
PRESORTED
U.S. Postage
PAID
Permit #12026

N14464488

**RETURN SERVICE REQUESTED**



**JULIAN MARS MCKITHAN**
**13830 COLD SPRING ST**
**HUMBLE  TX 77396-2711**

THis MAN HAS Been iN PRison FOR YeaRs

30 7655 T7  P2

Highly Confidential

TEX0524987

for voting: Driver's license, election identification certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card that contains the person's photograph; United States citizenship certificate that contains the person's photograph; or a United States passport.

The above identification must be current and not expired, or if expired, then it must have expired no more than 60 days before it is presented for voter qualification at the polling place. Please contact the Secretary of State or your local voter registrar for information concerning limited exceptions to the photo identification requirement for certain voters with disabilities or voters with religious objections to being photographed, and voters affected by certain natural disasters.

Please visit the Secretary of State's voter information website at www.votetexas.gov or call toll free at 1-800-252-8683. If any information on this certificate changes or is incorrect, correct the information in the space provided below, sign and return this certificate to the voter registrar.

Cada votante *deberá demostrar* una de las siguientes formas de identificación en el sitio electoral antes de ser aceptado para votar: Licencia de conducir, cédula de identificación electoral, tarjeta de identificación personal o licencia para portar un arma de fuego oculta expedida por el Departamento de Seguridad Pública de Texas; Cédula de identidad militar de los Estados Unidos con fotografía de la persona; Certificado de ciudadanía estadounidense con fotografía de la persona;  o Pasaporte de los Estados Unidos.

La identificación nombrada arriba deberá estar vigente y no vencida, o si está vencida, debe estar vencida por no más de 60 días en el momento de presentarla para calificar como votante en el sitio electoral.  Por favor comuníquese con la Secretaría del Estado o su registrador de votantes para información sobre excepciones limitadas al requisito de identificación con foto para ciertos votantes con una minusvalidez, con objeciones religiosas a tomarse fotos y votantes afectados por ciertos desastres naturales.

Por favor visite la página Web informativa para votantes de la Secretaría del Estado al www.votetexas.gov o llame al número gratuito 1-800-252-8683. Si algo de la información en la cédula cambia o no es correcta, favor de corregir la información en el espacio abajo, firme y devuelva esta cédula al registrador de votantes.

*Cần giúp đỡ bằng tiếng Việt hãy gọi số 713-368-2000*

如果需要中文服务，請致電 713-368-2000

I affirm the changes made to the left are correct.
Afirmo que los cambios hechos al lado izquierdo están correctos.

X _____

**Signature of Voter** (Firma del votante)

Highly Confidential

TEX0524098

20140218 0531



# TEXAS
# State OPINION Ballot

National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(✓) YES        ( ) NO        ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES        (✓) NO        ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(✓) YES        ( ) NO        ( ) UNDECIDED

My Comments: _____

_____

**RECEIVED**

**FEB 12 2014**

**GOVERNOR'S OFFICE**

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✓) YES        ( ) NO        ( ) UNDECIDED

My Comments: _____

_____

_____

Name: EDWARD L. WILSON, ~~III~~        Company: _____

Street: _____ City: _____ State _____ Zip: _____

S143

Highly Confidential

TEX0524989

Mr. Edward Wilson III
1720 Fm 1640 Rd. Apt. 1306
Richmond, TX 77469-5348

NORTH HOUSTON TX

10 FEB 2014 PM 8 L

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

78711242828

Highly Confidential

TEX0524990

20140402033 B

# TEXAS
# State OPINION Ballot

RECEIVED
APR 01 2014
GOVERNOR'S OFFICE

National Write Your
Congressman
2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES          (X) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES          ( ) NO          ( ) UNDECIDED

My Comments: _____

_____

_____

Name: Renee Wilson          Company: Cheerful Heart Gifts

Street: 2001 E Hwy 377          City: Granbury          State: TX          Zip: 76049

S143

*Write Your State Legislators at www.nwyc.com*

102011

Highly Confidential

TEX0524992

PLACE
STAMP
HERE

**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

TEX0524993



RECEIVED

DEC 02 2013

GOVERNOR'S OFFICE

**TEXAS** State **OPINION Ballot**

Wiswell, Eric (120413)
201312040146

National Write Your
Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

(X) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(X) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

_____

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES      (X) NO      ( ) UNDECIDED

My Comments: _____

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(X) YES      ( ) NO      ( ) UNDECIDED

My Comments: _____

_____

Name: _ERIC WISWELL_      Company: _LONE STAR Muffler_

Street: _10101 TELEPHONE Rd._      City: _Houston_      State _TX._ Zip: _77075_

S143

*Write Your State Legislators at www.nwyc.com*

102011



Highly Confidential TEX0524995

ERIC WISWELL
10101 TELEPHONE Rd.
HOUSTON TX 77075

30 NOV 2013 PM 9 L

Governor Rick Perry
Office of the Governor
P.O. Box 12428
Austin, TX 78711-2428

78711242828

**RECEIVED**

**3 0 2014**

GOVERNO**State**

# TEXAS
# State OPINION Ballot

National Write Your Congressman

2435 N. Central Expressway,
Suite 300
Richardson, TX 75080
214-342-0299
www.nwyc.com

Dear Governor Perry:

As a resident of Texas, I am concerned about the issues listed below and wish to make you and the Legislature aware of my opinions.

**Lottery Profits for Education:** Some are urging lawmakers to pass legislation that would require lottery profits to go to fund public education. Those in favor say television and print advertisements led them to believe the money would go to education, rather than to a general fund. They add that Texas education is in dire need of the funding. Those against it say many worthy causes are in need of funding, including transportation, and that the state should not dedicate all funds to education. *Are you in favor of dedicating lottery profits to public education?*

( ) YES        ( ) NO        ( ) UNDECIDED

My Comments: _____

_____

_____

**Distracted Driving:** Some are urging state lawmakers to pass a law that would call for heavy fines, jail time, and loss of driver's license for drivers who text or e-mail while driving. Those in favor say hundreds of thousands are injured or killed on the road each year because drivers are paying attention to a hand-held device. Those against such a measure say texting and e-mailing are a part of modern life and most drivers do it safely. They say only drivers who actually cause accidents should receive those penalties. *Are you in favor of such a law?*

(✓) YES        ( ) NO        ( ) UNDECIDED

My Comments: _HANDS FREE ONLY!_

_____

**Water Use Taxes:** Lawmakers are considering a measure that would call for state water use taxes to be raised for non-essential water uses, such as landscaping and recreational use. Those in favor say the state must learn to conserve water and that taxation is the best way to do that. Those against such a measure say what some consider non-essential, others consider essential. They add that desalination or wastewater reclaiming methods would be better for the state. *Are you in favor of raising water use taxes?*

( ) YES        ( ) NO        ( ) UNDECIDED

My Comments: _____

Zonkel, Don (013114)
201401310254

_____

**Photo ID to Vote:** After circuit judges in Washington D.C. struck down the Texas Photo ID law, some are continuing to call for a law that would require voters to present a valid photo ID at the polls. Those in favor say voter fraud is rampant and state lawmakers should continue to push for such law to make sure thousands of illegal immigrants don't get a say at the polls. Those against it say it puts an unnecessary burden on lower income people who may not have a driver's license, and it unfairly discourages them from going to the polls. *Are you in favor of continuing to push for a photo ID law?*

(✓) YES        ( ) NO        ( ) UNDECIDED

My Comments: _You HAVE To HAVE A PHOTO_
_IN TO GET INTO DEMOCRATIC_
_NATIONAL CONVENTION EACH TIME!_

Name: _DON ZONKEL_                Company: _DANLIN IND. CORP._

Street: _1922 SUNTIDE RD._        City: _CORPUS CHRISTI_   State _TX_  Zip: _78409_

S143

102011

Highly Confidential

TEX0524996

Don Conicer

1922 Suntide Rd

Corpus Christi, TX 78410



**Governor Rick Perry**
**Office of the Governor**
**P.O. Box 12428**
**Austin, TX 78711-2428**

Highly Confidential

TEX0524997

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
|---|---|---|---|
| Mr. Charles Z Adams | 200905310375 | 72.26.19.174 | O |

**Address:**  **Date Submitted:** 5/29/2009  7:09:53PM
3890 FM 1475  **Email:** czadams220@yahoo.com
Lufkin  **Phone:** (936)-824-2727
TX
75901

**Message:**

Gov. Perry,

I am urging you to ask for a special session dealing with the immigration issues that you addressed in your state-of-the-state address:

"I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

"We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

"Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

"I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

5/31/09

Highly Confidential

TEX0525004

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Mr. Marshall Z Adams

**Address:**
3890 FM 1475
Lufkin
TX
75901

**Correspondence ID:**
200905310374

**Date Submitted:**
**Email:**
**Phone:**

**IP Address:**
72.26.19.174

5/29/2009  7:10:37PM
socomz18@yahoo.com
(936)-824-2727

**Incoming Type:**
O

**Message:**

Gov. Perry,

I am urging you to ask for a special session dealing with the immigration issues that you addressed in your state-of-the-state address:

"I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

"We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

"Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

"I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

5/31/09

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**

Mrs. Terrye L Adams

**Address:**

3890 FM 1475

Lufkin

TX

75901

**Correspondence ID:**

200905310373

**Date Submitted:**

**Email:**

**Phone:**

**IP Address:**

72.26.19.174

5/29/2009  7:11:36PM

terryeadams@yahoo.com

(936)-824-2727

**Incoming Type:**

O

**Message:**

Gov. Perry,

I am urging you to ask for a special session dealing with the immigration issues that you addressed in your state-of-the-state address:

"I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

"We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

 "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

 "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

5/31/09

Highly Confidential

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
|---|---|---|---|
| Mrs. Stephanie Armstrong | 200905310547 | 66.69.195.18 | O |

**Address:**
2002 Wagon Gap Dr
Round Rock
TX
78681

**Date Submitted:** 5/30/2009 5:48:42PM
**Email:** forgetfulsteph@hotmail.com
**Phone:**

**Message:**

Due to the stalling tactics of several legislators during the final days of House floor debate, several important immigration related bills died on 5/26/09 at midnight.

If you, Gov. Perry, do not deal with immigration this session, Texas will soon follow in the footsteps of California -- bankrupt and fractured due to the failure of their Governor to stem the never ending tide of illegal aliens into their State. With an election season looming, Governor Perry surely desires a better track record than that of the "California Terminator."

During Governor Perry's State-of-the-State Address on January 27, 2009, he made several statements suggesting he supported passage of immigration reform legislation this session. Did he mean what he said or were his statements (see below) just politics as usual?

Quotes from the Governor's address follow along with several of the bills which were introduced to deal with his concerns:

1.   "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

   • Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

2.   "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

   • Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

3.   "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

   • Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4.   "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

   • Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

Tell the Governor you expect him to "call a Special Session and to include in his proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and

5/31/09

Highly Confidential

TEX0525009

**OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE**

Please do the right thing, Gov. Perry, and call a special session.

5/31/09

Highly Confidential

TEX0525010

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | |
|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** **Incoming Type:** |
| Mr. Bill B Barnes Jr | 200905310553 | 172.190.187.219 O |
| | | |
| **Address:** | **Date Submitted:** | 5/29/2009 5:53:41PM |
| 20256 FM 56 | **Email:** | bbarnes458@yahoo.com |
| Kopperl | **Phone:** | (254)797-7106 |
| TX | | |
| 76652-464 | | |

**Message:**

I support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce.

* Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge.

* Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

Originating in foreign countries and taking shape in our prisons, illegal immigrant gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence.

* Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust.

* Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.
Governor, I request that you "call a Special Session and to include in your proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and
Preserve election integrity in Texas by requiring photo/voter ID at the polls.

Highly Confidential

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Mrs. Linda Bateman

**Correspondence ID:**

**IP Address:**
71.123.189.176

**Incoming Type:**
O

**Address:**
519 Kent Dr.
Lewisville
TX
75067

**Date Submitted:** 9/12/2010 8:25:25PM
**Email:** bate41@verizon.net
**Phone:** 214-543-1348

**Message:**

Morning Governor Perry

I thought I would give you my suggestion about how to handle and control the illegal immigration in our Great State of Texas .
1. If you have a valid driver license the state could require you to take a copy of your birth certificate and show proof you were born here in the United States when applying for a new Driver License or the renewal of one. This would be recorded onto your driver license and if you get pulled over you are going to be asked for your Drivers License, and Proof of Insurance. Then the officer goes to his Lap Top keys in your Drivers License number to see if you have any warrants or outstanding ticket. They at that time can check to see if you are legal. They have the tool in D/L # to check lots of stuff. I would like for them to make it mandatory to take copy of Birth Certificate and have this reordered ASAP.
2. If you don't drive like my mom and mother-in-law didn't. You can go to the Texas Dept. of Public Safety and pay to get a State ID which they require a copy of your birth certificate to be able to get this ID. This is good for anyone that need a Gov. ID and can serve as proof of being a legal USA Citizen. All this information can be put on this State ID. All states can do this and would save lots of trouble & time for any officer who pulls anyone over.
3. To register to vote you must have a photo ID. If you have to show a State ID when going to vote, they can then check out if you are a legal citizen and also check to see if you are eligible to vote at that location plus they can check to see if you already have voted under that same name and license number some place else. This would stop a lot of that double voting which we all know was done in this last presidential election.  You know how they have all these campaign before a big election about registering to vote. Now they can do this ASAP so people who don't have Gov. Issued Photo ID can have time to go to the Dept. of Public Safety to get a Photo ID. I think this should apply to anything you do, Vote, enroll your children in Public School, sign up for Welfare, Medicare/Medicaid, Buy a Car, get insurance for your car, House, a boat.
5. I think anyone applying for Welfare or Government Assistants should have proof they are American Citizen. I see so many people that have a Lone Star card and I know they are all illegal. Start checking Proof of Citizenship when applying for any kind of Gov. Assistants will cut down on all this money that are being given to illegal. This alone will help the Texas and U. S. Economy.
4. Another thing just because you give birth to a child here in the United States & you are illegal does not make your child a U.S. Citizen. We need to put a stop to this also. No other country does this.
Also I just wanted to let you know that my two grandsons who are in the Lewisville ISD have School Photo ID. The oldest is in Middle School and the 9 year is in Elementary. I don't know about any other School System but there again this is good idea to make sure kids are suppose to be in that school.
5. Silver Alert: I think you need to promote this. I know you are the one who approved this and the Amber Alert. Great idea, please read how my husband and I saw a Silver Alert and found the elderly man at Captain D's in Highland Village because I saw the electric Highway Billboard. This does work.
If you need to call me my cell phone number is 214-543-1348

Best regards &
Good luck,
Linda Bateman

GOD BLESS TEXAS
 AND
THE UNITED STATES OF AMERICAN
AND
YOU TOO GOVERNOR PERRY…….

Silver Alert Suggestion:
On Friday, March 6th. 2009 my husband James and I were on the way to Ft. Worth around 9:30 in the morning somewhere around Bedford when I noticed an Electric Billboard with a "Silver Alert". It was for a Missing Elderly Man from Garland driving a White Toyota. When we left Ft. Worth around 2:45 PM coming down Hwy 121 we saw another Electric Billboard

9/13/10

Highly Confidential

**OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE**

with the same message. Did not think much about it and went on to my hair appointment in Lewisville. Once I was finished James and I went to eat at Captain D's in Highland Village. We were sitting in a booth close to door when I overheard this elderly man ask Mr. Nelson and a friend of his how to get to Seagoville. I looked at Mr. Nelson's friend and asked him, "did he say Seagoville?" and he said yes, I then said that is a long ways from here. Then Mr. Nelson came over to our table and said he was going to direct him to go to 635 South to 175 and I said well that would get him there but that's a long ways from here. So I got up to throw our stuff away and walked over to him. I asked him if he lived in Seagoville, he said sometimes. I asked him do you live in Garland and he said yes, so I asked to see his driver's license and noticed it had a Garland address then I asked him what kind of car are you driving. He said a White Toyota. Mr. Nelson had gotten a phone call and was outside the restaurant, I went outside and told I had seen an Electric Billboard in Bedford and Ft. Worth with a Silver Alert for a Missing Elderly Man from Garland driving a white Toyota and he had just told me he had a white Toyota. I felt he was the missing man from Garland. So he called the Highland Village Police Dept. So I went back inside and asked Mr. Garrison if he would like something to eat. I asked my husband to stay with him while I went to get him something to eat. So Mr. Nelson and his friend and stood in line to get our food and we talked about it. Mr. Nelson said the Highland Village Police Dept. was sending a police officer.

When Officer Finley arrived James & I were sitting with Mr. Garrison, Mr. Nelson and his friend were at table right beside us. Officer Finley sat down and began to question Mr. Garrison while he ate. I explained to Officer Finley that I thought he was the missing elderly man from Garland, I told him about me seeing the Electric Billboard with the Silver Alert for a Missing Elderly Man from Garland driving a White Toyota. I told him I had asked to see his Driver's License & he was from Garland and he was driving a White Toyota. He asked Mr. Garrison for his driver's license and called his dispatcher and asked to call the Garland Police Dept. Then Officer Finley shook his head signaling me he was the missing elderly man from Garland. He then said his family was coming to pick him up at the Highland Village Police Dept.

I then asked Officer Finley if he needed us for anything else and he said no, but would like our names and a phone where they could contact us if they needed to. I gave him our names and phone numbers and left. We were just glad we did not let him get back on the road and that that he was going to be re-united with his family.

9/13/10

Highly Confidential

TEX0525014

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. Gary B Bradon | 200905310542 | 71.96.124.223 | O |

| | |
|---|---|
| **Address:** | **Date Submitted:** 5/31/2009 8:14:32AM |
| 5010 Frontier Rd | **Email:** iambrady2@yahoo.com |
| Garland | **Phone:** 9722408248 |
| TX | |
| 75043 | |

**Message:**

I support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.
We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge.

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.
Gangs that originated in foreign countries are taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence.

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.
I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust.

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.
Call a Special Session and to include in his proclamation the subject of immigration reform which should deal with the following important issues:
End "sanctuary city" policies in Texas;

Deter the growth of violent transnational gangs in Texas;

Require determination of citizenship status for receipt of any state-funded benefits or services; and

Preserve election integrity in Texas by requiring photo/voter ID at the polls.

Sincerly

G. Bradon

Highly Confidential

TEX0525015

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Ms. Elisa A Clingings | 200906070065 | 173.74.33.244 | O |

| | | |
|---|---|---|
| **Address:** | **Date Submitted:** | 6/5/2009   3:09:06PM |
| 12808 Outllook Ave | **Email:** | clingingse@mail.com |
| Keller | **Phone:** | 817-562-4242 |
| TX | | |
| 76248 | | |

**Message:**

Dear Gov. Perry,

I would like to see all of your innogural promises below fulfilled. Please call a special session for immigration reform. PLEASE STAND UP FOR TEXAS... BE A LEADER LIKE SHERIFF JOE IN ARIZONA... TAKE A STAND AND STOP SUPPORTING ILLEGAL ALIENS WITH STATE FUNDS... SEND THEM HOME & PROTECT THE BORDER FROM THEIR INVASION.

I can lead you to many illegal alien construction workers in my neighborhood. Have ICE call me, we can round them up and send them packing!

Since the Voter ID requirement has failed, these other policies should be enforced for the financial responsibility of this great state. Like Californian's please do not break Texan's for a few illegal votes!

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;

Require determination of citizenship status for receipt of any state-funded benefits or services; and

Preserve election integrity in Texas by requiring photo/voter ID at the polls.

Quotes from the Governor Perry's innogural address:

1.     "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.
2.     "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.
3.     "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4.     "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

6/7/09

Highly Confidential

TEX0525022

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Mr. Ryan Corley

**Correspondence ID:**
200906020339

**IP Address:**
205.188.117.66

**Incoming Type:**
O

**Address:**
PO Box 140021
Austin
TX
78714

**Date Submitted:** 6/1/2009 5:11:18PM
**Email:** texasrc@aol.com
**Phone:**

**Message:**

Dear Governor Perry:

It has been extremely disappointing to see the obstructionist tactics of certain legislators opposed to common sense immigration-related reforms during the current legislative session. I am writing to encourage you to call a special session of the legislature immediately following the end of the regular session, and that the special session include consideration of:

• Positive voter identification at the polls

• Ending "sanctuary city" policies, like those employed by Austin and Houston, among others

• Citizenship requirements for non-emergency state-funded benefits or services

• Deterrence of multi-national gangs.

These are matters that are supported by the great majority of Texans, and you have also expressed support for these reforms. These issues deserve to stand or fall on their own merits, not be blocked by the procedural whims of a few special interests. We can't afford to become another California!

Thank you for your consideration.

6/2/09

Highly Confidential

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. Lyndell D Godfrey | 200905310546 | 67.61.40.41 | O |

**Address:**

3013 Rosewood Ln.

Pampa

TX

79065

**Date Submitted:** 5/30/2009 2:53:34PM

**Email:** ldgengr@cableone.net

**Phone:** (806) 669-3539

**Message:**

Due to the stalling tactics of several legislators during the final days of House floor debate, several important immigration related bills died on 5/26/09 at midnight.

If you do not deal with immigration this session, Texas will soon follow in the footsteps of California -- bankrupt and fractured due to the failure of their Governor to stem the never ending tide of illegal aliens into their State. With an election season looming, you surely desire a better track record than that of the "California Terminator."

During your State-of-the-State Address on January 27, 2009, you made several statements suggesting he supported passage of immigration reform legislation this session. Did you mean what you said or were your statements (see below) just politics as usual?

Quotes from the your address follow along with several of the bills which were introduced to deal with your concerns:

1. "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

2. "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

3. "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4. "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

I expect you to "call a Special Session and to include in your proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;

Deter the growth of violent transnational gangs in Texas;

Require determination of citizenship status for receipt of any state-funded benefits or services; and

Preserve election integrity in Texas by requiring photo/voter ID at the polls.

It is important for you to show REAL leadership and call a Special Session of the 81st Texas Legislature without delay to pass legislation which would save the lives of Texans from every political party, every race, and every walk of life.

Texans have spoken and 70 % demand that their families (and their futures) be protected NOW without further delay.

Too many lives have been lost at the hands of criminal illegal aliens. When the Federal government fails in its responsibility to secure the population, it is then the job of the Governor and the Texas Legislature to see that Texas communities and families are protected.

5/31/09

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Mr. Lee E Greb III

**Correspondence ID:**
200906011467

**IP Address:**
208.110.216.148

**Incoming Type:**
O

**Address:**
9906 Rippling Fields Drive
Houston
TX
77064

**Date Submitted:** 6/1/2009 2:08:04PM
**Email:** di4000@peoplepc.com
**Phone:** 713-409-5517

**Message:**

Governor,
Will you please call a special session to address the immigration problems. Specifically these are 1) end the sanctuary city policies in Texas and 2) Requiring determination of citizenship status for receipt of any state-funded benefits or services 3) Requirement of voter identification before alllowing anyone to vote.

6/1/09

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
|---|---|---|---|
| Ms. Carollyn L Greene | 200906010087 | 76.183.197.58 | O |

**Address:**
2022 Glencrest
Garland
TX
75040

**Date Submitted:** 5/31/2009 6:10:02PM
**Email:** cgreene2022@yahoo.com
**Phone:** 972-495-0482

**Message:**

Dear Govenor Perry

It is important for you to show REAL leadership and call a Special Session of the 81st Texas Legislature without delay to pass legislation which would save the lives of Texans from every political party, every race, and every walk of life.

Texans have spoken and 70+ % demand that their families (and their futures) be protected NOW without further delay.

Too many lives have been lost at the hands of criminal illegal aliens. When the Federal government fails in its responsibility to secure the population, it is then the job of the Governor Governor and the Texas Legislature to see that Texas communities and families are protected.

We need these immigration reforms that you spoke of.

1.    "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.
2.    "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.
3.    "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.
4.    "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.
Tell the Governor you expect him to "call a Special Session and to include in his proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and
Preserve election integrity in Texas by requiring photo/voter ID at the polls.

6/1/09

Highly Confidential

TEX0525035