# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
## INCOMING EMAIL CORRESPONDENCE SUMMARY

**Web Correspondece ID:**  **Date Submitted:**  **IP Address:**
294,051  9/21/2006  9:17:32PM  64.12.116.69

**Name:**  Mr. Edwin W. Hickson  **Title:**

**Email:**  Ewhicks@aol.com  **Business:**

**Response Address:**  Home

**Home Address:**  **Business Address:**

3932 Kiest Meadow Drive  TX
Dallas, TX 75233

**Home Phone:**  214-330-1550

**Office Phone:**

**Message:**

Dear Governor Perry:

The attached information confirms that the US House of Representatives has passed H.R. 4844 titled the "Federal Election Integrity Act."

As a long time Precinct Chair and Election Judge in Dallas County, I urge you to immediately call for Texas legislative action to implement the same election integrity in Texas, even if it requires a special session.

We have all seen the massive marches in Texas and other states where illegal immigrants have been protesting any effort to control their illegal entry to this country. The sad fact is that the promoters have conducted voter registration actions at those events. Everyone knows that there have been thousands of voters registered at those events who are illegal, and will get away with voting in this next election.

I know that the Dallas County Elections Office feels their hands are tied in attempting to verify the legitimacey of voters appearing at the polls, in view of the fact that all new voter registrations are submitted to the Texas Attorney General's office for verification. But the fact is that the Texas Attorney General's office is not adequately staffed to instantly verify the fact of citizenship and social securiy numbers BEFORE the November 7 election, meaning that there will be hundreds of thousand illegal immigrants voting in this election.

Is there any way that you as Governor can issue an interim Executive Order that will authorize Texas county election offices to require a legitimate government recognized photo ID in order to vote in Texas, including the national General Election on November 7? Even the use of a Texas drivers license is an inadequate qualification for this purpose.

The insane practice of Texas allowing a "Motor-Voter Registration" is a perfect setup for illegals to receive a voter registration certificate, simply because the secured a Texas drivers license. I urge you to demand that the Texas Legislature in its next session pass legislation to terminate the "Motor-Voter Registration" practice. That is another Democrat effort to flood the polling places with illegal immigrants voting in Texas.

Thank you for your urgent attention to this critical matter of returning INTEGRITY to citizen voting in the State of Texas

Edwin W. Hickson

9/22/06

Highly Confidential

TEX0525038

# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
## INCOMING EMAIL CORRESPONDENCE SUMMARY

Ewhicks@aol.com

House Passes H.R. 4844, the Federal Election Integrity Act

On Wednesday, September 20, 2006, the U.S. House of Representatives passed the Federal Election Integrity Act of 2006 by a vote of 228-196. As the legislative session winds to a close, H.R. 4844 is another part of the House GOP national security strategy devised to show political support for securing the nation at its borders and now at the ballot box. H.R.4844 seeks to prevent fraud in the election process by requiring photo identification for voters in federal elections. All states will be mandated to check voters' photo identification by the November 2008 election. By November 2010, states will only be allowed to accept photo identification that was issued upon presenting proof of citizenship. Eligible voters who cannot pay for identification cards will be provided one by the state at no charge. Costs for such a mandate will be reimbursed by the federal government.

A recent NBC/Wall Street Journal poll showed 81% of those surveyed favored an ID requirement for voting. In another poll conducted by Rasmussen, 77% of likely voters across the country agree that displaying a photo ID should be required to cast a vote. A number of states have already acted to require voters to follow proof of citizenship. In Phoenix, Arizona, registration went up 15% after passing a referendum requiring voters to prove citizenship when registering to vote. These changes encourage citizens to vote and discourage illegal voting.

Congressman Vernon Ehlers (R-MI) said in a statement, "Every day millions of Americans show a picture ID to pay by check, board a plane, or buy alcohol or tobacco. Surely, the sanctity of the ballot warrants as much protection as these activities. Requiring people to show an ID to prove their citizenship and eligibility will protect the vote, and help restore confidence in our system."

9/22/06

Highly Confidential

TEX0525039

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mrs. Kelly Howell | 200905310550 | 24.242.239.183 | O |
| | | | |
| **Address:** | **Date Submitted:** | 5/29/2009  6:13:51PM | |
| 908 Knott Place | **Email:** | kkhowell@tx.rr.com | |
| Dallas | **Phone:** | | |
| TX | | | |
| 75208 | | | |

**Message:**

Governor Perry,

You promised in your State of the State address that you would support taking action regarding the Illegal Aliens in this state who are bankrupting our social services resources, voting illegally, increasing gangs, increasing the violent crime against US citizens and finding sanctuary in some cities in blatant defiance and disregard for US and Texas law.
Governor Perry, you must call a Special Session of the 81st Texas Legislature without delay to pass legislation which would save the lives of Texans from every political party, every race, and every walk of life.

Texans have spoken and 70+ % demand that their families (and their futures) be protected NOW without further delay.

Too many lives have been lost at the hands of criminal illegal aliens. When the Federal government fails in its responsibility to secure the population, it is then the job of the Governor and the Texas Legislature to see that Texas communities and families are protected.

We do NOT want to become another California - I am expecting you to do the job for which you were elected - uphold your Oath of Office, Governor, call a Special Session of the 81st Texas Legislature and take action to get these bills passed!

Governor YOU said, quote:

1.    "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

2.    "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

3.    "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4.    "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

Governor Perry, uphold your Oath of Office, Texans elected you to do the job.  Call a Special Session and include in your proclamation the subject of immigration reform" which should deal with the important issues mentioned above.

Expecting your action to uphold your integrity,
Mrs. Kelly Howell

5/31/09

Highly Confidential

**OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE**

5/31/09

Highly Confidential

TEX0525041

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Lieutenant Colonel Robert D Jones

**Correspondence ID:**

**IP Address:**
98.194.37.33

**Incoming Type:**
O

**Address:**
16014 Manor Square Drive
Houston
TX
77062

**Date Submitted:**  2/7/2011  2:01:38PM
**Email:**  rjonesassn@AOL.com
**Phone:**  281-488-3070

**Message:**

I am reliably informed that one does not need to be a US Citizen to obtain a Texas Driver's License.  Therefore, a TDL can not be used to prove citizenship for the purpose of voting.  It can be used as a photo ID, but must be presented as an adendum rather than as proof of voter qualification.  Suggest that action be taken (executive order) to identify those documents that provide proof of citizenship as a prerequisite to voting.
I am asking this as a citizen and as a Precinct Chairman (0306), and as an Election Judge.

2/7/11

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Mr. Richard Kelley

**Correspondence ID:**

**IP Address:**
99.191.202.143

**Incoming Type:**
O

**Address:**
2358 shrewsbury rd
Columbus
OH
43221

**Date Submitted:** 10/24/2012  3:41:46PM
**Email:** rkelley362@att.net
**Phone:**

**Message:**

Governor.   Maybe I heard wrong, but I thought I heard your sec of state or attorney general say you only have to show a drivers license in Texas, to vote. I hope I'm wrong. I believe you have to be a citizen to vote and a drivers license would not show proff of citizenship.   regards

10/25/12

Highly Confidential

TEX0525046

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Ms. Vicky Knight

**Address:**
3706 Dorchester Drive
Rowlett
TX
75088

**Correspondence ID:**

**Date Submitted:**
**Email:**
**Phone:**

**IP Address:**
63.251.90.24

3/8/2012  10:53:20AM
vknight32@verizon.net
972-412-1888

**Incoming Type:**

O

**Message:**

Voter ID Cards

Vicky Knight
3706 Dorchester Drive
Rowlett, TX 75088-6503


March 8, 2012

The Honorable Rick Perry
Governor of Texas
State Insurance Building, 1100 San Jacinto
Austin, TX 78701


Governor Perry:

Gentlemen:

Inasmuchas the voter IdCards are now up for discussion, I kindly ask that
you do everything you can to INSIST that every person in America who votes
has a valid, legal and well documented voter ID card.

Illegal aliens from all walks of life keep entering this country - most of
them are from Mexico.  As you know, illegal aliens are continuing to enter
our country like a tsunami.  When does it stop?  Our country is so close
to being overtaken it is petrifying.


 Please take out your wallet and see how many forms of identification you
already have to validate your citizenship, your right to drive, your
medical card, your bank debit and/or credit card, a LONE STAR CARD,  your
social security card - how hard was it to obtain these various information
documents?  NOT hard at all.  Getting a Voter ID card is not a problem
that would keep ANY legal American from voting.  Kids in school have
picture identification cards on them every minute they are in school - if
NOT, the kids get fines.

Please make voter ID mandatory.  We are trying to save the United States
of America.  We elected you to represent Americans and we pay you to do
that.  ARE you, in fact, being an American, by the people and FOR the
people of the United States??

Sincerely,


3/8/12

Highly Confidential

TEX0525047

**OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE**

Vicky Knight
972-412-1888


Vicky Knight sent this message via Congress.org, which uses the Capwiz?XC
system. Congress.org is a free public service of Capitol Advantage and
Knowlegis, LLC. You may access Congress.org here: http://congress.org

3/8/12

Highly Confidential

TEX0525048

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mrs. Nelda F Lewis | 200906090076 | 67.61.40.170 | O |
| **Address:** | **Date Submitted:** | 6/9/2009   1:18:33AM | |
| 202 Dolomita St | **Email:** | nellew82@cableone.net | |
| Borger | **Phone:** | | |
| TX | | | |
| 79007 | | | |

**Message:**

Quotes from your Governor's address follow along with several bills that were introduced to deal with your concerns:

1.  "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.
2.  "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.
3.  "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.
4.  "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

I expect you to "call a Special Session and to include in your proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and
Preserve election integrity in Texas by requiring photo/voter ID at the polls.

This must be done now, not a year from now when we will have become as broken (and broke) as California is now.

6/9/09

Highly Confidential

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Ms. Stephanie Long

**Address:**
4705 Pelham Dr.
Austin
TX
78727

**Correspondence ID:**
200905310571

**Date Submitted:** 5/31/2009 3:30:38PM
**Email:** starnold7@austin.rr.com
**Phone:**

**IP Address:**
70.124.70.38

**Incoming Type:**
O

**Message:**

Governor Perry, I expect you to "call a Special Session and to include in your proclamation the subject of immigration reform" which should deal with the following important issues (your quotes are included):

1.     "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.
2.     "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.
3.     "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.
4.     "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas; Require determination of citizenship status for receipt of any state-funded benefits or services; and Preserve election integrity in Texas by requiring photo/voter ID at the polls.

Thank you for your attention to this GRAVELY important issue in Texas -- I am tired of my taxpayer dollars going to support illegal immigration!

Respectfully
Stephanie Long
Austin, TX

5/31/09

Highly Confidential

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mrs. Nancy L Maglitto | 200905310535 | 99.146.252.96 | O |

| | | |
|---|---|---|
| **Address:** | **Date Submitted:** | 5/30/2009 5:31:49PM |
| 10810 Whiteoak Trace Dr. | **Email:** | trudiesue@hotmail.com |
| Cypress | **Phone:** | 832-237-1218 |
| TX | | |
| 77429-394 | | |

**Message:**

If you "Governor Perry" do not deal with immigration this session, Texas will soon follow in the footsteps of California -- bankrupt and fractured due to the failure of their Governor to stem the never ending tide of illegal aliens into their State. With an election season looming, Governor Perry surely you desire a better track record than that of the "California Terminator."

During your State-of-the-State Address on January 27, 2009, you made several statements suggesting you supported passage of immigration reform legislation this session. Did you mean what you said or were your statements (see below) just politics as usual?

Quotes from your Governor's address follow along with several of the bills which were introduced to deal with your concerns:

1. "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

 * Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

2. "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

 * Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

3. "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

 * Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4. "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

 * Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

Governor Perry I expect you to "call a Special Session and to include in his proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and
Preserve election integrity in Texas by requiring photo/voter ID at the polls.


All tyranny needs to gain a foothold is for people of good conscience to remain silent.
Thomas Jefferson

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. Roger G May | 200905310538 | 76.1.72.163 | O |

| | |
|---|---|
| **Address:** | **Date Submitted:** 5/29/2009 6:20:24PM |
| 109 Cedar Heights Drive | **Email:** rnbmay@embarqmail.com |
| Palestine | **Phone:** 903-729-9686 |
| TX | |
| 75803-560 | |

**Message:**

Due to the stalling tactics of several legislators during the final days of House floor debate, several important immigration related bills died on 5/26/09 at midnight.

If Governor Perry does not deal with immigration this session, Texas will soon follow in the footsteps of California -- bankrupt and fractured due to the failure of their Governor to stem the never ending tide of illegal aliens into their State. With an election season looming, Governor Perry surely desires a better track record than that of the "California Terminator."

Quotes from the Governor's address follow along with several of the bills which were introduced to deal with his concerns:

1.    "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.
2.    "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.
3.    "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.
4.    "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.
Tell the Governor you expect him to "call a Special Session and to include in his proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and
Preserve election integrity in Texas by requiring photo/voter ID at the polls.

5/31/09

Highly Confidential

TEX0525057

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. Daryl R Meyer | 200905310483 | 70.254.22.162 | O |
| **Address:** | **Date Submitted:** | 5/29/2009 10:27:43PM | |
| 4548 R. L. Shoemaker Dr. | **Email:** | dm915tx@prodigy.net | |
| El Paso | **Phone:** | | |
| TX | | | |
| 79924-680 | | | |

**Message:**

Please call a special session of the state legislature to deal with very important immigration issues, addressed in several bills which recently died, due to lack of action on them. You and our legislators must be committed to not having sanctuary cities, tracking the citizenship status of all those receiving state-funded services, preventing the entrance or growth of gangs from other countries into Texas, and integrity of the voting process achieved through strict identification procedures at the polls. Please boldly and effectively address these issues, thereby proving that you support laws which protect the citizens of Texas against illegal immigration and its effects, as you indicated in your State-of-the-State Address in January 2009 that you do.

5/31/09

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**                          **Correspondence ID:**        **IP Address:**              **Incoming Type:**

Mrs. Katherine Nick                200906011403                  64.234.67.175               O

**Address:**                       **Date Submitted:**    6/1/2009  2:05:52PM

10539 Rolling Pines Drive          **Email:**             spike@nctv.com

Tyler                              **Phone:**             903-566-2820

TX

75707

**Message:**

In your own words: "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

"We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

"Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

"I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

   You must call a special session and include in your proclamation the issue of immigration. The following issues must be addressed or we face the same crisis that California is experiencing now!
These issues are:

End "sanctuary city" policies in Texas;

Deter the growth of violent transnational gangs in Texas;

Require determination of citizenship status for receipt of any state-funded benefits or services; and

Preserve election integrity in Texas by requiring photo/voter ID at the polls

I can only hope you have the integrity and the courage to do this!

Sincerely,

Katherine Nick

6/1/09

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. David M Norvell | 200905310551 | 207.119.53.93 | O |
| **Address:** | **Date Submitted:** | 5/30/2009 9:01:31AM | |
| 582 | **Email:** | dnorvell@msn.com | |
| Lake Dallas | **Phone:** | | |
| TX | | | |
| 75065 | | | |

**Message:**

Governor Perry,

During your State-of-the-State Address on January 27, 2009, you made several statements suggesting you supported passage of immigration reform legislation this session. Did you mean what you said or were your statements (see below) just politics as usual?

Quotes from the your address follow along with several of the bills which were introduced to deal with your stated concerns:

1.     "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

  * Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

2.     "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

  * Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

3.     "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

  * Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4.     "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

  * Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

Governor Perry, please call a Special Session and include in your proclamation the subject of immigration reform which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and
Preserve election integrity in Texas by requiring photo/voter ID at the polls.

5/31/09

Highly Confidential

TEX0525063



**OFFICE OF THE GOVERNOR**

RICK PERRY
GOVERNOR

July 6, 2006

Ms. Kathy A. Counseller
P.O. Box 2732
Humble, Texas  77347-2732

Dear Ms. Counseller:

Thank you for contacting the Office of the Governor.

Please note that all voters in Texas must be United States citizens residing in Texas. All applicants must provide either a driver's license, personal identification number or Social Security as proof of citizenship. For additional information on registration efforts in Texas, I am forwarding a copy of your correspondence to Secretary of State Roger Williams, for his staff's assistance with your concerns. Additionally, I have enclosed information on voting in Texas for your review.

Please let us know if we may assist you in the future.

Sincerely,

Dede Keith
Administration and Constituent Services
Office of the Governor

DK:asl

Enclosure

cc:    The Honorable Roger Williams

POST OFFICE BOX 12428 AUSTIN, TEXAS 78711 (512) 463-2000 (VOICE)/DIAL 7-1-1 FOR RELAY SERVICES

Highly Confidential

TEX0525068

# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
### INCOMING EMAIL CORRESPONDENCE SUMMARY

*T.*
*Cat: Federal*
*MF Imm.*

*cc Steinman*

| | | |
|---|---|---|
| **Web Correspondece ID:** | **Date Submitted:** | **IP Address:** |
| 267,451 | 6/23/2006 11:07:00AI | 65.65.163.210 |

**Name:**   ms kathy counseller

**Title:**   GOVERNOR'S OFFICE

**Email:**   kcounseller@thomasbusgulfcoast.com

**Business:**

**Response Address:**   Home

**Home Address:**

**Business Address:**

po box 2732
humble, TX 77347

TX

**Home Phone:**   281-459-4765

**Office Phone:**

**Message:**

What plan if any does the governor have to prevent/stop illegal aliens from voting in Texas?

Is the governor hearing the outcry from the citizens here in Texas that WE WANT THE BORDER CLOSED AND ILLEGALS DEPORTED?

Those illegals who are currently incarcerated in our jails, prisons and mental instutions should be first to go.

Employers who are currently employing illegal aliens should all split the FULL COST to educate the children of their illegal hires. They should also split the FULL COST for health care and other social services they are draining here in Texas.

6/23/06

Highly Confidential

TEX0525073



**OFFICE OF THE GOVERNOR**

RICK PERRY
GOVERNOR

July 6, 2006

Ms. Cassandra Del Real
1122 Crescent Drive
Andrews, Texas 79714-3805

Dear Ms. Del Real:

Thank you for contacting the Office of the Governor.

Please note that all voters in Texas must be United States citizens residing in Texas. All applicants must provide either a driver's license, personal identification number or Social Security as proof of citizenship. For additional information on registration efforts in Texas, I am forwarding a copy of your correspondence to Secretary of State Roger Williams, for his staff's assistance with your concerns. Additionally, I have enclosed information on voting in Texas for your review.

Please let us know if we may assist you in the future.

Sincerely,

Dede Keith
Administration and Constituent Services
Office of the Governor

DK:asw

Enclosure

cc:     The Honorable Roger Williams

Highly Confidential

TEX0525075

# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
### INCOMING EMAIL CORRESPONDENCE SUMMARY

RECEIVED

(At: Gar bo
mF: Electn
c.Robertm

**Web Correspondece ID:**          **Date Submitted:**          **IP Address:**
266,031                                          6/8/2006  2:56:09PM          64.14.114.217          JUN -9 2006

**Name:**   Ms. Cassandra Del Real                              **Title:**            ROUTE TO: _____

**Email:**   sandydelreal@cox.net                              **Business:**      CC     TO: _____

**Response Address:**   Home

**Home Address:**                                        **Business Address:**

1122 crescent dr.                                          TX
1122 crescent dr.
Andrews, TX 797143805

**Home Phone:**   432 355-6141

**Office Phone:**

**Message:**

Cassandra Del Real
1122 crescent dr.
Andrews, TX 79714-3805

June 8, 2006

The Honorable Rick Perry
Governor of Texas
PO Box 12428
Austin, TX 78711-2428

Governor Perry:

I realize that this topic will probably not be enduring to the various
elected officials but one can see that our Texas Voter Registration Codes
are flawed! The fact that one only has to attest that he or she is a U.S.
Citizen is a total farce. How many illegal aliens are registered to vote?
I venture to say that no one has the slightest idea. The only follow up to
the citizenship requirement in Texas is that the voter registration list
is used for selecting the jury pool. Under current Texas law, each month
the clerk of the court sends a list of all jurors who were disqualified
due to lack of citizenship to the voter registrar. The voter registrar
then must check whether any of these names appears on the registration
rolls. If any of the disqualified jurors are registered to vote, then the
voter registrar sends the voter a notice and a request for proof of
citizenship. If there is no response from the voter in 30 days showing
proof of citizenship, the voter's registration is canceled. In addition to
the criminal offense of a false statement from the voter, the Election
Code also provides a criminal offense that applies to anyone who helps a

6/9/06

# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
## INCOMING EMAIL CORRESPONDENCE SUMMARY

voter make a false statement. See Section 13.007: § 13.007. FALSE
STATEMENT ON APPLICATION. (a) A person commits an offense if the person
knowingly makes a false statement or requests, commands, or attempts to
induce another person to make a false statement on a registration
application. (b) An offense under this section is a Class B misdemeanor.
(c) For purposes of this code, an offense under this section is
considered to be perjury, but may be prosecuted only under this section.
The penalty for such action is as follows. § 12.22. CLASS B MISDEMEANOR.
An individual adjudged guilty of a Class B misdemeanor shall be punished
by: (1) a fine not to exceed $2,000; (2) confinement in jail for a term
not to exceed 180 days; or (3) both such fine and confinement. My
concerns are not only are election laws being jeopardized but our legal
system is seriously flawed. I just contacted the District Court Clerk for
my district and asked what proof of citizenship was required to be a
juror. Her answer was "NONE", therefore the entire citizenship requirement
is a sham. Unfortunately the vast majority of the American public does not
realize that they are being scammed. Here is an excerpt of a letter that I
just received from the Elections Division Staff of the Texas Secretary of
State. "Our office has worked over the years to enforce the U. S.
citizenship requirement, but in a manner that will not intimidate persons
who are eligible to vote. The Texas and federal system, in general, is
designed to make registration easy for a voter, and that goal is served
both by mail-in and agency registration procedures. Simply put, the system
depends on the voter's word for most of the information in the first
application to make it fast and easy for voters to apply. After that, the
voter's status is subject to investigation. In that context, however,
please know that our office and the Texas Legislature have tried to answer
the concerns of citizens like you, as follows." I trust that you will do
your part in rectifying this National problem. I have researched the
Election Codes of several States and this is a National problem that can
only be solved by both the State Legislatures and Congress.

Sincerely,


Cassandra Del Real
432 355-6141


This message has been verified by CapwizXC as authentic and sent by this
individual. Authentication ID: [cazjGDJ5]

6/9/06

Highly Confidential

TEX0525080



## OFFICE OF THE GOVERNOR

RICK PERRY
GOVERNOR

July 6, 2006

Mrs. Barbara J. Mickan
202 Yucca Drive
Victoria, Texas 77904-1116

Dear Mrs. Mickan:

Thank you for contacting the Office of the Governor.

Please note that all voters in Texas must be United States citizens residing in Texas. All applicants must provide either a driver's license, personal identification number or Social Security as proof of citizenship. For additional information on registration efforts in Texas, I am forwarding a copy of your correspondence to Secretary of State Roger Williams, for his staff's assistance with your concerns. Additionally, I have enclosed information on voting in Texas for your review.

Please let us know if we may assist you in the future.

Sincerely,

Dede Keith
Administration and Constituent Services
Office of the Governor

DK:asw

Enclosure

cc:   The Honorable Roger Williams

Highly Confidential

TEX0525085