# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
### INCOMING EMAIL CORRESPONDENCE SUMMARY

| | | |
|---|---|---|
| **Web Correspondece ID:** | **Date Submitted:** | **IP Address:** |
| 267,402 | 6/22/2006 6:19:10PM | 12.18.90.35 |
| **Name:** Mrs. Barbara J. Mickan | | **Title:** |
| **Email:** rvprk@tisd.net | | **Business:** |

**Response Address:** Home

| **Home Address:** | **Business Address:** |
|---|---|
| 202 Yucca | TX |
| Victoria, TX 77904 | |

**Home Phone:** 361-578-5860

**Office Phone:**

**Message:**

I just found out that in order to vote in the upcoming elections, YOU DO NOT HAVE TO BE A CITIZEN! Can you imagine? In order to vote in Texas, all you have to show is a pay stub! In Arkansas, a hunting license! In Alabama, a fishing license! In some other states, a credit card receipt or a utility bill! Where are our politicians? Who has been minding the store?

In Los Angeles, they're calling for a million people to register to vote AND THEY DO NOT REQUIRE ANY KIND OF IDENTIFICATION! Do you think they'll vote in Osama Bin Laden? Vicente Fox?

Again, I ask, WHAT HAVE OUR POLITICANS BEEN DOING? I GUESS THEY'VE BEEN OUT COLLECTING WHOEVER THEY CAN GET TO VOTE FOR THEM, NOT CARING WHAT HAPPENS TO OUR COUNTRY!

We're throwing our country to the wolves.

6/23/06

Highly Confidential

TEX0525089

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. Tom Partain | 200905310539 | 74.197.44.63 | O |
| | | | |
| **Address:** | **Date Submitted:** | 5/31/2009  9:37:15AM | |
| 3211 Durant | **Email:** | totexas@suddenlink.net | |
| Midland | **Phone:** | | |
| TX | | | |
| 79705 | | | |

**Message:**

If Governor Perry does not deal with immigration this session, Texas will soon
follow in the footsteps of California -- bankrupt and fractured due to the
failure of their Governor to stem the never ending tide of illegal aliens into
their State. With an election season looming, Governor Perry surely desires a
better track record than that of the "California Terminator."

During Governor Perry's State-of-the-State Address on January 27, 2009, he made
several statements suggesting he supported passage of immigration reform
legislation this session. Did he mean what he said or were his statements
(see below) just politics as usual?

Quotes from the Governor's address follow along with several of the bills which
were introduced to deal with his concerns:

1.  "I also support an end to the notion of sanctuary cities. Local
government sends the wrong message when they pick and choose what laws they want
their piece officers to enforce."

  •  Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city"
policies in Texas.

2.  "We should also track the citizenship status of those receiving
state-funded services so we can get our hands around the financial impact of
Washington's failure to handle the immigration challenge."

  •  Rep. John Zerwas introduced HB 276 which would have required State
agencies to report the costs associated with services provided to illegal
aliens.

3.  "Originating in foreign countries and taking shape in our prisons, these
gangs have been radiating outward into our towns, schools, and neighborhoods,
applying terror tactics to build their influence."

  •  Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423
(and additional related bills left pending in committee) to deter the growth of
transnational gangs.

4.  "I believe we should also require the same identification procedure for
voting that we require for voter registration. .... A democracy without proper
protections against voter fraud cannot preserve the public trust."

  •  Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB
125 to address the increasing concern of voter fraud and election integrity in
Texas.

"call a Special Session and to include in his proclamation the subject of immigration reform" which should deal with the
following important issues:

5/31/09

Highly Confidential

TEX0525098

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

\* Preserve election integrity in Texas by requiring photo/voter ID at the polls.

5/31/09

Highly Confidential

TEX0525099

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. Charles W Paschal | 200905310548 | 64.91.157.214 | O |

| | |
|---|---|
| **Address:** | **Date Submitted:** 5/30/2009  5:30:31PM |
| 17031 Seven Pines Drive | **Email:** cwpaschal@earthlink.net |
| Spring | **Phone:** (832) 455-7659 |
| TX | |
| 77379-482 | |

**Message:**

Please call a Special Session.

Due to the stalling tactics of several legislators during the final days of House floor debate, several important immigration related bills died on 5/26/09 at midnight.

If you do not deal with immigration this session, Texas will soon follow in the footsteps of California -- bankrupt and fractured due to the failure of their Governor to stem the never ending tide of illegal aliens into their State. With an election season looming, Governor Perry surely you desire a better track record than that of the "California Terminator."

During your State-of-the-State Address on January 27, 2009, you made several statements suggesting you support passage of immigration reform legislation this session.  Did you mean what you said or were your statements just politics as usual?

Quotes from the your address follow along with several of the bills which were introduced to deal with your and my concerns:

1.   "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

•   Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

2.   "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

•   Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

3.   "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

•   Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4.   "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

•   Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

Please call a Special Session and include in his proclamation the subject of immigration reform. Please deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and

Preserve election integrity in Texas by requiring photo/voter ID at the polls.

5/31/09

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

The future of our state lay in your hands Governor. Our very existence is threatened and at this time only you can help us. Please do the right thing. In a time when no other politician will help the people of this great nation, please step forward and show you care.

5/31/09

Highly Confidential

TEX0525101

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Ms. Sidney J Polley | 200906011240 | 99.51.71.253 | O |

| | | |
|---|---|---|
| **Address:** | **Date Submitted:** | 6/1/2009   3:06:20PM |
| 1315 Apache | **Email:** | sidneyj@swbell.net |
| Richardson | **Phone:** | (972) 231-7592 |
| TX | | |
| 75080 | | |

**Message:**

I am looking for leaders who have the courage of our Founding Fathers – who pledged their lives, their fortunes and their sacred honor for the good of this great country and not for their political future!  In light of this, I encourage you  to be a strong leader and call a Special Session of the legislature to pass the following measures now:

Ending "sanctuary city" policies in Texas

Requiring determination of citizenship status for receipt of any state-funded benefits or services

Require proper identification to be able to exercise the privilege of voting.

Quit spending our tax money to print items in a language in addition to English – if you want to live here, learn the English language or go back home where they speak the language you want to use

Texas can no longer afford to underwrite business' desire to hire cheap illegal labor. The cost of public benefits for illegal aliens far exceeds the taxes they pay so Texas needs to start screening for eligibility. Too many lives have been lost at the hands of criminal illegal aliens – this is completely unacceptable.

I am sick and tired of the immoral use of our tax payer money for things not allowed for by our Constitution.  I am sick and tired of having to try to stretch my teacher retirement income to make ends meet – having to cut way down on the expenses I have control over!  Of course, I have no control over my utilities, except to try to keep my air – condition and heating off until I absolutely have to turn them on, and they keep going up!

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| Name: | Correspondence ID: | IP Address: | Incoming Type: |
|---|---|---|---|
| Mr. and Mrs. Jan and James Rouse | 200905310545 | 70.112.152.158 | O |

**Address:**
606 Golf Crest Lane
Lakeway
TX
78734

**Date Submitted:** 5/30/2009  2:15:52PM
**Email:** jrouse2@austin.rr.com
**Phone:** 512-261-3064

**Message:**

As a constituent, I am writing to express my concerns regarding illegal immigration. Following are some quotes from your address with each being followed by a bill which was introduced to deal with these concerns you expressed:

1.      "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

2.      "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

3.      "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4.      "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.
The majority of Texas citizens not only expect but deserve for you to "call a Special Session" and to include in your proclamation the subject of "immigration reform" which would deal with  ending "sanctuary city" policies in Texas;
deter the growth of violent transnational gangs in Texas; require determination of citizenship status for receipt of any state-funded benefits or services; and preserve election integrity in Texas by requiring photo/voter ID at the polls.
Texas citizens are United States citizens not citizens of ANY other country.  If we do not stand tall for what is right for our country then we will no longer be a strong country that can help others.  As it stands now, other countries are helping us while our citizens are loosing their homes, jobs and dignity.

5/31/09

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mrs. Stacy Sample | 200905310536 | 98.196.195.200 | O |

| | | |
|---|---|---|
| **Address:** | **Date Submitted:** | 5/30/2009  4:21:09PM |
| 15014 Britterige | **Email:** | Ssampletx@comcast.net |
| Houston | **Phone:** | 281-744-2451 |
| TX | | |
| 77084 | | |

**Message:**

If these are your words below...I ask you please uphold what you said. Don't allow us to become another California. We are Texans and we need to set THE example for others to follow.

Please protect our state!

During Governor Perry's State-of-the-State Address on January 27, 2009, he made several statements suggesting he supported passage of immigration reform legislation this session.  Did he mean what he said or were his statements (see below) just politics as usual?

Quotes from the Governor's address follow along with several of the bills which were introduced to deal with his concerns:

1.   "I also support an end to the notion of sanctuary cities.  Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

   •   Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

2.   "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

   •   Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

3.   "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

   •   Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4.   "I believe we should also require the same identification procedure for voting that we require for voter registration.  .... A democracy without proper protections against voter fraud cannot preserve the public trust."

   •   Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.

Tell the Governor you expect him to "call a Special Session and to include in his proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and

Preserve election integrity in Texas by requiring photo/voter ID at the polls.

Highly Confidential

TEX0525107

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. Steve Shelton | 200910120355 | 76.185.153.130 | O |
| | | | |
| **Address:** | **Date Submitted:** | 10/12/2009 10:15:39AM | |
| 5104 Hidden Oaks Ln | **Email:** | sheltonsa@tx.rr.com | |
| Arlington | **Phone:** | | |
| TX | | | |
| 76017 | | | |

**Message:**

Food Stamp Eligibility Processing

Dear Honorable Governor Rick Perry,

Regarding the October 2nd press release titled:
Lt. Governor David Dewhurst and Speaker Joe Straus Announce Agreement to Improve Food Stamp Eligibility Processing

Hiring additional workers to process welfare applications should come AFTER we've devised and implemented methods to ensure that ONLY U.S. CITIZENS are approved for benefits from all social welfare programs.

Quoting from the press release: "In these tough economic times, the state of Texas must do everything in its power to ensure Texas families that truly can't make it without state assistance get help without delay," Lt. Governor Dewhurst said." I'll add strong emphasis to the words TEXAS FAMILIES THAT TRULY CAN'T MAKE IT.

I am all for helping families that are truly needy. I see that many churches offer programs specifically to help the poor. These private non-profit groups are very effective. However, any government bureaucrat system is inherently much less effective and must dramatically improve waste in the welfare programs. The 2 largest contributors to welfare waste are:
1) Fraud, which includes covering families that could "MAKE IT" if they would just work for a living instead of getting my tax dollars as welfare; and
2) Illegal immigrants. Why would anyone who's not a U.S. citizen get benefits??

To solve these huge wastes of my tax dollars, the government should really get away from the welfare role and leave that function to church groups. Meanwhile, the state should work smarter to verify eligibility for all welfare recipients.
All welfare programs should be a "stop-gap" system to provide TEMPORARY RELIEF to most participants. Benefits should be paid for only 3-6 months to cover a family while the wage earner finds work. Only truly permanently handicapped people should receive long term benefits.

Another reform for correcting the huge waste of welfare programs centers on illegal immigrants. It is crazy to allow illegal aliens to receive welfare benefits. Only U.S. citizens are eligible to receive welfare benefits supported by my tax dollars.

As a taxpayer and voter, I am outraged by the state governments lack of stewardship the state government displays towards my hard earned tax dollars

I am equally outraged by the government's lack of ability to protect and ensure my voting power. Only peoplethat are U.S. citizens should be allowed to vote. The U.S. Constitutional amendments dealing with voting use language like "no citizen can be denied the right vote based on..." Clearly this wording means if you are not a citizen, you are denied the right to vote. The state government should mandate verification of U.S. citizenship prior to voter registration and proper identification of each citizen before voting. The state should encourage and support the local governments as they carry out this mandate.

Please let me know what I can do to help resolve these issues.
I look forward to continuing to support you in your diligent efforts to protect and improve the greatest state in the union, Texas.

Best Regards,

Steve Shelton

10/12/09

Highly Confidential

**OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE**

| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
|---|---|---|---|
| Ms. Doris H Shields | 200906040231 | 173.57.10.160 | O |

| **Address:** | **Date Submitted:** | 6/3/2009  6:48:48PM |
|---|---|---|
| 2809 Lawrence | **Email:** | emily510@verizon.net |
| Irving | **Phone:** | 972-790-2390 |
| TX | | |
| 75061 | | |

**Message:**

Dear Governor Perry: Please call a special session to deal with all this ILLEGAL immigration. If we don't stop the "chain" immigration" and the "anchor" baby debacle and all social services to anyone here illegally we will be following in the footsteps of California who is very bankrupt. PLEASE do all you can to stop this mess - even if the US government is failing to do their duty.

1.     "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.
2.     "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.
3.     "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.
4.     "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.
Tell the Governor you expect him to "call a Special Session and to include in his proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and
Preserve election integrity in Texas by requiring photo/voter ID at the polls.

6/4/09

Highly Confidential

TEX0525111

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Ms. Georgina Smith | 200905310544 | 70.132.227.178 | O |

| | |
|---|---|
| **Address:** | **Date Submitted:** 5/29/2009 6:15:00PM |
| Escondido | **Email:** gina_smith89@yahoo.com |
| El Paso | **Phone:** |
| TX | |
| 79912 | |

**Message:**

DEAR GOVERNOR: PLEASE CALL A "SPECIAL SESSION" ON IMMIGRATION BILLS" IMMEDIATELY- THE GREAT STATE OF TEXAS MUST DO WHAT IS RIGHT. WE ARE CONFIDENT THAT YOU WILL DO SO. GOD BLESS!

Source: FAIR - May 29, 2009 - "While the Governor can call a Special Session at any time, it is more likely he might call one to begin immediately when session ends on June 1st.

Due to the stalling tactics of several legislators during the final days of House floor debate, several important immigration related bills died on 5/26/09 at midnight.

If Governor Perry does not deal with immigration this session, Texas will soon follow in the footsteps of California -- bankrupt and fractured due to the failure of their Governor to stem the never ending tide of illegal aliens into their State. With an election season looming, Governor Perry surely desires a better track record than that of the "California Terminator."

During Governor Perry's State-of-the-State Address on January 27, 2009, he made several statements suggesting he supported passage of immigration reform legislation this session. Did he mean what he said or were his statements (see below) just politics as usual?

Quotes from the Governor's address follow along with several of the bills which were introduced to deal with his concerns:

1.    "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.
2.    "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.
3.    "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.
4.    "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."

Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.
Tell the Governor you expect him to "call a Special Session and to include in his proclamation the subject of immigration reform" which should deal with the following important issues:

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; and
Preserve election integrity in Texas by requiring photo/voter ID at the polls."

5/31/09

Highly Confidential

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Ms. Cheryl Sperier | 200905310554 | 12.19.71.50 | O |
| **Address:** | **Date Submitted:** | 5/29/2009  5:51:03PM | |
| 10209 Forrest Dr. | **Email:** | csperier@tstimpreso.com | |
| Frisco | **Phone:** | | |
| TX | | | |
| 75035 | | | |

**Message:**

Special Session
Dear Governor Perry:

Quotes from your address follow along with several of the bills which were introduced to deal with Texas immigration concerns:
1.  "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."
•  Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.
2.  "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."
•  Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.
3.  "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."
•  Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.
4.  "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A democracy without proper protections against voter fraud cannot preserve the public trust."
•  Sen. Troy Frazer introduced SB 362 and Rep. Betty Brown introduced HB 125 to address the increasing concern of voter fraud and election integrity in Texas.
I expect that you would follow through with your words by your actions:  It's time to call a Special Session and to include in your proclamation the subject of immigration reform which should deal with the aforementioned important immigration issues.  Show Texans a politician who isn't all talk.  Re-election may depend on you keeping your word.

Thank you for your consideration,
C. Sperier
Frisco, TX

Highly Confidential

TEX0525115

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
|---|---|---|---|
| Mr. Charles Spidel | 200906010456 | 63.251.90.24 | O |

| **Address:** | **Date Submitted:** | 6/1/2009 9:21:36AM | |
|---|---|---|---|
| 5535 Maplegate Dr | **Email:** | cdaj1@sbcglobal.net | |
| Spring | **Phone:** | 2817015585 | |
| TX | | | |
| 77373 | | | |

**Message:**

Charles Spidel
5535 Maplegate Dr
Spring, TX 77373-7145


June 1, 2009

The Honorable Rick Perry
Governor of Texas
PO Box 12428
Austin, TX 78711-2428


Dear Governor Perry:

May 29, 2009

Gov Perry,

This is very important to me, my family, my friends and fellow voters!

I am concerned about the following and want you to do something about it.

"Call a Special Session to include a proclamation on the subject of immigration reform"

End "sanctuary city" policies in Texas;
Deter the growth of violent transnational gangs in Texas;
Require determination of citizenship status for receipt of any state-funded benefits or services; Preserve election integrity in Texas by requiring photo/voter ID at the polls.

------------------------------------------------------------------------
-----

I read the following and agree...

"If Governor Perry does not deal with immigration this session, Texas will soon follow in the footsteps of California -- bankrupt and fractured due to the failure of their Governor to stem the never ending tide of illegal aliens into their State. With an election season looming, Governor Perry surely desires a better track record than that of the "California Terminator." During Governor Perry's State-of-the-State Address on January 27, 2009, he made several statements suggesting he supported passage of immigration reform legislation this session. Did he mean what he said or were his statements (see below) just politics as usual?
1.   "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws

6/1/09

Highly Confidential

TEX0525116

OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

as Our Country!

Sincerely,


Sincerely,


CD Spidel
2817015585

6/1/09

Highly Confidential

TEX0525117

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Mr. BJ Thomas

**Correspondence ID:**

**IP Address:**
63.251.90.24

**Incoming Type:**
O

**Address:**
PO Box 1941
Friendswood
TX
77549

**Date Submitted:** 2/20/2012 8:24:05PM
**Email:** bjthomas@eaglevisionii.com
**Phone:** 866.407.3157

**Message:**

Photo ID to Vote

BJ Thomas
Owner
Eagle Vision Interactive
PO Box 1941
Friendswood, TX 77549-1941


February 20, 2012


The Honorable Rick Perry
Governor of Texas
State Insurance Building, 1100 San Jacinto
Austin, TX 78701


Dear Governor Perry:

Regarding photo ID to vote,

I do not support the repeal of a law that requires voters to present a
photo identification in order to vote.

I also think we need better verification of citizenship in order to get a
state photo id.

As a constituent of yours, I would like to know your thoughts on this
issue.

A proud member of National Write Your Congressman

Sincerely,


BJ Thomas
866.407.3157
Owner
Eagle Vision Interactive

2/21/12

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**                          **Correspondence ID:**      **IP Address:**         **Incoming Type:**

Mr. Dudley S Toelke              200905310489                  70.242.4.104            O

**Address:**                       **Date Submitted:**     5/30/2009  11:11:07AM
3306 Candleknoll Dr.             **Email:**              dud@flash.net
Spring                           **Phone:**              713-303-6599
TX
77388

**Message:**

Governor Perry:

Please call a special session of the Texas State Legislature to solve these problems of illegal immigration:

•    End "sanctuary city" policies in Texas

•    Require determination of citizenship status before receipt of any state funded benefits or services

•    Require a valid United States or Texas form of photo identification in order to vote in elections

Even though bills were introduced to deal with these problems, the Democrats killed them in the house by procedure. These are common sense proposals that the people of Texas are demanding. We need to resolve these outrageous and egregious deficiencies in our state law in a manner favorable to the sovereignty of our state and country-now! If you have to, keep the representatives and senators in session until we get what we need for our state. Thank you for your consideration in my request.

5/31/09

Highly Confidential

Office of the Governor
Visit/Phone Record

Date: 4-7-09

E-mail Address: USADEFENDER @ SUDDEN LINK NET

Name: HAYWARD VICKERY

Home Address: PO BOX 2024

Home Phone No.: 281-380-7075

City, State: PORTER, TX.

Zip Code: 77365

Business/Organization: SELF

FAX No.: N/A

☒ Supports   ☐ Opposes   The following legislation:

FOR HB   Bill No. 266   By: LEO BERMAN
FOR HB   Bill No. 276 - ZERWAS   By:
FOR HB   404 - HARLESS
FOR HB - 622   HARLESS

Concerning/Comments:
FOR HB 1061 - JACKSON

FOR VOTER ID BILL

— CLOSE THE MEX-BORDER! NOW
— TX-NAT GUARD ON MEX BORDER ASAP
— DEPORT ALL ILLEGAL ALIENS
— STOP ALL SUPPORT FOR ILLEGALS
— 287g TRAIN ALL TX-POLICE & LAW OFFICERS
— ENGLISH ONLY. TX. OFFICIAL LANGUAGE

Highly Confidential

TEX0525121

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Ms. Melissa R Walden | | 12.31.97.44 | O |

**Address:**

13722 Sableglen St
Houston
TX
77014

| **Date Submitted:** | 8/23/2013 10:47:07AM |
|---|---|
| **Email:** | mwalden1021@yahoo.com |
| **Phone:** | (610) 803-2555 |

**Message:**

Dear Governor Rick Perry,

As a "Natural Born" Texan and current resident, I am taking this opportunity to applaud you on a job well done. I've seen Texas grow in leaps and bounds under your administration. So for that, I thank you.

I am also writing this to BEG you please DO NOT back down from the Obama Administration. I recently read the government intends to sue Texas for its voting laws. Please believe me when I say, 'REAL Texans" and voters agree with proving citizenship by producing a driver's license/ or ID of some sort.

We all have to show ID to receive healthcare, go to school, get a job, etc. These "minorities" as Obama so eloquently put it, are illegal citizens, PERIOD. I guarantee you have the backing of the voters of Texas.

Again Mr. Perry, I am begging you not to cave into their wild accusations and unfounded demands, and stand up for what Texas wants.

Thanks for all you've done to make Texas a success. Please keep up the great work.

8/23/13

Highly Confidential

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Name:** | **Correspondence ID:** | **IP Address:** | **Incoming Type:** |
| Mr. Carroll W Williams | 200905310549 | 4.226.108.218 | O |

| | | |
|---|---|---|
| **Address:** | **Date Submitted:** | 5/30/2009 12:21:23PM |
| 912 County Road 237 | **Email:** | 2xcww@sbcglobal.net |
| Eastland | **Phone:** | 254-631-0997 |
| TX | | |
| 76448-700 | | |

**Message:**

Governor Rick Perry                                                    5-30-09

I was very pleased to see you supporting the movement of the TEA parties and the soverignty of our great state in regards to the unreal spending of the present administration.

But, now, it is important for you, Governor Perry, to show REAL leadership and call a Special Session of the 81st Texas Legislature without delay to pass legislation which would save the lives of Texans from every political party, every race, and every walk of life.

Too many lives have been lost at the hands of criminal illegal aliens. When the Federal government fails in its responsibility to secure the population, it is then the job of the Governor Governor and the Texas Legislature to see that Texas communities and families are protected.

Texans have spoken and 70+ % demand that their families (and their futures) be protected NOW without further delay.

Due to the stalling tactics of several legislators during the final days of House floor debate, several important immigration related bills died on 5/26/09 at midnight.

If you do not deal with immigration this session, Texas will soon follow in the footsteps of California -- bankrupt and fractured due to the failure of their Governor to stem the never ending tide of illegal aliens into their State. With an election season looming, you surely want a better track record than that of the "California Terminator."

During your State-of-the-State Address on January 27, 2009, you made several statements suggesting you supported passage of immigration reform legislation this session. Did you mean what you said or were your statements (see below) just politics as usual?

Quotes from your address follow along with several of the bills which were introduced to deal with these concerns:

1.  "I also support an end to the notion of sanctuary cities. Local government sends the wrong message when they pick and choose what laws they want their piece officers to enforce."

    Sen. Dan Patrick introduced SB 358 to address ending "sanctuary city" policies in Texas.

2.  "We should also track the citizenship status of those receiving state-funded services so we can get our hands around the financial impact of Washington's failure to handle the immigration challenge."

    Rep. John Zerwas introduced HB 276 which would have required State agencies to report the costs associated with services provided to illegal aliens.

3.  "Originating in foreign countries and taking shape in our prisons, these gangs have been radiating outward into our towns, schools, and neighborhoods, applying terror tactics to build their influence."

    Sen. John Carona introduced SB 11, SB 366, SB 369, SB 371, and SB 423 (and additional related bills left pending in committee) to deter the growth of transnational gangs.

4.  "I believe we should also require the same identification procedure for voting that we require for voter registration. .... A

5/31/09

Highly Confidential                                    TEX0525125

OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

254-631-0997

5/31/09

Highly Confidential

TEX0525126

October 17, 2008

Chairman Allan Polunsky
Texas Public Safety Commission
8000 Robert F. McDermott Freeway
San Antonio, TX 78230

Dear Chairman Polunsky,

We applaud the Texas Public Safety Commission for adopting 37 T.A.C. § 15.171. By verifying the citizenship and legal residency status of those who apply for a Texas Drivers License, you have taken important steps toward combating the growing fiscal and social costs of illegal immigration and protecting homeland security.

Ultimately, a Texas Drivers License confers upon the holder certain legal standing, allowing that individual to operate a motor vehicle, enter a federal building, board a plane, purchase tobacco and alcohol, or even cast a vote in federal, state, or local elections. It is imperative that 37 T.A.C. § 15.171 be enforced in order to prevent illegal immigrants from accruing the many legal benefits, and the legitimacy, that come with holding a Texas Drivers License.

Furthermore, 37 T.A.C. § 15.171 links the expiration date of Drivers Licenses held by legal non-citizens to the expiration date of their legal status, ensuring that those who overstay their visa can be identified accordingly.

We fully support implementation of 37 T.A.C. § 15.171 and in the 81st Legislative Session, we will offer legislation to codify the rule in statute. Until then, please continue to implement and enforce the new Drivers License rule. It is incumbent upon state leaders to secure publicly-issued identity documents; 37 T.A.C. § 15.171 helps achieve this important goal.

Sincerely,

State Representative Wayne Christian

State Representative Linda Harper-Brown

The Texas Conservative Coalition is an organization of and for state legislators committed to shaping public policy through the promotion of limited government, individual liberties, free enterprise & traditional family values.

P.O. Box 2659 ★ Austin, Texas 78768 ★ 512.474.1798 ★ FAX 512.482.8355 ★ www.txcc.org

Highly Confidential

TEX0525129

State Representative Leo Berman

State Representative Dan Flynn

State Representative Bryan Hughes

State Representative Phil King

State Representative Jodie Laubenberg

State Representative Geanie Morrison

State Representative Larry Taylor

State Representative Corbin Van Arsdale

State Representative Betty Brown

State Representative Myra Crownover

State Representative Joe Driver

State Representative Kelly Hancock

TCC ✶ P.O. Box 2659, Austin TX 78768 ✶ 512-474-1798 ✶ www.txcc.org

Highly Confidential

TEX0525130

State Representative Patricia Harless

State Representative Charlie Howard

State Representative Thomas Latham

State Representative Jim Murphy

State Representative Rob Orr

State Representative Tan Parker

State Representative Debbie Riddle

State Representative John Zerwas


Cc: The Honorable Rick Perry, Governor of Texas

Highly Confidential

TEX0525131



## OFFICE OF THE GOVERNOR

September 15, 2010

RICK PERRY
GOVERNOR

Ms. Jude Cox
17th Street West
Lakehills, Texas 78063

Dear Ms. Cox:

Thank you for writing to the Office of the Governor about requiring citizenship information on Texas driver licenses.

Since 2008, the Texas Department of Public Safety (DPS) has required driver license applicants who are not U.S. citizens or lawful permanent residents to present proof of lawful presence in the United States before being issued an original, renewal or duplicate Texas driver license or identification card. Upon verification of temporary lawful presence in the United States, an individual receives a license with a "temporary visitor" designation and status date on the face of the card.

If the lawful admission period expires within six months of the date of application, a driver license or identification card cannot be issued.

Governor Perry supported and praised DPS for enacting these guidelines, saying:

> Texas is a great place to live and work, and while we welcome legally documented individuals to the Lone Star State, we must ensure that this privilege is not abused by those seeking to enter our country illegally. The safety of Texans remains a paramount concern of my administration, and these new guidelines will provide additional security.

You can find more information about these driver license requirements by visiting the DPS web site at http://www.txdps.state.tx.us/DriverLicense/LawfulStatusDLID.htm.

You also may want to share your thoughts with your state legislators. You can contact them by calling the Capitol Switchboard at (512) 463-4630, or you can find contact information at http://www.fyi.legis.state.tx.us/.

Please let us know if we can assist you in the future.

Sincerely,

Dede Keith
Constituent Communication Division
Office of the Governor

DK:kwa

POST OFFICE BOX 12428 AUSTIN, TEXAS 78711 (512)463-2000 (VOICE)/DIAL 7-1-1 FOR RELAY SERVICES

VISIT WWW.TEXASONLINE.COM THE OFFICIAL WEB SITE OF THE STATE OF TEXAS

Highly Confidential

TEX0525132