# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
## INCOMING EMAIL CORRESPONDENCE SUMMARY

| | | |
|---|---|---|
| **Web Correspondece ID:** 294,051 | **Date Submitted:** 9/21/2006 9:17:32PM | **IP Address:** 64.12.116.69 |
| **Name:** Mr. Edwin W. Hickson | | **Title:** |
| **Email:** Ewhicks@aol.com | | **Business:** |

**Response Address:** Home

**Home Address:**

3932 Kiest Meadow Drive
Dallas, TX 75233

**Business Address:**

TX

**Home Phone:** 214-330-1550

**Office Phone:**

**Message:**

Dear Governor Perry:

The attached information confirms that the US House of Representatives has passed H.R. 4844 titled the "Federal Election Integrity Act."

As a long time Precinct Chair and Election Judge in Dallas County, I urge you to immediately call for Texas legislative action to implement the same election integrity in Texas, even if it requires a special session.

We have all seen the massive marches in Texas and other states where illegal immigrants have been protesting any effort to control their illegal entry to this country. The sad fact is that the promoters have conducted voter registration actions at those events. Everyone knows that there have been thousands of voters registered at those events who are illegal, and will get away with voting in this next election.

I know that the Dallas County Elections Office feels their hands are tied in attempting to verify the legitimaccy of voters appearing at the polls, in view of the fact that all new voter registrations are submitted to the Texas Attorney General's office for verification. But the fact is that the Texas Attorney General's office is not adequately staffed to instantly verify the fact of citizenship and social securiy numbers BEFORE the November 7 election, meaning that there will be hundreds of thousand illegal immigrants voting in this election.

Is there any way that you as Governor can issue an interim Executive Order that will authorize Texas county election offices to require a legitimate government recognized photo ID in order to vote in Texas, including the national General Election on November 7? Even the use of a Texas drivers license is an inadequate qualification for this purpose.

The insane practice of Texas allowing a "Motor-Voter Registration" is a perfect setup for illegals to receive a voter registration certificate, simply because the secured a Texas drivers license. I urge you to demand that the Texas Legislature in its next session pass legislation to terminate the "Motor-Voter Registration" practice. That is another Democrat effort to flood the polling places with illegal immigrants voting in Texas.

Thank you for your urgent attention to this critical matter of returning INTEGRITY to citizen voting in the State of Texas.

Edwin W. Hickson

9/22/06

Highly Confidential

TEX0525038

# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
## INCOMING EMAIL CORRESPONDENCE SUMMARY

Ewhicks@aol.com

House Passes H.R. 4844, the Federal Election Integrity Act
On Wednesday, September 20, 2006, the U.S. House of Representatives passed the Federal Election Integrity Act of 2006 by a vote of 228-196. As the legislative session winds to a close, H.R. 4844 is another part of the House GOP national security strategy devised to show political support for securing the nation at its borders and now at the ballot box. H.R.4844 seeks to prevent fraud in the election process by requiring photo identification for voters in federal elections. All states will be mandated to check voters' photo identification by the November 2008 election. By November 2010, states will only be allowed to accept photo identification that was issued upon presenting proof of citizenship. Eligible voters who cannot pay for identification cards will be provided one by the state at no charge. Costs for such a mandate will be reimbursed by the federal government.

A recent NBC/Wall Street Journal poll showed 81% of those surveyed favored an ID requirement for voting. In another poll conducted by Rasmussen, 77% of likely voters across the country agree that displaying a photo ID should be required to cast a vote. A number of states have already acted to require voters to follow proof of citizenship. In Phoenix, Arizona, registration went up 15% after passing a referendum requiring voters to prove citizenship when registering to vote. These changes encourage citizens to vote and discourage illegal voting.

Congressman Vernon Ehlers (R-MI) said in a statement, "Every day millions of Americans show a picture ID to pay by check, board a plane, or buy alcohol or tobacco. Surely, the sanctity of the ballot warrants as much protection as these activities. Requiring people to show an ID to prove their citizenship and eligibility will protect the vote, and help restore confidence in our system."

9/22/06

Highly Confidential

TEX0525039

# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
### INCOMING EMAIL CORRESPONDENCE SUMMARY

T.
Cat: Federal
MF: Imm.
cc Steinmann

**Web Correspondece ID:** 267,451

**Date Submitted:** 6/23/2006 11:07:00AI

**IP Address:** 65.65.163.210

**Name:** ms kathy counseller

**Title:**

**Email:** kcounseller@thomasbusgulfcoast.com

**Business:**

**Response Address:** Home

**Home Address:**
po box 2732
humble, TX 77347

**Business Address:**
TX

**Home Phone:** 281-459-4765

**Office Phone:**

**Message:**

What plan if any does the governor have to prevent/stop illegal aliens from voting in Texas?

Is the governor hearing the outcry from the citizens here in Texas that WE WANT THE BORDER CLOSED AND ILLEGALS DEPORTED?

Those illegals who are currently incarcerated in our jails, prisons and mental instututions should be first to go.

Employers who are currently employing illegal aliens should all split the FULL COST to educate the children of their illegal hires. They should also split the FULL COST for health care and other social services they are draining here in Texas.

6/23/06

Highly Confidential

TEX0525073

# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
### INCOMING EMAIL CORRESPONDENCE SUMMARY

GOVERNOR RECEIVED
JUN -9 2006

ROUTE TO: _____
CC   TO: _____

At: Garbo
MF: Election
C. Roberton

**Web Correspondece ID:** 266,031

**Name:** Ms. Cassandra Del Real

**Email:** sandydelreal@cox.net

**Response Address:** Home

**Home Address:**
1122 crescent dr.
1122 crescent dr.
Andrews, TX 797143805

**Date Submitted:** 6/8/2006 2:56:09PM

**IP Address:** 64.14.114.217

**Title:**

**Business:**

**Business Address:**
TX

**Home Phone:** 432 355-6141

**Office Phone:**

**Message:**

Cassandra Del Real
1122 crescent dr.
Andrews, TX 79714-3805

June 8, 2006

The Honorable Rick Perry
Governor of Texas
PO Box 12428
Austin, TX 78711-2428

Governor Perry:

I realize that this topic will probably not be enduring to the various elected officials but one can see that our Texas Voter Registration Codes are flawed! The fact that one only has to attest that he or she is a U.S. Citizen is a total farce. How many illegal aliens are registered to vote? I venture to say that no one has the slightest idea. The only follow up to the citizenship requirement in Texas is that the voter registration list is used for selecting the jury pool. Under current Texas law, each month the clerk of the court sends a list of all jurors who were disqualified due to lack of citizenship to the voter registrar. The voter registrar then must check whether any of these names appears on the registration rolls. If any of the disqualified jurors are registered to vote, then the voter registrar sends the voter a notice and a request for proof of citizenship. If there is no response from the voter in 30 days showing proof of citizenship, the voter's registration is canceled. In addition to the criminal offense of a false statement from the voter, the Election Code also provides a criminal offense that applies to anyone who helps a

6/9/06

Highly Confidential

TEX0525079

# OFFICE OF THE GOVERNOR
# CONSTITUENT INFORMATION SYSTEM
# INCOMING EMAIL CORRESPONDENCE SUMMARY

voter make a false statement. See Section 13.007: § 13.007. FALSE STATEMENT ON APPLICATION. (a) A person commits an offense if the person knowingly makes a false statement or requests, commands, or attempts to induce another person to make a false statement on a registration application. (b) An offense under this section is a Class B misdemeanor. (c) For purposes of this code, an offense under this section is considered to be perjury, but may be prosecuted only under this section. The penalty for such action is as follows. § 12.22. CLASS B MISDEMEANOR. An individual adjudged guilty of a Class B misdemeanor shall be punished by: (1) a fine not to exceed $2,000; (2) confinement in jail for a term not to exceed 180 days; or (3) both such fine and confinement. My concerns are not only are election laws being jeopardized but our legal system is seriously flawed. I just contacted the District Court Clerk for my district and asked what proof of citizenship was required to be a juror. Her answer was "NONE", therefore the entire citizenship requirement is a sham. Unfortunately the vast majority of the American public does not realize that they are being scammed. Here is an excerpt of a letter that I just received from the Elections Division Staff of the Texas Secretary of State. "Our office has worked over the years to enforce the U. S. citizenship requirement, but in a manner that will not intimidate persons who are eligible to vote. The Texas and federal system, in general, is designed to make registration easy for a voter, and that goal is served both by mail-in and agency registration procedures. Simply put, the system depends on the voter's word for most of the information in the first application to make it fast and easy for voters to apply. After that, the voter's status is subject to investigation. In that context, however, please know that our office and the Texas Legislature have tried to answer the concerns of citizens like you, as follows." I trust that you will do your part in rectifying this National problem. I have researched the Election Codes of several States and this is a National problem that can only be solved by both the State Legislatures and Congress.

Sincerely,

Cassandra Del Real
432 355-6141

This message has been verified by CapwizXC as authentic and sent by this individual. Authentication ID: [cazjGDJ5]

6/9/06

Highly Confidential

TEX0525080

# OFFICE OF THE GOVERNOR
## CONSTITUENT INFORMATION SYSTEM
### INCOMING EMAIL CORRESPONDENCE SUMMARY

| | | |
|---|---|---|
| **Web Correspondece ID:** 267,402 | **Date Submitted:** 6/22/2006 6:19:10PM | **IP Address:** 12.18.90.35 |
| **Name:** Mrs. Barbara J. Mickan | | **Title:** |
| **Email:** rvprk@tisd.net | | **Business:** |

**Response Address:** Home

**Home Address:**
202 Yucca
Victoria, TX 77904

**Business Address:**
TX

**Home Phone:** 361-578-5860

**Office Phone:**

**Message:**

I just found out that in order to vote in the upcoming elections, YOU DO NOT HAVE TO BE A CITIZEN! Can you imagine? In order to vote in Texas, all you have to show is a pay stub! In Arkansas, a hunting license! In Alabama, a fishing license! In some other states, a credit card receipt or a utility bill! Where are our politicians? Who has been minding the store?

In Los Angeles, they're calling for a million people to register to vote AND THEY DO NOT REQUIRE ANY KIND OF IDENTIFICATION! Do you think they'll vote in Osama Bin Laden? Vicente Fox?

Again, I ask, WHAT HAVE OUR POLITICANS BEEN DOING? I GUESS THEY'VE BEEN OUT COLLECTING WHOEVER THEY CAN GET TO VOTE FOR THEM, NOT CARING WHAT HAPPENS TO OUR COUNTRY!

We're throwing our country to the wolves.

6/23/06

Highly Confidential

TEX0525089

PL749
9/2/2014
2:13-cv-00193

**Tara Boothe**

**From:** Jean McLeod [jean_mcleod_99@yahoo.com]
**Sent:** Wednesday, May 02, 2007 10:18 AM
**To:** Alternate ID Sen. Tommy Williams
**Subject:** Voter Identification Bill

Senator Williams:

Support the debate on HB 218. Texas, as well as all other states, needs a strong voter verification program. I support picture identification only for voting. Any illegal alien can produce two pieces of paper with his/her name on it. All voters should be checked for citizenship status before being allowed to vote. I know that LULAC as well as other illegal alien rights organizations are promoting registration for illegal aliens in this state and across the entire country. In the present system, there is nothing to keep them from being able to vote just as though they are citizens. This bill is weak at best but better than nothing.

Sincerely,
Jean McLeod
Baytown

5/2/2007

TX_00013898
TEX00013898

# Our Mission

The mission of the National Association for the Advancement of Colored People is to ensure the political, educational, social, and economic equality of rights of all persons and to eliminate race-based discrimination.

**Vision Statement**

The vision of the National Association for the Advancement of Colored People is to ensure a society in which all individuals have equal rights without discrimination based on race.

**Objectives**

The following statement of objectives is found on the first page of the NAACP Constitution - the principal objectives of the Association shall be:

- To ensure the political, educational, social, and economic equality of all citizens

- To achieve equality of rights and eliminate race prejudice among the citizens of the United States

- To remove all barriers of racial discrimination through democratic processes

- To seek enactment and enforcement of federal, state, and local laws securing civil rights

- To inform the public of the adverse effects of racial discrimination and to seek its elimination

- To educate persons as to their constitutional rights and to take all lawful action to secure the exercise thereof, and to take any other lawful action in furtherance of these objectives, consistent with the NAACP's Articles of Incorporation and this Constitution.

© 2009 - 2012 National Association for the Advancement of Colored People | **Privacy Policy** | **Terms of Use**



EXHIBIT
Banks 2

NAACP-00000298
TSC00000298