## DRIVER LICENSE DIVISION
## "MOBILE LITE" UNIT EQUIPMENT
## ESTIMATE

| Equipment | Tier 1 | Tier 2 | Tier 3 | TOTAL UNIT COSTS |
|---|---|---|---|---|
| Laptop w/ Asset Tag | 1,185.00 | | | |
| Document Scanner | 1,698.00 | | | |
| *Fingerprint Device | 1,695.00 | | | |
| Surge Protector | 25.00 | | | |
| Digital Camera | | 250.00 | | |
| Camera Tripod | | 25.00 | | |
| Backdrop | | 168.00 | | |
| *Signature Pad | | 200.00 | | |
| Chair | | 225.00 | | |
| Table | | 386.00 | | |
| Guest chairs | | 50.00 | | |
| Printer | | 466.00 | | |
| Tent | | | 150.00 | |
| Banner | | | 200.00 | |
| Table Skirt | | | 215.00 | |
| Storage/Carrier/Lock Box | | | 100.00 | |
| Single "Mobile Lite" Equipment Cost | 4,603.00 | 1,770.00 | 665.00 | 7,038.00 |
| 100 "Mobile Lite" Units | 460,300.00 | 177,000.00 | 66,500.00 | 703,800.00 |

* This device may or may not be necessary

## DRIVER LICENSE DIVISION
## "MOBILE LITE" UNIT EQUIPMENT
## ESTIMATE

| EQUIPMENT | UNIT COST |
|---|---:|
| Laptop w/ Asset Tag | 1,185.00 |
| Document Scanner | 1,698.00 |
| *Fingerprint Device | 1,695.00 |
| Surge Protector | 25.00 |
| Digital Camera | 250.00 |
| Camera Tripod | 25.00 |
| Backdrop | 168.00 |
| *Signature Pad | 200.00 |
| Printer | 466.00 |
| Storage/Carrier/Lock Box | 100.00 |
| Single "Mobile Lite" Equipment Cost | 5,812.00 |
| 30 "Mobile Lite" Units | 174,360.00 |
| One-time office signage cost | 9,935.00 |
| **Total Equipment Cost** | **184,295.00** |

\* This device may or may not be necessary

2-3 

## DRIVER LICENSE DIVISION
## ELECTION ID CERTIFICATE
## SATURDAY HOURS ESTIMATE

| | WEEK 1 | WEEK 2 | WEEK 3 | WEEK 4 & FORWARD |
|---|---|---|---|---|
| DL Office Personnel | $ 14,081 | $ 14,081 | $ 14,081 | $ 13,830 |
| DL HQ Personnel | $ 698 | $ 583 | $ 583 | $ 583 |
| IT Service Desk Personnel | $ 114 | $ 114 | $ 114 | $ 114 |
| THP Personnel | $ 9,065 | $ 9,065 | $ 9,065 | $ 8,880 |
| Utilities | $ 2,507 | $ 2,507 | $ 2,507 | $ 2,446 |
| Signage | $ 9,935 | | | |
| Mobile Lite Unit Equipment (50) | $ 290,600 | | | |
| Mobile Lite Unit Personnel* | | $ 5,364.90 | $ 7,894.80 | $ 11,179.35 |
| **WEEKLY TOTALS** | $ 327,001 | $ 31,715 | $ 34,245 | $ 37,033 |

*Mobile Personnel - Week 2 = 25, Week 3 = 35, Week 4=50

## DRIVER LICENSE DIVISION
## "MOBILE LITE" UNIT EQUIPMENT
### ESTIMATE

| Equipment | Tier 1 | Tier 2 | Tier 3 | TOTAL UNIT COSTS |
|---|---|---|---|---|
| Laptop w/ Asset Tag | 1,185.00 | | | |
| Document Scanner | 1,698.00 | | | |
| *Fingerprint Device | 1,695.00 | | | |
| Surge Protector | 25.00 | | | |
| Digital Camera | | 250.00 | | |
| Camera Tripod | | 25.00 | | |
| Backdrop | | 168.00 | | |
| *Signature Pad | | 200.00 | | |
| Printer | | 466.00 | | |
| Storage/Carrier/Lock Box | | | 100.00 | |
| Single "Mobile Lite" Equipment Cost | 4,603.00 | 1,109.00 | 100.00 | 5,812.00 |
| 50 "Mobile Lite" Units | 230,150.00 | 55,450.00 | 5,000.00 | 290,600.00 |

* This device may or may not be necessary

1  media.
2      Q.   Is there a budget for advertising mobile
3  stations?
4      A.   In 2013, no.  We do have part of our money
5  reserved this year for EIC unit program.
6      Q.   How much money is that for 2014?
7      A.   It's not -- it's, you know, however much we
8  need, but we've tried to save back a portion of our
9  $2 million.
10     Q.   Do you know what amount that is, about what
11 amount that is?
12     A.   I don't.  300,000 or 400,000.
13     Q.   Okay.  How is that money used, that $300,000
14 or $400,000?
15     A.   It hasn't been used.
16     Q.   Oh, it hasn't been used at all?
17     A.   That's right.
18     Q.   Okay.  Are there plans to use it specifically?
19     A.   If needed, sure.
20     Q.   Do you -- what kinds of plans in general?
21     A.   Well, if we decide that we need to have an
22 extra budget for mobile EIC units, then it would be for
23 everything associated with them, banners, signage,
24 travel, employee expense.  It would be everything
25 associated with the program.

344

1  amorphous metric and that's a very difficult thing to
2  evaluate.
3      Q.   Have you given some thought to that?
4      A.   No.
5      Q.   Have you considered what factors you might take
6  into consideration?
7      A.   No.
8      Q.   Did the state have a contract with any vendor
9  or marketing agency to provide a statewide voter
10 education program from June 25, 2013, to the end of 2013?
11     A.   We had a statewide voter education campaign
12 that was in place toward the end of the year, but not
13 from June 25th on.
14     Q.   Do you know when in 2013 it began?
15     A.   I believe it was in September.
16     Q.   Was that pursuant to an RFP?
17     A.   It was not.
18     Q.   Who was the vendor?
19     A.   We did an emergency procurement with TKO since
20 they were involved in our voter education campaign in
21 2012 and were familiar with the requirements of that RFP,
22 which included voter ID education.
23     Q.   How much did it cost?
24     A.   We allocated 400,000 to the -- to the effort.
25     Q.   And do you know what it covered?

1   A.   As much as we could cover for 400,000. It
2   covered -- it covered --
3   Q.   You and I would spend it quite differently.
4   A.   Yeah, exactly. It covered paid media,
5   advertising on cable TV and newspapers and radio, and it
6   also covered visits by the secretary -- at that time it
7   was Secretary of State Steen -- to election officials
8   across the state to gather earned media.
9   Q.   And was TKO responsible for placing the ads on
10  radio and television, newspaper, all of that?
11  A.   They were.
12  Q.   On the Burson Marsteller contract, was that
13  pursuant to a public bid?
14  A.   It was.
15  Q.   And have those bidding materials been produced
16  in connection with this litigation; do you know?
17  A.   I don't know.
18  Q.   What was the budget for that?
19  A.   Two million.
20  Q.   And there was a contract, I assume?
21  A.   Yes.
22  Q.   And do you know if that's been produced?
23  A.   I don't. I believe the contract is for
24  1.675 million.
25  Q.   And the 2 million comes from -- or the

KEITH INGRAM                                              4/23/2014

346

1  difference between the 2 million and 1.675 comes from?
2      A.   The money that we've held back if we need it
3  for EIC mobile unit program.
4      Q.   What, to your knowledge, has been the
5  participation of anyone in the Governor's Office in the
6  implementation of SB 14?
7      A.   I don't know what all the governor has done
8  with regard to the implementation of SB 14.  The
9  Governor's Office and MacGregor Stephenson has worked
10 with us on mobile EIC units.  We've talked to, you know,
11 people in the Governor's Office about implementation of
12 the voter ID list to make sure that we were communicating
13 with all the stakeholders about the list of acceptable
14 IDs as we interpreted it.
15     Q.   Anything else?
16     A.   I don't -- I can't think of anything else off
17 the top of my head.
18     Q.   What was the specific participation of the
19 Governor's Office in connection with the mobile EIC
20 units?  What was -- what recommendations did it make?
21          MR. KEISTER:  To the extent that that
22 involves any attorney-client communications or
23 deliberative process communications, I'm going to
24 instruct you not to answer, but if you can give him
25 the --



**EVERY VOTE MATTERS.**
**EVERY VOTE COUNTS.**

This message originates from the South Carolina State Election Commission. If you have received this message in error, we would appreciate it if you would immediately notify the South Carolina State Election Commission by sending a reply e-mail to the sender of this message. Thank you.

**From:** Armand Derfner [mailto:aderfner@dawlegal.com]
**Sent:** Wednesday, January 22, 2014 3:52 PM
**To:** Whitmire, Chris
**Cc:** 'Armand Derfner'
**Subject:** Cost of camera capability

Dear Chris:

Thank you for your prompt and helpful information on the cost of the cameras in the registration offices, plus related costs. As we discussed, I would appreciate that information in response to this e-mail. Armand Derfner

**From:** Whitmire, Chris [mailto:cwhitmi@elections.sc.gov]
**Sent:** Tuesday, February 11, 2014 4:48 PM
**To:** Armand Derfner
**Subject:** RE: Cost of camera capability

Mr. Derfner,

I'm sorry. It seems I failed to reply to your request in a timely manner. I just noticed that I had not replied. My apologies.

The SEC purchased approximately 100 cameras for $99 each to be distributed to the 46 county offices (at least two each). Approximate cost of cameras = $10,000

The SEC purchased two card printers to be used here at the SEC for printing all plastic photo voter registration cards. Printers cost $5,256 each. Cost of printers = $10,512

Printing of cards cost $1.07 on average. The SEC had printed approximately 13,269 cards as of 2/4/14. Approximate cost of printing = $14,198

The cost of developing the photo ID application in the statewide voter registration system was $20,471.25.

I believe this covers what we talked about in our original conversation.

Again, I apologize for the delayed response.

Thank you.

Chris Whitmire


Chris Whitmire
Director of Public Information & Training

**South Carolina State Election Commission**
Post Office Box 5987
Columbia, S.C. 29250
Tel: 803.734.9070
Fax: 803.734.9366
scVOTES.org

1