| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | SETH STERN, BLOOMBERG/ NEWSROOM: |
| **CC:** | Arriaga, Amanda |
| **Sent:** | 1/13/2012 3:54:01 PM |
| **Subject:** | Bloomberg News DL questions and answers |

1. How many DPS offices are there statewide where people can get licenses?

307 offices statewide. Currently 221 are open to customers and 86 are temporarily out of service.

2. Have offices been closed since the last presidential election in 2008? Yes How many and why?

86 offices, mostly part-time, low-volume offices. There were a wide range of issues: outdated equipment, expiring leases, as well as building safety and ADA issues at some locations.

3. Was it a budget or staffing issue?

There have been offices closed temporarily due to staffing issues, but as soon as new employees are hired and trained, these offices have reopened.

There were a wide range of issues: outdated equipment, expiring leases, as well as safety and ADA issues at some locations.

4. Are there plans to close additional locations or open new ones and how many closures/new facilities will there be?

There are currently no plans to close locations. We are in the process of reviewing county population, past issuance numbers, distance to the closest driver license office to identify possible reopening of offices that were closed. The actual number of offices that will reopen will be determined by equipment availability and cooperation by local governments.

4. I saw reference to the legislature approving additional resources to allow for added staff and new large offices in metro areas?

The Texas legislature appropriated $63 million to improve driver license services by increasing staff and adding service capacity. We will add 266 full-time DL office employees, open six new mega-center offices with 25 or more employees, and acquire new technology to improve service.

5. Are there any plans to provide mobile vans or other means of reaching people in counties where there currently isn't an office or limited hours?

Then are no such plans. You can contact the Secretary of State's office in reference to voter outreach.

6. Should the law go into effect, are there any special plans in terms of new equipment, form of identification you'll offer or voter education (or is voter education something Secretary of State's office would do?)

The Secretary of State is responsible for the state's voter education program.

If final approval is given for the program to proceed, DPS will issue a no-cost election certificate to qualified persons who do not already have acceptable documents for voting. This document will only be valid for voting purposes, as specified in the law. The election certificate will be produced utilizing current resources and equipment.

-----Original Message-----
From: SETH STERN, BLOOMBERG/ NEWSROOM: [mailto:sstern14@bloomberg.net]
Sent: Wednesday, January 11, 2012 4:36 PM
To: Vinger, Tom

TEX0503915

Subject: Re:DPS

Hi Tom:

As I mentioned on the phone, I'm doing a story related to Texas' voter ID law and am trying to get some information about DPS offices where voters can get IDs and what IDs they'll be able to get should the law go into effects. As you requested, here's the questions I'm hoping to get answered:

1. how many DPS offices are there statewide where people can get licenses?
2. have offices been closed since the last presidential election in 2008? How many and why? Was it a budget or staffing issue? outdated equipment? other reasons?
3. Are there plans to close additional locations or open new ones and how many closures/new facilities will there be? I saw reference to the legislature approving additional resources to allow for added staff and new large offices in metro areas?
4. Are there any plans to provide mobile vans or other means of reaching people in counties where there currently isn't an office or limited hours?
5. Should the law go into effect, are there any special plans in terms of new equipment, form of identification you'll offer or voter education (or is voter education something Secretary of State's office would do?)

Thanks for your help.

Seth

--------------------------------------------------------------
Seth Stern
Justice Department Reporter
Bloomberg News

o: 202-624-1994
c: 202-236-2935

----- Original Message -----
From: Tom Vinger <Tom.Vinger@dps.texas.gov>
To: SETH STERN (BLOOMBERG/ NEWSROOM:)
At: 1/11 17:25:49


Tom Vinger
Asst. Chief of Public Affairs
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2607
tom.vinger@dps.texas.gov<mailto:tom.vinger@dps.texas.gov>(Please note new email address.)

**From:** Terry, Michael
**Sent:** Friday, January 13, 2012 1:49 PM
**To:** Arriaga, Amanda; Vinger, Tom; Davio, Rebecca
**Subject:** Re: Suggested responses for Bloomberg

I agree
Sent via BlackBerry by AT&T

---

**From:** Arriaga, Amanda
**Sent:** Friday, January 13, 2012 01:44 PM
**To:** Vinger, Tom; Terry, Michael; Davio, Rebecca
**Subject:** RE: Suggested responses for Bloomberg

Looks good to me.

---

**From:** Vinger, Tom
**Sent:** Friday, January 13, 2012 1:35 PM
**To:** Terry, Michael; Arriaga, Amanda; Davio, Rebecca
**Subject:** Suggested responses for Bloomberg

Here are my thoughts.

1. How many DPS offices are there statewide where people can get licenses?

307 offices statewide. Currently 221 are open to customers and 86 are temporarily out of service.

2. Have offices been closed since the last presidential election in 2008? Yes How many and why?

86 offices, mostly part-time, low-volume offices. ~~that were only open on a limited basis and staffed by employees from other offices. Texas has many rural areas that are sparsely populated and we served many of those customers in offices that were open on a scheduled basis. The equipment we transported to those locations is what became outdated. When parts were no longer available to replace components as they went down, we had to eliminate services in some areas.~~
There were a wide range of issues: outdated equipment, expiring leases, as well as building safety and ADA issues at some locations.

3. Was it a budget or staffing issue?

There have been offices closed temporarily due to staffing issues, but as soon as new employees are hired and trained, these offices have reopened.

There were a wide range of issues: outdated equipment, expiring leases, as well as safety and ADA issues at some locations.

~~Outdated/obsolete equipment has been the most common reason for office closures. Additionally, leases have expired and there was not suitable or affordable options for replacement offices in some situations. In some instances, agreements between DPS and counties or local governments that provided office space have expired and the local governments have other needs for space and resources that were provided for DPS services. In~~

1

TX_00226743

TEX00226743

~~some cases we had multiple locations within counties and have consolidated services into fewer locations at the request of the local governments.~~

3. Are there plans to close additional locations or open new ones and how many closures/new facilities will there be?

There are currently no plans to close locations. We are in the process of reviewing county population, past issuance numbers, distance to the closest driver license office to identify possible reopening of offices that were closed. ~~due to the equipment failure issues.~~ The actual number of offices that will reopen will be determined by equipment availability and cooperation by local governments.

4. I saw reference to the legislature approving additional resources to allow for added staff and new large offices in metro areas?

The Texas legislature appropriated $63 million to improve driver license services by increasing staff and adding service capacity. We will add 266 full-time DL office employees, open six new mega-center offices with 25 or more employees, and acquire new technology to improve service. ~~such as queuing systems and improved online services.~~

4. Are there any plans to provide mobile vans or other means of reaching people in counties where there currently isn't an office or limited hours?

<u>Then are no such plans. You can contact the Secretary of State's office in reference to voter outreach.</u>

~~There are no plans to deploy mobile units for issuance of election certificates or provide additional offices to accommodate this specific initiative. DPS was not provided additional resources for issuance of election certificates. We did receive appropriations to increase capacity for all driver license customers and election certificate applicants will benefit from the overall improvements.~~

5. Should the law go into effect, are there any special plans in terms of new equipment, form of identification you'll offer or voter education (or is voter education something Secretary of State's office would do?)

The Secretary of State is responsible for the state's voter education program.

<u>If final approval is given for the program to proceed</u>, DPS will issue a no-cost election certificate to qualified persons who do not already have acceptable documents for voting. This document will only be valid for voting purposes, as specified in the law. The election certificate will be produced utilizing current resources and equipment. ~~as there was not additional appropriation for DPS to implement this law.~~

Tom Vinger
Asst. Chief of Public Affairs
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2607
tom.vinger@dps.texas.gov (Please note new email address.)

TX_00226744

TEX00226744



| | |
|---|---|
| From: | Smith, Janie |
| Sent: | Thursday, January 12, 2012 10:41 AM |
| To: | Watkins, Paul; Bell, Stephen; Rodriguez, Tony; Stempelmann, Susan |
| Cc: | Davio, Rebecca; Terry, Michael; Melcher, Lori |
| Subject: | Media questions related to DL offices-RESPONSE REQUIRED |
| Attachments: | Voter ID Article SAEN 010912.docx |

Relating to Voter ID: Bloomberg News has posed several questions that are most appropriately answered Customer Operations.
Following are the questions. Lori and I have crafted a couple of responses and have identified information required from Customer Operations. **This is a media question and the response is needed as soon as possible – definitely before COB today.**

1. how many DPS offices are there statewide where people can get licenses? Do you want to provide the answer that OGC gave DOJ through SOS or the current information? If current – Customer Ops needs to provide that number

2. have offices been closed since the last presidential election in 2008? Yes
How many and why? Response required from Customer Operations
Was it a budget or staffing issue? Management/Customer Operations should determine response (no)
outdated equipment? Management/Customer Operations should determine response  (yes)
other reasons? Management/Customer Operations should determine response

3. Are there plans to close additional locations or open new ones and how many closures/new facilities will there be? Lori and I can speak to new facilities, but need an approved response regarding additional location closures
I saw reference to the legislature approving additional resources to allow for added staff and new large offices in metro areas? DPS received $63 million to increase staff and add capacity by opening several large facilities in high-volume areas. This was in response to years of stagnant appropriations while the state population grew exponentially.

4. Are there any plans to provide mobile vans or other means of reaching people in counties where there currently isn't an office or limited hours? There are no plans to deploy mobile units for issuance of election certificates or provide additional offices to accommodate this initiative. DPS was not provided additional resources for issuance of election certificates. We did receive appropriations to increase capacity for all driver license customers.

5. Should the law go into effect, are there any special plans in terms of new equipment, form of identification you'll offer or voter education (or is voter education something Secretary of State's office would do?) The Secretary of State is responsible for the state's voter education program. If approved, DPS will issue an election certificate to persons who qualify. This document will be available at no charge and will only be valid for voting purposes, as specified in the law. The election certificate will be produced utilizing current resources and equipment as there was not additional appropriation for DPS to implement this law.

Thank you and please visit with Lori or me if you have questions or would like to discuss.

Janie Smith, Policy Coordinator
Driver License Division
TX Department of Public Safety

1

TX_00223026

TEX00223026

512.424.2976 office

2

TX_00223027

TEX00223027

# DPS Government Relations Action Sheet

| State Official's Office | Date | Time |
|---|---|---|
| Rep Sylvester Turner | 7/17/13 | 12:01 PM |
| **Point of Contact** | **Constituent Information** ||
| Alison Brock<br>Chief of Staff | N/A ||

**Issue:** Alison Brock of Rep Turner's office was seeking clarification regarding EIC procedures:

- Are there any other avenues to apply for an EIC, other than entering at DPS office? **(No)**
- Can individuals apply for an EIC online? **(No)**
- Under the requirements of an EIC and individual is not eligible for an EIC if their Texas driver license is unexpired or expired less than 60 days or if their Texas personal identification card is unexpired or expired less than 60 days. Can you share with us or clarify for us how this will be implemented?
    - Upon inquiry, the customer service representative will verify the status of any existing ID/DL.
    - If the individual is found to have a valid DL/ID, they are not eligible for an EIC as they can use the ID/DL for voting.
    - If they appear with a valid, but expired DL/ID for less than 60 days, then they will be given the option to renew their expired ID/DL. They can surrender or choose not to renew a DL/ID and obtain a EIC. By surrendering their DL, they will no longer have driving privileges. In addition – the EIC cannot be used as personal identification.
    - A suspended license is still a valid form of ID, the individual's driving privileges are revoked.
    - If they are shown to have outstanding warrants, DPS is obligated by law to arrest them.
- Any word on whether the notary will be required on the form? The actual application is not required to be notarized, but the applicant is required to sign it in the presence of the Customer Service Representative. The only documentation that requires a notary may be supporting documents proving residency/citizenship. If a person is homeless, or lives with another person (but not on any lease/utility bill) then there are alternatives/waivers that can be taken in to account to address the particular situation.
- Also, is there a law that passed that allows or licenses to be suspended for failure to pay toll road fees? There is no law, however a city or county that owns a toll road may issue a warrant for arrest for unpaid toll fees if they choose – it would appear in our system, could possibly result in a Failure to Appear (FTA), which would prevent them from being eligible for a license.
- What is the procedure for when a person has an outstanding warrant? During the DL/ID transaction, it is standard procedure to verify if there are any warrants. As the CSR enters the applicant's information and moves through the processing screens, there is a specific screen for "External Checks". At this point, the CSR must go through the "External Checks" process before they can continue processing the transaction. The "External Checks" includes searches in TCIC/NCIC, PDPS and CDLIS. If the individual is shown to have outstanding warrants, the Customer Service Representative turns over information to Highway Patrol.
- Have there been any individuals that have come in to obtain an EIC that have had outstanding warrants out for their arrest or suspensions on their DL? We do not track information in that manner.
- Also, I recall at one point DPS had mobile vans to assist with doing IDs. Are those still in use? Was their mobile equipment used in Bastrop to issue DLs? We had equipment but that equipment has been used to replace failing/broken equipment in existing DL offices. We have not purchased the same kind of replacement equipment because they no longer make the same system. We are in the process of purchasing new

HQ-10 (Rev 12/09)

TEX0509092



equipment but we are going through the process to ensure it will work with existing systems (infrastructure requirements are not identical).

CN Note: Marguerite Buster was looking into how CSRs are notified that the applicant has an outstanding warrant, and what procedure is taken upon discovery of the warrant. Also, if anyone that has inquired about a EIC – if they have had a warrant or suspended license – AB wanted figures.

Alison Brock Follow Up Question: Any word on whether the notary will be required on the form? Also, is there a law that passed that allows or licenses to be suspended for failure to pay toll road fees?

Please provide Candace Nolte with the information for her to relay to the Representative's office.

**Division Referred to:** DLD

**Details of Action Taken:**

**Name/Phone Number/Date Completed:**

HQ-10 (Rev 12/09)

TEX0509093

Exhibit 7:
  Bates #

  TX_00007419 THROUGH

        TX_00007429