*EXHIBIT 8*
*8-7*
*9/30/13 Need RR*

# TKO Advertising Inc.

TKO Advertising Inc.
700 N. Lamar
Suite 200B
Austin, TX 78703

(512)472-4856
thinkbig@tkoadvertising.com



**Invoice**

| Date | Invoice No. |
|---|---|
| 09/16/2013 | 1702 |

| Terms | Due Date |
|---|---|
| Net 30 | 10/16/2013 |

RECEIVED
SEP 2013
FINANCIAL MGMT

**Bill To**
Texas Secretary of State
Attn: Financial Management
P.O. Box 12887
Austin, TX 78711-2887

*4-79*

| Service | Activity | Amount |
|---|---|---|
| Agency Services | • Voter Education Creative & Media Buy<br>August 2013 - November 2013<br>• Agency Services<br>Revamp broadcast script, supervise production, and format/program print and digital assets for general market and special populations, coordinate calendar, client approval, and vendor support | 30,000.00 |
| Production | Poster creative to be printed or shared digitally in multiple languages<br>- English<br>- Spanish<br>- Traditional Chinese<br>- Vietnamese<br><br>Diversity and Special Populations Creative<br>- Create/coordinate online resource materials, such as web-friendly poster on votetexas.gov/voters-with-special-needs/<br>• Photo ID broadcast scripts:<br>- (1) :30-second radio script in English<br>- (1) :30-second radio script in Spanish<br>- (1) :30-second television script in English<br>- (1) :30-second television script in Spanish<br>- Produce 2 radio spots<br>- Produce 2 television spots | 50,000.00 |
| | **Total** | **$80,000.00** |

Please Remit Payment to:
TKO Advertising Inc.
PO Box 30317
Austin, TX 78755

10/10/13 - Need RR
4-79

# TKO Advertising Inc.

TKO Advertising Inc.
700 N. Lamar
Suite 200B
Austin, TX 78703

(512)472-4856
thinkbig@tkoadvertising.com

**tko**

**Invoice**

| Date | Invoice No. |
|---|---|
| 10/07/2013 | 1705 |
| Terms | Due Date |
| Net 30 | 11/06/2013 |

**Bill To**
Texas Secretary of State
Atnn: Financial Management
P.O. Box 12887
Austin, TX 78711-2887

RCV'D FIN MGMT
OCT 07 2013
RL

| Service | Activity | Amount |
|---|---|---|
| Media | • PO #307-4-00079<br><br>Voter Education Media Buy<br>Radio Placements September 2013<br>• Radio Statewide<br>- :30-second Radio spot in English<br>- :30-second Radio spot in Spanish<br><br>Quantity: 3,124,800 impressions<br><br>Weeks of: 9/16, 9/23, 9/30<br><br>Markets: Abilene, Austin, Beaumont, Corpus Christi, Dallas, El Paso, Harlingen, Houston, Laredo, San Antonio, Sherman, Shreveport, Tyler, Victoria, Waco-Killeen, Wichita Falls, Alpine, Amarillo, College Station, Fort Stockton, Pecos, Rockdale, San Angelo, Texarkana, and 100+ rural markets | 36,580.00 |
| | **Total** | **$36,580.00** |

Please Remit Payment to:
TKO Advertising Inc.
PO Box 30317
Austin, TX 78755

TEX00306362

# TKO Advertising Inc.



TKO Advertising Inc.
700 N. Lamar
Suite 200B
Austin, TX 78703

(512)472-4856
thinkbig@tkoadvertising.com

## Invoice

| Date | Invoice No. |
|---|---|
| 11/06/2013 | 1708 |
| Terms | Due Date |
| Net 30 | 12/06/2013 |

**Bill To**

Texas Secretary of State
Atnn: Financial Management
P.O. Box 12887
Austin, TX 78711-2887

| Service | Activity | Amount |
|---|---|---|
| Media | • PO #307-4-00079<br>Voter Education Creative & Media Buy<br>• Radio Placements October 2013<br><br>Radio Statewide<br>- :30-second Radio spot in English<br>- :30-second Radio spot in Spanish<br><br>Quantity: 5,907,739 impressions<br><br>Weeks of: 10/7, 10/14, 10/21, 10/28<br><br>Markets: Abilene, Austin, Beaumont, Corpus Christi, Dallas, El Paso, Harlingen, Houston, Laredo, San Antonio, Sherman, Shreveport, Tyler, Victoria, Waco-Killeen, Wichita Falls, Alpine, Amarillo, College Station, Fort Stockton, Pecos, Rockdale, San Angelo, Texarkana, and 100+ rural markets | 69,170.00 |
| Media | • TV/Cable Statewide Placements October 2013<br>- :30-second Television spot in English<br>- :30-second Television spot in Spanish<br><br>Quantity: 11,006,992 impressions<br><br>Weeks of: 10/7, 10/14, 10/21, 10/28<br><br>Markets: Abilene, Austin, Beaumont, Corpus Christi, Dallas, El Paso, Harlingen, Houston, Laredo, San Antonio, Sherman, Shreveport, Tyler, Victoria, Waco-Killeen, Wichita Falls<br><br>Continue to the next page | 119,250.00 |

TEX00306360

Page 2 of 2

| Service | Activity | Amount |
|---|---|---|
| Media | • Diversity and Special Populations Media Buy<br>- Half-page advertisements placed in community newspapers<br><br>Quantity: maximum placements based on not-to-exceed budget<br><br>Run Dates: 9/30, 10/1, 10/2, 10/3, 10/9, 10/14, 10/16, 10/17, 10/18<br><br>Markets: Dallas/Ft. Worth, Houston, San Antonio, Dallas | 25,000.00 |
| Media | • Digital Media Buy<br>Static advertising banners in (3) sizes<br>- English<br>- Spanish<br><br>Mobile advertising banners in (3) sizes<br>- English<br>- Spanish<br><br>Quantity: 5,000,000 impressions<br><br>Dates: 10/1/13 - 10/31/13<br><br>Markets: Dallas/ Ft. Worth, Waco, Temple, Bryan, Austin, San Antonio, Houston, Rio Grande Valley, El Paso, Lubbock, Amarillo, Corpus Christi, Laredo, Brownsville, McAllen | 40,000.00 |
| Production | • SmartTXVoter smartphone application updates to potentially include:<br>- Changing the name of the app<br>- Updating app for dual use of parties/candidates and constitutional amendments<br>- All updates will be at minimum for iOS and Android (additional platforms TBD based on budget and timeframe)<br>- All updates will be in both English and Spanish | 20,000.00 |
| Agency Services | • Agency Services<br>Revamp broadcast script, supervise production, and format/program digital assets, coordinate calendar, client approval, and vendor support<br><br>Poster creative to be printed or shared digitally in multiple languages<br>- English<br>- Spanish<br>- Traditional Chinese<br>- Vietnamese<br><br>Diversity and Special Populations Creative<br>- Create/coordinate online resource materials, such as web-friendly poster on votetexas.gov/voters-with-special-needs/ | 10,000.00 |
| | **Total** | **$283,420.00** |

Please Remit Payment to:
TKO Advertising Inc.
PO Box 30317
Austin, TX 78755

TEX00306361

# REQUEST FOR PROPOSAL NUMBER 12111

HELP AMERICA VOTE ACT OF 2002 ("HAVA")
VOTER EDUCATION AND OUTREACH OPPORTUNITIES

**SECTION ONE        INTRODUCTION AND PURPOSE**

**1.1   PURPOSE OF THE REQUEST FOR PROPOSAL (RFP)**

It is the intent of the Office of Secretary of State ("SOS") to obtain proposals to provide continuing voter education and outreach consistent with the Help America Vote Act of 2002 ("HAVA") to educate and train Texans on the voting and election process in Texas. The voter outreach program should focus on, but not be limited to, four areas: (1) How to register to vote; (2) How to comply with photo identification requirements; (3) Polling place processes and procedures; and (4) How to properly cast a ballot. ).

It is the further intent of the SOS to select a proposer to perform research, marketing, production, advertising, communication services and other assistance necessary for successful voter education and outreach. The selected will be the prime source for all services under the contract (though, as further described below, HUB subcontracting is encouraged) and will use communications strategies and messages that are at all times commensurate with the dignity of the State of Texas.

**1.2 BACKGROUND INFORMATION**

On October 29, 2002, President Bush signed HR 3295, the Help America Vote Act ("HAVA"). This federal legislation was in response to the voting irregularities experienced during the 2000 federal election and created many new mandates for state and local government as well as appropriated funding to the states to assist with implementation and compliance.

Some of the central requirements of HAVA are listed below:
- The state must maintain an official list of registered voters and must verify the identification numbers of all new voter applicants;
- Each polling place in the state must have at least one voting system per polling place that is accessible to persons with disabilities;
- Voters, whose names do not appear on the voter registration roll, must be allowed to vote a provisional ballot, which is not counted until the voter's eligibility is verified after the election;
- Federal Postcard Applications may under specified circumstances now serve to permanently register the voter as well as serve as a request for a ballot in a limited number of election cycles; and
- The state establishes and maintains a state-based administrative complaint process for voters who file a sworn complaint that their voting rights have been violated.

**1.3 CONTRACT TERM**

The term of any contract resulting from this RFP shall be from contract award until January 31, 2013, subject to any termination rights provided for in a definitive contract negotiated between SOS and the Contractor. The term of this contract includes both Phase I and Phase II, as set forth in more detail in Section 1.5 of this RFP.

**1.4 FUNDING AND ELIGIBLE USES**

This project will be financed with federal funding. Below are the statutory sources, the federal awarding agencies, and the eligible funding activities. The project budget must include a description of how each deliverable satisfies one or more of the eligible uses listed below. The state anticipates funding three to five percent of the project from Source 2 (accessibility funds); however, accessibility-related activities may amount for more than five percent of the project activities (Source 1 will cover the balance).

| | |
|---|---|
| Statutory Authority: | Help America Vote Act ("HAVA"), Public Law 107-252, October 29, 2002; 42 U.S.C. 15301 |
| Federal Awarding Agencies: | Source 1, US Election Assistance Commission ("EAC"); Source 2, US Department of Health and Human Services ("HHS") |

| | |
|---|---|
| Source 1: | Title I, Section 101 of HAVA; Title II, Section 251 of HAVA (95% federal funding / 5% state match) |
| Source 2: | Title II, Section 261 of HAVA |

Eligible Activities Source 1:

Educate voters concerning voting procedures and voting rights which may include –

- A sample version of the ballot that will be used for that election;
- Information regarding the date of the election and the hours during which polling places will be open;
- Instruction on presenting required photo identification at the polls, per SB 14, 82nd Legislative Regular Session;
- Instructions on how to vote, including how to cast a vote and how to cast a provisional ballot;
- Instructions on how to obtain an election identification card;
- Instructions for mail-in registrants;
- General information on voting rights under applicable Federal and State laws, including information on the right of an individual to cast a provisional ballot and instructions on how to contact the appropriate officials if these rights are alleged to have been violated;
- General information on Federal and State laws regarding prohibitions on acts of fraud and misrepresentation;
- General information regarding the statewide voter registration database, Texas Election Administration Management (TEAM) System, including public utilization; and

Eligible Activities Source 2:

Educate voters regarding accessibility issues which may include –

- Educating the disability community about how and when to register to vote, apply for ballots by mail, where to vote during early voting or on election day, the right to a secret ballot under state law, and methods of voting using available accessible voting machines in certain counties;
- Working with disability advocacy groups based upon the quality and extent of their proposed voter outreach programs for the disabled;
- Working with disability advocacy groups to develop additional, innovative approaches to voter outreach programs for the disabled; and
- Ensure that training materials are available in a number of accessible formats.

## 1.5 PROJECT DESCRIPTION AND REQUIREMENTS

### 1.5.1 Scope and Requirements

It is expected that project requirements for both Phase I and Phase II will be substantially similar, except that Phase I will seek to educate and communicate with Texas voters in the March 2012 primary election (and any subsequent run-off), and Phase II will seek to educate and communicate with Texas voters in the November 2012 general election. Additionally, it is expected that the activities in Phase I will incorporate approximately 40% of the allocated budget and Phase II approximately 60%. Consistent with the broad goals set forth in Section 1.1 of this RFP, and the foregoing, specific tasks to be implemented may include, but are not limited to, the following:

- Develop overall concept and design of voter education materials consistent with current branding/VOTEXAS;
- Provide creative consultation and production consultation with SOS;
- Research, plan and develop voter information/outreach strategies, messages and materials for the general statewide voting population, and various subgroups such as the Spanish-speaking population, special needs population, and young and elderly voters;
- Research, plan, develop and implement strategies, messages and materials to inform the statewide voting population and targeted sub-groups of the photo identification requirements and processes as a result of Senate Bill 14;



- Plan, design and produce educational voter information/outreach materials in multiple formats, including television, print, radio, electronic formats, Internet and in video formats that are research-based and appropriate for selected venues and media;
- Update the VOTEXAS.org web site as requested by SOS. Updating the SOS main website, www.sos.state.tx.us, is a responsibility of SOS;
- Make recommendations to and assist the SOS as necessary with comprehensive media and community relations support to plan, coordinate, advertise and successfully execute all voter education and outreach events;
- Following coordination and approval by SOS, solicit support and involvement of appropriate partner organizations to maximize voter education and outreach;
- Plan and implement innovative and effective special events and activities that engage the public in meaningful ways and achieve desired results;
- Develop and implement social media opportunities as a way to supplement traditional communications methods to inform all Texans of the registration and voting process;
- Coordinate with the Secretary of State's Office and local election officials to plan, develop, schedule and implement possible voter education telethons that maximize citizen participation;
- Develop materials and activities to enhance participation of military and overseas voters in the opportunities provided through the Military and Overseas Voting Empowerment (MOVE) Act;
- Weekly update meetings, status reports, detailed activity reports for prior weeks, and possible oral presentations to SOS executive staff on a regular basis;
- Provide Awareness Tracking at various stages of the program. Benchmark tracking shall be provided prior to Phase I followed by awareness tracking after Phase I and II. SOS will review awareness tracking after both phases to determine effectiveness of the level of awareness of the program and dissemination of the messages to the public. Contractor may be required to improve and/or modify delivery of messages. SOS Awareness Tracking shall include the engagement of an independent subcontractor, approved by SOS, to conduct awareness tracking. The subcontractor shall provide SOS a copy of the raw data (in electronic form) from the evaluation, as well as a written narrative report. The effectiveness of the program will be analyzed in light of the following:
    - Quality and level of recall for the advertising;
    - Ways in which attitudes about voting have been altered;
    - Key demographic characteristics of target markets/audiences; and
    - Level of awareness and understanding of:
        - How to register to vote;
        - Voter photo identification required by SB14
        - Polling place processes and procedures;
        - How to properly cast a ballot; and
        - MOVE Act;
- Collaborate with SOS and Contractor's research firm to identify and meet research needs, including reviewing survey instruments, discussion guides, and other research tools, preparing concepts or storyboards to test with members of the target audience(s) and applying research findings to overall marketing, advertising and public information strategies;
- Provide media placement at a level established by mutual agreement with SOS and the Contractor;
- Purchase media time or space for programs and messages appropriate to the identified target audience(s). Advertising media may include, but not be limited to:
    - Print, television, and radio advertisements;
    - Outdoor (billboards);
    - Public transit;
    - Internet projects;
    - Soliciting free media time or space for public service announcements as appropriate; and
    - Maintaining records of all contractor-assisted and non-assisted placements, including all print, audio-visual and Internet publicity;
- Provide reports on the types and amount of complimentary promotional assistance provided;
- Evaluate marketing, advertising and public information activities and campaigns for effectiveness using appropriate evaluation processes and measurements. This may include tracking awareness, attitudes, and practices of target audience(s) during various stages of