|  |  |
|---|---|
| 915-82 | Video Production |
| 915-96 | Web Page Design or Management Services |

- <u>Class: 961</u> Miscellaneous Services
  - 961-75  Translation Services

- <u>Class: 965</u> Printing Preparations: Etching, Photoengraving, and Preparation of Mats, Negatives and Plates
  - 965-15  Artwork, Camera Ready
  - 965-46  Graphic Design Services for Printing

- <u>Class: 966</u> Printing and Related Services
  - 966-59  Offset Printing, General, Large Press Work (Qty. over 100,000), One or More Colors, No 4 Color Processes or Close Registration; Finished sizes may exceed 11 x 17
  - 966-60  Offset Printing, Large Production Runs (Qty. Up to 100,000); 4 Color Process or Close Registration Required: Color Brochures, Maps, etc.
  - 966-61  Offset Printing, Large Production Runs (Qty. over 100,000); 4 Color Process or Close Registration Required: Color Brochures, Maps, etc.
  - 966-86  Specialty Printing; Die Cutting, Laser, Plastic, Thermography, etc.

A partial list of potential HUBs can be found at http://www.window.state.tx.us/procurement//cmbl/cmblhub.html. Search "HUBs on CMBL" and "HUBs not on CMBL". Enter the Class Code and the Item number. These vendors are registered on the Comptroller of Public Accounts' Centralized Master Bidders List (CMBL) or other related listing. The SOS does not endorse, recommend nor attest to the capabilities of any company or individual on these lists.

HSP forms and instructional videos can be accessed at http://www.window.state.tx.us/procurement/prog/hub/hub-subcontracting-plan/ .

## 2.8   INDEPENDENT AUDITING STANDARDS AND CONFLICT OF INTERESTS

If an entity or its subsidiary has or is currently contracted with SOS to perform professional services or consulting (non-audit) services, then they cannot be awarded a contract to provide financial audit, attestation, or performance audit services for two years from finishing an engagement.

An entity or its subsidiary that performed financial audit, attestation, or performance audit services for SOS, may not receive a contract award to perform professional services or consulting (non-audit) services for two years.

### SECTION THREE          PROPOSAL FORMAT AND CONTENT

#### 3.1.   PROPOSAL FORMAT AND CONTENT

Proposals must be submitted entirely on 8 ½" X 11" white paper, except the Task Activity Plan which may be a fold-out, and must be limited to 20 pages (10 duplex pages or 20 single-sided pages) not including appendices and attachments. Proposals should be legible and type no smaller than 9 point font. Proposer's response to Sections 3.2 Understanding of the Project & Methodology, Section 3.3 Exceptions, Section 3.4 Proposed Activity Plan, and Section 3.6 Experience and Capability count toward the 20 page maximum. Bios or resumes may be included as attachments but are not to be provided in lieu of the information requested in Section 3.6. Proposals should be stapled or clipped in some manner; no notebooks or binders. The proposer shall submit one signed and dated original (marked "Original") and five copies (marked "Copy"). Proposals must be submitted in a manner which does not carry any benefit, keepsake, or value for members of the evaluation team.

In addition, responses to this RFP should also be submitted on a compact disk or USB flash drive in MS Word, Excel and/or Adobe Acrobat. All appendices and attachments must be included on the disk or memory stick. Label the disk or USB flash drive with Proposer's name. Only one electronic copy is required. Discrepancies between the hard copy of any response to this RFP and electronic formats of same will be resolved in favor of the hard copy of the response to this RFP.

Facsimile transmissions of responses to this RFP will not be accepted under any circumstances.

Refer to Attachments B, 2, MMM regarding designations of material as purportedly proprietary or otherwise confidential in electronic copies or hard copies.

### 3.1.1 Proposal Cover Page & Vendor Identification

Proposals should include a cover page, which includes the information shown on the attached sample cover page. A sample cover page is attached hereto as Attachment C.

Proposer shall provide to SOS its 9-digit Federal Employer's Identification Number (FEI); or 14-digit State of Texas Vendor Identification Number (VIN). Proposer shall also provide to agency the entity's charter number or certificate of registration issued by the Texas Secretary of State's office. The Proposer that is awarded a contract arising out of this RFP must be registered with the Secretary of State to perform business in the state of Texas.

### 3.1.2 Response Checklist

This checklist is to assist vendors in ensuring that all information is included in their response. Vendors must refer to the appropriate section of the RFP for detailed information on the following. Response content should be presented in the order shown below.

| | | |
|---|---|---|
| ☐ | Notice of Intent to Submit a Proposal | Sec. 2.1.5 |
| ☐ | RFP Cover Page | Sec. 3.1.1; Attachment C |
| ☐ | Understanding of the Project and Methodology | Sec. 3.2 |
| ☐ | Exceptions | Sec. 3.3 |
| ☐ | Proposed Activity Plan with cost proposal | Sec. 3.4 & 3.5; Attachment D |
| ☐ | Experience and Capability | Sec. 3.6 |
| ☐ | Signed Execution of Offer, Affirmation of Terms and Conditions, and Proposal Preferences | Attachment B |
| ☐ | HUB Subcontracting Plan | Sec. 2.8 |
| ☐ | Proposal electronic copy | Sec. 3.1 |

**Failure to return all information on the checklist may disqualify the proposal.**

### 3.2. UNDERSTANDING OF THE PROJECT AND METHODOLOGY

The proposed vendor must demonstrate how it will achieve the mandatory objectives set forth in Section 1.5, and must specifically commit that the offer to provide services pursuant to this RFP, embodied in the response to this RFP, is valid for 90 days from November 9, 2011. Any proposal containing a term of less than 90 days shall be rejected.

### 3.3. EXCEPTIONS

If proposer takes any exceptions to any specifications and/or terms and conditions contained in this RFP, these exceptions must be specifically and clearly identified by section in proposer's response and proposer's proposed alternative must also be provided in its response. Proposers cannot take a "blanket exception' to the entire solicitation. AT THE SOLE DISCRETION OF SOS, AN EXCEPTION IN WHOLE OR IN PART MAY RESULT IN THE DISQUALIFICATION OF SUCH PROPOSAL.

### 3.4. PROPOSED ACTIVITY PLAN

Proposers must plan for the project starting date of no earlier than January 4, 2012, and an ending date of no later than January 31, 2013. The proposer must submit a proposed activity plan (Attachment D) for the scenario identified in Section 3.5, specifying to the degree possible, the tasks and activities which are to be undertaken or delivered (as applicable). Timelines showing beginning and ending dates for each major task are to be included. Activities must be sufficiently designed and outlined in the activity plan that will provide evidence of satisfactory delivery of services and products. Time frames must be logical and appropriate to complete all activities within the beginning and ending dates of the contract. The Tack Activity Plan (Attachment D) may be expanded as determined by the Proposer. Failure to meet this condition shall result in disqualification of proposal and the proposal shall receive no further consideration.

### 3.5. COST PROPOSAL

The Proposer must submit a cost proposal it believes is necessary to accomplish the project objectives and activities of this RFP, in the form attached hereto, Attachment D, Proposed Activity Plan. The cost proposal should be itemized by each activity suggested by the proposer to accomplish project objectives.

The vendor's proposal must submit a cost proposal for the following scenario, which is an assumption, made only for evaluation purposes:
- Scenario – Proposer should assume a total budget of no more than $3,000,000.00

IN NO WAY DOES THE FOREGOING BIND SOS TO ANY TOTAL BUDGET AMOUNT. THE FOREGOING IS PURELY AN ASSUMPTION TO BE UITLIZED SO THAT SOS MAY COMPARE PROPOSALS FROM DIFFERENT PROPOSERS ON A LIKE BASIS. THE ACTUAL TOTAL BUDGET MAY BE SIGNIFICATLY GREATER OR SIGNIFICANTLY LESS THAN THE SCENARIO PRESENTED IN THIS SECTION.

### 3.6. EXPERIENCE AND CAPABILITY

The Contractor is likely to be a full-service advertising agency, providing account service, media buying, and creative services in-house.

Proposers shall provide:
- Brief profiles on individuals who will be part of Proposer's key personnel on the project, including, but not limited to, the individual's name, title, education, years of experience, role and responsibility on the project and hourly pricing for personnel staff that will work on the project.
    - The proposer's Project Manager shall have a minimum of five (5) years full service marketing experience or comparable experience; and
    - Key personnel shall have a minimum of three (3) years experience in their respective service area(s);
- Information demonstrating it is an established company engaged in the business of developing and implementing public information programs and initiatives for a minimum of five years;

- An example of a similar project of equal size completed in the last five (5) years that includes information on the project's:
    - Goals and objectives of the project, campaign or initiative;
    - Market research approach, to include target audience, stakeholder groups, messaging, campaign strategies and other related information;
    - Project Work Plan with milestones and deliverables;
    - Purchase of air time appropriate for target audience(s), including any "added value";
    - Project budget – was project accomplished within budget and if not explain why;
    - Tools, methods and processes used to evaluate the effectiveness of the project, campaign or initiative; and
    - Approach used to plan and implement innovative and effective advertising and public information strategies to achieve the desired results;

- A list of clients that includes decision-making personnel from at least two (2) previous projects of a similar size and complexity to this project. The project submitted to fulfill the above request may be one of these two project clients. Provide client contacts that have/had hands on, day to day knowledge of that project and your performance. Describe the services provided to those clients. The services shall have been provided by the proposer to the reference company or entity within five (5) years preceding the issue date of this RFP. By providing a client list, the proposer agrees that the SOS may contact any or all of the clients for reference regarding activities, performance and services provided; and

- The Proposer must provide a brief company history, including the founding date, the number of years it has been in business as currently constituted, and a brief description of its marketing, education and outreach philosophy.

Consistent with the broad based goals set forth in Section 1.1 of this RFP, proposers should demonstrate how they meet the following vendor qualifications:
- Demonstrated experience in designing, managing and implementing statewide advertising campaigns, including but not limited to media buying, direct mail capabilities, online services, TV/radio/print advertising and survey research;

- The proposer's team has the ability to conduct outreach to various subgroups within the general voting population;

- Considerable in-house capabilities for production of collateral materials, literature and research;

- Education and outreach strategy, as well as creative consultation, production consultation and state-wide rollout strategy and associated training capabilities; and

- Experience in planning, creating and designing collateral materials and strategies to inform a statewide audience and various audiences such as those identified in Section 1.5.

The proposer shall submit the most recent three years audited financial statements, or if audited financial statements are unavailable, un-audited financial statements shall be submitted and certified as true, correct, complete, and accurate by the chief financial officer or treasurer of the respondent's company.
- The proposer shall be in good financial standing, not in any form of bankruptcy or insolvency, current in payment of all taxes and fees such as (but not limited to) state franchise fees, current in the payment of all its material debts and not currently involved in any type of litigation; and
- Provide the name, address, phone number, and e-mail address of the person SOS should contact with any questions regarding the response submission.

### 3.7. HISTORICALLY UNDERUTILIZED BUSINESS (HUB) IDENTIFICATION

HUBs are encouraged to submit a proposal for the services requested in this RFP. Proposers are encouraged to become HUB certified. Proposers that are not certified and who wish to become certified should complete the HUB Certification application available at http://www.window.state.tx.us/procurement/prog/hub/hub-certification/. Proposers should also relay this information to any potential subcontractors who wish to become a certified HUB. Proposers that are certified as a HUB with the State Comptroller of Public Accounts should attach a copy of the certificate to the proposal.

### SECTION FOUR     REVIEW OF PROPOSALS

#### 4.1. REVIEW OF PROPOSALS

Review of proposals will begin as soon as practical after receipt. The proposers that receive favorable evaluations during the first round of evaluation may be asked to send a representative to Austin, Texas, at a time and place to be arranged, for oral presentation of proposals. However, SOS shall be under no obligation to request such oral presentations. Proposals may be re-evaluated and be considered along with the oral presentations, if any, before SOS makes a final award.

The recommendations of the evaluation team will be assembled and be presented to the Secretary of State. The Secretary of State may then request additional oral presentations from such proposer(s). Following such oral presentations, if applicable, the Secretary of State will:
1. Approve one proposal in whole or in part; or
2. Defer action on the proposals for purposes of further evaluation.

SOS reserves the right to utilize any or all presentation evaluation rounds in its final selection.

SOS will notify each proposed vendor in writing via email of its selection or non-selection. Additional copies of proposals not selected will be destroyed unless the proposer notifies SOS in writing within thirty (30) days of the date of such vendor's receipt of the non-selection letter requesting that the proposals be returned. Any such returned proposals will be at such proposer's expense.

#### 4.2. SELECTION CRITERIA

Proposals will be selected based on the ability of each proposer to carry out all of the requirements contained in this RFP.

RESPONSE EVALUATION: Only complete responses with the listed required submittal documents and meeting minimum qualifications will be considered (Ref. Section 3). Failure to meet the minimum qualifications and submit the required documents will result in a response being declared non-responsive/disqualified.

STEP 1 INITIAL EVALUATION: The SOS evaluation committee will evaluate and score each response based on established criteria. Respondents/proposers shall not contact members of the evaluation team. Responses will be evaluated according to the respondent's ability to best satisfy SOS requirements. The evaluative criteria are as follows:
- Quality of response submission will comprise 50 percent of the evaluation total points possible; demonstrates an understanding and ability to plan and implement the project scope and requirements;
- Respondent qualifications will comprise 30 percent of the evaluation total points possible; and
- Pricing elements will be 20 percent of the evaluation total points possible.

STEP 2 ORAL PRESENTATION: SOS may request that a proposer give one or more oral presentations (See Section 1.7). SOS will evaluate each oral presentation. All responses will be evaluated according to the respondent's ability to demonstrate expertise in marketing, advertising and public relations as outlined in the written response. This presentation will aid in determining whether the specific vendor is well-qualified on the basis of ability, creativity and responsiveness.

The proposer and key proposed personnel should be prepared to address any questions that may be asked by SOS.

NEGOTIATIONS: Upon completion of oral presentation evaluations, SOS reserves the right to enter into negotiations with one or more proposers.

STEP 3 BEST AND FINAL OFFER (BAFO): SOS reserves the right to request a BAFO from the selected proposer(s). The selected proposer shall submit a final price and any added value. If more than one respondent reaches this level, the negotiated terms, references, BAFO and added values will be considered in the award. SOS will make the final determination on the best value.

AWARD: SOS reserves the right to award a Contract to the proposer that provides the best value to the state of Texas and SOS in performance of these services. SOS may award to a single vendor, multiple vendors, or use any combination that best serves the interest of SOS.

### SECTION FIVE            CERTAIN CONTRACTUAL REQUIREMENTS

#### 5.1. VENDOR'S PROPOSAL
The selected proposal may be incorporated into a contract prepared by the SOS for signature by the contracting parties. No terms of proposal shall become terms of any contract arising out of this RFP unless expressly stated to be so in writing by SOS.

#### 5.2. TASK ACTIVITY APPROVAL BY SOS
The Contractor shall develop a Task Activity Plan for the voter outreach project. SOS and the Contractor shall determine projected timelines.

Every effort must be made to produce public information materials well ahead of the determined deadlines. Proofs of collateral and other promotional materials shall be submitted to SOS in a timely manner so that editing is implemented, approval given, and deadlines met.

The SOS will expect the Contractor to develop a cost-efficient plan that is responsive to SOS's educational needs. In addition to identification and scheduling of projected activities, each activity shall include measurable objectives and estimated costs. Cost Estimate Approval forms may be amended as necessary and as mutually agreed to between SOS and the selected proposer. COSTS NOT APPROVED IN WRITING BY SOS WILL NOT BE ELIGIBLE FOR REIMBURSEMENT OF ANY KIND AND WILL BE THE SOLE PAYMENT OR OBLIGATION OF THE CONTRACTOR.

#### 5.3. EXPENDITURE APPROVAL BY SOS
The Contractor must make recommendations for savings wherever possible. Prior to the development and execution of any activity the Contractor shall present the SOS Cost Estimate Approval forms with a total cost estimate for the activity. If any particular line-item's cost will exceed the cost estimate, the Contractor must submit a revised cost estimate and obtain SOS approval for the increase. The SOS will not be responsible for any expenditure that exceeds the amount approved by SOS on any Cost Estimate Approval form.