## FALL 2013 Campaign $400,000 (all non-HAVA money)

I.  Paid Media
    A.  Used TV, Radio, Print and Online advertising
    B.  Generated more than 25 million impressions
    C.  Leveraged PSA to double budget, usually received a 1 for 1 match
    D.  Reached 251 counties through TV or Radio*
    E.  Targeted rural voters, African American voters, and Hispanics
    F.  All paid media in English and Spanish
    G.  Some print items also produced in Vietnamese and Mandarin

II. Earned Media
    A.  Secretary Steen visited more than one dozen media markets across the state for events to promote voter education and knowledge of photo ID requirements(list below)
    B.  press releases and op-eds from Secretary Steen sent and then printed throughout the state
    C.  Info packets given to House and Senate members including draft releases about photo ID which were distributed and used across the state
    D.  Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements, redistributed by DPS
    E.  Media releases for all our EIC locations, and Houston Press Conference for EIC mobile station kickoff

III. Web Social Media
    A.  frequent photo ID messages and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account
    B.  updates of photo ID info and EIC locations on VoteTexas.gov
    C.  VoteTexas app updated and reflected photo ID info
    D.  Resources such as photo ID TV and Radio educational ads, posters, and other tools were added to the Resources Section of VoteTexas.gov and promoted to county election officials and other stakeholder groups and the media.

*The three counties not reached through TV or Radio are: Zavala, Crane, Terrell. These counties were reached through other efforts.

Places Secretary Steen Visited on photo ID education tour: San Antonio, Corpus Christi, Pharr, Fort Bend, Midland, Dallas, Fort Worth, Wichita Falls, Austin, Abilene, Eastland, Weatherford, Amarillo, Lubbock, Del Rio, Kingsville, Houston

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| | |
|---|---|
| **Aug 2012 – Present** | DPS Media and Communications Office fielded a variety of media inquiries related to election identification certificates (EIC) |
| **2012** | Posted language on DPS website explaining the status of SB14, in that it was pending litigation. |
| **06.25.13** | DPS issues statewide press release announcing EICs will be available at all driver license offices beginning 6.26.13. Press release explains that a photo id is now required for voting in elections in Texas; explains eligibility, application process and requirements; and other facts regarding the issuance and use of the EIC |
| **06.25.13 – Present** | SE Troopers conduct various interviews regarding EIC availability |
| 06.25.13 | DPS issues Tweet related to EICs |
| 08.02.13 | DPS issues Tweet related to EICs |
| 08.07.13 | DPS issues Tweet related to EICs |
| 08.21.13 | DPS issues Tweet related to EICs |
| 09.04.13 | DPS issues Tweet related to EICs |
| **09.13.13** | DPS issues statewide press release: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates" |
| 09.13.13 | DPS issues Tweet related to EICs |
| 09.13.13 | DPS issues Facebook post related to EICs |
| **09.24.13** | DPS issues statewide press release: "Mobile Stations to Issue Election Identification Certificates Across Texas Beginning Oct. 1" |
| 09.20.13 | DPS issues Tweet related to EICs |
| 09.24.13 | DPS issues Tweet related to EICs |
| 09.25.13 | DPS issues Facebook post related to EICs |
| 10.08.13 | DPS issues Tweet related to EICs |
| 10.21.13 | DPS issues Tweet related to EICs |

## Media/Public Outreach: Election Identification Certificates
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| Date | Event |
|---|---|
| 10.22.13 | DPS issues Tweet related to EICs |
| 10.22.13 | DPS issues Tweet related to EICs |
| 10.23.13 | DPS issues Tweet post related to EICs |
| 10.23.13 | DPS issues Tweet post related to EICs |
| 10.23.13 | DPS issues Facebook post related to EICs |
| 10.24.13 | DPS issues Tweet post related to EICs |
| 10.24.13 | DPS issues Facebook post related to EICs |
| 10.25.13 | DPS issues statewide press release: "REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations throughout the state*" |
| 10.25.13 – 11.05.13 | **DPS issues local press releases announcing county-run EIC operations, providing county contact information** |
| 10.25.13 – 11.05.13 | **DPS issues local press releases announcing DPS mobile station locations / schedules in counties w/o a DL Office** |
| 10.25.13 – 11.05.13 | DPS issues "In Case You Missed It" press releases highlighting Secretary of State press releases, announcing 25 mobile station locations/schedules in select areas of the state |
| 10.25.13 | DPS issues Tweet related to EICs |
| 10.25.13 | DPS issues Tweet related to EICs |
| 10.25.13 | DPS issues Facebook post related to EICs |
| 10.25.13 | DPS issues Facebook post related to EICs |
| 10.28.13 | DPS issues Tweet related to EICs |
| 10.29.13 | DPS issues Tweet related to EICs |
| 10.29.13 | DPS issues Facebook post related to EICs |
| 10.30.13 | DPS issues Tweet related to EICs |

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| Date | Action |
|---|---|
| 10.31.13 | DPS issues Tweet related to EICs |
| 10.31.13 | DPS issues Facebook post related to EICs |
| 11.04.13 | DPS issues Tweet related to EICs |
| 11.04.13 | DPS issues Facebook post related to EICs |
| **01.29.14** | DPS issues statewide press release: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices" |
| 01.29.14 | DPS issues Tweet related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| **02.03.14** | DPS issues statewide press release: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations*" |
| 02.03.14 | DPS issues Tweet related to EICs |
| 02.03.14 | DPS issues Facebook post related to EICs |
| **02.03.14 – 03.04.14** | **DPS issues local press releases announcing county-run EIC operations, providing county contact information** |
| **02.03.14 – 03.04.14** | **DPS issues local press releases announcing DPS mobile station locations / schedules in counties w/o a DL Office** |
| 02.05.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Facebook post related to EICs |
| 02.10.14 | DPS issues Tweet related to EICs |
| 02.10.14 | DPS issues Facebook post related to EICs |

## Media/Public Outreach: Election Identification Certificates
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| | |
|---|---|
| 02.12.14 | DPS issues Tweet related to EICs |
| 02.14.14 | DPS issues Tweet related to EICs |
| 02.14.14 | DPS issues Facebook post related to EICs |
| **02.18.14** | DPS issues statewide press release: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices, Mobile Stations" |
| 02.18.14 | DPS issues Tweet related to EICs |
| 02.18.14 | DPS issues Tweet related to EICs |
| 02.18.14 | DPS issues Facebook post related to EICs |
| 02.19.14 | DPS issues Tweet related to EICs |
| 02.21.14 | DPS issues Facebook post related to EICs |
| 02.21.14 | DPS issues Tweet related to EICs |
| 02.24.14 | DPS issues Tweet related to EICs |
| 02.24.14 | DPS issues Facebook post related to EICs |
| 02.26.14 | DPS issues Tweet related to EICs |
| 03.03.14 | DPS issues Tweet related to EICs |
| 03.03.14 | DPS issues Facebook post related to EICs |
| **04.17.14** | DPS issues statewide press release: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices" |
| 04.17.14 | DPS issues Tweet related to EICs |
| 04.17.14 | DPS issues Facebook post related to EICs |
| **04.23.14** | DPS issues statewide press release: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations*" |

## Media/Public Outreach: Election Identification Certificates
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| Date | Event |
|---|---|
| 04.23.14 | DPS issues Tweet related to EICs |
| 04.23.14 | DPS issues Facebook post related to EICs |
| **04.23.14** | DPS begins issuing local press releases announcing county-run EIC operations, providing county contact information |
| 04.28.14 | DPS issues Tweet related to EICs |
| 04.30.14 | DPS issues Tweet related to EICs |
| 05.01.14 | DPS issues Facebook post related to EICs |
| 05.02.14 | DPS issues Tweet related to EICs |
| 05.05.14 | DPS issues Tweet related to EICs |
| 05.06.14 | DPS issues Facebook post related to EICs |
| 05.07.14 | DPS issues Tweet related to EICs |
| 05.09.14 | DPS issues Tweet related to EICs |
| 05.12.14 | DPS issues Tweet related to EICs |
| 05.14.14 | DPS issues Tweet related to EICs |
| 05.13.14 | DPS issues Facebook post related to EICs |
| 05.16.14 | DPS issues Tweet related to EICs |
| 05.16.14 - 05.27.14 | DPS to continue issuing regular Tweets and Facebook posts related to EICs |

TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS

IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 14                  §



U.S. EXHIBIT
287
McGeehan 6-31-12

COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011

BE IT REMEMBERED THAT AT 8:05 a.m., on Tuesday, the 25th day of January 2011, the above-entitled matter continued at the Texas State Capitol, Senate Chamber, Austin, Texas, before the Committee of the Whole Senate. The following proceedings were reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim Pence, Certified Shorthand Reporters.

VOLUME 2                                          PAGES 20 - 542

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            SEN. WENTWORTH:  And then you found a new
 2  location on Pat Booker Road out near Randolph Air Force
 3  Base, and my constituents are very pleased with that
 4  improvement and were grateful that that improvement has
 5  been made.
 6            MS. DAVIO:  Thank you so much.
 7            SEN. WENTWORTH:  Thank you.
 8            MS. DAVIO:  I appreciate that.  It's nice
 9  to hear a good story.
10            SEN. WENTWORTH:  You bet.
11            CHAIRMAN DUNCAN:  Thank you, Senator
12  Wentworth.
13            Are there any other questions of the
14  resource witness?
15            (No response).
16            CHAIRMAN DUNCAN:  All right.  Thank you
17  very much, Ms. Davio.
18            MS. DAVIO:  Uh-huh.
19            CHAIRMAN DUNCAN:  All right.  The Chair
20  calls Ann McGeehan, Secretary of State's Office.  If
21  you'll state your name and who you represent, please.
22            TESTIMONY BY ANN McGEEHAN
23            MS. McGEEHAN:  Ann McGeehan, and I'm
24  Director of Elections in the Texas Secretary of State's
25  Office.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            CHAIRMAN DUNCAN:  All right.  Thank you,
 2  Ms. McGeehan.
 3            The Chair recognizes Senator Davis.
 4            QUESTIONS FROM SENATE FLOOR
 5            SEN. DAVIS:  Hello.  Good evening.  Thank
 6  you so much for being here with us to provide answers
 7  for our questions.  I know you've had a long day.
 8            I just want to ask you a few questions
 9  about the current state of voter education as its taking
10  place today in the Secretary of State's Office.  Can you
11  describe for us the use of the HAVA funds and how those
12  are currently being used today?
13            MS. McGEEHAN:  We received -- when
14  Congress passed the Help America Vote Act, the state of
15  Texas received a set amount of funds.  And pursuant to
16  the Help America Vote Act, there are certain purpose
17  areas that we can use those funds for, and one of the
18  purpose areas is voter education.  So since two -- we
19  have conducted three statewide education -- voter
20  education programs, one in 2006, one in 2008 and one in
21  2010 using those federal dollars.  And they have been --
22  we've worked with a public education firm to do
23  research, and then they develop creative material.  We
24  run PSAs on TV, radio.  In this last cycle, 2010, we
25  used the Internet quite a bit as well.
```