CONSIDERATION OF SENATE BILL 14  1/25/2011

1   SEN. DAVIS: And how many people do you
2   think you reach through your voter education efforts
3   right now? And how much have each of those cycles of
4   voter education effort cost?
5   MS. McGEEHAN: The average cost is about
6   $3 million for each one, around that amount. As far as
7   the number of people we've touched through the campaign,
8   we do have some reports on that. I don't have that
9   number at my fingertip, but we have a report for each
10  one of the voter education campaigns that talks a little
11  bit about the effectiveness and how many people saw the
12  media spots and things of that nature.
13  SEN. DAVIS: And are the Help America Vote
14  Act funds funds that are continually given to the state
15  from the federal government, or was it a one-time
16  disbursement that's been used over the course of those
17  three cycles?
18  MS. McGEEHAN: It was authorized in that
19  one bill. We've received it in about three or four
20  separate payments. We don't contemplate that we're
21  going to be receiving any more.
22  SEN. DAVIS: And what was the total amount
23  that was given to Texas?
24  MS. McGEEHAN: Let me grab that. The
25  total amount for all the purpose areas is $224,092,477.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  SEN. DAVIS: That's the amount that was
2  given to the state of Texas?
3  MS. McGEEHAN: Yes.
4  SEN. DAVIS: Okay. And so of that amount,
5  how much have we spent so far?
6  MS. McGEEHAN: Let's see here. We -- I
7  think we have spent $177,798,488.
8  SEN. DAVIS: Okay. And you described
9  spending about $3 million over the last three two-year
10 cycles. How have we spent the balance of that?
11 MS. McGEEHAN: Well, I mean, the bulk of
12 the money or about half of the money went to counties to
13 obtain HAVA compliant voting systems, electronic voting
14 systems that made -- that complied with HAVA and allowed
15 disabled voters to vote independently. So let's see.
16 $140 million went to the counties for that purpose.
17 The other program areas are for developing
18 a statewide voter registration system. We've spent
19 25 million on that. And then as far as the
20 administrative expenses, we've spent about 2.8 million
21 on that. For voter education, we've spent 9.5 million
22 so far.
23 SEN. DAVIS: And what are the -- setting
24 aside the requirements of the bill that's being
25 introduced today, what are the intended plans for the

CONSIDERATION OF SENATE BILL 14   1/25/2011

1  balance of that money? Were this bill not to come
2  forward to your department, what would the intended use
3  for those funds be?
4           MS. McGEEHAN: I can't speak necessarily
5  for, you know, exactly what would be done in the next
6  general election cycle, but I would contemplate we would
7  do another statewide voter education program in 2012,
8  and if funds remained in 2014.
9           SEN. DAVIS: Is there a plan for ongoing
10 capital expenditures as you talked about, which was the
11 use of the bulk of the funds that we've received so far?
12          MS. McGEEHAN: Yeah. There are --
13 there's 24 -- roughly $24 million left in the -- in the
14 purpose area for grants to counties to obtain voting
15 equipment.
16          SEN. DAVIS: Okay. And so after you take
17 out that 24 million, what will the balance be that
18 remains for voter education efforts?
19          MS. McGEEHAN: Well, that's -- that's
20 already frozen as far as the -- in order to draw down
21 those funds, the state had to submit a state plan. We
22 had to meet with stakeholders, publish in the Register
23 and submit it to the Election Assistance Commission.
24 And so pursuant to that state plan, we had to define how
25 we were going to spend the money, and so these -- the

1  budget that I discussed is following that state plan.
2              SEN. DAVIS:  Okay.  And under that state
3  plan right now, what portion of funding remains for
4  voter education?
5              MS. McGEEHAN:  For voter -- okay.  And
6  actually to be more precise, what the -- the purpose
7  area for voter education is for voter education and also
8  for election official and poll worker training; that's
9  grouped.  And the amount remaining is between 5 and
10 $7 million.
11             SEN. DAVIS:  Okay.  And that is expected
12 to extend us or to take us through the next how many
13 years under that plan?
14             MS. McGEEHAN:  It will -- again, it's
15 going to depend how extensive our next few voter
16 education programs are because that's what the bulk of
17 the money has been spent on, voter education programs.
18 The average is about 3 million.  So I guess the hope
19 might be for at least two other statewide voter
20 education programs.
21             SEN. DAVIS:  Okay.  And I'm sure you've
22 seen the fiscal note that was a part of this bill.  And
23 by the way, I think it would be very helpful if you
24 would enter that state plan into the record as an
25 exhibit for our further use.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          I'm sure you've seen the fiscal note that
2 came as a part of this bill in terms of the expected
3 expenditures.  Part of that note talks about a fiscal
4 impact that's related to researching and developing ways
5 to inform the public of the new ID requirements.  That's
6 $.5 million expenditure, an additional cost of
7 1.5 million for media advertisements, television, radio,
8 print and Internet.  That's specifically to educate
9 voters about the new requirements under this bill.
10         What will go undone that's currently in
11 the state plan -- if we take 2 million of the 5 million
12 remaining, what will go undone that's currently in the
13 state plan in terms of voter education effort?
14         MS. McGEEHAN:  I don't know that I have an
15 exact answer to that.  If we're able to incorporate the
16 new voter ID requirements that would be required by this
17 bill into a voter education program, then maybe we
18 wouldn't need 2 million just for the voter ID.  We could
19 parlay that into the -- basically the voter education
20 campaigns that we've done or the voter education
21 programs have been to educate voters on the basic rights
22 on how to vote, what you need to vote.  So it may not be
23 such an extension to incorporate these new requirements
24 for voter ID, or they may.  I mean, depending on the
25 research that we get back from stakeholders and whatnot,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  but it's hard for me to say today exactly how much that
2  may take away from future voter education efforts.
3          SEN. DAVIS: When was the last time in the
4  state of Texas we made any changes of significance to
5  the voter rules?
6          MS. McGEEHAN: Probably the -- when we had
7  to implement the federal Help America Vote Act. That's
8  when provisional voting became a requirement. There
9  were significant changes to voter registration as to
10 what's required to become a registered voter, and that's
11 why we have these HAVA dollars for voter education.
12         SEN. DAVIS: And that began in '06.
13 Correct?
14         MS. McGEEHAN: Correct.
15         SEN. DAVIS: Okay. In '06, the Texas
16 voter registration application form changed in
17 accordance with those requirements, it's my
18 understanding, and that's when we began to collect this
19 data that requested a driver's license number or a
20 social security number. Is that's correct?
21         MS. McGEEHAN: That's correct.
22         SEN. DAVIS: Okay. So we have data, I
23 guess, only from '06, and that would -- would that only
24 be then for new registrants from '06? If I had already
25 registered to vote prior to that, you wouldn't have that

Case 2:13-cv-00193   Document 672-10   Filed on 11/11/14 in TXSD   Page 7 of 8

15-10

443

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  information from me.
2      MS. McGEEHAN: That's right.
3      SEN. DAVIS: Correct?
4      MS. McGEEHAN: That's right. It was
5  voluntary before. So we have some TDLs and SSN numbers
6  from -- but it wasn't required until 2006.
7      SEN. DAVIS: So we've been able to gather
8  that information from that point in time for people who
9  are newly registering to vote in the state of Texas. Of
10 that group, how many people or what percentage of people
11 are answering one or both of those questions in response
12 to No. 8 versus signing the attestation clause in
13 Section No. 9?
14     MS. McGEEHAN: Are you asking the number
15 of --
16     SEN. DAVIS: Let me -- let me break it
17 down better.
18     MS. McGEEHAN: Okay. Okay.
19     SEN. DAVIS: So under Question No. 8, what
20 percentage of people currently, who are requesting a
21 voter registration card, who are filling out the
22 application starting in '06 with this new form, what
23 percentage of people are providing their Texas driver's
24 license in response to the questions on the application?
25     MS. McGEEHAN: Okay. I don't have the

512.474.2233

TX_00000799

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  percent number, but the actual number is 2.3 million
 2  since 2006.  Since January 1, 2006 through December 31,
 3  2010, 2.3 million, when they registered, provided their
 4  driver's license number.
 5              SEN. DAVIS:  What's the total number of
 6  applications in that time period?
 7              MS. McGEEHAN:  And the total number -- I
 8  think it's going to be just under 3 million, and I'm
 9  doing math on the fly.  I might have to -- I'd prefer to
10  give that --
11              SEN. DAVIS:  Can you provide that
12  information --
13              MS. McGEEHAN:  Yes.
14              SEN. DAVIS:  -- to us?
15              MS. McGEEHAN:  Yes.
16              SEN. DAVIS:  That would be appreciated.
17              So what's the number of people who are not
18  filling out either the driver's license number or the
19  social security number in Section 8 but instead are
20  going to Section 9 and signing the attestation clause of
21  Section 9?
22              MS. McGEEHAN:  And that's the attestation
23  clause saying they have not been issued either form of
24  ID?
25              SEN. DAVIS:  (Nodded)
```