CONSIDERATION OF SENATE BILL 14   1/25/2011

1  MS. McGEEHAN: Yeah, that number is
2  34,506.
3  SEN. DAVIS: Okay. Do we have any -- any
4  estimate of the number of people who are currently
5  registered today? If we've only been gathering that
6  information since 2006, do we have any kind of an
7  estimate of the number of people who are currently
8  registered to vote today who do not have a driver's
9  license number to provide?
10  MS. McGEEHAN: Well, if we -- if we look
11  at our entire statewide file, we have 5.2 million voters
12  that did provide a driver's license number or an ID
13  number. We have 2.1 million voters that present -- that
14  provided a social security number. 4 million of them
15  provided both. And then the numbers that have
16  neither -- or the voters that hadn't provided either one
17  is 690,887. So it doesn't necessarily mean that those
18  people haven't been issued, but they didn't -- either
19  they don't have those numbers or they registered before
20  it was required, and so they didn't provide them when
21  they registered if it was pre-2006.
22  SEN. DAVIS: But the question wasn't
23  asked. It was -- I guess as you said, you could
24  voluntarily provide that information prior to '06.
25  MS. McGEEHAN: Well, it was asked, but it

CONSIDERATION OF SENATE BILL 14   1/25/2011

1  was optional. It was on the form.
2           SEN. DAVIS: Uh-huh. Okay. So we really
3  don't know how many of that group were answering the
4  question voluntarily because they have the number versus
5  those who were not answering it, not because they chose
6  to, but because they did have their driver's license
7  number?
8           MS. McGEEHAN: Yes, you are correct.
9  That's right.
10          SEN. DAVIS: So when we're putting
11 together an estimate of what the cost to educate our
12 voters is going to be and when we think about how
13 significant the changes are that are addressed in this
14 bill, what's your -- what's your process been to try to
15 determine how many people will be impacted and what that
16 voter education is going to need to look like?
17          MS. McGEEHAN: Well, we -- I mean, to be
18 very honest, we haven't done much planning yet. We
19 prepared this fiscal note on Friday. That would be
20 obviously a very important component is trying to
21 identify who the appropriate audiences are, who you need
22 to get the information out to.
23          Senator Williams had approached us earlier
24 today to see if we could do some comparisons to try and
25 further focus in on who those registered voters are that

1  don't have -- or have not been issued a driver's license
2  or a personal ID number. So we're trying to run some of
3  those numbers right now.
4            SEN. DAVIS: I guess a confusion for me is
5  how we came up with the $2 million fiscal note for that
6  and yet we don't really know, as you said a moment ago
7  we don't really know how many people will be impacted by
8  it and what that statewide voter education effort is
9  going to need to look like. So where did the $2 million
10 number come from?
11           MS. McGEEHAN: Well, the $2 million number
12 came from the way the bill is written because the bill
13 simply says "a statewide voter education effort." So
14 there's not too much detail in the bill as to what's
15 required. Our assumption is that our previous voter
16 education programs might be the model, and they've been
17 around 3 million. And plus, we also noticed that last
18 session the Senate put a $2 million fiscal note on it.
19 So we thought, well, maybe that's some representation of
20 legislative intent as to what an appropriate voter
21 education program might cost, but --
22           SEN. DAVIS: So we've had voter education
23 efforts in the past that have cost about $3 million each
24 time we've engaged in the voter education effort. We're
25 talking today about making some sweeping changes to

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  what's required in order to vote in the state of Texas.
 2  Why is the number to educate -- on such a sweeping
 3  change for what will likely be a much larger group of
 4  impacted people in the state of Texas, why is that
 5  number so much lower than the $3 million number that's
 6  currently being spent for voter education?
 7              MS. McGEEHAN: Well, if the -- if a
 8  $2 million program is added into an existing $3 million
 9  program, then you've got a $5 million program. I mean,
10  our voter education under HAVA is directed to all
11  registered voters. And so, you know, a new voter -- a
12  new photo ID requirement would also need to be directed
13  to all registered voters because it's a change for all
14  voters.
15              SEN. DAVIS: So we're talking about -- I'm
16  sorry to interrupt you. We're talking a $2 million
17  addition to the $3 million that was already intended for
18  voter education in this next two-year cycle.
19              MS. McGEEHAN: Possibly, possibly. I
20  mean, we -- you know, we've got a communications
21  director that would have some input on that. This
22  fiscal note represented what we thought might be a
23  reasonable fiscal note. If we have, you know,
24  legislative direction to take it a different way or do
25  additional outreach, that's fine. But based on the way
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  the bill was written and based on the fiscal note filed
2  last time, we thought that was a reasonable number.
3          SEN. DAVIS: So let's say we spend about a
4  total of $5 million in the next two years with our
5  intended voter education effort that's already been
6  planned and with an additional cost for educating on the
7  requirements of this proposed new law. That's about the
8  balance of the voter education fund right now. Is that
9  correct?
10          MS. McGEEHAN: Well, it's about -- we've
11  spent 9 million. I think the balance -- yeah, the
12  balance is between 5 and 7 million. That's correct.
13          SEN. DAVIS: Okay. So that will take us
14  through about what -- how long of a period of time will
15  that take us through?
16          MS. McGEEHAN: If we used 5 million to do
17  a voter -- a general voter education plan and then
18  another 2 million to do a detailed photo -- photo
19  identification plan, that might -- that might use it up.
20          SEN. DAVIS: And if it uses it up, what
21  will we do in future years to educate our voters about
22  these requirements?
23          MS. McGEEHAN: Well, frankly -- I mean,
24  state law has never appropriated state funds to educate
25  voters. So, you know, these federal funds have been

1   really nice to have them to do that.  We never had that
2   kind of funding before.  So if there's a desire to do
3   voter education programs of this -- of this type, then
4   we would need state appropriation.
5                  SEN. DAVIS:  So these federal funds will
6   take us basically through a one-time voter education
7   drive on the requirements of this new law, but it's not
8   going to take us further than that?
9                  MS. McGEEHAN:  Not if we use it all,
10  not -- it could possibly use up the remainder of the
11  voter education funds.
12                 SEN. DAVIS:  Okay.  So we've talked about
13  the voter education.  Talk to us a little bit about the
14  costs of training the poll workers and the registrars.
15                 MS. McGEEHAN:  We currently have several
16  training programs for -- well, we have training programs
17  for the county election officials and then other
18  training programs for the poll workers.  We have an
19  online training program.  We have a video.  We have
20  handbooks.  So we would have to update all of those --
21  all those different formats of training.
22                 SEN. DAVIS:  And what's the anticipated
23  costs for updating all those forms of training?
24                 MS. McGEEHAN:  We don't usually put a
25  fiscal note when there's a change in state law and we

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 have to change and update training like that because at
2 least it's always been considered that is part of our
3 mandate in election administration. So when we get
4 appropriation under the election administration
5 umbrella, our statutory mandate is to train and assist
6 election authorities.
7     SEN. DAVIS: And what's happened to
8 your -- your budget, not only in this current biennium
9 that we're in, but the proposed budget going forward?
10     MS. McGEEHAN: We're still digesting that
11 as far as on the House side. I don't know about the
12 Senate side yet. But on the House side, I believe we
13 took about a 14.5 percent budget reduction on the
14 House -- HB 1 bill.
15     SEN. DAVIS: So we're talking about a
16 fairly dramatic budget cut for your agency while at the
17 same time we are talking about adding some very
18 significant requirements in terms of the changes that
19 you would need to make to your training programs and
20 materials for purposes of educating election workers and
21 county administrators on the new rules that would be
22 implemented in this bill?
23     MS. McGEEHAN: That's correct.
24     SEN. DAVIS: And there's no fiscal note
25 currently estimated for what that cost might be?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   MS. McGEEHAN: It's my understanding that
2 when we've been asked to prepare fiscal notes for these
3 kinds of issues, we have not added a fiscal impact for
4 something that's already a statutory duty. As we
5 analyze HB 1, maybe we're going to have to revise that,
6 but at least our standing policy was if it was a
7 statutory duty that we're already charged to do, that we
8 don't put an additional fiscal note on it.
9   SEN. DAVIS: Are you concerned that you're
10 going to find yourselves fairly flatfooted in terms of
11 not being prepared with the resources that you need, to
12 train election workers and to train county
13 administrators on the requirements of this new law
14 facing the budget cuts that you're facing without a
15 fiscal note that's going to add resources to your
16 department for purposes of carrying out these
17 requirements?
18   MS. McGEEHAN: I think all state agencies
19 in the state have concerns about providing the services
20 they are charged to provide in light of significant
21 budget cuts. But on the issue of training, the analysis
22 was that that was not going to cost anything additional
23 as to what we've already been appropriated.
24   SEN. DAVIS: And do you agree with that,
25 that it's not going to cost anything additional for your