1   impact is the training. If the counties have to change
2   up their training procedures much or do more training
3   because they want to make sure the word is out to all
4   their -- that might increase their training costs.
5           SEN. WEST: Okay. So there are some
6   factors that need to be taken into consideration as to
7   whether or not counties will be burdened with additional
8   cost to implement this law. Is that correct?
9           MS. McGEEHAN: Yes.
10          SEN. WEST: Okay. And would it be a fair
11  statement to say the larger the county, the more of the
12  burden -- of the financial burden -- well, that's not a
13  fair question.
14          Would it be a fair statement to say that
15  the larger the county, the larger the potential
16  financial obligation that they would have to encounter
17  in order to implement the law?
18          MS. McGEEHAN: I think that's true, but I
19  can hear small counties say that it might be
20  proportional, you know, since their budgets are -- I
21  mean --
22          SEN. WEST: Right. It's all relative to
23  what your budgets are.
24          MS. McGEEHAN: Yeah.
25          SEN. WEST: But the fact is that that --

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  do you -- is there any -- you've read the fiscal note
2  associated with this bill?
3         MS. McGEEHAN: Yes.
4         SEN. WEST: The $2 million that's in the
5  fiscal note, does any of that go to the county to --
6  counties in order to implement this legislation?
7         MS. McGEEHAN: No.
8         SEN. WEST: So any cost that is not
9  covered by the state for counties would be -- have to be
10 borne by the counties. Right?
11        MS. McGEEHAN: Yes, yes.
12        SEN. WEST: Okay. Now, as it relates
13 to -- is there any way that the Secretary of State's
14 Office can give us -- do an analysis or get with the
15 various counties to determine exactly what the fiscal
16 impact of implementing this legislation would be?
17        MS. McGEEHAN: We could -- we could
18 certainly solicit that information from counties and ask
19 them what -- how they see this impacting them fiscally.
20        SEN. WEST: You could do that for each and
21 every one of the counties?
22        MS. McGEEHAN: We can do it.
23        SEN. WEST: Mr. Chairman, I'd like to
24 request that the Secretary of State's Office provides
25 the Senate an analysis of -- I shouldn't say an

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  analysis -- at least solicit from the various counties
 2  what the fiscal implication is going to be in order to
 3  implement this bill.
 4              CHAIRMAN DUNCAN:  Okay.  I think, Senator,
 5  that will be an individual request from you, and then it
 6  can be distributed to all members of the Senate --
 7              SEN. WEST:  Okay.
 8              CHAIRMAN DUNCAN:  -- whenever it's done.
 9  You know, I doubt that that will be done by the time we
10  rise and report to the Senate.
11              SEN. WEST:  Okay.  We can't get it
12  tonight?
13              (Laughter)
14              SEN. WEST:  I'm just joking with you.
15              CHAIRMAN DUNCAN:  You won't be a very
16  popular guy if the --
17              SEN. WEST:  I'd like --
18              (Laughter)
19              SEN. WEST:  I'd like to get it as soon as
20  possible, though.
21              Let's see.  No further questions.  Thank
22  you very much.
23              MS. McGEEHAN:  Thank you.
24              CHAIRMAN DUNCAN:  Thank you, Senator West.
25              Senator Gallegos?
```

CONSIDERATION OF SENATE BILL 14   1/25/2011

1         SEN. GALLEGOS: Let me ask you, I don't
2   know if you heard my question earlier to Senator Fraser
3   and he referred to you or the Secretary of State's
4   Office to answer it. My concern was in the fiscal note
5   that we ranked number two in the country in population.
6   And Missouri ranks number nineteenth, and to implement
7   their voter ID program, they came up with -- they only
8   have 5.9 million people. We have 25 million. They came
9   up with a fiscal note of 6 million in the first year and
10  then 4 million in the second year for a total of 10
11  million second and third. That's $10 million. And you
12  just -- I think earlier testimony with Senator Davis,
13  you said once the 2 million runs out, that's it. Is
14  that what you said?
15        MS. McGEEHAN: For -- yeah, the amount of
16  money we have for voter education is limited. So when
17  that runs out, that's all we have.
18        SEN. GALLEGOS: I guess my concern is if
19  Missouri only has 5.9 million people, just to implement
20  their voter ID program they start with 6 million in the
21  first year and 4 million in the second and third year
22  for a total of $10 million, for just 5.9 million folks,
23  what are they -- you know, I don't -- what are they
24  doing as far as when they are reading the bill? I heard
25  that you said you're going by the bill, and that's how

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  you came up with your fiscal note. Is that correct?
2              MS. McGEEHAN: Yes.
3              SEN. GALLEGOS: Okay. Well, then what are
4  they doing that we're not or, you know, how can you --
5  you know, for $10 million for 5.9 million people and
6  we're only going to spend 2 million, I mean, what's the
7  difference?
8              MS. McGEEHAN: I am not familiar with the
9  Missouri voter identification bill, and I did hear you
10 ask that earlier today, but I've been trying to listen
11 to all the questions. So we can -- we can research it
12 and see. Some states actually provide more to their
13 local county governments and print ballots and things
14 like that. I don't know if that's the situation in
15 Missouri, but I honestly don't know the answer to that
16 question because I don't know what the Missouri voter ID
17 law requires.
18             SEN. GALLEGOS: Well, it's a substantial
19 more amount of money than we're looking --
20             MS. McGEEHAN: Yeah.
21             SEN. GALLEGOS: -- at the fiscal note that
22 you have -- that you've given this committee on Senate
23 Bill 14. And I just -- it concerns me that that amount
24 of money, if somebody is doing -- in the formula or
25 methodology that you came up with that number -- I mean,

1  is that a true number? I mean, you know, as far as are
2  we really doing voter education that should be done, you
3  know, on 25 million people as opposed to what Missouri
4  is doing with only 5.9? I mean, it just -- I mean, that
5  would send up a red flag to me. Wouldn't it you?
6           MS. McGEEHAN: Sure. I would like to
7  understand those numbers because they are very
8  different.
9           SEN. GALLEGOS: You know, I -- if we're
10 going to mandate to Texans, you know, and then do it --
11 do a good educational program and Missouri is spending
12 $10 million on their folks and we're only spending
13 2 million on ours, I'd like to know what the -- what the
14 difference is. Are their people better than ours? You
15 know, do they deserve, you know, more education? You
16 know, I just -- you know, with the population as opposed
17 to our population, you know, I don't -- you know, I'm a
18 little concerned there. You know, are we cutting our
19 folks short? Are we really going to do what you're
20 telling us that you're going to do as far as educating
21 the public out there on this bill?
22          And it just concerns me that, you know, we
23 see -- and I haven't even taken a comparison of the
24 other states. And we're number two, and Missouri is 19,
25 and they are spending 10 million bucks. You know, that

1 would concern me, and I would hope it would concern any
2 of the other Senators on this floor. Are we, you know,
3 really going to do -- in implementing this bill, are we
4 going to educate those folks out there?
5       Now, you know -- and I'd like that answer.
6 I mean, you can't answer it now, I understand, but I
7 would like an answer to that.
8       MS. McGEEHAN: We'll get you an answer.
9       SEN. GALLEGOS: And a comparison on what
10 really your states that have implemented voter ID, how
11 much are they paying, you know, to implement the program
12 and what they do.
13       Now, on the fiscal note, it says you're
14 going to do TV and radio and some other things. I mean,
15 can you explain to this body the process on TV, or is it
16 going to be in different languages, or how are you going
17 to -- how are you going to split up the money? Who gets
18 the most? You know, I mean, it's not -- it's not
19 explained to us in the fiscal note how you're going to
20 spread the money around. And is that going to be
21 accessible to us or how the process is going to be, or
22 how much money are you going to spend in Harris County
23 as opposed to Lubbock, Texas or wherever?
24       MS. McGEEHAN: Yes, that would be
25 available. And, you know, the programs that we've done

1  previously, we have detailed records that show, you
2  know, where the media ran, and so we would -- that would
3  be a part of any program going future.
4          The way -- the way it has worked thus far,
5  the three statewide voter education programs that we
6  have done, is we've gone out for bid for a public
7  education firm. And then the first thing that firm does
8  is research, and they meet with stakeholders, and then
9  they craft the creative proposal. And then they turn
10 that into the actual media and do the media buys for TV,
11 radio and cycle, Internet and also print.
12         For the PSAs -- and I'm not the expert on
13 this -- but I understand that we pay for a certain
14 amount, and then we get some earned credit where TV
15 stations will run them for free. If you pay them, you
16 know, to run it once, they'll run it three times and
17 only charge you for once, something along those lines.
18         SEN. GALLEGOS: And is that going to be --
19 is there going to be access as far as different
20 languages in than budget?
21         MS. McGEEHAN: Oh, yes. We -- our current
22 programs are in English and in Spanish, and in Harris
23 County, we've had a component for Vietnamese.
24         SEN. GALLEGOS: Okay. Now, on Page 2 of
25 the bill under what y'all are going to do under voter --