1  provisional ballots in all of the country.
2          MS. McGEEHAN:  Yes.
3          SEN. VAN de PUTTE:  At least that's what I
4  understand from the report.
5          MS. McGEEHAN:  That's correct.
6          SEN. VAN de PUTTE:  Thank you.  I know
7  that we have the datasets that were put in for 2008, and
8  so hopefully that we will be able to get this and make
9  sure that as we monitor the bill as it progresses and
10 the bill as it's implemented, we certainly don't need to
11 get to the bottom of the bottom of the bottom on
12 rejection of provisional ballots.
13         Thank you.
14         CHAIRMAN DUNCAN:  Thank you, Senator Van
15 de Putte.
16         Senator Fraser.
17         SEN. FRASER:  Thanks for being here today
18 and waiting all day.
19         I would like to clarify a point before you
20 sit down.  I think you're aware this morning that we had
21 entered into a record -- the Secretary of State had a
22 letter addressing the $2 million in the HAVA funds that
23 was put into the record.  Our understanding, from
24 talking to the Secretary, the way the HAVA funds work,
25 and also her relationship with the county, that she has

1 very broad discretion, assuming that the HAVA people
2 approve the using of this.
3     The $3 million that you're talking about
4 in voter education, it doesn't necessarily mean that
5 it's three plus two. It's possible that there's an
6 overlap, that this two million could be folded in --
7 possibly into the three. But that discretion goes back
8 to the Secretary and they make a determination. Is that
9 not true?
10     MS. McGEEHAN: That's exactly right.
11     SEN. FRASER: The other thing that I want
12 to clarify that there is a lot of discussion about, what
13 expense might go to Houston or what expense might go to
14 Bexar. Right now there is not clear, because I think
15 there's a lot of discussion going on of whether is that
16 Bexar expense or is that Secretary of State expense?
17     And we've got to determine what those
18 dollars are being spent on. Can we use Secretary of
19 State dollars and HAVA funds for that? So I think we're
20 premature of a county saying they've got "X" amount of
21 expenses, because it's possible that some of those
22 expenses flow from the Secretary of State's office, they
23 do not flow to the county, and they could handle that
24 with available people within the county and budget. Is
25 that not correct?

CONSIDERATION OF SENATE BILL 14  1/25/2011

1           MS. McGEEHAN:  That's correct.  And just
2   an example of that, the cost that Bexar County put in
3   the fiscal note was -- I think their assumption was that
4   the certificate, the voter registration certificate
5   would have to increase in size.  And I don't see
6   anything in the bill that requires that.  And the
7   Secretary of State prescribes the form.  So once that's
8   explained to the county, they might withdraw that
9   fiscal --
10          SEN. FRASER:  I want to make sure that
11  that's clear, is that some of these assumptions are
12  possibly the-sky-is-falling assumptions that this is --
13  you know, this expense is going to be put on us, and I
14  don't think that's been discussed.  And some of this, I
15  think, can be done by ruling of the Secretary of State,
16  directing them.  And there is a real good chance that a
17  lot of these expenses go away that can be absorbed
18  through the Secretary of State.  And that is correct,
19  isn't it?
20          MS. McGEEHAN:  Yes.
21          SEN. FRASER:  Okay.  I wanted to clear
22  that up.  Thank you so much.
23          CHAIRMAN DUNCAN:  The Chair recognizes
24  Senator Williams.
25          SEN. WILLIAMS:  Thank you, Mr. Chairman.

1  Ms. McGeehan, I want to add my thanks for
2  you hanging in here with us all day. There's about
3  three things that I would like to clear up with you. I
4  just want to understand unequivocally, HAVA funds can be
5  spent for things like training poll workers. Is that
6  correct?
7  MS. McGEEHAN: Yes.
8  SEN. WILLIAMS: Okay. Thank you. Then
9  are you familiar with the voter ID bill that went
10 into -- in Utah recently? Have you taken a look at
11 that?
12 MS. McGEEHAN: No, I have not looked at
13 that.
14 SEN. WILLIAMS: Okay. I just think it's
15 noteworthy, in light of Senator Van de Putte's comments,
16 because the Salt Lake County Clerk's office -- I've got
17 a news report here -- it's confirmed that there were
18 only 13 cases of voters having to pick up their
19 provisional ballots because they didn't have the proper
20 identification to vote when they put this new law into
21 effect. So it seems like it's had a great -- again, one
22 more state where the impact has been really minimal.
23 I'm not sure why we're having these other issues, but I
24 don't think its because of this.
25 And then finally I wanted to ask you, we

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  had talked earlier about the project that I asked you to
2  do, to cross-reference the driver's licenses and the
3  voter registration. How is that coming along? I know I
4  only asked today, but I just --
5              MS. McGEEHAN: Yes.
6              SEN. WILLIAMS: -- but what is a
7  reasonable expectation for us to get that information?
8              MS. McGEEHAN: I would hope by the end of
9  the week. One thing that our IT folks and our election
10 experts are trying to struggle with is like matching
11 criteria --
12             SEN. WILLIAMS: Right.
13             MS. McGEEHAN: -- you know, which we won't
14 have a TLD number, so we're working through some of
15 that. But I would expect by the end of the week we
16 would have it, if not earlier.
17             SEN. WILLIAMS: Okay. So do you need any
18 further direction from us? For instance, if we wanted
19 to target that universe of people that we know are out
20 there and maybe make a little extra effort to make sure
21 that they understood they were going to have a new
22 requirement when they went to vote as far as getting a
23 photo ID, if they didn't already have one -- and we've
24 identified who they are -- if we gave legislative intent
25 as a part of the bill tomorrow, would that be sufficient

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  for you-all and the Secretary of State's office to take
2  that direction and know that that's something that we
3  wanted to have done in your training plans and voter
4  education plans?
5              MS. McGEEHAN:  Yes.  I think if there were
6  a statement of legislative intent, we would certainly
7  follow that.
8              SEN. WILLIAMS:  That would be sufficient.
9  Okay.  Thank you very much.  Appreciate your help.
10             CHAIRMAN DUNCAN:  All right.  Members, are
11 there any other questions of Ms. McGeehan?
12             Okay.  The Chair hears none.  Thank you,
13 Ms. McGeehan.
14             The Chair calls David Maxwell, Deputy
15 Director of Law Enforcement, Texas Attorney General's
16 Office.
17             Mr. Maxwell, would you approach and state
18 your name and who you represent, and then we'll open it
19 up for questions.
20             TESTIMONY BY DAVID MAXWELL
21             MR. MAXWELL:  I have a written statement
22 that I would like to put into the record, sir.
23             CHAIRMAN DUNCAN:  Well, we haven't been
24 doing that.
25             MR. MAXWELL:  Okay.

PROPOSED ACTIVITY PLAN

RFP12111-Attachment D

| Task | Sub-Task | Task Description | Sub-Task/Activities | Est. Start Date | Est. End Date | Budget |
|---|---|---|---|---|---|---|
| 01 | 01.01 | Opinion Research / Awareness Tracking | Benchmark wave prior to Phase I | Wednesday, January 04, 2012 | Wednesday, January 18, 2012 | $ 45,000.00 |
| 01 | 01.02 | | Mid-wave at the conclusion of Phase I | Monday, March 12, 2012 | Friday, March 16, 2012 | $ 45,000.00 |
| 01 | 01.03 | | Post-wave at the conclusion of Phase II | Thursday, November 12, 2012 | Friday, November 16, 2012 | $ 45,000.00 |
| 02 | 02.01 | Planning and Strategy | Message Development | Monday, January 8, 2012 | Monday, January 23, 2012 | $ 15,000.00 |
| 02 | 02.02 | | Develop creative for print, broadcast and collateral materials | Wednesday, January 04, 2012 | Tuesday, January 31, 2012 | $ 150,000.00 |
| 02 | 02.03 | | Develop creative for online | Wednesday, January 04, 2012 | Friday, January 13, 2012 | $ 50,000.00 |
| 02 | 02.04 | | Spokesperson Training | Thursday, January 26, 2012 | Thursday, January 26, 2012 | $ 10,000.00 |
| 03 | 03.01 | Media Relations | News Bureau Program/Ongoing Media Relations | Monday, January 16, 2012 | Tuesday, November 06, 21012 | $ 125,000.00 |
| 03 | 03.03 | | Virtual Press Conference | Wednesday, February 01, 2012 | Wednesday, February 01, 2012 | $ 15,000.00 |
| 03 | 03.04 | | Media Tours/Deskside Briefings - Phase I | Thursday, February 02, 2012 | Tuesday, March 06, 2012 | $ 18,000.00 |
| 03 | 03.05 | | Media Tours/Deskside Briefings - Phase II | Monday, July 02, 2012 | Tuesday, November 06, 2012 | $ 27,000.00 |
| 04 | 04.01 | Kick-off Event | Media and Community Event - Downtown Dallas | Wednesday, February 01, 2012 | Wednesday, February 01, 2012 | $ 50,000.00 |
| 05 | 05.01 | Paid Media | March Primary - Phase I | Monday, January 16, 2012 | Tuesday, April 03, 2012 | $ 720,000.00 |
| 05 | 05.02 | | November General - Phase II | Monday, July 02, 2012 | Tuesday, November 06, 2012 | $ 1,080,000.00 |
| 06 | 06.01 | Community Outreach | Statewide Mobile Photobooth Community Events - Ongoing | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 250,000.00 |
| 06 | 06.03 | | Community-Based and Faith-Based Outreach - Ongoing | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 50,000.00 |
| 07 | 07.01 | Social Media Program | Program Development and Implementation - Phase I | Thursday, February 16, 2012 | Tuesday, March 06, 2012 | $ 80,000.00 |
| 07 | 07.02 | | Ongoing Implementation - Phase II | Wednesday, March 07, 2012 | Tuesday, November 06, 21012 | $ 120,000.00 |
| 08 | 08.01 | Legislative Outreach | Delivery of Information and Toolkits - Ongoing Outreach | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 35,000.00 |
| 09 | 09.01 | Hispanic Outreach | Media Partnership, Mobile Phone App, Social Media - Ongoing | Monday, January 16, 2012 | Tuesday, November 06, 21012 | $ 70,000.00 |
| Total | | | | | | $ 3,000,000.00 |
| 01 | N/A | Subtotal 01 | | | | $ 135,000.00 |
| 02 | N/A | Subtotal 02 | | | | $ 225,000.00 |
| 03 | N/A | Subtotal 03 | | | | $ 185,000.00 |
| 04 | N/A | Subtotal 04 | | | | $ 50,000.00 |
| 05 | N/A | Subtotal 05 | | | | $ 1,800,000.00 |
| 06 | N/A | Subtotal 06 | | | | $ 300,000.00 |
| 07 | N/A | Subtotal 07 | | | | $ 200,000.00 |
| 08 | N/A | Subtotal 08 | | | | $ 35,000.00 |
| 09 | N/A | Subtotal 09 | | | | $ 70,000.00 |
| Total | | | | | | $ 3,000,000.00 |

RFP 12111
Attachment D

TEX00312587

# EXHIBIT B

# T. RANSOM CORNISH, CPA, ATTORNEY AT LAW

*1 Sugar Creek Center Blvd., Suite 475A, Sugar Land Texas 77478*

## EXPERIENCE

| | |
|---|---|
| STAFF ACCOUNTANT<br>*Main Lafrance & Co.* | YEARS EMPLOYED (EX: 1977-1979)<br>*Houston, Texas* |

Staff Audit Accountant.

| | |
|---|---|
| STAFF ACCOUNTANT<br>*Lafrance, Walker, Jackley & Seville.* | YEARS EMPLOYED (EX: 1979-1981)<br>*Houston, Texas* |

Staff Accountant in Tax and Audit.

| | |
|---|---|
| PARTNER<br>*McElhinney Cornish & Reynolds.* | YEARS EMPLOYED (EX: 1981-1988)<br>*Houston, Texas* |

Partner in local C.P.A. firm employing 12 Accountants & Staff. Practice included audit, tax and accounting services.

| | |
|---|---|
| SOLE PRACTITIONER<br>*T. Ransom Cornish, C.P.A., Attorney at Law.* | YEARS EMPLOYED (EX: 1988-PRESENT)<br>*Sugar Land, Texas* |

Sole practitioner performing both accounting and legal services. Primarily serving small to medium sized business.

## EDUCATION

| | |
|---|---|
| B.B.A.<br>*University of Houston* | YEARS ATTENDED (EX: 1973-1977)<br>*Houston, Texas* |

Graduated Cum Laude

| DOCTORATE OF JURISPRUDENCE | YEARS ATTENDED (EX: 1986-1991) |
|---|---|
| *University of Houston* | *Houston, Texas* |

## SKILLS

- Licensed to Practice as a Certified Public Accountant in 1980.
- Licensed to Practice as an Attorney in 1991.