UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants, <br><br> TRUE THE VOTE <br><br> Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

# EXHIBIT C

1. In Re: Glenn and Cindy Wilson, Debtor
   In the United States Bankruptcy Court Southern District of Texas Houston Division
   Case No. 05-81190-H2-7
   Adversary Proceeding No. 06-3078

2. Adrienne Perry vs. Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities et al
   In the District Court of Harris County, Texas 281st Judicial District
   Case No. 2011-05871

3. Christine Skagerberg vs. Wells Fargo Bank, N.A. et al
   In the District Court of Harris County, Texas 133rd Judicial District
   Case No. 2011-52554

4. Rocky and Julie Emery vs. Wachovia Bank, N.A.
   In the United States Bankruptcy Court Southern District of Texas Houston Division
   Case No. 4:10-cv-02213

5. Tracy Knight vs. Tagt, LP, Yorkshire, LLC et al
   In the District Court of Harris County, Texas 165th Judicial District
   Case No. 2006-61074

6. William L. Altstaetter vs. Dawn Jackson
   In the District Court of Harris County, Texas 11th Judicial District
   Cause No. 2006-29696

7. In Re: Port Arthur Interest Development, LLC vs. Hong T. Vo and Kim Nguyen
   In the United States Bankruptcy Court Southern District of Texas Houston Division
   Case No. 09-06406
   Adversary Proceeding No. 10-03555
   Depo. Taken 5/31/2012

8. Taurus Manufacturing Co. vs. Pei Zhou & Shaun White
   In the District Court of Harris County, Texas 151st Judicial District
   Case No. 205-41172

9. Jackson vs. Jackson
   In the District Court of Travis County, Texas 53rd Judicial District
   No. D-1-GN-07-001527
   Depo. Taken 7/17/2008

10. Fernando Garza Rodriguez & Stone Ridge Global vs. Lionel Garza & John Stiles
    In the District Court of Harris County, Texas 61st Judicial District
    Cause No. 2011-65812

11. The GRG Ramirez Group and Gill Ramirez, Jr. vs. HISD, Lawrence Marshall, Eva Jackson and RHJ-JOC, Inc.
    United States District Court for The Southern District of Texas – Houston Division
    Case No. 4:10-CV-04872

12. IN RE: QUALITY INFUSION CARE, INC., Debtor, RANDY W. WILLIAMS CHAPTER 7 TRUSTEE, Plaintiff, vs. WOODLAKE IMAGING, LLC
    In the United States Bankruptcy Court Southern District of Texas Houston Division
    Case No. 10-36675, Adversary No. 12-03355

13. Honorable Terry Petteway et al vs. Galveston County et al.
    United States District Court for The Southern District of Texas – Galveston Division
    Case No. 3:13-CV-00308
    Deposition and Trial Testimony