# Killeen ISD  Summary of Analysis from the 2011-2012 AEIS Reports

http://ritter.tea.state.tx.us/cgi/sas/broker

Veasey Plaintiffs
Appendix
No  3 D

# Killeen ISD

## TAKS Commended Performance[1/]

## All Tests 2011

**(Combined Grades 10 and 11)**
**By Race and Ethnicity**
http://ritter.tea.state.tx.us/cgi/sas/broker



**6.0%**

**White \***



**4.0%**

**Hispanic**

**2.0%**

**Af.American**

# Advanced Course 1/
# Dual Enrollment  2011
## By Race and  Ethnicity
Ethnicityhttp://ritter.tea.state.tx.us/cgi/sas/brok3.8er

**34.9%**

**22.2%**

**20.1%**







**Killeen  ISD**

**White***

**Hispanic**

**Af.American**

# Killeen ISD

## SAT Test
### At or Above Criterion 2011
**By Race and Ethnicity**
http://ritter.tea.state.tx.us/cgi/sas/broker

**31.7%**

**15.8%**

**5.7%**



**White**   **Hispanic**   **Af.American**

# Killeen ISD

## Advanced Placement/IB 2011

### (Grade 11)

### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**43.4%**

**33.1%**

**18.9%**



**White**



**Hispanic**



**Af.American**

Korbel Research Based on TEA Reports

# Killeen ISD

## College Ready Graduates
## By Race and Ethnicity

**http://ritter.tea.state.tx.us/cgi/sas/broker**

**51.0%**

**44.0%**

**31.0%**







**White***

**Hispanic**

**Af.Am.**

# Killeen ISD

## Average SAT 2011

### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker




**1010**

**944**

**867**

**White***

**Hispanic**

**Af.American**

12/17/12
District Name: KILLEEN ISD
County Name: BELL
District #: 014906
Case 2:13-cv-00193 Document 672-20 Filed on 11/11/14 in TXSD Page 8 of 73
Academic Excellence Indicator System
2011-12 District Profile
TEXAS EDUCATION AGENCY
Section II

| STUDENT INFORMATION | |--------District-------| | |-----------State----------| |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Total Students: | 40,923 | 100.0% | 4,978,120 | 100.0% |
| Students By Grade: Early Childhood Education | 94 | 0.2% | 13,231 | 0.3% |
| Pre-Kindergarten | 3,102 | 7.6% | 224,322 | 4.5% |
| Kindergarten | 3,644 | 8.9% | 379,093 | 7.6% |
| Grade 1 | 3,656 | 8.9% | 392,017 | 7.9% |
| Grade 2 | 3,121 | 7.6% | 383,181 | 7.7% |
| Grade 3 | 3,332 | 8.1% | 379,079 | 7.6% |
| Grade 4 | 3,122 | 7.6% | 375,473 | 7.5% |
| Grade 5 | 3,063 | 7.5% | 377,502 | 7.6% |
| Grade 6 | 2,921 | 7.1% | 372,602 | 7.5% |
| Grade 7 | 2,771 | 6.8% | 365,903 | 7.4% |
| Grade 8 | 2,725 | 6.7% | 360,027 | 7.2% |
| Grade 9 | 2,853 | 7.0% | 393,268 | 7.9% |
| Grade 10 | 2,328 | 5.7% | 346,573 | 7.0% |
| Grade 11 | 2,194 | 5.4% | 322,783 | 6.5% |
| Grade 12 | 1,997 | 4.9% | 293,066 | 5.9% |
| Ethnic Distribution: African American | 13,731 | 33.6% | 637,934 | 12.8% |
| Hispanic | 10,751 | 26.3% | 2,530,789 | 50.8% |
| White | 11,976 | 29.3% | 1,520,320 | 30.5% |
| American Indian | 347 | 0.8% | 22,224 | 0.4% |
| Asian | 1,137 | 2.8% | 176,755 | 3.6% |
| Pacific Islander | 556 | 1.4% | 6,227 | 0.1% |
| Two or More Races | 2,425 | 5.9% | 83,871 | 1.7% |
| Economically Disadvantaged | 22,352 | 54.6% | 3,008,464 | 60.4% |
| Non-Educationally Disadvantaged | 18,571 | 45.4% | 1,969,656 | 39.6% |
| Limited English Proficient (LEP) | 3,170 | 7.7% | 837,536 | 16.8% |
| Students w/Disciplinary Placements (2010-11) | 1,179 | 2.6% | 89,719 | 1.8% |
| At-Risk | 20,582 | 50.3% | 2,262,066 | 45.4% |
| Graduates (Class of 2011): | | | | |
| Total Graduates | 2,012 | 100.0% | 290,581 | 100.0% |
| By Ethnicity (incl. Special Ed.): | | | | |
| African American | 837 | 41.6% | 38,755 | 13.3% |
| Hispanic | 403 | 20.0% | 127,746 | 44.0% |
| White | 592 | 29.4% | 107,597 | 37.0% |
| American Indian | 9 | 0.4% | 1,430 | 0.5% |
| Asian | 87 | 4.3% | 10,468 | 3.6% |
| Pacific Islander | 14 | 0.7% | 406 | 0.1% |
| Two or More Races | 70 | 3.5% | 4,179 | 1.4% |

# Dallas ISD

Summary Analysis from the 2011-2012 Academic Excellence Indicator System (AEIS) Report: Hispanic, Asian, Anglo and African American

http://ritter.tea.state.tx.us/cgi/sas/broker

Veasey Plaintiffs
Appendix
No 3 E

# Advanced Course Dual Enrollment 2010-2011

## By Race and Ethnicity

Ethnicityhttp://ritter.tea.state.tx.us/cgi/sas/broker



**Dallas ISD**

**52.1%** — White*

**50.1%** — Asian

**31.8%** — Hispanic

**30.9%** — Af.Am.







**Dallas ISD**

**SAT Test Commended Performance All Tests 2011-2012**

(Combined Grades 10 and 11)
**By Race and Ethnicity**
http://ritter.tea.state.tx.us/cgi/sas/broker

**44.6%** White *
**34.6%** Asian
**7.6%** Hispanic
**5.6%** Af.Am.



**Dallas ISD**

# Advanced Placement
## 2011
### (Grade 11)
**By Race and Ethnicity**
**http://ritter.tea.state.tx.us/cgi/sas/broker**

45.8% — White*

38.6% — Asian

18.4% — Hispanic

11.7% — Af.Am.

Korbel Research Based on TEA Reports

# College Ready Graduates

## By Race and Ethnicity

http://ritter.tea.state.tx.us/cgi/sas/broker

**Dallas ISD**

**70.0%**

**55.0%**

**40.0%**

**33.0%**

**White***        **Asian**        **Hispanic**        **Af.Am.**



# Average SAT 2011
## By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**Dallas ISD**

1073 — White*
971 — Asian
859 — Hispanic
813 — Af.Am.

12/17/12    Case 2:13-cv-00193  Document 672-20  Filed on 11/11/14 in TXSD  Page 16 of 73    Section II - Page 1
District Name: DALLAS ISD
County Name: DALLAS
District #: 057905
Academic Excellence Indicator System
2011-12 District Profile

| STUDENT INFORMATION | |--------District-------| | |-----------State-----------| |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| **Total Students:** | 157,085 | 100.0% | 4,978,120 | 100.0% |
| Students By Grade: Early Childhood Education | 434 | 0.3% | 13,231 | 0.3% |
| Pre-Kindergarten | 8,083 | 5.1% | 224,322 | 4.5% |
| Kindergarten | 13,739 | 8.7% | 379,093 | 7.6% |
| Grade 1 | 14,122 | 9.0% | 392,017 | 7.9% |
| Grade 2 | 13,418 | 8.5% | 383,181 | 7.7% |
| Grade 3 | 12,929 | 8.2% | 379,079 | 7.6% |
| Grade 4 | 12,588 | 8.0% | 375,473 | 7.5% |
| Grade 5 | 12,654 | 8.1% | 377,502 | 7.6% |
| Grade 6 | 10,759 | 6.8% | 372,602 | 7.5% |
| Grade 7 | 10,299 | 6.6% | 365,903 | 7.4% |
| Grade 8 | 10,417 | 6.6% | 360,027 | 7.2% |
| Grade 9 | 11,224 | 7.1% | 393,268 | 7.9% |
| Grade 10 | 9,741 | 6.2% | 346,573 | 7.0% |
| Grade 11 | 8,748 | 5.6% | 322,783 | 6.5% |
| Grade 12 | 7,930 | 5.0% | 293,066 | 5.9% |
| Ethnic Distribution: African American | 38,381 | 24.4% | 637,934 | 12.8% |
| Hispanic | 107,990 | 68.7% | 2,530,789 | 50.8% |
| White | 7,417 | 4.7% | 1,520,320 | 30.5% |
| American Indian | 633 | 0.4% | 22,224 | 0.4% |
| Asian | 1,751 | 1.1% | 176,755 | 3.6% |
| Pacific Islander | 172 | 0.1% | 6,227 | 0.1% |
| Two or More Races | 741 | 0.5% | 83,871 | 1.7% |
| **Economically Disadvantaged** | 135,260 | 86.1% | 3,008,464 | 60.4% |
| **Non-Educationally Disadvantaged** | 21,825 | 13.9% | 1,969,656 | 39.6% |
| **Limited English Proficient (LEP)** | 61,615 | 39.2% | 837,536 | 16.8% |
| **Students w/Disciplinary Placements (2010-11)** | 2,674 | 1.6% | 89,719 | 1.8% |
| **At-Risk** | 97,042 | 61.8% | 2,262,066 | 45.4% |
| **Graduates (Class of 2011):** | | | | |
| Total Graduates | 7,267 | 100.0% | 290,581 | 100.0% |
| By Ethnicity (incl. Special Ed.): | | | | |
| African American | 2,187 | 30.1% | 38,755 | 13.3% |
| Hispanic | 4,434 | 61.0% | 127,746 | 44.0% |
| White | 446 | 6.1% | 107,597 | 37.0% |
| American Indian | 67 | 0.9% | 1,430 | 0.5% |
| Asian | 94 | 1.3% | 10,468 | 3.6% |
| Pacific Islander | 9 | 0.1% | 406 | 0.1% |
| Two or More Races | 30 | 0.4% | 4,179 | 1.4% |
| By Graduation Type (incl. Special Ed.): | | | | |
| Minimum H.S. Program | 1,152 | 15.9% | 57,772 | 19.9% |
| Recommended H.S. Pgm./DAP | 6,115 | 84.1% | 232,809 | 80.1% |
| Special Education Graduates | 671 | 9.2% | 26,142 | 9.0% |

# State of Texas

## Summary Analysis from the 2011-2012 Academic Excellence Indicator System (AEIS) Report

http://ritter.tea.state.tx.us/cgi/sas/broker

Veasey Plaintiffs
Appendix
No 3 F

# State of Texas

# TAKS
## Commended Performance
## All Tests 2011
### (Combined Grades 10 and 11)
### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**29.0%**

**15.0%**

**5%**

**3%**

Asian

White *

Hispanic

Af.Am.







**Advanced Course Dual Enrollment 2011**

**By Race and Ethnicity**

Ethnicityhttp://ritter.tea.state.tx.us/cgi/sas/brok3.8er

**State of Texas**

53.5% — Asian

34.6% — White*

26.9% — Hispanic

24.2% — Af.Am.

# College Ready Graduates

## By Race and Ethnicity

http://ritter.tea.state.tx.us/cgi/sas/broker

**State of Texas**



**75.0%**

Asian



**65.0%**

White*



**42.0%**

Hispanic



**36.0%**

Af.Am.



| STUDENT INFORMATION | | Count | Percent |
|---|---|---|---|
| Total Students | | 4,978,120 | 100.0% |
| | | | |
| Students By Grade: | Early Childhood Education | 13,231 | 0.3% |
| | Pre-Kindergarten | 224,322 | 4.5% |
| | Kindergarten | 379,093 | 7.6% |
| | Grade 1 | 392,017 | 7.9% |
| | Grade 2 | 383,181 | 7.7% |
| | Grade 3 | 379,079 | 7.6% |
| | Grade 4 | 375,473 | 7.5% |
| | Grade 5 | 377,502 | 7.6% |
| | Grade 6 | 372,602 | 7.5% |
| | Grade 7 | 365,903 | 7.4% |
| | Grade 8 | 360,027 | 7.2% |
| | Grade 9 | 393,268 | 7.9% |
| | Grade 10 | 346,573 | 7.0% |
| | Grade 11 | 322,783 | 6.5% |
| | Grade 12 | 293,066 | 5.9% |
| | | | |
| Ethnic Distribution: | African American | 637,934 | 12.8% |
| | Hispanic | 2,530,789 | 50.8% |
| | White | 1,520,320 | 30.5% |
| | American Indian | 22,224 | 0.4% |
| | Asian | 176,755 | 3.6% |
| | Pacific Islander | 6,227 | 0.1% |
| | Two or More Races | 83,871 | 1.7% |
| | | | |
| Economically Disadvantaged | | 3,008,464 | 60.4% |
| Non-Educationally Disadvantaged | | 1,969,656 | 39.6% |
| Limited English Proficient (LEP) | | 837,536 | 16.8% |
| Students w/Disciplinary Placements (2010-11) | | 89,719 | 1.8% |
| At-Risk | | 2,262,066 | 45.4% |

| Total Graduates (Class of 2011) | | 290,581 | 100.0% |
|---|---|---|---|
| By Ethnicity (incl. Special Ed): | | | |
| African American | | 38,755 | 13.3% |
| Hispanic | | 127,746 | 44.0% |
| White | | 107,597 | 37.0% |
| American Indian | | 1,430 | 0.5% |
| Asian | | 10,468 | 3.6% |
| Pacific Islander | | 406 | 0.1% |
| Two or More Races | | 4,179 | 1.4% |
| | | | |
| By Graduation Type (incl. Special Ed.): | | | |
| Minimum H.S. Program | | 57,772 | 19.9% |
| Recommended H.S. Pgm./DAP | | 232,809 | 80.1% |
| | | | |
| Special Education Graduates: | | 26,142 | 9.0% |
| Data Quality: | PID Errors (student) | 4,268 | 0.1% |
| | Underreported Students | 8,149 | 0.4% |

# State of Texas
## Population Growth 2000-2010

**3,971,112
(89.2%)**

Other
464,032

Af. American
522,570

Hispanic
2,791,255

**The Minority Community Provided
90% of the State Growth
And as a Result the Texas
Congressional Delegation was
Increased by Four Seats.**

Veasey Plaintiffs
Appendix
No. 4

**464,032
(10.8%)**

**Minority**

**Anglo**

In Context this Almost 4,000,000 Growth in the minority Community Would Equal the Population of 25 State House Seats

While the White Population Growth Approximately 2.5 State House Seats

# Had the Texas Minority Population Grown at the Same Rate as the White Population

# Instead of Gaining Four Congressional Seats

# The State would have Lost At least One and Probably Two Seats

# Stated Otherwise, The Enormous Growth of the Minority Community Represents a Swing of Six Districts

# Dallas, County

**Population Growth 2000 - 2010**

**347,864**

Other 31,637

Af. American 73,146

Hispanic 243,211

**Minority**



-198,624

**Anglo**

**In Dallas County the Anglo population fell by 198,624 while the minority population grew by 347,834**

**The Growth of Minorities is the equivalent of 2 State Representative Districts while the Anglo Population Declined by more than an Entire State Representative District**

# Dallas, Metroplex*

**Population Growth 2000 - 2010**

1,200,792
(96.0%)

Other
182,364

Af. American
155,375

Hispanic
628,971

Minority

155,235
(12.9%)

Anglo

The Same is True for the
Entire Metroplex Area

**In the Greater Dallas-Fort
Worth Metroplex, the
Minorities made up 87.1%
of the Overall Growth
between 2000 and 2100**

\* Dallas and Tarrant as well
as the first ring of surrounding
counties

# Dallas County Population Growth 1970 -2040



774,499

Other
88,146

Af. Am
134,564

Hispanic
551,789

**Minority**

-82,618

**Anglo**

# Harris County

Population Growth 2000 - 2010

**In Harris County The Minority
Population Increased by Almost
775,000 While the Anglo
Population Declined by More
Than 82,000**

# Harris County Metro Area

### Population Growth 2000 - 2010

**1,060,450**
**(100%)**

Other
173,974

Af. American
206,454

Hispanic
683,755

**Minority**

**In the Greater Harris County Metro Area, the Hispanic and AfroAmerican Minority made up more than 100% of the Overall Growth between 2000 and 2100**

**-3,743**
**(-0.35%)**

**Anglo**

\* Harris County and the first ring of surrounding counties



# Harris County Population
## 1970-2040

Other
African Am.
Hispanic
White

**1,741,912**
350,668 (20.1%)
185,715 (10.7%)
1,191,403 (68.4%)

**2,409,547**
469,290 (19.5%)
369,077 (15.3%)
1,509,430 (62.6%)

**2,705,729**
527,964 (19.5%)
644,935 (23.8%)
1,528,113 (56.5%)

**3,400,578**
228,860 (6.7%)
619,694 (18.2%)
1,119,791 (32.9%)
1,456,811 (42.8%)

**4,092,459**
317,013 (7.7%)
754,258 (18.4%)
1,671,540 (40.8%)
1,349,646 (33.0%)

**4,954,161**
454,342 (9.2%)
808,414 (16.3%)
2,692,893 (54.4%)
989,512 (20.0%)

**5,838,717**
614,765 (10.5%)
845,696 (14.5%)
3,634,153 (62.2%)
744,102 (12.7%)

**6,781,636**
787,125 (11.6%)
835,223 (12.3%)
4,633,766 (68.3%)
525,522 (7.7%)

**1970    1980    1990    2000    2010    2020**(est)**    2030**(est)**    2040**(est)

Source: Texas State Data Center



# Tarrant County Population 1970-2040

Source: Texas State Data Center

Legend:
- Other
- African Am.
- Hispanic
- White

**1970** — 716,316
- 588,178

**1980** — 860,880
- 100,537
- 679,883

**1990** — 1,170,103
- 138,302
- 139,879
- 857,272

**2000** — 1,446,219
- 182,718 (12.6%)
- 285,290 (19.7%)
- 895,253 (61.9%)

**2010** — 1,809,034
- 129,400 (7.0%)
- 262,254 (14.5%)
- 482,977 (26.7%)
- 937,135 (51.8%)

**2020(est)** — 2,383,230
- 240,680
- 303,564
- 1,003,975
- 835,011

**2030(est)** — 3,182,541
- 418,067
- 356,660
- 1,681,056
- 725,768

**2040(est)** — 4,303,657
- 685,173
- 396,231
- 2,626,997
- 595,256

# Fort Bend, Wharton and Jackson Counties

**Population Growth 2000-2011 by Race and Ethnicity**
**(Districts 26, 27, 28 and 85)**

**The Minority Population
Contributed More than
80% of the 2000-2010 Growth**

**185,649**

Other
65,311

Af. Am.
53,157

Hispanic
67,181

**45,050**

White
45,050

# Fort Bend, Wharton and Jackson Counties

**Population Growth 2000-2011 by Race and Ethnicity**
**(Districts 26, 27, 28 and 85)**

## The Minority Population Contributed More than 80% of the 2000-2010 Growth



**185,649**

Other
65,311

Af. Am.
53,157

Hispanic
67,181

**45,050**

White
45,050

# Midland Ector Mix

## (Districts 81 and 82)
### Population Growth 2000 - 2010

**In the Midland and Odessa Area grew by 46,061 while Anglos Declined by 8,498**

**46,061**



Other 7,688

Hispanic 43,281

**Minority**





**-8,498**
**Anglo**



Korbel Research

# McLennan-Brazos Mix

## Population Growth 2000 - 2010

### (Districts 14, 56 and 57)

**51,198**

**Other 7,355**

**Af.Am. 5,441**

**Hispanic 38,402**

**Minority**

**13,872**

**Anglo**

**The Minority Population Constituted just Under 80% of the Growth**



Other
African Am.
Hispanic
White



**Korbel Research**

# McLennan-Brazos Mix

**(Districts 14, 56 and 57)**

## 2010 Population by Race and Ethnicity

**Minorities Constitute More that 41% of the 6 County Area ***



- Other
- African Am.
- Hispanic
- White



**Korbel Research**

***Brazos, Falls, Limestone, McLennan and Robertson Counties**



**58.1%**

**41.1%**

Af Am
66,037
(13.7%)

Hispanic
112,047
(23.0%)

**Minority**

287,182

**Anglo**

# Bell and Lampasas County

### Population Growth 2000-2011 by Race and Ethnicity
#### (Districts 54 and 55)

## The Minority Population Contributed More than 70% of the 2000-2010 Growth

**52,413**

**Other**
8,232 (11.1%)

**Af. Am.**
16,106
(19.4%)

**Hispanic**
28,075
(37.8%)

**21,163**

**White**
21,763
(29.3%)



Other
African Am.
Hispanic
White

# Bell and Lampasas Mix

## 2010 Census Pop by Race and Ethnicity
### (Districts 54 and 55)

**According to the 2010 Census
Minorities were just under
Half of the Population of
Bell and Lampasas Counties**

**157,587**

**172,125**

**Other**
23,373

**Af. Am.**
63,961

**Hispanic**
70,453

**White**
172,125







District 93 is fish hook shaped district that essentially winds from suburban heavily Anglo North central Tarrant County to the East central.   What happens is that the state took a compact heavily minority fast growing area in the Central Cities that was in the former District 93 and ties it in with the Suburban Northern part of the County.  This heavily minority area contains a total of almost 37,000  persons and based on the 2000 Census was more than 67.2 % minority.   The balance of the old district 93 and Logically this minority area should have been added to District 106 which contains the balance of the central cities area.



District 93
Tarrant
County under
Former Plan

District 93 Tarrant County
under 2013 Plan



# Texas Population Growth 1970 -2040

# Bexar County Population 1970-2040



Source: Texas State Data Center



Travis County Population 1970-2040

Source: Texas State Data Center



# Houston-Spring Mega Center

Street Address

4740 Spring Cypress RD, STE 100

Spring, TX 77379

General Information

§ 281-517-1620

☐ Schedule a driving test online

For other services:

◉ Get in line online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -5:00 |



**Note:**

Welcome to the new **Spring Mega Center** - a faster alternative.

**PLEASE NOTE**

All customers using the "Get in line online" option must be physically present in the office prior to the posted closing time. You may schedule a driving test appointment online, by visiting the office or walk in to check availability. Prescheduled customers have priority.



## Baytown

Street Address
    5420 Decker Drive
    Baytown, TX 77520-1448
General Information
    📞 281-424-3669

🖥 Schedule a driving test online

### Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

### Note:
You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no guarantee

5420 Decker Dr, Baytown, TX, 77520

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp
Map data © OpenStreetMap contributors, CC-BY-SA

## Baytown

Street Address

5420 Decker Drive

Baytown, TX 77520-1448

General Information

S 281-424-3669

▣ Schedule a driving test online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |



### Note:

You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no guarantee
of a same day appointment.



**Houston Dacoma**

Street Address
    4545 Dacoma
    HOUSTON, TX 77092-8613
General Information
    🆂 713-683-0541

🖥 Schedule a driving test online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

**Note:**
You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

**No driving tests conducted between 11:00 a.m. and 1:00 p.m.**

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp



### Houston Dacoma

Street Address
 4545 Dacoma
 HOUSTON, TX 77092-8613
General Information
 📞 713-683-0541

🖵 Schedule a driving test online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

♿

**Note:**

You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

**No driving tests conducted between 11:00 a.m. and 1:00 p.m.**

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp

# Houston Dacoma

Street Address
   4545 Dacoma
   HOUSTON, TX 77092-8613
General Information
   ⑤ 713-683-0541

□ Schedule a driving test online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |



**Note:**
You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

**No driving tests conducted between 11:00 a.m. and 1:00 p.m.**



**Houston East**

Street Address
11039 East Freeway (I-10), Suite B
HOUSTON, TX 77029
General Information
713-633-9872

Schedule a driving test online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

**Note:**
You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp

# Houston East

Street Address
11039 East Freeway (I-10), Suite B
HOUSTON, TX 77029
General Information
S 713-633-9872

Schedule a driving test online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 8:00 - 5:00 | 8:00 - 6:00 | 8:00 - 5:00 | 8:00 - 5:00 | 8:00 - 5:00 |



### Note:

You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.



**10503 Grant Rd, Houston, TX, 77070**

### Houston Dacoma

Street Address
4545 Dacoma
HOUSTON, TX 77092-8613
General Information
713-683-0541

Schedule a driving test online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

**Note:**

You may schedule a driving test appointment online for this office. You may also visit the office to schedule a driving test appointment or walk in and wait for a driving test if one becomes available. Prescheduled customers will have priority and there is no guarantee of a same day appointment.

No driving tests conducted between 11:00 a.m. and 1:00 p.m.

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp

Street Address

10503 Grant Road

HOUSTON, TX 77070-4407

General Information

S 281-890-5440

🖥 Schedule a driving test online

Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |



### Note:

You may schedule a driving test appointment online for this office
(only CDL Class B driving tests are offered at this office). You may
also visit the office to schedule a driving test appointment or walk in
and wait for a driving test if one becomes available. Prescheduled
customers will have priority and there is no guarantee of a same
day appointment.

**No driving tests conducted from 11:00 a.m. - 1:00 p.m.**
**Choose a faster alternative.** The Houston - Spring Mega Center
is open.



1601 Townhurst Dr, Houston, TX, 77043

### Houston Townhurst

Street Address
    1601 Townhurst
    HOUSTON, TX 77043-3226
General Information
    713-465-8462

Schedule a driving test online

### Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

**Note:**

You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

**No driving tests conducted between 11:00 a.m. and 1:00 p.m.**

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp

# Houston Townhurst

Street Address

    1601 Townhurst

    HOUSTON, TX 77043-3226

General Information

    ⑤ 713-465-8462

🖥 Schedule a driving test online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 - 5:00 | 8:00 - 6:00 | 8:00 - 5:00 | 8:00 - 5:00 | 8:00 - 5:00 |



## Note:

You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

**No driving tests conducted between 11:00 a.m. and 1:00 p.m.**



15403 Vantage Pky E, Houston, TX, 77032

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp

Street Address
    15403 Vantage Pkwy E, Ste 300
    HOUSTON, TX 77032
General Information
    **S** 281-449-2685

▣ Schedule a driving test online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 8:00 - 5:00 | 8:00 - 6:00 | 8:00 - 5:00 | 8:00 - 5:00 | 8:00 - 5:00 |



**Note:**
You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

**No driving tests conducted between 11:00 a.m. and 1:00 p.m.
Choose a faster alternative.** The Houston - Spring Mega Center is
open.
4740 Spring Cypress Rd, Suite 100, Spring, TX 77379.



## Houston Winkler

Street Address
9206 Winkler
HOUSTON, TX 77017
General Information
713-943-0631

Schedule a driving test online

### Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

### Note:

You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp

# Houston Winkler

Street Address

9206 Winkler

HOUSTON, TX 77017

General Information

📞 713-943-0631

🖥 Schedule a driving test online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 8:00 - 5:00 | 8:00 - 6:00 | 8:00 - 5:00 | 8:00 - 5:00 | 8:00 - 5:00 |



**Note:**

You may schedule a driving test appointment online for this office. You may also visit the office to schedule a driving test appointment or walk in and wait for a driving test if one becomes available. Prescheduled customers will have priority and there is no guarantee of a same day appointment.



**Houston Vantage Parkway East**

Street Address
    15403 Vantage Pkwy E, Ste 300
    HOUSTON, TX 77032
General Information
    📞 281-449-2685

🖥 Schedule a driving test online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

**Note:**
You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

**No driving tests conducted between 11:00 a.m. and 1:00 p.m.
Choose a faster alternative.** The Houston - Spring Mega Center is
open.
4740 Spring Cypress Rd, Suite 100, Spring, TX 77379.

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp

Street Address

12220 South Gessner

HOUSTON, TX 77071-2831

General Information

☏ 713-219-4100

🖳 Schedule a driving test online

For other services:

🟠 Get in line online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -5:00 |



**Note:**

You may schedule a drive test appointment online or in person for this office. Prescheduled customers will have priority and there is no guarantee of a same day appointment.

**No drive tests conducted between 11:00 a.m. - 1:00 p.m.**

**Choose a faster alternative.** The Houston - Rosenberg Mega Center is open.

28000 Southwest Freeway, Suite A, Rosenberg, Texas 77471. **Get in line online** at the Rosenberg Mega Center.



# 7710 Will Clayton Pkwy Humble, TX, 77338

## Houston Winkler

Street Address
9206 Winkler
HOUSTON, TX 77017
General Information
713-943-0631

Schedule a driving test online

### Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

### Note:
You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no
guarantee of a same day appointment.

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp

# Humble

Street Address

    7710 Will Clayton Parkway

    Humble, TX 77338-5801

General Information

    ⑧ 281-446-3391

🔲 Schedule a driving test online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 - 5:00 | 8:00 - 6:00 | 8:00 - 5:00 | 8:00 - 5:00 | 8:00 - 5:00 |



**Note:**

You may schedule a driving test appointment online for this office. You may also visit the office to schedule a driving test appointment or walk in and wait for a driving test if one becomes available. Prescheduled customers will have priority and there is no guarantee of a same day appointment.



**Pasadena**

Street Address
    2783 Red Bluff Road
    No. 100
    Pasadena, TX 77503-2915
General Information
    📞 713-473-3232

🗓 Schedule a driving test online

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

♿

**Note:**
You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no guarantee
of a same day appointment.

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/search.asp

## Pasadena

Street Address

2783 Red Bluff Road

No. 100

Pasadena, TX 77503-2915

General Information

📞 713-473-3232

🖥 Schedule a driving test online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |



**Note:**

You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no guarantee
of a same day appointment.



## Webster

Street Address
111 Tristar Drive
Webster, TX 77598
General Information
§ 281-486-8242

⊡ Schedule a driving test online

### Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |

**Note:**
You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no guarantee
of a same day appointment.

111 Tristar Dr, Webster, TX, 77598