# Webster

Street Address

    111 Tristar Drive

    Webster, TX 77598

General Information

    🅢 281-486-8242

🖃 Schedule a driving test online

## Days And Hours Open:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |



**Note:**

You may schedule a driving test appointment online for this office.
You may also visit the office to schedule a driving test appointment
or walk in and wait for a driving test if one becomes available.
Prescheduled customers will have priority and there is no guarantee
of a same day appointment.



**4740 Spring Cypress Rd, Spring, TX, 77379**

**10503 Grant Rd, Houston, TX, 77070**

**7710 Will Clayton Pkwy, Humble, TX, 77338**

**15403 Vantage Pky E, Houston, TX, 77032**

**4545 Dacoma Rd, Houston, TX, 77092**

**5420 Decker Dr, Baytown, TX, 775**

**2983 Red Bluff Rd, Pasadena, TX, 77503**

**12220 S Gessner Dr, Houston, TX, 7707**

**111 Tristar Dr, Webster, TX, 77598**



After our Exhibits were prepared, the DPS announced that the "Election identification certificate (eic)" would be available on Saturdays "at selected offices...."

However as you can see from the included website, these are only in the large urban areas.

# DRIVER LICENSE DIVISION



**The listed DL offices are open Saturdays 10am - 2pm through November 2, 2013 for Election Identification Certificates ONLY This card cannot be used for identification**

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 2 de Noviembre de 2013 SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación

**Dallas County**

Carrollton Office
2625 OLD DENTON RD. #464
Carrollton, TX 75007
972-245-5800

Cedar Hill Office
116 W. BELTLINE #2
Cedar Hill, TX 75104
469-272-9301

Dallas East Office
11411 E. NW HWY. #111
Dallas, TX 75218
214-553-0033

Dallas Southwest Office
5610 RED BIRD CNTR. DR. #500
Dallas, TX 75237
214-330-3958

Dallas-Garland Mega Center
4445-A SATURN ROAD
Garland, TX 75041
214-861-3700

Garland Office
350 W. I-30
Garland, TX 75043
214-861-2125

Grand Prairie Office
550 S. CARRIER PKWY. #570
Grand Prairie, TX 75051
972-264-6598

Irving Office
1003 W. 6TH STREET
Irving, TX 75060
972-253-4171

**Collin County**

McKinney Office
400 POWERHOUSE ST.
McKinney, TX 75071
214-733-5350

**Collin County**

Plano Office
2109 W. PARKER RD #224
Plano, TX 75023
972-867-4221

**Denton County**

Denton Office
820 N. LOOP 288
Denton, TX 76209
940-484-6666

Lewisville Office
190 N. VALLEY PKWY STE 201
Lewisville, TX 75067
972-221-8081

**Tarrant County**

Arlington Office
3901 W. ARKANSAS LN. #111
Arlington, TX 76016
817-274-1818

Fort Worth Mega Center
8301 BRENTWOOD STAIR ROAD
Fort Worth, TX 76120
817-285-1900

Fort Worth South Office
6413 WOODWAY DR.
Fort Worth, TX 76133
817-294-1075

Hurst Office
624 NE LOOP 820
Hurst, TX 76053
817-299-1426

Lake Worth Office
6316 LAKE WORTH BLVD.
Lake Worth, TX 76135
817-238-9197

**Harris County**

Houston-Dacoma Office
4545 DACOMA
Houston, TX 77092
713-683-0541

Houston-Gessner Mega Center
12220 S GESSNER
Houston, TX 77071
713-219-4100

Houston-Grant Road Office
10503 GRANT RD
Houston, TX 77070
281-890-5440

Houston-Vantage Parkway Office
15403 VANTAGE PKWY E., STE. 300
Houston, TX 77032
281-449-2685

Baytown Office
5420 DECKER DRIVE
Baytown, TX 77520
281-424-3669

Houston-East Office
11039 EAST FREEWAY (I-10), #B
Houston, TX 77029
713-633-9872

Humble Office
7710 WILL CLAYTON PKWY.
Humble, TX 77338
281-446-3391

Pasadena Office
2783 RED BLUFF RD. #100
Pasadena, TX 77503
713-473-3232

Houston-Spring Mega Center
4740 SPRING CYPRESS, #100
Spring, TX 77379
281-517-1620

*continued*

Webster Office
111 TRISTAR DR.
Webster, TX 77598
281-486-8242

Houston-Winkler Office
9206 WINKLER
Houston, TX 77017
713-943-0631

**Fort Bend County**

Houston-Rosenberg Mega Center
28000 SW FREEWAY, STE A
Rosenberg, TX 77471
281-517-1630

**Hidalgo County**

Edinburg Office
1212 S 25TH STE B
Edinburg, TX 78542
956-383-3471

Mission Office
722 N. BREYFOGLE STE A
Mission, TX 78572
956-205-7070

Weslaco Office
2525 N INTERNATIONAL BLVD
Weslaco, TX 78599
956-565-7200

**Cameron County**

Brownsville Office
2901 PAREDES LINE ROAD
Brownsville, TX 78525
956-983-1920

Harlingen Office
1630 N 77 SUNSHINE STRIP
Harlingen, TX 78550
956-440-6725

Corpus Christi Office
1922 S. PADRE ISLAND DR
Corpus Christi, TX 78416
361-698-5625

**El Paso County**

El Paso-Gateway Office
7300 GATEWAY EAST
El Paso, TX 79915
915-598-3487

El Paso-Hondo Pass Office
4505 HONDO PASS
El Paso, TX 79904
915-751-6455

El Paso-Northwestern Office
1854 NORTHWESTERN
El Paso, TX 79912
915-877-1647

El Paso-Scott Simpson Office
11612 SCOTT SIMPSON DR.
El Paso, TX 79936
915-849-4100

**Bexar County**

San Antonio - Leon Valley Mega Center
7410 HUEBNER ROAD
Leon Valley, TX 78240
210-531-1000

San Antonio-Babcock Office
1258 BABCOCK RD.
San Antonio, TX 78201
210-737-1911

San Antonio-General McMullen Office
1803 SOUTH GENERAL MCMULLEN
San Antonio, TX 78226
210-436-6611

San Antonio Southeast Office
6502 S NEW BRAUNFELS AVENUE
San Antonio, TX 78223
210-531-2240

San Antonio-Pat Booker Office
1633 PAT BOOKER RD.
Universal City, TX 78148
210-945-1900

**Travis County**

Austin-Northwest Office
13730 RESEARCH BLVD.
Austin, TX 78750
512-506-2835

Austin-South Office
6425 SOUTH IH-35, #180
Austin, TX 78744
512-444-5241

Austin-Pflugerville Mega Center
216 E. WELLS BRANCH PKWY
Pflugerville, TX 78660
512-486-2800

**Bell County**

Killeen Office
302 PRIEST DR.
Killeen, TX 76541
512-424-2600

Temple Office
6612 SOUTH GENERAL BRUCE
Temple, TX 76502-5832
254-770-6734

# File:Southern District of Texas map.png

From Wikipedia, the free encyclopedia

File       File history       File usage



Veasey Plaintiffs
Appendix
No. 5 C



La Salle   McMullen Liv

Webb

Zapata   Jim Hogg

**You would have to enter the Zip Code for Hebbronville. If you do that you "have 5 locations to choose from"**







**The first, and presumably the closest location  is Alice Texas which is almost 110 mile round trip estimated to take just under 2 hours.**

It does not say on the Hebbronville zip code screen that the Alice office is only open Monday through Fridays from 8:00 to 12:00 and 1:15 to 5:00.



Case 2:13-cv-00193 Document 672-21 Filed on 11/11/14 in TXSD Page 11 of 65



**The second suggested "location to choose from" is Falfurrias Texas which is a 70 mile round trip estimated to take an hour and ten minutes**

It does not say on the Hebbronville zip code screen that the Falfurrias office is only open once a week on Thursdays from 9:00 to 12:00 and 1:00 to 4:00.





**The third suggested "location to choose from" is Kingsville Texas which is a 125 mile round trip estimated to take more than 2 hours.**

It does not say on the Hebbronville zip code screen that the Kingsville office is only open Monday through Fridays from 8:00 to 12:00 and 1:15 to 5:00.  Nor does it say that the office is closed on all State and Federal holidays that fall on a Monday.





**The fourth suggested "location  to choose from" is Laredo Texas which is a 112 mile round trip estimated to take more than 2 hours.**

It does not say on the Hebbronville zip code screen that the Laredo office is only open Monday through Fridays from 8:00 to 5:00.







**The final suggested "location to choose from" is Zapata Texas which is a 103 mile round trip estimated to take almost 2 hours.**

It does not say on the Hebbronville zip code screen that the Zapata office is only open Monday through Fridays from 8:30 to 12:00 and 1:15 to 5:00.





United States District & Bankruptcy Courts
# Southern District of Texas

HOME PAGE > Address, Hours, Phone > Corpus Christi Division Information

September 7, 2013 - 9:32 A

DISTRICT COURT
BANKRUPTCY COURT
PROBATION OFFICE
PRETRIAL SERVICES

**Corpus Christi Division Information**

Font
Size:  A A A A

SDTX HOMEPAGE
Addresses, Hours, Phone  →
Alt. Dispute Resolution
Attorney Admissions
CJA Information
Court Notices Archive
Courtroom Technology
External Links
History & Statistics
Interest Rates
Job Opportunities
Judicial Misconduct
Juror Information
Naturalization Records
Notable Cases
Ordering Transcripts

SEARCH the web site for:
[          ]  Search

### CORPUS CHRISTI DIVISION

Location: United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

Correspondence: Clerk of Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

Hours:  8:00 AM to 5:00 PM

Deputy-in-Charge: Marianne Serpa
361-888-3142

Counties: Aransas, Bee, Brooks, Duval, Jim Wells, Kenedy, Kleberg, Live Oak, Nueces
and San Patricio

Holidays: New Years Day, Martin Luther King Day, President's Day, Memorial Day,
Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day,
and Christmas Day

**TELEPHONE**
Area Code 361

**District Judges**

Judges

Case Managers

8/21/2014

16



**City of Freer**

**There is no DPS License Office in Duval County or in the City of Freer**



**If one Lives in Freer, Duval County Texas.    Neither the City nor the County are listed on the DPS "Search for Drivers License Office" website.**

# You would have to enter the Zip Code for Freer. If you do that you "have 5 locations to choose from"











**The first, and presumably the closest location is Alice Texas which is an 71.4 mile round trip estimated to take an hour and twenty minutes.**

It does not say on the Freer zip code screen that the Alice office is only open Monday through Fridays from 8:00 to 12:00 and 1:15 to 5:00.





**The second suggested "location  to choose from" is Falfurias Texas which is a 130 mile round trip estimated to take 2 hours and 12 minutes**

It does not say on the Freer zip code screen that the Falfurias office is only open once a week on Thursdays from 9:00 to 12:00 and 1:00 to 4:00 .





**The third suggested "location to choose from" is George West Texas which is a 90 mile round trip estimated to take almost an hour and a half.**

It does not say on the Freer zip code screen that the George West office is only open on Tuesdays and Wednesday from 8:00 to 1:00 and 2:15 to 4:00.





**The fourth suggested "location to choose from" is Kingsville Texas which is a 125 mile round trip estimated to take over 2 hours.**

It does not say on the Freer zip code screen that the Kingsville office is only open Mondays through Fridays from 8:00 to 12:00 and 1:15 to 5:00.  Nor does it say the office is closed on all State and Federal holidays that fall on a Monday.





**The fifth suggested "location to choose from" is Laredo Texas which is an 126 mile round trip estimated to take over 2 hours.**

It does not say on the Freer zip code screen that the Laredo office is only open Mondays through Fridays from 8:00 to 5:00.





After the preparation of the foregoing exhibits, the DPS announced that selected offices would be open on Saturdays for "Election identification certificates only..."

What it does not say on the screen that has to be used to get the Freer information is that none of the suggested locations for Freer are open on Saturdays.

As indicated in another exhibit, the only offices that are open are in the large urban areas.





30

http://www.txs.uscourts.gov/addresses/cor.htm







**City of Freer**

**There is no DPS License Office in Duval County or in the City of Freer**



Case 2:13-cv-00193   Document 672-21   Filed on 11/11/14 in TXSD   Page 39 of 65

**If one Lives in Freer, Duval County Texas.    Neither the City nor the County are listed on the DPS "Search for Drivers License Office" website.**

# You would have to enter the Zip Code for Freer. If you do that you "have 5 locations to choose from"











**The first, and presumably the closest location is Alice Texas which is an 71.4 mile round trip estimated to take an hour and twenty minutes.**

It does not say on the Freer zip code screen that the Alice office is only open Monday through Fridays from 8:00 to 12:00 and 1:15 to 5:00.





**The second suggested "location to choose from" is Falfurias Texas which is a 130 mile round trip estimated to take 2 hours and 12 minutes**

It does not say on the Freer zip code screen that the Falfurias office is only open once a week on Thursdays from 9:00 to 12:00 and 1:00 to 4:00 .





**The third suggested "location to choose from" is George West Texas which is a 90 mile round trip estimated to take almost an hour and a half.**

It does not say on the Freer zip code screen that the George West office is only open on Tuesdays and Wednesday from 8:00 to 1:00 and 2:15 to 4:00.





**The fourth suggested "location to choose from" is Kingsville Texas which is a 125 mile round trip estimated to take over 2 hours.**

It does not say on the Freer zip code screen that the Kingsville office is only open Mondays through Fridays from 8:00 to 12:00 and 1:15 to 5:00. Nor does it say the office is closed on all State and Federal holidays that fall on a Monday.



43



**The fifth suggested "location to choose from" is Laredo Texas which is an 126 mile round trip estimated to take over 2 hours.**



It does not say on the Freer zip code screen that the Laredo office is only open Mondays through Fridays from 8:00 to 5:00.



**You have 1 location(s) to choose from- Please CLICK any TAB below:**



After the preparation of the foregoing exhibits, the DPS announced that selected offices would be open on Saturdays for "Election identification certificates only..."

What it does not say on the screen that has to be used to get the Freer information is that none of the suggested locations for Freer are open on Saturdays.

As indicated in another exhibit, the only offices that are open are in the large urban areas.









None of the Suggested locations for Freer are open on Saturdays.

47

http://www.txdps.state.tx.us/administration/driver_licensing_control/rolodex/searchresults.asp



United States District & Bankruptcy Courts
## Southern District of Texas

HOME PAGE > Address, Hours, Phone > Corpus Christi Division Information                                    September 7, 2013 - 9:32 A

DISTRICT COURT
BANKRUPTCY COURT
PROBATION OFFICE
PRETRIAL SERVICES

**SDTX HOMEPAGE**
Addresses, Hours, Phone →
Alt. Dispute Resolution
Attorney Admissions
CJA Information
Court Notices Archive
Courtroom Technology
External Links
History & Statistics
Interest Rates
Job Opportunities
Judicial Misconduct
Juror Information
Naturalization Records
Notable Cases
Ordering Transcripts

**SEARCH** the web site for:
[                ] Search

### Corpus Christi Division Information

Font Size: A A A A

### CORPUS CHRISTI DIVISION

Location: United States Courthouse               Correspondence: Clerk of Court
         1133 N. Shoreline Blvd.                                1133 N. Shoreline Blvd.
         Corpus Christi, TX 78401                               Corpus Christi, TX 78401

Hours:   8:00 AM to 5:00 PM                      Deputy-in-Charge: Marianne Serpa
                                                                  361-888-3142

Counties: Aransas, Bee, Brooks, Duval, Jim Wells, Kenedy, Kleberg, Live Oak, Nueces
          and San Patricio

Holidays: New Years Day, Martin Luther King Day, President's Day, Memorial Day,
          Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day,
          and Christmas Day
                              **TELEPHONE**
                              **Area Code 361**

                              **District Judges**
          **Judges**                                   **Case Managers**

8/21/2014                                                                                    48



**City of Freer**

**There is no DPS License Office in Duval County or in the City of Freer**



**If one Lives in Freer, Duval County Texas.   Neither the City nor the County are listed on the DPS "Search for Drivers License Office" website.**

# You would have to enter the Zip Code for Freer. If you do that you "have 5 locations to choose from"











**The first, and presumably the closest location is Alice Texas which is an 71.4 mile round trip estimated to take an hour and twenty minutes.**

It does not say on the Freer zip code screen that the Alice office is only open Monday through Fridays from 8:00 to 12:00 and 1:15 to 5:00.





**The second suggested "location to choose from" is Falfurias Texas which is a 130 mile round trip estimated to take 2 hours and 12 minutes**

It does not say on the Freer zip code screen that the Falfurias office is only open once a week on Thursdays from 9:00 to 12:00 and 1:00 to 4:00 .



**The third suggested "location  to choose from" is George West Texas which is a 90 mile round trip estimated to take almost an hour and a half.**

8/21/2014

56

It does not say on the Freer zip code screen that the George West office is only open on Tuesdays and Wednesday from 8:00 to 1:00 and 2:15 to 4:00.





**The fourth suggested "location to choose from" is Kingsville Texas which is a 125 mile round trip estimated to take over 2 hours.**

It does not say on the Freer zip code screen that the Kingsville office is only open Mondays through Fridays from 8:00 to 12:00 and 1:15 to 5:00.  Nor does it say the office is closed on all State and Federal holidays that fall on a Monday.



59



**The fifth suggested "location  to choose from" is Laredo Texas which is an 126 mile round trip estimated to take over 2 hours.**