It does not say on the Freer zip code screen that the Laredo office is only open Mondays through Fridays from 8:00 to 5:00.







After the preparation of the foregoing exhibits, the DPS announced that selected offices would be open on Saturdays for "Election identification certificates only..."

What it does not say on the screen that has to be used to get the Freer information is that none of the suggested locations for Freer are open on Saturdays.

As indicated in another exhibit, the only offices that are open are in the large urban areas.





**Search for Driver License Offices**

**Online Scheduling**

Many offices offer online scheduling for driving tests allowing customers to get in line online.

To see if an office near you offers online scheduling, select your city or county below. If online scheduling is available, the office listing will include a link to "Schedule a driving test online" or "Get in line online."

Election Identification Certificates (EIC) ONLY are available on Saturdays through 11/02/13 at select offices here

**Search By**

Zip Code

City

County

78357    Search

**You may be able to skip the trip!**

You may be able to renew or change the address on your driver license or ID online, and skip the trip to the driver license office.



La Grange

Veasey Plaintiffs
Appendix
No. 5 D

If you lived in the city of La Grange which is located in Fayette County, this is the information offered on where to go to get a State ID Card or an Election Identification card (eic).

Case 5:13-cv-00193   Document 672-22   Filed on 11/11/14 in TXSD   Page 4 of 32



**If one Lives in LaGrange in Fayette County Texas**    **Neither the City or the County are listed**

**You would have to enter the Zip Code for LaGrange. If you do that you "have 13 locations to choose from"**











The first, and presumably the closest location  is Texas DPS Driver License Center in Pflugerville Texas which is almost 148 mile round trip estimated to take 2 hours. And 24 minutes.  In addition, the directions given require the use of a toll way for about 25% of the travel.

The second listed address in in Austin and is presumably the second most convenient at 129 miles or slightly over 2 hours distance is actually closer than the first  but when we go there it is closed until further notice.









The third location is open
and is slightly closer than
the first but still more than
200 miles and 2 hours
from LaGrange









The fifth location Brenham is almost 80 mile round trip from La Grange which would take just under 2 and a half hours.





The Sixth location at the Court house in Caldwell is a 104mile round trip from La Grange which would take just under 2 hours.





Choose a faster alternative. The Houston - Rosenberg Mega Center is open.

28000 Southwest Freeway, Suite A, Rosenberg, Texas 77471.

Get in line online at the Rosenberg Mega Center.

**The Seventh location in Columbus Texas which is a 52 mile round trip taking just under an hour.  However this screen says "Choose a faster alternative.  The Houston Rosenberg Mega Center ...."  As the following slide shows, this location is over a 160 mile round trip from La Grange and is projected to take just under 2 hours.**





## ▼ Search

Live Oak Cuero, TX 77954   **Search**

ex: Museums in New York, NY

**Get Directions History**

(A) La Grange, TX

(B) 208 E Live Oak St, Cuero, TX 77954

🖶 Printable view

≷ 67.7 mi, 1 hour 16 mins
US-77 S and US-77Alt S

(A) **La Grange, TX**

1. Head **southeast** on **US-77 S/S Jefferson St** toward **W Crockett St**
   Continue to follow **US-77 S**
   33.8 mi

2. Turn right onto **US-90 Alt W/E 4th St**
   Continue to follow **US-90 Alt W**

## ▼ Places

⊟ ☐ 🟊 My Places
  ⊞ ☐ 🗀 **Sightseeing Tour**
     Make sure 3D

Fayette

Lavaca

Yoakum

Dewitt

**Texas Department of Public Safety**
*Courtesy · Service · Protection*

DPS HOME   SERVICES   EMPLOYMENT   ABOUT US

Search DPS

**Payment Methods**

Driver license offices now accept credit cards, cash, checks, and money orders.

**ADA Accommodations**

Anyone with a disability defined by the Americans with Disabilities Act (ADA) who needs accommodation should contact, upon arrival, an employee for assistance. ADA grievance procedures are located in the Texas Administrative Code.

**Central Customer Relations Center at**
☎ 512-424-2600

<< Back to Search

**Click for Larger Map**

**You have 13 location(s) to choose from- Please CLICK any TAB below:**

| Austin-Pflugerville Mega Center | Austin North Lamar | Austin South |
| Bastrop | Brenham | Caldwell | Columbus | Cuero | Giddings |
| Gonzales | Hallettsville | Hempstead | Taylor |

**Cuero**

Street Address
208 E Live Oak
Cuero, TX 77954
General Information
☎ 361-275-6154

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:30 -5:00 | 8:30 -5:00 | 8:30 -5:00 | 8:30 -5:00 | 8:30 -5:00 |

♿

Note:
Closed for lunch noon - 1:15 p.m.

**The Eighth location in Cuero Texas which is a 135 mile round trip taking just two and a half hours.**





**The ninth location in Giddings Texas it the closest to LaGrange but it is still a 41mile round trip taking 42 minutes. However, unless you actually go to the website you would not know that it is only open Tuesdays and Thursdays from 8:30 to 12 and Wednesdays from 1:15 to 4:15.**







**The Tenth location in Gonzales Texas is a 96 mile round trip from La LaGrange taking an hour and 45 minutes.**



**The eleventh location in Hallettsville Texas is a 67 mile round trip from La LaGrange taking an hour and ten minutes.**





The twelfth location is Hempstead Texas.  It is a one hundred and twenty four mile round trip from La LaGrange taking in excess of an two hours.  It suggests that the Rosenberg Mega Center might be more convenient at one hundred and sixty miles and more than two and one half hours.





**The Thirteenth location is Taylor Texas. It is a 132 mile round trip from La LaGrange taking in 2 hours and 20 minutes. It suggests that the Pflugerville mega center at 150 miles and almost 2 hours might be more convenient**

Shortly after this exhibit was prepared the DPS opened some offices. As another exhibit indicates, these were open only in the large urban areas.

For LaGrange, this includes the two offices in Travis County. These are Austin-Pflugerville Mega Center, and Austin South.





**Texas Department of Public Safety**
*Courtesy ~ Service ~ Protection*

DPS HOME     SERVICES     EMPLOYMENT     ABOUT US

Search DPS

**Driver License & ID Card**

Driver License Home
Renew
Change Address
Office Locations
Mega Centers
Customer Help Center

Election Identification Certificates (EIC) ONLY are available on Saturdays through 11/02/13 at select offices here

# Search for Driver License Offi

## Online Scheduling

Many offices offer online scheduling for driving tests customers to get in line online.

To see if an office near you offers online scheduling, your city or county below. If online scheduling is ava office listing will include a link to "Schedule a driving t online" or "Get in line online."

**Search By**

Zip Code

City

County

78945    Sea

## You may be able to skip the trip!









United States District & Bankruptcy Courts
**Southern District of Texas**

HOME PAGE > Address, Hours, Phone > Corpus Christi Division Information                    September 7, 2013 - 9:32 A

DISTRICT COURT
BANKRUPTCY COURT
PROBATION OFFICE
PRETRIAL SERVICES

SDTX HOMEPAGE
Addresses, Hours, Phone →
Alt. Dispute Resolution
Attorney Admissions
CJA Information
Court Notices Archive
Courtroom Technology
External Links
History & Statistics
Interest Rates
Job Opportunities
Judicial Misconduct
Juror Information

**Corpus Christi Division Information**                    Font Size: A A A A

Veasey Plaintiffs
Appendix
No. 5 E

CORPUS CHRISTI DIVISION

Location: United States Courthouse          Correspondence: Clerk of Court
1133 N. Shoreline Blvd.                                     1133 N. Shoreline Blvd.
Corpus Christi, TX 78401                                    Corpus Christi, TX 78401

Hours:   8:00 AM to 5:00 PM                 Deputy-in-Charge: Marianne Serpa
                                                             361-888-3142

Counties: Aransas, Bee, Brooks, Duval, Jim Wells, Kenedy, Kleberg, Live Oak, Nueces
          and San Patricio

Holidays: New Years Day, Martin Luther King Day, President's Day, Memorial Day,
          Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day,
          and Christmas Day
                              **TELEPHONE**
                              **Area Code 361**

                              **District Judges**
          **Judges**                              **Case Managers**

Live Oak    Bee
San Patricio
Duval   Jim Wells   Nueces
Kleberg
Brooks   Kenedy

1

**City of Freer**



**There is no DPS License Office in Duval County or in the City of Freer**



**If one Lives in Freer, Duval County Texas.    Neither the City nor the County are listed on the DPS "Search for Drivers License Office" website.**



3

# You would have to enter the Zip Code for Freer. If you do that you "have 5 locations to choose from"











**The first, and presumably the closest location is Alice Texas which is an 71.4 mile round trip estimated to take an hour and twenty minutes.**

It does not say on the Freer zip code screen that the Alice office is only open Monday through Fridays from 8:00 to 12:00 and 1:15 to 5:00.





**The second suggested "location  to choose from" is Falfurias Texas which is a 130 mile round trip estimated to take 2 hours and 12 minutes**

7

It does not say on the Freer zip code screen that the Falfurias office is only open once a week on Thursdays from 9:00 to 12:00 and 1:00 to 4:00 .





8



**The third suggested "location  to choose from" is George West Texas which is a 90 mile round trip estimated to take almost an hour and a half.**

It does not say on the Freer zip code screen that the George West office is only open on Tuesdays and Wednesday from 8:00 to 1:00 and 2:15 to 4:00.

