

**The fourth suggested "location to choose from" is Kingsville Texas which is a 125 mile round trip estimated to take over 2 hours.**

11

It does not say on the Freer zip code screen that the Kingsville office is only open Mondays through Fridays from 8:00 to 12:00 and 1:15 to 5:00.  Nor does it say the office is closed on all State and Federal holidays that fall on a Monday.



12



**The fifth suggested "location to choose from" is Laredo Texas which is an 126 mile round trip estimated to take over 2 hours.**

Case 2:13-cv-00193   Document 672-23   Filed on 11/11/14 in TXSD   Page 4

It does not say on the Freer zip code screen that the Laredo office is only open Mondays through Fridays from 8:00 to 5:00.




## Texas Department of Public Safety





**Payment Methods**

Driver license offices now accept credit cards, cash, checks, and money orders.

**ADA Accommodations**

Anyone with a disability defined by the Americans with Disabilities Act (ADA) who needs accommodation should contact, upon arrival, an employee for any assistance. ADA grievance procedures are located in the Texas Administrative Code.

**Central Customer Relations Center at**
☎ 512-424-2600

<< Back to Search

**Click for Larger Map**

### You have 1 location(s) to choose from- Please CLICK any TAB below:

**Laredo**

**Laredo**

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 -5:00 | 8:00 -6:00 | 8:00 -5:00 | 8:00 -5:00 | 8:00 -5:00 |



**Note:**
You may schedule a driving test appointment online for this office.

<< Back to Search

14

After the preparation of the foregoing exhibits, the DPS announced that selected offices would be open on Saturdays for "Election identification certificates only..."

What it does not say on the screen that has to be used to get the Freer information is that none of the suggested locations for Freer are open on Saturdays. The individual would have to go to each of the five sites individually to find that out.








15















None of the Suggested locations for Freer are open on Saturdays

16

# Selected Socio-Economic Data For

# **State of Texas**

## **and Certain Counties or Groups of Counties**

Veasey Plaintiffs

Appendix

No. 5 F

Source: 2010 American Community Survey

**Korbel Research**

**$34,826**

# State of Texas
## Per Capita Income

The White Per Capita Income is Approximately Twice That of Hispanics and African Americans

**$18,418**

**$14,169**

Source: 2010 American Community Survey

**Korbel Research 1**

**White**

**Af.Am.**

**Hispanic**

# State of Texas

## Median Family Income

The Median Income of Hispanics and African American Families is Approximately 60% that of White Families

**$76,350**

**$43,547**

**$38,916**



White

Af.Am.

Hispanic

Source: 2010 American Community Survey

Korbel Research 2

# State of Texas
Poverty in Families by Race and Ethnicity

The Poverty Rate for
Hispanics and African
Americans is
Approximately Five Times
that of Whites



**5.6%** White

**20.0%** Af.Am.

**22.9%** Hispanic

Source: 2010 American Community Survey

Korbel Research 3



# State of Texas
Poverty In Single Female Parent Families

Over 40% of the Single
Female Parented
Hispanic Families Are In
Poverty

**20.8%** White
**34.6%** Af.Am.
**42.9%** Hispanic

Source: 2010 American Community Survey

**Korbel Research 4**

# State of Texas

## Households Receiving Food Stamps

## Minority Families Are In the Range of 4 Times More Likely to Receive Food Stamps



**18.8%**

**Af.Am.**

**18.2%**

**Hispanic**

**4.9%**

**White**

Source: 2010 American Community Survey

Korbel Research 5

# State of Texas

Unemployment by Race and Ethnicity

## Minority Unemployment is Significantly Higher Then that of Whites



**5.3%** White

**7.9%** Hispanic

**11.8%** Af.Am.

Source: 2010 American Community Survey

**Korbel Research 6**

# State of Texas
## Functional Illiteracy in Persons 25 Years and Older

More than One Quarter of Hispanics are Functionally Illiterate Compared to 2.4% of Whites



25.4%

4.1%

2.4%

**White**   **Af.Am**   **Hispanic**

Source: 2010 American Community Survey

**Korbel Research 7**

# State of Texas

## Functional Illiteracy in Persons 25 Years and Older

Hispanics Comprise More
Than 80% of the
Functionally Illiterate
Persons in Texas

Source: 2010 American Community Survey

**Korbel Research 8**



**82.1%**

**6.0%**      **4.1%**

**White**      **Af.Am**      **Hispanic**

# State of Texas
## Not High School Graduates

Almost 42% of Hispanics Over
the Age of 25 Have Not
Graduated From High School
Compared to 8.7% of Whites



Source: 2010 American Community Survey

**Korbel Research 9**

**77.7%**

# State of Texas
## Persons over 25 With a Professional or Graduate Degree

Hispanics and African Americans
Comprise More Half of the State
Population But Anglos Make Up
Almost 80% of Those Over 25
With Professional or Post
Graduate Degrees.

**9.1%**

**13.6%**



White

Af.Am

Hispanic

Source: 2010 American Community Survey

Korbel Research 10

# Harris County

Districts 126-135 and 137-150
**Functional Illiteracy**

**Almost 30% of Hispanics
Compared to 1.7% of Whites
Over The Age of 25
Are Functionally Illiterate**



# Harris County

Districts 126-135 and 137-150
**Not High School Graduates**

**47.4% of Hispanics and**
**15.3% of African Americans**
**Over The Age of 25**
**Compared to 6.7% of Whites**
**Are Not High School Graduates**



**47.4%**

**15.3%**

**6.1%**

**White**      **Black**      **Hispanic**

# Harris County

## Districts 126-135 and 137-150

**Household that Received SNAP or
Food Stamps in the Past 12 Months
by Race and Ethnicity**

**Hispanics and African
Americans are 5 Times
More Likely to Qualify for
Food Stamps  than Whites**



18.3%

11.9%

2.8%

White

Black

Hispanic

# Harris County
Districts 126-135 and 137-150

**Percentage of Families Whose Income in the Past 12 Months was Below the Poverty Level**

**Hispanics and African American Families are Approximately 3 to4 Times More Likely to Experience  Poverty than White Families**





# Harris County
## Districts 126-135 and 137-150
## Mean Family Income

**The Mean Family Income for Whites is More Than Twice That of Hispanics and African Americans**

**$126,369**

**$55,276**

**$51,770**



**White**

**Black**

**Hispanic**

# Dallas County

Districts 100, 102-105 and 107-116

**Functional Illiteracy**

**32.4% of Hispanics
Compared to 1.8% of Whites
Over The Age of 25
are Functionally Illiterate**



**32.4%**

**3.7%**

**1.8%**

White

Black

Hispanic

**White**

**Black**

**Hispanic**

Korbel Research for Perez v Perry

# Dallas County

Districts 100, 102-105 and 107-116
**Not High School Graduates**

**54.1% of Hispanics and
14.9% of African Americans
Compared to 7.2% of Whites
Over The Age of 25
Are Not High School Graduates**



Korbel Research for Perez v Perry

18

# Dallas County

### Districts 100, 102-105 and 107-116
### Mean Family Income

**The Mean Family Income for Whites is More Than Twice That of African Americans and Almost Three Times That of Hispanics**



**$121,389**



**$54,141**

**$47,305**

**White**

**Black**

**Hispanic**

# Tarrant County

Districts 90-00 and 101
**Functional Illiteracy**

**26.7% of Hispanics
Compared to 1.7% of Whites
Over The Age of 25
are Functionally Illiterate**



26.7%

1.7%   2.9%

**White**   **Black**   **Hispanic**

   Korbel Research for Perez v Perry

# Tarrant County

### Districts 90-00 and 101
### Mean Family Income



**The Mean Family Income for Whites is Essentially Twice That of Hispanics and African Americans**

# Tarrant County

Districts 90-00 and 101
**Not High School Graduates**

**44.7% of Hispanics and
12.6% of African Americans
Compared to 7.4% of Whites
Over The Age of 25
Have Not Graduated from
High School**



**44.7%**

**12.6%**

**7.4%**

**White**      **Black**      **Hispanic**

# Tarrant County

Districts 90-00 and 101

**Household that Received SNAP or Food Stamps in the Past 12 Months by Race and Ethnicity**

**Hispanics and African Americans are 3 to 4 Times More Likely to Qualify for Food Stamps  than Whites**



17.6%

12.4%

4.2%

White    Black    Hispanic

# Tarrant County

Districts 90-00 and 101

**Percentage of Families Whose Income in the Past 12 Months Is Below the Poverty Level**

**Hispanics and African American Families are Approximately 3 to4 Times More Likely to Experience  Poverty than White Families**



20.5%

17.8%

4.8%

White

Black

Hispanic

Korbel Research for Perez v Perry

# Fort Bend, Wharton and Jackson Counties

## Districts 26, 27, 28 and 85
## Functional Illiteracy

**Just Under 20% of
Hispanics are Over The Age of 25 are
Functionally Illiterate
Compared to 2% for Whites
and African Americans**

**19.9%**

**2.0%**  **2.2%**

White    Black    Hispanic

# Fort Bend, Wharton and Jackson Counties

### Districts 26, 27, 28 and 85
**Functional Illiteracy**

**Hispanics Comprise
More than
Three Fourths of the
Functionally Illiterate
Persons Over 25**



**7.9%**
**15.4%**
**76.7%**
**White**
**Black**
**Hispanic**

Korbel Research for Perez v Perry



# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
**College Graduates**

**14.6% of Hispanics Over The Age of 25 are College Graduates Compared to 44.3% Of Whites**

44.3% — White
33.8% — Black
14.6% — Hispanic

# Fort Bend, Wharton and Jackson Counties

### Districts 26, 27, 28 and 85
**Household that Received SNAP or Food Stamps in the Past 12 Months by Race and Ethnicity**

**Hispanics and African Americans are 5 Times More Likely to Qualify for Food Stamps  than Whites**



11.3%

10.3%

1.9%

White          Black          Hispanic

# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
Percentage of Families and People
Whose Income in the Past 12 Months
is Below the Poverty Level

**Hispanics Families are
More than Twice as
Likely to Be Below
Poverty as
White Families**



Korbel Research for Perez v. Perry

29

# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
Percentage of Households
With Income of Less Than $25,000

**20% of Hispanic and More Than 17% of Black Have Incomes of Less Than $25,000 Compared to 11.3% of Whites Households**



Korbel Research for Perez v Perry

# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
Percentage of Households With
Income of Greater Than $150,000.00

**More Than 25% of White
Compared to Less Than 9% of
Black and Hispanic Households
have Incomes In Excess $150,000**



**25.4%**

**9.3%**

**6.1%**

**White**

**Black**

**Hispanic**

# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
Percentage of Households With An
Annual Income in Excess of $150,000

**Whites Households Comprise
More Than Three Fourths of the
Households With Incomes Over $150,000**

**78.6%**

**13.3%**

**8.1%**



**White**  **Black**  **Hispanic**

# Bell and Lampasas Counties

### Districts 54 and 55
## Not High School Graduates

**25.5% of Hispanics Over the Age of 23 Have Not Graduated from High School Compared to 8.8% for Whites**



# Bell and Lampasas Counties

Districts 54 and 55
**Functional Illiteracy**

**15.0% of Hispanics
Compared to 2.4% of Whites
Over The Age of 25
Functionally Illiterate**

Plaintiffs
*LULAC, Perez & MALC*

Exhibit No_____



**15.0%**

**2.4%** **2.5%**

**White** **Black** **Hispanic**

Korbel Research for Perez v Perry



# Bell and Lampasas Counties

Districts 54 and 55
**College Graduates**

**10.9% of Hispanics and 14% Of African Americans Over The Age of 25 are College Graduates Compared to 25.2% of Whites**

**25.2%**

**14.0%**

**10.9%**

**White**   **Black**   **Hispanic**

# Bell and Lampasas Counties

Districts 54 and 55
**Household that Received SNAP or
Food Stamps in the Past 12 Months
by Race and Ethnicity**

**13% of Hispanic and 12.1% of
African American Households
Received in the Past Year
Compared to Only 5% for Whites**



8/21/2014                    Korbel Research for Perez v Perry



# Bell and Lampasas Counties

Districts 54 and 55
Percentage of Families and People
Whose Income in the Past 12 Months
is Below the Poverty Level

**Hispanics And African
Families are Almost Twice
as Likely to Be
Below Poverty as
White Families**

**8.1%**

**15.7%**

**16.0%**

**White**   **Black**   **Hispanic**

# Bell and Lampasas Counties

Districts 54 and 55
Percentage of Households
With Income of Less Than $25,000

**20% of Hispanic and More Than
17% of Black Have Incomes of
Less Than $25,000 Compared to
11.3% of Whites Households**



**11.2%** White

**17.2%** Black

**20.0%** Hispanic

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

Districts 12, 14 and 56
**Functional Illiteracy**

**Just Under 30% of
Hispanics are Over The Age of 25 are
Functionally Illiterate
Compared to 3.2% for Whites
and 6.2% for African Americans**



**29.0%**

**6.2%**

**3.1%**

**White**  **Black**  **Hispanic**

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

### Districts 12, 14 and 56
**Functional Illiteracy**

**Although Hispanics Make Up Only 18.7% Of The Persons Over 25, they Comprise 64.5% Of the Functionally Illiterate**



**64.5%**

**24.8%**

**10.7%**

**White**   **Black**   **Hispanic**

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

Districts 12, 14 and 56
**Not High School Graduates**

**One Third of Hispanics Over the Age of 23 Have Not Graduated from High School Compared to 5.8% for Whites**



**10.4%**

**23.3%**

**48.0%**

**White**

**Black**

**Hispanic**

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

Districts 12, 14 and 56
**College Graduates**

**Just Over 8% of Hispanics are Over The Age of 25 are College Graduates Compared to 31.9% Of Whites**



31.9%

11.2%

8.3%

**White**

**Black**

**Hispanic**

8/21/2014

Korbel Research for Perez v Perry

42

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

Districts 12, 14 and 56
Percentage of Households
With Income of Less Than $25,000

**34.9% of Hispanic and More Than 44% of Blacks Households
Have Incomes of
Less Than $25,000 Compared to
13.5% of Whites Households**



Korbel Research for Perez v Perry

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

## Districts 12, 14 and 56
### Percentage of Families and People Whose Income in the Past 12 Months is Below the Poverty Level

**Hispanics And African American Families are More than Three Times as Likely to Be Below Poverty as White Families**



28.4%
26.6%
8.0%

White    Black    Hispanic

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

## Districts 12, 14 and 56
Percentage of Households With
Income of Greater Than $150,000.00

**More Than 10% of White
Compared to Fewer Than 2.1% of
Black and Hispanic Households
have Incomes In Excess $150,000**

**10.1%**

**1.2%**

**2.1%**



**White**

**Black**

**Hispanic**



Korbel Research for Perez v Perry

# Selected Socio-Economic Data For

# **State of Texas**

**Veasey Plaintiffs**
**Appendix**
**No. 5 G**
Ex_____

Source: 2010 American Community Survey

**Korbel Research**

# State of Texas
## Per Capita Income

The White Per Capita
Income is Approximately
Twice That of Hispanics
and African Americans



$34,826 — White
$18,418 — Af.Am.
$14,169 — Hispanic

Source: 2010 American Community Survey

Korbel Research 1

# State of Texas
## Median Family Income

The Median Income of Hispanics and African American Families is Approximately 60% that of White Families

**$76,350**

**$43,547**

**$38,916**



White    Af.Am.    Hispanic

Source: 2010 American Community Survey

Korbel Research 2

# State of Texas

Poverty in Families by Race and Ethnicity

The Poverty Rate for
Hispanics and African
Americans is
Approximately Five Times
that of Whites



22.9%

20.0%

5.6%

White     Af.Am.     Hispanic

Source: 2010 American Community Survey

Korbel Research 3

# State of Texas

Poverty In Single Female Parent Families

Over 40% of the Single
Female Parented
Hispanic Families Are In
Poverty



Source: 2019 American Community Survey

Korbel Research 4

# State of Texas

## Households Receiving Food Stamps

### Minority Families Are In the Range of 4 Times More Likely to Receive Food Stamps



18.8%

18.2%

4.9%

**Af.Am**

**Hispanic**

**White**

Source: 2010 American Community Survey

Korbel Research 5

# State of Texas

Unemployment by Race and Ethnicity

## Minority Unemployment is Significantly Higher Then that of Whites



Source: 2010 American Community Survey

# State of Texas
## Functional Illiteracy in Persons 25 Years and Older

### More than One Quarter of Hispanics are Functionally Illiterate Compared to 2.4% of Whites

Source: 2010 American Community Survey

Korbel Research 7



**2.4%** White

**4.1%** Af.Am

**25.4%** Hispanic

# State of Texas

## Functional Illiteracy in Persons 25 Years and Older

Hispanics Comprise More
Than 80% of the
Functionally Illiterate
Persons in Texas



**82.1%**



**6.0%**    **4.1%**

**White**    **Af.Am**    **Hispanic**

Source: 2010 American Community Survey

Korbel Research 8

# State of Texas
## Not High School Graduates

Almost 42% of Hispanics Over
the Age of 25 Have Not
Graduated From High School
Compared to 8.7% of Whites



41.8%

15.7%

8.7%

White    Af.Am    Hispanic

Source: 2010 American Community Survey

**Korbel Research 9**

# State of Texas

## Persons over 25 With a Professional or Graduate Degree

Hispanics and African Americans
Comprise More Half of the State
Population But Anglos Make Up
Almost 80% of Those Over 25
With Professional or Post
Graduate Degrees.

**77.7%**

**9.1%**

**13.6%**



White

Af.Am

Hispanic

Source: 2010 American Community Survey

Korbel Research 10





**DALLAS COUNTY**

Black+Hispanic Population
by VTD

COUNTIES

Percent Black+Hispanic Population
2010 Census
by VTD

- 70.0 to 100
- 60.0 to 69.9
- 50.0 to 59.9
- 40.0 to 49.9
- 30.0 to 39.9
- 0.1 to 29.9
- 0.

**Draft 8/23**



**DALLAS COUNTY**

**Black Population by VTD**

COUNTIES

**Percent Black Population
2010 Census
by VTD**

- 70.0 to 100
- 60.0 to 69.9
- 50.0 to 59.9
- 40.0 to 49.9
- 30.0 to 39.9
- 0.1 to 29.9
- < 0.1

Draft 8/23



DALLAS COUNTY

Hispanic Population
by VTD

COUNTIES

Percent Hispanic Population
2010 Census
by VTD

70.0 to 100
60.0 to 69.9
50.0 to 59.9
40.0 to 49.9
30.0 to 39.9
0.1 to 29.9
< 0.1

Draft 8/23



**HARRIS COUNTY**

Hispanic Population
by VTD

☐ COUNTIES

Percent Hispanic Population
2010 Census
by VTD
■ 70.0 to 100
■ 60.0 to 69.9
■ 50.0 to 59.9
■ 40.0 to 49.9
■ 30.0 to 39.9
■ 0.1 to 29.9
☐ < 0.1

Draft 8/23



**HARRIS COUNTY**

**Black Population by VTD**

COUNTIES

Percent Black Population
2010 Census
by VTD

70.0 to 100
60.0 to 69.9
50.0 to 59.9
40.0 to 49.9
30.0 to 39.9
0.1 to 29.9
< 0.1

**Draft 8/23**





Harris County

Draft 8/23

Google earth



Draft 8/23

**Harris County Loop 610**

