6.     My office is located at 205 E. Tilley, Hebbronville, Texas 78361. It is open Monday through Friday, from 9:00 am to noon, and 1:00 pm to 5:00 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of seven complete EIC applications.

8.     Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.     To the best of my knowledge, the Jim Hogg County Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 25th day of April 2014.

*Norma L. Hinojosa*

Norma L. Hinojosa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>RICK PERRY, *et al.*,<br><br>              Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>           Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>           Plaintiff-Intervenors,<br><br>       v.<br><br>STATE OF TEXAS, *et al.*,<br><br>              Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF KAREN L. OPIELA

I, Karen L. Opiela, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Wilson County, Texas.

3.     I am employed with the Karnes County Elections Office, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Karnes County Elections Office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Karnes County does not currently have an operational driver license office.

6.    My office is located at 210 W. Calvert Street, Suite 140, Karnes City, Texas 78118.  It is open Monday through Thursday, from 9:00 am to 4:00 pm, and on Friday from 9:00 am to noon.

7.    Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Karnes County Elections Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the 22nd day of April 2014.

Karen L. Opiela



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-291 (NGR) |
| NANDITA BERRY, *et al.*, | |
| Defendants. | |
| BELINDA ORTIZ, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-348 (NGR) |
| STATE OF TEXAS, *et al.*, | |
| Defendants | |

## DECLARATION OF WILLIAM D. SCOGIN

I, William D. Scogin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Kent County, Texas.

3.     I am employed by Kent County, where I serve as the Sheriff and Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Kent County Sheriff and Tax Assessor-Collector's office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.   Kent County does not currently have an operational driver license office.

6.   My office is located at 227 S. Main, Jayton, Texas 79528.  It is open Monday through Friday, from 8:00 am to 5:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Kent County Sheriff and Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 21ˢᵀ day of April 2014.

William D. Scogin

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | Civil Action No. 2:13-cv-263 (NGR) |
| Plaintiff-Intervenors, | |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF JAMMYE D. TIMMONS

    I, Jammye D. Timmons, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of King County, Texas.

3.    I am employed with King County, where I serve as the County Clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the King County Clerk.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    King County does not currently have an operational driver license office.

6.   My office is located at the County Courthouse, 800 S. Baker St., Guthrie, Texas 79236. It is open Monday through Friday, from 9:00 am to noon, and 1:00 pm to 5:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the King County Clerk's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the __17th__ day of April 2014.

Jammye D. Timmons
Jammye D. Timmons

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MARGARITA A. ESQUEDA

I, Margarita A. Esqueda, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of La Salle County, Texas.

3.    I am employed by La Salle County, where I serve as the County and District Clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the County and District Clerk's office, along with Dora A. Gonzalez, the La Salle County Tax Assessor.

4.    My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5.   La Salle County does not have an operational driver license office.

6.   My office is located at 101 Courthouse Square, Cotulla, Texas 78014. My office can issue EICs on two Tuesdays within 30 days of each election, from 9:00 am to noon and from 1:00 pm to 3:00 pm. Our office also plans to issue EICs from the Encinal Veterans Hall, located on 105 Bonanza Street, Encinal, Texas 78019, on two Thursdays within 30 days of each election, from 10:00 am to 2:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of two complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of one incomplete or otherwise incorrect EIC application.

9.   The La Salle County and District Clerk's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _7th_ day of May 2014.

Margarita A. Esqueda
Margarita A. Esqueda
La Salle County & District Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

      v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

        Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

        Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

        Plaintiff-Intervenors,

      v.

STATE OF TEXAS, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF KATHY FRY

I, Kathy Fry, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Lipscomb County, Texas.

3. I am employed with the Lipscomb County Tax Office, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Lipscomb County Tax Office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Lipscomb County does not currently have an operational driver license office.

6.  My office is located at 101 S. Main Ave., Lipscomb, Texas 79056. It is open Monday through Friday, from 8:30 am to 5:00 pm.

7.  Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.  To the best of my knowledge, the Lipscomb County Tax Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _15_ day of April 2014.

Kathy Fry

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>　　　　Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF TINA POWERS

    I, Tina Powers, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Loving County, Texas.

3.     I am employed by the Loving County Sheriff's Office, where I serve as an administrative assistant. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Loving County Sheriff's Office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Loving County does not currently have an operational driver license office.

6.    My office is located at 114 West Collins Avenue, Mentone, Texas 79754. It is open Monday through Friday, from 8:00 am to noon, and 1:00 pm to 4:00 pm.

7.    Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Loving County Sheriff's Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 22nd day of April 2014.

Tina Powers

CIVIL RIGHTS DIVISION
VOTING SECTION

2014 APR 30 PM 3: 15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF DONNA WILLIS

I, Donna Willis, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Lynn County, Texas.

3. I am employed by Lynn County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Lynn County Tax Office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Lynn County does not currently have an operational driver license office.

6.  My office is located at 1521 Avenue J, Tahoka, Texas 79373. It is open Monday through Friday, from 8:30 am to noon, and 1:00 pm to 5:00 pm.

7.  Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.  To the best of my knowledge, the Lynn County Tax Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _30th_ day of April 2014.

Donna Willis
Donna Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>        Plaintiffs, <br><br>        v. <br><br> RICK PERRY, *et al.*, <br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>        Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>        Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>        Plaintiff-Intervenors, <br><br>        v. <br><br> STATE OF TEXAS, *et al.*, <br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF EARL C. PARKER, JR.

I, Earl C. Parker, Jr., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Madison County, Texas.

3. I am employed by Madison County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Madison County Elections Office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Madison County does not currently have an operational driver license office.

6. My office is located at 101 West Main Street, Room 121, Madisonville, Texas 77864. It is open Monday through Friday, from 8:00 am to 4:30 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Madison County Elections Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 21 day of April 2014.

Earl C. Parker, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-291 (NGR) |
| NANDITA BERRY, *et al.*, | |
| Defendants. | |
| BELINDA ORTIZ, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-348 (NGR) |
| STATE OF TEXAS, *et al.*, | |
| Defendants | |

## DECLARATION OF KAREN G. JONES

I, Karen G. Jones, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2.      I am a resident of Marion County, Texas.

3.      I am employed with the Marion County Tax Office, where I serve as the Tax Assessor-Collector.  As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Marion County Tax Office.

4.      My office accepts applications for EICs.  Applicants must appear in person to submit their application.

5.      Marion County does not currently have an operational driver license office.

6. My office is located at 114 W. Austin St., Room 100, Jefferson, Texas 75657. It is open Monday through Friday, from 8:00 am to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Marion County Tax Office does not currently have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the ___ day of April 2014.

_____
Karen G. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

                Plaintiffs,

      v.

RICK PERRY, *et al.*,

                Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

                Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

                Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

                Plaintiff-Intervenors,

      v.

STATE OF TEXAS, *et al.*,

                Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

               Plaintiffs,

       v.

NANDITA BERRY, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

               Plaintiffs,

       v.

STATE OF TEXAS, *et al.*,

               Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MATTIE SADOVSKY

I, Mattie Sadovsky, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of McMullen County, Texas.

3. I am employed by McMullen County, where I serve as a deputy clerk and elections administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the McMullen County Clerk's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.      McMullen County does not currently have an operational driver license office.

6.      My office is located at 501 River Street, Tilden, Texas 78072. It is open Monday through Friday, from 8:00 am to 4:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.      To the best of my knowledge, the McMullen County Clerk's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _____ day of April 2014.

Mattie Sadovsky

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

          Plaintiffs,

       v.

NANDITA BERRY, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

          Plaintiffs,

       v.

STATE OF TEXAS, *et al.*,

          Defendants

Civil Action No. 2:13-cv-348 (NGR)

## **DECLARATION OF TIMOTHY R. POWELL**

I, Timothy R. Powell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Menard County, Texas.

3.    I am employed by Menard County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Menard County Tax Assessor-Collector's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Menard County does not currently have an operational driver license office.

6.    My office is located at 206 E. San Saba Avenue, Menard, Texas 76859.  It is open

      Monday through Thursday, from 8:00 am to noon and from 1:00 pm to 5:00 pm, and on

      Friday from 8:00 am to noon and from 1:00 pm to 4:00 pm.

7.    Between the dates of June 25, 2013, to the present, my office received a total of zero

      complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero

      incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Menard County Tax Assessor-Collector's office does

      not have any plans to change its location or hours of operation prior to the November 4,

      2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the  21  day of April 2014.


                                                        Timothy R. Powell

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>   v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

                Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

                Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

                Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

                Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MELISSA BURKS

I, Melissa Burks, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Newton County, Texas.

3.    I am employed by Newton County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Newton County Tax Assessor-Collector's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Newton County does not currently have an operational driver license office.

6.     My office is located at 113 Court Street, Newton, Texas 75966.  It is open on both

       Tuesday and Thursday, from 9:00 am to 3:00 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of zero

       complete EIC applications.

8.     Between the dates of June 25, 2013, to the present, my office received a total of zero

       incomplete or otherwise incorrect EIC applications.

9.     To the best of my knowledge, the Newton County Tax Assessor-Collector's office does

       not have any plans to change its location or hours of operation prior to the November 4,

       2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the 28th day of April 2014.


                                                      *Melissa Burks*
                                                      Melissa Burks

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

           Plaintiffs,

   v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

           Plaintiffs,

   v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF COURTNEY BENNETT

    I, Courtney Bennett, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Oldham County, Texas.

3.    I am employed by Oldham County, where I serve as the court clerk for the Justice of the Peace. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the office of the Justice of the Peace.

4.    My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Oldham County does not have an operational driver license office.

6.      My office is located at 100 S. Main Street, Vega, Texas 79092. It is open Monday through Friday, from 9:00 am to noon, and 1:00 pm to 5:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.      The Oldham County Justice of the Peace office is under no obligation to continue accepting applications for EICs.

10.      The Oldham County Justice of the Peace office does not currently have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _____ day of May 2014.

Courtney Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF TRUDY HANCOCK

I, Trudy Hancock, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Robertson County, Texas.

3. I am employed by Robertson County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Robertson County Elections Department.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Robertson County does not currently have an operational driver license office.

6.  My office is located at 302 North Main, Franklin, Texas 77856. It is open Monday through Friday, from 8:00 am to noon, and from 1:00 pm to 5:00 pm. My office also made EICs available at the Precinct 4 Justice of the Peace office located at 113 Jack Street, Bremond, Texas 76629, on January 21, 2014, from 9:00 am to 4:00 pm; at the fire station located on 600 Railroad Street, Calvert, Texas 77837, on January 22, 2014, from 9:00 am to 4:00 pm; and at the former DPS office located on 306 West 3rd Street, Hearne, Texas, 77859, on January 23, 2014, from 9:00 am to 4:00 pm.

7.  Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.  To the best of my knowledge, the Robertson County Elections Department does not have any plans to change its hours of operation prior to the November 4, 2014, general election. The elections department currently has plans to move to a new location in or around July 2014; however, the future site for the office has not yet been determined.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 5th day of May 2014.

Trudy Hancock

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | | |
| Plaintiffs, | | |
| v. | | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | | |
| Defendants. | | |
| | | |
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | | |
| Plaintiff-Intervenors, | | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | | |
| Plaintiff-Intervenors, | | |
| v. | | |
| STATE OF TEXAS, *et al.*, | | |
| Defendants. | | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

            Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

            Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

            Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

            Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF DEBORAH WOODS

I, Deborah Woods, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of San Augustine County, Texas.

3.    I am employed with the San Augustine County Election Administrator's Office, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the San Augustine County Election Administrator's Office.

4.    My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5. San Augustine County does not have an operational driver license office.

6. My office is located at 225 N. Harrison, San Augustine, Texas 75972. Starting 45 days before any federal election and ending 45 days after that election, my office is open Monday through Friday, ~~from 8:00 am to 4:00 pm.~~ *a minimum of 4 hours(dw)* Currently, it is open on Monday, Wednesday, and Friday from 8:00 am to 3:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of one complete EIC application.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. The San Augustine County Election Administrator's Office is under no obligation to continue accepting applications for EICs.

10. The San Augustine County Election Administrator's Office does not currently have plans to change its location prior to the November 4, 2014, general election. The office's hours of operation will change as described in paragraph 6, above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 9th day of May 2014.

Deborah Woods
Deborah Woods

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

          Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

          Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

          Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF SHERRYL EVANS

I, Sherryl Evans, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of San Jacinto County, Texas.

3. I am employed by San Jacinto County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the San Jacinto County Elections Office.

4. My office first became available to accept and process EIC applications on October 23, 2013, when the Interlocal Cooperation Contract with the Texas Department of Public Safety was signed.

5.   My office currently accepts applications for EICs.  Applicants must appear in person to submit their application.

6.   San Jacinto County does not have an operational driver license office.

7.   My office is located at 51 East Pine Avenue, Coldspring, Texas 77331.  It is open Monday through Friday, from 8:00 am to 4:30 pm.

8.   Between the dates of October 23, 2013, to the present, my office received a total of one complete EIC application.

9.   Between the dates of October 23, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

10.  The San Jacinto County Elections Office is under no obligation to continue accepting applications for EICs.

11.  The San Jacinto County Elections Office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the _14_ day of May 2014.


                                        Sherryl Evans

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>　　　　Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>　　　　Plaintiff-Intervenors,<br><br>　v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

Plaintiffs,

v.

NANDITA BERRY, *et al.*,

Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

Plaintiffs,

v.

STATE OF TEXAS, *et al.*,

Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF BRENDA MAYFIELD

I, Brenda Mayfield, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.  I am a resident of Schleicher County, Texas.

3.  I am employed with the Schleicher County Election Administration Office, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Schleicher County Election Administration Office.

4.  My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Schleicher County does not currently have an operational driver license office.

6.     My office is located at 1 North Cottonwood Street, Eldorado, Texas 79636. It is open Monday through Friday, from 9:00 am to noon, and from 1:00 pm to 5:00 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.     Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.     To the best of my knowledge, the Schleicher County Election Administration Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _23_ day of April 2014.



Brenda Mayfield

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

          Plaintiffs,

        v.

RICK PERRY, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

          Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

          Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

          Plaintiff-Intervenors,

        v.

STATE OF TEXAS, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

                 Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

               Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

               Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF GAYALA ASKEW

I, Gayala Askew, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Shackelford County, Texas.

3. I am employed with the Shackelford County Sheriff and Tax Assessor-Collector's office, where I serve as the chief deputy. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Shackelford County Sheriff and Tax Assessor-Collector's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Shackelford County does not currently have an operational driver license office.

6.     My office is located at 225 South Main, Albany, Texas 76430. It is open Monday through Friday, from 8:30 am to noon, and from 1:00 pm to 5:00 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.     Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.     To the best of my knowledge, the Shackelford County Sheriff and Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _21_ day of April 2014.

Gayala Askew

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF VALERIE MCALISTER

I, Valerie McAlister, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Sherman County, Texas.

3. I am employed by Sherman County, where I serve as the County Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Sherman County Tax Assessor-Collector's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Sherman County does not currently have an operational driver license office.

6. My office is located at 701 North 3rd Street, Stratford, Texas 79084. It is open Monday through Friday, from 8:00 am to noon, and from 1:00 pm to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Sherman County Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 28th day of April 2014.

Valerie McAlister

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors. | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

### DECLARATION OF CATHY THOMAS

I, Cathy Thomas, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Somervell County, Texas.

3.    I am employed by Somervell County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Somervell County Elections Administrator's office.

4.    My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Somervell County does not have an operational driver license office.

6.  My office is located at 107 N.E. Vernon, Glen Rose, Texas 76043. It is open Monday through Friday, from 8:00 am to 5:00 pm.

7.  Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.  The Somervell County Elections Administrator's office is under no obligation to continue accepting applications for EICs.

10. The Somervell County Elections Administrator's office does not currently have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _1st_ day of May 2014.

Cathy Thomas
Cathy Thomas

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>　　　　　Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>　　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF CLINT MCDONALD

I, Clint McDonald, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Terrell County, Texas.

3. I am employed by Terrell County, where I serve as the Sheriff and Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Terrell County Sheriff and Tax Assessor-Collector's office.

4. My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5. Terrell County does not have an operational driver license office.

6. My office is located at 105 East Hackberry, Sanderson, Texas 79848. It is open Monday through Friday, from 8:00 am to noon, and from 1:00 pm to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. The Terrell County Sheriff and Tax Assessor-Collector's office is under no obligation to continue accepting applications for EICs.

10. The Terrell County Sheriff and Tax Assessor-Collector's office does not currently have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 30 day of May 2014.

Clint McDonald

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

               Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

               Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

               Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF DIANNA MOORE

I, Dianna Moore, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Throckmorton County, Texas.

3.    I am employed by Throckmorton County, where I serve as the County/District Clerk.  On April 28, 2014, I accepted responsibility for processing applications for election identification certificates ("EICs") received by the Throckmorton County/District Clerk's office.

4. I have not received any training from the Texas Department of Public Safety ("DPS") on how to accept and process EIC applications. Also, as of today, my training with DPS has not been scheduled.

5. Prior to April 28, 2014, Sara Daws, a deputy clerk with the Throckmorton County/District Clerk's office, was responsible for accepting and processing EIC applications. She is no longer an employee of my office.

6. My office continues to accept applications for EICs. Applicants must appear in person to submit their application.

7. Throckmorton County does not have an operational driver license office.

8. My office is located at 121 North Minter, Throckmorton, Texas 76483. It is open Monday through Friday, from 8:00 am to 4:00 pm.

9. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

10. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

11. The Throckmorton County/District Clerk's office is under no obligation to continue accepting applications for EICs.

12. The Throckmorton County/District Clerk's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 9th day of May 2014.

Dianna Moore
Dianna Moore

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>         Plaintiffs,<br><br>      v.<br><br>NANDITA BERRY, *et al.*,<br><br>         Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>         Plaintiffs,<br><br>      v.<br><br>STATE OF TEXAS, *et al.*,<br><br>         Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## **DECLARATION OF HUGO LEYVA**

I, Hugo Leyva, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Willacy County, Texas.

3.    I am employed by Willacy County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Willacy County Elections office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Willacy County does not currently have an operational driver license office.

6. My office is located at 190 North 3rd Street, Raymondville, Texas 78580. It is open on Tuesday from 8:00 am to 4:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Willacy County Elections office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the  12th  day of May 2014.

Hugo Leyva

# Appendix 4

# CURRICULUM VITA
# GERALD (JERRY) R. WEBSTER

**Present Address:**     3221 Reynolds Street
Laramie, Wyoming 82072
Home Phone: (307) 745-8633

**Business Address:**    Geography, Box 3371
1000 E. University Ave.
University of Wyoming
Laramie, Wyoming 82071-3371
Department Phone: (307) 766-3311
Fax: (307) 766-3294
Email: gwebste1@uwyo.edu

**Personal Data:**       Born June 2, 1953 in Bremerton, Washington;
Graduated High School from Mannheim American High School,
Mannheim, West Germany, 1971.

## EDUCATION

B.A.   University of Colorado, Denver, Colorado. Political Science, 1976.
M.S.   Western Washington University, Bellingham, Washington. Geography, 1980.
Thesis Title: "The Economic Impact of Canadian Tourism in Whatcom County,
Washington: An Examination of Selected Factors Influencing Canadian Cross-Border
Activity."
Advisor: Debnath Mookherjee.
Ph.D. University of Kentucky, Lexington, Kentucky. Geography, 1984.
Dissertation Title: "The Spatial Reorganization of the Local State: The Case of County
Boundaries in Kentucky."
Advisor: Stanley D. Brunn.

## POSITIONS HELD

Adjunct Professor, Global and Area Studies Program, University of Wyoming, 8/10 - present.

Professor and Chair, Department of Geography, University of Wyoming, 8/07 - present.

Chair, Department of Geography, University of Alabama, 1/01 - 8/07.

Professor, Department of Geography, University of Alabama, 8/97 - 8/07.

1

Associate Professor, Department of Geography, University of Alabama, 8/92 - 8/97.

Assistant Professor, Department of Geography, University of Alabama, 8/89 - 8/92.

Assistant Professor, Department of Geography and Recreation, University of Wyoming, 8/85 - 7/89.

Visiting Assistant Professor (leave of absence replacement), Department of Geography, University of Miami, Coral Gables, Florida, 8/84 - 5/85.

Visiting Instructor (sabbatical replacement), Department of Geography, University of Illinois, Urbana, Illinois, 1/84 - 5/84.

Instructor, Department of Geography, University of Kentucky, Lexington, Kentucky, 6/82 - 8/82; 6/83 - 8/83; and 6/84 - 8/84.

Teaching Assistant (full teaching responsibilities), Department of Geography, University of Kentucky, Lexington, Kentucky, 1/81 - 5/81; 8/82 - 5/83; and 8/83 - 12/83.

Instructor, European Division, University of Maryland, Bremerhaven, West Germany, 6/81 - 9/81.

Research Assistant, Department of Geography and Regional Planning, Western Washington University, Bellingham, Washington, 9/79 - 6/80.

Teaching Assistant, Department of Geography and Regional Planning, Western Washington University, Bellingham, Washington, 8/78 - 6/79.


**PRIMARY TEACHING INTERESTS**

**Lower Division**
Human Geography
World Regional Geography
Planning
Middle America

**Upper Division**
Political Geography (International, U.S.)
Urban Geography
Research Methods and Traditions


**COURSES TAUGHT (no. of times as of Fall 2014)**
Introduction to Geography (3)
Introduction to Physical Geography (4)
Introduction to Climatology (2)

Geography of Middle America (4)
Geography of Latin America (2)
Introduction to Land Use Planning (8)

2

Introduction to Human Geography (12)     Research Methods and Traditions (21)
Introduction to World Regional Geography (46)     Political Geography (13)
Social and Cultural Geography (1)     Political Geography of the U.S. (2)
Urban Geography (7)     Critiquing the Literature (2)
Participation in Computer Based Honors Program, University of Alabama (4)

*Directed Independent Studies Courses*: Geography of Europe, Geography of Latin America, Geography of the Soviet Union, Geography of Religion in the U.S., Social and Cultural Geography, Geography of the Rocky Mountain Region, Geography of UN Voting, Mexico in the International System, Section and Party in India, Nation and State in Africa, NGOs and the International System, Pre-Columbian Settlement Planning and Design in Mexico, Geography of Crime, Geopolitics, Geography of Taxation, Geography of BBQ, Use of Geographic Place Names in Presidential Debates.

## THESES AND SELECTED NON-THESIS PAPERS DIRECTED

Matthew Balentine (2014), "The Changing Electoral Landscape of the Western U.S.: A Declining Republican Heartland?," Thesis, University of Wyoming.

Allen, Ashley (2013), "Alaskan Ghost Ships and Narrative Landscapes of Memory," Thesis, Geography, University of Wyoming.

Caroline Hope McClure (2012), "Overton Square: An Historical Geography," and "The Wyoming Online Student Maps Project," Non-thesis papers, Geography, University of Wyoming.

Thomas Lennon (2012), "Sustainability of Tourism in Punta Cana, Dominican Republic," Thesis, International Studies, University of Wyoming.

Nathaniel HadleyDike (2010), "Political Regions and Electoral Strategies: An Analysis of Political Regions in the United States Through the Medium of Television Advertisements," Thesis, Geography, University of Wyoming.

Nicholas Quinton (2007), "Differential Tax Levies and Retail Outlet Locations," Thesis, University of Alabama.

Jerrod Bowman (2007), "A Reexamination of the Southern Violence Construct," Thesis, University of Alabama.

Lisa Channell (2007), "Environmental Perceptions as Recorded by the Lewis and Clark Expeditions, 1804-1806," Non-thesis research paper, University of Alabama.

3

Daniel McGowin (2006), "Yasukuni Shrine: A Comparative Study of Iconography in Japan and the American South," Thesis, University of Alabama.

Heath Robinson (2006), "Geostrategy of the Post Cold War World," Thesis, University of Alabama.

Steve Darby (2005), "The Changing Face of Alabama: Alabama's Efforts at Coping with the Emerging Hispanic Demographic," Non-thesis research paper, University of Alabama.

Scott Farmer (2005), "Assessment of Federal Government Policies on Natural Hazard Mitigation," Non-thesis paper, University of Alabama.

Timothy Kidd (2003), "Let's Get Out of Here! Secession Movements in the United States," Thesis, University of Alabama.

Trevor Harris-Groshong (2002), "The Origins of and Geographic Trends Influencing the Development of Urban Growth Boundaries," Non-thesis research paper, University of Alabama.

Lindsay Collier (2001), "Frederic Edwin Church: Contributions of a Landscape Painter to Geography," Non-thesis research paper, University of Alabama.

Robert Russell (1999), "The Use of Geographic Place Names in the 1996 Presidential Debates," Non-thesis research paper, University of Alabama.

Amy C. Faulkner (1999), "Geopolitics and the American Containment Doctrine," Non-thesis research paper, University of Alabama.

Pat Vaum (1999), "Maps, States and Propaganda Cartography," Non-thesis research paper, University of Alabama.

Lynn Copeland Hardegree (1998), "An Evaluation of Southern Congressional Districts With Female Representation in the 103rd, 104th, and 105th Congresses: Where are the Ladies from Alabama?," Non-thesis research paper, University of Alabama.

Kenneth Kassem (1997), "The Geographic Distribution of Marine Protected Areas in the Americas," Non-thesis research paper, University of Alabama.

Victoria Tinnen (1997), "Women Scientists: Down the Path Less Traveled," Non-thesis research paper, University of Alabama.

David Norris (1996), "The Effectiveness of Affirmative Gerrymandering at the Local Level in Alabama," Non-thesis research paper, University of Alabama.

4

Kathleen O'Reilly (1996), "The Electoral Geography of Anti-Gay-Rights Referenda in Oregon, 1988-1994," Thesis, University of Alabama.  Presentation from Ms. O'Reilly's thesis work won the outstanding research paper by a Masters student at the 1995 SEDAAG meeting, and an Honorable Mention in the Political Geography Specialty Group's Student Paper Competition in 1996.  An article drawn from her thesis appeared in the <u>Professional Geographer</u> in 1998.

Nel Ruffin, (1996), "Sinkholes in the Marble and Dolostone Karst of Sylacauga, Alabama," Thesis, University of Alabama.  Presentation from Ms. Ruffin's thesis won the outstanding research paper by a Masters student at the 1996 SEDAAG meeting.

Valerie Stout (1996), "Electoral Geography of Legislative Support for the 'Takings Law'," Non-thesis research paper.

Robert George (1996), "Alabama's License Plate: A Symbol of the Massive Resistance?," (subsequently published in <u>International Social Science Review</u>), and "A Vernacular West," Non-thesis research papers, University of Alabama.

Suzanna Hartley (1994), "Modeling Foreign Direct Manufacturing Decisions in the Southern United States," Thesis, University of Alabama.

Cynthia Sutherland (1994), "Compactness of Congressional Districts in the Southeast," Non-thesis research paper, University of Alabama.

John Puckett (1992), "The Conversion of Agricultural Land in Madison, Alabama, 1950-1987," Non-thesis research paper, University of Alabama.

Mark Greer (1992), "Regional Alignment in United Nations' Cold War Voting, 1946-1985," Thesis, University of Wyoming.

Majorie L. Varuska (1989), "Changing of the Guard: The Successor Generation and NATO," Non-thesis research paper, University of Wyoming.

Jacqueline V. Nolan (1986), "Ministate Voting in the United Nations," Non-thesis research paper, University of Wyoming.

## PRIMARY RESEARCH INTERESTS

Redistricting
Spatial Organization of Government
Southern Politics
Electoral Geography
Electoral Regionalism and Change in the United States

Political Iconography
Secessionist Movements
Nationalism
Sanctification of Indian Massacre Sites

## RESEARCH PRESENTATIONS

"Bible Belt Denominational Membership Patterns, Correlates and Landscapes," with Robert Watrel, J. Clark Archer and Stanley D. Brunn, Association of American Geographers, Tampa, FL, April 2014.

"Geography of Religious Freedom," with Daniel McGowin, Association of American Geographers, Tampa, FL, April 2014.

"'Lest We Forget': John Winberry and the Study of Confederate Monuments on the Southern Landscape," with Jonathan I. Leib, Southeastern Division of the Association of American Geographers, Roanoke, VA, November 2013.

"Here or There: Looking at the Usage of Foreign and Domestic Place Names in Presidential Debates, 1976-2012," with Matt Balentine and Justin Frazier, Great Plains-Rocky Mountain Division of the Association of American Geographers, Omaha, NE, October 2013.

"Social Science Expert Witness Testimony in Voting Rights Cases," with Richard L. Engstrom, Daniel C. McCool, and Jorge Chapa, International Conference on Interdisciplinary Social Sciences, Prague, Czech Republic, July 2013.

"The Use of Geographic Place Names in Presidential Election Debates, 1976-2012," with Matthew Balentine and Justin Frazier, Association of American Geographers, Los Angeles, CA, April 2013.

"Pre-Election Perspectives on the 2012 Elections," Keynote Address, Mid-Atlantic Division, Salisbury, MD, November, 2012.

"The Sanctification of the Washita Massacre Site," Race, Ethnicity and Place Conference, San Juan, Puerto Rico, October, 2012.

"Reflections on Current Criteria to Evaluate Redistricting Plans," Political Geography Plenary Lecture, Association of American Geographers, New York, NY, February, 2012.

"Geographies of Same-Sex Marriage Referenda in the United States: Regional and National Perspectives," with Jonathan Leib and Thomas Chapman, Association of American Geographers, New York City, February, 2012.

"The Bible Belt in a Changing South: Shrinking, Relocating and Multiple Buckles," with Stanley Brunn and J, Clark Archer, Auburn-Montgomery Liberal Arts Conference, Montgomery, AL, February, 2012.

"Geospatial Aspects of Wine Law in the United States," with Michael Pretes, Vagn Hansen and Matthew Balentine, Southeastern Division of the Association of American Geographers, Savannah, GA, November, 2011.

"The Sanctification of the Washita Massacre Site," Great Plains-Rocky Mountain Division of the Association of American Geographers, Denver, CO, October, 2011.

"'Custer's Luck', Sanctification and the Washita Massacre," National Council for Geographic Education, Portland, OR, August 2011.

"Delineating the Bible Belt Geographic Region. 1971-2000," with Stanley D. Brunn and J. Clark Archer, Association of American Geographers, Seattle, WA, April 2011.

"Custer May Have Died for Our Sins But He Didn't Go Away," Department of Geography, South Dakota State University, March, 2011.

"The Bible Belt: Shrinking, Relocating and Multiple Buckles," with Stanley D. Brunn and J. Clark Archer, Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 2010.

"Teaching About the U.S. Civil Rights Struggle," Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 2010.

"Memorializing Controversy: Custer Place Names on the Western Landscape," Great Plains-Rocky Mountain Division of the Association of American Geographers, Lawrence, KS, October, 2010.

"Institutionalizing the Myth: Custer Place Names on the Western Landscape," Association of American Geographers, Washington, D.C., April 2010.

7

"Promoting Productivity Across All Ranks," Association of American Geographers, Washington, D.C., April 2010.

"Custer May Have Died For Our Sins But He Didn't Go Away," Colloquium, Department of Geography, University of Alabama, March 2010.

"Custer May Have Died For Our Sins But He Didn't Go Away," Southeastern Division of the Association of American Geographers, Knoxville, TN, November 2009.

"American Nationalism and the Invasion of Iraq," National Council for Geographic Education, San Juan, Puerto Rico, September 2009.

"Place, Partisan Elections, and Direct Democracy: A Place-Based Analysis of Alabama's Electoral Geography," with Nick Quinton, Association of American Geographers, Las Vegas, NV, March 2009.

"Counting Old Glory- A Census of American Flag Symbols in Laramie, Wyoming," with Daniel Ervin, Association of American Geographers, Las Vegas, NV, March 2009.

"Thoughts on Mentoring Junior Faculty," Association of American Geographers, Association of American Geographers, Las Vegas, NV, March 2009.

"Early Voting and the 2008 Elections," with Nathaniel HadleyDike and Daniel Ervin, Association of American Geographers, Las Vegas, NV, March 2008.

"Flags, Iconography, Banal Nationalism and Iraq," Southeastern Division of the Association of American Geographers, Greensboro, NC, November 2008.

"'What Would Robert E. Lee Do?': Race, Religion and the Confederate Battle Flag," with Jonathan Leib, Southeastern Division of the Association of American Geographers, Greensboro, NC, November 2008.

"Voting in Alabama, Put in Its 'Place'," with Nick Quinton, Southeastern Division of the Association of American Geographers, Greensboro, NC, November 2008.

"Race, Religion and the Confederate Battle Flag in the American South," with Jonathan Leib,

8

Race, Ethnicity and Place Conference, Miami, FL, November 2008.

"The Perfect Storm Update? : Perspectives on the 2008 Congressional Elections," Session on The Geographic Perspectives on the 2008 Elections, Great Plain-Rocky Mountain Division of the Association of American Geographers, Grand Forks, ND, September 2008.

"Electoral Alignments and Cleavages in Statewide Referenda in Alabama," with Nick Quinton, Conference on Revitalizing Electoral Geography, Tallahassee, FL, May 2008.

"The Electoral Geography of Two Jim Crow Referenda," with Nick Quinton, Association of American Geographers, Boston, MA, April 2008.

"The Perfect Storm?: Perspectives on the 2008 Congressional Elections," Association of American Geographers, Boston, MA, April 2008.

"The Electoral Geography of Alabama's 2006 Referenda Prohibiting Same-Sex Marriage," with Jonathan Leib and Tom Chapman, Association of American Geographers, Boston, MA, April 2008.

"Quantitatively Delineating the Black Belt Geographic Region," with Jerrod Bowman, Southeastern Division of the Association of American Geographers, Charleston, SC, November 2007.

"The History and Use of the Confederate Battle Flag," Southeastern Division of the Association of American Geographers, Charleston, SC, November 2007.

"Sports, Community, Nationalism and the International State System," Great Plains/Rocky Mountain Division of the Association of American Geographers, Denver, CO, October 2007

"Thoughts on Mentoring Junior Faculty," Great Plains/Rocky Mountain Division of the Association of American Geographers, Denver, CO, October 2007.

"The Trials of Felon Disenfranchisement in Alabama," Association of American Geographers, San Francisco, CA, April 2007.

"Sports, Politics, Nationalism and International Relations," Florida Society of Geographers, Jacksonville, FL, February 2007.

9

"Excising Jim Crow from the Alabama State Constitution: The Electoral Geography of Two Referenda," with Nicholas Quinton, Southeastern Division of the Association of American Geographers, Morgantown, WV, November 2006.

"Sports, Community, Nationalism and the International State System," National Council for Geographic Education, Tahoe, CA, October, 2006.

"'Race,' the Creative Class and Political Geographies of Same Sex Marriage in Georgia," with Thomas Chapman and Jonathan Leib, Applied Geography Conference, Tampa, FL, October, 2006.

"Hurricane Katrina and Voting Rights," Panel Presentation, Association of American Geographers, Chicago, IL, March 2006.

"Minority Influence Districts and State Legislative Votes on the Confederate Battle Emblem," with Jonathan Leib, Association of American Geographers, Chicago, IL, March 2006.

"The Cross They Bear: Whiteness, Religion, and the Confederate Battle Flag in the American South," with Jonathan Leib, Conferences on "Flying the Flag: Critical Perspectives on Symbolism and Identity," Oslo, Norway, November 2005.

"Social Justice and Voting Rights Issues in the South," Panel Presentation, Southeastern Division of the Association of American Geographers, West Palm Beach, FL, November 2005.

"Political Geography Research on the South, 1980-2005," with Jerrod Bowman, Daniel McGowin, and Heath Robinson, Southeastern Division of the Association of American Geographers, West Palm Beach, FL, November 2005.

"Voting on Jim Crow in Alabama," National Council for Geographic Education, Birmingham, AL, October 2005.

"Barbecue and Civil Rights in South Carolina," with Jonathan Leib, National Council for Geographic Education, Birmingham, AL, October 2005.

"Working for the Vote in Indian Country," with Erin Fouberg and Toby Moore, National Council for Geographic Education, Birmingham, AL, October 2005.

"Quantitatively Delineating the Black Belt Geographic Region," with Jerrod Bowman, Symposium of the History and Culture of the Black Belt, Livingston, AL, April 2005.

"Lost Cause Iconography and the Neo-Confederate Movement," with Jonathan Leib, Association of American Geographers, Denver, CO, April 2005.

"The Stand in the Smokehouse Door: Maurice Bessinger, the Neo-Confederate Movement and the Confederate Battle Flag in Columbia, South Carolina," with Jonathan Leib, Political Geography Specialty Group, Association of American Geographers, Boulder, CO, April 2005.

"Political Cartoons and the 2004 Presidential Campaign," Southeastern Division of the Association of American Geographers, Biloxi, MS, November 2004.

"Geography, Religion, Race and the 2003 Tax Reform Referendum in Alabama," with Roberta H. Webster, National Council for Geographic Education, Kansas City, KS, October, 2004.

"Civil War versus Civil Rights: Race and the Contested Meanings of the Confederate Battle Flag in the American South," with Jonathan Leib, Conference on Race, Ethnicity and Place, Washington, D.C., September 2004.

"Barring the Cross: The Confederate Battle Emblem and Georgia's State Flags, 2001-2004," with Jonathan I. Leib, Association of American Geographers, Philadelphia, PA, March, 2004.

"The Electoral Geography of Alabama's 2003 Vote on Tax Reform," with Roberta H. Webster, Political Geography Specialty Group Pre-AAG Conference, Atlantic City, NJ, March, 2004.

"Stars and Bars, Rebel Cross, or Denny's Placemat?: Race, Party, Iconography, and the Battle over Georgia's State Flags, 2001-2004," with Jonathan I. Leib, Political Specialty Group Pre-AAG Conference, Atlantic City, NJ, March, 2004.

"Black, White or Green?: The Confederate Battle Emblem and the 2001 Mississippi State Flag Referendum," with Jonathan I. Leib, Southeastern Division of the Association of American Geographers, Charlotte, NC, November, 2003.

"A New 'Stars and Bars'?: The Confederate Battle Emblem and Mississippi's 2001 State Flag Referendum," with Jonathan I. Leib, Association of American Geographers, New Orleans, LA,

March, 2003.

"Address Matching Voter Registration Data for Use in Redistricting," with Chad Landgraf, Political Geography Specialty Group Pre-AAG Conference, Wakulla Springs, FL, March, 2003.

"Statewide Public Voting on the Confederate Battle Emblem," with Jonathan I. Leib, Political Geography Specialty Group Pre-AAG Conference, Wakulla Springs, FL, March, 2003.

"Measuring 'District Core' Preservation in the Redistricting Process," with Chad Landgraf, Southeastern Division of the Association of American Geographers, Richmond, VA, November, 2002.

"Assessing the Geographic Compactness of Representational Districts," Association of American Geographers, Los Angeles, CA, March, 2002.

"'Six Flags Over Georgia': The Georgia Legislature, the Confederate Battle Emblem, and the New State Flag," with Jonathan Leib, Southeastern Division of the Association of American Geographers, Lexington, KY, November, 2001.

"Geography, Social Justice and Districting," National Council for Geographic Education, Vancouver, British Columbia, August, 2001.

"Equal Protection and the Supreme Court's Decision in *George W. Bush v. Albert Gore, Jr.*," Association of American Geographers, New York, NY, March, 2001.

"Race, Religion, Hate and the Internet," Association of American Geographers, New York, NY, March, 2001.

"The Confederate Battle Flag Debate in the South," with Jonathan I. Leib, Working Group on Census 2000 and Redistricting, Mississippi Valley State University, Itta Bena, MS, January, 2001.

"Geographical Analysis in Districting Litigation: Promises and Pitfalls," Working Group on Census 2000 and Redistricting, Mississippi Valley State University, Itta Bena, MS, January, 2001.

"Rethinking the Role of Compactness in Redistricting," Southeastern Division of the Association

12

of American Geographers, Chapel Hill, NC, November, 2000.

"Political Geography, the Internet and Hate Groups: What Our Students Know and We Don't," National Council for Geographic Education, Chicago, IL, August, 2000.

"Decennial Population Change and Its Probable Impact Upon Reapportionment and Redistricting After the 2000 Census," "Securing the Democratic Promise - Race Studies, Policy Advocacy and the Empowerment Debate," The Law School, North Carolina Central University, Durham, NC, June, 2000.

"Compactness as an Academic and Legal Districting Standard," "Securing the Democratic Promise - Race Studies, Policy Advocacy and the Empowerment Debate," The Law School, North Carolina Central University, Durham, NC, June, 2000.

"The Implications of Population Change and Court Concepts of Compactness on Legislative Districting," Alabama Redistricting 2000 Workshop, First Annual Statewide Alabama Black Caucus Retreat and Training Conference, Birmingham, AL, April, 2000.

"Globalization and the Balkanization of States: The Myth of American Exceptionalism," with Timothy Kidd, Association of American Geographers, Pittsburgh, PA, April, 2000.

"The Supreme Court and Geographic Districting Criteria," Association of American Geographers, Pittsburgh, PA, April, 2000.

"Problems in the Application of the Compactness Criterion in Districting Litigation: Part II," Political Geography Specialty Group Pre-AAG Conference, Morgantown, WV, April, 2000.

"Geographic Compactness and Post-*Shaw* Defenses of Electoral Districts," Invited Presentation for the Voting Rights Project Conference of the Lawyers' Committee for Civil Rights Under Law in association with the Program on Law and Government, American University, Washington College of Law, Washington, D.C., November, 1999.

"Place, Region and the American Judiciary in Historical Perspective," with Stanley D. Brunn and Fred M. Shelley, Southwestern Division of the Association of American Geographers, November, 1999.

"The Confederate Battle Flag Debate in Alabama," Southeastern Division of the Association of

13

American Geographers, Tampa, FL, November, 1999.

"Place and Region in American Legal Culture: State Origins of Landmark Supreme Court Cases," with Stanley Brunn and Fred Shelley, National Council for Geographic Education, Boston, MA, November, 1999.

"Problems in the Application of the Compactness Criterion in Districting Litigation (Part I)," Political Geography Specialty Group Pre-AAG Conference, Maui, HI, March, 1999.

"Regional Patterns in the Election of Women to Public Office in the United States," Association of American Geographers, Honolulu, HI, March, 1999.

"Geographical Patterns of Denominational Affiliation in Georgia," Southeastern Division of the Association of American Geographers, Memphis, TN, November, 1998.

"The Impact of Place and Latino Ethnicity Upon Congressional Support for Free Trade Extensions in the Americas," with Chris Merrett, Southwestern Division of the Association of American Geographers, Baton Rouge, LA, October, 1998.

"Debating the Confederate Battle Flag in the South Carolina Legislature," with Jonathan Leib, Association of American Geographers, Boston, MA, March, 1998.

"Congressional Support for Free Trade: The Geopolitical Economy of Voting Behavior," with Chris Merrett, Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 1997.

"Religion and Politics in the American South," Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 1997.

"Playing a Game with Changing Rules: Geography, Politics and Redistricting in the 1990s," Invited presentation at National Center for Geographic Information and Analysis sponsored conference on "Geographic Information Systems and Political Districting: Social Groups, Representational Values and Electoral Boundaries," Buffalo, NY, October, 1997.

"Ideological Change in Congress: Race, Region and Redistricting, 1988-1996" National Council for Geographic Education, Orlando, FL, October, 1997.

14

"A New Tariff Map of the United States: Congress and the United States in a Global Economy," with Chris Merrett, Mid-Continent Regional Science Meeting, Indianapolis, IN, June, 1997.

"Section versus Sector: Regional and Economic Influences on Congressional Support for Free Trade," with Chris Merrett, Conference on Frontiers of Research in Political Geography, San Marcos, TX, April, 1997.

"Whose South is it Anyway?  The Politics of Representation on the Southern United States Landscape," with Jonathan I. Leib and Roberta H. Webster, Association of American Geographers, Ft. Worth, TX, April, 1997.

"The Election of Women to Congress and State Legislatures in the South, 1920-1996," Southeastern Division of the Association of American Geographers, Athens, GA, November, 1996.

"On Enlarging the Size of the House," prepared comments for Symposium on Redistricting in Theory and Practice After Shaw Versus Reno, Association of American Geographers, Charlotte, NC, April, 1996.

"Five Determinants of the 1996 Presidential Election," prepared comments for Panel Discussion on the 1996 Presidential Election, Association of American Geographers, Charlotte, NC, April, 1996.

"Ideological Polarization in Congress in the 1990s: Race, Region and Redistricting," Association of American Geographers, Charlotte, NC, April, 1996.

"Partisan Shifts in Presidential and Gubernatorial Elections in Alabama, 1932-1994" Southeastern Division of the Association of American Geographers, Knoxville, TN, November, 1995.

"Geography and American Governmental Structure," National Council for Geographic Education, San Antonio, TX, October, 1995.

"Process and Results of Legislative Redistricting in Alabama in the 1990s," Association of American Geographers, Chicago, IL, March, 1995.

"Redistricting and Ideological Shifts in the U.S. House of Representatives, 1992-1993," Southeastern Division of the Association of American Geographers, Virginia Beach, VA,

15

November, 1994.

"The Power of an Icon," with Roberta H. Webster, National Council for Geographic Education, Lexington, KY, November, 1994.

"The Process and Results of Districting in Alabama in the 1990s," Invited presentation at Conference on Districts and Voting Equality," University of North Carolina at Wilmington, Wilmington, NC, September, 1994.

"The United States Senate, the United Daughters of the Confederacy and the Confederate Flag," with Roberta H. Webster, Alabama Academy of Science, Troy, AL, March, 1994.

"Congressional Redistricting in the Southeast in the 1990s," Southeastern Division of the Association of American Geographers, Greensboro, NC, November, 1993.

"The Alabama Black Belt: Decline of a Core Area," with Scott Samson, National Council for Geographic Education, Halifax, Nova Scotia, August, 1993.

"Gubernatorial Republicanism in Alabama: A Transition?," Association of American Geographers, Atlanta, GA, April, 1993.

"Geography of the Presidential Debates," with Cynthia Sutherland, Alabama Academy of Science, Huntsville, AL, March, 1993.

"Cuba in a Post-Cold War World," Department of Geography Speakers Series, University of Kentucky, Lexington, KY, November, 1992.

"Congressional Redistricting and Black Representation in Alabama in the 1990s," Southeastern Division of the Association of American Geographers, Louisville, KY, November, 1992.

"Cuba: Moving Back to the Future with Tourism," National Council for Geographic Education, Santo Domingo, Dominican Republic, September, 1992.

"Alabama's Transition to the Republican Party in Presidential Elections: Did it Happen in 1948?" Association of American Geographers, San Diego, CA, April, 1992.

"The Geography of the Senate Vote in the Confirmation of Clarence Thomas,"  Alabama Academy of Science, Tuscaloosa, AL, April, 1992.

"Conversion of Agricultural Land in Madison County, Alabama, 1950-1987," with John Puckett, Alabama Academy of Science, Tuscaloosa, AL, April, 1992.

"Cuba Looks for a Way Out," Geography Awareness Week, University of Alabama, Tuscaloosa, AL, December, 1991.

"Geographical Distribution and Impact of New Deal AAA Outlays to Alabama Counties," Southeastern Division of the Association of American Geographers, Asheville, NC, November, 1991.

"The Cold War in the United Nations," with Mr. Mark Greer, Great Plains/Rocky Mountain Division of the Association of American Geographers, October, 1991.

"Latin American Support for the U.S. in the UN: A Longitudinal Test of the Foreign Aid Connection," Association of American Geographers, Miami, FL, April, 1991.

"The United States and Latin America: An Analysis of Foreign Aid and Voting in the UN General Assembly, 1966-1985," With Joseph Strength and Colby Allsbrook, Alabama Academy of Sciences, Jacksonville, AL, March, 1991.

"The United States, Middle America and the United Nations: The Distribution of American Foreign Aid and Voting Support in the General Assembly," National Council for Geographic Education, Williamsburg, VA, November, 1990.

"Middle American Support for the U.S. in the UN General Assembly: A Cross-Sectional Analysis of the Foreign Aid Connection," Conference of Latin Americanist Geographers, Auburn, AL, October, 1990.

"The Changing Geography of Federal Grants to State and Local Governments, FY81-FY88," Association of American Geographers, Toronto, Ontario, Canada, April, 1990.

"Federal Government's Balance of Payments with the States, FY76-FY87," Southeastern Division of the Association of American Geographers, Charleston, WV, November, 1989.

"Congress and the Changing Distribution of Federal Outlays, FY8l-FY86," Association of American Geographers, Baltimore, MD, March, l989.

17

"Federal Taxes and Spending: Regional Fiscal Flows, FY76-FY87," Conference of Geography and Public Administration," International Geographical Union, Washington, D.C., March, 1989.

"Pre-Hurricane Gilbert Jamaican Landscapes," Geography Awareness Week Presentation, Sponsored by the University of Wyoming Geography and Recreation Club and GTU Chapter, Laramie, WY, November, 1988.

"Electoral Regions and Predictions About the 1988 Presidential Election," Sponsored by the University of Wyoming Political Science Club, Laramie, WY, November, 1988.

"The Spatial Redistribution of Federal Outlays to the States, FY81 -- FY85" Association of American Geographers, Phoenix, AR, March, 1988.

"Politicians, Elections and Changing Federal Spending in the States in Reagan's First Term: A Macro Level Search for Associations," Conference on Electoral Geography, IGU, Los Angeles, CA, March, 1988.

"World Maps - Viewpoints and Propaganda," Geography Awareness Week Presentation, Sponsored by the University of Wyoming Common Ministry, Laramie, WY, November, 1987.

"Partisanship in Presidential, Senatorial and Gubernatorial Elections in Ten Western States," Association of American Geographers, Portland, OR, March, 1987.

"The Interior West and Electoral Alignment in Presidential Elections," Association of American Geographers, Minneapolis, MN, March, 1986.

"An Intra-Regional Examination of Republican Party Electoral Strength in the Interior West," Mid-Continent Regional Science Association, Breckenridge, CO, 1986.

"Once Liberal, Now Conservative: Ethnicity and Voting in Miami, Florida," with Roberta Haven Webster, Association of American Geographers, Detroit, MI, March, 1985.

"The Spatial Reorganization of the Local State: Reforming Local Government Service Provision in Kentucky's Counties," Finalist in Nystrom Competition, Association of American Geographers, Detroit, MI, March, 1985.

18

"Winners and Losers in Reaganomics:  Who Got What, Where?" with Stanley D. Brunn and David Lowery, Conference on the Allocative and Distributive Impacts of Reagan Administration Policies, Alexandria, VA, 1984.

"Socioeconomic Well-Being and Intergovernmental Revenue Transfers to Local Governments in Kentucky, 1960-1972," Association of American Geographers, Washington, D.C., March, 1984.

"Questions on Questions:  A Critique of Textbook Guide Achievement Testing," with Justin C. Friberg, National Council for Geographic Education, Toronto, Canada, 1984.

"The Geography of 'Wagner's Law' at the Local Government Level in Kentucky," Association of American Geographers, Denver, CO, March, 1983.

"The Geography of Local Government Debt in Kentucky," Kentucky Academy of Science, Louisville, KY, 1983.

"Testing the Geography of 'Wagner's Law' at the Local Government Level: Constant and Current Dollar Comparisons," Southeastern Division of the Association of American Geographers, Orlando, FL, November, 1983.

"Testing Testing:  Improving the Quality of Multiple-Choice Examinations," East Lakes Division of the Association of American Geographers, Cincinnati, OH, 1983.

"A Computer Derived County Consolidation Plan for the State of Kentucky," Association of American Geographers, San Antonio, TX, March, 1982.

"Geographic Dimensions of Local Government Finance in Kentucky, 1957-1977," Kentucky Academy of Science, Ashland, KY, 1982.

"The Spatial Reorganization of County Boundaries in Kentucky," Southeastern Division of the Association of American Geographers, Memphis, TN, November, 1982 (winner of award for best paper and presentation by a Ph.D. student).

"County Consolidation in Kentucky:  An Historical Perspective," Kentucky Academy of Science, Murray, KY, 1981.

"Exchange Rates and Canadian Cross-Border Movements to Whatcom County, Washington," Southeastern Division of the Association of American Geographers, Atlanta, GA, November, 1981.

## GUEST LECTURES/INVITED COLLOQUIA

"Northwest Wines," GEOG 4550/5550. Geography of Wine, University of Wyoming, 6/14.

"Voting in Alabama: Race, Religion, Place and the Culture Wars," WyGISC Colloquium Series, 4/09.

"The Geography of the 2008 Election," GEOG 4520, Geography of the U.S. and Canada, 11/08.

"Geography, Regions and the "Americas," Wyoming Geographic Alliance Summer Workshop, 6/08.

"Sports, Community, Nationalism and the International State System," GTU Initiation Banquet Address, University of Wyoming Chapter, 4/08.

"Contesting the Meaning and History of the Confederate Flag(s)," Department of History Research Colloquium, Collective Memory Session, University of Wyoming, 4/08.

"Women, the Voting Franchise and Electoral Politics," Women's Studies 3500, Gender and Society, University of Wyoming, 3/08.

"Making the Transition from Undergraduate to Graduate Studies," Geography Program, Western Washington University, 9/07.

"Berlin, the Wall and German Reunification," Geography of Europe class, University of Alabama, 4/06.

"Cuba, Tourism, Sugar and U.S. Foreign Policy, PLAHS Seminar on "Cuba and Mexico," University of Alabama, 4/05.

"Geography, Diplomacy, Power and the War in Iraq," Department of Geology and Geography, Auburn University, 11/03.

"Geography, Power and Redistricting," Department of Geology and Geography, Georgia Southern University, 10/02.

"Cuba and the Redevelopment of its Tourist Economy," Guest Lecture for "Geography and Tourism" class, University of Alabama, 10/02.

"Where's the South?," Alabama Geographic Alliance Teachers' Workshop, 7/01.

"Geography and Political Structure," Alabama Geographic Alliance Teachers' Workshop, 7/01.
"Geography and Redistricting," Alabama Geographic Alliance Teachers' Workshop, 7/01.

"Directions and Maps," Mrs. Spencer's cluster (2nd and 3rd Grade), Capitol School, 5/01.

"Cuba, American Foreign Policy and the Redevelopment of the Cuban Tourist Industry," Guest Lecture for Geography and Tourism class, University of Alabama, 3/01.

"The 2000 Census and Redistricting Cycle: What Local Government Officials Face," Guest Lecture to the Member Governments of West Alabama Regional Planning and Development Council, 2/01.

"Political Geography of the South," Guest Lecture for the Historical Geography of the South class, University of Alabama, 12/00.

"Results of the 2000 Elections," Guest Lecture for the Geography of North America class, University of Alabama, 11/00.

"Geographical Perspectives on the 2000 Elections," Colloquium, Georgia State University, 10/00.

"Where's the South?," Content Lecture for Alabama Geographic Alliance Teachers' Workshop, University of Alabama, 7/00.

"The Geographic Subdivision of Political Space," Content Lecture for Alabama Geographic Alliance Teachers' Workshop, University of Alabama, 7/00.

"Redistricting, Reapportionment and Minority Rights in the South," Content Lecture for Alabama Geographic Alliance Teachers' Workshop, University of Alabama, 7/00.

"The Origins, Preservation and Measurement of Residential Segregation," Geography 358, Urban Geography, University of Alabama, 4/00.

"Voting Rights and Districting," K-12 Teachers' Workshop, Alabama Geographic Alliance, 7/99.

"Where's the South?," K-12 Teachers' Workshop, Alabama Geographic Alliance, 7/99.

"Cuba, U.S. Foreign Policy, and the Redevelopment of the Cuban Tourist Industry," three 75 minutes lectures, Geography and Tourism Class, University of Alabama, 3/99.

"Political Geography," Mississippi Geographic Alliance Teachers' Workshop, Starkville, Mississippi, 6/98.

21

"Residential Segregation: Its Development, Maintenance and Measurement," Urban Geography Class, University of Alabama, 4/98.

"Minority Rights, Redistricting, and the Impact of Recent Court Decisions," Mortar Board Conference on Social Studies Issues for Alabama Teachers, 3/97.

"The Redevelopment of the Cuban Tourist Industry in the 1990s," Economic Geography and Tourism Class, University of Alabama, 3/97.

"The Geography of the 1996 Elections," Alabama Geographical Society, 11/96.

"Social/Demographic Dimensions of the Alabama Black Belt," Soils Class, Dept. of Geography, University of Alabama, 5/96, Joint class on Environmental Racism, 10/97.

"The Five Themes and the Alabama Black Belt," Summer Teachers Workshop, Dept. of Geography, University of Alabama, 6/95.

"Kuwait and Syria," lectures at Samford University, 11/94, 5/95, 11/95, 5/96, and Shelton State Community College, 11/94.

"Kuwait after the War," lectures for the University of Alabama International Student Association 12/94, Mortar Board Conference on Social Studies Issues for Alabama Teachers 2/95, University of Alabama World Regional Class, 3/98.

"Redistricting in the 1990s," Mortar Board Conference on Social Studies Issues for Alabama Teachers, 2/95.

"U.S. - Cuba Relations: Past, Present and Future," University of Alabama, Latin American Studies Program, 4/95.

## PAPERS, CHAPTERS AND BOOKS CURRENTLY IN PROGRESS OR REVIEW

Engstrom, R.L., McCool, D.C., Chapa, J. and Webster, G.R. (2014). "Social Science Expert Witness Testimony in Voting Rights Cases, National Political Science Review, under review.

"The Sanctification of the Washita Massacre Site," for submission to the *Journal of Cultural Geography.*

"Custer May Have Died for Our Sins But He Didn't Go Away," for submission to *Focus.*

## PUBLICATIONS IN REFEREED JOURNALS

Leib, Jonathan I. and Webster, Gerald R. (2014). "'Lest We Forget': John Winberry and the Study of Confederate Monuments on the Southern Landscape," Southeastern Geographer, forthcoming.

Webster, Gerald R. (2013), "Reflections on Current Criteria to Evaluate Redistricting Plans," Political Geography Plenary Lecture 2012, Political Geography, 32: 3-14.

Webster, Gerald R. (2013). "Normative Goals and Demographic Realities," Political Geography, 32:21-22.

Leib, Jonathan I. and Webster, Gerald R. (2012), "Black, White or Green?: The Confederate Battle Emblem and the 2001 Mississippi State Flag Referendum," Southeastern Geographer, 52(3): 299-326.

Brunn, Stanley D., Webster, Gerald R. and Archer, J. Clark. (2011). "The Bible Belt: Shrinking, Relocating and Multiple Buckles," Southeastern Geographer, 51(4): 513-549.

Webster, Gerald R. (2011). "'Guard Your Revolution': Comments on the Arab Spring Essays," Arab World Geographer, 14(2): 53-58.

Webster, Gerald R. (2011), "American Nationalism and the Invasion of Iraq," Geographical Review, 101(1): 1-18.

Webster, Gerald R. and Quinton, Nicholas (2010), "The Electoral Geographies of Two Segregationist (Jim Crow) Referenda," Political Geography, 29(7): 14-24.

Webster, Gerald R., Chapman, Thomas, and Leib, Jonathan I. (2010), "Sustaining the 'Societal and Scriptural Fence': Cultural, Social and Political Topographies of Same Sex Marriage in Alabama," The Professional Geographer, 62(2): 211-229.

Webster, Gerald R. and Bowman, Jerrod, (2008), "Quantitatively Defining the Black Belt Geographic Region," Southeastern Geographer, 48: 3-18.

Chapman, Thomas; Leib, Jonathan, and Webster, Gerald R. (2007), "Race, the Creative Class, and Political Geographies of Same Sex Marriage in Georgia," Southeastern Geographer, 47: 27-54.

Webster, Gerald R.; Bowman, Jerrod; McGowin, Daniel and Robinson, Heath (2007), "Research on the Political Geography of the South, 1980-2005," Southeastern Geographer, 47: 1-12.

Webster, Gerald R. (2007), "Voting Rights and Social Justice in the South," Southeastern Geographer, 47: 107-110.

Leib, Jonathan and Webster, Gerald R. (2006), "District Composition and State Legislative Votes on the Confederate Battle Emblem," Journal of Race and Policy, 2: 53-75.

Webster, Gerald R. and Webster, Roberta H. (2004), "Taxing Issues: Geography, Politics and the 2003 Tax Reform Referendum in Alabama," Southeastern Geographer, Vol. 44(2): 190-215.

Webster, Gerald R. (2004), "Representation, Geographic Districting and Social Justice," Journal of Geography, Vol. 103(2): 111-126  (Includes "Classroom Exercise: Social Justice and Districting the County Commission in Miranda County," pp. 121-126).

Webster, Gerald R. (2003), "Comments on the War in Iraq Essays," Invited Commentary, Arab World Geographer, Vol. 6(1): 49-53

Webster, Gerald R., and Leib, Jonathan I. (2002), "Political Culture, Religion and the Confederate Battle Flag Debate in Alabama," Journal of Cultural Geography, Vol. 20(1): 1-26.

Webster, Gerald R. (2002), "Introduction to Forum: The 2000 Presidential Election and the Florida Debacle in Geographic Context," Political Geography, Vol. 21(1): 67-70.

Webster, Gerald R. (2002), "The Presidential Election and the Bush v. Gore Supreme Court Decision," Political Geography, Vol. 21(1): 99-104.

Webster, Gerald R. and Kidd, Timothy (2002), "Globalization and the Balkanization of States: The Myth of American Exceptionalism," Journal of Geography, Vol. 101(2): 73-80.

Webster, Gerald R., and Leib, Jonathan I. (2001), "Whose South is it Anyway?: Debating the Confederate Battle Flag in South Carolina," Political Geography, Vol. 20: 271-299.

Leib, Jonathan I., Webster, Gerald R., and Webster, Roberta H. (2000), "Rebel With a Cause? Iconography and Public Memory in the Southern United States," GeoJournal, Vol. 52: 303-310.

Webster, Gerald R. (2000), "Changing Geographical Patterns of Religious Denomination Affiliation in Georgia, 1970-1990: Population Change and Growing Urban Diversity," Southeastern Geographer, Vol. 40 (1): 25-51.

Brunn, Stanley D.; Shelley, Fred M; Webster, Gerald R., and Ahmed, Wael M. (2000), "Place and Region in American Legal Culture: State Origins of Landmark Supreme Court Cases," Historical Geography, Vol. 28: 127-148.

Webster, Gerald R. (2000), "The Census, Constitution, Reapportionment and Redistricting," Journal of Geography, Vol. 99 (2): 71-75.

Webster, Gerald R. (2000), "Women, Politics, Elections and Citizenship," Journal of Geography, Vol. 99(1): 1-10.

Webster, Gerald R. (2000), "Playing a Game With Changing Rules: Geography, Politics and Redistricting in the 1990s," Political Geography, Vol. 19(2): 141-161.

Webster, Gerald R. (1998), "Teaching and Researching the South," Introduction to special issue on the American South, Journal of Geography, Vol. 97(4/5): 139-141.

Shelley, Fred M. and Webster, Gerald R. (1998), "Population, Settlement, Race and Ethnicity in the South," Journal of Geography, Vol. 97(4/5): 163-175.

Webster, Gerald R., and Merrett, Christopher D. (1998), "The Impact of Place and Ethnicity Upon Congressional Support for Free Trade Extensions into the Americas," Southwestern Geographer, Vol. 2: 40-56.

O'Reilly, Kathleen, and Webster, Gerald R. (1998), "The Electoral Geography of Anti-Gay Rights Referenda in Oregon," Professional Geographer, Vol. 50(4): 498-515.

Webster, Gerald R. (1998), "A Note on Ideological Change in Congress: Party, Race, Region and Redistricting," Southeastern Geographer, Vol. 38(1): 79-87.

Leib, Jonathan I., and Webster, Gerald R. (1998), "On Enlarging the U.S. House of Representatives," Political Geography, Vol. 17(3): 319-329.

Webster, Gerald R. (1997), "Religion and Politics in the American South," Pennsylvania Geographer, special issue on geography and religion, Vol. 35(2): 151-172.

Ingalls, Gerald; Webster Gerald R., and Leib, Jonathan I. (1997), "Fifty Years of Political Change in the South: Electing African Americans and Women to Public Office," Southeastern Geographer, Golden Anniversary Issue, Vol. 37(2): 140-161.

George, Robert C. and Webster, Gerald R. (1997), "'Heart of Dixie' on the Alabama License Tag: Where Did It Come From and Does It Represent the Past, the Future or Both?," International Social Science Review, Vol. 72 (1/2): 33-49.

Webster, Gerald R. (1997), "Geography and the Decennial Task of Redistricting," Journal of Geography, Vol. 96(2): 61-68.

Webster, Gerald R. (1997), "The Potential Impact of Recent Supreme Court Decisions on the Use of Race and Ethnicity in the Redistricting Process," Cities, Vol. 14(1): 13-19.

Webster, Gerald R. (1996), "Partisan Shifts in Presidential and Gubernatorial Elections in Alabama, 1932-1994," Professional Geographer, Vol. 48(4): 379-391.

Webster, Gerald R. (1995), "Congressional Redistricting in the Southeast in 1990s," Southeastern Geographer, Vol. 35(1): 1-21.

Sutherland, Cynthia L., and Webster, Gerald R. (1994), "The Geography of the 1992 Presidential Debates," Geographical Bulletin, Vol. 36(2): 83-93.

Webster, Gerald R., and Webster, Roberta H. (1994), "The Power of an Icon," Geographical Review, Vol. 84(2): 131-143.

Webster, Gerald R. (1993), "Redistricting and Ideological Shifts in Congress, 1992-1993," Southern Studies, Vol. 3(1): 99-112.

Webster, Gerald R. (1993), "Congressional Redistricting and African-American Representation in the 1990s: An Example from Alabama," Political Geography, Vol. 12(1): 549-564.

Webster, Gerald R. (1992), "A Time-Series Analysis of Political Support, Strategic Location and the Geography of U.S. Foreign Aid to Latin America and the Caribbean, 1966-1987," Geografiska Annaler, Series B, 74 (2): 125-132.

Webster, Gerald R., and Samson, Scott (1992), "On Defining the Alabama Black Belt: Historical Changes and Variations," Southeastern Geographer, 32(2): 179-188.

Webster, Gerald R. (1992), "Geography of a Senate Confirmation Vote," Geographical Review, 82(2): 154-165.

Webster, Gerald R. (1992), "Cuba: Moving Back to the Future With Tourism," Journal of Geography, Vol. 9(5): 226-233.

Webster, Gerald R. (1992), "The Demise of the Solid South," Geographical Review, 82(1): 43-55.

Webster, Gerald R. (1991), "Support for the United States in the U.N. on Cold War Issues and the Distribution of Foreign Aid to Central American and Caribbean Countries," Geographical Bulletin, Vol. 33(2): 87-97.

Webster, Gerald R. (1991), "Congress and the Changing Distribution of Federal Outlays, FY81-FY86," Professional Geographer, Vol. 43(1): 49-60.

Webster, Gerald R. (1989), "Partisanship in American Presidential, Senatorial and Gubernatorial Elections in Ten Western States." Political Geography Quarterly, Vol. 8(2): 161-179.

Lowery, David; Brunn, Stanley D. and Webster, Gerald R. (l988), "The Spatial Impact of Reaganomics:  A Test of Six Models," Growth and Change, Vol. l9(4): 49-67.

Webster, Gerald R.  (1988), "Presidential Voting in the West."  Social Science Journal, Vol. 25(2): 211-232.

Webster, Gerald R.  (1987), "Size of Place and Voting in Presidential Elections in the Interior West," Geographical Perspectives, No. 59 (Spring): 78-92.

Webster, Gerald R., (1987), "Factors in the Growth of Republican Voting in the Miami SMSA," Southeastern Geographer, Vol. 27(1): 1-17.

Brunn, Stanley D.; Lowery, David and Webster, Gerald R.  (1987), "Regional Winners and Losers in the Reagan Budget Cuts:  Who Got What Where," Environment and Planning C: Government and Policy, Vol. 5(2): 183-195.

Webster, Gerald R., and Webster, Roberta Haven (1987), "Ethnicity and Voting in the Miami-Dade County SMSA," Urban Geography, Vol. 8(1): 19-30.

Webster, Gerald R., and Webster, Roberta Haven (1986), "A Note on Ethnic Bloc Voting in the Miami-Dade County SMSA," Florida Geographer, Vol. 20: 37-42.

Lowery, David; Brunn, Stanley, D., and Webster, Gerald R.  (1986), "From Stable Disparity to Dynamic Equity:  The Spatial Distribution of Federal Expenditures, 1971-1983," Social Science Quarterly, Vol. 67(1): *98-107.*

Webster, Gerald R.  (1985), "Socioeconomic Well-Being and Intergovernmental Revenue Transfers to Local Governments in Kentucky, 1960-1972," Virginia Geographer, Vol. 16 (Fall-Winter): 19-36.

Webster, Gerald R. (1984), "The Spatial Reorganization of County Boundaries in Kentucky," Southeastern Geographer, Vol. 24(1): 14-29.

Webster, Gerald R. (1982), "Exchange Rates and Movement Across an International Border: Canadians in Whatcom County, Washington," Bulletin of the Association of North Dakota Geographers, Vol. 32: 1-13.

## EDITING, BOOKS AND BOOK CHAPTERS

Hamerlinck, J. and Webster, G.R. (2014), Student Atlas of Wyoming, forthcoming August.

Archer, J.C., Watrel, R.D., Davidson, F., Fouberg, E.H., Martis, K.C., Morrill, R.L., Shelley, F.M. and Webster, G.R. (2014), Atlas of the 2012 Elections, Rowman and Littlefield.  Authored or co-authored segments on "the Campaign," "Geographic Place Name Use in the 2012 Presidential Debates" (with Matt Balentine and Justin Frazier), "Newspaper Endorsements" (with Edward Heath Robinson), "Ballot Access" (with Edward Heath Robinson), and "The Bible Belt" (with Daniel A. McGowin).

Webster, G.R., Watrel, R., Archer, J.C. and Brunn, S.D. (2014). "Bible Belt Membership Patterns, Correlates and Landscapes," in Stanley D. Brunn, Ed., The Changing World Religious Map: Sacred Places, Identities, Practices and Politics, New York: Springer, forthcoming.

McGowin, Daniel and Webster, Gerald R. (2014), "The Geography of Religious Freedom," in Stanley D. Brunn, Ed., The Changing World Religious Map: Sacred Places, Identities, Practices and Politics, New York: Springer, forthcoming.

Webster, Gerald R. and Leib, Jonathan I. (2012), "Race, Religion and the Southern Debate Over the Confederate Battle Flag," in Nancy Wadsworth and Robin Jacobson, editors, Faith and Race in American Political Life, pp, 103-124. University of Virginia Press.

Quinton, Nicholas and Webster, Gerald R. (2011). "Electoral Alignments and Place-Based Cleavages in Statewide Referenda in Alabama," in Revitalizing Electoral Geography, Editors Barney Warf and Jonathan Leib, pp. 195-218. Aldershot, UK: Ashgate,

Brunn, S.D., Webster, G.R., Morrill, R.L, Shelley, F., Lavin, S. and Archer, J.C., Eds. (2011), Atlas of the 2008 Elections, Rowman and Littlefield. Authored segments on "Estimated Media Advertising Outlays," "Campaign Stops," "Newspaper Endorsements," "Bible Belt," and "Congressional Ratings."

Webster, Gerald R. and Leib, Jonathan I. (2011), "Living on the Grid: The U.S. Rectangular Public Land Survey System and the Engineering of the American Landscape," in S.D. Brunn, Editor, Earth Engineering, pp. 2123-2138. Dordrecht, Netherlands: Springer.

Webster, Gerald R. and Leib, Jonathan I. (2008), "The Confederate Battle Flag and the Neo-Confederate Movement in the South," in Neo-Confederacy: A Critical Introduction, Edited by Euan Hague, Heidi Beirich and Edward Sebesta, 169-201. University of Texas Press.

Leib, Jonathan and Webster, Gerald (2008), "Electoral Districts," International Encyclopedia of Human Geography, pp. 399-404. Edited by R. Kitchin and N. Thrift, London: Elsevier, .

Pomeroy, George and Webster, Gerald R., editors (2008), Global Perspectives on Urbanization, New York: University Press of America.

Leib, Jonathan and Webster, Gerald R. (2007). "Rebel With(out) a Cause?: The Contested Meanings of the Confederate Battle Flag in the American South." In Thomas Hylland Eriksen and Richard Jenkins, eds., Flag, Nation and Symbolism in Europe and America. London: Routledge. pp. 31-52.

Guest Editor, Southeastern Geographer, special issue on the "Political Geography of the South," Vo. 47(1), May 2007.

Webster, Gerald R. (2006), "Sports, Community, Nationalism and the International State System," in The Geography-Sports Connection: Using Sports to Teach Geography, pp. 33-46. Edited by Lisa DeChano and Fred Shelley, Pathways Series No. 33, Jacksonville, AL: National Council for Geographic Education.

Webster, Gerald R. (2006), "Political Geography," in <u>Encyclopedia of Human Geography</u>, pp. 362-366. Edited by Barney Warf, Thousand Oaks, CA: Sage.

Leib, Jonathan I., and Webster, Gerald R. (2004), "Banner Headlines: The Fight Over the Confederate Flags in the American South," in <u>WorldMinds: Geographical Perspectives on 100 Problems</u>, pp. 61-66. Edited by Donald G. Janelle, Barney Warf, and Kathy Hanson, Dordrecht, Netherlands: Kluwer Academic Publishers.

Webster, Gerald R. (2004), "Evaluating the Geographical Compactness of Representational Districts," in <u>WorldMinds: Geographical Perspectives on 100 Problems</u>, pp. 43-47. Edited by Donald G. Janelle, Barney Warf, and Kathy Hanson, Dordrecht, Netherlands: Kluwer Academic Publishers.

Webster, Gerald R. (2004), "If At First You Don't Secede, Try, Try Again: Secession, Hate, and the League of the South," in <u>Spaces of Hate: Geographies of Discrimination and Intolerance in the U.S.A.</u>, Edited by Colin Flint, pp. 137-164, New York: Routledge.

Webster, Gerald R. (2002), "Rethinking the Role of Compactness in Redistricting," in Alex Willingham, Editor, <u>Beyond the Color Line? Race and Community in the New Century</u>, pp. 117-134. New York: Brennan Center, New York University School of Law.

Leib, Jonathan I. and Webster, Gerald R. (2002), "The Confederate Battle Flag Debate in the South," in Alex Willingham, Editor, <u>Beyond the Color Line? Race and Community in the New Century</u>, pp. 221-244. New York: Brennan Center, New York University School of Law.

Guest Editor (2002), Forum Section on "The 2000 Presidential Election and the Florida Debacle in Geographic Context," <u>Political Geography</u>, Vol. 21(1):67-104.

Co-Guest Editor with Stanley D. Brunn (2000) for special issue of the <u>Southeastern Geographer</u> on "Religion in a Changing South," Vol. 40(1).

Guest Editor, 1998. <u>Journal of Geography</u>, special issue on "Teaching and Researching the American South," Vol. 97(4/5).

Editor, <u>Newsletter of the Southeastern Division of the Association of American Geographers</u>, 1997-1998.

Webster, Gerald R. (1998), "Political Space in the United States," pp. 49-57, in Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M. and Webster, Gerald R., eds. <u>Teaching Political Geography</u>, National Council for Geographic Education, Title No. 19, Pathways Series.

Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M; and Webster, Gerald R. (1998), "Teaching Political Geography," pp. 1-8, in Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M. and Webster, Gerald R., eds., <u>Teaching Political Geography</u>, National Council for Geography Education, Title No. 19, Pathways Series.

Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M. and Webster, Gerald R., eds. (1998) <u>Teaching Political Geography</u>, National Council for Geographic Education, Title No. 19, Pathways Series, 135 pp.

Guest Editor, <u>Southeastern Geographer</u>, special issue on the "Political Geography of the South," Vol. 35(1), 1995.

Editor, <u>Political Geography Specialty Group Newsletter</u>, 1994-95.

## <u>PUBLICATIONS IN NON-REFEREED OUTLETS</u>

Webster, Gerald R. and Garcia, Antoni Luna. 2010. "National Identity: Case Study: How is Nationalism Symbolized : Focus Europe," Association of American Geographers Center for Global Geography Education, http://globalgeography.aag.org/main.html.

Webster, Gerald R. (2007), "From the President," Column in the <u>SEDAAG Newsletter</u>, Vol. 26(2): 1-2.

Webster, Gerald R. (2007), "From the President," Column in the <u>SEDAAG Newsletter</u>, Vol. 26(1): 1-3.

Webster, Gerald R. (2006), "From the President," Column in the <u>SEDAAG Newsletter</u>, Vol. 25(2): 1-3

Webster, Gerald R. (2006), "From the President," Column in the <u>SEDAAG Newsletter</u>, Vol. 25(1): 1-2.

Webster, Gerald R. (2001). "Geography Undergoes Another Renaissance," <u>Anniston Star</u>, 29 July (http://ww2.annistonstar.com/opinion/2001/as-insight-0729-0-1g27t5918.htm).

Webster, Gerald R. (2001). "Redistricting," <u>Anniston Star</u>, 27 May (http://www.annistonstar.com/opinion/opinion_20010527_1963.html).

Webster, Gerald R., and Webster, Roberta H. (1996), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller, <u>Physical Geography of the Global Environment</u> (second edition), 346 pp.

Webster, Gerald R. (1994), "Comment on the Status of Redistricting in Light of Recent Court Decisions," Political Geography Specialty Group Newsletter, Vol. 14(2): 5-6.

Webster, Gerald R. (1994), "Comment on NAFTA," Political Geography Specialty Group Newsletter, Vol. 14(1): 3-4.

Webster, Gerald R., and Webster, Roberta H. (1993), Correspondence Study Course, GY 103, Introduction to Geography. College of Continuing Education, University of Alabama, 46 pp.

Webster, Gerald R., and Webster, Roberta Haven (1993), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller, Physical Geography of the Global Environment, 225 pp.

Webster, Gerald R., and Webster, Roberta Haven (1991), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller. Geography: Regions and Concepts, sixth edition, 115 pp.

Webster, Gerald R. (1990), "Wyoming," in Macropaedia Volume (29) of Encyclopedia Britannica, pp. 428-431.

Webster, Gerald R. (1989), Correspondence Study Course Student Manual for Geography 303, Introduction to World Regional Geography, Correspondence Study Department, University of Wyoming, pp. 125.

Webster, Gerald R., and Webster, Roberta Haven (1988), Instructor's Manual to accompany Harm J. de Blij, The Earth: A Physical and Human Geography, third edition, 106 pp.

Webster, Gerald R., and Webster, Roberta Haven (1988), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller, Geography: Regions and Concepts, fifth edition, 129 pp.

Webster, Gerald R. (1983), "The Geography of Local Government Debt in Kentucky," Proceedings, Kentucky Academy of Science, Geography Section, Vol. 9: 150-167.

Webster, Gerald R. (1983), "The Geography of 'Wagner's Law' at the Local Government Level in Kentucky: Constant Versus Current Dollar Models," Working Papers in Public Administration, No. PA 30-1983, James W. Martin Graduate Center for Public Administration, The Graduate School, University of Kentucky, Lexington, Kentucky, 40506-0205.

Webster, Gerald R. (1982), "Geographic Dimensions of Local Government Finance in Kentucky, 1957-1977," Proceedings, Kentucky Academy of Science, Geography Section, Vol. 8: 55-72.

Webster, Gerald R. (1981), "County Consolidation in Kentucky: An Historical Perspective," Proceedings, Kentucky Academy of Science, Geography Section, Vol. 7: 92-103.


## BOOK REVIEWS

Webster, Gerald R. (2008), book review of Putting Voters in their Place: Geography and Elections in Great Britain, Ron Johnston and Charles Pattie, Annals of the Association of American Geographers, Vol. 98: 951-52.

Webster, Gerald R. (2002), book review of Geopolitics and Globalization in the Twentieth Century, Brian W. Blouet, Professional Geographer, Vol. 54(3): 459-461.

Webster, Gerald R. (2001), book review of Political Geography: A New Introduction, Richard Muir, Journal of Geography, Vol. 100(4): 181-182.

Webster, Gerald R. (2001), book review of The Southern Black Belt: A National Perspective, Ronald C. Wimberley and Libby V. Morris, Journal of Geography, Vol. 100(4): 183.

Webster, Gerald R. (1999), book review of The Global Crisis in Foreign Aid, Richard Grant and Jan Nijman eds. Professional Geographer, Vol. 51(3): 473-474.

Webster, Gerald R. (1997), book review of Political Power in Alabama, Anne Permaloff and Carl Grafton, Social Science Quarterly, Vol. 78(4): 1031-1033.

Webster, Gerald R. (1996), book review of The Tyranny of the Majority: Fundamental Fairness in Representative Democracy, Lani Guinier, Political Geography, Vol. 15(1): 124-126.

Webster, Gerald R. (1996), book review of The American Mosaic: The Impact of Space, Time, and Culture on American Politics, Daniel J. Elazar. Geographical Review, Vol. 86(1): 120-121.

Webster, Gerald R. (1995), book review of Quiet Revolution in the South: The Impact of the Voting Rights Act, 1965-1990, Chandler Davidson and Bernard Grofman, editors, Social Science Quarterly, Vol. 76 (2): 474-475.

Webster, Gerald R. (1992), book review of Elections in Chile: The Road Toward Democratization, 1991, Cesar N. Caviedes, Professional Geographer, 44(4): 477-478.

Webster, Gerald R. (1991), book review of Geography and Political Power: The Geography of Nations and States, 1990, Peter M. Slowe, Geographical Review, Vol. 81(2): 245-247.

Webster, Gerald R. (1988), book review of <u>Electoral Laws and Their Political Consequences</u>, 1986, Bernard Grofman and Arend Lijphart, editors, <u>Political Geography Quarterly</u>, Vol. 7(1): 93-94.

Webster, Gerald R. (1987), book review of <u>Cities of the Prairie Revisited: The Closing of the Metropolitan Frontier</u>, 1986, Daniel J. Elazar, <u>Urban Geography</u>, Vol. 8(6): 609-610.

Webster, Gerald R. (1987), book review of <u>American Electoral Mosaics</u>, 1986, J. Clark Archer and Fred M. Shelley, <u>Professional Geographer</u>, Vol. 39(4): 488-489.

Webster, Gerald R. (1987), book review of <u>Progress in Political Geography</u>, 1985, Michael Pacione, editor, <u>Professional Geographer</u>, Vol. 39(1): 119.

## **AWARDS**

"Political Geography Best Manuscript Reviewer for 2013," Elsevier Publishers and <u>Political Geography</u>.

Best <u>Southeastern Geographer</u> Article in 2011, for Brunn, S.D., Webster, G.R. and Archer, J.C. (2011), "The Bible Belt in a Changing South: Shrinking, Relocating and Multiple Buckles," <u>Southeastern Geographer</u> 51: 513-549.

Selected to provide the 2012 Political Geography Plenary Lecture, Association of American Geographers, New York, NY, February 2012.

Outstanding Lifetime Achievement Award, Southeastern Division of the Association of American Geographers, Savannah, GA, November 2011.

Best <u>Southeastern Geographer</u> Article in 2007, for Thomas Chapman, Jonathan Leib, and Gerald R. Webster, (2007), "Race, the Creative Class, and Political Geographies of Same Sex Marriage in Georgia," <u>Southeastern Geographer</u>, 47: 27-54.

Outstanding Service Award, Southeastern Division of the Association of American Geographers, Charleston, SC, November 2007.

Richard Morrill Public Outreach Award, Political Geography Specialty Group, Association of American Geographers, San Francisco, CA, April 2007.

Outstanding Alumni Award for 2006, Western Washington University, Bellingham, Washington, November 2006.

Richard Morrill Public Outreach Award, Political Geography Specialty Group, Association of American Geographers, Philadelphia, PA, March 2004.

Distinguished Teaching Award, National Council for Geographic Education, Vancouver, British Columbia, August, 2001.

Research Honors Award 2000, Southeastern Division of the Association of American Geographers, Chapel Hill, North Carolina, November, 2000.

Received a Joseph J. Malone Fellowship in Arab and Islamic Studies by the National Council on US-Arab Relations. Supported a three week study program in Kuwait and Syria, March 15-April 3, 1994.

Awarded Research Semester (no teaching obligations), College of Arts and Sciences, University of Wyoming, Fall semester, 1987.

Finalist in Warren Nystrom Award Competition, annual meeting of the Association of American Geographers, Detroit, Michigan, April, 1985.

Award for best paper written and presented by a Ph.D. student, Student Honors Competition, annual meeting of the Southeastern Division of the Association of American Geographers, Memphis, Tennessee, November, 1982.

## CONSULTING, CONTRACTS AND GRANTS

National Geographic Education Foundation Grant, Wyoming Geographic Alliances, Co-PI, $53,000, 2012-13.

Consultant/Expect Witness, Department of Justice on litigation pertaining to American Indian Voting in Three Montana Counties, 2012, *Wandering Medicine v. McColloch*, Case No. CV-12-135-BLG-RFC, U.S. District Court for the District of Montana, Billings Division, 2012.

Consultant/Expert Witness, Joint Committee on Redistricting, Mississippi State Legislature, 2011.

Consultant/expert witness in case pertaining to Illinois congressional districts, *Radogno v Illinois Board of Elections*, U.S. District Court for the Northern District of Illinois, Eastern Division, 2011.

Consultant/expert witness in case pertaining to Illinois legislative districts *Committee for a Fair and Balanced Map v. Illinois Board of Elections*, U.S. District Court for the Northern District of Illinois, Eastern Division, 2011.

Consultant, Virginia Attorney General's Office on Redistricting Issues, 2011.

National Geographic Education Foundation Grant, Wyoming Geographic Alliances, Co-PI, $49,000, 2011-12.

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $52,000, 2010-11.

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $53,000, 2009-10.

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $55,152, 2008-09.

Consultant/Expert Witness for NAACP Legal and Educational Defense Fund in *Thompson v. HUD*, in case involving public housing in Baltimore, 2005-06.

Consultant/Expert Witness for State of Mississippi in *Craig Ducksworth, et al. v. State of Mississippi, et al.,* in case pertaining to state senate districts, 2004-06.

Consultant/Expert Witness for NAACP Legal and Educational Defense Fund in case pertaining to Montgomery County, North Carolina County Commission Districts, 2002.

Consultant/Expert Witness for Plaintiffs in *Martinez v. Bush* (Ca. No. 02-20244-CIV-JORDAN), S.D. Fla., 2001-02.

Consultant/Expert Witness for Plaintiffs in *Diamond v. Town of Manalapan* (Case No: 02-80065-CIV-Seitz), 2002.

Consultant/Expert Witness to Speaker, Illinois House of Representatives in lawsuit pertaining to Illinois House and Senate Districts (*Cole-Randazzo v. Ryan,* No. 92443, 198 Ill. 2d 233, 762 N.E. 2d 485 (Nov. 28, 2001), and *Beaubien v. Ryan* No. 92701, 198 Ill. 2d 294, 762 N.E. 2d 501 (Dec. 27, 2001).

Consultant to Mississippi State Legislature for congressional redistricting, 2001-02.

Consultant/Expert Witness for Impac2000 in lawsuit pertaining to Texas congressional districts (*Alicia del Rio v. Perry,* Case No. GN 003665, Travis County, Texas), 2001.

Consultant to the City of Montgomery, Alabama for redrawing of city's council districts, 2001.

Consultant/Expert Witness for Attorney General's Office, State of Virginia in lawsuit pertaining to Virginia House and Senate Districts (*Douglas MacArthur West v. Gilmore,* Civil Action No. CH01-84, Circuit Court of Salem, Virginia), 2001.

Consultant/Expert Witness for Alabama Democratic Conference/State of Alabama on lawsuit pertaining to Alabama House and Senate Districts (*Thompson v. Smith*, CA No.97-A-715-E (M.D. Ala.)), 1999-2000.

Consultant/Expert Witness for NAACP Legal Defense and Educational Fund on lawsuit pertaining to Louisiana state house districts (*Maxwell v. Foster*, CA No. CV 98-1378 M), 1999.

Consultant/Expert Witness for State of North Carolina on lawsuit pertaining to North Carolina legislative districts (*Daly v. Leak*, No. 5:97-CV-750-BO), 1998.

Consultant/Expert Witness for State of North Carolina and NAACP Legal Defense and Educational Fund on lawsuit pertaining to North Carolina congressional districts (*Cromartie v. Hunt*, CA No. 04-CV-104-H2), 1997-99.

Consultant/Expert Witness for Alabama Democratic Conference/State of Alabama on lawsuit pertaining to Alabama House and Senate Districts (*Sinkfield v. Bennett*, CN 93-689-PR) 1997-1998.

Consultant/Expert Witness for ACLU/NAACP Legal Defense and Educational Fund on lawsuit pertaining to City Council Districts in Cocoa, Florida (*Stovall v. City of Cocoa*, CN 93-257-CIV-ORL-18), 1997-99.

Consultant/Expert Witness for the NAACP Legal Defense and Educational Fund on lawsuit pertaining to County Commission districting in Baldwin County, Alabama 1997 (*Dillard v. Baldwin County Commission*, CV No. 87-T-1159-N), 1997.

Consultant/Expert Witness for the NAACP Legal Defense and Educational Fund on lawsuit pertaining to school board election districts in Durham, North Carolina, (*Cannon v. Durham County Board of Education*, No. 5:96-CV-115-BR), 1996-97.

Consultant/Expert Witness for the NAACP Legal Defense and Educational Fund on lawsuit pertaining to city council election districts in Greensboro, Alabama, (*Dillard v. City of Greensboro*, CV 87-T-1223-N) 1996-97.

Consultant for NAACP Legal Defense and Educational Fund for work on "Residential Segregation in Tuscaloosa, Alabama," 1994-95.

Recipient of General Research Grant, Research Grants Committee, University of Alabama. Project on The Spatial Distribution and Impacts of New Deal Aid. Summer 1991. $6,000.

Recipient of General Research Grant from Association of American Geographers. Project on "Past Present and Probable Future Regional Voting Blocs in the General Assembly of the United Nations." Spring 1991. $394.50.

Recipient of Basic Research Grant, College of Arts and Sciences, University of Wyoming. For "Wyoming in Maps Project." 1988-89. $2,000.

Recipient of Faculty Growth Award, UW Alumni Association, University of Wyoming.  For travel to annual meeting of Association of American Geographers, Baltimore, Maryland, 1989. $362.14.

Recipient of Summer Faculty Development Award, College of Arts and Sciences, University of Wyoming.  Research Project on The Geography of Federal Outlays and Tax Burdens by State, 1969-1986.  Summer 1988. $500.

Recipient of Basic Research Grant, College of Arts and Sciences, University of Wyoming. Research Project on The Geography of Federal Outlays and Tax Burdens by State, 1969-1986. 1987-88. $2,000.

Recipient of Basic Research Grant, College of Arts and Sciences, University of Wyoming. Research Project on Socioeconomic Well-Being and Intergovernmental Revenue Transfers to Local Governments in Wyoming and the United States. 1986-87. $2,000.

Recipient of Faculty Growth Award, U.W. Alumni Association, University of Wyoming. Research Project on Electoral Partisanship in Presidential, Senatorial and Gubernatorial Elections in the Interior West. 1986-87.  $185.

Selected participant in first annual Colloquium on Excellence in Teaching and Advising, University of Wyoming, April 19-23, 1986, $900 Stipend.

Grant from Dean, College of Arts and Sciences, University of Wyoming.  Research Project on Republican Party Strength and Presidential Voting in the Interior West.  1985-86.  $800.

New Faculty Starter Grant, Department of Geography, University of Miami.  Research Project on the Growth of Republican Voting in the Miami SMSA.  1984-85.  $100.

37

Exxon Honorarium to attend Guided Design Workshop, annual meeting of the National Council for Geographic Education, Pittsburgh, Pennsylvania, 1981.

**PROFESSIONAL ORGANIZATIONS**

Association of American Geographers
Political Geography Specialty Group, AAG
Southeastern Division, AAG
Great Plains-Rocky Mountain Division, AAG

**EDITORIAL BOARDS**

Editorial Board, <u>Southeastern Geographer</u>, 1996-1999, 2003-2007.

Editorial Board, <u>Political Geography</u>, 2001 - present.

Editorial Board, <u>Journal of Geography</u>, 1997- 2016.

Editorial Board, <u>Arab World Geographer</u>, 2009-2014.

**SERVICE ACTIVITIES**

Executive Committee, Wyoming Geographic Alliance, 2009-present

Member, Heads Council, 2012-13.

Panelist, 2011 Wyoming Social Sciences Institute, Cody, WY, March.

Member, Head's Council, 2010-11.

Member, RFP Review Committee, 2009-10.

Member, Institute for Global Affairs Steering Committee, 2009-present.

Member, AAG Constitution and Bylaws Committee, July 1, 2007-June 30, 2010.

President, Southeastern Division of the Association of American Geographers, 2005-2007; Past President, 2008-2009.

Member of Program Committee, Southeastern Division of the Association of American Geographers, 2004 annual meeting, Biloxi, Mississippi, 2004.

Member of Population Subcommittee, Tuscaloosa 2020 (Strategic Planning Process), 2003-04.

Member of Program Review Committee for Department of Criminal Justice, College of Arts and Sciences, University of Alabama, 2003-04.

Member of Arts and Sciences Space Committee, 2003-04.

Elected to Faculty Senate, University of Alabama; Faculty Senate Steering Committee; co-chair of the Planning and Operations Committee; Faculty Senate Liaison to Health and Safety Committee, 1998-99; Faculty Senate Liaison to Master Plan Committee, 1999-00; Co-Chair of the Communications Committee, Legislative Agenda Committee, 1999-00.

Member, Local Arrangements Committee for Golden Anniversary SEDAAG Annual Meeting, Birmingham, Alabama, November, 1997.

Elected Secretary of the Southeastern Division of the Association of American Geographers (Editor of the SEDAAG Newsletter), 1996-98.

Elected Chair of the Political Geography Specialty Group, Association of American Geographers, 1995-97.

Elected Chair of the Nominations Committee, Southeastern Division of the Association of American Geographers, 1995.

Member of the University of Alabama Latin American Studies Steering Committee, University of Alabama, 1994-95.

Chair, Committee for Rewriting Departmental Tenure and Promotion Guidelines, Department of Geography, University of Alabama, Fall 1994.

Elected Secretary/Treasurer of the Political Geography Specialty Group, Association of American Geographers, 1994-95.

Member of the Arts and Sciences Tenure and Promotion Committee, University of Alabama, 1993-94, 1994-95.

Member of University Appeals Committee, University of Alabama, 1993-94.

Alternate Member of Faculty Senate, University of Alabama, 1993-95.

Member of Program Review Committee for Department of Mineral Engineering, College of Engineering, University of Alabama, 1992-93.

Member of Interim Program Advisory Committee, University of Alabama, 1992-93.

Elected Member of Faculty Senate, University of Alabama, 1992-93.

Elected as State Representative (Alabama) to the Southeastern Division of the Association of American Geographers, 1992-94.

Member of Program Committee, 1993 AAG Annual Meeting in Atlanta, Georgia, 1992-93.

Member of Nominating Committee, Political Geography Specialty Group, 1991-93

Member, Student Paper Award Committee, Political Geography Specialty Group, Association of American Geographers, 1987-92, Chair 1991-92.

Chair, Chair's Leadership Review Committee, Department of Geography, University of Alabama, Spring 1991.

Member, Program Committee, SEDAAG Annual Meeting in Columbia, South Carolina, Fall 1990.

Judge for Rand McNally-NCGE "Excellence in Geography Teaching Awards" for K-12th grade teachers, 1990.

Chair of the Region 2 Awards Committee, National Council for Geographic Education, 1990; member 1988-89.

Elected Member of the Board of Directors, Political Geography Specialty Group, Association of American Geographers, 1987-89.


**REFEREE/REVIEW ACTIVITIES**

African Journal of Political Science and International Relations 2011.
Annals of the Association of American Geographers, 1989, 1998, 1999, 2004.
Antipode, 2000, 2010 (2).

Arab World Geographer, 2003, 2010, 2012.

Bulletin of the Illinois Geographical Society, 2007

Florida Geographer, 1986, 2000.

Geographical Review 2003, 2010 (2).

Geographies of Religions and Belief Systems, 2013, 2014.

GeoJournal 2010, 2012.

Great Plains Research, 1996, 2000.

Growth and Change, l988, 1993.

Hagar: International Social Science Review, 2002.

International Journal of Public Opinion Research, 2013.

Journal of Cultural Geography, 2004.

Journal of Geography, 1997 (3), 1998 (3), 1999, 2000, 2001, 2002, 2005 (2), 2006 (2), 2007 (2), 2010, 2011, 2012, 2013.

Journal of Maps, 2010

National Endowment for the Humanities research proposal, 1996, 2003.

National Science Foundation research proposal, 1988, 1997, 2000, 2009, 2010.

Political Geography, 1989, 1990, 1991, 1993 (2), 1996 (2), 1997 (3), 1998, 1999, 2000, 2001 (3), 2002 (3), 2003 (2), 2004 (3), 2005 (3), 2006 (2), 2007 (3), 2008 (3), 2009 (5), 2010 (6), 2011(2), 2012 (4), 2013 (4), 2014 (3).

Professional Geographer, 1984, 1985, 1986, 1989, 1991, 1992, 1993, 1994, 1995, 2001 (2), 2002, 2004, 2006, 2007, 2008, 2010 (4), 2011 (3), 2013.

Social Science History, 2005, 2006.

Social & Cultural Geography, 2007, 2008, 2009.

Social Science Journal, 1987, 1988, 1989.

Social Science Quarterly, 2001.

Southeastern Geographer, 1984, 1992, 1994, 1996 (2), 1998, 2000, 2001, 2004 (2), 2005 (3), 2006, 2007, 2008, 2009, 2010(2).

Southwestern Geographer, 2004.

Territory, Politics, Governance, 2013.

Urban Geography, 1987 (2), 1990, 1991, 1993, 2002, 2006, 2013(2).

CLAG Yearbook, 1990, 1992.

Text Reviews: Harper and Row 1988, Wm. C. Brown 1990, John Wiley 1991, Guilford Publications 1995, 2002 Prentice-Hall 1995 (2),1996 (2),1997, 1998 (2), 1999, 2000, 2002, 2003, Routledge 2006.

Outside Tenure and Promotion Referee, 1993, 1999 (2), 2000 (2), 2004, 2005, 2008 (2), 2010, 2011 (3), 2013 (2).


## MISCELLANEOUS SERVICE AT PROFESSIONAL MEETINGS

Session Chair: 1986, 1988, 1990, 1992, 1993, 1994, 1995, 1996, 1997 (2), 2000 (4), 2001 (2), 2002, 2003, 2004 (2), 2005 (8), 2006 (2), 2008, 2010 (3), 2011, 2014.

Session/Panel Organizer: 1988, 1992, 1993 (2), 1995 (5), 1996 (2), 1997 (3), 1998 (3), 1999, 2000 (3), 2001 (2), 2002 (2), 2004, 2005 (8), 2008 (1), 2010, 2011(3).
Paper/Session Discussant: 1989, 1991, 1993, 1995, 2004, 2006 (2), 2007(2), 2008.
Panelist: 1993, 1996 (2), 1999, 2000 (2), 2001 (2), 2002, 2003 (2), 2004, 2005, 2006, 2007(3), 2008 (3), 2009 (2), 2010 (3), 2011 (2).

6/14