Figure 30: State of Texas, Population per Square Mile



Figure 30: State of Texas, Population per Square Mile

Figure 31: State of Texas, Major Cities

Figure 32: City of Houston, Anglo Citizen Voting-Age Population (CVAP)



Figure 33: City of Houston, Black Non-Hispanic CVAP



Figure 34: City of Houston, Hispanic CVAP



Figure 35: City of Houston, Citizen Poverty



Figure 32: City of San Antonio, Anglo CVAP



Figure 33: City of San Antonio, Black Non-Hispanic CVAP



Figure 34: City of San Antonio, Hispanic CVAP



Figure 35: City of San Antonio, Citizen Poverty



Figure 32: City of Dallas, Anglo CVAP



Figure 33: City of Dallas, Black Non-Hispanic CVAP



Figure 34: City of Dallas, Hispanic CVAP



Figure 35: City of Dallas, Citizen Poverty



# Appendix 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

              Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

              Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

              Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

              Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MARCUS PENA

I, Marcus Pena, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Austin County, Texas.

3. I am employed by Austin County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Austin County Tax Assessor-Collector's office.

4. My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5. Austin County does not have an operational driver license office.

6.   My office is located at 804 E. Wendt Street, Bellville, Texas 77418.  It is open Monday through Friday, from 8:30 am to 4:30 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of one complete EIC application.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   The Austin County Tax Assessor-Collector's office is under no obligation to continue accepting applications for EICs.

10.   The Austin County Tax Assessor-Collector's office does not currently have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _19_ day of May 2014.

_____
Marcus Pena

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## <u>DECLARATION OF PAMELA OHLENDORF</u>

I, Pamela Ohlendorf, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Caldwell County, Texas.

3.    I am employed with the Caldwell County Election Administrator's Office, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Caldwell County Election Administrator's Office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Caldwell County does not currently have an operational driver license office.

6. My office is located at the Scott Annex on 1403 Blackjack Street, Suite C, Lockhart, Texas 78644. It is open Monday through Friday, from 8:30 am to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Caldwell County Election Administrator's Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the _21_ day of April 2014.


_Pamela Ohlendorf_
Pamela Ohlendorf

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

            Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

            Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

            Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

            Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF JOHN CORTELYOU

I, John Cortelyou, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Camp County, Texas.

3.    I am employed by Camp County, where I serve as the Constable. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Camp County Judge's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Camp County does not currently have an operational driver license office.

6. My office is located at 126 Church Street, Pittsburg, Texas 75686. It is open Monday through Friday, from 8:00 am to noon, and from 1:00 pm to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Camp County Judge's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the ⎽⎽5⎽⎽ day of April 2014.

_____

John Cortelyou

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

           Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

           Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

           Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

           Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF CHERYL J. BUTLER

     I, Cheryl J. Butler, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Cochran County, Texas.

3.     I am employed by Cochran County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Cochran County Election Administrator's office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Cochran County does not currently have an operational driver license office.

6.  My office is located at 100 North Main Street, Room 201, Morton, Texas 79346. It is open Monday through Friday, from 8:00 am to noon.

7.  Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.  To the best of my knowledge, the Cochran County Election Administrator's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _30th_ day of April 2014.

Cheryl J. Butler

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

           Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

           Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

           Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

           Defendants

Civil Action No. 2:13-cv-348 (NGR)

## <u>DECLARATION OF MARY GRIM</u>

I, Mary Grim, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Coke County, Texas.

3. I am employed by Coke County, where I serve as the County and District Clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Coke County and District Clerk's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Coke County does not currently have an operational driver license office.

6.    My office is located at 13 E. 7th Street, Robert Lee, Texas 76945.  It is open Monday
      through Thursday, from 8:00 am to 5:00 pm, and on Friday from 8:00 am to 1:00 pm.

7.    Between the dates of June 25, 2013, to the present, my office received a total of zero
      complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero
      incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Coke County and District Clerk's office does not have
      any plans to change its location or hours of operation prior to the November 4, 2014,
      general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the 22nd day of April 2014.


_____
Mary Grim

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

     Plaintiffs,

  v.

NANDITA BERRY, *et al.*,

    Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

     Plaintiffs,

  v.

STATE OF TEXAS, *et al.*,

    Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF ELISSA SMITH

  I, Elissa Smith, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Cottle County, Texas.

3. I am employed with the Cottle County/District Clerk's office, where I serve as the deputy clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Cottle County/District Clerk's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Cottle County does not currently have an operational driver license office.

6. My office is located at 811 9th Street, Paducah, Texas 79248. It is open Monday through Thursday, from 9:00 am to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Cottle County/District Clerk's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 28th day of April 2014.

Elissa Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>   v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

          Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

          Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

          Defendants

Civil Action No. 2:13-cv-348 (NGR)

## <u>DECLARATION OF MICHELLE MEDLEY</u>

I, Michelle Medley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Crockett County, Texas.

3.    I am employed by Crockett County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Crockett County Tax Assessor-Collector's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Crockett County does not currently have an operational driver license office.

6.      My office is located at 909 Avenue D, Ozona, Texas 76943. It is open Monday through Thursday, from 8:30 am to noon and from 1:00 pm to 5:00 pm. It is also open on Friday from 8:30 am to noon and from 1:00 pm to 4:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.      To the best of my knowledge, the Crockett County Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 28 day of April 2014.

Michelle Medley

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

        Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

        Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

        Plaintiff-Intervenors,

v.

STATE OF TEXAS, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF HERBERT R. BROOKSHIRE

I, Herbert R. Brookshire, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Delta County, Texas.

3. I am employed by Delta County, where I serve as the County Judge. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Delta County Judge's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Delta County does not currently have an operational driver license office.

6.    My office is located at 200 W. Dallas Avenue, Cooper, Texas 75432. It is open Monday
      through Friday, from 8:00 am to 5:00 pm.

7.    Between the dates of June 25, 2013, to the present, my office received a total of three
      complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero
      incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Delta County Judge's office does not have any plans to
      change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.

Executed on this the __31__ day of April 2014.

Herbert R. Brookshire

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. <br> ────────────────── <br> UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br><br><br><br><br><br> Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MARIO Z. GARCIA

I, Mario Z. Garcia, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Dimmit County, Texas.

3.    I am employed by Dimmit County, where I serve as the County Clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Dimmit County Clerk's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Dimmit County does not currently have an operational driver license office.

6.    My office is located at 103 N. 5th Street, Carrizo Springs, Texas 78834. It is open

Monday through Friday, from 8:00 am to 4:30 pm.

7.    Between the dates of June 25, 2013, to the present, my office received a total of three

complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero

incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Dimmit County Clerk's office does not have any plans

to change its location or hours of operation prior to the November 4, 2014, general

election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

Executed on this the _30th_ day of April 2014.

Mario Z. Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>RICK PERRY, *et al.*,<br><br>     Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>     Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>     Plaintiff-Intervenors,<br><br>     v.<br><br>STATE OF TEXAS, *et al.*,<br><br>     Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF ANA M. BAZAN

I, Ana M. Bazan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Duval County, Texas.

3.    I am employed by Duval County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Duval County Elections Administrator's office.

4.    My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Duval County does not have an operational driver license office.

6. My office is located at 400 E. Gravis, 2nd floor, San Diego, Texas 78384. It is open Monday through Friday, from 8:00 am to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of eight complete EIC applications, after which a temporary 30 day EIC receipt card was issued. Each applicant may have been issued a permanent EIC following final review by the Texas Department of Public Safety.

8. Between the dates of June 25, 2013, to the present, my office received one incomplete or otherwise incorrect EIC application.

9. The Duval County Elections Administrator's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 19th day of May 2014.

Ana M. Bazan

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>        v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## <u>DECLARATION OF DAVID ORTIZ</u>

I, David Ortiz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Edwards County, Texas.

3. I am employed with the Edwards County Sheriff's office, where I serve as a dispatcher and temporary jailer. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Edwards County Sheriff's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.   Edwards County does not currently have an operational driver license office.

6.   My office is located at 404 W. Austin Street, Rocksprings, Texas 78880. It is open
     Monday through Friday, from 8:00 am to 4:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero
     complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero
     incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Edwards County Sheriff's office does not have any
     plans to change its location or hours of operation prior to the November 4, 2014, general
     election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.

Executed on this the _5_ day of ~~April~~ May 2014.

David Ortiz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF DINA BELL

I, Dina Bell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Fayette County, Texas.

3.     I am employed by Fayette County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Fayette County Election Administrator's office.

4.     The Fayette County Election Administrator's office first became available to accept and process EIC applications on October 9, 2013. I received the training and equipment for issuing EICs from the Texas Department of Public Safety on that date.

5.     My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

6.     Fayette County does not have an operational driver license office.

7.     My office is located at 151 N. Washington Street, Room 108, La Grange, Texas 78945. It is open Monday through Friday, from 8:00 am to 5:00 pm.

8.     Between the dates of October 9, 2013, to the present, my office received a total of one complete EIC application.

9.     Between the dates of October 9, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

10.    The Fayette County Election Administrator's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 13th day of May 2014.

_Dina Bell_
Dina Bell

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | Civil Action No. 2:13-cv-263 (NGR) |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>               Plaintiffs,<br><br>       v.<br><br>NANDITA BERRY, *et al.*,<br><br>               Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>               Plaintiffs,<br><br>       v.<br><br>STATE OF TEXAS, *et al.*,<br><br>               Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## <u>DECLARATION OF RICKY JONES</u>

I, Ricky Jones, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Franklin County, Texas.

3.     I am employed by Franklin County, where I serve as the Sheriff. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Franklin County Sheriff's office.

4.     My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Franklin County does not have an operational driver license office.

6.     My office is located at 208 Texas Highway 37, Mount Vernon, Texas 75457.  It is open Tuesday through Thursday, from 8:00 am to 4:00 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.     Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.     The Franklin County Sheriff's office is under no obligation to continue accepting applications for EICs.

10.    The Franklin County Sheriff's office does not currently have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the _19_ day of May 2014.


Ricky Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF CARLOS SEGURA

    I, Carlos Segura, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Frio County, Texas.

3.    I am employed by Frio County, where I serve as the Elections Administrator.

4.    The Frio County Tax Assessor-Collector's office, located at 500 East San Antonio Street, Pearsall, Texas 78061, has received permission from the Texas Department of Public Safety ("DPS") to accept and process Election Identification Certificate applications ("EICs") completed by county residents.

5.  Cindy McCullough and Delia Mendez, two employees of the Frio County Tax Assessor-Collector's office, received training from DPS to accept and process EIC applications.

6.  As of May 5, 2014, the Frio County Tax Assessor-Collector's office never established any dates or times when EIC applications would be made available. The office never published notices to county residents informing them of the availability of EIC applications.

7.  No EIC applications have been issued from or received by the Frio County Tax Assessor-Collector's office.

8.  Based on publicly available information, including discussions in Frio County Commissioners' Court, I am aware that DPS is considering opening a permanent driver license office in the county at 500 East San Antonio, Trailer No. 2, Pearsall, Texas 78061. As of May 5, 2014, DPS has not provided me with the proposed date the office is scheduled to open.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _15th_ day of May 2014.

_____
Carlos Segura

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | Civil Action No. 2:13-cv-263 (NGR) |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>NANDITA BERRY, *et al.*,<br><br>                    Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>STATE OF TEXAS, *et al.*,<br><br>                    Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## DECLARATION OF MICHELLE GARCIA

I, Michelle Garcia, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Goliad County, Texas.

3. I am employed by Goliad County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Goliad County Tax Assessor-Collector's office.

4. My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5. Goliad County does not have an operational driver license office.

6.   My office is located at 329 W. Franklin Street, Goliad, Texas 77963.  It is open Monday through Friday, from 8:00 am to 5:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of ~~zero~~ *ONE* complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   The Goliad County Tax Assessor-Collector's office is under no obligation to continue accepting applications for EICs.

10.  The Goliad County Tax Assessor-Collector's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the ___9___ day of ~~May~~ *June* 2014.

_Michelle Garcia_
Michelle Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF REBECCA DUFF

I, Rebecca Duff, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Grimes County, Texas.

3.    I am employed by Grimes County, where I serve as the Voter Registrar and Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Grimes County Elections office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.      Grimes County does not currently have an operational driver license office.

6.      My office is located at 100 Main Street, Anderson, Texas 77830.  It is open Monday

        through Friday, from 8:00 am to 4:30 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of three

        complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero

        incomplete or otherwise incorrect EIC applications.

9.      To the best of my knowledge, the Grimes County Elections Office does not have any

        plans to change its location or hours of operation prior to the November 4, 2014, general

        election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the ___28___ day of April 2014.

Rebecca Duff
Rebecca Duff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF TERESA ALTMAN

I, Teresa Altman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Hall County, Texas.

3.    I am employed by Hall County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Hall County Tax Assessor-Collector's office.

4.    I was appointed Tax Assessor-Collector on January 1, 2014.

5.    I have no knowledge of Hall County's practices related to EICs prior to January 1, 2014.

6.  My office first became available to accept and process EIC applications sometime before January 1, 2014, but I do not know the specific date. My office possessed equipment necessary to accept and process EIC applications at the time of my appointment.

7.  I received training from the Texas Department of Public Safety regarding how to accept and process EIC applications on February 12, 2014.

8.  My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

9.  Hall County does not have an operational driver license office.

10. My office is located at 512 W. Main Street, Suite 5, Memphis, Texas 79245. It is open Monday through Friday, from 8:30 am to noon, and from 1:00 pm to 5:00 pm.

11. Between the dates of January 1, 2014, to the present, my office received a total of zero complete EIC applications.

12. Between the dates of January 1, 2014, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

13. The Hall County Tax Assessor-Collector's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _15th_ day of May 2014.

Teresa Altman

Case 2:13-cv-00193   Document 673-5   Filed in TXSD on 09/16/14   Page 51 of 73

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY. *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| v. | |
| STATE OF TEXAS, *et al.*. | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF LINDA CUMMINGS

I, Linda Cummings, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Hansford County, Texas.

3.    I am employed by Hansford County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Hansford County Tax Assessor-Collector's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Hansford County does not currently have an operational driver license office.

6.  My office is located at 14 Northwest Court, Spearman, Texas 79081. It is open Monday through Friday, from 8:00 am to 4:45 pm; the office receives EIC applications between 8:00 am and noon.

7.  Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of eight incomplete or otherwise incorrect EIC applications.

9.  To the best of my knowledge, the Hansford County Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the **29** day of April 2014.

Linda Cummings

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>     Plaintiffs,<br><br>       v.<br><br>RICK PERRY, *et al.*,<br><br>     Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>     Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>     Plaintiff-Intervenors,<br><br>       v.<br><br>STATE OF TEXAS, *et al.*,<br><br>     Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

                     Plaintiffs,

         v.

NANDITA BERRY, *et al.*,

                  Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

                  Plaintiffs,

         v.

STATE OF TEXAS, *et al.*,

                  Defendants

Civil Action No. 2:13-cv-348 (NGR)

## <u>DECLARATION OF JOYCE GRAY</u>

      I, Joyce Gray, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Irion County, Texas.

3.     I am employed by Irion County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Irion County Tax Assessor-Collector's office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Irion County does not currently have an operational driver license office.

6. My office is located at 209 N. Parkview, Mertzon, Texas 76941. It is open Monday through Friday, from 8:00 am to noon, and from 1:15 pm to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Irion County Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _5th_ day of _May_ 2014.

_Joyce Gray_
Joyce Gray

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>               Plaintiffs,<br><br>      v.<br><br>RICK PERRY, *et al.*,<br><br>               Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>               Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>               Plaintiff-Intervenors,<br><br>      v.<br><br>STATE OF TEXAS, *et al.*,<br><br>               Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

           Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

           Defendants.

                           Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

           Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

           Defendants

                           Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF BARBARA WILLIAMS

     I, Barbara Williams, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Jackson County, Texas.

3.     I am employed by Jackson County, where I serve as the County Clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Jackson County Clerk's office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Jackson County does not currently have an operational driver license office.

6.    My office is located at 115 West Main Street Room 101, Edna, Texas 77957.  It is open

      Monday through Friday, from 8:00 am to 5:00 pm.

7.    Between the dates of June 25, 2013, to the present, my office received a total of zero

      complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero

      incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Jackson County Clerk's office does not have any plans

      to change its location or hours of operation prior to the November 4, 2014, general

      election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the __Z Z__ day of April 2014.


                                                    _____
                                                    Barbara Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

           Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

           Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

           Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

           Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF NORMA L. HINOJOSA

I, Norma L. Hinojosa, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Jim Hogg County, Texas.

3.     I am employed by Jim Hogg County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Jim Hogg County Tax Assessor-Collector's office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Jim Hogg County does not currently have an operational driver license office.