**PL789**
**9/2/2014**
**2:13-cv-00193**

| | |
|---|---|
| **From:** | Marcus Pena |
| **To:** | Blease, Kamishia |
| **Cc:** | Cohan, Lindsey; Jones, Joanna |
| **Subject:** | RE: Public Records Request re: Provisional Ballots in Austin County |
| **Date:** | Monday, December 09, 2013 5:00:29 PM |

(1)  The number of provisional ballots that were cast? 3

(2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054? 2

(3) The number of provisional ballots that were distributed to voters under Tex. Elec. Code § 63.001(g) because they did not meet the photo identification Requirements? 0

(4) The number of provisional ballots identified above in (3) that were rejected? 0

(5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification? 0

(6) The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls? 0

(7) The number of provisional ballots identified above in (6) that were rejected? 0

(8) The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls? 0

(9) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day? Training was given per requirement by the Texas Secretary of State office.

(10) Any instructions, guidance, and training given to poll workers regarding providing written notice to voters who are required to cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g)? Training was given per requirement by the Texas Secretary of State office.

(11) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(c) that the name on the identification provided to vote must be the same or

"substantially similar" to the name on the voter rolls? Training was given per requirement by the Texas Secretary of State office.

(12) Any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g)? All of our provisional ballots meet the identification requirements under the Texas Voter ID Law.


*Thank You,*
*Marcus A. Peña*
*Austin County Tax Assessor/Collector*
*& Election Official*
*804 E. Wendt St.*
*Bellville, TX 77418*
*(979) 865-8633 Office*
*(979) 865-0183 Fax*
*mpena@austincounty.com*

---

**From:** Blease, Kamishia [mailto:Kamishia.Blease@dechert.com]
**Sent:** Monday, December 09, 2013 1:40 PM
**To:** mpena@austincounty.com
**Cc:** Cohan, Lindsey; Jones, Joanna
**Subject:** Public Records Request re: Provisional Ballots in Austin County

Dear Mr. Pena:

Please see attached correspondence being sent to you on behalf of Lindsey Cohan.

Best,
Kamishia Blease
Dechert LLP
300 W 6th Street
Suite 2010
Austin, TX 78701
+1 512 394 3023 Direct
+1 512 394 3001 Fax
kamishia.blease@dechert.com
www.dechert.com

TSC-MALC00000073

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

TSC-MALC00000074