| | |
|---|---|
| **From:** | Shawn B. Snyder |
| **To:** | Cohan, Lindsey |
| **Subject:** | RE: Public Records Request re: Provisional Ballots in Bell County |
| **Date:** | Thursday, December 12, 2013 4:02:28 PM |
| **Attachments:** | Directions to the Bell County Voter Registration Office For Cure Period.pdf |

Ms. Cohan,

     Pursuant to your open records request dated December 5, 2013, and received by our office on December 10, 2013 below please find the available requested information.

1. The number of provisional ballots cast was five.
2. None of provisional ballots were accepted under the TEC § 65.054.
3. One provisional ballot was distributed to a voter under TEC § 63.001(g) because they did not meet the photo identification requirements.
4. The one provisional ballot was distributed to a voter under TEC § 63.001(g) because they did not meet the photo identification requirements was rejected.
5. The name of the voter who voted provisionally because they lacked the requisite form of identification was:

    Beulah Brown Starnes
    2110 Canyon Creek Dr.
    Temple, TX 76502

6. None of the provisional ballots that were cast because the elections official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls.
7. None of the provisional ballots that were cast because the elections official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls.
8. None of the provisional ballots that were cast because the elections official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls.
9. The Secretary of State's Office instructions, guidance, and training was given to poll workers regarding implementation of the requirements of TEC § 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day. Links to the power points can be found below.

    http://www.sos.state.tx.us/elections/forms/seminar/2013/31st/acceptable-forms-of-ID.ppsx
    http://www.sos.state.tx.us/elections/forms/seminar/2013/31st/similar-names-presentation.ppsx

     Workers were also provided copies of the Election Judges and Clerks Handbook. A pdf can be found at the link below.

     http://www.sos.state.tx.us/elections/forms/election_judges_handbook.pdf