10. The Secretary of State's Office instructions, guidance, and training was given to poll workers regarding providing written notice to voters who are required to cast provisional ballots because they did not meet the identification requirements of TEC § 63.001(g). Links to the power points can be found below.

    http://www.sos.state.tx.us/elections/forms/seminar/2013/31st/acceptable-forms-of-ID.ppsx
    http://www.sos.state.tx.us/elections/forms/seminar/2013/31st/similar-names-presentation.ppsx

Workers were also provided copies of the Election Judges and Clerks Handbook. A pdf can be found at the link below.

    http://www.sos.state.tx.us/elections/forms/election_judges_handbook.pdf

11. The Secretary of State's Office instructions, guidance, and training was given to poll workers regarding implementation of the requirements of TEC § 63.001(c) that the name on the identification provided to vote must be the same of "substantially similar to the name on the voter rolls. Links to the power points can be found below.

    http://www.sos.state.tx.us/elections/forms/seminar/2013/31st/acceptable-forms-of-ID.ppsx
    http://www.sos.state.tx.us/elections/forms/seminar/2013/31st/similar-names-presentation.ppsx

Workers were also provided copies of the Election Judges and Clerks Handbook. A pdf can be found at the link below.

    http://www.sos.state.tx.us/elections/forms/election_judges_handbook.pdf

12. The standard from provided by the Secretary of State's Office was given to the voter who cast a provisional ballot because they did not meet the identification requirements under TEC § 63.001(g) and can be found at the links below. The voter was also given a map as to where they could cure their ballot (see attached).

    English: http://www.sos.state.tx.us/elections/forms/pol-sub/polling-place-id-receipt.pdf
    Spanish: http://www.sos.state.tx.us/elections/forms/pol-sub/polling-place-id-receipt-s.pdf

Thank you for your time,

*Shawn Snyder*

**Election Administrator**
Bell County Elections
PO Box 1629 | Belton TX 76513
T: 254-933-5774 | F: 254-933-6754 |
shawn.snyder@co.bell.tx.us| www.bellcountytx.com

---

**From:** Blease, Kamishia [mailto:Kamishia.Blease@dechert.com]
**Sent:** Friday, December 06, 2013 5:18 PM
**To:** Shelley Coston
**Cc:** Cohan, Lindsey; Jones, Joanna
**Subject:** Public Records Request re: Provisional Ballots in Bell County

Dear Ms. Coston:

Please see attached correspondence being sent to you on behalf of Lindsey Cohan.

Best,
Kamishia Blease
Dechert LLP
300 W 6th Street
Suite 2010
Austin, TX 78701
+1 512 394 3023 Direct
+1 512 394 3001 Fax
kamishia.blease@dechert.com
www.dechert.com


This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

TSC-MALC00000083