

**Directions to the Bell County Voter Registration Office:**

*If you are coming from <u>Temple</u>:*
- Travel South on **I-35S** toward Austin.
- Take exit **294A** toward **Central Ave**.
- Merge on to **N Interstate 35 Frontage Rd**.
- Turn right onto **E Central Ave**.
- Turn right onto **N Birdwell St**.
- Turn left onto **E 2nd Ave.**
- The **Voter Registration Office** will be on your left.


*If you are coming from <u>Salado</u>:*
- Travel North on **I-35N** towards Belton.
- Take exit **294A** toward **Central Ave**.
- Merge on to **N Interstate 35 Frontage Rd**.
- Turn left onto **E Central Ave**.
- Turn right onto **N Birdwell St**.
- Turn left onto **E 2nd Ave.**
- The **Voter Registration Office** will be on your left.


*If you are coming from <u>Killeen</u> / <u>Harker Heights</u> / <u>Nolanville</u>:*
- Travel East on **US-190**.
- Merge onto **I-35N/US-190E**.
- Take exit **294A** toward **Central Ave**.
- Merge on to **N Interstate 35 Frontage Rd**.
- Turn left onto **E Central Ave**.
- Turn right onto **N Birdwell St**.
- Turn left onto **E 2nd Ave.**
- The **Voter Registration Office** will be on your left.

If you have any questions, please feel free to call the Bell County Voter Registration Office at 254-933-5319.



| JOYCE HUDMAN | | DEBORAH PAYNE |
|---|---|---|
| COUNTY CLERK | | Chief Deputy |
| 111 E. Locust, Suite 200 | | |
| Angleton, Texas 77515 | | |

# BRAZORIA COUNTY
## ANGLETON, TEXAS 77515

December 10, 2013

Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701

Re: Public Records Request re: Provisional Ballots in Brazoria County

Gentlemen:

In reply to your letter of December 5, 2013, the following is the requested information:

1. The number of provisional ballot that were cast.
   **Answer: 45**
2. The number of provisional ballots that were accepted under Texas Elec. Cod 65.054.
   **Answer: 9**
3. The number of provisional ballots that were distributed to voters under Tex. Elec. Code 63.001 (g) because they did not meet the photo identification requirements.
   **Answer: 1**
4. The number of provisional ballots identified above in 3 that were rejected.
   **Answer: 1**
5. The name and any contact information of voters who voted provisionally because they lacked the requisite form of identification.
   **Answer: Linda E. Wood, 518 Olive, Surfside Beach, Texas 77541**
6. The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls.
   **Answer: 0**

7. The number of provisional ballots identified above in (6) that were rejected.
   **Answer:** 0
8. The name and contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls.
   **Answer:** Not Applicable since none cast
9. Any instructions, guidance and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day.
   **Answer:** See Power Point attached.
10. Any instructions guidance and training given to poll workers regarding providing written notice to voters who are required to cast provisional ballots because they did not meet the identification requirements under Tex . Elec. Code 6.001(g).
    **Answer:** See Power Point attached.
11. Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code 63.001 (c) that the name on the identification provided to vote must be the same or "substantially similar" to the name on the voter rolls: and
    **Answer:** See Power Point attached.
12. Any standard form of notice provided to voters who cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code 63.001 (g).
    **Answer:** See Power Point attached.

Since the Power Point is the answers to questions 9-12, I will give a couple of explanations included in the presentation.

1. Compare the names and if slightly different, check the place on the combo form and tell the voter to sign and initial the similar name box because they were slightly different on the ID presented.
   > We had very few questions from voters and most seemed to accept the simple explanation from the election workers.

2. We advised our workers to not vote anyone provisionally because of the voter ID law until they talked to Election Director or the Lead Election Clerk in the main office. We only had two calls. The first one decided it would be easier to just go home and get his driver's license now and not have to take it to Angleton later. The second was Linda Wood and she did vote provisional.
   > Our office wanted to make sure that all voters knew all of the options available to them before they voted provisional. So we decided on this MUST CALL THE OFFICE PRIOR TO VOTING PROVISIONAL BECAUSE OF THE VOTER ID .

We trust the above provided information meets your Public Information Request. If you have any additional request or need further clarification of our answers, please let me know.

Sincerely,


Janice Evans
Brazoria County Election Director



**KAREN McQUEEN**
COUNTY CLERK
PO BOX 111
BRYAN TX 77806-0111

# BRAZOS COUNTY

December 16, 2013

Linda Cohan
Dechert LLP
300 W. 6th Street, Ste 2010
Austin, Texas 78701

Re: Public Records Request: Provisional Ballots

Please be advised that I received your request for provisional ballot information for Brazos County on December 9, 2013.

The answers to your following questions are:

1. Number of provisional ballots cast? **17**
2. Number of provisional ballots accepted? **10**
3. Number of provisional ballots distributed because they did not meet the photo identification requirements? **2**
4. Number of provisional ballots identified in question No. 3 that were rejected? **2**
5. Names & contact information:
   a. **Kelly S. Brown, 1828 W. Villa Maria Rd., Bryan, Texas 77807**
   b. **Dianne Rister, 15531 Whites Creek Ln., College Station, Texas 77845**
6. Number of provisional ballots cast due to not "substantially similar? **0**
7. Number of provisional ballots identified in question No. 6 that were rejected? **0**
8. Names and contact information: **n/a**
9. Any instructions, guidance and training given to poll workers regarding identification? **Yes, see enclosed power point and handouts given to all poll workers during training.**
10. Any instructions, guidance and training given to poll workers regarding providing written notice to voters required to cast provisional ballots due to identification requirements. **Same as question No. 9. All voters who voted a provisional ballot due to ID requirements were given the "Notice to Provisional Voters".**
11. Any instructions, guidance, and training given to poll workers regarding "substantially similar" names? **Same as question No. 9**

12. Any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements? **Same as question No. 9. All voters who voted a provisional ballot due to ID requirements were given the "Notice to Provisional Voters".**

Please feel free to contact me for any additional questions.

Sincerely,

*Karen McQueen*

Karen McQueen, County Clerk
Brazos County, Texas



**PAMELA OHLENDORF**

## CALDWELL COUNTY ELECTIONS ADMINISTRATION OFFICE

1403-C Blackjack St.
Lockhart, Texas
78644

March 6, 2014

Dear Sirs/Madam,

In receiving your request my finding for the 2013 election period, we had 9 provisional voting ballots. Eight of those provisional were due to either not registered in this county or canceled for other reasons. The ninth provisional ballot that was cast was due to not providing their ID. This particular person was/is an Election Judge for my county to which she/he decided to test the system.

She /he was given the time provided by the SOS to cure their ballot, to which she/he did not, therefore that ballot was not accepted.

If you should have any questions or concerns regarding this matter, please do not hesitate in contacting my office.

Sincerely,

X *Pamela Ohlendorf*
Pamela Ohlendorf
Caldwell County Elections Administrator

T: (512)668-4347  ·  F: (512) 398-1821  ·  E: pamela.ohlendorf@co.caldwell.tx.us

TSC-MALC00000239