*Redacted*

**From:** Chris J. Davis [mailto:Chris.Davis@co.cameron.tx.us]
**Sent:** Thursday, March 06, 2014 4:07 PM
**To:** Jones, Joanna
**Subject:** RE: Public Records Request regarding Provisional Ballots in Cameron County

Answers to request by item#:

- (1) 14
- (2) 2
- (3) 6
- (4) 6
- (5) Attachment entitled "2013 Constitutional Amendment ID Provisional Voters_Redacted.pdf"
- (6) 0
- (7) 0
- (8) 0
- (9) Attachment entitled "13.Nov Acceptance and Handling of IDs - Revised For Cameron County.pdf"
- (10)    Same as (9).
- (11)    Same as (9)
- (12)    Attachment entitled "notice-to-provisional-voter - id reasons.pdf"

Best,

**Christopher Davis**
**Elections Administrator, Cameron County, TX**
chris.davis@co.cameron.tx.us



# DALLAS COUNTY

**CRAIG WATKINS**
**DISTRICT ATTORNEY**
**CIVIL DIVISION**

February 24, 2014

Lindsey B. Cohan
Dechert LLP
300 West 6th Street
Suite 2010
Austin, TX 78701-3902

Re: Request-Provisional Ballots

Dear Ms. Cohan:

Enclosed are the Dallas County Elections Department's responses to your open records request regarding Provisional Ballot Voting in Dallas County, Texas.

1. See enclosed Provisional Ballot List (4 pages)
2. See Provisional Ballot List.
3. See Provisional Ballot List.
4. See Provisional Ballot List.
5. See Provisional Ballot List.
6. Not applicable.
7. Not applicable.
8. Not applicable.
9. See enclosed Posters.
10. See enclosed Notice to Provisional Voter with map.
11. See enclosed Substantially Similar Name Power Point Slides.
12. See enclosed (i) Name Correction Form, (ii) Similar Name Notification form letter, and (iii) Provisional Ballot Rejection letter.

Please contact me if you have any questions.

Sincerely,

*[signature: M Barton]*

Melanie Barton
Assistant District Attorney
Dallas County, Texas

Enc.

Date: 01/30/14  
Time: 07:52 pm  
Election Code: 1113-%

DALLAS COUNTY  
PROVISIONAL BALLOT LIST  
Order by Alpha Name

pr_list v.130907  
Page: 1

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 4135245 | ANAND, ANISHA | 4929 FOREST LN  DA | 2004 | | | 4135245 | NR | N |
| 4131169 | ANDRADE, BRITTANY | 10902 JOAQUIN DR  DA | 1054 | | | 4131169 | NR | N |
| 4135917 | ARNOLD, CAROLYN KING | 835 TIMBER DELL LN  DA | 3056 | | | 4135917 | ID | N |
| 4133437 | BADGETT, CAROLE MCKEE | 8602 MIDDLE DOWNS DR  DA | 1043 | | | 4133437 | R30 | N |
| 4133432 | BADGETT, CHARLES SHEPARD | 8602 MIDDLE DOWNS DR  DA | 1043 | | | 4133432 | R30 | N |
| 819911 | BAILEY, ALMA MAE | 2702 DORRIS ST  DA | 3029 | | | 819911 | OK | Y |
| 3971232 | BANNER, SAMUEL P | 917 MEADOW VIEW DR  RI | 2500 | | | 3971232 | OK | Y |
| 3891809 | BARRIENTOS, ANDREW DYLAN | 517 W 8TH ST  IR | 4604 | | | 3891809 | ID | N |
| 3779255 | BAUSLEY, LANCE ALLEN | 1312 WILLIAMS AVE  DE | 3605 | | | 3779255 | WP | N |
| 4135247 | BELL, LAKEYTHIA R | 3031 ALLISTER ST  DA | 4004 | | | 4135247 | RGC | N |
| 2137187 | BRILL, TERRY LEE | 1863 W MOCKINGBIRD LN #321 DA | 4086 | | | 2137187 | OK | Y |
| 1335192 | BROOKS, ERICK BERNARD | 3336 MICHIGAN AVE  DA | 4110 | | | 1335192 | ID | N |
| 2237493 | BURTON, ROSILAND ANN | 1113 ANGIE LN  DE | 3604 | | | 2237493 | INL | N |
| 3227598 | CARPENTER, LOIS NELL | 2702 DORRIS ST  DA | 3029 | | | 3227598 | OK | Y |
| 1971365 | CASH, GLENDA MARIE | 400 E WINTERGREEN RD #225 DE | 3605 | | | 1971365 | WP | N |
| 3966935 | CHIASSON, BRADFORD DYLAN | 923 LIBERTY CT  DA | 3009 | | | 3966935 | ID | N |
| 2788894 | CIAROCHI, JASON CHARLES | 3542 WALDORF DR  DA | 2005 | | | 2788894 | ID | N |
| 1196471 | COMEGYS JR, RICHARD LEE | 721 FOREST PARK PL  GP | 4525 | | | 1196471 | ID | N |
| 3899716 | CRAMBLIT, CHRISTINE LAUREN | 300 N AKARD ST #1309 DA | 3008 | | | 3899716 | WP | N |
| 4116446 | CROOKSTON, SARAH JAYNE | 2660 N HASKELL AVE #4158 DA | 1014 | | | 4116446 | ID | N |
| 4132304 | DALE, JIMMIE FLOYD | 446 BARNES BRIDGE RD  SU | 3500 | | | 4132304 | NR | N |
| 3971312 | DECAMPS, NANCY O | 944 PREAKNESS DR  GP | 4538 | | | 3971312 | RAC | N |
| 4135244 | DIAZ, VICTOR | 1513 NORTHRIDGE PL  CA | 2402 | | | 4135244 | RAC | N |
| 225092 | DORSETT, ERNESTINE | 6433 MCCOMMAS BLVD  DA | 2071 | | | 225092 | ID | N |
| 1020210 | EATON, BARBARA JEAN | 354 LINKMEADOW DR  DU | 3201 | | | 1020210 | INL | N |
| 2622361 | EVERARD, CHRISTOPHER ROBIN | 9821 SMOKEFEATHER LN  DA | 1026 | | | 2622361 | ID | N |
| 4134863 | FORSTER, RACHEL KENNEY | 8942 CLEARWATER DR  DA | 1005 | EV15 | | 4134863 | RGC | N |
| 1085635 | FRANCIS, BLAIR GRANT | 6211 GEORGIAN CT  DA | 2056 | | | 1085635 | WP | N |
| 4135437 | GAMEZ, MIRANDA DIANE | 200 TAOS TRL  IR | 2604 | | | 4135437 | NR | N |
| 4133797 | GILKER, HELEN GRACE | 7303 TOKALON DR  DA | 2072 | | | 4133797 | R30 | N |
| 3861242 | GOLDSMITH, NATHAN R | 2707 COLE AVE #205 DA | 3086 | | | 3861242 | ID | N |
| 1706874 | GOLIGHTLY, DEMETRA MONITA | 1321 RED RIVER PT  ME | 3303 | | | 1706874 | ID | N |
| 4105619 | GONZALEZ, ARTHUR CHARLES C | 6542 LAUREL VALLEY RD  DA | 2045 | | | 4105619 | ID | N |
| 3301367 | GRIFFIN, DAVID BRYAN | 9510 HILL VIEW DR  DA | 1044 | | | 3301367 | WP | N |
| 3534473 | GUEYE, JAQUELINE DENISE | 1528 HOLLOW OAK DR  DE | 3067 | | | 3534473 | OK | Y |
| 4135246 | GUTIERREZ, GABRIELA MARIA | 840 PARKWAY BLVD  CO | 2806 | | | 4135246 | RAC | N |