| Date: 01/30/14 | | DALLAS COUNTY | | | | | pr_list v.130907 |
| Time: 07:52 pm | | PROVISIONAL BALLOT LIST | | | | | Page: 2 |
| Election Code: 1113-% | | Order by Alpha Name | | | | | |

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 1169020 | HESS, LAWRENCE AURTHUR | 3014 BELT LINE RD #2313 GA | 2706 | | | 1169020 | WP | N |
| 2164890 | HIXON, NANCY JEANNE | 426 JELLISON BLVD DU | 3210 | | | 2164890 | ID | N |
| 4132505 | HOLLIS, LOUISE LOWE | 416 HOPEWELL ST GP | 4502 | | | 4132505 | NR | N |
| 3992338 | HORATIO, TRICIA ANNE AISHIA | 2403 STUTZ DR #A5 DA | 4019 | EV21 | | 3992338 | ID | N |
| 2567238 | HUBBARD, EVELYN DELOROS | 4330 METROPOLITAN AVE DA | 3022 | | | 2567238 | ID | N |
| 912015 | HURTEKANT, JOANNE MONTAGUE | 350 N ERVAY ST #2604 DA | 3008 | | | 912015 | WP | N |
| 1174819 | HUTCHESON, STEPHEN VINCENT | 4837 CEDAR SPRINGS RD #201 DA | 2505 | | | 1174819 | WP | N |
| 4132090 | JEWELL, DELORES | 4800 KELLER SPRINGS RD #1350 AD | 2902 | | | 4132090 | R30 | N |
| 3942702 | JOHNSON, JAMIE KATHLEEN | 5055 ADDISON CIR #707 AD | 2903 | | | 3942702 | WP | N |
| 1932204 | JOHNSON, PATRICIA ZELLER | 6163 KENWOOD AVE DA | 2040 | | | 1932204 | OK_ID | Y |
| 3558372 | JONES, GLENNITA JONES | 13045 FISH RD #210 DA | 3008 | | | 3558372 | WP | N |
| 4135916 | KATZ, DAVID | 5615 BELMONT AVE #C212 DA | 1017 | | | 4135916 | ID | N |
| 4135243 | KEETON, ANDREAS NICOLAI | 3600 GILLESPIE ST #5 DA | 4032 | | | 4135243 | NR | N |
| 4135075 | KEETON, PAMELA GREEN | 929 PRAIRIE CREEK DR DE | 3612 | | | 4135075 | NR | N |
| 4108920 | KIRKPATRICK JR, HASKELL M | 9004 CHURCH RD DA | 1044 | | | 4108920 | WP | N |
| 4135438 | KIRKPATRICK, SANDRA GWEN | 9004 CHURCH RD DA | 1043 | | | 4135438 | OK | Y |
| 3864415 | KOLI, ANURADHA VIJAY | 2820 MCKINNON ST APT 3076 DA | 3006 | | | 3864415 | WP | N |
| 3612311 | LEWIS, JASON TREES | 1001 LIBERTY ST #117 DA | 3009 | | | 3612311 | WP | N |
| 4135081 | LOPEZ, CANDELARIO MANJARREZ | 525 W WESTCHESTER PKWY #1616 GP | 4508 | | | 4135081 | NR | N |
| 4131520 | LORMENYO, VIVIANE DELALI | 4339 N O CONNOR RD IR | 4625 | | | 4131520 | NR | N |
| 3000697 | LOWRIE, LAKESHA DELYNN | 2838 SANTA MONICA DR GP | 4538 | | | 3000697 | RAC | N |
| 1672465 | MACIAS, ANNA | 4917 WORTH ST #8 DA | 1073 | | | 1672465 | ID | N |
| 1556665 | MACK, JOHN | 6614 LOCKHEED AVE DA | 4016 | | | 1556665 | WP | N |
| 4133946 | MALDONADO, DAVID | 8610 SOUTHWESTERN BLVD #904 DA | 2032 | | | 4133946 | R30 | N |
| 3974328 | MCKNIGHT, TRALISA KIERA | 8231 RANCHVIEW DR #2047 IR | 2603 | | | 3974328 | WP | N |
| 2341675 | MILLER, DANNY LEE | 4324 CEDAR SPRINGS RD #211 DA | 1022 | | | 2341675 | WP | N |
| 2773414 | NARANJO, MANUEL O | 1516 N PEAK ST #104 DA | 1130 | | | 2773414 | ID | N |
| 4134862 | OCKLEBERRY, ROSALYN DENISE | 7310 MARVIN D LOVE FWY DA | 3063 | EV21 | | 4134862 | NR | N |
| 3328603 | OMANA, JUAN CARLOS | 5055 ADDISON CIR #204 AD | 2903 | | | 3328603 | WP | N |
| 3871430 | OSBORNE, JAMAR | 5105 VANDELIA ST #E DA | 4021 | | | 3871430 | WP | N |
| 1369340 | PANTOJA, HELEN MARGARET | 2234 BOMBAY AVE DA | 4086 | | | 1369340 | OK | Y |
| 4135076 | POWELL JR, BOONE | 9209 WESTVIEW CIR DA | 1007 | | | 4135076 | RGC | N |
| 2231874 | ROBERTS, JOCKTON JEROME | 10353 MUSKOGEE DR DA | 1135 | | | 2231874 | ID | N |
| 2823775 | ROCKMAN, TROY | 2018 GROVE PARK LN RI | 2500 | | | 2823775 | WP | N |

TSC-MALC00000453

| Date: 01/30/14 | | DALLAS COUNTY | | | | | pr_list v.130907 |
| Time: 07:52 pm | | PROVISIONAL BALLOT LIST | | | | | Page: 3 |
| Election Code: 1113-% | | Order by Alpha Name | | | | | |

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 1879063 | ROOKS, LOLITA SMITH | 1502 VANCOUVER DR GH | 3900 | | | 1879063 | ID | N |
| 3158100 | ROYE, JAMES ANDREW | 1111 S AKARD ST #405 DA | 3016 | | | 3158100 | ID | N |
| 4135078 | SANNI, IBRAHIM MOMAYOWA | 820 CHAPARRAL DR GP | 4502 | | | 4135078 | NR | N |
| 3930784 | SELVAGGIO, EMMANUEL DE-LAINE | 1551 OAK LAWN AVE APT 468 DA | 4033 | | | 3930784 | WP | N |
| 4129149 | SHARMA, AMIT | 6862 SKILLMAN ST DA | 1049 | | | 4129149 | OK | Y |
| 4004366 | SMILIE, JONATHAN K | 842 SHERRILL BLVD DU | 3210 | | | 4004366 | ID | N |
| 3962712 | SMILIE, LAUREN ASHLEY | 842 SHERRILL BLVD DU | 3210 | | | 3962712 | ID | N |
| 4004363 | SMILIE JR, ROBERT JOHN | 842 SHERRILL BLVD DU | 3210 | | | 4004363 | ID | N |
| 4133348 | SMITH II, DANIEL PARMER | 9450 FOREST SPRINGS DR APT 2702 DA | 1043 | | | 4133348 | R30 | N |
| 4133598 | SMITH, MARICEIL | 9450 FOREST SPRINGS DR #2702 DA | 1043 | | | 4133598 | R30 | N |
| 2123621 | SPROWL, KIMBERLY DARLENE | 1704 BEAU CT BS | 3400 | | | 2123621 | WP | N |
| 4135080 | STANLEY, MICHAEL ALLEN | 2669 CLAREMONT DR GP | 4508 | | | 4135080 | RAC | N |
| 1641925 | STONE, DEANNA WYANT | 10308 GOODYEAR DR DA | 4002 | | | 1641925 | OK | Y |
| 618192 | SWINDELL, JEAN | 113 WILDWOOD DR DU | 3202 | EV06 | | 618192 | ID | N |
| 400400 | TAYLOR, CATHERINE R | 6005 SANDHURST LN #B DA | 2035 | | | 400400 | OK | Y |
| 3764371 | TAYLOR, LATISHA | 1310 N COCKRELL HILL RD DA | 4065 | | | 3764371 | WP | N |
| 4131167 | TIERNEY, DAVID SHAWN | 516 W NORTHGATE DR IR | 4625 | | | 4131167 | NR | N |
| 4135079 | TOSSING, DANIEL JOSEPH | 5934 SANDHURST LN #110 DA | 2035 | | | 4135079 | NR | N |
| 4074763 | TUCKER, KATHY JEAN | 9001 MARKVILLE DR #1723 DA | 1003 | | | 4074763 | ID | N |
| 4133597 | UPSHAW, JAMES ALEXANDER | 4023 GOODFELLOW DR DA | 2007 | | | 4133597 | R30 | N |
| 3340187 | VENABLE, LINDSAY KAYE | 8528 GROVELAND DR DA | 1060 | | | 3340187 | OK | Y |
| 3390963 | VILLADA, FRANCISCA M | 2225 MARVEL DR IR | 4601 | | | 3390963 | OK_ID | Y |
| 4128305 | WALKER, MARGARET ANN | 400 HAWK CT CO | 2803 | | | 4128305 | R30 | N |
| 3980554 | WATTS, LASHONNE ROCHELLE | 4810 CEDAR SPRINGS RD #2216 DA | 4021 | | | 3980554 | ID | N |
| 527727 | WEINSTEIN, ANDREA WALDMAN | 10815 BRANCH OAKS CIR DA | 2020 | | | 527727 | ID | N |
| 4135074 | WILLIAMS, STEVEN CALEB | 1141 WATERVIEW LN DE | 3605 | | | 4135074 | NR | N |
| 2531057 | WILLOBY, HUGH DOUGLAS | 5619 GASTON AVE #110 DA | 1502 | | | 2531057 | WP | N |
| 3788083 | WISE, SHANAY ROZAN | 3011 PARK ROW AVE #289 DA | 3018 | | | 3788083 | WP | N |
| 4045169 | ZUPFER, JAMES JOHN | 215 N MOORE RD #7013 CO | 2805 | | | 4045169 | ID | N |

Total: 99