| | |
|---|---|
| **From:** | Gloria Vera |
| **To:** | Cohan, Lindsey |
| **Subject:** | request |
| **Date:** | Wednesday, December 18, 2013 12:13:16 PM |

Lindsey,

Dawson County did not have any provisional ballots on the November 2013 election.
Have a blessed Christmas!     Gloria Vera

TSC-MALC00000483



# Dechert
LLP

300 West 6th Street
Suite 2010
Austin, TX 78701-3902
+1 512 394 3000 Main
+1 512 394 3001 Fax
www.dechert.com

LINDSEY COHAN

lindsey.cohan@dechert.com
+1 512 394 3027 Direct
+1 512 394 3987 Fax

February 3, 2014

**VIA E-MAIL**

Denton County Elections Administration
701 Kimberly Drive, Suite A101
Denton, TX 76208
E-mail: elections@dentoncounty.com

Re: Public Records Request re Provisional Ballots in Denton County

Dear Sir/Madam:

We write on behalf of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives — organizations that are involved in litigation against officials of the Texas Secretary of State and the Texas Department of Public Safety over Texas's photo voter ID law — to request public records, regardless of format, medium or physical characteristics, under the Texas Public Information Act, Chapter 552, Section 21 of the Texas Government Code. Specifically, we seek any records that contain, or from which we can deduce, the following information with respect to the November 2013 general election, including the early voting period beginning on October 21, 2013:

(1) The number of provisional ballots that were cast; 77

(2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054; 5

(3) The number of provisional ballots that were distributed to voters under Tex. Elec. Code § 63.001(g) because they did not meet the photo identification requirements; 11

(4) The number of provisional ballots identified above in (3) that were rejected; 9

(5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification;

Joan Gans?
Jans?
512-394-3006

TSC-MALC00000490



# JO ANNE BERNAL
**EL PASO COUNTY ATTORNEY**
500 EAST SAN ANTONIO
ROOM 503, COUNTY COURTHOUSE
EL PASO, TEXAS 79901

(915) 546-2050
FAX: (915) 546-2133

December 20, 2013

Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701-3902

**RE: REQUEST TO EL PASO COUNTY ELECTIONS ADMINISTRATOR FOR RECORDS REGARDING PROVISIONAL BALLOTS IN EL PASO COUNTY;** *Our File No. OP-13-577*

Dear Ms. Cohan:

The Elections Office has referred your request to the County Attorney's Office for review and action. The Elections Office has provided the following records in response to your numbered requests:
(1) Twenty-one provisional ballots were cast.
(2) Seven provisional ballots were accepted under Tex. Elec. Code Section 65.054.
(3) Three provisional ballots were distributed under Tex. Elec. Code Section 63.001(g).
(4) The three provisional ballots identified in number (3) were rejected because the voters did not return within six days with the required identification or to fill out a temporary affidavit.
(5) Attached.
(6) None
(7) None
(8) N/A
(9) , (10), and (11) See attached
(12) See attached

Please call this office if you have any questions.

Sincerely,

Rebecca Estrada Quinn
Assistant County Attorney

Enclosure



# Office of Elections Administration
# Fort Bend County, Texas

*John Oldham*  (281) 341-8670
*Elections Administrator*  Fax (281) 341-4418


Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, TX  787

Dear Ms. Cohan:

I am in receipt of your request for information regarding Provisional Ballots in Fort Bend County.  The answers below correspond to your numbered questions.

1. 18
2. 3
3. 3
4. 3
5. Avis Powell Clemons, 1400 Katy Flewellen Rd. # 27, Katy, TX  77494
   Aaron Eugene Rhodes, 7210 Clayhorn Ct., Richmond, TX  77407
   Uma Devi Pochampalli, 1800 Austin Pkwy #402, Sugar Land, TX  77479
6. 0
7. N/A
8. N/A
9. All poll workers were required to attend a minimum of 1.5 hrs of training on SB 14.  The Power Points used in that training are attached.
10. Attached is a story board from our on line poll worker training program.  This follows one nine lessons offered to our poll workers.  WE also offer 3.5 hour equipment raining classes that are limited to 12 students.  In those classes, instruction on issuing a Provision Ballot, mirrors our on line program.
11. Attached
12. Attached

Feel free to contact our office if you require additional information.



John Oldham
Elections Administrator

Fort Bend County Rosenberg Annex Building
Physical: 4520 Reading Road, Suite A, Rosenberg, Texas 77471
Mailing: 301 Jackson Street, Suite 101, Richmond, Texas 77469
e-mail address: vote@co.fort-bend.tx.us

TSC-MALC00000726



300 West 6th Street
Suite 2010
Austin, TX 78701-3902
+1 512 394 3000 Main
+1 512 394 3001 Fax
www.dechert.com

LINDSEY COHAN

lindsey.cohan@dechert.com
+1 512 394 3027 Direct
+1 512 394 3987 Fax

December 5, 2013

Dwight D. Sullivan
Galveston County Clerk
PO Box 17253
Galveston, TX 77552-7253

<u>Public Records Request re: Provisional Ballots in Galveston County</u>

Dear Mr. Sullivan:

We write on behalf of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives — organizations that are involved in litigation against officials of the Texas Secretary of State and the Texas Department of Public Safety over Texas's photo voter ID law — to request public records, regardless of format, medium or physical characteristics, under the Texas Public Information Act, Chapter 552, Section 21 of the Texas Government Code. Specifically, we seek any records that contain, or from which we can deduce, the following information with respect to the November 2013 general election, including the early voting period beginning on October 21, 2013:

(1) The number of provisional ballots that were cast;
    `Total Number: 33`
(2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054; `16 of the provisional ballots were accepted for counting, 17 were rejected`
(3) The number of provisional ballots that were distributed to voters under Tex. Elec. Code § 63.001(g) because they did not meet the photo identification requirements; `Total Number of Voter ID-related provisional ballots: 5`
(4) The number of provisional ballots identified above in (3) that were rejected; `None of these provisional ballots were rejected`
(5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification; `This information is not available to the County Clerk because it is in a locked/sealed ballot can which we are not authorized to open.`



December 5, 2013
Page 2

(6) The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls; `We are not aware of any instances where this occurred.`

(7) The number of provisional ballots identified above in (6) that were rejected; `Not applicable (see note above)`

(8) The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls; `Not applicable (see note above #6)`

(9) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day; `[See slides attached]`

(10) Any instructions, guidance, and training given to poll workers regarding providing written notice to voters who are required to cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g); `[See slides attached]`

(11) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(c) that the name on the identification provided to vote must be the same or "substantially similar" to the name on the voter rolls; and `[See slides attached]`

(12) Any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g). `We provided the form proscribed by the Secretary of State's Office`

Please note that we are requesting documents pertaining to Galveston County only.

In the event that some portions of the requested records are considered exempt from disclosure, please disclose any reasonable, non-exempt portions of the requested records. If it is your position that a document contains non-exempt segments and that



December 5, 2013
Page 3

those non-exempt segments are so dispersed throughout the documents as to make separation impossible, please state what portion of the document is non-exempt and how the material is dispersed throughout the document. If a request is denied in whole, please specifically state the grounds on which the request is denied.

If the documents are available in electronic format, please provide electronic copies. If your office estimates the cost of providing any such records at more than $500, please notify us before proceeding with efforts to fulfill this request. If the public records described are not in your custody or control, please notify us in writing and state in detail the reason for the absence of the records, the location of the records, and the person who has custody or control of the records.

We would appreciate the requested materials at your earliest convenience, and we are happy to work with you to make this request as easy to fulfill as possible. We are also happy to receive records on a rolling basis, as they are located, to expedite their disclosure. We are available to discuss any other ways to facilitate and simplify the process of responding to this request in accordance with the Texas Public Information Act. Please do not hesitate to contact us if you would like any additional clarification on this request. We can be reached at (512) 394-3027 or by email at lindsey.cohan@dechert.com. Thank you in advance for your time and assistance.

The responsive documents may be sent by e-mail to lindsey.cohan@dechert.com, by fax to (512) 394-3001, or by mail to:

Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701

Respectfully submitted,

*Cohan*

Lindsey Cohan

LBC/kmb

RECEIVED 13 DEC 10 AM 10: 26 COUNTY CLERK GALVESTON COUNTY, TEXAS



300 West 6th Street
Suite 2010
Austin, TX 78701-3902
+1 512 394 3000 Main
+1 512 394 3001 Fax
www.dechert.com

**LINDSEY COHAN**

lindsey.cohan@dechert.com
+1 512 394 3027 Direct
+1 512 394 3987 Fax

December 5, 2013

Lee Riedel
Gonzales County Clerk
Courthouse Annex
1709 Sarah DeWitt Dr
Gonzales, TX 78629

<u>Public Records Request re: Provisional Ballots in Gonzales County</u>

Dear Ms. Riedel:

We write on behalf of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives — organizations that are involved in litigation against officials of the Texas Secretary of State and the Texas Department of Public Safety over Texas's photo voter ID law — to request public records, regardless of format, medium or physical characteristics, under the Texas Public Information Act, Chapter 552, Section 21 of the Texas Government Code. Specifically, we seek any records that contain, or from which we can deduce, the following information with respect to the November 2013 general election, including the early voting period beginning on October 21, 2013:

(1) The number of provisional ballots that were cast;  *none* [handwritten]

(2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054;

(3) The number of provisional ballots that were distributed to voters under Tex. Elec. Code § 63.001(g) because they did not meet the photo identification requirements;

(4) The number of provisional ballots identified above in (3) that were rejected;

(5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification;

*[signature] Lee Riedel 12-9-13*