| | |
|---|---|
| **From:** | Sue Basham |
| **To:** | Cohan, Lindsey |
| **Cc:** | Teresa Kiel |
| **Subject:** | Public Records Request re: Provisional Ballots in Guadalupe County |
| **Date:** | Thursday, January 02, 2014 5:26:56 PM |
| **Attachments:** | #9-#11_Training_Material.pdf |
| | #12-polling-place-id-receipt-eng.pdf |
| | #12-polling-place-id-receipt-spa.pdf |

In response to your open records request dated December 5, 2013, I am providing the following information:

1. The number of provisional ballots that were cast:     56

2. The number of provisional ballots that were accepted under Tex.Elec. Code Sec. 65.054:     13

3. The number of provisional ballots that were distributed to voters under Tex. Elec. Code Sec. 63.001(g) because they did not meet the photo identification requirements:     2

4. The number of provisional ballots identified above in (3) that were rejected:     1

5. The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification:     Mr. Norman Funderburg, 441 Old Seguin Luling Road, Seguin, TX 78155 and Mr. William Christian, 133 Hidden Fawn, Cibolo, TX 78108.

6. The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls:     0

7. The number of provisional ballots identified above in (6) that were rejected:     N/A

8. The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls:     0

9. Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code Sec. 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day: See attached #9-#11_Training_Material

10. Any instructions, guidance, and training given to poll workers regarding providing written

notice to voters who are required to cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code Sec. 63.001(g):    See attached #9-#11_Training_Material

11. Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code Sec. 63.001(c) that the name on the identification provided to vote must be the same or "substantially similar" to the name on the voter rolls:    See attached #9-#11_Training_Material

12. Any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code Sec. 63.001(g):  See attached #12-polling-place-id-receipt-eng and #12-polling-place-id-receipt-spa.

If there is any additional information I can provide to you at this time, please do not hesitate to contact me.

Sincerely,

*Sue Basham*

Sue Basham
Elections Administrator, CERA
215 South Milam Street
Seguin, TX  78155
830-303-6363 – Office
830-303-6373 – Fax
sue.basham@co.guadalupe.tx.us
www.guadalupe-elections.com

| | |
|---|---|
| From: | DeLeon, Hector (CCO) |
| To: | Cohan, Lindsey |
| Subject: | RESPONSE to PIA request regarding Provisional Ballots in Harris County in the November 5, 2013 Election |
| Date: | Friday, December 20, 2013 12:05:33 PM |
| Attachments: | Cohan_Lindsey.zip |

Ms. Lohan

This the response to the Public Records Request regarding Provisional Ballots cast in Harris County in the November 2013 Election dated December 5, 2013 and delivered to the Harris County Clerk's Office (CCO) Communications and Voter Outreach department on December 11, 2013.

The responses to items 1, 2, 3, 4, 6, 7 and 8 appear only in the body of the email. The responses to 5, 9, 10, 11 and 12 appear in the body of the email and the listed items in the responses are included in the attached zip file.

Below appears the list of the requested information and the CCO response:

(1). The Number of provisional ballots that were cast;

> **The Number of provisional ballots that were cast in the November 5, 2013 Election is 704.**

(2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054;

> **The number of provisional ballots that were accepted in the November 5, 2013 Election by the Provisional Ballot Board is 280.**

(3) The number of provisional ballots that were distributed to voters under the Tex. Elec. 63.001 (g) because they did not meet the photo identification requirement;

> **The number of provisional ballots that were cast in the November 5, 2013 Election because the voter did not meet the photo identification requirement is 105. Of these, 6 provisional voters did not appear to be on the list of registered voters, according the notes on the Provisional Affidavit completed by the Election Judge.**

(4) The number of provisional ballots identified above in (3) that were rejected;

> **The number of provisional ballots identified above in (3) that were rejected by the Provisional Ballot Board is 97.**

(5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification;
> **The following document meets the description of this request and is included in the attached zip file: List of Photo ID Provisional 11/5/2013.**

(6) The number of provisional ballots that were cast because the election official determined that,

TSC-MALC00000895