although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls;

> **The County Clerk's Office is not in possession of any documents which meet this description.**

(7) The number of provisional ballots identified above in (6) that were rejected;

> **The County Clerk's Office is not in possession of any documents which meet this description.**

(8) The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter roll;

> **The County Clerk's Office is not in possession of any documents which meet this description.**

(9) Any Instructions, guidance and training given to poll workers regarding implementation of requirements of Tex. Elec. Code 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day;

> **The following documents meet the description of this request and are included in the attached zip file: Election Day Law and Operations Training Manual, Acceptable Forms of Identification for Voting in Texas Power Point Presentation,  Similar Name Power Point Presentation, Poll Book Tutorial Power Point Presentation, Election Day - Photo Identification Training Attestation and  Photo Identification Training Handout.**

(10)) Any Instructions, guidance and training given to poll workers regarding  providing written notice to voters who are required  to cast provisional ballots because  they did not meet the identification requirements under Tex. Elec. Code 63.001 (g)

> **The following documents meet the description of this request and are included in the attached zip file: Election Day Law and Operations Training Manual, Acceptable Forms of Identification for Voting in Texas Power Point Presentation,  Similar Name Power Point Presentation, Poll Book Tutorial Power Point Presentation, Election Day - Photo Identification Training Attestation and  Photo Identification Training Handout.**

(11) Any Instructions, guidance and training given to poll workers regarding implementation of requirements of Tex. Elec. Code 63.001(c ) that the name on the identification provided to vote must be the same or "substantially similar" to the name on the voter roll; and

> **The following documents meet the description of this request and are included in the attached zip file: Election Day Law and Operations Training Manual, Acceptable Forms of Identification for Voting in Texas Power Point Presentation,  Similar Name Power Point Presentation, Poll Book Tutorial Power Point Presentation, Election Day - Photo Identification Training Attestation and  Photo Identification Training Handout.**

(12) Any standard form or notice provided to voters who cast provisional ballots because  they did not meet the identification requirements under Tex. Elec. Code 63.001 (g)

> **The following documents meet the description of this request and are included in the**

**attached zip file: Notice of Required Identification (AW13-1 Prescribed by Secretary of State Section 63.0012, Texas Election Code 8/13) and Notice to Provisional Voter/Polling Place ID Receipt (AW7-15- 53, 8/13 Prescribed by Secretary of State Sec. 63.011, Election Code ED39).**

Thank you

Hector de Leon
Director of Communications and Voter Outreach
Office of Harris County Clerk Stan Stanart
1001 Preston, Ste. 426
Houston, Texas 77002

713.274.9550 (Office)
713.539.0114 (Work Cell)
hdeleon@cco.hctx.net

# County of Haskell



**Belia Abila**
Clerk County Court
1 Ave. D.
P.O. Box 725
Haskell, Texas 79521

Office Phone
940 864 2451
Fax #
940 864 6164

## FAX TRANSMITTAL SHEET

DATE: 2/6/14

TO: Lindsey Cohan

FAX NUMBER: 512-394-3001

FROM: Haskell County Clerk

REGARDING: Nov. 2013 Gen Election Provisional Ballots

NUMBER OF PAGES: _____

NOTE: IF ANY OF THESE FAXED COPIES ARE ILLEGIBLE, OR

OR YOU DO NOT RECEIVE THE SAME # OF PAGES STATED ABOVE, PLEASE CONTACT US AT: (940)864-2451.

THANK YOU

TSC-MALC00001148

PAGE of 1 of 1      TEXAS SECRETARY OF STATE      02/06/2014
Voters who Voted Summary - Historical
HASKELL
2013 NOV. 5TH CONSTITUTIONAL AMEND. 104
11/05/2013

| Precinct | Total Voters |
|---|---|
| 1 | 52 |
| 2 | 93 |
| 3 | 63 |
| 4 | 29 |
| 5 | 46 |
| 6 | 47 |
| 7 | 19 |
| 8 | 31 |
| 9 | 29 |
| 10 | 33 |
| **Total** | **442** |

*The total number of Early Votes is 104, Election Day Votes is 338, and Provisional Ballots is 0.*

*No Provisional Ballots were Cast.* [handwritten]

TSC-MALC00001149



Dechert
LLP

300 West 6th Street
Suite 2010
Austin, TX 78701-3902
+1 512 394 3000 Main
+1 512 394 3001 Fax
www.dechert.com

**LINDSEY COHAN**

lindsey.cohan@dechert.com
+1 512 394 3027 Direct
+1 512 394 3987 Fax

December 5, 2013

Liz Gonzalez
Hays County Clerk
Hays Government Center, Ste 2008
712 S Stagecoach Trl
San Marcos, TX 78666

<u>Public Records Request re: Provisional Ballots in Hays County</u>

Dear Ms. Gonzalez:

     We write on behalf of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives — organizations that are involved in litigation against officials of the Texas Secretary of State and the Texas Department of Public Safety over Texas's photo voter ID law — to request public records, regardless of format, medium or physical characteristics, under the Texas Public Information Act, Chapter 552, Section 21 of the Texas Government Code. Specifically, we seek any records that contain, or from which we can deduce, the following information with respect to the November 2013 general election, including the early voting period beginning on October 21, 2013:

    (1) The number of provisional ballots that were cast;

    (2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054;

    (3) The number of provisional ballots that were distributed to voters under Tex. Elec. Code § 63.001(g) because they did not meet the photo identification requirements;

    (4) The number of provisional ballots identified above in (3) that were rejected;

    (5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification;



December 5, 2013
Page 2

(6) The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls;

(7) The number of provisional ballots identified above in (6) that were rejected;

(8) The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls;

(9) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day;

(10) Any instructions, guidance, and training given to poll workers regarding providing written notice to voters who are required to cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g);

(11) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(c) that the name on the identification provided to vote must be the same or "substantially similar" to the name on the voter rolls; and

(12) Any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g).

Please note that we are requesting documents pertaining to Hays County only.

In the event that some portions of the requested records are considered exempt from disclosure, please disclose any reasonable, non-exempt portions of the requested records. If it is your position that a document contains non-exempt segments and that



December 5, 2013
Page 3

those non-exempt segments are so dispersed throughout the documents as to make separation impossible, please state what portion of the document is non-exempt and how the material is dispersed throughout the document. If a request is denied in whole, please specifically state the grounds on which the request is denied.

If the documents are available in electronic format, please provide electronic copies. If your office estimates the cost of providing any such records at more than $500, please notify us before proceeding with efforts to fulfill this request. If the public records described are not in your custody or control, please notify us in writing and state in detail the reason for the absence of the records, the location of the records, and the person who has custody or control of the records.

We would appreciate the requested materials at your earliest convenience, and we are happy to work with you to make this request as easy to fulfill as possible. We are also happy to receive records on a rolling basis, as they are located, to expedite their disclosure. We are available to discuss any other ways to facilitate and simplify the process of responding to this request in accordance with the Texas Public Information Act. Please do not hesitate to contact us if you would like any additional clarification on this request. We can be reached at (512) 394-3027 or by email at lindsey.cohan@dechert.com. Thank you in advance for your time and assistance.

The responsive documents may be sent by e-mail to lindsey.cohan@dechert.com, by fax to (512) 394-3001, or by mail to:

>   Lindsey Cohan
>   Dechert LLP
>   300 W. 6th Street, Suite 2010
>   Austin, TX 78701

Respectfully submitted,

Lindsey Cohan

LBC/kmb

| | |
|---|---|
| **From:** | Doug Ferguson |
| **To:** | Cohan, Lindsey |
| **Subject:** | Public Records Request re: Provisional Ballots in Hays County |
| **Date:** | Friday, December 20, 2013 12:29:42 PM |
| **Attachments:** | Dechert.zip |

Hi Lindsey,

I'm providing this information in response to your Public Records Request dated December 5, 2013. The answers to questions 1-12 are as follows:

1. 14
2. 3
3. 3
4. 3
5. ID provisional voters.pdf  (in zip file attached)
6. 0
7. n/a
8. n/a
9. "2013 election_judges_handbook.pdf" and "Hays 2013 Nov Acceptance and Handling of IDs.pdf" (in zip file attached) We trained our poll workers using these two documents and a printed copy was also included in their polling place supply box as well as given to each of them to keep after the training classes.
10. "2013 election_judges_handbook.pdf" and "Hays 2013 Nov Acceptance and Handling of IDs.pdf" (in zip file attached)
11. "2013 election_judges_handbook.pdf" and "Hays 2013 Nov Acceptance and Handling of IDs.pdf" (in zip file attached)
12. Polling-place-id-receipt.pdf  (in zip file attached)

Let me know if you need further assistance.  Thanks,
Doug


*Doug Ferguson*
Assistant Elections Administrator
Hays County, Texas
712 S. Stagecoach Trl, Suite 1045
San Marcos, TX  78666