**From:** Yvonne Ramon
**To:** Cohan, Lindsey
**Subject:** Email #1: Public Records Request regarding Provisional Ballots in Hidalgo County
**Date:** Friday, February 07, 2014 10:21:51 PM
**Attachments:** Exhibit 1.ppt
Exhibit 2.ppt

---

The first email came back undeliverable because of size limits, so I will break the attachments into three emails to see if it can be sent.

*Yvonne Ramón, CERA*
*Elections Administrator*
*Hidalgo County*
*(956)318-2570*

---

**From:** Yvonne Ramon [mailto:yvonne.ramon@co.hidalgo.tx.us]
**Sent:** Friday, February 07, 2014 6:30 PM
**To:** 'Lindsey.Cohan@dechert.com'
**Cc:** 'brenda.renteria@co.hidalgo.tx.us'; 'Melissa Alvarez'
**Subject:** FW: Public Records Request regarding Provisional Ballots in Hidalgo County

Ms. Cohan,

Please note that our responses to your questions are noted after the question and in red:

(1) The number of provisional ballots that were cast; 15

(2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054; 5

(3) The number of provisional ballots that were distributed to voters under Tex. Elec. Code § 63.001(g) because they did not meet the photo identification requirements; 0

(4) The number of provisional ballots identified above in (3) that were rejected; N/A

(5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification; N/A

(6) The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls; 0

(7) The number of provisional ballots identified above in (6) that were rejected; N/A

(8) The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls; 0

# Public Records Request re: Provisional Ballots in Jefferson County

1. Nine provisional ballots were cast in our county.
2. None of the provisional ballots were accepted under Texas Election Code 65.054.
3. Two provisional ballots were distributed to voters under Texas Election Code 63.001 (g) because they did not meet the photo identification requirements.
4. The two provisional ballots were rejected that were distributed under Texas Election Code 63.001 (g) because they did not meet the photo identification requirements.
5. Christine Huff 7190 Hurley Dr. Beaumont, Texas 77708, voted provisional because of lack of photo identification.
6. One provisional ballot was cast because the election official determined that with one of the requisite forms of identification, the name on the identification was not “substantially similar” to the name on the voter rolls.
7. The one provisional ballot that was determined not to be “substantially similar” was rejected.
8. Chrystal Jenille Pearmon at 906 Montrose Port Neches, Texas 77651, was the only voter who casted a provisional ballot because their identification was not “substantially similar” and was later rejected after the cure period.
9. The following training instructions were given to poll workers regarding the requirements of Texas Election Code 63.001 (b):

<slide excerpt from poll worker training slideshow> **ACCEPTABLE FORMS OF IDENTIFICATION**

1. Texas driver's license issued by Texas Department of Public Safety (“DPS”);
2. Texas election identification certificate ("EIC") issued by DPS;
3. Texas personal identification card issued by DPS;
4. Texas concealed handgun license issued by DPS;
5. United States military identification card ("military ID card") that contains the person's photograph;
6. United States citizenship certificate ("citizenship certificate") that contains the person's photograph; **<u>OR</u>**
7. United States passport.