| | |
|---|---|
| **From:** | mjcuellar@co.jim-wells.tx.us |
| **To:** | Cohan, Lindsey |
| **Subject:** | Answer to request for information from Jim Wells County |
| **Date:** | Tuesday, February 18, 2014 3:21:42 PM |
| **Attachments:** | PRESENTATION.pdf |

February 18, 2014

Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701

Re: Public Records Request

Dear Ms. Cohan

    In response to the public records request made on behalf of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives, the Jim Wells County Elections Administration Office has enclosed the following documentation.
Concerning information with respect to the November 2013 general election:
(1)    Concerning the number of provisional ballots that were cast in the November 2013 election: 3
(2)    Concerning the number of provisional ballots that were accepted under Tex. Elec. Code 65.054: none
(3)    Concerning the number of provisional ballots that were distributed to voters under Tex. Elec. Code 63.001 (g) because they did not meet the photo identification requirement: 2
(4)    Concerning the number of provisional ballots identified above in item number (3) that were rejected: 2
(5)    Concerning the names and contact information of the voters who voted provisionally because they lacked the requisite form of identification, due to the process of records information storage currently in place between the Jim Wells County Election Administrator's Office and Jim Well County Records Management division, such information as requested above is not readily accessible in the current physical location said records reside.
(6)    In response to requested items 6-8, the answer is none.
(7)    In response to requested items 9-11, refer to enclose PDF document, which is used as training material for poll workers and covers specifically the items addressed in your request as it pertains to 9-11.
(8)    In response to your request on item 12 concerning any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements, said for is contained within the PDF presentation on page 46, titled "Notice to Provisional Voter/Polling Place ID Receipt".
For any further requests, contact our office at 361-668-5711 or through mail at Jim Wells County, P.O. Box 2188, Alice TX 78333.

Sincerely,


Maria Antonia "Tonie" Kuhlman
Jim Wells County Election Administrator

TSC-MALC00001743

| | |
|---|---|
| **From:** | Blease, Kamishia |
| **To:** | Cohan, Lindsey |
| **Subject:** | FW: Public Records Request re: Provisional Ballots in Kleberg County |
| **Date:** | Friday, December 13, 2013 4:43:05 PM |
| **Attachments:** | ELECTION ID INFORMATION SIGN.doc |
| | ID examples.doc |
| | JM Lozano KRBN Guest Commentary.doc |
| | NEWS Release.doc |
| | Provisional Ballot Code.doc |

-----Original Message-----
From: Leo Alarcon [mailto:lalarcon@klebergco.com]
Sent: Thursday, December 12, 2013 10:49 AM
To: Blease, Kamishia
Cc: Garza, Stephanie
Subject: Re: Public Records Request re: Provisional Ballots in Kleberg County

We have received your public records request concerning provisional ballots cast in Kleberg County during the November 5, 2013 election.

To answer your questions are as follows:

1 = 3
2 = 0
3 = 0
4 = n/a
5 = n/a
6 = n/a
7 = n/a
8 = n/a
9,10,11,12 = attached


Leo H. Alarcon
Kleberg County Clerk

lalarcon@klebergco.com

----- Original Message -----
From: "Kamishia Blease" <Kamishia.Blease@dechert.com>
To: lalarcon@klebergco.com
Cc: "Lindsey Cohan" <Lindsey.Cohan@dechert.com>, "Joanna Jones" <Joanna.Jones@dechert.com>
Sent: Friday, December 6, 2013 5:38:59 PM
Subject: Public Records Request re: Provisional Ballots in Kleberg County



Dear Mr. Alarcon:


Please see attached correspondence being sent to you on behalf of Lindsey Cohan.


Best,

TSC-MALC00001843

Kamishia Blease
Dechert LLP
300 W 6th Street

Suite 2010
Austin, TX 78701
+1 512 394 3023 Direct
+1 512 394 3001 Fax
kamishia.blease@dechert.com
www.dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

TSC-MALC00001844

| | |
|---|---|
| **From:** | Kathy Vanwolfe |
| **To:** | Jones, Joanna |
| **Subject:** | RE: Public Records Request regarding Provisional Ballots in McLennan County |
| **Date:** | Wednesday, February 05, 2014 2:17:12 PM |
| **Attachments:** | 2013 Provisional Ballot List.pdf |

Attached is a report regarding the questions for the Provisional Voters in McLennan County for the November 2013 Election.  In addition, the training material we used incorporated the Texas Secretary of State's seminar presentation files into presentations for the Election Judges in McLennan County : Acceptable Forms of identification for Voting in Texas, How to Handle Substantially Similar Names, Election Day Procedures – 2013 including information for Provisional Voters.  These presentations can be found at the following website:
http://www.sos.state.tx.us/elections/laws/seminars/speakers/index.shtml

All workers attended training and were given the handouts prior to Early Voting and Election Day.

Please let me know if you need any additional information.

Thank you,
Kathy

---

**From:** Jones, Joanna [mailto:Joanna.Jones@dechert.com]
**Sent:** Monday, February 03, 2014 3:40 PM
**To:** kathy.vanwolfe@co.mclennan.tx.us
**Cc:** Cohan, Lindsey
**Subject:** Public Records Request regarding Provisional Ballots in McLennan County

Dear Ms. Van Wolfe:

Please see the attached correspondence sent on behalf of Lindsey Cohan.


Kind regards,

Joanna L. Jones
**Assistant to Steven Weisburd, Amy Rudd and Lindsey Cohan**

**Dechert LLP**
300 W. Sixth Street
Austin, TX  78701
+1 512 394 3006  Direct
+1 512 394 3972  Fax
joanna.jones@dechert.com
dechert.com

Follow Dechert:  Facebook/Twitter/LinkedIn

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

TSC-MALC00001879

Date: 01/22/14
Time: 02:24 pm
**Election Code:** 1113-%

MCLENNAN COUNTY
PROVISIONAL BALLOT LIST
Order by Provisional ID

pr_list v.130907
Page: 1

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 360378 | ADKINS, LOWELL THOMAS | 2812 W WACO DR #3 WACO | 008 | | | 1 | OK_ID | Y |
| 434187 | KIGER, MICHAEL T | 343 APRIL LN  HEWIT | 061 | | | 2 | WP | N |
| 384023 | RICHARDS, JEREMY SCOTT | 928 CRESTED BUTTE DR  HEWIT | 061 | | | 3 | ID | N |

Total: 3

### TOTAL PROVISIONAL BALLOTS:

| CODE | DESCRIPTION | COUNTABLE | TOTAL |
|---|---|---|---|
| ID | NO ID PROVIDED | N | 1 |
| OK_ID | OK - ID PROVIDED | Y | 1 |
| WP | VOTED IN WRONG PREC | N | 1 |
| | * TOTAL: | | 3 |

* Includes privacy voter totals (if any)

TSC-MALC00001880