| | |
|---|---|
| **From:** | Murray, Matt |
| **To:** | Cohan, Lindsey |
| **Cc:** | Harvey, Suzie; Nusz, Rick; Murray, Matt |
| **Subject:** | Public Information Request |
| **Date:** | Thursday, December 19, 2013 1:33:03 PM |

Ms. Cohan, I have placed the file on our public information site, where only you will be able to access it with your login (click the check status button). If you have any trouble please feel free to contact us. Also, there were a few parts of the request that do not have a response, the explanation for each is listed below.

<u>Other responses with no documentation:</u>

(4) The 3 provisional ballots identified in (3) were rejected. None of these voters contacted the office of the Voter Registrar or appeared in person and presented one of the acceptable forms of identification.

(5) The names and addresses of voters who voted provisionally because they did not present one of the acceptable forms of identification. One of these voters stated to the Early Voting Judge that he did possess the requisite form of identification, but he did not wish to present it. We have no information regarding whether the other two voters lacked the requisite form of identification. As stated in (4), none of these voters contacted our office or appeared in person.

(6) 0 provisional ballots were cast because the election official determined that the name on the identification was not "substantially similar" to the name on the voter rolls; therefore there is no information for (7) and (8).

*Matthew Murray*
GIS/Database Administrator
9159 Airport Rd
Conroe, TX 77303
936.539.7843

**Ballot Status — Excluded — Provisional — Official**

**Montgomery County, Texas — Joint Election — November 05, 2013**

Page 1 of 1                                              11/12/2013 02:38 PM

Total Number of Voters : 15,042 of 265,673 = 5.66%                Precincts Reporting 20 of 20 = 100.00%

| Ballot Code | Polling Place | MBB ID | Source | Confirmation |
|---|---|---|---|---|
| **Precinct: D** | | | | |
| 18553851 | Magnolia Volunteer Fire Department #181 | 283 | Election Day | X |
| 18554424 | Magnolia Volunteer Fire Department #181 | 283 | Election Day | X |
| 18555386 | Magnolia Volunteer Fire Department #181 | 283 | Election Day | X |
| Total for Precinct D: 3 | | | | |
| **Precinct: I** | | | | |
| 18817567 | South County Community Building EV | 287 | Early Vote | X |
| 19072212 | Wilkerson Intermediate School | 291 | Election Day | X |
| 19073892 | Wilkerson Intermediate School | 291 | Election Day | X |
| 19075101 | Wilkerson Intermediate School | 291 | Election Day | X |
| Total for Precinct I: 4 | | | | |

Total for all Precincts: 7

# Ballot Status — Included — Provisional — Official

## Montgomery County, Texas — Joint Election — November 05, 2013

Page 1 of 1

11/12/2013 02:39 PM

Total Number of Voters : 15,042 of 265,673 = 5.66%

Precincts Reporting 20 of 20 = 100.00%

| Ballot Code | Polling Place | MBB ID | Source | Confirmation |
|---|---|---|---|---|
| **Precinct: A** | | | | |
| 18422374 | Lone Star Community Center EV | 281 | Early Vote | X |
| **Total for Precinct A: 1** | | | | |
| **Precinct: M** | | | | |
| 18226423 | Panorama City Hall | 278 | Election Day | X |
| **Total for Precinct M: 1** | | | | |

**Total for all Precincts: 2**

# Montgomery County Elections
## Voter Listing
### Provisional ID Voters

| VTID | Cert | FPCA | Status | Name | DOB | Res Address | PCT |
|---|---|---|---|---|---|---|---|
| 1829567 | 567420 | | Active | BOYD, WALTER | 07/03/1935 | 3500 TANGLE BRUSH DR #137 THE WOODLANDS, TX 77381 | 79 |
| 1784049 | 521624 | | Active | DEGREAFFENREIDTE, DEANNE | 11/16/1968 | 94 S DREAMWEAVER CIR THE WOODLANDS, TX 77380 | 84 |
| 1805177 | 543561 | | Active | SAWYER, MIKEL | 01/20/1969 | 24615 WILDERNESS RD SPRING, TX 77380 | 45 |

**3 Voters Found**



300 West 6th Street
Suite 2010
Austin, TX 78701-3902
+1 512 394 3000 Main
+1 512 394 3001 Fax
www.dechert.com

**LINDSEY COHAN**

lindsey.cohan@dechert.com
+1 512 394 3027 Direct
+1 512 394 3987 Fax

December 5, 2013

Elesa Ocker
Runnels County Clerk
PO Box 189
Ballinger, TX 76821

<u>Public Records Request re: Provisional Ballots in Runnels County</u>

Dear Ms. Ocker:

    We write on behalf of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives — organizations that are involved in litigation against officials of the Texas Secretary of State and the Texas Department of Public Safety over Texas's photo voter ID law — to request public records, regardless of format, medium or physical characteristics, under the Texas Public Information Act, Chapter 552, Section 21 of the Texas Government Code. Specifically, we seek any records that contain, or from which we can deduce, the following information with respect to the November 2013 general election, including the early voting period beginning on October 21, 2013:

    (1) The number of provisional ballots that were cast;  2

    (2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054;  0

    (3) The number of provisional ballots that were distributed to voters under Tex. Elec. Code § 63.001(g) because they did not meet the photo identification requirements;  0

    (4) The number of provisional ballots identified above in (3) that were rejected;  0

    (5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification;  0



December 5, 2013
Page 2

(6) The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls;  0

(7) The number of provisional ballots identified above in (6) that were rejected;  0

(8) The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls;  0

(9) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day;

(10) Any instructions, guidance, and training given to poll workers regarding providing written notice to voters who are required to cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g);  *used Texas Secretary of State handbook for training*

(11) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(c) that the name on the identification provided to vote must be the same or "substantially similar" to the name on the voter rolls; and  (see above)

(12) Any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g).  N/A

Please note that we are requesting documents pertaining to Runnels County only.

In the event that some portions of the requested records are considered exempt from disclosure, please disclose any reasonable, non-exempt portions of the requested records. If it is your position that a document contains non-exempt segments and that those non-exempt segments are so dispersed throughout the documents as to make



December 5, 2013
Page 3

separation impossible, please state what portion of the document is non-exempt and how the material is dispersed throughout the document. If a request is denied in whole, please specifically state the grounds on which the request is denied.

If the documents are available in electronic format, please provide electronic copies. If your office estimates the cost of providing any such records at more than $500, please notify us before proceeding with efforts to fulfill this request. If the public records described are not in your custody or control, please notify us in writing and state in detail the reason for the absence of the records, the location of the records, and the person who has custody or control of the records.

We would appreciate the requested materials at your earliest convenience, and we are happy to work with you to make this request as easy to fulfill as possible. We are also happy to receive records on a rolling basis, as they are located, to expedite their disclosure. We are available to discuss any other ways to facilitate and simplify the process of responding to this request in accordance with the Texas Public Information Act. Please do not hesitate to contact us if you would like any additional clarification on this request. We can be reached at (512) 394-3027 or by email at lindsey.cohan@dechert.com. Thank you in advance for your time and assistance.

The responsive documents may be sent by e-mail to lindsey.cohan@dechert.com, by fax to (512) 394-3001, or by mail to:

    Lindsey Cohan
    Dechert LLP
    300 W. 6th Street, Suite 2010
    Austin, TX 78701

Respectfully submitted,

Lindsey Cohan

LBC/kmb

# Memorandum

| | |
|---|---|
| **To:** | Steve Raborn |
| **cc:** | Stephen Vickers, Kenisha King |
| **From:** | Patricia Benavides |
| **Date:** | 5/6/2014 |
| **Re:** | Open Records Request – Provisional Ballots in Tarrant County (Dechert LLP) |

1. The number of provisional ballots that were cast;  Eighty nine (89)

2. The number of provisional ballots that were accepted under Tex. Elec. Code §65.054;  Six (6)

3. The number of provisional ballots that were distributed to voters under Tex. Elec. Code §63.001 (g) because they did not meet the photo identification requirements;  Eleven (11)

4. The number of provisional ballots identified above in (3) that were rejected;  Eleven (11)

5. The names and any contact Information of voters who voted provisionally because they lacked the requisite form of identification;

NOTE:  the wording on the provisional affidavit envelope is such that the same box is checked for (1) voters without any of the required photo ID documents; (2) voters with an expired photo ID; or (3) voters who presented a photo ID with a name.  It is unknown which voters fall into each of these three categories.

   Hunsdon Reginald Cary (1046673170) 2815 Medlin Drive, Arlington TX  76015

   Freddie Crownover (1044654515) 2614 NW 30th Street, Fort Worth TX  76106

   Timothy W. Floy (1043962897) 523 Post Oak Road, Grapevine TX  76051

   Steven C. Hastings (1046180089) 1020 Alamo Drive, Southlake TX  76092

   Jesse I Henry (1047313244) 1201 E Shaw Street, Fort Worth TX  76110

   Howard Allen Horak (1195884193) 2216 Jacocks Lane #2616, Fort Worth TX  76115

   Gwendolyn Gayle Ormsby-Hargis (1049442430) 1011 Hensley Street, Arlington TX  76010

   Patricia Lynn Stuard (1048948339) 4817 Kilpatrick Avenue, Fort Worth TX  76107

1