*May 6, 2014*

Cynthia Ann Sutton-Thompson (1059469709) 4532 Elm River Court, Fort Worth TX  76116

Marla Voigt (1048902768) 5641 Springtide Drive, Fort Worth TX  76135

Ramsey Carl West (1191085304) 7605 Woodhaven Drive, North Richland Hills TX  76182

6. The number of provisional ballots that were cast because the election official determined that although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls;

UNKNOWN – the wording on the provisional affidavit envelope is such that the same box is checked for (1) voters without any of the required photo ID documents; (2) voters with an expired photo ID; or (3) voters who presented a photo ID with a name.

7. The number of provisional ballots identified above in (6) that were rejected;

UNKNOWN (See #6)

8. The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls;

UNKNOWN (See #6)

2



**DAVID A. ESCAMILLA**
COUNTY ATTORNEY

STEPHEN H. CAPELLE
FIRST ASSISTANT

JAMES W. COLLINS
EXECUTIVE ASSISTANT

314 W. 11TH, STREET
GRANGER BLDG., SUITE 420
AUSTIN, TEXAS 78701

P. O. BOX 1748
AUSTIN, TEXAS 78767

(512) 854-9513
FAX: (512) 854-4808

**TRANSACTIONS DIVISION**

JOHN C. HILLE, JR., DIRECTOR†

BARBARA J. WILSON

MARY ETTA GERHARDT

TENLEY A. ALDREDGE

JAMES M. CONNOLLY

DANIEL BRADFORD

ELIZABETH H. WINN

† Member of the College
of the State Bar of Texas

December 19, 2013

Lindsey Cohan
Dechert, LLP           Via Mail
300 W. 6th Street, Suite 2010
Austin, Texas 78701

Re: Open Records Request from **Lindsey Cohan** on **12/11/2013** for information related to Provisional Ballots Cast in Travis County—Responsive Information

Dear Ms. Cohan:

You requested from the Travis County Clerk's Office a list of documents relating to the implementation of the voter ID law with respect to the provisional voting process and the guidance and training given to poll workers for the November 2013 election season (a copy of your request is attached for reference). Please be advised that a copy of the requested documents is enclosed.

If you have any questions, please contact me at (512) 854-4168, or by e-mail at elizabeth.winn@co.travis.tx.us.

Sincerely,

Elizabeth Hanshaw Winn
Assistant County Attorney

Enclosure

c:   Dana DeBeauvoir
     Travis County Clerk

     Ginny Ballard
     Election Coordinator
     Travis County Clerk – Elections Division

302544-1   161

Public Records Request re: Provisional Ballots cast in Nov 5, 2013 election in Travis County

Question (1)   194   Provisional Ballots Cast

Question (2)   88   Provisional Ballots Accepted

Question (3)   45   Photo ID related provisional ballots distributed and cast

Question (4)   36   Rejected Photo ID related Provisional Ballots

Question (5)   See attached spreadsheet

Question (6)   No information available

Question (7)   See attached spreadsheet for breakdown of reasons given by voter where photo ID was not accepted

Question (8)   No information available

Question (9)   See Training attachments

Question (10)   See Training attachments

Question (11)   See Training attachments

Question (12)   See Notice to Provisional Voter



**County Clerk's Office**
# Generosa Gracia-Ramón
## Val Verde County

Office (830) 774-7564
Fax (830) 774-7608
gramon@valverdecounty.org

400 Pecan Street
P.O. Box 1267
Del Rio, TX 78841-1267

**Janie Ramon**
County Clerk

December 27, 2013

Ms. Lindsey Cohan
Dechert LLP
300 W. 6th Street
Austin, TX 78701

Sent via fax: 512-394-3027

RE: Public Records Request re: Provisional Ballots in Val Verde County

Dear Ms. Cohan:

Enclosed please find a response to your request regarding the above referenced matter. We have responded on your letter and highlighted the responses.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Generosa G. Ramon
Val Verde County Clerk

ggr/a



300 West 6th Street
Suite 2010
Austin, TX 78701-3902
+1 512 394 3000 Main
+1 512 394 3001 Fax
www.dechert.com

**LINDSEY COHAN**

lindsey.cohan@dechert.com
+1 512 394 3027 Direct
+1 512 394 3987 Fax

December 5, 2013

Generosa Gracia-Ramon
Val Verde County Clerk
P O Box 1267
Del Rio, TX 78841

<u>Public Records Request re: Provisional Ballots in Val Verde County</u>

Dear Ms. Gracia-Ramon:

  We write on behalf of the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives — organizations that are involved in litigation against officials of the Texas Secretary of State and the Texas Department of Public Safety over Texas's photo voter ID law — to request public records, regardless of format, medium or physical characteristics, under the Texas Public Information Act, Chapter 552, Section 21 of the Texas Government Code. Specifically, we seek any records that contain, or from which we can deduce, the following information with respect to the November 2013 general election, including the early voting period beginning on October 21, 2013:

(1) The number of provisional ballots that were cast;  8

(2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054;  6

(3) The number of provisional ballots that were distributed to voters under Tex. Elec. Code § 63.001(g) because they did not meet the photo identification requirements;  2

(4) The number of provisional ballots identified above in (3) that were rejected;  0

(5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification;  NONE