

(6) The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls; 0

(7) The number of provisional ballots identified above in (6) that were rejected; 0

(8) The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls; N/A

(9) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day; YES: 10/10/2013 & 11/04/2013

(10) Any instructions, guidance, and training given to poll workers regarding providing written notice to voters who are required to cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g); YES, ON 10/10/2013 & 11/4/2013

(11) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(c) that the name on the identification provided to vote must be the same or "substantially similar" to the name on the voter rolls; and YES, 10/10/2013 & 11/4/2013

(12) Any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g). SEE ATTACHED.

Please note that we are requesting documents pertaining to Val Verde County only.

In the event that some portions of the requested records are considered exempt from disclosure, please disclose any reasonable, non-exempt portions of the requested records. If it is your position that a document contains non-exempt segments and that



December 5, 2013
Page 3

those non-exempt segments are so dispersed throughout the documents as to make separation impossible, please state what portion of the document is non-exempt and how the material is dispersed throughout the document. If a request is denied in whole, please specifically state the grounds on which the request is denied.

If the documents are available in electronic format, please provide electronic copies. If your office estimates the cost of providing any such records at more than $500, please notify us before proceeding with efforts to fulfill this request. If the public records described are not in your custody or control, please notify us in writing and state in detail the reason for the absence of the records, the location of the records, and the person who has custody or control of the records.

We would appreciate the requested materials at your earliest convenience, and we are happy to work with you to make this request as easy to fulfill as possible. We are also happy to receive records on a rolling basis, as they are located, to expedite their disclosure. We are available to discuss any other ways to facilitate and simplify the process of responding to this request in accordance with the Texas Public Information Act. Please do not hesitate to contact us if you would like any additional clarification on this request. We can be reached at (512) 394-3027 or by email at lindsey.cohan@dechert.com. Thank you in advance for your time and assistance.

The responsive documents may be sent by e-mail to lindsey.cohan@dechert.com, by fax to (512) 394-3001, or by mail to:

Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701

Respectfully submitted,

Lindsey Cohan

LBC/kmb