

December 10, 2013

Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701

In re: Open Records Request: Provisional Ballot in Waller County

Ms. Cohan:

Please find the responses to your request below:

[1]. The number of Provisional ballots that were cast:  **Six [6]**

[2]. The number of Provisional ballots that were accepted under Tec Elec. Code §65.054:
   **Two [2]**

[3]. The number of provisional ballots that were distributed to voters under Tex. Elec. Code §63.001[g] because they did not meet the photo identification requirements:  **Two [2]**

[4]. The number of provisional ballots identified above in [3] that were rejected:  **Two [2]**

[5]. The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification:
   Reta Bright, 141 Dogwood Drive, Magnolia, TX  77355
   Jermaine Ryland, 48547 Hwy 290 Business, Apt. 4, Hempstead, TX  77445

[6]. The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls:
   **NONE [0]**

[7]. The number of provisional ballots identified above in [6] that were rejected:
   **Not Applicable**

---

Election Administration Office
836 Austin Street, Room 103, Hempstead, Texas  77445  -  Phone: 979.826.7643  Facsimile: 979.826.7645

TSC-MALC00002501

Page two. Waller County response to Open Records Request – Provisional Ballots

[8]. The names and any contact information of voters who voted provisional because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls:   **NONE [0]**

[9]. Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code §63.001[b] that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election day: **SOS prescribed posters and handbook for qualifying voters and oral instructions during training.**

[10]. Any instructions, guidance, and training given to poll workers regarding providing written notice to voters who are required to cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code §63.001[g]: **SOS prescribed posters and handbook for qualifying voters and oral instructions during training.**

[11]. Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code §63.001[c] that the name on the identification provided to vote must be the same or "substantially similar" to the name on the voter rolls; and: **SOS website slides, SOS handbook and the affidavit prescribed by SOS for voters to sign. All from the SOS website and training manuals.**

[12]. Any standard form or notice provided to voters who cast provisional ballot because they did not meet the identification requirements under Tex. Elec. Code §63.001[g]:
**SEE ATTACHED**

Respectfully,

*[signature]*

Robyn German
Election Administrator
Waller County, Texas

Attachments x2

Election Administration Office
836 Austin Street, Room 103, Hempstead, Texas  77445  -  Phone: 979.826.7643  Facsimile: 979.826.7645

TSC-MALC00002502