| | |
|---|---|
| **From:** | Julie Seippel |
| **To:** | Cohan, Lindsey |
| **Cc:** | Blease, Kamishia; Jason Barnett |
| **Subject:** | RE: Public Records Request re: Provisional Ballots in Williamson County |
| **Date:** | Wednesday, December 11, 2013 6:01:17 PM |
| **Attachments:** | FTP User Instructions.docx |

Lindsey Cohan,

Here is the requested information. The documents are too large to send by email so we've put them on our FTP site. Please see the attached instructions for information on accessing these documents.

1. 88 provisional ballots cast
2. 10 were accepted
3. 20 of the provisional voters did not meet photo ID requirements. (Note, 4 of these were also provisional voters for other reasons.)
4. 19 out of 20 were rejected
5. See spreadsheet titled "1113_ProvisionalList-Id voters.xlsx"
6. This information is not recorded. See "Affidavit of Prov Voter.pdf" The pollworker indicates that the voter either presented an acceptable form of ID or did not. There's no indication of why the ID was not acceptable. Some pollworkers did include information and it's included on the spreadsheet.
7. N/A
8. N/A

9-11. See documents:
    ED-EV Procedures PW_ NOV_2013 PhotoID-Prov.pptx – part of a larger powerpoint presentation shown to pollworkers during training
    ED-EV Voter processing Nov 2013 PhotoID-Prov.docx – which is part of a larger manual give to pollworkers with their supplies.

12. See documents:
    Notice to Prov Voter –Eng.pdf
    Notice to Prov Voter –SP.pdf
    Map to Inner Loop--Cure Period for Provisionals (Eng).pptx
    Map to Inner Loop--Cure Period for Provisionals (Sp).pptx

If there's anything else we can help you with, please do not hesitate to ask.

Julie Seippel
Voter Registration Supervisor
Williamson County
Phone: (512) 943-1631
Fax: (512) 943-1634


**From:** Jason Barnett

Date: 11/21/13  
Time: 04:43 pm  
**Election Code:** G313-00

BEXAR COUNTY  
PROVISIONAL BALLOT LIST  
Order by Provisional ID

pr_list v.130907  
Page: 1

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 2595997 | TOM, MICHAEL GERARD | 14128 SWALLOW DR  SA | 4172 | | | 01 | OK | Y |
| | *Comments:* DPS ERROR | | | | | | | |
| 2594541 | POLASEK, JENNIFER ANN | 202 PRINZ DR  SA | 3067 | | | 02 | OK | Y |
| | *Comments:* DPS ERROR | | | | | | | |
| 2595572 | WARLEN, SIERRA KIMBERLY | 21523 GRANITE SPG  SA | 3052 | | | 03 | OK | Y |
| | *Comments:* DPS ERROR | | | | | | | |
| 266635 | ROSS, JOHN THOMAS | 7710 PIPERS SWAN ST  SA | 2069 | | | 04 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 460463 | OERTEL, JACKALYN J | 4823 CRYSTAL CRK  SA | 2140 | | | 05 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 1032322 | RODRIGUEZ, ROBERT MARGARITO | 7771 JOE NEWTON #305 SA | 2069 | | | 06 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 685265 | LOPEZ, MARIA E | 3811 PIPERS FIELD ST  SA | 2069 | | | 07 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 1903340 | MCKINNEY, CHARLES LAMAR | 9023 GREEN TEE  SELM | 4105 | | | 08 | MB | Y |
| | *Comments:* BALLOT MAILED OUT 10/24/2013 NOT RECEIVED BACK | | | | | | | |
| 1679701 | GRAMS, LORELLA ELIZABETH | 15335 PEBBLE DEW  SA | 3090 | | | 09 | OK | Y |
| | *Comments:* POWER OUTAGE | | | | | | | |
| 1317188 | FLOYD, ELISEA | 2915 SCATTERED OAK ST  SA | 3090 | | | 10 | OK | Y |
| | *Comments:* POWER OUTAGE | | | | | | | |
| 486970 | FLOYD, GUY L | 2915 SCATTERED OAK ST  SA | 3090 | | | 11 | OK | Y |
| | *Comments:* POWER OUTAGE | | | | | | | |
| 616932 | GARCIA, MARIA L | 115 OELKERS ST  SA | 1003 | | | 12 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 2182631 | CARDENAS, GEORGINA VASQUEZ | 8002 GRISSOM CREST  SA | 2069 | | | 13 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 2262157 | DAVIS, CAROL M | 5931 LITTLE BRANDYWINE  SA | 4088 | | | 14 | OK | Y |
| | *Comments:* JUDGE ERROR | | | | | | | |
| 2100865 | ROGERS, JULIE TRAVIS | 305 BARRERA ST  SA | 1008 | | | 15 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 2557223 | HENDERSON, TITUS ORLANDO | 18207 GRAN MESA  SA | 3088 | | | 16 | WP | N |
| | *Comments:* REGISTERED IN 3088 VOTED IN 4164 | | | | | | | |

TSC-MALC00003813

| Date: 11/21/13 | | BEXAR COUNTY | | | | | pr_list v.130907 |
| Time: 04:43 pm | | PROVISIONAL BALLOT LIST | | | | | Page: 2 |
| Election Code: G313-00 | | Order by Provisional ID | | | | | |

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 2472377 | CARROLL, PAUL VOTTELER | 455 E SUNSHINE APT 131 SA | 2028 | | | 17 | ID | N |
| | Comments: NO ID PROVIDED/NONE ON FILE | | | | | | | |
| 1496625 | HOOVER, MARLEEN BARBARA | 206 SPRUCEWOOD SA | 4015 | | | 18 | WP | N |
| | Comments: LIVED IN 4015 VOTED AT NEW PRECINCT 2138 | | | | | | | |
| 2438384 | INOCENT, KELVIN ADRIAN | 23508 BEAVER CRK SA | 3119 | | | 19 | WP | N |
| | Comments: LIVED IN 3119 VOTED IN NEW PCT 3125 | | | | | | | |
| 1240342 | HAMILTON, ANN HARRISON | 201 ROBLEDO VERDE SA | 3083 | | | 20 | WP | N |
| | Comments: LIVED IN 3083 VOTED IN NEW PCT 3092 | | | | | | | |
| 2593927 | KINNAMON, PATRICK WILLIAM | 6846 ARBOR SPRINGS DR SA | 3058 | JOHN IGO LIBRARY | | 21 | RGC | N |
| | Comments: PURGED 11/30/2006 | | | | | | | |
| 2450690 | INOCENT, YMA MONET | 23508 BEAVER CRK SA | 3119 | | | 22 | WP | N |
| | Comments: LIVED PCT 3119 VOTED NEW PCT 3125 | | | | | | | |
| 2596038 | PROCTOR, ROBERT CLINTON | 340 TREELINE PARK SA | 4038 | | | 23 | ANS | N |
| | Comments: NO JUDGE SIGNATURE -- PURGED 11/30/2010 | | | | | | | |
| 2488404 | NIHIPALI, STEVEN A | 2650 THOUSAND OAKS APT 1703 SA | 2096 | | | 24 | WP | N |
| | Comments: LIVED IN PCT 2096 VOTED IN NEW PCT 3104 | | | | | | | |
| 1188838 | SCHLEENVOIGT, TERRY SUE | 2611 EISENHAUER RD #102 SA | 3047 | | | 25 | WP | N |
| | Comments: LIVES IN PCT 3047 VOTED IN 4046 | | | | | | | |
| 2596039 | RAMOS-ORTIZ, PAUBLITO | 1314 BITTERLAKE SA | 1087 | | | 26 | RGC | N |
| | Comments: PURGED 11/30/2012 | | | | | | | |
| 2594144 | SWISHER, DAMON JAMES | 19708 NOTTINGHAM LN HELO | 3051 | | | 27 | R30 | N |
| | Comments: DID NOT MEET DEADLINE | | | | | | | |
| 2222977 | STANFORD, JONATHAN WALLACE | 4427 AMANDAS CV SA | 3161 | | | 28 | ANS | N |
| | Comments: NO JUDGE SIGNATURE -- LIVED PCT 3161 VOTED NEW PCT 3084 | | | | | | | |
| 2596040 | TOTTEN, STEVEN MICHAEL | 9131 CENTRO GRANDE SA | 1080 | BEXAR COUNTY JUSTICE | | 29 | RAC | N |
| | Comments: REGISTERED IN EL PASO | | | | | | | |
| 2594113 | VAROZ, GREGORY G | 8818 QUEEN HEIGHTS SA | 2084 | | | 30 | RAC | N |
| | Comments: REGISTERED IN GUADALUPE -- DPS RECORD EDR 11/17/2013 | | | | | | | |
| 2590271 | WALDEN, STEVEN LEE | 100 N SANTA ROSA #917 SA | 2051 | | | 31 | RAC | N |
| | Comments: REGISTERED IN WILLIAMSON - APP DATE 10/22/2013 | | | | | | | |
| 2590272 | WALDEN, DEBBIE ANN | 100 N SANTA ROSA #917 SA | 2051 | | | 32 | RAC | N |
| | Comments: REGISTERED IN WILLIAMSON -- APP DATED 10/22/2013 | | | | | | | |

TSC-MALC00003814

| Date: 11/21/13 | | BEXAR COUNTY | | | | pr_list v.130907 |
| Time: 04:43 pm | | PROVISIONAL BALLOT LIST | | | | Page: 3 |
| Election Code: G313-00 | | Order by Provisional ID | | | | |

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 784529 | DOOLEY, MARGARET LYNN | 327 OLNEY DR  SA | 3022 | | | 33 | WP | N |
| | *Comments:* REGISTERED PCT 3022 VOTED NEW PCT 4091 | | | | | | | |
| 1022800 | GUERRERO, SUSAN SIMPSON | 9006 WICKFIELD  SA | 2134 | | | 34 | WP | N |
| | *Comments:* LIVED IN PCT 2134 VOTED NEW PCT 3159 | | | | | | | |
| 2280081 | CROWTHER, ALAN PAUL | 25010 CHESHIRE RDG  SA | 1113 | | | 35 | WP | N |
| | *Comments:* LIVED IN PCT 1113 VOTED NEW PCT 3125 | | | | | | | |
| 2382861 | DINGUS HERNANDEZ, ELIZABETH JOYCE | 7582 BEAVER TREE  SA | 3090 | | | 36 | WP | N |
| | *Comments:* LIVED IN PCT 3090 VOTED NEW PCT 3129 | | | | | | | |
| 2596035 | CROW, ERIN | 927 CHEYENNE CRK  SA | 3052 | | | 37 | RAC | N |
| | *Comments:* REGISTERED IN TARRANT | | | | | | | |
| 2593597 | CONE, LOGAN HALE | 22914 LEA VISTA  SA | 3163 | | | 38 | R30 | N |
| | *Comments:* DID NOT MEET DEADLINE--EDR 11/29/2013 | | | | | | | |
| 1598664 | BROOME, DAVID LESUNDA | 7711 ALVERSTONE WAY  SA | 3119 | | | 39 | WP | N |
| | *Comments:* LIVED IN PCT 3119 VOTED NEW PCT 2097 | | | | | | | |
| 1529343 | BRAVO, ROSE MARY | 27507 LASSO BND  SA | 3071 | | | 40 | WP | N |
| | *Comments:* LIVED PCT 3071 VOTED IN PCT 3052 | | | | | | | |
| 1240139 | BEY, FRED WAYNE | 14403 ROWE DR  SA | 3040 | | | 41 | WP | N |
| | *Comments:* LIVED IN PCT 3040 VOTED IN PCT 2018 | | | | | | | |
| 2596034 | BOOKER, REGINALD DARYL | 3515 GLASSCOCK TRL  SA | 1122 | | | 42 | RAC | N |
| | *Comments:* REGISTERED IN BELL | | | | | | | |
| 2113937 | ARCHULETA, KATHRYN MARIE | 6806 COUNTRY LAWN  SA | 3023 | | | 43 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1131914 | ARCHULETA, MARY KATHRYN | 6806 COUNTRY LAWN  SA | 3023 | | | 44 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1895538 | BIRD, HELEN | 25306 LYNDA SUE DR  SA | 3184 | | | 45 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1816158 | CANTRELL, PAULA J | 110 CITY ST #3  SA | 1001 | | | 46 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1036349 | DELAGARZA, ANDRES RENE | 102 SEACOMBER PL  SA | 1037 | | | 47 | ANS | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID & NO JUDGES SIGNATURE | | | | | | | |
| 1393795 | VANCE JR, JACK MILTON | 8100 PINEBROOK DR APT 1904  SA | 2110 | | | 48 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |

Date: 11/21/13  
Time: 04:43 pm  
**Election Code:** G313-00

BEXAR COUNTY  
PROVISIONAL BALLOT LIST  
Order by Provisional ID

pr_list v.130907  
Page: 4

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 2423264 | IDEKER, SARA ROSE | 8406 SHOOTING QUAIL  SA | 2077 | | | 49 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 380803 | KRUMM, PHILIP | 103 ERSKINE PL  SA | 2060 | | | 50 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 461840 | MATA SR, CARLOS | 2925 W COMMERCE ST  SA | 2007 | | | 51 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 2277149 | PRICE, SCOTT JAMES | 171 E ELMVIEW PL  SA | 3025 | | | 52 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1081704 | HENDRICKS, STELLA M | 9107 RUSTLERS CREEK DR  SA | 3011 | | | 53 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1857626 | FITCH, NANCY G | 11510 WHISPER BLF  SA | 3069 | CODY LIBRARY | | 54 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1110893 | DANA, STEVEN BANCROFT | 14035 OAKHILL WAY  SA | 3086 | | | 55 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1634292 | CLOUD, PATRICIA PUCK | 951 SERENADE DR  SA | 3066 | | | 56 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 810881 | THOMAS, DIANE RENEE | 371 CHARCLIFF DR  SA | 4041 | | | 57 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID & NO VOTER SIGNATURE | | | | | | | |
| 743171 | KEESEE, JONATHAN | 1218 S ALAMO ST  SA | 4018 | | | 58 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 2589252 | HUTCHINSON, SALLY JEAN | 717 W FRENCH PL #2 SA | 4015 | | | 59 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1602267 | VELASQUEZ, MONICA VICTORIA | 439 OLNEY DR  SA | 4091 | | | 60 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 2596578 | REVEL, GARY NEAL | 1017 3RD | | | | 61 | RAC | N |
| | *Comments:* LIVES IN TEMPLE TEXAS | | | | | | | |

Total: 61

TSC-MALC00003816

Date: 11/21/13  
Time: 04:43 pm  
**Election Code:** G313-00

BEXAR COUNTY  
PROVISIONAL BALLOT LIST  
Order by Provisional ID

pr_list v.130907  
Page: 5

## TOTAL PROVISIONAL BALLOTS:

| CODE | DESCRIPTION | COUNTABLE | TOTAL |
|---|---|---|---|
| ANS | NOT SIGNED | N | 3 |
| ID | NO ID PROVIDED | N | 18 |
| MB | MAIL BALLOT NOT RECV | Y | 1 |
| OK | OK - REVIEWED | Y | 14 |
| R30 | Registered less than | N | 2 |
| RAC | Reg another County | N | 7 |
| RGC | Registration Cancel | N | 2 |
| WP | VOTED IN WRONG PREC | N | 14 |
| | **\* TOTAL:** | | 61 |

\* Includes privacy voter totals (if any)

TSC-MALC00003817