

County Clerk, Kenda Heckler kheckler co  
Case 2:13-cv-00193   Document 674-1   Filed on 11/11/14 in TXSD   Page 2 of 13  
Veasey000049  
Page 1 of 2  
PL791  
9/2/2014  
2:13-cv-00193

| Home | Departments | Directory | History | Links | Search here... |
|------|-------------|-----------|---------|-------|----------------|

**Departments**

- Adult Probation
- Agricultural Extension
- Auditor
- CERT Program
- Constables
- Commissioners Court
- County/District Attorney
- County Clerk
- County Judge
- District Clerk
- District Judge
- Health Department
- Justices of the Peace
- Juvenile Probation
- Library
- Parks Department
- Sheriff
- Tax A/C
- Youth Center

**Home** > **Departments** > County Clerk

## County Clerk

### Kenda Heckler

kheckler@co.andrews.tx.us

**Mailing Address**:
P.O. Box 727
Andrews, TX 79714
(432) 524-1426

**Physical Address**:
215 NW 1st Street
Andrews, TX 79714

## Services

**Hours of Operation**
Monday - Friday 8:00 AM - 4:00 PM

The County Clerk's Office is accessible to the General Public and all other County Offices for general information and research of all records/cases kept in this office.

The County Clerk is responsible for recording and filing legal instruments i.e., Deeds, Liens, and Releases. The office processes and records birth and death certificates and issues marriage licenses. The Clerk administrates the records of Probate, Civil, Misdemeanor Criminal and Juvenile Cases. The Clerk is responsible for all county, state and federal elections held in the county.

**Filing fees** for recording in the Public Records are generally
**$26.00 for the first page and $4.00 for each additional page.**

Fee for **Certified Copy of Birth Certificate is $23.00**
(Abstracts of Birth from all counties in Texas can be obtained for the same fee.)

Fee for **Certified Copy of Death Certificate is $21.00** for the first and **$4.00** for each additional copy.

Fee for **Marriage License is $82.00** and the license may be used anywhere in the State of Texas. Fee for **Certified Copy of Filed Marriage License** is **$21.00**. Marriage licenses are issued from 8:00 a.m. until 4:00 p.m.

Cost for **copies** of **public records filed** in the Clerk's Office is **$1.00** per page and **$5.00 for certification** per document

## Commissioners' Court

The Clerk is the Ex-Officio Clerk of the Commissioners' Court and therefore all minutes are filed in this office and are of public record. The Court generally meets each Monday for Special Meetings and holds a Regular Session the second Monday of each month.

## Searches

The Clerk's Office is not responsible for searching the property records, other than requests for Federal, State or Abstract of Judgment Lien Searches.

Fee for **Searches is $10.00 per name per search**.

Misdemeanor, Civil and Probate Searches are also processed in this office. Fee for **Name Searches is $10.00 per name per search**.

## Assumed Name Certificates

This office provides blank forms to be completed by the business owner, notarized and then returned for filing.

**Filing fee is generally $30.00 and are also filed in the Official Public Records.**

*Home   Departments*   *Copyright © AndrewsTexas 2012*

Powered By Revize Login

# Texas Driver Responsibility Program (DRP)

PL792
9/2/2014
2:13-cv-00193

## Understanding the Driver Responsibility Program



www.dps.texas.gov/driverlicense/drp.htm

### DRIVER LICENSE DIVISION

Creating a faster, easier, friendlier driver license experience and a safer Texas

---

## Frequently Asked Questions (FAQs)

### How will I know if I received a surcharge for an offense?

A notice will be mailed to your most recent address on file at DPS or to the most recent forwarding address with the United States Postal Service if it is different. It is important that you notify DPS when your address changes to ensure delivery of your surcharge notices. To change your address online, visit www.dps.texas.gov/DriverLicense under "Online Services." The surcharge must be paid within 105 days to prevent suspension of driving privileges.

### Do I have to pay the full amount of the surcharge at one time?

You may pay the surcharge in installments but will be charged a $2.50 service fee for each payment. Failing to make a monthly payment will result in suspension of your driving privileges. You may only reinstate a defaulted installment agreement by submitting the minimum monthly payment or paying the remaining balance in full.

### What if I don't pay and my driving privileges are suspended?

If driving privileges are suspended for failure to pay surcharges, the suspension will continue until the driver establishes an installment agreement or pays all surcharges in full and related costs, such as service and/or collection fees.

DIC-2 (9/13)

## FAQs continued

### How do I pay my surcharge?

The Municipal Services Bureau (MSB) is responsible for mailing notices and collecting fees. Payments may be made online at www.txsurchargeonline.com, by phone, mail, or at ACE Cash Express, MoneyGram, or Western Union. Payment methods include cash, check, money order, credit/debit card, electronic check, and wire transfer. For more information on making payments, visit the website above, or contact MSB at (800) 688-6882.

### Why did I get a phone call from the Municipal Services Bureau (MSB)?

MSB will contact drivers, who have not complied with the surcharge payment, on behalf of DPS.

### What if I receive a surcharge, but I already have a reinstatement fee?

Surcharges are applied *in addition* to reinstatement fees. This program does not replace other administrative suspension, cancellation, or revocation fees that result from the same convictions.

---

**Make payments:**
www.txsurchargeonline.com

**Check license eligibility:**
https://txapps.texas.gov/txapp/txdps/dleligibility

www.texas.gov/driver

# What is DRP?

The Driver Responsibility Program (DRP) requires the Texas Department of Public Safety (DPS) to apply surcharges to individuals with certain traffic convictions.

A surcharge is an administrative fee charged to a driver based on the number of points or convictions on the driver record. A driver may receive separate surcharges for both points and convictions.

Surcharges are applied in addition to other fees and do not replace a suspension, revocation, disqualification, denial, or cancellation resulting from these convictions.

## Point System

Points are applied for moving traffic violation convictions and remain on the driver record for *three years*. Points are assigned as follows:

| Points Assignment | |
|---|---|
| Conviction Type | Assigned Points |
| Texas moving violation | 2 points |
| Out-of-state moving violation | 2 points |
| Texas moving violation resulting in a crash | 3 points |
| Out-of-state moving violation resulting in a crash | 3 points |

A surcharge is applied when a driver accumulates six (6) points or more. The driver must pay $100 for the first six (6) points and $25 for each additional point.

Every year, the surcharge will continue to be applied if the driver record has six (6) points or more. Point surcharges may vary with each yearly review if convictions are added or removed from the driver record.

## Convictions

Drivers who are convicted of one or more of the offenses in the table below will pay a yearly surcharge for *three years* from the date of each conviction once the conviction has been reported to DPS.

No points are applied for these offenses since the surcharge is automatic upon conviction. Surcharges are applied as follows:

| Conviction Surcharges | |
|---|---|
| Conviction Type | Assigned Surcharge |
| Intoxication: 1st offense, Texas or out-of state conviction for driving, boating, flying, operating amusement park ride, intoxication assault, or manslaughter | $1,000 |
| Intoxication: 2nd, 3rd, or more offenses, Texas or out-of-state conviction for driving, boating, flying, operating amusement park ride, intoxication assault, or manslaughter | $1,500 |
| DWI with blood alcohol concentration of 0.16 or greater, Texas or out-of-state conviction | $2,000 |
| Driving without insurance | $250 |
| Driving with invalid license: Driver license is canceled, suspended, denied or revoked | $250 |
| Driving without a license, no driver license or commercial driver license, expired license, or endorsement violation(s) | $100 |

# Reduction Programs

Through the Indigency Program and the Incentive Program, drivers with unpaid surcharges may qualify for significant reductions of the amount they owe and maintain their driving privileges.

Any surcharges billed on or after September 1, 2003 may be considered for these reductions. Eligibility for the Indigency and Incentive Programs is based on total income as determined by the federal poverty level defined by the US Department of Health and Human Services.

| Indigency Program | | |
|---|---|---|
| Poverty Level | Amount Owed Reduced to | Driving Privileges |
| 125% or less | 10%, not to exceed $250 | Removes surcharge suspensions* for 6 months |
| Incentive Program | | |
| Poverty Level | Amount Owed Reduced to | Driving Privileges |
| 126% to 300% | 50% | Removes surcharge suspensions* for 6 months |

Under these programs, the new reduced balance must be paid in full within six months. If the balance is not paid in full by the due date, driving privileges will be suspended until it is. Partial payments plus a $2.50 service fee will be accepted during the six month grace period.

To find out if you qualify and to learn about the application process, call 866-223-3583 or visit www.txsurchargeonline.com.

\* *No effect on other suspensions.*

† *DRP was enacted in 2003 and can be found in Chapter 708 of the Texas Transportation Code.*

Cameron County  Page 1 of 3
Case 2:13-cv-00193   Document 674-1   Filed on 11/11/14 in TXSD   Page 6 of 13
Veasey000099
PL793
9/2/2014
2:13-cv-00193

HOME    COMMISSIONERS    ADMINISTRATION    JUDICIAL/COURTS    PUBLIC SERVICES    AGENDA

**Marriage Information**


**DEPARTMENT LINKS**

**Administration**

- Contact Information
- Official Records
  Fee Schedule (Effective 9-1-13)
  House Bill No. 584 Foreclosure Sale
  Frequently Asked Questions -Recording
  Assumed Name Certificates - DBA
  Beer & Wine License
  Military Discharge -DD-214
  Cattle Brand Registration
- Vital Statistics
  Birth Records
  Death Records
  Marriage Information
  Fee Schedule (Effective 9-1-13)
  Forms
- Records Management
- Holiday Schedule

**Judicial**

- County Courts
- Criminal Department
- Civil Department
  Civil Fee Schedule
- Probate Department
  Probate Fee Schedule
- Financial and Court Registry
- Commissioner's Court
- Forms

**Home**

**NOTICE:** Effective September 1, 2013, New Laws Effecting Marriage Licenses:

**Senate Bill 1317, Section 2.201** Expiration of License

If a marriage ceremony has not been conducted before the 90th day after the date the license is issued, the marriage license expires.

**Senate Bill 1317, Section 2.202** Who can perform a marriage ceremony

Family Code is amended as follows: (a) the following persons are authorized to conduct a marriage ceremony: a retired judge of a municipal court and a retired judge or magistrate of a federal court of this state.

**House Bill 869, Section 2.006 & 2.007** Absent Applicant Affidavit

All applicants must be present for the ceremony unless: (a) the absent applicant is a member of the armed forces of the United States stationed in another country in support of combat or another military operation; and unable to attend the ceremony. All other applicants will have to be present for the ceremony.

**MARRIAGE LICENSE APPLICATION :**
In accordance with Chapter 2, of the Texas Family Code

1. There is a 72 hour waiting period immediately following the date and time the license is issued.
2. The marriage license expires at the end of the 90th day from the date and time the marriage license was issued.
3. Fee: $82.00 (without taking the certified premarital course).

4. If you wish to take the certified premarital course, you will need to contact 211 for available classes in your area.
5. If you have taken a certified premarital course, please present the certification and we will waive $60.00 of the total cost of the license and waive the 72 hour waiting period.
6. The following documents will be accepted for proof of identity and age:

(One of the following must be provided)

 * Birth Certificate (from any country)
 * Certificate of Naturalization
 * Certificate of Citizenship
 * Driver's license
 * State ID- from any state (government issued only).
 * Military ID.
 * Passport -A current U.S. or foreign country passport.
 * Resident Alien Card.
 * Border Crossing Card.
 * A current consular document issued by the state or national government (Matricula Consular).



To view PDF doccuments download Adobe Acrobat

<u>Names will be reflected on the marriage license exactly as they appear on the ID's.
The County Clerk's office cannot change the name or spelling of name on ID.</u>

Social Security number required for U.S. Citizens.

<u>Please note - Documents provided must be originals or certified copies.
We will not accept mutilated copies or documents that appear to be tampered with).</u>

7. Minor applicants (16 years of age or older but under 18):

- Minors must have their original or certified copy of their birth certificates that include the parent's names. We do not accept hospital records.
- Parents must be present to sign parental consent form.
- In case of divorced parents, the parent with legal custody of the minor is required to sign the parental consent form and is required to bring the final divorce decree signed by a judge.
- Parents are required to present government issued photo ID's.

8. Divorced Applicants:

- There is a 30 day waiting period immediately following the date the divorce was granted if divorced in Texas.
- If a judge has waived the 30 day waiting period, the court order must be presented to comply with the 30 day requirement.
- You may apply for the license on the 31st day after the divorce is granted and a 72 hour waiting period applies. Former spouses may marry each other at any time.

**INFORMAL MARRIAGE APPLICATION:**

- Both applicants must appear before the County Clerk.
- Proof of identity and age
- Valid TX Id with same address.

**CERTIFIED COPIES OF MARRIAGE LICENSE:**

The cost per copy is $10.00 plus $10.00 search fee. You may request a copy in person or by mail. If requesting by mail, please use two separate checks or money orders (one for the copy and one for the search) and allow 5 to 10 days to receive your copy.

For more information please call 956-544-0817 during regular business hours.

**Main office**
Cameron County Admin. Bldg.
964 E. Harrison St. Ste. 217
Brownsville, Texas 78520

**Mailing address**
Cameron County Clerk
Vital Statistics Dept.
P.O. Box 2178
Brownsville, Texas 78522

**Branch Office**
Joe Rivera & Aurora
De la Garza Building
1390 W. Expressway 83
San Benito, Texas 78586
Ph. 956-247-3509

Cameron County, Texas    Revize        Copyright 2011 Cameron County

# Celeste Bichsel
# Carson County
# County Clerk Fees
## *Effective January 1, 2014*

### Official Public Records (Includes Federal Tax Liens, Release of Federal Tax Liens, Abstracts of Judgements)

| | | |
|---|---|---|
| Archive Fee | (LGC 118.011(f) | $10.00 |
| Filing/Recording Fee | (LGC 118.011 | $ 5.00 |
| Records Management (LGC 118.011(b)(2) | | $10.00 |
| Courthouse Security Fund | (LGC 291.008(d) | $ 1.00 |
| **Total for the First Page** | | **$26.00** |
| Each additional page or part which there are visible marks | | $ 4.00 |
| Each additional name to be indexed in excess of five (5) | | .25 |

**Texas Property code 11.003, effective Jan. 1, 1982:** Requires that each grantee's mailing address be in or attached to any document conveying real property executed after December 31, 1981. *If address of each grantee is not included,* the payment of a penalty filing fee equal to the greater of (1) twice the statutory filing fee for the filing of such document with the County clerk of (2) $25.00 will be required. *This Fee is in addition to regular filing fees.* **LGC 191.007(c)(h):** Provides double the filing fee for that page if there is not a clearly identifying heading, similar to the headings on most printed forms must be placed at the top of the first page identify the type or kind of legal paper. **LGC 191.007 (e)(h):** Provides double the filing fee for that page if names are not legibly typed or printed immediately under each signature **LGC 191.007(3):** Printed in type no smaller that 8 point type. **Property Code 12.001(b) & 12.001**: Must have original and a proper acknowledgment.

### Livestock Brand

| | | |
|---|---|---|
| Archive Fee | (LGC 118.011(f) | $10.00 |
| Filing/Recording Fee | (LGC 118.0020(a)(9)(Tx Agri.Code 144.110) | $ 5.00 |
| Records Management (LGC 118.011(b)(2) | | $10.00 |
| Courthouse Security Fund (LGC 291.008(d) | | $ 1.00 |
| **Total** for 1 Brand | | **$26.00** |
| Per Additional Location on Animal | | **$ 5.00** |

### Recording Plats and Maps

| | | |
|---|---|---|
| Archive Fee | (LGC 118.001(f) | $10.00 |
| Filing/Recording | (LGC 118.001(c) | $25.00 |
| Records management  (LGC 118.001(b)(2) | | $10.00 |
| Courthouse Security Fund (LGC 118.008 (d) | | $ 1.00 |
| **Total** | | **$46.00** |

## Vital Statistics Records

Marriage License *without* Texas Premarital Education Certificate

| | | |
|---|---|---|
| Archive Fee | (LGC 118.001(f) | $10.00 |
| BVS Preservation Fee | (HSC 191.0045) | $ 1.00 |
| County Fee | (LGC 118.011(a)(7) | $30.00 |
| State of Texas | (LGC 118.001(a)(7) | $30.00 |
| Records Management | (LGC 118.001(b)(2) | $10.00 |
| Courthouse Security | (LGC 291.008(d) | $ 1.00 |
| **Total** | | **$82.00** |

Marriage License *with* Texas Premarital Education Certificate

| | | |
|---|---|---|
| Archive Fee | (LGC 118.001(f) | $10.00 |
| BVS Preservation | (HSC 191.0045) | $ 1.00 |
| County Fee | (LGC 118.001(a)(7) | waived |
| State of Texas Fee | (LGC 11.001(a)(7) | waived |
| Records Management | (LGC 118.011(b)(2) | $10.00 |
| Courthouse Security | (LGC 291.008(d) | $ 1.00 |
| **Total** | | **$22.00** |

Informal Marriage License

| | | |
|---|---|---|
| Archive Fee | (LGC 118.001(f) | $10.00 |
| BVS Preservation | (HSC 191.0045) | $ 1.00 |
| County Fee | (LGC 118.001(a)(8) | $12.50 |
| State of Texas Fee | (LGC 118.011(a)(8) | $12.50 |
| Records Management | (LGC 118.011(b)(2) | $10.00 |
| Courthouse Security | (LGC 291.008(d) | $ 1.00 |
| **Total** | | **$47.00** |

**Issuing certified copy of Marriage License** — $33.00

Birth Certificate (Certified Copy) *County Records*

| | | |
|---|---|---|
| BVS Preservation | (HSC 191.0045) | $ 1.00 |
| County Clerk Fee | (LGC 118.015(a)(TAC 181.22)(HS 191.0045) | $20.20 |
| State of Texas Fee | | $ 1.80 |
| **Total** | | **$23.00** |

Birth Certificate (Certified Copy) *Online Records*

| | | |
|---|---|---|
| BVS Preservation | (HSC 191.0045) | $ 1.00 |
| County Clerk Fee | (LGC 118.015(a)(TAC 181.22)(HS 191.0045) | $18.37 |
| State of Texas Fee | (HSC 191.0045) | $ 3.63 |
| **Total** | | **$23.00** |

Death Certificate (Certified Copy)

| | | |
|---|---|---|
| BVS Preservation | (HSC 191.0045) | $ 1.00 |
| County Clerk Fee | (LGC 118.015(a)(TAC 181.22)(HSC 191.0045) | $20.00 |
| **Total** | | **$21.00** |

*Each additional copy-ordered at the same time*

| | | |
|---|---|---|
| BVS Preservation | (HSC 191.0045) | $ 1.00 |
| County clerk Fee | (HSC 191.0045) | $ 3.00 |
| **Total** | | **$ 4.00** |

Veasey000103

## Miscellaneous:

Veasey000104

**Notice of Trustee Sale**

| | |
|---|---|
| Filing/Recording Fee (TPC 51.002(f)) | $ 2.00 |
| Courthouse Security (LGC 291.008(d)) | $ 1.00 |
| **Total** | **$ 3.00** |

| | |
|---|---|
| Copies (LGC 118.052 (3)(c)) | $1.00 per page |
| Certification Fee (LGC 118.052(3)(b)) | $5.00 per document |
| Public Copies(anything not recorded or filed in the office) | $ .25 each |
| Recording Child Support Lien or Release | No Charge |
| Filing DD214 (Military Discharge Records) | No Charge |
|     Certified Copies of the DD214 | No Charge |

Page 2

Veasey000104

Celeste Bichsel, Carson County and District Clerk, P.O. Box 487, Panhandle, Texas 79068

Phone: 806-537-3873  Fax: 806-537-3873

Official Public Records-Recording Fees

**Effective January 1, 2014**

Official Public Records $26.00 for the First page and $4.00 for each additional page.
Federal Tax Liens $26.00 for the First page and $4.00 for each additional page.
Abstract of Judgments $26.00 for the First page and $4.00 for each additional page.
State Tax Liens are $11.00.

Additional Indexing Charges apply: Where there are over 5 names to be indexed on one document-0.25 per name.

The person presenting the document by mail or in person **must** provide a self addressed stamped envelope for the return of the documents.
**********If the wrong fee is received the document(s) will be returned.**********

Example of how to figure cost:

| | | | |
|---|---|---|---|
| 1 Page | $26.00 | 21 Pages | $106.00 |
| 2 pages | $30.00 | 22 Pages | $110.00 |
| 3 Pages | $34.00 | 23 Pages | $114.00 |
| 4 Pages | $38.00 | 24 Pages | $118.00 |
| 5 Pages | $42.00 | 25 Pages | $122.00 |
| 6 Pages | $46.00 | 26 Pages | $126.00 |
| 7 Pages | $50.00 | 27 Pages | $130.00 |
| 8 Pages | $54.00 | 28 Pages | $134.00 |
| 9 Pages | $58.00 | 29 Pages | $138.00 |
| 10 Pages | $62.00 | 30 Pages | $142.00 |
| 11 Pages | $66.00 | 31 Pages | $146.00 |
| 12 Pages | $70.00 | 32 Pages | $150.00 |
| 13 Pages | $74.00 | 33 Pages | $154.00 |
| 14 Pages | $78.00 | 34 Pages | $158.00 |
| 15 Pages | $82.00 | 35 Pages | $162.00 |
| 16 Pages | $86.00 | 36 Pages | $166.00 |
| 17 Pages | $90.00 | 37 Pages | $170.00 |
| 18 Pages | $94.00 | 38 Pages | $174.00 |
| 19 Pages | $98.00 | 39 Pages | $178.00 |
| 20 Pages | $102.00 | 40 Pages | $182.00 |

Veasey000105

# WRONG FOR TARRANT COUNTY

**Liberal Democrat Chris Turner**

✓ No border security
✓ benefits for illegal immigrants
✓ jobs to china

Tax credits for companies that ship OUR jobs overseas and benefits for illegal immigrants.

Let's stop the Pelosi-Turner agenda for Texas.

Veasey000739