PL796
9/2/2014
2:13-cv-00193



PL797
9/2/2014
2:13-cv-00193

Veasey000742

Drive a Mercedes and receive welfare?
Chris Turner voted yes!

Give tax breaks to companies
that ship our jobs overseas?
Chris Turner voted yes!

Voted to use taxpayers' money to provide
voicemail to the homeless?
Chris Turner voted yes!

It's time to stop Obama-Democrat
Chris Turner.

It's time to stop Obama-Democrat
Chris Turner.

Pol. Adv. Paid by Bill Zedler for State Rep. Campaign

9241 *******AUTO**5-DIGIT 76017        T7 P1

PRSRT STD
U.S. POSTAGE
PAID
MAJORITY
DESIGNS

Veasey000742

PL798
9/2/2014
2:13-cv-00193



# THE GREAT PRETENDER

LIBERAL DEMOCRAT CHRIS TURNER VOTED TO GIVE TAX CREDITS TO COMPANIES THAT SHIP TEXAS' JOBS TO CHINA!

(Turner 8/R voting record)

TURNER ALSO CAMPAIGNED AGAINST ILLEGAL IMMIGRATION, BUT DIDN'T FILE A SINGLE BILL TO SECURE AND PROTECT OUR BORDER.

(Turner 2008 campaign)

Pol. Adv. Paid by Bill Zedler for State Rep. Campaign

1125 ******* AUTO**5-DIGIT 76001     T1 P1

PRSRT STD
U.S. POSTAGE
PAID
MAJORITY
DESIGNS

1251



Veasey000111

## COCHRAN COUNTY CLERK'S OFFICE
## FEE SCHEDULE AS OF SEPTEMBER 1, 2013

## OFFICIAL PUBLIC RECORDS –- REQUIREMENTS FOR RECORDING:

1. An instrument concerning real or personal property may be recorded if it has been acknowledged, sworn to with a proper jurat, or proved according to law. Property Code 12.001 (a)

2. The Clerk should examine the document to make sure that all parties to the instrument are clearly identified as to name.   In two party documents, these parties will be the grantor(s) or grantee(s).   All names shall be typed under the signatures or there will be a charge for double the recording fee for that page charged. VTCS Art. 3930c

3. Any deed conveying an interest in real property, executed after   December 31, 1981 shall contain a mailing address of each **Grantee** appearing on the document (or separate instrument signed by grantor or grantee and attached to the document.)   If the address is missing, such document may only be recorded after a penalty fee of the greater of (1) **TWICE** the usual filing fee or **$25.00.**

4. Any instrument recorded in two different records - **DOUBLE THE FILING FEE.**

5. MINIMUM FILING FEE FOR ANY FILING IN OFFICIAL REAL PROPERTY -    11.00.

6. To be filed in the real property records, a certified copy dated after September 1,1994 must have a certification on each page.

7. The following Notice must be placed in a visible area:
"Instruments transferring an interest in Real Property to or from an individual (Deed, Deed of Trust, or Mortgage) recorded in the Official Public Records of Cochran County and executed on or after January 1, 2004:
   (1) are not required to contain a social security number or   driver's license number; and
   (2) are public records available for review by the public."
       Chapter 11, Property Code, Section 11.008

8. **Penalty Filing Fees** of twice the amount of that page's normal charge will be assessed if:

   1. Page is larger than 8 1/2" X 14";
   2. First page does not contain clearly identifying heading to identify the type or kind of legal
        instrument; Loc. Gov. 191.007
   3. Names are not legibly typed or printed immediately under each signature;
   4. All photocopies or reproductions are not positive prints (black on white);
   5. Riders or attachments are larger than the size of the page as defined above or more than one rider
     or attachment is included in or attached to a page.

**Specifications without Penalty Filing Fees:**

     A page must be printed in type not smaller than eight-point type and be suitable otherwise for reproducing from it a readable record by photocopy or micrographic process used in the office of the county clerk.

Παγε −1−

Veasey000112

**FILING FEES**

First page ...($5 Rec, $10 RMO, $10 Archive, $1 CHS)............................................... 26.00
Second and subsequent pages ........................................................................... 4.00
     For each name in excess of five (5) names to be indexed................................. 0.25
Each attachment or rider..................................................................................... 4.00
Abst. of Judgment ......($5 Rec, $10 RMO, $10 Archive, $1 CHS) ........................... 26.00
     Each additional page or part of a page........................................... 4.00
Issuance of Abstract of Judgment (County) ........................................................ 5.00
Filing and Posting Trustee's Sale ($2 Rec, $10 RMO, $10 Archive, $1 CHS)........................ 23.00
Assumed Name Certificate ($2 Rec, $10 RMO, $10 Archive, $1 CHS) ............................... 22.00
     Plus for each name indexed ........................................................... 0.50
Assumed Name Abandonment (same breakdown as above)................................... 22.00
Federal Tax Lien..($10 Rec, $10 RMO, $10 Archive, $1 CHS) ................................ 31.00
Release Federal Tax Lien ....(same breakdown as above).................................... 31.00
Lien Search (Federal, State and Abst. of Judgment) ........................................... 31.00
     ($10.00 Search, $10 RMO. $10 Archive, $1 CHS)
Lien Search (Federal, State, Abst. Of Judgment & U.C.C). .................................. 36.00
State Tax Lien ($5 Rec, $10 RMO , $1 CHS).................................................... 16.00
Release of State Tax Lien (same breakdown as above) ...................................... 16.00
Hospital Lien ($5 Rec, $10 RMO, $10 Archive, $1 CHS)...................................... 26.00
Release Hospital Lien...(same breakdown as above)........................................... 26.00
SEARCHES (Other than Vital Statistics and U.C.C.'s) ....................................... 5.00
Cattle Brand ....1st location ($10 Rec, $10 RMO, $5 Archive, $1 CHS) .................. 26.00
     for each additional location or earmark filed at same time............................ 5.00
Brands Search or Certificate at later date/time, per location/brand ...................... 5.00
Military Discharge Records DD214..............................................No Charge for Filing
Searches, Certificates for Military Discharges (if not used for benefits) ................. 5.00
Posting of Notices (Clerk's Fee) ...................................................................... 2.00
Wills Filed For Safekeeping...($5Rec, $10 RMO, $10 Archive, $1 CHS) .............................. 26.00
Filing of Budgets ($2.00 Rec; $1.00 CHS) ........................................................ 3.00
Mental Health Background Check (for D.P.S. - License to carry concealed handgun) ........... 2.00
Affidavit to Perfect a Restitution Lien .............................................................. 5.00
Patents ...($5 Rec, $10 RMO, $10 Archive, $1 CHS) ......................................... 26.00
Plats   (up to 24 X 36)...($40 Rec, $10 RMO, $10 Archive, $1 CHS) ...................... 61.00
Going Out of Business Sale.. ($20 Rec, $10 RMO, $10 Archive, $1 CHS)............................ 41.00

## U.C.C.'S (UNIFORM COMMERCIAL CODE INSTRUMENTS)

**U.C.C. 1 (Initial Filings are now filed with Secretary of State in Austin**
U.C.C.'s Filed in Official Public Records (Real Estate Records) **First Page** ........................ 26.00
.............................................................................. Second and subsequent pages      4.00
UTILITY SECURITY INSTRUMENTS ($25 Rec, $10 RMO, $10 Archive, $1 CHS Fees) ..... 46.00
Blank U.C.C. Forms (Each) ............................................................................ 1.00
Public Weigher's Bonds ($15 Rec, $10 RMO, $10 Archive, $1CHS) ................................... 36.00
Warehousemen's Bonds   ($5 Rec, $10 RMO, $10 Archive, $1CHS)................................... 26.00

## VITAL STATISTICS

Παγε −2−

Veasey000112

Veasey000113

Birth Certificate (or search) issued from Cochran County or State of Texas....................... $ 23.00
Death Certificate, (or search) first copy ................................................................................. 21.00
      Second and subsequent copies ordered at same time (each).................................... 4.00
Filing amendments to birth or death records ........................................................................* 15.00
Filing amendments to birth based upon Court Order of Change of Name .........................* 15.00
Filing Delayed Birth Certificate............................................................................................ * 25.00
Filing Birth Certificate based upon adoption.......................................................................  * 25.00
Filing Birth Certificate based upon legitimation or paternity determination .........................* 25.00
      * These fees are charged by BVS in Austin and do not include the issuance of a certified copy.   If needed, add $23.00

**ISSUANCE, RECORDING, OR AMENDMENTS OF MARRIAGE LICENSES:**

      Issuance of marriage license requires proof of identity of both parties (If under-age applicant, parent must sign consent form and I.D. is also required of parent).   Acceptable I.D. includes Driver's License, Certified Copy of Birth, or other document issued by a governmental agency.   There is a 72 hour waiting period before license is effective unless one of the parties is in active military duty or obtains a waiver from a district judge.   Parental consent is required for those under 18 years of age.   License and parental consent are valid for 30 days only and are valid for use anywhere in the state of Texas.

Fee for issuance and recording of Marriage License
With Twogether Certificate ($10 RMO, $10 Archive, $1 CHS, $1 Vital fee)......................... $22.00
Without Certificate................................................................................................................. 82.00
    ($30 to issue, $10 RMO, $10 Archive, $1 CHS, $1 Vital fee, $30 to state)
Certified Copy of Marriage License ($9, $5 RMO, $5 Archive, $1.00 CHS) ...................  20.00
Marriage and Divorce search and verification ...................................................................... 20.00
Fee for issuance and recording of Informal Declaration of Marriage.................................... 47.00
    ($25 to issue, $10 RMO, $10 Archive, $1 CHS, $1 Vital fee)
Corrections and recording of corrections to Marriage License already recorded
(includes $15 to issue, $10 R.M., $10 Archive & $1 C.S. fees)	............................... 36.00
Issuance of Duplicate Marriage License lost or destroyed before recording
(includes $15 to issue, $10 R.M., $10 Archive & $1 C.S.   fees)	................................ 36.00

**COPIES**

Παγε −3−

Veasey000113

Veasey000114

CERTIFIED COPIES**...**the clerk shall place a certified stamp on the front
of **each** page that is to be certified to .................................................................... 5.00
    Plus a fee per page or part of a page of ........................................................... 1.00
**EXAMPLE -- a three page certified copy of a record will be $5 certification**
**+ $3 copies for $8 total**

COPIES -- NOT CERTIFIED.......per page.................................................................... 1.00
VOLUME COPYING , 10 or more pages, each page............................................... 0.10
VOLUME COPYING, Non-profit organization, each page ....................................... 0.05
FEE FOR RETURNED CHECK................................................................................ 30.00
BILL OF COSTS ...................................................................................................... 8.00

Veasey000114

Veasey000118

# COMAL COUNTY CLERK'S
# FEE SCHEDULE
# JANUARY 1, 2014

| | |
|---|---|
| **RECORDING FEES – REAL AND PERSONAL PROPERTY** | |
| 1) Deeds, Deeds of Trust, Abstracts of Judgment (Tex. Prop. Code § 52.51), Affidavits, UCC's, Hospital Liens (Tex. Prop. Code Chapter 55), Releases, Public Weighter's Bond, etc. for the 1st page (Tex. Loc. Gov't Code Ann § 118.011) | $ 26.00 |
|   a) Each additional page or part of page | $ 4.00 |
|   b) Each additional Grantor or Grantee over five (5) to be indexed | $ 0.25 |
|   c) No heading on top of 1st page of Document | $ 5.00 |
|   d) Any Document conveying interest in property which does not have the Grantee's address (Tex. Loc. Gov't Code Ann. § 118.011) | Double the Filing Fee of the Document or a Flat Fee of $25.00, whichever is greater of the two. |
|   e) Name not printed under all original signatures | Double the Filing Fee of that page ($5.00 first page or $4.00 additional pages) |
|   f) No address for Plaintiff or Judgment creditor on an Abstract of Judgment | Double the Filing Fee of the Document or a Flat Fee of $25.00, whichever is greater of the two. |
|   g) Documents less than 8 point will be charged double the charge for that page | |
| 2) State Tax Lien (Tex. Tax Code Chapter 113) | $ 16.00 |
|   a) Each additional page | $ 4.00 |
| 3) Federal Tax Lien or Release of Federal Tax Lien (Tex. Prop. Code Chapter 14) | $ 31.00 |
| 4) DD-214 (Military Discharge) | No Recording Charge |

**NOTE: A "copy of an instrument is not entitled to be recorded in the office of the county clerk. (See 64 Tex. Jur. 3d _Records and Recording Laws_ § 21**

| | |
|---|---|
| **ASSUMED NAME CERTIFICATE (DBA)** **(Chapter 36, Title 4, Business & Commerce Code)** | |
| 5) Assume Name Certificate (DBA) or Abandonment | $ 23.00 |
|   a) Each additional name | $ .50 |
|   b) Acknowledgement | $ 5.00 |
| **PLAT/MAP OR AMENDMENT TO PLAT** | |
| 6) Plat/Map (Tex. Loc. Gov't Code § 232) | $121.00 |
|   a) Each additional page | $100.00 |
|   b) Tax Certificates (each) (Tex. Prop. Code § 12.002) | $ 4.00 |
| 7) Amendment to Plat (Tex. Prop. Code § 12.002) | $121.00 |
|   a) Tax Certificates (each) (Tex. Prop. Code § 12.002) | $ 4.00 |
| 8) Copy of Plat (18" x 24" or smaller) | $ 5.00 |
| 9) Color Copy of Map or Plat (18" x 24" or smaller) | $ 10.00 |
| 10) Copy of Plat (larger than 18" x 24") | $ 10.00 |
| 11) Color Copy of Map or Plat (larger than 18" x 24") | $ 15.00 |

Veasey000119

## COMAL COUNTY CLERK'S
## FEE SCHEDULE
## JANUARY 1, 2014

| | |
|---|---|
| **NON-CERTIFIED OR CERTIFIED COPIES (Tex. Loc. Gov't Code § 118.014)** | |
| 12)  Non-certified Copies (Tex. Loc. Gov't Code § 118.0145) | $   1.00 per page |
| 13)  Clerk's Certification | $   5.00 |
| 14)  Federal Tax Lien Copy | $   1.50 |
| 15)  Additional Postage for Oversized Copies | $   1.00 |
| 16)  Additional Postage for Multiple Plat Copies | $   3.00 |
| **PUBLIC NOTICES** (including Foreclosure Notices and notice required under the Freedom of Information Act) [Tex. Loc Gov't Code § 118.011(c) and Tex. Prop. Code § 51.002]<br><br>**17) Public Notices** (includes file stamping and posting) Open Meeting Notice and Notice of Foreclosure) | $   6.00 |
| **MISCELLANEOUS FEES** | |
| 18)  Deposit of Will for Safekeeping (Tex. Loc. Gov't Code § 118.062) | $  11.00 |
| 19)  Marks and Brands for each location on animal (Tex. Loc. Gov't Code § 118.020)<br>    a)   Brands specifically by tattoo are an additional fee , i.e. $16.25 for one tattoo in one location at time of filing [Tex. Agri. Code § 144.110(b)] | $  26.00<br><br>$   0.25 |
| 20)  Search of Minutes or Recording of Commissioners Court (written request only) | $  10.00 |
| **REAL PROPERTY SEARCH (Written Request Only)** | |
| 21)  Grantor, Per name up to 10 years | $  10.00 |
| 22)  Grantee, Per name up to 10 years | $  10.00 |
| 23)  Fax of Legal Documents (1 – 3 pages)<br>    a)   Additional Fee per page for over 3 pages | $   5.00<br>$   1.00 |

Veasey000120

# COMAL COUNTY CLERK'S
# FEE SCHEDULE
# JANUARY 1, 2014

| VITAL STATISTICS [Tex. Health & Safety Code § 191.0045(d) and (h)] | |
|---|---|
| 1)   Certified Copy of Birth Certificate | $ 23.00 |
| 2)   Certified Copy of Death Certificate (First Copy)<br>      a)   Each Additional Copy | $ 21.00<br>$   4.00 |
| 3)   Marriage License without Pre-Marital Certificate<br>      a)   With Pre-Marital Certificate (Tex. Loc. Gov't Code § 118.018)<br>      b)   Under 18 years, parental consent, per signature | $ 82.00<br>$ 22.00<br><br>$   1.00 |
| 4)   Informal Marriage (Tex. Loc. Gov't Code § 118.019) | $ 47.00 |
| 5)   Marriage License Verification (Security Paper) **(NO PLAIN PAPER COPIES ISSUED)** | $ 21.00 |
| 6)   Marriage License Amendment | $ 15.00 |
| 7)   Duplicate Marriage License | $ 30.00 |
| 8)   Verification of Birth or Death | $ 10.00 |
| 9)   Genealogy Search – Per Name (If list left with Staff) | $   5.00 |

Veasey000133

**PL803**

**9/2/2014**

**2:13-cv-00193**

Home | Departments | Locations & Maps | Services | Site Features | Search | Links

Wednesday
June 11, 2014



1450 E. McKinney St., Denton, TX 76209-4524 * Phone (940)349-2012 * Fax (940)349-2013   **Map**

| click here for department list | ⌄ |

**Search**

[          ]

**Search**

**Department Links**

★**County Clerk Department Home**

★**Marriage License Information**

★Absent Applicant Information 📄

★Copies of Marriage Records

## County Clerk

## Copies of Marriage Records

**NOTICE** **The County Clerk's Real Property Records search website**

**now contains Marriage Licenses** 

The Denton County marriage records go back to 1875. In 1875, the courthouse burned and the records were destroyed. Marriage records are recorded in the county where the marriage license was purchased, not the county where the marriage took place.

You are welcome to search the marriage license records on our website for free at: Real Property Records Search website. You will need to select "Marriages Name Search" from the Search Criteria menu located in the top left corner of your screen. On this site you are able to research, view, and print copies of marriage licenses for free.

In addition to printing from the website, you may obtain a copy of a marriage record filed in Denton County, by either sending in a written request along with the appropriate fees or come to any of our three office locations in person.

If sending a written request, please include both names as they appear on the marriage license and the date of marriage. Non-certified copies of marriage records are $1.00 plus $1.00 per page. Certified copies of marriage records are $26.00 plus $1.00 per page. Your cashier's check or money order should be made payable to: **Cynthia Mitchell, Denton County Clerk.** Written requests are normally processed the day we receive them and mailed out the next business day. Click on the following link to visit the Bureau of Vital Statistics site on Marriage Indexes

Click on the following link to visit the Bureau of Vital Statistics site on Marriage Indexes

Veasey000133

Case 2:13-cv-00193   Document 674-2   Filed on 11/11/14 in TXSD   Page 14 of 18

Veasey000134

http://dentoncounty.com © 1995-2013 County of Denton, Texas All Right Reserved

Legal Notice   Privacy Notice   Accessibility Notice   Labeled with ICRA   Contact Us

For web site related problems and suggestions please e-mail the webmaster.

Veasey000134

**PL804**
**9/2/2014**
DIC-25 (Rev. 10/09)
**2:13-cv-00193**

## NOTICE OF SUSPENSION
## TEMPORARY DRIVING PERMIT

_____    _____    _____

SUBJECT'S NAME                                      DL/ID NO./STATE                     DOB

ADDRESS _____

PHYSICAL DESCRIPTION (if unlicensed)  Race: _____  Sex: _____  Height: _____  Weight: _____  Eyes: _____  Hair: _____

DATE OF ARREST: _____  TIME OF ARREST: _____  COUNTY OF ARREST: _____

**YOUR LICENSE, PERMIT OR PRIVILEGE TO OPERATE A MOTOR VEHICLE OR WATERCRAFT WILL BE SUSPENDED OR DENIED EFFECTIVE 40 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE BECAUSE YOU:**

**ADULT:**

☐ **REFUSED** to provide a specimen or specimens of breath or blood following an arrest for an offense prohibiting the operation of a motor vehicle or watercraft while intoxicated, while under the influence of alcohol, or while under the influence of a controlled substance.

☐ **PROVIDED** a specimen of breath or blood, and an analysis of the specimen showed an alcohol concentration of .08 or greater following an arrest for an offense involving the operation of a motor vehicle or watercraft.

**MINOR (Under 21):**

☐ **REFUSED** to provide a specimen or specimens of breath or blood following an arrest for an offense prohibiting the operation of a motor vehicle or watercraft while intoxicated, while under the influence of alcohol, or while under the influence of a controlled substance.

☐ **PROVIDED** a specimen of breath or blood, and an analysis of the specimen showed either an alcohol concentration of .08 or greater or a detectable amount of alcohol following an arrest for an offense involving the operation of a motor vehicle or watercraft.

☐ **WERE NOT REQUESTED TO SUBMIT** to the taking of a specimen following an arrest involving the operation of a motor vehicle or watercraft, as the presence of alcohol was detected or measured by other means.

---

**If your Texas driver license was confiscated, this document will serve as your temporary driving permit. It is subject to the same restrictions and endorsements as your Texas driver license. If you hold a commercial driver license, this permit authorizes the operation of commercial motor vehicles. This permit does not provide you with any driving privileges if you do not have a Texas driver license or if your Texas driver license is expired, suspended, revoked, cancelled, or disqualified. This permit is valid for 40 days from the date of service shown below. If you request a hearing, this permit will remain in effect until the administrative law judge makes a final decision in your case.**

---

Driver License Confiscated:   ☐ **Yes**   ☐ **No**   If no, explain _____

**Date Notice Served:** _____

_____
Officer's Signature

_____
Officer's Printed Name

_____
Agency

_____
Telephone No.

| FOR DEPARTMENT USE ONLY |
|---|
|  |

**DRIVER INFORMATION**

**You may request a hearing to contest the suspension by calling (800) 394-9913, faxing (512) 424-2650 or writing the Texas Department of Public Safety, Driver Improvement Bureau, at PO Box 4040, Austin, Texas 78765-4040.** All correspondence must include the following information: Full name, date of birth, driver license number and state, current mailing address, home and daytime telephone numbers, date and county of arrest, arresting agency, arresting officer, whether the test was failed, refused or not requested, and such other information as requested by the Department. Please specify if you wish to have your hearing by telephone or in person. **The request for hearing must be received by the Texas Department of Public Safety no later than 15 days after you receive or are presumed to have received notice of suspension. Failure to request a hearing within this time is a waiver of your right to a hearing.** You will be notified of the date, time, and location of your hearing. You will be required to pay a $125 reinstatement fee to the Texas Department of Public Safety, Driver Improvement Bureau, PO Box 15999, Austin, Texas 78761-5999, in addition to any other fees required by law. See reverse side for periods of suspension and statutory references.          **DPS Copy—White**          **Driver's Copy—Yellow**

TEX0507667

# PERIODS OF SUSPENSION

**ADULTS:**

Refused to provide a specimen or specimens of breath or blood following an arrest for an offense prohibiting the operation of a motor vehicle or watercraft while intoxicated, while under the influence of alcohol, or while under the influence of a controlled substance (Tex. Transp. Code Ann. Ch. 724):

| | |
|---|---|
| 180 DAYS | First Offense |
| 2 YEARS | If previously suspended for failing or refusing a breath or blood test or previously suspended for a DWI, Intoxication Assault or Intoxication Manslaughter conviction during the 10 years preceding the date of arrest. |

Provided a specimen of breath or blood with an alcohol concentration of 0.08 or greater following an arrest for an offense under Section 49.04, 49.07 or 49.08, Penal Code, involving the operation of a motor vehicle or watercraft (Tex. Transp. Code Ann. Ch. 524):

| | |
|---|---|
| 90 DAYS | First Offense |
| 1 YEAR | If previously suspended for failing or refusing a breath or blood test or previously suspended for a DWI, Intoxication Assault or Intoxication Manslaughter conviction during the 10 years preceding the date of arrest. |

**MINORS (UNDER 21 YEARS OF AGE):**

Refused to provide a specimen or specimens of breath or blood following an arrest for an offense prohibiting the operation of a motor vehicle or watercraft while intoxicated, while under the influence of alcohol or while under the influence of a controlled substance (Tex. Transp. Code Ann. Ch. 724):

| | |
|---|---|
| 180 DAYS | First Offense |
| 2 YEARS | If previously suspended for failing or refusing a breath or blood test or previously suspended for a DWI, Intoxication Assault or Intoxication Manslaughter conviction during the 10 years preceding the date of arrest. |

Provided a specimen of breath or blood with an alcohol concentration of 0.08 or greater or a detectable amount of alcohol following an arrest for an offense under Section 49.04, 49.07 or 49.08, Penal Code, or Section 106.041, Alcoholic Beverage Code, involving the operation of a motor vehicle or watercraft (Tex. Transp. Code Ann. Ch. 524):

| | |
|---|---|
| 60 DAYS | First Offense |
| 120 DAYS | If previously convicted of an offense under Sections 49.04, 49.07 or 49.08, Penal Code, or Section 106.041, Alcoholic Beverage Code, involving the operation of a motor vehicle or watercraft. |
| 180 DAYS | If previously convicted twice or more of an offense under Sections 49.04, 49.07 or 49.08, Penal Code, or Section 106.041, Alcoholic Beverage Code, involving the operation of a motor vehicle or watercraft. |

**COMMERCIAL DRIVER LICENSE (CDL) HOLDERS:** Pursuant to Tex. Transp. Code Ann. Chapter 522, your commercial driving privilege will be disqualified for one year (three years if transporting hazardous material required to be placarded) if you refused to submit to a test under Chapter 724 to determine your alcohol concentration or the presence in your body of a controlled substance or drug while operating a motor vehicle in a public place; or if an analysis of your breath or blood under Chapter 524 determines that you had an alcohol concentration of 0.08 or more while operating a motor vehicle, other than a commercial motor vehicle, in a public place.

---

# DRIVER LICENSE REINSTATEMENT FORM

Name _____   DL No. _____   DOB _____

Address _____

You are required to pay a $125 fee to reinstate your driver license. Payment must be made in the form of a cashier's check or money order made payable to the Texas Department of Public Safety. Please complete this form and return it, along with your reinstatement fee, to the Texas Department of Public Safety at the following address: DRIVER IMPROVEMENT BUREAU, PO BOX 15999, AUSTIN TX 78761-5999.

TEX0507668

PL805
9/2/2014
2:13-cv-00193

# Don't Be a Victim of Voter Fraud!

Attachment
6b

Veasey000666

Veasey000667



# Important Information about Tuesday's Election.

**Beware!** A national political group suspected of voter fraud is currently working in your neighborhood trying to bring people to the polls on election day. **Do not be a victim of voter fraud – it could result in jail time for you.**

## You CANNOT vote if you are:

- Currently a felon
- An undocumented worker
- Not a United States citizen
- Not registered to vote
- Under 18 years of age

Police and other enforcement agencies will be at the voting locations.

Should you suspect someone is trying to get you to vote illegally, or if you believe that someone has stolen your identity for voting purposes, please contact your local police.

Veasey000667