Veasey000668

PL819
9/2/2014
2:13-cv-00193

# INVESTIGATING ELECTION CODE VIOLATIONS



### ATTORNEY GENERAL OF TEXAS
#### GREG ABBOTT



Veasey000669

# VOTER FRAUD IN TEXAS?



51 Capital March
Austin TX 12/12/04

June 3, 2005:  www.oag.state.tx.us

**ATTORNEY GENERAL ABBOTT OBTAINS VOTER FRAUD INDICTMENTS IN TWO COUNTIES:**

**Hardeman County commissioner**

**Beeville woman indicted for mail-in ballot violations**

**Illegal Ballot handling in Robstown**

Veasey000669

Veasey000670

# DEAD PEOPLE VOTING



The Sixth Sense
1999

"I see dead people voting. They're everywhere. They don't know they're dead… they just keep voting!"

Veasey000670

Veasey000671

# ROLE OF THE SECRETARY OF STATE



- Provides oversight for the Elections!

**1-800-252-VOTE (8683)**
General info and complaints

Veasey 000672

# ROLE OF THE ATTORNEY GENERAL



- Investigates allegations of Election Code violations
  - Upon referral from SOS or local prosecutors office
- Chapter 273 Elections Code

# TEXAS ELECTION CODE
http://www.capitol.state.tx.us/statutes

1. Early Voting - Voting By Mail
   - E.C. Title 7
2. Early Voting - Voting in Person
   - E.C. Title 7
3. Poll Place – General Violations
   - E.C. Titles 6, 7
4. Miscellaneous election fraud statutes
   - E.C. Titles 9, 10, 15, 16

**Veasey000674**

# EARLY VOTING BY MAIL

- Mail in Ballots

- Eligible voters
  - Expected to be absent from county
  - Disability
  - Age 65 +
  - Confinement in prison (misdemeanor)



~SUBJECT TO ABUSE~

# EARLY VOTING BY MAIL

- **Application for Mail In Ballot – E.C. Chapter 84**
  1. Mail or fax
     - Official application provided by SOS
     - Any other form of written, signed request
       – Example:  request received on back of Wal-Mart receipt
  2. In person by voter
  3. Jailer delivery of application for confined voter
  4. Off of the SOS website

Veasey000676

# EARLY VOTING BY MAIL

## APPLICATION PHASE

Veasey000676

Veasey000677

# APPLICATION VIOLATIONS

- **EC 84.004 Unlawfully Witnessing Application of More Than One Applicant**
  - A person commits an offense if, in the same election, signs as a witness for more than one applicant
    - Excludes early voting clerk or deputy
    - Excludes relatives
  - Does not affect validity of application
  - Class B Misdemeanor

Veasey000678

# APPLICATION VIOLATIONS

- **EC 84.0041 Providing False Information on Application**
  - A person shall not <u>knowingly</u> provide false information on an application
  - State Jail Felony
  - Class A Misdemeanor if person is:
    - Applicant
    - Relative of applicant
    - Registered to vote at same address of applicant

Veasey000679

# EARLY VOTING BY MAIL



APPLICATION FOR BALLOT BY MAIL: COMPLETE ALL INFORMATION, READ INSTRUCTIONS VERY CAREFULLY, PRINT OR TYPE

Prescribed by the Secretary of
A5-14c

**VOTER REGISTRATION INFORMATION**

Name

Residence Address Where Registered to Vote, Include City, State, and Zip (if you will not have your ballot mailed to you at this address, see instructions at end of this form)

| County Election Precinct Number* | Voter Registration Number* | Telephone Number* |

Type and Date of Election
Check here for ballots for both the main election and runoff if applicable ☐

Party Preference
(Primary Election Only)

"I CERTIFY THAT THE INFORMATION GIVEN IN THI[S] APPLICATION IS TRUE, AND I UNDERSTAND THAT GIVING FALSE INFORMATION IN THIS APPLICATION IS A CRIME."

**SIGN HERE ►**
SIGNATURE OF APPLICANT
*Optional

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo
1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

**REASON FOR VOTING BY MAIL**
**YOU MUST CHECK ONE**

1. ____ 65 years of age or older
2. ____ Disability
3. ____ Confinement in jail.
4. ____ Expected absence from the county.
(See mailing instructions)

**FOR WITNESS and/or ASSISTANT:**
Applicant, if unable to sign, shall make mark in presence of witness, if applicant is unable to make mark, the witness shall check here ☐ Failure to complete this information if signature was witnessed or applicant was assisted in completing the application is a Class A misdemeanor.

_____     _____
Signature of Witness/Assistant     Print Full Name of Witness/Assistant
Residence Address of Witness/Assistant or Title of Witness/Assistant If an Election Official

*See Instructions for Clarification*

Relationship to Applicant of Witness/Assistant (Check one: ☐ parent, ☐ grandparent, ☐ spouse, ☐ child, ☐ sibling, ☐ other, ☐ reside at same address as applicant)

**SPECIAL INSTRUCTIONS FOR MAILING YOUR APPLICATION**

If you checked #4 as the reason for voting by mail, you are expecting to be abs[ent] from the county on election day and during early voting clerk's regular office h[ours] for the early voting in person at the time application is made. If an application submitted AFTER early voting in person has begun, this application MUST be submitted to your early voting clerk from an address or by fax machine from outside of the county.

**SPECIAL INSTRUCTIONS FOR HAVING YOUR BALLOT MAILED TO YOU**
**You must indicate the type of address you are having your ballot mailed if you are having your ballot mailed to an address other th[an] your permanent residence address:**

1. ____ Mailing address as listed on my voter registration certificat[e]
2. ____ Hospital
3. ____ Nursing home or long-term care facility
4. ____ Retirement center
5. ____ Relative; Indicate relationship _____
6. ____ Address of the jail
7. ____ Address outside the county

MAIL MY BALLOT TO (if not residence address) (include street ad[dress], P.O. Box number, apartment number as applicable, city, state, and zip

- Application for mail-in ballot (front)

Veasey000679

Veasey000680

# EARLY VOTING BY MAIL

(Perforated - tear off on this line before mailing)
*(Perforado - Separe en esta línea antes de echar al correo)*

FROM: _____
                        **Name**

_____
                     **Address**

_____
**City**        **State**        **Zip**

OFFICIAL
ELECTION MAIL
*Authorized by the U.S. Postal Service*
™

AFFIX FIRST CLASS
POSTAGE
(PEGUE SELLO
DE CORREO DE
PRIMERA CLASE)

**TO: EARLY VOTING CLERK**

- ## Application for mail-in ballot (back)

Veasey000680

**Veasey000681**

# EARLY VOTING BY MAIL

- Anyone may fill out application, but…

- Voter must sign, or assistant must sign & provide information in witness box

Veasey000682

# APPLICATION VIOLATIONS

- **EC 84.003 Signing Application by Witness; Assisting Applicant**
  - A person who acts as a witness (signs for an applicant) commits an offense if he/she <u>knowingly</u> fails to sign as a witness
    - Excludes early voting clerk or deputy
    - Excludes relatives
  - Class A Misdemeanor

Veasey000682

Veasey000683

# Application Summary

- **E.C. 84.003** – You can pre fill as many applications as you want…

- **E.C. 84.004** – If you assist them in filling out the application you must sign as a witness

- Pre-filled or not if they sign with an "X" you must witness

- You may be in possession of as many applications as you wish without being in violation (unsigned).

Veasey000683

Veasey000684

# EARLY VOTING BY MAIL

## MAIL IN BALLOT PHASE

Veasey000684

# MAIL-IN BALLOTS



Veasey000686

# Ballot Envelope



Veasey000686

Veasey000687

# MAIL-IN BALLOTS

- **EC 86.0051 Carrier Envelope Action by Person Other than Voter Offenses**
  - A person commits an offense if the person <u>knowingly</u>:
    - Signs carrier envelope for voter & does not sign as witness
    - Deposits envelope in mail & does not sign as witness
  - No excuse if voter voluntarily gave envelope
  - Excludes relatives
  - Class B Misdemeanor

Veasey000687

Veasey000688

# MAIL-IN BALLOTS

- **EC 86.006 Method of Returning Marked Ballot**
  - A person commits an offense if the person <u>knowingly</u> possesses an official ballot or carrier envelope of another
    - Excludes
      - Relatives – 3rd of consanguinity, 2nd of affinity
      - Residents of same address
      - Early voting clerk or deputy/ USPS/ contract carrier
      - Those who have signed as a witness

Veasey000688

Veasey000689

# MAIL-IN BALLOTS

- **EC 86.006 Method of Returning Marked Ballot *(cont'd…)***
  - Punishments
    - 1-9 ballots – Class B Misdemeanor
    - 10-19 ballots – Class A Misdemeanor
    - 20+ or candidate – State Jail Felony

Veasey000689

Veasey000690

# MAIL-IN BALLOTS

- **EC 86.010 Assisting Voter**
  - A person commits offense if person <u>knowingly</u> fails to sign as witness and provide information on envelope
    - Excludes relatives
  - Class A Misdemeanor
  - State Jail Felony if previously convicted of unlawful assistance

Veasey000691

# Ballot Summary

- **E.C. 86.0051** - If you assist in filling out the ballot you have to sign as a witness.

- **E.C. 86.006** Returning ballots, you can not possess anyone elses ballot unless you are related (consanguity / affinity); same address; employed by mail carrier; signed as a witness; or voting clerk

Veasey000691

Veasey000692

# EARLY VOTING
# In Person

ALL LAWS APPLY



Veasey000692

Veasey000693

# POLL PLACE VIOLATIONS

- **EC 85.036 Electioneering Prohibited**
  - A person may not electioneer for a candidate, measure or political party within 100 feet of the outside door of the polling place
  - Class C Misdemeanor
- **EC 85.037 Bystanders Excluded; Unlawful Presence of Candidate**
  - Applies previous statute to early voting
  - Class C Misdemeanor

Veasey000694

# POLL PLACE VIOLATIONS

- **EC 61.001 Bystanders Excluded; Unlawful Presence of Candidate**
  - Candidate shall not be inside polling place, within plain view or hearing of persons in voting area during election period other than to vote or conduct official business in the building
  - Class C Misdemeanor

Veasey000694

Veasey000695

# POLL PLACE VIOLATIONS

- **EC 61.003 Electioneering and Loitering Near Polling Place Prohibited**
  - No person shall loiter or electioneer within 100 feet of polling place
  - Examples:  campaign signs, buttons, t-shirts
  - Class C Misdemeanor





Veasey000695

Veasey000696

# POLL PLACE VIOLATIONS

- **EC 61.010 Wearing Name Tag or Badge in Polling Place**
  - Other than election officials and peace officers, a person shall not wear a badge, insignia, emblem, etc… relating to candidate, measure or political party on ballot
  - Example: Dallas Cowboys
  - Class C Misdemeanor







**Veasey000697**

# POLL PLACE VIOLATIONS

- **EC 62.013 Unauthorized Posting of Signs Prohibited**
  - A person shall not post a sign, card, poster, etc… within 100 feet of outside door of polling place
  - An election officer commits an offense if the information or format posted is not authorized by law
  - Class C Misdemeanor



Veasey000698

# POLL PLACE VIOLATIONS

- **EC 61.004 Unlawful Operation of a Sound Truck**

  – A person shall not operate a loudspeaker from a moving vehicle within 1,000 feet of a polling place during voting period



- Class C Misdemeanor

Veasey000698

Veasey000699

# POLL PLACE VIOLATIONS

- **EC 61.005 Security of Ballots, Ballot Boxes, and Envelopes**
  - A presiding election judge commits an offense for failing to prevent an unauthorized person from handling ballot box containing marked ballots or provisional ballot envelope
  - Class A Misdemeanor

Veasey000700

# POLL PLACE VIOLATIONS

- **EC 61.006 Unlawfully Divulging Vote**
  - A person commits an offense if the person was in a polling place for any purpose other than voting and knowingly communicates to another person information that the person obtained at the polling place about how a voter has voted
  - Does not apply to information revealed during investigation
  - 3rd degree felony

Veasey000700

Veasey000701

# POLL PLACE VIOLATIONS

- **EC 61.007 Unlawfully Revealing Information**
  - Any person acting in an official capacity at a polling place commits an offense if, before the polls close or last voter has voted, reveals:
    - number of votes received for a candidate or for/against a measure;
    - a candidate's position relative to other candidates in the tabulation of the votes;
    - whether a measure is passing or failing; or
    - the names of persons who have or have not voted in the election.
  - Class A Misdemeanor

Veasey000701

**Veasey000702**

# POLL PLACE VIOLATIONS

- **EC 61.008 Unlawfully Influencing Voter**
  - A person shall not indicate to a voter in a polling place by word, sign, or gesture how the person desires the voter to vote or not vote
  - Class B Misdemeanor

Veasey000703

# POLL PLACE VIOLATIONS

- **EC 33.061 Unlawfully Obstructing Watcher**
  - An election official commits an offense if he/she knowingly prevents an authorized poll watcher from observing activity which watcher is entitled to observe
  - Class A Misdemeanor

**Veasey000704**

# POLL PLACE VIOLATIONS

- **EC 63.012 Unlawfully Accepting or Refusing to Accept Voter**
  - An election officer commits a violation if the officer:
    - Permits an ineligible voter to vote, other than by <u>Provisional Ballot</u>
    - Refuses to accept a voter who is eligible
  - Class B Misdemeanor

**Veasey000705**

# POLL PLACE VIOLATIONS

- **EC 64.010 Unlawfully Permitting or Preventing Deposit of Ballot**
  - An election officer shall not allow another person to deposit in a box a ballot from outside the polling place or which does not belong to that voter
  - An election officer shall not prevent the casting of a marked, properly folded ballot which was provided to the casting voter at the polling place
  - Class B Misdemeanor

Veasey000706

# POLL PLACE VIOLATIONS

- **EC 64.011 Unlawfully Depositing Ballot**
  - A person shall not cast a ballot which is not their own
  - Class A Misdemeanor
  - Class B Misdemeanor for Attempt

Veasey000706

Veasey000707

# POLL PLACE VIOLATIONS

- **EC 64.012 Illegal Voting**
  - A person shall not:
    - vote or attempt to vote if they are not eligible;
    - vote or attempt to vote more than once in one election;
    - impersonate another and vote or attempt to vote as that person;
    - knowingly mark or attempt to mark that ballot of another without the other person's consent
  - 3rd Degree Felony
  - Class A Misdemeanor for Attempt

Veasey000707

# POLL PLACE VIOLATIONS

- **EC 64.036 Unlawful Assistance**
  - A person commits an offense if the person knowingly:
    - provides assistance to a person who is ineligible to vote;
    - while assisting a voter prepares the voter's ballot in a way other than the way the voter directs or without direction from the voter;
    - while assisting a voter suggests by word, sign, or gesture how the voter should vote; or
    - provides assistance to a voter who has not requested assistance or selected the person to assist the voter.
    - assists a voter under the person's employ or a voter under union membership for which the assistant is employed [Sect.64.032(c)]

**Veasey000709**

# POLL PLACE VIOLATIONS

- **EC 64.036 Unlawful Assistance (cont'd)**
  - An election officer commits an offense if the officer knowingly permits a person to provide assistance:
    - to a voter who is not eligible for assistance; or
    - in violation of Section 64.032(c).
  - Class A Misdemeanor

**Veasey000710**

# DUTY OF PEACE OFFICERS

- **EC 32.075 Law Enforcement Duties and Powers**
  - A person who is arrested at a polling place while voting or waiting to vote shall be permitted to vote, if entitled to do so, before being removed from the polling place
  - EC 276.005 – Voter's Privilege from Arrest

 - only for treason, felony or breach of peace



**Veasey000710**

Veasey000711

# MISCELLANEOUS VIOLATIONS

- Election Code
  - Miscellaneous offenses
  - Party Affairs
  - Campaign Finance Reporting
- Penal Code

**Veasey000712**

# MISCELLANEOUS OFFENSES

- **EC 276.001 – Retaliation Against Voter**
  - A person commits offense if he/she threatens to harm or reduce employment wages/benefits of voter in retaliation based on how voter voted or voter's refusal to divulge how he/she voted
  - 3rd degree felony

**Veasey000713**

# MISCELLANEOUS OFFENSES

- **EC 276.003 – Unlawful Removal from Ballot Box**
  - A person commits offense if knowingly or intentionally removes voted ballots from ballot box in unlawful manner
  - 3rd degree felony
  - Class A misdemeanor if attempt

**Veasey000714**

# MISCELLANEOUS OFFENSES

- **EC 276.004 – Unlawfully Prohibiting Employee from Voting**
  - An employer must allow employee time to vote during election day, unless polls are open minimum of 2 hours outside employee's work hours
  - Class C misdemeanor

Veasey000715

# MISCELLANEOUS OFFENSES

- **EC 276.010 Unlawful Buying and Selling of Balloting Materials**
  - Buys, offers to buy, sells, or offers to sell official election record
  - Class B Misdemeanor

Veasey000716

# PARTY AFFAIRS

- **EC 162.014 – Unlawful Participation in Party Affairs**
  - offense if person knowingly votes/ participates or attempts to vote/ participate in more than one primary election or convention
  - Class C Misdemeanor

- **EC 162.011 – Presentation of False Evidence of Affiliation Prohibited**
  - offense if person presents false voter registration card or party affiliation card for purposes of participating in opposite party's convention
  - Class C Misdemeanor

Veasey000716

Veasey000717

# PARTY AFFAIRS

- **EC 161.007 – Unlawfully Prohibiting Employee from Attending Political Convention**
  - Employer must allow an employee who is eligible to participate in precinct convention attend without threat of penalty
  - Class C Misdemeanor

Veasey000718

# CAMPAIGN FINANCE REPORTING

- **EC 253.001 – Contribution or Expenditure in Another's Name Prohibited**
  - A person may not knowingly make or authorize political contribution/expenditure in name of or on behalf of another, unless properly disclosed
  - Class A misdemeanor

Veasey000719

# CAMPAIGN FINANCE REPORTING

- **EC 253.002 – Unlawful Direct Campaign Expenditure**
  - A person may not knowingly make a direct campaign expenditure unless the person is:
    - Candidate
    - Political committee
    - Campaign treasurer
    - Making expenditure of $100 or less
  - Class A misdemeanor

CAMPAIGN FINANCE

Veasey000720

# CAMPAIGN FINANCE REPORTING

- **EC 253.003 – Unlawfully Making or Accepting Contribution**
  - Class A misdemeanor or 3rd degree felony
- **EC 253.004 – Unlawfully Making Expenditure**
  - Class A Misdemeanor
- **EC 253.005 – Expenditure from Unlawful Contribution**
  - Class A Misdemeanor

Veasey000721

# CAMPAIGN FINANCE REPORTING

- **EC 253.031 – Contribution and Expenditure Without Campaign Treasurer Prohibited**
  - Class A misdemeanor

Veasey000722

# PENAL CODE VIOLATIONS

- **TPC 31.03 – Theft**
  - Official ballot or official carrier envelope for an election
  - State jail felony

**Veasey000723**

# PENAL CODE VIOLATIONS

- **TPC 33.05 – Tampering with Direct Recording Electronic Voting Machine**
  - A person may not knowingly access any part of a computer voting system to:
    - Prevent person from lawfully casting ballot
    - Changes lawfully cast vote
    - Prevents lawfully cast vote from being counted
    - Causes an unlawful vote to be counted
  - 1st degree felony

Veasey000724

# PENAL CODE VIOLATIONS

- **TPC 36.02 – Bribery**
  - A person may not offer or accept any benefit for another's vote or discretion as a voter;
  - A person may not offer or accept any benefit that is a political contribution unless reported as such, if benefit was offered on condition of official discretion
  - 2nd degree felony

Veasey000725

# POLL PLACE VIOLATION PENAL CODE

- **TPC 46.03 – Places Weapons Prohibited**
  - A person may not possess a firearm in a polling place on election day or while early voting is in progress
  - 3rd degree felony

Veasey000726

# INVESTIGATION

- Documents
- Witnesses
- Suspects
- Preserve documents

Veasey000726

Veasey000727

# DOCUMENTS NEEDED

- Voter list
- Application timeline
- Applications
- Carrier Envelopes
- List of early voting clerks
- List of deputy voter registrars

- List of election judges (polling place violations)
- List of polling places (polling place violations)
- List of candidates
- Campaign finance reports
- Combination Sign in Form

Veasey000728

# EXAMINE DOCUMENTS FOR FRAUD

- Obvious signs of tampering
- Same handwriting on forms/ different from signature
- Unique stamps




Veasey000728

**Veasey000729**

# WITNESS LIST

- Based on:

  - Complaint

  - Documents

  - Geographical area

Veasey000730

# INTERVIEWING ELDERLY VOTERS

- Memories of election
- Cultural boundaries
- Language boundaries
- Taking statements
- Reliability

**Veasey000731**

# THINGS TO TAKE ALONG

- Laptop, printer, paper, camera
- Digital recorder
- Copies of witness' application(s) & carrier envelope(s)
- Color and photocopies of suspect line-up(s)

# THINGS TO ASK

- Who helped them and how?
- Are you related to suspect?
- Any other witnesses present?
- What type of car was suspect driving?
- Was suspect alone?
- Who was suspect campaigning for?
- Did suspect promise or give them something for their vote?

Veasey000733

# Investigative Goal

- 3 – 5 corroborating witnesses per suspect, unless attempting felony charge

Veasey000733

Veasey000734

# INTERVIEWING SUSPECTS

- Involvement with elections?
- Involvement with campaigns?
- Training?
- Relation to voters?
- Be prepared for wide spectrum of responses
- Take statements

# THINGS TO TAKE ALONG

- Laptop, printer, paper, camera
- Digital recorder
- Copies of applications & carrier envelopes for voters who identified suspect

**Veasey000736**

# PRESERVING DOCUMENTS

- Preservation letter to elections administrator
- Access to sealed ballot boxes: Chapter 273
  - District Court judge order & presence
  - Grand Jury presence

Veasey000737

# PUTTING IT ALL TOGETHER

- Conclusion of all allegations
  - Include applicable statutes
- Suspects & Witnesses
  - List each ballot for each witness

Veasey000738

# Thank you for your participation!

If you have any questions contact our office at **512-463-2100**

Plaintiff Exhibit
PL820

FILED UNDER SEAL

Plaintiff Exhibit
PL821

FILED UNDER SEAL

Plaintiff Exhibit
PL822

FILED UNDER SEAL

### FEE SCHEDULE
**Jannett Pieper, Kerr County Clerk**
**700 Main St. #122   Kerrville, TX. 78028**
**Office (830) 792-2255**
**Effective January 1, 2014**

| Approval Orders |
|---|
| 33338 – Clerk fees |
| 33262 – Sheriff fees |

Property record *images* can be searched from 1998 to the present using this link http://www.edoctecinc.com/ and change the County to KERR. (The index is from 1986 to 1997 with no images)

**Texas Property Code 11.003, effective Jan. 1, 1982:** Requires that each grantee's mailing address be in or attached to any document conveying real property executed after December 31, 1981. *If address of each grantee is not included,* the payment of a penalty filing fee equal to the greater of (1) twice the statutory filing fee for the filing of such document with the County Clerk or (2) 25.00 will be required. *This fee is in addition to regular filing fees.* **LGC 191.007(c)(h):** Provides double the filing fee for that page if there is not a clearly identifying heading, similar to the headings on most printed forms, must be placed at the top of the first page to identify the type or kind of legal paper. **LGC 191.007(e)(h):** Provides double the filing fee for that page if names are not legibly typed or printed immediately under each signature. **LGC 191.007 (3):** Printed in type no smaller than 8 point type. **Property Code 12.001(b) & 12.011:** Must have live signature and proper acknowledgement.

| Real Property Recording | | | |
|---|---|---|---|
| **FEE** | **CODE** | **STATUTE** | **AMOUNT** |
| Recording Fee **(first page)** | | LGC §118.011 | 5.00 |
| Records Management | | LGC §118.011(b)(2) | 10.00 |
| Records Archive | | LGC §118.011(f) | 10.00 |
| Courthouse Security | | LGC §291.008(d) | 1.00 |
| | | | **26.00** |
| | | **TOTAL (first page)** | |
| **Each additional page** or part on which there are visible marks of any kind | | LGC §118.011(a)(1) | **4.00** |
| Each additional name to be indexed in excess of five (5) | | LGC §118.011(a)(2) | .25 |
| Federal Tax Lien/Release of Lien | | | |
| Recording Fee | | Property Code § 14.005 | 10.00 |
| Record Management | | LGC § 118.011(b)(2) | 10.00 |
| Record Archive | | LGC § 118.011(f) | 10.00 |
| Courthouse Security | | LGC § 291.008(d) | 1.00 |
| | | | **31.00** |
| | | **TOTAL** | |
| State Tax Lien/Release of Lien | | | |
| Recording Fee | | LGC §118.011 | 5.00 |
| Record Management | | LGC § 118.011(b)(2) | 10.00 |
| Courthouse Security | | LGC § 291.008(d) | 1.00 |
| | | **TOTAL (first page)** | **16.00** |
| UCC Financing Statement | | | |
| Which filing office is the correct place to file?   A or B | | | |
| A.   County Clerk for the filing or recording of a mortgage on the related real property if: | | | |
| 1.   the collateral is as-extracted collateral or timber to be cut; or | | | |
| 2.   the financing statement is filed as a fixture filing and the collateral is goods that are or are to become fixtures; or | | | |
| B.   The Texas Secretary of State in all other cases. | | | |
| Recording Fee | | TX Business & Commerce Code § 9.525 | $15 for 2 pages or less; $30 for 3 pages or more |
| Record Management | | LGC § 118.011(b)(2) | 10.00 |
| Record Archive | | LGC § 118.011(f) | 10.00 |
| Courthouse Security | | LGC § 291.008(d) | 1.00 |
| | | **TOTAL** | **36.00 or 51.00** |

1

| PRELIMINARY PLAT REVIEW FEE | | | |
|---|---|---|---|
| Less than 5 Lots | | Sub Rules & Regs 6.02A (Court Order 30630) | 20.00 |
| 6 to 10 Lots | | | 50.00 |
| 11 + Lots | | | 100.00 |
| **AMENDING/REVISION PLAT FEE** | | | |
| Recording Fee | | LGC  §232.0021 | 5.00 |
| Record Management | | LGC  § 118.011(b)(2) | 10.00 |
| Record Archive | | LGC  § 118.011(f) | 10.00 |
| Courthouse Security | | LGC  § 291.008(d) | 1.00 |
| Less than 5 Lots | | Sub Rules & Regs (Court Order 30722) | 20.00 |
| Publication Fee | | LGC §232.041 (33253) | Actual cost |
| | | | |
| **FINAL PLAT** | | | |
| Recording Fee | | LGC  §232.0021 | 5.00 |
| Record Management | | LGC  § 118.011(b)(2) | 10.00 |
| Record Archive | | LGC  § 118.011(f) | 10.00 |
| Courthouse Security | | LGC  § 291.008(d) | 1.00 |
| 6 to 9 Lots | | Per Commissioners Court | 100.00 |
| 10 + Lots | | Order and the Subdivision Rules & Regs. | 250.00 |
| Review Fee | | | 10.00 per lot |
| Publication Fee | | LGC  §232.041 | Actual cost |
| **Tax Certificate** (first page) | | Property Code 12.02 (e) & LGC 118.013 | 26.00 |
| Additional Tax pages | | | 4.00 |
| Plat with additional pages | | Recording Fee for extra pages | 5.00 |
| **City of Kerrville/City of Ingram Plats** | | | |
| Recording Fee | | LGC  §  232.028 (g) | 50.00 |
| Records Management | | LGC  § 118.011(b)(2) | 10.00 |
| Records Archive | | LGC  § 118.011(f) | 10.00 |
| Courthouse Security | | LGC  § 291.008(d) | 1.00 |
| | | **TOTAL** | **71.00 + tax certificates** |
| Addl Mylar of same plat – certification fee | | LGC  § 118.011(c ) | Add  5.00 per mylar |
| **Tax Certificate** (first page) | | Property Code 12.02 (e) & LGC 118.013 | 26.00 |
| Additional Tax pages | | | 4.00 |
| Plat with additional pages | | Recording Fee for extra pages | 5.00 |
| **PLAT COPIES** | | | |
| Certified Copies          (Per Page) | | LGC  § 118.011(c ) | 15.00 |
| Plain Copy          (Per page) | | LGC  § 118.011(c ) | 10.00 |
| **UCC/FINANCING STATEMENT RECORDS:** UCC-1 and UCC-3 are accepted for filing in the Official Public Records if the collateral is against real property.    26.00 for the first page, 4.00 for each additional page. | | | |
| **ASSUMED NAME CERTIFICATE** | | | |
| Applications available on the county website: **http://www.co.kerr.tx.us/cclerk/** | | | |
| Recording Fee (includes indexing of 2 names; Business & 1 Owner Name) | | TX Business & Commerce Code § 71.155(a)(1)(2) | 3.00 |
| Record Management | | LGC  § 118.011(b)(2) | 10.00 |
| Record Archive | | LGC  § 118.011(f) | 10.00 |
| Courthouse Security | | LGC  § 291.008(d) | 1.00 |
| | | **TOTAL** | **24.00** |
| | | **Each Additional Page** | **4.00** |
| *EACH ADDITIONAL NAME INDEXED* | | TX Business & Commerce Code § 71.115(a)(2) | **.50** |
| Acknowledgments | | LGC  § 118.011(C) | **5.00** |

2

| Assumed Name Abandonment | | | |
|---|---|---|---|
| Applications available on the county website: **http://www.co.kerr.tx.us/cclerk/** | | | |
| Recording Fee (includes indexing of 2 names; Business & 1 Owner Name) | | TX Business & Commerce Code § 71.155 | 3.00 |
| Record Management | | LGC  § 118.011(b)(2) | 10.00 |
| Record Archive | | LGC  § 118.011(f) | 10.00 |
| Courthouse Security | | LGC  § 291.008(d) | 1.00 |
| | | **TOTAL** | **24.00** |
| EACH ADDITIONAL NAME INDEXED | | | **.50** |
| Acknowledgments | | LGC  § 118.011(C) | **5.00** |
| **POSTING PUBLIC NOTICES: including Trustee/Foreclosure Sales** | | | |
| Recording Fee | | TX Property Code § 51.002(f) | 2.00 |
| Courthouse Security Fee | | LGC  § 291.008(d) | 1.00 |
| | | **TOTAL** | **3.00** |
| Trustee and Foreclosure Sales are conducted the first Tuesday of every month and will be held at the front entrance of the Courthouse. http://www.co.kerr.tx.us/cclerk/trustee.html | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **MARKS &  BRANDS APPLICATION** | | | |
| Applications available on the county website: **http://www.co.kerr.tx.us/cclerk/** | | | |
| Recording Fee | | LGC  § 118.020(a)(9) TX Agri. Code § 144.110 | 5.00 |
| Record Management | | LGC  § 118.011(b)(2) | 10.00 |
| Record Archive | | LGC  § 118.011(f) | 10.00 |
| Courthouse Security | | LGC  § 291.008(d) | 1.00 |
| | | **Per Brand/Per Location TOTAL** | **26.00** |
| Acknowledgments | | LGC  § 118.011(C) | **5.00** |
| | | | |
| **MILITARY DISCHARGE (DD214)** *Thank you for your service!* | | | |
| FILING | | LGC  §192.002(b) | **No Charge** |
| CERTIFIED COPY | | Tex Gov't Code § 603.003(a) | **No Charge** |
| **BEER APPLICATIONS** (Certify wet/dry) | | LGC  § 118.011(c ) | **5.00** |
| **CONTESTED BEER HEARINGS** | | Alcohol Beverage Code §61.31 (c ) | **25.00** |

3

| VITAL RECORDS | | |
|---|---|---|
| NOTE  ***  IF you are using a Birth Certificate to obtain your *Pass Port* you will need the "Long Form" and must obtain it in the County you were born in, if not the  applications are available on the county website at <u>http://www.co.kerr.tx.us/cclerk/</u> you must be a qualified applicant and provide a copy of you ID. | | |
| **BIRTH/DEATH VERIFICATION:** *KERR  County Only* | | |
| Birth | TAC 181.22 (c ) (G) (s) and HSC 191.0045 | **22.00** |
| Death | TAC 181.22 (G)& (s) and HSC 191.0045 | **20.00** |
| **BIRTH CERTIFICATES** | *If Born outside KERR County-available on short form only* | |
| Search/Certificate/County Clerk Fee | LGC  118.015(a),TAC § 181.22, HSC 191.0045 | 20.20 |
| Vital Statistics Fee | HSC § 191.0045 | 1.80 |
| Vital Statistics Preservation Fee | HSC § 191.0045 | 1.00 |
| | **TOTAL** | **23.00** |
| **DEATH CERTIFICATES** | *KERR County Only* | |
| Search/Certificate/County Clerk Fee | LGC  118.015(a), TAC § 181.22(b)(s), HSC 191.0045 | 20.00 |
| Vital Statistics Preservation Fee | HSC § 191.0045 | 1.00 |
| | **TOTAL** | **21.00** |
| **Each Additional Copy** | *Ordered at the same time* | |
| County Clerk Fee | HSC § 191.0045 | 3.00 |
| Vital Statistics Preservation Fee | HSC § 191.0045 | 1.00 |
| | **TOTAL** | **4.00** |
| **INFORMAL MARRIAGE LICENSE** | | |
| License Fee (ML/CC 12.50)(ML/ST 12.50) | LGC  § 118.011(a)(8) | 25.00 |
| Records Management | LGC  § 118.011(b)(2) | 10.00 |
| Records Archive Fee | LGC  § 118.011(f) | 10.00 |
| Courthouse Security Fee | LGC  § 291.008(d) | 1.00 |
| Vital Statistics Preservation Fee | HSC § 191.0045 | 1.00 |
| | **TOTAL** | **47.00** |
| **MARRIAGE LICENSE** *without* **Texas Premarital Education Certificate** | | |
| License Fee (ML/CC 30.00)(ML/ST 20.00)(ML/FTF 10.00) | LGC  § 118.011(a)(7) | 60.00 |
| Records Management | LGC  § 118.011(b)(2) | 10.00 |
| Records Archive Fee | LGC  § 118.011(f) | 10.00 |
| Courthouse Security Fee | LGC  § 291.008(d) | 1.00 |
| Vital Statistics Preservation Fee | HSC § 191.0045 | 1.00 |
| 72 hour waiting period from date of application *before* the license can be used. | | **82.00** |
| **MARRIAGE LICENSE** *with* **Texas Premarital Education Certificate** | | |
| License Fee | LGC  § 118.011(a)(7) | *waived* |
| Records Management | LGC  § 118.011(b)(2) | 10.00 |
| Records Archive Fee | LGC  § 118.011(f) | 10.00 |
| Courthouse Security Fee | LGC  § 291.008(d) | 1.00 |
| Vital Statistics Preservation Fee | HSC § 191.0045 | 1.00 |
| 72 hour waiting period is *waived*. | **TOTAL** | **22.00** |
| **CERTIFIED COPY of  MARRIAGE LICENSE** | | |
| Clerk's Certification Fee | TAC § 181.22(h) | 10.00 |
| Texas Online Fee | TAC § 181.22(s) | 10.00 |
| Vital Statistics Preservation Fee | HSC § 191.0045 | 1.00 |
| | **TOTAL** | **21.00** |
| The Kerr County Clerk can obtain your Birth Record from any County on **"short form"** as long as you were born in Texas.  If you are using a Birth Certificate to obtain your Pass Port you will need the **"Long Form"** and must obtain it in the County you were born in. | | |

4

| Additional Fees unless stated elsewhere. | | |
|---|---|---|
| Certified copies | LGC § 118.011(a)(4) & §118.014 | **5.00 + 1.00 per page** |
| Acknowledgments | LGC § 118.011(C) | **5.00 each** |
| Plain copies | LGC §118.011(a)(3) & §118.145 | **1.00 per page** |
| | **Probate & Mental Health Court Filing/Court Cost** | No fees charged to APS or DADS in probate court |
| **Original filing of Probate of Will-Letters of Testamentary, Administration (with Will)** | | |
| Probate Fee Original Action | LGC § 118.052(2)(A)(i) | 40.00 |
| Records Management | LGC § 118.052 (3) (G) | 5.00 |
| Court Record Preservation Fee | Tex Gov't Code § 51.708 | 10.00 |
| Courthouse Security Fee | LGC § 291.008(d) | 5.00 |
| Law Library | LGC § 323.023(a) | 35.00 |
| Judicial Fee | Tex Gov't Code § 51.703(a) | 40.00 |
| Basic Civil Legal Services for Indigents | LGC § 133.153(a)(1) | 10.00 |
| Court Reporter Fee | Tex Gov't Code § 51.601(a) | 15.00 |
| Sheriff's Fee | LGC § 181.131 | 85.00 |
| Judicial Education Fund | LGC § 118.064(a),(b)(1) | 5.00 |
| Support for Judiciary | LGC § 133.154(a) | 42.00 |
| Appellate Judicial System Fee | Tex Gov't Code § 22.2051 | 5.00 |
| Supplemental Court Initiated Guardianship | LGC § 118.067 | 20.00 |
| County Judge | LGC § 118.101 | 2.00 |
| State Electronic Fee Fund | Tex Gov't Code §51.851(b) | 20.00 |
| Issuing Documents | LGC § 118.052(3)(A) | 4.00 |
| Alternate Dispute Resolution | CP&R §152.004 | 15.00 |
| Administering Oath | LGC §118.052(2)(b)(iii) | 2.00 |
| | **TOTAL** | **360.00** |
| **Muniment of Title** | | |
| Probate Fee Original Action | LGC § 118.052(2)(A)(i) | 40.00 |
| Records Management | LGC § 118.052 (3) (G) | 5.00 |
| Court Record Preservation Fee | Tex Gov't Code § 51.708 | 10.00 |
| Courthouse Security Fee | LGC § 291.008(d) | 5.00 |
| Law Library | LGC § 323.023(a) | 35.00 |
| Judicial Fee | Tex Gov't Code § 51.703(a) | 40.00 |
| Basic Civil Legal Services for Indigents | LGC § 133.153(a)(1) | 10.00 |
| Court Reporter Fee | Tex Gov't Code § 51.601(a) | 15.00 |
| Sheriff's Fee | LGC § 181.131 | 85.00 |
| Judicial Education Fund | LGC § 118.064(a),(b)(1) | 5.00 |
| Support for Judiciary | LGC § 133.154(a) | 42.00 |
| Appellate Judicial System Fee | Tex Gov't Code § 22.2051 | 5.00 |
| Supplemental Court Initiated Guardianship | LGC § 118.067 | 20.00 |
| County Judge | LGC § 118.101 | 2.00 |
| State Electronic Fee Fund | Tex Gov't Code §51.851(b) | 20.00 |
| Issuing Documents | LGC § 118.052(3)(A) | 4.00 |
| Alternate Dispute Resolution | CP&R §152.004 | 15.00 |
| | **TOTAL** | **358.00** |
| **Amended Application/Adverse actions** | LGC §118.052(2)(E) | **20.00** |
| | | |
| **Temporary Guardianship** | Regular filing fees for Probate with 1 additional citation & 1 issuing document fee | **449.00** |
| | | |
| **Regular Guardianship** | with 3 citations/postings | |
| Probate Fee Original Action | LGC § 118.052(2)(A)(i) | 40.00 |
| Records Management | LGC § 118.052 (3) (G) | 5.00 |
| Court Record Preservation Fee | Tex Gov't Code § 51.708 | 10.00 |
| Courthouse Security Fee | LGC § 291.008(d) | 5.00 |
| Law Library | LGC § 323.023(a) | 35.00 |
| Judicial Fee | Tex Gov't Code § 51.703(a) | 40.00 |
| Basic Civil Legal Services for Indigents | LGC § 133.153(a)(1) | 10.00 |
| Court Reporter Fee | Tex Gov't Code § 51.601(a) | 15.00 |
| Sheriff's Fee | LGC § 181.131 | 255.00 |

5

| | | |
|---|---|---|
| Judicial Education Fund | LGC § 118.064(a),(b)(1) | 5.00 |
| Support for Judiciary | LGC § 133.154(a) | 42.00 |
| Appellate Judicial System Fee | Tex Gov't Code § 22.2051 | 5.00 |
| Supplemental Court Initiated Guardianship | LGC § 118.067 | 20.00 |
| County Judge | LGC § 118.101 | 4.00 |
| State Electronic Fee Fund | Tex Gov't Code §51.851(b) | 20.00 |
| Issuing Documents | LGC § 118.052(3)(A) | 12.00 |
| Alternate Dispute Resolution | CP&R §152.004 | 15.00 |
| Approving Bond | LGC §118.052(2)(b)(ii) | 3.00 |
| Administering Oath | LGC §118.052(2)(b)(iii) | 2.00 |
| | **TOTAL** | **543.00** |
| **Letters of Testamentary, Administration or Guardianship** (each) **(This _does not include_ the cost of Order, if necessary to attach)** | | 2.00 |
| | | |
| **Wills for Safekeeping** | | |
| Filing Fee | LGC § 118.052(3)(E) | 5.00 |
| Record Management | LGC § 118.052 (3) (G) | 5.00 |
| Courthouse Security | LGC § 291.008(d) | 1.00 |
| | **TOTAL** | **11.00** |
| **Open Safety Deposit Box** | | |
| Clerk | LGC § 118.011(c) | 8.00 |
| Judge | LGC § 118.101 | 2.00 |
| Law Library | LGC § 323.023(a) | 35.00 |
| Record Management | LGC § 118.052 (3) (G) | 5.00 |
| | **TOTAL** | **50.00** |
| **Adverse Action (Cross Action)** | | |
| Adverse Probate Action | LGC § 118.052(2)(C) | 40.00 |
| Records Management | LGC § 118.052(3)(G) | 5.00 |
| Courthouse Security Fee | LGC § 291.008(a) | 5.00 |
| Basic Civil Legal Services for Indigents | LGC § 133.153(a)(1) | 10.00 |
| Court Record Preservation Fee | Tex Gov't Code § 51.708 | 10.00 |
| Supplemental Court Initiated Guardianship | LGC § 118.052(2)(E) | 20.00 |
| Appellant Judicial System Fee | LGC §22.2051 | 5.00 |
| Judge | LGC § 118.101 | 2.00 |
| Alternate Dispute Resolution | CP&R §152.004 | 15.00 |
| State Electronic Fee Fund | Tex Gov't Code §51.851(b) | 20.00 |
| | **TOTAL** **(does not include service fee or Judge Fee)** | **132.00** |
| **Inventory, Appraisement and list of Claims (after 90th day after Qualification Date)** | | |
| Filing Fee | LGC § 118.052(2)(B)(i) | 25.00 |
| Judge's Fee | LGC § 118.101(11) | 2.00 |
| | **TOTAL** | **27.00** |
| **Annual/Final Account of Probate/Guardianship(must be notarized), Application for Sale of Real or Personal Property (after Order Approving Inventory and Appraisement)** | | |
| Filing Fee – Clerks Fee | LGC § 118.052(2)(B)(iv) | 25.00 |
| Judge's Fee | LGC § 118.101(11) | 2.00 |
| Citation issue | LGC § 118.052(3)(A) | 4.00 |
| | **TOTAL** | **31.00** |
| Final Account | Posting Fee Local Gov't Code §181.131 | **85.00** |
| Sale of Property | Posting Fee Local Gov't Code §181.131 | **85.00** |
| | **TOTAL** | **$116.00** |
| **Annual/Final Report of Guardianship of a Person (must be notarized) (after Order Approving Inventory and Appraisement)** | | |
| Filing Fee | LGC § 118.052(2)(B)(vi) | 10.00 |
| Judge's Fee | LGC § 118.101(11) | 2.00 |
| | **TOTAL** | **12.00** |
| **MISCELLANEOUS Document Filings (after Order Approving Inventory and Appraisement or after 120th day after initial filing of the action, whichever occurs first, IF MORE THAN 25 PAGES)** | | |
| Filing Fee | LGC § 118.052(2)(B)(vii) | 25.00 |

6

| | | |
|---|---|---:|
| Judge's Fee | LGC § 118.101(11) | 2.00 |
| | **TOTAL** | **27.00** |
| **Claim (paid by the Claimant at time of filing)** | | |
| Filing Fee | LGC § 118.052(2)(D) | 2.00 |
| Judge's Fee | LGC § 118.101(11) | 2.00 |
| | **TOTAL** | **4.00** |
| **Foreign Wills** | | |
| Probate Fee Original Action | LGC § 118.052(2)(A)(i) | 40.00 |
| Records Management | LGC § 118.052 (3) (G) | 5.00 |
| Court Record Preservation Fee | Tex Gov't Code § 51.708 | 10.00 |
| Courthouse Security Fee | LGC § 291.008(d) | 5.00 |
| Law Library | LGC § 323.023(a) | 35.00 |
| Judicial Fee | Tex Gov't Code § 51.703(a) | 40.00 |
| Basic Civil Legal Services for Indigents | LGC § 133.153(a)(1) | 10.00 |
| Judicial Education Fund | LGC § 118.064(a),(b)(1) | 5.00 |
| Support for Judiciary | LGC § 133.154(a) | 42.00 |
| Appellate Judicial System Fee | Tex Gov't Code § 22.2051 | 5.00 |
| Supplemental Court Initiated Guardianship | LGC § 118.052(2)(E) | 20.00 |
| Alternate Dispute Resolution | CP&R §152.004 | 15.00 |
| State Electronic Fee Fund | Tex Gov't Code §51.851(b) | 20.00 |
| | **TOTAL** | **252.00** |
| Issuing Documents (if requested) | LGC § 118.052(3)(A) | 4.00 |
| | **TOTAL** | **256.00** |
| Sheriff's Fee (if service requested) | LGC § 181.131 | 85.00 |
| | **TOTAL** | **341.00** |
| **Filing Affidavit in Small Estate Records after Approval by Judge** | | |
| Probate Fee Original Action | LGC § 118.052(2)(A)(iii) | 40.00 |
| Records Management | LGC § 118.052 (3) (G) | 5.00 |
| Court Record Preservation Fee | Tex Gov't Code § 51.708 | 10.00 |
| Courthouse Security Fee | LGC § 291.008(d) | 5.00 |
| Law Library | LGC § 323.023(a) | 35.00 |
| Judicial Fee | Tex Gov't Code § 51.703(a) | 40.00 |
| Basic Civil Legal Services for Indigents | LGC § 133.153(a)(1) | 10.00 |
| Court Reporter Fee | Tex Gov't Code § 51.601(a) | 15.00 |
| Judicial Education Fund | LGC § 118.064(a),(b)(1) | 5.00 |
| Support for Judiciary | LGC § 133.154(a) | 42.00 |
| Appellate Judicial System Fee | Tex Gov't Code § 22.2051 | 5.00 |
| Supplemental Court Initiated Guardianship | LGC § 118.052(2)(E) | 20.00 |
| Alternate Dispute Resolution | CP&R §152.004 | 15.00 |
| County Judge | LGC § 118.101 | 2.00 |
| State Electronic Fee Fund | Tex Gov't Code §51.851(b) | 20.00 |
| Issuing Documents | LGC § 118.052(3)(A) | 4.00 |
| Sheriff's Fee | LGC § 181.131 | 85.00 |
| | **TOTAL** | **358.00** |
| **Administration & Determination of Hiership (joint application)** | | |
| Original filing of probate fees includes 3 Sheriff Service Fees & 3 Issuing Document Fees | | **538.00** |
| **Determination of Hiership** | | |
| Original filing of probate fees includes 3 Sheriff Service Fees & 3 Issuing Document Fees | | **538.00** |
| **Jury Fee** | Tex Gov't Code § 51.604 | **22.00** |
| **Citations by Publication in Newspaper** | | |
| Printing/publishing | (contact newspaper for fee) | **.** |
| To Issue Citation | LGC § 118.052(3)(A) | **4.00** |
| Service Fee | | **85.00** |

7

| | | |
|---|---|---|
| **Emergency Application for Funeral Expenses (Filed in Probate)** | | |
| Alternate Dispute Resolution | CP&R §152.004 | 15.00 |
| Court Record Preservation Fee | Tex Gov't Code § 51.708 | 10.00 |
| Court Reporter Fee | Tex Gov't Code § 51.601(a) | 15.00 |
| Courthouse Security Fee | LGC  § 291.008(d) | 5.00 |
| Appellate Judicial System Fee | Tex Gov't Code § 22.2051 | 5.00 |
| Supplemental Court Initiated Guardianship | LGC § 118.052(2)(E) | 20.00 |
| Basic Civil Legal Services for Indigents | LGC  § 133.153(a)(1) | 10.00 |
| Judicial Fee | Tex Gov't Code § 51.703(a) | 40.00 |
| Law Library | LGC  § 323.023(a) | 35.00 |
| Judicial Education Fund | LGC  § 118.064(a),(b)(1) | 5.00 |
| Probate Fee Original Action | LGC  § 118.052(2)(A)(iii) | 40.00 |
| Records Management | LGC  § 118.052 (3) (G) | 5.00 |
| State Electronic Fee Fund | Tex Gov't Code §51.851(b) | 20.00 |
| County Judge | LGC § 118.101 | 2.00 |
| | **TOTAL** | **227.00** |
| **Mental Health Filings** | | |
| Probate Fee Original Action | LGC  § 118.052(2)(A)(iii) | 40.00 |
| Court Record Preservation Fee | Tex Gov't Code § 51.708 | 10.00 |
| Courthouse Security Fee | LGC § 291.008(d) | 5.00 |
| Law Library | LGC  § 323.023(a) | 35.00 |
| Judicial Fee | Tex Gov't Code § 51.703(a) | 40.00 |
| Basic Civil Legal Services for Indigents | LGC § 133.153(a)(1) | 10.00 |
| Court Reporter Fee | Tex Gov't Code § 51.601(a) | 15.00 |
| Judicial Education Fund | LGC § 118.052(2)(a)(vi) | 5.00 |
| Support for Judiciary | LGC § 133.154(a) | 42.00 |
| Supplemental Court Initiated Guardianship | LGC § 118.052(2)(E) | 20.00 |
| County Judge | LGC  § 118.101 | 4.00 |
| Appellate Judicial System Fee | Tex Gov't Code § 22.2051 | 5.00 |
| Sheriff's Fee | LGC  § 181.131 | 85.00 |
| County Attorney Fee | HSC 574.031(k) | 50.00 |
| County Judge Travel Fee | HSC 574.031(h) | 10.00 |
| Judge's Fee for Mental | HSC 574.031 (i) | 50.00 |
| State Electronic Fee Fund | Tex Gov't Code §51.851(b) | 20.00 |
| Issuing Documents | LGC § 118.052(3)(A) | 8.00 |
| Records Management | LGC § 118.052 (3) (G) | 5.00 |
| | **TOTAL** | **459.00** |
| **ADDITIONAL FEES MAY APPLY** | | |
| Court Appointed Attorney Fees | HSC §574.031 | Actual cost -  70 hourly |
| JP Master Fee | HSC 574.031(i) | 50.00 |
| Jury Fee | Tex Gov't Code § 51.604 | 22.00 |
| Authenticated  Copies (clerk certifies twice) | LGC § 118.011(C) | **10.00 + 1.00 per page** |

8

## CRIMINAL COURT COST (if found guilty)

**CCP:** Code of Criminal Procedure  **LGC:** Local Government Code  **GC:** Government Code **TC:** Transportation Code **HSC:** Health & Safety Code **TABC:** Texas Alcohol Beverage Code **CP&R:** Civil Practice & Remedies Code **TAC:** Texas Administration Code **TX Agri**: Texas Agricultural Code:

\* LGC § 133.103. TIME PAYMENT FEE.  (a) A person convicted of an offense shall pay, in addition to all other costs, a fee of $25 if the person: (1) has been convicted of a felony or misdemeanor; and 2) pays any part of a fine, court costs, or restitution on or after the 30th day after the date on which a judgment is entered assessing the fine, court costs, or restitution.

**ADDITIONAL COST TO BE ASSESSED IF APPLICABLE**

| FEE | CODE | STATUE | AMOUNT |
|---|---|---|---|
| VIDEO (*if visual recording was done*) | VIDEO | CCP Art. 102.018(a) | 15.00 |
| SUMMON JURY(*if Jury is summoned*) | SUM | CCP Art. 102.011(7) | 5.00 |
| JURY TRIAL FEE (*if convicted by Jury*) | JF | CCP Art. 102.004(a) | 20.00 |
| TAKING BOND | CCBOND | CCP Art. 102.011(5) | 10.00 |
| SUMMON WITNESS | SUM | CCP Art. 102.011(7) | 5.00 |
| JAIL COMMITMENT/RELEASE | COM-REL | CCP Art. 102.011(6) | 5.00 |
| ARREST **with out** WARRANT | KARREST | CCP Art. 102.011(1) | 5.00 |
| ARREST **with** WARRANT | WAR | CCP Art. 102.011(2) | 50.00 |

**MISDEMEANOR A/B: DWI/DWI 2ND/DWI OPEN CONTAINER (Penal Code 49.04)**

| | | | |
|---|---|---|---|
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
| EMS TRAUMA FUND | EMS | CCP Art. 102.0185 | 100.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| CIVIL JUSTICE REPOSITORY FUND | JCRP | CCP Art. 102.22 | .10 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| SUBSTANCE CONVICTION | SC | CCP Art. 102.0178(a) | 60.00 |
| STATE TRAFFIC FEE | STF | TC 542.4031 | 30.00 |
| LOCAL TRAFFIC FEE | CTF | TC542.403 | 3.00 |
| | | **SUBTOTAL** | **430.10** |

**MISDEMEANOR A/B: INTOXICATION OFFENSE *OTHER THAN* DWI (PENAL CODE 49.05-49.065)**

| | | | |
|---|---|---|---|
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
| EMS TRAUMA FUND | EMS | CCP Art. 102.0185 | 100.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| SUBSTANCE CONVICTION | SC | CCP Art. 102.0178(a) | 60.00 |
| | | **SUBTOTAL** | **397.00** |

**MISDEMEANOR A/B: EMPLOYMENT HARMFUL TO CHILDREN OFFENSE (Penal Code 43.251)**

| | | | |
|---|---|---|---|
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |

9

| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
|---|---|---|---|
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| CHILD ABUSE PREVENTION | CAP | CCP Art. 102.0186 | 100.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| | | **TOTAL** | **337.00** |
| **MISDEMEANOR A/B: DRUG OFFENSE (HSC Ch 481)** | | | |
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |
| JUROR REIMBURSEMENT FEE | FRF | CCP Art. 102.0045(a) | 4.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| SUBSTANCE CONVICTION | SC | CCP Art. 102.0178(a) | 60.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| | | **SUBTOTAL** | **297.00** |
| **MISDEMEANOR A/B: GRAFFITI OFFENSE (Penal Code 28.08)** | | | |
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| JUVENILE DELINQUENCY PREVENTION | JDP | CCP Art. 102.0171(a) | 50.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| | | **SUBTOTAL** | **287.00** |
| **MISDEMEANOR A/B: PUBLIC LEWDNESS OR INDECENT EXPOSURE (Penal Code 21.07, 21.08)** | | | |
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| DNA TESTING | DNA | CCP Art. 102.020 | 50.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |

10

| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
|---|---|---|---|
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| | | **SUBTOTAL** | **287.00** |
| **MISDEMEANOR A/B: RULES OF THE ROAD THAT _IS_ A MOVING VIOLATION (Tex Adm. Code 15.89(b)** | | | |
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE TRAFFIC FINE | STF | TC 542.4031 | 30.00 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| CIVIL JUSTICE REPOSITORY FUND | JCRP | CCP Art. 102.22 | .10 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| LOCAL TRAFFIC FINE | CTF | TC 542.403 | 3.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| | | **SUBTOTAL** | **270.10** |
| **MISDEMEANOR A/B: RULES OF THE ROAD THAT _IS NOT_ A MOVING VIOLATION** | | | |
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE TRAFFIC FINE | STF | TC 542.4031 | 30.00 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| LOCAL TRAFFIC FINE | CTF | TC 542.403 | 3.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| | | **SUBTOTAL** | **270.00** |
| **MISDEMEANOR A/B: GENERAL OFFENSE THAT _IS_ A MOVING VIOLATION (other than listed above)** | | | |
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| CIVIL JUSTICE REPOSITORY FUND | JCRP | CCP Art. 102.22 | .10 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| | | **SUBTOTAL** | **237.10** |
| **MISDEMEANOR A/B: GENERAL OFFENSE THAT _IS NOT_ A MOVING VIOLATION (other than listed above)** | | | |
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(2) | 83.00 |

11

Veasey000270

| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
|---|---|---|---|
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| | | **SUBTOTAL** | **237.00** |
| **CLASS C TRAFFIC APPEAL** | | | |
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(3) | 40.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
| STATE TRAFFIC FEE | STF | TC 542.4031 | 30.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| CIVIL JUSTICE REP. FUND | CJRP | CCP Art. 102.22 | .10 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| LOCAL TRAFFIC FEE | CTF | TC § 542.403 | 3.00 |
| COUNTY ATTORNEY FEE | CA | CCP Art. 102.008 | 25.00 |
| | | **SUBTOTAL** | **227.10** |
| **CLASS C APPEAL (NON TRAFFIC)** | | | |
| CONSOLIDATED COURT COST | CCC | LGC §133.102(a)(3) | 40.00 |
| JUROR REIMBURSEMENT FEE | JRF | CCP Art. 102.0045(a) | 4.00 |
| JUDICIAL FUND-CRIMINAL CONVICTION | JUD | GC §51.702(b) | 15.00 |
| JUDICIAL SUPPORT FEE | SJFC – County fee | LGC §133.107(a) | .60 |
| | SJFS – State fee | | 5.40 |
| STATE INDIGENT FEE | IDF | CCP Art. 102.169(a) | 2.00 |
| STATE ELECTRONIC FEE | EFF | CCP Art. 102.005 | 5.00 |
| *TIME PAYMENT FEE | TP | LGC §133.103(a) | 25.00 |
| COURT FEES-CC ATTY | CA | CCP Art. 102.008(a) | 25.00 |
| RECORD MANAGEMENT FEE | RMP | CCP Art. 102.005(f) | 22.50 |
| RECORD MANAGEMENT FOR CLERK | RMP-CC | CCP Art. 102.005(f) | 2.50 |
| COURTHOUSE SECURITY | CHS | CCP Art. 102.017(b) | 3.00 |
| COURT TECHNOLOGY FUND | TECH | CCP Art. 102.169(a) | 4.00 |
| CLERK FEE | CLK | GC §51.851(d) | 40.00 |
| | | **SUBTOTAL** | **194.00** |

| OTHER FEES AS MAY BE ASSESSED (Criminal) | | | | | |
|---|---|---|---|---|---|
| PEACE OFFICERS FEES | GL Code | Statute | Who's Fee | Amount | |
| DPS Arrest | 89-334-400 | Art. 102.011 CCP | State | 5.00 | |
| TPWL Arrest | | Art. 102.011 CCP | State | 5.00 | |
| TABC Arrest | | Art. 102.011 CCP | State | 5.00 | |
| Sheriff & Constable Arrest | 10-345-400 | Art. 102.011 CCP | County | 5.00 | |
| Warrant fee | | Art. 102.011 CCP | County | 50.00 | |
| Execute/process Capias | | Art. 102.011 CCP | County | 50.00 | |
| Taking Bond | | Art. 102.011 CCP | County | 10.00 | |

12

| | | | | | |
|---|---|---|---|---|---|
| Commit/release 5.00 ea. | | Art. 102.011 CCP | County | 10.00 | |
| Summons Jury | | Art. 102.011 (7) CCP | County | 5.00 | If Jury is Summoned |
| JURY FEE | | Art. 102.004 C.C.P.  ART. 102.011 B(7) | (co. fee) | 20.00 | If Convicted in Jury Trial |
| DWI -Visual recording (VIDEO) | | Art. 102.018 C.C.P. | (co. fee) | 15.00 | |
| TRAFFIC - All traffic offenses | | TC Art. 542.403 T.C. | (co. fee) | 3.00 | |
| State Traffic Fee | 89-334-410 | TC Art. 542.4031 | State | 30.00 | |
| School Crossing Zone Traffic Violation | | Art. 102.014 C.C.P. | (co. fee) | 25.00 | |
| Passing School Bus | | Art. 102.014 C.C.P. | (co. fee) | 25.00 | |
| JUVENILE DELINQUENCY PREVENTION FUND | | Art. 102.0171 C.C.P. | (co. fee) | 50.00 | |
| TIME PAYMENT FEE (after 30 days) | | Chp. 51 (K) Gov. Code | (c/s fee) | 25.00 | |
| EDUCATION - (Child Safety Fund) Thwarting Compulsory Attendance | | Art 102.014 C.C.P. | (co. fee) | 20.00 | |
| DNA (public Lewdness/Indecent Exposure | 89-334-630 | pc 21.07 & 21.08 | | 50.00 | |
| Failure to Attend School | | Art. 102.014I C.C.P. | (co. fee) | 20.00 | |
| DPS/TABC/P&W - Arrest | | Art. 102.011 C.C.P. | (state fee) | 5.00 | |
| SHERIFF - on view Arrest w/o warrant | | Art. 102.011 C.C.P. | (co. fee) | 5.00 | |
| Arrest w/ warrant | | Art. 102.011 A 2 CCP | (co. fee) | 50.00 | |
| Execute process/capias | | Art. 102.011 (2)(a) C.C.P. | (co. fee) | 50.00 | |
| Serving writs | | Art. 102.011 A (4) C.C.P. | (co. fee) | 35.00 | |
| Taking bonds & approving bonds | | Art. 102.011(5) C.C.P. | (co. fee) | 10.00 | |
| Commitment OR Release | | Art. 102.011(6) C.C.P. | (co. fee) | 5.00 | |
| Habeas corpus, custody/bail; ea day | | Art. 102.011 (8)C.C.P. | (co. fee) | 8.00 | |
| Serving summons/subpoenas | | Art. 102.011 (3)C.C.P. | (co. fee) | 5.00 | |
| DWI - Emergency Medical Services (Medical) | 89-334-160 | Art. 102.0185 C.C.P. | (state fee) | 100.00 | |
| DRUG AND ALCOHOL CONVICTIONS | | Art. 102.0178 C.C.P. | (state fee) | 50.00 | |
| CHILD ABUSE PREVENTION PROGRAM (employment of a child in a sex business) | | Art. 102.0186 C.C.P. PC 43.251 | (state fee) | 100.00 | |

13

PL824
9/2/2014
2:13-cv-00193

SECRETARY OF STATE
EXECUTIVE DIVISION

OCT 0 4 REC'D



# The Senate of
# The State of Texas

SENATOR RODNEY ELLIS
District 13

PRESIDENT PRO TEMPORE
1999 - 2000

COMMITTEES:

Chair, Open Government
Natural Resources
Transportation
State Affairs

October 3, 2013

Secretary John Steen
Texas Secretary of State
P.O. Box 12887
Austin, Texas 78711-2887

Dear Secretary Steen:

I write to you today to express my grave concern with regard to the implementation of Texas' voter identification law and its potential effect on hundreds of thousands of eligible voters in our state. Recent reports from your office identified about 700,000 registered voters for whom you could not find a driver's license or whose information did not match that on their driver's license. Given that only nine Texans have applied for and received the election identification certificate, this gives me great pause as to whether the state is doing enough to reach out to all eligible voters to ensure that they will be able to exercise their right to vote come election time. With the general election about a month away, making every effort to reach out all eligible Texas voters is of the utmost importance.

I am aware that your office recently launched 25 mobile units and extended office hours across the state to issue election identification certificates. While mobile units and extended hours are a start, I would venture that 25 units is woefully inadequate to accommodate Texas' 254 counties, 81 of which lack any DPS office at all. Any adequate measure of outreach for a state the size of Texas is a herculean task, one far too big to remedy with 25 mobile units.

Furthermore, the mobile units do nothing to address the obstacle that many Texans will face when trying to obtain the underlying documents required for issuance of an election identification certificate. There was a recent report of an 84 year old woman, Ms. Dorothy Card, from Lufkin who was denied an election identification certificate because, even after traveling three times to the DPS office with the aid of her daughter, she could not satisfy the documentation requirements. I would be very careful not to dismiss her story as an outlier, as it is very likely that there are thousands of Texans that are in similar circumstances but may not have the resources to be as persistent.

In anticipation of the fast approaching November election, many counties have taken it upon themselves to help their residents prepare for the identification requirement. For instance, Dallas County recently announced its outreach strategy to search state driver's license and identification

Lyric Centre
440 Louisiana, Suite 575
Houston, Texas 77002
(713) 236-0306
FAX: (713) 236-0604

P.O. Box 12068
Austin, Texas 78711
(512) 463-0113
FAX: (512) 463-0006
Dial 711 For Relay Calls

E-Mail: rodney.ellis@senate.state.tx.us

2440 Texas Parkway, Suite 110
Missouri City, Texas 77489
(281) 261-2380
FAX: (281) 261-4726

TEX00461862

records for a list of registered voters who lack some of the identification cards necessary to vote and those whose names are different on state-issued cards and county-issued voter registration certificates. Once identified, the county plans to mail notices to those voters advising them that they may not be able to meet the new voter identification requirements. Although this plan will not address all of the issues, it is a commendable effort and one I think the state should follow. Not many Texas counties will have the funds to follow Dallas County's lead, and as such it would put the residents of these counties at a severe disadvantage.

Since it is the state that is placing additional barriers on citizens' constitutional right to vote, the state has an obligation to send out similar letters to registered voters that lack the required identification. If Dallas County can do it, I trust the Secretary of State's office can as well. Alternatively, should counties undertake similar efforts on their own, the state should reimburse counties for their expenses.

Senate Bill 14 had a fiscal note of over $2 million, including "$0.5 million to research and develop ways to inform the public of the new identification requirements" and "$1.5 million for media advertisements." I can think of no better way to spend that money than direct outreach to the exact individuals that we know will be impacted. I'd take the pinpoint, rifle-shot approach at outreach every time that it's available over the shotgun blast of media advertisements.

In addition, I urge your office to work with other state agencies and local officials to develop a process by which voters wishing to obtain an election identification certificate are assisted with acquiring the required underlying documents at no cost to the voter. Three trips to a DPS office to acquire an election identification certificate is inconvenient at best and prohibitive at worst.

As I have made clear to you previously, I strongly support protecting the integrity of the vote. At the same time, it's inarguably just as important to ensure the means to exercise that right are equally accessible to all Texans. As the state's Chief Election Officer, I know you want to ensure that all eligible Texans have equal opportunity to have their voice heard at the voting booth and that such fundamental right is not hindered. I look forward to receiving your response in writing. Thank you for your attention to this important issue.

Sincerely,

Rodney Ellis



**RODNEY ELLIS**
STATE SENATOR
DISTRICT 13

P.O. BOX 12068
AUSTIN, TEXAS 78711

HARRIS & FORT BEND COUNTIES



Secretary John Steen
Texas Secretary of State
P.O. Box 12887
Austin, Texas 78711-2887

TEX00461864

PL825
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Arriaga, Amanda |
| **Sent:** | Monday, January 24, 2011 8:31 PM |
| **To:** | Davio, Rebecca |
| **Cc:** | Terry, Michael; Arriaga, Amanda |
| **Subject:** | Information requested and sent to legislators today |
| **Attachments:** | DL Offices as of January 2011.xls; DIC-57.pdf |

**Sen Van de Putte:  What offices are subject to be closed due to budget cuts?**

No answer provided at this time. Recommend saying "the Department did an analysis on Department facilities that may need to close due to budget cuts, but DL office permanent closures will be decided after a business intelligence process analysis of the needs of customers around the state".

**Sen. Uresti:  How will budget cuts affect operating hours?**

No answer provided at this time. Recommend the same answer of "the Department did an analysis on Department facilities that may need to close due to budget cuts, but DL office permanent closures will be decided after a business intelligence process analysis of the needs of customers around the state".

**Sen Gallegos: What DL documents may be issued without a photo?**

- DIC-1: Restricted License Breath Analysis Mechanism Required (called an Interlock License)
- SR-40: Occupational Driver License
- DL-26: Temporary Permit

See attachment "DIC-57"

**Sen Gallegos: How many DL offices are closed as of Jan 2011?**

See attachment "DL offices as of Jan 2011".

**Sen Gallegos: How many arrests/convictions have been made under Transportation Code 524.011 (DL suspension) over the last six years?**

| Arrests | | | Convictions | | |
|---|---|---|---|---|---|
| | | | | | |

TEX0508874

| 2005 | 99,519 | | 2005 | 63,559 | |
| 2006 | 103,136 | | 2006 | 63,248 | |
| 2007 | 103,155 | | 2007 | 65,825 | |
| 2008 | 101,623 | | 2008 | 61,914 | |
| 2009 | 102,823 | | 2009 | 59,257 | |
| 2010 | 98,184 | | 2010 | 32,497 | |

There were 8,481 arrests for these offenses in December 2010, and 3,784 convictions.  Given the time it takes to go through the judicial process, it is unlikely that a person arrested in December would also be convicted in December.

**Senator Patrick: Is citizenship needed to get a CHL? Recommend saying: You must be legally present, but not necessarily a citizen, but we can have someone in Regulatory Services provide you more info.**

The requirements under state law to obtain a Concealed Handgun License can be found in Government Code 411.  Section 411.172(a)(9) under this chapter states: (a) A person is eligible for a license to carry a concealed handgun if the person...(9) is fully qualified under applicable federal and state law to purchase a handgun.

The requirements under the applicable federal law to purchase a handgun, 15 U.S.C. § 922 (g)(5), include:

**(g) It shall be unlawful for any person [described below] ... to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce –** [that is, one ...]

**(5) who, being an alien—**

(A) is illegally or unlawfully in the United States; or

(B) except as provided in subsection (y)(2), has been admitted to the United States under a nonimmigrant visa (as that term is defined in section 101(a)(26) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(26)));  [see 922(y), below]

*Alien.* Any person not a citizen or national of the United States.

*Alien illegally or unlawfully in the United States.* Aliens who are unlawfully in the United States are not in valid immigrant, nonimmigrant or parole status. The term includes any alien—

(a) Who unlawfully entered the United States without inspection and authorization by an immigration officer and who has not been paroled into the United States under section 212(d)(5) of the Immigration and Nationality Act (INA);

(b) Who is a nonimmigrant and whose authorized period of stay has expired or who has violated the terms of the nonimmigrant category in which he or she was admitted;

(c) Paroled under INA section 212(d)(5) whose authorized period of parole has expired or whose parole status has been terminated; or

(d) Under an order of deportation, exclusion, or removal, or under an order to depart the United States voluntarily, whether or not he or she has left the United States.

*Nonimmigrant alien.* An alien in the United States in a nonimmigrant classification as defined by section 101(a)(15) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(15)).

27 CFR 478.11

TEX0508876

PL826
9/2/2014
2:13-cv-00193

COMMITTEE AMENDMENT NO. _____

BY: _____

1        Amend S.B. No. 14 as follows:

2        (1)  In SECTION 12 of the bill, in amended Section 63.0101,

3   Election Code (page 8, line 7), strike "photo".

4        (2)  In SECTION 12 of the bill, in amended Section 63.0101,

5   Election Code (page 8, line 11), between "expired" and the

6   semicolon, insert ", including a temporary driving permit issued

7   under Section 524.011, Transportation Code".

82R6358 JRJ-D                         1

HIGHLY CONFIDENTIAL

TX_00256082

Plaintiff Exhibit
PL827

FILED UNDER SEAL

# Plaintiff Exhibit
# PL828

# FILED UNDER SEAL

Plaintiff Exhibit
PL829

FILED UNDER SEAL

Plaintiff Exhibit
PL830

FILED UNDER SEAL

# Plaintiff Exhibit
# PL831

# FILED UNDER SEAL

Plaintiff Exhibit
PL832

FILED UNDER SEAL

Plaintiff Exhibit
PL833

FILED UNDER SEAL