TEXAS SECRETARY of STATE
JOHN STEEN

# Election Day Procedures – 2013

## Melanie Huff and Caroline Geppert

### 31st ANNUAL ELECTION LAW SEMINAR
### COUNTY ELECTION OFFICIALS

9/26/2013   Texas Secretary of State Elections Division   1



USA_00014555

TEXAS SECRETARY of STATE
JOHN STEEN

# THINGS WE INTEND TO COVER

1. Qualifying voters and provisional voting after SB 14.

2. Election judges and clerks: how many, qualifications, ineligibility, and duties.

3. Polling place hours.

9/26/2013          Texas Secretary of State Elections Division          2



USA_00014556

# TEXAS SECRETARY of STATE
## JOHN STEEN

4. People in the polling place
5. Voter Assistance
6. Interpreters
7. Electioneering
8. Miscellaneous polling place procedures

Statutory references are to the Texas Election Code.



USA_00014557

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# After Implementation of Senate Bill 14, 82nd Legislature, 2011 ("SB 14")

- Qualifying voters at the polling place
- Provisional voting

9/26/2013        Texas Secretary of State Elections Division        4



USA_00014558

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Forms of Identification
# §§ 63.001(b), (g), (h), 63.0101

On offering to vote, voter must present one of the following 7 forms of identification described in Section 63.0101:

1. Texas driver's license issued by Texas Department of Public Safety ("DPS");*
2. Texas election identification certificate ("EIC") issued by DPS;*
3. Texas personal identification card issued by DPS;*
4. Texas concealed handgun license issued by DPS;*

9/26/2013         Texas Secretary of State Elections Division         5



USA_00014559

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Forms of Identification (con't)

5. United States military identification card ("military ID card") that contains the person's photograph;*

6. United States citizenship certificate ("citizenship certificate") that contains the person's photograph;  **OR**

7. United States passport.*

*Indicates that document must not have not expired or expired no earlier than 60 days before the date of presentation of document by voter.

9/26/2013        Texas Secretary of State Elections Division        6

USA_00014560

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Forms of Identification (con't)

No other form of identification (other than one of the 7 Section 63.0101 documents described above), including a voter's registration certificate, will enable voter to receive a regular ballot.  If one of the 7 forms of identification is not presented, voter will only be able to vote a provisional ballot.

9/26/2013	Texas Secretary of State Elections Division	7



USA_00014561