**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Exception to 7 Forms of Section 63.0101 ID §§ 13.002(i), 63.001(h)

If voter has notation of an "(E)" on his or her voter registration certificate after the VUID number, not necessary for voter to have one of 7 forms of ID listed under Section 63.0101. Notation means voter is exempt from ID requirement under Section 63.0101 because voter is disabled.

To obtain exemption, at time applicant submits a voter registration application (or at a later date if voter submits information at a later date), voter submits (a) written documentation from the United States Social Security Administration evidencing he or she has been determined to have a disability or from the United States Department of Veterans Affairs evidencing he or she has a disability rating of at least 50%, and (b) a statement in a form prescribed by the Secretary of State that he or she does not have a form of identification acceptable under Section 63.0101.



9/26/2013    Texas Secretary of State Elections Division    8

USA_00014562

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# After Presentation of ID Documentation §§ 15.112, 63.001(c), 63.006, 63.0011

An election officer must determine whether the voter's name on the documentation is on the list of registered voters for the precinct.

9/26/2013   Texas Secretary of State Elections Division   9



USA_00014563

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Comparing ID Document Name to that on List of Registered Voters

If voter's name on voter's ID is <u>identical</u> to that on the list of registered voters, voter is accepted for voting.

If voter's name on voter's ID <u>is not identical</u> to that on the list of registered voters, then the election worker must determine if voter's name is "<u>substantially similar</u>" to that on the list of registered voters before voter is accepted for voting.

9/26/2013         Texas Secretary of State Elections Division         10

USA_00014564

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# "Substantially Similar" § 63.001(c); 1 T.A.C. § 81.71

In determining whether voter's name on voter's ID and on list of registered voters are "substantially similar," election worker should consider whether information on the presented ID document matches elements of voter's information on official list of registered voters, such as voter's residence address or date of birth, which may be strong indicators that the name on the presented ID document is substantially similar to the name on the official list of registered voters and vice versa.



9/26/2013    **Texas Secretary of State Elections Division**    11

USA_00014565

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# "Substantially Similar" (con't)

Administrative rule 81.71 provides the following examples of "substantially similar" names:

1. Name on presented ID is <u>slightly different</u> from one or more of the name fields on the official list of registered voters;

2. Name on presented ID or on the official list of registered voters is customary variation of the formal name, such as, for illustrative purposes only, Bill for William, or Beto for Alberto;

9/26/2013        Texas Secretary of State Elections Division        12

USA_00014566

# TEXAS SECRETARY of STATE
## JOHN STEEN

# "Substantially Similar" (con't)

3. Voter's name on the presented ID document contains an initial, a middle name, or a former name that is not on the official list of registered; or

4. A first name, middle name, former name, or initial of the voter's name that occupies a different field on the presented ID document than a first name, middle name, former name, or initial of the voter's name on the official list of registered voters.

9/26/2013   **Texas Secretary of State Elections Division**   13



USA_00014567