**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# "Substantially Similar" (con't)

If the reviewing election worker makes a determination that voter's name on ID document and official list of registered voters are substantially similar, voter shall be accepted for voting if voter signs similar name affidavit.

- The similar name affidavit is part of the combination form, and voter submits the affidavit by initialing the appropriate box on the combination form.

9/26/2013   Texas Secretary of State Elections Division   14



USA_00014568

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Voter Not On List
# § 63.006

Voter accepted for voting under Section 63.006, even though name not on list of registered voters, and election worker puts voter's name on registration omissions list, if:

1. Voter has one of 7 forms of ID required under Section 63.0101; **and**

9/26/2013     Texas Secretary of State Elections Division     15



USA_00014569

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Voter Not On List (con't)

2(a).  Voter has voter registration certificate showing that voter is currently registered in the precinct in which the voter is offering to vote,

**OR**

2(b).  Voter has voter registration certificate showing he/she is currently registered in a different precinct in the same county as the precinct in which he/she is offering to vote and he/she executes an affidavit (contained on the combination form) stating:

9/26/2013          Texas Secretary of State Elections Division          16

USA_00014570

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Voter Not On List (con't)

- he/she is a resident of the precinct in which he/she is offering to vote or is otherwise entitled by law to vote in that precinct,

- he/she was a resident of the precinct in which he/she is offering to vote at the time the information on voter's residence address was last provided to voter registrar,

- he/she did not deliberately provide false information to secure registration in a precinct in which he/she does not reside, **and**

- he/she is voting only once in the election.

9/26/2013          Texas Secretary of State Elections Division          17

USA_00014571

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Suspense Voters & Voters Who Have Moved §§ 15.112, 63.0011

Before voter who is otherwise qualified to vote will be accepted for voting, he/she must complete a statement of residence ("SOR") if:

1. There is an "S" notation next to voter's name on the list of registered voters and voter still resides in the county where registered.

2. If voter responds in the negative to the question, "Is the residence address in the list of registered voters still your correct address," but still resides in the county of registration.

9/26/2013        Texas Secretary of State Elections Division        18

USA_00014572

TEXAS SECRETARY of STATE
JOHN STEEN

# Contacting Voter Registrar

In the past, our office has said election judges and clerks should contact voter registrar in two instances:

1. When a voter comes into the polling place and his/her name is not on the list of registered voters for the precinct, while insisting that he or she is a registered voter and has voted before, usually for the purpose of directing voter to correct precinct; and

9/26/2013         Texas Secretary of State Elections Division        19

USA_00014573