TEXAS SECRETARY of STATE

JOHN STEEN

# Contacting Voter Registrar (con't)

2.  Under former Section 63.009(b), repealed by SB 14, if a voter did not have a voter registration certificate in his/her possession and was not on the list of registered voters for the precinct in which voter was seeking to vote, voter would be allowed to vote a regular ballot **IF:**



USA_00014574

TEXAS SECRETARY of STATE

JOHN STEEN

# Contacting Voter Registrar (con't)

- – Voter presents proof of identification, and
- – The election judge or clerk can determine from the <u>voter registrar</u> that voter is a registered voter of the county.

With the implementation of SB 14, our office does not believe there is any prohibition in election judges and clerks contacting voter registrar in order to steer voters to their correct precinct.

However, you may no longer contact voter registrar to confirm voter is registered voter for the purpose of allowing voter to vote a regular ballot under now repealed Section 63.009(b).

USA_00014575

TEXAS SECRETARY of STATE

JOHN STEEN

# Summary: Eligibility to Vote Regular Ballot After SB 14

1. Voter must have one of 7 forms of ID required under Section 63.0101, or have "(E)" notation on voter registration certificate after VUID number.

## PLUS



USA_00014576

TEXAS SECRETARY of STATE

JOHN STEEN

# Summary (con't)

2(a). Voter must be on list of registered voters for the precinct in which voter seeks to vote, and voter's name on ID document must be identical or "substantially similar" to name on list.

## OR



USA_00014577

TEXAS SECRETARY of STATE

JOHN STEEN

# Summary (con't)

2(b).  Voter must have a current voter registration
certificate satisfying Section 63.006.

**PLUS**



USA_00014578

TEXAS SECRETARY of STATE

JOHN STEEN

# Summary (con't)

3. Voter must complete SOR, if required under Section 15.112 or 63.0011.

1 + 2(a) + 3  **OR**

1 + 2(b) +3

= Voter qualifies to vote regular ballot



USA_00014579

TEXAS SECRETARY of STATE

JOHN STEEN

# Provisional Voting
## §§ 63.001(g), 63.009, 63.011, 65.052, 65.054, 65.0541; 1 Tex. Admin. Code § § 81.172(b) - 81.174(b)

**What Happens if........**

1. Voter does not have one of 7 forms of ID required by Section 63.0101.
2. Voter has no voter registration certificate and is not on the list of registered voters under Section 63.009.
3. Voter's name on ID documentation is not substantially similar to that on the list of registered voters.
4. An annotation next to the voter's name indicates that the voter voted early, either by mail or in person.
5. Voter has moved outside county of registration.

USA_00014580

**TEXAS SECRETARY of STATE**

**JOHN STEEN**

# Provisional Voting (con't)

A voter described by #1-#5 is only entitled to vote a provisional ballot at the polling place.

Note:  Voter under #5 may be able to vote a limited ballot during early voting in person in his/her new county.



USA_00014581