**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Provisional Voting Procedures

## What to do?

- Election judge/clerk has voter complete the Provisional Voter Affidavit envelope prior to voting provisionally.
- Election judge/clerk enters voter's name on List of Provisional Voters and checks "provisional" on the combination form after entering voter's name there.
- Provisional voter signs the combination form.

  **SB 14:** Presiding judge checks box to indicate whether voter has presented an acceptable form of ID or meets the disability exception.

USA_00014582

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Provisional Voting Procedures (con't)

## What to do (con't)?

- Presiding judge checks reason for voting provisionally, signs and dates the affidavit envelope.
- Voter chooses a provisional ballot.
- Voter puts ballot into secrecy envelope, seals secrecy envelope, places secrecy envelope in affidavit envelope, and deposits envelope (unless using DRE).
- Election judge/clerk gives voter Notice to Provisional Voter.



9/26/2013    Texas Secretary of State Elections Division    29

USA_00014583

TEXAS SECRETARY of STATE
JOHN STEEN

# Provisional Voting Procedures (con't)

**What to do (con't)?**

Notice to Provisional Voter must include:
- A list of the 7 forms of required ID under Section 63.0101;
- the procedure for presenting identification to voter registrar after the election;
- a map of the location at which to present identification, and
- A statement that if all procedures are followed and voter is found to be eligible, voter's provisional ballot will be accepted.

USA_00014584

TEXAS SECRETARY of STATE
JOHN STEEN

# Provisional Voting Procedures (con't)

<u>What to tell the voter</u>?

- Do not tell provisional voter that his/her ballot won't count.

- Unless:

    Provisional voter presents no proof of identification and does not have a disability exemption, either at the polling place or at voter registrar's office during the "cure period."

9/26/2013   Texas Secretary of State Elections Division   31



USA_00014585

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Provisional Voting Procedures (con't)

The provisions of SB 14 provide for a "cure period," when a voter votes provisionally because he/she does not have a form of ID prescribed by Section 63.0101. The "cure period" does not affect provisional voting at the polling place, except to the extent that a voter must be given the notice form prescribed by Secretary of State.

9/26/2013    Texas Secretary of State Elections Division    32



USA_00014586

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Provisional Voting Procedures (con't)

The "cure period" allows a voter who voted provisionally because he/she did not meet the identification requirements, not later than the 6th day (extended if falls on weekend or legal holiday) after the election date:

9/26/2013    Texas Secretary of State Elections Division    33



USA_00014587