**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Provisional Voting Procedures (con't)

- To present to voter registrar:

(1) one of 7 forms of identification described by Section 63.0101 for examination;

(2) documentation to support a disability exemption;

**OR**

- To execute in the presence of voter registrar an affidavit stating:

9/26/2013   Texas Secretary of State Elections Division   34



USA_00014588

# TEXAS SECRETARY of STATE
## JOHN STEEN

- voter has a religious objection to being photographed; or

- voter does not have any identification meeting the requirements of Section 63.001(b) as a result of a natural disaster that occurred not earlier than 45 days before the date the ballot was cast.



9/26/2013     **Texas Secretary of State Elections Division**     35

USA_00014589

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Provisional Voting Procedures (con't)

What happens after the election?

– General custodian of election records prepares a summary of provisional ballots and delivers to voter registrar (unless voter registrar makes arrangements and posts notice if will take custody of provisional ballot affidavits on election night).

9/26/2013          Texas Secretary of State Elections Division          36

USA_00014590

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Provisional Voting Procedures (con't)

—Voter registrar has 6 calendar days (extended if falls on weekend or legal holiday) after election day to copy and review all provisional ballot affidavits.

- **NEW LAW (HB 985):** For an election held on the date of the general election for state and county officers, voter registrar will have <u>7</u> calendar days to review the provisional voter's registration history.

- Pollwatchers are NOT entitled to be present during the review.

9/26/2013   Texas Secretary of State Elections Division   37



USA_00014591

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Provisional Voting Procedures (con't)

— Voter registrar returns provisional ballot affidavits by precinct in a secured, locked container to the presiding judge of Early Voting Ballot Board or general custodian of election records.

— Early Voting Ballot Board must convene no later than 7th day (date **not** extended if falls on weekend or legal holiday) after election day to decide provisional votes.

9/26/2013        Texas Secretary of State Elections Division        38



USA_00014592

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Election Judges and Clerks
# §§ 32.001. 32.002, 32.005, 32,006, 32.031, 32.032, 32.033

This presentation does **not** focus on the appointment of election judges and clerks, but on their qualifications and duties.

**To summarize such appointments:**

9/26/2013   Texas Secretary of State Elections Division   39



USA_00014593

**TEXAS SECRETARY of STATE**

**JOHN STEEN**

# Election Judges and Clerks (con't)

1. Election judges and clerks for elections that are ordered by Governor or county commissioners court are appointed as provided in our advisory, http://www.sos.state.tx.us/elections/laws/advisory2013-06.shtml.

9/26/2013    **Texas Secretary of State Elections Division**    40



USA_00014594