TEXAS SECRETARY of STATE
JOHN STEEN

# Election Judges and Clerks (con't)

2. Election judges for elections that are ordered by the governing bodies of political subdivisions, other than counties, are appointed by those governing bodies.

3. Election judges for the primary election are appointed by county chair with approval of county executive committee, except in a joint primary, when election judges and clerks are appointed by county election officer from lists provided by chairs in accordance with Section 172.126.

9/26/2013            Texas Secretary of State Elections Division            41

USA_00014595

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Election Judges and Clerks (con't)

How many election judges and clerks are needed?
- Minimum = 3 people
    - 1 presiding judge
    - 1 alternate judge (serving as clerk)
    - 1 clerk

Who appoints the workers?
- Generally, governing body appoints presiding judges.
- Presiding judge appoints at least two clerks for his/her polling place. (One of those clerks is the alternate judge.)

9/26/2013          Texas Secretary of State Elections Division          42

USA_00014596

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Election Judges and Clerks (con't) §§ 272.001, 272.009

- <u>Bilingual Materials</u>

  – Federal law requires that all election-related materials are provided in both English and Spanish.
  – Secretary of State will be responsible for translations for statewide ballot language and certain voter forms in any languages mandated by the U.S. Census directory on the state or county level.

9/26/2013     Texas Secretary of State Elections Division     43



USA_00014597

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Election Judges and Clerks (con't)

- **Bilingual Clerks**
  - State law requires the use of bilingual materials in voting precincts situated in a county where 5% or more of the inhabitants are of Spanish origin or descent per the 2000 federal census. *Example: Harris County, per federal law, provides election materials in English, Spanish, and Vietnamese.*

  - Any Texas Counties that must provide materials in additional languages should have received notice from the federal government during the summer of 2011.

USA_00014598

TEXAS SECRETARY of STATE
JOHN STEEN

# Election Judges and Clerks (con't)

What if I can't find a bilingual clerk?
- Ask local language teachers for assistance or to recommend bilingual student voters.
- Ask your current election workers for recommendations from people they know.
- Ask local civic leaders for assistance.
- Ask local minority groups and unions for assistance.

If you cannot find enough bilingual clerks, you must provide one bilingual worker at a central location to provide translation and assistance.

9/26/2013      Texas Secretary of State Elections Division      45

USA_00014599

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Election Judges and Clerks (con't) §§ 32.051, 32.0511

- Who can be an election judge?
  - Qualified voter of the election precinct, unless no eligible person can be found inside the precinct, in which case the judge or alternate maybe appointed from a different precinct within the political subdivision.

- Who can be an election clerk?
  - Qualified voter of the political subdivision

- Who can be a student election clerk?



9/26/2013   Texas Secretary of State Elections Division   46

USA_00014600