TEXAS SECRETARY of STATE
JOHN STEEN

# Election Judges and Clerks (con't) §§ 32.052-32.056

Who **CANNOT** be an election judge or clerk?

- Public officer.
- Employee or relative of opposed candidate on the ballot.
  - **NEW LAW (HB 2110):** Adds the party office of precinct chair, so that an employee or relative of an opposed candidate for a public office, the party office of county chair, or the party office of precinct chair may not serve as an election judge or clerk.
- Campaign treasurer or assistant treasurer of candidate in the election.
- Campaign manager of candidate in the election.
- Individual finally convicted of an election offense (deferred adjudication does not constitute a final felony conviction).

9/26/2013   Texas Secretary of State Elections Division   47



**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Election Judges and Clerks (con't)

Who **CANNOT** be an election judge or clerk?

- An uncontested candidate MAY serve as an election worker.

- A candidate for a contested office may not serve in an election held on the same day as that election in any precinct in which the office sought is to be voted on.

Note: An incumbent cannot serve since they are disqualified as an elected public officer.

9/26/2013     Texas Secretary of State Elections Division     48



USA_00014602

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Election Judges and Clerks (con't) §§ 32.071-32.075

- <u>What does a judge do</u>?

    - Manage polling place; must be present all day.
    - Administer any oaths required.
    - Complete and sign judge's portion of provisional voter affidavit.
    - Sign off on other necessary forms such as Statement of Compensation and Oaths.
    - Designate working hours and assign duties for clerks.
    - May appoint special peace officers (required to be licensed as peace officers by Texas Commission on Law Enforcement), as needed, to preserve order.
    - Has power of district court judge while serving at polling place, including power to issue arrest warrants.



9/26/2013         Texas Secretary of State Elections Division         49

USA_00014603

TEXAS SECRETARY of STATE
JOHN STEEN

# Election Judges and Clerks (con't) § 32.072

- <u>What does a clerk do</u>?

  – Perform duties assigned by judge, such as
    - Help set up polling area
    - Qualify/Process Voters
    - Assist voters who are qualified for and request assistance in the polling place
    - Perform curbside voting
    - Count ballots/assist in precinct tabulation procedures in the polling place
  – Administer any oaths required



9/26/2013                    Texas Secretary of State Elections Division                    50

USA_00014604

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Hours
# §§ 41.031, 41.032; Chapter 62

- 7 a.m. to 7 p.m.
  - Early Voting Clerk
  - Voter Registrar

- The polling place should be completely set up by 7 a.m.
  - Set up the voter check in table
  - Post all requisite signage

- Remember: anyone in line at 7 p.m. can vote.

9/26/2013    Texas Secretary of State Elections Division    51



USA_00014605

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Who is allowed in the polling place?

- Voters  (§ 63.001)

- Minors
  - With parent/guardian (§ 64.002)
  - Students voting in student election  (§ 276.007)

- Election Workers
  - Judges and Clerks  (§§ 32.071, 32.072)
  - Vendor representatives/repair technicians  (§ 125.010)

9/26/2013    Texas Secretary of State Elections Division    52



USA_00014606

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Who is allowed in the polling place? (cont'd)

- Observers:
  - Pollwatchers (§ 33.052)
  - State Inspectors (§ 34.002)
  - Federal Inspectors (federal Voting Rights Act, 42 U.S.C.A. § 1973(f))
  - SOS and SOS staff (§ 34.004)

- County chair (**NEW LAW (HB 1996)**, § 172.1113)
  - For the primary election ONLY
  - To perform "administrative functions related to the conduct of the election."

9/26/2013     Texas Secretary of State Elections Division     53

USA_00014607