**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Who is allowed in the polling place? (cont'd)

- Good Samaritans
  - Interpreter for voter (§ 61.032)
  - Person assisting voter (§ 64.032)
  - Person accompanying disabled voter (§ 64.009)

- Law Enforcement
  - IF summoned by presiding judge (§ 32.075)
  - IF appointed as special peace officer by presiding judge (§ 32.075)

9/26/2013    **Texas Secretary of State Elections Division**    54



USA_00014608

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Who is NOT allowed in the polling place?

- Candidates  (§ 61.001(b))
  - <u>Unless</u> voting, assisting a voter, or conducting official business in the building

- Bystanders  (§ 61.001(a))
  - People who are not in the polling place to vote or for one of the other permitted reasons

9/26/2013　　　　**Texas Secretary of State Elections Division**　　　　55



USA_00014609

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Assisting a Voter
# §§ 33.057, 64.031, 64.032

- Who is eligible for assistance?

  – Any voter who is physically unable to mark the ballot.

  – Any voter who cannot read the ballot due to visual or other impairment.

9/26/2013   **Texas Secretary of State Elections Division**   56



USA_00014610

TEXAS SECRETARY of STATE
JOHN STEEN

# Assisting a Voter (con't)

- <u>What types of assistance are allowed</u>?

  – Reading the ballot to the voter.
  – Directing the voter to read the ballot.
  – Marking the voter's ballot.
  – Directing the voter to mark the ballot.

9/26/2013     **Texas Secretary of State Elections Division**     57



USA_00014611

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Assisting a Voter (con't)

- Who is eligible to assist a voter?

  – Any person that the voter chooses.

  – Except: the voter's employer, an agent of their employer, or an officer or agent of the voter's union.

  – This includes candidates!

9/26/2013    Texas Secretary of State Elections Division    58



USA_00014612

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Assisting a Voter (con't)

- <u>Person can provide assistance regardless of:</u>

  – The fact that they have assisted someone else.
  – Their residence.
  – Their citizenship.
  – Their voter registration status.
  – Their age.

9/26/2013   **Texas Secretary of State Elections Division**   59



USA_00014613

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Assisting a Voter (con't) §§ 33.057, 64.032(b)

- <u>What if the voter doesn't choose the assistant?</u>
  - Election workers may assist a voter.
  - Two workers must assist together. (One worker may assist during early voting.)

9/26/2013          **Texas Secretary of State Elections Division**          60



USA_00014614

TEXAS SECRETARY of STATE
JOHN STEEN

# Assisting a Voter (con't)

- Who else can be there?

    – If the voter chooses their assistant, no one else may be present.

    – If election workers are assisting a voter, poll watchers may be present to observe.

9/26/2013        Texas Secretary of State Elections Division        61



USA_00014615