TEXAS SECRETARY of STATE
JOHN STEEN

# Assisting a Voter (con't) §§ 64.032(d), 64.034, 64.035, 64.036

- What else does an assistant need to do?
  - Take the Oath of Assistance.
    - **NEW LAW (HB 2475):** The oath has been modified to include a statement that the assistant is not the voter's employer or an agent thereof or an officer or agent of a labor union to which the voter belongs.
  - Name and address must be entered next to voter's name on poll list.

9/26/2013        **Texas Secretary of State Elections Division**        62



USA_00014616

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Assisting a Voter (con't)

– Election official must ask voter if voter wants entire ballot read to him/her, and if so, must instruct assistant to do so.

– Must NOT mark ballot in any way other than how the voter indicates he/she wants the ballot marked.   Offense is a Class A misdemeanor.

9/26/2013     **Texas Secretary of State Elections Division**     63



USA_00014617

TEXAS SECRETARY of STATE
JOHN STEEN

# Election Officials Assisting Voters
# § 33.057, 34.002(b), 64.032, 64.033

- Two election officials may assist a voter. (One during early voting.)

- Entire ballot must be read to voter unless voter states that they only want to hear certain offices or measures.

- Election officials must also take Oath of Assistance, though only need to take oath once.

9/26/2013　　　　　Texas Secretary of State Elections Division　　　　　64



USA_00014618

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Election Officials Assisting Voters (con't)

- Election workers' names are not entered next to voter's name on poll list.
- Poll watcher and inspectors may observe assistance when provided by election officials.

9/26/2013   Texas Secretary of State Elections Division   65



**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Assisting a Voter – Curbside Voting § 64.009

- <u>What is curbside voting?</u>

  – If voter is unable to enter a polling place without assistance or likelihood of injury, he/she may be assisted "curbside."

9/26/2013     Texas Secretary of State Elections Division     66



USA_00014620

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Assisting a Voter – Curbside Voting (con't)

– One election official may deliver a ballot to voter at the entrance to the polling place.

- If using a DRE system, the official will deliver the DRE unit to voter rather than a ballot.

- **NEW LAW (SB 910)**: Curbside voting during early voting is to be conducted in the same manner as on election day.

9/26/2013     Texas Secretary of State Elections Division     67

USA_00014621

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Assisting a Voter – Curbside Voting (con't)

- Poll watchers and inspectors may observe curbside voting.

- Once voter has marked ballot, election official deposits ballot in ballot box.

9/26/2013          Texas Secretary of State Elections Division          68



USA_00014622