TEXAS SECRETARY of STATE

JOHN STEEN

# Assisting a Voter – Curbside Voting (con't)

— At voter's request, person accompanying voter must be able to select voter's ballot and deposit in ballot box.

— If curbside voter also requires assistance with his/her ballot, may use assistant of his/her choice, or may be assisted by two election officials.



USA_00014623

**TEXAS SECRETARY of STATE**

**JOHN STEEN**

# Interpreting for a Voter
# §§ 61.032, 61.033, 61.035

- <u>An interpreter may also assist a voter</u>
  - Interpreters must be registered voters of the political subdivision

  - Remember: Unless voter needs the interpreter to read the ballot because voter cannot read the language in which the ballot is printed OR unless voter is eligible for assistance, the interpreter's job ends when voter gets his/her ballot or media card.

9/26/2013 **Texas Secretary of State Elections Division** 70

TEXAS SECRETARY of STATE

JOHN STEEN

# Interpreting for a Voter (con't)

- Interpreter must take Oath of Interpreter.  (Must also take Oath of Assistance, if also assisting voter who cannot read due to a visual impairment or otherwise is eligible for assistance.)



USA_00014625

TEXAS SECRETARY of STATE
JOHN STEEN

# What is Electioneering?
# § 61.003

- Electioneering is advocating for or against a candidate, measure, party or issue within the protective legal boundary surrounding a polling place.

  - **NEW LAW (HB 259):** Amends Section 61.003 to provide that electioneering includes "the posting, use, or distribution of political signs or literature."

- Electioneering is a crime; it is a Class C misdemeanor.

9/26/2013                    **Texas Secretary of State Elections Division**                    72

USA_00014626

TEXAS SECRETARY of STATE

JOHN STEEN

# Electioneering (con't)

- The required 100 foot distance markers surrounding polling places mark the legal boundaries against electioneering.



USA_00014627

TEXAS SECRETARY of STATE

JOHN STEEN

# Electioneering (con't)

- **NEW LAW (HB 259):**  The entity that owns or controls a <u>public</u> building being used as an election day or early voting polling place may not, at any time during the voting period, prohibit electioneering on the building's premises outside of the 100-foor distance marker, but may enact reasonable regulations concerning the time, place, and manner of electioneering.
    - Example: electioneering may not be completely prohibited outside the 100-foot distance from the entrance to a school building being used as a polling place.



USA_00014628

**TEXAS SECRETARY of STATE**

**JOHN STEEN**

# What is NOT electioneering?

- Voter Assistance Materials  (§ 61.011)
  - Voters <u>are</u> permitted to bring written materials into the voting place to help them vote.
    - Election officials should periodically check the polling place and dispose of any such materials left behind.

- Exit polling, if not disruptive.



9/26/2013                    **Texas Secretary of State Elections Division**                    75

USA_00014629