**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# What is NOT electioneering? (con't)

- Name Tags Worn by Certain Officials  (§§ 33.051, 61.010)

  – Election judges, clerks, state or federal inspectors, peace officers, and poll watchers <u>must</u> wear name tags or official badges while on duty to identify them.
    - **NEW LAW (SB 160):**  Upon accepting a **poll watcher** for service, an election official will provide the poll watcher with an ID (prescribed by the SOS), which the poll watcher must wear while serving as a watcher.

    - <u>No other person may wear a name tag or badge in the polling place.  An offense is a Class C misdemeanor.</u>

9/26/2013          Texas Secretary of State Elections Division          76



USA_00014630

**TEXAS SECRETARY of STATE**
JOHN STEEN

# If electioneering is going on …

- <u>What if someone is electioneering</u>?  (§ 32.075)
  - Presiding judge has responsibility to ensure safe, confidential voting at polling place.
  - Presiding judge may ask a disruptive person to leave.
    - If a voter, they must be given the opportunity to vote before removal from polling place.

- <u>What if they won't stop</u>?
  - The presiding judge may summon a peace officer.

9/26/2013   Texas Secretary of State Elections Division   77



USA_00014631

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Electioneering: Tips to Remember §§ 32.075(e), 61.003, 61.004

- Electioneering <u>is</u> permitted outside the 100 foot distance markers
  - Unless person is using a prohibited sound amplification device, such as a megaphone or speaker system, within 1,000 feet of polling place.
  - Unless reasonably restricted on the premises of a public building under **NEW LAW (HB 259)**.
- Presiding judge may <u>not</u> enforce outside of distance markers.

9/26/2013          Texas Secretary of State Elections Division          78

USA_00014632

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Miscellaneous Polling Place Procedures

- Wireless communications devices or mechanical or electronic devices to record sound or images may not be used within 100-feet of voting stations. Such devices include cell phones, digital phones, cameras, phone cameras, and sound recorders. Presiding election judge has authority to require persons to deactivate any such devices and to require persons who do not comply to leave the polling place. (§§ 61.014, 62.0111)

9/26/2013     Texas Secretary of State Elections Division     79

USA_00014633

**TEXAS SECRETARY of STATE**
**JOHN STEEN**

# Miscellaneous Polling Place Procedures (con't)

— **Exception:** Election officer conducting officer's official duties;

— **Exception:** Use of election equipment necessary for the conduct of the election.

— **Exception:** Persons employed at the polling location while acting in course of person's employment.

- Poll watcher may not be accepted for service if poll watcher has possession of a device capable of recording images or sound unless poll watcher agrees to disable or deactivate the device. (§ 33.051)

- Media is also prohibited! (§ 61.001)



9/26/2013          Texas Secretary of State Elections Division          80

USA_00014634

# TEXAS SECRETARY of STATE
## JOHN STEEN

# Thanks for your attention!

# Please let us know if you have questions.



9/26/2013     **Texas Secretary of State Elections Division**     81

USA_00014635

# Events After the Election



Christina Worrell Adkins

County Election Officials Election Law Seminar

July 2013

9/26/2013         Texas Secretary of State Elections Division         1



USA_00014636