Case 2:13-cv-00193  Document 674-18  Filed on 11/11/14 in TXSD  Page 1 of 147  PL849
9/2/2014
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-1  Filed 06/20/12  Page 61 of 156  2:13-cv-00193

TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS


IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 14                  §



COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011



BE IT REMEMBERED THAT AT 8:05 a.m., on

Tuesday, the 25th day of January 2011, the above-

entitled matter continued at the Texas State Capitol,

Senate Chamber, Austin, Texas, before the Committee of

the Whole Senate.  The following proceedings were

reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim

Pence, Certified Shorthand Reporters.


VOLUME 2                              PAGES 20 - 542

TX_00000061
JA_000060

EXHIBIT
29

TX_00000061

## CONSIDERATION OF SENATE BILL 14 1/25/2011

**Page 21**

```
1                    P R O C E E D I N G S
2              TUESDAY, JANUARY 25, 2011
3                    (8:05 a.m.)
4              CHAIRMAN DUNCAN:  The Committee of the
5  Whole will come to order.
6              OPENING INSTRUCTIONS BY CHAIRMAN DUNCAN
7              CHAIRMAN DUNCAN:  Members, we talked
8  yesterday a little bit about the process, and I thought
9  I would go through that once again so that we'll all
10 kind of know what the plan is.
11             First of all, I intend to recognize
12 Senator Fraser in just a moment to lay out the specifics
13 of Senate Bill 14.  And then after he lays the bill out,
14 then members will be recognized for questions of the
15 author or co-authors.  Then after that is finished, then
16 our invited testimony will begin.  It's the Chair's
17 intent to place a 10-minute limit on invited testimony.
18 And then there will be no questions to interrupt the
19 invited testimony as they're laying out their positions
20 or their testimony.  Then once they're finished, members
21 will be recognized for questions.
22             When that's done, we'll have a resource
23 witness panel that will be available for you.  I'm
24 advised that we have David Maxwell, Deputy Director of
25 Law Enforcement with the Office of the Attorney General;
```

**Page 22**

```
1  and Ann McGeehan, Director of Elections, the Secretary
2  of State's office; and Rebecca Davio, Assistant Director
3  for Driver's License with the Department of Public
4  Safety.
5              When we have completed the invited
6  testimony and you've had an opportunity to question
7  those who have been invited, then I will -- I don't
8  think the list is as long as it was last year, but
9  certainly I'm sure there will be discussion among the
10 members concerning their testimony.
11             Then we'll open up for public testimony.
12 You will recall last session, we would announce the
13 names of those who were in line, and you are in line in
14 order of your registration at the front desk.  We will
15 have those persons escorted down to the well, and then
16 they will be allowed to begin their testimony.
17             It's the intent of the Chair to impose a
18 three-minute time limit on the public testimony as well,
19 and I will not recognize anyone to interrupt someone
20 giving public testimony until their time has run.  There
21 is a timer at the front at the secretary's desk.  There
22 will be a warning; I think it's a 30-second warning.
23             Members, we do have a court reporter,
24 Ms. Kennedy.
25             Ms. Kennedy, would you stand so everyone
```

**Page 23**

```
1  can see you.
2              Remember Ms. Kennedy from last time.  I
3  think she went 12 or 13 hours.
4              Because we're making a record here,
5  obviously we need to be mindful that the court reporter
6  only has two hands and can only type one person at a
7  time.  So the Chair will be careful to help you remember
8  that we cannot have people talking over each other.
9              Also we need to try to identify each other
10 so that -- or identify yourself when you're speaking or
11 I'll try to do that so that the record will be clear as
12 to the source of the comments being recorded.
13             We will take periodic breaks in order to
14 allow the court reporter a little time, but we will move
15 expeditiously as we move through the process.
16             There is a document -- like last session,
17 we will have an orderly process for admitting documents
18 into the record.  They will be labeled as exhibits and
19 be referred to in the record and will be received in the
20 record by exhibit number.  So when you have an exhibit
21 that you want to introduce into the record, well, then,
22 you'll need to have it marked.  And the secretary's desk
23 up here will have a procedure for marking your exhibits
24 and receiving them in the record.
25             Once we have completed the public
```

**Page 24**

```
1  testimony -- and, obviously, we're going to be
2  interrupted by our Senate session which begins at 11:00.
3  Once we finish the public testimony, then it will be
4  appropriate for you to lay out any amendments that you
5  may wish to have considered by the body.
6              And once that's completed, then,
7  obviously, we will vote on our resolutions to rise and
8  report back to the full Senate.
9              That is basically the layout of the
10 procedure.  Any questions?
11             Senator Van de Putte.
12             SEN. VAN de PUTTE:  Thank you,
13 Mr. Chairman.  Thank you for outlining the process and
14 the procedures that we will be using today.  My question
15 is specifically with those members of the public who
16 wish to offer testimony sometimes today who have
17 disabilities.  To my knowledge, we have people coming to
18 the floor who are in wheelchairs and will not be able to
19 use the podium.  I wanted to ask what sort of amenities
20 or accommodations we will have so that they will be able
21 to have that, but some sort of a table so they can refer
22 to their documents when they're testifying.
23             CHAIRMAN DUNCAN:  Thank you, Senator Van
24 de Putte, an excellent question.
25             We do have a wireless mic that will be
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1                  LAYING OUT OF SENATE BILL 14
2                  SEN. FRASER:   Thank you, members.
3    Obviously, this is an issue that we know a lot about, we
4    had a lot of experience with two years ago.  The issue I
5    think has been defined and talked about a lot.
6                  I think we all recognize the dangers of
7    voter fraud has threatened the integrity of the
8    electoral process for the entire history of the United
9    States.  The threat continues today.  In 2005, there was
10   a Commission, a bipartisan commission, the Carter-Baker
11   Commission, that was appointed by the Election
12   Commission.  Of course, President Carter, a past
13   president; James Baker, Secretary of State, they
14   reaffirmed the dangers by saying, "Elections are at the
15   heart of democracy.  Americans are losing confidence in
16   the fairness of elections.  And while we do not face a
17   crisis today, we need to address the problem of our
18   electoral system."
19                 The Commission concluded at the end of the
20   day, "There is considerable national evidence of
21   in-person voter fraud.  And regardless of whether one
22   believes that voter impersonation is widespread or
23   relatively rare, there can be no serious dispute that
24   the real effect can be substantial because in a close
25   election, even a small amount of fraud could make the
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    margin of difference."

2                    Texas today has a legitimate interest in

3    protecting elections.  It is imperative that we protect

4    the public's confidence in elections by deterring and

5    detecting voter fraud.

6                    In upholding the Indiana photo ID law, the

7    U.S. Supreme Court stated, "Confidence in the integrity

8    of our electoral process is essential to the functioning

9    of our participatory democracy.  Voter fraud drives

10   honest citizens out of the democratic process and breeds

11   distrust of our government.  Voters who fear the

12   legitimate votes will be outweighed by fraudulent ones,

13   will feel disenfranchised."

14                   On October 10, Lighthouse poll, which I

15   have here and be entering into the record -- it's the

16   newest poll that is out -- shows that 86 percent of

17   Texas voters -- that's both Republican and Democrats --

18   favor voter photo ID laws.

19                   The bill that we're laying out today is in

20   compliance with the U.S. Supreme Court Decision which

21   upheld the Indiana voter ID legislation because it,

22   No. 1, deters and detects fraud; 2, it protects the

23   confidence in elections; and, 3, it counts only eligible

24   voters' votes.

25                   It also complies with the Supreme Court

TX_00000383

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  decision, because it offset burdens on voters by

2  providing access to free ID cards, allowing for

3  provisional ballots and absentee ballots, ensuring that

4  obtaining photo ID is no more inconvenient or burdensome

5  than the usual act of voting and providing an exception

6  for elderly voters.

7           The current law, as you know, provides

8  that when a voter shows up to vote, he or she must just

9  show a valid voter registration card.  If unable to do

10 so, the voter may show a photo ID card or other official

11 mail from a government entity -- utility bill, bank

12 statement, government check, paycheck or other

13 government document with name and address -- and sign an

14 affidavit.

15          Senate Bill 14, what we're doing with this

16 bill, Senate Bill 14 would require a voter to show a

17 photo ID except that people 70 or older on January 1,

18 2012, may continue to vote with just a registration

19 card, under current law.

20          Acceptable ID will include an unexpired

21 card issued by the Department of Public Safety, a

22 military ID, a passport or a citizenship certificate

23 with photo.  Voters who cannot produce an acceptable

24 form of photo identification will be allowed to cast a

25 provisional ballot.  That ballot will be counted if the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   voter returns within six days to show a photo ID.

2            It would also provide for statewide

3   training and notification of the changes required for

4   the individual to vote with the photo ID.  It would

5   provide for a free DPS-issued identification card to any

6   registered voter who requests an identification card.

7            Every fraudulent vote effectively still is

8   a legitimate vote.  Elections are too important to leave

9   unprotected when the Legislature could take proactive

10  steps to prevent fraud and protect our democracy.

11           Mr. President, that is what Senate Bill 14

12  does.  And if there's no questions, I would move

13  passage.

14           SEN. WHITMIRE:  Mr. President --

15           SEN. VAN de PUTTE:  Yes.

16           SEN. WHITMIRE:  -- could we slow down?

17  Will the gentleman yield?

18           CHAIRMAN DUNCAN:  I think Senator Van de

19  Putte was first on the list, Senator.

20           Senator Van de Putte.

21           SEN. VAN de PUTTE:  Thank you,

22  Mr. Chairman, I think.  Mr, Chairman, inquiry.  At what

23  point in the proceedings today would a motion be in

24  order to move that all of the testimony and record from

25  this issue from the 2009 legislative session be made

Case 2:13-cv-00193 Document 674-18 Filed on 11/11/14 in TXSD Page 7 of 147

Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 36 of 275

```
 1   into the record?  Would that be done -- would that
 2   motion be proper at the point of original testimony or
 3   at the beginning of these questions at this point?
 4                CHAIRMAN DUNCAN:  Senator, at any time
 5   that one would want to make that motion, it would be
 6   recognized.
 7                SEN. VAN de PUTTE:  Mr. Chairman, would
 8   you recognize me for that motion at this time?
 9                SEN. FRASER:  Mr. Chairman --
10                CHAIRMAN DUNCAN:  Before we do that, we do
11   have a motion in writing that Sen. Huffman intends to
12   introduce with the record, so why don't we do that first
13   and then we'll do everything else.  And it would be my
14   suggestion to -- and what I had hoped to do was finish
15   the testimony or at least the question and answers on
16   the bill and then start at that point in time putting
17   evidence into the record.  So if that's suitable with
18   everyone, it just makes a little more sense to me to
19   keep it in order that way.
20                SEN. VAN de PUTTE:  Thank you,
21   Mr. Chairman.
22                And then I would like to ask my colleague,
23   the author of the bill, to yield.
24                CHAIRMAN DUNCAN:  Okay.
25                SEN. FRASER:  Mr. Chairman, before we --
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    CHAIRMAN DUNCAN:  Senator Fraser, why
2  don't we approach the chair; approach.
3    (Off-the-record discussion at bench)
4    CHAIRMAN DUNCAN:  The Chairman recognizes
5  Senator Huffman for motion in writing.
6    SEN. HUFFMAN:  Thank you, Mr. Chairman.
7    At this time I move that the entire record
8  and transcripts of the hearing related to Senate Bill
9  362 heard by the Committee of the Whole during the 81st
10  Legislative session be included in the record and would
11  move that it marked as Exhibit No. 1.
12    Exhibit No. 1 includes all the invited,
13  public and written testimony, in addition to all of the
14  exhibits submitted by the members during the hearing on
15  Senate Bill 362.  The previous testimony and debate on
16  Senate Bill 362 is relevant, because then and now the
17  objective is to create legislation that protects the
18  integrity and reliability of the electoral process.
19    It includes 870 pages of transcribed
20  testimony.  There were 13 invited witnesses plus two
21  resource witnesses, 36 public witnesses and 29 written
22  articles presented.  So it includes all the exhibits as
23  well, submitted by members during the 81st legislative
24  session on the Committee of the Whole, which totals 55
25  total exhibits.

1          At this time I move for introduction of

2   Exhibit No. 1 into the Committee of the Whole's records.

3          (Exhibit No. 1 marked)

4          CHAIRMAN DUNCAN:  Members, you've heard

5   the motion.  Is there any objection to the motion?

6          SEN. DAVIS:  Question.

7          CHAIRMAN DUNCAN:  Senator Davis, do you

8   have a question?

9          SEN. DAVIS:  Yes.

10          Senator Huffman, during the debate on the

11  Senate floor last session, a number of questions could

12  not be answered by some of the resource witnesses at the

13  moment that they were asked; and, instead, there was a

14  follow-up.  For example, the Secretary of State's office

15  and the Attorney General's office wrote follow-up

16  answers to some of the questions that they were not

17  prepared to ask during the hearing.  Does your motion in

18  writing include the inclusion of those written responses

19  that were provided to the Senate after the hearing took

20  place?

21          SEN. HUFFMAN:  I am not advised on that,

22  but I would certainly have no objection and would move

23  for all of that to be included in the record, because I

24  think it would certainly make it, you know, more

25  complete and certainly would be relevant.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          The record has been certified by Patsy

2  Spaw, the Secretary of the Senate, and so we might check

3  with her to see if that was done.  If not, we could

4  certainly make sure that it was placed in Exhibit No. 1

5  as part of the record.

6          SEN. DAVIS:  Thank you.  I would

7  appreciate that.

8          CHAIRMAN DUNCAN:  I suggest that it be

9  Exhibit 1A, if there are additional information, so that

10  it can be kept separate from what you are going to

11  introduce in your motion in writing as Exhibit 1.

12          SEN. HUFFMAN:  Yes, sir.

13          CHAIRMAN DUNCAN:  Okay.  Is there any

14  objection to Exhibit 1 being included in the record?

15          All right.  The Chair hears none.  Exhibit

16  1 will be included in the record.

17          (Exhibit No. 1 admitted)

18          CHAIRMAN DUNCAN:  All right.  Sen. Van de

19  Putte.

20          SEN. VAN de PUTTE:  Thank you,

21  Mr. Chairman.

22          QUESTIONS FROM SENATE FLOOR

23          SEN. VAN de PUTTE:  Would the gentleman

24  yield, the author of the bill yield?

25          SEN. FRASER:  I would yield.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. VAN de PUTTE:  Thank you.  Thank you,
 2   Mr. Chairman.
 3                    And thank you, Senator Fraser.
 4                    Senator Fraser, this is kind of like a
 5   dance where we have another song, another round, and so
 6   we find ourselves with another year and this version of
 7   the voter identification bill.  And I wanted to ask you
 8   a few questions.
 9                    Given the fact that the bill that was
10   debated during the 81st Legislature was a different
11   bill, can you tell me the model for the bill that was in
12   the 81st Legislature and the differences in what you
13   have proposed in this legislative session?
14                    SEN. FRASER:  Well, if you don't mind, the
15   bill before us today is Senate Bill 14, and I will
16   probably spend my time talking about that bill.  The
17   bill you're addressing, obviously, didn't get through
18   the process.  So I'm going to be addressing the comments
19   on Senate Bill 14 which is before us.  So I would be
20   glad to describe it, if you would like.
21                    SEN. VAN de PUTTE:  Well, my question has
22   to deal with -- I understand that since last we met,
23   there are two years and different court cases.  And the
24   bill that was before this body last legislative session
25   was modeled on a Georgia law and used the template.  And
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  I understand it, this year's model is fashioned after

2  the Indiana law?

3                    SEN. FRASER:  And I think you actually

4  have made the point that I was going to make.  Two years

5  have passed.  Since that time, we've had, you know,

6  obviously, the confirmation by the Supreme Court on the

7  photo ID and then also the preclearance of the Georgia

8  bill by Dale Jays (phonetic).

9                    So looking at, you know, the experience of

10  the bill in place, the simplicity of the photo ID, we

11  chose to go with that.  And as you will remember, the

12  recommendation by President Carter and Secretary of

13  State Baker was, you know, the national photo ID, and

14  that's what we're attempting to implement.

15                    SEN. VAN de PUTTE:  Thank you.

16  Mr. Chairman.

17                    And a few other questions.  With the

18  Carter-Baker Commission, they felt very strongly about

19  encouraging the maximum participation in voter and

20  suggested the type of strategies that we're using.  But

21  the addendum for both gentlemen and the members of the

22  commission were that they, as I recall, and entered into

23  the record during last legislative session, was that the

24  conclusion of the commission was that we should not

25  implement the type of photo identification until you had

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  universal registration, and I believe that was one.  But
 2  given that or not, what I really wanted to ask you is --
 3               SEN. FRASER:  Hold on a second.  I'm
 4  sorry.  I disagree with that.  That is not what the
 5  commission said.  And if you would like to correct that,
 6  but I disagree.
 7               SEN. VAN de PUTTE:  The State of Georgia
 8  is under two sections of the Voting Rights Act, as is
 9  Texas.  Is that correct?
10               SEN. FRASER:  They are a Section 5 voting
11  rights state like Texas.
12               SEN. VAN de PUTTE:  And to your knowledge,
13  is the State of Indiana subject to Section 5 of the
14  Voting Rights Act?
15               SEN. FRASER:  To my knowledge, they are
16  not.
17               SEN. VAN de PUTTE:  So Indiana would have
18  a different burden of proof under a legal document and a
19  legal challenge than the State of Georgia?
20               (Brief pause)
21               SEN. FRASER:  I'm sorry.  I was asking for
22  some data.  Would you reask the question, please.
23               SEN. VAN de PUTTE:  The State of Indiana,
24  which your bill is modeled after, without two alternate
25  forms of identification; whereas, the Georgia bill that
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1    we talked about last legislative session had two --
2    certainly had a photo identification, but if the voter
3    was unable to produce a photo identification, they could
4    produce for the election judges two forms of
5    identification without, and it was utility bill and --
6    in fact, the things that you struck here.
7                  But in Indiana that requirement is not
8    there, so we went with the Indiana bill.  But my
9    question is, Indiana is not subject to Section 5 of the
10   Voting Rights Act.  So their legal hurdle to the
11   Department of Justice challenge is very different than
12   what happened in the State of Georgia.  Is that correct?
13                  SEN. FRASER:  The Indiana law has been
14   approved by the U.S. Supreme Court, the Georgia law was
15   precleared by the Department of Justice, and both of
16   those have gone through that challenge.
17                  SEN. VAN de PUTTE:  Senator Fraser, when
18   this legislature passes the voter identification bill --
19   and there is no doubt that this bill will pass -- it
20   will have to proceed to the Department of Justice for
21   clearance?
22                  SEN. FRASER:  As a Section 5 state, we are
23   subject to Section 5 rules.
24                  SEN. VAN de PUTTE:  So, yes, it will
25   proceed to the Department of Justice?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      SEN. FRASER:  We are a Section 5 voter

2   rights state, and we will be subject to those laws.

3      SEN. VAN de PUTTE:  And do you have any

4   concerns that a Section 5 state as Texas would offer to

5   the Department of Justice a voter identification bill

6   that mirrors a non-Section 5 state rather than something

7   that has already been upheld in the Georgia law, a

8   Section 5 state?

9      SEN. FRASER:  We are offering a bill that

10  has been approved by the U.S. Supreme Court.  And the

11  parameters that the Supreme Court set, we meet all of

12  those tests.

13      SEN. VAN de PUTTE:  However, in the

14  Indiana court and in the Supreme Court case on Indiana,

15  what they said was, the undue burden was -- did not be

16  demonstrative because they did not have the level of

17  minority voters, that was never a check point, because

18  they did not have to go through the Department of

19  Justice.  Is that correct?

20      SEN. FRASER:  I'm sorry.  I'm having

21  equipment failure here.  Just a second.

22      (Brief pause)

23      SEN. FRASER:  Senator, I'm sorry.  I'm

24  asking for data, backup data, because the information

25  that you're addressing, my information doesn't agree

1   with that, is that the Georgia law that I have in front

2   of me said it is a photo ID.  Do you have something that

3   shows differently?

4            SEN. VAN de PUTTE:  Yes.  In the Georgia

5   bill, you have to have a photo ID.  However --

6            SEN. FRASER:  I realize you're saying

7   that, but do you have -- you know, do you --

8            SEN. VAN de PUTTE:  The bill that you

9   introduced last year had the two alternate forms of ID,

10  which was exactly the Georgia bill.  We used the model

11  of the Georgia bill.

12            SEN. FRASER:  And that bill is not before

13  us today; Senate Bill 14 is before us.

14            SEN. VAN de PUTTE:  That's correct.  And

15  so my question is --

16            SEN. FRASER:  And I would ask you, did you

17  vote for that bill last year?

18            SEN. VAN de PUTTE:  No, sir, I didn't.

19            SEN. FRASER:  Okay.

20            SEN. VAN de PUTTE:  But my question is, do

21  you have any concerns that we will offer to the

22  Department of Justice a bill, a voter identification

23  bill that is modeled after a state law that does not

24  have to go through Section 5, rather than a Georgia

25  model which already has been proven and has been

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  affirmed, both in the court case and the Department of

2  Justice? That was my question. Do you have any concern

3  that we will have done all of this debate and work, and

4  certainly to ensure the ballot security, only to be shut

5  down at the Department of Justice, because we are a

6  Section 5 state and what we're offering in your bill is

7  not something that has been approved by the Department

8  of Justice?

9          SEN. FRASER: I have no concern about

10  Senate Bill 14, both going before the U.S. Supreme Court

11  or going before the Department of Justice.

12          SEN. VAN de PUTTE: Thank you, Senator

13  Fraser. I wanted to ask a little bit of your thinking.

14  And in the bill that you have before us, the student

15  identifications were omitted from your list of

16  acceptable documentation. And could you give me the

17  rationale why a student photo identification is not

18  acceptable form of identification?

19          SEN. FRASER: The types of identification

20  we've included are one from a government entity that

21  would identify that person as who they are, that they

22  say they are, they're a valid voter and a citizen of the

23  United States, and these are the ones that we have

24  suggested that would be acceptable.

25          SEN. VAN de PUTTE: So the rationale for

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   not having student identification cards on the list,

2   since you omitted them, is because they aren't issued by

3   a governmental entity?

4                SEN. FRASER:  I didn't say that.

5                SEN. VAN de PUTTE:  I'm sorry.  Can you

6   repeat your answer.

7                SEN. FRASER:  I said I did not say that.

8                SEN. VAN de PUTTE:  So why were the

9   student identifications -- you explained that the

10  student identifications were omitted from the list of

11  acceptable documentation, because it was not a

12  government entity.

13               SEN. FRASER:  The four types of

14  identification that we are offering up we believe are

15  less confusing, they're simpler for both voters and

16  election voters.  Everyone knows what they look like.

17  There is a standardization of those, and they all look

18  alike and it would be less confusing for the systems who

19  are accepting the voter IT.

20               SEN. VAN de PUTTE:  And, Senator Fraser,

21  one of the provisions in your bill also omits birth

22  certificates from the list of acceptable forms of

23  identification, even though that does come from

24  government entities.  And so why is it that birth

25  certificates were omitted?

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. FRASER:  This is requiring a photo
 2   ID, current photo ID.
 3                    SEN. VAN de PUTTE:  Senator Fraser, are
 4   there any provisions in the bill to accommodate a voter
 5   that has a different address on their photo
 6   identification and their voter registration card?
 7                    SEN. FRASER:  The Secretary of State is
 8   here as a resource witness, and I'm sure they will be
 9   glad to answer that.
10                    SEN. VAN de PUTTE:  No, I'm not asking the
11   difference.  I'm asking, is there any provision in
12   Senate Bill 14?
13                    SEN. FRASER:  It is not addressed, because
14   that is taken care of by the Secretary of State, that we
15   don't address that in the bill.  That would be by an
16   interpretation of rule of the Secretary of State.  They
17   will be here, and you can ask them that question.
18                    SEN. VAN de PUTTE:  So also you would
19   prefer that we ask the Secretary of State what sort of
20   provision, since your bill is silent on different last
21   names?
22                    SEN. FRASER:  Again, that's a question
23   that --
24                    SEN. VAN de PUTTE:  So, for example, women
25   that got married?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | |
|---|---|
| 1 | SEN. FRASER: We've actually got two |
| 2 | different -- you know, kind of an overlap here. We've |
| 3 | got the Department of Public Safety that I believe |
| 4 | Senator Williams is going to be answering questions, |
| 5 | because that's his area. And then we also have the |
| 6 | Secretary of State available as a resource that I think |
| 7 | you can ask that question. |
| 8 | SEN. VAN de PUTTE: Senator Fraser, under |
| 9 | Senate Bill 14, your voters can cast a provisional |
| 10 | ballot. Under the Indiana bill, that is set at a 10-day |
| 11 | cure. Why is it that you chose a six-day cure? |
| 12 | SEN. FRASER: And you'll remember, the |
| 13 | Georgia law is only 48 hours, two days. They went 10 |
| 14 | days; the Georgia law went two days. We decided that |
| 15 | six days should be sufficient to come back. |
| 16 | SEN. VAN de PUTTE: And as I understand |
| 17 | it, the Georgia law does have a 48, but they can use two |
| 18 | alternate forms of ID which are not in your bill. So |
| 19 | what sort of -- |
| 20 | SEN. FRASER: I'm sorry. You know, you |
| 21 | keep saying that. You need to pull up the data to show |
| 22 | me that, please. |
| 23 | SEN. VAN de PUTTE: So to prove their |
| 24 | provisional ballot is correct and the six-day cure, what |
| 25 | documentation does your bill have that is acceptable? |

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Photo ID.
 2              SEN. VAN de PUTTE:  So only a photo
 3   identification.  So they would have to --
 4              SEN. FRASER:  The acceptable photo IDs
 5   that are outlined in the bill would be an acceptable
 6   form, yes.
 7              SEN. VAN de PUTTE:  Senator Fraser, do you
 8   know right now in the State of Texas, we're able to cast
 9   provisional ballots?  That's correct, isn't it?
10              SEN. FRASER:  I'm sorry.  Ask that again.
11              SEN. VAN de PUTTE:  Current election law
12   allows Texas voters to cast a provisional ballot.  Is
13   that correct?
14              SEN. FRASER:  I'm sorry.  That is another
15   question I think you should ask the Secretary of State.
16   It is my belief that, but I'm sorry, I don't want to
17   answer that.  You can, if you don't mind, ask the
18   Secretary of State.
19              SEN. VAN de PUTTE:  Thank you, Senator.
20   Since it's based on Indiana law, do you believe that the
21   State of Texas has a greater minority population than
22   the State of Indiana?
23              SEN. FRASER:  I'm not advised.
24              SEN. VAN de PUTTE:  To your knowledge,
25   have any studies been done to determine if there has
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  been, under current Texas voter laws, any impact that it

2  would have on affected class of Latino and

3  African-American voters?

4               SEN. FRASER:  The bill that I'm laying out

5  today is a model that has been approved by the U.S.

6  Supreme Court, it has been precleared by the Department

7  of Justice in Georgia.  It will deter fraud.  We're

8  providing free access of cards.  And, yes, we believe

9  this will protect confidence in election in making sure

10  only eligible voters are counted.

11               SEN. VAN de PUTTE:  Senator Fraser, on the

12  availability of free identification cards, is there a

13  means test, or what sort of proof do citizens have to

14  give to the Department of Public Safety to be able to

15  get a free identification card under your bill?

16               SEN. FRASER:  The Department of Public

17  Safety is here as a resources witness.  Senator Williams

18  is also here.  That's his area of expertise.  If you

19  have a question about that, if you would like, I will

20  yield to Senator Williams now or you can wait and ask

21  the DPS when it comes up.

22               SEN. VAN de PUTTE:  Well, right now the

23  DPS I don't think gives free IDs.  But in your bill,

24  what sort of process or documentation can voters use to

25  get a free identification card, in your bill?  What are

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   the --
 2                   SEN. FRASER:  If you would like I can
 3   yield to Senator Williams or we can wait and have the
 4   DPS.  Our instruction is the bill, is that they will
 5   issue an ID card and they will not charge.  That is very
 6   clear to the DPS.  And if you want to ask how that will
 7   be done, they will be coming up, and you will be able to
 8   ask that question.  Or if you would like for me to yield
 9   to Senator Williams, we'll let him answer that.
10                   SEN. VAN de PUTTE:  No, Senator.  Thank
11   you.  I appreciate this is just a different bill from
12   last legislative session, and I was trying to get at
13   least some of your thinking of why you went with a
14   different bill than last year, a more restrictive, a far
15   more restrictive bill than what we debated last
16   legislative session.  And I look forward to the
17   questions, I look forward to the testimony today, but I
18   don't have any other further questions.
19                   And I'm sure some of my colleagues have
20   questions, both of the author of the bill and any of the
21   other senators that have certain sections that they have
22   got expertise on.
23                   But thank you very much, Mr. Chairman.  I
24   don't have any other further questions.
25                   CHAIRMAN DUNCAN:  Senator Watson?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1                   SEN. WATSON:  Thank you, Mr. Chair.
2                   Will the senator yield for a couple of
3    questions?  Oh, I'm sorry.
4                   SEN. FRASER:  One second, please.  Are you
5    wanting me to yield?
6                   SEN. WATSON:  Yes --
7                   SEN. FRASER:  Hold on a second, please.
8                   SEN. WATSON:  -- if you don't mind.
9                   (Brief pause)
10                  (Senator Whitmire speaking without mic)
11                  SEN. FRASER:  Do you have the floor now?
12                  (Senator Whitmire speaking without mic)
13                  SEN. FRASER:  No, you're asking questions
14   over here.
15                  (Senator Whitmire speaking without mic)
16                  SEN. FRASER:  Making sure I get the
17   answers correct.
18                  I will yield now.
19                  SEN. WATSON:  Thank you, Chairman Fraser.
20                  I want, if you don't mind, to ask about
21   the fiscal note for just a second.  The fiscal note that
22   was attached to your bill, Senate Bill 14, indicates
23   that the fiscal implication to the state is anticipated
24   to be $2 million.  Is that correct?
25                  SEN. FRASER:  Could you hold one second.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. WATSON:  Sure.
 2                    SEN. FRASER:  I need to pull the data
 3   here.
 4                    (Brief pause)
 5                    SEN. FRASER:  Senator, I was just
 6   verifying.  We spent a lot of time last night talking
 7   about this.  I think you're aware that the HAVA funds
 8   that come from the federal government, which I believe
 9   are Help America Vote Institute, I guess it is, Help
10   America Vote, the HAVA, there are funds that come to
11   every state to the secretary of state.  We have a fund
12   that is setting in the Secretary of State's office that
13   would be more than sufficient to handle this.
14                    In other states like Indiana and Georgia,
15   the HAVA funds have been used before.  We have requested
16   that those funds be available for this.  They advised us
17   back, until the passage of the bill, they can't approve
18   the funds.  But the assumption is that those funds are
19   before the Secretary of State, and they will be here at
20   some point.  You can ask them about those funds, the
21   parameters, but it is our belief that the HAVA funds
22   will be available for this and would offset the fiscal
23   note.
24                    SEN. WATSON:  I appreciate that answer.
25   My question was, it's a $2 million fiscal note.  Right?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Right now the fiscal note
 2  that was delivered is $2 million, yes.
 3              SEN. WATSON:  Okay.  And that's what I
 4  really wanted to ask about.  And I'll talk about the
 5  fact that y'all want to take some federal funds, here in
 6  a second.  But first of all, last session when we were
 7  talking about the fiscal note, my memory was and is,
 8  that at the beginning of the session when you filed the
 9  bill last session, there was a zero fiscal note, and
10  then that got changed to the same as it is right now, a
11  $2 million fiscal note for voter awareness, and it was
12  exclusively for voter awareness in the second fiscal
13  note.
14              Can you tell me what analysis has gone
15  into coming up with how much money should be spent on
16  voter awareness and voter education regarding this bill,
17  in order to get to that $2 million?
18              SEN. FRASER:  I think the analysis on this
19  comes from the Secretary of State's office, and I'm sure
20  they will be glad to answer your question.  Two years
21  ago before we started, we advised them that we needed
22  voter education.  If you remember in the bill, we
23  discussed in that when we were discussing that, that we
24  needed to have an appropriation for that.
25              I think Senator Ogden stood up and talked
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   about the fact that they would be willing to make sure
 2   that there was money there.  Since then, we have been
 3   made aware that the Secretary of State not only I think
 4   has a plan for doing that but also a plan for requesting
 5   the funds from HAVA.
 6              SEN. WATSON:  Well, I'll ask about that.
 7   So, then, let me ask you another question.  You
 8   indicated in your opening comments that -- and I've read
 9   your legislation -- under this bill, everyone gets a
10   free identification card if they come in and ask for a
11   free identification card, they show a voter registration
12   card and/or they apply for a registration card.  That
13   $2 million that you've just talked about doesn't include
14   the cost, any of the cost for providing these free
15   identification cards, does it?
16              SEN. FRASER:  I'm sorry.  I was doing
17   something else.  Would you ask that last question again,
18   please.
19              SEN. WATSON:  Does the $2 million in the
20   fiscal note include any of the cost of providing free
21   identification cards?
22              SEN. FRASER:  To my knowledge, it does
23   not.
24              SEN. WATSON:  And, in fact, there is no
25   means test and your bill forbids DPS from collecting a
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   fee.   If any eligible voter comes in or submits a
2   registration application, they can then avoid what is
3   the typical $15 fee?
4              SEN. FRASER:   Senator, have you seen the
5   numbers that have been collected by DPS on the number of
6   eligible voters that have registered since 2006, the
7   ones that registered with a driver's license or a
8   driver's license and a social security card that
9   identified the number of people registering --
10             SEN. WATSON:   Yes.
11             SEN. FRASER:   -- that already had
12  identification?   So the question you're asking is, the
13  universe we're talking about we believe is very, very,
14  very small.   In fact, the Carter Commission, after the
15  implementation in both Indiana and Georgia, and actually
16  Mississippi they looked at, they found that only 1.2
17  percent of people did not have, already have a photo ID
18  available, so the universe of this, so the
19  question you're asking --
20             SEN. WATSON:   Then why don't we talk about
21  specific numbers.   With you talking about those numbers,
22  you're probably aware that in 2007, House Bill 218 was
23  offered.   It was referred to the committee, the Senate
24  Committee on State Affairs.   And in that one, which was
25  HB 218, DPS talked specifically about identification

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   cards and it put a fiscal note, it believed that it

2   would be $1.3 million per biennium or $4 million every

3   six years out of the highway fund.  Were you familiar

4   with that?

5               SEN. FRASER:  Senator, you're getting into

6   an area that's outside of my area of expertise.  We have

7   the person that's in charge of that.  You've got two

8   choices.  Either you can ask that question of DPS as a

9   resource when it comes up, or I will yield to Senator

10  Williams right now and he can answer your question.

11              SEN. WATSON:  Senator, if you would answer

12  that question.

13              SEN. FRASER:  I now yield to Senator

14  Williams.

15              SEN. WILLIAMS:  I just want to be sure

16  I've got your question right.

17              SEN. WATSON:  Sure.  Since we're talking

18  about numbers here -- and I'm trying to get a feel for

19  what the cost of this is -- in House Bill 218 in the

20  2007 -- the 80th legislative session, there was a bill

21  filed that dealt with the provision of identification

22  cards.  And in that one, the LBB indicated the fiscal

23  note would be $1.3 million or $4 million every year

24  coming out of the highway fund.  Are you familiar with

25  that?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1            SEN. WILLIAMS:  I'm not familiar with

2    House Bill 218.  But, you know, I take what you're

3    saying --

4            SEN. WATSON:  Sure.  Okay.

5            SEN. WILLIAMS:  -- at value.

6            SEN. WATSON:  And since I anticipate that

7    there would be deferral to you on the next question,

8    too, let me just go ahead and ask that.  Last session,

9    in the 81st session, there was a bill by -- it was HB

10   2335 that indicated, similar to what Senate Bill 14 does

11   not, that there couldn't be a fee charged for issuing a

12   document that someone might use as proof of their

13   identification for purposes of voting.  In the fiscal

14   note there, the LBB singled out DPS identification

15   cards, which is what we're talking about here, and

16   assumed that if everyone used those, the number they

17   came up in that fiscal note was $47 million over five

18   years.  Are you familiar with that one?

19           SEN. WILLIAMS:  I'm not familiar with

20   that --

21           SEN. WATSON:  Okay.

22           SEN. WILLIAMS:  -- particular bill.  But

23   what I can tell you is that the cost to the Department

24   of Public Safety for issuing an ID card is about $1.67.

25   It's a very small amount of money.  So $47 million

CONSIDERATION OF SENATE BILL 14  1/25/2011

1   sounds -- that's a lot of IDs at a buck 67 apiece.  And

2   so what I would say is that when I discussed this with

3   the Department of Public Safety recently -- and they'll

4   be here to testify about this in detail more -- I think

5   that it would be difficult for them to determine now how

6   many people might take advantage of the free ID card.  I

7   think it's probably not possible for them to estimate

8   that.

9               But the cost, I think we're all pretty

10  comfortable that it would be fairly negligible.  When

11  you look at the universe of registered voters, which is

12  somewhere around 13 million people, I think, and you've

13  got about 15 million people that have either a driver's

14  license -- and I can get you the exact numbers.  I have

15  them here -- there are a lot of people that already --

16               SEN. WATSON:  Right.

17               SEN. WILLIAMS:  -- have state ID cards.

18  And a lot of the folks that don't have those would be

19  using a mail-in ballot, and there is no requirement to

20  present any kind of photo identification for a mail-in

21  ballot, and this legislative doesn't touch that.  So we

22  think that the chances that there's going to be somebody

23  who is going to want to avail themself, there will be

24  some, but it's going to be a very small number.

25               SEN. WATSON:  Of course, what I'm

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   attempting to do is not engage in that as I vote no
 2   this.  What I've tried to go is go back and find out
 3   what the LBB, which we rely upon for fiscal notes, has
 4   actually said about these sorts of things, with previous
 5   legislation that has addressed this, as opposed to
 6   speculation.
 7                SEN. WILLIAMS:  And, Senator Watson, I
 8   understand, and there are a lot of things -- I'm not
 9   familiar with those bills.  And what I would tell you is
10   that each -- the LBB comes up with their methodology
11   based on what each bill's requirements are.  And not
12   being familiar with that --
13                SEN. WATSON:  Sure.
14                SEN. WILLIAMS:  -- I can't tell you what
15   the difference between that and this is.  But we did
16   specifically sit down and talk to DPS, and they really
17   don't expect that this is going to be any big burden on
18   the agency that they're not going to be able to handle.
19                SEN. WATSON:  Thank you for your answer.
20                SEN. WILLIAMS:  Yes.
21                SEN. WATSON:  I have a couple more
22   questions for Senator Fraser, if that would be all
23   right.
24                SEN. FRASER:  I'm back with you.
25                SEN. WATSON:  Okay.  Great!  Thank you,
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    Senator.

2              Would the HAVA money that -- first of all,

3    you're familiar that in the base budget that the Senate

4    has but out, the $2 million for this biennium for voter

5    education has been explicitly cut.  You're familiar with

6    that.  Right?

7              SEN. FRASER:  I don't think the word

8    "explicitly cut," I don't think it's been addressed.

9              SEN. WATSON:  Well, it's been struck

10   through in the base budget.  Did you know that?

11             SEN. FRASER:  I'm not advised.

12             SEN. WATSON:  Okay.  Are you also familiar

13   that in this budget it calls for a $358 million cut to

14   the DPS budget?

15             SEN. FRASER:  Again, I'm not on Finance;

16   I'm not sure you're on Finance.  And so, no, I

17   haven't -- the base bill is the starting point of

18   discussion, so I'm not advised.

19             SEN. WATSON:  All right.  So you're not

20   advised whether, out of that 9.5 percent of the cut

21   comes in regulatory and the licensing area for DPS?

22             SEN. FRASER:  Well, and as you know, as we

23   start the session, that's a draft budget as a starting

24   point.  We're a long ways from that being concluded.  So

25   the answer is no, I'm not aware.

1           SEN. WATSON:  Thank you very much.

2           Thank you, Mr. Chairman.

3           SEN. ELTIFE:  Senator Whitmire, what

4   purpose do you rise?

5           SEN. WHITMIRE:  Will the gentleman yield?

6           SEN. ELTIFE:  Senator Fraser yield?

7           SEN. FRASER:  Be glad to.

8           SEN. WHITMIRE:  Senator Fraser, a couple

9   of questions about the implementation of your

10  legislation if it passes.  First off, I have to make

11  this observation:  Have you ever seen the gallery so

12  empty when the Legislature is considering something

13  that's been given such a high billing as Senator Duncan

14  was making yesterday when he asked us to go to Committee

15  of the Whole?  I mean, how timely this was and how

16  critical it was?  The Governor has made it an emergency,

17  and I don't think I've -- I don't know if there's 20

18  people in the gallery.  If it's so important, can you

19  explain to me why the gallery is empty --

20          SEN. FRASER:  I am not advised.

21          SEN. WHITMIRE:  -- based on --

22          SEN. FRASER:  I'm concentrating on the

23  action on the floor rather than looking up and seeing

24  who is in the gallery.

25          SEN. WHITMIRE:  Well, but it's an

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   indication, if the public is really concerned,

2   particularly based on your polling data, which I'm sure

3   you would join with, we don't govern in the state by

4   polls normally, do we?

5           SEN. FRASER:  Well, other than I find it

6   interesting, whenever they asked the people of your

7   district that you represent --

8           SEN. WHITMIRE:  Sure.

9           SEN. FRASER:  -- of whether they're in

10  favor, the polls continue to show that the public, both

11  Republican and Democrat --

12          SEN. WHITMIRE:  Well --

13          SEN. FRASER:  -- you say, "Will you

14  support a person voting with a photo ID?"

15          SEN. WHITMIRE:  And did you include in

16  that question and would you be for it if it would

17  disenfranchise senior citizens, students or others?  You

18  and I know it's all in how you ask the question.  In

19  fact, the way you're stating it, I'm surprised you

20  didn't get 100 percent.  If you ask people, "Are you

21  against vote fraud?" I would assume you would get

22  100 percent.

23          SEN. FRASER:  Here's the question --

24  here's the question --

25          SEN. WHITMIRE:  It's the unintended

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  consequences that we're concerned about.

2              SEN. FRASER:  "Do you favor or oppose

3  requiring a photo ID before a person is allowed to

4  vote?"  Pretty straightforward.

5              SEN. WHITMIRE:  I'm surprised you didn't

6  get 100 percent if you include "and stop fraud."  It's

7  when you add into it, "if it meant disenfranchising

8  senior citizens," and then I think you would have a

9  significant drop.

10              The bottom line is, Senator Fraser, and

11  we'll have -- and let's have this ballot:  Would you

12  concede that we're all, all 31 of us are against

13  election fraud?

14              SEN. FRASER:  I will not concede that

15  until after the vote, and we're assuming the ones that

16  vote for it are --

17              SEN. WHITMIRE:  Well, let me go ahead and

18  speak for the 12 of us that are probably going to vote

19  "No."  We're all against election fraud.  And I would

20  suggest we've actually seen an election process since we

21  took this up two years ago.  Let's look at the most

22  recent election.  What fraudulent activity this past

23  November are you so concerned about?  I think it's the

24  election -- and maybe I should be more concerned.

25              If you look at the election results, it

Case 2:13-cv-00193  Document 674-18  Filed on 11/11/14 in TXSD  Page 37 of 147

CONSIDERATION OF SENATE BILL 14  1/25/2011

```
 1   was an overwhelming victorious day for Republicans in

 2   November.  You replaced 34 Democrats in the house.  Now,

 3   are you suggesting there was significant fraud on that

 4   election day?

 5              SEN. FRASER:  Senator, all we're trying to

 6   do with this bill is that when you walk into the polling

 7   place and represent that you are John Whitmire --

 8              SEN. WHITMIRE:  Sure.

 9              SEN. FRASER:  -- that you can prove you

10   are who you say you are before you vote, it's a very

11   simple concept.

12              SEN. WHITMIRE:  Except, Senator Fraser,

13   the unintended consequences that you're going to

14   disenfranchise people that have not been able to acquire

15   these cards, and that's what I want to spend a few

16   moments on.  Walk me through a real life example of how

17   a senior citizen in my district is going to acquire that

18   card.  Do they do it by mail?  Do they have to do it in

19   person?  What's the process?

20              SEN. FRASER:  Senior citizens over --

21              SEN. WHITMIRE:  Give me a real life.

22   Don't say, "We're going to provide it."  Let's break

23   down what an 86-year-old lady in my district, never been

24   required to have one, how is she going to get her card?

25              SEN. FRASER:  She would vote under current
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   law because she's exempt.

2               SEN. WHITMIRE:  You've given her an

3   exemption.  Does she have to prove, that day, her age?

4   I mean, Troy --

5               SEN. FRASER:  You can ask that question of

6   the Secretary of State.  But I'm assuming --

7               SEN. WHITMIRE:  Well, you're the author.

8   And let me just tell you, like I said, we're all against

9   fraud.  As elected officials, it's in our own personal

10  self-interest to have honest elections with the highest

11  integrity.  We're doing it for the people that we

12  represent as well.  So that's not the issue, are we for

13  or against fraud?  It's the implementation, it's the

14  disenfranchisement, Troy, that we're fighting for and

15  what we've been fighting for, for the last couple of

16  years.  Tell me how we're going to address the

17  unintended consequences of someone not being able to

18  vote on election day, because I know you don't want

19  that.  And I --

20              SEN. FRASER:  I was sent down here by the

21  people of my district to represent their views.  The

22  polling of my district shows that it's almost 90 percent

23  of the people in favor of it.

24              SEN. WHITMIRE:  Okay.

25              SEN. FRASER:  The district that you

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   represent, I think if you poll in that district -- and I

2   have used some polling that shows close to the same

3   number -- that say that when they're asked, "Do you

4   think you should have to show a photo ID?" and they say

5   yes.

6                SEN. WHITMIRE:  And my --

7                SEN. FRASER:  So my answer is, we need to

8   pass this, because the people in our district --

9                SEN. WHITMIRE:  Well --

10               SEN. FRASER:  -- believe that they should

11  show a photo ID.

12               SEN. WHITMIRE:  First of all, I don't

13  govern by poll.  And if I was at a town hall meeting and

14  I walked through, after they've said they're for voter

15  ID, then I start talking about the implementation of it,

16  they start being just as concerned as I am.  So I want

17  to know how people are going to acquire these cards.

18  Forget the 86-year-old.  Let's go to a 56-year- old

19  person.  How do they acquire the card?  Are you familiar

20  in Houston it takes two to three hours to get a driver's

21  license at the DPS office?

22               SEN. FRASER:  John, I was about to ask

23  you, you know, ask you your age, but I know your age.

24  We're both 61.  A 61-year-old person in our age group,

25  is it going to be a real problem for you and I to drive

```
 1   down to the DPS to get --
 2                  SEN. WHITMIRE:  Well, see, that's what's
 3   so sad about this discussion.  You're not putting
 4   yourself in the shoes of someone who doesn't have the
 5   means that you and I have, they have to depend on
 6   someone else for transportation.  They may not have any
 7   resources.  How is a 56-year-old person in Houston,
 8   Texas, going to acquire this card --
 9                  SEN. FRASER:  We are not changing --
10                  SEN. WHITMIRE:  -- no driver's license.
11                  SEN. FRASER:  We are not changing the
12   mail-in ballot.  And if someone has a reason that they
13   need to vote by mail --
14                  SEN. WHITMIRE:  On a mail-in ballot, how
15   do you prove -- that's early voting.  How do you verify
16   who you are in that instance?
17                  SEN. FRASER:  I'm sure the Secretary of
18   State would be glad to answer that.
19                  SEN. WHITMIRE:  Okay.  But that's not what
20   we're talking about.  We're talking about on election
21   day, a person in Houston wants to vote, how do they
22   acquire the voter ID, photo ID?
23                  SEN. FRASER:  The DPS and the Secretary of
24   State will both be here, and I'm sure they will be glad
25   to answer that question.
```

CONSIDERATION OF SENATE BILL 14  1/25/2011

```
1           SEN. WHITMIRE:  Troy, you're proposing
2   this.  And before we go forward, I would like to know,
3   do you have to go to the DPS office?  Do you order it by
4   mail?  That's a critical concern of all of us that are
5   voting "No" against this bill.  And I don't --
6           SEN. FRASER:  Senator, did --
7           SEN. WHITMIRE:  -- think you want to
8   disenfranchise anybody, but I'm afraid that there's
9   unintended consequences that you have not envisioned.
10          SEN. FRASER:  Did another senator advise
11  you of what you had to do to go down to the DPS office
12  to get your driver's license?
13          SEN. WHITMIRE:  Well, we're not talking
14  about me.  We're fortunate; you and I are fortunate.  We
15  probably don't have to wait in lines.  In Houston.
16  Texas --
17          SEN. FRASER:  There are 15 million drivers
18  in Texas.  Of the 31 Senate districts, I think that
19  would mean there's about 500,000, I believe, in my
20  district.  And I don't think I've got a one of them that
21  I instructed on how to go down and get a photo ID.
22          SEN. WHITMIRE:  Okay.  Well, let me just
23  tell you about the DPS operations in Harris County.  A
24  working person cannot go by and get their license
25  renewed on their lunch hour, before work or after work,
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  because literally it's a two to three-hour wait.  So how

2  do you add this new group of participants that have to

3  show up at a DPS office to get a voter ID.

4              SEN. FRASER:  We have someone coming from

5  the DPS.  I think you can ask that question or

6  I'll yield to Senator Williams.

7              SEN. WHITMIRE:  I'm not sure if they're --

8  I think you as the sponsor ought to explain that.

9              SEN. FRASER:  The bill that I'm laying out

10  is very clear, that it complies with the Supreme Court

11  ramification and it also has been cleared by the

12  Department of Justice.

13              SEN. WHITMIRE:  Okay.  So you don't know.

14  Is that your answer?

15              SEN. FRASER:  I said we've got resource

16  witnesses that are coming.  I'm not an expert in that

17  area.  We do have an expert coming, and they'll be glad

18  to answer your question.

19              SEN. WHITMIRE:  The DPS folks will have to

20  publicly say at Gessner and I-10 or at Tacoma and 290,

21  two sites in my district -- and I complained and asked

22  for more resources -- it's a two- to three-hour wait,

23  Governor Dewhurst, to get your driver's license renewed.

24  So you can't even go over there on your lunch hour and

25  get a driver's license, and now you want the folks to go

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   over there and, I assume, wait in line to get a voter
2   ID.
3              Let me ask you another question about the
4   education that you're going to provide.  Is it going to
5   be done in bilingual materials with a --
6              SEN. FRASER:  I'm sure the Secretary of
7   State will be glad to answer that question.
8              SEN. WHITMIRE:  Well, you're the sponsor.
9              SEN. FRASER:  And as the sponsor, I
10  invited the Secretary of State as a resource witness, to
11  make sure we have someone that knows the answer to that
12  particular question.
13             SEN. WHITMIRE:  One also is, your bill
14  provides same-day registration.  Now, according to you,
15  you're going to have a fail-safe system that you'll know
16  who is showing up to vote.  Are you open to the idea
17  that someone who has gotten motivated in the last 30
18  days, maybe the days just leading up to the election,
19  with this secure form of ID can show up on election day,
20  prove who they are and ask to vote?
21             SEN. FRASER:  The bill does not provide
22  for same-day registration.
23             SEN. WHITMIRE:  I'm sorry.  What?
24             SEN. FRASER:  The bill does not provide
25  for same-day registration.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. WHITMIRE:  Would you be amenable to
 2  us proposing it and --
 3                    SEN. FRASER:  The bill does not provide,
 4  as I -- I filed the bill, and the bill does not provide
 5  for same-day registration.
 6                    SEN. WHITMIRE:  Okay.  Thank you for your
 7  answers.
 8                    CHAIRMAN DUNCAN:  Senator Uresti.
 9                    SEN. URESTI:  Thank you, Mr. Chairman.
10                    Would the gentleman yield for some
11  questions?
12                    SEN. FRASER:  I would love to yield.
13                    SEN. URESTI:  Thank you, Senator Fraser.
14  I want to ask you a few questions, kind of to follow on
15  what Dean Whitmire asked you specifically regarding the
16  DPS offices.  And I don't know if they're here yet or
17  not.  But particularly about my district, you know how
18  large it is.  It goes from San Antonio all the way to
19  El Paso, and it has 23 counties, as I'm sure you're
20  aware, Senator Fraser.
21                    And one of the concerns that I have is
22  that between here and El Paso -- and you may know this.
23  If not, I would like to let you know and the other
24  members know -- well, let me ask you this:  Do you know
25  how many of my 23 counties do not have a DPS office?
```

CONSIDERATION OF SENATE BILL 14  1/25/2011

1        SEN. FRASER:  Senator, you know, the start
2  of your description of this, I'm very familiar with the
3  district, because I used to represent a lot of it.  And
4  that area between -- going out toward El Paso, I've had
5  that when I was a state rep.  It was in my state
6  representative district.  And then part of your other
7  district was when I was a senator.  So, yes, I'm very
8  familiar with it.

9        The answer to your question that you're
10  asking about driver's license location, we'll have
11  somebody from DPS here, and I'm sure they'll be glad to
12  answer that question for you.

13        SEN. URESTI:  Well, in the meantime,
14  Senator Fraser, let me let you and the members know.
15  There are eight counties in my district out of the 23
16  that do not have a DPS office.  Loving County has no
17  office, Crockett County, Hudspeth County, Jeff Davis
18  County, Kinney County, Real County -- we had some good
19  folks here yesterday representing Real County -- and
20  Terrell County have their offices temporarily closed.
21  And, Senator Fraser, do you know how many people live in
22  those counties?  There are 47,000 people that live in
23  those counties in my district that don't have a DPS
24  office.

25        SEN. FRASER:  Do you know how many in

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  those counties drive that have a license?

 2              SEN. URESTI:  No, I don't.  Do you know,

 3  Senator?

 4              SEN. FRASER:  I don't, no.  I have been

 5  out in those counties and I see people driving.  I'm

 6  assuming they have a driver's license.

 7              SEN. URESTI:  Well, it makes it even more

 8  difficult if they don't have a driver's license and they

 9  need to get a driver's license or a photo ID to vote.

10  How are they going to drive long distances in order to

11  retrieve that -- or obtain that ID?

12              SEN. FRASER:  Again, the data we've been

13  shown is that people registered to vote -- and I guess I

14  would like to look in your area -- but about 90 percent

15  of the people that are coming in show their driver's

16  license when they register to vote.

17              You know, yes, there's -- it looks like

18  there's a lot of people or, you know, 47,000, but I'm

19  assuming that the bulk of those, probably a lot of them

20  have IDs.

21              SEN. URESTI:  Well, that's an assumption,

22  Senator Fraser, that you're making that I don't have the

23  luxury of making on behalf of those 47,000 people.  But

24  in addition to that, Senator Fraser and members, there's

25  another 70,000, another 70,000 constituents in my

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   district that have access to only partial or sporadic

2   service; for example, Senator Fraser, the first Tuesday

3   of each month from 9:00 to 4:00. So they have one day a

4   month, members, to go and get an ID, and that's between

5   the hours of 9:00 to 4:00.

6               Well, if you can't get off of work that

7   one month -- that one Tuesday and that's the only day

8   it's open, what are my constituents supposed to do,

9   Senator Fraser?

10              SEN. FRASER: I think that's probably a

11  question you would want to ask the DPS. Or, if you

12  would like, I will yield to Senator Williams.

13              SEN. URESTI: But this isn't their bill;

14  this is your bill, Senator Fraser.

15              SEN. FRASER: And that's the reason I

16  bring in, you know, knowledgeable witnesses, expert

17  witnesses that can answer these questions. We have

18  someone from DPS that will be here. Or Senator

19  Williams, that's in the area of his committee.

20              SEN. URESTI: So they're going to answer

21  my question as to what should my constituents do if they

22  can't get off of work that one Tuesday of the month in

23  order to get their ID to vote? That's what you're

24  saying, they're going to answer that question?

25              SEN. FRASER: You'll just have to ask

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  them.

2          SEN. URESTI:  This is your bill, Senator

3  Fraser.  I'm asking you, because I need to go back to my

4  district and tell them that they have to get a photo ID

5  in order to vote.  And their first question to me is

6  going to be, "Well, Senator Uresti, you know that our

7  DPS offices are closed," or "We have no DPS office in

8  our county," or "It's only open on one Tuesday a month."

9  What am I supposed to do, Sen. Uresti"?

10         SEN. FRASER:  Again, the DPS will be here.

11  You can outline the problem, and you can outline the

12  problem with Senator Williams, and you're free to ask

13  them those questions.

14         SEN. URESTI:  Sen. Fraser, in addition to

15  those counties that have no DPS offices, many of my

16  constituents in several other counties are going to have

17  to travel long distances in order to get an ID.  For

18  example, my constituents in Crockett County, Ozona, will

19  have to travel 163 miles round trip to San Angelo to get

20  to the nearest DPS office.  And if you live in Sanderson

21  in Terrell County, you will have to travel 170 miles

22  round trip to get to Fort Stockton.  If you live in

23  Sierra Blanca in Hudspeth County, you have to travel

24  176 miles to get to El Paso in order to get to the DPS

25  office.  Did you know that, Sen. Fraser?

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. FRASER:  I'm very aware of that,
2  that, you know, the district I represented, there were
3  bus routes that were 80 to 90 miles each way for kids to
4  attend public school, because the people lived out in
5  the country.
6              SEN. URESTI:  And would you agree with me,
7  then, that that's going to be a challenge for those
8  folks?
9              SEN. FRASER:  We're not changing the early
10 voting mail-in ballot rules, and that will still be an
11 option for people.
12             SEN. URESTI:  So they don't need an ID to
13 vote by mail?
14             SEN. FRASER:  By mail?  Again, you can ask
15 the Secretary of State.  We're not addressing the
16 mail-in ballots.  The Secretary of State will be here.
17 Someone from their office, you can ask that question.
18             SEN. URESTI:  Well, let me just mention a
19 few more of my counties.  If you live in Van Horn in
20 Culberson County, you have to travel 200 miles round
21 trip to Marfa, which is the nearest DPS office.  If you
22 live in Pecos, which is in Reeves County, you have to
23 travel 143 miles to Fort Stockton.  If you live in
24 Rocksprings in Edwards County, it's 152 miles round trip
25 to Del Rio, Sen. Fraser.  And finally, if you live in
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  Medina, which is in Hondo, if you live in Hondo, which

2  is in Medina County, you have to travel 84 miles.

3            And so again my question; Sen. Fraser --

4  if you can't answer it, just let me know -- what am I

5  supposed to tell my constituents -- because this is your

6  bill; it's not my bill -- how are they supposed to get

7  their Texas ID if their DPS office is --

8            SEN. FRASER:  Senator, if I were you, when

9  the DPS comes up, I would ask them questions and say,

10 "Is there a way that we could do something like a

11 temporary van coming through to accommodate those

12 people?"  And if I were the senator from that area, that

13 probably would be a question I would ask the DPS.  But

14 again, they're coming forward, and that's a question I

15 think that is appropriate of the DPS of, you know, "How

16 do we make sure that we accommodate those people?"

17            SEN. URESTI:  Well, it's a great

18 suggestion, Senator Fraser.  But what if DPS says, "We

19 can't do that.  It's not in the budget, the $2 million

20 that we're being allocated"?  So then what do I tell my

21 constituents?

22            SEN. FRASER:  Well, you're assuming the

23 answer before you ask the question of the DPS.

24            SEN. URESTI:  Well, you're assuming that

25 they're going to say that they will be able to do it.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. FRASER:  No.  I'm assuming that the
 2   DPS is going to come up and you'll have the opportunity
 3   to ask them.
 4                    SEN. URESTI:  Okay.  So then let's assume
 5   the DPS spokesperson says, "Great idea that Senator
 6   Fraser has.  We can do that," there's going to be a cost
 7   associated with that.  Isn't that correct?  That's not
 8   included in the fiscal note of $2 million?
 9                    SEN. FRASER:  Again, I'm not advised, I
10   think the DPS could advise you on that, or
11   Sen. Williams.
12                    SEN. URESTI:  Do we know when they're
13   going to be available to answer or --
14                    SEN. FRASER:  I think they're on hand.
15   And as soon as we complete these questioning, I think
16   we'll going to bring -- you know, as soon as we start
17   the -- well, I think that the plan -- I'm not speaking
18   for the Chair, but I believe we're going to allow
19   questions from members, then we're going to have invited
20   guests.  And then once we start the public testimony,
21   they would be ready to come up, and I think they'll
22   answer any questions you've got.
23                    SEN. URESTI:  Senator Fraser, let me ask
24   you a few more questions, if I may, please.  And I want
25   to be clear.  So as I understand it, in order to vote
```

TX_00000430

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    with your bill, if your bill passes, you can have a

2    voter registration card and a Texas ID or a driver's

3    license, and you're able to vote with both of those

4    documents.  Correct?

5                    SEN. FRASER:  Actually, you don't -- if

6    you go in and you're on the voter roll and you have a

7    driver's license, they'll allow you to vote, because I

8    know that's -- you know, I do that now.

9                    SEN. URESTI:  So you don't need your voter

10   registration card, is my real question?  If you have a

11   valid Texas ID or a valid Texas driver's license, then

12   you do not need --

13                   SEN. FRASER:  I think probably if you'll

14   ask the Secretary of State.  But my understanding is

15   that you just have to identify yourself with a photo.

16   And if you're on the voter roll and you're at the

17   correct voting location, you live in that precinct and

18   you're on that roll and you show them your ID, I believe

19   you'll be allowed to vote.

20                   SEN. URESTI:  And that's my question, but

21   I want to be specific about it.  So if I have a valid

22   photo ID or a valid Texas driver's license and I'm on

23   the rolls, then I do not need a voter registration card.

24   Correct?

25                   SEN. FRASER:  To my understanding, the

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   answer is yes.  But I still think I would ask that
 2   question of the Secretary of State.
 3              SEN. URESTI:  Well, I'm pretty sure that's
 4   correct.  That's what I read.  Then why do we need a
 5   voter registration card, then?  Why are we going to need
 6   voter registration cards after your bill passes?
 7              SEN. FRASER:  Good question.  Why don't
 8   you ask that of the Secretary of State.  It might be
 9   a -- you could offer that as a cost-saving measure.
10              SEN. URESTI:  But it's your bill, Senator
11   Fraser.  I mean --
12              SEN. FRASER:  All my bill is addressing is
13   the photo identification when you vote.  You know,
14   Carlos, when you walk in and they say, "Senator Uresti,
15   you know, we'll need some identification," and even
16   though you're on the roll, you're going to have to show
17   a photo ID.
18              SEN. URESTI:  And that's correct, and I
19   agree with you, Senator Fraser.  But the result will be,
20   you do not need your voter registration card, then?
21              SEN. FRASER:  That is my understanding.
22   But, again, I would ask the Secretary of State.
23              SEN. URESTI:  Okay.  That's all the
24   question I have for now, Mr. Chairman.
25              Thank you, Senator Fraser.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      CHAIRMAN DUNCAN:  Thank you, Senator.

2      Senator Gallegos.

3      SEN. GALLEGOS:  Senator Fraser, the

4  questions that you're being asked and are asking us to

5  wait for resource witnesses, I'm concerned that we're

6  not getting answers from the author of the bill.  Now,

7  Senator Huffman just showed us a box with testimony and

8  questions and supposedly answers that were asked two

9  years ago.  And a lot of the questions that you're

10  referring to that we get answers from resource witnesses

11  weren't answered at that time.

12      I mean, we just want an assurance here

13  that whatever was in that box that Senator Huffman had

14  did not have all the questions answered.  I heard what

15  she told Senator Davis, but a lot of the questions that

16  you're being asked today were the same questions that

17  were asked two years ago and have never been answered.

18      SEN. FRASER:  Senator, I stayed up very

19  late last night reading the deposition of the questions

20  that were asked, that you asked me last year, the

21  answers.  And I guess if you're concerned about that,

22  maybe you should get that deposition and you read it and

23  that way you can feel more comfortable about what was

24  asked and what was answered.  Have you read the

25  deposition?

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1                    SEN. GALLEGOS:  There will be plenty of
2   time for that.  But I'm just asking you, as the author
3   of the bill.  You know, I mean, you are laying it out,
4   and you're trying to explain it.  And you're asking us
5   to ask resource witnesses on questions, especially the
6   questions that Senator Uresti had.  And it concerns me
7   that before we even, you know, lay it out and go forward
8   with a bill, that the people that are here listening, at
9   least they have the right to -- they leave, they have
10  the right to know these questions, especially those
11  questions that Senator Uresti just got through asking
12  you.  And it concerns me that we cannot get answers at
13  the time that the bill is laid out, before we even go
14  forward with the witnesses.  And that just concerns me,
15  that we're not getting answers.
16                   SEN. FRASER:  I think you can take a lot
17  of comfort in the fact that we will not ask you to vote
18  for the bill until we bring up an expert witness and you
19  will be allowed to ask those question and get the answer
20  you're looking for.
21                   SEN. GALLEGOS:  Well, I mean, we did that
22  two years ago.  And some of the questions that the box
23  that Senator Huffman had still doesn't have answers in
24  that box that she had that's going to be introduced as
25  Exhibit No. 1.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      SEN. FRASER:  Have you read all the data

2  that was in the box?

3      SEN. GALLEGOS:  I have not read it; I have

4  not read it.  But, you know, I would think that,

5  especially some of the questions that I asked and I'm

6  fixing to ask you, you know, that if those answers

7  aren't in that box that Senator Huffman introduced as

8  Exhibit No. 1.  I just want to make a point that it

9  concerns me that these questions these senators have

10  about their districts are not being answered.  I just

11  wanted to make that point.

12      And on another question, Senator, on the

13  fiscal note -- and I know that Senator Watson brought it

14  up -- it says that it's $2 million to implement.  Now,

15  here is my concern on that, is that Texas is ranked

16  No. 2 nationally in this country as far as population.

17  Missouri is ranked 19th.  Yet, the numbers that I'm

18  looking at on the costs that the Secretary of the State

19  of Missouri on implementing -- and Missouri only has

20  5.9; we have 25 million -- Missouri has 5.9 in

21  population, and the Secretary of the State of Missouri

22  is going it's going to cost $6 million just to implement

23  their voter ID program, and that's just the first year.

24  The second year, another $4 million.

25      Now, with only 5.9 in population, and I'm

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  looking at Texas that has 25 million, now, what kind of

2  methodology is the Secretary of State using in Missouri

3  as opposed to the Secretary of State in Texas?  To me,

4  that math -- you know, I'm not an expert in math, but I

5  can tell the difference between 5.9 and 25 million to

6  implement a voter ID bill, you know, that obviously

7  there's something wrong here in the numbers.  Can you

8  tell me the difference in 6 million for Missouri and

9  2 million in implementing the cost of voter ID in Texas?

10               SEN. FRASER:  I'm not a citizen of

11  Missouri, so we don't have access to that information.

12  And you and I have been in the Legislature a long time,

13  and you're very aware that your fiscal note -- whenever

14  you file a bill, you get a fiscal note with a bill, they

15  look at the cost, and this is the cost that's been

16  estimated.

17               SEN. GALLEGOS:  You know, Senator, I'm

18  concerned here that this number that has been laid out

19  in this bill -- you know, and we do have -- and I don't

20  know if the rules if we have the Ogden amendment on this

21  bill where you're looking at one number and then all of

22  a sudden, before we start implementing the bill, it's

23  going to cost us $30 million to implement the bill by

24  the numbers -- if we use the formula being used by

25  Missouri that has only 5.9 in population.  Now, that

CONSIDERATION OF SENATE BILL 14  1/25/2011

1   really concerns me.  $30 million, Senator Watson could

2   use that here and stop the closure of those Austin

3   Independent School District schools that are being

4   closed.  They could use that $30 million that I see as

5   opposed to what I'm seeing as the formula in math that

6   Missouri used.

7            Now, it concerns me that the fiscal note

8   that's laid out in this bill is misleading, according to

9   the other states that are using more money and less

10  population to implement their voter ID bill.  That

11  concerns me, Senator.  And, I mean, is there somebody

12  that can answer that question for me, why it costs so

13  little on a state that has 25 million in population as

14  opposed to another state that has 5 million and it's

15  triple the cost?

16           You know, I mean, that concerns me, and

17  that should concern you, when you're given a number, and

18  we're telling the people in the audience here, the

19  taxpayers, it's only going to cost us $2 million.  And

20  we have 25 million in population; Missouri only has

21  5.9 million, and it's costing them $6 million to

22  implement voter ID.  Now, you know, that really concerns

23  me.  And I don't want to mislead the public in any form

24  or fashion that it's only going to cost us $2 million to

25  upstart voter ID when that is a misleading number.  And

TX_00000437

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   that concerns me, Senator, and it should you.  If this

2   number is misleading, now who can answer that question

3   for me?

4              SEN. FRASER:  I think you're very aware of

5   the fact that this number comes from LBB.  I believe

6   they probably called the Secretary of State and asked

7   for that number.  So if you have a concern about it,

8   probably you should ask the LBB and/or the Secretary of

9   State.  I believe the Secretary of State is going to

10  tell you there are HAVA funds that they're requesting

11  that would possibly even eliminate that $2 million.

12             SEN. GALLEGOS:  Well, I mean, I heard you

13  tell Senator Watson about the HAVA funds.  I'm just

14  saying on straight-up, straight-up implementation, that

15  $2 million as opposed to $6 million in Missouri, you

16  know, that's without HAVA funds, too.  I'm saying that

17  when you come down to it, if that number -- if, when the

18  implementation starts, instead of $2 million it's

19  $30 million, then, you know, I'm concerned.

20             I believe that the Ogden amendment should

21  go on there and say, you know, if it's going to be over,

22  over what you're showing on the fiscal note, that it

23  shouldn't be implemented if it's going to cost that type

24  of money.  That's a lot of money; that's a lot of money

25  to implement voter ID when you're just saying -- well,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   not you -- but the fiscal note on this bill is saying

2   only two million bucks.  Now, you know, that just

3   concerns me, Senator.  And I guess I'll ask that

4   question when the proper resource witness comes up.

5           Senator Fraser, the other question I had

6   was similar to Senator Uresti's question.  Now, two

7   years ago, I put maps up on one of my amendments where

8   the City of Houston has no DPS offices within the 610

9   loop.  The City of Fort Worth, I believe -- let me see

10  here.  Let me look at my notes here.

11          The City of Fort Worth I think doesn't

12  have any either inside -- what is that loop?  82,

13  182? -- 81.  And Dallas, Senator West, only has one --

14  only has one inside the city, only has one DPS center

15  inside the city.  And it concerns me, if we're going to

16  mandate Texans to get a photo ID and you have no place

17  to send them to, especially inside the loop and

18  especially those without transportation, and if they

19  can't get to it on a bus route, to one of the DPS

20  centers --

21          SEN. FRASER:  Senator, if you have

22  evidence that someone in your district has the inability

23  to get a driver's license, I wish you would bring that

24  forward.

25          SEN. GALLEGOS:  I'm talking about your

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  bill that mandates a photo ID. And if we're going to

2  mandate Texans, then we should at least allow them the

3  opportunity to have places where they can get it, where

4  they don't have to travel 150 miles, like Senator Uresti

5  just said. That's my concern, especially the elderly

6  that don't have any and they're going to have to get a

7  photo ID, that that person is going to have to travel

8  150 miles, even from their house inside the loop, those

9  people that don't have cars and they have to do public

10  transportation.

11            Now, I'm looking at the map in the City of

12  Houston, the bus route where it takes them three buses

13  just to get close to a DPS center from anywhere inside

14  the 610 loop. That really concerns me, Senator, on

15  this, and hopefully that -- Senator Fraser?

16            SEN. FRASER: I'm with you.

17            SEN. GALLEGOS: Hopefully that you will

18  look at it and maybe in some of our amendments will take

19  that into consideration. I'm just telling you, you

20  know, what's in Houston, not in Horseshoe Bay where you

21  live. And, you know, that is really a problem that we

22  have, especially those of us that represent minority

23  communities like Senator Uresti and me and others on

24  this floor.

25            There is another issue, Senator Fraser,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   that I wanted to ask you.  On driver's license, you

2   know, it says on a driver's license that's -- on a

3   driver's license that's pulled from somebody for

4   whatever reason, DPS gives you a temporary, and that

5   temporary is good for about 40 days or in some cases

6   when they've been stopped for a DWI or anything but

7   still have not gone through the legal process, they are

8   given a paper temporary license, and it says on that

9   paper that this is used for identification purposes.

10             Now, I guess my question to you would be

11  that if that is pulled -- and there's several thousands

12  of drivers, of Texans, that are using this paper ID

13  right now -- that if a driver's license is pulled for

14  whatever reason, that that DPS certification, paper

15  temporary license can be used as an ID to go vote.

16             SEN. FRASER:  Senator, if you don't mind,

17  I'm going to yield to Senator Williams on that question.

18  If you don't mind, he'll answer that question for you.

19             SEN. WILLIAMS:  Senator Gallegos, I had a

20  similar question of what you have as I visited with the

21  Department of Public Safety about this.  And, in fact,

22  it had been a while since I had renewed my license.  And

23  they now issue -- these temporary licenses actually have

24  a photo on the license, and it would be valid under

25  Sen. Fraser's bill as identification if you went to

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   vote.
 2                   And, you know, in more detail, we could
 3   get the Department of Public Safety to give you some
 4   more detail on that.  But now the temporary licenses
 5   actually have a photo on the paper license that you're
 6   referring to.
 7                   SEN. GALLEGOS:  Well, Senator Williams,
 8   I'm showing that 98,000 drivers right now have temporary
 9   licenses without photo IDs.
10                   SEN. WILLIAMS:  Well, you know, I'm not
11   advised about that.  I think we ought to get the
12   Department of Public Safety --
13                   SEN. GALLEGOS:  Well, I agree.
14                   SEN. WILLIAMS:  I'm told that these, you
15   know, temporary licenses you used to get when you were
16   in the process of renewing your licenses now have your
17   ID on them, your photo.
18                   SEN. GALLEGOS:  Senator Williams, I
19   understand what you just told me.  But, you know, I've
20   known some folks that have had their license pulled and
21   have not gone through the process, and there is no photo
22   ID.  All they're given is the sheet of paper that I have
23   right here that they're driving with, 98,184 that are
24   driving with this paper right here, no photo ID.
25                   And it says -- it says here -- well, I'm
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   not going to read it to you.  Just trust me; you can

2   read it yourself.  It says that this would be used for

3   identification purposes.

4              SEN. WILLIAMS:  Well, thank you, Senator

5   Gallegos.  And I'm glad that you raised this issue, and

6   we ought to ask the Department of Public Safety to clear

7   it up for us.  Thank you.

8              SEN. GALLEGOS:  That's why I brought it

9   up, Senator Williams and Senator Fraser.  That's being

10  done on temporary suspended license, no photo ID.  But

11  on the face of this sheet that DPS has given out, it

12  says that this is for identification purposes.  I just

13  wanted to point that out.  I do have an amendment that I

14  hope you will take, Senator, that alleviates almost

15  100,000 that we know of right now.

16             SEN. FRASER:  Have you turned that

17  amendment in?  If you get the amendments in so we get a

18  chance to look at them --

19             SEN. GALLEGOS:  Sure.

20             SEN. FRASER:  -- I think there's a better

21  chance for, you know, us to understand what you're

22  trying to do.  So if you have an amendment, I would ask

23  you to turn it in.

24             SEN. GALLEGOS:  Sure.

25             Thank you, Mr. Chairman.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    CHAIRMAN DUNCAN:  Senator Davis.
 2                    SEN. DAVIS:  Senator Fraser, will you
 3   yield for some questions, please?
 4                    SEN. FRASER:  If you will allow me one
 5   second to get some better headsets on.
 6                    SEN. DAVIS:  I was going to ask you if you
 7   could hear me.
 8                    (Laughter)
 9                    (Brief pause)
10                    SEN. FRASER:  I will now yield.
11                    SEN. DAVIS:  Can you hear me okay, Senator
12   Fraser?
13                    SEN. FRASER:  Right now I am.
14                    SEN. DAVIS:  All right.  A couple of
15   questions for you.  You've talked earlier this morning
16   about both the Supreme Court opinion in the Indiana case
17   and also the Justice Department review of Georgia.  Are
18   you aware that in each of those, there were particular
19   instances that made the acceptance of those particular
20   laws different than yours might be interpreted by those
21   same bodies?
22                    SEN. FRASER:  If you don't mind, we've
23   got, you know -- Senator Huffman, I think, is prepared
24   to, you know, answer legal questions.  If you've got a
25   question about a -- do you have specific examples --
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           SEN. DAVIS:  Well, I would --

2           SEN. FRASER:  -- that you would like to --

3   and we also, I believe, are going to have someone from

4   Indiana here this afternoon, and we're also going to

5   have an invited -- an attorney that will address that.

6   So if you have specific questions about that, that might

7   be the appropriate place.

8           SEN. DAVIS:  Well, I'll read to you from

9   those in a moment.  But let's start just by talking

10  about what's required on the Texas voter registration

11  application right now.  Right now a person may put their

12  driver's license number or their social security number

13  on their registration application to become a voter in

14  the State of Texas.  Correct?

15          SEN. FRASER:  You've got the data.  And I

16  think probably the best person to ask, and that's the

17  Secretary of State.

18          SEN. DAVIS:  Well, I have it right here.

19  And there are some people who can't provide that

20  information, and there's another opportunity for that

21  person to attest to whom they are, to attest to the fact

22  that they're a legal citizen and not a felon who would

23  be prevented from voting.  And I'm sure the Secretary of

24  State probably has a number that shows to us -- and we

25  will ask for this on the record today -- how many people

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  fill out Section No. 9, the attestation clause, versus

2  the people who are able to fill out Section 8, and

3  what's the gulf between that. Are you aware what the

4  gulf is between those two numbers?

5           SEN. FRASER: I believe I know the section

6  you're talking about, but I actually would prefer you

7  ask that of the Secretary of State's office.

8           SEN. DAVIS: Okay. But I'm asking you.

9  Are you aware -- under your bill that you're proposing,

10 are you aware of what the gulf is, the gap is between

11 those two numbers, the people who are able to provide

12 their driver's license or social security number versus

13 those that fill out the attestation clause, because they

14 don't have either?

15          SEN. FRASER: When you ask the Secretary

16 of State that question, I will be listening very

17 carefully to make sure that I hear what they say.

18          SEN. DAVIS: And would you agree that it's

19 probably the case that if I fill out Section 9, the

20 attestation clause, because I can't fill out Section 8

21 with either a social security number or my driver's

22 license number, that I will probably be impacted by a

23 bill that's going to require what your bill requires in

24 order for me to vote?

25          SEN. FRASER: Again, that would be a good

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   second of the Secretary of State.

2                SEN. DAVIS:  Well, I'm asking you as the

3   bill's author.  Are you concerned that there will be an

4   impact to those people who currently cannot fill out

5   Section 8 but can only fill out the attestation clause

6   in Section 9?

7                SEN. FRASER:  And again, you're making a

8   reference to Section 8 that -- you know, I'm sorry.  I

9   don't -- I'm not -- I don't know what you're referring

10  to.  The Secretary of State is the expert in that area.

11  And when you ask that question, I'll be listening and

12  will, you know, listen to the response.

13               SEN. DAVIS:  Earlier you talked about the

14  Executive Director from the Carter-Baker Commission, and

15  you cited a statistic, that only 1.2 percent of

16  Americans would be affected by a requirement that a

17  photo ID be required.  Correct?

18               SEN. FRASER:  I did make that reference,

19  yes.

20               SEN. DAVIS:  Are you aware that that was

21  limited to a study of only three states, and Texas was

22  not one of them?

23               SEN. FRASER:  Yes, because at that time

24  the Carter-Baker was looking at the states that had

25  issued a photo ID.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. DAVIS: And would you agree that it

2    may be the case that if I live in one of those three

3    states and it's easier for me to get a driver's license

4    in that state, then I may have a lower percentage of

5    citizens who don't have a photo ID than another state

6    might have where it's more difficult to get a driver's

7    license?

8    SEN. FRASER: I'm not advised.

9    SEN. DAVIS: Are you aware that even in

10   those states, in the 1.2 percentage number, there was a

11   disparate impact that was found on elderly and women and

12   African-Americans in terms of people who actually had

13   the eligible photo ID that's counted in that percentage?

14   SEN. FRASER: I'm not advised.

15   SEN. DAVIS: Does it concern you at all

16   that the bill that we are looking at today, the bill

17   that you filed, might have a disparate impact on women,

18   minorities and senior citizens, possibly disabled people

19   in the State of Texas?

20   SEN. FRASER: The bill that we're filing

21   today I believe will be approved by the U.S. Supreme

22   Court, and also the bill in Georgia was precleared by

23   the Justice Department. So I believe our bill will

24   comply with both of those.

25   SEN. DAVIS: Okay. Well, I'm going to

1  read to you from the Supreme Court opinion, the U.S.

2  Supreme Court opinion when it was reviewing the Indiana

3  law.

4          They acknowledged that there is evidence

5  in the record, in fact, of which we may take judicial

6  notice that indicates that a somewhat heavier burden may

7  be placed on a limited number of persons by virtue of

8  the photo ID requirement.  They include elderly persons

9  born out of state, persons who, because of economic or

10  other personal limitations, may find it difficult either

11  to secure a copy of their birth certificate or to

12  assemble the other required documentation to obtain a

13  state-issued ID, homeless persons and persons with a

14  religious objection to being photographed.

15          "If we assume, as the evidence suggests,

16  that some members of these classes were registered

17  voters when the Indiana law was enacted, the new

18  identification requirement may have imposed a special

19  burden on their right to vote.  The severity of that

20  burden is, of course, mitigated by the fact that if

21  eligible voters without photo ID may cast provisional

22  ballots, that will ultimately be counted."

23          Are you aware that in the State of

24  Indiana, I can cast a provisional ballot, and the

25  Supreme Court made its decision in terms of whether the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  burden was constitutionally acceptable, based on the

2  fact in Indiana, I can cast a provisional ballot, and if

3  I attest to the fact that I'm unable to pay for the cost

4  of getting the underlying documents to receive a photo

5  ID, that I do not, in voting my provisional ballot, have

6  to show a photo ID?

7          SEN. FRASER:  Senator, my observation is

8  that what you've read from the Supreme Court opinion is

9  a portion of it, but it's a snippet.  And it also

10  continues to say that these do not present an undue

11  burden for the person to vote.

12          SEN. DAVIS:  That's correct.  They said

13  they did not believe that it created a constitutionally

14  prohibited burden, based on the fact that voters in the

15  State of Indiana have the opportunity to vote a

16  provisional ballot even if they don't have a photo ID,

17  if they can show that they were unable to get one,

18  either because of their circumstances as an elderly

19  person or because they're indigent.  Does your bill

20  provide a special exception for people under those

21  circumstances to vote a provisional ballot?

22          .SEN. FRASER:  The bill that I'm moving

23  forward I believe will be approved by the U.S. Supreme

24  Court and will be precleared by the Department of

25  Justice.

1          SEN. DAVIS:  Okay.  Let's look at the

2    things that are required in your bill in terms of a

3    photo ID.  And I appreciate what you said earlier.  I

4    think it's true.  I think if you ask anybody on the

5    street that you might walk up to at this moment in time

6    whether they think it's a good idea for someone to show

7    a photo ID in order to vote, they would probably agree.

8    What they might not understand in agreeing with that,

9    though, are what the requirements are going to be in the

10   State of Texas in order for them to comply with that

11   particular requirement, and they also might not

12   appreciate the challenge and the difficulty that some

13   people may have in supplying that.

14          SEN. FRASER:  Senator, this is not rocket

15   science.  The people of your district understand very

16   clearly that when they walk into that voting booth, they

17   have to show a photo ID proving they are who they say

18   they are.  The people in Fort Worth, that area, I have

19   the polling data -- I believe the number is about --

20   around 90 percent.  And of that, that's Republicans and

21   Democrats.  So I believe the people that elected you,

22   sent you down here, have said, "We believe that when you

23   go in to vote, you should show identification to prove

24   you are who you say you are."  It's a very, very simple

25   concept.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. DAVIS:  Are you aware that in the
 2   Indiana law and also in the Georgia law, people are
 3   allowed to come and vote with a state-issued student ID
 4   if they're attending a state university?
 5              SEN. FRASER:  I'm not advised.
 6              SEN. DAVIS:  And your bill does not allow
 7   that kind of a photo ID to be used.  Is that correct?
 8              SEN. FRASER:  We have four forms of ID
 9   that we have laid out as acceptable.  Those are all
10   recognized acceptable forms of identification that we
11   have recommended.
12              SEN. DAVIS:  And it does not include that,
13   for the record.  Are you also aware that in the Indiana
14   law and in the Georgia law, the ID can be expired and
15   still be utilized, but under the requirements in your
16   bill, that cannot occur?
17              SEN. FRASER:  You know, I think our belief
18   is that someone should have a valid ID that has not
19   expired.  "Expired" implies it is not valid, and we in
20   Texas believe you should have a valid ID.
21              SEN. DAVIS:  What will I do if my driver's
22   license expires the day before I go to vote and I'm not
23   aware of it until I show up at the polling place?
24              SEN. FRASER:  And I would ask you, what
25   would happen if you were driving to the polling place
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   with an invalid driver's license?  What would happen?
 2                SEN. DAVIS:  I would get a ticket, but I
 3   wouldn't be denied my constitutional right to vote as a
 4   legal citizen of the United States.
 5                SEN. FRASER:  You would not be denied your
 6   right to vote.  Under this law and under this bill, as
 7   you know, if you walk in with an invalid driver's
 8   license, you would be allowed to vote.  It would be a
 9   provision vote, and you would be allowed six days to go
10   back to the place that issues driver's license, get a
11   valid license and come back, and your vote would be
12   counted.
13                SEN. DAVIS:  Well, we had a conversation
14   about that earlier in terms of how difficult and
15   challenging -- for some people it actually is -- to be
16   able to comply with that requirement.  But let me ask
17   you for a moment, if I bring in a state-issued Texas
18   driver's license and it expired 30 days ago or 60 days
19   ago or a year ago, how does that fail to prove that I'm
20   the person on the card, simply because it has expired?
21                SEN. FRASER:  Well, I would ask you the
22   same question.  If your driver's license expired 30 days
23   ago, is it acceptable to the patrolman that just stopped
24   you?  It's expired.
25                SEN. DAVIS:  I'm asking you the question.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   The reason that we are advocating or you are advocating

 2   for photo ID is so that the person who is receiving my

 3   ballot can verify that I am the person casting it.

 4   Correct?

 5              SEN. FRASER:  Yes.

 6              SEN. DAVIS:  And if my driver's license is

 7   expired but it's a state-issued driver's license and it

 8   has my name and it has my picture on it and my name

 9   matches what's on the registrar's -- the precinct rolls,

10   how does that fail to prove that I'm who I am?

11              SEN. FRASER:  I think we go back to the

12   word "valid," do you have a valid Texas driver's

13   license?

14              SEN. DAVIS:  How does it fail to prove

15   that I am who I am?

16              SEN. FRASER:  You don't have a valid Texas

17   driver's license.

18              SEN. DAVIS:  And as I said earlier, in

19   Georgia and in Indiana, under the laws that were deemed

20   acceptable by the Supreme Court and the courts in

21   Georgia received preclearance by the Department of

22   Justice, each of those allows some acceptance of expired

23   IDs.

24              I want to talk a little bit about how

25   difficult if is, because I really think every one of us
```

1   in this room needs to appreciate the burden that people

2   have when they're being asked to supply some of the

3   documentation that's required in your bill.  And I've

4   put together a little chart that I just want to go over

5   very quickly.  I won't belabor the point.

6                  Can you bring it closer over here, Dan, so

7   I can actually point at it?

8                  Thank you.

9                  Now, each of us, whether we're in the

10  Senate or the House of Representatives in the State of

11  Texas, we each bring unique backgrounds and perspectives

12  to the table.  And because of our unique backgrounds and

13  perspectives, we're able to represent people in ways

14  that hopefully contribute to a better understanding for

15  each of us in terms of how we can best serve them.

16                  Senator Fraser, I came from a fairly

17  challenged background before I arrived on the floor of

18  the Texas Senate.  I had the opportunity to receive an

19  incredible education that ultimately allowed me the

20  privilege of standing here and having a conversation

21  with you today.  But there was a time when I was

22  indigent, there was a time when I was a single mother

23  and I was working a full-time job during the day in

24  Dallas, from which I had to leave my house at 6 o'clock

25  in the morning every morning to arrive at, and I worked

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   a part-time job four nights a week waiting tables.

2             If I had been required during that point

3   in time to show some of the ID requirements that are

4   being proposed under your bill, I have to admit to you

5   that I would have been quite challenged in being able to

6   accomplish it.  I had gotten divorced, so my name was

7   different on my state ID than was on the registration

8   rolls.  And so because of that, I would have had to go

9   through the process of trying to get a new state ID.

10  And, honestly, with my schedule, it would have been

11  fairly impossible for me to achieve it.

12            I think it's pretty easy for us to stand

13  on the Senate floor where we are today and the shoes

14  we're in today and say, "Why should that be a problem?"

15  But for people who have to take time off of work and for

16  whom that's an unaffordable idea, it can be a very, very

17  real problem.

18            The other issue, in trying to receive a

19  state ID in the State of Texas is, it's almost a

20  circular process.  In order to get the state ID, you

21  have to have underlying ID that provide you with the

22  opportunity to get that ID.  And I know we're talking

23  right now in the State of Texas about giving free ID to

24  people who come in to the Department of Motor Vehicles

25  and ask for that ID, based on the fact that they want to

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   vote.

 2              But if I can't provide underlying

 3   documentation, I'm going to have to go get that

 4   underlying documentation, and it's going to cost me

 5   money, and I'm concerned about that person.  I'm

 6   concerned that if I need a birth certificate in the

 7   State of Texas, it's going to cost me $23.  I'm also

 8   concerned that I might have a really hard time getting

 9   that birth certificate.  And if you look to see what you

10   can show in order to get it, you see the circularity of

11   the problem.  You can show a driver's license or you can

12   show a state ID.  Well, the reason I need the birth

13   certificate is so I can get my driver's license or my

14   state ID.

15              In order for me to get a birth

16   certificate, I can show a social security card as one of

17   my underlying two documents that are required.  But in

18   order to have a social security card, I've got to have a

19   driver's license or a state ID, so it puts me right back

20   at my original problem.  To get my driver's license or

21   my state ID, I might be able to use a passport.  But in

22   order to use my passport, I'm going to have to have a

23   birth certificate, but I couldn't get my birth

24   certificate because I didn't have a driver's license or

25   a state ID to get my birth certificate.
```

1        You see the problem?  It's not just the

2   problem of the time one has to take off of work in order

3   to comply with this requirement, it's not just a problem

4   of how much money it costs.  Sometimes it can be a

5   problem of almost a near impossibility for a person to

6   be able to provide the underlying documentation in order

7   for them to go and vote.

8        And my concern about that is, we will

9   disparately impact persons who find greater challenges

10  in fulfilling the underlying documentation requirements;

11  and, yet, we haven't provided anywhere in the bill, as

12  was done in Indiana, a provisional opportunity for

13  someone to come and cast a ballot and say that they were

14  unable to comply with the requirements for a photo ID.

15  Why is that?

16        SEN. FRASER:  Senator, I appreciate the

17  story you just gave.  And I would advise you of the

18  other 31 members here.  There's a lot of people that can

19  tell like stories.  When I was 16 and working on a

20  potato picker in California or when I was 17 working

21  picking cucumbers in Rising Star or when I was 18,

22  picking cotton in West Texas, I figured out a way to

23  have time after work to go get a driver's license,

24  because I really wanted one.  I worked that into the

25  schedule, as I think a lot of people do.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                  I think what I would ask you is to give
 2   evidence, either in Indiana or Georgia, of a single
 3   person that has come forward and said that they were
 4   denied their ability to vote because of these
 5   provisions, because in my knowledge, there has not been
 6   a single person that came forward.
 7                  SEN. DAVIS:  And again, you know, when you
 8   turn to those two laws, they actually provide some
 9   exceptions that are not provided in your bill, and so
10   the instances in which people were excluded or
11   prohibited from exercising their constitutional right to
12   vote won't have been challenged in the same was as being
13   proposed for the State of Texas under this particular
14   bill.
15                  I want to ask you a question about what
16   happens, as a woman, if I come in to vote and I have my
17   state ID, and the name on my state ID is different than
18   my name on the registrar's certificate, because I've
19   either married or divorced.  What will happen in that
20   situation?
21                  SEN. FRASER:  The question has already
22   been asked twice.  We will have someone here from the
23   Secretary of State and the DPS that can answer that
24   question for you.
25                  SEN. DAVIS:  Okay.  Back to the fiscal
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   note, Senator Fraser.  The fiscal note --
 2                 SEN. FRASER:  We've also talked about that
 3   a couple of times.
 4                 SEN. DAVIS:  Yes, we did, but I want to
 5   ask this question.  The fiscal note, of course,
 6   described the methodology under which the $2 million
 7   figure was compiled, and it specifically states that it
 8   left out the cost for training poll workers and election
 9   officers.  It specifically states that it left out any
10   cost for coordinating voter registration drives.  It
11   specifically states that it left out the costs of
12   providing the ID cards, all of that because it is an
13   unknown number.
14                 SEN. FRASER:  Well, you're making an
15   assumption, and this amount was brought forward by LBB
16   after they talked to the secretary of the State.  The
17   Secretary of State, I think, they can answer that
18   question.  But I disagree that it's unknown.  I believe
19   the Secretary of State and LBB knew exactly what they
20   were doing when they brought it forward, because that's
21   their job.
22                 SEN. DAVIS:  Well, it literally says that.
23   It says, "The fiscal impact of the revenue loss from the
24   prohibition of DPS to collect a fee is unknown because
25   it is not known how many people would make such a
```

```
 1   request."
 2                 SEN. FRASER:  And that is a correct
 3   statement.
 4                 SEN. DAVIS:  And it also says that the
 5   cost of coordinating voter registration drives or other
 6   activities designed to expand registration is also
 7   unknown, and it also says that the cost for
 8   responsibilities, the training for people who would be
 9   responsible for implementing this is unknown.
10                 Now, if I file a bill this session and I'm
11   challenged, based on the fiscal impact of the bill,
12   clearly this session more than any other will be very,
13   very concerned about that.  And the LBB has put a
14   statement on it that they really don't know what the
15   cost is, but intuitively we understand there's going to
16   be a cost.  We'll probably have a conversation about
17   that.  Right?
18                 SEN. FRASER:  And I think the conversation
19   you should have should be the Secretary of State in
20   discussing the HAVA funds that the federal government
21   has provided to both Indiana and Georgia for the
22   implementation of their law that we believe will be
23   approved for that, but it has not been approved, because
24   HAVA has clearly said the bill has to be passed before
25   they could pass judgment on whether those funds could be
```

1  used.  That amount of money is setting in the Secretary

2  of State's office now, and I think that would be a good

3  question to ask them.

4         SEN. DAVIS:  Let me ask a question about

5  the bill itself.  I'm a little confused about a section.

6  This is on Page 5.  I'm reading from Section 8,

7  Subsection (a).  "If the voter's address is omitted from

8  the precinct list under Section 18.005(c), the officer

9  shall ask the voter if the voter's residence, if listed,

10 on ID presented by the voter under Section 63.001(b) is

11 current and whether the voter has changed residence

12 within the county."  What if the answer is "No," what is

13 the election worker to do at that point?

14         SEN. FRASER:  That's a perfect question to

15 ask the Secretary of State.

16         SEN. DAVIS:  It's your bill, though,

17 Senator Fraser, and the language is here.  And there is

18 no guidance for someone -- if we were to vote on a bill

19 like this, how are we to know how a situation like that

20 would be handled if it's not addressed in the bill?

21         SEN. FRASER:  Senator, I'm sure you're

22 aware through -- the past session, you were here.

23 You're reading current law.  There is one change there

24 where we insert "presented by the voter under Section

25 63.001," which is the description I think of the photo

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   ID.  But basically that is current law, and I think it

2   would be a good thing to ask the Secretary of State.

3   Everything you've read is current law.

4               SEN. DAVIS:  Well, it's not current law,

5   because it changes it from the difference being on the

6   voter registration certificate versus being on the

7   person's ID.  What I'm concerned about is that if I come

8   in with an ID and my address has changed and I have the

9   correct address on the precinct list that's different

10  than what's on my ID, that a poll worker might actually

11  reject my opportunity to vote, because the address on my

12  ID is showing differently than is showing on the

13  precinct list.

14              SEN. FRASER:  And the good thing about

15  that is, these HAVA funds that we're going to request

16  will also train poll workers to make sure they

17  understand it.  The ruling would be made by the

18  Secretary of State, and they will train them how to do

19  that, and I feel very comfortable that you would get to

20  vote.

21              SEN. DAVIS:  Well, I'm glad you feel very

22  comfortable, Senator Fraser.  I remain very, very

23  concerned about the number of people under the very

24  severe restrictions that are imposed by the bill you

25  have proposed.  I'm very concerned about the number of

TX_00000463

Case 2:13-cv-00193  Document 674-18  Filed on 11/11/14 in TXSD  Page 85 of 147

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   people who may be impacted by it.  And I understand and

2   agree with you, that assuring that voter fraud is not

3   occurring is very, very important, and it's a

4   conversation we should be having and a cure we should

5   all attempt to find.

6             But in the process, I'm very afraid that

7   we're going to wind up disenfranchising people who

8   currently are legal citizens in the State of Texas who

9   have the legal opportunity to vote and are going to be

10  denied the right for that right under your bill as it's

11  proposed today.

12            SEN. FRASER:  And I believe our bill will

13  be approved by the U.S. Supreme Court and approved in

14  Section 5 by the Department of Justice.

15            Thank you.

16            SEN. DAVIS:  Thank you.

17            CHAIRMAN DUNCAN:  Senator West.

18            SEN. WEST:  Thank you very much,

19  Mr. Chairman.  I would like to ask the author a couple

20  of questions.

21            Senator Fraser, good morning, sir.

22            SEN. FRASER:  I think we commented about

23  the Barry White voice last year.  I was reading the

24  deposition.

25            SEN. WEST:  That was actually Billy Ocean,

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   which both of us like.
 2                   SEN. FRASER:  Both of us do like.  I
 3   agree.
 4                   SEN. WEST:  Now, we're not going to have
 5   any unfunded mandates on counties, are we?  This bill
 6   would not occasion any unfunded mandates on counties.
 7                   SEN. FRASER:  This bill?
 8                   SEN. WEST:  Yes, this bill that you're
 9   proposing.  The counties will not have to pick up any of
10   this cost -- is that correct -- because that would be an
11   unfunded mandate?  And I know you are not for unfunded
12   mandates.  Right?
13                   SEN. FRASER:  I am not for -- I'm opposed
14   to unfunded mandate, but I'm not advised of whether it
15   would be --
16                   SEN. WEST:  So you can tell counties, you
17   can tell all county officials in the sound of my voice
18   and your voice that there will be no unfunded mandates
19   in this bill and counties will not have to spend any
20   money that they don't have right now to implement this
21   particular bill.  Correct?
22                   SEN. FRASER:  I had my largest county,
23   Bell County, in my office last week, and I told Judge
24   Burrows at that time that I'm opposed to unfunded
25   mandate and, you know, we'll do everything we can to
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   keep them off the counties.
 2              SEN. WEST:  So you're telling county
 3   officials there are no unfunded mandates coming from
 4   this bill?
 5              SEN. FRASER:  I didn't say that.
 6              SEN. WEST:  So there may be unfunded
 7   mandates coming from this bill?
 8              SEN. FRASER:  Not advised.
 9              SEN. WEST:  So let me back up.  And I want
10   to pursue this just a minute now.  You philosophically
11   are not for unfunded mandates.  Right?
12              SEN. FRASER:  That's a correct statement.
13              SEN. WEST:  That is a correct statement.
14   And you, by your action in previous legislatures, have
15   made certain that you have not passed any bills that
16   would provide for unfunded mandates on the counties.
17   Right?
18              SEN. FRASER:  I have made an effort not to
19   vote, if possible.
20              SEN. WEST:  Okay.  Now, in this particular
21   bill, it is your objective to make certain that there
22   are no unfunded mandates on any county in this entire
23   state.  Is that correct?
24              SEN. FRASER:  I'm not advised.
25              SEN. WEST:  You're not advised as to what
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  your objective is?
 2               SEN. FRASER:  No.  My philosophy is that I
 3  do everything I can trying to keep any unfunded
 4  mandates.  I'm not advised of how they would be
 5  impacted.
 6               SEN. WEST:  All right.  So you can't tell
 7  county officials that there are not unfunded mandates in
 8  this bill?
 9               SEN. FRASER:  Well, as you know, a lot of
10  times there's unintended consequences, and we don't know
11  until it's passed, the impact.
12               SEN. WEST:  It was your bill, though.
13  This is your bill.  You don't know --
14               SEN. FRASER:  My bill says that --
15               SEN. WEST:  I'm just --
16               SEN. FRASER:  -- when you walk into the --
17               SEN. WEST:  I'm just trying to find out
18  whether or not county officials are going to have to
19  pick up any of the cost in terms of putting this bill
20  into effect.  You tell me.  Tell the county officials
21  that there are no unfunded mandates in this bill.  Tell
22  them.
23               SEN. FRASER:  I'm not advised.
24               SEN. WEST:  So what you're telling county
25  officials, that you're not advised as to whether or not
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   there is any unfunded mandates in this bill.  Correct?
2              SEN. FRASER:  I'm sure that there's
3   probably an expert witness coming.  You probably can ask
4   a question.  Someone, or someone may be coming to
5   testify about that, but --
6              SEN. WEST:  All right.  Let's talk about
7   expert witnesses.  Did you ask for the fiscal note in
8   this bill?
9              SEN. FRASER:  I'm sorry?
10             SEN. WEST:  Did you ask for the fiscal
11  analysis in this bill -- the fiscal note?
12             SEN. FRASER:  No.  I think the committee
13  chairman did.  I believe the -- there is a fiscal note
14  requested.  I did not request it.
15             SEN. WEST:  Did you review the fiscal
16  note?
17             SEN. FRASER:  The fiscal note was handed
18  to me.  I read the fiscal note.  I guess reviewing it,
19  yes, I read it.
20             SEN. WEST:  Okay.  Go to the local
21  government impact section of it, Page 2 of 3, down at
22  the bottom.
23             SEN. FRASER:  Yes.
24             SEN. WEST:  Okay.  Second paragraph,
25  "According to Texas Association of Counties, Tarrant
```

```
 1   County anticipated a one-time cost to reprint
 2   provisional balloting materials and provides new
 3   notices, of $8,000.  Bexar County stated that due to
 4   limited space on current registration certificate, large
 5   cards would be necessary, resulting in additional costs
 6   for cards, printing and postage of $381,000," et cetera.
 7                  Is that a cost that is going to be picked
 8   up by the state or is that going to be a cost that's
 9   going to be occasioned by the counties?
10                  SEN. FRASER:  Senator, you're on the
11   Finance Committee.  You helped with proposing the draft
12   bill, and then you will be voting on the bill coming out
13   of the committee that you send to us, so I think you
14   would be better to answer that.  My job is to pass the
15   bill.  The implementation of the bill, then, and the
16   cost will have to be considered by the Finance
17   Committee.
18                  SEN. WEST:  So let me make sure that I
19   understand this, then.  The answer to that question is,
20   you don't know.  So if we don't appropriate that
21   money -- that being the Legislature doesn't appropriate
22   that money -- then that's an unfunded mandate.  Correct?
23                  SEN. FRASER:  My job is to bring the bill
24   forward, put it before the membership, advise what the
25   bill will do.  And then if there's a fiscal impact --
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. WEST:  Advise what the bill will do?
 2                    SEN. FRASER:  The bill is going --
 3                    SEN. WEST:  Is that your job?  Didn't you
 4    just say part of your job is to advise what it will do?
 5                    SEN. FRASER:  Yes.  What it's going to do
 6    is that when you walk into --
 7                    (Simultaneous discussion)
 8                    SEN. WEST:  So I'm asking you --
 9                    SEN. FRASER:  -- in Oak Cliff and want to
10    vote, you're going to have to show your smiling face --
11                    SEN. WEST:  And I'm asking what it will
12    do.  I'm asking what it will do in terms of unfunded
13    mandates right now.
14                    SEN. FRASER:  Not advised about unfunded
15    mandates.
16                    SEN. WEST:  Not advised.  So where will
17    the counties get this money under the local impact --
18                    (Simultaneous discussion)
19                    SEN. FRASER:  And I think that's going to
20    be your responsibility as a member of Finance.
21                    SEN. WEST:  Do you know -- then let me ask
22    this question.  Do you know where the county will get
23    the money from, counties will get that money from?
24    Under the local government impact, do you know where the
25    counties will get that money from?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1              SEN. FRASER:  You're asking me a question.

2    No, I do not know --

3              SEN. WEST:  Okay.  Thank you.  Now, as it

4    relates to -- this bill, plus the costs that we don't

5    know, you've said repeatedly that it's going to cost at

6    least $2 million.  And we know, based on the fiscal

7    note, that there's still some undetermined cost.

8              SEN. FRASER:  I have not said one time

9    that it's going to cost $2 million.  I've said there is

10   a fiscal note that has been projected, but there are

11   dollars in the HAVA fund, federal funds, that are

12   setting in the Secretary of State's office that far

13   exceed that number.  And I think the Secretary of State

14   probably will let us know what that is.  So there is a

15   pot of money there that we believe will help offset some

16   of the associated expenses.  I do not believe the cost

17   will be $2 million.

18             SEN. WEST:  Now, the HAVA funds, is that

19   general revenue or is that federal funds?

20             SEN. FRASER:  Federal funds.

21             SEN. WEST:  Okay.

22             SEN. FRASER:  And I believe I'm right, but

23   again, I would ask that question of the Secretary of

24   State if I were you.

25             SEN. WEST:  Okay.  Well, as it relates to

TX_00000471

Case 2:13-cv-00193  Document 674-18  Filed on 11/11/14 in TXSD  Page 93 of 147

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    general revenue, now, as I understand and as I've used

2    the term "general revenue" over the last 17 years I've

3    been here -- and maybe Senator Ogden or someone else on

4    the Finance Committee can correct me if I'm wrong --

5    general revenue basically means state funds -- right --

6    monies that we get from state --

7                    SEN. FRASER:  You are the member of

8    Finance.

9                    SEN. WEST:  Well, let me -- general

10   revenue -- okay.  Well, then, take my word for it;

11   that's what it means.  It means monies that we receive

12   from tax revenues in the State of Texas, not HAVA funds

13   but revenues from taxes and revenues that are -- and

14   sources of revenues that we get from citizens in the

15   State of Texas.  And that's what this deals with, it is

16   specifically general revenue-related funds, not HAVA

17   funds.  HAVA funds are federal funds.  So let's make

18   sure -- in terms of my questions, that's the distinction

19   that I'm making.

20                   SEN. FRASER:  Well, the distinction you're

21   not making is that if the HAVA funds are not available,

22   yes, there would be a cost to the state.  But if HAVA

23   funds are available, it would offset that cost to the

24   state.

25                   SEN. WEST:  Where do you see that in this

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1    fiscal note?
2                    SEN. FRASER:  It's not in that.  That's
3    conversation --
4                    SEN. WEST:  Then how are you making that
5    statement, if it's not in this fiscal note?  There's
6    nothing in the fiscal note that says that.
7                    SEN. FRASER:  Mr. Chairman?
8                    CHAIRMAN DUNCAN:  Senator Fraser.
9                    SEN. FRASER:  Could I please enter into
10   the record -- this is information coming that is
11   addressing the questions he's talked about addressing
12   HAVA.  I would like to have this added as an exhibit,
13   please.
14                   CHAIRMAN DUNCAN:  Bring it forward to the
15   Secretary, if you would, and we'll need to --
16                   SEN. WEST:  May we approach on it, Your
17   Honor -- Your Honor -- may we approach on it,
18   Mr. Chairman?
19                   CHAIRMAN DUNCAN:  You may.
20                   (Brief pause)
21                   SEN. FRASER:  Mr. President?
22                   CHAIRMAN DUNCAN:  Senator Fraser, if
23   you'll hold on just a minute.  I'm going to allow --
24   we're already premarked a couple of exhibits.  And so
25   just in order to keep the record flowing correctly, I'm
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    going to recognize Sen. Van de Putte at this point to

2    introduce a motion in writing.

3                    Senator Van de Putte.

4                    SEN. VAN de PUTTE:  Thank you,

5    Mr. Chairman.  And thank you, Chairman, and the bill

6    author, to yield so that I can move that all actions

7    taken by the Senate on the 81st Legislature on Senate

8    Bill 362, as contained in the official Senate Journal,

9    be included in the record as Exhibit 2.  The Senate

10   Journal excerpts shall include motions, remarks, written

11   responses, exhibits and any other material directly

12   related to Senate Bill 362.

13                    Mr. Chairman, I move this motion in

14   writing.

15                    CHAIRMAN DUNCAN:  Members, you've heard

16   the motion.  Is there any objection?

17                    The Chair hears none.  Exhibit 2 will be

18   received into the record.

19                    (Exhibit No. 2 marked and admitted)

20                    CHAIRMAN DUNCAN:  Now, Senator Fraser,

21   you're recognized on Exhibit 3, I believe.

22                    SEN. FRASER:  And, members, just to

23   clarify, what we're entering here is the answer to the

24   question that we've been discussing.  It is a letter

25   from the Secretary of State, Hope Andrade, saying that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   the $2 million we're discussing, there is sufficient

2   HAVA funds allocated to voter education and poll worker

3   training that would cover this expense that is

4   available.

5           Also, in addition to your question, we

6   have been advised by other counties saying they do not

7   expect more than a nominal cost for counties, existing

8   staff and resources should be sufficient to implement

9   the new law.

10          And I would request this be entered into

11  the record.

12          CHAIRMAN DUNCAN:  Members, Senator Fraser

13  sends up Exhibit No. 3.  It will be received into the

14  record.

15          (Exhibit No. 3 marked and admitted)

16          CHAIRMAN DUNCAN:  Senator Fraser, you

17  still have the floor.  Senator West, Senator has yielded

18  to you for questions.

19          And before we do that, before we do that,

20  let me make an announcement.  We typically adjourn 30

21  minutes ahead of session in order to allow the sergeants

22  and secretary to prepare for the Senate session.  So at

23  10:30, I'll recognize a member on a motion to rise and

24  report progress.  So if you can watch the clock.  It

25  doesn't mean we're going to cut you off, it just means

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  at that point in time, we'll have to cease until we
2  finish the Senate session.
3              SEN. WEST:  Thank you, Mr. Chairman.
4              Senator Fraser?
5              SEN. FRASER:  Yes.
6              SEN. WEST:  Okay.  So you've admitted this
7  as part of the record.  So these are federal funds and
8  not general revenue.  Is that correct?
9              SEN. FRASER:  No.  Those are federal
10 funds, as I understand it, yes.
11             SEN. WEST:  It's not general revenue?
12             SEN. FRASER:  Yes.
13             SEN. WEST:  Okay.  And the certainty of it
14 is still up in the air.  Based on this document from the
15 Secretary of State, they still have to confirm that the
16 funds can, in fact, be used for this particular purpose?
17             SEN. FRASER:  That is correct, and that's
18 what I advised earlier, is that HAVA has said until the
19 passage of the bill, they would not rule, but the funds
20 have been used before in Indiana and Georgia, and it is
21 expected that we will be able to use them here.
22             SEN. WEST:  Okay.  Now, you had made
23 mention also that you've talked to some other counties
24 and that there won't be any unfunded mandates on those
25 counties?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           SEN. FRASER:  You didn't read the rest of

2    the fiscal note, is that Comal County reported the costs

3    associated with the provision would be absorbed within

4    existing revenues.  You gave one example, but I think

5    most of the counties expect this to be a nominal cost

6    and that they have existing staff and resources --

7           SEN. WEST:  And then --

8           SEN. FRASER:  To handle this.

9           SEN. WEST:  I'm sorry.  You said most of

10   the counties.  You've given examples of three.  You said

11   most of the counties.  Is --

12          SEN. FRASER:  Do you have evidence from

13   others?  I --

14          SEN. WEST:  There's 254 counties, and

15   you've just made a statement that most of the counties

16   have said they can absorb it within their normal --

17          SEN. FRASER:  I said I do not expect it to

18   be more than a nominal cost.

19          SEN. WEST:  But otherwise -- now Bexar

20   County is saying it's going to be over $380,000.  That's

21   not a nominal cost, is it?

22          SEN. FRASER:  Well, I guess that's

23   something you should consider in the Finance Committee.

24   They have a huge budget, and in --

25          SEN. WEST:  Who has a huge budget?

TX_00000477

CONSIDERATION OF SENATE BILL 14  1/25/2011

```
 1                    SEN. FRASER:  The large counties.
 2                    SEN. WEST:  I'm sorry?
 3                    SEN. FRASER:  The large counties.
 4                    SEN. WEST:  They have huge budgets?
 5                    SEN. FRASER:  Yes.  And you will have to
 6    make that decision.
 7                    SEN. WEST:  They don't have budget
 8    shortfalls in large counties?
 9                    SEN. FRASER:  If I were you, then I would
10    discuss that with the chairman --
11                    SEN. WEST:  But the reality is, the
12    reality is, is that if -- and I won't belabor the
13    point -- the reality is, if those counties will have to
14    fund this out of existing revenue from their budgets,
15    it's going to be an unfunded mandate on them if the
16    state does not appropriate the money.  Is that correct?
17                    SEN. FRASER:  Yes.  It is expected that it
18    will be a nominal cost for counties.  Existing staff and
19    resources should be sufficient to implement the new law.
20                    SEN. WEST:  And where are you getting that
21    from?
22                    SEN. FRASER:  From the sheet here.  If
23    you'll follow, Comal County reported the cost associated
24    with the provision of the bill should be absorbed within
25    existing revenues.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WEST:  But that's Comal County.
 2   That's not Travis County, that's not Harris County,
 3   that's not Bell County or any of the other counties.
 4   That's Comal County.  Comal County is not indicative of
 5   all of the counties in the State of Texas, is it?
 6              SEN. FRASER:  I think what you should do,
 7   then, is get 254 counties, if you'll call them all and
 8   get that number and --
 9              SEN. WEST:  Okay.  Well, I mean, it's your
10   bill.
11              (Simultaneous discussion)
12              SEN. FRASER:  -- Finance.
13              SEN. WEST:  And the reality is, if it's an
14   unfunded mandate, you're responsible for it if this bill
15   passes.  Now, let me ask you this:  The $2 million, the
16   $2 million that you're talking about, if it does not
17   come from HAVA funds, then it's going to have to come
18   from general revenue.  Is that correct?
19              SEN. FRASER:  I'm not advised.  I'm not a
20   member of Finance; you are.  And I think that would be a
21   decision of Finance.
22              SEN. WEST:  Let's talk about just sections
23   of the bill.  Specifically, the issue concerning -- and
24   I think you and Senator Davis have gone over this.  And
25   I'm on page, in Section 7 of the bill, specifically (c)
```

Case 2:13-cv-00193  Document 674-18  Filed on 11/11/14 in TXSD  Page 101 of 147

```
 1   and (d).  Let me know when you're with me on it.
 2                 SEN. FRASER:  What page are you on?
 3                 SEN. WEST:  I'm in Section 7 of the bill.
 4                 SEN. FRASER:  That's Section 11.
 5                 Six, 7.  Okay.  Got it.  Okay.
 6                 SEN. WEST:  Okay.  As relates to -- let's
 7   talk about the election officer.  Now, what's the
 8   definition of the election officer?
 9                 SEN. FRASER:  That would be a good
10   question to the Secretary of State.
11                 SEN. WEST:  So you don't know what an
12   election officer is?
13                 SEN. FRASER:  I've got a witness, you
14   know, an expert witness coming in that -- you know, I
15   think I do, but it would be improper for me to answer.
16   I've got an expert person you can ask.
17                 SEN. WEST:  Let me ask this:  Did you rely
18   on the Secretary of State's office in helping to draft
19   this bill?
20                 SEN. FRASER:  We have had a lot of
21   discussion with the Secretary of State's office over the
22   last three years in the process of drafting bills.
23                 SEN. WEST:  So you don't know what an
24   election officer is?
25                 SEN. FRASER:  I didn't say I don't know
```

Case 2:13-cv-00193 Document 674-18 Filed on 11/11/14 in TXSD Page 102 of 147

```
1   what the election officer is.  But the Secretary of
2   State is coming, and it would be improper for me to
3   answer that if we have an expert witness that can answer
4   it, you know, for sure.
5              SEN. WEST:  So it would be improper for
6   you to answer what an election officer is?
7              SEN. FRASER:  No.  We've got an expert
8   witness that would be the better person to ask.
9              SEN. WEST:  Okay.  In terms of what an
10  election officer is in your bill.  Okay.
11             As it relates to Section (d), you say
12  that, "If the voter's name is on the precinct list of
13  registered voters and the voter's identity can be
14  verified from the documentation presented under
15  Subsection (b), the voter shall be accepted for voting."
16  But if, indeed -- and the election officer is to make
17  that determination.  Is that correct?
18             SEN. FRASER:  Again, that's a great
19  question to ask the Secretary of State's office.
20             SEN. WEST:  How does your bill work?  Tell
21  us how your bill works.
22             SEN. FRASER:  You know, it's a --
23             (Simultaneous discussion)
24             SEN. WEST:  I mean, would that be a great
25  question to ask the Secretary of State?
```

TX_00000481

CONSIDERATION OF SENATE BILL 14 1/25/2011

1              SEN. FRASER:  It's a great concept.  You

2   walk in in Oak Cliff to vote.  And if you're in the

3   right precinct and your name is on the list and you pull

4   out your driver's license and you show it to them and

5   your smiling face on your driver's license matches

6   you --

7              SEN. WEST:  Well, let me --

8              SEN. FRASER:  -- I think they're going to

9   hand you a ballot and allow you to vote.

10             SEN. WEST:  Then let me ask you this:  My

11  last name is spelled W-e-s-t.  Suppose there's some

12  typographical error where they spelled it W-e-s, but

13  it's me.  I have an ID, but my name is misspelled.  What

14  happens then?  I have to vote a provisional ballot?

15             SEN. FRASER:  I think that would be a good

16  question for the Secretary of State, because I think

17  they will cover that in the training with the election

18  officials you're discussing.

19             SEN. WEST:  What is your, intent, Senator?

20             SEN. FRASER:  My intent is that the

21  Secretary of State would make a ruling on that.

22             SEN. WEST:  Under those circumstances,

23  what would be your intent, as the author of this bill?

24  If my name is W-e-s-t but there is a typographical error

25  someplace and it's W-e-s, what is the intent.  Give the

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   record your intent as the author of this bill.

 2                   SEN. FRASER:  My intent, as the author of

 3   the bill, is that I'm going to give the authorization to

 4   the Secretary Of State to make a ruling and train the

 5   poll workers so that it would be clear that they're

 6   allowing the proper person to vote.

 7                   SEN. WEST:  They're allowing the proper

 8   person to vote.  So in that circumstance, would it be up

 9   to the election officer there to determine whether I'm

10   the same person --

11                   SEN. FRASER:  I think it would be up to

12   the Secretary of State --

13                   SEN. WEST:  Let me finish; let me finish.

14                   -- whose last name is W-e-s, but my

15   identification says W-e-s-t, and I'm presenting that, it

16   would be up to that election worker.  Right?

17                   SEN. FRASER:  I think that would be a

18   great question to ask the Secretary of State.

19                   SEN. WEST:  But what's your intent,

20   though?  I'm just asking your intent.  I can't ask the

21   Secretary of the Senate what's your -- I mean, Secretary

22   of State what your intent is.

23                   SEN. FRASER:  I intend to --

24                   (Simultaneous discussion)

25                   SEN. WEST:  You've got to manifest your
```

Case 2:13-cv-00193 Document 674-18 Filed on 11/11/14 in TXSD Page 105 of 147

1  intent so the Secretary of State will know, have some

2  guidance in terms of how this bill should be

3  implemented.  Don't you agree, as the author of the

4  bill?

5                SEN. FRASER:  My intent is to give the

6  Secretary of State the authorization to determine the

7  rules, train the poll workers.  They would make a

8  determination on that.

9                SEN. WEST:  So the poll worker in this

10 instance would be the election officer?  I have to ask

11 the Secretary of State?

12               SEN. FRASER:  You need to ask the

13 secretary of State.

14               SEN. WEST:  Okay.  Poll workers, let's

15 talk about poll workers.  How much do we pay poll

16 workers?

17               SEN. FRASER:  That would be a good

18 question to ask the Secretary of State.

19               SEN. WEST:  Okay.  What's the minimum

20 wage?  I would ask the Secretary of State?

21               SEN. FRASER:  What does that have to do

22 with this bill?

23               SEN. WEST:  I mean, I'm just trying to

24 understand exactly how much we pay our poll workers.

25               SEN. FRASER:  Again, Senator, you're

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  asking the question.  I would suspect probably poll

2  workers may be paid different from one county to

3  another.  And it's an area -- I think that that's a good

4  question of the Secretary of State.

5           SEN. WEST:  Okay.  Now, you keep referring

6  to the Secretary of State.  But in the bill analysis,

7  doesn't it also say that this bill does not expressly

8  grant any additional rulemaking authority to the state

9  office -- to a state officer, institution or agency?

10  Does it say that?  Do I have to ask the Secretary of

11  State about that also?

12           SEN. FRASER:  Senator, I'm sorry.  I'm not

13  advised.  I do not have a bill analysis.  Do you have

14  one in front of you you would like show me?

15           SEN. WEST:  I do.  Look under "Rulemaking

16  Authority."

17           SEN. FRASER:  We don't have it.

18           SEN. WEST:  You don't have a -- okay.  In

19  the bill analysis, what it says is that this bill does

20  not expressly grant any additional rulemaking authority

21  to a state officer, institution or agency?

22           SEN. FRASER:  Isn't that standard language

23  that's put on every bill?

24           SEN. WEST:  I don't know.  But what I'm

25  asking you is --

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. FRASER:  You don't know?

2              SEN. WEST:  -- given the fact that you are

3  deferring everything to the Secretary of State, are you

4  going to put some additional language in the bill that

5  provides the Secretary of State some additional

6  rulemaking?

7              SEN. FRASER:  I think the key word there,

8  this does not provide any additional.  I think it's

9  assumed that the Secretary of State has that ability

10 under current ability we've given the Secretary of

11 State.

12             SEN. WEST:  Let me ask this, Senator

13 Fraser.  Okay.  All right.  You can't give me what your

14 intent is in that situation.  I'll just take that for

15 granted.

16             You have made reference to the Carter-

17 Baker Commission and recommendations.  Is that correct?

18             SEN. FRASER:  I want to make an

19 observation here for Senator Whitmire.  If you'll look

20 up, it is filling up, so there must be someone concerned

21 about the legislation we're talking about.

22             What was the question?

23             SEN. WHITMIRE:  Lubbock.

24             SEN. FRASER:  While Senator West gathers

25 himself, I'll tell you that those are the great people
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   from West Texas, the City of Lubbock.  And they are

2   great voters and very concerned.  And I've seen the

3   polling data that shows that West Texas was the highest

4   percentage of people that believe that they should show

5   their ID whenever they show up to vote.  I'm really glad

6   to have them at my back.

7               Go ahead.

8               SEN. WEST:  Do I need to ask the Secretary

9   of State about that, too, or what?

10              SEN. FRASER:  You could.  These people

11  respect the opinion of the Secretary of State, and they

12  probably have already asked.

13              SEN. WEST:  Okay.  Senator Fraser, a

14  couple of things.  As it relates to the Carter-Baker

15  Commission, you've talked about the recommendations, and

16  you are following the recommendations that came out of

17  that commission.  Is that correct?

18              SEN. FRASER:  No.  I filed a piece of

19  legislation that I believe will be approved by the U.S.

20  Supreme Court and will be cleared by the Department of

21  Justice.

22              SEN. WEST:  Okay.  Let me ask you this:

23  Have you made mention of the Carter-Baker Commission?

24              SEN. FRASER:  I have made references a

25  couple of times of things that they mentioned in their

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   report.
 2              SEN. WEST:  Of the recommendations that
 3   they mentioned, did you incorporate any of those in your
 4   bill?
 5              SEN. FRASER:  My bill is a bill I believe
 6   that will be approved by the U.S. Supreme Court and be
 7   approved by the Department of Justice and will --
 8              SEN. WEST:  So the answer to the question
 9   is what?  Did you incorporate any of the recommendations
10   from the Carter-Baker Commission in your bill?
11              SEN. FRASER:  The bill that we're filing
12   is a bill that I believe will be approved by the U.S.
13   Supreme Court and be approved by the Department of
14   Justice.
15              SEN. WEST:  So the answer to the question
16   is?
17              SEN. FRASER:  That we're filing a bill
18   that's going to be approved by the U.S. Supreme Court.
19              SEN. WEST:  Well, that wasn't the question
20   asked.  The question asked, did you incorporate any of
21   the recommendations in the Carter-Baker Commission in
22   your bill?  That was the question I asked.
23              SEN. FRASER:  I read the Carter-Baker
24   report.  And you know, obviously, I'm aware of the
25   things they're recommending.  But the bill that I've
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    drafted is based on the fact that whenever you walk in

2    to vote, I want you to show an ID proving you are who

3    you say you are, and I believe that bill will be

4    approved by the U.S. Supreme Court.

5                    SEN. WEST:  So you don't know whether you

6    did or not.  Is that the answer to my question?

7                    SEN. FRASER:  My answer is, the bill that

8    we filed, that we brought forward, is a bill that

9    clearly says that whenever you vote, you need to show

10   your ID, and I believe that bill will be approved by the

11   U.S. Supreme Court.

12                   SEN. WEST:  Was that one of the

13   recommendations of the commission?

14                   SEN. FRASER:  I'm not advised.

15                   SEN. WEST:  But you made reference to it

16   as a predicate for why this particular bill --

17                   SEN. FRASER:  No.  I made a reference to

18   comments that were made by the Carter-Baker Commission.

19                   SEN. WEST:  What were those comments that

20   you made?

21                   SEN. FRASER:  If you want to go over it

22   again, I can do my opening statement again if you would

23   like.

24                   SEN. WEST:  No, just the comments from the

25   Carter-Baker Commission.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Carter-Baker Commission,
 2   bipartisan -- Carter-Baker Commission affirms the
 3   danger.  Elections are at the heart of the democracy.
 4   "Americans are losing confidence in the fairness of
 5   elections, and while we do not face a crisis today, we
 6   need to address the problems of our electoral system."
 7              The Carter-Baker Commission concluded at
 8   the end of the day, there's considerable national
 9   evidence of in-person voter fraud.  And regardless of
10   whether one believes that voter impersonation is
11   widespread or relatively rare, there can be no serious
12   dispute that it is a real effect, can be substantial
13   because, in a close election, even a small amount of
14   fraud could make a margin of difference.
15              SEN. WEST:  Okay.
16              SEN. FRASER:  That was my reference to the
17   commission.
18              SEN. WEST:  Okay.  Did they also
19   recommend, though, that we should use some sort of
20   mobile strategy, mobile strategy in order to get
21   vehicles out to different locations to --
22              SEN. FRASER:  I didn't reference that.
23              SEN. WEST:  No.  I said did they also
24   recommend that, though?
25              SEN. FRASER:  I'm sorry.  I'm not advised.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   I didn't reference that.
 2              SEN. WEST:  Okay.  But if they did make a
 3   recommendation that we should do everything we can to
 4   make certain people are registered to vote, you would
 5   support that, wouldn't you?
 6              SEN. FRASER:  The bill I'm filing, that
 7   I'm filing today --
 8              SEN. WEST:  No.  That's not --
 9              SEN. FRASER:  -- very clearly says that I
10   think it will be approved by the U.S. Supreme Court and
11   approved by the Department of Justice.
12              SEN. WEST:  And we need to ask the
13   Secretary of State.  Okay.  I understand that.  But what
14   I'm asking is, you would agree that if we are trying to,
15   quote unquote, purify our election process, that we
16   should do everything we can in order to make certain
17   people are registered to vote.  Wouldn't you agree with
18   that?
19              SEN. FRASER:  I think probably when the --
20              SEN. WEST:  Well, you would not agree with
21   that?
22              SEN. FRASER:  If you'll allow me to make a
23   statement.
24              SEN. WEST:  Sure.
25              SEN. FRASER:  I think when DPS comes up, I
```

TX_00000491

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 think there's going to be a lot of discussion about what
2 can they do in the form of either making it easy for
3 people to sign up and/or even, maybe even a temporary
4 van for an area that Senator Uresti had talked about in
5 far West Texas.  Those people that are, you know,
6 100 miles from the nearest location, maybe there's a way
7 to accommodate that.  So I think the answer to your
8 question is, I'm anxious to hear the response of the
9 Department of Safety of what they're either able and/or
10 willing to do.

11          SEN. WEST:  And let's assume that they are
12 able and willing to do more than your bill permits.
13 Would you support an amendment that would enable them to
14 do what they're able to do in order to --

15          SEN. FRASER:  Have you prefiled that
16 amendment and have I had a chance to look at it?

17          SEN. WEST:  No.  I'm asking you a question
18 right now.

19          SEN. FRASER:  And I'm asking you, have you
20 filed your amendment?

21          SEN. WEST:  Well, you basically said, sir,
22 that you have to wait -- we have to wait until you hear
23 their testimony before we can make a determination as to
24 whether or not they're --

25          SEN. FRASER:  No, I can't tell you --

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1                    SEN. WEST:  Well, let me finish; let me
2    finish, please.  Let me finish.
3                    What you just said a second ago is, is
4    that you want to defer to the Department of Public
5    Safety to make a determination as to whether or not
6    there are things that they can do in order to make
7    certain they're doing the outreach that's necessary to
8    accommodate just some of the concerns that senator
9    Uresti had.
10                   SEN. FRASER:  I didn't say that at all.  I
11   said --
12                   SEN. WEST:  What did you say?
13                   SEN. FRASER:  -- I'm anxious to hear their
14   testimony when they're asked and their response of what
15   they are able, capable of doing for that.  And then once
16   you do that, if you want to offer an amendment, I will
17   look at every amendment offered.  If you'll got one, you
18   need to go ahead and file it.
19                   SEN. WEST:  Let me give you a
20   hypothetical, then.  If the Department says that they
21   can do much more than your bill currently allows them to
22   do, would you support an amendment that would give them
23   the resources or give them the rulemaking authority to
24   be able to do the outreach?
25                   SEN. FRASER:  I'm probably not going to
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   work in hypotheticals right now.  Let's wait until we
 2   hear from them.  Then we'll determine that.
 3                   SEN. WEST:  Okay.  Well, I'm going to make
 4   sure and I'll put that down.
 5                   I want to talk about seniors just for one
 6   second.  How did you come up with 70 years old?  Well,
 7   hold on.  Let me ask you this:  Is there a definition, a
 8   federal definition under any of our laws, U.S. laws or
 9   either state laws, that defines a senior citizen?
10                   SEN. FRASER:  It was really actually a
11   very complicated system that we came up with this.  It
12   actually was recommended by a democratic member that
13   said, "If you'll put that in the bill, that would help
14   five or six of us vote for the bill."  So that was
15   recommended originally to be put in the bill.  But the
16   answer to your question is, I'm 61 years old, and I
17   think you're just about as old as I am.
18                   SEN. WEST:  No, I'm younger; I'm younger
19   than you are.  I'm younger.
20                   SEN. FRASER:  Oh, you're 60 -- 59?
21                   SEN. WEST:  I'm younger than you are.
22                   SEN. FRASER:  How old are you, sir?
23                   SEN. WEST:  I'm 58 years old.
24                   SEN. FRASER:  Okay.  Of the people
25   (laughter) --
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                  SEN. WEST:  Ask the Secretary.  We're not
 2   going to --
 3                  SEN. FRASER:  I want to see your photo ID.
 4                  SEN. WEST:  Ask the Secretary.
 5                  SEN. FRASER:  I need a photo ID.
 6                  SEN. WEST:  Got to ask the Secretary.
 7                  SEN. FRASER:  And here, this is a good
 8   observation.  I live in an area, a retirement community,
 9   and I know a lot of the people in that area.  And the
10   people that are my age, that are 61 up to 65 up to 70, I
11   think are still very, very capable.  It is not an
12   inconvenience on them.  There's a lot of people that are
13   70 --
14                  SEN. WEST:  And what community?
15                  SEN. FRASER:  You want me to answer the
16   question?
17                  SEN. WEST:  I just didn't hear.  You said
18   you lived in a retirement --
19                  SEN. FRASER:  I live in an area where
20   there's a lot of retired people.
21                  SEN. WEST:  People.  Okay.
22                  SEN. FRASER:  Yes, like myself.
23                  SEN. WEST:  Yes.
24                  SEN. FRASER:  Those people that I know,
25   people that are up to that age, it would not be an
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   inconvenience for them, and they're still very, very

2   active.  Actually, I've got numerous people that I play

3   golf with often that are above 70 and up to 80.  So,

4   actually, the number probably could have been higher,

5   but that number we thought was a fair number and

6   represented a number that we could offer up as a very

7   fair number for an exception to this bill.

8               SEN. WEST:  Let me make sure I understand

9   your answer to that question.  You're saying that the

10  age 70 is predicated on people that you know that live

11  in your community?

12              SEN. FRASER:  It is predicated by a

13  democrat member offering me that up as a number, that if

14  we would put that in the bill, there would be five or

15  six Democrats that would vote for the bill.  That's the

16  answer to my question.

17              SEN. WEST:  Okay.  But you added a lot of

18  other stuff after that.  What was all that other stuff?

19              SEN. FRASER:  The other stuff was the

20  people that I know that are capable of that.  Now, if

21  someone is not capable, we are not changing the mail-out

22  ballot procedures.  And that anyone for some reason that

23  could not vote in person would be allowed to vote like

24  they do today.

25              SEN. WEST:  Don't you think that a better

Case 2:13-cv-00193  Document 674-18  Filed on 11/11/14 in TXSD  Page 118 of 147

1  definition would be 65?  Why wouldn't you use 65?  And
2  let me give an example.

3              In the Human Resource Code, elderly person
4  means a person 65 years of age or older.  Why wouldn't
5  we use that as an age?  Our Penal Code uses elderly
6  individual means a person 65 years of age or older.  Our
7  Utility Code means an individual who is 60 years or
8  older.  Our Human Resource Code means an elderly person,
9  means a person who 60 years or older.  And now we're
10  going to have our election code basically saying a
11  person of 70 years or older.  Don't you think -- I'm not
12  going to vote for your bill anyway, but just in case.

13              SEN. FRASER:  You actually were one of the
14  ones that was asking if I would put it in the bill.

15              SEN. WEST:  No, no, no, no, no, no, no,
16  no.  Let's get it straight.  I didn't ask you that --
17  okay? -- for the record.  Okay?  I didn't ask you that.

18              SEN. FRASER:  Okay.

19              SEN. WEST:  But if you're going to put it
20  in there, it seems as though you should have one of a
21  consistent definition with some of the other statutes.
22  You're making an elderly individual for voting purpose
23  more onerous than it is under these other statutes, like
24  in our Penal Code where it says an individual -- elderly
25  person is 65 years old.

Case 2:13-cv-00193   Document 674-18   Filed on 11/11/14 in TXSD   Page 119 of 147

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1                    SEN. FRASER:  I actually believe that the
2    number probably could easily be higher, because --
3                    SEN. WEST:  So you would make it 80 years
4    old?
5                    SEN. FRASER:  I'm sorry?
6                    SEN. WEST:  You would make it 80 years old
7    for election purposes?
8                    SEN. FRASER:  I'm saying when I'm 80, I
9    still believe I'll be able to get in the car, go down
10   and get my ID and be able to vote.
11                   SEN. WEST:  But, see, you're assuming that
12   all elderly people have cars.
13                   SEN. FRASER:  If they don't, they can vote
14   by mail.
15                   SEN. WEST:  But you're assuming that they
16   all have cars and that they'll be able to do everything
17   that you'll be able to do at the age of 80.  And I'm
18   pretty certain you will be able to do it given, you
19   know, the things that you do to keep yourself in shape
20   and everything.
21                   But I don't think we should be building
22   that definition based on how you perceive yourself and
23   people in your neighborhood.  The fact of the matter is,
24   you're more affluent than most other people in the State
25   of Texas.  And if you're going to build a definition, I
```

TX_00000498

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  think what you need to look at is what the average

2  elderly person in the State of Texas, you know, is and

3  the means that they have.

4              SEN. FRASER:  And, Senator, I think, you

5  know, if you're going to consider that, you've got to

6  think about how things have changed.  When my parents

7  were 65, they were old.  Things have changed a lot with

8  diet and exercise, and people are changing what they can

9  do.

10             People that are 70 or 75 or 80 are still

11  very, very active today, and I think it's a very fair

12  number.  Now, I feel very comfortable that you're

13  probably going to offer an amendment, raising -- or

14  changing that number.  And I think probably, if the

15  members of the body, you know, could help us decide

16  that, I think -- myself, I believe that 70 is a very

17  fair number --

18             SEN. WEST:  Let me --

19             SEN. FRASER:  -- exception.

20             CHAIRMAN DUNCAN:  Senator West --

21             SEN. WEST:  Yes.

22             CHAIRMAN DUNCAN:  -- if I might

23  interrupt -- and I don't want to -- we can continue with

24  your line of questions when we reconvene as a Committee

25  of the Whole.  It's 20 till.  We've gone 10 minutes over

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   what we previously announced.  Would you have any
 2   objection if we could continue the dialogue after
 3   session?
 4                  SEN. WEST:  No objection.
 5                  CHAIRMAN DUNCAN:  Okay.  Very good.  Why
 6   don't we go ahead and do that.  Before we do that, let
 7   me ask the body if you would, please, if you have
 8   amendments that you would wish to -- we're not putting a
 9   deadline on amendments, but it will help us if you can
10   deliver your amendments as soon as possible to Jennifer
11   Fagan who is the State Affairs Committee Director, and
12   we will try to collate them and make sure that there are
13   not conflicting amendments.  And if you'll do that as
14   soon as possible, that will be helpful.
15                  There are a number of people that are on
16   queue to be recognized, and I will recognize them in
17   order that they're on queue.  Now we'll record that and
18   then start.  Senator Lucio will be first, Senator Van de
19   Putte, Senator Ellis, Senator Seliger, unless you're
20   just -- you're just on for the motion, so we'll take you
21   off center -- Wentworth.  He's just for the motion, so
22   we'll take him off.  And then, Senator Zaffirini, you
23   would be in queue at that point in time.  And then we'll
24   just start the queue.  Whenever we come back in, you can
25   go ahead and hit your button and we'll have the queue.
```

1    Exhibits, too. If you have exhibits that
2    you want to enter into the record so that we can make
3    sure we have an orderly transition of those exhibits,
4    would you go ahead and bring those forward, at least
5    during the interim time, so we can go ahead and number
6    them and have them available. It's not absolutely
7    necessary that we introduce them in their chronological
8    order, but it does help have a cleaner record.
9    Finally, I want to remind you, we did have
10    a little talking over, so we've got to make sure we have
11    a clear record. So please, in the future, remember to
12    speak one at a time.
13    Senator Zaffirini is recognized for an
14    announcement.
15    (Announcement by Senator Zaffirini)
16    CHAIRMAN DUNCAN: Thank you, Senator.
17    The Chair recognizes Senator Seliger for a
18    motion.
19    SEN. SELIGER: Mr. President, I move that
20    the Committee of the Whole Senate rise and report
21    progress.
22    CHAIRMAN DUNCAN: Members, you've heard
23    the motion. Is there objection?
24    Chair hears none. It's so ordered.
25    (Recess: 10:43 a.m. to 12:38 p.m.)

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1                    AFTERNOON SESSION
2                TUESDAY, JANUARY 25, 2011
3                     (12:38 p.m.)
4             CHAIRMAN DUNCAN:  The Committee of the
5   Whole Senate will come to order.  The Secretary will
6   call the roll.
7                      ROLL CALL
8             SECRETARY SPAW:  Birdwell?
9             SEN. BIRDWELL:  (Indicated presence)
10            SECRETARY SPAW:  Carona?
11            SEN. CARONA:  (Indicated presence)
12            SECRETARY SPAW:  Davis?
13            SEN. DAVIS:  (Indicated presence)
14            SECRETARY SPAW:  Deuell?
15            SEN. DEUELL:  (Indicated presence)
16            SECRETARY SPAW:  Duncan?
17            CHAIRMAN DUNCAN:  (Indicated presence)
18            SECRETARY SPAW:  Ellis?
19            SEN. ELLIS:  (Indicated presence)
20            SECRETARY SPAW:  Eltife?
21            SEN. ELTIFE:  (Indicated presence)
22            SECRETARY SPAW:  Estes?
23            SEN. ESTES:  (Indicated presence)
24            SECRETARY SPAW:  Fraser?
25            SEN. FRASER:  (Indicated presence)
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SECRETARY SPAW:  Gallegos?

 2              SEN. GALLEGOS:  (Indicated presence)

 3              SECRETARY SPAW:  Harris?

 4              SEN. HARRIS:  (Indicated presence)

 5              SECRETARY SPAW:  Hegar?

 6              SEN. HEGAR:  (Indicated presence)

 7              SECRETARY SPAW:  Hinojosa?

 8              SEN. HINOJOSA:  (Indicated presence)

 9              SECRETARY SPAW:  Huffman?

10              SEN. HUFFMAN:  (Indicated presence)

11              SECRETARY SPAW:  Jackson?

12              SEN. JACKSON:  (Indicated presence)

13              SECRETARY SPAW:  Lucio?

14              SEN. LUCIO:  (Indicated presence)

15              SECRETARY SPAW:  Nelson?

16              SEN. NELSON:  (Indicated presence)

17              SECRETARY SPAW:  Nichols?

18              SEN. NICHOLS:  (Indicated presence)

19              SECRETARY SPAW:  Ogden?

20              SEN. OGDEN:  (Indicated presence)

21              SECRETARY SPAW:  Patrick?

22              SEN. PATRICK:  (Indicated presence)

23              SECRETARY SPAW:  Rodriguez?

24              SEN. RODRIGUEZ:  (Indicated presence)

25              SECRETARY SPAW:  Seliger?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. SELIGER:  (Indicated presence)

 2                    SECRETARY SPAW:  Shapiro?

 3                    SEN. SHAPIRO:  (Indicated presence)

 4                    SECRETARY SPAW:  Uresti?

 5                    SEN. URESTI:  (Indicated presence)

 6                    SECRETARY SPAW:  Van de Putte?

 7                    SEN. VAN de PUTTE:  (Indicated presence)

 8                    SECRETARY SPAW:  Watson?

 9                    SEN. WATSON:  (Indicated presence)

10                    SECRETARY SPAW:  Wentworth?

11                    SEN. WENTWORTH:  (Indicated presence)

12                    SECRETARY SPAW:  West?

13                    SEN. WEST:  (Indicated presence)

14                    SECRETARY SPAW:  Whitmire?

15                    SEN. WHITMIRE:  (Indicated presence)

16                    SECRETARY SPAW:  Williams?

17                    SEN. WILLIAMS:  (Indicated presence)

18                    SECRETARY SPAW:  Zaffirini?

19                    SEN. ZAFFIRINI:  (Indicated presence)

20                    SECRETARY SPAW:  Lieutenant Governor

21   Dewhurst?

22                    PRESIDENT DEWHURST:  (Indicated presence)

23                    CHAIRMAN DUNCAN:  Quorum is present.

24                    (Pause)

25
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      QUESTIONS FROM THE SENATE FLOOR (CONTINUED)
2              CHAIRMAN DUNCAN:  Senator Fraser, are you
3   ready?
4              SEN. FRASER:  I am ready.
5              CHAIRMAN DUNCAN:  Senator West, you're
6   recognized to continue your questioning with Senator
7   Fraser.
8              SEN. WEST:  Yes, sir.  Thank you very
9   much.
10             SEN. FRASER:  And we're going to try it
11  without earphones.  See how that works.  I think I'm
12  good with you.
13             CHAIRMAN DUNCAN:  And if I could advise
14  both of you, I had some -- we had some concerns about
15  you were both talking at the same time on your last
16  dialogue.  So if each of you could remember that, and
17  I'll try to help you --
18             SEN. WEST:  Okay.
19             CHAIRMAN DUNCAN:  -- if you forget.
20             SEN. WEST:  All right.  Thank you.
21             Senator Fraser, I think, then, when we
22  were looking -- can I ask that the last question be read
23  back?
24             CHAIRMAN DUNCAN:  The -- probably not
25  because we have switched court reporter shifts and so --

Case 2:13-cv-00193   Document 674-18   Filed on 11/11/14 in TXSD   Page 127 of 147

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WEST:  I was just trying not to be
 2   redundant on it.
 3              And, Senator Fraser, if -- if I am being
 4   redundant, we talked about --
 5              SEN. FRASER:  You are being redundant.
 6              SEN. WEST:  Okay.  I need to ask the
 7   Secretary of State about that.
 8              (Laughter)
 9              SEN. WEST:  Wait a minute.  Hold on.  I'm
10   being redundant?
11              Senator Fraser, I think I was asking you
12   about the $2 million; and you had indicated that those
13   funds may very well come from the federal funds, but
14   we're not certain at this point.  And if they don't come
15   from federal funds, they will have to come from general
16   revenue, and we're at least -- the minimum amount is
17   about $2 million.  And I think that I mentioned to you
18   that the average teacher in the state of Texas makes
19   about $48,000.
20              If we have to appropriate state funds in
21   order to fund this voter ID bill, it will cost a minimum
22   of $2 million, and that's the equivalent of about 40,000
23   teachers.  You do understand and appreciate that.  Is
24   that correct?
25              SEN. FRASER:  And I very much appreciate
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000506
JA_000505

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  how valuable our schoolteachers are to the state of

2  Texas.  Without a doubt, I'm very, very aware of that.

3           And, again, the discussion we had prior to

4  us breaking, we believe very, very strongly that there

5  is sufficient funds in the Secretary of State's budget

6  from HAVA funds that would -- that the letter says they

7  have enough funds to cover this.  They are going to

8  request of the federal government.  It is not

9  unprecedented.  They have allowed that to be used

10  before, so we have every reason to believe it will be

11  done.  And so the discussion of whether that money would

12  deprive some -- the rest of the budget is speculative us

13  not knowing because we believe very strongly that --

14  that that money is going to be available.

15           SEN. WEST:  And this may very well be a

16  technical question for the Secretary of State.

17           If for some reason --

18           SEN. FRASER:  I would never refer anything

19  to --

20           SEN. WEST:  If for some reason the bill is

21  not precleared by Justice, will those HAVA funds be made

22  available?

23           SEN. FRASER:  I'm sorry.  That one I, for

24  sure, do not know the answer to that.  That would be a

25  great question for the Secretary of State.

Case 2:13-cv-00193   Document 674-18   Filed on 11/11/14 in TXSD   Page 129 of 147

```
 1                    SEN. WEST:  For sure?

 2                    SEN. FRASER:  For sure.

 3                    SEN. WEST:  Okay.

 4                    SEN. FRASER:  I do not know the answer to

 5   that question.

 6                    SEN. WEST:  Okay.  And we need to make

 7   certain we do.  If -- would you support an amendment,

 8   though, that basically says that if general revenue,

 9   state revenue, had to be used in order to fund this

10   particular bill, that you would then delay the -- the

11   implementation of it?

12                    And the reason I'm asking that is, surely

13   you don't want to take general revenue from our coffers

14   to fund voter ID when we may end up having to lay off

15   thousands of teachers.  I would assume that you would

16   want teachers -- us to appropriate money to make certain

17   that we can fund our education system over funding a

18   voter ID system.

19                    SEN. FRASER:  Senator, could I remind you

20   that there was a motion in writing that was entered by

21   Senator Huffman of the -- the testimony of two years

22   ago.  And I think if you'll go back and read that

23   testimony, yourself and several others, one of the big

24   arguments you had was making sure that there was

25   sufficient money that went forward for the education of
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   voters, making sure voters understood and that no one
2   would misunderstand this process. So it's difficult for
3   me when you're arguing both sides of the issue.
4              I think the answer to your question is,
5   I'm not going to take a position today about whether we
6   should or should not. We are requesting that the
7   Secretary of State do sufficient education so that no
8   one misunderstands the -- the implementation of this
9   bill.
10             SEN. WEST: Regard --
11             SEN. FRASER: We're going to give -- we're
12  going to give them that power. And that without a
13  doubt, I would hate for us to be using money that could
14  be used for a schoolteacher, and I'm not going to get
15  into that debate because I'm a great supporter of
16  schoolteachers.
17             But I still stand by the letter from the
18  Secretary of State. The Secretary of State believes
19  very clearly that they have sufficient funds, the money
20  is available, and it will be made available.
21             SEN. WEST: So the answer to my question
22  is, is that if there are no federal funds available, you
23  would support an amendment that basically says that we
24  should not use general revenue in order to fund this
25  bill?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. FRASER:  And my position is, is that

2   you've taken both sides of that issue.  You argued in

3   favor of funds last time.  You're -- now you're asking

4   for amendment saying we're not going to use funds.  If

5   we don't use funds to educate voters, obviously that's a

6   problem.

7          And the answer is, no, I believe the

8   instruction to the Secretary of State is that we do need

9   to educate the voters.

10          SEN. WEST:  So you'd be -- you'd be in

11  favor of cutting schoolteachers using -- and, I mean,

12  you agree with me that based on the budget that was

13  introduced by the House and the budget that was

14  introduced by the Senate, that school districts will be

15  under pressure to terminate some of the teachers that

16  would otherwise be in the classroom?

17          SEN. FRASER:  I -- I don't agree with

18  anything other than the fact --

19          SEN. WEST:  Okay.  All right.

20          SEN. FRASER:  -- that your own finance,

21  you're going to have to make those decisions; and we've

22  got to make sure that we educate voters, making sure

23  that they understand the implementation of this law.

24          SEN. WEST:  All right.  Let me ask the

25  question this way, then:  Would you agree with me that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   both the House and the Senate have introduced bills that

2   put pressure on school districts to reduce their budgets

3   that would impact the number of teachers that would be

4   in classrooms?

5           SEN. FRASER:  You're a member of the

6   Finance Committee that implemented a draft budget.  I am

7   not.  I have not advised.

8           And the answer is, I'm sorry, I don't --

9   I -- I'm not advised on that issue.

10          SEN. WEST:  If you were so advised -- if

11  you were so advised that both the House and the Senate

12  by -- if you were so advised by me, the Chairman of

13  Finance, the Chairman of Appropriation, that both the

14  House and the Senate have introduced bills that would

15  require us cutting our commitment to our public schools

16  and our teachers, if you were so advised that both

17  houses introduced the budget that did that, would your

18  position still be the same as it relates to the question

19  I asked you concerning whether or not we should be using

20  general revenue in order to fund voter ID implementation

21  over funding our public schools?

22          SEN. FRASER:  I am so advised that you're

23  a member of finance, a very respected member, and you're

24  very capable of making those hard decisions; and I'm

25  sure you'll move forward and make the right decision for

Case 2:13-cv-00193  Document 674-18  Filed on 11/11/14 in TXSD  Page 133 of 147

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   our wonderful schoolteachers across the state.
 2                SEN. WEST:  What decision would you make?
 3                SEN. FRASER:  I'm sorry?
 4                SEN. WEST:  What decision would you make?
 5                SEN. FRASER:  I made a decision to support
 6   you, as a member of finance, to keep you on the
 7   committee.
 8                SEN. WEST:  So if you had -- if you had to
 9   make a decision, though, if you were on finance and had
10   to make a decision, what decision would you make?
11                SEN. FRASER:  I'm sorry.  I'm not sitting
12   on finance.  I'm not subject to being able to listen to
13   the debates, so it would be -- wouldn't be right for me
14   to take a position on that.
15                SEN. WEST:  But if you had to make -- take
16   a position on funding voter ID over schoolteachers,
17   which one would you fund?
18                SEN. FRASER:  I'm -- I think the
19   position -- because this bill is before us, it is
20   extremely important that -- that we deter and detect
21   fraud and restore the public confidence in the election
22   system.
23                SEN. WEST:  So that's your answer in terms
24   of -- is that what you're telling the teachers, that
25   you'd rather do that than -- to the extent it's there,
```

```
 1  you'd --
 2                    (Simultaneous speaking)
 3                    SEN. FRASER:  Well, unfortunately, since
 4  I'm not a member of finance, I don't get to make a
 5  choice of what I would rather do.  I'm laying --
 6  bringing forward a bill today that would restore the
 7  confidence of the public in the election system and --
 8  today, because I'm sponsoring that bill, that I'm going
 9  to ask that we -- you know, we restore that confidence.
10                    SEN. WEST:  So, I'm trying to -- so let me
11  make certain I understand your answer to my question.
12                    SEN. FRASER:  I know you're trying to --
13                    SEN. WEST:  Let me -- let me -- hold up.
14  Now, I'm listening, because if you remember, both of us
15  can't talk at the same time because the stenographer's
16  taking it down, and I'm trying to make certain that I am
17  reminded of that fact.
18                    So your answer to that question is that
19  you would prefer to fund the voter ID bill, if need be,
20  with state funds than to put extra money -- take that
21  $2 million, if we need to, and put it back in the budget
22  for our school districts?
23                    SEN. FRASER:  You know, the -- you know,
24  the important thing -- or the good thing with the
25  Legislature is you don't get to make -- answer questions
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   for me, and the -- I did not say that at all.
 2                 Today I'm laying -- bringing forward a
 3   bill that would deter and detect fraud and restore the
 4   public confidence in the election system.
 5                 SEN. WEST:  How does your bill detect
 6   fraud?
 7                 SEN. FRASER:  Come back?  I'm sorry.  I
 8   didn't hear you.  What did you say?
 9                 SEN. WEST:  How does your bill detect
10   fraud?
11                 SEN. FRASER:  The -- the bill is designed
12   to deter and detect fraud and restore --
13                 SEN. WEST:  No.  I asked you:  How does
14   your bill detect fraud?
15                 SEN. FRASER:  The -- I think the easy
16   answer to that would be, is that when you walk into
17   the -- into your election booth and you show your
18   driver's license, they know for sure that you're Royce
19   West and that if you're on the precinct list,
20   registered, you're entitled to vote.
21                 SEN. WEST:  And so that's -- that's the
22   fraud detection provision in it?  And so you'd rather
23   fund --
24                 SEN. FRASER:  That's the way the bill
25   works.
```

```
 1                    SEN. WEST:  Now, let me ask you this:  If
 2   there's empirical evidence that -- in Texas, at least,
 3   because, you know, we are -- we are Texas.  We are the
 4   Lone Star State.  The rest of America can go this way,
 5   and we'll go that -- the other way.  Right?  Right.
 6   Okay.  You're good with that.  Right?
 7                    SEN. FRASER:  I'm sitting here listening.
 8                    SEN. WEST:  You don't agree with that?
 9                    SEN. FRASER:  No, I'm listening to you.
10   You're --
11                    SEN. WEST:  We are Texans.
12                    SEN. FRASER:  You're still answering my
13   questions for me.
14                    SEN. WEST:  We're Texans.
15                    SEN. FRASER:  Keep going.
16                    SEN. WEST:  I'm just asking you whether
17   you agree with it.  And so the question I'm asking you
18   is:  Is there any indication that we have prosecuted any
19   fraud associated with identification in the state of
20   Texas?  Is there any empirical evidence whatsoever?
21                    SEN. FRASER:  The bill that I'm bringing
22   forward today will clearly say that when you walk in the
23   voting booth, you identify yourself as who you say you
24   are, and the bill that we're bringing forward we believe
25   will pass the Supreme Court of the United States and be
```

CONSIDERATION OF SENATE BILL 14  1/25/2011

```
 1   approved by Department of Justice.
 2              SEN. WEST:  I notice you keep on saying
 3   that in terms of you believe that the bill is going to
 4   pass muster at the Department of Justice and also the
 5   United -- the Supreme Court of the United States.  Are
 6   you anticipating any -- let me -- let me ask this:  If
 7   the Department of Justice decides not to preclear this
 8   legislation, are you anticipating any type of court
 9   challenge by the state of Texas?
10              SEN. FRASER:  Senator, I'm starting to
11   have trouble hearing you.  Hold on a second.  Let me put
12   my earphones on.
13              (Pause)
14              SEN. FRASER:  Are you there?
15              SEN. WEST:  Yes.
16              SEN. FRASER:  Would you say something?
17              SEN. WEST:  Testing, testing, testing.
18              SEN. FRASER:  Okay.  I got you.
19              SEN. WEST:  One, two, three.
20              SEN. FRASER:  Okay.  Will you ask your
21   question again?
22              SEN. WEST:  You have consistently
23   indicated that this particular bill will pass the
24   Department of Justice and also the Supreme Court.  I'm
25   asking you:  Do you anticipate that if the Department of
```

TX_00000516

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   Justice decides not to preclear this particular

 2   legislation, any litigation concerning it?

 3                   SEN. FRASER:  You're -- you're being

 4   subjective about me assuming what's going to happen.  I

 5   believe the bill that we had -- that we're offering will

 6   be precleared.

 7                   SEN. WEST:  But I'm asking if it's not

 8   precleared.  Do you want to see us go into litigation

 9   with the federal government concerning your bill if it's

10   not precleared?

11                   SEN. FRASER:  I don't -- I don't think

12   that's, you know, my choice.  I think we -- we will

13   present the bill forward and try to present our best

14   case that it should.

15                   SEN. WEST:  Okay.  So does your bill

16   anticipate any litigation at all?

17                   SEN. FRASER:  The bill in no way addresses

18   or thinks about any litigation.  It is clearly just a

19   bill saying this is -- this is what we're asking you to

20   do, to present a photo ID when you vote, and that's the

21   extent of the bill.

22                   SEN. WEST:  I know because -- and the

23   reason I ask that question, you continue to make

24   reference to the Department of Justice and the U.S.

25   Supreme Court or --
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Only because the -- the
 2   bills that have been brought forward by other states,
 3   which Indiana was cleared by the -- you know, made it
 4   all the way to the U.S. Supreme Court; and then in
 5   Georgia, they were precleared from the Department of
 6   Justice because a bill -- you know, since we're a
 7   Section 5 state, they were precleared.
 8              SEN. WEST:  Okay.  In Georgia, not
 9   Indiana.  Indiana's not a Section 5 state?
10              SEN. FRASER:  No, they are not.
11              SEN. WEST:  Okay.  Has the Legislature or
12   have you conducted any research on how burdens of the
13   photo ID requirements may fall disproportionately upon
14   racial minorities?
15              SEN. FRASER:  Come back again.  I'm sorry.
16   My sound went off.
17              SEN. WEST:  Okay.  In drafting your -- in
18   drafting your bill, was there any research conducted on
19   how burdens of -- burdens of photo identification
20   requirements may fall disproportionately on racial
21   minorities?
22              SEN. FRASER:  Probably the best evidence
23   that I could bring forward, that the latest poll that
24   was conducted of Texans, including the people in your
25   area.  Of the -- there were 86 percent of the public
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   that in favor of that.  Of that, 82 percent were black,
 2   83 percent were Hispanic.
 3                  So I would say the answer to your question
 4   is:  If you ask someone that is either African American
 5   or Hispanic, do they believe that -- "Do you
 6   favor/oppose requiring a valid photo ID before a person
 7   is allowed to vote?" and you have 82 percent of the
 8   public that says that --
 9                  SEN. WEST:  Right.
10                  SEN. FRASER:  -- pretty -- pretty
11   straightforward.
12                  SEN. WEST:  You keep referring to that
13   poll.  What poll is that, sir, and who was it conducted
14   by?
15                  SEN. FRASER:  It was conducted -- this is
16   one of many we had.  I've got a whole series of polls.
17   This just happened to be the latest one that was
18   conducted January the 10th, 2011.  This one was by the
19   Lighthouse Opinion Polling & Research, LLC.
20                  SEN. WEST:  Lighthouse Opinion.
21                  SEN. FRASER:  Lighthouse Opinion Polling,
22   LLC.
23                  SEN. WEST:  Okay.  And --
24                  SEN. FRASER:  One that was --
25                  (Simultaneous discussion)
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1                    SEN. WEST:  Were you finished?

2                    SEN. FRASER:  Yeah.

3                    SEN. WEST:  Okay.  Now, the question,

4     though, that I asked, not -- and I agree with you that

5     most people will say that some form of photo ID is okay.

6     Now --

7                    SEN. FRASER:  But what --

8                    SEN. WEST:  Let me -- let me finish.  Let

9     me finish, though.  Hold on for a second.

10                   I would agree with you that, but my

11    question wasn't about their opinion.  My question was:

12    Have you conducted any research on how burdens of photo

13    ID requirements may fall disproportionately on racial

14    minorities?

15                   SEN. FRASER:  And I think the answer to

16    that, if you look at what happened in Indiana and

17    Georgia is a good example because it is a Section 5

18    state.  In those states, to our -- to my knowledge,

19    there has not been a single person that has came forward

20    to identify themself that they were in any way, you

21    know, in -- you know, kept from voting or inconvenienced

22    by voting.

23                   So the answer to your question is, that I

24    look at the data that has been collected from the states

25    that have implemented, and they're coming forward.  That
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  is the case.  Plus the fact that if you ask African
2  Americans or Hispanics in Texas, it's a very
3  straightforward question.  When you have 82 percent of
4  the public, the people that you represent, saying, you
5  know, "I think that's a good ideal," I'm having a lot of
6  trouble understanding how -- why you don't understand
7  that.

8              SEN. WEST:  Okay.  So the answer to my
9  question is, is that you did not conduct any type of
10 research on it other than looked at opinion polls and
11 referenced what went on in other states?

12             SEN. FRASER:  No, we've done all --
13 there's been a lot of research done.

14             SEN. WEST:  And that's what I was asking.
15 What research have you done --

16             SEN. FRASER:  I just explained --

17             SEN. WEST:  -- to make that determination?

18             SEN. FRASER:  -- to you what we did.  We
19 have looked at the experience of other states.  And
20 you're going to have witnesses come from some of the
21 other affected states, and you're going to be able to
22 ask that question:  Who has came forward in your state
23 and said it's a problem?

24             SEN. WEST:  Okay.  So you're saying, then,
25 that as a result of experiences in other states and an

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   opinion poll, that that is the sum total of the research
 2   that's been done by you in preparation of this bill?
 3                 SEN. FRASER:  Senator, I think the people
 4   in your district understand very clearly.  If you ask
 5   them a direct question, someone you represent, and said,
 6   "Do you favor or oppose requiring a valid photo ID
 7   before you're allowed to vote," this is -- that's not
 8   rocket science.
 9                 SEN. WEST:  Well, the --
10                 SEN. FRASER:  "Should you be required to
11   show your picture ID when you go into vote?"  That's --
12   that's -- to me, that's -- that's, you know, pretty
13   telling.
14                 SEN. WEST:  Well, the great thing about it
15   is, we're going to have an opportunity to do just that.
16   Because guess what?  I've got a few people from my
17   district down here to testify, so you'll have an
18   opportunity to ask them that.  Okay?
19                 SEN. FRASER:  Good.
20                 SEN. WEST:  But, again, that's the sum
21   total of your research, though.  Right?
22                 SEN. FRASER:  I didn't say that was the
23   sum total of my research.
24                 SEN. WEST:  Now, would you agree that
25   Texas has a larger proportion of minorities than
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   Indiana?
 2               SEN. FRASER:  Not advised.
 3               SEN. WEST:  So if -- if the demographic
 4   information that we have from the U.S. Department of
 5   Census indicated that, you would not disagree with that.
 6   Correct?
 7               SEN. FRASER:  Well, I mean, every state
 8   has a different demographic of the makeup of people
 9   within the state.
10               SEN. WEST:  Sure.  I know that, yeah.
11               SEN. FRASER:  Georgia is a -- you know,
12   they're -- they're a Section 5 voter rights state, but
13   their makeup is not exactly like Texas.
14               SEN. WEST:  That's the point.  That's what
15   I'm asking you.  You said you weren't advised, so I was
16   just trying to point to you some set of facts that all
17   of us commonly know that we get from the Department of
18   Census, U.S. Department of Census.  And if they give
19   different demographic information for the states, then
20   that would probably be controlling, and you would agree
21   that that's the best evidence that we have of what the
22   population is in those various states.  That's all I'm
23   asking.  Now, let me ask this.
24               SEN. FRASER:  But you're trying to answer
25   my question, and I did not say that.
```

TX_00000523

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. WEST:  No, I'm not.  But are the

2   forms of identification listed in your bill the least

3   restrictive options in order to achieve the goal of

4   avoiding what you call voter identification fraud?

5              SEN. FRASER:  Okay.  You're going to have

6   to ask that again.

7              SEN. WEST:  Are the forms of

8   identification that you've listed in the bill the least

9   restrictive options in order to achieve the goal of

10  avoiding what you have said is voter identification

11  fraud?

12             SEN. FRASER:  And I think what you're

13  asking, which is going to be the easiest to use?  And

14  the -- the data, if you look back at 2006, the number of

15  people that have registered to vote, about -- I think

16  the number now is 91 percent actually use their driver's

17  license when they registered to vote.  So the assumption

18  is at least 91 percent of the people that voted -- or

19  that registered since 2006 had a driver's license.  So

20  I'd say that's the -- if it's the -- the easiest thing,

21  I'd say a driver's license.

22             SEN. WEST:  So this -- the list of

23  identifications that you use as the -- is the least

24  restrictive options that you could come up with?

25             SEN. FRASER:  Well, I don't -- I'm not
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   sure.  Your verbiage you're using, I don't know that
 2   that's the intent.
 3                 SEN. WEST:  Well --
 4                 SEN. FRASER:  I'm saying that the thing
 5   that the -- the type of identification that is most
 6   readily available appears to be a driver's license.
 7   It -- we think, that is.
 8                 SEN. WEST:  Okay.  Now, since there are
 9   studies that show that African Americans and Hispanics
10   are more affected by poverty and --
11                 SEN. FRASER:  Ask him, then.
12                 We're trying to figure out if this is a
13   filibuster.
14                 SEN. WEST:  Is it a what?
15                 SEN. FRASER:  A filibuster?
16                 SEN. WEST:  Oh, no, this is serious
17   business.  This is serious business.
18                 SEN. FRASER:  I guess I would remind you
19   that the information that was put into the record this
20   morning by Senator Huffman, the questions you've gone
21   over, I believe we put these --
22                 SEN. WEST:  Well, at any -- at any point,
23   you can defer to whomever you want to answer the
24   question.
25                 SEN. FRASER:  No, no, I'm saying --
```

CONSIDERATION OF SENATE BILL 14  1/25/2011

```
1              SEN. WEST:  You've been referring to the
2   Secretary of State.
3              SEN. FRASER:  -- these -- the questions --
4   the questions you're asking, the question and the answer
5   are already in the record from two years ago; that
6   you're asking the exact same question, and I'm answering
7   the exact same answer.  It's already in the --
8              SEN. WEST:  And it may very well be.  I
9   just don't remember.  I haven't gone back and read that
10  entire record.  It was like 26 hours.  So if I'm being a
11  little bit redundant, please give me -- give me a little
12  space on that.
13             Let me go back to the questions I'm
14  asking.  Studies have shown that African Americans and
15  Hispanics are more affected by poverty and, therefore,
16  are more likely to participate in government benefit
17  programs.  Will the elimination of the government
18  documents as a form of ID disproportionately affect
19  African Americans and Hispanics?
20             SEN. FRASER:  I'm not advised.
21             SEN. WEST:  Okay.  If in fact -- well, let
22  me back up and ask you this question.
23             Do you agree that African Americans and
24  Hispanics are disproportionately affected by poverty in
25  the state of Texas?
```