Plaintiff Exhibit
PL850

FILED UNDER SEAL

PL851
9/2/2014
2:13-cv-00193



# Texas Secretary of State
## Nandita Berry

Search | Site Index | Help | Contacts | Press Office

Home                                                          End Session

## Voter Information

This information listed is confirmation that you are registered to vote at the address and precinct listed below as of the "valid from" date.

To view county contact information, visit the List of County Election Administrators page.

## Información para el Votante

La información que aquí aparece es la confirmación de que usted está registrado(a) para votar en la dirección y el precinto que a continuación se indican. Tal registro está "Válido desde" la fecha dada abajo.

Para ver datos de contacto en los condados, visite la página que contiene la Lista de Administradores de elecciones por condado.

**Online Voter Central**

Introduction

Am I Registered?

Voter Registration Application

List of County Registrars

List of County Election Administrators

VoteTexas.gov

Help



### Voter Information

| | |
|---|---|
| **Name:** (Nombre) | GHOLAR , ELIZABETH |
| **Address:** (Dirección) | 7609 CROSSMEADOW DR AUSTIN, TX 787500000 |
| **Valid From:** (Válido desde) | 01/01/2014 |
| **Effective Date of Registration:** (Fecha efectiva de registración) | 09/19/2013 |
| **Voter Status:** (Estatus de Votante) | Active ( activo) |
| **County:** (Condado) | TRAVIS |
| **Precinct:** (Precinto) | 337 |

EXHIBIT
JUL 16 2014
Gholar 3 EC

EXHIBIT
[illegible] 4
EC

Update your name on your Voter Registration Record
Actualicé su nombre en su registro de votante

If you are unable to update your name online, you may complete a voter registration application and mail it to your voter registrar .

Si no puede actualizar su nombre en línea, puede

terminar de llenar una <u>solicitud de registro</u> de votantes y
enviarlo por correo a su <u>registrador de votantes</u> .

**SOS Home  |  Register to Vote  |  Texas.gov  |  Trail  |  Texas Homeland Security**

<u>Compact With Texans</u> | <u>Open Records Policy</u> | <u>Privacy Policy</u> | <u>Link Policy</u> | <u>Disclaimer</u>

<u>Help</u> | Send comments and questions about the web site to: <u>elections@sos.state.tx.us</u>

**PL852**
**9/2/2014**
**2:13-cv-00193**



# SECRETARY OF STATE  *Louisiana*  TOM SCHEDLER

HOME

| HOME | VOTER REGISTRATION | ELECTION CALENDAR | BALLOT INFORMATION | VOTING INFORMATION | CHANGE SEARCH |

**Name:** Elizabeth Tezeno Gholar    **Party:** Democratic    **Parish:** Calcasieu    **Ward/Precinct:** 00/440    **Status:** Inactive

Your voter status is currently inactive. **View messages.**

Frequently Asked Questions

Elected Officials

Voter Districts

Registrar of Voters

Change Voter Registration

View Messages

Print Voter Information

Electronic Notifications

## Messages

### Voter Inactive

Your voter registration status is "inactive" because your registration address was not able to be verified by your parish registrar of voters during the annual canvass or correspondence sent to the address on file has been returned undeliverable. If your residential address or the address where you receive mail has changed from the address used when you registered to vote or last changed your voter registration record, please update your residential address on your voter registration record.

If you do not confirm your address or you do not vote by 12/10/2016, your name may be removed from the voter registration list.

Please contact your Registrar of Voters if you have questions or concerns.

Copyright © 2012 Louisiana Department of State

EXHIBIT

JUL 16 2014

Gholar 4    EC

PL853
9/2/2014
2:13-cv-00193

By: Fraser, Estes, Nelson
Nichols

S.B. No. 362

A BILL TO BE ENTITLED

1                      AN ACT

2 relating to requiring a voter to present proof of identification.

3     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4     SECTION 1.  Subchapter A, Chapter 15, Election Code, is

5 amended by adding Section 15.005 to read as follows:

6     Sec. 15.005.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS.

7 (a)  The voter registrar of each county shall provide notice of the

8 identification requirements for voting prescribed by Chapter 63 and

9 a detailed description of those requirements with each voter

10 registration certificate issued under Section 13.142 or renewal

11 registration certificate issued under Section 14.001.

12     (b)  The secretary of state shall prescribe the wording of

13 the notice to be included on the certificate under this section.

14     SECTION 2.  Subchapter A, Chapter 31, Election Code, is

15 amended by adding Section 31.012 to read as follows:

16     Sec. 31.012.  VOTER IDENTIFICATION EDUCATION.  (a)  The

17 secretary of state and the voter registrar of each county that

18 maintains a website shall provide notice of the identification

19 requirements for voting prescribed by Chapter 63 on each entity's

20 respective website.  The secretary of state shall prescribe the

21 wording of the notice to be included on the websites.

22     (b)  The secretary of state, in cooperation with appropriate

23 nonprofit organizations as determined by the secretary of state and

24 with each party whose nominee for governor in the most recent




S.B. No. 362

1 gubernatorial general election received 20 percent or more of the
2 total number of votes received by all candidates for governor in the
3 election, shall establish a statewide effort to educate voters
4 regarding the identification requirements for voting prescribed by
5 Chapter 63. The secretary of state may use any available funds,
6 including federal funds, for the purposes of this section.

7 SECTION 3. Section 32.111, Election Code, is amended by
8 adding Subsection (c) to read as follows:

9 (c) The training standards adopted under Subsection (a)
10 must include provisions on the acceptance and handling of the
11 identification presented by a voter to an election officer under
12 Section 63.001.

13 SECTION 4. Subsection (a), Section 32.114, Election Code,
14 is amended to read as follows:

15 (a) The county clerk shall provide one or more sessions of
16 training using the standardized training program and materials
17 developed and provided by the secretary of state under Section
18 32.111 for the election judges and clerks appointed to serve in
19 elections ordered by the governor or a county authority. Each
20 election judge shall complete the training program. Each election
21 clerk shall complete the part of the training program relating to
22 the acceptance and handling of the identification presented by a
23 voter to an election officer under Section 63.001.

24 SECTION 5. Chapter 62, Election Code, is amended by adding
25 Section 62.016 to read as follows:

26 Sec. 62.016. NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
27 POLLING PLACES. The presiding judge shall post in a prominent place

2

S.B. No. 362

1   on the outside of each polling location a list of the acceptable

2   forms of photographic and nonphotographic identification.  The

3   notice and list must be printed using a font that is at least

4   24-point.

5       SECTION 6.  Section 63.001, Election Code, is amended by

6   amending Subsections (b), (c), (d), and (f) and adding Subsection

7   (g) to read as follows:

8       (b)  On offering to vote, a voter must present to an election

9   officer at the polling place either:

10          (1) one form of identification listed in Section

11   63.0101(a); or

12          (2) two different forms of identification listed in

13   Section 63.0101(b) [the voter's voter registration certificate to

14   an election officer at the polling place].

15      (c)  On presentation of the documentation required by

16   Subsection (b) [a registration certificate], an election officer

17   shall determine whether the voter's name on the registration

18   certificate is on the list of registered voters for the precinct.

19      (d)  If the voter's name is on the precinct list of

20   registered voters and the voter's identity can be verified from the

21   documentation presented under Subsection (b), the voter shall be

22   accepted for voting.

23      (f)  After determining whether to accept a voter, an election

24   officer shall return the voter's documentation [registration

25   certificate] to the voter.

26      (g)  If the requirements for identification prescribed by

27   Subsection (b) are not met, the voter may be accepted for

3

S.B. No. 362

1   provisional voting only under Section 63.011.  An election officer
2   shall inform a voter who is not accepted for voting under this
3   section of the voter's right to cast a provisional ballot under
4   Section 63.011.

5       SECTION 7.  Effective January 1, 2010, Subsection (a),
6   Section 63.0011, Election Code, is amended to read as follows:

7       (a)  Before a voter may be accepted for voting, an election
8   officer shall ask the voter if the voter's residence address on the
9   precinct list of registered voters is current and whether the voter
10  has changed residence within the county.  If the voter's address is
11  omitted from the precinct list under Section 18.005(c), the officer
12  shall  ask  the  voter  if  the  voter's  residence  as  listed  on
13  identification presented by the voter under Section 63.001(b) [the
14  voter's voter registration certificate] is current and whether the
15  voter has changed residence within the county.

16      SECTION 8.  Subsection (a), Section 63.006, Election Code,
17  is amended to read as follows:

18      (a)  A voter who, when offering to vote, presents a voter
19  registration certificate indicating that the voter is currently
20  registered in the precinct in which the voter is offering to vote,
21  but whose name is not on the precinct list of registered voters,
22  shall be accepted for voting if the voter's identity can be verified
23  from the documentation presented under Section 63.001(b).

24      SECTION 9.  Subsection (a), Section 63.007, Election Code,
25  is amended to read as follows:

26      (a)  A  voter  who,  when  offering  to  vote,  presents
27  documentation required under Section 63.001(b) that indicates [a

4

S.B. No. 362

1 ~~voter registration certificate indicating that~~] the voter is
2 currently registered in a different precinct from the one in which
3 the voter is offering to vote, and whose name is not on the precinct
4 list of registered voters, shall be accepted for voting if the
5 voter's identity can be verified from the documentation and the
6 voter executes an affidavit stating that the voter:

7           (1)  is a resident of the precinct in which the voter is
8 offering to vote or is otherwise entitled by law to vote in that
9 precinct;

10          (2)  was a resident of the precinct in which the voter
11 is offering to vote at the time that information on the voter's
12 residence address was last provided to the voter registrar;

13          (3)  did not deliberately provide false information to
14 secure registration in a precinct in which the voter does not
15 reside; and

16          (4)  is voting only once in the election.

17     SECTION 10.  Section 63.0101, Election Code, is amended to
18 read as follows:

19     Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
20 (a)  The following documentation is an acceptable form [~~as proof~~]
21 of photo identification under this chapter:

22          (1)  a driver's license or personal identification card
23 issued to the person by the Department of Public Safety that has not
24 expired or that expired no earlier than two years before the date of
25 presentation [~~or a similar document issued to the person by an~~
26 ~~agency of another state, regardless of whether the license or card~~
27 ~~has expired~~];

5

S.B. No. 362

1    (2) a United States military identification card that
2 contains the person's photograph [form of identification
3 containing the person's photograph that establishes the person's
4 identity];
5    (3) a [birth certificate or other document confirming
6 birth that is admissible in a court of law and establishes the
7 person's identity;
8    [(4)] United States citizenship certificate [papers]
9 issued to the person that contains the person's photograph;
10    (4) [(5)] a United States passport issued to the
11 person;
12    (5) a license to carry a concealed handgun issued to
13 the person by the Department of Public Safety; or
14    (6) [official mail addressed to the person by name
15 from a governmental entity;
16    [(7)] a valid identification card that contains the
17 person's photograph and is issued by:
18    (A) an agency or institution of the federal
19 government; or
20    (B) an agency, institution, or political
21 subdivision of this state.
22    (b) The following documentation is acceptable as proof of
23 identification under this chapter:
24    (1) the voter's voter registration certificate or a
25 copy of a current utility bill, bank statement, government check,
26 paycheck, or other government document that shows the name and
27 address of the voter;

6

S.B. No. 362

1          (2)  official mail addressed to the person by name from
2    a governmental entity;

3          (3)  a certified copy of a birth certificate or other
4    document confirming birth that is admissible in a court of law and
5    establishes the person's identity;

6          (4)  United States citizenship papers issued to the
7    person;

8          (5)  an original or certified copy of the person's
9    marriage license or divorce decree;

10         (6)  court records of the person's adoption, name
11   change, or sex change;

12         (7)  an identification card issued to the person by a
13   governmental entity of this state or the United States for the
14   purpose of obtaining public benefits, including veteran's
15   benefits, Medicaid, or Medicare;

16         (8)  a temporary driving permit issued to the person by
17   the Department of Public Safety;

18         (9)  a pilot's license issued to the person by the
19   Federal Aviation Administration or another authorized agency of the
20   United States;

21         (10)  a library card that contains the person's name
22   issued to the person by a public library located in this state; or

23         (11)  a hunting or fishing license issued to a person by
24   the Parks and Wildlife Department [or

25         [(8)  any other form of identification prescribed by
26   the secretary of state].

27         SECTION 11.  Subsection (a), Section 63.011, Election Code,

7

S.B. No. 362

1   is amended to read as follows:

2      (a)  A  person  to  whom  Section  63.001(g)  [63.008(b)  or

3   63.009(a)]  applies  may  cast  a  provisional  ballot  if  the  person

4   executes an affidavit stating that the person:

5        (1)  is a registered voter in the precinct in which the

6   person seeks to vote; and

7        (2)  is eligible to vote in the election.

8      SECTION 12.  Section  521.422,  Transportation  Code,  is

9   amended  by  amending  Subsection  (a)  and  adding  Subsection  (d)  to

10   read as follows:

11      (a)  Except as provided by Subsection (d), the  [The]  fee for

12   a personal identification certificate is:

13        (1)  $15 for a person under 60 years of age;

14        (2)  $5 for a person 60 years of age or older; and

15        (3)  $20  for  a  person  subject  to  the  registration

16   requirements under Chapter 62, Code of Criminal Procedure.

17      (d)  The  department  may  not  collect  a  fee  for  a  personal

18   identification certificate issued to a person who states that the

19   person is obtaining the personal identification certificate for the

20   sole purpose of satisfying Section 63.001(b)(1), Election Code,

21   and:

22        (1)  who  is  a  registered  voter  in  this  state  and

23   presents a valid voter registration certificate; or

24        (2)  who  is  eligible  for  registration  under  Section

25   13.001, Election Code, and submits a registration application to

26   the department.

27      SECTION 13.  Effective January 1, 2010, Sections 63.008 and

8

S.B. No. 362

1 63.009, Election Code, are repealed.

2 SECTION 14. As soon as practicable after the effective date
3 of this Act:

4 (1) the secretary of state shall adopt the training
5 standards and develop the training materials required to implement
6 the change in law made by this Act to Section 32.111, Election Code;
7 and

8 (2) the county clerk of each county shall provide a
9 session of training under Section 32.114, Election Code, using the
10 standards adopted and materials developed to implement the change
11 in law made by this Act to Section 32.111, Election Code.

12 SECTION 15. (a) Except as provided by Subsection (b) of
13 this section, this Act takes effect January 1, 2010.

14 (b) The changes in law made by Sections 1, 2, 3, 4, and 14 of
15 this Act take effect September 1, 2009.

9

Case 2:13-cv-00193   Document 674-20   Filed on 11/11/14 in TXSD   Page 14 of 43   PL854
Case 1:12-cv-00128-RMC-DST-RLW   Document 206-1   Filed 06/20/12   Page 61 of 156   9/2/2014
2:13-cv-00193

TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS


IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 14                  §



COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011



BE IT REMEMBERED THAT AT 8:05 a.m., on
Tuesday, the 25th day of January 2011, the above-
entitled matter continued at the Texas State Capitol,
Senate Chamber, Austin, Texas, before the Committee of
the Whole Senate.  The following proceedings were
reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim
Pence, Certified Shorthand Reporters.


VOLUME 2                        PAGES 20 - 542

TX_00000061
JA_000060



TX_00000061

Case 2:13-cv-00193  Document 674-20  Filed on 11/11/14 in TXSD  Page 15 of 43
Case 1:12-cv-00128-RMC-DST-RLW  Document 207  Filed 06/20/12  Page 177 of 275

445

CONSIDERATION OF SENATE BILL 14 1/25/2011

1              MS. McGEEHAN:  Yeah, that number is

2    34,506.

3              SEN. DAVIS:  Okay.  Do we have any -- any

4    estimate of the number of people who are currently

5    registered today?  If we've only been gathering that

6    information since 2006, do we have any kind of an

7    estimate of the number of people who are currently

8    registered to vote today who do not have a driver's

9    license number to provide?

10             MS. McGEEHAN:  Well, if we -- if we look

11   at our entire statewide file, we have 5.2 million voters

12   that did provide a driver's license number or an ID

13   number.  We have 2.1 million voters that present -- that

14   provided a social security number.  4 million of them

15   provided both.  And then the numbers that have

16   neither -- or the voters that hadn't provided either one

17   is 690,887.  So it doesn't necessarily mean that those

18   people haven't been issued, but they didn't -- either

19   they don't have those numbers or they registered before

20   it was required, and so they didn't provide them when

21   they registered if it was pre-2006.

22             SEN. DAVIS:  But the question wasn't

23   asked.  It was -- I guess as you said, you could

24   voluntarily provide that information prior to '06.

25             MS. McGEEHAN:  Well, it was asked, but it

Case 2:13-cv-00193  Document 674-20  Filed on 11/11/14 in TXSD  Page 16 of 43
Case 1:12-cv-00128-RMC-DST-RLW  Document 207  Filed 06/20/12  Page 178 of 275
446

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   was optional.  It was on the form.

2            SEN. DAVIS:  Uh-huh.  Okay.  So we really

3   don't know how many of that group were answering the

4   question voluntarily because they have the number versus

5   those who were not answering it, not because they chose

6   to, but because they did have their driver's license

7   number?

8            MS. McGEEHAN:  Yes, you are correct.

9   That's right.

10            SEN. DAVIS:  So when we're putting

11   together an estimate of what the cost to educate our

12   voters is going to be and when we think about how

13   significant the changes are that are addressed in this

14   bill, what's your -- what's your process been to try to

15   determine how many people will be impacted and what that

16   voter education is going to need to look like?

17            MS. McGEEHAN:  Well, we -- I mean, to be

18   very honest, we haven't done much planning yet.  We

19   prepared this fiscal note on Friday.  That would be

20   obviously a very important component is trying to

21   identify who the appropriate audiences are, who you need

22   to get the information out to.

23            Senator Williams had approached us earlier

24   today to see if we could do some comparisons to try and

25   further focus in on who those registered voters are that

Case 2:13-cv-00193  Document 674-20  Filed on 11/11/14 in TXSD  Page 17 of 43
Case 1:12-cv-00128-RMC-DST-RLW  Document 207  Filed 06/20/12  Page 179 of 275
447

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  don't have -- or have not been issued a driver's license

2  or a personal ID number.  So we're trying to run some of

3  those numbers right now.

4          SEN. DAVIS:  I guess a confusion for me is

5  how we came up with the $2 million fiscal note for that

6  and yet we don't really know, as you said a moment ago

7  we don't really know how many people will be impacted by

8  it and what that statewide voter education effort is

9  going to need to look like.  So where did the $2 million

10  number come from?

11          MS. McGEEHAN:  Well, the $2 million number

12  came from the way the bill is written because the bill

13  simply says "a statewide voter education effort."  So

14  there's not too much detail in the bill as to what's

15  required.  Our assumption is that our previous voter

16  education programs might be the model, and they've been

17  around 3 million.  And plus, we also noticed that last

18  session the Senate put a $2 million fiscal note on it.

19  So we thought, well, maybe that's some representation of

20  legislative intent as to what an appropriate voter

21  education program might cost, but --

22          SEN. DAVIS:  So we've had voter education

23  efforts in the past that have cost about $3 million each

24  time we've engaged in the voter education effort.  We're

25  talking today about making some sweeping changes to

Case 2:13-cv-00193  Document 674-20  Filed on 11/11/14 in TXSD  Page 18 of 43
Case 1:12-cv-00128-RMC-DST-RLW  Document 207  Filed 06/20/12  Page 180 of 275

448

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   what's required in order to vote in the state of Texas.

2   Why is the number to educate -- on such a sweeping

3   change for what will likely be a much larger group of

4   impacted people in the state of Texas, why is that

5   number so much lower than the $3 million number that's

6   currently being spent for voter education?

7               MS. McGEEHAN:  Well, if the -- if a

8   $2 million program is added into an existing $3 million

9   program, then you've got a $5 million program.  I mean,

10  our voter education under HAVA is directed to all

11  registered voters.  And so, you know, a new voter -- a

12  new photo ID requirement would also need to be directed

13  to all registered voters because it's a change for all

14  voters.

15              SEN. DAVIS:  So we're talking about -- I'm

16  sorry to interrupt you.  We're talking a $2 million

17  addition to the $3 million that was already intended for

18  voter education in this next two-year cycle.

19              MS. McGEEHAN:  Possibly, possibly.  I

20  mean, we -- you know, we've got a communications

21  director that would have some input on that.  This

22  fiscal note represented what we thought might be a

23  reasonable fiscal note.  If we have, you know,

24  legislative direction to take it a different way or do

25  additional outreach, that's fine.  But based on the way

Case 2:13-cv-00193  Document 674-20  Filed on 11/11/14 in TXSD  Page 19 of 43
Case 1:12-cv-00128-RMC-DST-RLW  Document 207  Filed 06/20/12  Page 181 of 275

449

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   the bill was written and based on the fiscal note filed

2   last time, we thought that was a reasonable number.

3               SEN. DAVIS:  So let's say we spend about a

4   total of $5 million in the next two years with our

5   intended voter education effort that's already been

6   planned and with an additional cost for educating on the

7   requirements of this proposed new law.  That's about the

8   balance of the voter education fund right now.  Is that

9   correct?

10              MS. McGEEHAN:  Well, it's about -- we've

11  spent 9 million.  I think the balance -- yeah, the

12  balance is between 5 and 7 million.  That's correct.

13              SEN. DAVIS:  Okay.  So that will take us

14  through about what -- how long of a period of time will

15  that take us through?

16              MS. McGEEHAN:  If we used 5 million to do

17  a voter -- a general voter education plan and then

18  another 2 million to do a detailed photo -- photo

19  identification plan, that might -- that might use it up.

20              SEN. DAVIS:  And if it uses it up, what

21  will we do in future years to educate our voters about

22  these requirements?

23              MS. McGEEHAN:  Well, frankly -- I mean,

24  state law has never appropriated state funds to educate

25  voters.  So, you know, these federal funds have been

Case 2:13-cv-00193 Document 674-20 Filed on 11/11/14 in TXSD Page 20 of 43
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 220 of 275

488

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              MS. McGEEHAN:  That's correct.  And just
2    an example of that, the cost that Bexar County put in
3    the fiscal note was -- I think their assumption was that
4    the certificate, the voter registration certificate
5    would have to increase in size.  And I don't see
6    anything in the bill that requires that.  And the
7    Secretary of State prescribes the form.  So once that's
8    explained to the county, they might withdraw that
9    fiscal --
10             SEN. FRASER:  I want to make sure that
11   that's clear, is that some of these assumptions are
12   possibly the-sky-is-falling assumptions that this is --
13   you know, this expense is going to be put on us, and I
14   don't think that's been discussed.  And some of this, I
15   think, can be done by ruling of the Secretary of State,
16   directing them.  And there is a real good chance that a
17   lot of these expenses go away that can be absorbed
18   through the Secretary of State.  And that is correct,
19   isn't it?
20             MS. McGEEHAN:  Yes.
21             SEN. FRASER:  Okay.  I wanted to clear
22   that up.  Thank you so much.
23             CHAIRMAN DUNCAN:  The Chair recognizes
24   Senator Williams.
25             SEN. WILLIAMS:  Thank you, Mr. Chairman.
```

Case 2:13-cv-00193 Document 674-20 Filed on 11/11/14 in TXSD Page 21 of 43
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 221 of 275

489

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              Ms. McGeehan, I want to add my thanks for
2   you hanging in here with us all day.  There's about
3   three things that I would like to clear up with you.  I
4   just want to understand unequivocally, HAVA funds can be
5   spent for things like training poll workers.  Is that
6   correct?
7              MS. McGEEHAN:  Yes.
8              SEN. WILLIAMS:  Okay.  Thank you.  Then
9   are you familiar with the voter ID bill that went
10  into -- in Utah recently?  Have you taken a look at
11  that?
12             MS. McGEEHAN:  No, I have not looked at
13  that.
14             SEN. WILLIAMS:  Okay.  I just think it's
15  noteworthy, in light of Senator Van de Putte's comments,
16  because the Salt Lake County Clerk's office -- I've got
17  a news report here -- it's confirmed that there were
18  only 13 cases of voters having to pick up their
19  provisional ballots because they didn't have the proper
20  identification to vote when they put this new law into
21  effect.  So it seems like it's had a great -- again, one
22  more state where the impact has been really minimal.
23  I'm not sure why we're having these other issues, but I
24  don't think its because of this.
25             And then finally I wanted to ask you, we
```

Case 2:13-cv-00193  Document 674-20  Filed on 11/11/14 in TXSD  Page 22 of 43
Case 1:12-cv-00128-RMC-DST-RLW  Document 207  Filed 06/20/12  Page 222 of 275

490

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   had talked earlier about the project that I asked you to
 2   do, to cross-reference the driver's licenses and the
 3   voter registration.  How is that coming along?  I know I
 4   only asked today, but I just --
 5                  MS. McGEEHAN:  Yes.
 6                  SEN. WILLIAMS:  -- but what is a
 7   reasonable expectation for us to get that information?
 8                  MS. McGEEHAN:  I would hope by the end of
 9   the week.  One thing that our IT folks and our election
10   experts are trying to struggle with is like matching
11   criteria --
12                  SEN. WILLIAMS:  Right.
13                  MS. McGEEHAN:  -- you know, which we won't
14   have a TLD number, so we're working through some of
15   that.  But I would expect by the end of the week we
16   would have it, if not earlier.
17                  SEN. WILLIAMS:  Okay.  So do you need any
18   further direction from us?  For instance, if we wanted
19   to target that universe of people that we know are out
20   there and maybe make a little extra effort to make sure
21   that they understood they were going to have a new
22   requirement when they went to vote as far as getting a
23   photo ID, if they didn't already have one -- and we've
24   identified who they are -- if we gave legislative intent
25   as a part of the bill tomorrow, would that be sufficient
```

Case 2:13-cv-00193 Document 674-20 Filed on 11/11/14 in TXSD Page 23 of 43
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 223 of 275

491

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  for you-all and the Secretary of State's office to take

2  that direction and know that that's something that we

3  wanted to have done in your training plans and voter

4  education plans?

5          MS. McGEEHAN: Yes. I think if there were

6  a statement of legislative intent, we would certainly

7  follow that.

8          SEN. WILLIAMS: That would be sufficient.

9  Okay. Thank you very much. Appreciate your help.

10         CHAIRMAN DUNCAN: All right. Members, are

11 there any other questions of Ms. McGeehan?

12         Okay. The Chair hears none. Thank you,

13 Ms. McGeehan.

14         The Chair calls David Maxwell, Deputy

15 Director of Law Enforcement, Texas Attorney General's

16 Office.

17         Mr. Maxwell, would you approach and state

18 your name and who you represent, and then we'll open it

19 up for questions.

20         TESTIMONY BY DAVID MAXWELL

21         MR. MAXWELL: I have a written statement

22 that I would like to put into the record, sir.

23         CHAIRMAN DUNCAN: Well, we haven't been

24 doing that.

25         MR. MAXWELL: Okay.

A BILL TO BE ENTITLED

AN ACT

relating to requirements to vote, including presenting proof of
identification; providing criminal penalties.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION XX. Section 1.005, Election Code, is amended by adding
Subdivision (25) to read as follows:

(25) "Early voting ballot board" means the early voting
and provisional voting ballot board. (HARTNETT)

SECTION I.  Section 13.002, Election Code, is amended by
adding Subsection (i) to read as follows:

(i)  An applicant who wishes to receive an exemption from the
requirements of Section 63.001(b) on the basis of disability must
include with the person's application:

(1)  written documentation:

(A)  from  the  United  States  Social  Security
Administration evidencing the applicant has been determined to have
a disability; or

(B)  from the United States Department of Veterans
Affairs evidencing the applicant has a disability rating of at
least 50 percent; and

(2)  a statement in a form prescribed by the secretary of
state that the applicant does not have a form of identification
acceptable under Section 63.0101.

SECTION 2.  Section 15.001, Election Code, is amended by
adding Subsection (c) to read as follows:

(c)  A  certificate  issued  to  a  voter  who  meets  the
certification requirements of Section 13.002(i) must contain an

Page - 1 -

EXHIBIT
24

HIGHLY CONFIDENTIAL

TX_00021335

par解

C.S.S.B. No. 14

indication that the voter is exempt from the requirement to present identification other than the registration certificate before being accepted for voting.

SECTION 3. Effective September 1, 2011, Subchapter A, Chapter 15, Election Code, is amended by adding Section 15.005 to read as follows:

Sec. 15.005. NOTICE OF IDENTIFICATION REQUIREMENTS. (a) The voter registrar of each county shall provide notice of the identification requirements for voting prescribed by Chapter 63 and a detailed description of those requirements with each voter registration certificate issued under Section 13.142 or renewal registration certificate issued under Section 14.001.

(b) The secretary of state shall prescribe the wording of the notice to be included on the certificate under this section.

SECTION 4. Section 15.022(a), Election Code, is amended to read as follows:

(a) The registrar shall make the appropriate corrections in the registration records, including, if necessary, deleting a voter's name from the suspense list:

(1) after receipt of a notice of a change in registration information under Section 15.021;

(2) after receipt of a voter's reply to a notice of investigation given under Section 16.033;

(3) after receipt of a registration omissions list and any affidavits executed under Section 63.006 [63.007], following an

HIGHLY CONFIDENTIAL

TX_00021336

C.S.S.B. No. 14

election;

(4) after receipt of a voter's statement of residence executed under Section 63.0011;

(5) before the effective date of the abolishment of a county election precinct or a change in its boundary;

(6) after receipt of United States Postal Service information indicating an address reclassification;

(7) after receipt of a voter's response under Section 15.053; or

(8) after receipt of a registration application or change of address under Chapter 20.

SECTION 5. Effective September 1, 2011, Subchapter A, Chapter 31, Election Code, is amended by adding Section 31.012 to read as follows:

Sec. 31.012. VOTER IDENTIFICATION EDUCATION. (a) The secretary of state and the voter registrar of each county that maintains a website shall provide notice of the identification requirements for voting prescribed by Chapter 63 on each entity's respective website in each language in which voter registration materials are available. The secretary of state shall prescribe the wording of the notice to be included on the websites.

(b) The secretary of state shall conduct a statewide effort to educate voters regarding the identification requirements for voting prescribed by Chapter 63. The statewide effort shall include education targeted at low-income and minority voters. (B MILES)

HIGHLY CONFIDENTIAL

TX_00021337

C.S.S.B. No. 14

(c)  The county clerk of each county shall post in a prominent location at the clerk's office a physical copy of the notice prescribed under Subsection (a) in each language in which voter registration materials are available.

SECTION 6.  Effective September 1, 2011, Section 32.111, Election Code, is amended by adding Subsection (c) to read as follows:

(c)  The training standards adopted under Subsection (a) must include provisions on the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION 7.  Effective September 1, 2011, Section 32.114(a), Election Code, is amended to read as follows:

(a)  The county clerk shall provide one or more sessions of training using the standardized training program and materials developed and provided by the secretary of state under Section 32.111 for the election judges and clerks appointed to serve in elections ordered by the governor or a county authority.  Each election judge shall complete the training program.  Each election clerk shall complete the part of the training program relating to the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION 8.  Chapter 62, Election Code, is amended by adding Section 62.016 to read as follows:

Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

HIGHLY CONFIDENTIAL

TX_00021338

C.S.S.B. No. 14

POLLING PLACES. The presiding judge shall post in a prominent place on the outside of each polling location a list of the acceptable forms of identification. The list must be printed using a font that is at least 24-point. The notice required under this section must be posted separately from any other notice required by state or federal law.

SECTION 9. Section 63.001, Election Code, is amended by amending Subsections (b), (c), (d), and (f) and adding Subsections (g), (h) and (i) to read as follows:

(b) Except as provided by Subsection (h) or (i), on [an] offering to vote, a voter must present to an election officer at the polling place one form of identification described by Section 63.0101 [the voter's voter registration certificate to an election officer at the polling place].

(c) On presentation of the documentation required under Subsection (b) [a registration certificate], an election officer shall determine whether the voter's name on the documentation [registration certificate] is on the list of registered voters for the precinct. If in making a determination under this subsection the election officer determines that the voter's name on the documentation is substantially similar to but does not match exactly with the name on the list under standards adopted by the secretary of state (HOCHBERG), the voter shall be accepted for voting under Subsection (d) if the voter submits an affidavit stating that the voter is the person on the list of registered

HIGHLY CONFIDENTIAL

TX_00021339

C.S.S.B. No. 14

voters.

(d)  If, as determined under Subsection (c), the voter's name is on the precinct list of registered voters and the voter's identity can be verified from the documentation presented under Subsection (b), the voter shall be accepted for voting.

(f)  After determining whether to accept a voter, an election officer shall return the voter's documentation [registration certificate] to the voter.

(g)  If the requirements for identification prescribed by Subsection (b) are not met, the voter may be accepted for provisional voting only under Section 63.011.  For a voter who is not accepted for voting under this section, an election officer shall:

(1)  inform the voter of the voter's right to cast a provisional ballot under Section 63.011; and

(2)  provide the voter with written information, in a form prescribed by the secretary of state, that:

(A)  lists the requirements for identification;

(B)  states the procedure for presenting identification under Section 65.054I;

(C)  includes a map showing the location where identification must be presented; and

(D)  ~~includes notice that even if all procedures are followed, there is no guarantee that the voter's provisional ballot will be accepted.~~ includes notice that if all procedures are

Page -8 -

HIGHLY CONFIDENTIAL

TX_00021340

C.S.S.B. No. 14

followed and the voter is found to be eligible to vote in the election, the voter's provisional ballot will be counted. (Y DAVIS)

(h) The requirements for identification prescribed by Subsection (b) do not apply to a voter who presents the voter's voter registration certificate on offering to vote and:

~~(1) was 70 years of age or older on January 1, 2012, as indicated by the date of birth on the voter's voter registration certificate; or~~

~~(2)~~ (CONSERVATIVE R'S) is disabled and the voter's voter registration certificate contains the indication described by Section 15.001(c) ; or

(3) executes an affidavit under penalty of perjury that asserts the voter does not have identification meeting the requirements of Subsection (b) as a result of a natural disaster declared by the president of the United States or the Governor (EILAND).

(i) A voter who would otherwise be accepted for voting under this chapter but for the requirements of Subsection (b) shall be accepted for voting if, instead of presenting the identification required by Subsection (b), the voter executes an affidavit under penalty of perjury that asserts that the voter's proof of identification meeting the requirements of Subsection (b) has been stolen and the voter presents to an election officer a copy of an official police report, dated not earlier than the 45th day before

Page - 7 -

HIGHLY CONFIDENTIAL

TX_00021341

C.S.S.B. No. 14

the date on which the voter seeks to vote, alleging that the voter was a victim of an offense described by Section 32.51, Penal Code. The voter may redact personal information on the report relating to the voter, other than the voter's name, address, or date of birth. A report presented under this section is not required to contain the voter's date of birth. (GIDDINGS/BONNEN)

SECTION 10. Section 63.0011(a), Election Code, is amended to read as follows:

(a) Before a voter may be accepted for voting, an election officer shall ask the voter if the voter's residence address on the precinct list of registered voters is current and whether the voter has changed residence within the county. If the voter's address is omitted from the precinct list under Section 18.005(c), the officer shall ask the voter if the voter's residence, if [as] listed, on identification presented by the voter under Section 63.001(b) [the voter's voter registration certificate] is current and whether the voter has changed residence within the county.

SECTION 11. Effective September 1, 2011, Chapter 63, Election Code, is amended by adding Section 63.0012 to read as follows:

Sec. 63.0012. NOTICE OF IDENTIFICATION REQUIREMENTS TO CERTAIN VOTERS. (a) An election officer shall distribute written notice of the identification that will be required for voting beginning with elections held after January 1, 2012, and information on obtaining identification without a fee under Section 521.422, Transportation Code, to each voter who, when offering to

Page -8 -

HIGHLY CONFIDENTIAL

TX_00021342

C.S.S.B. No. 14

vote, presents a form of identification that will not be sufficient for acceptance as a voter under this chapter beginning with those elections.

(b) The secretary of state shall prescribe the wording of the notice and establish guidelines for distributing the notice.

(c) This section expires September 1, 2017.

SECTION 12. Section 63.006, Election Code, is amended to read as follows:

Sec. 63.006. VOTER WITH REQUIRED DOCUMENTATION [CORRECT CERTIFICATE] WHO IS NOT ON LIST. (a) A voter who, when offering to vote, presents the documentation required under Section 63.001(b) [a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote,] but whose name is not on the precinct list of registered voters[,] shall be accepted for voting if the voter also presents a voter registration certificate indicating that the voter is currently registered:

(1) in the precinct in which the voter is offering to vote; or

(2) in a different precinct in the same county as the precinct in which the voter is offering to vote and the voter executes an affidavit stating that the voter:

(A) is a resident of the precinct in which the voter is offering to vote or is otherwise entitled by law to vote in that precinct;

HIGHLY CONFIDENTIAL

TX_00021343

C.S.S.B. No. 14

(B) was a resident of the precinct in which the voter is offering to vote at the time the information on the voter's residence address was last provided to the voter registrar;

(C) did not deliberately provide false information to secure registration in a precinct in which the voter does not reside; and

(D) is voting only once in the election.

(b) After the voter is accepted, an election officer shall:

(1) indicate beside the voter's name on the poll list that the voter was accepted under this section; and

(2) enter the voter's name on the registration omissions list.

SECTION 13. Section 63.009, Election Code, is amended to read as follows:

Sec. 63.009. VOTER WITHOUT CERTIFICATE WHO IS NOT ON LIST. A [(a) Except as provided by Subsection (b), a] voter who does not present a voter registration certificate when offering to vote, and whose name is not on the list of registered voters for the precinct in which the voter is offering to vote, shall be accepted for provisional voting if the voter executes an affidavit in accordance with Section 63.011.

[(b) If an election officer can determine from the voter registrar that the person is a registered voter of the county and the person presents proof of identification, the affidavits required by Sections 63.007 and 63.008 are substituted for the

Page -10-

HIGHLY CONFIDENTIAL

TX_00021344

C.S.S.B. No. 14

~~affidavit required by Section 63.01^ in complying with that~~
~~section. After the voter is accepted under this subsection, an~~
~~election officer shall also indicate beside the voter's name on the~~
~~poll list that the voter was accepted under this section.]~~

SECTION 14.  Section 63.0101, Election Code, is amended to
read as follows:

Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.  The
following documentation is an acceptable form [as proof] of photo
identification under this chapter:

(1)  a driver's license or personal identification card
issued to the person by the Department of Public Safety that has
not [or a similar document issued to the person by an agency of
another state, regardless of whether the license or card has]
expired or that expired no earlier than 60 days before the date of
presentation;

(2)  a United States military identification card that
contains the person's photograph that has not expired or that
expired no earlier than 60 days before the date of presentation
[form of identification containing the person's photograph that
establishes the person's identity];

(3)  a [birth certificate or other document confirming
birth that is admissible in a court of law and establishes the
person's identity;

[(4)] United States citizenship certificate [papers]
issued to the person that contains the person's photograph;

Page -11 -

HIGHLY CONFIDENTIAL

TX_00021345

C.S.S.B. No. 14

(4) [(5)] a United States passport issued to the person that has not expired or that expired no earlier than 60 days before the date of presentation; or

(5) a license to carry a concealed handgun issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation; or

(6) an identification card that contains the person's photograph and is issued or approved by this state (ALONZO).

(6) a valid identification card that contains the person's photograph and is issued by a tribal organization. (N GONZALEZ)

[(6) official mail addressed to the person by name from a governmental entity;

[(7) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or

[(8) any other form of identification prescribed by the secretary of state].

SECTION 15. Section 63.011, Election Code, is amended by amending Subsections (a) and (b) and adding Subsection (b-1) and (f) to read as follows:

(a) A person to whom Section 63.001(g) [63.009(b)] or 63.009 [63.009(a)] applies may cast a provisional ballot if the person executes an affidavit stating that the person:

Page -12 -

HIGHLY CONFIDENTIAL

TX_00021346

C.S.S.B. No. 14

(1) is a registered voter in the precinct in which the person seeks to vote; and

(2) is eligible to vote in the election.

(b) A form for an affidavit required by this section must [shall] be printed on an envelope in which the provisional ballot voted by the person may be placed and must include:

(1) a space for entering the identification number of the provisional ballot voted by the person; and

(2) a space for an election officer to indicate whether the person presented a form of identification described by Section 63.0101.

(b-1) The affidavit form may include space for disclosure of any necessary information to enable the person to register to vote under Chapter 13. The secretary of state shall prescribe the form of the affidavit under this section.

(f) In addition to the affidavit required by this section, a person who casts a provisional ballot under this section and is described by Section 65.054 (b)(2)(B) may execute an affidavit under that section at the polling place. Forms for affidavits under section 65.054(b)(2)(B) must be available at each polling place. (V GONZALEZ).

SECTION 16. Section 64.012(b), Election Code, is amended to read as follows:

(b) An offense under this section is a felony of the second [third] degree unless the person is convicted of an attempt. In

Page -13-

HIGHLY CONFIDENTIAL

TX_00021347

C.S.S.B. No. 14

that case, the offense is a <u>state jail felony</u> [<del>Class A misdemeanor</del>].

SECTION 17. Section 65.054, Election Code, is amended by amending Subsections (a) and (b) and adding Subsection (e) to read as follows:

(a) The early voting <u>and provisional voting</u> ballot board shall examine each affidavit executed under Section 63.011 and determine whether to accept the provisional ballot of the voter who executed the affidavit. (HARTNETT)

(b) A provisional ballot <u>shall</u> [<del>may</del>] be accepted [<del>only</del>] if the board determines that:

<u>(1)</u> [<del>,</del>] from the information in the affidavit or contained in public records, the person is eligible to vote in the election and has not previously voted in that election<u>; and</u>

(2) the person:

<u>(A) meets the identification requirements of Section 63.001(b) at the time the ballot was cast or in the period prescribed under Section 65.054. . . or presents a temporary license issued by the Department of Public Safety that contains the voter's photogram in the period prescribed under Section 65.0541 (LUCIO III); or</u>

(B) executes an affidavit under penalty of perjury <u>stating that:</u>

<u>(i) the voter:</u>

<u>(a) is indigent and is unable to obtain</u>

Page -14 -

HIGHLY CONFIDENTIAL

TX_00021348

C.S.S.B. No. 14

proof of identification without the payment of a fee; or

(b) has a religious objection to being photographed; and

(ii) the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the requirements for identification prescribed by Section 63.001(b).

(e) In this section, "indigent" has the meaning assigned by Section 51.941(a), Government Code.

SECTION 17. Section 65.054(b), Election Code, is amended to read as follows:

(b) A provision ballot shall [may] be accepted [only] if the board determines that:

(1) [,] from the information in the affidavit or contained in the public records, the person is eligible to vote in the election and has not previously voted in that election; and

(2) the person meets the identification requirements of Section 63.001(b) at the time the ballot was cast or in the period prescribed under Section 65.0541. (CONSERVATIVE R'S)

SECTION 18. Subchapter B, Chapter 65, Election Code, is amended by adding Section 65.0541 to read as follows:

Sec. 65.0541. PRESENTATION OF IDENTIFICATION FOR CERTAIN PROVISIONAL BALLOTS. (a) A voter who is accepted for provisional voting under Section 63.011 because the voter does not meet the

HIGHLY CONFIDENTIAL

TX_00021349

C.S.S.B. No. 14

~~identification requirements of Section 63.001(b) may, not later~~

~~than the sixth day after the date of the election:~~

~~(1) present a form of identification described by~~

~~Section 63.0101~~ or a temporary license issued by the Department of

Public Safety that contains the voter's photograph (LUCIO III) ~~to~~

~~the voter registrar for examination; or~~

~~(2) execute an affidavit described by Section~~

~~65.054(b)(2)(B) in the presence of an election officer at the~~

~~polling place or (V GONZALEZ) the voter registrar.~~ (CONSERVATIVE

R'S - REPLACE)

(a) A voter who is accepted for provisional voting under

Section 63.011 because the voter does not meet the identification

requirements of Section 63.001(b) may, not later than the sixth day

after the date of the election present a form of identification

described by Section 63.0101 to the voter registrar for examination

(b) The secretary of state shall prescribe procedures as

necessary to implement this section.

SECTION 19. Section 66.0241, Election Code, is amended to

read as follows:

Sec. 66.0241. CONTENTS OF ENVELOPE NO. 4. Envelope no. 4

must contain:

(1) the precinct list of registered voters;

(2) the registration correction list;

(3) the registration omissions list;

(4) any statements of residence executed under Section

Page -16 -

HIGHLY CONFIDENTIAL

TX_00021350

C.S.S.B. No. 14

63.0011; and

(5) any affidavits executed under Section 63.006 [63.007] or 63.011.

SECTION XX.  Section 521.124, Transportation Code, is amended to read as follows:

Sec. 521.124.  TEMPORARY LICENSE [, ISSUED WITHOUT PHOTOGRAPH].  (a)  The department may issue a temporary license without a photograph of the license holder [+

[(1)] to an applicant who is out of state or a member of the armed forces of the United States [; or

(2) if the department otherwise determines that a temporary license is necessary].

(b)  A temporary license issued under Subsection (a) is valid only until the applicant has time to appear and be photographed and a license with a photograph is issued.

(c) Except as provided by Subsection (a), a temporary license issued by the department must include the photograph of the person to whom the license is issued.

(d)  If all application requirements are met, a temporary license must be issued by the department on the day of application.  (LUCIO, III)

SECTION 20.  Section 521.422, Transportation Code, is amended by amending Subsection (a) and adding Subsection (d) to read as follows:

HIGHLY CONFIDENTIAL

TX_00021351

C.S.S.B. No. 14

(a)  Except as provided by Subsection (d), the [The] fee for a personal identification certificate is:

(1)  $15 for a person under 60 years of age;

(2)  $5 for a person 60 years of age or older; and

(3)  $20 for a person subject to the registration requirements under Chapter 62, Code of Criminal Procedure.

(d)  The department shall [may] DUKES not collect a fee for a personal identification certificate issued to a person who states that the person is obtaining the personal identification certificate for the purpose of satisfying Section 63.001(b), Election Code, and does not have another form of identification described by Section 63.0101, Election Code, and:

(1)  who is a registered voter in this state and presents a valid voter registration certificate; or

(2)  who is eligible for registration under Section 13.001, Election Code, and submits a registration application to the department.

SECTION XX.  Section 521.424, Transportation Code, is amended to read as follows:

Section 521.424.  DUPLICATE LICENSE OR CERTIFICATE FEE.  (a) Except as provided by Subsection (b), the [The] fee for a duplicate driver's license or duplicate personal identification certificate is $10.

(b)  The department may not collect a fee for a duplicate personal identification certificate from a person who meets the

HIGHLY CONFIDENTIAL

TX_00021352

C.S.S.B. No. 14

requirements of Section 521.422(d). (ANCHIA)

SECTION 21. Sections 63.007 and 63.009, Election Code, are repealed.

SECTION 22. Effective September 1, 2011:

(1) as soon as practicable, the secretary of state shall adopt the training standards and develop the training materials required to implement the change in law made by this Act to Section 32.111, Election Code; and

(2) as soon as practicable, the county clerk of each county shall provide a session of training under Section 32.114, Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

SECTION 23. The change in law made by this Act in amending Section 64.012(b), Election Code, applies only to an offense committed on or after January 1, 2012. An offense committed before January 1, 2012, is covered by the law in effect when the offense was committed, and the former law is continued in effect for that purpose. For purposes of this section, an offense is committed before January 1, 2012, if any element of the offense occurs before that date.

SECTION 24. Effective September 1, 2011, state funds disbursed under Chapter 19, Election Code, for the purpose of defraying expenses of the voter registrar's office in connection with voter registration may also be used for additional expenses

Page - 19 -

HIGHLY CONFIDENTIAL

TX_00021353

C.S.S.B. No. 14

related to coordinating voter registration drives or other activities designed to expand voter registration. This section expires January 1, 2013.

**SECTION XX. Severability Clause (Bonnen, Bohac, T. Smith)**

SECTION 2b. Except as otherwise provided by this Act, this Act takes effect January 1, 2012.

Page -20 -

HIGHLY CONFIDENTIAL

TX_00021354