S.B. No. 14

1  person seeks to vote; and
2           (2)  is eligible to vote in the election.
3       (b)  A form for an affidavit required by this section must
4  [shall] be printed on an envelope in which the provisional ballot
5  voted by the person may be placed and must include:
6           (1)  a space for entering the identification number of
7  the provisional ballot voted by the person; and
8           (2)  a space for an election officer to indicate
9  whether the person presented a form of identification described by
10 Section 63.0101.
11      (b-1)  The affidavit form may include space for disclosure of
12 any necessary information to enable the person to register to vote
13 under Chapter 13.  The secretary of state shall prescribe the form
14 of the affidavit under this section.
15      SECTION 16.  Subsection (b), Section 64.012, Election Code,
16 is amended to read as follows:
17      (b)  An offense under this section is a felony of the second
18 [third] degree unless the person is convicted of an attempt.  In
19 that case, the offense is a state jail felony [Class A misdemeanor].
20      SECTION 17.  Subsection (b), Section 65.054, Election Code,
21 is amended to read as follows:
22      (b)  A provisional ballot shall [may] be accepted [only] if
23 the board determines that:
24           (1)  [,] from the information in the affidavit or
25 contained in public records, the person is eligible to vote in the
26 election and has not previously voted in that election;
27           (2)  the person:



S.B. No. 14

1     (A) meets the identification requirements of
2 Section 63.001(b) at the time the ballot was cast or in the period
3 prescribed under Section 65.0541;
4     (B) notwithstanding Chapter 110, Civil Practice
5 and Remedies Code, executes an affidavit under penalty of perjury
6 that states the voter has a religious objection to being
7 photographed and the voter has consistently refused to be
8 photographed for any governmental purpose from the time the voter
9 has held this belief; or
10     (C) executes an affidavit under penalty of
11 perjury that states the voter does not have any identification
12 meeting the requirements of Section 63.001(b) as a result of a
13 natural disaster that was declared by the president of the United
14 States or the governor, occurred not earlier than 45 days before the
15 date the ballot was cast, and caused the destruction of or inability
16 to access the voter's identification; and
17    (3) the voter has not been challenged and voted a
18 provisional ballot solely because the voter did not meet the
19 requirements for identification prescribed by Section 63.001(b).
20  SECTION 18. Subchapter B, Chapter 65, Election Code, is
21 amended by adding Section 65.0541 to read as follows:
22  Sec. 65.0541. PRESENTATION OF IDENTIFICATION FOR CERTAIN
23 PROVISIONAL BALLOTS. (a) A voter who is accepted for provisional
24 voting under Section 63.011 because the voter does not meet the
25 identification requirements of Section 63.001(b) may, not later
26 than the sixth day after the date of the election:
27    (1) present a form of identification described by



S.B. No. 14

```
 1  Section 63.0101 to the voter registrar for examination; or
 2            (2)  execute an affidavit described by Section
 3  65.054(b)(2)(B) or (C) in the presence of the voter registrar.
 4       (b)  The secretary of state shall prescribe procedures as
 5  necessary to implement this section.
 6       SECTION 19.  Section 66.0241, Election Code, is amended to
 7  read as follows:
 8       Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope no. 4
 9  must contain:
10            (1)  the precinct list of registered voters;
11            (2)  the registration correction list;
12            (3)  the registration omissions list;
13            (4)  any statements of residence executed under Section
14  63.0011; and
15            (5)  any affidavits executed under Section 63.006
16  [63.007] or 63.011.
17       SECTION 20.  Subtitle B, Title 7, Transportation Code, is
18  amended by adding Chapter 521A to read as follows:
19       CHAPTER 521A.  ELECTION IDENTIFICATION CERTIFICATE
20       Sec. 521A.001.  ELECTION IDENTIFICATION CERTIFICATE.
21  (a)  The department shall issue an election identification
22  certificate to a person who states that the person is obtaining the
23  certificate for the purpose of satisfying Section 63.001(b),
24  Election Code, and does not have another form of identification
25  described by Section 63.0101, Election Code, and:
26            (1)  who is a registered voter in this state and
27  presents a valid voter registration certificate; or
```

S.B. No. 14

1     (2) who is eligible for registration under Section
2 13.001, Election Code, and submits a registration application to
3 the department.
4     (b) The department may not collect a fee for an election
5 identification certificate or a duplicate election identification
6 certificate issued under this section.
7     (c) An election identification certificate may not be used
8 or accepted as a personal identification certificate.
9     (d) An election officer may not deny the holder of an
10 election identification certificate the ability to vote because the
11 holder has an election identification certificate rather than a
12 driver's license or personal identification certificate issued
13 under this subtitle.
14     (e) An election identification certificate must be similar
15 in form to, but distinguishable in color from, a driver's license
16 and a personal identification certificate. The department may
17 cooperate with the secretary of state in developing the form and
18 appearance of an election identification certificate.
19     (f) The department may require each applicant for an
20 original or renewal election identification certificate to furnish
21 to the department the information required by Section 521.142.
22     (g) The department may cancel and require surrender of an
23 election identification certificate after determining that the
24 holder was not entitled to the certificate or gave incorrect or
25 incomplete information in the application for the certificate.
26     (h) A certificate expires on a date specified by the
27 department, except that a certificate issued to a person 70 years of

S.B. No. 14

1 age or older does not expire.

2     SECTION 21.  Sections 63.007 and 63.008, Election Code, are
3 repealed.

4     SECTION 22.  Effective September 1, 2011:

5         (1)  as soon as practicable, the secretary of state
6 shall adopt the training standards and develop the training
7 materials required to implement the change in law made by this Act
8 to Section 32.111, Election Code; and

9         (2)  as soon as practicable, the county clerk of each
10 county shall provide a session of training under Section 32.114,
11 Election Code, using the standards adopted and materials developed
12 to implement the change in law made by this Act to Section 32.111,
13 Election Code.

14     SECTION 23.  The change in law made by this Act in amending
15 Subsection (b), Section 64.012, Election Code, applies only to an
16 offense committed on or after January 1, 2012. An offense committed
17 before January 1, 2012, is covered by the law in effect when the
18 offense was committed, and the former law is continued in effect for
19 that purpose. For purposes of this section, an offense is committed
20 before January 1, 2012, if any element of the offense occurs before
21 that date.

22     SECTION 24.  Effective September 1, 2011, state funds
23 disbursed under Chapter 19, Election Code, for the purpose of
24 defraying expenses of the voter registrar's office in connection
25 with voter registration may also be used for additional expenses
26 related to coordinating voter registration drives or other
27 activities designed to expand voter registration.  This section


S.B. No. 14

1 expires January 1, 2013.

2     SECTION 25. Every provision in this Act and every
3 application of the provisions in this Act are severable from each
4 other. If any application of any provision in this Act to any
5 person or group of persons or circumstances is found by a court to
6 be invalid, the remainder of this Act and the application of the
7 Act's provisions to all other persons and circumstances may not be
8 affected. All constitutionally valid applications of this Act
9 shall be severed from any applications that a court finds to be
10 invalid, leaving the valid applications in force, because it is the
11 legislature's intent and priority that the valid applications be
12 allowed to stand alone. Even if a reviewing court finds a provision
13 of this Act invalid in a large or substantial fraction of relevant
14 cases, the remaining valid applications shall be severed and
15 allowed to remain in force.

16     SECTION 26. Except as otherwise provided by this Act, this
17 Act takes effect January 1, 2012.

S.B. No. 14

_____   _____
President of the Senate    Speaker of the House

I hereby certify that S.B. No. 14 passed the Senate on January 26, 2011, by the following vote: Yeas 19, Nays 11; April 5, 2011, Senate refused to concur in House amendments and requested appointment of Conference Committee; April 11, 2011, House granted request of the Senate; May 9, 2011, Senate adopted Conference Committee Report by the following vote: Yeas 19, Nays 12._____

_____
Secretary of the Senate

I hereby certify that S.B. No. 14 passed the House, with amendments, on March 24, 2011, by the following vote: Yeas 101, Nays 48, one present not voting; April 11, 2011, House granted request of the Senate for appointment of Conference Committee; May 16, 2011, House adopted Conference Committee Report by the following vote: Yeas 98, Nays 46, one present not voting._____

_____
Chief Clerk of the House

Approved:

27 MAY '11
_____
Date

_____
Rick Perry
Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
1:00PM O'CLOCK

MAY 27 2011

_____
Secretary of State

17



**EXHIBIT**
Interview
Riddle 1
5/31/12


**Debbie Riddle**
4 hours ago

The Dept of Justice in D.C. obviously finds a 100 pound woman legislator from TX who wants to stop voter fraud more of a threat than the Mexican Drug Cartel. I will be deposed - questioned in a deposition May 31st - regarding my work in helping get the Voter Photo ID bill pass in TX. Well this 100 pound woman legislator may have a few words for Eric Holder's lawyers that they may not like.

Share 💬 2

👍 50 people like this

💬 View all 43 comments

 **Aaron Dunn** Let them have it Debbie!
4 hours ago 👍 1

 **Stacy Dement Keng Welch** You go girl!
4 hours ago via mobile

 **Michelle Hoover Fogle** Rock On!!!
4 hours ago via mobile 👍 1

 **Leslie Krause Collins** You go, Debbie! We the People have got your back!
4 hours ago via mobile 👍 1

 **Jan Ward** GOOD FOR YOU!!!!
4 hours ago

 **Tom Guyton** Ask them when we are going to stop being punished under the 1964 Civil Rights Laws! The southern states are being treated like dirt and I am tired of it! You give it to them Debbie!
4 hours ago 👍 1

 **Chris O'Rourke** Tear 'em up!
4 hours ago via mobile

 **Chadwick Chad L Ottnat** Maybe some investigations need to be run against the DOJ. Just sayin.
3 hours ago via mobile 👍 1

 **Ray Johnson** Si'em, Debbie. This is your own Santa Ray.
4 hours ago

 **Shannon Wilkerson** I have a few choice words of my own, but I don't think you would fare well sharing them. Suffice it to say, I believe Holder belongs in prison.

 **Krista Adler Saucedo** You go girl!
4 hours ago via mobile

 **Debbie Riddle** I would like to add that Rep. Patricia Harless did an outstanding job in her work in passing the bill. She too has been deposed already - she was first.
4 hours ago 👍 2

 **Hal Reed** I'd corner Holder on his stonewalling on his involvement in buying weapons in Texas, and knowingly letting them get into those same cartels. You go get him Debbie!
4 hours ago via mobile 👍 2

**Israel Isassi** Although I'm sure Texas isn't immune, Florida is a perfect example of how serious this problem is

2600 registered voters who are legal citizens but ineligible to vote
182,000 registered voters who may not be citizens
53,000 dead people on voter rolls
4 hours ago

2

 **John Griffing** File a countersuit on charges of criminal collaboration with drug cartels in arming their operatives. Or cease being a crime because Holder is AG?
2 hours ago 👍 1

 **John Griffing** ...Afterall, you have standing being a Texas rep since your citizens are immediately placed in danger by this activity
2 hours ago

 **Debbie Riddle** Good idea - will run it past my lawyer husband lawyer-judge daughter. I like the idea a lot!
2 hours ago

 **Dave Smith** Just refer him to Justice John Paul Stevens's majority opinion in the Indiana Voter ID case the Supreme C decided
2 hours ago 👍 1

 **George Schank** Give 'em Hell, Debbie! Don't let them back yo down. You have 90% of the Texas voters behind you on this even if they won't admit it.
2 hours ago

 **Dorothy Allee** GOOD LUCK FOR ALL YOU DO to help all of U CITIZENS. THANK YOU"""
2 hours ago

 **Dave Smith** From Marion v. Board of Elections: "It remains tr however, that flagrant examples of such fraud in other parts country have been documented throughout this Nation's hist by respected historians and journalists, that occasional exam have surfaced in recent years, not only is the risk of voter f real but that it could affect the outcome of a close election. There is no question about the legitimacy or importance of D State's interest in counting only the votes of eligible voters." John Paul Stevens
2 hours ago

 **John Griffing** The idea that the "rights" of minorities are disproportionately affected by this statute is a farce intende stall implementation. The only persons disenfranchised are whose votes will no longer count because noncitizens are permitted to vote
2 hours ago via mobile

 **Dorothy Allee** I work at the voting polls and we screen all our voters. THANKS to OUR judge HUGH MEYERS
2 hours ago

 **Gerald Keith Simpson** Praying for you and that TRUTH and JUSTICE will reign. Our Constitution is supposed to insure th
2 hours ago

 **Carole Copeland Wilkinson** You rock. I stand behind u 1000%. Cannot wait for u to tell em like it is. this is your cha
about an hour ago via mobile

 **Diana Smith Forbes** I would love to see you turn the tables o them! Oh to be a fly on the wall! Will be praying for you! Or m the Justice dept will need our prayers after you get through them! Remember "They" work for you and all the citizens no other way around
about an hour ago

 **Sheryl Weise Lyssy** God is on your side Debbie!
about an hour ago

 **Derek Townsend** Would you like a body guard?
30 minutes ago

 **Margie Baker Barnes** All of us Texans are proud of you, Debbi Riddle. We stand with you. Remember the Alamo
26 minutes ago

 **Regina Desimone-Ricketts** Go Debbie! Go Debbie! Give them