Case 2:13-cv-00193   Document 674-25   Filed on 11/11/14 in TXSD   Page 1 of 15

PL871
9/2/2014
2:13-cv-00193

NDLS

Page 1 of 2

Selected Applicant: HOLMES, MARVIN   DL/ID/UNL: 09593131   DOB: 02/11/1969

**HOLMES, MARVIN CAL**

DL/ID/UNL Number: 09593131
Date of Birth: 02/11/1969
Sex: MALE
Eye Color: BLACK
Record Status: ELIGIBLE

**Transaction Eligibility**
ID           DL
Other

[ PERSONAL | ADDRESSES | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM | DOCUMENTS | OTHER ]

### Basic Information

| Field | Value |
|---|---|
| First Name: | MARVIN |
| Middle Name: | CAL |
| Last Name: | HOLMES |
| Suffix: | |
| SSN: | 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 |
| SSN Affidavit: | NO |
| DOB: | 02/11/1969 |
| Age: | 45 |
| UNL Number: | |

### Primary Emergency Contact

First Name:
Last Name:
Phone 1:
Phone 2:
Street 1:
City:
State:
Zip Code:
Country:

### Physical Description

| Field | Value |
|---|---|
| Sex: | MALE |
| Eye Color: | BLACK |
| Hair Color: | BLACK |
| Race: | BLACK |
| Height: | 5' 06" |
| Weight: | 205 |

### Secondary Emergency Contact

First Name:
Last Name:
Phone 1:
Phone 2:
Street 1:
City:
State:
Zip Code:
Country:

### Place of Birth Information

Country of Birth:
State of Birth:
City of Birth:
County of Birth:

### Other Information

| Field | Value |
|---|---|
| Record Creation Date: | 10/01/1990 |
| Communication Impediment: | NO |
| Organ Donor: | |
| Disabled Veteran: | NO |
| Veteran: | NO |
| US Citizen: | YES |
| Military: | NO |
| Home Bound: | NO |

Δ π EXHIBIT 5
Deponent Holmes
Date 7/8/14  Rptr. P
WWW.DEPOBOOK.COM

http://dpsdls/DLSWeb/viewBasicRecord.do?userFunction=51                7/8/2014

| | |
|---|---|
| Out Of State: | ~~NO~~ |
| Valid Without Photo: | |
| Voter Registration: | NO |
| Selective Service: | NO |
| Limited Term: | NO |
| Limited Term Expiration Date: | |
| Combined Date: | |
| CDLIS Indicator: | NO |
| PDPS Indicator: | NO |

Selected Applicant: HOLMES, MARVIN    DL/ID/UNL: 09593131    DOB: 02/11/1969

**HOLMES, MARVIN CAL**

Transaction Eligibility
ID                    DL
Other

DL/ID/UNL Number: 09593131
Date of Birth: 02/11/1969
Sex: MALE
Eye Color: BLACK
Record Status: ELIGIBLE

| PERSONAL DOCUMENTS | ADDRESSES | OTHER | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM |

### Physical Address
Street 1: 3211 MCILHENNY STREET
Street 2:
City: HOUSTON
State: TEXAS
Zip Code: 77004
Zip Code Extension: 0000
County: HARRIS
Country: UNITED STATES

### Mailing Address
Street 1: 3211 MCILHENNY STREET
Street 2:
City: HOUSTON
State: TEXAS
Zip Code: 77004
Zip Code Extension: 0000
Country: UNITED STATES

### Special Mailing Address
In Care Of:
Street 1:
Street 2:
City:
State:
Zip Code:
Zip Code Extension:
Country:

### Applicant Contact Information
Home Phone:

NDLS

Page 2 of 2

-Other Phone: _____
Email:

Selected Applicant: HOLMES, MARVIN   DL/ID/UNL: 09593131   DOB: 02/11/1969

**HOLMES, MARVIN CAL**

Transaction Eligibility
ID             DL
Other



DL/ID/UNL Number: 09593131
Date of Birth: 02/11/1969
Sex: MALE
Eye Color: BLACK
Record Status: ELIGIBLE

| PERSONAL | ADDRESSES | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM |
| DOCUMENTS | OTHER |

**ID Card Info**

| | |
|---|---|
| ID Number: | 09593131 |
| Original Issue Date: | 10/01/1990 |
| Issuance Status: | EXPIRED - OVER 2 YEARS FROM EXPIRATION DATE |
| Issue Date: | 09/14/2005 |
| SO Issuance ID: | None |
| Audit Number: | 05258072945 |
| Expiration Date: | 02/11/2011 |

Selected Applicant: HOLMES, MARVIN    DL/ID/UNL: 09593131    DOB: 02/11/1969

**HOLMES, MARVIN CAL**

Transaction Eligibility
ID                    DL
Other

**DL/ID/UNL Number:** 09593131
**Date of Birth:** 02/11/1969
**Sex:** MALE
**Eye Color:** BLACK
**Record Status:** ELIGIBLE

| PERSONAL | ADDRESSES | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM |
| DOCUMENTS | OTHER |

### AKA Information
AKA Name(s)/DOB
AKA SSN(s)
AKA License/ID No

### Out of State DL/ID/UNL Information
DL/ID/UNL Number:
DL/ID/UNL State:

Selected Applicant: HOLMES, MARVIN    DL/ID/UNL: 09593131    DOB: 02/11/1969

**HOLMES, MARVIN CAL**

Transaction Eligibility
ID            DL
Other

DL/ID/UNL Number: 09593131
Date of Birth: 02/11/1969
Sex: MALE
Eye Color: BLACK
Record Status: ELIGIBLE

| PERSONAL DOCUMENTS | ADDRESSES | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM |
| --- | --- | --- | --- | --- | --- | --- |
| OTHER | | | | | | |

### Proof Of ID Document Information

| Document Type | Document Name | Document Number | Expiration Date |
| --- | --- | --- | --- |
| PRIMARY | TEXAS DL/ID (WITHIN 2 YEARS OF EXPIRATION) | 09593131 | |

### SSN Document Information

| Document Name | Document Number |
| --- | --- |
| SOCIAL SECURITY CARD | 455459813 |

### Surrendered Document Information

No History of Surrendered Cards on Record.

Selected Applicant: HOLMES, MARVIN  DL/ID/UNL: 09593131  DOB: 02/11/1969

**HOLMES, MARVIN CAL**

Transaction Eligibility
ID       DL
Other

DL/ID/UNL Number: 09593131
Date of Birth: 02/11/1969
Sex: MALE
Eye Color: BLACK
Record Status: ELIGIBLE

| PERSONAL DOCUMENTS | ADDRESSES | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM | OTHER |

**Other Information:**

Texas FTA/FTP:        NO
OOS FTA/FTP:          NO
Total DRP Points:     0

**Sex Offender Information**

Sex Offender:         NO
SO Registration Date:
SID Number:
CSO Date Of Notice:
CSO Public:

**SSOLV Information**

Social Security Number:    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
SSN Affidavit:             NO
SSOLV Result:              SSN VERIFIED
SSOLV Transaction Status:  VERIFIED
SSN Audit:

NDLS

Selected Applicant: HOLMES, MARVIN   DL/ID/UNL: 09593131   DOB: 02/11/1969

## Transaction History

Administrative Update Date:

| Transaction Type | Transaction Status | DL/ID/UNLNumber | Application Date | Issue Date | Expiration Date | Trace Number | CNF (Correction - No Fee) | Request Method | Location | User ID | Details |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Duplicate ID | Mail Complete | 09593131 | 09/15/2005 16:20:33 | 09/15/2005 | | L2572150093 | NO | FIELD | HOUSTON - TIDWELL | C621 | Production Details |
| Renew ID | Mail Complete | 09593131 | 07/27/2005 16:20:33 | 07/27/2005 | | 20052072150101830001 | NO | FIELD | HOUSTON - TIDWELL | MIGRATION | Production Details / Lawful Presence |
| Renew ID | Mail Complete | 09593131 | 05/08/1998 16:20:33 | 05/08/1998 | | 19981272890200270001 | NO | FIELD | HOUSTON (SUPER) | MIGRATION | Production Details / Lawful Presence |
| Duplicate ID | Mail Complete | 09593131 | 04/24/1996 16:20:33 | 04/24/1996 | | 19961142070102070001 | YES | FIELD | HOUSTON - GESSNER (SUPER) | MIGRATION | Production Details |

Selected Applicant: HOLMES, MARVIN   DL/ID/UNL: 09593131   DOB: 02/11/1969

# View 10 Year History Check Information

## History Check

| | |
|---|---|
| History Check Request Total | 0 |
| History Check Response Total | 0 |
| CDLIS Indicator | NO |

## History Check

| Requested From Jurisdiction | Request Date | Responded From Jurisdiction | Response Date | Status | Identifier | Delete | Add Response |
|---|---|---|---|---|---|---|---|

## History Check Certification Dates

The person has not certified to any States/Jurisdictions.




<mark>
</mark>









