IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

**PLAINTIFFS AND PLAINTIFF-INTERVENORS'**
**NOTICE OF FILING OF TRIAL EXHIBITS**

Plaintiffs and Plaintiff-Intervenors ("Plaintiffs") submit this Notice of Filing of Trial Exhibits (PL875 – PL928). An index of Plaintiffs' trial exhibits is attached as Exhibit 1 to ECF Dkt No. 660.

Date: November 11, 2014

Respectfully submitted,

s/ Ezra Rosenberg
Ezra D. Rosenberg
Mark A. Posner
Robert A. Kengle
Erandi Zamora
Lawyers' Committee for Civil Rights Under Law
erosenberg@lawyerscommittee.org
mposner@lawyerscommittee.org

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark
The Brennan Center for Justice at NYU Law

Amy L. Rudd
Lindsey Cohan
DECHERT LLP
Amy.rudd@dechert.com
Lindsey.cohan@dechert.com

Michelle H. Yeary
DECHERT LLP
Michelle.yeary@dechert.com

Daniel G. Covich
The Covich Law Firm LLC
Daniel@covichlawfirm.com

School  
wendy.weiser@nyu.edu  
myrna.perez@nyu.edu  
vishal.agraharkar@nyu.edu  
jenniferl.clark@nyu.edu  

Gary Bledsoe  
garybledsoe@sbcglobal.net  

Robert Notzon  
The Law Office of Robert Notzon  
Robert@NotzonLaw.com  

Jose Garza  
Law Office of Jose Garza  
garzapalm@aol.com  
Kim Keenan  
Marshall Taylor  
Victor Goode  
NAACP  
kkeenan@naacpnet.org  
mtaylor@naaacpnet.org  
vgoode@naacpnet.org  

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

Christina A. Swarn  
Ryan P. Haygood  
Natasha M. Korgaonkar  
Leah C. Aden  
Deuel Ross  
NAACP Legal Defense and Educational Fund, Inc.  
cswarns@naacpldf.org  
rhaygood@naacpldf.org  
nkorgaonkar@naacpldf.org  
laden@naacpldf.org  
dross@naacpldf.org  

Danielle Conley  
Jonathan Paikin  
Kelly P. Dunbar  
Tania Faransso  
Wilmer Cutler Pickering Hale and Dorr LLP  
danielle.conley@wilmerhale.com  
jonathan.paikin@wilmerhale.com  
kelly.dunbar@wilmerhale.com  
tania.faransso@wilmerhale.com  

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund et al.*

Rolando L Rios  
Attorney at Law  
115 E Travis, Ste 1645  
San Antonio, TX 78205  
210-222-2102  
rrios@rolandorioslaw.com  

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Kathryn Newell
Priscilla Noriega
Texas Rio Grande Legal Aid, Inc.
garza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org
pnoriega@trla.org
knewell@trla.org

*Counsel for Taylor Plaintiffs*

Chad W. Dunn
K. Scott Brazil
Brazil & Dunn
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
Joshua Bone
GHebert@campaignlegalcenter.org
jbone@campainlegalcenter.org

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
aderfner@dawlegal.com

Luis Roberto Vera, Jr.
LULAC National General Counsel
lrvlaw@sbcglobal.net

Neil G. Baron
Law Office of Neil G. Baron
neil@ngbaronlaw.com

*Attorneys for Plaintiffs Veasey-LULAC*

Richard Dellheim                richard.dellheim@usdoj.gov
Meredith Bell-Platts            meredith.bell-platts@usdoj.gov
Elizabeth S. Westfall           elizabeth.westfall@usdoj.gov
Bruce I. Gear                   bruce.gear@usdoj.gov
Daniel J. Freeman               daniel.freeman@usdoj.gov
Anna Baldwin                    anna.baldwin@usdoj.gov
Avner Shapiro                   avner.shapiro@usdoj.gov

*Attorneys for Plaintiff the United States of America*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Stephen Ronald Keister
Arthur D'Andrea
Jennifer Marie Roscetii
Lindsey Elizabeth Wolf
Stephen Tatum, Jr.
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
arthur.dandrea@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov
stephen.tatum@texasattorneygeneral.gov

Ben Addison Donnell
Donnell Abernethy & Kieschnick
bdonnell@dakpc.com

*Counsel for Defendants*