PL875
9/2/2014
2:13-cv-00193

May 25, 2011

Mr. Chris Richey
2338 Clearspring Drive N
Irving, TX 75063

Dear Mr. Richey,

Thank you for contacting me regarding your opposition for a Voter ID bill. While I support this legislation, I respect your opinion and appreciate your willingness to let your voice be heard.

A person has to produce a government issued photo ID to carry out daily activities such as in cashing a check, staying in a motel room, renting a movie, applying for TANF benefits, or flying on an airplane. I believe that a citizen's trust and confidence in our electoral process is essential to their participation in our republic. This is why I supported Senate Bill 14 requiring a photo identification before voting.

As you are probably aware, SB 14 has passed both the Texas House and Senate. SB 14 was based upon similar laws already held constitutional by the U.S. Supreme Court. Justice John Paul Stevens, one of the most liberal members of the Supreme Court, writing for the majority opinion in *Crawford v. Marion County Election Board* stated that the state of Indiana had "amply justified by the valid interest in protecting the integrity and reliability of the electoral process."

In your letter you asked why college issued IDs were not permitted as an acceptable form of identification while concealed hand gun licenses (CHL) are permitted. The simple reason is that a CHL is issued by the Texas Department of Public Safety along with drivers licenses and ID cards. DPS is required by law to ensure that the applicant is a legal U.S. citizen or resident and that the person is who they say they are. College Universities are not held to this same standard.

Texas law permits citizens over the age of 65 to vote by mail without producing any identification. The exemption was made to those over 70 voting in person because of the potential hardship, especially those in assisted living centers, who may not maintain a current drivers license. Furthermore, there are provisions in SB 14 providing for a free photo identification for those who are too poor to afford a state issued ID card.

You stated that a requirement to produce photo identification was a form of voter suppression. SB 14 provides that even if a voter shows up to vote and does not have an acceptable form of ID,

LEG00041299

they can cast a provisional ballot and have six days in which to present an acceptable form of ID in order for their vote to be counted.

While I understand you concerns, I believe that SB 14 strikes a good balance between protecting the individual's right to vote and the individual's right to know that their vote counted in a fair election. Again, I appreciate you communicating your thoughts on this important issue. Constituent input such as yours is valuable to the legislative process. It is an honor to serve you in the Texas House of Representatives.

Very truly yours,

Linda Harper Brown
State Representative

LEG00041300

PL876
9/2/2014
2:13-cv-00193

August 16, 2010


CPT (Ret) Mack A. Pattarozzi
336 Westgate Rd. 2
Eddy, Texas  76524

RE:  Illegal Immigration

Representative Anderson is always happy to hear from folks in the district and he appreciates your concerns about illegal immigration.

Representative Anderson is sensitive to this issue and would like to see the laws we have enforced.  Representative Anderson can participate with legislation in doing what he can for Texas.  For example, he authored one of the Voter ID Bills.  Our voters and residents should be legal US citizens.

You may want to contact Congressman Chet Edwards as these issues are federal issues too.  His number is (254) 772-9600.

Representative Anderson considers your comments valuable.

If I can be of assistance to you in the future, please don't hesitate to contact me at your convenience.

Sincerely,


Nancy Bradley - Director of Constituent Services
For State Representative Charles 'Doc' Anderson

LEG00041420

**Nancy Bradley**

| | |
|---|---|
| **From:** | mack@clearwire.net |
| **Sent:** | Sunday, August 15, 2010 10:41 PM |
| **To:** | District56 Anderson |
| **Subject:** | Illegals...The Missouri Solution! |

**Name:** Mr. CPT(Ret) Mack A. PAttarozzi
**Address:** 336 westgate rd 2
**City:** eddy
**State:** tx
**Zipcode:** 76524
**Phone:** 254-8532647
**E-mail:** mack@clearwire.net

**Message:**
I think Texas should use this approach and encourage you to sponsor such a bill:
"
So, why doesn't Missouri receive attention?

Answer: There are no Mexican illegals in Missouri to
demonstrate.

The "Show Me" state has once again showed us how it should
be done.

There needs to be more publicity and exposure regarding what
Missouri has done.

Let's pass it around.

In 2007, Missouri placed on the ballot a proposed
constitutional amendment designating English as the official language of
Missouri. In November, 2008, nearly 90% voting in favor! Thus English
became the official language for ALL governmental activity in Missouri.

No individual has the right to demand government services in
a language OTHER than English.

In 2008 a measure was passed that required the Missouri
Highway Patrol and other law enforcement officials to verify the immigration
status of any person arrested, and inform federal authorities if the person
is found to be in Missouri illegally. Missouri law enforcement offices
receive specific training with respect to enforcement of federal immigration
laws.

In Missouri illegal immigrants do NOT have access to
taxpayers benefits such as food stamps and health care through Missouri
HealthNET. In 2009 a measure was passed that ensures Missouri's public
institutions of higher education do NOT award financial aid to individuals

1

                    LEG00041421

who are illegally in the United States.

In Missouri all post-secondary institutions of higher
education to annually certify to the Missouri Dept. of Higher Education that
they have NOT knowingly awarded financial aid to students who are unlawfully
present in the United States.

So while Arizona has made national news for its new law, it
is important to remember Missouri has been far more proactive in addressing
this horrific problem.

Missouri has made it clear that illegal immigrants are NOT
welcome in the state and they will certainly NOT receive public benefits at
the expense of Missouri taxpayers!

----------------------------------

See, article in "The Ozarks Sentinel" Editorial Opinion -
Nita Jane Ayres, May 13, 2010
"

**ComputerIP:** 96.26.12.106

2

Highly Confidential

LEG00041422



## Outgoing E-mail Detail Report

**Subject:** Thankyou for your recent email.

**Date Sent:** 3/9/2009          **Sent By:** Kimberly Crews          **No. of Recipients:** 1

**Attachments:**

**BCC List:**

**Recipients:** Wally Permenter

---

April 28, 2014 ( 2:53PM)

Representative Tom Craddick

Highly Confidential                                                                    LEG00043319

**Message:**

Dear Jeanelle:

Thank you for contacting me with your support for a voter identification law in Texas. I appreciate your input and participation in the legislative process.

I believe that Texas should implement a voter identification law to ensure that no Texas citizen has their vote cancelled out by an individual not legally allowed to vote. Additionally, Texas law should ensure illegal aliens do not obtain drivers licenses. I am aware of several pieces of legislation introduced by my colleagues to address these issues. Please be assured that I will study all aspects of these bills and will vote with your best interests in mind.

Again, thank you for sharing your concerns with me. Every suggestion I receive is given serious consideration, and I greatly appreciate your taking the time to write me. It is an honor to serve as your state representative, and if I can be of further assistance to you on this or any other issue please do not hesitate to contact me.

Sincerely,

TOM CRADDICK
State Representative, District 82

LEG00043320



## Outgoing E-mail Detail Report

**Subject:**     Thankyou for your recent email.

**Date Sent:**  3/9/2009          **Sent By:**   Kimberly Crews          **No. of Recipients:**  1

**Attachments:**

**BCC List:**

**Recipients:**  Wally Permenter

April 28, 2014 ( 2:53PM)                                                        Representative Tom Craddick

**Message:**

Dear Jeanelle:

Thank you for contacting me with your support for a voter identification law in Texas. I appreciate your input and participation in the legislative process.

I believe that Texas should implement a voter identification law to ensure that no Texas citizen has their vote cancelled out by an individual not legally allowed to vote. Additionally, Texas law should ensure illegal aliens do not obtain drivers licenses. I am aware of several pieces of legislation introduced by my colleagues to address these issues. Please be assured that I will study all aspects of these bills and will vote with your best interests in mind.

Again, thank you for sharing your concerns with me. Every suggestion I receive is given serious consideration, and I greatly appreciate your taking the time to write me. It is an honor to serve as your state representative, and if I can be of further assistance to you on this or any other issue please do not hesitate to contact me.

Sincerely,

TOM CRADDICK
State Representative, District 82

LEG00043322

# OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**
Lieutenant Colonel Robert D Jones

**Correspondence ID:**

**IP Address:**
98.194.37.33

**Incoming Type:**
O

**Address:**
16014 Manor Square Drive
Houston
TX
77062

**Date Submitted:** 2/7/2011  2:01:38PM
**Email:** rjonesassn@AOL.com
**Phone:** 281-488-3070

**Message:**

I am reliably informed that one does not need to be a US Citizen to obtain a Texas Driver's License.  Therefore, a TDL can not be used to prove citizenship for the purpose of voting.  It can be used as a photo ID, but must be presented as an adendum rather than as proof of voter qualification.  Suggest that action be taken (executive order) to identify those documents that provide proof of citizenship as a prerequisite to voting.

I am asking this as a citizen and as a Precinct Chairman (0306), and as an Election Judge.

2/7/11

TEX0525045

PL879
9/2/2014
2:13-cv-00193

# 82(R) - SB 14

3. Colette Baker Herzog

13055 Taylorcrest
Houston, TX 77079

**Staff Notes:**

**Summary:**
Senate Website E-Mail for SD-7
----------------------
Name: Colette Baker Herzog
Title: [omitted]
Organization: [omitted]
Phone: 713 461-3257
Address: 13055 Taylorcrest
City: Houston
State: Texas
Zip: 77079
----------------------
Re:Senate bill-140....withdraw your amendment F-35 to this bill, you have only weakened it. Did you know that over 400 thousand people in Harris County have a handicap parking permits? Why would anyone have one of these and not be able to get a picture I.D. at DPS? You have to go to DPS to get the handicap parking permit!!! You amendment makes no sense and only clouds the bill's intent.
We are trying to stop voter fraud. The story that Legal citizens who are handicap or elderly don't have an ID is a fraud. And any illegal alien can get a handicap permit. So you will be helping illegal aliens to vote just by showing a permit????
----------------------

PL880
9/2/2014
2:13-cv-00193

# 82(R) - SB 14

6. Patricia  Schaefer

4410 Bridgestone Lakes Drive
Spring, TX 77388

**Staff Notes:**

**Summary:**
Senate Website E-Mail for SD-7
----------------------
Name: Patricia Schaefer
Title: [omitted]
Organization: [omitted]
Phone: 281 493-5907
Address: 413 Rancho Bauer Dr
City: Houston
State: tx
Zip: 77079
----------------------
I was under the assumption that the Photo ID bill DID
NOT pass.
Also,I was totally disappointed that the whole illegal
immigration did not pass. I do Not feel Mr. Butt Or Mr.
Perry had any right to influence all of you on that bill.
What is going to take to solve this ILLEGAL issue here.
They are breaking the LAW&gt; My gGrandparents came
here in the early 1900's and became citizens, learn to read
and write, spoke perfect Englih fluently!!!!!
Why are Mexicans so different. I hope you know those of
us who support Cosevatives locally and nationally are
TOTALLY disillusioned by all of you. Are we no better
than the Democrats.
Is it all about power and not the constituents? Many of us
are VERY frustrated. Thanks for your time.
----------------------

## OFFICE OF THE GOVERNOR - WEB MAIL CORRESPONDENCE

**Name:**

Mrs. Susan  Sunday

**Correspondence ID:**

**IP Address:**

63.251.90.24

**Incoming Type:**

O

**Address:**

1704 Sealy Rd

Sealy

TX

77474

**Date Submitted:**    1/28/2011   3:29:48PM

**Email:**                    red55tbird@hughes.net

**Phone:**

**Message:**

Voter ID

Susan Sunday
1704 Sealy Rd.
Sealy, TX 77474-2172


January 28, 2011

The Honorable Rick Perry
Governor of Texas
PO Box 12428
Austin, TX 78711-2428


Dear Governor Perry:

Below are my thoughts on this issue.

I support the voter ID legislation.

In the little town I live in I am always asked for a drivers license and
have no problem showing it.  Neither should anyone else who is given the
right to vote.  If you are an illegal alien you have no business voting on
anything anyhow.

Finally we've moving ahead to something to stop people with no rights.

Get it done!

A proud member of National Write Your Congressman.

Sincerely,


Susan Sunday


1/28/11



**PL882**
**9/2/2014**
**2:13-cv-00193**

## APPLICATION FOR A U.S. PASSPORT

### PLEASE DETACH AND RETAIN THIS INSTRUCTION SHEET FOR YOUR RECORDS

I applied:   Place: _____

Date: _____

---

#### FOR INFORMATION, QUESTIONS, AND INQUIRIES:

Please visit our website at **travel.state.gov**. In addition, you may contact the National Passport Information Center (NPIC) toll-free at 1-877-487-2778 (TDD: 1-888-874-7793) or by email at **NPIC@state.gov**. Customer Service Representatives are available Monday-Friday 8:00a.m.-10:00p.m. Eastern Time (excluding federal holidays.) Automated information is available 24/7.

---

U.S. PASSPORTS, EITHER IN BOOK OR CARD FORMAT, ARE ISSUED ONLY TO U.S. CITIZENS OR NON-CITIZEN NATIONALS. EACH PERSON MUST OBTAIN HIS OR HER OWN PASSPORT BOOK OR PASSPORT CARD. THE PASSPORT CARD IS A U.S. PASSPORT ISSUED IN CARD FORMAT. LIKE THE TRADITIONAL PASSPORT BOOK, IT REFLECTS THE BEARER'S ORIGIN, IDENTITY, AND NATIONALITY AND IS SUBJECT TO EXISTING PASSPORT LAWS AND REGULATIONS. UNLIKE THE PASSPORT BOOK, THE PASSPORT CARD IS VALID ONLY FOR ENTRY TO THE UNITED STATES AT LAND BORDER CROSSINGS AND SEA PORTS OF ENTRY WHEN TRAVELING FROM CANADA, MEXICO, THE CARIBBEAN, AND BERMUDA. THE U.S. PASSPORT CARD IS NOT VALID FOR INTERNATIONAL AIR TRAVEL.

#### APPLICANTS WHO HAVE HAD A PREVIOUS U.S. PASSPORT BOOK AND/OR U.S. PASSPORT CARD

If your most recent passport book and/or passport card was issued less than 15 years ago and you were over 16 years old at the time of issuance, you may be eligible to use Form DS-82. To determine your eligibility, please visit **travel.state.gov**, or contact NPIC. Address any requests for the addition of visa pages to a passport agency or a U.S. consulate or embassy abroad. In advance of your departure, check for any visa requirements with consular officials of the countries you will be visiting.

#### SPECIAL REQUIREMENTS FOR CHILDREN

● **AS DIRECTED BY PUBLIC LAW 106-113 AND 22 CFR 51.28:**

**To submit an application for a child under age 16 both parents or the child's legal guardian(s) must appear** and present the following:
- Evidence of the child's U.S. citizenship
- Evidence of the child's relationship to parents/guardian(s), **AND**
- Parental/guardian identification.

**IF ONLY ONE PARENT APPEARS, YOU MUST ALSO SUBMIT ONE OF THE FOLLOWING:**
- Second parent's notarized written statement  or DS-3053 (including the child's full name and date of birth) consenting to the passport issuance for the child. Statement can not be more than 3 months old and must come with a photocopy of the front and back side of the second parent's identification, **OR**
- Second parent's death certificate if second parent is deceased, **OR**
- Primary evidence of sole authority to apply, **OR**
- A written statement or DS-3053 (made under penalty of perjury) explaining in detail the second parent's unavailability.

● **AS DIRECTED BY REGULATION 22 CFR 51.21 AND 51.28:**
- Each minor child applying for a passport book and/or passport card must appear in person.

---

#### FAILURE TO PROVIDE INFORMATION REQUESTED ON THIS FORM, INCLUDING YOUR SOCIAL SECURITY NUMBER, MAY RESULT IN SIGNIFICANT PROCESSING DELAYS AND/OR THE DENIAL OF YOUR APPLICATION.

**WHAT TO SUBMIT WITH THIS FORM:**

1. **PROOF OF U.S. CITIZENSHIP** (Evidence of U.S. citizenship that is not damaged, altered, or forged will be returned to you.)
2. **PROOF OF IDENTITY** (You must present your original identification **AND** submit a photocopy of the front and back side with your passport application.)
3. **RECENT COLOR PHOTOGRAPH** (Photograph must meet passport requirements – full front view of the face and 2x2 inches in size.)
4. **FEES** (Please visit our website at **travel.state.gov** for current fees.)

**See page 2 of the instructions for detailed information on the completion and submission of this form.**

**WHERE TO SUBMIT THIS FORM:**

Please complete and submit this application in person to one of the following acceptance agents:  a clerk of a federal or state court of record or a judge or clerk of a probate court accepting applications; a designated municipal or county official; a designated postal employee at an authorized post office; an agent at a passport agency (by appointment only); or a U.S. consulate official at a U.S. embassy or consulate, if abroad. To find your nearest acceptance facility, visit **travel.state.gov** or contact the National Passport Information Center.

---

**WARNING:** False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 USC 1001, 18 USC 1542, and/or 18 USC 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained herein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents are subject to verification.

---

DS-11  12-2010

Instruction Page 1 of 4

USA_00057292

## 1. PROOF OF U.S. CITIZENSHIP

**APPLICANTS BORN IN THE UNITED STATES:** Submit a previous U.S. passport or **certified** birth certificate. Passports that are limited in validity will need to be supplemented by other evidence. A birth certificate must include your full name, date and place of birth, sex, date the birth record was filed, the seal or other certification of the official custodian of such records (state, county, or city/town office), and the full names of your parent(s).

- If the birth certificate was filed more than 1 year after the birth: It must be supported by evidence described in the next paragraph.
- If no birth record exists: Submit a registrar's notice to that effect. Also, submit a combination of the following evidence: an early baptismal or circumcision certificate, hospital birth record, early census, school, medical, or family Bible records, or newspapers or insurance files. Notarized affidavits of persons having knowledge of your birth may be submitted in addition to some of the records listed above. Evidence should include your given name and surname, date and/or place of birth, and the seal or other certification of the office (if customary) and the signature of the issuing official. Visit travel.state.gov for details.

**APPLICANTS BORN OUTSIDE THE UNITED STATES:** Submit a previous U.S. passport, Certificate of Naturalization, Certificate of Citizenship, Report of Birth Abroad, or evidence described below.

- If you Claim Citizenship through Naturalization of Parent(s): Submit the Certificate(s) of Naturalization of your parent(s), your foreign birth certificate (and official translation if the document is not in English), **and** proof of your admission to the United States for permanent residence.
- If you Claim Citizenship through Birth Abroad to One U.S. Citizen Parent: Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate (and official translation if the document is not in English), proof of citizenship of your parent, your parents' marriage certificate, **and** an affidavit showing all of your U.S. citizen parents' periods and places of residence/physical presence in the United States and abroad before your birth.
- If you Claim Citizenship through Birth Abroad to Two U.S. Citizen Parents: Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate (and official translation if the document is not in English), parents' marriage certificate, proof of your parents' citizenship, **and** an affidavit showing all of your U.S. citizen parents' periods and places of residence/physical presence in the United States and abroad before your birth.
- If you Claim Citizenship through Adoption by a U.S. Citizen Parent(s): Submit evidence of your permanent residence status, full and final adoption, **and** your U.S. citizen parent(s) evidence of legal and physical custody. (NOTE: Acquisition of U.S. citizenship for persons born abroad and adopted only applies if the applicant was born on or after 02/28/1983.)

**ADDITIONAL EVIDENCE:** You must establish your citizenship to the satisfaction of the acceptance agent and Passport Services. We may ask you to provide additional evidence to establish your claim to U.S. citizenship.

**NOTE:** You may receive your newly issued document and your returned citizenship evidence in two separate mailings. If you are applying for both a passport book and passport card, you may receive three separate mailings; one with your returned citizenship evidence; one with your newly issued passport book, and one with your newly issued passport card.

## 2. PROOF OF IDENTITY

You may submit items such as the following containing your signature AND a photograph that is a good likeness of you: previous or current U.S. passport book; previous or current U.S. passport card; driver's license or learner's permit; Certificate of Naturalization; Certificate of Citizenship; military identification; or federal, state, or municipal government employee identification card. Temporary or altered documents are not acceptable.

You must establish your identity to the satisfaction of the acceptance agent and Passport Services. We may ask you to provide additional evidence to establish your identity. If you have changed your name, please see travel.state.gov for instructions.

IF YOU CANNOT PROVIDE DOCUMENTARY EVIDENCE OF IDENTITY as stated above, you must appear with an IDENTIFYING WITNESS who is a U.S. citizen, non-citizen U.S. national, or permanent resident alien who has known you for at least 2 years. Your witness must prove his or her identity and complete and sign an Affidavit of Identifying Witness (Form DS-71) before the acceptance agent. You must also submit some identification of your own.

## 3. RECENT COLOR PHOTOGRAPH

Submit a color photograph of you alone, sufficiently recent to be a good likeness of you (taken within the last six months), and 2x2 inches in size. The image size measured from the bottom of your chin to the top of your head (including hair) should not be less than 1 inch and not more than 1 3/8 inches. The photograph must be color, clear, with a full front view of your face, and printed on thin paper with a plain light (white or off-white) background. The photograph must be taken in normal street attire, without a hat, head covering, or dark glasses unless a signed statement is submitted by the applicant verifying the item is worn daily for religious purposes or a signed doctor's statement is submitted verifying the item is used daily for medical purposes. Headphones, "bluetooth", or similar devices must **not** be worn in passport photographs. Any photographs retouched so that your appearance is changed are unacceptable. Snapshots, most vending machine prints, and magazine or full-length photographs are unacceptable. Digitized photos must meet the previously stated qualifications and will be accepted for use at the discretion of Passport Services. Visit our website at travel.state.gov for details and information.

## 4. FEES

- **If you are sixteen years of age or older:** Your passport will be valid for 10 years from the date of issue except where limited by the Secretary of State to a shorter period. (See information below about the additional cost for expedited service.)

- **If you are under sixteen years of age:** Your passport will be valid for 5 years from the date of issue except where limited by the Secretary of State to a shorter period. (see information below about the additional cost for expedited service.)

  *BY LAW, THE PASSPORT FEES ARE NON-REFUNDABLE. PLEASE VISIT OUR WEBSITE AT TRAVEL.STATE.GOV FOR CURRENT FEES.*

- **The passport processing, execution, and security fees may be paid in any of the following forms:** Checks (personal, certified, or traveler's) with the applicant's full name and date of birth printed on the front; major credit card (Visa, Master Card, American Express, and Discover); bank draft or cashier's check; money order (U.S. Postal, international, currency exchange), or if abroad, the foreign currency equivalent, or a check drawn on a U.S. bank. All fees should be payable to the "Department of State" or if abroad, the appropriate U.S. embassy or U.S. consulate. When applying at a designated acceptance facility, the execution fee will be paid separately and should be payable to the acceptance facility. **NOTE:** Some designated acceptance facilities do not accept credit cards as a form of payment.

- **For faster processing,** you may request expedited service. Please include the expedite fee in your payment. Our website contains updated information regarding fees and processing times for expedited service. Expedited service is available only in the United States.

- **If you desire OVERNIGHT DELIVERY SERVICE** for the return of your passport, please include the appropriate fee with your payment.

- **An additional fee** will be charged when, upon your request, the U.S. Department of State verifies issuance of a previous U.S. passport or Consular Report of Birth Abroad because you are unable to submit evidence of U.S. citizenship.

- **For applicants with U.S. government or military authorization for no-fee passports,** no fees are charged except the execution fee when applying at a designated acceptance facility.

**NOTE REGARDING MAILING ADDRESSES:** Passport Services will not mail a passport to a private address outside the United States. If you do not live at the address listed in the "mailing address" then you must put the name of the person and mark it as "In Care Of." If your mailing address changes prior to receipt of your new passport, please contact the National Passport Information Center.

If you choose to provide your email address in Item #6 on this application, Passport Services will use that information to contact you in the event there is a problem with your application or if you need to provide information to us.

USA_00057293

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 USC 6039E) requires you to provide your Social Security Number (SSN), if you have one, when you apply for a U.S. passport or renewal of a U.S. passport. If you have not been issued a SSN, enter zeros in box #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The Department of State must provide your SSN and foreign residence information to the Department of Treasury. If you fail to provide the information, you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be directed to the nearest IRS office.

## NOTICE TO CUSTOMERS APPLYING OUTSIDE A STATE DEPARTMENT FACILITY

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times and we will charge you a one-time fee of $25, which we will also collect by EFT.

## REMITTANCE OF FEES

Passport service fees are established by law and regulation (see 22 USC 214, 22 CFR 22.1, and 22 CFR 51.50-56) and are collected at the time you apply for the passport service. If the Department fails to receive full payment of the applicable fees because, for example, your check is returned for any reason or you dispute a passport fee charge to your credit card, the Department of State will take action to collect the delinquent fees from you under 22 CFR Part 34 and the Federal Claims Collection Standards (see 31 CFR Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, the Department will refer the debt to the Department of Treasury for collection. Debt collection procedures used by Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing or withholding eligible federal payments (e.g. tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred. In addition, non-payment of passport fees may result in the invalidation of your passport. An invalidated passport cannot be used for travel.

## OTHER USES OF SOCIAL SECURITY NUMBERS

Your Social Security Number will be provided to Treasury, used in connection with debt collection and checked against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses.

## PAPERWORK REDUCTION STATEMENT

Public reporting burden for this collection of information is estimated to average 85 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 2201 C Street, NW, Washington, DC 20520.

## IMPORTANT NOTICE TO APPLICANTS WHO HAVE LOST OR HAD A PREVIOUS PASSPORT BOOK AND/OR PASSPORT CARD STOLEN

A United States citizen may not normally bear more than one valid or potentially valid U.S. passport book or more than one valid or potentially valid U.S. passport card at a time. Therefore, when a valid or potentially valid U.S. passport book or U.S. passport card cannot be presented with a new application, it is necessary to submit a Form DS-64, Statement Regarding a Lost or Stolen Passport. Your statement must detail why the previous U.S. passport book or U.S. passport card cannot be presented.

The information you provide regarding your lost or stolen U.S. passport book or passport card will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport book or passport card. Anyone using the passport book or passport card reported as lost or stolen may be detained upon entry into the United States. Should you locate the U.S. passport book or passport card reported lost or stolen at a later time, report it as found and submit it for cancellation. It has been invalidated. You may not use that passport book or passport card for travel.

### PROTECT YOURSELF AGAINST IDENTITY THEFT!
### REPORT YOUR LOST OR STOLEN PASSPORT BOOK OR PASSPORT CARD!

For more information or to report your lost or stolen passport book or passport card by phone, call NPIC or visit our website at **travel.state.gov**.

USA_00057294

## ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.) I have not, since acquiring United States citizenship/nationality, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States, or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down, or to destroy by force, the government of the United States.

Furthermore, I have not been convicted for a federal or state drug offense or convicted for "sex tourism" crimes statute and I am not the subject of an outstanding federal, state or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of the information solicited on this form is authorized by Titles 8, 22, and 26 of the United States Code, and other applicable laws and regulations, including 22 USC 211a et seq.; 8 USC 1104; 26 USC 6039E, Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 CFR parts 50 and 51.

**PURPOSE:** The primary purpose for soliciting the information is to establish citizenship, identity, and entitlement to issuance of a U.S. passport.

**ROUTINE USES:** The information solicited on this form may be made available as a routine use to other government agencies and private contractors to assist the U.S. Department of State in adjudicating passport applications and requests for related services, and for law enforcement, fraud prevention, border security, counterterrorism, litigation activities, and administrative purposes. The information may be made available to foreign government agencies to fulfill passport control and immigration duties. The information may also be provided to foreign government agencies, international organizations and, in limited cases, private persons and organizations to investigate, prosecute, or otherwise address potential violations of law or to further the Secretary's responsibility for the protection of U.S. citizens and non-citizen nationals abroad. The information may be made available to the Department of Homeland Security and private employers for employment verification purposes. For a more detailed listing of the routine uses to which this information may be put see the Department of State's Prefatory Statement of Routine Uses relative to the Privacy Act (Public Notice 6290 of July 15, 2008) and the listing of routine users set forth in the System of Records Notices for Overseas Citizen Services Records (State-05) and Passport Records (State-26) published in the Federal Register.

Your social security numbers will be provided to the U.S. Department of Treasury and failure to provide it may subject you to a penalty, as described in the Federal Tax Law provision. It also may be used for identification verification for passport adjudication and in connection with debt collection, among other purposes as authorized and generally described in this section. Providing your social security number and other information requested on this form otherwise is voluntary, but failure to provide the information requested on this form may result in processing delays or the denial of your U.S. passport application.

**CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION:** Failure to provide the information requested on this form may result in Passport Services' refusal to accept your application or result in the denial of a U.S. passport.

## ELECTRONIC PASSPORT STATEMENT

The Department of State now issues a type of passport book containing an embedded electronic chip and called an "Electronic Passport". The electronic passport book continues to be proof of the bearer's United States citizenship/nationality and identity, and looks and functions in the same way as a passport without a chip. The addition of an electronic chip in the back cover enables the passport book to carry a duplicate electronic copy of all information from the data page. The electronic passport book is usable at all ports-of-entry, including those that do not yet have electronic chip readers.

Use of the electronic format provides the traveler the additional security protections inherent in chip technology. Moreover, when used at ports-of-entry equipped with electronic chip readers, the electronic passport book provides for faster clearance through some of the port-of-entry processes.

The electronic passport book does not require special handling or treatment, but like previous versions should be protected from extreme heat, bending, and from immersion in water. The electronic chip must be read using specially formatted readers, which protects the data on the chip from unauthorized reading.

The cover of the electronic passport book is printed with a special symbol representing the embedded chip. The symbol  will appear in port-of-entry areas where the electronic passport book can be read.

## NOTICE TO APPLICANTS FOR OFFICIAL, DIPLOMATIC, OR NO-FEE PASSPORTS

You may use this application if you meet all of the provisions listed on Instruction Page 2, however you must CONSULT YOUR SPONSORING AGENCY FOR INSTRUCTIONS ON PROPER ROUTING PROCEDURES BEFORE FORWARDING THIS APPLICATION. Your completed passport will be released to your sponsoring agency for forwarding to you.

USA_00057295

# APPLICATION FOR A U.S. PASSPORT
*Please Print Legibly Using Black Ink Only*

OMB APPROVAL NO. 1405-0004
EXPIRATION DATE: 12-31-2013
ESTIMATED BURDEN: 85 MIN

**Attention: Read WARNING on page 1 of instructions**
**Please select the document(s) for which you are applying:**

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both
The U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

☐ 28 Page Book (Standard)    ☐ 52 Page Book (Non-Standard)
**Note:** The 52 page book option is for those who frequently travel abroad during the passport validity period and is recommended for applicants who have previously required the addition of visa pages.

**1. Name** Last

☐ D   ☐ O   ☐ DP   DOTS Code _____
End. # _____    Exp. _____

First

Middle

**2. Date of Birth** *(mm/dd/yyyy)*    **3. Sex** M  F    **4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known)*

**5. Social Security Number**    **6. Email Address** *(e.g. my_email@domain.com)*  @    **7. Primary Contact Phone Number**

**8. Mailing Address:** Line 1: Street/RFD#, P.O. Box, or URB.

Address Line 2: **Clearly label** Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable.   *(e.g. In Care Of - Jane Doe, Apt # 100)*

City    State    Zip Code    Country, if outside the United States

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change  Attach additional pages if needed)*

A.    B.

**10. Parental Information**
Mother/Father/Parent - First & Middle Name    Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)*    Place of Birth    Sex  Male  Female    U.S. Citizen?  Yes  No

Mother/Father/Parent - First & Middle Name    Last Name *(at Parent's Birth)*

Date of Birth *(mm/dd/yyyy)*    Place of Birth    Sex  Male  Female    U.S. Citizen?  Yes  No

STAPLE  STAPLE
2" x 2"  2" x 2"
STAPLE  STAPLE
Submit a recent color photograph

## CONTINUE TO PAGE 2 ➡

### DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on the reverse side of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me, and 5) I have read and understood the warning on page 1 of the instructions to the application form.

x _____
**Applicant's Legal Signature - age 16 and older**

x _____
**Mother/Father/Parent/Legal Guardian's Signature** *(if identifying minor)*

x _____
**Mother/Father/Parent/Legal Guardian's Signature** *(if identifying minor)*

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line** *(if identifying minor)*
☐ Driver's License    Issue Date    Exp. Date    Place of Issue
☐ Passport
☐ Military    Name
☐ Other    ID No.

**Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line** *(if identifying minor)*
☐ Driver's License    Issue Date    Exp. Date    Place of Issue
☐ Passport
☐ Military    Name
☐ Other    ID No.

☐ Acceptance Agent    ☐ (Vice) Consul USA    ☐ Passport Staff Agent

(Seal)

Facility Name/Location

Signature of person authorized to accept applications    Date

Facility ID Number    Agent ID Number

For Issuing Office Only ➡ Bk _____ Card _____ Execution _____ EF _____ Postage _____ Other _____

* DS 11 C 12 2010 1 *

DS-11 12-2010    Page 1 of 2

USA_00057296

**Name of Applicant** (Last, First & Middle)

**Date of Birth** (mm/dd/yyyy)

| **11. Height** | **12. Hair Color** | **13. Eye Color** | **14. Occupation** (if age 16 or older) | **15. Employer or School** (if applicable) |
|---|---|---|---|---|

**16. Additional Contact Phone Numbers**

Home   Cell
Work

Home   Cell
Work

**17. Permanent Address** - If P.O. Box is listed under Mailing Address **or** if residence is different from Mailing Address.
Street/RFD # or URB (**No P.O. Box**)

Apartment/Unit

City

State   Zip Code

**18. Emergency Contact** - Provide the information of a person not traveling with you to be contacted in the event of an emergency.
Name

Address: Street/RFD # or P.O. Box

Apartment/Unit

City

State   Zip Code   Phone Number   Relationship

**19. Travel Plans**
Date of Trip (mm/dd/yyyy)   Duration of Trip   Countries to be Visited

**20. Have you ever been married?**   Yes   No   If yes, complete the remaining items in #20.
Full Name of Current Spouse or Most Recent Spouse   Date of Birth (mm/dd/yyyy)   Place of Birth

U.S. Citizen?
Yes   No

Date of Marriage
(mm/dd/yyyy)   Have you ever been widowed or divorced?   Yes
No   Date (mm/dd/yyyy)

**21. Have you ever applied for or been issued a U.S. Passport Book?**   Yes   No   If yes, complete the remaining items in #21
Name as printed on your most recent passport book   Most recent passport book number

Status of your most recent passport book   Date most recent passport book was issued
Submitting with application   Stolen   Lost   In my possession (if expired)   or approximate date you applied (mm/dd/yyyy)

**22. Have you ever applied for or been issued a U.S. Passport Card?**   Yes   No   If yes, complete the remaining items in #22
Name as printed on your most recent passport card   Most recent passport card number

Status of your most recent passport card   Date most recent passport card was issued
Submitting with application   Stolen   Lost   In my possession (if expired)   or approximate date you applied (mm/dd/yyyy)

# PLEASE DO NOT WRITE BELOW THIS LINE

## FOR ISSUING OFFICE ONLY

☐ Sole Parent

Name as it appears on citizenship evidence _____

☐ Birth Certificate   SR   CR   City   Filed:   Issued:

☐ Report of Birth   240   545   1350   Filed/City:

☐ Nat. / Citz. Cert.   Date/Place Acquired:   A#

☐ Passport   C/R   S/R   Per PIERS   #/DOI:

☐ Other:

☐ Attached:

☐ P/C of ID   ☐ DS-3053   ☐ DS-64   ☐ Bio Quest   ☐ Citz W/S   ☐ DS-10   ☐ DS-86   ☐ DS-71   ☐ DS-60

\* DS 11 C 12 2010 2 \*

DS-11 12-2010

Page 2 of 2

USA_00057297



Home | News | Site Index | Help | Contact | En Español

# Texas Secretary of State

## Nandita Berry

Search

| About the Office | Election Information | Business Filings | Notary Public & Statutory | State Rules & Open Meetings |

| Uniform Commercial Code | Border & International |



**VOTETEXAS.GOV**

Voter Information

About the Elections Division

Conducting Your Elections

Candidate Information

Election Officials and Officeholders

Election Results

Election Administration

Help America Vote Act (HAVA) Funding to Counties

Election Funds Management, (HAVA, Chapter 19 & Primary Finance)

Project V.O.T.E. for Teachers, Educators and Students

Voting Systems

Forms, Resources & Legal Library

Frequently Asked Questions (FAQs)

Contact Us

# Election Advisory No. 2013-08

| | |
|---|---|
| **To:** | Voter Registrars |
| **From:** | Keith Ingram, Director of Elections |
| **Subject:** | Voter Registration Certificate |
| **Authority:** | Texas Election Code Sections 31.002 and 31.003 |
| **Effective Date:** | July 29, 2013 |
| **Superseded Directive:** | Secretary of State Directive of August 9, 2011 |

## 1. Summary and Purpose

1.1. In accordance with Texas Election Code Section 31.003, this directive establishes the requirements for voter registrars to issue voter registration certificates.

## 2. Description of Certificate

2.1. **No changes authorized unless approved by the secretary of state**. The certificate has been designed to meet the content requirements of Texas Election Code Sections 15.001, 15.002, and 15.003, bilingual requirements of the Federal Voting Rights Act, 42 U.S.C.A. Section 1973aa-1a, the mailing requirements of Texas Election Code Sections 14.001 and 14.002, and regulations of the United States Postal Service regarding size, thickness of paper, address placement, and postage. Various other exigencies such as horizontal and vertical spacing for computers have been considered. To avoid any possible violations of state or federal law, no change to the specifications of the certificate, as provided by this directive, may be made without prior written approval by this office.

Pursuant to Section 15.001 of the Texas Election Code, voter registrars must place the jurisdictional or distinguishing number for the following seven territorial units in which the voter resides: 1. United States Representative; 2. State Senate; 3. State Representative; 4. County Commissioner; 5. Justice of the Peace; 6. City district code; and 7. School district code on the certificate. Section 15.002 authorizes, but does not require, the voter registrar to place up to seven additional jurisdictional designations on the certificate. The Secretary of State has prescribed a certificate with ten boxes for placement of district information, seven for the required districts and three for the optional districts. This format has been approved by the Postmaster in Austin. Our office recommends that the local postmaster approve the placement of district numbers on the certificate prior to printing if you are using any other format than the one prescribed. Any combination of the three optional district codes may be chosen by the voter registrar for inclusion on the certificate without prior approval.

The TEAM System prints the mandatory seven jurisdictions and provides an option to print up to three more jurisdictions on the certificate. TEAM will preprint the boxes on the certificates as well as the jurisdiction type. The boxes with voter unique identifier (VUID), year of birth, and valid from date, will also be printed by TEAM and not preprinted on the card stock by your printer. There are two layouts, one for TEAM counties who will actually use TEAM to print voter information on the certificate and one for offline counties and TEAM counties who will contract with a private vendor to

USA_00223435

print voter data on the certificates. Offline counties must use the layout of the form enclosed but if they wish to print the maximum 14 jurisdictional boxes, they will have to work with their local postmaster on the design.

The Secretary of State has authorized the printing of the 10 digit VUID number in a barcode format in addition to a numeric-value format.  The numeric-value format of the VUID number must be printed in the box specifically provided for the VUID number.  The barcode-format number may be placed anywhere on the card as long as it does not interfere with postal regulations, and nothing is deleted from the card as prescribed.  It is recommended that a universal-product barcode be used rather than the type of barcode that is used for zip codes, which is a Postnet font. Again, for placement of a barcode-format VUID number, you must coordinate the printing with the postmaster to ensure that it complies with other postal requirements.  TEAM will default to print the barcode of the VUID above the name of the voter on the mailing address side of the certificate.

2.2.**Size**. The postcard certificate is 4 1/8" x 6."  The postcard is sized to accommodate space for barcoding the zip code. Even if you do not plan to barcode the zip code on the certificate prior to mailing, you must ensure sufficient room for the barcode strip area because the post office will prepare the mail piece for automation by placing a barcode strip which includes delivery point validation on the certificate.  The counties will not receive any postal discount if the post office has to barcode the mail piece.  The post office has advised our office not to print any type of barcode for the zip code if it is only going to be the 5 digit or 9 digit zip code.

Counties using the Secretary of State's TEAM system must print their certificates exactly as shown on the attached sample(s).  The layout of the certificate must be exactly as shown on the sample.  If a laser printer is used, the certificates must be printed on an 8½" x 14" sheet of paper with a 1" gripper at the top and a 1¼" margin on the left side of the paper.  Counties using the on-line system cannot barcode the zip code.  It is imperative that your printer uses the Secretary of State's layout of the certificate to ensure proper placement of information.  Since the TEAM system will be printing the boxes, box types, and jurisdictional numbers, the alignment of information should no longer be an issue.  Please ask your printer to send a proof of your certificate for layout purposes before they are printed to our office for pre-approval.  For counties using a dot matrix printer, the certificates must be ordered on paper with a ½" feeder strip on the left side of the paper. We encourage you to send us your proofs in order to ensure that they are compatible with the TEAM system.

2.3. **Color and paper specifications**.  The color for the 2014-2015 certificate is Pantone Orange 1485.  The stock is white index or the equivalent. To meet postal requirements, the paper must be **at least** .007" thick and not more than .016" thick. The sample attached is printed on #110 index.  When paper is manufactured, there can be a variance in the thickness of the paper, so be sure to state in the specifications that the paper must meet postal requirements for calibration.  The front side of the certificate is to be printed with Pantone Orange 1485 color.  The language on the certificate will be in black ink.  Using the Pantone Orange 1485 ink to "color" the paper will ensure that all certificates are printed uniformly across the state.  The backside of the certificate may be printed either with the Pantone Orange 1485 color or left plain white.  The sample attached shows the area that is to be printed in Pantone Orange 1485 at 100% solid.

2.4. **Format**.  The voter registrar's name, telephone number, and return address must be printed in the upper left-hand corner above the dotted line.  Module 202.4.4 of the Domestic Mail Manual ("D.M.M.") requires the postal endorsement "RETURN SERVICE REQUESTED" to be placed ¼" below the return address.  The word "Postmaster" is NOT used in conjunction with the endorsement.  See Section 3 of this directive for further discussion.  "Secretary of State's Office, Elections Division" and the Secretary of State's toll-free number (1-800-252-8683) must be printed directly across from the voter registrar's name and address, as indicated on the attached sample card.  The name of the voter registrar's county must be printed directly below the words "Voter Registration Certificate" as indicated on the attached sample card.  The state seal is placed to the left of the name of the county.  Counties using the Secretary of State's TEAM system must have the county name and the voter registrar's return address and phone number preprinted on the certificate card stock. It is recommended that all counties use a non-bold, 4pt sans-serif font for the return address information.

2.5. **VUID number**.  Use the ten-digit VUID number already assigned to the voter.

2.6. **Valid from-thru**.  The "VALID FROM" date on all renewal certificates issued to registered voters is JANUARY 1, 2014.  The certificate will expire on DECEMBER 31, 2015, and that date shall appear on the certificate below "THRU." See Section 3.3 of this directive for the period for mailing

USA_00223436

renewal certificates.

New registrants whose applications are received and accepted after the 30TH DAY BEFORE JANUARY 1, 2014 will be issued an initial certificate, and the "VALID FROM" date on the certificate is the same as the effective date of registration. Renewal certificates need not be issued in this instance. See Section 5 of this directive for information regarding new registrants whose registrations will be effective on or after NOVEMBER 15, 2013, but before JANUARY 1, 2014.

For a voter who changes his or her name or changes his or her address to another precinct within the county, the "VALID FROM" date on the corrected certificate is the date the change becomes effective. These changes become effective on the 30th day after the voter registrar receives notice of the change.

For a voter who changes his or her address within the same precinct in the county, the "VALID FROM" date on the corrected certificate is the same as the date on the renewal certificate. There is no 30-day processing period for this kind of change to become effective. For a voter who returns his or her certificate for correction of the year of birth on the certificate, the "VALID FROM" date of the corrected certificate is the same as the original renewal certificate.

If a registered voter requests a replacement certificate because his or her original certificate has been lost or destroyed, the "VALID FROM" date on the replacement certificate is the same as the date on the certificate that is being replaced. The replacement certificate must have a notation that it is a replacement certificate. The word "replacement" should be printed vertically below the seal.

2.7.**Information on certificate**. The voter's surname together with the first name or a combination of the first, middle, and former name must appear on the certificate. The voter registrar may also include abbreviations of names indicated on the voter registration application. As a routine matter, print the former name on the certificate if it is given on the application. In any case, the name of the voter printed on the certificate must be sufficient for the election judge to be able to identify the voter. For instance, the voter registrar may not routinely print "P.D. Smith" if the voter has indicated on his application the name "Paul David Smith." The voter registrar may, however, print "Paul D. Smith." Nicknames may not be used unless the voter indicated a nickname as his or her name on the application. The certificate must also include a designation of gender if gender has been provided on the application. If gender is not provided on the application, leave the gender field blank on the voter registration certificate. The year of birth (not birth date) and election precinct number must be indicated on the certificate, as well as the permanent residence address (and the mailing address, if these two addresses are different). The voter registrar will print the mailing address on the right-hand side of the card. The permanent residence address or a concise description of the location of the permanent residence must be printed on the left-hand portion of the certificate. If the complete descriptive address will not fit on the certificate, the address may be truncated.

2.8. **Voter identification**. The prescribed language on the back of the certificate instructs the voter concerning the photo identification that is required at the polling place. (Senate Bill 14)

2.9. **Party affiliation**. The space for stamping party affiliation is placed vertically on the front of the certificate.

2.10. **Area for postal information**. The right half of the front of the certificate must be left blank, except for mailing address and postage, barcode for VUID and information in the shaded yellow area. Information that is printed in the address area of the certificate must have a 1/8" clear space around the name and address. See Section 2.1 of this directive for exceptions.

## 3. Mailing of Certificate

3.1. **Postage**. The voter registrar mails the certificate with first-class postcard postage or, if mailed in an envelope, first-class-letter postage. The Texas Election Code requires that the certificate be mailed by nonforwardable mail. The voter's tax statement may not be included in the same envelope.

Module 202.4.4 of the Domestic Mail Manual provides for the endorsement to the postmaster on the certificate. The endorsement must be printed in at least 8pt. type and must appear at least ¼" below the voter registrar's return address. There must also be a ¼"-clear space below the endorsement.

USA_00223437

The attached sample of the certificate shows the correct placement of the endorsement. The certificate will be returned free of charge to the voter registrar when mailed at either first-class postcard or first-class letter rate. The voter registrar will receive an address correction at no extra charge when the certificate is returned with the endorsement "RETURN SERVICE REQUESTED." There is no charge for this service since the new address will appear on the original mail piece. (DMM Exhibit 1.5.1, Domestic Mail Manual)

If an envelope is used to mail the voter registration certificate, the instruction to the postmaster, "RETURN SERVICE REQUESTED," must be printed on the front of the envelope at least ¼" below the return address of the voter registrar. There must also be a clear space of ¼" below the endorsement.

Postage must be paid from the county's budget. The Secretary of State is not authorized to pay for the mailing of the certificates. Funds received under Sections 19.001-19.006 of the Texas Election Code may not be used for payment of postage for mailing certificates. Funds received from the Secretary of State and maintained by the voter registrar or post office in the voter registration application business reply account (Permit 4511) may not be used to pay for mailing voter registration certificates.

The certificates may be mailed at a lower first-class-postage rate, for example, by carrier route or barcoding the zip code. To take advantage of the lower postage rate, the mailing list must be certified that it has been updated within 95 days of the mailing. Contact your local postmaster for various ways to prepare your mailing to obtain the lowest possible postal rate.

The post office has also determined that these certificates may be mailed at a nonprofit rate as long as you have applied for a nonprofit organization status. Each county must individually file an application for this status with their local postmaster. It is important for you to determine if this will actually save you money in postage. While you pay less postage mailing out the certificate, you will also have to pay first class postage for each certificate returned as undeliverable. If you do not expect to get many certificates returned, it may be cost effective to pay outgoing postage and pay separate postage for those certificates that are returned. Rates for mailing the certificates can range 8 cents per piece depending on how the certificates are to be mailed. The Secretary of State recommends that you discuss this thoroughly with your postmaster to see which rate is best for your mailing.

3.2. **Postal requirements for postcards**. If the certificates will be mailed as postcards rather than in envelopes, certain postal requirements must be met.

Any preprinted information on the right-hand side of the card must be shaded. (See attached sample certificate and Domestic Mail Manual 201.1.2.6) The area reserved for the address is white and must be at least 2 1/8" long and 1" high. The U.S. Post Office requires all certificates mailed as postcards to be presorted.

3.3. **Coordination with local postal authorities**. The voter registrar should coordinate with the local postmaster before the mailing date. Postal regulations have become very complicated, and we highly recommend that the local postmaster be consulted prior to printing the certificates.

3.4. **Mailing date**. The voter registrar shall issue a voter registration renewal certificate to each voter in the county whose registration is effective on the preceding NOVEMBER 14. The mailing shall occur between NOVEMBER 15 and DECEMBER 5 of each odd-numbered year.

## 4. Duplicate Certificates

4.1. **Duplicate certificate files**. Texas Election Code Section 15.433 provides a method for the voter registrar to maintain the active or inactive duplicate-certificate file on electronic data processing equipment. Evidence of the mailing must be maintained in a retrievable format. The data must include the name and address to which the certificate was sent and the ten digit VUID number. TEAM records the mass mailout for each applicable voter in the activity tab within the voter view window.

## 5. New Registrations

5.1. **Before effective date**. Persons who register to vote whose registrations will become

USA_00223438

effective after NOVEMBER 14, 2013, and before JANUARY 1, 2014, may be issued initial certificates for the remainder of the voting year (yellow certificate). The "VALID FROM" date on the initial (yellow) certificate is the effective date of registration, and the "THRU" date is DECEMBER 31, 2013.  The voter registrar must issue renewal certificates (Orange certificate) to the voters.  The "VALID FROM" date on the renewal certificate will be JANUARY 1, 2014, and the "THRU" date will be DECEMBER 31, 2015.  The duplicate of the initial certificate for the remainder of the voting year should be filed in the duplicate-certificate file or in electronic format as discussed above.   Proof of issuing a renewal certificate is required, and instructions in Section 4 of this directive should be followed to provide such proof.

## 6. "Suspense" Voters

6.1. Voters who have been mailed a confirmation notice prior to the mass mailout but failed to respond to the notice are designated with an "S" on the list of registered voters. These voters are NOT mailed a renewal certificate.

6.2. If a voter responds to the confirmation mailing after the mass mailout, correct the voter's registration information, remove the "S" designation, and mail the voter a renewal certificate with the new information.

## 7. Returned Certificates

7.1. **Confirmation notice**.  The voter registrar is required to mail, no later than March 1, 2014, a confirmation notice and response form to each voter whose renewal certificate was returned as undeliverable.  If the post office provided a forwarding address on the returned certificate, the confirmation notice and response form must be mailed to the address given.  If the post office did not provide a forwarding address, the confirmation notice and response form must be mailed to the last known address of the voter.  In any case, the confirmation notice and response form must be mailed by forwardable mail.

7.2. **Design**.  The Secretary of State has prescribed the wording of the confirmation notice and response form, but has left the design for printing to the voter registrar's discretion.  Coordinate with the postmaster to determine the most efficient way to mail the confirmation notices and receive the response forms.

## 8. Approval

8.1. **Secretary of State approval**.  Issued this 29th day of July, 2013.

John Steen
Secretary of State

**SOS Home** | **Texas.gov** | **Trail** | **Texas Homeland Security** | **Where the Money Goes** | **Fraud Reporting** | **Texas Veterans Portal**

**Compact With Texans** | **Open Records Policy** | **Privacy Policy** | **Accessibility Policy** | **Link Policy** | **Disclaimer**

Send comments and questions about the web site to: **webmaster@sos.texas.gov**

USA_00223439