PL884
9/2/2014
2:13-cv-00193



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

### Voter Photo Identification Requirements for November and Future Elections

Dear Voter,

Texas Election law has changed regarding the necessary identification that a voter is required to bring to the election polls. This notice is to advise you of the type of identification that is required so that you are prepared for voting during the Early Voting period or on Election Day. **All voters are now required to provide <u>one</u> of the following types of photo identification when voting in person:**

- **Texas Driver's License, Election Identification Card or Texas Personal Identification Card** issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation;

- **United States Military Identification** card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of presentation;

- **United States Citizenship Certificate** issued to the person that contains the person's photograph;

- **United States Passport** issued to the person that has not expired or that expired no earlier than 60 days before the date of presentation; or

- **Texas Concealed Handgun License** issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation.

**If you do not have one of these types of photo identification, you may receive a free Election Identification Card (EIC)** from the Department of Public Safety (DPS). Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

**If you are 65 or older, or are disabled**, you are entitled to apply for a ballot by mail. In most cases, you will not need to provide photo identification, if you vote by mail. October 25, 2013 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, you may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Please be prepared to present the required photo identification when you arrive to vote at the polls. **Early Voting is October 21, 2013 to November 1, 2013 and Election Day is November 5, 2013.** Early Voting locations, your Election Day location, and your voter specific sample ballot can be found at www.HarrisVotes.com.

Should you have any questions, please see **www.HarrisVotes.com** or contact our Elections Department at 713-755-5792.

Sincerely,

*Stan Stanart*

**STAN STANART**
Harris County Clerk & Chief Elections Official

PW
EXHIBIT NO. 12
H6 7l23 14

1001 Preston, 4th Floor ○ Houston, TX 77002 ○ 713.755.5792
www.HarrisVotes.com

HarrisCounty 000095

## Requisitos de Identificación con Foto de Votante para noviembre y futuras elecciones

Estimado Votante,

La ley Electoral de Texas ha cambiado con respecto a la necesaria identificación que se requiere a un votante llevar a las urnas electorales. Este aviso es para informarle sobre el tipo de identificación que se requiere para que usted esté preparado para la votación durante el período de votación temprana o el día de las elecciones. Todos los votantes están obligados a presentar uno de los siguientes tipos de identificación con foto al votar en persona:

- Licencia de Conducir de Texas, Tarjeta de Identificación Electoral o Tarjeta de Identificación Personal de Texas expedido a la persona por el Departamento de Seguridad Pública que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación;
- Tarjeta de identificación militar de los Estados Unidos que contiene la fotografía de la persona que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación;
- Certificado de Ciudadanía de Estados Unidos otorgado a la persona que contiene la fotografía de la persona;
- Pasaporte de los Estados Unidos expedido a la persona que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación; o
- Licencia de Arma Ocultada de Tejas expedido a la persona por el Departamento de Seguridad Pública que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación.

Si no tiene uno de estos tipos de identificación con foto, puede recibir una tarjeta de identificación electoral gratis (EIC) del Departamento de Seguridad Pública (DPS). Requisitos para solicitar una EIC se pueden encontrar en http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

Si usted tiene 65 años o más, o está incapacitado, usted tiene derecho a solicitar una boleta electoral por correo. En la mayoría de los casos, si usted vota por correo, usted no tendrá que proporcionar identificación con foto. El 25 de octubre 2013 es el último día que el Condado de Harris puede recibir una solicitud para votar por correo (recibido, no matasellos). Para obtener una solicitud para votar por correo, puede comunicarse con nuestras oficinas al 713-755-6965 o visite www.HarrisVotes.com.

Por favor, esté preparado para presentar la documentación con fotografía necesaria al llegar a votar en las urnas. La votación Temprana es el 21 octubre 2013 ha el 1 de noviembre 2013 y el día de las elecciones es el 5 de noviembre 2013. Los lugares de votación temprana y su lugar de votación el día de las elecciones, y boleta de muestra específica se pueden encontrar en www.HarrisVotes.com.

Si tiene alguna duda, consulte a www.HarrisVotes.com o póngase en contacto con nuestro Departamento de Elecciones al 713-755-5792.

Sinceramente, **STAN STANART**, Secretario del Condado de Harris y Principal Oficial de Elecciones

## Những Yêu Cầu về Căn Cước Có Hình Ảnh Cử Tri cho Các Cuộc Bầu Tháng Mười Một và Trong Tương Lai

Thưa cử tri,

Luật Bầu Cử Texas đã thay đổi liên quan đến việc căn cước cần thiết mà một cử tri đòi hỏi phải mang đến các địa điểm bầu cử. Thông báo này như một khuyến cáo cho quý vị về các loại căn cước đòi hỏi đó để quý vị có được sự chuẩn bị cho bầu cử trong thời gian Bầu Cử Sớm hoặc trong Ngày Bầu Cử. Tất cả các cử tri đòi hỏi phải xuất trình một trong các loại căn cước có hình ảnh sau đây khi đích thân đi đầu phiếu:

- Bằng Lái Xe Texas, Giấy Chứng Nhận Căn Cước Bầu Cử hoặc Thẻ Căn Cước Cá Nhân Texas đã cấp cho người đó bởi Sở An Toàn Công Cộng (DPS) phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình;
- Thẻ Căn Cước Quân Đội Hoa Kỳ có hình ảnh của người đó phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình;
- Giấy Chứng Nhận Quốc Tịch Hoa Kỳ đã cấp cho người có chứa hình ảnh của người đó;
- Hộ Chiếu Hoa Kỳ đã cấp cho người đó phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình; hoặc
- Giấy Phép Mang Súng Giấu Kín Texas đã cấp cho người đó bởi Sở An Toàn Công Cộng (DPS) phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình.

Nếu quý vị không có một trong các loại căn cước có hình ảnh này, quý vị có thể nhận được một Giấy Chứng Nhận Căn Cước Bầu Cử (EIC) miễn phí từ Sở An Toàn Công Cộng (DPS). Những yêu cầu để nộp đơn xin EIC có thể được tìm thấy tại http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

Nếu quý vị từ 65 tuổi trở lên, hoặc bị khuyết tật, quý vị có thể nộp đơn để bỏ phiếu bằng thư. Trong hầu hết các trường hợp, quý vị sẽ không cần phải cung cấp căn cước có hình ảnh, nếu quý vị bỏ phiếu bằng thư. Ngày 25 tháng 10, 2013 là ngày cuối cùng cho Quận Hạt Harris nhận đơn xin bỏ phiếu bằng thư (là nhận được, không phải dấu bưu điện). Để có được một đơn xin bỏ phiếu bằng thư, quý vị có thể liên lạc với văn phòng của chúng tôi tại 713-755-6965 hoặc truy cập trang mạng www.HarrisVotes.com.

Xin vui lòng chuẩn bị để xuất trình căn cước có hình ảnh được yêu cầu khi quý vị đến bầu cử tại các phòng phiếu. Bầu Cử Sớm là ngày 21 tháng Mười, 2013 đến ngày 1 tháng Mười Một, 2013 và Ngày Bầu Cử là ngày 5 tháng Mười Một, 2013. Các địa điểm Bầu Cử Sớm, địa điểm Ngày Bầu Cử của quý vị, và lá phiếu riêng biệt của quý vị có thể được tìm thấy tại www.HarrisVotes.com.

Nếu quý vị có bất kỳ thắc mắc gì, vui lòng vào trang mạng www.HarrisVotes.com hoặc liên lạc với Ty Bầu Cử của chúng tôi tại 713-755-5792.

Chân thành, **STAN STANART**, Giám Đốc Nha Hành Chánh Quận Hạt Harris & Chánh Các Cuộc Bầu Cử Chính Thức

## 11月與未來選舉選民照片識別證件的規定

親愛的選民,

Texas 選舉法已更改有關選民在選舉投票所必須攜帶的必要識別證件的規定。本通知的目的在於告知您有關必要識別證件的類型, 以便您在節前投票期間或在選舉日已做投票的充分準備。現在所有的選民於前往投票所必須出示下列其一的照片識別證件:

- Texas 駕駛執照, 選舉個人識別證明或 Texas 個人身份證由公共安全部所開立, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數;
- 美國軍人身份證包含個人照片, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數;
- 美國公民證明包含個人照片;
- 美國護照必須是未過期或是已過期但於出示日前不超過 60 日的過期天數; 或
- Texas 隱蔽槍枝執照由公共安全部所開立, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數。

如果您未持有其他照片識別證件, 您可以向公共安全部 (DPS) 申請一張選舉個人識別證明 (EIC)。有關 EIC 申請的規定請上網查詢 http://www.txdps.state.tx.us/DriverLicense/electionID.htm。

如果您年滿 65 歲或以上, 或係殘障, 您有權利申請郵遞選票。如果您透過郵遞方式投票, 在大多數情況下, 您不需要提供照片識別證件。Harris 縣接受郵遞選票申請的最後截止日是 2013 年 10 月 25 日 (收訖日, 非郵寄日)。有關郵遞選票的申請書請致電我們的辦公室 713-755-6965 或上網查詢 www.HarrisVotes.com。

當您前往投票所投票時, 請備妥並出示照片識別證件。提前投票期間為 2013年10月21至2013年11月1日, 2013 年 11 月 5 日為選舉日。有關提前投票地點, 選舉日當天的投票地點, 您的選票樣本均可上網查詢 www.HarrisVotes.com。

如果您有任何問題, 您可以上網查詢 www.HarrisVotes.com 或聯絡我們的選務處 713-755-5792。

順頌時祺, **STAN STANART**, Harris 縣行政書記官&首席選務官

1001 Preston, 4th Floor ○ Houston, TX 77002 ○ 713.755.5792
www.HarrisVotes.com

HarrisCounty 000096



# STAN STANART
## COUNTY CLERK
*Recording the Major Events of Your Life*

### Voter Photo Identification Requirements for Texas Elections

Dear Voter,

Texas Election law has changed regarding the necessary identification that a voter is required to bring to the election polls. This notice is to advise you of the type of identification that is required so that you are prepared for voting during the Early Voting period or on Election Day. **All voters are now required to provide one of the following types of photo identification when voting in person:**

- **Texas Driver's License, Election Identification Card or Texas Personal Identification Card** issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation;

- **United States Military Identification** card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of presentation;

- **United States Citizenship Certificate** issued to the person that contains the person's photograph;

- **United States Passport** issued to the person that has not expired or that expired no earlier than 60 days before the date of presentation; or

- **Texas Concealed Handgun License** issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation.

**If you do not have one of these types of photo identification, you may receive a free Election Identification Card (EIC)** from the Department of Public Safety (DPS). Requirements to apply for an EIC can be found at http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

**If you are 65 or older, or are disabled**, you are entitled to apply for a ballot by mail. In most cases, you will not need to provide photo identification, if you vote by mail. February 21, 2014 is the last day for Harris County to receive an application for a ballot by mail (received, not postmarked). To obtain an application to vote by mail, you may contact our offices at 713-755-6965 or visit www.HarrisVotes.com.

Please be prepared to present the required photo identification when you arrive to vote at the polls. **Early Voting is February 18, 2014 to February 28, 2014 and Election Day is March 4, 2014.** Early Voting locations, your Election Day location, and your voter specific sample ballot can be found at www.HarrisVotes.com.

Should you have any questions, please see www.HarrisVotes.com or contact our Elections Department at 713-755-5792.

Sincerely,

*Stan Stanart*

**STAN STANART**
Harris County Clerk & Chief Elections Official

PW
EXHIBIT NO. 13
HG 7/23/14

1001 Preston, 4th Floor ✪ Houston, TX 77002 ✪ 713.755.5792
www.HarrisVotes.com

HarrisCounty 000093

## Requisitos de identificación de Foto para Votantes en Elecciones de Texas

Estimado Votante,

La ley Electoral de Texas ha cambiado con respecto a la necesaria identificación que se requiere a un votante llevar a las urnas electorales. Este aviso es para informarle sobre el tipo de identificación que se requiere para que usted esté preparado para la votación durante el período de votación temprana o el día de las elecciones. Todos los votantes están obligados a presentar uno de los siguientes tipos de identificación con foto al votar en persona:

- Licencia de Conducir de Texas, Tarjeta de Identificación Electoral o Tarjeta de Identificación Personal de Texas expedido a la persona por el Departamento de Seguridad Pública que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación;
- Tarjeta de identificación militar de los Estados Unidos que contiene la fotografía de la persona que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación;
- Certificado de Ciudadanía de Estados Unidos otorgado a la persona que contiene la fotografía de la persona;
- Pasaporte de los Estados Unidos expedido a la persona que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación, o
- Licencia de Arma Ocultada de Tejas expedido a la persona por el Departamento de Seguridad Pública que no haya expirado o expirado no más temprano de 60 días antes de la fecha de presentación.

Si no tiene uno de estos tipos de identificación con foto, puede recibir una tarjeta de identificación electoral gratis (EIC) del Departamento de Seguridad Pública (DPS). Requisitos para solicitar una EIC se pueden encontrar en http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

Si usted tiene 65 años o mas, o está incapacitado, usted tiene derecho a solicitar una boleta electoral por correo. En la mayoría de los casos, si usted vota por correo, usted no tendrá que proporcionar identificación con foto. El 21 de Febrero 2014 es el último día que el Condado de Harris puede recibir una solicitud para votar por correo (recibido, no matasellos). Para obtener una solicitud para votar por correo, puede comunicarse con nuestras oficinas al 713-755-6965 o visite www.HarrisVotes.com.

Por favor, esté preparado para presentar la documentación con fotografía necesaria al llegar a votar en las urnas. La votación Temprana es el 18 Febrero 2014 a 28 Febrero 2014 y el día de las elecciones es el 4 de Marzo 2014. Los lugares de votación temprana y su lugar de votación el día de las elecciones, y boleta de muestra especifica se pueden encontrar en www.HarrisVotes.com.

Si tiene alguna duda, consulte a www.HarrisVotes.com o póngase en contacto con nuestro Departamento de Elecciones al 713-755-5792.

Sinceramente, **STAN STANART**, Secretario del Condado de Harris y Principal Oficial de Elecciones

## Những Yêu Cầu về Căn Cước Có Hình Ảnh của Cử Tri cho các Cuộc Bầu Cử ở Texas

Thưa cử tri,

Luật Bầu Cử Texas đã thay đổi liên quan đến việc căn cước cần thiết mà một cử tri đòi hỏi phải mang đến các địa điểm bầu cử. Thông báo này như một khuyến cáo cho quý vị về các loại căn cước đòi hỏi đó để quý vị có được sự chuẩn bị cho bầu cử trong thời gian Bầu Cử Sớm hoặc trong Ngày Bầu Cử. Tất cả các cử tri đòi hỏi phải xuất trình một trong các loại căn cước có hình ảnh sau đây khi đích thân đi đầu phiếu:

- Bằng Lái Xe Texas, Giấy Chứng Nhận Căn Cước Bầu Cử hoặc Thẻ Căn Cước Cá Nhân Texas đã cấp cho người đó bởi Sở An Toàn Công Cộng (DPS) phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình;
- Thẻ Căn Cước Quân Đội Hoa Kỳ có hình ảnh của người đó phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình;
- Giấy Chứng Nhận Quốc Tịch Hoa Kỳ đã cấp cho người có chứa hình ảnh của người đó;
- Hộ Chiếu Hoa Kỳ đã cấp cho người đó phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình; hoặc
- Giấy Phép Mang Súng Giấu Kín Texas đã cấp cho người đó bởi Sở An Toàn Công Cộng (DPS) phải chưa hết hạn hoặc đã hết hạn không quá 60 ngày trước ngày xuất trình.

Nếu quý vị không có một trong các loại căn cước có hình ảnh này, quý vị có thể nhận được một Giấy Chứng Nhận Căn Cước Bầu Cử (EIC) miễn phí từ Sở An Toàn Công Cộng (DPS). Những yêu cầu để nộp đơn xin EIC có thể được tìm thấy tại http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

Nếu quý vị từ 65 tuổi trở lên, hoặc bị khuyết tật, quý vị có thể nộp đơn để bỏ phiếu bằng thư. Trong hầu hết các trường hợp, quý vị sẽ không cần phải cung cấp căn cước có hình ảnh, nếu quý vị bỏ phiếu bằng thư. Ngày 21 Tháng 2 2014 là ngày cuối cùng cho Quận Hạt Harris nhận đơn xin bỏ phiếu bằng thư (là nhận được, không phải dấu bưu điện). Để có được một đơn xin bỏ phiếu bằng thư, quý vị có thể liên lạc với văn phòng của chúng tôi tại 713-755-6965 hoặc truy cập trang mạng www.HarrisVotes.com.

Xin vui lòng chuẩn bị để xuất trình căn cước có hình ảnh được yêu cầu khi quý vị đến bầu cử tại các phòng phiếu. Bầu Cử Sớm là ngày 18 tháng 2 năm 2014 đến ngày 28 Tháng Hai 2014 và Ngày Bầu Cử là ngày 04 Tháng 3 2014. Các địa điểm Bầu Cử Sớm, địa điểm Ngày Bầu Cử của quý vị, và lá phiếu riêng biệt của quý vị có thể được tìm thấy tại www.HarrisVotes.com.

Nếu quý vị có bất kỳ thắc mắc gì, vui lòng vào trang mạng www.HarrisVotes.com hoặc liên lạc với Ty Bầu Cử của chúng tôi tại 713-755-5792.

Chân thành, **STAN STANART**, Giám Đốc Nha Hành Chánh Quận Hạt Harris & Chánh Các Cuộc Bầu Cử Chính Thức

## Texas 選舉選民照片識別證件要求

親愛的選民,

Texas 選舉法已更改有關選民在選舉投票所必須攜帶的必要識別證件的規定。本通知的目的在於告知您有關必要識別證件的類型, 以便您在提前投票期間或在選舉日已做好投票的充分準備。現在所有的選民在投票時必須出示下列其一的照片識別證件:

- Texas 駕駛執照、選舉個人識別證明或 Texas 個人身份證由 公共安全部所開立, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數;
- 美國軍人身份證包含個人照片, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數;
- 美國公民證明包含個人照片;
- 美國護照必須是未過期或是已過期但於出示日前不超過 60 日的過期天數; 或
- Texas 隱蔽槍枝執照由公共安全部所開立, 必須是未過期或是已過期但於出示日前不超過 60 日的過期天數。

如果您未持有其一的照片識別證件, 您可以向公共安全部 (DPS) 申請一張選舉個人識別證明 (EIC)。有關 EIC 申請的規定請上網查詢 http://www.txdps.state.tx.us/DriverLicense/electionID.htm 。

如果您年滿 65 歲或以上, 或係殘障, 您有權利申請郵遞選票。如果您透過郵遞方式投票, 在大多數情況下, 您不需要提供照片識別證件。Harris 縣受理郵遞選票申請的最後截止日是 2013 年 10 月 25 日 (收訖日, 非郵戳日)。有關郵遞選票的申請書請致電我們的辦公室 713-755-6965 或上網查詢 www.HarrisVotes.com 。

當您前往投票所投票時, 請備妥並出示照片識別證件。提前投票期間為 2014 年 2 月 18 日至 2014 年 2 月 28 日, 2014 年 2 月 4 日為選舉日。有關提前投票地點, 選舉日當天您的投票地點, 您的選票樣本均可上網查詢 www.HarrisVotes.com 。

如果您有任何問題, 您可以上網查詢 www.HarrisVotes.com 或聯絡我們的選務處 713-755-5792 。

順頌時祺, **STAN STANART**, Harris 縣行政書記官&首席選務官

---

1001 Preston, 4th Floor ○ Houston, TX 77002 ○ 713.755.5792
www.HarrisVotes.com

HarrisCounty 000094

## Photo ID Frequently Asked Questions (FAQ)

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Does the new photo ID requirement apply to voting by mail?**

The new requirement does not change the process for voting by mail.

**9. Does the address on my photo identification have to match my address on the official list of registered voters at the time of voting?**

The new requirement makes no determination on voter address matching criteria; therefore, there is no address matching requirement.

**10. When is the DPS Election Identification Certificate going to be available?**

The Election Identification Certificate is now available. Information regarding how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information. **Voters who already have an approved form of photo ID for voting are not eligible to apply for an Election Identification Certificate (EIC).**

**11. What happens if I refuse to show proof of identity?**

Voters who refuse to show proof of identity will be allowed to vote by provisional ballot. However, please be advised that a refusal to show ID is not a valid ground for casting a provisional ballot, and it is likely that the voter's ballot will be rejected by the ballot board.

For additional information, call 1-800-252-VOTE (8683)

The information in this brochure was obtained from the office of the Texas Secretary of State.

## Remember, BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identification to vote at the polls. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. Review the list of approved Photo IDs and make sure YOU have one
2. Make sure YOUR State Approved Photo ID is current; With the exception of the U.S. citizenship certificate, the Photo ID must be current or have expired no more than 60 days.
3. Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs. YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

### APPROVED CREDENTIALS FOR VOTING



1. Texas driver license
2. Texas Election Identification Certificate
3. Texas Personal ID
4. Texas concealed handgun license
5. U.S. Military Identification
6. U.S. Citizenship Certificate
7. U.S. Passport

For more information: Phone 713-274-0550 email: county.clerk@cco.hctx.net  Web: www.HarrisVotes.com

**STAN STANART**
Harris County Clerk



FREQUENTLY ASKED QUESTIONS

# Remember, BRING YOUR PHOTO ID to the polls
### (FAQ)

**STAN STANART**
Harris County Clerk

www.HarrisVotes.com

HarrisCounty 000101




EXHIBIT NO. 14

**Photo ID Frequently Asked Questions (FAQ)**

**1. When does the new photo identification law go into effect?**

The new photo identification requirement is effective immediately.

**2. What kind of identification will be required to qualify to vote in person under the new program?**

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**3. My ID is expired. Will it still work?**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**4. But what if a voter does not have any of these forms of photo ID? Are there any exceptions?**

If a voter does not have a permanent disability exemption (addressed below) indicated on his or her voter registration certificate AND the voter does not have any of the photo identifications indicated above at the time of voting, the voter may cast a provisional ballot at the polls. However, in order to have the provisional ballot counted, the voter will be required to visit the voter registrar's office within six calendar days of the date of the election to either present one of the above forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster) in the presence of the county voter registrar while attesting to the fact that he or she does not have any of the required photo IDs.

A **permanent exemption** is available for voters with documented disabilities. Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

Affidavits are available for voters who have a consistent religious objection to being photographed and for voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor within 45 days of the day the ballot was cast.

**5. If I have a government-issued ID that contains my photo and it is not on the list above, may I use it?**

If you do not have one of the forms of photo IDs listed above and your voter registration certificate does not have a disability exemption noted, you will only be eligible to cast a provisional ballot.

**6. My name on my approved photo ID does not exactly match my name on my voter registration card. Can I still vote?**

Election officials will review the ID and if a name is "substantially similar" to the name on their list of registered voters, you will still be able to vote, but you will also have to submit an affidavit stating that you are the same person on the list of registered voters.

**7. What does "substantially similar" mean?**

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
3. The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
4. A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

At least 30 days prior to the deadline to register to vote, voters should check with the voter registrar office to ensure their name on the official list of registered voters matches the name on one of the approved credentials for voting.

HarrisCounty 000102

## Photo ID Frequently Asked Questions (FAQ)

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Does the new photo ID requirement apply to voting by mail?**

The new requirement does not change the process for voting by mail.

**9. Does the address on my photo identification have to match my address on the official list of registered voters at the time of voting?**

The new requirement makes no determination on voter address matching criteria; therefore, there is no address matching requirement.

**10. When is the DPS Election Identification Certificate going to be available?**

The Election Identification Certificate is now available. Information regarding how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information. Voters who already have an approved form of photo ID for voting are not eligible to apply for an Election Identification Certificate (EIC).

**11. What happens if I refuse to show proof of identity?**

Voters who refuse to show proof of identity will be allowed to vote by provisional ballot. However, please be advised that a refusal to show ID is not a valid ground for casting a provisional ballot, and it is likely that the voter's ballot will be rejected by the ballot board.

For additional information, call 1-800-252-VOTE (8683)

The information in this brochure was obtained from the office of the Texas Secretary of State.

## Remember, BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identification to vote at the polls. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. Review the list of approved Photo IDs and make sure YOU have one
2. Make sure YOUR State Approved Photo ID is current; With the exception of the U.S. citizenship certificate, the Photo ID must be current or have expired no more than 60 days.
3. Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs. YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

### APPROVED CREDENTIALS FOR VOTING



1. Texas driver license
2. Texas Election Identification Certificate
3. Texas Personal ID
4. Texas concealed handgun license
5. U.S. Military Identification
6. U.S. Citizenship Certificate
7. U.S. Passport

For more information: Phone: 713-274-8550
email: county.clerk@cco.hctx.net   Web: www.HarrisVotes.com

**STAN STANART**
Harris County Clerk



**FREQUENTLY ASKED QUESTIONS**

Remember, BRING YOUR PHOTO ID to the polls (FAQ)

*Congressman*
**AL GREEN**
9th District

In conjunction with:
Congressman Gene Green, Congresswoman Sheila Jackson-Lee, Senator Rodney Ellis, Senator Sylvia Garcia, Senator John Whitmire, Rep. Alma Allen, Rep. Jessica Farrar, Rep. Ron Reynolds, Rep. Mary Ann Perez, Rep. Senfronia Thompson, Rep. Sylvester Turner, Rep. Gene Wu, Houston Councilwoman Wanda Adams, Houston Councilman Larry Green, Missouri City Councilman Don Smith

HarrisCounty 000103

Photo ID Frequently Asked Questions (FAQ)

**1. When does the new photo identification law go into effect?**

The new photo identification requirement is effective immediately.

**2. What kind of identification will be required to qualify to vote in person under the new program?**

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**3. My ID is expired. Will it still work?**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**4. But what if a voter does not have any of these forms of photo ID? Are there any exceptions?**

If a voter does not have a permanent disability exemption (addressed below) indicated on his or her voter registration certificate AND the voter does not have any of the photo identifications indicated above at the time of voting, the voter may cast a provisional ballot at the polls. However, in order to have the provisional ballot counted, the voter will be required to visit the voter registrar's office within six calendar days of the date of the election to either present one of the above forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster) in the presence of the county voter registrar while attesting to the fact that he or she does not have any of the required photo IDs.

A permanent exemption is available for voters with documented disabilities. Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

Affidavits are available for voters who have a consistent religious objection to being photographed and for voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor within 45 days of the day the ballot was cast.

**5. If I have a government-issued ID that contains my photo and it is not on the list above, may I use it?**

If you do not have one of the forms of photo IDs listed above and your voter registration certificate does not have a disability exemption noted, you will only be eligible to cast a provisional ballot.

**6. My name on my approved photo ID does not exactly match my name on my voter registration card. Can I still vote?**

Election officials will review the ID and if a name is "substantially similar" to the name on their list of registered voters, you will still be able to vote, but you will also have to submit an affidavit stating that you are the same person on the list of registered voters.

**7. What does "substantially similar" mean?**

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
   The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
   A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

At least 30 days prior to the deadline to register to vote, voters should check with the voter registrar office to ensure their name on the official list of registered voters matches the name on one of the approved credentials for voting.

HarrisCounty 000104

### Photo ID Frequently Asked Questions (FAQ)

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Does the new photo ID requirement apply to voting by mail?**

The new requirement does not change the process for voting by mail.

**9. Does the address on my photo identification have to match my address on the official list of registered voters at the time of voting?**

The new requirement makes no determination on voter address matching criteria; therefore, there is no address matching requirement.

**10. When is the DPS Election Identification Certificate going to be available?**

The Election Identification Certificate is now available. Information regarding how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information. Voters who already have an approved form of photo ID for voting are not eligible to apply for an Election Identification Certificate (EIC).

**11. What happens if I refuse to show proof of identity?**

Voters who refuse to show proof of identity will be allowed to vote by provisional ballot. However, please be advised that a refusal to show ID is not a valid ground for casting a provisional ballot, and it is likely that the voter's ballot will be rejected by the ballot board.

For additional information, call 1-800-252-VOTE (8683) or send an email to elections@sos.state.tx.us.

The information in this brochure was obtained from the office of the Texas Secretary of State: http://votetexas.gov/register-to-vote/need-id/

### Remember, BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identification to vote at the polls. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. Review the list of approved Photo IDs and make sure YOU have one
2. Make sure YOUR State Approved Photo ID is current; With the exception of the U.S. citizenship certificate, the Photo ID must be current or have expired no more than 60 days.
3. Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs. YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

### APPROVED CREDENTIALS FOR VOTING



1. Texas driver license
2. Texas Election Identification Certificate
3. Texas Personal ID
4. Texas concealed handgun license
5. U.S. Military Identification
6. U.S. Citizenship Certificate
7. U.S. Passport

For more information. Phone: 713.274.9550
email: county.clerk@cco.hctx.net   Web: www.HarrisVotes.com

**Stan Stanart**
Harris County Clerk



**FREQUENTLY ASKED QUESTIONS**

Remember, BRING YOUR PHOTO ID to the polls (FAQ)

**El Franco Lee**
Harris County Commissioner
Precinct One

http://hcp1.net

HarrisCounty 000105

**Photo ID Frequently Asked Questions (FAQ)**

**1. When does the new photo identification law go into effect?**

The new photo identification requirement is effective immediately.

**2. What kind of identification will be required to qualify to vote in person under the new program?**

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**3. My ID is expired. Will it still work?**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**4. But what if a voter does not have any of these forms of photo ID? Are there any exceptions?**

If a voter does not have a permanent disability exemption (addressed below) indicated on his or her voter registration certificate AND the voter does not have any of the photo identifications indicated above at the time of voting, the voter may cast a provisional ballot at the polls. However, in order to have the provisional ballot counted, the voter will be required to visit the voter registrar's office within six calendar days of the date of the election to either present one of the above forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster) in the presence of the county voter registrar while attesting to the fact that he or she does not have any of the required photo IDs.

A permanent exemption is available for voters with documented disabilities. Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

Affidavits are available for voters who have a consistent religious objection to being photographed and for voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor within 45 days of the day the ballot was cast.

**5. If I have a government-issued ID that contains my photo and it is not on the list above, may I use it?**

If you do not have one of the forms of photo IDs listed above and your voter registration certificate does not have a disability exemption noted, you will only be eligible to cast a provisional ballot.

**6. My name on my approved photo ID does not exactly match my name on my voter registration card. Can I still vote?**

Election officials will review the ID and if a name is "substantially similar" to the name on their list of registered voters, you will still be able to vote, but you will also have to submit an affidavit stating that you are the same person on the list of registered voters.

**7. What does "substantially similar" mean?**

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
3. The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
4. A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

At least 30 days prior to the deadline to register to vote, voters should check with the voter registrar office to ensure their name on the official list of registered voters matches the name on one of the approved credentials for voting.

HarrisCounty 000106