

## Voting in Harris County is now Easier, Faster, and More Secure

### The Ways Eligible Texans May Vote

#### 1) Early Voting by Mail
Qualified voters may vote by mail if:
- Away from Harris County on Election Day and during the early voting period;
- Sick or disabled;
- 65 years of age or older on Election Day; or
- Confined in jail, but eligible to vote.

Applications for a ballot by mail must be submitted to the early voting clerk on, or after, the 60th day before Election Day and before the close of business on the 9th day before Election Day. If the 9th day is a weekend, the last day to submit an application is the preceding Friday.

Ballot by mail request may be submitted by:
- Regular mail: **Stan Stanart, Harris County Clerk, Attn: Elections Division, P.O. Box 1148, Houston, TX 77251-1148**
- Common or contract carrier: **1001 Preston St, Room 440, Houston, TX 77002;** or
- FAX to 713.755.4983.

**Exception**
A ballot by mail request may be submitted in person in the early voting clerk if the request is submitted in the period between the 60th day before Election Day and before the start of early voting by personal appearance.

#### 2) Early Voting in Person
Registered voters may vote early at any one of the approved Harris County early voting locations. Early voting in person starts 17 days before each election unless the first day falls on the weekend, then early voting begins on the following Monday and ends 4 days before each election. The official early voting hours and locations can be found on http://www.harrisvotes.com or by calling 713.755.6965.

*Election Day voting hours are 7:00 a.m. to 7:00 p.m.*

#### 3) Election Day Voting
On Election Day, voters must vote at the precinct where they are registered to vote. For information regarding Election Day polling locations, voters may call 713.755.6965 or visit http://www.harrisvotes.com.

#### 4) Curbside Voting
This procedure is available to voters who have difficulty walking or standing for long periods. The election official will bring your ballot to your car outside the polling place. Curbside voting is available during early voting and on Election Day.

#### 5) Voting from Abroad
Voters temporarily out of the country who wish to vote by mail may complete the Federal Post Card Application (FPCA). This type of application is limited to:
- A member of the U.S. Armed Forces, their spouse or a dependent;
- A member of the U.S. Merchant Marines, their spouse or a dependent;
- A U.S. citizen domiciled in Texas but temporarily living outside the territorial limits of the United States;

FPCAs qualify U.S. citizens who are temporarily outside of the country to receive a ballot for all elections in which they qualify to vote for a period of one calendar year.

The Harris County Clerk's office responds to overseas ballot by mail requests beginning 45 days prior to Election Day to allow adequate time for mail delivery. Ballots returned from overseas must be postmarked by Election Day and received by the 5th day after Election Day. For additional information on the FPCA process, voters may visit the Federal Voting Assistance Program's website at http://www.fvap.gov.

### YOU CAN HELP!
The County Clerk needs civic-minded citizens to volunteer to serve as poll workers (stipend $80 to $100) especially Spanish, Vietnamese, and Chinese bilingual speakers.
**Apply online at http://www.harrisvotes.com/PollWorker**

### Important Notices

*What if I am turned away from the polls?*

Under Texas Law, each voter is required to have the opportunity to vote a provisional ballot before being turned away from the polling location.

Provisional voting is an opportunity for a voter to cast a ballot on Election Day. After the provisional ballot is cast, the Harris County Clerk and Harris County Voter Registrar will review the documentation provided to determine if the voter is eligible to vote. If the voter is deemed eligible, the provisional ballot will count in the election. If the voter is deemed ineligible, the voter's provisional ballot will be rejected. After Election Day, all provisional voters will be notified as to whether their ballot was accepted or rejected.

In some instances, voters will be notified by the polling place official that their provisional ballot will be rejected. This is done to provide notice to the voter that an additional step is necessary for the provisional ballot to be properly reviewed.

Provisional voting is not a fail-safe method of voting. If a voter is informed that the ballot will be rejected, the voter is encouraged to take the steps necessary to comply with Texas law to vote a regular ballot or to have the provisional ballot properly considered.

*If I need assistance, can I bring someone to the polling place to assist me?*

Disabled voters or voters requiring assistance due to a limited English proficiency may bring someone of their own choosing to the polling place. The person providing assistance cannot be the voter's employer or labor union representative. For more information, please contact 713.274.9650.

*Whom do I contact if I felt intimidated during the voting process or feel that my voting rights were infringed upon?*

Aggrieved voters may contact the Harris County Clerk's office directly at 713.755.6965 or via e-mail at info@harrisvotes.com. In addition, voters may contact the Texas Secretary of State's office at 800.252.8683 (VOTES).



*Recording the Major Events of Your Life*

### STAN STANART
Harris County Clerk

### VOTER GUIDE
www.cclerk.hctx.net

HarrisCounty 000117


PW
EXHIBIT NO. 15
HG 7/23/14



Dear Harris County Voter:

As chief elections officer of the county, I encourage all citizens to be attentive. At least one election may be taking place in your community annually. So it is very important for all citizens to become familiar with the basic principles that guide elections.

The goal of this Voter Guide is to enhance the understanding of elections and facilitate access to the voting process. The exceptional nature of the American political process stems from a well-informed and involved citizenry. As voters, candidates and volunteers, engaged citizens characterize the unique participatory nature of the American democratic republic.

Civic-minded citizens ensure the vitality of the American political process. More importantly, I sincerely believe that active citizens ensure its integrity.

Sincerely,

**STAN STANART**
Harris County Clerk

## Registering to Vote

### Requirements
- Be a United States citizen;
- Be a legal resident of Harris County;
- Be at least 18 years old on Election Day (voters 17 years, 10 months of age may pre-register for an election);
- Be not a convicted felon (you may be eligible to vote if you have completed your sentence, probation, and parole);
- Not been declared by a court exercising probate jurisdiction to be either totally mentally incapacitated or partially mentally incapacitated without the right to vote.

### How and where to register?
In Harris County, you may register to vote:
In person:
- At the Office of the Harris County Tax Assessor-Collector, who is also the Voter Registrar; or
- When you apply for or renew your driver's license; or
By mail:
- By contacting the Harris County Voter Registrar to request an application to be mailed to you; or
- By picking up a voter registration application at your local library or government agency and simply mailing it in.

### Where do I obtain a Voter Registration Application?
You may request an application from:
- The Harris County Voter Registrar's office
  http://www.hcvoter.net
  713.368.2200
  Harris County Tax Assessor-Collector
  P.O. Box 3527, Houston, TX 77253-3527
- The Secretary of State's office
  http://www.sos.state.tx.us
  1.800.252.8683
- Public libraries
- Post offices
- Other area government agency offices

### What do I do if I move within the county?
If you move within the same county, promptly notify the Voter Registrar by completing and submitting a new voter registration application form and checking the box indicating "change."

If you have a copy of your voter registration certificate, you may also complete the back with your new address, sign it, and mail it to the Voter Registrar.

If you have moved but did not update your address in time for the election, you may still vote. During the early voting period, you may vote at any early voting location. However, on Election Day, you must vote at the precinct associated with your old address.

### What do I do if I move within the state?
Any time you move from one county to another in the State of Texas, you must re-register to vote to be able to vote a full ballot. If you did not re-register to vote in your new county, the law allows you to vote a limited ballot during the early voting period at the main early voting polling location, 1001 Preston, 1st Floor, Houston, TX 77002. If you did not re-register to vote in your new county and decide to vote on Election Day, you may vote a provisional ballot; however, your provisional ballot will not count. For early voting information, call 713.755.6965 or visit http://www.harrisvotes.com.

### What type of identification do I need to vote?
Here is a list of the approved forms of photo ID:
- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

### Most Common Elections
For many citizens who are new to the voting process, one of the questions that always arises is "what am I voting for?" On an annual basis, citizens may be voting for candidates who are vying for elected positions at every level of government. The following is a list of the most common:

**Federal Election:** voters elect a National Government, including a President and Members of the United States House of Representatives and the Senate.

**State Election:** voters elect a Governor, members of State House of Representatives, State Senate, and other State offices.

**County Election:** voters elect a county government, including a County Judge, Commissioner's Court, County Clerk, Tax Assessor-Collector, County Treasurer, District Clerk, Justices of the Peace, Sheriff, Constables, County Attorney, District Attorney and Civil and Criminal Court Judges.

**City Election:** voters elect a mayor and members to the city council of a local municipality. The City of Houston conducts its election in November of odd-numbered years.

**School Board Election:** voters elect members to the board of their local independent school or community college district.

### Uniform Election Dates
By law, most elections in Texas are held on one of the following dates:
1) The first Saturday in May;
2) The first Tuesday after the first Monday in November.

The Uniform Election Dates do not apply to:
1) Run-off Elections;
2) An election for the issuance or assumption of school bonds;
3) An election to resolve a tied vote;
4) An election held under an order of a court or other tribunal;
5) An emergency election;
6) An expedited election to fill a vacancy in the legislature;
7) An election held under a statute that expressly provides that the Uniform Election Dates does not apply to the election.

**THE DEADLINE TO REGISTER TO VOTE IS 30 DAYS BEFORE AN ELECTION**

HarrisCounty 000118



3938 Charleston St, Houston, TX 77021

9206 Winkler Dr, Houston, TX 77017

via I-45 — 18 min

14 min without traffic · Show traffic — 7.4 miles

List all steps — Preview steps

via US-90 ALT E and I-45 — 21 min

via I-45 — 22 min



PW

EXHIBIT NO. 16

HG 7/23/14



 

RAPIDS Site Locator Acronym Guide
Common Access Card (CAC)
Getting Your CAC
Managing Your CAC
CAC Security
Developer Resources
Uniformed Services ID Card
ID Card Lifecycle
Policies
Resources

Home
Common Access Card (CAC)

# Resources

- DoD Instruction 1000.13, "Identification (ID) Cards for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals" (PDF)
- DoD Manual 1000.13, Volume 1, "DoD Identification (ID) Cards: ID Card Life-Cycle" (PDF)
- DoD Manual 1000.13, Volume 2, "DoD Identification (ID) Cards: Benefits for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals" (PDF)

# Common Access Card (CAC)

The CAC, a "smart" card about the size of a credit card, is the standard identification for active duty uniformed service personnel, Selected Reserve, DoD civilian employees, and eligible contractor personnel. It is also the principal card used to enable physical access to buildings and controlled spaces, and it provides access to DoD computer networks and systems.

# Card Topology

 

USA_00223397

Common Access Card (CAC)

# Card Types & Eligibility

The four different types of cards are listed below. The card you will be eligible for will be determined by your "Sponsor," the person affiliated with the DoD or other federal agency responsible for verifying and authorizing your need for an ID card. The uses of the card depend on the component/Command that you support. Each component/Command can customize the CAC to meet its specific needs.

Are you a sponsor? Visit the Sponsorship & Eligibility section of the ID Card Lifecycle for more details on this process.

| Card Type | Recipients | Affiliation |
|---|---|---|
|  **Armed Forces of the United States Geneva Conventions Identification Card** The standard card for active duty personnel in accordance with Geneva Convention requirements. | • Active Duty Armed Forces<br>• Selected Reserves<br>• National Guard<br>• National Oceanic and Atmospheric Administration (NOAA)<br>• U.S. Public Health Services | • Displays branch of Service |
|  **U.S. DoD and/or Uniformed Services Identification Card** The standard card for qualifying civilian employees, contractors, and foreign national affiliates who need access to DoD facilities, installations, and computer systems. | • DoD and uniformed services civilian employees (appropriated and nonappropriated)<br>• Eligible DoD, USCG, and NOAA contractors<br>• Non-DoD civilian employees to include: USCG and NOAA, state employees working in support of the National Guard, Intergovernmental Personnel Act employees, and non-DoD federal employees working in support of DoD | • Senior Executive Service (SES)<br>• Civilians<br>• Contractors<br>• Civilian affiliates<br>• Federal affiliates<br>• Military affiliates |



USA_00223398

## U.S. DoD and/or Uniformed Services Geneva Conventions Identification Card for Civilians Accompanying the Armed Forces

The standard card for civilians accompanying the Armed Forces.

- Emergency-essential civilian employees
- Contingency contractor personnel

Senior Executive Service (SES)
- Civilians
- Contractors



## U.S. DoD and/or Uniformed Services Identification and Privilege Card

The standard card granting applicable benefits and privileges for civilian employees, contractors, and foreign national military, as well as other eligible personnel.

- DoD and uniformed services civilian employees (appropriated and nonappropriated) when required to reside on a military installation within CONUS, HI, AK, Puerto Rico, and Guam, or when stationed or employed and residing in foreign countries for at least 365 days
- DoD contractors when stationed or employed and residing in foreign countries for at least 365 days
- DoD Presidential appointees
- Uniformed and non-uniformed full-time paid personnel of the Red Cross assigned to duty with the uniformed services within CONUS, HI, AK, Puerto Rico, and Guam, when required to reside on a military installation, or in foreign countries
- Eligible foreign military

Senior Executive Service (SES)
- Civilians
- Contractors
- Civilian affiliates
- Federal affiliates
- Military affiliates

### Color Coding







Blue Bar: Non-U.S. Citizen    Green Bar: Contractors    White: All Remaining Personnel

About Us    Contact Us    Privacy Policy    Site Accessibility

USA_00223399

 **Official Website of the Department of Homeland Security**

## U.S. Citizenship and Immigration Services

Home | Español | Blog | About Us | Archive | Index



What are you looking for?

| FORMS | NEWS | CITIZENSHIP | GREEN CARD | TOOLS |
|---|---|---|---|---|
| LAWS | | | | |

Home > FORMS

Share This Page    Print

### FORMS

**Most Searched Forms** ▼

Apply for Citizenship (Form N-400)

Apply for a Green Card (Form I-485)

Help My Relative Immigrate (Form I-130)

Apply for Employment Authorization (Form I-765)

Affidavit of Support (Form I-864)

Employment Verification (Form I-9)

Apply for a Travel Document (Form I-131)

Remove Conditions on a Green Card through Marriage (Form I-751)

Renew or Replace My Green Card (Form I-90)

**Forms Information** ▼

**Filing Fees** ▼

**E-Filing and Online Services** ▼

**Forms Updates and News** ▼

**Department of State (DS) and Other Non-USCIS Forms** ▼

# N-400, Application for Naturalization

- Form N-400 (1.48 MB PDF)
- Instructions for Form N-400 (424 KB PDF)
- Document Checklist, Current Fees, Naturalization Eligibility Worksheet (685 KB PDF)
- Naturalization Requirements Information (220 KB PDF)
- Form G-1145, E-Notification of Application/Petition Acceptance (239 KB PDF)

### Purpose of Form

To apply for U.S. citizenship.

### Number of Pages

Form 21; Instructions 13.

### Edition Date

09/13/13. No previous editions accepted.

### Where to File

**1. All Applicants** *(with the exception of current or former members of the military, spouses of current members of the military, and close relatives of deceased members of the military. See "2." below.)*

If you reside in Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Ohio, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming, Territory of Guam, or the Commonwealth of the Northern Mariana Islands, send your application to the USCIS Phoenix Lockbox Facility at the following address:

USCIS
P.O. Box 21251
Phoenix, AZ 85036

For Express Mail or courier deliveries, use the following address:

USCIS
Attn: N-400
1820 E. Skyharbor Circle S
Suite 100
Phoenix, AZ 85034

If you reside in Alabama, Arkansas, Connecticut, Delaware, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Vermont, Virginia, West Virginia, Commonwealth of Puerto Rico, or the U.S. Virgin Islands, send your application to the

- **Video: USCIS Revises Form N-400, Application for Naturalization**
- **Presentation for Revised Form N-400**
- **How Do I Apply for Citizenship?** (2.21 MB PDF)
- **A Guide to Naturalization**
- **Citizenship Resource Center**
- **Tips for Filing Form N-400, Application for Naturalization**
- **USCIS Early Filing Calculator**

USA_00223400

USCIS Dallas Lockbox Facility at the following address:

> USCIS
> P.O. Box 660060
> Dallas, TX 75266

For Express Mail or courier deliveries, use the following address:

> USCIS
> Attn: N-400
> 2501 S State Hwy 121 Business
> Suite 400
> Lewisville, TX 75067

**2. Applications from Current or Former Members of the Military, Spouses of Current Members of the Military, and Close Relatives of Deceased Members of the Military**

All naturalization applications filed under the military provisions, sections 328 or 329 of the INA, must send your application to the Nebraska Service Center (NSC) regardless of where you live and whether you are filing from within the United States or abroad. If you are the spouse of a current member of the military, or are the close relative of a deceased family member (319(d)), send your application for naturalization to the NSC regardless of where you live and whether you are filing from the within the United States or abroad. Send your application to:

> Nebraska Service Center
> P.O. Box 87426
> Lincoln, NE 68501-7426

For Express Mail or courier deliveries, use the following address:

> Nebraska Service Center
> 850 S. Street
> Lincoln, NE 68508

**E-Notification:** If you are filing your Form N-400 at one of the USCIS Lockbox facilities, you may elect to receive an e-mail and/or text message notifying you that your application has been accepted. You must complete Form G-1145, E-Notification of Application/Petition Acceptance, and clip it to the first page of your application. To download a copy of Form G-1145, including the instructions, click on the link at the top of the page.

## Filing Fee

$595 (Add $85 biometric fee for a total of $680, where applicable. See exceptions below.) You must make your check payable to Department of Homeland Security. Fees are accepted in the form of money order, personal check or cashier's check only. USCIS will reject your Form N-400 if you submit the incorrect fee. In such a case, USCIS will return any filing fee you submitted with your Form N-400.

Exceptions in which the applicant is not required to pay the entire $680:

- Applicants 75 years of age or older are not charged a biometric fee, the total fee is $595.
- No fee is required for military applicants filing under Section 328 and 329 of the INA

## Special Instructions

**Please note**: A Guide to Naturalization (Form M-476) provides important information about citizenship eligibility requirements and processing procedures. The Form N-400 application instructions often refer to information in the *Guide*. Therefore **you should read the Guide carefully before filing this form**.

Important filing tips, as well as additional information on fees and customer service, are listed on our Lockbox Filing Tips webpage.

To ensure your Form N-400 is accepted at a Lockbox facility:

- Sign your form
- Submit the correct fee
- Fill out the form completely and accurately, particularly these required fields:
    - Current Legal Name

USA_00223401

- Information About Your Eligibility
- Date of Birth
- Country of Birth
- Mailing Address

**Notice:** Individuals who file Form N-400, Application for Naturalization, and later appear at the Application Support Center (ASC) for biometric capturing are required to submit to a photograph and signature process. If USCIS determines you are eligible for naturalization, this photograph taken at the ASC may be digitally placed on your Certificate of Naturalization. Therefore, USCIS recommends that on the day of your ASC appointment, you dress in clothing that is acceptable for display on your Certificate of Naturalization. USCIS will not reject a photograph for use on your Certificate of Naturalization or issue a replacement certificate based solely upon your desire to modify the photograph shown on your certificate.

This version of the N-400, Application for Naturalization, is available above in two files - the instructions and the form itself. We recommend that you download the form directly to your local computer, rather than fill it out through your web browser.

**Attorney or representative**: You may be represented, at no expense to the U.S. Government, by an attorney or other duly authorized representative.  Your representative must submit Form G-28, Notice of Entry or Appearance as Attorney or Representative, with your Form N-400.  Your representative may also submit Form G-28 at the time of your interview.

This page can be found at http://www.uscis.gov/n-400

Last Reviewed/Updated: 02/04/2014

| TOPICS | VERIFICATION | | POLICIES | GOVERNMENT |
|---|---|---|---|---|
| Adoption | E-Verify | | USCIS Freedom of Information Act and Privacy Act | Passports |
| Appeals | I-9 Central | | | Visa Bulletin |
| Avoid Scams | Self Check | National Customer Service Center | No FEAR Act | U.S. Department of Homeland Security |
| Citizenship | SAVE | 1-800-375-5283 | Website Policies | U.S. Customs & Border Protection |
| Citizenship Resource Center | | TDD for the Hearing Impaired 1-800-767-1833 | Accessibility | |
| Family | | | Social Media Policy | U.S. Immigration & Customs Enforcement |
| Green Card | | | Plug-ins | |
| History and Genealogy | | | Adobe Reader | White House |
| Humanitarian | | | | U.S. Department of State |
| Military | | | | |
| USCIS ELIS | | | | USA.gov |
| Visit the U.S. | | | | |
| Working in the U.S. | | | | |

USA_00223402

Official Website of the Department of Homeland Security



## U.S. Citizenship and Immigration Services

Home | Español | Blog | About Us | Archive | Index

What are you looking for?

| FORMS | NEWS | CITIZENSHIP | GREEN CARD | TOOLS |

| LAWS |

Home > FORMS

Share This Page    Print

## FORMS

**Most Searched Forms** ▼

Apply for Citizenship (Form N-400)

Apply for a Green Card (Form I-485)

Help My Relative Immigrate (Form I-130)

Apply for Employment Authorization (Form I-765)

Affidavit of Support (Form I-864)

Employment Verification (Form I-9)

Apply for a Travel Document (Form I-131)

Remove Conditions on a Green Card through Marriage (Form I-751)

Renew or Replace My Green Card (Form I-90)

**Forms Information** ▼

**Filing Fees** ▼

**E-Filing and Online Services** ▼

**Forms Updates and News** ▼

**Department of State (DS) and Other Non-USCIS Forms** ▼

# N-565, Application for Replacement Naturalization/Citizenship Document

- Form N-565 (82 KB PDF)
- Instructions for Form N-565 (41 KB PDF)

## Purpose of Form

To apply for a replacement Declaration of Intention, Naturalization Certificate, Certificate of Citizenship, or Repatriation Certificate, or to apply for a special certificate of naturalization as a U.S. citizen to be recognized by a foreign country.

## Number of Pages

Form 2; Instructions 3.

## Edition Date

02/28/13. Previous editions accepted.

## Where to File

File with either the USCIS Nebraska or Texas Service Center, depending on the State where you live. See the form's instructions for specific filing information.

## Filing Fee

$345

## Special Instructions

This page can be found at http://www.uscis.gov/n-565

Last Reviewed/Updated: 04/10/2013

USA_00223403

**TOPICS**

Adoption
Appeals
Avoid Scams
Citizenship
Citizenship Resource
Center
Family
Green Card
History and Genealogy
Humanitarian
Military
USCIS ELIS
Visit the U.S.
Working in the U.S.

**VERIFICATION**

E-Verify
I-9 Central
Self Check
SAVE



National Customer Service Center
1-800-375-5283
TDD for the Hearing Impaired
1-800-767-1833

**POLICIES**

USCIS Freedom of
Information Act and
Privacy Act
No FEAR Act
Website Policies
Accessibility
Social Media Policy
Plug-ins
Adobe Reader

**GOVERNMENT**

Passports
Visa Bulletin
U.S. Department of
Homeland Security
U.S. Customs &
Border Protection
U.S. Immigration &
Customs Enforcement
White House
U.S. Department of
State
USA.gov

USA_00223404



Official Website of the Department of Homeland Security

Home | Español | Blog | About Us | Archive | Index

What are you looking for?

| FORMS | NEWS | CITIZENSHIP | GREEN CARD | TOOLS |

| LAWS |

Home > FORMS

 Share This Page 🖶 Print

## FORMS

### Most Searched Forms ▼

Apply for Citizenship (Form N-400)

Apply for a Green Card (Form I-485)

Help My Relative Immigrate (Form I-130)

Apply for Employment Authorization (Form I-765)

Affidavit of Support (Form I-864)

Employment Verification (Form I-9)

Apply for a Travel Document (Form I-131)

Remove Conditions on a Green Card through Marriage (Form I-751)

Renew or Replace My Green Card (Form I-90)

**Forms Information** ▼

**Filing Fees** ▼

**E-Filing and Online Services** ▼

**Forms Updates and News** ▼

**Department of State (DS) and Other Non-USCIS Forms** ▼

# N-600, Application for Certificate of Citizenship Frequently Asked Questions

**What is Form N-600, Application for Certificate of Citizenship?**

Form N-600, Application for Certificate of Citizenship, is filed to obtain a Certificate of Citizenship which serves as evidence of your or your child's U.S. citizenship. You may file Form N-600 if you were born abroad and are claiming U.S. citizenship at birth through your parents. You may also file Form N-600 to obtain evidence of citizenship if you automatically became a U.S. citizen by operation of law after your birth but before you turned 18 years of age. A parent or guardian may also file Form N-600 on behalf of a minor child.

Please note that USCIS does not issue Certificates of Citizenship in cases where the person became a U.S. citizen based on birth in the United States. USCIS only issues Certificates of Citizenship to those individuals who were born abroad but are U.S. citizens at birth through their parents, or who became citizens after birth but before the age of 18.

For more information, see USCIS Policy Manual guidance on Children of U.S. Citizens.

## General Questions

**My U.S. citizen parent(s) is deceased. Does this affect my ability to apply for a Certificate of Citizenship?**

No. Your parent's death does not affect your ability to apply for a Certificate of Citizenship if you automatically acquired citizenship, either at birth or after birth, before your parent's death. However, if you did not automatically acquire citizenship before your parent's death, your parent's death may affect your ability to apply for a Certificate of Citizenship unless you meet the requirements of section 322 of the Immigration and Nationality Act (INA). Please note that section 322 of the INA does not provide for automatic citizenship, but it does allow for naturalization before the age of 18 and allows you to rely on your grandparent's physical presence instead of your parent's physical presence.

**I am claiming citizenship through my mother. My parents were not married at the time of my birth. Does this affect whether I automatically acquired citizenship?**

It may. You acquired U.S. citizenship at the time of your birth if you were born out of wedlock after December 23, 1952 and your U.S. citizen mother was physically present in the United States or its outlying possessions for at least one year prior to your birth. The requirements before December 23, 1952 varied to some extent. If you have specific questions before that time period, please contact the USCIS National Customer Service Center at **1-800-375-5283**.

If you are claiming U.S. citizenship after birth, your birth out of wedlock may affect your ability to acquire citizenship through your mother depending on when you turned 18 years of age.

- If you were over 18 years of age on February 27, 2001, and you were born out of wedlock, you generally could only acquire citizenship after birth through your mother if your paternity had not been established by legitimation.
- If you were under 18 years of age on February 27, 2001, or were born after that date, you can acquire U.S. citizenship through your U.S. citizen mother regardless of whether you were born out of wedlock if, before you turn 18, your mother is a citizen and you are residing in the U.S. based on a lawful admission for permanent residence in the legal and physical custody of your U.S. citizen mother.

**I am claiming U.S. citizenship through my father. My parents were not married at the time of my birth. Does this affect whether I automatically acquired citizenship?**

It may. If you were born out of wedlock, are claiming that you acquired U.S. citizenship at the time of your birth, and you were born after November 14, 1986, you must demonstrate:

- That your father was physically present in the United States for 5 years, at least 2 of which were after 14 years of age;

USA_00223405

- A blood relationship with your father by clear and convincing evidence;
- That your father was a U.S. citizen at the time of your birth;
- That your father (unless deceased) has agreed in writing to provide financial support for you until you reach 18 years of age; *and*
- While you are under 18 years of age
  - You are legitimated under the law of your residence or domicile;
  - Your father acknowledges paternity of you in writing under oath; *or*
  - Your paternity is established by a court.

If you were born out of wedlock, are claiming that you acquired U.S. citizenship at the time of your birth, and you were born between January 13, 1941 and November 14, 1986, you must establish that your paternity was established by legitimation while you were under the age of 21.

**NOTE**:  If you were at least 15 years of age but under 18 years of age on November 14, 1986, you could choose to have either of the requirements above apply to you.

If you are claiming that you acquired U.S. citizenship after birth through your father and you were born out of wedlock after February 27, 2001, or you were under the age of 18 on that date, you may have acquired U.S. citizenship after birth.  You must establish that you were legitimated, or are considered legitimate, that you were residing in the legal and physical custody of your father in the U.S. while you were under the age of 18, and that you were admitted as a lawful permanent resident.

**My parents are divorced.  Does this affect my ability to apply for a Certificate of Citizenship?**

Your parents' divorce does not affect your ability to **apply** for a Certificate of Citizenship if you automatically acquired citizenship before your parents' divorce.  If, however, your parents' divorce occurred before you acquired U.S. citizenship, and you are claiming U.S. citizenship after birth, you will generally need to demonstrate that before 18 years of age you resided in the legal and physical custody of your U.S. citizen parent after a lawful admission for permanent residence.  If the parent who is a U.S. citizen is not the parent who has legal and physical custody of you, you may not be able to automatically acquire U.S. citizenship.

**I do not currently reside in the United States.  Am I still eligible for a Certificate of Citizenship?**

Persons who acquired U.S. citizenship and reside abroad should seek evidence of citizenship through a passport application to the Department of State.  In most cases, one must be living in the United States to apply for a Certificate of Citizenship.

Generally, you cannot **automatically** acquire citizenship after birth through your parent if you have not been lawfully admitted for permanent residence to the U.S.  However, a parent or legal guardian may be able to apply for naturalization for you under section 322 of the Immigration and Nationality Act if you are under 18 years of age and temporarily present in the United States pursuant to a lawful admission, which includes a lawful admission in non-immigrant status.  Please refer to Form N-600K, Applications for Citizenship and Issuance of Certificate Under Section 322 for more information.

## Filing

**I already have a U.S. passport issued by the Department of State.  Am I required to file a Form N-600 for a Certificate of Citizenship?**

No.  You are not required to file a Form N-600 for a Certificate of Citizenship.  The Certificate of Citizenship is an optional form.  A validly issued U.S. passport generally serves as evidence of your U.S. citizenship during its period of validity unless that passport has been revoked by the Department of State.  However, you may be required to submit your Certificate of Citizenship when attempting to apply for certain other benefits, including, but not limited to:

- Social Security benefits
- State issued ID including a Driver's License or Learning Permit
- Financial Aid
- Employment
- Passport Renewal

## Interview

**Will I be interviewed?**

Not all applicants for a Certificate of Citizenship are required to appear for an in-person interview.  USCIS will determine, based on the evidence submitted in support of your application, whether you are required to appear in person for an interview.

**What am I required to bring at the time of my interview?**

All original documents of the copies you submitted when you filed your Form N-600 as well as any additional documents that will establish your eligibility.  Documents not in English must be accompanied by a certified translation.

**Is my parent required to accompany me to the interview?**

If you are 18 years of age or older, you may appear for your N-600 interview without your U.S. citizen parent.  If you are under 18

USA_00223406

years of age, you must appear for the interview with your U.S. citizen parent unless USCIS has waived your parent's appearance per 8 CFR section 341.2.

## USCIS Decision

### What happens if USCIS approves my Form N-600?

If USCIS approves your Form N-600, USCIS will issue you a Certificate of Citizenship.  If you are over 14 years of age, you will be scheduled to appear at a USCIS office to take the Oath of Allegiance if the Oath of Allegiance ceremony is not conducted on the same day as the interview.  If you are under the age of 14, you may not be required to take the Oath of Allegiance.

### What happens if USCIS denies my Form N-600?

You may file an appeal on Form I-290B, Notice of Appeal or Motion, within 30 days of the date of the USCIS decision.  If the time for appeal has expired, you may not file **another** Form N-600.  If you do, it will be rejected.  If your time for appeal has expired, you must file a motion to reopen or reconsider also on Form I-290B.

Last Reviewed/Updated: 01/06/2014



| TOPICS | VERIFICATION | POLICIES | GOVERNMENT |
|---|---|---|---|
| Adoption | E-Verify | USCIS Freedom of Information Act and Privacy Act | Passports |
| Appeals | I-9 Central | | Visa Bulletin |
| Avoid Scams | Self Check | No FEAR Act | U.S. Department of Homeland Security |
| Citizenship | SAVE | Website Policies | U.S. Customs & Border Protection |
| Citizenship Resource Center | | Accessibility | U.S. Immigration & Customs Enforcement |
| Family | | Social Media Policy | |
| Green Card | | Plug-ins | White House |
| History and Genealogy | | Adobe Reader | U.S. Department of State |
| Humanitarian | | | USA.gov |
| Military | | | |
| USCIS ELIS | | | |
| Visit the U.S. | | | |
| Working in the U.S. | | | |

National Customer Service Center
1-800-375-5283
TDD for the Hearing Impaired
1-800-767-1833

USA_00223407

✆ Contact Us   ▇ Find U.S. Embassies & Consulates

## U.S. PASSPORTS & INTERNATIONAL TRAVEL

U.S. DEPARTMENT OF STATE · BUREAU OF CONSULAR AFFAIRS

SEARCH 🔍

| Your U.S. Passport | Before You Go | Country Information | While Abroad | Emergencies |

🖨 Print   ✉ Email

# Passport Fees



**WHERE TO APPLY** ▸

**Submitting incorrect passport fees could delay the processing of your application.** Please read the information below carefully and in its entirety before submitting your application. To help calcuate your passport costs, use our Estimate Your Fees calculator below or see our fee chart.

Skip to:

- Adult Passports (First time and Renewals)
- Minor Passports
- Optional Services
- Special Services
- Payment Instructions
- Estimate Your Cost
- Fee Chart

### Make an Appointment

Call the National Passport Information Center to make an appointment 24 hours a day.

 1-877-487-2778;
TDD/TTY: 1-888-874-7793

## Refund Information

**Non Refundable Fees**

The passport application fee and the execution fee are non-refundable. They are collected and retained by law even if a passport is not issued.

**Service Commitment**

Our expedited service commitment is to process your passport application within 8 business days from the time your application is received by a passport agency. This means you should receive your passport or denial letter within 3 weeks door-to-door.

To find out if you may be eligible for a refund of the expedite fee visit our **refund** page.

## Adult First Time Applicants (Age 16 Years and Older)

| What Are You Applying For? | Application Fee Payment Instructions | *Execution Fee Payment Instructions | Use Form |
|---|---|---|---|
| **Adult Passport Book & Card** | $140 | $25 | DS-11 |
| **Adult Passport Book** | $110 | $25 | DS-11 |
| **Adult Passport Card** If you do NOT currently hold a valid Passport Book or Card | $30 | $25 | DS-11 |

All first time applicants must apply in person at a Passport Agency, an authorized Passport Application Acceptance Facility, U.S. Embassy or Consulate.



*Enroll in STEP*
Enrolling in this free service will allow us to better assist you in case of an emergency while you are abroad.

ENROLL

USA_00223408

*The passport execution fee is charged to passport applicants applying on Form DS-11 to recover the costs of executing the passport application, such as administering the oath, verifying the applicant's identity, and transmitting the applications.  The execution fee must be paid at the time of application execution.

## Adult Renewals (Age 16 Years and Older)

| What Are You Renewing? | Renewal Fee Payment Instructions | Use Form |
| --- | --- | --- |
| **Adult Passport Book & Card** | $140 | DS-82 |
| **Adult Passport Book** | $110 | DS-82 |
| **Adult Passport Card** If you currently hold a valid Passport Book or Card | $30 | DS-82 |

- Adult renewal applicants **residing in the U.S.** may apply by Mail (recommended), or in person at a Passport Agency.
- Adult renewal applicants **residing abroad** (except those residing in Canada) must apply at a U.S. Embassy or Consulate.
- Adult renewal applicants **residing in Canada** may submit Form DS-82: Application for U.S. Passport by Mail to the address listed on the form.
- **The $25 Execution Fee is not required with the Form DS-82**.

## All Minor Applicants (Under Age 16)

| What Are You Applying For or Renewing? | Application Fee Payment Instructions | *Execution Fee Payment Instructions | Use Form |
| --- | --- | --- | --- |
| **Minor Passport Book & Card** | $95 | $25 | DS-11 |
| **Minor Passport Book** | $80 | $25 | DS-11 |
| **Minor Passport Card** | $15 | $25 | DS-11 |

All Minor applicants, including renewals, must apply in person at a Passport Agency, authorized Passport Application Acceptance Facility, U.S. Embassy or Consulate. Please see Special Requirements for Children Under Age 16.

*The passport execution fee is charged to passport applicants

USA_00223409

applying on Form DS-11 to recover the costs of executing the
passport application, such as administering the oath, verifying the
applicant's identity, and transmitting the applications. The execution
fee must be paid at the time of application execution.

## Optional Services

| Service | Additional Fee | Notes |
|---------|----------------|-------|
| **Expedited Service** (Applicants in the U.S. only) | $60.00 | <ul><li>See important information about Application Processing Times and follow the instructions on Get Your Passport in a Hurry.</li><li>To request Expedited Service, pay the $60.00 Expedited Service Fee for **each** application, **in addition to the required fees** noted above.</li><li>The Expedited Fee is required for each application submitted in person at a Passport Agency or Center.</li></ul> |
| **Passport Book Overnight Delivery** (Applicants in the U.S. only) | $14.85 | <ul><li>We **strongly suggest** that you use overnight delivery service to return your newly issued Passport Book to you. Overnight delivery service is not available for passport cards, which are delivered via First Class Mail only.</li><li>To request Overnight Delivery, pay the $14.85 Overnight Delivery fee for **each** application, **in addition to the required fees** noted above.</li><li>Please do not submit any prepaid return mailing envelopes or mailing stamps. Newly issued Passport Books are delivered via Priority Mail with Delivery Confirmation, unless you pay for overnight delivery return service at time of</li></ul> |

USA_00223410

| | | |
|---|---|---|
| | | application. Overnight delivery service is not available for passport cards, which are delivered via First Class Mail only. |
| **File Search** (Required when applicant is unable to present evidence of citizenship) | $150.00 | ■ In addition to the passport application, submit a written request for File Search to verify a previous U.S. Passport or Consular Report of Birth Abroad.<br>■ Applicants who are overseas and whose passport was lost or stolen are exempt from paying the File Search Fee. For more information, see 22 CFR 22.1, Item No. 6. |

## Special Services

| Service | Fee | Use Form | Notes |
|---|---|---|---|
| **Add Pages to Passport** | $82 | DS-4085 | See important information on our Add Pages to Passport page. |
| **Data Error Correction** | $0 | DS-5504 | See important information on our Change or Correct a Passport page. |
| **Name Change** | **IMPORTANT:** Name Change fee and form vary depending on circumstances; for details and instructions please see Name Changes under our Change or Correct a Passport page. |||

| If you are eligible to use | Fee |
|---|---|
| DS-5504 | $0 |
| DS-11 | Same fee(s) as for Adult First Time Applicants |
| DS-82 | Same fee(s) as for Adult Renewals |

USA_00223411

## Payment Instructions

> *Please Note:*
> The Application Fee is a **non-refundable** processing fee and is
> retained by the Department of State **whether or not the
> passport is issued**.

| Location | Methods of Payment Accepted |
|---|---|
| **Passport Agency** | **All Fees:**<br>■ Credit Cards (VISA, MasterCard, American Express, Discover) and Debit/Check Cards<br>■ Checks (personal, certified, cashiers, travelers), payable to "Department of State"<br>■ Money orders (U.S. Postal, international, currency exchanges) and bank drafts, payable to "Department of State"<br>■ Cash (exact change <u>only</u>) |
| **Authorized Passport Application Acceptance Facility** | **Application Fee and any Optional Services Fees:**<br>■ Personal checks, money orders and bank drafts at all locations, payable to "Department of State" (Please note, Money Orders payable to the Department of State may be purchased with a debit card, but not a credit card, at U.S. Postal Facilities)<br>■ Exact cash at some locations (verify with the Passport Application Acceptance Facility)<br><br>**$25 Execution Fee Paid Separately:**<br>■ Money orders and bank drafts at all locations, payable as instructed by the Passport Application Acceptance Facility<br>■ Personal checks and exact cash at some locations (verify with the Passport Application Acceptance Facility)<br>■ Credit cards at U.S. Postal Facilities and some other locations (verify with the Passport Application Acceptance Facility) |
| **By Mail** | **Renewal Fee and any Optional Services Fees:**<br>■ Checks (personal, certified, cashiers, travelers), payable to "Department of State"<br>■ Money orders (U.S. Postal, international, |

USA_00223412

| | currency exchange), payable to "Department of State" |
|---|---|
| **U.S. Embassy or Consulate** | **All Fees:**<br>■ U.S. Embassies and Consulates accept the local foreign currency equivalent to the dollar ($) amounts indicated above.<br>■ For guidance on additional methods of payment, contact the nearest U.S. Embassy or Consulate. |

For further information regarding passport application fees, please contact the National Passport Information Center.

*This page was last updated November 2013*

## Estimate your Fees

To calculate the total cost of your new passport, select the passport type(s) and the method of processing you would like to use. Please note, the application cost is non-refundable and is retained by the Department of State whether or not the passport is issued.

Where do you currently reside?

O United States
O Canada
O Other International Location

What is your Date of Birth?

[            ] 🔳
(mm/dd/yyyy)

Have you ever had a U.S. passport?

O Yes    O No

[ NEXT ]

USA_00223413



- About Us
- Newsroom
- Passport Statistics
- Legal Considerations

- Find a U.S. Embassy or Consulate
- Contact Us
- Careers
- Consular Notification and Access

STAY CONNECTED

Dipnote Blog          @travelgov
Facebook              Youtube
Flickr                RSS

travel.state.gov | U.S. Passports & International Travel | Students Abroad | U.S. Visa | Intercountry Adoption | International Parental Child Abduction

Privacy  *  Copyright & Disclaimer  *  FOIA  *  No FEAR Act Data  *  Office of the Inspector General  *  USA.gov  *  GobiernoUSA.gov

This site is managed by the Bureau of Consular Affairs, U.S. Department of State.

USA_00223414




DoD COMMON ACCESS CARD

RAPIDS Site Locator Acronym Guide
Common Access Card (CAC)
Uniformed Services ID Card
Getting Your ID Card
Managing Your ID Card
ID Card Lifecycle
Policies
Resources

Home
Uniformed Services ID Card

## Resources

- DoD ID Card Issuance - Pre-Arrival Checklist
- DoD Instruction 1000.13, "Identification (ID) Cards for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals" (PDF)
- DoD Manual 1000.13, Volume 1, "DoD Identification (ID) Cards: ID Card Life-Cycle" (PDF)
- DoD Manual 1000.13, Volume 2, "DoD Identification (ID) Cards: Benefits for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals" (PDF)

# Uniformed Services ID Card

If you are a military retiree or military family member, you must have a Uniformed Services ID Card to access military service benefits or privileges.

## Card Topology





## Card Types & Eligibility

There are seven different Uniformed Services ID Cards. The benefits associated with each card depends on who you are or who your sponsor is.

USA_00223415

Uniformed Services ID Card

| Card Type | Recipients |
|---|---|



## DD Form 2 (Reserve)

Armed Forces of the United States Geneva
Conventions Identification Card

- Members of the Individual Ready Reserves and Inactive National Guard



## DD Form 2 (Retired)

United States Uniformed Services
Identification Card

- Retired members entitled to retired pay
- Members on the Temporary Disability Retired List (TDRL)
- Members on the Permanent Disability Retired List (PDRL)



## DD Form 2 (Reserve Retired)

United States Uniformed Services
Identification Card

- Retired members of the Reserves and National Guard under the age of 60



## DD Form 1173

United States Uniformed Services
Identification and Privilege Card

- Dependents of: active-duty servicemembers of the regular components; Reserve component servicemembers on active duty for more than 30 days; retirees; Medal of Honor recipients; former members in receipt of retired pay; Transitional Health Care Members (TAMP); 100% Disabled Veterans (DAV); and Ship's Officers and Crewmembers of NOAA Vessels
- Surviving dependents of: active-duty and retired military members; Medal of Honor recipients; and 100% Disabled Veterans (DAV)
- Accompanying family members of authorized civilian personnel overseas or in CONUS, HI, or AK when required to reside on a military installation
- Eligible dependents of foreign military
- Other benefits-eligible categories as described in DoD policy

USA_00223416



## DD Form 1173-1

United States Uniformed Services Identification and Privilege Card (Guard and Reserve family member)

- Dependents of: Reserve members not on Active Duty or in receipt of retired pay; former members not in receipt of retired pay; Reserve servicemembers who die after receipt of NOE
- Other benefits-eligible categories as described in DoD policy



## DD Form 2765

Department of Defense/Uniformed Services Identification and Privilege Card

- Medal of Honor recipients
- 100% disabled veterans
- Former members in receipt of retired pay
- Transitional Health Care Member (TAMP)
- Area Executives, Center Directors, and Assistant Directors of the USO when Serving OCONUS
- United Seaman's Service (USS) Personnel OCONUS
- Officers and Crews of MSC Vessels deployed to foreign countries
- Select Employer Support of the Guard and Reserve (ESGR) personnel
- Other benefits-eligible categories as described in DoD policy



## DoD Civilian Retiree Card

- Appropriated and non-appropriated fund civilians that have retired from any DoD service component or agency

USA_00223417