PL902
9/2/2014
2:13-cv-00193



TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS


IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 14                  §




COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011


BE IT REMEMBERED THAT AT 8:05 a.m., on

Tuesday, the 25th day of January 2011, the above-

entitled matter continued at the Texas State Capitol,

Senate Chamber, Austin, Texas, before the Committee of

the Whole Senate.  The following proceedings were

reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim

Pence, Certified Shorthand Reporters.


VOLUME 2                           PAGES 20 - 542

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           SEN. WENTWORTH:  And then you found a new

2  location on Pat Booker Road out near Randolph Air Force

3  Base, and my constituents are very pleased with that

4  improvement and were grateful that that improvement has

5  been made.

6           MS. DAVIO:  Thank you so much.

7           SEN. WENTWORTH:  Thank you.

8           MS. DAVIO:  I appreciate that.  It's nice

9  to hear a good story.

10           SEN. WENTWORTH:  You bet.

11           CHAIRMAN DUNCAN:  Thank you, Senator

12  Wentworth.

13           Are there any other questions of the

14  resource witness?

15           (No response)

16           CHAIRMAN DUNCAN:  All right.  Thank you

17  very much, Ms. Davio.

18           MS. DAVIO:  Uh-huh.

19           CHAIRMAN DUNCAN:  All right.  The Chair

20  calls Ann McGeehan, Secretary of State's Office.  If

21  you'll state your name and who you represent, please.

22           TESTIMONY BY ANN McGEEHAN

23           MS. McGEEHAN:  Ann McGeehan, and I'm

24  Director of Elections in the Texas Secretary of State's

25  Office.

1          CHAIRMAN DUNCAN:  All right.  Thank you,
2   Ms. McGeehan.

3          The Chair recognizes Senator Davis.
4          QUESTIONS FROM SENATE FLOOR
5          SEN. DAVIS:  Hello.  Good evening.  Thank
6   you so much for being here with us to provide answers
7   for our questions.  I know you've had a long day.

8          I just want to ask you a few questions
9   about the current state of voter education as its taking
10  place today in the Secretary of State's Office.  Can you
11  describe for us the use of the HAVA funds and how those
12  are currently being used today?

13         MS. McGEEHAN:  We received -- when
14  Congress passed the Help America Vote Act, the state of
15  Texas received a set amount of funds.  And pursuant to
16  the Help America Vote Act, there are certain purpose
17  areas that we can use those funds for, and one of the
18  purpose areas is voter education.  So since two -- we
19  have conducted three statewide education -- voter
20  education programs, one in 2006, one in 2008 and one in
21  2010 using those federal dollars.  And they have been --
22  we've worked with a public education firm to do
23  research, and then they develop creative material.  We
24  run PSAs on TV, radio.  In this last cycle, 2010, we
25  used the Internet quite a bit as well.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. DAVIS:  And how many people do you

2   think you reach through your voter education efforts

3   right now?  And how much have each of those cycles of

4   voter education effort cost?

5          MS. McGEEHAN:  The average cost is about

6   $3 million for each one, around that amount.  As far as

7   the number of people we've touched through the campaign,

8   we do have some reports on that.  I don't have that

9   number at my fingertip, but we have a report for each

10  one of the voter education campaigns that talks a little

11  bit about the effectiveness and how many people saw the

12  media spots and things of that nature.

13         SEN. DAVIS:  And are the Help America Vote

14  Act funds funds that are continually given to the state

15  from the federal government, or was it a one-time

16  disbursement that's been used over the course of those

17  three cycles?

18         MS. McGEEHAN:  It was authorized in that

19  one bill.  We've received it in about three or four

20  separate payments.  We don't contemplate that we're

21  going to be receiving any more.

22         SEN. DAVIS:  And what was the total amount

23  that was given to Texas?

24         MS. McGEEHAN:  Let me grab that.  The

25  total amount for all the purpose areas is $224,092,477.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           SEN. DAVIS:  That's the amount that was
2  given to the state of Texas?
3           MS. McGEEHAN:  Yes.
4           SEN. DAVIS:  Okay.  And so of that amount,
5  how much have we spent so far?
6           MS. McGEEHAN:  Let's see here.  We -- I
7  think we have spent $177,798,488.
8           SEN. DAVIS:  Okay.  And you described
9  spending about $3 million over the last three two-year
10 cycles.  How have we spent the balance of that?
11          MS. McGEEHAN:  Well, I mean, the bulk of
12 the money or about half of the money went to counties to
13 obtain HAVA compliant voting systems, electronic voting
14 systems that made -- that complied with HAVA and allowed
15 disabled voters to vote independently.  So let's see.
16 $140 million went to the counties for that purpose.
17          The other program areas are for developing
18 a statewide voter registration system.  We've spent
19 25 million on that.  And then as far as the
20 administrative expenses, we've spent about 2.8 million
21 on that.  For voter education, we've spent 9.5 million
22 so far.
23          SEN. DAVIS:  And what are the -- setting
24 aside the requirements of the bill that's being
25 introduced today, what are the intended plans for the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  balance of that money?  Were this bill not to come

2  forward to your department, what would the intended use

3  for those funds be?

4              MS. McGEEHAN:  I can't speak necessarily

5  for, you know, exactly what would be done in the next

6  general election cycle, but I would contemplate we would

7  do another statewide voter education program in 2012,

8  and if funds remained in 2014.

9              SEN. DAVIS:  Is there a plan for ongoing

10 capital expenditures as you talked about, which was the

11 use of the bulk of the funds that we've received so far?

12             MS. McGEEHAN:  Yeah.  There are --

13 there's 24 -- roughly $24 million left in the -- in the

14 purpose area for grants to counties to obtain voting

15 equipment.

16             SEN. DAVIS:  Okay.  And so after you take

17 out that 24 million, what will the balance be that

18 remains for voter education efforts?

19             ·MS. McGEEHAN:  Well, that's -- that's

20 already frozen as far as the -- in order to draw down

21 those funds, the state had to submit a state plan.  We

22 had to meet with stakeholders, publish in the Register

23 and submit it to the Election Assistance Commission.

24 And so pursuant to that state plan, we had to define how

25 we were going to spend the money, and so these -- the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  budget that I discussed is following that state plan.

2  SEN. DAVIS: Okay. And under that state

3  plan right now, what portion of funding remains for

4  voter education?

5  MS. McGEEHAN: For voter -- okay. And

6  actually to be more precise, what the -- the purpose

7  area for voter education is for voter education and also

8  for election official and poll worker training; that's

9  grouped. And the amount remaining is between 5 and

10 $7 million.

11 SEN. DAVIS: Okay. And that is expected

12 to extend us or to take us through the next how many

13 years under that plan?

14 MS. McGEEHAN: It will -- again, it's

15 going to depend how extensive our next few voter

16 education programs are because that's what the bulk of

17 the money has been spent on, voter education programs.

18 The average is about 3 million. So I guess the hope

19 might be for at least two other statewide voter

20 education programs.

21 SEN. DAVIS: Okay. And I'm sure you've

22 seen the fiscal note that was a part of this bill. And

23 by the way, I think it would be very helpful if you

24 would enter that state plan into the record as an

25 exhibit for our further use.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    I'm sure you've seen the fiscal note that

2    came as a part of this bill in terms of the expected

3    expenditures.  Part of that note talks about a fiscal

4    impact that's related to researching and developing ways

5    to inform the public of the new ID requirements.  That's

6    $.5 million expenditure, an additional cost of

7    1.5 million for media advertisements, television, radio,

8    print and Internet.  That's specifically to educate

9    voters about the new requirements under this bill.

10    What will go undone that's currently in

11    the state plan -- if we take 2 million of the 5 million

12    remaining, what will go undone that's currently in the

13    state plan in terms of voter education effort?

14    MS. McGEEHAN:  I don't know that I have an

15    exact answer to that.  If we're able to incorporate the

16    new voter ID requirements that would be required by this

17    bill into a voter education program, then maybe we

18    wouldn't need 2 million just for the voter ID.  We could

19    parlay that into the -- basically the voter education

20    campaigns that we've done or the voter education

21    programs have been to educate voters on the basic rights

22    on how to vote, what you need to vote.  So it may not be

23    such an extension to incorporate these new requirements

24    for voter ID, or they may.  I mean, depending on the

25    research that we get back from stakeholders and whatnot,

1   but it's hard for me to say today exactly how much that

2   may take away from future voter education efforts.

3           SEN. DAVIS:  When was the last time in the

4   state of Texas we made any changes of significance to

5   the voter rules?

6           MS. McGEEHAN:  Probably the -- when we had

7   to implement the federal Help America Vote Act.  That's

8   when provisional voting became a requirement.  There

9   were significant changes to voter registration as to

10  what's required to become a registered voter, and that's

11  why we have these HAVA dollars for voter education.

12          SEN. DAVIS:  And that began in '06.

13  Correct?

14          MS. McGEEHAN:  Correct.

15          SEN. DAVIS:  Okay.  In '06, the Texas

16  voter registration application form changed in

17  accordance with those requirements, it's my

18  understanding, and that's when we began to collect this

19  data that requested a driver's license number or a

20  social security number.  Is that's correct?

21          MS. McGEEHAN:  That's correct.

22          SEN. DAVIS:  Okay.  So we have data, I

23  guess, only from '06, and that would -- would that only

24  be then for new registrants from '06?  If I had already

25  registered to vote prior to that, you wouldn't have that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   information from me.

2              MS. McGEEHAN:  That's right.

3              SEN. DAVIS:  Correct?

4              MS. McGEEHAN:  That's right.  It was

5   voluntary before.  So we have some TDLs and SSN numbers

6   from -- but it wasn't required until 2006.

7              SEN. DAVIS:  So we've been able to gather

8   that information from that point in time for people who

9   are newly registering to vote in the state of Texas.  Of

10  that group, how many people or what percentage of people

11  are answering one or both of those questions in response

12  to No. 8 versus signing the attestation clause in

13  Section No. 9?

14             MS. McGEEHAN:  Are you asking the number

15  of --

16             SEN. DAVIS:  Let me -- let me break it

17  down better.

18             MS. McGEEHAN:  Okay.  Okay.

19             SEN. DAVIS:  So under Question No. 8, what

20  percentage of people currently, who are requesting a

21  voter registration card, who are filling out the

22  application starting in '06 with this new form, what

23  percentage of people are providing their Texas driver's

24  license in response to the questions on the application?

25             MS. McGEEHAN:  Okay.  I don't have the

1   percent number, but the actual number is 2.3 million

2   since 2006.  Since January 1, 2006 through December 31,

3   2010, 2.3 million, when they registered, provided their

4   driver's license number.

5               SEN. DAVIS:  What's the total number of

6   applications in that time period?

7               MS. McGEEHAN:  And the total number -- I

8   think it's going to be just under 3 million, and I'm

9   doing math on the fly.  I might have to -- I'd prefer to

10  give that --

11              SEN. DAVIS:  Can you provide that

12  information --

13              MS. McGEEHAN:  Yes.

14              SEN. DAVIS:  -- to us?

15              MS. McGEEHAN:  Yes.

16              SEN. DAVIS:  That would be appreciated.

17              So what's the number of people who are not

18  filling out either the driver's license number or the

19  social security number in Section 8 but instead are

20  going to Section 9 and signing the attestation clause of

21  Section 9?

22              MS. McGEEHAN:  And that's the attestation

23  clause saying they have not been issued either form of

24  ID?

25              SEN. DAVIS:  (Nodded)

CONSIDERATION OF SENATE BILL 14 1/25/2011

1       MS. McGEEHAN: Yeah, that number is
2   34,506.
3       SEN. DAVIS: Okay. Do we have any -- any
4   estimate of the number of people who are currently
5   registered today? If we've only been gathering that
6   information since 2006, do we have any kind of an
7   estimate of the number of people who are currently
8   registered to vote today who do not have a driver's
9   license number to provide?
10      MS. McGEEHAN: Well, if we -- if we look
11  at our entire statewide file, we have 5.2 million voters
12  that did provide a driver's license number or an ID
13  number. We have 2.1 million voters that present -- that
14  provided a social security number. 4 million of them
15  provided both. And then the numbers that have
16  neither -- or the voters that hadn't provided either one
17  is 690,887. So it doesn't necessarily mean that those
18  people haven't been issued, but they didn't -- either
19  they don't have those numbers or they registered before
20  it was required, and so they didn't provide them when
21  they registered if it was pre-2006.
22      SEN. DAVIS: But the question wasn't
23  asked. It was -- I guess as you said, you could
24  voluntarily provide that information prior to '06.
25      MS. McGEEHAN: Well, it was asked, but it

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   was optional.  It was on the form.

2                    SEN. DAVIS:  Uh-huh.  Okay.  So we really

3   don't know how many of that group were answering the

4   question voluntarily because they have the number versus

5   those who were not answering it, not because they chose

6   to, but because they did have their driver's license

7   number?

8                    MS. McGEEHAN:  Yes, you are correct.

9   That's right.

10                   SEN. DAVIS:  So when we're putting

11  together an estimate of what the cost to educate our

12  voters is going to be and when we think about how

13  significant the changes are that are addressed in this

14  bill, what's your -- what's your process been to try to

15  determine how many people will be impacted and what that

16  voter education is going to need to look like?

17                   MS. McGEEHAN:  Well, we -- I mean, to be

18  very honest, we haven't done much planning yet.  We

19  prepared this fiscal note on Friday.  That would be

20  obviously a very important component is trying to

21  identify who the appropriate audiences are, who you need

22  to get the information out to.

23                   Senator Williams had approached us earlier

24  today to see if we could do some comparisons to try and

25  further focus in on who those registered voters are that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   don't have -- or have not been issued a driver's license

2   or a personal ID number. So we're trying to run some of

3   those numbers right now.

4           SEN. DAVIS: I guess a confusion for me is

5   how we came up with the $2 million fiscal note for that

6   and yet we don't really know, as you said a moment ago

7   we don't really know how many people will be impacted by

8   it and what that statewide voter education effort is

9   going to need to look like. So where did the $2 million

10   number come from?

11           MS. McGEEHAN: Well, the $2 million number

12   came from the way the bill is written because the bill

13   simply says "a statewide voter education effort." So

14   there's not too much detail in the bill as to what's

15   required. Our assumption is that our previous voter

16   education programs might be the model, and they've been

17   around 3 million. And plus, we also noticed that last

18   session the Senate put a $2 million fiscal note on it.

19   So we thought, well, maybe that's some representation of

20   legislative intent as to what an appropriate voter

21   education program might cost, but --

22           SEN. DAVIS: So we've had voter education

23   efforts in the past that have cost about $3 million each

24   time we've engaged in the voter education effort. We're

25   talking today about making some sweeping changes to

1  what's required in order to vote in the state of Texas.
2  Why is the number to educate -- on such a sweeping
3  change for what will likely be a much larger group of
4  impacted people in the state of Texas, why is that
5  number so much lower than the $3 million number that's
6  currently being spent for voter education?
7  　　　　　MS. McGEEHAN:  Well, if the -- if a
8  $2 million program is added into an existing $3 million
9  program, then you've got a $5 million program.  I mean,
10  our voter education under HAVA is directed to all
11  registered voters.  And so, you know, a new voter -- a
12  new photo ID requirement would also need to be directed
13  to all registered voters because it's a change for all
14  voters.
15  　　　　　SEN. DAVIS:  So we're talking about -- I'm
16  sorry to interrupt you.  We're talking a $2 million
17  addition to the $3 million that was already intended for
18  voter education in this next two-year cycle.
19  　　　　　MS. McGEEHAN:  Possibly, possibly.  I
20  mean, we -- you know, we've got a communications
21  director that would have some input on that.  This
22  fiscal note represented what we thought might be a
23  reasonable fiscal note.  If we have, you know,
24  legislative direction to take it a different way or do
25  additional outreach, that's fine.  But based on the way

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  the bill was written and based on the fiscal note filed
2  last time, we thought that was a reasonable number.
3              SEN. DAVIS:  So let's say we spend about a
4  total of $5 million in the next two years with our
5  intended voter education effort that's already been
6  planned and with an additional cost for educating on the
7  requirements of this proposed new law.  That's about the
8  balance of the voter education fund right now.  Is that
9  correct?
10             MS. McGEEHAN:  Well, it's about -- we've
11  spent 9 million.  I think the balance -- yeah, the
12  balance is between 5 and 7 million.  That's correct.
13             SEN. DAVIS:  Okay.  So that will take us
14  through about what -- how long of a period of time will
15  that take us through?
16             MS. McGEEHAN:  If we used 5 million to do
17  a voter -- a general voter education plan and then
18  another 2 million to do a detailed photo -- photo
19  identification plan, that might -- that might use it up.
20             SEN. DAVIS:  And if it uses it up, what
21  will we do in future years to educate our voters about
22  these requirements?
23             MS. McGEEHAN:  Well, frankly -- I mean,
24  state law has never appropriated state funds to educate
25  voters.  So, you know, these federal funds have been

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   really nice to have them to do that.  We never had that

2   kind of funding before.  So if there's a desire to do

3   voter education programs of this -- of this type, then

4   we would need state appropriation.

5           SEN. DAVIS:  So these federal funds will

6   take us basically through a one-time voter education

7   drive on the requirements of this new law, but it's not

8   going to take us further than that?

9           MS. McGEEHAN:  Not if we use it all,

10  not -- it could possibly use up the remainder of the

11  voter education funds.

12          SEN. DAVIS:  Okay.  So we've talked about

13  the voter education.  Talk to us a little bit about the

14  costs of training the poll workers and the registrars.

15          MS. McGEEHAN:  We currently have several

16  training programs for -- well, we have training programs

17  for the county election officials and then other

18  training programs for the poll workers.  We have an

19  online training program.  We have a video.  We have

20  handbooks.  So we would have to update all of those --

21  all those different formats of training.

22          SEN. DAVIS:  And what's the anticipated

23  costs for updating all those forms of training?

24          MS. McGEEHAN:  We don't usually put a

25  fiscal note when there's a change in state law and we

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   have to change and update training like that because at

2   least it's always been considered that is part of our

3   mandate in election administration.  So when we get

4   appropriation under the election administration

5   umbrella, our statutory mandate is to train and assist

6   election authorities.

7             SEN. DAVIS:  And what's happened to

8   your -- your budget, not only in this current biennium

9   that we're in, but the proposed budget going forward?

10            MS. McGEEHAN:  We're still digesting that

11  as far as on the House side.  I don't know about the

12  Senate side yet.  But on the House side, I believe we

13  took about a 14.5 percent budget reduction on the

14  House -- HB 1 bill.

15            SEN. DAVIS:  So we're talking about a

16  fairly dramatic budget cut for your agency while at the

17  same time we are talking about adding some very

18  significant requirements in terms of the changes that

19  you would need to make to your training programs and

20  materials for purposes of educating election workers and

21  county administrators on the new rules that would be

22  implemented in this bill?

23            MS. McGEEHAN:  That's correct.

24            SEN. DAVIS:  And there's no fiscal note

25  currently estimated for what that cost might be?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  MS. McGEEHAN: It's my understanding that
2  when we've been asked to prepare fiscal notes for these
3  kinds of issues, we have not added a fiscal impact for
4  something that's already a statutory duty. As we
5  analyze HB 1, maybe we're going to have to revise that,
6  but at least our standing policy was if it was a
7  statutory duty that we're already charged to do, that we
8  don't put an additional fiscal note on it.

9  SEN. DAVIS: Are you concerned that you're
10  going to find yourselves fairly flatfooted in terms of
11  not being prepared with the resources that you need, to
12  train election workers and to train county
13  administrators on the requirements of this new law
14  facing the budget cuts that you're facing without a
15  fiscal note that's going to add resources to your
16  department for purposes of carrying out these
17  requirements?

18  MS. McGEEHAN: I think all state agencies
19  in the state have concerns about providing the services
20  they are charged to provide in light of significant
21  budget cuts. But on the issue of training, the analysis
22  was that that was not going to cost anything additional
23  as to what we've already been appropriated.

24  SEN. DAVIS: And do you agree with that,
25  that it's not going to cost anything additional for your

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   agency to provide the training for the significant
2   changes in the law that will be imposed if this bill is
3   passed into law?

4              MS. McGEEHAN:  Well, after every session,
5   we have to change all our materials.  And, you know,
6   maybe I can talk to our fiscal officer and maybe we'll
7   start putting in fiscal notes for these kinds of things,
8   but it has been our policy not to add a fiscal note for
9   something we're currently doing under state law and
10  funded for.

11             SEN. DAVIS:  And so the change in
12  materials is all that would occur?  If I'm an election
13  worker in the state of Texas and I'm facing some pretty
14  significant changes -- and I have to tell you I've read
15  this bill numerous times, and I'm still confused in
16  terms of what it would require of me as an election
17  worker.  Is that the only costs that we assume will be
18  incurred, is the cost of the change of the material?
19  Isn't there some training -- active training that has to
20  occur to be able to make sure that the election workers
21  and the county administrators who are tasked with
22  carrying out this new law will understand exactly what's
23  expected of them in terms of its implementation?

24             MS. McGEEHAN:  We do -- we do, I think,
25  pretty extensive training right now.  I mean, in an odd

1  numbered year, we hold four seminars, and we have very
2  good attendance from our county election officials.  So
3  I would be certain that our August county election
4  official seminar will be heavily -- if this passes will
5  heavily emphasize these new rules.

6           To go back to the federal funds, which we
7  know are limited, the grant for voter education also
8  includes election official training and poll worker
9  training.  So if there are any remaining HAVA dollars in
10  that category that we don't use on voter education, we
11  could perhaps use to additional -- to develop additional
12  training materials.

13           SEN. DAVIS:  Yes, and we talked about that
14  a moment ago, and you did state on the record that that
15  category of 5 to $7 million that's remaining is the
16  entirety of the federal resource that you have available
17  to you right now, both for voter education and for
18  training purposes.  And we've also talked about the fact
19  that the expectation and the demand on that particular
20  fund for public education is going to take the
21  significant balance that remains there.  Correct?
22           MS. McGEEHAN:  Right.  Well, just to be
23  clear, the remaining balance in the HAVA is all we have
24  for voter education, but there are some state funds -- I
25  don't think it's a lot -- but that would go towards

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  updating handbooks and video and things likes that that

2  we normally produce as training materials.

3              SEN. DAVIS:  When the Help America Vote

4  Act was implemented and in '06, as you said, that was

5  the first significant change that's been made or it's

6  the most recent significant change that's been made in

7  election laws in the state of Texas in terms of the

8  requirements of your agency and the training of your

9  agency, did the costs that your agency realize as a

10  result of the training component for HAVA increase as a

11  result of those new requirements?

12              MS. McGEEHAN:  We -- what we did do was

13  develop an online training component.  So we used a

14  portion of the HAVA dollars to develop an online

15  training component, which was in addition to our other

16  training.  I could get -- I don't know the cost of that,

17  but I could get you the cost.

18              SEN. DAVIS:  It would be a helpful number

19  to have.

20              There's also a discussion in terms of the

21  fiscal note on this bill, including a coordinated voter

22  registration drive or other activities that would be

23  designed to expand voter registration.  What would the

24  costs of such a registration drive be?  It's on Page 2

25  of the fiscal note.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           MS. McGEEHAN:  Okay.  I think that what
2   that is referring to is that at the end of Senate
3   Bill 14, there's a reference that says county voter
4   registrars can use Chapter 19 funds to defray costs in
5   conducting a voter registration drive.  But I don't see
6   anything -- and I may have missed it -- but I don't see
7   anything in Senate Bill 14 that requires a voter
8   registration drive.  I think it's -- what that section
9   in the bill is doing is trying to make clear that these
10  funds, which are -- go to county voter registrars to
11  enhance voter registration could be used to do voter
12  registration drives, but I don't see anything that
13  requires a voter registration drive in Senate Bill 14.
14          SEN. DAVIS:  What resources currently are
15  expected of our local governments in carrying out the
16  training and the public awareness programs under our
17  election code.
18          MS. McGEEHAN:  The -- there's no state law
19  requirement to do voter education by the county
20  officials.  Most of them do it as a public service
21  because they want to, but there's not a mandate under
22  state law to do that.
23          Under Senate Bill 14, there's required
24  training of poll workers on the new photo ID
25  requirements.  And I may have missed part of your

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  question.

2          SEN. DAVIS:  And that required training is

3  to be done at the county level.  It's expected that the

4  county will fulfill that requirement through their own

5  resources?

6          MS. McGEEHAN:  Well, they are required to

7  use the Secretary of State materials.  I think that the

8  election code gives them discretion as to how they

9  implement it and how they conduct their training.

10          SEN. DAVIS:  So it's foreseeable that at

11  the county level increased costs will be realized as a

12  consequence of the expectations of this bill?

13          MS. McGEEHAN:  Most counties conduct

14  training today.  So they would just be incorporating

15  another component into their training program.

16  Depending on how they handled it would impact how

17  significant the fiscal impact would be in that county.

18          SEN. DAVIS:  If I'm a voter today and I

19  want to go to the bill itself in terms of making sure I

20  understand what would be expected of me under today's

21  rules versus under the rules of the new bill, if I'm a

22  voter today and I come in to vote and I don't have my

23  voter registration card, instead I have an ID, I have a

24  state issued ID, I have a valid driver's license, and my

25  driver's license shows a different name than is

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   currently on the roll because I've married or I've

2   divorced, how is that situation handled today?

3                 MS. McGEEHAN:   State law doesn't directly

4   address it.   So I think that as a practical matter

5   what's happening is the poll workers are making judgment

6   calls as they qualify those voters for voting.

7                 SEN. DAVIS:   But they are not being given

8   guidance or rules or requirements in terms of how they

9   are to deal with that situation today?

10                 MS. McGEEHAN:   No.

11                 SEN. DAVIS:   It's within their discretion?

12                 MS. McGEEHAN:   At this point.   I mean,

13  state law is silent on it, and our office has not issued

14  any guidance on it.   So we're hearing a lot about that

15  today.   That's definitely something we'll probably need

16  to look into, but right now there is no rule or statute

17  on that issue.

18                 SEN. DAVIS:   Okay.   And today if I go to

19  vote and my identification that I use for purposes of

20  voting has a different address on it than is listed on

21  the precinct roll, I think it's the interpretation today

22  under 2004 Secretary of State opinion that I am asked

23  for my correct address, and I am to be believed if I say

24  that my address is the address that's on the precinct

25  list as opposed to what might be on my ID?

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000814

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           MS. McGEEHAN:  I think that's basically

2 correct.  The purposes -- you know, showing ID today is

3 only for purposes of proving who you are.  It's not to

4 prove where you live.  So independent from the

5 requirement to show ID, either certificate or one of the

6 other authorized ID, there's a separate requirement in

7 the code where the election -- where the poll worker has

8 to ask every voter "Have you moved," so regardless of

9 what ID they show.  And if they say yes, they've moved,

10 then they have to sign a statement of residence and

11 update their information.  If they say no, they haven't,

12 they still live at the address on the list of registered

13 voters, then they are permitted to vote.

14           SEN. DAVIS:  And what is your

15 understanding of whether -- how or whether that would

16 change under the requirements of the new bill if

17 everyone now is going to come in with a state-issued ID

18 or a driver's license?  If the address on that ID does

19 not match the address that's on the voter file, how is

20 that to be handled going forward if this bill were to

21 pass into law?

22           MS. McGEEHAN:  My current understanding is

23 that that process wouldn't change, that the purpose of

24 SB 14 is, again, just to prove up ID, not prove where

25 you reside.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. DAVIS:  And what steps would the
2    Secretary of State's Office engage in to assure that the
3    ID wasn't being used to establish an understanding of
4    the voter's residency?

5          MS. McGEEHAN:  Would definitely, I think,
6    be included in our training materials to emphasize that.

7          SEN. DAVIS:  Currently, is there any
8    information that the Secretary of State's Office gathers
9    that breaks down by category voters in the state?  And
10   when I say "by category," I mean by race, by gender, by
11   disability, by age.

12         MS. McGEEHAN:  We have some information.
13   We have -- we have age for sure.  On gender -- we have
14   some information on gender, but it's not conclusive
15   because gender is now -- it used to be a required
16   element on the voter registration application.  In 1995,
17   it was taken -- or it became optional after the National
18   Voter Registration Act.  So we have some data on gender,
19   but, again, it's not complete.

20         Regarding ethnicity, we really -- we don't
21   have any information like that because it's not
22   collected when a person applies to register to vote.
23   The only data that we do have is we do have the number
24   of voters that have an Hispanic surname.  And so we can
25   run the list of registered voters against this list of

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Hispanic surnames that is provided by the census

2   department.

3              SEN. DAVIS:   I'm sure you understand that

4   one of the sensitive issues that will arise as a

5   consequence of this legislation will be a question as to

6   whether the implementation of this law creates a

7   disproportionate impact on minorities, on seniors, on

8   the disabled, on women.  How will the Secretary of

9   State's Office work to be able to answer those questions

10  when they are asked if we currently don't track that

11  data?  And is there an intention to track it going

12  forward?

13             MS. McGEEHAN:   When we changed the voter

14  registration application in '94, '95, due to the

15  National Voter Registration Act, there was a long

16  discussion regarding this issue of whether the state

17  application should request a voter's race.  The

18  determination at that time, based on feedback from all

19  the stakeholders, was not to do it because the thought

20  was that might be intimidating to a minority voter, "Why

21  are you asking, you know, what my ethnicity is?  It

22  doesn't impact whether I can register or not."

23             We can revisit that issue because in order

24  to provide data, you know, if the legislature wants data

25  like that from the Secretary of State's Office, we have

1  to have some way to collect it.  So we could revisit

2  putting that question or adding that as a question to

3  the voter registration application.  I'd be happy to

4  visit on ways where we could try and collect that, but

5  right now we would not have the tools that we would need

6  to be able to collect that data.

7          SEN. DAVIS:  It seems rather important as

8  implementation of this law advances that that

9  information be made available for the Justice Department

10 review as well as any judicial review that might occur

11 in terms of the impact of the implementation of the law.

12          I believe that's all the questions I have

13 for you.  Thank you so much.

14          MS. McGEEHAN:  Thank you.

15          CHAIRMAN DUNCAN:  The Chair recognizes

16 Senator West.

17          SEN. WEST:  Thank you very much,

18 Mr. Chairman.  Many of the questions Senator Davis has

19 already asked, but have you had a chance to look at the

20 bill as introduced?

21          MS. McGEEHAN:  Yes.

22          SEN. WEST:  Okay.  Do you happen to have

23 it there in front of you?

24          MS. McGEEHAN:  Yes, I do.

25          SEN. WEST:  Okay.  Great.  Before I get

1  into it, does this bill provide you any rulemaking

2  authority?

3                    MS. McGEEHAN:  No.

4                    SEN. WEST:  Okay.  So in interpreting

5  the -- let me back up.  Are you often called upon by

6  county registrars to answer questions concerning issues

7  that arise in local counties?

8                    MS. McGEEHAN:  Yes.

9                    SEN. WEST:  How do you normally decide

10 those questions?  Do you just look at the black and

11 white law?  Do you issue opinions?  How is that --

12 what's that process?

13                   MS. McGEEHAN:  We issue opinions in a

14 couple of different ways.  We have a toll-free number.

15 One is dedicated just for county officials.  So if it's

16 a fairly straightforward, simple question, we give a

17 quick answer over the phone.  If it's a -- if it's a

18 less involved question, we might get an email.  We'll

19 give a response via email.  If it's something that's

20 hard or we're really interpreting several different laws

21 or it's a new law and we feel like it has statewide

22 impact, we want to make sure that everyone is operating

23 under the same understanding, we'll issue an advisory.

24                   SEN. WEST:  Okay.  And so an advisory or

25 just depending upon the circumstances maybe an email

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   opinion or something like that?

2           MS. McGEEHAN:  Well, advisories are

3   usually a little more -- it's like the most formal that

4   we do.

5           SEN. WEST:  Right.

6           MS. McGEEHAN:  Yeah.  Okay.

7           SEN. WEST:  All right.  Let me ask you to

8   go to Page 4 of the bill.

9           MS. McGEEHAN:  Okay.  Can you tell me the

10  section?  Because I think I have a different format.

11          SEN. WEST:  Okay.  It's Section 7, and

12  Section 7(c) and (d).

13          MS. McGEEHAN:  Okay.

14          SEN. DAVIS:  Let me know when you get

15  there.

16          MS. McGEEHAN:  Yes.

17          SEN. WEST:  Okay.  It's my understanding

18  that the election officer that's being referred to in

19  Section (d) is -- is the individual working at the poll.

20  Is that right?

21          MS. McGEEHAN:  Yes.

22          SEN. WEST:  Okay.  That person will be

23  called upon in Section (d) to determine if the voter's

24  name is on the precinct list of registered voters, and

25  the voter's identity can be verified from the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  documentation presented.  Is that correct?

2               MS. McGEEHAN:  Yes.

3               SEN. WEST:  Okay.  In advising on that,

4  will that be a strict interpretation?  Let me -- this is

5  what I mean.  I think that some of the hypotheticals

6  that were provided by Senator Davis may be illustrative

7  of what I'm asking.  My last name is West, W-e-s-t.  And

8  say that there's a typographical error where my name is

9  spelled W-e-s on the voters' roll, precinct list, and

10  then my -- but my identity I'm using my driver's license

11  and it has "t" on it.  How does a poll -- an election

12  officer in that situation resolve that problem?

13               MS. McGEEHAN:  That's a good question, and

14  I don't think the bill necessarily defines what

15  verification --

16               SEN. WEST:  I know.  Senator Fraser said

17  I'd have to ask the Secretary of State that question.

18  That's why I'm asking you that question.

19               MS. McGEEHAN:  I think -- you know, based

20  on the way the bill is written now and if we had to

21  develop training materials for the poll workers on how

22  to implement this, we would look to the best practices

23  of the states that have implemented.  I heard Indiana

24  testify earlier today that they have written some

25  guidelines.  We'd look to that and try and incorporate

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   the best practices on reasonable methods to verify the

2   ID document against the list of registered voters.

3                SEN. WEST:  Okay.  But you would agree

4   with me that in interpreting Section (c) and (d) without

5   some sort of guidance would lend itself to a great deal

6   of subjectivity; thus inconsistent application

7   throughout the state?

8                MS. McGEEHAN:  It could, yes.

9                SEN. WEST:  Okay.  As it relates to --

10   let's see.  What page is it on?  The next page, which

11   will be (h), it's in the same section.

12                MS. McGEEHAN:  Okay.

13                SEN. WEST:  Would you read Section (h) and

14   tell me how you interpret that as the chief

15   administrator of the election laws in the state of Texas

16   next to, needless to say, Secretary of State?

17                MS. McGEEHAN:  (h) reads, "The

18   requirements for identification prescribed by Subsection

19   (b) do not apply to a voter who: (1) presents the

20   voter's voter registration certificate on offering to

21   vote; and (2) was 70 years of age or older on January 1,

22   2012, as indicated by the date of birth on the voter's

23   voter registration certificate."

24                The way I had -- until earlier this

25   afternoon when Senator Ellis asked the question, I had

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 assumed that anybody that is 70 years of age or older

2 would not have to provide the photo ID. I think the

3 wording is less than perfect. I think that's the

4 intent, and I heard Senator Fraser, I think, answer that

5 his intent is it would apply. You know, even if a

6 person became 70 after January 1, 2012, they could still

7 take advantage of this exception.

8             SEN. WEST: Okay. But would it be your

9 suggestion that we need to reword that language to make

10 certain that whether you're there or someone else -- I

11 understand that you're here and you heard the

12 discussion, but if for some reason you're not in the

13 same position you're in right now, there's going to be

14 someone else, and they won't have -- they will not have

15 had the benefit of this discussion. So, therefore, do

16 you think it would be advisory to -- advisory to reword

17 that to make certain it's perfectly clear?

18             MS. McGEEHAN: I think so. If people are

19 reading it inconsistent, it would probably help it if it

20 were.

21             SEN. WEST: Okay. Now, a couple of other

22 questions. As it relates to the counties, it's my

23 understanding that you -- that your agency and maybe

24 either yourself or someone working for you put together

25 the fiscal note. Is that correct?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1              MS. McGEEHAN:  Yes.  Our agency put it --
2    I helped.

3              SEN. WEST:  Okay.  Did someone under your
4    supervision contact local governments to determine the
5    impact, the fiscal impact, that implementation of this
6    will have?

7              MS. McGEEHAN:  No, we did not.

8              SEN. WEST:  That was done by someone else?

9              MS. McGEEHAN:  I think LBB does that.  We
10   just -- we just --

11             SEN. WEST:  Provided the information?

12             MS. McGEEHAN:  Yeah.  Right.

13             SEN. WEST:  And based on your experience
14   when these types of changes -- let me back up.

15             How much experience have you had in this
16   particular area, that is, the election laws, in
17   administration of election laws?

18             MS. McGEEHAN:  I have been working in the
19   elections division for 21 years.

20             SEN. WEST:  So you've had a little
21   experience, huh?

22             MS. McGEEHAN:  Yes.

23             SEN. WEST:  Okay.  All right.  As it
24   relates to when changes are made in state law of this
25   nature, is there an impact, a fiscal impact, on local

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  units of governments when they have to make changes to

2  comply with these types of changes or laws that are

3  being suggested?

4              MS. McGEEHAN:  I think it really depends

5  on what the change is.  You know, if there's a new

6  mandate for a county or if the county has to do

7  something different, then obviously there would be a

8  fiscal impact.

9              SEN. WEST:  Well, will -- and, again,

10 drawing on your expertise, will counties have to do

11 something different to implement this particular law?

12             MS. McGEEHAN:  They will have to -- they

13 are going to have to post information on their website

14 notifying the public what the new photo ID requirements

15 are.

16             SEN. WEST:  Right.

17             MS. McGEEHAN:  When they issue voter

18 registration certificates, they are going to have to

19 mail out -- which they have to mail out every two years

20 under current law.  The new certificates will have new

21 language, but -- informing voters of the voter ID

22 requirements, but that should be cost neutral because

23 they are already mailing out the voter registration

24 certificates.

25             The piece that I think might have a fiscal

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 impact is the training. If the counties have to change

2 up their training procedures much or do more training

3 because they want to make sure the word is out to all

4 their -- that might increase their training costs.

5         SEN. WEST: Okay. So there are some

6 factors that need to be taken into consideration as to

7 whether or not counties will be burdened with additional

8 cost to implement this law. Is that correct?

9         MS. McGEEHAN: Yes.

10         SEN. WEST: Okay. And would it be a fair

11 statement to say the larger the county, the more of the

12 burden -- of the financial burden -- well, that's not a

13 fair question.

14         Would it be a fair statement to say that

15 the larger the county, the larger the potential

16 financial obligation that they would have to encounter

17 in order to implement the law?

18         MS. McGEEHAN: I think that's true, but I

19 can hear small counties say that it might be

20 proportional, you know, since their budgets are -- I

21 mean --

22         SEN. WEST: Right. It's all relative to

23 what your budgets are.

24         MS. McGEEHAN: Yeah.

25         SEN. WEST: But the fact is that that --

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  do you -- is there any -- you've read the fiscal note

2  associated with this bill?

3       MS. McGEEHAN:  Yes.

4       SEN. WEST:  The $2 million that's in the

5  fiscal note, does any of that go to the county to --

6  counties in order to implement this legislation?

7       MS. McGEEHAN:  No.

8       SEN. WEST:  So any cost that is not

9  covered by the state for counties would be -- have to be

10  borne by the counties.  Right?

11       MS. McGEEHAN:  Yes, yes.

12       SEN. WEST:  Okay.  Now, as it relates

13  to -- is there any way that the Secretary of State's

14  Office can give us -- do an analysis or get with the

15  various counties to determine exactly what the fiscal

16  impact of implementing this legislation would be?

17       MS. McGEEHAN:  We could -- we could

18  certainly solicit that information from counties and ask

19  them what -- how they see this impacting them fiscally.

20       SEN. WEST:  You could do that for each and

21  every one of the counties?

22       MS. McGEEHAN:  We can do it.

23       SEN. WEST:  Mr. Chairman, I'd like to

24  request that the Secretary of State's Office provides

25  the Senate an analysis of -- I shouldn't say an

1  analysis -- at least solicit from the various counties

2  what the fiscal implication is going to be in order to

3  implement this bill.

4           CHAIRMAN DUNCAN:  Okay.  I think, Senator,

5  that will be an individual request from you, and then it

6  can be distributed to all members of the Senate --

7           SEN. WEST:  Okay.

8           CHAIRMAN DUNCAN:  -- whenever it's done.

9  You know, I doubt that that will be done by the time we

10  rise and report to the Senate.

11           SEN. WEST:  Okay.  We can't get it

12  tonight?

13           (Laughter)

14           SEN. WEST:  I'm just joking with you.

15           CHAIRMAN DUNCAN:  You won't be a very

16  popular guy if the --

17           SEN. WEST:  I'd like --

18           (Laughter)

19           SEN. WEST:  I'd like to get it as soon as

20  possible, though.

21           Let's see.  No further questions.  Thank

22  you very much.

23           MS. McGEEHAN:  Thank you.

24           CHAIRMAN DUNCAN:  Thank you, Senator West.

25           Senator Gallegos?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. GALLEGOS: Let me ask you, I don't
2  know if you heard my question earlier to Senator Fraser
3  and he referred to you or the Secretary of State's
4  Office to answer it. My concern was in the fiscal note
5  that we ranked number two in the country in population.
6  And Missouri ranks number nineteenth, and to implement
7  their voter ID program, they came up with -- they only
8  have 5.9 million people. We have 25 million. They came
9  up with a fiscal note of 6 million in the first year and
10 then 4 million in the second year for a total of 10
11 million second and third. That's $10 million. And you
12 just -- I think earlier testimony with Senator Davis,
13 you said once the 2 million runs out, that's it. Is
14 that what you said?
15    MS. McGEEHAN: For -- yeah, the amount of
16 money we have for voter education is limited. So when
17 that runs out, that's all we have.
18    SEN. GALLEGOS: I guess my concern is if
19 Missouri only has 5.9 million people, just to implement
20 their voter ID program they start with 6 million in the
21 first year and 4 million in the second and third year
22 for a total of $10 million, for just 5.9 million folks,
23 what are they -- you know, I don't -- what are they
24 doing as far as when they are reading the bill? I heard
25 that you said you're going by the bill, and that's how

1  you came up with your fiscal note.  Is that correct?

2         MS. McGEEHAN:  Yes.

3         SEN. GALLEGOS:  Okay.  Well, then what are

4  they doing that we're not or, you know, how can you --

5  you know, for $10 million for 5.9 million people and

6  we're only going to spend 2 million, I mean, what's the

7  difference?

8         MS. McGEEHAN:  I am not familiar with the

9  Missouri voter identification bill, and I did hear you

10 ask that earlier today, but I've been trying to listen

11 to all the questions.  So we can -- we can research it

12 and see.  Some states actually provide more to their

13 local county governments and print ballots and things

14 like that.  I don't know if that's the situation in

15 Missouri, but I honestly don't know the answer to that

16 question because I don't know what the Missouri voter ID

17 law requires.

18        SEN. GALLEGOS:  Well, it's a substantial

19 more amount of money than we're looking --

20        MS. McGEEHAN:  Yeah.

21        SEN. GALLEGOS:  -- at the fiscal note that

22 you have -- that you've given this committee on Senate

23 Bill 14.  And I just -- it concerns me that that amount

24 of money, if somebody is doing -- in the formula or

25 methodology that you came up with that number -- I mean,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   is that a true number?  I mean, you know, as far as are
2   we really doing voter education that should be done, you
3   know, on 25 million people as opposed to what Missouri
4   is doing with only 5.9?  I mean, it just -- I mean, that
5   would send up a red flag to me.  Wouldn't it you?
6                MS. McGEEHAN:  Sure.  I would like to
7   understand those numbers because they are very
8   different.
9                SEN. GALLEGOS:  You know, I -- if we're
10  going to mandate to Texans, you know, and then do it --
11  do a good educational program and Missouri is spending
12  $10 million on their folks and we're only spending
13  2 million on ours, I'd like to know what the -- what the
14  difference is.  Are their people better than ours?  You
15  know, do they deserve, you know, more education?  You
16  know, I just -- you know, with the population as opposed
17  to our population, you know, I don't -- you know, I'm a
18  little concerned there.  You know, are we cutting our
19  folks short?  Are we really going to do what you're
20  telling us that you're going to do as far as educating
21  the public out there on this bill?
22                And it just concerns me that, you know, we
23  see -- and I haven't even taken a comparison of the
24  other states.  And we're number two, and Missouri is 19,
25  and they are spending 10 million bucks.  You know, that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  would concern me, and I would hope it would concern any

2  of the other Senators on this floor. Are we, you know,

3  really going to do -- in implementing this bill, are we

4  going to educate those folks out there?

5          Now, you know -- and I'd like that answer.

6  I mean, you can't answer it now, I understand, but I

7  would like an answer to that.

8          MS. McGEEHAN: We'll get you an answer.

9          SEN. GALLEGOS: And a comparison on what

10  really your states that have implemented voter ID, how

11  much are they paying, you know, to implement the program

12  and what they do.

13          Now, on the fiscal note, it says you're

14  going to do TV and radio and some other things. I mean,

15  can you explain to this body the process on TV, or is it

16  going to be in different languages, or how are you going

17  to -- how are you going to split up the money? Who gets

18  the most? You know, I mean, it's not -- it's not

19  explained to us in the fiscal note how you're going to

20  spread the money around. And is that going to be

21  accessible to us or how the process is going to be, or

22  how much money are you going to spend in Harris County

23  as opposed to Lubbock, Texas or wherever?

24          MS. McGEEHAN: Yes, that would be

25  available. And, you know, the programs that we've done

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   previously, we have detailed records that show, you

2   know, where the media ran, and so we would -- that would

3   be a part of any program going future.

4           The way -- the way it has worked thus far,

5   the three statewide voter education programs that we

6   have done, is we've gone out for bid for a public

7   education firm.  And then the first thing that firm does

8   is research, and they meet with stakeholders, and then

9   they craft the creative proposal.  And then they turn

10  that into the actual media and do the media buys for TV,

11  radio and cycle, Internet and also print.

12          For the PSAs -- and I'm not the expert on

13  this -- but I understand that we pay for a certain

14  amount, and then we get some earned credit where TV

15  stations will run them for free.  If you pay them, you

16  know, to run it once, they'll run it three times and

17  only charge you for once, something along those lines.

18          SEN. GALLEGOS:  And is that going to be --

19  is there going to be access as far as different

20  languages in than budget?

21          MS. McGEEHAN:  Oh, yes.  We -- our current

22  programs are in English and in Spanish, and in Harris

23  County, we've had a component for Vietnamese.

24          SEN. GALLEGOS:  Okay.  Now, on Page 2 of

25  the bill under what y'all are going to do under voter --

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  under 31.012, Voter Identification, Senator West brought

2  it up about -- it says here you and -- your office and

3  the voter registrar of each county that maintains it

4  shall provide notice of the ID requirements as

5  prescribed by this change.

6  Now, my concern there is, is at the county

7  level -- you know, I think Senator West brought it up --

8  is how much is going to be incumbent on each county, you

9  know? I and others here on this floor represent the

10  largest county, Harris County, and Harris County is

11  already starting to lay off, and they have a shortfall,

12  and they are laying off as we speak right now. So, you

13  know -- and I see what it says in the bill, you know,

14  that you're going to get together with them. I mean,

15  are they going to have the money? Or where is the -- if

16  they don't have the money, where is the other money

17  going to come from? Other than the 2 million you

18  already have prescribed here and any federal matches

19  that come in, where is that money going to come if those

20  counties cannot provide?

21  MS. McGEEHAN: I think that the bill

22  presumes that counties have a website, and so this

23  requirement is that they post, you know, the information

24  about the new photo ID requirements that the Secretary

25  of State's Office will actually prescribe. So we will

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  send that out to the counties, and then they'll have to
2  post it on their website.
3          Now, in light of the fiscal
4  circumstances -- and Senator West has asked us to do a
5  survey -- we'll probably get some very detailed
6  information, you know, as far as the counties' fiscal
7  circumstances, if they are going to have to take down
8  their websites or, you know, where they are going to
9  have to cut.
10          SEN. GALLEGOS:  Well, you know, with all
11  due respect, I mean, we can presume a lot of things, and
12  I could presume a lot of things, you know, just on
13  anything, but I can tell you right now -- I'm not
14  presuming -- I know that they're laying off in Harris
15  County right now.  That's not a presumption.  That's a
16  fact; that's a fact.  And they're also furloughing in
17  the City of Houston.
18          So, I mean, it just concerns me that this
19  section here that says you're going to work hand-in-hand
20  with each registrar in each county, and if those
21  counties are already going through a budget shortfall
22  like we are, then how can you presume that they're going
23  to have -- I'm just saying that this bill presumes that
24  they're going to have a website and they're going to
25  have people to handle the education.

1           You can't presume anything if they're

2  laying off right now as we speak, and that's a fact.

3  Like I said, that's not a presumption.  That concerns

4  me.  And what I'm asking is that if that can't happen in

5  Harris County or any other county in this state, where

6  is the extra money?  If they don't have, obviously, the

7  funds to provide what is prescribed under Senate Bill

8  14, where is that money going to come from?

9           MS. McGEEHAN:  Well, you know, Senate Bill

10  14 doesn't make an appropriation to the county, so I

11  don't know the answer to your question on that because,

12  like I said, the bill -- I think the assumption is that

13  counties have a website.  So if they're not going to

14  have a website --

15           SEN. GALLEGOS:  But the bill prescribes

16  that you will work in conjunction with the county

17  registrar.  Is that what I'm reading --

18           MS. McGEEHAN:  Yes.

19           SEN. GALLEGOS:  -- or am I reading the

20  wrong bill?

21           MS. McGEEHAN:  Maybe I'm not -- the way I

22  read that was that we would provide them the wording,

23  the language that they would put up on their website.

24           SEN. GALLEGOS:  Well, you're going to

25  provide them with that.  But what about the bodies and

1   any other education that's prescribed by this bill?  If

2   they don't have the bodies -- they're laying off bodies

3   right now.

4                MS. McGEEHAN:  Yes.

5                SEN. GALLEGOS:  Okay.  And you see where

6   I'm going here?

7                MS. McGEEHAN:  No, I understand.

8                SEN. GALLEGOS:  And if you provided a

9   fiscal note, you know, that we're going by and that's on

10  every website in the State of Texas, everybody that has

11  a computer, then really what I'm asking you, is this a

12  true fiscal note or is it misleading to the voters out

13  there, that it's going to cost more than what you're

14  showing here if other counties are having budget

15  shortfalls like we are?

16               MS. McGEEHAN:  Well, when we're asked to

17  submit a fiscal note to LBB, they want to know what the

18  state impact is.  So generally we don't solicit what the

19  impact is to local government.  And I'm not exactly sure

20  who within LBB does that, if that's LBB or the

21  Comptroller.  But I can tell you -- and maybe we've been

22  doing them wrong, but the way we've understood our

23  requirement in responding to a fiscal note request was

24  to state what the state impact was.  It's specifically

25  for the agent -- you know, like for our agency for the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    Secretary of State's office.

2              SEN. GALLEGOS:  Okay.  So what you're

3    telling me is that outside of the $2 million that's in

4    the fiscal note and that under this section that you're

5    going to work with the registrar in each county, then we

6    just have to roll the dice and hope that the money is

7    there.  Is that what you're telling me?

8              MS. McGEEHAN:  Well, I think this fiscal

9    note that LBB did put -- does indicate that there may be

10   some county costs.  You know, they did put some numbers

11   in for Tarrant County and for Bexar County.  So, you

12   know, it's not -- I don't think it's the number you're

13   looking for.  It's not a comprehensive number, but I

14   think that the fiscal note does indicate that there may

15   be a fiscal impact on counties.

16             SEN. GALLEGOS:  There may be a fiscal

17   impact.  You don't know how much?

18             MS. McGEEHAN:  No, I don't.

19             SEN. GALLEGOS:  So what we're looking at

20   in your fiscal note is just an open-ended fiscal note.

21   Is that what you're telling me?

22             MS. McGEEHAN:  The fiscal note is really

23   showing the impact on the Secretary of State's office.

24   I can't really speak to how the portion of the fiscal

25   note that concerns impact on local government, how

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  LBB -- you know, what their process is. I don't really

2  know.

3            SEN. GALLEGOS: All right. Then let me

4  rephrase my question.

5            MS. McGEEHAN: Okay.

6            SEN. GALLEGOS: So the $2 million that

7  you're showing is what the state is going to be

8  impacted. And the language that is showing you're going

9  to work in conjunction with the counties, you know, you

10 cannot speak to that, so we really don't know. Is that

11 what you're saying? It could or could not be impacted

12 for a million, two million, three million, whatever the

13 number. I don't know the numbers that you gave Bexar

14 County and Tarrant County. I have not been privy to

15 those numbers. But what I'm saying is, I really would

16 like to know that if my county is going to be impacted,

17 if at all, it's going to be in here, you know. Do you

18 see what I'm saying?

19           MS. McGEEHAN: Well, yes, I understand

20 what you're saying. And we are going to be sending out

21 a survey to try and gather that data from all the

22 counties.

23           SEN. GALLEGOS: You know, I don't like the

24 mandate to my county, something that this bill said that

25 they will do and then find out that they don't have the

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   funds to do it.  You know, to me, that's an unfunded
 2   mandate in really telling Texans that are looking at
 3   this debate on computer and that are looking at this
 4   bill online, that this $2 million fiscal note that
 5   you've provided is only an impact to the state, not the
 6   counties, not each county.  Is that correct?
 7                 MS. McGEEHAN:  That's correct.
 8                 SEN. GALLEGOS:  Okay.  Thank you very
 9   much.
10                 CHAIRMAN DUNCAN:  Thank you, Senator
11   Gallegos.
12                 Senator Van de Putte.
13                 SEN. VAN de PUTTE:  Thank you,
14   Mr. Chairman.
15                 Ms. McGeehan, you've been an excellent
16   resource witness for us, and there are just two
17   questions that I need to ask to get into the record with
18   regard to a survey.
19                 Does Texas participate in the Election
20   Administration and Voting Survey?
21                 MS. McGEEHAN:  Yes.
22                 SEN. VAN de PUTTE:  When was this survey
23   completed, the last survey was completed?  Was it after
24   the 2008 election?
25                 MS. McGEEHAN:  Yes.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. VAN de PUTTE: So we have that survey

2   available?

3          MS. McGEEHAN: Yes.

4          SEN. VAN de PUTTE: Okay. The question

5   that I have goes to the data on the survey that goes, I

6   think, to all -- and this is the federal commission --

7   dealing with the number of provisional ballots in the

8   State of Texas. As far as you know, how do we rank in

9   the number of provisional ballots that are used with

10  regard to our voting population?

11         MS. McGEEHAN: My general recollection is

12  that as far as the total number cast, we're on the lower

13  end. But as far as the number of provisional votes,

14  meaning that not as many people cast a provisional vote

15  in Texas as in some other states, but as far as the

16  number of provisional ballots that are counted --

17         SEN. VAN de PUTTE: Yes.

18         MS. McGEEHAN: -- we have one of the lower

19  rates among the states as to the number of provisional

20  ballots that are counted. It is my understanding that

21  in the state chart, that we have very high rejection

22  provisional ballot rates. So, in other words, even

23  right now under this system that we have, that the

24  number of provisional ballots that are cast, we have

25  some of the highest rejection rates for those

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  provisional ballots in all of the country.

2              MS. McGEEHAN:  Yes.

3              SEN. VAN de PUTTE:  At least that's what I

4  understand from the report.

5              MS. McGEEHAN:  That's correct.

6              SEN. VAN de PUTTE:  Thank you.  I know

7  that we have the datasets that were put in for 2008, and

8  so hopefully that we will be able to get this and make

9  sure that as we monitor the bill as it progresses and

10 the bill as it's implemented, we certainly don't need to

11 get to the bottom of the bottom of the bottom on

12 rejection of provisional ballots.

13             Thank you.

14             CHAIRMAN DUNCAN:  Thank you, Senator Van

15 de Putte.

16             Senator Fraser.

17             SEN. FRASER:  Thanks for being here today

18 and waiting all day.

19             I would like to clarify a point before you

20 sit down.  I think you're aware this morning that we had

21 entered into a record -- the Secretary of State had a

22 letter addressing the $2 million in the HAVA funds that

23 was put into the record.  Our understanding, from

24 talking to the Secretary, the way the HAVA funds work,

25 and also her relationship with the county, that she has

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    very broad discretion, assuming that the HAVA people

2    approve the using of this.

3              The $3 million that you're talking about

4    in voter education, it doesn't necessarily mean that

5    it's three plus two.  It's possible that there's an

6    overlap, that this two million could be folded in --

7    possibly into the three.  But that discretion goes back

8    to the Secretary and they make a determination.  Is that

9    not true?

10             MS. McGEEHAN:  That's exactly right.

11             SEN. FRASER:  The other thing that I want

12   to clarify that there is a lot of discussion about, what

13   expense might go to Houston or what expense might go to

14   Bexar.  Right now there is not clear, because I think

15   there's a lot of discussion going on of whether is that

16   Bexar expense or is that Secretary of State expense?

17             And we've got to determine what those

18   dollars are being spent on.  Can we use Secretary of

19   State dollars and HAVA funds for that?  So I think we're

20   premature of a county saying they've got "X" amount of

21   expenses, because it's possible that some of those

22   expenses flow from the Secretary of State's office, they

23   do not flow to the county, and they could handle that

24   with available people within the county and budget.  Is

25   that not correct?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           MS. McGEEHAN:  That's correct.  And just
2   an example of that, the cost that Bexar County put in
3   the fiscal note was -- I think their assumption was that
4   the certificate, the voter registration certificate
5   would have to increase in size.  And I don't see
6   anything in the bill that requires that.  And the
7   Secretary of State prescribes the form.  So once that's
8   explained to the county, they might withdraw that
9   fiscal --

10          SEN. FRASER:  I want to make sure that
11  that's clear, is that some of these assumptions are
12  possibly the-sky-is-falling assumptions that this is --
13  you know, this expense is going to be put on us, and I
14  don't think that's been discussed.  And some of this, I
15  think, can be done by ruling of the Secretary of State,
16  directing them.  And there is a real good chance that a
17  lot of these expenses go away that can be absorbed
18  through the Secretary of State.  And that is correct,
19  isn't it?

20          MS. McGEEHAN:  Yes.

21          SEN. FRASER:  Okay.  I wanted to clear
22  that up.  Thank you so much.

23          CHAIRMAN DUNCAN:  The Chair recognizes
24  Senator Williams.

25          SEN. WILLIAMS:  Thank you, Mr. Chairman.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    Ms. McGeehan, I want to add my thanks for
2  you hanging in here with us all day. There's about
3  three things that I would like to clear up with you.  I
4  just want to understand unequivocally, HAVA funds can be
5  spent for things like training poll workers.  Is that
6  correct?

7    MS. McGEEHAN:  Yes.

8    SEN. WILLIAMS:  Okay.  Thank you.  Then
9  are you familiar with the voter ID bill that went
10 into -- in Utah recently?  Have you taken a look at
11 that?

12   MS. McGEEHAN:  No, I have not looked at
13 that.

14   SEN. WILLIAMS:  Okay.  I just think it's
15 noteworthy, in light of Senator Van de Putte's comments,
16 because the Salt Lake County Clerk's office -- I've got
17 a news report here -- it's confirmed that there were
18 only 13 cases of voters having to pick up their
19 provisional ballots because they didn't have the proper
20 identification to vote when they put this new law into
21 effect.  So it seems like it's had a great -- again, one
22 more state where the impact has been really minimal.
23 I'm not sure why we're having these other issues, but I
24 don't think its because of this.

25   And then finally I wanted to ask you, we

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 had talked earlier about the project that I asked you to

2 do, to cross-reference the driver's licenses and the

3 voter registration. How is that coming along? I know I

4 only asked today, but I just --

5          MS. McGEEHAN: Yes.

6          SEN. WILLIAMS: -- but what is a

7 reasonable expectation for us to get that information?

8          MS. McGEEHAN: I would hope by the end of

9 the week. One thing that our IT folks and our election

10 experts are trying to struggle with is like matching

11 criteria --

12          SEN. WILLIAMS: Right.

13          MS. McGEEHAN: -- you know, which we won't

14 have a TLD number, so we're working through some of

15 that. But I would expect by the end of the week we

16 would have it, if not earlier.

17          SEN. WILLIAMS: Okay. So do you need any

18 further direction from us? For instance, if we wanted

19 to target that universe of people that we know are out

20 there and maybe make a little extra effort to make sure

21 that they understood they were going to have a new

22 requirement when they went to vote as far as getting a

23 photo ID, if they didn't already have one -- and we've

24 identified who they are -- if we gave legislative intent

25 as a part of the bill tomorrow, would that be sufficient

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  for you-all and the Secretary of State's office to take

2  that direction and know that that's something that we

3  wanted to have done in your training plans and voter

4  education plans?

5  　　　　　MS. McGEEHAN:  Yes.  I think if there were

6  a statement of legislative intent, we would certainly

7  follow that.

8  　　　　　SEN. WILLIAMS:  That would be sufficient.

9  Okay.  Thank you very much.  Appreciate your help.

10  　　　　　CHAIRMAN DUNCAN:  All right.  Members, are

11  there any other questions of Ms. McGeehan?

12  　　　　　Okay.  The Chair hears none.  Thank you,

13  Ms. McGeehan.

14  　　　　　The Chair calls David Maxwell, Deputy

15  Director of Law Enforcement, Texas Attorney General's

16  Office.

17  　　　　　Mr. Maxwell, would you approach and state

18  your name and who you represent, and then we'll open it

19  up for questions.

20  　　　　　TESTIMONY BY DAVID MAXWELL

21  　　　　　MR. MAXWELL:  I have a written statement

22  that I would like to put into the record, sir.

23  　　　　　CHAIRMAN DUNCAN:  Well, we haven't been

24  doing that.

25  　　　　　MR. MAXWELL:  Okay.