TEXAS HOUSE OF REPRESENTATIVES

82ND LEGISLATURE

SELECT COMMITTEE ON VOTER IDENTIFICATION

AND VOTER FRAUD HEARING

MARCH 1, 2011

VOLUME II OF II

Transcribed by Rhonda Howard, CSR

April 11, 2011



CVC EXHIBIT
191
McGeehan 6-18-14



U.S. EXHIBIT
288
McGeehan 5-31-12



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

277

```
 1                JOHN WOODS:  Thank you very much.
 2                CHAIRMAN BONNEN:  Ann McGeehan, the
 3     Elections Division of the Secretary of State,
 4     testifying neutral on Committee Substitute to Senate
 5     Bill 14.
 6                ANN MCGEEHAN:  Good afternoon.  Ann
 7     McGeehan with the Office of the Texas Secretary of
 8     State.
 9                CHAIRMAN BONNEN:  Questions, Members?
10     I think Mr. Veasey has questions.
11                REPRESENTATIVE VEASEY:  I -- I --
12     I -- I'm sorry.  Let me turn on the microphone.  I
13     do have questions for you.
14                I was concerned about the fiscal note.
15     Can you talk a little bit about the fiscal note that
16     you all came up with?  Because other smaller states,
17     states that are significantly smaller with -- than
18     ours, with a lot less television markets, came up
19     with much higher figures than you did.  So that --
20     that number sort of startled me a little bit.
21                ANN MCGEEHAN:  Sure.  Yeah.  I would
22     be happy to explain how we arrived at that figure.
23                Since the Help America Vote Act passed at
24     the federal level in 2002, the states have been
25     given some funds for voter education.  So the
```



Toll Free: 800.211.DEPO
—Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1  Secretary of State's office has done a statewide
2  voter education effort in 2006, eight and ten. And
3  the average cost for those statewide voter education
4  efforts has been 2.5 million dollars. So I can tell
5  you that for the 2010 cycle what we did was we spent
6  $2.5 million, and it included upgrades to our
7  website. We created a new website called
8  VoteTX.org, or actually redesigned it. It had been
9  created previously. We did traditional advertising
10 in television, did some PSAs in television, radio
11 newspaper, experimented a little bit on the Internet
12 with FaceBook and Twitter, and also did some ads on
13 public transportation.
14         We did seven telethons in -- in the
15 Valley, Austin, Dallas and Houston, four on Spanish
16 T.V. stations and three on English. And then we
17 also did a face-to-face outreach where we traveled
18 to 23 cities around the State and interacted
19 personally with more than 15,000 Texans. So that's
20 what -- that's kind of the model of what we've done.
21         So when we were asked to prepare a fiscal
22 note, we looked at our past voter education efforts.
23 We also looked at in 2009, when the Senate passed a
24 voter I.D. bill that contained, I think, almost the
25 same language as what's in the current Committee


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1   Substitute, Senate Finance put a rider on the bill
2   for $2 million, which to us indicated that that at
3   least -- at least on the Senate side, that's what
4   they thought was appropriate for the voter education
5   program.
6                REPRESENTATIVE VEASEY:  What was --
7   what was their methodology?  I'm sorry --
8                ANN MCGEEHAN:  The Senate's?
9                REPRESENTATIVE VEASEY:  -- for
10  arriving at that figure?
11               ANN MCGEEHAN:  I don't know.
12               REPRESENTATIVE VEASEY:  Did they --
13  did they share any with you?
14               ANN MCGEEHAN:  Not with me.
15               REPRESENTATIVE VEASEY:  The -- it's
16  just a number they -- they put out there?
17               ANN MCGEEHAN:  Yes, I don't know how
18  they arrived at that number.
19               REPRESENTATIVE VEASEY:  Okay.  Yeah.
20  Because I -- in Missouri it looks like the bill cost
21  a lot more than in Texas, and they have -- you know,
22  their biggest market was No. 20th.  And of course
23  Dallas/Fort Worth is No. 5, and Houston is No. 7,
24  San Antonio, 30, Austin, 42, El Paso, 46.  How --
25  how many -- how many television ads in the Metroplex



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1      could you buy with $750,000?
 2                  ANN MCGEEHAN:  Well, I know in
 3      two-point -- I'm sorry, in 2010 we spent 1.8 million
 4      just on purchasing the advertising.
 5                  REPRESENTATIVE VEASEY:  Okay.
 6                  ANN MCGEEHAN:  So I'm sure we could
 7      get you the breakdown to show how much in each media
 8      market, but the bulk was spent on purchasing the
 9      advertising.
10                  REPRESENTATIVE VEASEY:  Purchasing
11      all forms of advertising?
12                  ANN MCGEEHAN:  Yeah.  That included
13      T.V., radio --
14                  REPRESENTATIVE VEASEY:  Yeah.
15                  ANN MCGEEHAN:  -- and newspaper.
16                  REPRESENTATIVE VEASEY:  Do you know
17      how many spots you all were running like in the
18      Metroplex?
19                  ANN MCGEEHAN:  We can get you the
20      detail on that, because I know the company we
21      contracted with I think gave us a detailed report of
22      exactly where it was aired and if we got any
23      earned -- earned media, things like that.  We can
24      get you that.
25                  REPRESENTATIVE VEASEY:  Okay.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

          CHAIRMAN BONNEN: Representative Anchia.

          REPRESENTATIVE ANCHIA: Mr. Chairman, I wanted to dovetail on a question -- the line of questioning of Representative Veasey.

          Again, Missouri had a two-year, $9.5 million estimate for their voter I.D. bill in 2006, including the cost of free I.D.s, poll worker training and the production of -- of voter education material. Missouri is a state one-fourth the size of Texas. Wisconsin, that has a population less than one-point -- 5.6 million people, less than one-fourth the size of the State of Texas, had an annual fiscal note on their bill of 2.3 million. So biannual, it would be 4.6 in lost revenue due to the provision of free I.D.s.

          Maryland has a population of 5.6 million where they provide free I.D.s only in limited circumstances, projecting a $1.6 million annual fiscal note. In 2010, Indiana, which was later -- which was after -- after the initial passage of the bill, which was required to provide free I.D.s, they have a population of 6.4 million, about a quarter of the size of the State of Texas. They spent 1.3 million to provide free I.D.s.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE DEPOSITION SOLUTIONS

```
 1              In that $2 million figure, do you have
 2     any -- do you have any -- any data on the provision
 3     of free I.D.s, or is it exclusively your marketing
 4     budget?
 5              ANN MCGEEHAN:  2 million was
 6     exclusively for the voter education effort.
 7              UNIDENTIFIED REPRESENTATIVE:  Okay.
 8              ANN MCGEEHAN:  And as far as the
 9     other states and -- like Missouri, I know that we --
10     we tried to get a little information, because
11     Senator Gallegos asked that question at the Senate
12     hearing.
13              UNIDENTIFIED REPRESENTATIVE:  Right.
14              ANN MCGEEHAN:  And one thing that was
15     different about their bill, which I think was later
16     struck down -- I don't think they ever implemented
17     the 2006 legislation --
18              UNIDENTIFIED REPRESENTATIVE:  Uh-huh.
19              ANN MCGEEHAN:  -- was that they were
20     actually having to install equipment throughout the
21     State to issue photo I.D.s for purposes of the
22     legislation, which is not in this bill.
23              So I -- I don't know about Wisconsin and
24     Maryland.  You know, each -- it depends on what the
25     bill says.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    UNIDENTIFIED REPRESENTATIVE: I'll
2    talk a little bit about the media markets in
3    Missouri. St. Louis and Kansas City are the two
4    largest. They spent significantly more in
5    marketing. You're basing -- same -- same thing with
6    other states.
7         You're -- you're -- you're basing your
8    estimate on T.V. commercials, print and I guess some
9    radio, $300,000 worth of radio on a -- an estimate
10   that -- of last year's expenditure, I guess, or a
11   prior year's expenditure with a significant change
12   if this bill passed. Would you agree it's a pretty
13   significant change to current law?
14        ANN MCGEEHAN: Yeah.
15        UNIDENTIFIED REPRESENTATIVE: Okay.
16   Do you think -- do you think that the same -- the
17   same budget that you would use last time around with
18   no significant change in state law would be
19   appropriate for a voter education program with a
20   significant change in state law?
21        ANN MCGEEHAN: Well, it's -- and I'll
22   try to state this clearly, because I don't know that
23   I explained it so well on the Senate side. But we
24   do have plans, I guess, to have continuing voter
25   education programs, because we still have HABA



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1   funds.  So when we were asked to prepare this fiscal
2   note, we were assuming we're going to continue to do
3   our statewide education effort.  So we looked at how
4   do we weave in the new voter I.D. requirements into
5   a statewide voter education program.  So I can't
6   tell you exactly what that's going to end up being,
7   but if we're just asked for purposes of this fiscal
8   note to say what does it cost to educate on voter
9   I.D., that was our best guess, because we -- we will
10  integrate it with, you know, whatever voter
11  education program we do for 2012.  So if we do
12  2.5 million effort in 2012, you know, some of that
13  will cover voter education, maybe will go to a
14  little higher than that.  But I guess the point is
15  we have federal dollars to educate voters on the
16  process to vote and get registered. And so we will
17  incorporate and enhance it to include education on
18  the new voter I.D. requirements.
19               UNIDENTIFIED REPRESENTATIVE:  And
20  would that -- would that education occur over a
21  year, two years?  Would it be ongoing?  The bill --
22  the bill doesn't specify.  What's -- what's your
23  view and what do the HABA dollars come in?
24               ANN MCGEEHAN:  The -- the bill I
25  think says that we have to start preparing the


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1   training and the voter education as soon as
2   possible. Our fiscal note assumes that it would
3   just be for one cycle, so I think we put it all for
4   the 2012 fiscal year.
5           We have $7 million left in the State
6   Treasury that's earmarked for voter education and
7   poll worker training, election official training.
8           UNIDENTIFIED REPRESENTATIVE: Those
9   are HABA funds?
10          ANN MCGEEHAN: Those are the HABA
11  funds, and they don't expire. I don't think the
12  federal government can take them back, but we are
13  hearing that they're not -- they don't have any
14  plans to issue any more funds. So, essentially,
15  that's all we've got.
16          UNIDENTIFIED REPRESENTATIVE: In the
17  new -- on the significant change in legislation for
18  one election cycle, essentially for the 2012
19  election cycle?
20          ANN MCGEEHAN: Well, based on the
21  language that's in the bill.
22          UNIDENTIFIED REPRESENTATIVE: Based
23  on language that's in the bill?
24          ANN MCGEEHAN: Right.
25          UNIDENTIFIED REPRESENTATIVE: Okay.


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1  How -- for major changes in legislation -- well, let
2  me back up a step.
3              What's your evaluation of poll worker
4  training currently in the -- in the counties?
5              ANN MCGEEHAN:  In the counties?  I
6  think that there are a variety of tools counties can
7  use to educate poll workers.  We -- with our HABA
8  dollars, we created an online poll worker training
9  that's free for all counties to use.  Some counties
10 have used their HABA funds to create their own
11 specific online training.  Most counties do some
12 form of in-person training, where they require
13 workers to come in, you know, see the machines,
14 learn how to operate the machines.  We, the
15 Secretary of State's office, has a 30-minute video
16 that we do, and we update usually every two years.
17 That's also free of charge.  So there's some
18 different ways.
19             UNIDENTIFIED REPRESENTATIVE:  You
20 answered a different question, though.
21             ANN MCGEEHAN:  Oh.
22             UNIDENTIFIED REPRESENTATIVE:  You
23 answered what resources are available, which I
24 appreciate.  But what's your -- what's your
25 assessment of the quality of poll worker training?


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    And I know it's difficult to get poll workers.
2    There's turnover frequently. We pay them very
3    little. I believe that they're volunteers.
4        When you have a -- a change in the
5    Election Code, just a minor change, by way of
6    example, it doesn't immediately filter down to all
7    poll workers, does it? I mean, ensuring practice
8    and implementation, it's something that takes time?
9        ANN MCGEEHAN: Sure.
10       UNIDENTIFIED REPRESENTATIVE: Isn't
11   that right?
12       ANN MCGEEHAN: That's right.
13       UNIDENTIFIED REPRESENTATIVE: I mean,
14   because I hear from poll workers all the time and,
15   you know, they didn't know the law had changed. I
16   tried to do some continuing education myself, having
17   sat on the Elections Committee in the past, to bring
18   people up to speed. And I'm always very impressed
19   at how earnest the poll workers are, but also
20   sometimes very surprised -- you know, they're not
21   Election Code experts and it does take some time for
22   changes in the Election Code to filter down to them.
23       For a change of this magnitude, do you
24   think it will take some time for folks to be aware
25   of the law?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1      ANN MCGEEHAN: I think it will take
2  some time. I think the bill has some very strict
3  requirements in there, though, that requires all
4  judges and clerks to take the Secretary of
5  State-prescribed training. So it -- it sounds to me
6  like it's a mandate that they have to take that
7  training, whereas right now in many elections it's
8  optional.
9      UNIDENTIFIED REPRESENTATIVE: How
10 much is that going to cost for everybody to take the
11 training?
12     ANN MCGEEHAN: Our plans will be to
13 update our video and to update the online training.
14 So that would be two free for, you know, counties to
15 use and for citizens to use on top of whatever the
16 counties may be using, as well.
17     UNIDENTIFIED REPRESENTATIVE: Do you
18 think with a mandate like that, would that mandate
19 be satisfied by watching the video?
20     ANN MCGEEHAN: I think it could be.
21 Currently, that is used for poll worker training.
22     UNIDENTIFIED REPRESENTATIVE: Uh-huh.
23 So that would be enough?
24     ANN MCGEEHAN: Unless the statute is
25 changed. But as currently written, I think that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2								March 1, 2011

289

```
 1    would satisfy the bill.
 2                    UNIDENTIFIED REPRESENTATIVE:  Okay.
 3    Does it surprise you that people -- that poll
 4    workers are already asking for photo I.D. despite
 5    the training that occurs?  Does that surprise you?
 6                    ANN MCGEEHAN:  We have heard that
 7    before, yes.
 8                    UNIDENTIFIED REPRESENTATIVE:  Quite a
 9    bit.  Even in the district that I represent we've
10    got folks that are asking for photo I.D. currently.
11                    A lot of people have been talking about a
12    600,000 registered voter figure.  These people --
13    these are people who apparently registered without
14    using some form -- either their Social Security
15    number or a -- a driver's license number.
16                    Isn't the use even bigger than that?  I
17    mean, I see a figure here that for people who did
18    not register without a driver's license number --
19    pardon me, for people who registered without their
20    driver's license ensuring the figure is more like
21    2.8 million.
22                    ANN MCGEEHAN:  That's true when you
23    look at the entire voter database.
24                    UNIDENTIFIED REPRESENTATIVE:  This is
25    your HABA-compliant database.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1  ANN MCGEEHAN: Right. But, you know,
2  prior to January 1, 2006, you could register to vote
3  without providing your driver's license or Social
4  Security number. So people that were registered
5  before 2006 may not have provided one of those.
6  That doesn't necessarily mean that they don't have
7  one, but they didn't have to provide one to get
8  registered to vote.
9  UNIDENTIFIED REPRESENTATIVE: Well,
10 we don't know whether they did or not, because it
11 wasn't listed. Correct?
12 Have you all done a match to determine
13 with the driver's license file as to whether these
14 folks have driver's licenses or not?
15 ANN MCGEEHAN: Uh-huh. We've been
16 asked to do that and we're looking at this to make
17 sure that -- looking at the official list of voters
18 in the Secretary of State's office, trying to
19 compare that to DPS. And our IT Department is
20 looking at that, trying to get good matching
21 criteria, because without that unique identifying
22 number of the TDL, it can be sometimes difficult to
23 make sure you have the right match.
24 UNIDENTIFIED REPRESENTATIVE:
25 Somebody came up and said there was 600 -- you have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com