Voter Fraud Hearing - Volume 2                March 1, 2011

291

1  that $600,000 person figure. Where does that come
2  from? Do you have a frame of reference for that
3  figure that there were 600,000 people who did not
4  list after [sic] driver's license number or Social
5  Security number?
6           ANN MCGEEHAN: I think they're all
7  coming from the same place, which that is -- and
8  I -- you know, when we have shared information with
9  the Legislature before, we've sort of shared two
10 sets of information. One is -- that shows how many
11 people have stated they don't have a TDL number or
12 SSN number since January 1, because since --
13 January 1, 2006, because since January 1, 2006, it's
14 been required. So since that time, we show 34,506
15 voters out of almost 4 million that stated they did
16 not have I.D.
17          UNIDENTIFIED REPRESENTATIVE: Since
18 2006?
19          ANN MCGEEHAN: Yes.
20          UNIDENTIFIED REPRESENTATIVE: And is
21 there -- is there a provision -- provision in this
22 bill to identify that use of voters as possibly not
23 having I.D.?
24          ANN MCGEEHAN: I'm sorry. I didn't
25 understand.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

292

```
 1              UNIDENTIFIED REPRESENTATIVE:  So, I
 2   mean, if you're looking at possible uses of voters
 3   that may not have the requisite I.D. to comply with
 4   this bill, is there anything in the bill that would
 5   require you to identify those folks, seek them out,
 6   determine whether they have I.D. or not?
 7              ANN MCGEEHAN:  No, I don't believe
 8   so.
 9              CHAIRMAN BONNEN:  Okay.  Let's
10   talk -- we talked, I know, briefly about training of
11   poll workers.
12              Under this bill, what new duties will poll
13   workers perform, what new duties?
14              ANN MCGEEHAN:  Let's see.  Of course,
15   the qualification process will change as far as what
16   they will, you know, require of a voter before
17   they're permitted to vote.  I can't really think of
18   any new.  They -- if a voter doesn't have I.D.
19   today, they vote provisionally.  So that will be the
20   same.
21              I guess the main change will be voters
22   that have filed a disability exemption with the
23   Voter Registrar.  Those voters aren't going to have
24   to show I.D.
25              A voter who is 70 years of age on or
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                     March 1, 2011
                                                            293

1    before January 2012 won't have to show I.D.  So
2    those will be some new decisions they'll have to
3    make.
4              UNIDENTIFIED REPRESENTATIVE:  Talk to
5    me about how you would administer those two
6    exceptions, the disability and the age?
7              ANN MCGEEHAN:  Well, we're going to
8    have to come up with detailed training.  So I
9    don't -- I don't -- I can't tell you exactly how
10   that's going to work.  You know, we'll try to be
11   very thoughtful about that and look to other states
12   for best practices.  But we'll have to revise our
13   handbooks, all our training, our online training,
14   video, to include guidance for the poll workers on
15   how to handle those new duties.
16             CHAIRMAN BONNEN:  With respect to the
17   disability exemption, is there a document that the
18   person would put on file to receive that type of
19   exemption?
20             ANN MCGEEHAN:  Yes.  The -- the
21   Committee Substitute -- and that document would be
22   filed with the Voter Registrar, not with the -- not
23   at the polling place.  And it allows written
24   documentation from the United States Social Security
25   Administration that evidence that the voter has a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1    disability or written documentation from the United
 2    States Department of Veterans Affairs.
 3                  UNIDENTIFIED REPRESENTATIVE:  So
 4    those are the only two ways to get the exemption?
 5                  ANN MCGEEHAN:  Correct.
 6                  UNIDENTIFIED REPRESENTATIVE:  Okay.
 7    Okay.
 8                  CHAIRMAN BONNEN:  Representative
 9    (inaudible).
10                  UNIDENTIFIED REPRESENTATIVE:  Yeah,
11    yeah.
12                  CHAIRMAN BONNEN:  I was going to
13    allow Members of the Committee to ask questions.
14    And I see two of them have their lights on and have
15    for some time.  So, I mean, if you have more
16    questions, I'll come back to you, but I'd like to
17    let the Members of the Committee go ahead.
18    Representative Harless.
19                  REPRESENTATIVE HARLESS:  Hi.  How are
20    you?
21                  ANN MCGEEHAN:  I'm good.  Thank you.
22                  REPRESENTATIVE HARLESS:  Could you
23    tell us a little bit about the ongoing training that
24    the Secretary of State does as a part of their job
25    anyway?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1           ANN MCGEEHAN:  We -- we have several
2   formats of training.  We have had a 30-minute video
3   that we've had probably since the late '80s.  And we
4   update that regularly, usually after a Legislative
5   session.  We have detailed handbooks that are to be
6   used inside polling places.  We have now an online
7   voter -- online training process, and we also do
8   schools and seminars.  So we have an annual seminar
9   every summer for county officials.
10          REPRESENTATIVE HARLESS:  This is --
11  this is something that you continue to do every
12  year --
13          ANN MCGEEHAN:  Yes.
14          REPRESENTATIVE HARLESS:  -- as part
15  your budget?
16          Can you tell me -- we've talked a lot
17  about the Help America Vote Act fund.  How much
18  money was that originally?
19          ANN MCGEEHAN:  I have my note on that
20  somewhere.  Well, I think overall we've received
21  total for all the mandates in HABA about
22  $200 million and -- okay.  I -- I found it now.  I'm
23  sorry.  $227 million dollars.
24          REPRESENTATIVE HARLESS:  And how much
25  of that money have we spent?


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                         March 1, 2011

296

```
 1              ANN MCGEEHAN:  We have spent about 80
 2   percent of that money.  What is remaining now is
 3   about $47 million.
 4              REPRESENTATIVE HARLESS:  And how much
 5   money in the base budget that we received in the
 6   House under the Secretary of State was in that base
 7   budget appropriated for HABA money for federal
 8   election training?
 9              ANN MCGEEHAN:  I -- I believe in
10   House Bill 1 -- I don't think it's broken down by
11   purpose areas within HABA, but I think overall it
12   was about $37 million or --
13              REPRESENTATIVE HARLESS:  43, maybe?
14   It says under B1.4, "Strategy, elections
15   improvement, administration of federal Help America
16   Act -- Vote Act."
17              ANN MCGEEHAN:  I defer to you.  That
18   sounds right.
19              REPRESENTATIVE HARLESS:  So of the
20   $2 million it is likely, once this bill is passed,
21   that we can request that funds from the -- from the
22   Help America Vote Act to be appropriated to spend
23   additional monies as needed to train and get up to
24   speed on the photo I.D.?
25              ANN MCGEEHAN:  Right.  I mean, I
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    guess, just to be clear, we already have drawn that
2    money down based on our State plan.
3                    REPRESENTATIVE HARLESS:  We have it
4    set up in our base budget that we started with that
5    that Pitts (phonetic) laid out?
6                    ANN MCGEEHAN:  Yes.
7                    REPRESENTATIVE HARLESS:  There's been
8    a lot of conversation today about the 690,000 that
9    we're talking about.  And I know Representative
10   Anchia mentioned to the 2.8 million or 5.2.
11                   There's two sets of numbers we're working
12   with, two universes.  The first universe is
13   registered voters that are from January 1st of 2006
14   to December 31st, 2010.  Correct?
15                   ANN MCGEEHAN:  Right.
16                   REPRESENTATIVE HARLESS:  How many are
17   in that universe?
18                   ANN MCGEEHAN:  Total of all?
19                   REPRESENTATIVE HARLESS:  In that 2000
20   and -- January 1st, 2006 to December 31st, 2010.
21                   ANN MCGEEHAN:  I think the total --
22   the amount of voters that were registered during
23   that period is right under 4 million.
24                   REPRESENTATIVE HARLESS:  And those
25   are voters that, one, have a driver's license or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1   I.D.; that's about 2.3 million.
2               ANN MCGEEHAN:  Right.
3               REPRESENTATIVE HARLESS:  Then there's
4   voters that have registered with the last four of
5   their Social Security number, which is about
6   294,000.
7               ANN MCGEEHAN:  Right.
8               REPRESENTATIVE HARLESS:  Then there's
9   voters that registered with both, which is 1.3
10  million.  And then there's a number of people that
11  registered that said they didn't have either.
12              ANN MCGEEHAN:  Correct.
13              REPRESENTATIVE HARLESS:  No Social
14  Security, no I.D., driver's license.  So that's
15  34,000.
16          Of that 3.9 million, that's .8 percent of
17  that universe from January 1st until December 31st.
18  Do I understand that correctly?
19              ANN MCGEEHAN:  Yes, that's correct.
20              REPRESENTATIVE HARLESS:  Okay.  So
21  now if we take all the statewide voters that are
22  registered, all of them, even the ones prior to
23  2006, which I would fall into that category, because
24  I haven't changed my address and I still have my
25  original voter registration that gets renewed every


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                March 1, 2011
                                                       299

1   couple years, that I did not provide a Social
2   Security last four or my I.D.
3           Of that number, how many do we have?
4           ANN MCGEEHAN: Of -- of that number
5   we have 5.2 million that showed TDL I.D. We have
6   2.1 million that have a -- a Social Security number
7   on file. And then the number of voters that have
8   both is 4.6 million.
9           REPRESENTATIVE HARLESS: Which totals
10  in -- in the ones that have neither numbers?
11          ANN MCGEEHAN: One with neither is
12  the 690,000 insuring 698,087.
13          REPRESENTATIVE HARLESS: The total
14  universes of registered voters that we have as the
15  last numbers we've received is 12 million about
16  655,000.
17          Now, of that 690,000 do we think all of
18  those people don't have either Social Security, I.D.
19  or driver's license?
20          ANN MCGEEHAN: I want to -- I want to
21  be careful on that, because, you know, we -- we
22  don't have direct evidence. But we can say that
23  before 2006 it wasn't required. So presumably, if
24  it wasn't required, people wouldn't give it.
25  Doesn't mean they didn't have it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                          March 1, 2011

                                                                 300

```
 1               REPRESENTATIVE HARLESS:  So
 2      presumably some of those 690,000 people have
 3      driver's license or I.D. cards or Social Securitys
 4      [sic], they just did not have to require it at the
 5      time?
 6               ANN MCGEEHAN:  I think that would be
 7      a fair statement.
 8               REPRESENTATIVE HARLESS:  All right.
 9      Another question about the fiscal note that we've
10      talked about.  Some of the counties attached, you
11      know, small amounts of money that it would cost for
12      their county.  Aren't most -- how -- explain that to
13      me.  How can...
14               ANN MCGEEHAN:  Well, I know on the
15      Senate side there may have been some confusion
16      regarding the voter registration certificate,
17      because the bill requires that the new voter I.D.
18      requirements appear on the back of the voter
19      registration certificate.  And I think that in
20      conversations with some county officials they were
21      thinking if you had to put it on the front of the
22      certificate there wouldn't be space.  So they
23      thought the certificate might need to be increased
24      in size, which would increase postage, but I don't
25      think that's necessarily required.  The bill doesn't
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1  say that. It just says that it goes directly on the
2  certificate.
3         I think another cost -- Tarrant County, I
4  think, had another cost for changing of the
5  provisional ballot affidavit form, some cost for
6  that.
7         REPRESENTATIVE HARLESS: Now, there's
8  some assumptions that the Secretary of State
9  typically doesn't do a lot of this work. But isn't
10 it true that they already do a lot of the work for
11 the training? So those can be absorbed as part of
12 your normal expense of your budget.
13        ANN MCGEEHAN: Right, right. We
14 would -- you know, after every session we normally
15 have to revise our training materials.
16        REPRESENTATIVE HARLESS: And can you
17 talk just a little - and I'll quit so everyone else
18 can ask their questions - but we've had some
19 questions about different last names and different
20 addresses.
21        What provisions will the Secretary of
22 State make on that, and is there training done for
23 that?
24        ANN MCGEEHAN: Currently, there's no
25 training on that, because the law is silent on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1   issue of what happens if the names don't match. But
 2   the Senate Bill 14, the engrossed version and the
 3   Committee Substitute, contains some language about
 4   as long as the names are substantially similar. So
 5   our training would have to include some standards
 6   on, you know, what an election judge or clerk would
 7   need to look for and what would be considered
 8   substantially similar.
 9            The addresses don't have to match right
10   now. And that -- and that doesn't change under
11   Senate Bill 14. You don't have to show, I don't
12   believe, that the -- the addresses have to -- you --
13   you're -- you have to ask every voter if they've
14   moved, but they don't have to show their -- their
15   identification doesn't have to show where they live.
16                 REPRESENTATIVE HARLESS: Thank you so
17   much --
18                 ANN MCGEEHAN: Sure.
19                 REPRESENTATIVE HARLESS: -- for
20   waiting all day and being patient.
21                 ANN MCGEEHAN: You're welcome.
22                 CHAIRMAN BONNEN: Representative
23   Aliseda.
24                 REPRESENTATIVE ALISEDA: What -- what
25   is the current state or federal law for purging
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 675-11   Filed on 11/11/14 in TXSD   Page 13 of 15

```
 1    voter lists.  Do you know?
 2                ANN MCGEEHAN:  Yes.  That's covered
 3    under the National Voter Registration Act, and there
 4    are some requirements associated with that.  For
 5    instance, you can't purge voters within so many days
 6    of a November general election.  You can't purge
 7    voters if you suspect that they've moved until
 8    you've actually reached out to those voters and sent
 9    them a mailing.  If they don't respond to that
10    mailing, their name goes to an inactive list or what
11    we call in Texas a suspect -- a suspense list.  And
12    they stay on that list for a period of two federal
13    general elections.  And if they don't vote or if
14    they don't correspond or communicate with the Voter
15    Registrar, their name would get purged on
16    November 30th of the second federal election.
17                REPRESENTATIVE ALISEDA:  Well, I'm
18    trying to understand how that particular law
19    interfaces with individuals who do not have an
20    identification of some sort.  You stated that since
21    2006 we have 34,000 of those individuals that have
22    indicated they don't have any form of
23    identification, but prior to 2006, we had an
24    additional 600,000 that didn't have to provide that
25    information.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1           So when would this purging require some
2      kind of follow-up on identification?
3           ANN MCGEEHAN:  Well, I don't --
4      nothing -- there's nothing in the State law or -- or
5      the federal law or this bill that would require
6      somebody that registered to vote before 2006 to now
7      provide a driver's license number or Social Security
8      number.  When they present themselves for voting
9      they're going to have to show a photo I.D.  But they
10     won't be required to provide that data to the Voter
11     Registrar.
12          REPRESENTATIVE ALISEDA:  As far as
13     the cost of education on this issue, does the State
14     allow for public service announcements by
15     broadcasting companies that have -- have --
16     frequently do some kind of voter -- voter education?
17          ANN MCGEEHAN:  Yes.  We definitely
18     try to make full use of that with our PSAs.
19          REPRESENTATIVE ALISEDA:  But it's not
20     figured into that two million or the --
21          ANN MCGEEHAN:  No, no.  That would
22     be --
23          REPRESENTATIVE ALISEDA:  -- 20
24     million or whatever it is you say we spend on
25     education?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

305

1      ANN MCGEEHAN:  Right.  I mean, that's
2 something that we look for, but we'll probably go
3 out on bid to -- to -- for a company to help us form
4 this education program.  And that's something we
5 look at is what companies can promise that earned
6 media so that we only pay for this much, but then we
7 get it aired more times --
8      REPRESENTATIVE ALISEDA:  Are these
9 hearings earned media in a sense in that we have
10 some public interest in this and I assume people are
11 following it?
12      UNIDENTIFIED REPRESENTATIVE:  We
13 shouldn't flatter ourselves.
14      REPRESENTATIVE ALISEDA:  No further
15 questions.
16      CHAIRMAN BONNEN:  Representative
17 Anchia, do you have more questions?
18      REPRESENTATIVE ANCHIA:  Just a couple
19 more, Mr. Chairman.  Thank you.
20      CHAIRMAN BONNEN:  Take your time.  I
21 just --
22      REPRESENTATIVE ANCHIA:  I appreciate
23 that.  I appreciate that.
24           The statement was made earlier in that
25 600,000-people universe that -- that there were --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com