PL904
9/2/2014
2:13-cv-00193

EXAMPLE 1

Information on poll book:

Name:     Isa Villareal
DOB:      08/13/1990
Address:  2802 Commerce Street, Houston, TX 77003

Information on driver's license:

Name:     Isabella Johnson
DOB:      08/13/1990
Address:  4015 Garrow Street, Houston, TX 77003



EXAMPLE 2

Information on poll book:

Name:     Elizabeth Murphy
DOB:      09/15/1974
Address:  531 W 32nd Street, Houston, TX 77018


Information on driver's license:

Name:     Elizabeth Burton
DOB:      09/15/1974
Address:  2614 Delwood Pl, Austin, TX 78703

EXAMPLE 3

Information on poll book:

Name:      Christine Barrow
DOB:       04/08/1965
Address:   531 W 32nd Street, Houston, TX 77018

Information on U.S. Passport:

Name:      Christine Alexander
DOB:       04/08/1965

EXAMPLE 4

Information on poll book:

Name:     Christopher Johnson
DOB:      11/11/1911
Address:  14800 Henry Road, Houston, TX 77060


Information on driver's license:

Name:     Chris Johnson
DOB:      08/22/1994
Address:  14800 Henry Road, Houston, TX 77060

EXAMPLE 5

Information on poll book:

Name:      Christopher Johnson
DOB:       11/03/1984
Address:   14800 Henry Road, Houston, TX 77060

Information on military ID card:

Name:      Chris Johnson

EXAMPLE 6

Information on poll book:

Name:      Elizabeth Smith
DOB:       06/30/1978
Address:   14800 Henry Road, Houston, TX 77060

Information on military ID card:

Name:      Elizabeth Johnson

EXAMPLE 7

Information on poll book:

Name:      Beto Ramirez
DOB:       03/01/1950
Address:   515 2nd St, Jasper, TX 75951

Information on driver's license:

Name:      Roberto Ramirez
DOB:       03/01/1950
Address:   217 Edgewood St., Jasper TX

# Plaintiff Exhibit PL905

# WITHDRAWN

Case 2:13-cv-00193 Document 675-13 Filed on 11/11/14 in TXSD Page 9 of 12
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 4 of 248
PL906
9/2/2014
2:13-cv-00193

TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-FIRST LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS

IN RE: §
§
CONSIDERATION OF §
SENATE BILL 362 §

COMMITTEE OF THE WHOLE SENATE

TUESDAY, MARCH 10, 2009

BE IT REMEMBERED THAT AT 12:38 p..m., on Tuesday, the 10th day of March 2009, the above-entitled matter was heard at the Texas State Capitol Senate Chamber, Austin, Texas, before the Committee of the Whole Senate; and the following proceedings were reported by Aloma J. Kennedy, a Certified Shorthand Reporter of:

VOLUME 1A                                      PAGES 1 - 208

KENNEDY

REPORTING

SERVICE

*a record of excellence*

1801 Lavaca • Suite 115 • Austin, Texas 78701 • 512-474-2233




TX_00003857
JA_003280

TX_00003857

Case 2:13-cv-00193   Document 675-13   Filed on 11/11/14 in TXSD   Page 10 of 12
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-2   Filed 06/20/12   Page 55 of 262

277

1  issues. And one of the good things about the
2  Federalist Society, if you ever come to one of its
3  panel discussions is, and like a lot of organizations,
4  The Federalist Society tries to get people on both
5  sides of an issue so that you can have a good
6  discussion and get different points of view.
7          SEN. ELLIS: Thank you.
8          SEN. DUNCAN: Members, there's no other
9  persons registered, so the witness will be excused.
10         MR. von SPAKOVSKY: Thank you,
11 Mr. Chairman.
12         SEN. DUNCAN: Thank you, sir.
13         The Chair calls Tova Andrea Wang.
14 Ms. Wang, you have 10 minutes. And you can begin.
15 And state your name and who you represent.
16            **TESTIMONY BY TOVA ANDREA WANG**
17         MS. WANG: Sure. Thank you. My name is
18 Tova Andrea Wang. Thanks very much for allowing me to
19 come testify today. I'm Vice President for Research
20 at Common Cause, a non-partisan national organization
21 with 36 state chapters, including one right here in
22 Texas. And I have spent the last several years doing
23 research and writing and speaking on elections issues
24 and voting rights issues.
25         I want to start out talking about the

Case 2:13-cv-00193 Document 675-13 Filed on 11/11/14 in TXSD Page 11 of 12
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 56 of 262

278

1  disenfranchising impacts of voter ID such as this. I
2  know that for probably all of you in the room -- and I
3  would include myself -- it seems so easy. You have an
4  ID in your pocket right now, probably several. But I
5  have to really emphasize to you all that it's not the
6  case for everybody. For some people they don't have
7  their ID, and it would be a real hardship for them to
8  get that ID, and we need to understand this group in
9  our society. In fact, about 10 percent of the
10 American people don't have government-issued photo ID.
11 And as has been pointed out repeatedly today, this is
12 disproportionally the case with African- Americans,
13 immigrants, the poor, people with disabilities, senior
14 citizens and students.
15           There have been numerous studies to this
16 effect. I want to point out one in particular,
17 Brennan Center survey talking just about income.
18 People with incomes lower than $35,000 a year are
19 twice as likely not to have the kind of ID we're
20 talking about. 38 percent of Texans have incomes that
21 are less than $35,000 a year. African-Americans are
22 three times less likely to have ID than whites. And,
23 in fact, one-fourth of African-Americans don't have
24 government-issued photo ID.
25           So this is what I'm talking about when

Case 2:13-cv-00193   Document 675-13   Filed on 11/11/14 in TXSD   Page 12 of 12
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-2   Filed 06/20/12   Page 57 of 262

279

1   I'm talking about thinking about a group in our
2   society that maybe some of us don't have every day
3   interaction with.  People always talk about how
4   everyone has ID, you need it to fly and rent a DVD and
5   all of these kinds of things.
6            Now, I know Hurricane Katrina is
7   starting to seem like a long time ago now, but I want
8   us to think back for a second about all those people
9   in the Astrodome.  They were there because they
10  couldn't get out, because they don't have driver's
11  licenses, they don't have cars, they're not going out
12  and renting DVDs on the weekends and flying on
13  vacations.  So this whole notion that everyone has ID
14  is just untrue.  Many poor people don't.
15           We talked a lot about fraud today, too.
16  There is also a lot of mythology around that.  I want
17  to point out to you that the U.S. Department of
18  Justice has never brought a case in the last several
19  years of the type that would be addressed by a voter
20  ID law such as this.
21           Now, we know this was in an environment
22  in the last several years in which U.S. attorneys were
23  under tremendous pressure to bring cases of voter
24  fraud against people, and people were -- allegedly at
25  least -- fired for not doing so; and, yet, not one