Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 1 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 214 of 265

686

1  because that data is not tracked on race and ethnicity
2  right now. The only thing that is tracked is we
3  can -- based on our new TEAM system, we can
4  cross-reference Hispanic surnames, but that's
5  inconclusive, so --
6      SEN. VAN de PUTTE: Van de Putte.
7      MR. SHORTER: Exactly. So the answer is
8  right now there's not a mechanism to track race or
9  ethnicity.
10     SEN. VAN de PUTTE: So how would we be
11 able -- if we don't know -- if we're not capturing the
12 data, the data is not available as a base point of how
13 many registered voters we have who are
14 African-American or Latino or Spanish speaking, how
15 can we benchmark and prove up to the Justice
16 Department and support litigation that there will not
17 be a negative effect since we have no data?
18     MR. SHORTER: I would assume that our
19 staff has been using some other means to do that. I
20 don't know what that is, but I will find out for you.
21     SEN. VAN de PUTTE: Okay. So what I
22 have so far is that you will get back to us on
23 certificate versus papers --
24     MR. SHORTER: Yes, ma'am.
25     SEN. VAN de PUTTE: -- for naturalized

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 2 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 215 of 265

687

```
 1  citizens --
 2              MR. SHORTER:  Yes, ma'am.
 3              SEN. VAN de PUTTE:  -- since the other
 4  states that have passed this so far do not have nearly
 5  the degree of those naturalized citizens as we do; and
 6  that you will also check on the incongruencies of
 7  address for both our military members and college
 8  students.
 9              MR. SHORTER:  Yes, ma'am.
10              SEN. VAN de PUTTE:  And you will also
11  get back with us the data, if it exists, of how many
12  voters we have that are indeed African-American and
13  Hispanic so that we can have a benchmark.  We need
14  that data to be able to prove that.  So those are the
15  things that you are going to be helping us with.
16              MR. SHORTER:  Yes, ma'am, I will; we
17  will.  John and I will be notifying staff so they can
18  get on it and hopefully give you an answer before the
19  end of the day.
20              SEN. VAN de PUTTE:  Well, thank you, but
21  I know you haven't gone to sleep yet, so I appreciate
22  the hard work of your staff.  And again, my regards to
23  my dear friend, our Secretary of State.
24              MR. SHORTER:  Thank you.
25              SEN. VAN de PUTTE:  Thank you.
```

Case 2:13-cv-00193 Document 675-19 Filed on 11/11/14 in TXSD Page 3 of 16
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 216 of 265

688

1  SEN. WENTWORTH: The Chair recognizes
2  Sent. Whitmire. Sen. Whitmire? John? The Chair
3  recognizes Sen. Whitmire.
4  SEN. WHITMIRE: No, I'll pass
5  (inaudible) I've got a quick question, quick, quick,
6  quick. You were responding to Sen. Fraser's
7  hypotheticals, and he was talking about if he ran in
8  and voted and then he went back out and got his
9  brother's card and voted again that nothing could be
10 done. Is it not true, sir, that the election officer
11 is in total control of his precinct? I've seen folks
12 be arrested for handing out cards too close, poll
13 watchers for harassing voters. Isn't it true that if
14 you try to go in and vote twice in the same timeframe
15 that you could be arrested for voter fraud at that
16 moment and maybe even have a mental warrant served on
17 you if you tried to do it like he described it? So
18 aren't we -- aren't we really being a little
19 ridiculous at five in the morning with some of our
20 hypotheticals?
21 MR. SHORTER: Sir, I'm not --
22 SEN. WHITMIRE: You were being awful
23 nice. I realize you're in a difficult position, but I
24 don't -- is it realistic that someone, the same person
25 could vote twice within a 30-minute timeframe?

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 4 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 217 of 265

689

```
 1                 MR. SHORTER:  It's possible, sir.
 2     Whether --
 3                 SEN. WHITMIRE:  It's possible to get
 4     arrested for doing it, too, is it not?
 5                 MR. SHORTER:  That is correct.
 6                 SEN. WHITMIRE:  Okay.  That's all I
 7     wanted to clear up because -- and I could go through
 8     his other hypotheticals.
 9                 What really concerns us and I guess it's
10     been somewhat addressed is the cost and the commitment
11     to educate the public.
12                 MR. SHORTER:  Yes, sir.
13                 SEN. WHITMIRE:  Have you been in any
14     planning sessions where you're going to have the
15     resources and you have the spots, as Sen. Williams
16     pointed out?  I mean, are we really serious and ready
17     to go with that, or is that a hypothetical, too?
18                 MR. SHORTER:  No, sir.  Our office is
19     actively planning our voter education program for the
20     next cycle now.
21                 SEN. WHITMIRE:  Well, that's great, but
22     what's the provisions for doing a voter ID plan?
23                 MR. SHORTER:  What we're doing now is
24     looking at -- because this is one of our new bills
25     that we're working on and that has been brought to us
```

Case 2:13-cv-00193 Document 675-19 Filed on 11/11/14 in TXSD Page 5 of 16
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 218 of 265

690

1  for us to look at, we're looking at what costs would
2  be associated with doing those things within the bill
3  and fitting those into the funds that we have
4  available. Based on the fact that it is not a
5  Presidential Election year, we feel that the funds
6  that we have available now we could -- we could
7  theoretically -- we could undertake this.
8         There are -- in terms of training for --
9  training for elections and new initiatives, that's
10 already -- we're already directed to do that. So our
11 agency as a whole is -- there's some things you
12 anticipate and you know and you plan for, and we're
13 already there, sir. Because what we will have to do
14 is we'll have to prioritize in terms of maybe some new
15 initiatives versus -- that are not legislatively
16 mandated versus those that you-all mandate to us.
17         SEN. WHITMIRE: Okay. I yield at this
18 time.
19         SEN. DUNCAN: Sen. Watson, you're
20 recognized.
21         SEN. WATSON: Thank you, Mr. Chair, and
22 thank you for being here. I know it's been very long.
23         And, Members, one bit of information.
24 Yesterday, not today, but yesterday, although it feels
25 like one day, was his ten-year old son's birthday, and

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 6 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 219 of 265

691

```
 1   he stayed with us all during that period of time,
 2   snuck away I think briefly to wish him a happy
 3   birthday, but we really appreciate your being with
 4   us --
 5               MR. SHORTER:  Thank you.
 6               SEN. WATSON:  -- and hope you will tell
 7   him we said happy birthday.
 8               Just a couple of quick questions.  One
 9   is you shared with me some numbers on a piece of
10   paper, and I don't know what the paper was created
11   for, but it has at the top of the page the number 5,
12   and then it says "Number of voters who have registered
13   since 2006 without a driver's license number."  What
14   was this document created for?
15               MR. SHORTER:  Sir, this document was
16   created -- Senator, this document was created in a
17   response to questions that were asked of our staff
18   last week by House Elections.
19               SEN. WATSON:  Okay.  And in that, what
20   you did is you created two sets of numbers:  One was a
21   set of numbers of voters who registered since
22   January 1, 2006.  And explain for me again why that's
23   an important number date.
24               MR. SHORTER:  When the Help America Vote
25   Act was passed in 2002, there was a requirement put in
```

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 7 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 220 of 265

692

1   the provisions of the Help America Vote Act for
2   uniformity standard purposes for the driver's license
3   to be a required form of ID in terms of registration.
4   Prior to January 1, 2006, it was optional as to
5   whether or not you included your driver's license on
6   your voter registration application.
7              The voter registration application
8   now -- the first thing it asks for in Section 8 is
9   either your driver's license and your Texas -- or your
10  Texas ID, and that's a requirement if you have one.
11  Prior to January 1, 2006 it was optional.
12             SEN. WATSON: Okay. So the numbers you
13  came up with you demonstrated -- and I think we had
14  had some conversation -- Sen. Fraser and I had had
15  some conversation earlier in the day. And when you
16  look at those who have registered since January 1,
17  2006, the key date that you mentioned, and you look at
18  those numbers, about 91.9 percent have registered
19  using a driver's license. Is that correct?
20             MR. SHORTER: Using a driver's license
21  or social security number.
22             SEN. WATSON: Well, here is the way --
23  let's make sure we're clear on this. The first
24  category of numbers who registered with a driver's
25  license, and I guess that's with a driver's license

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 8 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 221 of 265

693

1  exclusively.  Is that correct?
2              MR. SHORTER:  That is correct, sir.
3              SEN. WATSON:  And then the second
4  category is those who registered with a social
5  security number, and that would be exclusively with a
6  social security number?
7              MR. SHORTER:  That is correct.
8              SEN. WATSON:  And then the third
9  category would be those who did something you don't
10 really have to do, but they did it, and they filled in
11 both driver's license and social security?
12             MR. SHORTER:  That is correct.
13             SEN. WATSON:  So if I wanted to identify
14 the number of people who registered with a Texas
15 driver's license and get a total number, I would add
16 Category 1 and Category 3?
17             MR. SHORTER:  That is correct, Senator.
18             SEN. WATSON:  Now, something else you
19 did in response to the question from House Elections
20 was you said "In addition agency staff queried the
21 entire statewide file which reflects the following
22 breakdowns concerning identification numbers for all
23 voters."  So that would be folks with voter
24 registration certificates, voter registration
25 certificates including those from before January 1,

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 9 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 222 of 265

694

```
 1   2007?
 2              MR. SHORTER:  That is correct.  That's
 3   everyone in our vote registration system.
 4              SEN. WATSON:  And those folks weren't
 5   required, as you've said, to utilize a driver's
 6   license or social security number?
 7              MR. SHORTER:  Yes, sir.
 8              SEN. WATSON:  And that -- when we look
 9   at those numbers, and you have the same categories,
10   you have number of voters with a driver's license,
11   again exclusively, number of voters with a social
12   security number exclusively, number of voters with
13   both and the number of voters with neither.  When we
14   put those numbers together, we know that about
15   25 percent of the population that have voter
16   registration certificates don't indicate that they
17   have -- that they didn't use a Texas driver's license
18   to get that.  Is that right?
19              MR. SHORTER:  Yes, sir.
20              SEN. WATSON:  Now, you also would have
21   no way of knowing in either of those that have been
22   registered since January 1, 2006 or those that have
23   been registered since well before that time who might
24   have lost their driver's license during that period of
25   time?
```

Case 2:13-cv-00193 Document 675-19 Filed on 11/11/14 in TXSD Page 10 of 16
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 223 of 265

695

1           MR. SHORTER: No, sir.
2           SEN. WATSON: And the Secretary of
3 State's Office wouldn't have any way of knowing whose
4 driver's license might have been expired for over two
5 years now?
6           MR. SHORTER: If they already have their
7 voter registration card.
8           SEN. WATSON: Right. So, for example,
9 if I registered to vote, let's say ten years ago, just
10 to use a round number, I wouldn't have been required
11 to use a driver's license to register. Is that
12 correct?
13           MR. SHORTER: Correct.
14           SEN. WATSON: And if I continue to vote
15 on a regular basis, as I understand it, I am
16 re-registered each time I register to vote or I go
17 vote. Right?
18           MR. SHORTER: Yes, sir.
19           SEN. WATSON: So if I lost my driver's
20 license nine years ago but I continue to register, I
21 might be a registered voter in the State of Texas
22 maybe even use my driver's license when I registered,
23 but I no longer would have a driver's license?
24           MR. SHORTER: That's a possibility, sir.
25           SEN. WATSON: No one has asked the

Case 2:13-cv-00193 Document 675-19 Filed on 11/11/14 in TXSD Page 11 of 16
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 224 of 265

696

1  Secretary of State's Office to do any sort of studies
2  or provide any information demonstrating whether there
3  are certain populations or demographic groups in Texas
4  that are less likely to have a driver's license and
5  use their driver's license when they apply for a voter
6  registration certificate, have they?
7           MR. SHORTER: To my knowledge, no, sir.
8           SEN. WATSON: And the truth is you
9  wouldn't have any way of putting that data together,
10 would you?
11          MR. SHORTER: Not as an agency alone.
12          SEN. WATSON: Well, if I told you that
13 the Texas Department -- you'd have to go to DPS?
14          MR. SHORTER: Probably. That's one of
15 the agencies that pops into my head.
16          SEN. WATSON: And I think we talked a
17 little bit earlier today -- I think I showed you an
18 answer that DPS has given. You wouldn't be surprised
19 to know that DPS is not aware of any studies regarding
20 a way to demonstrate whether certain populations or
21 demographic groups are less likely to secure a
22 driver's license than others, you weren't surprised
23 when I shared that with you earlier today, were you?
24          MR. SHORTER: No, sir. I recall.
25          SEN. WATSON: Yeah. Thank you very

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 12 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 225 of 265

697

1   much, and I really do appreciate it along with
2   everybody that you've given us so much time.
3           SEN. DUNCAN: Thank you, Sen. Watson.
4   The Chair recognizes Sen. Patrick.
5           SEN. PATRICK: Thank you, Mr. Chairman.
6   Just a quick question. There was an earlier comment
7   made that it was very unlikely that someone would vote
8   twice in 30 minutes. But the truth is if someone did
9   fraudulently get, let's just say ten voter
10  registrations, and they didn't send in a name like
11  Mickey Mouse but sent in a very normal name that
12  wouldn't catch anyone's attention. And if I had ten
13  cards or that person had ten cards, they could go to
14  one precinct and vote, and they could go down the
15  street to another precinct and vote --
16          MR. SHORTER: (Nodded)
17          SEN. PATRICK: -- and another precinct
18  and vote because they'd go in over a different
19  registration card each time.
20          MR. SHORTER: Okay.
21          SEN. PATRICK: So a person could, if
22  they wanted to, or they could register in the same
23  precinct and go back three days later if they started
24  during early voting. Right?
25          MR. SHORTER: Repeat your -- repeat the

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 13 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 226 of 265

698

```
 1   last part of your question.
 2                SEN. PATRICK:  The last part of the
 3   question, if you had registrations in the same
 4   precinct, you could go back over a period of multiple
 5   days if you were willing to take that risk and vote.
 6   So a person could vote more than once.  I mean, it's
 7   not an extreme thought that someone could register
 8   under several different names.
 9                MR. SHORTER:  It's a hype -- it is one
10   of those hypotheticals that could happen.
11                SEN. PATRICK:  All right.  Thank you.
12                SEN. DUNCAN:  Thank you, Sen. Patrick.
13   The Chair recognizes Senator -- do you want to go
14   ahead, Sen. Watson, and enter -- you've got a document
15   you want to enter?
16                SEN. WATSON:  Yeah, let me just ask a
17   quick question.  I should have done that.  Do you have
18   a clean copy of the sheet that has Question No. 5, the
19   answer from the House Elections Committee that we
20   could make an exhibit for our record?
21                MR. SHORTER:  Yes, sir.
22                SEN. WATSON:  Okay.  We'll wait until
23   you're done, but if you'll just remind me of that,
24   we'll attach that after your testimony.
25                MR. SHORTER:  Yes, sir.
```

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 14 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 227 of 265

699

1    SEN. WATSON:  Thank you very much.
2    Thank you, Mr. Chair, for letting me do that out of
3    order.
4    SEN. DUNCAN:  The Chair recognizes
5    Sen. Davis.
6    SEN. DAVIS:  Good morning.
7    MR. SHORTER:  Good morning.
8    SEN. DAVIS:  I join my colleagues in
9    saying thank you to you for staying so long with us.
10   And I have a very quick question for you.  I apologize
11   if you've already asked -- been asked this question
12   and answered it, but what is the amount of money that
13   the Secretary of State has set aside in anticipation
14   of the possibility of having to educate our voter
15   community about the requirements -- the new
16   requirements that would be placed upon them under the
17   Senate Bill that we're looking at today?
18   MR. SHORTER:  We haven't determined the
19   actual amount, Senator.  We are looking at all of our
20   opportunities and looking at the available resources
21   we already existed -- already have.  We know right
22   now -- if there were no other funding, we know that we
23   have access to $2 million through our current HAVA
24   Funds for voter education.
25   What we need to do now is -- and we feel

Case 2:13-cv-00193 Document 675-19 Filed on 11/11/14 in TXSD Page 15 of 16
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 228 of 265

700

1  comfortable based on the projections -- being that it
2  is not a Presidential Election year, we feel
3  comfortable that we can do what needs to be done
4  within that window.  There are also some opportunities
5  potentially for us to maybe draw down some additional
6  HAVA Funds.  We're not -- we're investigating that as
7  well.
8              So what we're looking at is if this bill
9  is passed as it is, staff is looking at, based on
10 access to HAVA dollars, what would it cost to do this,
11 to implement this, to do the training, to do the voter
12 education statewide.  We don't have those figures yet.
13 However, based on past precedent within the agency and
14 with the access to those federal funds, we feel like
15 we can do it with those funds and be consistent with
16 how we've done it every year.
17             SEN. DAVIS:  Let's say we weren't
18 examining the issue that's before us right now and we
19 weren't going to create any kind of new voter ID
20 requirement in the State of Texas.  What would the
21 Secretary of State's Office have used that $2 million
22 amount for?  What kind of educational programs do you
23 typically engage in?
24             MR. SHORTER:  Well, we don't -- we don't
25 anticipate this particular bill consuming all of

Case 2:13-cv-00193   Document 675-19   Filed on 11/11/14 in TXSD   Page 16 of 16
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 229 of 265

701

1  that -- those funds. For instance, our entire effort
2  last year would focused on some key things. And if
3  you don't mind, I'd like to kind of just --
4           SEN. DAVIS: I'd appreciate that.
5           MR. SHORTER: -- share with you some of
6  the ideas from talking with our staff on voter
7  education. In 2008 we have what's called a Vote Texas
8  Program. That's our voter education program. That
9  focuses on newspaper, radio, TV, PSAs, interactive
10 Web. It allows us an opportunity to be creative to
11 reach the people where they are, and we do several
12 things: We focus on the basics of education. Number
13 one, how to vote, what needs to happen to vote, where
14 to vote, where are you going to vote, what do you
15 bring -- what do you need to bring with you to vote.
16 If this were -- if this bill were to pass, what would
17 you need to bring to vote would be the -- it would
18 change.
19          We're at a point in our development
20 where we can now make those changes. Theoretically
21 what happens in the Secretary of State's Office is we
22 get through with the session, we look at all of the
23 changes and we use the summer months -- we use the
24 spring to answer all your questions and start
25 planning. We have certainty after the session as to