702

1    what you as a legislative body have given us, the

2    mandates and directions you have given us.  We use

3    that time then to start implementing, plugging in.

4                  One of the other things we do is what is

5    the process and -- what is the actual process and then

6    what are the rights of the voters.  So based on that,

7    it seems very plausible that we would be able to take

8    the directives of this bill or any bill that you as a

9    legislature provide and fit it into that formula and

10   meet HAVA requirements for what we are mandated to do

11   in terms of educating our voters.

12                  SEN. DAVIS:  And in the past when you've

13   implemented a program like that, and I gather from

14   what you're saying you've engaged in exactly this kind

15   of --

16                  MR. SHORTER:  Yes, ma'am.

17                  SEN. DAVIS:  -- education effort before,

18   what would the cost be in a typical election cycle for

19   you to administer that program?

20                  MR. SHORTER:  Last year we -- last

21   year -- the last election cycle was $3 million.

22                  SEN. DAVIS:  It was $3 million.  And

23   that's $3 million educating a voter group that has for

24   many years been operating under the same rules

25   repeatedly.  Correct?

703

```
 1              MR. SHORTER:  Yes, if there were -- I
 2    came to the agency during the middle of that process.
 3    If there were legislative changes during the last
 4    legislative cycle, those changes were intertwined into
 5    the voter education process.  I'm not -- I'll have to
 6    go back and ask what changes were made during the last
 7    legislative session that would have affected how we
 8    rolled out this particular -- last year's initiative.
 9              For instance, within all of that,
10    there's also the Project Vote where we start -- the
11    education process of educating voters starts also at
12    the age of educating our school-aged kids.
13    1.1 million people -- 1.1 million students in over 300
14    school districts last year participated in Project
15    Vote.  So those were some extra things that we've
16    always done even with legislation like this we will
17    still be able to do because we have it down to a
18    science now on how to do it, and we've been able to
19    bring those costs down.
20              SEN. DAVIS:  And now that you have it
21    down to a science and in the last election cycle given
22    that you have it down to a science, you've spent, you
23    said, about $3 million on the program.  Could you
24    anticipate a scenario where with a new voter ID
25    requirement, one that is, well, quite lengthy in terms
```

704

1   of the amount of paper that it this takes up on the

2   bill that's been proposed, could you anticipate given

3   the need to educate on so many new features of a voter

4   program that it might cost you more than $3 million to

5   educate Texans on that program?

6               MR. SHORTER:  Senator, based on past

7   precedent, I think it will be highly unlikely that the

8   expenses would increase that much because many of the

9   things that this bill is requiring us to do we're

10  already doing it on legislation that has existed for a

11  long time.

12              When we have a poll -- when we have the

13  poll worker training or the training for Election

14  Officials, it's very detailed information, and there

15  are little tweaks that the legislature makes, and

16  these are not 30-minute trainings.  These are

17  generally two- to three-day trainings.  So it's not

18  like if we -- if this bill were implemented the

19  training needs would be -- or the training modules

20  that will be developed would be any different than the

21  modules that we are already developing because the

22  ones we're developing now are pretty extensive.

23              SEN. DAVIS:  And did the $3 million

24  figure that you -- that you cited a moment ago on your

25  voter outreach program in the last election cycle, did

705

```
1    that include the costs of training poll workers on

2    whatever tweaks came in the last legislative session?

3                    MR. SHORTER:  It is my understanding

4    that it did, but, Senator, I don't mind verifying that

5    for you to make sure that it's all-inclusive.

6                    SEN. DAVIS:  I would appreciate that.

7    And if you could provide us with information in terms

8    of exactly what that poll training looked like, the

9    poll worker training looked like, I would appreciate

10   that.

11                   MR. SHORTER:  Senator, we're very

12   excited about our poll worker training because we have

13   two aspects:  It can be done in person, but we also

14   have poll worker training now that can be done on

15   line.  And one of the things we're really trying to

16   do -- and with the hope of encouraging more people to

17   volunteer or sign up to be poll workers.

18                   SEN. DAVIS:  Would you anticipate that a

19   bill suggesting the changes of this magnitude might be

20   a more complex training program -- that might require

21   a more complex training program than you've had to

22   engage in in the past where the legislature may have

23   tweaked, to use your word, the voter requirements?

24                   MR. SHORTER:  And maybe, Senator, using

25   the word "tweaked" was not probably the appropriate
```

706

```
 1   word to use.  I don't see anything at this point that

 2   would cause me as the operations person within the

 3   agency to be alarmed.

 4              SEN. DAVIS:  Okay.  Thank you.  I

 5   appreciate it.

 6              SEN. DUNCAN:  All right.  Thank you,

 7   Sen. Davis.  There are no other members in the queue

 8   to ask questions.  So, Mr. Shorter, you are excused.

 9   Thank you for your testimony.

10              MR. SHORTER:  Thank you, Mr. Chairman.

11              TESTIMONY BY DENNIS BOREL

12              SEN. DUNCAN:  The Chair calls Dennis

13   Borel.  Mr. Borel, do you have written testimony?

14              MR. BOREL:  (Inaudible)

15              SEN. DUNCAN:  Do you have pictures for

16   us?  All right.  We'll need to get those marked at the

17   right time.

18              MR. BOREL:  Good morning.  My name is

19   Dennis Borel with the Coalition of Texans with

20   Disabilities.  Yes, I am from the Texas --

21              SEN. DUNCAN:  Hang on just a minute.

22              MR. BOREL:  Sure.

23              SEN. DUNCAN:  We need to get your timer

24   started.

25              MR. BOREL:  Okay.
```

TX_00004595