TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS

IN RE: §
§
CONSIDERATION OF §
SENATE BILL 14 §





COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011

BE IT REMEMBERED THAT AT 8:05 a.m., on Tuesday, the 25th day of January 2011, the above-entitled matter continued at the Texas State Capitol, Senate Chamber, Austin, Texas, before the Committee of the Whole Senate. The following proceedings were reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim Pence, Certified Shorthand Reporters.

VOLUME 2                                             PAGES 20 - 542

```
 1                CHAIRMAN DUNCAN:  All right.  Thank you,
 2   Ms. McGeehan.
 3                The Chair recognizes Senator Davis.
 4                QUESTIONS FROM SENATE FLOOR
 5                SEN. DAVIS:  Hello.  Good evening.  Thank
 6   you so much for being here with us to provide answers
 7   for our questions.  I know you've had a long day.
 8                I just want to ask you a few questions
 9   about the current state of voter education as its taking
10   place today in the Secretary of State's Office.  Can you
11   describe for us the use of the HAVA funds and how those
12   are currently being used today?
13                MS. McGEEHAN:  We received -- when
14   Congress passed the Help America Vote Act, the state of
15   Texas received a set amount of funds.  And pursuant to
16   the Help America Vote Act, there are certain purpose
17   areas that we can use those funds for, and one of the
18   purpose areas is voter education.  So since two -- we
19   have conducted three statewide education -- voter
20   education programs, one in 2006, one in 2008 and one in
21   2010 using those federal dollars.  And they have been --
22   we've worked with a public education firm to do
23   research, and then they develop creative material.  We
24   run PSAs on TV, radio.  In this last cycle, 2010, we
25   used the Internet quite a bit as well.
```

```
 1              SEN. DAVIS:  That's the amount that was
 2  given to the state of Texas?
 3              MS. McGEEHAN:  Yes.
 4              SEN. DAVIS:  Okay.  And so of that amount,
 5  how much have we spent so far?
 6              MS. McGEEHAN:  Let's see here.  We -- I
 7  think we have spent $177,798,488.
 8              SEN. DAVIS:  Okay.  And you described
 9  spending about $3 million over the last three two-year
10  cycles.  How have we spent the balance of that?
11              MS. McGEEHAN:  Well, I mean, the bulk of
12  the money or about half of the money went to counties to
13  obtain HAVA compliant voting systems, electronic voting
14  systems that made -- that complied with HAVA and allowed
15  disabled voters to vote independently.  So let's see.
16  $140 million went to the counties for that purpose.
17              The other program areas are for developing
18  a statewide voter registration system.  We've spent
19  25 million on that.  And then as far as the
20  administrative expenses, we've spent about 2.8 million
21  on that.  For voter education, we've spent 9.5 million
22  so far.
23              SEN. DAVIS:  And what are the -- setting
24  aside the requirements of the bill that's being
25  introduced today, what are the intended plans for the
```

```
 1  budget that I discussed is following that state plan.
 2              SEN. DAVIS:  Okay.  And under that state
 3  plan right now, what portion of funding remains for
 4  voter education?
 5              MS. McGEEHAN:  For voter -- okay.  And
 6  actually to be more precise, what the -- the purpose
 7  area for voter education is for voter education and also
 8  for election official and poll worker training; that's
 9  grouped.  And the amount remaining is between 5 and
10  $7 million.
11              SEN. DAVIS:  Okay.  And that is expected
12  to extend us or to take us through the next how many
13  years under that plan?
14              MS. McGEEHAN:  It will -- again, it's
15  going to depend how extensive our next few voter
16  education programs are because that's what the bulk of
17  the money has been spent on, voter education programs.
18  The average is about 3 million.  So I guess the hope
19  might be for at least two other statewide voter
20  education programs.
21              SEN. DAVIS:  Okay.  And I'm sure you've
22  seen the fiscal note that was a part of this bill.  And
23  by the way, I think it would be very helpful if you
24  would enter that state plan into the record as an
25  exhibit for our further use.
```

1  but it's hard for me to say today exactly how much that
2  may take away from future voter education efforts.
3              SEN. DAVIS:  When was the last time in the
4  state of Texas we made any changes of significance to
5  the voter rules?
6              MS. McGEEHAN:  Probably the -- when we had
7  to implement the federal Help America Vote Act.  That's
8  when provisional voting became a requirement.  There
9  were significant changes to voter registration as to
10 what's required to become a registered voter, and that's
11 why we have these HAVA dollars for voter education.
12             SEN. DAVIS:  And that began in '06.
13 Correct?
14             MS. McGEEHAN:  Correct.
15             SEN. DAVIS:  Okay.  In '06, the Texas
16 voter registration application form changed in
17 accordance with those requirements, it's my
18 understanding, and that's when we began to collect this
19 data that requested a driver's license number or a
20 social security number.  Is that's correct?
21             MS. McGEEHAN:  That's correct.
22             SEN. DAVIS:  Okay.  So we have data, I
23 guess, only from '06, and that would -- would that only
24 be then for new registrants from '06?  If I had already
25 registered to vote prior to that, you wouldn't have that

1  percent number, but the actual number is 2.3 million
2  since 2006. Since January 1, 2006 through December 31,
3  2010, 2.3 million, when they registered, provided their
4  driver's license number.
5           SEN. DAVIS: What's the total number of
6  applications in that time period?
7           MS. McGEEHAN: And the total number -- I
8  think it's going to be just under 3 million, and I'm
9  doing math on the fly. I might have to -- I'd prefer to
10 give that --
11          SEN. DAVIS: Can you provide that
12 information --
13          MS. McGEEHAN: Yes.
14          SEN. DAVIS: -- to us?
15          MS. McGEEHAN: Yes.
16          SEN. DAVIS: That would be appreciated.
17          So what's the number of people who are not
18 filling out either the driver's license number or the
19 social security number in Section 8 but instead are
20 going to Section 9 and signing the attestation clause of
21 Section 9?
22          MS. McGEEHAN: And that's the attestation
23 clause saying they have not been issued either form of
24 ID?
25          SEN. DAVIS: (Nodded)

1  was optional. It was on the form.
2         SEN. DAVIS: Uh-huh. Okay. So we really
3  don't know how many of that group were answering the
4  question voluntarily because they have the number versus
5  those who were not answering it, not because they chose
6  to, but because they did have their driver's license
7  number?
8         MS. McGEEHAN: Yes, you are correct.
9  That's right.
10        SEN. DAVIS: So when we're putting
11 together an estimate of what the cost to educate our
12 voters is going to be and when we think about how
13 significant the changes are that are addressed in this
14 bill, what's your -- what's your process been to try to
15 determine how many people will be impacted and what that
16 voter education is going to need to look like?
17        MS. McGEEHAN: Well, we -- I mean, to be
18 very honest, we haven't done much planning yet. We
19 prepared this fiscal note on Friday. That would be
20 obviously a very important component is trying to
21 identify who the appropriate audiences are, who you need
22 to get the information out to.
23        Senator Williams had approached us earlier
24 today to see if we could do some comparisons to try and
25 further focus in on who those registered voters are that

1   what's required in order to vote in the state of Texas.
2   Why is the number to educate -- on such a sweeping
3   change for what will likely be a much larger group of
4   impacted people in the state of Texas, why is that
5   number so much lower than the $3 million number that's
6   currently being spent for voter education?
7           MS. McGEEHAN: Well, if the -- if a
8   $2 million program is added into an existing $3 million
9   program, then you've got a $5 million program. I mean,
10  our voter education under HAVA is directed to all
11  registered voters. And so, you know, a new voter -- a
12  new photo ID requirement would also need to be directed
13  to all registered voters because it's a change for all
14  voters.
15          SEN. DAVIS: So we're talking about -- I'm
16  sorry to interrupt you. We're talking a $2 million
17  addition to the $3 million that was already intended for
18  voter education in this next two-year cycle.
19          MS. McGEEHAN: Possibly, possibly. I
20  mean, we -- you know, we've got a communications
21  director that would have some input on that. This
22  fiscal note represented what we thought might be a
23  reasonable fiscal note. If we have, you know,
24  legislative direction to take it a different way or do
25  additional outreach, that's fine. But based on the way

1  really nice to have them to do that. We never had that
2  kind of funding before. So if there's a desire to do
3  voter education programs of this -- of this type, then
4  we would need state appropriation.
5          SEN. DAVIS: So these federal funds will
6  take us basically through a one-time voter education
7  drive on the requirements of this new law, but it's not
8  going to take us further than that?
9          MS. McGEEHAN: Not if we use it all,
10 not -- it could possibly use up the remainder of the
11 voter education funds.
12         SEN. DAVIS: Okay. So we've talked about
13 the voter education. Talk to us a little bit about the
14 costs of training the poll workers and the registrars.
15         MS. McGEEHAN: We currently have several
16 training programs for -- well, we have training programs
17 for the county election officials and then other
18 training programs for the poll workers. We have an
19 online training program. We have a video. We have
20 handbooks. So we would have to update all of those --
21 all those different formats of training.
22         SEN. DAVIS: And what's the anticipated
23 costs for updating all those forms of training?
24         MS. McGEEHAN: We don't usually put a
25 fiscal note when there's a change in state law and we