PL922
9/2/2014
2:13-cv-00193

| | |
|---|---|
| From: | Wroe Jackson |
| To: | 'macgregor.stephenson@gov.texas.gov' |
| CC: | Coby Shorter |
| Sent: | 9/26/2013 1:26:41 PM |
| Subject: | "No" Counties |
| Attachments: | Copy of EIC County Judges.xlsx |

The following counties have declined, based on lack of facilities, staffing, population, or some combination of those three.

Blanco
Briscoe
Collingsworth
Concho
Delta
Edwards
Jackson
King

Elections is also waiting on a response from Cochran and Foard Counties. (The Foard County sheriff is in court today, but has been made aware of the message.)

Attached, please find the compiled information from these counties, including comments from the phone conversations between Elections and the counties. The original point of contact was the Tax Assessor-Collector or County Clerk; county judges are listed on this draft of the material.

Please advise.

Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

Please note my new email address effective immediately: wjackson@sos.texas.gov



TEX00300597

| | |
|---|---|
| From: | Wroe Jackson |
| To: | Bodisch, Robert (Robert.Bodisch@dps.texas.gov) |
| CC: | Coby Shorter; Keith Ingram (kingram@sos.texas.gov); 'macgregor.stephenson@gov.texas.gov'; John Scott (john.scott@texasattorneygeneral.gov) |
| Sent: | 9/27/2013 1:11:24 PM |
| Subject: | Final Information - 79 Counties |
| Attachments: | 79 Counties Final.xlsx |

Mr. Bodisch,

Following an extensive outreach program by the Office of the Secretary of State's Elections Division, we are able to provide the attached list of those counties in which there is not a DPS DL facility and their willingness to participate in an EIC mobile station program.

While the attached spreadsheet is self-explanatory, I wanted to draw your attention to a few items.

First, we will not be hearing anything from Cochran County until Monday as key staff is not available until then.

Second, Blanco, Briscoe, and Concho Counties have declined the use of these mobile stations in their county facilities and will not make staff available. Most other counties who originally declined, as discussed below, have some concerns along these lines, but have agreed to work with DPS in order to make this happen either through facilities or staffing. Therefore, it may be necessary in these three counties to work on alternate locations staffed by DPS CSR's.

Similarly, Foard, Collingsworth, Edwards. Jackson, and King Counties have requested some assistance with staffing, but have pledged available space. Some counties have also advised that a DPS facility exists in their county and asked if that could be used to host the mobile stations (even though that facility is not a DL facility): Armstrong, Hudspeth, and Motley. Also, I'll note that Sutton and Kimble Counties are listed, but do have "scheduled" DL facilities.

The remaining counties on the list have agreed to participate, but may need additional time to clear the issue with their commissioners court or county judge. The initial contact for our office has been listed by county. It is worth noting that our feeling is that some of these counties may be nervous about the increased responsibility that the EIC program will give to their already over-burdened staff, but I think some frank discussion and reassurance from DPS would be most helpful.

Ideally, SOS would like to send a communication to our county contacts letting them know that DPS will be their contact going forward, specifically regarding the equipment and training. If there is a specific contact on this project for them, please let me know as soon as possible and we can alert the counties to that fact.

Thanks to DPS for all the hard work on identifying these areas. Please let anyone in our office know if you have questions regarding the counties or the information provided.

Sincerely,
Wroe Jackson

Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov



This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.

Please note my new email address effective immediately: wjackson@sos.texas.gov

| | |
|---|---|
| From: | Bodisch, Robert |
| To: | MacGregor Stephenson; Kathy Walt |
| CC: | Bodisch, Robert; McCraw, Steven; Coby Shorter; Peters, Joe; Rodriguez, Tony; Watkins, Paul |
| Sent: | 2/10/2014 10:59:03 AM |
| Subject: | EIC Update |
| Attachments: | EIC Counties Not Participating List (2).docx; EIC County Participation Master Matrix.xlsx |

MacGregor, Kathy: Since my February 4 update, and relative to the counties without a permanent driver license office, we have picked up two more counties, Goliad and Karnes, which now gets us down to 31 counties that DPS will staff. (**We have also been successful in securing agreements with three additional counties, Crockett, Hudspeth & Upton, but only after the Primary at their request.) Meetings/negotiations continue with the remaining 28 counties and I will update as we secure additional agreements. (See attached)

I have also attached the Master Matrix which reflects the dates, times, locations of the DPS staffed locations. We will add additional days to the matrix to make up for office closures due to severe weather days.

Last week we trained (23) Secretary of State personnel who will assist in the Special Mobile EIC effort. DPS will pair a trained driver license/EIC person to work with the SOS folks the first time they deploy to ensure they are comfortable with the processes. As of this morning we do not have a request for a mobile EIC. The SOS is handling these requests and DPS stands ready to respond.

As of this morning, there have been 151 EICs issued, with 4 pending approval.

We are conducting synchronization meetings every morning at 0830 hrs which includes all driver license senior staff and the regional driver license managers.

Late Friday we were also informed that James Bass, Interim Executive Director TxDOT, has agreed to meet with me and Coby Shorter to discuss EIC assistance from his agency. We are working an appointment for early this week. Will keep you posted on the outcome of this meeting.


Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov





EXHIBIT 17

TEX0524004

From: Hodge, Daniel
To: Bodisch, Robert; 'CShorter@sos.state.tx.us'
Sent: 6/28/2013 10:50:41 AM
Subject: Re: Fwd: RollUp

Good info. Thanks for passing along.

DH

From: Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
Sent: Thursday, June 27, 2013 04:49 PM
To: Hodge, Daniel; Coby Shorter <cshorter@sos.state.tx.us>
Subject: Fwd: RollUp

FYI

Robert J. Bodisch
Assistant Director/Chief of Staff,
Texas Homeland Security
Texas Dept. of Public Safety
512-424-2368 w
robert.bodisch@dps.texas.gov


Begin forwarded message:

From: "Peters, Joe" <Joe.Peters@dps.texas.gov>
Date: June 27, 2013, 16:47:52 CDT
To: "McCraw, Steven" <Steven.McCraw@dps.texas.gov>, "MacBride, Cheryl" <Cheryl.MacBride@dps.texas.gov>, "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>, "Nolte, Candace" <Candace.Nolte@dps.texas.gov>
Subject: FW: RollUp

The below EIC totals are cumulative from 8:00 a.m. 26 Jun through 4:00 p.m. today.

Joe

Joe Peters
Assistant Director
Driver License Division
Texas Department of Public Safety
P.O. Box 4087
Austin, TX 78773
Office: 512-424-5899
joe.peters@dps.texas.gov


cid:image003.pr



From: Keith Ingram
To: Coby Shorter; Wroe Jackson
CC: Alicia Pierce
Sent: 9/30/2013 5:10:21 PM
Subject: Fwd: No EICs issued today at Tarrant mobile sites

FYI

Sent from my iPhone

Begin forwarded message:

From: Steve Raborn <SRRaborn@TarrantCounty.com>
Date: September 30, 2013 at 5:08:55 PM CDT
To: "Keith Ingram (KIngram@sos.texas.gov)" <KIngram@sos.texas.gov>
Subject: No EICs issued today at Tarrant mobile sites

I am told there were a number of inquiries, but no EIC's issued. At two of the sites I visited, there were potential applicants that had arrived without the necessary documents (such as birth certificate). One said he/she would return to a different mobile site tomorrow, one said he/she would go to DPS because they really wanted a state ID rather than an EIC.

Steve Raborn
Tarrant County Elections Administrator
2700 Premier Street
Fort Worth, Texas 76111
817.831.6480
srraborn@tarrantcounty.com


EXHIBIT 19

From: Coby Shorter
To: Wroe Jackson
Sent: 7/12/2013 11:32:30 AM
Subject: Fwd: 11 July EIC Report

Coby Shorter, III

Begin forwarded message:

From: "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>
Date: July 11, 2013, 5:00:50 PM CDT
To: "daniel.hodge@oag.state.tx.us" <daniel.hodge@oag.state.tx.us>, "cshorter@sos.state.tx.us" <cshorter@sos.state.tx.us>
Subject: FW: 11 July EIC Report

FYSA

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



Zero issuances today
Three inquiries statewide

| | | 11 July EIC Report | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | | |

EXHIBIT 20

TEX00462879