PL955
9/2/2014
2:13-cv-00193

| Table VI.4.A.  Percent NO MATCH Among Those Who Voted in 2012*, Using Ecological Regression | | |
|---|---|---|
| RACE | 2010 | 2012 |
| Anglo | 1.0% (+/-0.1) | 1.7% (+/-0.04) |
| Black | 4.4% (+/-0.2) | 6.2% (+/-0.2) |
| Hispanic | 2.7% (+/- 0.1) | 3.1% (+/-0.1) |
| N | 15,652 | 15,669 |
| R-Squared | .080 | .185 |
| | Gross Percentage Point Difference | |
| Black% – Anglo% | 3.4% | 4.5% |
| Hispanic% – Anglo% | 1.7% | 1.5% |
| | Relative Rate of NO MATCH | |
| Black %/Anglo % | 340% | 265% |
| Hispanic%/Anglo% | 170% | 82% |

* Universe:  All Registration Records in TEAM less records indicated as Deceased by State of Texas Database

| Table VI.4.B.  Percent NO MATCH and NO MATCH/NOT EXEMPTION ELIGIBLE Among Those Who Voted in 2010 or 2012*, Using Catalist Racial Data | | | | |
|---|---|---|---|---|
| | NO MATCH | | NO MATCH / NOT EXEMPTION ELIGIBLE | |
| RACE | 2010 | 2012 | 2010 | 2012 |
| Anglo | 47,993 (1.4%) | 113,507 (2.2%) | 42,585 (1.3%) | 101,181 (1.9%) |
| Black | 14,954 (2.9%) | 45,509 (4.5%) | 12,233 (2.4%) | 38,194 (3.8%) |
| Hispanic | 13,221 (2.0%) | 29,965 (2.2%) | 11,032 (1.7%) | 25,624 (1.9%) |
| Other | 780 (0.8%) | 2,117 (0.9%) | 716 (0.7%) | 1,947 (0.9%) |
| All | 76,948 (1.7%) | 191,098 (2.4%) | 66,566 (1.4%) | 166,946 (2.1%) |
| | Gross Percentage Point Disparity | | | |
| Black% – Anglo% | 1.5% | 2.3% | 1.1% | 1.9% |
| Hispanic% – Anglo% | 0.6% | 0.0% | 0.4% | 0.0% |
| | Percent Difference in Rate of NO MATCH | | | |
| (Black%-Anglo%) /Anglo% | 107% | 105% | 85% | 100% |
| (Hispanic% - Anglo %) /Anglo% | 43% | 0% | 31% | 0% |

* Universe:  All Registration Records in TEAM less records indicated as Deceased by State of Texas Database

| Table VII.1.A. Rates of NO MATCHES by Race Under Varying Definitions of the Potential Pool of Registered Voters* Ecological Regressions Using Census Racial Data | | | | |
|---|---|---|---|---|
| Race | Excluding Catalist Deceased, Deadwood, or NCOA | Excluding Suspense Voters From Pool of Registered | Excluding Expired ID from Pool of Registered | Excluding Catalist Flagged Records or Suspense Voter or Expired ID |
| Anglo | 3.4% (+/- 0.1) | 2.9% (+/- 0.1) | 2.1% (+/- 0.05) | 1.9% (+/- 0.05) |
| Black | 11.3% (+/-0.2) | 10.2% (+/ 0.2) | 7.6% (+/- 0.2) | 7.3% (+/- 0.2) |
| Hispanic | 8.5% (+/- 0.2) | 7.9% (+/- 0.2) | 5.4% (+/- 0.1) | 5.2% (+/- 0.1) |
| N | 15,672 | 15,670 | 15,673 | 15,672 |
| R-Squared | .358 | .328 | .276 | .270 |
| | Gross Percentage Point Disparity | | | |
| Black% – Anglo% | 8.2% | 7.9% | 5.5% | 5.4% |
| Hispanic% – Anglo% | 5.1% | 5.0% | 3.3% | 3.3% |
| | Percent Difference in Rate of NO MATCH | | | |
| (Black%- Anglo%) /Anglo% | 232% | 252% | 262% | 282% |
| (Hispanic% - Anglo %) /Anglo% | 150% | 172% | 157% | 174% |

* Universe: All Registration Records in TEAM less records indicated as Deceased by State of Texas Database

| Table VII.1.B.  Rates of NO MATCHES by Race Under Varying Definitions of the Potential Pool of Registered Voters* Using Catalist Racial Data | | | | |
|---|---|---|---|---|
| Race | Excluding Catalist Deceased, Deadwood, or NCOA | Excluding Suspense Voters From Pool of Registered | Excluding Expired ID from Pool of Registered | Excluding Catalist Flagged Records or Suspense Voter or Expired ID |
| Anglo | 364,706 (4.9%) | 315,418 (4.3%) | 245,510 (3.6%) | 167,712 (2.5%) |
| Black | 137,789 (9.0%) | 123,964 (8.3%) | 95,917 (5.9%) | 86,591 (5.1%) |
| Hispanic | 174,952 (6.3%) | 159,307 (5.8%) | 115,488 (4.0%) | 86,591 (3.5%) |
| Others | 10,940 (2.4%) | 9,367 (2.1%) | 8,088 (1.7%) | 5,750 (1.4%) |
| All | 688,387 (5.6%) | 608,056 (5.1%) | 465,003 (3.6%) | 327,132 (3.0%) |
| Gross Percentage Point Disparity | | | | |
| Black% – Anglo% | 4.1% | 4.0% | 2.3% | 2.6% |
| Hispanic% – Anglo% | 1.4% | 1.5% | 0.4% | 1.0% |
| Percent Difference in Rate of NO MATCH | | | | |
| (Black%- Anglo%) /Anglo% | 84% | 93% | 64% | 104% |
| (Hispanic% - Anglo %) /Anglo% | 29% | 35% | 11% | 40% |

* Universe:  All Registration Records in TEAM less records indicated as Deceased by State of Texas Database

PL959
9/2/2014
2:13-cv-00193

| Table VII.2.  Validation of Results With Alternative Racial Classification: Using Records With the Highest Confidence in the Racial Classification* | | |
|---|---|---|
| Race | NO MATCH | MATCH |
| Anglo | 223,113 (4.6%) | 4,591,961 (95.4%) |
| Black | 51,529 (10.7%) | 428,483 (89.3%) |
| Hispanic | 77,370 (6.2%) | 1,179,969 (92.9%) |
| Other | 4,252 (1.9%) | 216,250 (98.1%) |
| All | 356,264 (5.3%) | 6,416,663 (94.7%) |
| | Gross Percentage Point Disparity | |
| Black% – Anglo% | 6.1% | |
| Hispanic% – Anglo% | 1.6% | |
| | Percent Difference in Rate of NO MATCH | |
| (Black%-Anglo%) /Anglo% | 133% | |
| (Hispanic% - Anglo %) /Anglo% | 35% | |

*Universe:  All Registration Records in TEAM Assign a Racial Classification with High Confidence less records indicated as Deceased by State of Texas Database

| Table VII.3.  Validation of Results With Alternative Racial Classification Using Spanish Surname Voter Registrations:  Comparison of No-Match rates of Spanish Surname Registered Voters and Others* | | |
|---|---|---|
| Race | NO MATCH | MATCH |
| SSVR | 195,398 (6.4%) | 2,878,228 (93.6%) |
| Non-SSVR | 591,321 (5.7%) | 9,822,638 (93.6%) |
| All | 786,719 (5.8%) | 12,700,866 (94.2%) |
| | Gross Percentage Point Disparity | |
| SSVR – Non-SSVR | 0.7% | |
| | Percent Difference in Rate of NO MATCH | |
| (SSVR – Non-SSVR)/Non-SSVR | 12% | |

* Universe:  All Registration Records in TEAM less records indicated as Deceased by State of Texas Database

PL961
9/2/2014
2:13-cv-00193

| Table VII.4.  Identification Match versus Disability Exemption Eligible* | | | | |
|---|---|---|---|---|
| | | Disability Exemption Eligible | | |
| STATE OR FEDERAL ID | | No Match to Disability | Match to Disability | ALL |
| | No Match | 701,696 | 85,031 | 786,727 |
| | Match | 11,839,587 | 861,280 | 12,700,867 |
| | ALL | 12,541,283 | 946,311 | 13,487,594 |

* Universe:  All Registration Records in TEAM less records indicated as Deceased by State of Texas Database

PL962
9/2/2014
2:13-cv-00193

| Table VIII.1a.   Percent of Registered Anglos, Hispanics, and Blacks in Catalist Database who Voted in the State of Texas in 2010 and 2012: Current Active and Suspense Voters | | | | | | |
|---|---|---|---|---|---|---|
| | 2010 | | | 2012 | | |
| | % Voted | Number Voted | Number Not Voting | % Voted | Number Voted | Number Not Voting |
| Anglo | 41.8% | 3,364,053 | 4,689,493 | 64.3% | 5,169,740 | 2,874,078 |
| Hispanic | 22.0% | 655,046 | 2,320,565 | 45.0% | 1,340,119 | 1,635,492 |
| Black | 31.3% | 527,216 | 1,156,753 | 59.8% | 1,007,153 | 676,821 |
| Gross Percentage Point Disparity | | | | | | |
| Anglo% Vote- Black%Vote | 10.5% | | | 4.5% | | |
| Anglo% Vote- Hisp% Vote | 19.8% | | | 20.3% | | |
| Percent Difference in Rate of Voting | | | | | | |
| (Black%- Anglo%) /Anglo% | 34% | | | 8% | | |
| (Hispanic% - Anglo %) /Anglo% | 90% | | | 43% | | |

PL 963
9/2/2014
2:13-cv-00193

| Table VIII.1b.   Percent of Registered Anglos, Hispanics, and Blacks in Catalist Database who Voted in the State of Texas in 2010 and 2012: Current Active Voters Only | | | | | | |
|---|---|---|---|---|---|---|
| | 2010 | | | 2012 | | |
| | % Voted | Number Voted | Number Not Vote | % Voted | Number Voted | Number Not Vote |
| Anglo | 44.0% | 3,260,374 | 4,157,144 | 68.2% | 5,056,818 | 2,360,700 |
| Hispanic | 23.1% | 636,741 | 2,121,984 | 47.6% | 1,312,378 | 1,446,347 |
| Black | 33.2% | 509,403 | 1,024,863 | 63.4% | 973,266 | 561,000 |
| | Gross Percentage Point Disparity | | | | | |
| Anglo % - Black % | 9.8% | | | 5.2% | | |
| Anglo % - Hispanic % | 20.9% | | | 20.6% | | |
| | Percent Difference in Rate of Voting | | | | | |
| (Black%- Anglo%) /Anglo% | 33% | | | 8% | | |
| (Hispanic% - Anglo %) /Anglo% | 90% | | | 43% | | |

| Table VIII.2a.   Ecological Regression Estimates of Registration as a Percent of Voting Age Population for Anglos, Hispanics, and Blacks in the State of Texas*  (95 Percent Confidence Interval in Parentheses) | | | | |
|---|---|---|---|---|
| | 2006 | 2008 | 2010 | 2012 |
| Anglo** | 82.5% (± 1.0) | 87.1% (± 0.8) | 86.0% (± 0.8) | 84.7% (± 0.8) |
| Hispanic | 55.0% (± 1.8) | 55.0% (± 1.6) | 53.0% (± 1.4) | 50.5% (± 1.4) |
| Black | 68.5% (± 1.6) | 70.5% (± 2.8) | 76.6% (± 2.0) | 64.7% (± 2.6) |
| Number of Cases (VTDs) | 8660 | 8660 | 8660 | 8660 |
| R-Square | .115 | .167 | .211 | .221 |
| Gross Percentage Point Disparity | | | | |
| Anglo%-Black% | 14.0% | 16.6% | 9.4% | 20.0% |
| Anglo%-Hispanic% | 27.5% | 32.1% | 33.0% | 34.2% |
| Percent Difference in Rate of Registration | | | | |
| (Black%-Anglo%)/Anglo% | 20% | 24% | 12% | 31% |
| (Hispanic% -Anglo %)/Anglo% | 50% | 58% | 62% | 68% |

* Level of analysis:  VTD;  Dependent variable:  Number Registered (on TEAM) divided by CVAP; Weighted by CVAP; Multiple Regression of Percent CVAP Registered on HCVAP Percent and BCVAP Percent.

** Includes Others.

| Table VIII.2b.   Ecological Regression Estimates of Registration as a Percent of Citizen Voting Age Population for Anglos, Hispanics, and Blacks in the State of Texas*(95 percent confidence intervals in parentheses) | | | | |
|---|---|---|---|---|
| | 2006 | 2008 | 2010 | 2012 |
| Anglo** | 83.6% | 88.0% | 86.8% | 87.2% |
| | (± 0.9) | (± 0.8) | (± 0.7) | (± 0.7) |
| Hispanic | 80.7% | 81.4% | 79.0% | 75.7% |
| | (± 2.1) | (± 1.9) | (± 1.4) | (± 1.4) |
| Black | 80.1% | 81.6% | 77.0% | 74.7% |
| | (± 3.0) | (± 2.6) | (± 2.0) | (± 2.5) |
| Number of Cases (VTDs) | 8655 | 8655 | 8655 | 8660 |
| R-Square | .001 | .007 | .007 | .026 |
| Gross Percentage Point Disparity | | | | |
| Anglo%-Black% | 3.4% | 6.4% | 9.8% | 12.6% |
| Anglo%-Hispanic% | 2.9% | 6.6% | 7.8% | 11.6% |
| Percent Difference in Rate of Registration | | | | |
| (Black%-Anglo%)/Anglo% | 4% | 8% | 12% | 17% |
| (Hispanic% - Anglo %)/Anglo% | 4% | 8% | 10% | 15% |

\* Level of analysis:  VTD;  Dependent variable:  Number Registered (on TEAM) divided by CVAP; Weighted by CVAP; Multiple Regression of Percent CVAP Registered on HCVAP Percent and BCVAP Percent.
\*\* Includes Others.

PL966
9/2/2014
2:13-cv-00193

Table VIII.3a.   Ecological Regression Estimates of Voting Rates Among Groups as a Percent of Voting Age Population of Anglos, Hispanics, and Blacks in the State of Texas*

( 95 Percent Confidence Interval in Parentheses)

| | 2006 | 2008 | 2010 | 2012 |
|---|---|---|---|---|
| Anglo** | 36.4% (± 0.4) | 60.8% (± 0.6) | 40.6% (± 0.4) | 61.1% (± 0.5) |
| Hispanic | 8.4% (± 0.7) | 19.2% (± 0.6) | 8.5% (± 0.8) | 18.1% (± 1.0) |
| Black | 12.8% (± 1.2) | 40.2% (± 1.9) | 19.4% (± 1.3) | 39.2% (± 1.8) |
| Number of Cases (VTDs) | 8660 | 8660 | 8660 | 8660 |
| R-Square | .398 | .392 | .442 | .431 |
| | Gross Percentage Point Disparity | | | |
| Anglo%-Black% | 23.6% | 20.6% | 21.2% | 21.8% |
| Anglo%-Hispanic% | 28.0% | 41.6% | 32.2% | 43.0% |
| | Percent Difference in Rate of Voting | | | |
| (Black%-Anglo%) /Anglo% | 184% | 51% | 108% | 56% |
| (Hispanic% - Anglo %) /Anglo% | 333% | 217% | 378% | 238% |

* Level of analysis:  VTD;  Dependent variable:  Number Registered (on TEAM) divided by CVAP; Weighted by CVAP; Multiple Regression of Percent CVAP Registered on HCVAP Percent and BCVAP Percent.

** Includes Others.

Table VIII.3b.   Ecological Regression Estimates of Voting Rates Among Groups as a Percent of Citizen Voting Age Population of Anglos, Hispanics, and Blacks in the State of Texas*
(95 Percent Confidence Interval in Parentheses)

| | 2006 | 2008 | 2010 | 2012 |
|---|---|---|---|---|
| Anglo** | 36.8% | 61.6% | 41.1% | 61.8% |
| | (± 0.4) | (± 0.5) | (± 0.4) | (± 0.5) |
| Hispanic | 13.2% | 29.9% | 13.6% | 28.8% |
| | (± 0.9) | (± 0.6) | (± 0.9) | (± 1.2) |
| Black | 15.0% | 44.7% | 21.8% | 43.3% |
| | (± 1.2) | (± 1.9) | (± 1.3) | (± 1.8) |
| Number of Cases (VTDs) | 8655 | 8655 | 8655 | 8655 |
| R-Square | .273 | .212 | .296 | .244 |
| | Gross Percentage Point Disparity | | | |
| Anglo%-Black% | 21.8% | 16.9% | 19.3% | 18.4% |
| Anglo%-Hispanic% | 23.6% | 31.7% | 27.4% | 33.1% |
| | Percent Difference in Rate of Voting | | | |
| (Black%-Anglo%)/Anglo% | 145% | 38% | 89% | 43% |
| (Hispanic% - Anglo %)/Anglo% | 179% | 106% | 202% | 115% |

* Level of analysis:  VTD;  Dependent variable:  Number Registered (on TEAM) divided by CVAP; Weighted by CVAP; Multiple Regression of Percent CVAP Registered on HCVAP Percent and BCVAP Percent.

** Includes Others.

| Table VIII.4.   Current Population Survey Estimates of Percent of Anglo, Hispanic, and Black Adult Citizens who are Registered and who Voted in the State of Texas* | | | | |
|---|---|---|---|---|
| | Percent Reported Being Registered** | | | |
| | 2006 | 2008 | 2010 | 2012 |
| Anglo | 72.8% (± 3.2) | 73.6% (± 3.0) | 66.9% (± 3.2) | 73.0 % (± 3.0) |
| Hispanic | 58.1% (± 7.0) | 54.3% (± 6.0) | 53.3% (± 7.2) | 54.5% (± 6.8) |
| Black | 64.6% (± 8.8) | 74.0% (± 7.2) | 61.2% (± 7.8) | 72.8 % (± 7.0) |
| | Percent Reported Voting** | | | |
| | 2006 | 2008 | 2010 | 2012 |
| Anglo | 45.2% (± 3.6) | 64.7% (± 3.2) | 43.8% (± 3.2) | 60.9 % (± 3.2) |
| Hispanic | 25.4% (± 6.2) | 37.8% (± 5.8) | 23.1% (± 6.0) | 38.8% (± 6.6) |
| Black | 36.6% (± 9.0) | 65.8% (± 7.8) | 37.7% (± 7.8) | 62.5% (± 7.6) |

*Source:  Current Population Survey, various years, "Voting and Registration and Supplement," Table 4b. http://www.census.gov/hhes/www/socdemo/ voting/publications/p20/index.htm (last accessed June 6, 2014).

**95 Percent Confidence Interval in Parentheses.

PL969
9/2/2014
2:13-cv-00193

| Table VIII.5.   Current Population Survey Estimates of Percent of Registered Anglos, Hispanics, and Blacks who Voted in the State of Texas from 2006 to 2012* | | | | |
|---|---|---|---|---|
| | 2006 | 2008 | 2010 | 2012 |
| Anglo | 62.5% (± 3.2) | 87.8% (± 3.0) | 65.4% (± 3.0) | 83.4 % (± 3.0) |
| Hispanic | 43.8% (± 7.0) | 69.5% (± 6.0) | 43.4% (± 7.2) | 71.3% (± 6.8) |
| Black | 56.7% (± 8.8) | 88.5% (± 7.6) | 61.7% (± 7.8) | 85.9% (± 7.0) |
| | Gross Percentage Point Disparity | | | |
| Anglo% - Black% | 5.8% | -0.7% | 3.7% | -2.5% |
| Anglo% - Hispanic% | 18.7% | 18.3% | 22.0% | 12.1% |
| | Percent Difference in Rate of Voting | | | |
| (Black%- Anglo%) /Anglo% | 10% | -1% | 06% | -3% |
| (Hispanic% - Anglo %) /Anglo% | 43% | 26% | 51% | 17% |

*Source:  Current Population Survey, various years, "Voting and Registration and Supplement," Table 4b.  http://www.census.gov/hhes/www/socdemo/voting/ publications/p20/index.htm(last accessed June 6, 2014).

PL970
9/2/2014
2:13-cv-00193

Table X.1.  Comparison of SSN9 Match and A/D/G/N Match Rates

| Primary Match Using A/D/G/N Combinations | SSN MATCH | | |
|---|---|---|---|
| | NO SSN MATCH | SSN MATCH | Total |
| NO A/D/G/N MATCH | 1,545,754 | 131,885 | 1,677,639 |
| A/D/G/N MATCH | 118,902 | 4,909,281 | 5,028,183 |
| Total | 1,664,656 | 5,041,166 | 6,705,822 |

# Plaintiff Exhibit PL971

# WITHDRAWN

Plaintiff Exhibit
PL972

FILED UNDER SEAL

Plaintiff Exhibit
PL973

FILED UNDER SEAL



Blake Green <blake.green@gmail.com>

## Voter ID Project Coalition Meeting tonight

**Jeremy Brown** <Jeremy.Brown@senate.state.tx.us>                          Mon, Oct 7, 2013 at 2:05 PM
To: "danielle.codova@house.state.tx.us" <danielle.codova@house.state.tx.us>, Myriam Saldivar
<Myriam.Saldivar@house.state.tx.us>, Ryan Hogue <Ryan.Hogue@senate.state.tx.us>, "kgrobkr@aol.com"
<kgrobkr@aol.com>, "vicepresident@haulyp.org" <vicepresident@haulyp.org>, "rlillieins@sbcglobal.net"
<rlillieins@sbcglobal.net>, Ariana Campos <Ariana.Campos@house.state.tx.us>, Tamoria Jones
<Tamoria.Jones@house.state.tx.us>, "nkorigaonkar@naacpldf.org" <nkorigaonkar@naacpldf.org>, Mary Seymore
<Mary.Seymore@house.state.tx.us>, "retherton@neighborhood-centers.org" <retherton@neighborhood-centers.org>,
"tarah.m.taylor@gmail.com" <tarah.m.taylor@gmail.com>, "vote0026@gmail.com" <vote0026@gmail.com>,
"ward@anniseparker.com" <ward@anniseparker.com>, Daisy Mitchell <Daisy.Mitchell@house.state.tx.us>, Crystal Ford
<Crystal.Ford@house.state.tx.us>, "camille@scottmediallc.com" <camille@scottmediallc.com>,
"cfoster@bmilesinsurance.com" <cfoster@bmilesinsurance.com>, "trivera@neighborhood-centers.com"
<trivera@neighborhood-centers.com>, "amin.alehashem@gmail.com" <amin.alehashem@gmail.com>,
"shawtrek@aol.com" <shawtrek@aol.com>, "joecullar@gmail.com" <joecullar@gmail.com>,
"civicengagement@haulyp.org" <civicengagement@haulyp.org>, "rthomas@organizetexas.org"
<rthomas@organizetexas.org>, "k.alexisgunn@yahoo.com" <k.alexisgunn@yahoo.com>, "okieward@gmail.com"
<okieward@gmail.com>, "blake@youngvoter.org" <blake@youngvoter.org>, "Marianela Acuña Arreaza
(marianela@texastable.org)" <marianela@texastable.org>
Cc: Brandon Dudley <Brandon.Dudley@senate.state.tx.us>, Lara Wendler <Lara.Wendler@senate.state.tx.us>,
"Michael.Halpin@mail.house.gov" <Michael.Halpin@mail.house.gov>, "yuroba.harris@mail.house.gov"
<yuroba.harris@mail.house.gov>, Mary Ann Carrion <MaryAnn.Carrion@house.state.tx.us>, Rahul Sreenivasan
<Rahul.Sreenivasan@house.state.tx.us>, Lesley A Nelson <Lesley.Nelson@house.state.tx.us>, Christopher Walker
<Christopher.Walker@house.state.tx.us>, Allison Schmitz <Allison.Schmitz@house.state.tx.us>, Anneliese Vogel
<Anneliese.Vogel@house.state.tx.us>, Amy Bruno <Amy.Bruno@house.state.tx.us>, Brete Anderson
<Brete.Anderson@house.state.tx.us>, Crystal Ford <Crystal.Ford@house.state.tx.us>, Rob Borja
<Rob.Borja@house.state.tx.us>, Karen Loper <Karen.Loper@house.state.tx.us>, Nicole Bates_HC
<Nicole.Bates_HC@house.state.tx.us>, Alison Brock <Alison.Brock@house.state.tx.us>, Mechelle Phillips
<Mechelle.Phillips@senate.state.tx.us>, Jennifer Brader <Jennifer.Brader@house.state.tx.us>, Greg Wythe
<Greg.Wythe@house.state.tx.us>, Milda Mora <Milda.Mora@house.state.tx.us>, Murry Matthews
<Murry.Matthews@house.state.tx.us>, Danielle Cordova <Danielle.Cordova@house.state.tx.us>, Lillie Schechter
<Lillie.Schechter@senate.state.tx.us>

Hello All:

As a reminder there will be coalition meeting on **Monday, October 7, 2013 at the TOP Headquarters**
to update everyone on current outreach efforts  and planning going forward.

If you have any questions please don't hesitate to call at the below number. Thank you for your
consideration.



EXHIBIT
4

4/14/2014 2:10 PM

LYV00000121



Blake Green <blake.green@gmail.com>

## October 15th Voter ID Community Workshop Flyer

**Tarsha Jackson** <tjackson@organizetexas.org>                    Fri, Sep 27, 2013 at 1:42 PM
To: Resha Thomas <rthomas@organizetexas.org>, Marianela Acuña Arreaza <marianela@texastable.org>, Jeremy
Brown <Jeremy.Brown@senate.state.tx.us>, Amin Alehashem <amin.alehashem@gmail.com>, Blake Green
<blake@youngvoter.org>, Tarsha Jackson <tjackson@organizetexas.org>

Greetings All,

Attached you will find an updated flyer for October 15th Voter ID Community Workshop.
Please let me know if you have any questions.

Thanks,

--
Tarsha Jackson
Texas Organizing Project
832-289-2370

> **Election Law Changes Voter ID Flyer.doc**
> 1015K

PL975
9/2/2014
2:13-cv-00193



# ELECTION PROTECTION AND ACCESS TO THE BALLOT IN TEXAS

The proposed Senate Bill 14, known widely as the Texas Voter ID bill, has caused a great deal of confusion although it has yet to be implemented. People are confused and unclear about the rules and what proper identification is needed to cast a vote. The Texas League of Young Voters Education Fund is looking to work with election access partners and coalitions to make sure that everyone, especially young people, are educated about the status of this proposed law.

Last year, the Texas Legislature passed SB 14, the Voter ID law that would create a burden on young voters by not allowing then to use their voter registration card to vote as they have been able to in the past. This bill would not allow the use of student IDs, an ID from another state, work IDs used by a state employee or an expired state issued personal identification or driver's license.

With the long history of voter disenfranchisement in Texas and the confusion of this particular bill, we would have to do significant election protection work for this election cycle. Below are two ways in which we could make this happen:

1. **Launch a comprehensive education campaign** targeting young voters to ensure that they are aware of the election laws and their rights to register and vote; and
2. **Run a comprehensive election protection plan** in major counties and maintain a presence in all voting precincts that will be working in. This includes identifying and training volunteer poll monitors and watchers, as well as working with legal groups for support from the first day of Early Vote period through Election Day.

These components are fundamental to a successful election in November 2012.

### Budget

**Administration**
| | |
|---|---|
| EP Support Staff | $2,500 |
| Volunteer/Recruitment | $1,000 |
| National Allocation | $2,500 |

**Paid Media**
| | |
|---|---|
| Radio Spots | $5,000 |
| Print Ads | $5,000 |

**Field**
| | |
|---|---|
| Early Vote/Election Day | $5,000 |

**Travel**
| | |
|---|---|
| Airfare | $2,500 |
| Ground Transportation | $1,500 |

| | |
|---|---|
| **TOTAL** | **$25,000** |



EXHIBIT

10

Highly Confidential

LYV00000047

# Plaintiff Exhibit
# PL976

# FILED UNDER SEAL

Plaintiff Exhibit
PL977

FILED UNDER SEAL

PL978
9/2/2014
2:13-cv-000193

| Date of Event | Location/Event Name |
|---|---|
| 4/17/2013 | Wheatley |
| 4/18/2013 | Reagan |
| 4/19/2013 | Carnegie Vanguard |
| 4/24/2013 | Reagan |
| 4/25/2013 | Sterling |
| 4/29/2013 | Sterling |
| 5/2/2013 | Austin |
| 5/7/2013 | Jones |
| 5/10/2013 | Houston Heights |
| 5/23/2013 | Chavez |
| 5/31/2013 | Canvass |
| 6/8/2013 | Hip Hop for Health |
| 6/12/2013 | Canvass |
| 6/19/2013 | Juneteenth (TSU) |
| 6/20/2013 | Canvass |
| 6/24/2013 | Canvass |
| 6/25/2013 | Canvass |
| 6/27/2013 | Canvass |
| 7/1/2013 | Canvass |
| 7/3/2013 | Canvass |
| 7/8/2013 | Canvass |
| 7/9/2013 | Canvass |
| 7/16-18/2013 | HH for HIV(worthing) |
| 7/22/2013 | Canvass |
| 7/25/2013 | Canvass |
| 7/23-25/2013 | HH for HIV(sharpstown) |
| 7/29/2013 | Canvass |
| 8/4/2013 | Vans Warped |
| 8/10/2013 | Mayor back to school |
| 8/25/2013 | Dallas |
| 9/6/2013 | U of H Canvass |
| 9/9/2013 | Reagan |
| 9/11/2013 | Houston Can Hobby |
| 9/14/2013 | Canvass |
| 9/15/2013 | Canvass |
| 9/16/2013 | Reagan |
| 9/19/2013 | Chavez |
| 9/21/2013 | Canvass |
| 9/22/2013 | Canvass |
| 9/23/2013 | Hou Can North |
| 9/24/2013 | Yates |
| 9/24/2013 | Madison |
| 9/27/2013 | Hou Heights |
| 9/29/2013 | Higher D Church |
| 9/30/2013 | U of H Downtown |
| 10/1/2013 | Scarborough |
| 10/2/2013 | Scarborough |
| 10/3/2013 | TSU |
| 10/4/2013 | Elisk |
| 10/5/2013 | Sterling |
| 10/6/2013 | Higher D |
| 10/7/2013 | Breakfast Klub |
| 10/7/2013 | Dorm Storm |
| 10/29/2013 | Canvass |

**PL978**
**9/2/2014**
**2:13-cv-000193**

| Date of Event | Location/Event Name |
|---|---|
| 1/14/2014 | office |
| 2/7/2014 | office |
| 2/10/2014 | office |
| 2/13/2014 | Austin HS |
| 2/15/2014 | Discovery Green |
| 2/26/2014 | office |
| 4/25/2014 | Elkins HS |
| 4/29/2014 | BTW HS |
| 5/1/2014 | Kashmere HS |
| 5/2/2014 | Chavez HS |
| 5/7/2014 | Willowridge HS |
| 5/9/2014 | Elisk HS |
| 5/19/2014 | Madison |
| 5/20/2014 | Madison |
| 5/21/2014 | Reagan |
| 7/18/2014 | OTR Concert (houston) |
| 8/1/2014 | OPA Food Truck |

PL979
9/2/2014
2:13-cv-000193

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# JANUARY  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | **31** New Year's Day<br>1. Raymonda's Start<br>2. Nyree's Start Date |
| **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| **8** | **9** | **10** | **11** | **12** | **13** | **14** |
| **15** | **16** M.L. King Day | **17** | **18** | **19** | **20** | **21** |
| **22** | **23** | **24** | **25** | **26** | **27** 1. Fellows Meet an | **28** 1. Fellows Training |
| **29** | **30** | Notes: | | | | |

Calendars by Vertex42.com

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# FEBRUARY  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | 31 | 1 | 2 Groundhog Day | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 Lincoln's B-Day | 13 | 14 Valentines Day | 15 <br> 1. Documentary Tea | 16 Christina Out of Of <br> Raymonda Out of Of <br> Ariana out of office V | 17 Christina Out of Of <br> Raymonda Out of Of <br> Ariana out of office V | 18 Christina Out Office <br> Raymonda Out of Of <br> 1. Coalition for the A <br> Ariana out of office V |
| 19 | 20 Presidents Day | 21 <br> Have a completed lis <br> Ray @ Yates 1:15pm | 22 1. Houston Table I <br> 2. Staff Headshots <br> 4. Fellows - Class On <br> 5. Forum with 100 Bl <br> Ray @ Sterling 11:30 | 23 1. Voter ID Forum <br> 2. Texas Students H <br> Follow Up with Out o <br> 3. CS guest lecture a | 24 1.Texas League F | 25 1. Texas League Fellows Retreat "G <br> Sign Up Fellows for S |
| 26 1. Texas League F | 27 <br> 1. Potential Plaintiff I <br> 2-5pm <br> BP Voter Registratio <br> 10:30 am - 1:30 pm | 28 <br> Potential Plaintiff Dec <br> 3-5pm | 29 <br> Ariana and Christina <br> Potential Plaintiff Dec | | | |
| | | Notes: | | | | |

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# MARCH 2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | **1** | **2** 1. Texas Table Me<br>2. Van training for sta<br>Law Enforcement Hi | **3** |
| **4** | **5** | **6** | **7** 1. Voter ID Meeting<br>2. Voter ID Meeting v | **8**<br>Ariana out of town<br>Jones High School<br>Carnegie Vanguard | **9**<br>Ariana out of town<br><br>Reagan High School<br>Scarborough High S | **10**<br>Ariana out of town |
| **11** Daylight Savings<br>Spring Break | **12**<br>Spring Break | **13** 1. Voter ID Panel a<br>Spring Break | **14**<br>Spring Break<br>Texas League Fellow | **15** St. Patrick's Day<br>Spring Break | **16**<br>Spring Break | **17**<br>Spring Break |
| **18** Vernal Equinox | **19**<br>Wheatley High Scho<br>Chavez High School | **20**<br>Kashmere High Scho | **21** Christina and Blak<br>Yates High School<br>Hastings High Schoo | **22** Christina and Blak | **23** Christina and Blak<br>Jordan High School | **24** Christina and Blake at Bold |
| **25** Christina and Blak | **26** | **27**<br>Worthing High Schoo | **28**<br>Project New America | **29**<br>UH Scholars Book C<br>TSU Pub Affairs Clut | **30**<br>Westside High Schoo | **31**<br>Texas League Fellow |
| | | Notes: | | | | |

Calendars by Vertex42.com

Texas League of Young Voters Education Fund
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# APRIL  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **1** April Fool's Day | **2** | **3** | **4** | **5** | **6** | **7** |
| **8** | **9** Jones High School | **10** | **11** Houston Table Meeti | **12** VAN Training 1-3pm; Bear Pack Event --; BG, CS meeting with | **13** Christina Speaking @ Breast Cancer Event; Dawson High School | **14** Texas A&M SCOLA conference |
| **15** Taxes Due | **16** Training for HS Even | **17** Booker T. Washingto | **18** | **19** Madison High School | **20** Madison High School | **21** Canvass -- Houston; Tiffany 2-4; Jasmine 2; Camellia Canvass 11; Marshawn 11 |
| **22** Canvass -- Houston; Camellia Phone Ban | **23** | **24** | **25** Dominique Phone Ba; Camellia Phone Ban; **Fellows Dinner, 6:3** | **26** Greisa Phone Bankin | **27** Greisa Phone Bankin | **28** Canvass Houston Fe; Vonnie Canvass; Dominique Canvass |
| **29** Canvass Houston Fe; CS speaking at NAA | **30** Last Day to Register for Primaries! | | | | | |
| | | Notes: | | | | |

Calendars by Vertex42.com

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# MAY  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 1<br><br>GOTV!!! | 2<br><br>GOTV!!!<br>Dominique Phone Ba | 3<br><br>GOTV!!! | 4<br><br>GOTV!!! | 5<br><br>GOTV!!!<br>Dominique Canvass<br>Lindsay Canvass 9-1<br>Advani Canvass |
| 6<br><br>GOTV!!! | 7<br><br>GOTV!!! | 8<br><br>GOTV!!! | 9  BBVA Stadium To<br>Houston Table Meeti<br>GOTV!!! | 10<br><br>GOTV!!! | 11  Graduation at TSU<br><br>GOTV!!! | 12  Graduation at TSU<br><br>GOTV!!! |
| 13  Mother's Day | 14<br><br>Early Voting! | 15<br><br>Early Voting! | 16<br><br>Early Voting! | 17<br><br>Early Voting! | 18<br><br>Early Voting! | 19<br><br>Early Voting! |
| 20<br><br>Early Voting! | 21<br><br>Early Voting! | 22<br><br>Early Voting! | 23<br><br>Early Voting! | 24<br><br>Early Voting! | 25<br><br>Early Voting! | 26 |
| 27 | 28  Memorial Day | 29<br><br>Election Day!!!! | 30 | 31 | | |
| | | Notes: | | | | |

Calendars by Vertex42.com

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# JUNE  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 Christina and Blake | 7 Christina and Blak | 8 Christina and Blake at Bo | 9 Christina and Blake |
| 10 Christina and Blak | 11 | 12 Flag Day | 13 Prep Plaintiffs for de | 14 Plaintiffs Depos | 15 | 16 |
| 17 Father's Day | 18 | 19 June Solstice VR at Peggy Park 5- | 20 | 21 Intern training 10am- Thr Forum 5-7pm Christina & Ariana Shayla/DJ SGA Retr | 22 Live after 5 (VR) Jones Plaza 5-9pm Fellows III Mixer Reef Houston 7-8:30 Shayla/DJ SGA Retreat | 23 Fellows III training 9 Shayla/DJ SGA Retr |
| 24 Shayla/DJ SGA Retr | 25 Hip Hop for HIV (VR Greenspoint Mall 10am-5pm | 26 Hip Hop for HIV (VR Greenspoint Mall 10am-5pm Call w/Erin w/Sojusl Christina & Blake | 27 Hip Hop for HIV (VR Greenspoint Mall 10am-5pm Video Shoot | 28 Hip Hop for HIV (VR Greenspoint Mall 10am-5pm | 29 Staff Retreat & Strategic Planning Mtg 9am-9pm, South Shore H | 30 |
| | | Notes: | | | | |

Calendars by Vertex42.com

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# JULY  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4<br>Independence Day!! | 5 | 6 | 7 |
| 8 | 9  CAll w/Jordan The<br>Hip Hop for HIV  (VR<br>Greenspoint Mall<br>10am-10pm<br><br>Voter ID Case (DC)<br><br>NAACP National Cor | 10<br>Hip Hop for HIV  (VR<br>Greenspoint Mall<br>10am-10pm<br><br>Voter ID Case (DC)<br><br>NAACP National Cor | 11<br>Hip Hop for HIV  (VR<br>Greenspoint Mall<br>10am-10pm<br><br>Voter ID Case (DC)<br><br>NAACP National Cor | 12<br>Hip Hop for HIV  (VR<br>Greenspoint Mall<br>10am-10pm<br><br>Voter ID Case (DC)<br><br>NAACP National Cor | 13<br><br><br><br>Voter ID Case (DC)<br><br>NAACP National Cor | 14 |
| 15<br>and Science Associa | 16 | 17 | 18 | 19<br>TCET Dallas table m<br>2-4pm | 20<br>Live after 5   (VR)<br>Jones Plaza<br>5-10pm | 21 |
| 22 | 23<br>Early Voting Begins<br>**Primary Runoff**<br>**7AM - 7PM** | 24<br>United Way GIK visit<br>9am (Blake/Nyree) | 25<br>TX Leg Session Pre -<br>Planning meeting<br>2-4pm | 26<br>The Forum<br>Black Finn | 27 | 28 |
| 29  Parents' Day | 30<br>Hip Hop for HIV  (VR<br>Sharpstown H.S.<br>10am-10pm | 31<br>Hip Hop for HIV  (VR<br>Sharpstown H.S.<br>10am-10pm<br><br>**ELECTION DAY!**<br>Primary Runoff | | | | |
| 1 | | Notes: | | | | |

Calendars by Vertex42.com

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# AUGUST  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | **1** Class IV Fellows<br>Hip Hop for HIV   (VR)<br>GOTV Webinar, 1-3pm<br>TCET Comm Mtg 2-4pm<br><br>Conference Call 11am<br>Gillian Parrillo<br>(hs registration) | **2** Hip Hop for HIV   (V<br>Conf Call 1pm<br>Heddy/Nora<br><br>Fellow Family Potloc<br>6pm | **3** | **4** |
| **5** | **6**<br>Meeting 10am<br>Blake,Nyree', & Ray<br><br>Fort Bend Deputy<br>Training | **7**<br>Election Officials<br>Jefferson Cnty/Beau<br>1pm | **8** | **9**<br>Liberty County<br>Deputy Training 2pm<br><br><br>Grassroots Institute<br>Christina & Blake | **10** 12-3pm<br>HH for HIV Concert(VR<br>Reliant Arena<br><br><br>Grassroots Institute and<br>Christina & Blake | **11**<br><br><br><br>Grassroots Institute<br>Christina & Blake |
| **12**<br><br><br><br>Grassroots Institute<br>Christina & Blake | **13** | **14**<br>Student Vote Summi<br>PVAMU<br><br>Jefferson County Ele<br>Official Meeting 1pm | **15**<br>Student Vote Summit<br>PVAMU<br>Deputy Training PV<br>2pm<br>Universoul Circus<br>Butler Stadium<br>6:30-9am | **16**<br>Student Vote Summi<br>PVAMU | **17**<br>Chambers County<br>Deputy Training 10am<br><br>Live after 5   (VR)<br>Jones Plaza 5-10pm<br><br>Last day for interns and | **18** |
| **19** | **20** | **21**<br>GOTV Training -<br>TCET/Wellstone<br>Christina/Blake | **22**<br>GOTV Training -<br>TCET/Wellstone<br>DJ/Camellia | **23**<br>TCET Statewide Mtg<br>1:00 pm - 4:00 pm<br>Houston,TX | **24**<br>TCET Houston Reg Mtg<br>10 a.m. - 12 p.m. | **25** |
| **26** | **27** First day of school | **28**<br>Montegomery County<br>Deputy Training 3:30<br><br>VR w/97.9 7-10am<br>Shipley's/3726 Scott | **29**<br>Mtg about Project Vote<br>HS Research Study<br>1pm (Blake, Nyree', Ra | **30**<br><br><br>VR w/97.9 7-10am<br>Denny's/3323 S Loop | **31**<br>Chavez HS<br>Fellow IV Appl Due | |
| | | Notes: | | | | |

Calendars by Vertex42.com

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# SEPTEMBER  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | **1** FPT/50<br>Wellstone Training<br>7am - 2pm<br>Texas League office<br>VR Labor Day Class<br>w/97.9 |
| **2** FPT/50 | **3** Labor Day<br>FPT/50<br>PV Training, 6pm | **4** FPT/50 | **5** FPT/50<br>TSU Dorm Rush 6-9 | **6** FPT/50<br>Fellow Fam Potluck<br>Nyree' office babysh<br>Washington HS<br>VR w97.9  7-10am<br>Frank's Grill/1915 Ma | **7** FPT/50<br>Aldine HS | **8** FPT/50 |
| **9** Grandparents Day<br>FPT/50<br>SHSU Training<br>TSU Dorm Rush 6-9 | **10** FPT/50<br>Sam Houston Trainin<br>VR & Forum 7-9pm | **11** FPT/50<br>PV Comedy Show | **12** FPT/50<br>Kandi Strip Academy<br><br>Harris Cty Deputy Tr<br>6:30 PM | **13** FPT/50<br>VR w/97.9 7-10am<br>Shipley's 6411 MLK<br>VAN Training, 9:30<br>Jackson MS<br>Open House<br>TLF Interviews | **14** FPT/50<br>Brazoria Deputy Trai<br>6pm<br><br>Houston Heights<br>TLF Interviews | **15** FPT/50<br>UofH Dorm Rush<br>8am-12pm |
| **16** FPT/50<br>UofH Dorm Rush<br>5-9pm(campus apts) | **17** FPT/50 | **18** FPT/50<br>Lonestar College<br>8:15-11:30<br>HCC Katy 12:30-1:45<br>TSU Dorm Rush<br>5-9pm<br>TCET Group Meeting<br>4-5pmCentral(austin | **19** FPT/50<br>Law Enforcement<br><br>Hou Can Academy(H<br><br>HCC Central 10-1 | **20** FPT/50<br>VR w97.9 7-10 am<br>Pearl's Soul Food<br>7730 W Bellfort St<br>Madison HS | **21** FPT/50<br>TLF Meet and Greet<br>SGA Kingswood 12:<br>Madison HS<br><br>Sam Houston HS | **22** FPT/50<br>TLF Training |
| **23** FPT/50<br>TLF Training | **24** FPT/50<br><br>Lonestar T<br>10:55:00 | **25** National VR Day!<br>Harris Cty Deputy Tr<br>VR w97.9 7-10am<br>Kelly's Country Kitch<br>HCC Central<br>8:30 10:00 11:30<br>Comedy Show w/AL<br>Houston Improv | **26** FPT/50<br>HSPVA HS<br>Harris County Clerk's<br>Meeting 6:30pm<br>Lonestar | **27** Nyree' out of office<br>FPT/50<br>VR w97.9 7-10<br>Helen T's Soul Food<br>7727 Lockwood<br>HSPVA HS | **28** FPT/50<br>Jones HS | **29**<br>Y.Adams Health Fair<br>Sunnyside Park<br>10am-2pm<br>Election Protection<br>Training |
| **30** FPT/50<br>GOTV Training<br>Sam Houston dorm<br>7-9pm<br><br>About Us Video Shoo<br>w/iYo | | Notes:   FPT = (F)ield (P)hone (T)able | | | | |

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# OCTOBER  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 1 South Houston HS<br>Sanchez Charter  HS<br>HCC (MedicalCenter)<br>Lonestar North 10-2<br>Hcc Central 6:30-7pm<br>•Lamar Dorm Storm<br>Lonestar U.P<br>9:30 and 11:30 | 2<br>VR w/97.9 7-10am<br>Palm Center,<br><br>Westside HS<br>Sunnyside Civic Club<br>•UH/TSU Dorm Storm<br>6-9pm | 3<br><br><br>**Presidential Debate**<br>**8-10 pm** | 4<br><br>Comedy Tour w/Ali<br>Arlington Improv<br>Lonestar North 10-2<br>Lonestar U.P<br>9:30 and 11:30 | 5<br>Nyree' last day<br>HCC Southwest<br>Reagan HS | 6<br>Pizza Inn  3-5pm<br>12805 Cullen Blvd<br>VR w/Madd Hatta |
| 7<br>TX A&M Dorm Storm<br>6-9pm<br><br>VR@Higher D Church<br>8am-2pm | 8<br>Nyree' baby due<br>HCC Northwest (Alief<br><br>SHSU Dorm Storm<br>6-9pm | 9  GOTV!<br>Last day to Register<br>Breakfast Klub, 97.9<br>7-10am<br><br>Comedy Show w/Ali<br>UT - Austin, 8-10pm | 10  GOTV! | 11  GOTV!<br><br>**Vice Presidential Deb**<br>**8-10 pm** | 12  GOTV! | 13  GOTV |
| 14  GOTV! | 15  GOTV! | 16  GOTV!<br><br>**Presidential Debate**<br>**8-10 pm** | 17  GOTV! | 18  GOTV!<br>Shayla in Cozumel | 19  GOTV!<br>Shayla in Cozumel | 20  GOTV!<br>Shayla in Cozumel |
| 21  GOTV!<br>Shayla in Cozumel | 22 Early Vote!!!<br><br>March to the Polls<br>9a.m. Palm Center<br><br>Presidential Debate<br>8-10pm | 23 Early Vote!!!<br><br>Meet the Candidates<br>Downtown Aquarium<br>6-8pm | 24 Early Vote!!! | 25 Early Vote!!! | 26 Early Vote!!! | 27 Early Vote!!!<br><br>Party at the Polls<br>Palm Center |
| 28 Early Vote!!! | 29 Early Vote!!! | 30 Early Vote!!! | 31 Early Vote!!!<br><br>HALLOWEEN!<br>Trick or Vote<br>CWA Hall, 6-10pm | | | |
| | | Notes: | | | | |

Calendars by Vertex42.com

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# NOVEMBER  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 28 | 29 | 31 | 1  Early Vote!!! 500 | 2  Early Vote!!! 500 | 3  Early Vote!!! 500 |
| 4  Daylight Savings | 5 | 6 ELECTION DAY!!! $3000 Shirts/Monitor Vans/Food/Party | 7 | 8 | 9  Veterans Day | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 Fellows' Thanksgivin Potluck, 6:30pm | 21 | 22 Thanksgiving OFFICE CLOSED | 23 OFFICE CLOSED | 24 |
| 25  Muharram | 26 | 27 | 28 | 29 | 30 | |
| | | Notes: | | | | |

Calendars by Vertex42.com

**Texas League of Young Voters Education Fund**
5330 Griggs Road, Suite G101, Houston, TX 77021
281-849-VOTE (8683)

# DECEMBER  2012

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3<br><br>Nyree Returns | 4 | 5<br><br>White House Visit<br>(Christina & Blake) | 6<br><br>TCET Advisory Mtg<br>Austin, TX<br>(Christina & Blake)<br><br>NYREE' BIRTHDAY | 7<br><br>TCET Statewide Mtg<br>Austin, TX<br>(Christina & Blake) | 8 |
| 9 | 10 | 11 | 12<br><br>CMI Holiday Luncheon<br>11:30 a.m. - 1:30 p.m. | 13  BLAKE BIRTHDAY | 14<br><br>BOLD (Christina) | 15<br><br>BOLD (Christina) |
| 16<br><br>BOLD (Christina) | 17<br><br>Ariana out | 18<br><br>League Holiday Party<br>6pm - Training Room<br>Ariana out | 19  Hanukkah begins<br><br>Ariana out | 20  Dec. Solstice<br><br>Ariana out | 21<br><br>Ariana out | 22<br><br>Ariana out |
| 23<br><br>Ariana out | 24  Christmas Eve<br>OFFICE CLOSE<br><br>Ariana out | 25  Christmas Day<br>OFFICE CLOSE<br><br>Ariana out | 26<br>OFFICE CLOSE<br><br>Ariana out | 27<br>OFFICE CLOSE<br><br>Ariana out | 28<br>OFFICE CLOSE<br><br>Ariana out | 29<br><br>Ariana out |
| 30<br><br>Ariana out | 31<br>OFFICE CLOSE<br><br>Ariana out | Notes: | | | | |

PL980
9/2/2014
2:13-cv-000193

## JANUARY 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| | **1** New Year's Day | **2** | **3** | **4** | **5** | **6** |
| | | **Ariana Out of the Office** | | | | |
| | | Ray Out of Office - ill | | | | |
| **7** | **8** Texas Legislature Inauguration | **9** | **#** | **#** | **#** | **#** |
| | | **Blake & Christina @ Courts Matter Training, New Orleans, LA** | | | | |
| **#** | **#** TCET Final Report Due TX Election Call Election Coalition Call | **#** | **#** VAN Training, 1-2 PM | **#** | **#** | **#** |
| **#** MLK Day President Obama Inauguration [OFFICE CLOSED] | **#** United Way @ 9 a.m. Blake & Nyree | **#** | **#** | **#** | **#** | **#** Christina @ Strauss Institute Training, Austin, TX |
| **#** | **#** **TCET Policy & Organizing Summit, Austin, TX** Texas Forward Coalition Meeting @ 9 a.m. | **#** Christina's B-Day | **#** | | | |

## FEBRUARY 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| | | | | **1** Staff headshot pictures 10 AM | **2** | **3** |
| **4** | **5** | **6** Raymonda Out of Office (Latrice Knee Surgery) | **7** | **8** | **9** | **#** |
| **#** | **#** State of the Union #BarackTalk | **#** Christina (Dallas, TX) | **#** **Valentine's Day** | **#** Ariana out of | **#** | **#** |
| **#** **President's Day** | **#** | **#** | **#** | **#** Blake Out of Office | **#** | **#** |
| **#** TX Legislative Black Summit, Austin, TX | **#** | **#** **Christina @ Supreme Court, Washington, DC** Ray - Out Sick | **#** Ray - Our Sick | | | |

# MARCH 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | | | | **1** <br><br> **Christina @ Wash, DC** <br><br> *Ray Out Sick* | **2** | **3** |
| **4** | **5** | **6** <br><br> Young Professionals @ the State Capitol | **7** | **8** | **9** | **#** Daylight Savings |
| **#** | **#** | **#** <br><br> *Ray Out of Office* | **#** <br><br> *Ray Out of Office* | **#** <br><br> *Ray Out of Office* | **#** | **#** St. Patrick's Day |
| **#** | **#** <br><br> *Ray Out of Office* | **#** | **#** <br><br> *Ariana Out of Office* | **#** <br><br> **South Texas Mayor's Stakeholders Summit,** *Ariana Out of Office* | **#** | **#** |
| **#** | **#** | **#** | **#** | **#** Good Friday <br><br> **[[Office Closed]]** | **#** | **#** Easter Day |

## APRIL 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **1** April Fools Day | **2** | **3** | **4** Fellows' Fam Potluck 6pm | **5** | **6** | **7** |
| **8** | **9** Harris County Voter Deputization Training 2-3pm Admin Bldg | **#** Save Our State Rally Austin, TX | **#** | **#** | **#** | **#** |
| **#** HB 313 Online VR Public Hearing, 2 PM | **#** 6:30 - 8:00 p.m. Bear Creek Community Ce 3055 Bear Creek Drive, Ho | **#** Wheatley High School | **#** Reagan High School | **#** Ariana out of town Carnegie Vanguard HS | **#** Ariana out of town | **#** Ariana out of town |
| **#** | **#** | **#** 6:30 - 8:00 p.m. Bay Area Community Cente 5002 E. NASA Parkway, Se Reagan High School | **#** Sterling High School Nyree' Off | **#** Jones High School Nyree' Off | **#** | **#** |
| **#** Sterling High School | **#** | | | | | |

## MAY 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| | | **1** | **2**<br><br>Austin High School | **3**<br><br>Jones High School | **4** | **5** |
| **6** | **7**<br><br>Christina @ FCCP Convening - San Antonio | **8**<br><br>Christina @ FCCP Convening - San Antonio<br><br>High School VR Training | **9** | **#** | **#** | **#** Mother's Day |
| **#** | **#**<br><br>Harris County Voter Deputy Training, 2pm Administration Building | **#** | **#** | **#** | **#** | **#** |
| **#** Deputy Training Barbara Bush Branch Lil 6817 Cypresswood Dr S 6:30-8pm | **#** | **#** Deputy Training Trinity United Methodist 2600 Holman St H.TX 7 5:30-7pm | **#** Chavez High School<br><br>**Blake - Out of the Office** | **#** | **#** | **#** |
| **#** Memorial Day | **#** TCET Progressive Sine Die Party Scholz Garten - Austin 5:30 - 9:30 pm | **#** | **#** | **#** | | |

## JUNE 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | | | | | **1** | **2** |
| **3** Intern Interveus | **4** Intern Interviews | **5** | **6** **Ray-Out of Office** Intern Interviews | **7** | **8** | **9** |
| **10** Intern Orientation 10-2pm | **11** 2:00 - 3:00 p.m. Harris County Admin Bldg 1001 Preston,77002 | **12** | **13** Christina speaks on Voter Suppression panel HCDP HQ, 12 noon | **14** | **15** | **16** Father's Day |
| **17** | **18** | **19** VR TSU Juneteenth 3-7 behind the student | **20** Legacy Community 5602 Lyons Avenue, 6:30 - 8:00 p.m | **21** | **22** | **23** |
| **24** Mangum-Howell Center 2500 Frick Road, H,TX 7 6:30 - 8:00 p.m. | **25** | **26** | **27** Chinese Community Center 9800 Town Park, H,TX 7703 6:00 - 7:30 p.m. | **28** | **29** | **30** |

## JULY 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 **Independence Day** | 5 | 6 | 7 |
| 8 | 9 <br> 2:00 - 3:00 p.m. <br> Harris County Administra <br> 1001 Preston,77002 | # | # | # | # | # |
| # | # <br> Hip Hop for HIV - VR <br> Worthing HS | # <br> Hip Hop for HIV - VR <br> Worthing HS | # <br> Hip Hop for HIV - VR <br> Worthing HS | # | # | # |
| # | # <br> Hip Hop for HIV - VR <br> Sharpstown | # <br> Hip Hop for HIV - VR <br> Sharpstown | # <br> Hip Hop for HIV - VR <br> Sharpstown | # <br> Hip Hop for HIV - VR <br> Woodlands | # | # |
| # | # | # | | | | |

## AUGUST 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | | | **1** | **2**<br>Camp Wellstone | **3**<br>Camp Wellstone | **4**<br>Camp Wellstone<br>Van's Warped Tour-V.R. |
| **5** | **6** | **7** | **8** | **9** | **#**<br>Kixpo-Voter<br>(Dallas) | **#** |
| **#** | **#**<br>2:00 - 3:00 p.m.<br>Harris County Administra<br>1001 Preston,77002 | **#** | **#** | **#** | **#** | **#** |
| **#** | **#** | **#** | **#**<br>Raymonda Off | **#**<br>Ariana out of office | **#**<br>Ariana out | **#**<br>Hip Hop for HIV<br>Voter Reg. (Dallas)<br><br>Ariana out |
| **#**<br>Ariana out of office | **#**<br>Ariana out of office | **#**<br>Ariana out of office | **#**<br>Ariana out of office | **#**<br>Ariana out of office | **#**<br>Ariana out of office | Ariana out of office |

## SEPTEMBER 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **30**<br>Ariana out of office | | | | | | **1** |
| **2** **Labor Day**<br>Ariana out of office | **3** Raymonda Off<br>Ariana out of office | **4** | **5** Nyree' Off | **6** | **7** | **8** |
| **9**<br>Reagan High School 8:40am-3:55pm | **10**<br>2:00 - 3:00 p.m.<br>Harris County Administratio<br>1001 Preston,77002 | **11**<br>Houston Can Academy-Hobby 10:00am-2:00pm | **12** | **13** | **14** | **15**<br>Cullen MBC Voter Registration 8am & 11am |
| **16**<br>Reagan High School 8:40am-3:55pm | **17**<br>Voting Rights Planning & Organizing Meeting<br>6:30 pm Wheeler Ave BC | **18**<br>New Election Laws Workshop<br>6:30 pm Shape Center | **19**<br>Chavez High School 7:50am-3:30pm | **20** | **21**<br>Houston Voter ID Clinic 9-1pm, Ripley House 4410 Navigation Blvd | **22** |
| **23**<br>Ray Meeting w/Maurie 12noon<br>Houston Can Academy-North 7:30am-4:30am | **24** **National Voter Registration Day (NVRD)**<br>Yates High School 6:45a-7<br>Madison High School 12:15 | **25** | **26** | **27**<br>Houston Heights 9:45am-11:45am | **28** | **29** |
| **30**<br>Registered and Ready Event / UHD 11am-1pm | | | | | | |

## OCTOBER 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | **1** Scarborough HS 7:45am-10:50am | **2** Scarborough HS 9:20am-12:55pm TSU w/AKA 12p-2p | **3** | **4** Elsik High School 7:10am-2:30pm | **5** Sterling High School 10:00am-2:00pm | **6** |
| **7** Last day to register to vote | **8** 2:00 - 3:00 p.m. Harris County Administrat 1001 Preston,77002 | **9** | **10** | **11** | **12** | **13** |
| **14** Columbus Day | **15** | **16** | **17** | **18** | **19** | **20** |
| **21** Early Voting | **22** Early Voting | **23** Early Voting | **24** Early Voting | **25** Early Voting | **26** Early Voting | **27** Early Voting |
| **28** Early Voting | **29** Early Voting | **30** Early Voting | **31** Halloween Early Voting | | | |

## NOVEMBER 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| | | | | **1** Early Voting | **2** | **3** Daylight Savings |
| **4** | **5** Election Day | **6** | **7** | **8** | **9** | **#** |
| **#** Veteran's Day | **#** 2:00 - 3:00 p.m. Harris County Administra 1001 Preston,77002 | **#** | **#** | **#** | **#** | **#** |
| **#** | **#** | **#** | **#** | **#** | **#** | **#** |
| **#** | **#** | **#** Ariana's Birthday | **#** Thanksgiving | **#** | **#** | |

**Thanksgiving Break November 27 - November 29**

## DECEMBER 2013

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| # | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 **Nyree's Birthday**<br>*Christina in Washington, DC* | 7 | 8 |
| 9 | # League's 10 Year Anniversary Celebration | # | # **HBDI Holiday Luncheon** 11:30 a.m. - 1:30 p.m. Training Room | # **Blake's Birthday** | # | # |
| | | | *Christina in Washington, DC* | | | |
| # | # **League Holiday Potluck** League Office 6:00 p.m. - 8:00 p.m. | # | # **Staff Holiday Lunch** Grand Lux's 12:00 p.m. - 2:00 p.m. | # **Ariana Out of Office** (Heading to Memphis!) | # | # |
| # | # | # **Christmas** | # | # | # | # |
| | | *HOLIDAY BREAK December 23 - January 3* | | | | |

# YEARLY CALENDAR 2013

## JANUARY

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

## FEBRUARY

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | | | |

## MARCH

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## APRIL

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

## MAY

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | 1 | 2 | 3 | 4 | 5 | |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## JUNE

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## JULY

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## AUGUST

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## SEPTEMBER

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

## OCTOBER

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

## NOVEMBER

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

## DECEMBER

| M | T | W | Th | F | Sat | Su |
|---|---|---|----|---|-----|-----|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

PL981
9/2/2014
2:13-cv-000193

## JANUARY 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| | | **1** NEW YEAR'S | **2** | **3** | **4** | **5** |
| | | HOLIDAY BREAK | | | | |
| **6** | **7** | **8** | **9** | **10** | **11** | **12** |
| **13** | **14** | **15** | **16** | **17** | **18** | **19** |
| **20** MLK DAY Office Close | **21** | **22** | **23** | **24** | **25** | **26** |
| **27** | **28** | **29** | **30** Christina's Birthday! | **31** | | |

# FEBRUARY 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| | | | | | **1** | **2** |
| **3** | **4** | **5** Christina Out of Town (Washington, D.C.) | **6** | **7** | **8** | **9** |
| **10** | **11** | **12** | **13** | **14** VALENTINE'S DAY | **15** Nat'l Youth Enroll Day | **16** |
| **17** PRESIDENT'S DAY TLF Appl. Deadline | **18** First Day of Early Voting for Primary | **19** | **20** TLF Interview Hou | **21** TLF Interview Hou | **22** ACA Outreach Training 9 a.m. - 1 p.m. | **23** |
| **24** TLF Interview Dallas | **25** TLF Interview Dallas | **26** TLF Interview Rio Grande Deputy Training 6-8pm Cleveland-Ripley Neighborhood Center | **27** TLF Interview Rio Grande | **28** Last Day of Early Voting for Primary | | |

## MARCH 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| \| \| \| | | | | | **1** | **2** |
| **3** | **4** | **5** | **6** #GetCovered Panel Discussion @ HAUL | **7** | **8** | **9** DAYLIGHT SAVING |
| **10** | **11** Deputy Training 2-3pm Harris County Administration Building | **12** | **13** | **14** | **15** | **16** #GetCovered Sunday |
| **17** ST PATRICK'S DAY | **18** | **19** ACA Education forum 1301 Texas Ave 6:30-8:30 | **20** Raymonda Off | **21** Raymonda Off | **22** #GetCovered Day 10 a.m. - 2 p.m. | **23** |
| **24** | **25** | **26** Deputy Training 6-8pm Ripley House Neighborhood Center | **27** #GetCovered Online Twitter/Townhall 6-8pm | **28** TLF Training Hou Ariana out of town | **29** TLF Training Hou Ariana out of town | **30** Ariana out of town |
| **31** Ariana out of office Last Day to #GetCovered | | | | | | |

# APRIL 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | **1** APRIL FOOL'S DAY | **2** | **3** | **4** TLF Training Dallas | **5** TLF Training Dallas | **6** |
| **7** | **8** Deputy Training 2-3pm Harris County Administration Building | **9** | **10** Last day to register to vote | **11** | **12** | **13** |
| **14** TLF Training Rio Grande | **15** | **16** Deputy Training 6-8pm Independence Heights Neighborhood Center | **17** | **18** GOOD FRIDAY | **19** TLF Training Hou | **20** EASTER |
| **21** | **22** | **23** | **24** | **25** Elkins HS / 7a-2:30p | **26** TLF Training Dallas | **27** |
| **28** First day of early voting Last day to register to vote for primary runoff | **29** Washington HS 11a-1:30p | **30** | | | | |

## MAY 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | | | **1** | **2** | **3** | **4** |
| **5** | **6** last day of early voting | **7** Willowridge HS/7a-2:30p | **8** | **9** Ariana out of town Elsik HS / 7a-2:30p | **10** Ariana out of town | **11** MOTHER'S DAY Ariana out of town |
| **12** Ariana out of town Reagan HS/ 8:15a-4p | **13** Deputy Training 2-3pm Harris County Administration Building | **14** Deputy Trainging 6-8pm Baker-Ripley Neighborhood Center | **15** | **16** | **17** | **18** |
| **19** First day of early voting for primary Madison HS / 8:15a-3:45p | **20** Madison HS / 8:15a-3:45p | **21** | **22** | **23** Last day for early voting for primary | **24** | **25** |
| **26** MEMORIAL DAY | **27** | **28** nyree' off | **29** nyree' off | **30** | | | | **31** | | | | |

## JUNE 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 Deputy Training 2-3pm<br>Harris County Administration Building | 11 Deputy Training 6-8pm<br>Harbach-Ripley Neighborhood Center | 12 | 13 | 14 | 15 FATHER'S DAY |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |  |  |  |  |  |  |

## JULY 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** INDEPENDENCE<br><br>Ariana out of town | **5**<br><br>Ariana out of town | **6**<br><br>Ariana out of town |
| **7**<br><br>Ariana out of town | **8** Deputy Training 2-3pm<br><br>Harris County Administration Building<br>Ariana out of town | **9**<br>Christina will be in Miami | **10**<br>Christina will be in Miami | **11**<br>Christina will be in Miami | **12** | **13** |
| **14**<br><br>ariana out of office | **15** | **16** | **17** | **18** | **19** | **20** |
| **21** | **22** | **23** | **24** | **25** | **26** | **27** |
| **28** | **29** | **30** | **31**<br>Blake out of office | Blake out of office | | |

## AUGUST 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 Deputy Training 6-8pm Leonel J. Castillo Community Center | 7 | 8 | 9 | 10 |
| 11 | 12 Deputy Training 2-3pm Harris County Administration Building | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 Ariana out of town | 28 Ariana out of town | 29 Ariana out of town | 30 Ariana out of town | 31 Ariana out of town |

## SEPTEMBER 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **1**  LABOR DAY  Ariana out of town | **2**  Ariana out of town | **3**  Raymonda Birthday  Ariana out of town | **4** | **5** | **6** | **7** |
| **8** | **9**  Deputy Training 2-3pm  Harris County Administration Building | **10** | **11** | **12** | **13** | **14** |
| **15** | **16** | **17**  CITIZENSHIP DAY | **18** | **19** | **20** | **21** |
| **22** | **23** | **24** | **25** | **26** | **27** | **28** |
| **29** | **30** | | | | | |

## OCTOBER 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | | **1** | **2** Ariana out of office | **3** Ariana out of office | **4** | **5** |
| **6** Ariana out of office<br><br>Last Day to register to vote | **7** | **8** | **9** | **10** | **11** | **12** |
| **13** | **14** Deputy Training 2-3pm<br>Harris County Administration Building | **15** | **16** | **17** | **18** | **19** |
| **20** First day of early voting | **21** | **22** | **23** | **24** | **25** | **26** |
| **27** | **28** | **29** | **30** | **31** HALLOWEEN<br><br>Last day of early voting | | |

## NOVEMBER 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
|  |  |  |  |  | 1 | 2 DAYLIGHT SAVING(END) |
| 3 | 4 ELECTION DAY | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 VETERANS' DAY<br><br>Deputy Training 2-3pm<br>Harris County Administration Building | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 THANKSGIVING<br><br>Ariana Birthday | 28 | 29 | 30 |

## DECEMBER 2014

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| 1 | 2 | 3 | 4 | 5 | 6 Nyree' Birthday | 7 |
| 8 | 9 Deputy Training 2-3pm Harris County Administration Building | 10 | 11 | 12 | 13 Blake Birthday | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 Christmas Eve | 25 CHRISTMAS | 26 | 27 | 28 |
| 29 | 30 | 31 NEW YEAR'S EVE | 1 New Years | | | |

Plaintiff Exhibit
PL982

FILED UNDER SEAL

AW13-8 Prescribed by Secretary of State · Section 62.016, Texas Election Code · 08/2013

# Identificación con Foto se Requiere para Votantes Tejanos

Ahora tiene que proporcionar una de las siguientes formas de identificación con foto cuando vota en persona.



★ Licencia de Conducir de Texas expedida por el Departamento de Seguridad Pública (DPS, según sus siglas en inglés)

★ Cédula de Identificación Electoral de Texas expedida por DPS

★ Tarjeta de Identificación Personal de Texas expedida por DPS

★ Licencia de Texas para Portar un Arma de Fuego Oculta expedida por DPS

★ Cédula de Identidad Militar de los Estados Unidos con fotografía de la persona

★ Certificado de Ciudadanía Estadounidense con fotografía de la persona o

★ Pasaporte de los Estados Unidos

Con la excepción del certificado de ciudadanía estadounidense, la identificación deberá estar vigente; si no la está, debe haberse vencido hace 60 días o menos en el momento de presentarla para calificar como votante en el sitio electoral.

Exenciones/Excepciones - Votantes con una minusvalidez pueden solicitar una exención permanente en la oficina del registrador de votantes del condado. La solicitud deberá tener adjunta documentación por escrito de parte de la Administración de Seguro Social de los EE.UU. comprobando que él o ella se ha determinado que tiene una minusvalidez del solicitante, o documentación de parte del Departamento de Asuntos Veteranos de EE.UU. dando evidencia de una valoración de discapacidad del 50 por ciento o más. Además, el solicitante deberá declarar que no tiene ninguna de las formas de identificación con foto autorizadas. A quienes obtengan la exención por minusvalidez, se les permitirá votar al presentar un certificado electoral con la notación de exención. Por favor comuníquese con su registrador de votantes para más detalles.

Votantes con objeción religiosa constante hacia tomarse fotos y votantes sin ninguna identificación con foto por razón de cierto cátástrofe natural tal cual lo declare el Presidente de los Estados Unidos o el Gobernador de Texas, podría votar boletas de voto provisional. Las boletas de tales se contarán si se presentan en la oficina del registrador de votantes local dentro de seis (6) días naturales después del día de elecciones y si firman la declaración jurada para afirmar su objeción religiosa o catástrofe natural. Favor de comunicarse con el registrador de votantes para mayor información.

**VOTETEXAS.GOV**

ORT00018575

PL984
9/2/2014
2:13-cv-00193

# Sesión Educativa
# Para los Candidatos



**equal voice**
for America's Families
**voces unidas**
para nuestras familias

## Representando mas de
## 10,000 familias del
## Rio Grande Valle



Mi Voto Mi Voz



ARISE



LUPE



PROYECTO AZTECA



EQUALITY JUSTICIA DIVERSITY COMUNIDAD



SOUTH TEXAS CIVIL RIGHTS PROJECT



Texas Organizing Project

# 17 de Octubre de 2012

ORT00018584

*Red de voces unidas del Valle del Rio Grande*
*Diez organizaciones forman el corazón de la red:*

ARISE – A Resource in Service Equality (Alamo) ✧ BCHC – Brownsville Community Health Center ✧
Casa de Proyecto Libertad (Harlingen) ✧ La Unión del Pueblo Entero - LUPE (San Juan) ✧
Proyecto Azteca (San Juan) ✧ Proyecto Juan Diego (Cameron Park/Brownsville) ✧
The START Center - South Texas Adult Resource and Training Center (San Benito) ✧
South Texas Civil Rights' Project (Alamo) ✧ Texas Organizing Project (San Juan) ✧

Y contamos con 40 organizaciones mas como compañeros de trabajo.
Actualmente, la red está al servicio de mas que 25.000 familias en el valle.

La Red de Voces Unidas tomó forma después de cinco reuniones regionales en la primavera del 2008 justo con el comienzo de las campañas presidenciales. Mas que 2.000 miembros de la comunidad participaron en las reuniones, y la finalidad fue la creación de una plataforma que reflejó las necesidades y preocupaciones de las familias del valle. En septiembre del mismo año, 600 delegados fueron a la convención nacional de voces unidas, que tuvo lugar, simultáneamente, en Birmingham, Chicago, y Los Angeles con mas de 15.000 representantes de familias a lo largo de los USA. La convención adoptó la Plataforma Nacional de las Familias de las Voces Unidas, una plataforma que exige trabajos con salarios justos, viviendas dignas, acceso a servicios de salud, y la reforma humana, comprensiva y justa de la inmigración.

### Foro para educar a los candidatos

La Red de Voces Unidas ofrece la bienvenida a los candidatos que hemos invitado al foro. A la vez, reconocemos el sacrificio de los miembros de la comunidad en venir a participar en este foro y el valor de su expresión de las preocupaciones de las familias de la región. Estas preocupaciones se nota en seis áreas:

### Inmigración

El comité de Inmigración hizo un trabajo bien fuerte en organizar todo el valle en oposición a los mas que 80 propuestas anti-inmigrantes hechas en la legislatura de 2010. Todas estas leyes fueron derrotadas ante una enorme protesta de la comunidad entera. La meta del comité es lograr una reforma comprensiva, humana y justa de la inmigración. Hacía esto, el comité tiene metas como de una licencia de manejo universal, la aprobación del DREAM Act, y la disolución de programas conocidos como "secure communities." El comité ha formado una red de ciudades, Iglesias, y negocios que apoyan a las metas del comité.

### Viviendas

La meta de este comité es de que todas las familias del valle tengan una vivienda digna y afordable, una casa que les dará gusto recibir a amigos y familiares, viviendas que están cerca de parques, escuelas, centros médicos, y tiendas. Este comité ha tomado el liderazgo en exigir que los proyectos de drenaje sirven igual a los residentes de las colonias tal como las ciudades.

### Servicios de Salud

La meta del comité es un acceso a la salud para todas las familias. El comité busca la manera de promover la comprensión del nuevo ley de la salud (Affordable Care Act), de tener influencia en como maneja el condado los fondos dirigidos a la salud. Además, busca maneras de animar maneras de vivir que son saludables—Insistiendo en que todos los residentes tengan aceso a parques y otras

### Educación

Este comité busca la manera en que cada persona tenga una oportunidad de realizarse su potencial intelectual. Creando una red de "PTA comunitarias", el comité ha encontrado una manera de establecer comunicación efectiva con los distritos escolares. Luchan para que el estado financian a las escuelas en una manera justa—para que los alumnos del valle reciben el mismo trato que los de Dallas o Houston.

### Participación Cívica

Una comunidad digna toma la responsabilidad por el bien estar de todos sus miembros. Este comité está comprometido a que los autoridades tomen en cuenta y como prioridad el bien estar de todas las familias de la comunidad.

### Trabajos y Prosperidad

El derecho a un salario justo y digno es un valor principal de nuestro país. El comité estableció "Fuerza" un centro para los trabajadores que han sufrido abusos o robo de sus salarios. Han ayudado a recuperar miles y miles de estos salarios. Busca ahora maneras de regularizar a los disque "pay day loan companies"–los prestamistas que tanto daño causan a nuestra comunidad.



*Mi Voto* *Mi Voz*

2

ORT00018585

# El partido Demócrata: Breve historia del partido y su símbolo, el burro

# El partido Republicano: Breve historia del partido y su símbolo, el elefante, y GOP



El partido Demócrata fue fundado por Thomas Jefferson, que fue elegido como primer Presidente Demócrata en 1798. Creado para oponerse al partido federalista de Alexander Hamilton, que apoyaba un gobierno fuertemente centralizado, el partido Demócrata ponía énfasis en la libertad individual y un poder federal limitado. Aunque el partido originalmente se llamó Demócrata Republicano, pronto se llamó a los miembros del partido demócratas.

Cuando el Demócrata Andrew Jackson se presentó a la presidencia en 1828, algunos le insultaron llamándole "burro." Jackson respondió usando el símbolo del burro en los posters de su campaña, y más tarde se usó para simbolizar su obstinada insistencia en vetar el restablecimiento del Banco Nacional.

El humorista político Thomas Nast fue responsable de que el burro se convirtiera en el símbolo ampliamente aceptado de todo el partido Demócrata. El lo utilizó por primera vez en los años 1870 para reflejar a los periodistas demócratas con quienes estaba en desacuerdo, y más tarde para reflejar a los demócratas que se sentían incómodos ante la posibilidad de un tercer mando del Presidente Ulysses S. Grant. Para 1880 el burro se había establecido como mascota del partido, y un chiste sobre la carrera presidencial de Garfield y Hancock apareció en un periódico de New York en el que se mostraba al candidato demócrata montado en un burro dirigiendo un desfile de activistas.



El partido Republicano se desarrolló durante los años 1850, cuando los partidos existentes, Whig y Demócrata Republicano se dividieron sobre el tema de la esclavitud. Los grupos se separaron de los partidos existentes para formar uno nuevo que representara sentimiento anti-esclavistas. En 1854 algunos grupos pequeños se reunieron en Ripon, Wisconsin y otros lugares y el nuevo partido nació oficialmente. Se llamaron Republicanos porque sentían que la palabra era sinónima de igualdad. El primer Presidente Republicano electo fue Abraham Lincoln, elegido en 1860.

El elefante fue asociado al partido republicano en chistes publicados entre 1860 y 1872. Thomas Nast publicó un chiste en la Revista Harper del 7 de Noviembre de 1874, que fue el primero en conectar formalmente el símbolo con el partido para la opinión pública. Cuando los Republicanos salieron mal parados en las elecciones presidenciales de ese año, Nast reflejó al elefante Republicano como asustado por un burro Demócrata disfrazado de piel de león.

Otro símbolo común para el partido Republicano, el GOP se desarrolló al mismo tiempo. Originalmente significaba "Grand Old Party" (Gran partido antiguo), pero en las siguientes generaciones también adquirió otras definiciones, como "gallant old party" (gallardo partido antiguo), "get out and push" (sal fuera y empuja), "Go, Party" (Animo, partido), "generation of peace" (generación de la paz), y "grand open party" (gran partido abierto).

ORT00018586

# Terceros partidos

Mientras que ha habido un número de movimientos políticos que han desafiado a los partidos Republicano y Demócrata, ninguno de los "terceros partidos" ha tenido éxito en lograr la Presidencia o el control del Congreso. Históricamente, los pequeños partidos se han constituido sobre temas individuales (eg. Greenback, Prohibición y los derechos democráticos de los estados) o alrededor de un candidato individual (el partido de Bull Moose o el de Theodore Roosevelt). La mayoría han muerto relativamente pronto sin embargo, debido al número limitado de seguidores, y al poder abrumador de los dos partidos establecidos.

Esto no quiere decir que los terceros partidos no tengan impacto en el proceso político. Sacando votantes potenciales de los partidos más establecidos, los grupos más pequeños han forzado a veces a los grandes partidos a cambiar sus posiciones para poder reclamar a sus votantes. De hecho, algunas plataformas completas de partido han sido adoptadas por los grandes partidos y por último se han convertido en política pública tal como la demanda de una legislación social extensiva y la reforma del proceso de nominación por el partido de Bull Moose en 1912. Sacando a los votantes de los mayores partidos, los candidatos de terceros partidos han influenciado también los resultados de la elección. En 1912 Theodore Roosevelt se llevó a tantos Republicanos de su partido que el candidato Demócrata Woodrow Wilson ganó las elecciones. El ejemplo más reciente de esto ocurrió en 1992. Muchos comentadores piensan que la mayoría de los que votaron por Ross Perot eran potenciales votantes de George Bush. El Presidente Clinton fue capaz de aprovechar esta división en los seguidores de Bush y ganar la Casa Blanca.

En sentido estricto, sin embargo, Ross Perot era un ejemplo de *candidato independiente* más que de movimiento de tercer partido. Aunque había formado un partido llamado (Unidos Podemos) usó sus propios recursos, y su candidatura fue un esfuerzo individual. Unidos Podemos no proporcionaba un apoyo organizado a otros candidatos.

En la actualidad hay un gran número de pequeños partidos que tratan de ganar terreno a nivel nacional. Es importante darse cuenta de que los terceros partidos han tenido más éxito en elecciones locales y estatales que en las campañas nacionales. En 1996, Ross Perot de nuevo trató de influir sobre la política nacional con la creación de un nuevo partido, llamado esta vez el partido Reformista. Sus seguidores trabajaron fuerte en estados individuales para que el partido constara en las papeletas electorales. El partido Libertario, fundado en 1971 consistentemente ha corrido sobre el principio de un gobierno mucho más limitado y selecciona su candidato presidencial en una convención en Julio. El partido Verde USA es parte de un movimiento ecológico mundial que también promueve la justicia social, la no-violencia, y la democracia de bases. La mayoría de sus esfuerzos tienen lugar a nivel local, pero en 1996 se dijo que Ralph Nader se presentaría a la Presidencia como parte del partido Verde. Otros ejemplos de movimientos de terceros partidos incluyen a la Coalición Nacional Arco Iris, de Jesse Jackson, el partido Patriótico, que fue iniciado por Lowell Weicker, el partido Socialista USA, fundado en 1901 y cuyos miembros más prominentes fueron Eugene V. Debs, y Norman Thomas, el Partido Comunista USA, los Socialistas Demócratas de América y el Nuevo partido.

*Se anima a los votantes a estar informados sobre terceros partidos presentes en sus regiones y conocer sus posiciones sobre temas importantes, particularmente acerca de la justicia social.*

---

[Sources: *Compton's Living Encyclopedia* (via America Online, 1996), *Politics for Dummies* by Ann DeLaney (Foster City, CA: IDG Books Worldwide, Inc., 1995); and URLs on individual third parties on the Internet.]

ORT00018587

# Niveles de gobierno

Como se determina en la Constitución, los Estados Unidos es una república federal democrática. Es democrática en el sentido de que la gente se gobierna a sí misma a nivel federal, estatal y local. «República» se refiere al hecho de que el poder del gobierno se deriva de la voluntad de los ciudadanos. El gobierno también es representativo ya que el pueblo elige delegados que los representen.

Hay tres niveles de gobierno: federal, estatal, y local.

## Nivel federal (nacional) de gobierno

La Constitución provee tres ramas de gobierno a nivel federal. Son la rama Legislativa (que elabora las leyes), la rama Ejecutiva (que implementa las leyes) y la rama Judicial (que interpreta o explica las leyes). Las tres ramas sirven como equilibrio unas de otras, evitando que una rama se haga demasiado poderosa.

La rama Legislativa (Congreso) está formada por el Senado, con los senadores electos por estado, y la Cámara de Representantes, constituida por distintos números de representantes elegidos por cada estado, según su población. Cada Senador es elegido por seis años, y cada representante debe presentarse a elección cada dos años. El funcionario presidente del Senado es el Vice-presidente. El Presidente pro-tempore del Senado (que, según la costumbre, es el miembro más antiguo del Senado) puede también actuar en esa capacidad cuando el Vice-presidente no está presente. El funcionario presidente de la Cámara de Representantes es el Portavoz de la Cámara.

La mayoría de las leyes comienzan como decretos que deben pasar por ambas cámaras del Congreso. Luego el Presidente las firma como ley o puede decidir vetarlas y enviarlas de nuevo al Congreso. Si un decreto es vetado, debe pasar por segunda vez a ambas cámaras y recibir un mínimo de 2/3 de voto mayoritario. El decreto entonces pasa a ser ley aún sin la firma del Presidente.

Según la Constitución, el Congreso como tal tiene el poder de declarar la guerra, fabricar monedas, pasar leyes para pedir dinero prestado, pasar leyes para la naturalización, admitir nuevos estados, regular el comercio interestatal y extranjero, proporcionar dinero a entidades como el ejército y el sistema de cortes, y pasar leyes según las vea apropiadas. La Cámara de Representantes puede originar un decreto para conseguir fondos, pasar una moción de censura, y votar por un Presidente si un candidato no recibe la mayoría de votos del Colegio Electoral. El Senado vota sobre los nombramientos del presidente para miembros del gabinete y de jueces federales, aprueba o desaprueba tratados, lleva a cabo juicios de derrocamiento, y vota por Vice-Presidente si es necesario.

La rama Ejecutiva del gobierno incluye al Presidente, Vice-Presidente, y el gabinete. El Presidente y Vice-presidente son elegidos indirectamente por el pueblo cada cuatro años. (Esto significa que el pueblo vota por electores presidenciales en cada estado. Estos electores forman el Colegio Electoral, que vota directamente por el Presidente. El número de electores para cada estado es el mismo que el número de personas para ese estado.) Los miembros del gabinete son nombrados por el Presidente y deben ser aprobados por el Senado.

El Presidente tiene el poder de aplicar leyes, firmar o vetar decretos, servir como jefe supremo del ejército, pronunciar el discurso del Estado de la Unión cada año, nombrar funcionarios del gabinete y jueces de los Estados Unidos con el consentimiento del Senado, firmar tratados con la aprobación del Senado, y conceder perdones.

La rama Judicial del gobierno está constituida por la Corte Suprema (9 jueces), el Circuito de Cortes de Apelaciones (12 cortes), y las Cortes de Distrito (94 cortes). Los jueces federales son nombrados por el Presidente con el consentimiento del Senado y tienen cargo vitalicio.

ORT00018588

## Nivel estatal de gobierno

La historia y constitución específica de cada gobierno estatal es distinta en cada caso. Todos los gobiernos estatales tienen tres ramas (legislativa, ejecutiva y judicial) y todos los estados, menos Nebraska, tienen una rama legislativa compuesta de dos partes (generalmente el Senado y la Asamblea). El funcionario ejecutivo principal es el Gobernador, que es elegido y la duración de su servicio varía según las leyes de cada estado. La rama judicial se compone de las Cortes Estatales. Los nombres de tales Cortes varían en los distintos estados.

La Décima Enmienda de la Constitución concede a los estados todos los poderes que no se dan específicamente al nivel federal. Esto quiere decir que pueden elaborar, implementar, o interpretar leyes sobre una amplia variedad de materias, incluyendo las relaciones familiares, la educación y el uso de la tierra. Esto explica por qué las leyes que se refieren al matrimonio, escuelas y propiedad difieren de estado a estado. La Constitución prohíbe a los estados fabricar moneda, poner impuestos a las exportaciones o importaciones, y declarar la guerra a otros estados o países.

## Niveles locales de gobierno

La mayoría de la tierra estatal está dividida en condados, que también se pueden llamar parroquias o barrios, y ciudades, que pueden ser entidades independientes. Ejemplos de funcionarios elegidos a estos niveles incluyen a los Alcaldes, Supervisores, Sheriffs, Evaluadores de Impuestos, Contables, Gestores, Miembros del Consejo Municipal, Miembros de la Junta Escolar, etc.

Cada condado o ciudad tiene su propio sistema de gobierno que proporciona leyes y servicios locales. Algunos ejemplos de tales servicios son las cortes locales, la protección de incendios y la policía, la educación y los cuidados médicos para los pobres. Los gobiernos locales implementan las leyes estatales y distribuyen fondos federales y estatales a personas pobres o descapacitadas. También apoyan y gobiernan los sistemas locales de escuelas y bibliotecas, y cuidan de los parques y carreteras locales. El gobierno local consigue algunos de sus fondos de impuestos y tarifas locales. Los gobiernos federales y estatales también proporcionan dinero para la educación, seguridad social, cuidados de salud, implementación de la ley, y las cortes locales.

## Guias Para Los Candidatos

1. El foro se llevará acabo en español.

2. Los candidatos tienen dos minutos para que se presenten. Cada candidato tendrá dos minutos para responder a las preguntas. (si necesita traducción no existe ninguna extensión de tiempo)

3. Las preguntas se trataran de los siguientes temas: la atención medica, inmigración, vivienda digna, trabajo, salario justo y participación cívica.

4. Cada candidato tendrá su oportunidad a responder a las preguntas.

5. Se espera respeto a los candidatos y a la audiencia de lo contrario se le pedirá retirarse del foro.

6. No se permite ningún material de campaña.

7. Los candidatos tienen dos minutos para la clausura.

*Mi Voto* 🐴 *Mi Voz*

ORT00018589

# ¿Quienes Son Los Candidatos?
# Y
# ¿Cuales Son Sus Funciones?



**Presidente de los Estados Unidos de América:**
El Presidente de los Estados Unidos de América es el jefe de estado y del gobierno de los Estados Unidos. El presidente dirige la rama ejecutiva del gobierno federal y es el comandante en jefe de las Fuerzas Armadas de los Estados Unidos.

## Partido Demócrata



Presidente Barack Obama es la 44ª y actual Presidente de los Estados Unidos. Él es el primer afroamericano en ocupar el cargo. Nacido en Honolulu, Hawai, el 4 de agosto, 1961, el Presidente Obama es un graduado de la Universidad de Columbia y Harvard Law School, donde fue presidente de la Harvard Law Review. Fue un organizador comunitario en Chicago antes ganando su licenciatura en derecho. Trabajó como abogado de derechos civiles en la ciudad de Chicago y enseñó derecho constitucional en la Facultad de Derecho de la Universidad de Chicago desde 1992 hasta 2004. Sirvió tres términos que representa el Distrito 13 en el Senado de Illinois desde 1997 a 2004.
*www.barackobama.com*

## Partido Republicano



Gobernador Mitt Romney es un empresario y político que es el candidato del Partido Republicano para Presidente de los Estados Unidos en las elecciones de 2012. Fue la 70ª gobernador de Massachusetts (2003- 07). Gobernador Romney nació en Detroit, Michigan, nacido 12 de marzo de 1947, el hijo más joven del Gobernador George W. Romney, en el momento un automóvil ejecutivo y Lenore Romney (née LaFount), en el momento en que un ama de casa. Su madre era un nativo de Logan, Utah, y su padre nació en una colonia Mormón en Chihuahua, México, a los padres en los Estados Unidos. Él es principalmente inglés de ascendencia, y también tiene más distantes escocés y ascendencia alemana.
Él es un miembro de quinta generación de La Iglesia de Jesucristo de Santos Actuales.
*www.mittromney.com*

## Partido Libertariano



Gobernador Gary Johnson es un empresario americano, ex Gobernador de Nuevo México, y el Partido Libertario candidato a Presidente de los Estados Unidos en las elecciones de 2012. Gobernador Johnson sirvió como la 29ª Gobernador de Nuevo México de 1995 a 2003, como miembro del Partido Republicano, y es conocido por su bajo nivel de impuestos discursos libertarios y su fuerte énfasis en la salud. Johnson nació el 1 de enero de 1953 en Minot, Dakota del Norte, el hijo de la región de la Lorena B. (née Bostow), que trabajaba en la Oficina de Asuntos Indios, y Earl W. Johnson, un profesor de una escuela pública. Su padre era de medio Danés y Noruego mitad ascendencia, y su madre era de origen ruso.
*www.garyjohnson2012.com*

## Partido Verde



Jill Stein es un médico americano y el candidato del Partido de los verdes para el presidente de los Estados Unidos en la elección de 2012. La jarra era un candidato por el gobernador de Massachusetts en 2002 y 2010 elecciones gubernativas. La jarra nació en Chicago y levantó en parque Highland, Illinois. Ella es judía y su familia acompañó a los Fieles de Orilla del Norte de Chicago Israel, una sinagoga de Reforma.
*www.jillstein.org*

*Mi Voto* *Mi Voz*

7

ORT00018590



## Vice presidente de los Estados Unidos de América:

El Vice presidente de los Estados Unidos de América, el oficial de rango inmediatamente al presidente de los Estados Unidos, que asciende a la presidencia en el caso de la muerte del presidente, incapacidad, renuncia o remoción. El vicepresidente también sirve como el oficial que preside el Senado de los Estados Unidos, una función que es mayormente ceremonial, pero que da el vicepresidente el voto de desempate cuando el Senado está en un punto muerto.

| Partido Demócrata | Partido Republicano | Partido Libertariano | Partido Verde |
|---|---|---|---|
|  |  |  |  |

**Partido Demócrata**

Joe Biden es la 47ª y actual Vicepresidente de los Estados Unidos, conjuntamente con el Presidente electo Barack Obama. Él es un miembro del Partido Democrático y fue senador de los Estados Unidos de Delaware desde el 3 de enero de 1973 hasta su renuncia el 15 de enero de 2009, tras su elección a la Vicepresidencia. Biden nació en Scranton, Pennsylvania, el 20 de noviembre de 1942, el hijo de Joseph Robinette Biden, Sr. (1915- 2002) y Catherine Eugenia "Jean" (née Finnegan; 1917- 2010). Fue el primero de cuatro hermanos en una familia católica. Biden sin éxito, obtener la nominación presidencial del Partido Demócrata en 1988 y 2008, ambas veces abandono temprano en la carrera.
*www.barackobama.com*

**Partido Republicano**

Representante Paul Ryan es el representante de los Estados Unidos de Wisconsin del 1er distrito del Congreso y el candidato del Partido Republicano a la Vicepresidencia de la República de los Estados Unidos en las elecciones de 2012. Nacido y criado en la comunidad de Janesville, Representante Ryan es una quinta generación de Wisconsin nativos. Actualmente, cumple su 7o plazo como un miembro del Congreso, Representante Ryan trabaja para hacer frente a las muchas cuestiones importantes que afectan a los residentes de Wisconsin y servir como un eficaz promotor de la 1er Distrito del Congreso.
*www.mittromney.com*

**Partido Libertariano**

El juez Jim Gray es un jurista americano y el candidato del Partido Libertario de 2012 a la Vicepresidencia para Gobernador Johnson. Él era el presidente del Tribunal del Tribunal Superior de Condado de Orange, California. Gris era el candidato de Partido Libertario de 2004 por el Senado de los Estados Unidos en California. Después de cinco años en la práctica privada, el gobernador George Deukmejian, que entonces designó Gris al Tribunal Superior de Condado de Orange en 1989, llamado él a Santa Ana Tribunal Municipal en 1983. Gray se retiró como un juez en el enero de 2009.
*www.garyjohnson2012.com*

**Partido Verde**

Cheri Honkala es el candidato del Partido de los verdes por el vicepresidente en 2012 elecciones presidenciales de Estados Unidos. Honkala es un abogado de antipobreza americano, el fundador de la Unión de Derechos de Bienestar Kensington (KWRU) y Coordinador Nacional de la Campaña de Derechos humanos Económica de la gente Pobre. Ella ha sido un abogado célebre para derechos humanos en los Estados Unidos e internacionalmente. El Cheri Honkala nació en la pobreza en Minneapolis, Minnesota en 1963. Ella creció mirando a su madre sufrir de la violencia doméstica.
*www.jillstein.org*

ORT00018591



## Senador de Estado Unidos

El Senado de los Estados Unidos es la cámara alta del parlamento bicameral de los Estados Unidos, y junto con la Cámara de Representantes de los Estados Unidos está formado por el Congreso de los Estados Unidos. Dos senadores, independientemente de la población, representan a cada estado de Estados Unidos. Los senadores duran términos alternados de seis años.

## Preguntas para los que tendrán puestos federales:

**Vivienda digna y accesible:**
1. Tomando en cuenta los recortes a los presupuestos de HUD (Departamento de vivienda) y USDA (Departamento Federal de Agricultura), se ve que va a haber menos recursos para los programas de viviendas económicas. ¿Apoya Usted programas de viviendas accesibles? ¿Qué hará para asegurar tener fondos necesarios para vivienda digna?

**Acceso al cuidado médico:**
2. Si llega Usted a ser elegido al Congreso, ¿Implementara la Ley de Atención Accesible? (The Affordable Care Act)

**Inmigración:**
3. ¿Qué es su opinión a una reforma migratoria justa y comprensiva?
4. ¿Qué es su opinión de la propuesta Dream Act?

**Empleo y seguridad económica para nuestras:**
5. El costo de vida ha aumentado desde el año 2009. ¿Cuál es su opinión del aumento al salario mínimo de acuerdo al costo de vida actual? ¿Qué acción tomaría?
6. Los empleados que reciben propinas han estado en la misma escala salarial desde la década de 1990. Muchos trabajadores sienten que un aumento mejoraría mucho su situación económica. ¿Qué acción tomaría usted en este tema?

## Repuestas de los Candidatos para Senador de Estados Unidos

### Ted Cruz del Partido Republicano



No Contesto

☐ Sí   ☐ No

### Paul Sadler del Partido Demócrata



1. Estoy a favor de los programas de vivienda asequible. Mientras que HUD y USDA han visto recortes en el presupuesto, de forma similar a otros departamentos del gobierno, es importante que las asignaciones para los programas de vivienda de interés social se mantengan intactos. Trabajar para reducir los gastos generales/
2. Sí, creo que el acceso a la salud de calidad y asequible es un valor estadounidense fundamental. Voy a luchar para proteger el derecho de los padres de mantener a sus hijos asegurados hasta los 26 años. Yo nunca voy a jugar a la política con la salud de la mujer./

☐ Sí   ☐ No

3. Texas es un lugar donde los valores familiares son importantes y la inmigración es un problema que afecta a muchas familias en el estado. Una reforma migratoria y comprensiva mantendría unidas a las familias y fortalecería la economía del estado. Estoy a favor de una reforma migratoria integral porque apoyo los/
4. Creo que el DREAM Act permite un buen retorno de la inversión, ya que la sociedad ya ha invertido recursos (educación pública) en estos jóvenes y sería contraproducente limitar su participación en la comunidad a estas alturas. Estoy a favor de la aprobación de la Ley DREAM.
5. El salario mínimo se debe ajustar a nivel nacional para apoyar la inflación normal. El Congreso tendrá que trabajar con los líderes empresariales, en particular las pequeñas empresas, a adoptar una política que permita el ajuste de la inflación a la vez que garantizar el crecimiento económico continuo.
6. Hay ventajas de este sistema para los empleados que reciben propina, pero al final el sueldo básico debe permitirse un ajuste por inflación como se ha indicado anteriormente.

ORT00018592

**Repuestas de los Candidatos para Senador de Estados Unidos continuado:**

John Jay Myers Partido Libertariano



No Contesto

☐ Sí     ☐ No

Partido Verde David Collins



No Contesto

☐ Sí     ☐ No

★☆★☆★☆★☆★☆★☆★☆★☆★☆★★☆★☆★☆★☆★★☆★☆★☆★



### Representantes de los Estados Unidos

La Cámara de Representantes de los Estados Unidos es una de las dos cámaras del Congreso de los Estados Unidos. La fuerza principal de la casa es pasar legislación federal que afecta a todo el país a pesar de que el Senado debe también pasar sus facturas y acordó además por el Presidente de EE.UU. antes de convertirse en ley. Representantes servir para un período de dos años.

**Preguntas para los que tendrán puestos federales:**

**Vivienda digna y accesible:**

1. Tomando en cuenta los recortes a los presupuestos de HUD (Departamento de vivienda) y USDA (Departamento Federal de Agricultura), se ve que va a haber menos recursos para los programas de viviendas económicas. ¿Apoya Usted programas de viviendas accesibles? ¿Qué hará para asegurar tener fondos necesarios para vivienda digna?

**Acceso al cuidado médico:**

2. Si llega Usted a ser elegido al Congreso, ¿Implementara la Ley de Atención Accesible? (The Affordable Care Act)

**Inmigración:**

3. ¿Qué es su opinión a una reforma migratoria justa y comprensiva?

4. ¿Qué es su opinión de la propuesta Dream Act?

10     *Mi Voto Mi Voz*

ORT00018593

**Empleo y seguridad económica para nuestras:**

5. El costo de vida ha aumentado desde el año 2009. ¿Cuál es su opinión del aumento al salario mínimo de acuerdo acuerdo al costo de vida actual? ¿Qué acción tomaría?

6. Los empleados que reciben propinas han estado en la misma escala salarial desde la década de 1990. Muchos trabajadores sienten que un aumento mejoraría mucho su situación económica. ¿Qué acción tomaría usted en este tema?

**Repuestas de los Candidatos para Representante del Distrito 15**

Dale A. Brueggeman del Partido Republicano

 No Contesto

☐ Sí    ☐ No

Congresista Rubén Hinojosa del Partido Demócrata

 No Contesto

☐ Sí    ☐ No

Ron Finch del Partido Libertariano

 No Contesto

☐ Sí    ☐ No



★★☆★★☆★★★★★★★☆★★★★★★★☆★★★★★★★★★★★☆★★★☆★

**Repuestas de los Candidatos para Representante del Distrito 34**

Jessica Puente Bradshaw del Partido Republicano

 No Contesto

☐ Sí    ☐ No

*Mi Voto* 🐴 *Mi Voz*                                    11

ORT00018594

**Repuestas de los Candidatos para Representante del Distrito 34 continuado...**

Filemon Vela del Partido Demócrata



☐ Sí    ☐ No

Steven "Ziggy" Shanklin del Partido Libertariano



☐ Sí    ☐ No

★☆★★★★★★★★★★★★★★★★★ ☆ ★★★★★★★★★★★★★★★★★★★

## Representantes de La Mesa Directiva Escolar



### P.SJ.A ISD

Place 4:
Guadalupe "Lupe" Rodriguez
Pete Garcia
**Place 5:**
Humberto "Bobby" Rodriguez
Ruben Navarro
**Place 6:**
Victor Perez
Eleazar Guajardo
**Place 7:**
Ramona Baron
Jesus "Jesse" Vela Jr.



### Mercedes ISD

Place 5:
Yolanda C. Molina
Mario Garcia
Armando Lopez
**Place 6:**
Elvia Sandoval
Monte R. Churchill
**Place 7:**
Brian R. Acosta
Rafael G. Leal
Roberto Guajardo

ORT00018595

# Nuestros representantes en el estado de Texas

Como todos los estados en el país (menos Nebraska) y el congreso, la legislatura del estado esta dividido en dos—el senado, y la cámara de representantes.

### Senador Estatal

El Senado del estado de Texas es la cámara alta de la legislatura de Texas. Hay 31 miembros del Senado, en representación de los distritos. Hay elecciones al Senado cada cuatro años. El Senado se reúne en el Capitolio Estatal de Texas en Austin. El valle tiene dos representantes en el Senado.

Los Senadores trabajan mediante comités. Aparte de representar a sus constituyentes, el senador tiene la responsabilidad de aprobar los nombramientos del gobernador a comisiones y comités estatales. También, los senadores tienen la responsabilidad de aprobar el presupuesto que les llegue de la Cámara, y los mapas que se genera después de cada censo nacional.

Los preguntas a los candidatos para los puestos estatales: *(Las repuestas están limitadas a 50 palabras.)*

**Acceso al cuidado médico:**

1. Si es elegido a la legislatura estatal, ¿Que hara para optener fondos en programas de salud para la mujer?
2. ¿Trabajará Usted para asegurar que la ley de atención médica accesible (Affordable Care Act) Sea implementada en Texas, incluyendo la expansión de Medicaid para todos los ciudadanos menores de 65 años de edad, así mejorara el estado de la salud de los tejanos, para trabajadores de bajos recursos, tanto como estableciendo un consorcio de seguros de salud (health insurance pool) y dándole la capacidad suficiente a la mesa estatal de revisiones de aseguranzas para que deveras rigan a estas compañías ?

**Inmigración:**

3. ¿Que haria usted para asegurar que los inmigrantes puedan obtener una licencia de manejo para seguridad de todos?

**Empleo y seguridad económica para nuestras familias:**

4. ¿Que hara usted para proteger y defender a los trabajadores contra el abuso laboral, tales como el robo de salarios, cuando un trabajador es despojado de los salarios por el empleador?
5. Otros estados tienen una industria de prestamos del día del pago y de prestamos de titulo bien regulada, ¿Que hara usted para regular esta industria en Texas?

**Educación:**

6. Como hara para la restauracion de fondos que se recortaron al presupuesto de la educacion en la sesion 2011 para proveer fondos para nuestra creciente poblacion de estudiantes?
7. ¿Apoyara la re-examinación de las pruebas de alto riesgo en las escuelas de Texas?

**Participación cívica:**

8. A muchos de los ciudadanos de la region se les hara difícil y costoso obtener una identificacion para poder cumplir con los requisitos. De la propuesta de "Voter ID" Que hara usted al respecto?

**Repuestas de los Candidatos para Senador Estatal:**

Juan "Chuy" Hinojosa Del Partido Demócrata



1. Si- La salud de la mujer es prioridad, y la asistencia medica es una necesidad para la familia.

2. Si- Yo apoyo la expansion de Medicaid bajo del Affordable Care Act para reducir el numero de personas (6.2 Millones) que no tienen seguro.

3. Si- La gente tiene que conducir. Y seria mas seguro para el publico y para la familia de los imigrantes.

☐ Sí    ☐ No    4. Si- Tenemos que protejer el sueldo que con tanto esfuerzo ganan los trabajadores.

ORT00018596

## Repuestas de los Candidatos para Senador del Estado Distrito 20 continuado:

5. Si- Yo he apoyado legislacion para endurecer Pay Day Loan regulaciones.
6. Si- Mi contrincante corto 8 Billones de dolares de la educacion Publica. Yo recupere 4 Billones de dolares para la educacion publica.
7. Si- La educacion es fundamental para el crecimiento de nuestra economia.
8. Si- Yo estoy encontra del Voter I.D.- Mi contrincante apoya Voter I.D. y apoya la legislacion Sanctuary Citles que acosa a los Hispanos.

Raul Torres Del Partido Republicano



No Contesto

☐ Sí    ☐ No

★☆★☆★☆★★☆★★☆★☆★☆★☆★ ☆ ★★☆★☆★★☆★☆★☆★★☆★☆★☆☆★

# Bono para sistema de Desagüe en las Colonias



Elección De Bonos

(La Emisión de bonos en la cantidad de $184,000,000.00 Y la imposición de impuestos suficientes para pagar los bonos para mejoras al sistema de desagüe del distrito?)

■ A Favor

En Contra

La Red de Voces Unidas ha estado muy involucrada con el Concilio de Gobierno de los condados de Cameron, Hidalgo y Willacy y la Mesa Directiva del Distrito de Desagüe en el desarrollo de un bono de $184 millones. A través del trabajo arduo de los líderes de las colonias y de las organizaciones locales como ARISE, LUPE, Proyecto Azteca y TOP, $15 millones de este bono se utilizara directamente para la infraestructura, a nivel local, en las colonias. Aunque se trata de una cantidad pequeña de dinero en comparación con la gran necesidad, la Red de Voces Unidas cree que este es un principio bueno. El resto del saldo se destinara a otros proyectos que creemos que ayudara al drenaje general del condado y mejorar la capacidad del sistema de desagüe del condado y será de beneficio para toda la comunidad.

14

*Mi Voto* 🐴 *Mi Voz*

ORT00018597



### La Cámara de Representantes

Son 150 los miembros en la Cámara de Representantes de Texas, que sirven términos de dos años. La responsabilidad principal de la Legislatura es llevar a cabo las responsabilidades legislativas: considerar y deliberar sobre proyectos de ley (que pueden convertirse en leyes), resoluciones y enmiendas constitucionales. El objetivo principal de las responsabilidades legislativas es proponer y pasar leyes. La Legislatura también puede proponer y aprobar resoluciones, que no llevan el peso de las leyes, sino que se utilizan normalmente para conmemoraciones y declaraciones. Además, la Asamblea Legislativa ejerce autoridad sobre las enmiendas a la Constitución de Texas y la Constitución de los EE.UU.

Los preguntas a los candidatos para los puestos estatales:      *(Las repuestas están limitadas a 50 palabras.)*

**Acceso al cuidado médico:**
1. Si es elegido a la legislatura estatal, ¿Que hara para optener fondos en programas de salud para la mujer?
2. ¿Trabajará Usted para asegurar que la ley de atención médica accecible (Affordable Care Act) Sea implementada en Texas, incluyendo la expansión de Medicaid para todos los ciudadanos menores de 65 años de edad, así mejorara el estado de la salud de los tejanos, para trabajadores de bajos recursos, tanto como estableciendo un consorcio de seguros de salud (health insurance pool) y dándole la capacidad suficiente a la mesa estatal de revisiones de aseguranzas para que deveras rigan a estas compañías ?

**Inmigración:**
3. ¿Que haria usted para asegurar que los inmigrantes puedan obtener una licencia de manejo para seguridad de todos?

**Empleo y seguridad económica para nuestras familias:**
4. ¿Que hara usted para proteger y defender a los trabajadores contra el abuso laboral, tales como el robo de salarios, cuando un trabajador es despojado de los salarios por el empleador?
5. Otros estados tienen una industria de prestamos del día del pago y de prestamos de titulo bien regulada, ¿Que hara usted para regular esta industria en Texas?

**Educación:**
6. Como hara para la restauracion de fondos que se recortaron al presupuesto de la educacion en la sesion 2011 para proveer fondos para nuestra creciente poblacion de estudiantes?
7. ¿Apoyara la re-examinación de las pruebas de alto riesgo en las escuelas de Texas?

**Participación cívica:**
8. A muchos de los ciudadanos de la region se les hara dificil y costoso obtener una identificacion para poder cumplir con los requisitos. De la propuesta de "Voter ID" Que hara usted al respecto?

## Repuestas de los Candidatos para Representante 39:

Joel De Los Santos Partido Republicano



1. Estoy seguro q la salud de la mujer es critica, asi como todos los residents de Texas. La inversion en nuestros sistemas de salud es un proceso que ha venido desde decadas. Si soy elejido seguire continuando y soportando todos los programas para el mejoramiento de la salud de la mujer/
2. La Ley de salud de atencion asequible parece una solucion al principio, hasta q se llega a fondo a los detalles, en el desglose detallado de como la Ley de cuidados de salud a bajo precio se desarrollara, esta comprobado que 716 millones se reducira de Medicare. Una linea de/
3. En primer lugar hay q distinguir entre un inmigrante legal y uno q esta aqui sin documentacion en violacion de las leyes federales y de Texas. En cuanto a los residentes legales; son libres de obtener una licencia de conducir de Texas sobre la determinacion de documentacion pertinente y la prueba/

☐ Sí      ☐ No

4. Yo hare de todo Corazon , de pie para asegurarme q el abuso laboral no existatal como se define en esta cuestion, es erroneo. Sin embargo,Texas es un "Derecho al Trabajo" del estado y los empleados no estan obligados por leyes sindicales para seguir empleados a trabajos, si las empresas/
5. En lugar de regular este tipo de empresas que arriesgan su futuro haciendo préstamos de alto riesgo, prefiero educar a los residentes sobre los peligros asociados con el uso de compañias que cobran tarifas máximas y tasas increíblement altas. Pero vamos a hablar de por qué existen en el primer lugar./
6. Creo que nuestro distrito tiene el derecho de cada dólar que se requiere para operar nuestras escuelas y apoyar a todos los estudiantes que asisten a nuestras escuelas públicas. Voy a luchar por cada dólar que ingresa. Además, voy a trabajar con los educadores de nuestro distrito para obtener mejores/

ORT00018598

### Repuestas de los Candidatos para Representante 39 continuado:

7. Son muchos factores que intervienen en la determinación de las escuelas de alto riesgo. A partir de los ingresos de los padres de lugar de residencia, nuestras escuelas han sido categorizados y clasificados, distinguiéndolos de otros, no escuelas de alto riesgo. Debido a la clasificación de muchas de nuestras escuelas/

8. De todas las personas que conocido en nuestro distrito, literalmente, miles, nunca he conocido a alguien que no ha podido obtener una identificacion valida. Es un requisito tener una licencia de conducir de Texas. Las personas tiene que tener una identificacion valida para solicitor beneficios como Medicare O Medicaid y todos/

**Armando "Mando" Martinez Del Partido Demócrata**



1. Como su Representante Estatal, he continuamente apoyado la financiación de programas para la salud de la mujer. Durante la Sessión Legislativa no. 82, luché vigorosamente contra las reducciones financieras propuestas y aprobadas por los Republicanos. Durante la Sessión Legislativa no. 83, continuaré la lucha para restaurar los fondos que han sido/

2. Si

3. Sí. He presentado legislación respecto a este asunto. Desafortunadamente, los Republicanos han controlado la Cámara de Representantes en Texas y no han permitido que mi legislación sea aprobada en el Comité.

4. Sí.

5. Sí. Durante la Sessión Legislativa no. 82, planteé la cuestión de orden que acabó con la Propuesta de Ley de Voter ID (HB 112). Desafortunadamente, la Cámara de Representantes controlada por Republicanos logró aprobar SB 14, la cual contiene provisiones de HB 112.

☐ Sí      ☐ No

6. Sí. No solo apoyo a restauración de fondos que han sido eliminados del presupuesto de educación, sinó que tambien lucheré vigorosamente por un aumento en fondos especialmente para las escuelas localizadas en "distritos con vajos valores de propiedad". Es necesario que los fonos aumenten para compensar por el crecimiento de la población al igual que por aumentos en inflación.

7. Si

8. Sí. Durante la Sessión Legislativa no. 82, planteé la cuestión de orden que acabó con la Propuesta de Ley de Voter ID (HB 112). Desafortunadamente, la Cámara de Representantes controlada por Republicanos logró aprobar SB 14, la cual contiene provisiones de HB 112.

★☆★☆★☆★☆★☆★☆★☆★☆★☆★ ☆ ★☆★☆★☆★☆★☆★☆★☆★☆★☆

### Repuestas de los Candidatos para Representante 41:

Robert "Bobby" Guerra del Partido Demócrata



No Contesto

☐ Sí      ☐ No

Miriam Martinez del Partido Republicano



No Contesto

☐ Sí      ☐ No

**16**

Mi Voto 🐾 Mi Voz

ORT00018599

**La Comisión de Ferrocarriles de Texas (TRRC):**
Tiene tres miembros que son elegidos en las elecciones estatales y que tienen términos de seis años. La comisión tiene un mandato amplio y ha sido tradicionalmente uno de los cuerpos más poderosos del gobierno del estado. La Comisión regula a los ferrocarriles estatales e interestatales.Pero el cuerpo también se encarga de la regulación de la industria de petróleo y gas, transporte y minería.

**La Junta Estatal de Educación (SBOE):**
Es creado por la Constitución de Texas para poner en práctica el mandato constitucional de mantener un sistema de edu-cación pública gratis. Los quince miembros del Consejo representan distritos en todo el estado, y sirven términos de cua-tro años.  La mesa directiva tiene responsabilidades bien importantes, como los requisitos para maestros, que función tendrán las pruebas de los estudiantes, la relación de las escuelas chárter con el estado, la distribución equitativa de los fondos, y el contenido de los programas escolares.

**La mesa directiva de las escuelas:**
Tiene el control sobre los asuntos escolares, dentro a las limitaciones impuestas por la ley estatal, los reglamentos del Comisionado de Educación del Estado, y la voluntad de los residentes locales, expresadas en las elecciones del Distrito. Algunas de sus funciones claves incluyen: Ejercer el liderazgo para llevar en adelante el funcionamiento de las escuelas locales; contratar y evaluar al superintendente y delegar todas las responsa bilidades administrativas; autorizar el nombramiento de los maestros y otros miembros del personal; determinar los objetivos educativos para los estudiantes, y evaluar los resultados;  aprobar planes de estudio; abogar para que hayan los fondos necesarios para las escuelas y sus programas.

**Juez y juez de cabecera del Tribunal de Apelaciones Criminales:**
Plazo de seis años. Presta sus servicios como miembro de un tribunal de una jurisdicción de apelaciones finales en asuntos criminales, que incluyen los casos de sentencia de muerte, en el estado; tiene el poder de emitir recursos de hábeas corpus a delincuentes; administra la educación pública de jueces y abogados.

**Juez y juez de cabecera del apelaciones:**
Plazo de seis años. Cada tribunal de apelaciones tiene jurisdicción apelante intermedia en asuntos civiles y criminales que se apelaron de los tribunales de distrito o de los tribunales en el condado del distrito.

**Jueces:**
Los jueces toman decisiones sobre asuntos fundamentales que nos afectan a todos: las relaciones familiares, la educación, el cuidado de la salud, la vivienda, empleos, finanzas, discriminación, derechos civiles, seguridad pública y las medidas que toma el gobierno. Esas decisiones pueden tener un impacto a largo plazo sobre los  individuos, grupos y sobre el público en general. Es sumamente importante que nuestros jueces tomen decisiones justas que se basen en considerar los hechos y las leyes de cada proceso legal con una mentalidad abierta y sin prejuicios. Los jueces deben conocer las leyes a fondo y no tener influencia de factores externos de política y de economía.

El sistema de tribunales de Texas consiste en una red de tribunales de primera instancia y tribunales de apelaciones en todo el estado. En los tribu- nales de primera instancia, los jueces o los jurados evalúan los hechos y la ley y toman decisiones sobre una disputa legal civil o criminal. Cuando se apelan las decisiones en la mayoría de los tribunales de primera instan- cia, los procesos legales se dirigen a los tribunales de apelaciones en los cuales los jueces toman en co-nsideración los acontecimientos del tribunal de primera instancia, evalúan los argumentos legales y luego deciden si hubo un error.

**Juez del Tribunal Supremo**
Plazo de seis años. Debe tener por lo menos 35 años de edad, ser un ciudadano de los Estados Unidos y residente de Texas. Debió haber sido un abogado practicante por lo menos durante 10 años o abogado y un juez de un tribunal re-gistrado por lo menos durante 10 años. Presta sus servicios como un miembro de un tribunal de una jurisdicción de apelaciones finales en asuntos civiles en el estado; tiene el poder de tramitar órdenes judiciales para las acciones de cum-plimiento y de encabezar los procedimientos para quitar jueces; regula a los abogados y les otorga licencias; administra el Programa de Servicios Legales Básicos Civiles para la gente de bajos recursos económicos.


ORT00018600



# Día de Elección
# 6 de Noviembre 2012
# Centros de Votación
# Abierto 7 am - 7 pm

| | PRECINCT | CITY | BUILDING | ADDRESS | LOCATION |
|---|---|---|---|---|---|
| 1 | 91, 177, 178 & 229 | Alamo | Alamo Comm. Center | 1429 S. Tower | |
| 2 | 123, 127, 176, 251 & 255 | Alamo | Sgt. Fernando de la Rosa Lib. | 416 N. Tower | |
| 3 | 77, 130, 242 & 253 | Alamo | North Alamo Elem. School | 733 N. Alamo Rd. | Library |
| 4 | 44, 126, 181 & 192 | Alamo | Guerra Elem. School | 807 FM 495 | Room D1 |
| 5 | 86, 205, 211, 212 & 247 | Alton | City Hall | 509 S. Alton Blvd. | Conference Room |
| 6 | 3, 55, 171, 174 & 232 | Donna | Amigos Del Valle | 1408 Silver | Main Entrance |
| 7 | 23, 120, 172, 173 & 175 | Donna | Boys and Girls Club | 307 Miller | SW Corner Room |
| 8 | 45, 87 & 157 | Donna | W.A. Todd 9th Grade Campus | 400 N. Salinas Blvd. | Gym |
| 9 | 16, 79 & 179 | Edcouch | Edcouch Fire Station | 200 W. Santa Rosa Ave. | Station Entrance |
| 10 | 14, 151 & 152 | Edinburg | Jefferson Elem. School | 904 S. 12th St. | |
| 11 | 30 & 31 | Edinburg | Edinburg North High School | 3101 North Closner | |
| 12 | 105 | Edinburg | B.L. Garza Middle School | 1202 N. MonMack Road | |
| 13 | 108 & 109 | Edinburg | Elections Annex Bldg. | 317 N. Closner | Training Room |
| 14 | 52, 106 & 224 | Edinburg | Canterbury Elem. School | 2821 W. Canton Road | |
| 15 | 13 & 107 | Edinburg | South Middle School | 601 W. Freddy Gonzalez | |
| 16 | 53 & 158 | Edinburg | Francisco Barrientes School | 1100 E. Ebony Lane | |
| 17 | 19 & 69 | Edinburg | Avila Elem. School | 9205 N. Alamo Rd. | |
| 18 | 68 & 154 | Edinburg | Montecristo Elem. School | 4010 N. Doolittle Rd. | |
| 19 | 221, 222, 223 & 230 | Edinburg | Magee Elem. School | 3420 W. Rogers Rd. | |
| 20 | 15, 70, 90, 153, 119, 191, 237 & 225 | Elsa | John F. Kennedy School | 500 W. 9th | |
| 21 | 12 & 82 | Granjeno | Granjeno City Hall | 6603 S. FM 494 | Conference Room |
| 22 | 18, 92 & 180 | Hargill | Hargill Elementary School | 11 Mi. N. of Edg. On Hwy 281 | |
| 23 | 20, 233 & 234 | Hidalgo | Hidalgo City Hall | 704 E. Texano | Council Chambers |
| 24 | 11, 196, 197, 198 & 257 | La Joya | Economic Development Center Bldg. | 105 N. Michael | |
| 25 | 64, 99, 183, 217, 219 & 254 | La Joya | Kika De La Garza School | 5441 N. La Homa Road | |
| 26 | 17, 169 & 184 | La Villa | La Villa High School | 200 W. Hwy 107 | H.S. Auditorium |
| 27 | 8, 150 & 252 | McAllen | STC Nursing Center | 1101 E. Vermont Ave. | Atrium (West Wing) |
| 28 | 47, 49 & 231 | McAllen | Bowie Special Education Dept. | 2604 Galveston | Annex |
| 29 | 48, 95, 149, 193 & 214 | McAllen | Palmview Community Center | 3401 Jordan Avenue | Exercise Room |
| 30 | 65, 84, 161, 162 & 163 | McAllen | Dr. Castañeda Elementary | 4100 N. 34th St. | Gym/South Side |
| 31 | 73 & 96 | McAllen | Rayburn Elem. School | 7000 N. Main | Main Entrance |
| 32 | 72, 81 & 200 | McAllen | Lark Community Center | 2601 Lark Avenue | Exercise Room |

Mi Voto Mi Voz

ORT00018601

# Día de Elección 6 de Noviembre 2012
## Centros de Votación Abierto 7 am - 7 pm

| | PRECINCT | CITY | BUILDING | ADDRESS | LOCATION |
|---|---|---|---|---|---|
| 33 | 97, 164 & 216 | McAllen | Facilities & Operations Bldg. | 4309 Warrior Ave | Training Room |
| 34 | 62, 124, 134, 135 140, 141, 160 & 168 | McAllen | Milam Elementary School | 3800 N. Main St. | South East Hallway |
| 35 | 26, 27, 138 & 139 | McAllen | Tax Office | 311 N. 15th St. | Foyer |
| 36 | 37, 66, 67 & 136 | McAllen | Crockett Elementary School | 2112 N. Main St. | Cafeteria |
| 37 | 54, 199 & 201 | McAllen | Cayetano Cavazos Elem. | 1501 W. Freddy Gonzalez | |
| 38 | 7, 34, 148 & 246 | McAllen | Palmer Pavilion | 301 E. Hackberry | |
| 39 | 74, 129, 166, 167, 206 & 207 | McAllen | Fossum Middle School | 7800 N. Ware Rd. | |
| 40 | 24 & 76 | McCook | Immaculate Parish Hall | 28212 S. FM 2058 | |
| 41 | 1, 46, 85 & 213 | Mercedes | Taylor Zachary | 900 N. Missouri | Cafeteria |
| 42 | 32 & 249 | Mercedes | Mercedes City Hall | 400 S.Ohio Avenue | Commission Rm. |
| 43 | 56 & 202 | Mercedes | Mercedes Early Childhood Ctr. | 950 W. 6th | Library |
| 44 | 9, 218, 220, 243 & 248 | Mission | Veterans Memorial High School | 700 E. 2 Mile Road | Main Entrance |
| 45 | 103 | Mission | Kika De La Garza Building | 921 E. 12th St. | Main Entrance |
| 46 | 10, 63 & 102 | Mission | Mission City Hall | 1201 East 8th | Community Room |
| 47 | 75, 89, 125, 131, 132, 133, 165, 182, 209, 241, 244 & 256 | Mission | Salinas Elementary School | 6 3/4 Miles North Conway | Room #7 |
| 48 | 93, 94, 128 & 204 | Mission | Mission Fire Department | 415 W. Tom Landry | Training Room |
| 49 | 28 & 98 | Mission | O'Grady Elem. School | 810 W. Griffin Parkway | Library |
| 50 | 33 | Monte Alto | Monte Alto Community Center | 25149 1st St. | Community Center |
| 51 | 239 | N. Edinburg | Guerra Elem. School | 10010 N. Via Fernandez | |
| 52 | 86, 101 & 236 | Palmhurst | Church of Christ | 1410 E. 3 Mile Rd | Main Entrance |
| 53 | 29, 100, 185, 187 & 208 | Palmview | Palmview City Hall | 400 W. Veterans Blvd. | |
| 54 | 78, 186 & 210 | Palmview | Co. Comm. Pct. #3 Ofc. | 724 N. Breyfogle Road | Main Entrance |
| 55 | 50, 145, 170, 194 & 195 | Penitas | Penitas Public Library | 1320 S. Main | Portable |
| 56 | 61 | Pharr | Napper Elementary School | 903 N. Flag St. | Cafeteria |
| 57 | 115 | Pharr | Buckner Elementary | 1001 N. Fir | Cafeteria |
| 58 | 122, 226, 227 & 228 | Pharr | Valley View 5th Grade Campus | 9701 S. Jackson Rd | Cafeteria |
| 59 | 6 & 35 | Pharr | Jose Pepe Salinas Center | 1011 W. Kelly | Conference Room |
| 60 | 25, 36 & 147 | Pharr | Liberty Middle School | 1212 S. Fir | Cafeteria |
| 61 | 5, 137 & 146 | Pharr | Las Milpas Comm. Center | 7107 S. Cage Blvd. | Main Entrance |
| 62 | 60, 116, 142, 143, 144 & 240 | Pharr | PSJA North High School | 500 E. Earling Rd. | Lobby |
| 63 | 40, 155, 235 & 238 | Progreso | Progreso Community Center | 210 FM 1015 | Auditorium |
| 64 | 43, 104, 189 & 190 | San Carlos | San Carlos Elementary School | 2 Mi. S. of E. Hwy. 107 on 3rd St. | |
| 65 | 59, 117, 159 & 245 | San Juan | San Juan Fire Station #2 | 2301 N. Longoria Road | Conference Room |
| 66 | 4 & 118 | San Juan | Austin Middle School | 804 S. Stewart Rd. | Portable #18 |
| 67 | 39 & 156 | San Juan | Garza-Pena Elementary School | 230 E. Sgt. Leonel Trevino | Cafeteria |
| 68 | 38, 188, 203 & 215 | Sharyland | Mission Fire Station #3 | 1804 N. Shary Rd. | Main Entrance |
| 69 | 83 | Sharyland | John S. Shary Elementary | 2300 N. Glasscock | |
| 70 | 51 & 80 | Sullivan | Fire Station | 500 Cenizo Drive | Main Entrance |
| 71 | 41, 57, 110 & 250 | Weslaco | Co. Commissioner Pct. #1 | 1902 Joe Stephens Ave., Ste.101 | Lounge Area |
| 72 | 71, 113 & 114 | Weslaco | Stephen F. Austin School | 514 W. 4th St. | USDA Building |
| 73 | 2, 111, 112 & 121 | Weslaco | Braught Theatre | 525 S. Kansas | Comm. Chambers |
| 74 | 21, 22, 42 & 58 | Weslaco | Pete Abrigo Agr. Sci. Complex | 1601 W. Sugar Cane Dr. | Equine Center |

 Mi Voto Mi Voz

19

ORT00018602

FROM Oct. 22nd – Nov. 2, 2012 - CALL (956) 318-2570 For General Information (Llame para Información General)

## November 6, 2012 (6 de Noviembre de 2012)
## GENERAL ELECTION (Elección General)
## EARLY VOTING SCHEDULE (Horario para el Voto Adelantado)

| Days/ Dias | Dates/ Fechas | Hours/ Horas |
|---|---|---|
| Monday/ Lunes | Oct. 22, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Tuesday/ Martes | Oct. 23, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Wednesday/ Miércoles | Oct. 24, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Thursday/ Jueves | Oct. 25, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Friday/ Viernes | Oct. 26, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Saturday/ Sabado | Oct. 27, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Sunday/ Domingo | Oct. 28, 2012 | 10:00 A.M. – 3:00 P.M. |
| Monday/ Lunes | Oct. 29, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Tuesday/ Martes | Oct. 30, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Wednesday/ Miércoles | Oct. 31, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Thursday/ Jueves | Nov. 1, 2012 | 7:00 A.M. -- 7:00 P.M. |
| Friday/ Viernes | Nov. 2, 2012 | 7:00 A.M. -- 7:00 P.M. |

-----------------EARLY VOTING SUBSTATION LOCATIONS-----------------
### (Casillas Electorales para el Voto Adelantado)

**ALAMO SUB**
Sgt. Fernando de la Rosa Lib.
416 N. Tower Rd.
Alamo, TX

**ALTON SUB**
City Hall
509 S. Alton Blvd.
Alton, TX

**DONNA SUB**
Amigos Del Valle
1408 Silver Ave.
Donna, TX

**EDINBURG SUB**
Elections Annex Bldg
317 N. Closner "REAR"
Edinburg, TX

**EDINBURG SUB**
UTPA Student Union Bldg
1201 W. University
Edinburg, TX

**ELSA SUB**
Fire Station
216 E. 4th St.
Elsa, TX

**EDCOUCH SUB**
Fire Station
200 W. Santa Rosa
Edcouch, TX

**HIDALGO SUB**
Hidalgo City Hall
704 E. Texano
Hidalgo, TX

**LA JOYA SUB**
Economic Development Ctr.
105 N. Michael
La Joya, TX

**MCALLEN SUB**
Lark Comm. Ctr.
2601 Lark Ave.
McAllen, TX

**MCALLEN SUB**
McAllen Tax Office
311 N. 15th St.
McAllen, TX

**MCALLEN SUB**
Palmer Pavilion
301 E. Hackberry
McAllen, TX

**MCALLEN SUB**
Palmview Comm. Ctr
3401 Jordan Ave.
McAllen, TX

**MERCEDES SUB**
City Hall
400 S. Ohio Ave.
Mercedes, TX

**MISSION SUB**
Mission City Hall
1201 E. 8th St.
Mission, TX

**MISSION SUB**
Fire Station #3
1804 N. Shary Rd.
Mission, TX

**PALMHURST SUB**
Church of Christ
1410 E. 3 Mile Rd.
Palmhurst, TX

**PALMVIEW SUB**
Co. Comm. Pct. #3
724 N. Breyfogle Rd.
Palmview, TX

**PHARR SUB**
Jose Pepe Salinas Ctr.
1011 W. Kelly
Pharr, TX

**PHARR SUB**
Las Milpas Comm. Ctr.
7107 S. Cage Blvd.
Pharr, TX

**PROGRESO SUB**
Progreso Comm. Ctr.
210 FM 1015
Progreso, TX

**SAN JUAN SUB**
Fire Station #2
2301 N. Raul Longoria
San Juan, TX

**SULLIVAN SUB**
Sullivan Fire Station
500 Cenizo
Sullivan City, TX

**WESLACO SUB**
Braught Theater
525 S. Kansas Ave.
Weslaco, TX

**WESLACO SUB**
Co. Comm. Pct. #1 Ofc.
1902 Joe Stephens, Ste 101
Weslaco, TX

**LA VILLA ISD SUB**
La Villa Administration Office
500 E. 9th St.
La Villa, TX

**MONTE ALTO ISD SUB**
Monte Alto Community Center
25149 1st St.
Monte Alto, TX

**VALLEY VIEW ISD SUB**
Valley View 5th Grade Campus
9701 S. Jackson Rd.
Pharr, TX

****CALL (956) 318-2570 For General Information (Llame para Información General) ****
Hidalgo County Elections Department, 101 South 10th Ave. Edinburg, TX. (Last Update 9/13/2012)

## Para reportar problemas al votar: 1-888-839-8682

Plaintiff Exhibit
PL985

FILED UNDER SEAL

Plaintiff Exhibit
PL986

FILED UNDER SEAL

Plaintiff Exhibit
PL987

FILED UNDER SEAL

Plaintiff Exhibit
PL988

FILED UNDER SEAL

Plaintiff Exhibit
PL989

FILED UNDER SEAL

Plaintiff Exhibit
PL990

FILED UNDER SEAL

Plaintiff Exhibit
PL991

FILED UNDER SEAL

Plaintiff Exhibit
PL992

FILED UNDER SEAL

Plaintiff Exhibit
PL993

FILED UNDER SEAL

Plaintiff Exhibit
PL994

FILED UNDER SEAL

# Plaintiff Exhibit PL995

# WITHDRAWN

Plaintiff Exhibit
PL996

FILED UNDER SEAL

Plaintiff Exhibit
PL997

FILED UNDER SEAL

Plaintiff Exhibit
PL998

FILED UNDER SEAL

Plaintiff Exhibit
PL999

FILED UNDER SEAL

Plaintiff Exhibit
PL1000

FILED UNDER SEAL

Plaintiff Exhibit
PL1001

FILED UNDER SEAL

PL1002
9/2/2014
2:13-cv-00193

Gmail - [Blast Notification] Target:0 supporters: David vs. Goliath in Tex...    https://mail.google.com/mail/u/0/?ui=2&ik=91fe06199a&view=pt&sb...



Blake Green <blake.green@gmail.com>

## [Blast Notification] Target:0 supporters: David vs. Goliath in Texas Voter ID Battle

**Christina Sanders, the League of Young Voters Education Fund**
<system@democracyinaction.org>
Reply-To: online@youngvoter.org
To: diablasts@theleague.com

Thu, May 17, 2012 at
10:49 AM

Dear [[First_Name]],

The League has been engaged in a David and Goliath battle with the State of Texas over Voter ID for more than a year now. Many seasoned allies initially advised us to "get ready, because Voter ID was the new law." But we did not give up, and now we've taken the battle to the courts.

With your support, we enabled students from historically black colleges and universities to share their hardships and work with us to request denial of SB-14, the unjust Texas Voter ID law. As a result, the Department of Justice denied pre-clearance to SB-14, but the Texas Attorney General and Governor still seek to enact the law in time for the 2012 election.

> The Texas League has taken the battle for youth voter rights all the way to the courts. Help them tell the story:

Again, we say, NO! Under the legal counsel of the NAACP Legal Defense Fund, the Texas League has been added as defendant-intervenors in the Texas v. Holder Voter ID lawsuit to defend the right of young Texans to vote.

We didn't start this battle; we simply answered the call.

In Texas, we are on the precipice of a victory that would never have been possible without the support of activists, like you, across the country. You got us this far, but Voter ID laws still threaten voter access across the country. Help us share our story to keep the nation fighting for Voter Protection in this critical election year.

Please share this story with your friends and family:

Let's continue to win!

Sincerely,

Christina Sanders
Texas State Director

P.S. Follow the case here: txredistricting.org

Support Our Work | Youngvoter.org | Subscription Options

**Highly Confidential**

LYV00000033



**the texas league**
of young voters
education fund

**FOR IMMEDIATE RELEASE**
August 30, 2012

**FOR MORE INFORMATION, CONTACT:**
Christina Sanders or Blake Green
Texas League of Young Voters Education Fund
281-849-VOTE (8683), christina@youngvoter.org

# Texas Voter ID Defeated in Historic Trial
### *1.4 Million Voters Will Not Need Photo ID in November Election*

Washington, D.C. - A federal court ruled today that 1.4 million Texans will not need to obtain photo ID in order to vote in the November 6th election this year.

The verdict in *Texas v. Holder*, the history-making trial to determine the fate of Texas' Voter ID law, comes after weeks of deliberation that brought the Texas League of Young Voters to Washington, D.C. as defendant-intervenors in the case.

The Texas League argued that the Voter ID law (SB 14), passed in 2011, would have created a significant burden on young and minority voters by not allowing them to use their voter registration card or student IDs to vote as they have been able to in the past. In addition, the law would not allow a valid ID from another state, work IDs used by a state employee, or any expired state-issued personal identification cards or driver's licenses.

The Texas League of Young Voters made a video during the trial, which garnered thousands of views on YouTube and was shared widely on social networks.

Supporters of the law aimed to use Voter ID to combat voter fraud. Since the law would affect 1.4 million eligible voters in the 2012 election, the Texas League and the NAACP-LDF argued that the law did not correctly address voter fraud allegations without disenfranchising a large portion of the Texas electorate.

"This is a validation of the power that people have when they organize," Christina Sanders, State Director for the Texas League, said. "But the fight is not over. Thousands of young voters who were placed in jeopardy by Voter ID have a major role to play in this upcoming November election, and we are going to organize them every step of the way."

To combat Voter ID, Texas organizers built online and offline networks of thousands of young activists, using online organizing and social networking to organize petition drives to insist the Department of Justice refuse pre-clearance to SB-14.

Now, with the protracted battle over Voter ID behind them, the Texas League will continue mobilizing its network of young organizers on the campuses of historically black colleges and universities to turn out thousands of young voters in the November 6th presidential election.

"Even with the defeat of SB 14, we still have many young voters confused about what the rules are for them to cast their ballots," Blake Green, Texas League Deputy Director said. "Notwithstanding that, we are committed to continuing to register, educate, engage, and protect the voting rights for young people. Our struggle continues and we will continue to fight."

**About Texas League of Young Voters Education Fund:** The Texas League of Young Voters Education Fund is an affiliate of the League of Young Voters Education Fund, headquartered in Brooklyn, New York. The League empowers young people to participate in the democratic process and create progressive political change on the local, state and national level – with a focus on non-college youth and youth from low-income communities and communities of color. For more information, please visit www.youngvoter.org/texas.

###

Highly Confidential

PL1004
9/2/2014
2:13-cv-00193

League Fam,

As a result of the Supreme Court's recent decision to abolish Section 4 of the Voting Rights Act, the State of Texas has now enacted the Voter ID Law, which was passed during the 2011 legislative session. As you know, we fought hard with the Department of Justice and other voter advocacy organizations to make sure that this law was struck down and not put in effect for the 2012 presidential election. Though successful in our efforts last year, now that the State of Texas is being backed by law and can legally enforce it, our duty is to make sure that everybody is informed of requirements and prepared for what is to come when they go vote in the upcoming local elections set to take place November 2013.

According to the law, voters will be responsible to present one of 7 photo identification cards to the poll worker. The poll worker will then match up the names with the official list of registered voters that they are provided with. If the names do not match up exactly alike, the voter will have to sign an affidavit attesting to their identification.

Their identification form must be current and not expired past 60 days (apx. 3 months). The 7 types of photo identification that are protected under the law are:

- TX Driver's License,
- TX Identification Card,
- TX Concealed Handgun License,
- U.S. Military Identification Card with a picture,
- U.S. Citizens Certificate with a picture, and
- U.S. Passport.

A voter who does not possess one of these forms of identification has the option to get a Texas Election Identification Certificate issued by the DPS. In order to obtain this certificate you must provide proof of citizenship, proof of identity, and be registered to vote. However, if they choose to take this route a visit to the DPS can take up to 3 hours or longer, and they are not open on the weekends. This is the same procedure to a driver's license and/ or identification card.

It is unfortunate that this law is protected, because it will cause a burden on poor and minority voters, which make up the majority of the population in Texas. There are no exceptions for elderly, college students (student ids are not accepted), nor veterans without a photo military id. It is our mission to engage and turn out low propensity voters. In efforts to create lifetime voters, it is going to take a lot of work, but it is important for their voices to be heard. We hope that we can count on you to join in our efforts to disseminate this information to as many Texas residents as possible.

Highly Confidential

Gmail - [BREAKING] We defeated Voter ID!                    https://mail.google.com/mail/u/0/?ui=2&ik=fa5f6a84d2&view=pt&...2:13-cv-00193



Christina Sanders <csanderstxleague@gmail.com>

## [BREAKING] We defeated Voter ID!

2 messages

**Christina, Texas League of Young Voters Education Fund** <texas@youngvoter.org>     Thu, Aug 30, 2012 at 1:11 PM
Reply-To: texas@youngvoter.org
To: christina@youngvoter.org

The League of Young Voters Education Fund

Hey Christina Sanders,

Today, we made history together. Because of committed activists like you, 1.4 million Texans will retain their right to vote on November 6th. In a precedent-shattering decision, the Texas Voter ID bill, SB 14, has been defeated in federal court.

**1.4 Million Voters in Texas will be able to vote this year - thanks to your work. Help us register 25,000 new voters by October 7th.**

**Chip in $10**

Today's ruling is a validation of the power that community organizers have to influence and shift national discourse. Because of today's victory, we can shift our focus to registering thousands of new voters to sweep the polls this fall. But we can't do it alone.

Will you chip in $10 to help us register 25,000 new voters?

To combat Voter ID, League organizers built online and offline networks that moved thousands of young activists to urge the Department of Justice to refuse pre-clearance to SB 14. The DOJ responded, halting pre-clearance, and when the state of Texas took the battle to D.C. federal courts, the League was asked to step up as defendant-intervenors in the case.

Which we did, proudly, knowing that we have a nation of engaged constituents at our backs. Texas lawmakers were counting on us to stand idly by while they stripped our voting rights away.

We've come out of this struggle stronger, and ready to lead a wave of youth participation on November 6th.

Donate $10 to help us get it done.

Thanks for your ongoing support,

Christina Sanders

State Director, Texas League of Young Voters Education Fund

---

***Subscription Management:***
*To subscribe, go to: http://youngvoter.org/join*
*To unsubscribe from the League's mailing list, go to: http://youngvoter.org/unsubscribe*

**Justin Morgan** <guitarhead_01@hotmail.com>                    Thu, Aug 30, 2012 at 7:43 PM
To: texas@youngvoter.org

**Highly Confidential**                                                              **LYV00000061**



**Blake Green <blake.green@gmail.com>**

---

# Texas Voter ID Law Disenfranchises Student Voters

2 messages

---

**Blake Green <blake@youngvoter.org>**                                    Fri, Sep 16, 2011 at 12:00 PM
To: wslater@dallasnews.com

      

Blake Green
Texas League of Young Voters Education Fund
713.542.3003
Blake@youngvoter.org

**PRESS RELEASE**
Sept. 8, 2011
FOR IMMEDIATE RELEASE

**Texas Voter ID Law Disenfranchises Student Voters**
*NAACP Legal Defense & Education Fund and the League of Young Voters Education Fund
Submit Comment Letter to the U.S. Department of Justice*

HOUSTON, TEXAS, September 8, 2011 — Today, the NAACP Legal Defense & Education
Fund, Inc. and the League of Young Voters Education Fund issued a joint letter urging
the Attorney General to reject Texas's proposed photo identification law. The
organizations argue that Texas has not met its burden under Section 5 of the Voting
Rights Act of showing either that this proposed voting change will not be harmful to
minority voters, or that its adoption was free of discriminatory purpose.

"As our letter explains, Texas's proposed photo ID measure, which does not permit the
use of a government-issued student identification card as an acceptable form of
identification at the polls, would disfranchise students who only possess student
identification," said Christina Sanders, State Director for the Texas League of Young
Voters Education Fund.

This is especially true for many African-American students at Prairie View A&M
University, a historically black university located in Waller County, who have been the
target of multiple efforts to deny their votes over the years. The League of Young Voters
Education Fund collected statements from dozens of students at Prairie View confirming
that the proposed photo ID law will disfranchise them.

It is noteworthy that these new burdens have been imposed against the backdrop of an
unfortunate history of discouraging student voting at Prairie View A&M. For more than
three decades, Waller County has repeatedly sought to prevent students at Prairie View
A&M from participating in the electoral process. Litigation from the late 1970s—including
a decision from the Supreme Court —barred Waller County's efforts to block Prairie View
A&M students from voting in local elections. Nonetheless, in the 1990s and 2000s, local
officials indicted students, or threatened them with prosecution, for voting in such
elections.

---

**Highly Confidential**

"Students have a right to vote where they attend school," Sanders said. "We are urging the Department of Justice to stand in the gap to protect their voting rights. We cannot afford to ignore this real threat to their voting rights—a threat to their access to the ballot is a threat to everyone's access to the ballot."

Although Texas's purported rationale for the photo ID Law is to prevent fraud, there is absolutely no record of voter fraud with respect to in-person voting in Texas.

"It's a lie. It's not true. It does not exist," said Royal Masset, former Political Director of the Republican Party of Texas.

The Department of Justice has until Sept. 23, 2011 to object to the law if it decides that it is discriminatory and disenfranchises voters.

"In balancing the non-existent harm of in-person voter fraud against the measurable and identifiable record of actual disfranchisement of qualified voters, the coalition believes that the Department should err on the side of permitting qualified voters access to the polls," Sanders said.

**About the League of Young Voters Education Fund:** The League of Young Voters Education Fund empowers young people to participate in the democratic process and create progressive political change on the local, state and national level – with a focus on non-college youth and youth from low-income communities and communities of color. The League makes political engagement relevant by meeting young people where they are, working on issues that affect their lives, and providing them with tools, training and support to become serious catalysts for change in their communities. The League has field operations in the following states: California, Maine, Ohio, Texas and Wisconsin.

###

*Subscription Management:*
To subscribe, go to: *http://youngvoter.org/join*
To unsubscribe from the League's mailing list, go to: *http://youngvoter.org/unsubscribe*

---

📄 **LDF_League_of_Young_Voters_Texas_Photo_ID_Comment_Letter_1.pdf**
67K

---

**Blake Green** <blake@youngvoter.org>                                      Fri, Sep 16, 2011 at 3:16 PM
To: atinsley@star-telegram.com

[Quoted text hidden]

📄 **LDF_League_of_Young_Voters_Texas_Photo_ID_Comment_Letter_1.pdf**
67K

**Highly Confidential**                                                                  **LYV00000663**

Are you prepared? Voter ID law takes effect in Texas | Texas League of ...        http://texasyoungvoters.org/voter-id-law-takes-effect/

**PL1007**
**9/2/2014**
**2:13-cv-00193**

**ABOUT      PROGRAMS      ISSUES      BLOG      ELECTION CENTER      GET INVOLVED      MEDIA**

FEATURED, VOTER ID LAWS

# Are you prepared? Voter ID law takes effect in Texas

by blake • July 18, 2013

Effective immediately, the following forms of photo identification will be accepted at the poll for voting purposes. This new law will be in effect for the upcoming November 5, 2013 local elections. A voter will be required to show one of the following seven (7) forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license—unexpired or expired less than 60 days — issued by the Texas Department of Public Safety (DPS)



- Texas Election Identification Certificate (EIC) issued by DPS (For more information on the EIC application process click HERE)



- Texas personal identification card issued by DPS—unexpired or expired less than 60 days



**REGISTER TO VOTE**

# DONATE

### sign up for our newsletter

YOUR EMAIL

SIGN UP!

Recent Updates

RECAP: #GetCovered Youth Panel & Twitter Town Hall
#GetCovered Twitter Town Hall
March 22 is #GetCovered Day – List of Locations
ACA Community Forum
Press Release: Urgent Push to Get Young Houstonians Covered

**Highly Confidential**                                                                          **LYV00001187**

- Texas concealed handgun license issued by DPS—unexpired or expired less than 60 days



- United States military identification card containing the person's photograph



- United States citizenship certificate containing the person's photograph



- United States passport—unexpired or expired less than 60 days



## Procedures for Voting

When a voter arrives at a polling location, the voter will be asked to present one of the seven (7) acceptable forms of photo ID. Election officials will now be required by State law to determine whether the voter's name on the identification provided matches the name on the official list of registered voters ("OLRV"). After a voter presents their ID, the election worker will compare it to the OLRV. If the name on the ID matches the name on the list of registered voters, the voter will follow the regular procedures for voting.

Highly Confidential
LYV00001188

Are you prepared? Voter ID law takes effect in Texas | Texas League of ...                http://texasyoungvoters.org/voter-id-law-takes-effect/

If the name does not match exactly but is "substantially similar" to the name on the OLRV, the voter will be permitted to vote as long as the voter signs an affidavit stating that the voter is the same person on the list of registered voters.

If a voter does not have proper identification, the voter will still be permitted to vote provisionally. The voter will have (six) 6 days to present proper identification to the county voter registrar, or the voter's ballot will be rejected.

The "substantially similar" names protocols can be found at http://tinyurl.com /subsimname. They are incredibly subjective. So even if you have one of the required forms of id, and it's current, you could still have a problem if your name on the id is not exactly the same as your name on the voter registration list.



facebook      twitter      email      sharethis      Like  16   8+1

Tags: Texas Voter ID

..........................................................................

← Press Statement: Shelby v. Holder

Texas League of Young Voters Education Fund Files Motion to Join the DOJ's Lawsuit Against Texas's Photo ID Law →

Comments are closed.

 
Highly Confidential                                                                                          LYV00001189

PL1008
9/2/2014
2:13-cv-00193

#GotIDTexas Sample Script

# Incorporating Voter ID Into a Rap

*(talking to a registered voter)*

I have one more question: **Have you heard about the new forms of ID you'll need to bring in order to vote?**
Texas has implemented a new law that means you need to have one of six forms of ID to cast a ballot.

**Do you currently have a government-issued ID with your photo, like a passport, military ID or an ID issued by the Texas Department of Public Safety?**

*(if no, skip down to No Current ID)*

*(if yes)* **Can I ask which one you have? Do you know the expiration date?**

In order to vote, you'll need to bring one of the following: driver's license issued by DPS, personal ID issued by DPS, concealed handgun license, military ID, passport or citizenship certificate.

**Do you have one of those?**

*(if yes)* Great! You should make sure the expiration date is after Sept 6, 2013. And you should be aware that if your current appearance is substantially different from the picture on your ID, a poll worker could challenge your identity. *(if no, keep going)*


## NO CURRENT ID

That's ok, you'll just need to go through the process of getting one of those forms of ID in order to vote.

People with disabilities can apply for a permanent exemption to this requirement, is this something that might apply to you? *(if yes)* You have to apply in-person at your county voter registrar's office for the exemption. Would you like someone to follow-up with you about that?) *(if no, keep going)*

You can also apply to vote by mail if you will be out of the county during early voting and on election day, are 65 years or older or have a disability. Would you like help applying through your county's Early Voting Clerk? *(if yes, mark under "Other Help")* *(if no, keep going)*

The easiest form of ID to get is called an Election ID Certificate, it's issued by DPS. But you'll need to prove your citizenship status and your identity. Often you have to start with a birth certificate.

Do you have a copy of your birth certificate? If not, and if you were born in Texas, do you have any immediate family members with a state-issued ID who could request one for you from the Vital Statistics Office?


*(see "Canvass & Phone Tracking Form" Excel or Google Doc for directions on information to track)*

LYV00001190

PL1009
9/2/2014
2:13-cv-00193

# TEXAS VOTERS: Got ID?

*New Rules in TX Mean New Documents Required to Vote*

## To Vote on Nov. 5th You'll Need <u>One</u> of These

☐ TX Driver's License issued by DPS, or
☐ TX Personal ID card issued by DPS, or
☐ Election ID Certificate (EIC) issued by DPS, or
☐ TX concealed handgun license issued by DPS, or
☐ US military ID card showing your photo, or
☐ US citizenship certificate showing your photo, or
☐ US passport book or card.

*(all documents must have expiration dates **AFTER 9/6/13**)*

## You Can Get A *Free* ID @ DPS!

**1** Go to a Department of Public Safety office and bring:



**Your Birth Certificate** **AND**

**Two (2) of these:**
Social Security Card, voter registration card, school records, medicare/medicaid card, ID card issued by a govt agency, unexpired insurance policy, expired Texas ID.
*For the full list see http://tiny.cc/EIC*

**2** Tell them *"I want a FREE Election ID Certificate"*

## Questions or problems?

☑ Call 1-866-OUR-VOTE
    1-866-687-8683
☑ Visit www.GotIDtexas.org
☑ Text "GotIDtx" to 30644

People with (dis)abilities can apply for a permanent exemption to the new ID requirement. Please, **call us to learn more.**



**TEXAS CIVIC ENGAGEMENT TABLE**

Highly Confidential

PL1010
9/2/2014
2:13-cv-00193

# PROTECT YOUR RIGHT TO VOTE
# AWARENESS WEEK

Week of
Sept. 16th





## LEARN ABOUT PHOTO VOTER ID LAW & MORE

Due to the Supreme Court invalidating part of the Voting Rights Act, Texas is now using the photo voter ID law. Also, there are already local jurisdictions (like school districts and city councils) attempting to turn back the changes they had to make because of the Voting Rights Act that once protected minority and low-income voters.

**Combatting the effects of this change requires a massive effort to assist and educate voters, and plot in reaction to voter suppression. We urge you to participate in our events this week!**

*Educate! Organize! Agitate! -- Frederick Douglass*

---

### Tuesday, Sept. 17th - 6:30pm
#### PUSH BACK ORGANIZING MEETING

**What?** A community meeting to plan how to monitor local jurisdictions that want to turn back changes that they had to make because of the Voting Rights Act. This will prepare the way for lawsuits to keep voting rights in place and not regress.

**Where?** Wheeler Avenue Baptist Church (3826 Wheeler Avenue, Houston, TX)

### Wed, Sept. 18th - 6:30pm
#### LEARN THE NEW ELECTION RULES

**What?** Learn what new documents are required and new procedures followed at the poll. Learn what help there is available, and create a voting outreach plan for your community!

**Where?** To be confirmed - S.H.A.P.E Center (3903 Almeda Rd, Houston, TX)

### Sat, Sept 21st - 9:00am to 1:00pm
#### FREE VOTER ID CLINIC

**What?** If you, relative, or friend need any help about voter ID, drop by anytime and we'll help! We'll even check if the name on your ID matches the voter rolls or help order an out-of-state birth certificate!

**Where?** Ripley House - Neighborhood Centers Inc (4410 Navigation Blvd, Houston, TX)

---









State Sen. Rodney Ellis
State Sen. Sylvia Garcia
State Sen. John Whitmire
State Rep. Carol Alvarado
State Rep. Ron Reynolds
State Rep. Jessica Farrar

Highly Confidential

PL1011
9/2/2014
2:13-cv-00193

# Texas Legislature Online
# History

| | | | |
|---|---|---|---|
| **Bill:** HB 1706 | **Legislative Session:** 79(R) | | **Council Document:** 79R 8312 JRJ-F |

| | |
|---|---|
| **Last Action:** | *05/05/2005 S Referred to State Affairs* |
| **Caption Version:** | Engrossed |
| **Caption Text:** | Relating to requiring a voter to present proof of identification. |
| **Author:** | Denny \| Pitts \| Woolley \| Nixon \| Bohac |
| **Coauthor:** | Brown, Betty \| Chisum \| Crownover \| Harper-Brown \| Hegar \| Keffer, Bill \| Reyna \| Riddle \| Wong |
| **Subjects:** | Elections--Administration (I0277) <br> Elections--General (I0310) <br> Elections--Registration & Suffrage (I0265) <br> IDENTIFICATION CARDS (S0074) |
| **House Committee:** | Elections |
| **Status:** | Out of committee |
| **Vote:** | Ayes=5  Nays=1  Present Not Voting=0  Absent=1 |
| **Senate Committee:** | State Affairs |
| **Status:** | In committee |

**Actions**: (descending date order)

Viewing Votes: Most Recent House Vote

| | Description | Comment | Date ▼ | Time | Journal Page |
|---|---|---|---|---|---|
| S | Referred to State Affairs | | 05/05/2005 | | 1654 |
| S | Read first time | | 05/05/2005 | | 1654 |
| S | Received from the House | | 05/04/2005 | | 1583 |
| H | Reported engrossed | | 05/04/2005 | 07:53 AM | 2787 |
| H | Statement(s) of vote recorded in Journal | | 05/03/2005 | | 2555 |
| H | View House Vote | RV#473 | 05/03/2005 | | 2554 |
| H | Record vote | RV#473 | 05/03/2005 | | 2554 |
| H | Passed as amended | | 05/03/2005 | | 2554 |
| H | Amendment withdrawn | 4-Villarreal | 05/03/2005 | | 2553 |
| H | Point of order sustained | | 05/03/2005 | | 2544 |
| H | Amended | 3-Hochberg | 05/03/2005 | | 2543 |
| H | Amended | 2-Edwards | 05/03/2005 | | 2542 |
| H | Statement(s) of vote recorded in Journal | | 05/03/2005 | | 2542 |
| H | Record vote | RV#468 | 05/03/2005 | | 2542 |
| H | Amendment tabled | 1-Leibowitz | 05/03/2005 | | 2541 |

| | | | | |
|---|---|---|---|---|
| H | Read 3rd time | | 05/03/2005 | 2541 |
| H | Record vote | RV#458 | 05/02/2005 | 2497 |
| H | Passed to engrossment as amended | | 05/02/2005 | 2497 |
| H | Amended | 14-Alonzo | 05/02/2005 | 2496 |
| H | Amended | 13-Hopson | 05/02/2005 | 2496 |
| H | Amendment adopted as amended | 11-Chavez and T | 05/02/2005 | 2496 |
| H | Amendment amended | 12-Alonzo and C | 05/02/2005 | 2496 |
| H | Amendment(s) offered | 11-Chavez and T | 05/02/2005 | 2495 |
| H | Record vote | RV#457 | 05/02/2005 | 2495 |
| H | Amendment tabled | 10-Veasey | 05/02/2005 | 2494 |
| H | Statement(s) of vote recorded in Journal | | 05/02/2005 | 2494 |
| H | Record vote | RV#456 | 05/02/2005 | 2494 |
| H | Amendment tabled | 9-Anchia | 05/02/2005 | 2493 |
| H | Record vote | RV#455 | 05/02/2005 | 2493 |
| H | Amendment tabled | 8-Hochberg | 05/02/2005 | 2493 |
| H | Amended | 7-Escobar | 05/02/2005 | 2492 |
| H | Record vote | RV#454 | 05/02/2005 | 2491 |
| H | Amendment tabled | 6-Coleman | 05/02/2005 | 2491 |
| H | Amended | 5-Strama | 05/02/2005 | 2491 |
| H | Amended | 4-Strama | 05/02/2005 | 2491 |
| H | Amended | 3-Raymond | 05/02/2005 | 2491 |
| H | Statement(s) of vote recorded in Journal | | 05/02/2005 | 2490 |
| H | Record vote | RV#453 | 05/02/2005 | 2490 |
| H | Amendment tabled | 2-Anchia | 05/02/2005 | 2489 |
| H | Record vote | RV#452 | 05/02/2005 | 2488 |
| H | Amendment tabled | 1-Chavez | 05/02/2005 | 2488 |
| H | Read 2nd time | | 05/02/2005 | 2488 |
| H | Placed on General State Calendar | | 05/02/2005 | |
| H | Considered in Calendars | | 04/29/2005 | |
| H | Committee report sent to Calendars | | 04/21/2005 | |
| H | Committee report printed and distributed | | 04/20/2005   08:45 PM | |
| H | Comte report filed with Committee Coordinator | | 04/20/2005 | 2125 |
| H | Reported favorably as substituted | | 04/19/2005 | |
| H | Committee substitute considered in committee | | 04/19/2005 | |
| H | Considered in formal meeting | | 04/19/2005 | |
| H | Recommitted to committee | | 04/19/2005 | 1873 |
| H | Placed on General State Calendar | | 04/19/2005 | |
| H | Considered in Calendars | | 04/14/2005 | |
| H | Committee report sent to Calendars | | 04/07/2005 | |
| H | Committee report printed and distributed | | 04/06/2005   06:45 PM | |
| H | Comte report filed with Committee Coordinator | | 04/06/2005 | 1616 |
| H | Reported favorably as substituted | | 04/04/2005 | |
| H | Committee substitute considered in committee | | 04/04/2005 | |

| H | Considered in formal meeting | 04/04/2005 | |
|---|---|---|---|
| H | Recalled from subcommittee | 04/04/2005 | |
| H | Left pending in subcommittee | 03/17/2005 | |
| H | Testimony taken in subcommittee | 03/17/2005 | |
| H | Considered by s/c in public hearing | 03/17/2005 | |
| H | Scheduled for public hearing in s/c on . . . | 03/17/2005 | |
| H | Referred directly to subcommittee by chair | 03/10/2005 | |
| H | Referred to Elections | 03/02/2005 | 533 |
| H | Read first time | 03/02/2005 | 533 |
| H | Filed | 02/28/2005 | |

PL1012
9/2/2014
2:13-cv-00193

By:  Fraser, et al.                                    S.B. No. 178

A BILL TO BE ENTITLED

1                              AN ACT

2    relating to requirements to vote, including presenting proof of

3    identification; providing criminal penalties.

4          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5          SECTION 1.  Subchapter A, Chapter 15, Election Code, is

6    amended by adding Section 15.005 to read as follows:

7          Sec. 15.005.  NOTICE     OF     IDENTIFICATION     REQUIREMENTS.

8    (a)  The voter registrar of each county shall provide notice of the

9    identification requirements for voting prescribed by Chapter 63 and

10   a  detailed  description  of  those  requirements  with  each  voter

11   registration  certificate  issued  under  Section  13.142  or  renewal

12   registration certificate issued under Section 14.001.

13         (b)  The secretary of state shall prescribe the wording of

14   the notice to be included on the certificate under this section.

15         SECTION 2.  Subsection (a), Section 15.022, Election Code,

16   is amended to read as follows:

17         (a)  The registrar shall make the appropriate corrections in

18   the  registration  records,  including,  if  necessary,  deleting  a

19   voter's name from the suspense list:

20              (1)  after  receipt  of  a  notice  of  a  change  in

21   registration information under Section 15.021;

22              (2)  after  receipt  of  a  voter's  reply  to  a  notice  of

23   investigation given under Section 16.033;

24              (3)  after receipt of a registration omissions list and

1

S.B. No. 178

1 any affidavits executed under Section <u>63.006.</u> [<s>63.007</s>], following

2 an election;

3             (4)  after receipt of a voter's statement of residence

4 executed under Section 63.0011;

5             (5)  before the effective date of the abolishment of a

6 county election precinct or a change in its boundary;

7             (6)  after receipt of United States Postal Service

8 information indicating an address reclassification;

9             (7)  after receipt of a voter's response under Section

10 15.053; or

11            (8)  after receipt of a registration application or

12 change of address under Chapter 20.

13       SECTION 3.  Subchapter A, Chapter 31, Election Code, is

14 amended by adding Section 31.012 to read as follows:

15       <u>Sec. 31.012.  VOTER IDENTIFICATION EDUCATION.  (a) The</u>

16 <u>secretary of state and the voter registrar of each county that</u>

17 <u>maintains a website shall provide notice of the identification</u>

18 <u>requirements for voting prescribed by Chapter 63 on each entity's</u>

19 <u>respective website.  The secretary of state shall prescribe the</u>

20 <u>wording of the notice to be included on the websites.</u>

21       <u>(b)  The secretary of state shall conduct a statewide effort</u>

22 <u>to educate voters regarding the identification requirements for</u>

23 <u>voting prescribed by Chapter 63.</u>

24       SECTION 4.  Section 32.111, Election Code, is amended by

25 adding Subsection (c) to read as follows:

26       <u>(c)  The training standards adopted under Subsection (a)</u>

27 <u>must include provisions on the acceptance and handling of the</u>

S.B. No. 178

1 identification presented by a voter to an election officer under

2 Section 63.001.

3       SECTION 5.  Subsection (a), Section 32.114, Election Code,

4 is amended to read as follows:

5       (a)  The county clerk shall provide one or more sessions of

6 training using the standardized training program and materials

7 developed and provided by the secretary of state under Section

8 32.111 for the election judges and clerks appointed to serve in

9 elections ordered by the governor or a county authority.  Each

10 election judge shall complete the training program.  Each election

11 clerk shall complete the part of the training program relating to

12 the acceptance and handling of the identification presented by a

13 voter to an election officer under Section 63.001.

14      SECTION 6.  Chapter 62, Election Code, is amended by adding

15 Section 62.016 to read as follows:

16      Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

17 POLLING PLACES.  The presiding judge shall post in a prominent place

18 on the outside of each polling location a list of the acceptable

19 forms of identification.  The notice and list must be printed using

20 a font that is at least 24-point.

21      SECTION 7.  Section 63.001, Election Code, is amended by

22 amending Subsections (b), (c), (d), and (f) and adding Subsection

23 (g) to read as follows:

24      (b)  On offering to vote, a voter must present to an election

25 officer at the polling place one form of identification listed in

26 Section 63.0101 [the voter's voter registration certificate to an

27 election officer at the polling place].

3

S.B. No. 178

1      (c)  On  presentation  of  <u>the  documentation  required  by</u>

2  <u>Subsection  (b)</u>  [<s>a  registration  certificate</s>], an election officer

3  shall  determine  whether  the  voter's  name  on  the  <u>documentation</u>

4  [<s>registration certificate</s>] is on the list of registered voters for

5  the precinct.

6      (d)  If  the  voter's  name  is  on  the  precinct  list  of

7  registered voters <u>and the voter's identity can be verified from the</u>

8  <u>documentation presented under Subsection (b)</u>, the voter shall be

9  accepted for voting.

10     (f)  After determining whether to accept a voter, an election

11  officer  shall  return  the  voter's  <u>documentation</u>  [<s>registration</s>

12  <s>certificate</s>] to the voter.

13     <u>(g)  If  the  requirements  for  identification  prescribed  by</u>

14  <u>Subsection  (b)  are  not  met,  the  voter  may  be  accepted  for</u>

15  <u>provisional  voting  only  under  Section  63.011.  For  a  voter  who  is</u>

16  <u>not  accepted  for  voting  under  this  section,  an  election  officer</u>

17  <u>shall:</u>

18          <u>(1)  inform  the  voter  of  the  voter's  right  to  cast  a</u>

19  <u>provisional ballot under Section 63.011; and</u>

20          <u>(2)  provide  the  voter  with  written  information,  in  a</u>

21  <u>form prescribed by the secretary of state, that:</u>

22              <u>(A)  lists the requirements for identification;</u>

23              <u>(B)  states  the  procedure  for  presenting</u>

24  <u>identification under Section 65.0541;</u>

25              <u>(C)  includes  a  map  showing  the  location  where</u>

26  <u>identification must be presented; and</u>

27              <u>(D)  includes notice that even if all procedures</u>

4

S.B. No. 178

1  are followed, there is no guarantee a provisional ballot will be

2  accepted.

3      SECTION 8.  Subsection (a), Section 63.0011, Election Code,

4  is amended to read as follows:

5      (a)  Before a voter may be accepted for voting, an election

6  officer shall ask the voter if the voter's residence address on the

7  precinct list of registered voters is current and whether the voter

8  has changed residency within the county.  If the voter's address is

9  omitted for the precinct list under Section 18.005(c), the officer

10  shall ask the voter if the voter's residence, if [as] listed, on

11  identification presented by the voter under Section 63.001(b) [the

12  voter's voter registration certificate] is current and whether the

13  voter has changed residence within the county.

14      SECTION 9.  Chapter 63, Election Code, is amended by adding

15  Section 63.0012 to read as follows:

16      Sec. 63.0012.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS  TO

17  CERTAIN VOTERS.  (a)  An election officer shall distribute written

18  notice of the identification that will be required to vote in

19  elections held after January 1, 2012, and information on obtaining

20  identification without a fee under Section 521.422, Transportation

21  Code, to each voter who, when offering to vote, presents a form of

22  identification that will not be sufficient for acceptance as a

23  voter under this chapter beginning with those elections.

24      (b)  The secretary of state shall prescribe the wording of

25  the notice and establish guidelines for distributing the notice.

26      (c)  This section expires September 1, 2013.

27      SECTION 10.  Section 63.006, Election Code, is amended to

5

S.B. No. 178

1  read as follows:

2      Sec 63.006.   VOTER  WITH  <u>REQUIRED  DOCUMENTATION</u>  [~~CORRECT~~

3  ~~CERTIFICATE~~] WHO IS NOT ON LIST.  (a)   A voter who, when offering to

4  vote,  presents  <u>the  documentation  required  under  Subsection</u>

5  <u>63.001(b)</u> [~~a voter registration certificate indicating that the~~

6  ~~voter is currently registered in the precinct in which the voter is~~

7  ~~offering to vote~~], but whose name is not on the precinct list of

8  registered voters, shall be accepted for voting <u>if the voter also</u>

9  <u>presents a voter registration certificate indicating that the voter</u>

10  <u>is currently registered:</u>

11          <u>(1)   in the precinct in which the voter is offering to</u>

12  <u>vote; or</u>

13          <u>(2)   in a different precinct from the one in which the</u>

14  <u>voter  is  offering  to  vote  and  the  voter  executes  an  affidavit</u>

15  <u>stating that the voter:</u>

16              <u>(A)(i)   is a resident of the precinct in which the</u>

17  <u>voter is offering to vote or is otherwise entitled by law to vote in</u>

18  <u>that precinct; or</u>

19                  <u>(ii)   was a resident of the precinct in which</u>

20  <u>the  voter  is  offering  to  vote  at  the  time  the  information  on  the</u>

21  <u>voter's residence address was last provided to the voter registrar;</u>

22              <u>(B)  did  not  deliberately  provide  false</u>

23  <u>information to secure registration in a precinct in which the voter</u>

24  <u>does not reside; and</u>

25              <u>(C)   is voting only once in the election.</u>

26      <u>(b)   After the voter is accepted, an election officer shall:</u>

27          <u>(1)   indicate beside the voter's name on the poll list</u>

S.B. No. 178

1    that the voter was accepted under this section; and

2                (2)   if applicable, enter on the registration omissions

3    list the precinct of the voter's registration as indicated by the

4    voter's registration certificate.

5        SECTION 11.   Subsection (a), Section 63.009, Election Code,

6    is amended to read as follows:

7        (a)   A [Except as provided by Subsection (b), a] voter who

8    does not present a voter registration certificate when offering to

9    vote, and whose name is not on the list of registered voters for the

10   precinct in which the voter is offering to vote, shall be accepted

11   for provisional voting if the voter executes an affidavit in

12   accordance with Section 63.011.

13       SECTION 12.   Section 63.0101, Election Code, is amended to

14   read as follows:

15       Sec. 63.0101.   DOCUMENTATION OF PROOF OF IDENTIFICATION.

16   The following documentation is an acceptable form [as proof] of

17   photo identification under this chapter:

18                (1)   a driver's license or personal identification card

19   issued to the person by the Department of Public Safety that has not

20   expired [or a similar document issued to the person by an agency of

21   another state, regardless of whether the license or card has

22   expired];

23                (2)   a United States military identification card that

24   contains the person's photograph that has not expired [form of

25   identification containing the person's photograph that establishes

26   the person's identity];

27                (3)   a [birth certificate or other document confirming

7

S.B. No. 178

1   ~~birth that is admissible in a court of law and establishes the~~
2   ~~person's identity,~~

3          [~~(4)~~] United States citizenship <u>certificate</u> [~~papers~~]
4   issued to the person <u>that contains the person's photograph</u>; <u>or</u>

5          <u>(4)</u> [~~(5)~~] a United States passport issued to the
6   person <u>that has not expired</u> [~~,~~

7          ~~(6)  official mail addressed to the person by name from~~
8   ~~a governmental entity;~~

9          ~~(7)  a copy of a current utility bill, bank statement,~~
10  ~~government check, paycheck, or other government document that shows~~
11  ~~the name and address of the voter or~~

12         ~~(8)  any other form of identification prescribed by the~~
13  ~~secretary of state~~].

14         SECTION 13.  Section 63.011, Election Code, is amended by
15  amending Subsections (a) and (b) to read as follows:

16         (a)  A person to whom Section <u>63.001(g)</u>  [~~63.008(b)~~]  or
17  63.009(a) applies may cast a provisional ballot if the person
18  executes an affidavit stating that the person:

19         (1)  is a registered voter in the precinct in which the
20  person seeks to vote; and

21         (2)  is eligible to vote in the election.

22         (b)  A form for an affidavit required by this section shall
23  be printed on an envelope in which the provisional ballot voted by
24  the person may be placed and must include a space for entering the
25  identification number of the provisional ballot voted by the person
26  [~~,~~] <u>and a space for an election officer to indicate whether the</u>
27  <u>person presented a form of identification described by Section</u>

S.B. No. 178

1  63.0101.  The affidavit form may include space for disclosure of any

2  necessary  information  to  enable  the  person  to  register  to  vote

3  under Chapter 13.  The secretary of state shall prescribe the form

4  of the affidavit under this section.

5      SECTION 14.  Subsection (b), Section 64.012, Election Code,

6  is amended to read as follows:

7      (b)  An offense under this section is a felony of the second

8  [third] degree unless the person is convicted of an attempt.   In

9  that case, the offense is a state jail felony [Class A misdemeanor].

10     SECTION 15.  Subsection (b), Section 65.054, Election Code,

11  is amended to read as follows:

12     (b)  A provisional ballot shall [may] be accepted [only] if

13  the board determines that, from the information in the affidavit or

14  contained in public records, the person is eligible to vote in the

15  election and has not previously voted in that election and the voter

16  meets  the  identification  requirements  of  Section  63.001(b)  in  the

17  period prescribed under Section 65.0541.

18     SECTION 16.  Subchapter B, Chapter 65, Election Code, is

19  amended by adding Section 65.0541 to read as follows:

20     Sec. 65.0541  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN

21  PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

22  voting  under  Section  63.011  because  the  voter  does  not  meet  the

23  identification  requirements  of  Section  63.001(b)  may,  not  later

24  than the sixth day after the date of the election, present proof of

25  identification to the voter registrar for examination by the early

26  voting ballot board.

27     (b)  The  secretary  of  state  shall  prescribe  procedures  as

9

S.B. No. 178

1  necessary to implement this section.

2       SECTION 17.  Section 66.0241, Election Code, is amended to

3  read as follows:

4       Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope No. 4

5  must contain:

6            (1)  the precinct list of registered voters;

7            (2)  the registration correction list;

8            (3)  the registration omission list;

9            (4)  any statements of residence executed under Section

10 63.0011; and

11           (5)  any affidavits executed under Section 63.006

12 [63.007] or 63.011.

13      SECTION 18.  Section 521.422, Transportation Code, is

14 amended by amending Subsection (a) and adding Subsection (d) to

15 read as follows:

16      (a)  Except as provided by Subsection (d), the [The] fee for

17 a personal identification certificate is:

18           (1)  $15 for a person under 60 years of age;

19           (2)  $5 for a person 60 years of age or older; and

20           (3)  $20 for a person subject to the registration

21 requirements under Chapter 62, Code of Criminal Procedure.

22      (d)  The department may not collect a fee for a personal

23 identification certificate issued to a person who states that the

24 person is obtaining the personal identification certificate for the

25 purpose of satisfying Section 63.001(b)(1), Election Code, and:

26           (1)  who is a registered voter in this state and

27 presents a valid voter registration certificate; or

10

S.B. No. 178

1          (2)  who is eligible for registration under Section

2   13.001, Election Code, and submits a registration application to

3   the department.

4          SECTION 19.  Effective January 1, 2012, Sections 63.007,

5   63.008, and 63.009(b), Election Code, are repealed.

6          SECTION 20.  As soon as practicable after the effective date

7   of this Act:

8          (1)  the secretary of state shall adopt the training

9   standards and develop the training materials required to implement

10  the change in law made by this Act to Section 32.111, Election Code;

11  and

12         (2)  the county clerk of each county shall provide a

13  session of training under Section 32.114, Election Code, using the

14  standards adopted and materials developed to implement the change

15  in law made by this Act to Section 32.111, Election Code.

16         SECTION 21.  (a)  The change in law made by this Act applies

17  only to an offense committed on or after January 1, 2012.  For

18  purposes of this section, an offense is committed before January 1,

19  2012, if any element of the offense occurs before that date.

20         (b)  An offense committed before January 1, 2012, is covered

21  by the law in effect when the offense was committed, and the former

22  law is continued in effect for that purpose.

23         SECTION 22.  State  funds  disbursed  under  Chapter  19,

24  Election Code, for the purpose of defraying expenses of the voter

25  registrar's office in connection with voter registration may also

26  be  used  for  additional  expenses  related  to  coordinating  voter

27  registration drives or other activities designed to expand voter

11

S.B. No. 178

1   registration.  This section expires January 1, 2013.

2        SECTION 23.  Except as provided by Subsection (b) of this

3   section, this Act takes effect January 1, 2012.

4        (b)  The changes in law made by Sections 1,3,4,5, 9, 20, and

5   22 of this Act take effect September 1, 2011.

12

PL1013
9/2/2014
2:13-cv-00193

# Texas Legislature Online
# History

---

**Bill:** SB 363          **Legislative Session:** 81(R)          **Council Document:** 81R 380 JRJ-D

**Last Action:**          *02/17/2009 S Referred to State Affairs*

**Caption Version:**     Introduced

**Caption Text:**        Relating to the procedures for registering to vote and accepting a voter at a polling place.

**Author:**              Fraser

**Subjects:**            Crimes--Against Persons--General (I0170)
                         Elections--General (I0310)
                         Elections--Registration & Suffrage (I0265)
                         IDENTIFICATION CARDS (S0074)
                         SECRETARY OF STATE (V0042)

**Senate Committee:**    State Affairs

**Status:**              In committee

**Actions**: (descending date order)

| Description | Comment | Date ▼ | Time | Journal Page |
|---|---|---|---|---|
| S  Referred to State Affairs | | 02/17/2009 | | 255 |
| S  Read first time | | 02/17/2009 | | 255 |
| S  Filed | | 12/15/2008 | | |
| S  Received by the Secretary of the Senate | | 12/15/2008 | | |

Case 2:13-cv-00193   Document 676-8   Filed on 11/11/14 in TXSD   Page 131 of 161

PL1014
9/2/2014
2:13-cv-00193

## *From the Office of State Senator Troy Fraser*

**For Immediate Release**
November 9, 2010
Contact: Janice McCoy
(512) 463-0124

# FRASER FILES PHOTO ID MEASURE

State Senator Troy Fraser, R-Horseshoe Bay, authored legislation on Monday, November 8 to increase confidence that in-person voter fraud does not occur. Twelve Senate Republican Senate members signed on as co-authors.

Senate Bill 178 would require that each voter show photo identification before being able to cast a vote. "Voter ID is simply putting into practice the intent of the current law - that the person who shows up at the polls is who he or she claims to be," said Fraser. "Voter impersonation is a serious crime, but without a photo ID requirement we can never have confidence in our system of voting."

"Polls show that people are less likely to vote if they believe their ballot will not be fairly counted," Fraser said. "SB 178 is just one step in restoring voter confidence by giving election workers a tool to eliminate in-person voter fraud."

Under the legislation, a voter would be required to show either a current Texas driver's license or id card, a current US military id card, a current US passport, or a US citizenship certificate that contains a photo before casting a ballot. The bill also would increase the penalties for committing voter fraud.

"Each session members of the Texas Legislature pledge to uphold the Constitutions of the U.S. and of this state. I take these oaths very seriously, and I believe this measure will secure the voting rights of our citizens provided for in the Constitution" said Fraser. "This legislation is not a radical concept. I am just asking that every voter verify that "you are who you say you are" before casting a vote."

*Senator Fraser represents a 21-county region in the geographic center of the state. He is the Chairman of the Senate Committee on Natural Resources. He also sits on the following standing Senate Committees: Business and Commerce, Nominations, State Affairs, and International Relations and Trade.*

▲

# Birds of a feather flock together.

PL1020
9/2/2014
2:13-cv-00193

**Liberal Democrat Joel Redmond has aligned himself with *liberal Democrat Party politicians.***



PL1015
9/2/2014
2:13-cv-00193

# Don't be misled:
# Bad company corrupts good character.



The 2008 Democrat Party of Texas platform outlines their position.

- For tax increases
- Supports state income tax
- Supports failing schools
- Pro-abortion
- For homosexual rights

- Anti-death penalty
- Against prayer in school
- Opposed to border enforcement
- Opposed to marriage – one man, one woman
- Supports the radical homosexual agenda

- For more regulation on business
- Against the war on terrorism
- For legalization of drugs
- Opposed to voter photo ID
- For casino gambling in Texas

Joel Redmond is the Democrat Party nominee for State Representative.



Joel Redmond has accepted campaign contributions from special interest groups funded by Fred Baron, the personal injury trial lawyer who recently admitted to making secret payments to the mistress of former Democratic presidential candidate John Edwards.

# Joel Redmond–Too liberal, too risky.

PL1016
9/2/2014
2:13-cv-00193

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEX, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, <br><br> *Plaintiffs,* <br><br> v. <br><br> RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:13-CV-193 (NGR) [Lead case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:13-CV-263 (NGR) [Consolidated case] |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES, | ) ) ) ) ) ) |



|  |  |
|---|---|
| *Plaintiffs,* | ) |
| v. | ) CIVIL ACTION NO. |
|  | ) 2:13-CV-291 (NGR) |
| JOHN STEEN, in his official capacity as | ) [Consolidated case] |
| Secretary of State of Texas; and STEVE | ) |
| McCRAW, in his official capacity as Director | ) |
| of the Texas Department of Public Safety, | ) |
|  | ) |
| *Defendants.* | ) |
|  | ) |
|  | ) |
| BELINDA ORTIZ, LENARD TAYLOR, | ) |
| EULALIO MENDEZ JR., LIONEL | ) |
| ESTRADA; ESTELA GARCIA ESPINOSA, | ) |
| ROXANNE HERNANDEZ, LYDIA LARA, | ) |
| MARGARITO MARTINEZ LARA, | ) |
| MAXIMINA MARTINEZ LARA, AND | ) |
| *LA UNION DEL PUEBLO ENTERO, INC.* | ) |
| *Plaintiffs,* | ) CIVIL ACTION NO. |
|  | ) 2:13-CV-348 (NGR) |
| v. | ) [Consolidated case] |
|  | ) |
| STATE OF TEXAS; JOHN STEEN, in his | ) |
| Official capacity as Texas Secretary of State; | ) |
| And STEVE McCRAW, in his official capacity | ) |
| As Director of the Texas Department of | ) |
| Public Safety, | ) |
| *Defendants.* | ) |

**DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF UNITED STATES'
FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rule 36 of the Federal Rule of Civil Procedure 36, Defendant State of Texas,

John Steen, and Steve McCraw ("Defendants") hereby file these, their Objections and Responses

to Plaintiff's First Set of Requests for Admission.

**OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSION**

2

1.     Admit that individuals who appear on the "suspense" list are inactive voters, who remain registered and eligible to vote in Texas elections.

**OBJECTION:** The language "suspense list", "inactive voter", "remain registered", "eligible to vote", and "Texas elections" are undefined, vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects to this request on the grounds that it is misleading and factually incorrect as it implies that all persons that have registered to vote in Texas are eligible to vote in all Texas elections without regard to residency requirements, changes in the particular person's residency and other factors that affect eligibility to vote. The defendant further objects as Federal Rules of Civil Procedure 36 prohibits requests for admissions that require a party to admit the truth of a legal conclusion.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

2.     Admit that no Texas DPS office is open to the public on any day after 6 p.m.

**OBJECTION:** The language "Texas DPS Office", "open to the public", and "on any day after 6 p.m." is vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects to this request as being overly broad as it includes no specific or limiting time periods. The defendant further objects because this request seeks an admission that is not relevant to this cause of action and is not likely to lead to the discovery of relevant or admissible evidence.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

3

**3.**     Admit that no Texas DPS office is open to the public on Sundays.

**OBJECTION:**  The language "Texas DPS Office", "open to the public", and "on Sundays" is vague and ambiguous, rendering this request difficult to fairly admit or deny.  The defendant further objects to this request as being overly broad as it includes no specific or limiting time periods.  The defendant further objects because this request seeks an admission that is not relevant to this cause of action and is not likely to lead to the discovery of relevant or admissible evidence.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

**4.**     Admit that, at present, no Texas DPS office is open to the public on Saturdays.

**OBJECTION:**  The language "Texas DPS Office", "open to the public", and "on Saturdays" is vague and ambiguous, rendering this request difficult to fairly admit or deny.  The defendant further objects to this request as being overly broad as it includes no specific or limiting time periods.  The defendant further objects because this request seeks an admission that is not relevant to this cause of action and is not likely to lead to the discovery of relevant or admissible evidence.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

**5.**     Admit that lawful permanent residents of the United States who are not United States citizens (i.e. permanent resident aliens, resident alien permit holders, or green card holders) may possess a valid Texas driver license.

**OBJECTION:** The language "may possess a valid Texas driver license" is vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects because the request seeks an admission that is not relevant to the cause of action and is not likely to lead to the discovery of relevant or admissible evidence.

Subject to and without waiving these objections, the defendant provides the following answer: Admit only that "lawful permanent residents" may apply for a driver's license pursuant to the terms and requirements of V.T.C.A., Transportation Code, Chapter 521.

6.     Admit that a Texas driver license issued to a noncitizen is indistinguishable on its face from a Texas driver license issued to a United States citizen.

**OBJECTION:** The language "noncitizen" and "indistinguishable on its face" is vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects to this request as being overbroad as it includes no specific or limiting time period or periods. The defendant further objects because the request seeks an admission that is not relevant to the cause of action and is not likely to lead to the discovery of relevant or admissible evidence.

Subject to and without waiving these objections, the defendant provides the following answer: Denied as some, but not all, driver's licenses issued to "noncitizens" have an appearance that is indistinguishable from driver's licenses that are issued to United State citizens that are residents of Texas.

7.     Admit that lawful permanent residents of the United States who are not United States citizens may possess a valid DPS-issued personal identification card.

**OBJECTION:** The language "lawful permanent residents of the United States" is undefined, vague, and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects to this request as being overbroad as it includes no specific or limiting time period or periods. The defendant further objects because the request seeks an admission that is not relevant to the cause of action and is not likely to lead to the discovery of relevant or admissible evidence.

Subject to and without waiving these objections, the defendant provides the following answer: Defendant denies the request insofar as lawful permanent residents of the United States who are not U.S. citizens must meet additional requirements to qualify for a DPS-issued personal identification certificate. Defendant admits only that an individual who is not a United States citizen may satisfy the proof of identity and lawful presence requirements necessary to obtain a valid DPS-issued Texas personal identification certificate by meeting the requirements set out in V.T.C.A, Transportation Code, Chapter 521.

8.    Admit that a DPS-issued personal identification card issued to a noncitizen is indistinguishable on its face from a DPS-issued personal identification card issued to a United States citizen.

**OBJECTION:** The language "noncitizen" and "indistinguishable on its face" is vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects to this request as being overbroad as it includes no specific or limiting time period or periods. The defendant further objects because the request seeks an admission that is not relevant to the cause of action and is not likely to lead to the discovery of relevant or admissible evidence.

Subject to and without waiving these objections, the defendant provides the following answer:  Deny as some, but not all, personal identification certificates issued to "noncitizens" have an appearance that is indistinguishable from personal identification certificates that are issued to United States citizens that are residents of Texas.

**9.**    Admit that lawful permanent residents of the United States who are not United States citizens may possess a valid United States military identification card that contains the card holder's photograph.

**OBJECTION:**    The language "lawful permanent residents", "valid United States military identification card" and "card holder's photograph" is undefined, vague and ambiguous rendering this request difficult to fairly admit or deny.   The defendant also objects that the request seeks an admission that is not relevant to this cause of action and is not likely to lead to the discovery of relevant or admissible evidence.   The defendant further objects as Federal Rule of Civil Procedure 36 prohibits requests for admissions that require a party to admit the truth of a legal conclusion.   The defendant further objects to this request as it seeks an admission concerning facts and legal questions of Federal law, practice, policy or procedure that are outside of the defendant's possession, custody, or control and are more appropriately answered by the Plaintiff.

Subject to and without waiving these objections, Defendant lacks knowledge or information sufficient to admit or deny that lawful permanent residents of the United States who are not United States citizens may possess a valid United States military identification card that contains the card holder's photograph.  Defendant therefore denies the request.

**10.**     Admit that individuals born in United States territories who are not United States citizens (i.e., noncitizen nationals) may lawfully obtain a United States passport.

**OBJECTION:** The language "United States territories", "noncitizen nationals" and "lawfully obtain" is undefined, vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant also objects that the request seeks an admission that is not relevant to this cause of action and is not likely to lead to the discovery of relevant or admissible evidence. The defendant further objects as Federal Rule of Civil Procedure 36 prohibits requests for admissions that require a party to admit the truth of a legal conclusion. The defendant further objects to this request as it seeks an admission concerning facts and legal questions of Federal law, practice, policy or procedure that are outside of the defendant's possession, custody, or control and are more appropriately answered by the Plaintiff.

Subject to and without waiving these objections, defendant lacks knowledge or information sufficient to admit or deny that lawful permanent residents of the United States who are not United States citizens may possess a valid United States military identification card that contains the card holder's photograph. Defendant therefore denies the request.

**11.**     Admit that the photograph on a non-expired Texas driver license may be as many as twelve years old.

**OBJECTION:** The defendant objects to this request as the language and wording of the request is vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects because this request seeks an admission that is not relevant to this cause of action and is not likely to lead to the discovery of relevant or admissible evidence.

Subject to and without waiving these objections, the defendant provides the following answer:  As worded, Deny.  The standard driver's license must be renewed every six (6) years and a new Texas Driver's License is issued.  If the license is renewed in person, a new photographic image is taken and appears on the new license.  In the event the licensee is eligible to renew online or by mail, the same photographic likeness that was utilized with the expired license may be utilized for the renewed license; however, the renewed license which contains the photographic likeness is a new document.

**12.**    Admit that the photograph on a non-expired United States passport may be as many as ten years old.

**OBJECTION:**  The defendant objects that the request seeks an admission that is not relevant to this cause of action and is not likely to lead to the discovery of relevant or admissible evidence.  The defendant further objects to this request as it seeks an admission concerning facts and legal questions of Federal law, practice, policy and procedure that are outside of the defendant's possession, custody or control and more appropriately answered by the Plaintiff.

Subject to and without waiving these objections, defendant lacks knowledge or information sufficient to admit or deny that the photograph on a non-expired United States passport may be as many as ten years old.  Defendant therefore denies the request.

**13.**    Admit that the photograph on a certificate of citizenship or a certificate of naturalization may be twenty or more years old.

**OBJECTION:**  The defendant objects that the request seeks an admission that is not relevant to this cause of action and is not likely to lead to the discovery of relevant or admissible evidence.  The defendant further objects to this request as it seeks an admission concerning facts and legal

questions of Federal law, practice, policy and procedure that are outside of the defendant's possession, custody or control and more appropriately answered by the Plaintiff.

Subject to and without waiving these objections, defendant lacks knowledge or information sufficient to admit or deny the photograph on a certificate of citizenship or a certificate of naturalization may be twenty or more years old. Defendant therefore denies the request.

14.     Admit that under SB 14, poll workers have discretion in their review of a voter's identification to determine his or her eligibility to cast a regular ballot.

**RESPONSE:** Deny.

15.     Admit that Texas voter registrar offices are not open to the public on the weekends.

**OBJECTION:** This request asks the defendant to make an admission with respect to entities that are not parties to this cause of action. The defendant objects to this request as it seeks an admission concerning facts that are outside of the defendant's possession, custody, or control. Further, the defendant objects that this request is overly broad as it does not include a specific or limiting time period or periods.

Subject to and without waiving these objections, defendant provides the following response: Deny.

16.     Admit that Texas voter registrar offices are not open to the public on any day after 6 p.m.

**OBJECTION:** This request asks the defendant to make an admission with respect to entities that are not parties to this cause of action. The defendant objects to this request as it seeks an

admission concerning facts that are outside of the defendant's possession, custody, or control. Further, the defendant objects that this request is overly broad and it does not include a specific or limiting time period or periods.

Subject to and without waiving these objections, defendant provides the following response: Deny.

17.    Admit that Texas does not require voter registrar offices to expand their operating hours during the six days following an election.

**OBJECTION:** This request is vague, ambiguous and misleading as it implies that the defendant establishes the "operating hours" of the "voter registrar offices". As the defendant does not establish the operating hours, it neither requires nor prohibits the expansion of operating hours during the six days following an election.

Subject to and without waiving these objections, defendant provides the following response: Deny.

18.    Admit that the Lieutenant Governor has the authority to appoint members to Senate committees.

**OBJECTION:** The word "authority" is undefined, vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects to this request as being overly broad as it includes no specific or limiting time period or periods.

Subject to and without waiving these objections, defendant provides the following response: Deny insofar as the Lieutenant Governor's power to appoint committee members is subject to the Senate Rules which may be amended at any time.

11

19.    Admit that the Lieutenant Governor has the authority to refer legislation to Texas Senate committees.

**OBJECTION:** The word "authority" is undefined, vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects to this request as being overly broad as it includes no specific or limiting time period or periods.

Subject to and without waiving these objections, defendant provides the following answer: Deny as the Senate may alter the Lieutenant Governor's referrals at any time by simple motion; and, the Lieutenant Governor's general power to refer legislation is subject to the Senate Rules which may be amended at any time.

20.    Admit that the Lieutenant Governor has the authority to render parliamentary rulings about the Senate Rules.

**OBJECTION:** The word "authority" is undefined, vague and ambiguous, rendering this request difficult to fairly admit or deny. The defendant further objects to this request as being overly broad as it includes no specific or limiting time period or periods.

Subject to and without waiving these objections, defendant provides the following answer: Deny insofar as the Lieutenant Governor's general power to render parliamentary rulings is subject to the Senate Rules which may be amended at any time; and, the Lieutenant Governor's parliamentary rulings may be appealed to the entire Senate by any Senator.

21.    Admit that the Lieutenant Governor has the authority to vote as a member of the Senate Committee of the Whole.

**RESPONSE:** Admit

22.     Admit that the Lieutenant Governor has the authority to vote in the Senate when necessary to break a tie.

**RESPONSE:** Admit

23.     Admit that the Texas Constitution prohibits the passage of legislation within the first sixty days of a regular legislative session, unless the Governor designates the topic of the legislation as an emergency.

**OBJECTION:**  The defendant objects to this request as Federal Rule of Procedure 36 prohibits requests for admissions that require a party to admit the truth of a legal conclusion.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

24.     Admit that during consideration of SB 14 by the Texas Senate Committee of the Whole, Senator Troy Fraser repeatedly declined to provide a substantive response to questions concerning SB 14, replying only that he was "not advised," or that the Secretary of State could answer the question.

**OBJECTION:**   The term "consider" and the language "questions concerning SB 14" and declined to provide a "substantive response" is vague and ambiguous, rendering the request difficult to fairly admit or deny. The defendant further objects to this request as being overly broad as it includes no specific reference as to who asked questions or during which Texas Senate Committee of the Whole meeting such questions were asked.  The defendant further objects to this request as it requires the defendant to make an admission with respect to the conduct or thought process of a person that is not a party to this litigation.

13

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

25.      Admit that on January 26, 2011, Senator Robert Duncan offered an amendment to SB 14 that required the counting of provisional ballots cast by individuals who affirmed indigence and that the Senate, while meeting as the Committee of the Whole, adopted this amendment.

**OBJECTION:**  The defendant objects to this request as it requires the defendant to make an admission with respect to the conduct or thought process of a person that is not a party to this litigation.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

26.      Admit that on March 23, 2011, members of the Texas House of Representatives voted to remove the provision of SB 14 requiring the counting of provisional ballots cast by individuals who affirmed indigence.

**RESPONSE:** Deny.

27.      Admit that during consideration of SB 14 by the Texas Senate Committee of the Whole, Senators proposed thirty-seven amendments, and that, of these, twenty-eight amendments were tabled, and nine were adopted.

**OBJECTION:**  The defendant objects to this request as it is vague, ambiguous, misleading and factually incorrect.

14

Subject to and without waiving these objections, the defendant provides the following answer:  Deny to the extent the request implies that the number of amendments and action taken upon them, as set out in this request, represents the total number of amendments proposed.

**28.**    Admit that during consideration of SB 14 by the Texas House of Representatives, members proposed fifty-three amendments, and that, of these, thirty-five amendments were tabled, three failed, and fifteen were adopted.

**OBJECTION:**  The defendant objects to this request as it is vague, ambiguous, misleading and factually incorrect.

Subject to and without waiving these objections, the defendant provides the following answer:  Deny to the extent the request implies that the number of amendments and action taken upon them, as set out in this request, represents the total number of amendments proposed.

**29.**    Admit that SB 14 was the only legislation that Speaker Joe Straus referred to the House Select Committee on Voter Identification and Voter Fraud.

**RESPONSE:** Admit

**30.**    Admit that during the 2011 legislative session, all legislation related to voter fraud introduced in the Texas House of Representatives, except for SB 14, was referred to the House Elections Committee.

**OBJECTION:**  The language "introduced" and "all legislation related to voter fraud" is undefined, vague and ambiguous, rendering this request difficult to fairly admit or deny.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

15

**31.**    Admit that the Speaker of the Texas House of Representatives has greater control over the composition of a select committee than over that of standing committees.

**OBJECTION:**   The language "greater control" and "over the composition" is vague and ambiguous, rendering this request difficult to fairly admit or deny.  The defendant further objects as the request fails to identify the particular standing committee to which it seeks to have compared to select committees.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

**32.**    Admit that the State of Texas has analyzed lists of voters using a Spanish surname list generated by the United States Bureau of the Census as a proxy for determining the Hispanicity of those voters.

**OBJECTION:**   The word "Hispanicity" is undefined, vague and ambiguous, rendering this request difficult to fairly admit or deny.  The defendant further objects to this request as being overly broad as it includes no specific or limiting time period or periods.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

**33.**    Admit that the Division of Elections in the Office of the Texas Secretary of State prepares a list of each voting precinct in the state indicating the percentage of registered voters with a Spanish surname, as determined by a matching against the Census Bureau's list of Spanish surnames.

**RESPONSE:** Admit

16

**34.**   Admit that the Division of Elections in the Office of the Texas Secretary of State uses the results of its match of the names of registered voters against the Census Bureau's Spanish surnames to determine which voting precinct require bilingual poll officials.

**RESPONSE:** Admit

**35.**   Admit that the Texas Legislative Council publishes Spanish surname voter registration data in its redistricting voter data reports (e.g., Red-202).

**OBJECTION:**  The language "publishes" and "voter registration data" is vague and ambiguous, rendering the request difficult to fairly admit or deny.

Subject to and without waiving these objections, the defendant provides the following answer: Admit only that the Texas Legislative Council makes available reports to members of the legislature through an internal system and to the public over the District Viewer website that indicate the percentage of registered voters with Spanish surnames in a specified electoral district or plan as of a certain date.

**36.**   Admit that persons who wish to apply for an EIC must include information on their application about their county, state, and country of birth; their father's last name; and their mother's maiden name.

**OBJECTION:**  The language "information on their application about their county, state and country of birth" is vague and ambiguous rendering the request difficult to fairly admit or deny.

Subject to and without waiving these objections, defendant provides the following answer:  Admit only that the application for a Texas EIC requests the applicant's county, state and country of birth, as well as the applicant's father's last name and mother's maiden name.

17

37.     Admit that a Texas-born registered voter who wishes to obtain an EIC but does not possess any of the documents needed to complete an application for an EIC will be unable to obtain an EIC without paying for such a document or documents.

**OBJECTION:** This request is misleading and factually incorrect as it implies that DPS charges a fee to provide documents necessary to obtain an EIC.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

38.     Admit that forty-nine driver license offices around the state were open on Saturdays from 10 a.m. to 2 p.m., between September 14, 2013 to November 2, 2013, for the sole purpose of accepting EIC applications and issuing EICs.

**RESPONSE:** Admit

39.     Admit that processing an application for a certified copy of a birth certificate submitted by mail to the Texas Bureau of Vital Statistics takes between six and eight weeks unless the applicant pays a fee for expedited service.

**OBJECTION:** This request asks the defendant to make an admission with respect to the operations and procedures of a state entity that is not a party to this cause of action. As the defendant does not possess such knowledge, it can neither admit nor deny this request.

40.     Admit that to obtain a birth certificate in person, one must appear at the Austin office of the Texas Bureau of Vital Statistics between 8 a.m. and 5 p.m., or at a local registrar or county clerk's office, which have varying hours of operation set at the discretion of county officials.

18

**OBJECTION:**   This request asks the defendant to make an admission with respect to the operations and procedures of a state entity that is not a party to this cause of action.   As the defendant does not possess such knowledge, it can neither admit nor deny this request.

**41.**   Admit that SB 14 does not provide for reimbursement to the applicant of expenses incurred in order to apply for an EIC.

**OBJECTION:**   This request is misleading and factually incorrect as it implies that DPS charges a fee to, and collects expenses from, the applicant for and EIC.

Subject to and without waiving these objections, the defendant provides the following answer:   Admit only that the language of SB 14 is silent with respect to the reimbursement of expenses.

**42.**   Admit that SB 14 does not require employers to provide employees with paid or unpaid leave for the purpose of obtaining an EIC or other photographic identification needed to cast an in-person ballot under the law.

**RESPONSE:** Admit only that the language of SB 14 is silent with respect to the paid or unpaid leave.

**43.**   Admit that DPS requires that the name that appears on an EIC be the same as the name on documentation used to verify an applicant's United States citizenship and identity, even if that name differs in any way from the name previously provided on the applicant's voter registration application.

**OBJECTION:** This request is misleading and factually incorrect as it implies that the DPS examines an EIC applicant's "voter registration application" prior to issuing an EIC.

19

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

**44.**     Admit that DPS allows a Texas driver license applicant to use non-photographic documentation to verify identity for the purpose of driver license issuance.

**RESPONSE:** Admit.

**45.**     Admit that the Texas Bureau of Vital Statistics accepts non-photographic identification to verify the identity of an applicant for a birth certificate.

**OBJECTION:**   This request asks the defendant to make an admission with respect to the operations and procedures of a state entity that is not a party to this cause of action.  As the defendant does not possess such knowledge, it can neither admit nor deny this request.

**46.**     Admit that during the consideration of SB 362 during the 81st legislative session (2009), the Texas Elections Division did not conduct any analysis of the racial composition of those voters who do not possess a Texas driver license or DPS-issued personal identification card.

**OBJECTION:**   The term "Texas Elections Division" is undefined, vague, and ambiguous, rendering this request difficult to fairly admit or deny.  Insofar as "Texas Election Division" means the Elections Division of the Texas Secretary of State's Office, this request is vague, ambiguous and misleading as it implies that the Elections Division of the Texas Secretary of State's Office had knowledge of each voter that did not possess a Texas driver's license or DPS issued personal identification card; and, had knowledge regarding the race or ethnicity of each voter.  The Elections Division of the Texas Secretary of State's Office did not possess the necessary knowledge or data to perform such an analysis.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

47.     Admit that during regular Senate sessions since at least 2000, most bills are considered as a special order, rather than in the regular order of business.

**OBJECTION:**  The terms "at least 2000", "most bills", "special order" and "regular order of business" are undefined, vague, and ambiguous, rendering this request difficult to fairly admit or deny.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.


48.     Admit that the Texas Senate considers special orders before it considers other business on its calendar.

**OBJECTION:**  The term "considers", "other business", and "calendar" are undefined, vague, and ambiguous, rendering this request difficult to fairly admit or deny.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

49.     Admit that under Senate Rule 5.11(a), a bill may be set as a special order only by a vote of two-thirds of the senators present.

**OBJECTION:**  The defendant objects to this request as being overly broad as it includes no specific or limiting time period or periods.

21

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

50.    Admit that the Texas Senate has operated under Rule 5.11(a) for all of its regular sessions since at least 2000.

**RESPONSE:** Admit that the Texas Senate Rules have incorporated Rule 5.11(a) during regular sessions since 2000.

51.    Admit that in 2009 and 2011, Texas Senate Rule 5.11(d) provided that bills "relating to voter identification requirements reported favorably from the Committee of the Whole may be set as a special order" by a vote of the majority of the Senators.

**RESPONSE:** Deny.

52.    Admit that on January 20, 2011, Governor Rick Perry designated photographic voter identification legislation as an "emergency matter."

**RESPONSE:** Deny.

53.    Admit that Governor Rick Perry's designation of photographic voter identification legislation as an emergency matter occurred one day after the Senate adopted the 2011 Senate Rules, including Rule 5.11(d).

**RESPONSE:** Deny.

54.    Admit that during debate concerning SB 14 in the Senate Committee of the Whole , some senators and other witnesses raised concerns that implementation of SB 14 would adversely impact the ability of minority voters to cast an in-person ballot.

22

**OBJECTION:** The language "some senators", "other witnesses", and "raised concern" are vague and ambiguous, rendering the request difficult to fairly admit or deny. The defendant further objects that this request requires the defendant to make an admission with respect to the conduct and thought processes of unidentified people that are not parities to this litigation.

Subject to and without waiving these objections, the defendant provides the following answer: Admit only that SB 14 was fully debated in the Senate Committee of the Whole.

55.    Admit that on January 25, 2011, Ann McGeehan, then-Texas Director of Elections, responded to a question about how the Texas Secretary of State tracks demographic information by noting that the State's voter registration database does not include the race of voters and that the only relevant information she had was a Hispanic surname list.

**OBJECTION:** This request is vague and ambiguous insofar as it fails to identify the circumstances of the conversation or to whom the statement was supposedly made.

Subject to and without waiving these objections, the defendant provides the following answer: The defendant can neither admit nor deny as Ann McGeehan is no longer an employee of the Secretary of State.

56.    Admit that during the consideration of SB 14, at least one legislator requested that the Texas Elections Division analyze the number of voters without a Texas driver license or DPS-issued personal identification card.

**OBJECTION:** The term "Texas Elections Division" is vague, undefined, and ambiguous, making this request difficult to fairly admit or deny. Defendant further objects to this request as

23

vague and ambiguous insofar as it fails to identify the legislator that made the request, to whom the request was made, and when the request was made.

Subject to and without waiving these objections, the defendant provides the following answer: After a diligent search, defendant lacks sufficient knowledge to fairly admit or deny, and thus denies.

57.    Admit that during the consideration of SB 14, the Texas Elections Division analyzed the number of voters without a Texas driver license or DPS-issued personal identification card.

**OBJECTION:**   The term "Texas Elections Division" is vague, undefined, and ambiguous, making this request difficult to fairly admit or deny.  Further, the language "during the consideration of SB 14" and "analyzed the number of voters without a Texas driver license or DPS-issued personal identification card" is vague, ambiguous and misleading, rendering it difficult to fairly admit or deny.  Assuming the request speaks to the Elections Division of the Secretary of State's Office, defendant further objects insofar as the request incorrectly implies that the Elections Division of the Texas Secretary of State's Office had precise knowledge of the voters that did or did not have a driver's license or personal identification card; and, such information was not available.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

58.    Admit that during the consideration of SB 14, the Texas Elections Division provided an estimate to Deputy Secretary of State Coby Shorter and John Sepehri, then-general counsel to the Texas Secretary of State, that between 678,560 and 844,713 of the 12,657, 884 Texas registered voters may not have been issued a Texas driver license or a DPS-issued personal

24

identification card. Attachment 1 is a true and correct copy of an email concerning these estimates from then-Director of Elections Ann McGeehan to Karen Richards, a former Texas Elections Division official.

**RESPONSE:** Deny.

59.    Admit that after the Texas Elections Division had analyzed the number of voters without a Texas driver license or DPS-issued personal identification card during legislative consideration of SB 14, the Office of the Secretary of State did not distribute the analysis to the legislator or legislators who had requested it.

**OBJECTION:**   The term "Texas Elections Division" is vague, undefined, and ambiguous, making this request difficult to fairly admit or deny.  Further, the language "analyzed the number of voters without a Texas driver license or DPS-issued personal identification card" is also vague, ambiguous and misleading, rendering the request difficult to fairly admit or deny. Assuming the request speaks to the Elections Division of the Secretary of State's Office, defendant further objects insofar as the request incorrectly implies that the Elections Division of the Texas Secretary of State's Office had precise knowledge of the voters that did or did not have a driver's license or personal identification card; and, such information was not available.

Subject to and without waiving these objections, the defendant provides the following answer: Deny.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

JOHN B. SCOTT
Deputy Attorney General for Litigation
Southern District of Texas No. 10418
ATTORNEY-IN-CHARGE

GREGORY DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496
State of Texas Bar No. 2080492

*/s/ Stephen Ronald Keister*
STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

SEAN PATRICK FLAMMER
Assistant Attorney General
Southern District of Texas No. 1376041

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

COUNSEL FOR THE STATE OF TEXAS, RICK
PERRY, JOHN STEEN, and STEVE MCCRAW

26

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served by electronic mail on January 17, 2014, to all counsel of record.

_/s/ Stephen Ronald Keister_
STEPHEN RONALD KEISTER