By:  Chisum                                          H.B. No. 248

A BILL TO BE ENTITLED

1                              AN ACT

2    relating to requirements to vote, including presenting proof of

3    identification; providing criminal penalties.

4        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5        SECTION 1.  Subchapter A, Chapter 15, Election Code, is

6    amended by adding Section 15.005 to read as follows:

7        Sec. 15.005.  NOTICE OF IDENTIFICATION REQUIREMENTS.  (a)

8    The voter registrar of each county shall provide notice of the

9    identification requirements for voting prescribed by Chapter 63 and

10   a detailed description of those requirements with each voter

11   registration certificate issued under Section 13.142 or renewal

12   registration certificate issued under Section 14.001.

13       (b)  The secretary of state shall prescribe the wording of

14   the notice to be included on the certificate under this section.

15       SECTION 2.  Subsection (a), Section 15.022, Election Code,

16   is amended to read as follows:

17       (a)  The registrar shall make the appropriate corrections in

18   the registration records, including, if necessary, deleting a

19   voter's name from the suspense list:

20           (1)  after receipt of a notice of a change in

21   registration information under Section 15.021;

22           (2)  after receipt of a voter's reply to a notice of

23   investigation given under Section 16.033;

24           (3)  after receipt of a registration omissions list and

1

H.B. No. 248

1  any affidavits executed under Section <u>63.006.</u> [<del>63.007</del>], following

2  an election;

3           (4)  after receipt of a voter's statement of residence

4  executed under Section 63.0011;

5           (5)  before the effective date of the abolishment of a

6  county election precinct or a change in its boundary;

7           (6)  after receipt of United States Postal Service

8  information indicating an address reclassification;

9           (7)  after receipt of a voter's response under Section

10  15.053; or

11           (8)  after receipt of a registration application or

12  change of address under Chapter 20.

13       SECTION 3.  Subchapter A, Chapter 31, Election Code, is

14  amended by adding Section 31.012 to read as follows:

15       <u>Sec. 31.012.  VOTER IDENTIFICATION EDUCATION.  (a)  The</u>

16  <u>secretary of state and the voter registrar of each county that</u>

17  <u>maintains a website shall provide notice of the identification</u>

18  <u>requirements for voting prescribed by Chapter 63 on each entity's</u>

19  <u>respective website.  The secretary of state shall prescribe the</u>

20  <u>wording of the notice to be included on the websites.</u>

21       <u>(b)  The secretary of state shall conduct a statewide effort</u>

22  <u>to educate voters regarding the identification requirements for</u>

23  <u>voting prescribed by Chapter 63.</u>

24       SECTION 4.  Section 32.111, Election Code, is amended by

25  adding Subsection (c) to read as follows:

26       <u>(c)  The training standards adopted under Subsection (a)</u>

27  <u>must include provisions on the acceptance and handling of the</u>

H.B. No. 248

1  identification presented by a voter to an election officer under

2  Section 63.001.

3       SECTION 5.  Subsection (a), Section 32.114, Election Code,

4  is amended to read as follows:

5       (a)  The county clerk shall provide one or more sessions of

6  training using the standardized training program and materials

7  developed and provided by the secretary of state under Section

8  32.111 for the election judges and clerks appointed to serve in

9  elections ordered by the governor or a county authority.  Each

10 election judge shall complete the training program.  Each election

11 clerk shall complete the part of the training program relating to

12 the acceptance and handling of the identification presented by a

13 voter to an election officer under Section 63.001.

14      SECTION 6.  Chapter 62, Election Code, is amended by adding

15 Section 62.016 to read as follows:

16      Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

17 POLLING PLACES.  The presiding judge shall post in a prominent place

18 on the outside of each polling location a list of the acceptable

19 forms of identification.  The notice and list must be printed using

20 a font that is at least 24-point.

21      SECTION 7.  Section 63.001, Election Code, is amended by

22 amending Subsections (b), (c), (d), and (f) and adding Subsection

23 (g) to read as follows:

24      (b)  On offering to vote, a voter must present to an election

25 officer at the polling place one form of identification listed in

26 Section 63.0101 [the voter's voter registration certificate to an

27 election officer at the polling place].

1    (c)  On  presentation  of  the  documentation  required  by

2  Subsection (b) [a registration certificate], an election officer

3  shall  determine  whether  the  voter's  name  on  the  documentation

4  [registration certificate] is on the list of registered voters for

5  the precinct.

6    (d)  If  the  voter's  name  is  on  the  precinct  list  of

7  registered voters and the voter's identity can be verified from the

8  documentation presented under Subsection (b), the voter shall be

9  accepted for voting.

10    (f)  After determining whether to accept a voter, an election

11  officer  shall  return  the  voter's  documentation  [registration

12  certificate] to the voter.

13    (g)  If  the  requirements  for  identification  prescribed  by

14  Subsection  (b)  are  not  met,  the  voter  may  be  accepted  for

15  provisional voting only under Section 63.011.  For a voter who is

16  not accepted for voting under this section, an election officer

17  shall:

18      (1)  inform  the  voter  of  the  voter's  right  to  cast  a

19  provisional ballot under Section 63.011; and

20      (2)  provide  the  voter  with  written  information,  in  a

21  form prescribed by the secretary of state, that:

22        (A)  lists the requirements for identification;

23        (B)  states  the  procedure  for  presenting

24  identification under Section 65.0541;

25        (C)  includes  a  map  showing  the  location  where

26  identification must be presented; and

27        (D)  includes notice that even if all procedures

4

H.B. No. 248

1  are followed, there is no guarantee a provisional ballot will be

2  accepted.

3       SECTION 8.   Subsection (a), Section 63.0011, Election Code,

4  is amended to read as follows:

5       (a)  Before a voter may be accepted for voting, an election

6  officer shall ask the voter if the voter's residence address on the

7  precinct list of registered voters is current and whether the voter

8  has changed residency within the county.  If the voter's address is

9  omitted for the precinct list under Section 18.005(c), the officer

10 shall ask the voter if the voter's residence, if [as] listed, on

11 identification presented by the voter under Section 63.001(b) [the

12 voter's voter registration certificate] is current and whether the

13 voter has changed residence within the county.

14       SECTION 9.   Chapter 63, Election Code, is amended by adding

15 Section 63.0012 to read as follows:

16       Sec. 63.0012.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS  TO

17 CERTAIN VOTERS.  (a)  An election officer shall distribute written

18 notice  of  the  identification  that  will  be  required  to  vote  in

19 elections held after January 1, 2012, and information on obtaining

20 identification without a fee under Section 521.422, Transportation

21 Code, to each voter who, when offering to vote, presents a form of

22 identification  that  will  not  be  sufficient  for  acceptance  as  a

23 voter under this chapter beginning with those elections.

24       (b)  The secretary of state shall prescribe the wording of

25 the notice and establish guidelines for distributing the notice.

26       (c)  This section expires September 1, 2013.

27       SECTION 10.  Section 63.006, Election Code, is amended to

5

H.B. No. 248

1  read as follows:

2      Sec 63.006.  VOTER  WITH  <u>REQUIRED  DOCUMENTATION</u>  [~~CORRECT~~

3  ~~CERTIFICATE~~] WHO IS NOT ON LIST.  (a)  A voter who, when offering to

4  vote,  presents  <u>the  documentation  required  under  Subsection</u>

5  <u>63.001(b)</u> [~~a voter registration certificate indicating that the~~

6  ~~voter is currently registered in the precinct in which the voter is~~

7  ~~offering to vote~~], but whose name is not on the precinct list of

8  registered voters, shall be accepted for voting <u>if the voter also</u>

9  <u>presents a voter registration certificate indicating that the voter</u>

10 <u>is currently registered:</u>

11         <u>(1)  in the precinct in which the voter is offering to</u>

12 <u>vote; or</u>

13         <u>(2)  in a different precinct from the one in which the</u>

14 <u>voter  is  offering  to  vote  and  the  voter  executes  an  affidavit</u>

15 <u>stating that the voter:</u>

16              <u>(A)(i)  is a resident of the precinct in which the</u>

17 <u>voter is offering to vote or is otherwise entitled by law to vote in</u>

18 <u>that precinct; or</u>

19              <u>(ii)  was a resident of the precinct in which</u>

20 <u>the  voter  is  offering  to  vote  at  the  time  the  information  on  the</u>

21 <u>voter's residence address was last provided to the voter registrar;</u>

22              <u>(B)  did  not  deliberately  provide  false</u>

23 <u>information to secure registration in a precinct in which the voter</u>

24 <u>does not reside; and</u>

25              <u>(C)  is voting only once in the election.</u>

26     <u>(b)  After the voter is accepted, an election officer shall:</u>

27         <u>(1)  indicate beside the voter's name on the poll list</u>

H.B. No. 248

1  that the voter was accepted under this section; and

2        (2)  if applicable, enter on the registration omissions

3  list the precinct of the voter's registration as indicated by the

4  voter's registration certificate.

5        SECTION 11.  Subsection (a), Section 63.009, Election Code,

6  is amended to read as follows:

7        (a)  A [Except as provided by Subsection (b), a] voter who

8  does not present a voter registration certificate when offering to

9  vote, and whose name is not on the list of registered voters for the

10  precinct in which the voter is offering to vote, shall be accepted

11  for provisional voting if the voter executes an affidavit in

12  accordance with Section 63.011.

13        SECTION 12.  Section 63.0101, Election Code, is amended to

14  read as follows:

15        Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.

16  The following documentation is an acceptable form [as proof] of

17  photo identification under this chapter:

18        (1)  a driver's license or personal identification card

19  issued to the person by the Department of Public Safety that has not

20  expired [or a similar document issued to the person by an agency of

21  another state, regardless of whether the license or card has

22  expired];

23        (2)  a United States military identification card that

24  contains the person's photograph that has not expired [form of

25  identification containing the person's photograph that establishes

26  the person's identity];

27        (3)  a [birth certificate or other document confirming

H.B. No. 248

1  ~~birth that is admissible in a court of law and establishes the~~

2  ~~person's identity,~~

3       [~~(4)~~] United States citizenship <u>certificate</u> [~~papers~~]

4  issued to the person <u>that contains the person's photograph</u>; <u>or</u>

5       <u>(4)</u> [~~(5)~~] a United States passport issued to the

6  person <u>that has not expired</u> [~~,~~

7       ~~(6)  official mail addressed to the person by name from~~

8  ~~a governmental entity;~~

9       ~~(7)  a copy of a current utility bill, bank statement,~~

10 ~~government check, paycheck, or other government document that shows~~

11 ~~the name and address of the voter or~~

12      ~~(8)  any other form of identification prescribed by the~~

13 ~~secretary of state~~].

14      SECTION 13.  Section 63.011, Election Code, is amended by

15 amending Subsections (a) and (b) to read as follows:

16      (a)  A person to whom Section <u>63.001(g)</u> [~~63.008(b)~~] or

17 63.009(a) applies may cast a provisional ballot if the person

18 executes an affidavit stating that the person:

19           (1)  is a registered voter in the precinct in which the

20 person seeks to vote; and

21           (2)  is eligible to vote in the election.

22      (b)  A form for an affidavit required by this section shall

23 be printed on an envelope in which the provisional ballot voted by

24 the person may be placed and must include a space for entering the

25 identification number of the provisional ballot voted by the person

26 [~~,~~] <u>and a space for an election officer to indicate whether the</u>

27 <u>person presented a form of identification described by Section</u>

8

H.B. No. 248

1  63.0101. The affidavit form may include space for disclosure of any
2  necessary information to enable the person to register to vote
3  under Chapter 13. The secretary of state shall prescribe the form
4  of the affidavit under this section.

5      SECTION 14.  Subsection (b), Section 64.012, Election Code,
6  is amended to read as follows:

7      (b)  An offense under this section is a felony of the second
8  [third] degree unless the person is convicted of an attempt.  In
9  that case, the offense is a state jail felony [Class A misdemeanor].

10     SECTION 15.  Subsection (b), Section 65.054, Election Code,
11  is amended to read as follows:

12     (b)  A provisional ballot shall [may] be accepted [only] if
13  the board determines that, from the information in the affidavit or
14  contained in public records, the person is eligible to vote in the
15  election and has not previously voted in that election and the voter
16  meets the identification requirements of Section 63.001(b) in the
17  period prescribed under Section 65.0541.

18     SECTION 16.  Subchapter B, Chapter 65, Election Code, is
19  amended by adding Section 65.0541 to read as follows:

20     Sec. 65.0541  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN
21  PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional
22  voting under Section 63.011 because the voter does not meet the
23  identification requirements of Section 63.001(b) may, not later
24  than the sixth day after the date of the election, present proof of
25  identification to the voter registrar for examination by the early
26  voting ballot board.

27     (b)  The secretary of state shall prescribe procedures as

H.B. No. 248

1  necessary to implement this section.

2      SECTION 17.  Section 66.0241, Election Code, is amended to

3  read as follows:

4      Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope No. 4

5  must contain:

6          (1)  the precinct list of registered voters;

7          (2)  the registration correction list;

8          (3)  the registration omission list;

9          (4)  any statements of residence executed under Section

10  63.0011; and

11          (5)  any affidavits executed under Section 63.006

12  [63.007] or 63.011.

13      SECTION 18.  Section 521.422, Transportation Code, is

14  amended by amending Subsection (a) and adding Subsection (d) to

15  read as follows:

16      (a)  Except as provided by Subsection (d), the [The] fee for

17  a personal identification certificate is:

18          (1)  $15 for a person under 60 years of age;

19          (2)  $5 for a person 60 years of age or older; and

20          (3)  $20 for a person subject to the registration

21  requirements under Chapter 62, Code of Criminal Procedure.

22      (d)  The department may not collect a fee for a personal

23  identification certificate issued to a person who states that the

24  person is obtaining the personal identification certificate for the

25  purpose of satisfying Section 63.001(b)(1), Election Code, and:

26          (1)  who is a registered voter in this state and

27  presents a valid voter registration certificate; or

H.B. No. 248

1          (2) who is eligible for registration under Section

2   13.001, Election Code, and submits a registration application to

3   the department.

4          SECTION 19.  Effective January 1, 2012, Sections 63.007,

5   63.008, and 63.009(b), Election Code, are repealed.

6          SECTION 20.  As soon as practicable after the effective date

7   of this Act:

8              (1) the secretary of state shall adopt the training

9   standards and develop the training materials required to implement

10  the change in law made by this Act to Section 32.111, Election Code;

11  and

12             (2) the county clerk of each county shall provide a

13  session of training under Section 32.114, Election Code, using the

14  standards adopted and materials developed to implement the change

15  in law made by this Act to Section 32.111, Election Code.

16         SECTION 21.  (a)  The change in law made by this Act applies

17  only to an offense committed on or after January 1, 2012.  For

18  purposes of this section, an offense is committed before January 1,

19  2012, if any element of the offense occurs before that date.

20         (b)  An offense committed before January 1, 2012, is covered

21  by the law in effect when the offense was committed, and the former

22  law is continued in effect for that purpose.

23         SECTION 22.  State funds disbursed under Chapter 19,

24  Election Code, for the purpose of defraying expenses of the voter

25  registrar's office in connection with voter registration may also

26  be used for additional expenses related to coordinating voter

27  registration drives or other activities designed to expand voter

H.B. No. 248

1   registration.  This section expires January 1, 2013.

2        SECTION 23.  Except as provided by Subsection (b) of this

3   section, this Act takes effect January 1, 2012.

4        (b)  The changes in law made by Sections 1,3,4,5, 9, 20, and

5   22 of this Act take effect September 1, 2011.

PL1042
9/2/2014
2:13-cv-00193

By:  Hilderbran                                        H.B. No. 250

                          A BILL TO BE ENTITLED

1                               AN ACT

2    relating to requiring a voter to present proof of identification;

3    providing penalties.

4         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5         SECTION 1.  Effective  September  1,  2011,  Subchapter  A,

6    Chapter 15, Election Code, is amended by adding Section 15.005 to

7    read as follows:

8         Sec. 15.005.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS.  (a)

9    The voter registrar of each county shall provide notice of the

10   identification requirements for voting prescribed by Chapter 63 and

11   a detailed  description  of  those  requirements  with  each  voter

12   registration  certificate  issued  under  Section  13.142  or  renewal

13   registration certificate issued under Section 14.001.

14        (b)  The secretary of state shall prescribe the wording of

15   the notice to be included on the certificate under this section.

16        SECTION 2.  Section 15.022(a), Election Code, is amended to

17   read as follows:

18        (a)  The registrar shall make the appropriate corrections in

19   the  registration  records,  including,  if  necessary,  deleting  a

20   voter's name from the suspense list:

21             (1)  after  receipt  of  a  notice  of  a  change  in

22   registration information under Section 15.021;

23             (2)  after  receipt  of  a  voter's  reply  to  a  notice  of

24   investigation given under Section 16.033;

H.B. No. 250

1          (3)  after receipt of a registration omissions list and
2   any affidavits executed under Section 63.006 [63.007], following an
3   election;

4          (4)  after receipt of a voter's statement of residence
5   executed under Section 63.0011;

6          (5)  before the effective date of the abolishment of a
7   county election precinct or a change in its boundary;

8          (6)  after  receipt  of  United  States  Postal  Service
9   information indicating an address reclassification;

10          (7)  after receipt of a voter's response under Section
11   15.053; or

12          (8)  after  receipt  of  a  registration  application  or
13   change of address under Chapter 20.

14      SECTION 3.  Effective  September  1,  2011,  Subchapter  A,
15   Chapter 31, Election Code, is amended by adding Section 31.012 to
16   read as follows:

17      Sec. 31.012.  VOTER  IDENTIFICATION  EDUCATION.   (a)   The
18   secretary  of  state  and  the  voter  registrar  of  each  county  that
19   maintains  a  website  shall  provide  notice  of  the  identification
20   requirements  for  voting  prescribed  by  Chapter  63  on  each  entity's
21   respective  website.   The  secretary  of  state  shall  prescribe  the
22   wording of the notice to be included on the websites.

23      (b)  The secretary of state shall conduct a statewide effort
24   to  educate  voters  regarding  the  identification  requirements  for
25   voting prescribed by Chapter 63.

26      SECTION 4.  Effective  September  1,  2011,  Section  32.111,
27   Election  Code,  is  amended  by  adding  Subsection  (c)  to  read  as

H.B. No. 250

1  follows:

2       (c)  The  training  standards  adopted  under  Subsection  (a)

3  must  include  provisions  on  the  acceptance  and  handling  of  the

4  identification  presented  by  a  voter  to  an  election  officer  under

5  Section 63.001.

6       SECTION 5.  Effective September 1, 2011, Section 32.114(a),

7  Election Code, is amended to read as follows:

8       (a)  The  county  clerk  shall  provide  one  or  more  sessions  of

9  training  using  the  standardized  training  program  and  materials

10  developed  and  provided  by  the  secretary  of  state  under  Section

11  32.111  for  the  election  judges  and  clerks  appointed  to  serve  in

12  elections  ordered  by  the  governor  or  a  county  authority.   Each

13  election  judge  shall  complete  the  training  program.   Each election

14  clerk  shall  complete  the  part  of  the  training  program  relating  to

15  the  acceptance  and  handling  of  the  identification  presented  by  a

16  voter  to  an  election  officer  under  Section 63.001.

17       SECTION 6.  Chapter 62, Election Code, is amended by adding

18  Section 62.016 to read as follows:

19       Sec. 62.016.   NOTICE  OF  ACCEPTABLE  IDENTIFICATION  OUTSIDE

20  POLLING PLACES.  The presiding judge shall post in a prominent place

21  on  the  outside  of  each  polling  location  a  list  of  the  acceptable

22  forms  of  identification.   The  notice  and  list  must  be  printed  using

23  a  font  that  is  at  least  24-point.

24       SECTION 7.  Section 63.001, Election Code, is amended by

25  amending Subsections (b), (c), (d), and (f) and adding Subsection

26  (g) to read as follows:

27       (b)  On offering to vote, a voter must present to an election

H.B. No. 250

1  officer at the polling place one form of identification listed in

2  Section 63.0101 [~~the voter's voter registration certificate to an~~

3  ~~election officer at the polling place~~].

4      (c)  On presentation of the documentation required under

5  Subsection (b) [~~a registration certificate~~], an election officer

6  shall determine whether the voter's name on the documentation

7  [~~registration certificate~~] is on the list of registered voters for

8  the precinct.

9      (d)  If the voter's name is on the precinct list of

10 registered voters and the voter's identity can be verified from the

11 documentation presented under Subsection (b), the voter shall be

12 accepted for voting.

13     (f)  After determining whether to accept a voter, an election

14 officer shall return the voter's documentation [~~registration~~

15 ~~certificate~~] to the voter.

16     (g)  If the requirements for identification prescribed by

17 Subsection (b) are not met, the voter may be accepted for

18 provisional voting only under Section 63.011.  For a voter who is

19 not accepted for voting under this section, an election officer

20 shall:

21         (1)  inform the voter of the voter's right to cast a

22 provisional ballot under Section 63.011; and

23         (2)  provide the voter with written information, in a

24 form prescribed by the secretary of state, that:

25             (A)  lists the requirements for identification;

26             (B)  states the procedure under Section 65.0541

27 for presenting identification;

4

H.B. No. 250

1                    (C)  includes  a  map  showing  the  location  where

2      identification must be presented; and

3                    (D)  includes notice that even if all procedures

4      are followed, there is no guarantee the voter's provisional ballot

5      will be accepted.

6           SECTION 8.  Section 63.0011(a), Election Code, is amended to

7      read as follows:

8           (a)  Before a voter may be accepted for voting, an election

9      officer shall ask the voter if the voter's residence address on the

10     precinct list of registered voters is current and whether the voter

11     has changed residence within the county.  If the voter's address is

12     omitted from the precinct list under Section 18.005(c), the officer

13     shall ask the voter if the voter's residence, if [as] listed, on

14     identification presented by the voter under Section 63.001(b) [the

15     voter's voter registration certificate] is current and whether the

16     voter has changed residence within the county.

17          SECTION 9.  Effective  September  1,  2011,  Chapter  63,

18     Election  Code,  is  amended  by  adding  Section 63.0012 to read as

19     follows:

20          Sec. 63.0012.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS  TO

21     CERTAIN VOTERS.  (a)  An election officer shall distribute written

22     notice  of  the  identification  that  will  be  required  for  voting

23     beginning  with  elections  held  after  January  1,  2012,  and

24     information on obtaining identification without a fee under Section

25     521.422, Transportation Code, to each voter who, when offering to

26     vote, presents a form of identification that will not be sufficient

27     for acceptance as a voter under this chapter beginning with those

H.B. No. 250

1   elections.

2        (b)   The secretary of state shall prescribe the wording of

3   the notice and establish guidelines for distributing the notice.

4        (c)   This section expires September 1, 2013.

5        SECTION 10.   Section 63.006, Election Code, is amended to

6   read as follows:

7        Sec. 63.006.   VOTER WITH REQUIRED DOCUMENTATION [CORRECT

8   CERTIFICATE] WHO IS NOT ON LIST.  (a)  A voter who, when offering to

9   vote, presents the documentation required under Section 63.001(b)

10  [a voter registration certificate indicating that the voter is

11  currently registered in the precinct in which the voter is offering

12  to vote,] but whose name is not on the precinct list of registered

13  voters[,] shall be accepted for voting if the voter also presents a

14  voter registration certificate indicating that the voter is

15  currently registered:

16             (1)   in the precinct in which the voter is offering to

17  vote; or

18             (2)   in a different precinct from the one in which the

19  voter is offering to vote and the voter executes an affidavit

20  stating that the voter:

21                  (A)   is a resident of the precinct in which the

22  voter is offering to vote or is otherwise entitled by law to vote in

23  that precinct;

24                  (B)   was a resident of the precinct in which the

25  voter is offering to vote at the time the information on the voter's

26  residence address was last provided to the voter registrar;

27                  (C)   did    not    deliberately    provide    false

H.B. No. 250

1  information to secure registration in a precinct in which the voter

2  does not reside; and

3            (D)  is voting only once in the election.

4      (b)  After the voter is accepted, an election officer shall:

5            (1)  indicate beside the voter's name on the poll list

6  that the voter was accepted under this section; and

7            (2)  enter  the  voter's  name  on  the  registration

8  omissions list.

9      SECTION 11.  Section 63.009(a), Election Code, is amended to

10 read as follows:

11     (a)  A [Except as provided by Subsection (b), a] voter who

12 does not present a voter registration certificate when offering to

13 vote, and whose name is not on the list of registered voters for the

14 precinct in which the voter is offering to vote, shall be accepted

15 for  provisional  voting  if  the  voter  executes  an  affidavit  in

16 accordance with Section 63.011.

17     SECTION 12.  Section 63.0101, Election Code, is amended to

18 read as follows:

19     Sec. 63.0101.  DOCUMENTATION  OF  PROOF  OF  IDENTIFICATION.

20 The  following  documentation  is  an  acceptable  form  [as  proof]  of

21 photo identification under this chapter:

22            (1)  a driver's license or personal identification card

23 issued to the person by the Department of Public Safety that has not

24 expired [or a similar document issued to the person by an agency of

25 another  state,  regardless  of  whether  the  license  or  card  has

26 expired];

27            (2)  a United States military identification card that

7

H.B. No. 250

1  contains the person's photograph and has not expired [~~form of~~

2  ~~identification containing the person's photograph that establishes~~

3  ~~the person's identity~~];

4              (3)  a [~~birth certificate or other document confirming~~

5  ~~birth that is admissible in a court of law and establishes the~~

6  ~~person's identity;~~

7              [~~(4)~~]  United States citizenship certificate [~~papers~~]

8  issued to the person that contains the person's photograph; or

9              (4)  [~~(5)~~]  a United States passport issued to the

10 person that has not expired[~~,~~

11             [~~(6)  official mail addressed to the person by name~~

12 ~~from a governmental entity;~~

13             [~~(7)  a copy of a current utility bill, bank statement,~~

14 ~~government check, paycheck, or other government document that shows~~

15 ~~the name and address of the voter; or~~

16             [~~(8)  any other form of identification prescribed by~~

17 ~~the secretary of state~~].

18     SECTION 13.  Section 63.011, Election Code, is amended by

19 amending Subsections (a) and (b) and adding Subsection (b-1) to

20 read as follows:

21     (a)  A person to whom Section 63.001(g)  [~~63.008(b)~~]  or

22 63.009(a) applies may cast a provisional ballot if the person

23 executes an affidavit stating that the person:

24             (1)  is a registered voter in the precinct in which the

25 person seeks to vote; and

26             (2)  is eligible to vote in the election.

27     (b)  A form for an affidavit required by this section must

H.B. No. 250

1  [shall] be printed on an envelope in which the provisional ballot

2  voted by the person may be placed and must include:

3  (1) a space for entering the identification number of

4  the provisional ballot voted by the person; and

5  (2) a space for an election officer to indicate

6  whether the person presented a form of identification described by

7  Section 63.0101 and the form of identification presented.

8  (b-1) The affidavit form may include space for disclosure of

9  any necessary information to enable the person to register to vote

10  under Chapter 13. The secretary of state shall prescribe the form

11  of the affidavit under this section.

12  SECTION 14. Section 64.012(b), Election Code, is amended to

13  read as follows:

14  (b) An offense under this section is a felony of the second

15  [third] degree unless the person is convicted of an attempt. In

16  that case, the offense is a state jail felony [Class A misdemeanor].

17  SECTION 15. Section 65.054(b), Election Code, is amended to

18  read as follows:

19  (b) A provisional ballot shall [may] be accepted [only] if

20  the board determines that, from the information in the affidavit or

21  contained in public records, the person is eligible to vote in the

22  election and has not previously voted in that election and the voter

23  meets the identification requirements of Section 63.001(b) at the

24  time the ballot was cast or in the period prescribed under Section

25  65.0541.

26  SECTION 16. Subchapter B, Chapter 65, Election Code, is

27  amended by adding Section 65.0541 to read as follows:

9

H.B. No. 250

1     Sec. 65.0541.  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN

2  PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

3  voting under Section 63.011 because the voter does not meet the

4  identification requirements of Section 63.001(b) may, not later

5  than the sixth day after the date of the election, present proof of

6  identification that meets the requirements of Section 63.001(b) to

7  the voter registrar for examination by the early voting ballot

8  board.

9     (b)  The secretary of state shall prescribe procedures as

10  necessary to implement this section.

11     SECTION 17.  Section 66.0241, Election Code, is amended to

12  read as follows:

13     Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope no. 4

14  must contain:

15     (1)  the precinct list of registered voters;

16     (2)  the registration correction list;

17     (3)  the registration omissions list;

18     (4)  any statements of residence executed under Section

19  63.0011; and

20     (5)  any affidavits executed under Section 63.006

21  [63.007] or 63.011.

22     SECTION 18.  Section 521.422, Transportation Code, is

23  amended by amending Subsection (a) and adding Subsection (d) to

24  read as follows:

25     (a)  Except as provided by Subsection (d), the [The] fee for

26  a personal identification certificate is:

27     (1)  $15 for a person under 60 years of age;

H.B. No. 250

1          (2)  $5 for a person 60 years of age or older; and

2          (3)  $20 for a person subject to the registration

3    requirements under Chapter 62, Code of Criminal Procedure.

4          <u>(d)  The department may not collect a fee for a personal</u>

5    <u>identification certificate issued to a person who states that the</u>

6    <u>person is obtaining the personal identification certificate for the</u>

7    <u>purpose of satisfying Section 63.001(b), Election Code, and:</u>

8          <u>(1)  who is a registered voter in this state and</u>

9    <u>presents a valid voter registration certificate; or</u>

10         <u>(2)  who is eligible for registration under Section</u>

11   <u>13.001, Election Code, and submits a registration application to</u>

12   <u>the department.</u>

13         SECTION 19.  Sections 63.007, 63.008, and 63.009(b),

14   Election Code, are repealed.

15         SECTION 20.  Effective September 1, 2011:

16         (1)  as soon as practicable, the secretary of state

17   shall adopt the training standards and develop the training

18   materials required to implement the change in law made by this Act

19   to Section 32.111, Election Code; and

20         (2)  as soon as practicable, the county clerk of each

21   county shall provide a session of training under Section 32.114,

22   Election Code, using the standards adopted and materials developed

23   to implement the change in law made by this Act to Section 32.111,

24   Election Code.

25         SECTION 21.  (a)  The change in law made by this Act applies

26   only to an offense committed on or after January 1, 2012.  For

27   purposes of this section, an offense is committed before January 1,

H.B. No. 250

1  2012, if any element of the offense occurs before that date.

2      (b)  An offense committed before January 1, 2012, is covered

3  by the law in effect when the offense was committed, and the former

4  law is continued in effect for that purpose.

5      SECTION 22.  Effective  September  1,  2011,  state  funds

6  disbursed  under  Chapter  19,  Election  Code,  for  the  purpose  of

7  defraying expenses of the voter registrar's office in connection

8  with  voter  registration  may  also  be  used  for  additional  expenses

9  arising out of this Act related to coordinating voter registration

10  drives  or  to  other  activities  designed  to  expand  voter

11  registration.  This section expires January 1, 2013.

12      SECTION 23.  Except as otherwise provided by this Act, this

13  Act takes effect January 1, 2012.

PL1043
9/2/2014
2:13-cv-00193

By:  Smith of Tarrant                                    H.B. No. 401

                          A BILL TO BE ENTITLED

1                               AN ACT

2   relating to requiring a voter to present proof of identification.

3        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4        SECTION 1.  Subchapter  A,  Chapter  12,  Election  Code,  is

5   amended by adding Section 12.007 to read as follows:

6        Sec. 12.007.  TEXAS VOTER IDENTIFICATION CARD.  (a)  Each

7   voter registrar  shall  issue Texas  voter  identification cards to

8   registered voters to be used  only  for  the  purpose  of  meeting the

9   identification  requirements  of  Section  63.001(b).   The  voter

10  registrar must provide at  least  one  place  in  the  county  to  accept

11  applications for and  issue  Texas  voter  identification  cards.   The

12  voter registrar may not  charge  an  application  fee  or  a  fee  for  the

13  issuance of a Texas voter identification card.

14       (b)  A person who has  a  valid  driver's  license  or  personal

15  identification  card  issued  to  the  person  by  the  Department  of

16  Public Safety  is  not  eligible  for  a  Texas  voter  identification

17  card.

18       (c)  The Texas voter identification card issued to a person

19  must:

20            (1)  be captioned "TEXAS VOTER IDENTIFICATION CARD";

21            (2)  contain a prominent statement that under Texas law

22  the card is valid only as identification for voting purposes;

23            (3)  be laminated;

24            (4)  contain a digital color photograph of the person;

82R2858 JRJ-D                       1

H.B. No. 401

1  and

2  (5)  include the following information relating to the

3  person:

4  (A)  full legal name;

5  (B)  residence address;

6  (C)  birth date;

7  (D)  date the identification card was issued;

8  (E)  sex;

9  (F)  height;

10  (G)  weight;

11  (H)  eye color;

12  (I)  the county where the identification card was

13  issued, including a county number to be assigned for each county by

14  the secretary of state; and

15  (J)  any other information or identification as

16  required by rule of the secretary of state.

17  (d)  The application form for a Texas voter identification

18  card must elicit the information required under Subsection (c) and

19  any other information required by rule of the secretary of state.

20  The application must be signed and sworn to by the applicant.

21  (e)  The following information must be presented to and

22  verified by the voter registrar before the voter registrar issues a

23  Texas voter identification card to a person:

24  (1)  a  photo  identification  document,  or  an

25  identification document that includes both the person's full legal

26  name and date of birth;

27  (2)  documentation showing the person's date of birth;

2

H.B. No. 401

1    (3)  evidence that the person is registered to vote in
2  this state; and
3    (4)  documentation showing the person's name and
4  address of principal residence.
5    (f)  A Texas voter identification card remains valid if the
6  person to whom it was issued resides at the same address and remains
7  qualified to vote. A person who changes residence within the state
8  must surrender the card to the voter registrar of the new county of
9  residence   and   may   apply   for   and   receive   a   Texas   voter
10 identification card issued by the new county of residence if the
11 person is otherwise eligible under this section. A person who moves
12 residence outside the state or who ceases to be qualified to vote
13 must surrender the person's Texas voter identification card to the
14 voter registrar who issued the card.
15   (g)  The   secretary   of   state   shall   provide   each   voter
16 registrar  with  the  necessary  equipment,  forms,  supplies,  and
17 training for the production of the Texas voter identification cards
18 and shall maintain the equipment.
19   (h)  The   secretary   of   state   shall   adopt   rules   for   the
20 administration of this section.
21   SECTION 2.  Effective  January  1,  2012,  Section  63.001,
22 Election Code, is amended by amending Subsections (b), (c), (d),
23 and (f) and adding Subsection (g) to read as follows:
24   (b)  On offering to vote, a voter must present one form of
25 identification  listed  in  Section  63.0101  [the  voter's  voter
26 registration certificate] to an election officer at the polling
27 place.

3

H.B. No. 401

1     (c)  On  presentation  of  the  documentation  required  by

2  Subsection (b) [a registration certificate], an election officer

3  shall  determine  whether  the  voter's  name  on  the  documentation

4  [registration certificate] is on the list of registered voters for

5  the precinct.

6     (d)  If  the  voter's  name  is  on  the  precinct  list  of

7  registered voters and the voter's identity can be verified from the

8  documentation presented under Subsection (b), the voter shall be

9  accepted for voting.

10     (f)  After determining whether to accept a voter, an election

11  officer  shall  return  the  voter's  documentation  [registration

12  certificate] to the voter.

13     (g)  A voter  shall  be  accepted  for  provisional  voting  only

14  under  Section  63.011  if  the  requirement  for  identification

15  prescribed by Subsection (b) is not met.

16     SECTION 3.  Effective  January  1,  2012,  Section  63.007,

17  Election Code, is amended to read as follows:

18     Sec. 63.007.  VOTER WITH REQUIRED DOCUMENTATION [INCORRECT

19  CERTIFICATE] WHO IS NOT ON LIST.  (a)  A voter who, when offering to

20  vote, presents the documentation required under Section 63.001 [a

21  voter  registration  certificate  indicating  that  the  voter  is

22  currently registered in a different precinct from the one in which

23  the  voter  is  offering  to  vote], and  whose  name  is  not  on  the

24  precinct  list  of  registered  voters,  shall  be  accepted  for  voting if

25  the voter presents a voter registration certificate indicating that

26  the voter is currently registered:

27     (1)  in the precinct in which the voter is offering to

4

H.B. No. 401

1  vote; or

2           (2)  in a different precinct from the one in which the

3  voter is offering to vote and the voter executes an affidavit

4  stating that the voter:

5                (A) [(1)]  is a resident of the precinct in which

6  the voter is offering to vote or is otherwise entitled by law to

7  vote in that precinct;

8                (B) [(2)]  was a resident of the precinct in which

9  the voter is offering to vote at the time that information on the

10  voter's residence address was last provided to the voter registrar;

11                (C) [(3)]  did not deliberately provide false

12  information to secure registration in a precinct in which the voter

13  does not reside; and

14                (D) [(4)]  is voting only once in the election.

15       (b)  After the voter is accepted, an election officer shall:

16           (1)  indicate beside the voter's name on the poll list

17  that the voter was accepted under this section; and

18           (2)  enter on the registration omissions list the

19  precinct of the voter's registration as indicated by the voter's

20  registration certificate.

21       SECTION 4.  Section 63.009(a), Election Code, is amended to

22  read as follows:

23       (a)  A [Except as provided by Subsection (b), a] voter who

24  does not present a voter registration certificate when offering to

25  vote, and whose name is not on the list of registered voters for the

26  precinct in which the voter is offering to vote, shall be accepted

27  for provisional voting if the voter executes an affidavit in

H.B. No. 401

1   accordance with Section 63.011.

2       SECTION 5.   Section 63.0101, Election Code, is amended to
3   read as follows:

4       Sec. 63.0101.   DOCUMENTATION OF PROOF OF IDENTIFICATION.
5   The following documentation is <u>an</u> acceptable <u>form</u> [<s>as proof</s>] of
6   <u>photo</u> identification under this chapter:

7               (1)   a driver's license or personal identification card
8   issued to the person by the Department of Public Safety <u>that has not</u>
9   <u>expired or that expired no earlier than one year before the date of</u>
10  <u>presentation</u> [<s>or a similar document issued to the person by an</s>
11  <s>agency of another state, regardless of whether the license or card</s>
12  <s>has expired</s>];

13              (2)   a <u>United States military identification card that</u>
14  <u>contains the person's photograph</u> [<s>form of identification</s>
15  <s>containing the person's photograph that establishes the person's</s>
16  <s>identity</s>];

17              (3)   a [<s>birth certificate or other document confirming</s>
18  <s>birth that is admissible in a court of law and establishes the</s>
19  <s>person's identity;</s>

20              [<s>(4)</s>]   United States citizenship <u>certificate</u> [<s>papers</s>]
21  issued to the person <u>that contains the person's photograph</u>;

22              <u>(4)</u>   [<s>(5)</s>]   a United States passport issued to the
23  person;

24              <u>(5)   a license to carry a concealed handgun issued to</u>
25  <u>the person by the Department of Public Safety that contains the</u>
26  <u>person's photograph;</u>

27              <u>(6)   a student identification card issued by a public</u>

H.B. No. 401

1   or  private  institution  of  higher  education  that  contains  the

2   person's photograph [~~official mail addressed to the person by name~~

3   ~~from a governmental entity~~];

4              (7)  a  valid  identification  card  that  contains  the

5   person's photograph and is issued by:

6                   (A)  an  agency  or  institution  of  the  federal

7   government;

8                   (B)  an  agency,  institution,  or  political

9   subdivision of this state; or

10                   (C)  a tribal organization; or

11              (8)  a  Texas  voter  identification  card  issued  under

12   Section 12.007 [~~copy of a current utility bill, bank statement,~~

13   ~~government check, paycheck, or other government document that shows~~

14   ~~the name and address of the voter; or~~

15              [~~(8)  any other form of identification prescribed by~~

16   ~~the secretary of state~~].

17       SECTION 6.  Effective January 1, 2012, Sections 63.011(a)

18   and (b), Election Code, are amended to read as follows:

19       (a)  A  person  to  whom  Section  63.001(g)  [~~63.008(b)~~]  or

20   63.009(a)  applies  may  cast  a  provisional  ballot  if  the  person

21   executes an affidavit stating that the person:

22              (1)  is  a  registered  voter  in  the  precinct  in  which  the

23   person seeks to vote; and

24              (2)  is eligible to vote in the election.

25       (b)  A  form  for  an  affidavit  required  by  this  section  must

26   [~~shall~~] be printed on an envelope in which the provisional ballot

27   voted  by  the  person  may  be  placed  and  must  include  a  space  for

7

H.B. No. 401

1  entering the identification number of the provisional ballot voted

2  by the person and a space for an election officer to indicate

3  whether the person presented proof of identification as required by

4  Section 63.001(b).  The affidavit form may include space for

5  disclosure of any necessary information to enable the person to

6  register to vote under Chapter 13.  The secretary of state shall

7  prescribe the form of the affidavit under this section.

8      SECTION 7.  Effective January 1, 2012, Section 65.054(b),

9  Election Code, is amended to read as follows:

10      (b)  A provisional ballot may be accepted only if:

11      (1)  the board determines that, from the information in

12  the affidavit or contained in public records, the person is

13  eligible to vote in the election and has not previously voted in

14  that election; and

15      (2)  the voter presents proof of identification as

16  required by Section 63.001(b):

17      (A)  at the time the ballot was cast; or

18      (B)  in the period prescribed under Section

19  65.0541.

20      SECTION 8.  Effective January 1, 2012, Subchapter B, Chapter

21  65, Election Code, is amended by adding Section 65.0541 to read as

22  follows:

23      Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN

24  PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

25  voting under Section 63.011 because the voter does not present

26  proof of identification as required by Section 63.001(b) may, not

27  later than the seventh business day after the date of the election,

H.B. No. 401

1 <u>present proof of identification to the voter registrar for</u>
2 <u>examination by the early voting ballot board.</u>

3   <u>(b) The secretary of state shall prescribe procedures as</u>
4 <u>necessary to implement this section.</u>

5   SECTION 9. Effective January 1, 2012, Section 521.422,
6 Transportation Code, is amended by amending Subsection (a) and
7 adding Subsection (d) to read as follows:

8   (a) <u>Except as provided by Subsection (d), the</u> [The] fee for
9 a personal identification certificate is:

10     (1) $15 for a person under 60 years of age;

11     (2) $5 for a person 60 years of age or older; and

12     (3) $20 for a person subject to the registration
13 requirements under Chapter 62, Code of Criminal Procedure.

14   <u>(d) The department may not collect a fee for a personal</u>
15 <u>identification certificate issued to a person who:</u>

16     <u>(1) executes an affidavit stating that the person:</u>

17     <u>(A) is obtaining the personal identification</u>
18 <u>certificate for the purpose of satisfying Section 63.001(b),</u>
19 <u>Election Code; and</u>

20     <u>(B) does not have another form of identification</u>
21 <u>acceptable under Section 63.0101, Election Code; and</u>

22     <u>(2) is:</u>

23     <u>(A) a registered voter in this state and presents</u>
24 <u>a valid voter registration certificate; or</u>

25     <u>(B) eligible for registration under Section</u>
26 <u>13.001, Election Code, and submits a registration application to</u>
27 <u>the department.</u>

H.B. No. 401

1    SECTION 10.  Effective January 1, 2012, Sections 63.006,
2  63.008, and 63.009(b), Election Code, are repealed.

3    SECTION 11.  As soon as practicable after September 1, 2011,
4  the secretary of state shall adopt the rules and training standards
5  and develop the training materials required to implement the change
6  in law made by this Act in adding Section 12.007, Election Code.

7    SECTION 12.  Except as otherwise provided by this Act, this
8  Act takes effect September 1, 2011.

PL1044
9/2/2014
2:13-cv-00193

By:  Anderson of McLennan                              H.B. No. 539

A BILL TO BE ENTITLED

1                              AN ACT

2  relating to requiring a voter to present proof of identification.

3          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4          SECTION 1.  Effective  September  1,  2011,  Subchapter  A,

5  Chapter 15, Election Code, is amended by adding Section 15.005 to

6  read as follows:

7          Sec. 15.005.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS.   (a)

8  The  voter  registrar  of  each  county  shall  provide  notice  of  the

9  identification requirements for voting prescribed by Chapter 63 and

10 a  detailed  description  of  those  requirements  with  each  voter

11 registration  certificate  issued  under  Section  13.142  or  renewal

12 registration certificate issued under Section 14.001.

13         (b)  The secretary of state shall prescribe the wording of

14 the notice to be included on the certificate under this section.

15         SECTION 2.  Effective  September  1,  2011,  Subchapter  A,

16 Chapter 31, Election Code, is amended by adding Section 31.012 to

17 read as follows:

18         Sec. 31.012.  NOTICE OF VOTER IDENTIFICATION REQUIREMENTS ON

19 WEBSITE.   The  secretary  of  state  and  the  voter  registrar  of  each

20 county  that  maintains  a  website  shall  provide  notice  of  the

21 identification requirements for voting prescribed by Chapter 63 on

22 each  entity's  respective  website.   The  secretary  of  state  shall

23 prescribe the wording of the notice to be included on the websites.

24         SECTION 3.  Effective  September  1,  2011,  Section  32.111,

H.B. No. 539

1  Election Code, is amended by adding Subsection (c) to read as

2  follows:

3      (c)  The training standards adopted under Subsection (a)

4  must include provisions on the acceptance and handling of the

5  identification presented by a voter to an election officer under

6  Section 63.001.

7      SECTION 4.  Effective September 1, 2011, Section 32.114(a),

8  Election Code, is amended to read as follows:

9      (a)  The county clerk shall provide one or more sessions of

10  training using the standardized training program and materials

11  developed and provided by the secretary of state under Section

12  32.111 for the election judges and clerks appointed to serve in

13  elections ordered by the governor or a county authority.  Each

14  election judge shall complete the training program.  Each election

15  clerk shall complete the part of the training program relating to

16  the acceptance and handling of the identification presented by a

17  voter to an election officer under Section 63.001.

18      SECTION 5.  Chapter 62, Election Code, is amended by adding

19  Section 62.016 to read as follows:

20      Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

21  POLLING PLACES.  The presiding judge shall post in a prominent place

22  on the outside of each polling location notice that a provisional

23  ballot will be provided to a person who executes the appropriate

24  affidavit and a list of the acceptable forms of photographic and

25  nonphotographic identification.   The notice and list must be

26  printed in a font that is at least 24 point.

27      SECTION 6.  Section 63.001, Election Code, is amended by

H.B. No. 539

1   amending Subsections (b), (c), (d), and (f) and adding Subsection

2   (g) to read as follows:

3        (b)  On offering to vote, a voter must present to an election

4   officer at the polling place the voter's voter registration

5   certificate and:

6             (1)  one form of identification listed in Section

7   63.0101(a); or

8             (2)  two different forms of identification listed in

9   Section 63.0101(b) [to an election officer at the polling place].

10       (c)  On presentation of the documentation required by

11  Subsection (b) [a registration certificate], an election officer

12  shall determine whether the voter's name on the documentation

13  [registration certificate] is on the list of registered voters for

14  the precinct.

15       (d)  If the voter's name is on the precinct list of

16  registered voters and the voter's identity can be verified from the

17  documentation presented under Subsection (b), the voter shall be

18  accepted for voting.

19       (f)  After determining whether to accept a voter, an election

20  officer shall return the voter's documentation [registration

21  certificate] to the voter.

22       (g)  If the requirements for identification prescribed by

23  Subsection (b) are not met, the voter may be accepted for

24  provisional voting only under Section 63.011.  An election officer

25  shall inform a voter who is not accepted for voting under this

26  section of the voter's right to cast a provisional ballot under

27  Section 63.011.

H.B. No. 539

1    SECTION 7.  Section 63.0011(a), Election Code, is amended to
2    read as follows:
3        (a)  Before a voter may be accepted for voting, an election
4    officer shall ask the voter if the voter's residence address on the
5    precinct list of registered voters is current and whether the voter
6    has changed residence within the county.  If the voter's address is
7    omitted from the precinct list under Section 18.005(c), the officer
8    shall  ask  the  voter  if  the  voter's  residence  as  listed  on
9    identification presented by the voter under Section 63.001(b) [the
10   voter's voter registration certificate] is current and whether the
11   voter has changed residence within the county.
12       SECTION 8.  Section 63.006(a), Election Code, is amended to
13   read as follows:
14       (a)  A voter who, when offering to vote, presents a voter
15   registration certificate indicating that the voter is currently
16   registered in the precinct in which the voter is offering to vote,
17   but whose name is not on the precinct list of registered voters,
18   shall be accepted for voting if the voter's identity can be verified
19   from the documentation presented under Section 63.001(b).
20       SECTION 9.  Section 63.007(a), Election Code, is amended to
21   read as follows:
22       (a)  A voter who, when offering to vote, presents a voter
23   registration  certificate  indicating  that  the  voter  is  currently
24   registered in a different precinct from the one in which the voter
25   is offering to vote, and whose name is not on the precinct list of
26   registered  voters,  shall  be  accepted  for  voting  if  the  voter's
27   identity  can  be  verified  from  the  documentation  presented  under

4

H.B. No. 539

1 <u>Section 63.001(b) and</u> the voter executes an affidavit stating that

2 the voter:

3            (1)  is a resident of the precinct in which the voter is

4 offering to vote or is otherwise entitled by law to vote in that

5 precinct;

6            (2)  was a resident of the precinct in which the voter

7 is offering to vote at the time that information on the voter's

8 residence address was last provided to the voter registrar;

9            (3)  did not deliberately provide false information to

10 secure registration in a precinct in which the voter does not

11 reside; and

12            (4)  is voting only once in the election.

13      SECTION 10.  Section 63.008(a), Election Code, is amended to

14 read as follows:

15      (a)  A voter who does not present a voter registration

16 certificate when offering to vote, but whose name is on the list of

17 registered voters for the precinct in which the voter is offering to

18 vote, shall be accepted for voting if the voter executes an

19 affidavit stating that the voter does not have the voter's voter

20 registration certificate in the voter's possession at the polling

21 place at the time of offering to vote and the <u>voter's identity can</u>

22 <u>be verified from the identification presented under Section</u>

23 <u>63.001(b)</u> [voter presents proof of identification in a form

24 described by Section 63.0101].

25      SECTION 11.  Section 63.0101, Election Code, is amended to

26 read as follows:

27      Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.

H.B. No. 539

1  (a)  An [The following documentation is] acceptable form of photo

2  [as proof of] identification under this chapter must:

3          (1)  be [a driver's license or personal identification

4  card issued to the person by the Department of Public Safety or a

5  similar document] issued to the person by an agency of this state or

6  the United States [another state, regardless of whether the license

7  or card has expired];

8          (2)  contain a [form of identification containing the

9  person's] photograph of the person that establishes the person's

10 identity;

11          (3)  display the person's name, which must

12 substantially conform to the name on the voter registration list [a

13 birth certificate or other document confirming birth that is

14 admissible in a court of law and establishes the person's

15 identity]; and

16          (4)  contain an expiration date that:

17                  (A)  has not occurred; or

18                  (B)  occurs after the date of the most recent

19 general election for state and county officers.

20      (b)  The following documentation is acceptable as proof of

21 identification under this chapter:

22          (1)  [United States citizenship papers issued to the

23 person;

24          [(5)  a United States passport issued to the person;

25          [(6)  official mail addressed to the person by name

26 from a governmental entity;

27          [(7)]  a copy of a current utility bill, bank

H.B. No. 539

1  statement, government check, paycheck, or other government

2  document that shows the name and address of the voter;

3          (2)  official mail addressed to the person by name from

4  a governmental entity;

5          (3)  a certified copy of a birth certificate or other

6  document confirming birth that is admissible in a court of law and

7  establishes the person's identity;

8          (4)  United States citizenship papers issued to the

9  person;

10         (5)  an original or certified copy of the person's

11  marriage license or divorce decree;

12         (6)  court records of the person's adoption, name

13  change, or sex change;

14         (7)  an identification card issued to the person by a

15  governmental entity of this state or the United States for the

16  purpose of obtaining public benefits, including veterans benefits,

17  Medicaid, or Medicare;

18         (8)  a temporary driving permit issued to the person by

19  the Department of Public Safety;

20         (9)  a pilot's license issued to the person by the

21  Federal Aviation Administration or another authorized agency of the

22  United States;

23         (10)  a library card that contains the person's name

24  issued to the person by a public library located in this state; or

25         (11)  a hunting or fishing license issued to a person by

26  the Parks and Wildlife Department [or

27         [(8)  any other form of identification prescribed by

7

H.B. No. 539

1 ~~the secretary of state~~].

2     SECTION 12.  Sections 63.011(a) and (b), Election Code, are

3 amended to read as follows:

4     (a)  A person to whom Section <u>63.001(g),</u> 63.008(b)<u>,</u> or

5 63.009(a) applies may cast a provisional ballot if the person

6 executes an affidavit stating that the person:

7         (1)  is a registered voter in the precinct in which the

8 person seeks to vote; and

9         (2)  is eligible to vote in the election.

10     (b)  A form for an affidavit required by this section <u>must</u>

11 [~~shall~~] be printed on an envelope in which the provisional ballot

12 voted by the person may be placed and must include a space for

13 entering the identification number of the provisional ballot voted

14 by the person <u>and a space for an election officer to indicate</u>

15 <u>whether the person presented proof of identification as required by</u>

16 <u>Section 63.001(b)(1) or (2)</u>.  The affidavit form may include space

17 for disclosure of any necessary information to enable the person to

18 register to vote under Chapter 13.  The secretary of state shall

19 prescribe the form of the affidavit under this section.

20     SECTION 13.  Section 65.054(b), Election Code, is amended to

21 read as follows:

22     (b)  A provisional ballot may be accepted only if<u>:</u>

23         <u>(1)</u>  the board determines that, from the information in

24 the affidavit or contained in public records, the person is

25 eligible to vote in the election and has not previously voted in

26 that election<u>; and</u>

27         <u>(2)  the voter presents proof of identification as</u>

H.B. No. 539

1 required by Section 63.001(b)(1) or (2):

2           (A)  at the time the ballot was cast; or

3           (B)  in  the  period  prescribed  under  Section

4 65.0541.

5      SECTION 14.  Subchapter B, Chapter 65, Election Code, is

6 amended by adding Section 65.0541 to read as follows:

7      Sec. 65.0541.  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN

8 PROVISIONAL  BALLOTS.   A  voter  who  is  accepted  for  provisional

9 voting  under  Section  63.011  because  the  voter  does  not  present

10 proof  of  identification  as  required  by  Section  63.001(b)(1)  or  (2)

11 may,  not  later  than  the  sixth  business  day  after  the  date  of  the

12 election,  present  proof  of  identification  to  the  voter  registrar

13 for  examination  by  the  early  voting  ballot  board.

14      SECTION 15.  Section  521.422,  Transportation  Code,  is

15 amended by amending Subsection (a) and adding Subsection (d) to

16 read as follows:

17      (a)  Except as provided by Subsection (d), the [The] fee for

18 a personal identification certificate is:

19           (1)  $15 for a person under 60 years of age;

20           (2)  $5 for a person 60 years of age or older; and

21           (3)  $20  for  a  person  subject  to  the  registration

22 requirements under Chapter 62, Code of Criminal Procedure.

23      (d)  The  department  may  not  collect  a  fee  for  a  personal

24 identification  certificate  issued  to  a  person  who  executes  an

25 affidavit  stating  that  the  person  is  obtaining  the  personal

26 identification  certificate  for  the  sole  purpose  of  satisfying

27 Section 63.001(b)(1), Election Code, and:

H.B. No. 539

<u>(1)  is a registered voter in this state and presents a</u>

<u>valid voter registration certificate; or</u>

<u>(2)  is eligible for registration under Section 13.001,</u>

<u>Election Code, and submits a registration application to the</u>

<u>department.</u>

SECTION 16.  Effective September 1, 2011:

(1)  as soon as practicable, the secretary of state shall adopt the training standards and develop the training materials required to implement the change in law made by this Act to Section 32.111, Election Code; and

(2)  as soon as practicable, the county clerk of each county shall provide a session of training under Section 32.114, Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

SECTION 17.  Except as otherwise provided by this Act, this Act takes effect January 1, 2012.

By:  Bonnen                                              H.B. No. 624

A BILL TO BE ENTITLED

1                                  AN ACT

2    relating to requiring a voter to present proof of identification.

3           BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4           SECTION 1.   Subchapter  A,  Chapter  15,  Election  Code,  is

5    amended by adding Section 15.005 to read as follows:

6           Sec. 15.005.  NOTICE    OF    IDENTIFICATION    REQUIREMENTS.

7    (a)   The voter registrar of each county shall provide notice of the

8    identification requirements for voting prescribed by Chapter 63 and

9    a  detailed  description  of  those  requirements  with  each  voter

10   registration  certificate  issued  under  Section  13.142  or  renewal

11   registration certificate issued under Section 14.001.

12          (b)   The  secretary  of  state  shall  prescribe  the  wording  of

13   the notice to be included on the certificate under this section.

14          SECTION 2.   Subchapter  A,  Chapter  31,  Election  Code,  is

15   amended by adding Section 31.012 to read as follows:

16          Sec. 31.012.  VOTER  IDENTIFICATION  EDUCATION.    (a)   The

17   secretary  of  state  and  the  voter  registrar  of  each  county  that

18   maintains  a  website  shall  provide  notice  of  the  identification

19   requirements  for  voting  prescribed  by  Chapter  63  on  each  entity's

20   respective  website.    The  secretary  of  state  shall  prescribe  the

21   wording of the notice to be included on the websites.

22          (b)   The  secretary  of  state,  in  cooperation  with  appropriate

23   nonprofit organizations as determined by the secretary of state and

24   with  each  party  whose  nominee  for  governor  in  the  most  recent

H.B. No. 624

1  gubernatorial general election received 20 percent or more of the
2  total number of votes received by all candidates for governor in the
3  election, shall establish a statewide effort to educate voters
4  regarding the identification requirements for voting prescribed by
5  Chapter 63.  The secretary of state may use any available funds,
6  including federal funds, for the purposes of this section.

7        SECTION 3.  Section 32.111, Election Code, is amended by
8  adding Subsection (c) to read as follows:

9        (c)  The training standards adopted under Subsection (a)
10 must include provisions on the acceptance and handling of the
11 identification presented by a voter to an election officer under
12 Section 63.001.

13       SECTION 4.  Section 32.114(a), Election Code, is amended to
14 read as follows:

15       (a)  The county clerk shall provide one or more sessions of
16 training using the standardized training program and materials
17 developed and provided by the secretary of state under Section
18 32.111 for the election judges and clerks appointed to serve in
19 elections ordered by the governor or a county authority.  Each
20 election judge shall complete the training program.  Each election
21 clerk shall complete the part of the training program relating to
22 the acceptance and handling of the identification presented by a
23 voter to an election officer under Section 63.001.

24       SECTION 5.  Effective January 1, 2012, Chapter 62, Election
25 Code, is amended by adding Section 62.016 to read as follows:

26       Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
27 POLLING PLACES.  The presiding judge shall post in a prominent place

H.B. No. 624

1   on the outside of each polling location a list of the acceptable

2   forms of photographic and nonphotographic identification.  The list

3   must be printed using a font that is at least 24-point.

4        SECTION 6.  Effective January 1, 2012, Section 63.001,

5   Election Code, is amended by amending Subsections (b), (c), (d),

6   and (f) and adding Subsection (g) to read as follows:

7        (b)  On offering to vote, a voter must present one form of

8   photo identification listed in Section 63.0101 [the voter's voter

9   registration certificate] to an election officer at the polling

10  place.

11       (c)  On  presentation  of  the  documentation  required  by

12  Subsection (b) [a registration certificate], an election officer

13  shall determine whether the voter's name on the documentation

14  [registration certificate] is on the list of registered voters for

15  the precinct.

16       (d)  If the voter's name is on the precinct list of

17  registered voters and the voter's identity can be verified from the

18  documentation presented under Subsection (b), the voter shall be

19  accepted for voting.

20       (f)  After determining whether to accept a voter, an election

21  officer shall return the voter's documentation [registration

22  certificate] to the voter.

23       (g)  A voter shall be accepted for provisional voting only

24  under  Section  63.011  if  the  requirement  for  identification

25  prescribed by Subsection (b) is not met.

26       SECTION 7.  Effective January 1, 2012, Section 63.007,

27  Election Code, is amended to read as follows:

H.B. No. 624

1      Sec. 63.007.  VOTER WITH REQUIRED DOCUMENTATION [INCORRECT

2  CERTIFICATE] WHO IS NOT ON LIST.  (a)  A voter who, when offering to

3  vote, presents the documentation required under Section 63.001(b)

4  [a voter registration certificate indicating that the voter is

5  currently registered in a different precinct from the one in which

6  the voter is offering to vote], and whose name is not on the

7  precinct list of registered voters, shall be accepted for voting if

8  the voter presents a voter registration certificate indicating that

9  the voter is currently registered:

10          (1)  in the precinct in which the voter is offering to

11  vote; or

12          (2)  in a different precinct from the one in which the

13  voter is offering to vote and the voter executes an affidavit

14  stating that the voter:

15          (A) [(1)]  is a resident of the precinct in which

16  the voter is offering to vote or is otherwise entitled by law to

17  vote in that precinct;

18          (B) [(2)]  was a resident of the precinct in which

19  the voter is offering to vote at the time that information on the

20  voter's residence address was last provided to the voter registrar;

21          (C) [(3)]  did not deliberately provide false

22  information to secure registration in a precinct in which the voter

23  does not reside; and

24          (D) [(4)]  is voting only once in the election.

25    (b)  After the voter is accepted, an election officer shall:

26        (1)  indicate beside the voter's name on the poll list

27  that the voter was accepted under this section; and

H.B. No. 624

1      (2) enter on the registration omissions list the
2 precinct of the voter's registration as indicated by the voter's
3 registration certificate.

4      SECTION 8. Effective January 1, 2012, Section 63.009(a),
5 Election Code, is amended to read as follows:

6      (a)  A [Except as provided by Subsection (b), a] voter who
7 does not present a voter registration certificate when offering to
8 vote, and whose name is not on the list of registered voters for the
9 precinct in which the voter is offering to vote, shall be accepted
10 for provisional voting if the voter executes an affidavit in
11 accordance with Section 63.011.

12      SECTION 9. Effective January 1, 2012, Section 63.0101,
13 Election Code, is amended to read as follows:

14      Sec. 63.0101. DOCUMENTATION OF PROOF OF IDENTIFICATION.
15 The following documentation is an acceptable form [as proof] of
16 photo identification under this chapter:

17      (1)  a driver's license or personal identification card
18 issued to the person by the Department of Public Safety that has not
19 expired or that expired no earlier than one year before the date of
20 presentation [or a similar document issued to the person by an
21 agency of another state, regardless of whether the license or card
22 has expired];

23      (2)  a United States military identification card that
24 contains the person's photograph [form of identification
25 containing the person's photograph that establishes the person's
26 identity];

27      (3)  a [birth certificate or other document confirming

5

H.B. No. 624

1  ~~birth that is admissible in a court of law and establishes the~~

2  ~~person's identity;~~

3          [~~(4)~~]  United States citizenship <u>certificate</u> [~~papers~~]

4  issued to the person <u>that contains the person's photograph</u>;

5          <u>(4)</u>  [~~(5)~~]  a  United  States  passport  issued  to  the

6  person;

7          <u>(5)  a license to carry a concealed handgun issued to</u>

8  <u>the person by the Department of Public Safety that contains the</u>

9  <u>person's photograph;</u>

10          <u>(6)  a student identification card issued by a public</u>

11  <u>or private institution of higher education that contains the</u>

12  <u>person's photograph</u> [~~official mail addressed to the person by name~~

13  ~~from a governmental entity~~]; <u>or</u>

14          <u>(7)  a valid identification card that contains the</u>

15  <u>person's photograph and is issued by:</u>

16          <u>(A)  an agency or institution of the federal</u>

17  <u>government;</u>

18          <u>(B)  an  agency,  institution,  or  political</u>

19  <u>subdivision of this state; or</u>

20          <u>(C)  a tribal organization</u> [~~copy of a current~~

21  ~~utility bill, bank statement, government check, paycheck, or other~~

22  ~~government document that shows the name and address of the voter; or~~

23          [~~(8)  any other form of identification prescribed by~~

24  ~~the secretary of state~~].

25          SECTION 10.  Effective January 1, 2012, Sections 63.011(a)

26  and (b), Election Code, are amended to read as follows:

27          (a)  A person to whom Section <u>63.001(g)</u>  [~~63.008(b)~~]  or

H.B. No. 624

1  63.009(a) applies may cast a provisional ballot if the person

2  executes an affidavit stating that the person:

3          (1)  is a registered voter in the precinct in which the

4  person seeks to vote; and

5          (2)  is eligible to vote in the election.

6      (b)  A form for an affidavit required by this section must

7  [shall] be printed on an envelope in which the provisional ballot

8  voted by the person may be placed and must include a space for

9  entering the identification number of the provisional ballot voted

10  by the person and a space for an election officer to indicate

11  whether the person presented proof of identification as required by

12  Section 63.001(b).  The affidavit form may include space for

13  disclosure of any necessary information to enable the person to

14  register to vote under Chapter 13.  The secretary of state shall

15  prescribe the form of the affidavit under this section.

16      SECTION 11.  Effective January 1, 2012, Section 65.054(b),

17  Election Code, is amended to read as follows:

18      (b)  A provisional ballot may be accepted only if:

19          (1)  the board determines that, from the information in

20  the affidavit or contained in public records, the person is

21  eligible to vote in the election and has not previously voted in

22  that election; and

23          (2)  the voter presents proof of identification as

24  required by Section 63.001(b):

25              (A)  at the time the ballot was cast; or

26              (B)  in the period prescribed under Section

27  65.0541.

7

H.B. No. 624

1    SECTION 12.  Effective January 1, 2012, Subchapter B,
2  Chapter 65, Election Code, is amended by adding Section 65.0541 to
3  read as follows:

4    Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN
5  PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional
6  voting under Section 63.011 because the voter does not present
7  proof of identification as required by Section 63.001(b) may, not
8  later than the seventh business day after the date of the election,
9  present proof of identification to the voter registrar for
10  examination by the early voting ballot board.

11    (b)  The secretary of state shall prescribe procedures as
12  necessary to implement this section.

13    SECTION 13.  Effective January 1, 2012, Section 521.422,
14  Transportation Code, is amended by amending Subsection (a) and
15  adding Subsection (d) to read as follows:

16    (a)  Except as provided by Subsection (d), the [The] fee for
17  a personal identification certificate is:

18        (1)  $15 for a person under 60 years of age;

19        (2)  $5 for a person 60 years of age or older; and

20        (3)  $20 for a person subject to the registration
21  requirements under Chapter 62, Code of Criminal Procedure.

22    (d)  The department may not collect a fee for a personal
23  identification certificate issued to a person who:

24        (1)  executes an affidavit stating that the person:

25            (A)  is obtaining the personal identification
26  certificate for the purpose of satisfying Section 63.001(b),
27  Election Code; and

H.B. No. 624

1          (B) does not have another form of photo
2   identification acceptable under Section 63.0101, Election Code;
3   and
4               (2) is:
5                    (A) a registered voter in this state and presents
6   a valid voter registration certificate; or
7                    (B) eligible for registration under Section
8   13.001, Election Code, and submits a registration application to
9   the department.
10          SECTION 14. Effective January 1, 2012, Sections 63.006,
11  63.008, and 63.009(b), Election Code, are repealed.
12          SECTION 15. As soon as practicable:
13               (1) the secretary of state shall adopt the training
14  standards and develop the training materials required to implement
15  the change in law made by this Act to Section 32.111, Election Code;
16  and
17               (2) the county clerk of each county shall provide a
18  session of training under Section 32.114, Election Code, as amended
19  by this Act, using the standards adopted and materials developed to
20  implement the change in law made by this Act to Section 32.111,
21  Election Code.
22          SECTION 16. Except as otherwise provided by this Act, this
23  Act takes effect September 1, 2011.

PL1046
9/2/2014
2:13-cv-00193

By:  Hopson                                                   H.B. No. 1005


                         A BILL TO BE ENTITLED

1                              AN ACT

2    relating to the procedures for registering to vote and accepting a

3    voter at a polling place; providing a criminal penalty.

4         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5         SECTION 1.  Section 15.001(a), Election Code, is amended to

6    read as follows:

7         (a)  Each  voter  registration  certificate  issued  must

8    contain:

9              (1)  the  voter's  name  in  the  form  indicated  by  the

10   voter,  subject  to  applicable  requirements  prescribed  by  Section

11   13.002 and by rule of the secretary of state;

12             (2)  the voter's residence address or, if the residence

13   has no address, the address at which the voter receives mail and a

14   concise description of the location of the voter's residence;

15             (3)  the month, day, and year of the voter's birth;

16             (4)  the  number  of  the  county  election  precinct  in

17   which the voter resides;

18             (5)  the  voter's  effective  date  of  registration  if  an

19   initial certificate;

20             (6)  the voter's registration number;

21             (7)  an  indication  of  the  period  for  which  the

22   certificate is issued;

23             (8)  a  statement  explaining  the  circumstances  under

24   which the voter will receive a new certificate;


     82R5257 JRJ-D                     1

H.B. No. 1005

1        (9)  a space for stamping the voter's political party

2 affiliation;

3        (10)  a statement that voting with the certificate by a

4 person other than the person in whose name the certificate is issued

5 is a felony;

6        (11)  a space for the voter's signature;

7        (12)  a  statement  that  the  voter  must  sign  the

8 certificate personally, if able to sign, immediately on receipt;

9        (13)  a space for the voter to correct the information

10 on the certificate followed by a signature line;

11        (14)  the  statement:  "If  any  information  on  this

12 certificate changes or is incorrect, correct the information in the

13 space provided, sign below, and return this certificate to the

14 voter registrar.";

15        (15)  the  registrar's  mailing  address  and  telephone

16 number; [and]

17        (16)  the  jurisdictional  or  distinguishing  number  for

18 the following territorial units in which the voter resides, as

19 determined by the voter registrar:

20              (A)  congressional district;

21              (B)  state senatorial district;

22              (C)  state representative district;

23              (D)  commissioners precinct;

24              (E)  justice precinct;

25              (F)  city election precinct; and

26              (G)  school district election precinct; and

27        (17)  the  photograph  of  the  voter  to  whom  the

H.B. No. 1005

1   certificate is issued if a photograph has been obtained under

2   Section 31.012.

3          SECTION 2.  Subchapter A, Chapter 31, Election Code, is

4   amended by adding Section 31.012 to read as follows:

5          Sec. 31.012.  PHOTO IDENTIFICATION ACCESS.  The secretary of

6   state shall establish methods to obtain a photograph of each

7   registered voter for use on the voter's voter registration

8   certificate. For purposes of this section, the secretary of state

9   may enter into agreements with the Department of Public Safety or

10  other state agencies and governmental entities for assistance with

11  assigning photographs to the appropriate voter's voter

12  registration certificate.

13         SECTION 3.  Section 63.001, Election Code, is amended by

14  amending Subsections (b), (c), (d), and (f) and adding Subsection

15  (g) to read as follows:

16         (b)  On offering to vote, a voter must present to an election

17  officer at the polling place:

18              (1)  the voter's voter registration certificate

19  containing the voter's photograph;

20              (2)  an identification card issued by this state; or

21              (3)  the affidavit described by Section 63.007 [to an

22  election officer at the polling place].

23         (c)  On presentation of the documentation required by

24  Subsection (b) [a registration certificate], an election officer

25  shall determine whether the voter's name on the documentation

26  [registration certificate] is on the list of registered voters for

27  the precinct.

H.B. No. 1005

1      (d)  If the voter's name is on the precinct list of

2  registered voters and the voter's identity can be verified from the

3  documentation presented under Subsection (b), the voter shall be

4  accepted for voting.

5      (f)  After determining whether to accept a voter, an election

6  officer shall return the voter's documentation [registration

7  certificate] to the voter.

8      (g)  Perjury committed in the execution of an affidavit for

9  the purposes of being accepted to vote constitutes aggravated

10  perjury under Section 37.03, Penal Code.

11      SECTION 4.  Section 63.006(a), Election Code, is amended to

12  read as follows:

13      (a)  A voter who, when offering to vote, presents a voter

14  registration certificate indicating that the voter is currently

15  registered in the precinct in which the voter is offering to vote,

16  but whose name is not on the precinct list of registered voters,

17  shall be accepted for voting if the voter meets the identification

18  or affidavit requirements under Section 63.001.

19      SECTION 5.  The heading to Section 63.007, Election Code, is

20  amended to read as follows:

21      Sec. 63.007.  VOTER WITHOUT CERTIFICATE OR WITH INCORRECT

22  CERTIFICATE WHO IS NOT ON LIST.

23      SECTION 6.  Section 63.007(a), Election Code, is amended to

24  read as follows:

25      (a)  A voter who, when offering to vote, does not present a

26  voter registration certificate or presents a voter registration

27  certificate indicating that the voter is currently registered in a

4

H.B. No. 1005

1  different precinct from the one in which the voter is offering to
2  vote, and whose name is not on the precinct list of registered
3  voters, shall be accepted for voting if the voter executes an
4  affidavit stating that the voter:

5       (1)  is a resident of the precinct in which the voter is
6  offering to vote or is otherwise entitled by law to vote in that
7  precinct;

8       (2)  was a resident of the precinct in which the voter
9  is offering to vote at the time that information on the voter's
10  residence address was last provided to the voter registrar;

11      (3)  did not deliberately provide false information to
12  secure registration in a precinct in which the voter does not
13  reside; and

14      (4)  is voting only once in the election.

15      SECTION 7.  The heading to Section 63.009, Election Code, is
16  amended to read as follows:

17      Sec. 63.009.  VOTER WITHOUT DOCUMENTATION [CERTIFICATE] WHO
18  IS NOT ON LIST.

19      SECTION 8.  Section 63.009(a), Election Code, is amended to
20  read as follows:

21      (a)  A [Except as provided by Subsection (b), a] voter who
22  does not meet the identification or affidavit requirements under
23  Section 63.001 [present a voter registration certificate when
24  offering to vote], and whose name is not on the list of registered
25  voters for the precinct in which the voter is offering to vote,
26  shall be accepted for provisional voting if the voter executes an
27  affidavit in accordance with Section 63.011.

H.B. No. 1005

1    SECTION 9.  Section 63.011(a), Election Code, is amended to
2  read as follows:
3    (a)  A  person  to  whom  Section  [~~63.008(b)  or~~]  63.009(a)
4  applies may cast a provisional ballot if the person executes an
5  affidavit stating that the person:
6        (1)  is a registered voter in the precinct in which the
7  person seeks to vote; and
8        (2)  is eligible to vote in the election.
9    SECTION 10.  Section 65.054(b), Election Code, is amended to
10  read as follows:
11    (b)  A provisional ballot may be accepted only if<u>:</u>
12        <u>(1)</u>  the board determines that, from the information in
13  the  affidavit  or  contained  in  public  records,  the  person  is
14  eligible to vote in the election and has not previously voted in
15  that election<u>; and</u>
16        <u>(2)  the voter meets the identification requirements of</u>
17  <u>Section 63.001(b) in the period prescribed under Section 65.0541.</u>
18    SECTION 11.  Subchapter  B,  Chapter  65,  Election  Code,  is
19  amended by adding Section 65.0541 to read as follows:
20    <u>Sec. 65.0541.  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN</u>
21  <u>PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional</u>
22  <u>voting under Section 63.011 because the voter does not meet the</u>
23  <u>identification requirements of Section 63.001(b) may, not later</u>
24  <u>than the sixth business day after the date of the election, present</u>
25  <u>proof of identification to the voter registrar for examination by</u>
26  <u>the early voting ballot board.</u>
27    <u>(b)  The secretary of state shall prescribe procedures as</u>

6

H.B. No. 1005

1 necessary to implement this section.

2 SECTION 12. Sections 63.008, 63.009(b), and 63.0101,

3 Election Code, are repealed.

4 SECTION 13. (a) As soon as practicable after the effective

5 date of this Act, the secretary of state shall establish, subject to

6 Subsection (b) of this section, the photo identification access

7 program required by Section 31.012, Election Code, as added by this

8 Act.

9 (b) The photo identification access program required by

10 Section 31.012, Election Code, as added by this Act, must provide

11 for voter registration certificates to contain photographs for use

12 beginning with the general election for state and county officers

13 held in 2012.

14 SECTION 14. This Act takes effect September 1, 2011.

PL1047
9/2/2014
2:13-cv-00193

By:  Chisum                                          H.B. No. 1412


A BILL TO BE ENTITLED

1                              AN ACT

2    relating to requiring a voter to present proof of identification;

3    providing penalties.

4          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5          SECTION 1.  Effective  September  1,  2011,  Subchapter  A,

6    Chapter 15, Election Code, is amended by adding Section 15.005 to

7    read as follows:

8          Sec. 15.005.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS.  (a)

9    The  voter  registrar  of  each  county  shall  provide  notice  of  the

10   identification requirements for voting prescribed by Chapter 63 and

11   a  detailed  description  of  those  requirements  with  each  voter

12   registration  certificate  issued  under  Section  13.142  or  renewal

13   registration certificate issued under Section 14.001.

14         (b)  The secretary of state shall prescribe the wording of

15   the notice, which must be included on the certificate under this

16   section.

17         SECTION 2.  Section 15.022(a), Election Code, is amended to

18   read as follows:

19         (a)  The registrar shall make the appropriate corrections in

20   the  registration  records,  including,  if  necessary,  deleting  a

21   voter's name from the suspense list:

22             (1)  after  receipt  of  a  notice  of  a  change  in

23   registration information under Section 15.021;

24             (2)  after  receipt  of  a  voter's  reply  to  a  notice  of

1

H.B. No. 1412

1  investigation given under Section 16.033;

2          (3)   after receipt of a registration omissions list and
3  any affidavits executed under Section 63.006 [63.007], following an
4  election;

5          (4)   after receipt of a voter's statement of residence
6  executed under Section 63.0011;

7          (5)   before the effective date of the abolishment of a
8  county election precinct or a change in its boundary;

9          (6)   after receipt of United States Postal Service
10  information indicating an address reclassification;

11          (7)   after receipt of a voter's response under Section
12  15.053; or

13          (8)   after receipt of a registration application or
14  change of address under Chapter 20.

15      SECTION 3.  Effective September 1, 2011, Subchapter A,
16  Chapter 31, Election Code, is amended by adding Section 31.012 to
17  read as follows:

18      Sec. 31.012.  VOTER IDENTIFICATION EDUCATION.  (a)  The
19  secretary of state and the voter registrar of each county that
20  maintains a website shall provide notice of the identification
21  requirements for voting prescribed by Chapter 63 on each entity's
22  respective website.  The secretary of state shall prescribe the
23  wording of the notice to be included on the websites.

24      (b)  The secretary of state shall conduct a statewide effort
25  to educate voters regarding the identification requirements for
26  voting prescribed by Chapter 63.

27      SECTION 4.  Effective September 1, 2011, Section 32.111,

H.B. No. 1412

1    Election Code, is amended by adding Subsection (c) to read as

2    follows:

3        (c)  The training standards adopted under Subsection (a)

4    must include provisions on the acceptance and handling of the

5    identification presented by a voter to an election officer under

6    Section 63.001.

7        SECTION 5.  Effective September 1, 2011, Section 32.114(a),

8    Election Code, is amended to read as follows:

9        (a)  The county clerk shall provide one or more sessions of

10   training using the standardized training program and materials

11   developed and provided by the secretary of state under Section

12   32.111 for the election judges and clerks appointed to serve in

13   elections ordered by the governor or a county authority.  Each

14   election judge shall complete the training program.  Each election

15   clerk shall complete the part of the training program relating to

16   the acceptance and handling of the identification presented by a

17   voter to an election officer under Section 63.001.

18       SECTION 6.  Chapter 62, Election Code, is amended by adding

19   Section 62.016 to read as follows:

20       Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

21   POLLING PLACES.  The presiding judge shall post in a prominent place

22   on the outside of each polling location a list of the acceptable

23   forms of identification.  The notice and list must be printed using

24   a font that is at least 24-point.

25       SECTION 7.  Section 63.001, Election Code, is amended by

26   amending Subsections (b), (c), (d), and (f) and adding Subsection

27   (g) to read as follows:

H.B. No. 1412

1      (b)  On offering to vote, a voter must present <u>to an election</u>
2  <u>officer at the polling place one form of identification listed in</u>
3  <u>Section 63.0101</u> [~~the voter's voter registration certificate to an~~
4  ~~election officer at the polling place~~].

5      (c)  On  presentation  of  <u>the documentation required under</u>
6  <u>Subsection (b)</u> [~~a registration certificate~~], an election officer
7  shall  determine  whether  the  voter's  name  on  the  <u>documentation</u>
8  [~~registration certificate~~] is on the list of registered voters for
9  the precinct.

10      (d)  If  the  voter's  name  is  on  the  precinct  list  of
11  registered voters <u>and the voter presents the documentation required</u>
12  <u>under Subsection (b)</u>, the voter shall be accepted for voting.

13      (f)  After determining whether to accept a voter, an election
14  officer  shall  return  the  voter's  <u>documentation</u>  [~~registration~~
15  ~~certificate~~] to the voter.

16      <u>(g)  If the requirements for identification prescribed by</u>
17  <u>Subsection  (b)  are  not  met,  the  voter  may  be  accepted  for</u>
18  <u>provisional voting only under Section 63.011.  For a voter who is</u>
19  <u>not accepted for voting under this section, an election officer</u>
20  <u>shall:</u>

21          <u>(1)  inform the voter of the voter's right to cast a</u>
22  <u>provisional ballot under Section 63.011; and</u>

23          <u>(2)  provide the voter with written information, in a</u>
24  <u>form prescribed by the secretary of state, that:</u>

25              <u>(A)  lists the requirements for identification;</u>
26              <u>(B)  states the procedure under Section 65.0541</u>
27  <u>for presenting identification;</u>

4

H.B. No. 1412

1        (C)  includes a map showing the location where
2   identification must be presented; and
3        (D)  includes notice that even if all procedures
4   are followed, there is no guarantee the voter's provisional ballot
5   will be accepted.
6        SECTION 8.   Section 63.0011(a), Election Code, is amended to
7   read as follows:
8        (a)  Before a voter may be accepted for voting, an election
9   officer shall ask the voter if the voter's residence address on the
10  precinct list of registered voters is current and whether the voter
11  has changed residence within the county.  If the voter's address is
12  omitted from the precinct list under Section 18.005(c), the officer
13  shall ask the voter if the voter's residence, if [as] listed, on
14  identification presented by the voter under Section 63.001(b) [the
15  voter's voter registration certificate] is current and whether the
16  voter has changed residence within the county.
17       SECTION 9.   Effective  September  1,  2011,  Chapter  63,
18  Election Code, is amended by adding Section 63.0012 to read as
19  follows:
20       Sec. 63.0012.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS  TO
21  CERTAIN VOTERS.  (a)  An election officer shall distribute written
22  notice of  the  identification  that  will  be  required for  voting
23  beginning  with  elections  held  after  January  1,  2012,  and
24  information on obtaining identification without a fee under Section
25  521.422, Transportation Code, to each voter who, when offering to
26  vote, presents a form of identification that will not be sufficient
27  for acceptance as a voter under this chapter beginning with those

H.B. No. 1412

1 elections.

2      (b)  The secretary of state shall prescribe the wording of
3 the notice and establish guidelines for distributing the notice.

4      (c)  This section expires September 1, 2013.

5      SECTION 10.  Section 63.006, Election Code, is amended to
6 read as follows:

7      Sec. 63.006.  VOTER WITH REQUIRED DOCUMENTATION [CORRECT
8 CERTIFICATE] WHO IS NOT ON LIST.  (a) A voter who, when offering to
9 vote, presents the documentation required under Section 63.001(b)
10 [a voter registration certificate indicating that the voter is
11 currently registered in the precinct in which the voter is offering
12 to vote,] but whose name is not on the precinct list of registered
13 voters[,] shall be accepted for voting if the voter also presents a
14 voter registration certificate indicating that the voter is
15 currently registered:

16           (1)  in the precinct in which the voter is offering to
17 vote; or

18           (2)  in a different precinct from the one in which the
19 voter is offering to vote and the voter executes an affidavit
20 stating that the voter:

21                (A)  is a resident of the precinct in which the
22 voter is offering to vote or is otherwise entitled by law to vote in
23 that precinct;

24                (B)  was a resident of the precinct in which the
25 voter is offering to vote at the time the information on the voter's
26 residence address was last provided to the voter registrar;

27                (C)  did   not   deliberately   provide   false

H.B. No. 1412

1  information to secure registration in a precinct in which the voter

2  does not reside; and

3                    (D)  is voting only once in the election.

4       (b)  After the voter is accepted, an election officer shall:

5            (1)  indicate beside the voter's name on the poll list

6  that the voter was accepted under this section; and

7            (2)  enter  the  voter's  name  on  the  registration

8  omissions list.

9       SECTION 11.  Section 63.009(a), Election Code, is amended to

10  read as follows:

11       (a)  A [Except as provided by Subsection (b), a] voter who

12  does not present a voter registration certificate when offering to

13  vote, and whose name is not on the list of registered voters for the

14  precinct in which the voter is offering to vote, shall be accepted

15  for provisional voting if the voter executes an affidavit in

16  accordance with Section 63.011.

17       SECTION 12.  Section 63.0101, Election Code, is amended to

18  read as follows:

19       Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.

20  The following documentation is an acceptable form [as proof] of

21  photo identification under this chapter:

22            (1)  a driver's license or personal identification card

23  issued to the person by the Department of Public Safety that has not

24  expired [or a similar document issued to the person by an agency of

25  another state, regardless of whether the license or card has

26  expired];

27            (2)  a United States military identification card that

7

H.B. No. 1412

1  contains  the  person's  photograph  [~~form  of  identification~~

2  ~~containing the person's photograph that establishes the person's~~

3  ~~identity~~];

4          (3)  a [~~birth certificate or other document confirming~~

5  ~~birth  that  is  admissible  in  a  court  of  law  and  establishes  the~~

6  ~~person's identity;~~

7          [~~(4)~~]  United States citizenship certificate [~~papers~~]

8  issued to the person that contains the person's photograph;

9          (4) [~~(5)~~]  a  United  States  passport  issued  to  the

10  person that has not expired;

11          (5)  a license to carry a concealed handgun issued to

12  the person by the Department of Public Safety that contains the

13  person's photograph; or

14          (6)  a  valid  identification  card  that  contains  the

15  person's photograph and is issued by:

16                (A)  an  agency  or  institution  of  the  federal

17  government; or

18                (B)  an  agency,  institution,  or  political

19  subdivision of this state [~~official mail addressed to the person by~~

20  ~~name from a governmental entity;~~

21          [~~(7)  a copy of a current utility bill, bank statement,~~

22  ~~government check, paycheck, or other government document that shows~~

23  ~~the name and address of the voter; or~~

24          [~~(8)  any  other  form  of  identification  prescribed  by~~

25  ~~the secretary of state~~].

26          SECTION 13.  Section 63.011, Election Code, is amended by

27  amending Subsections (a) and (b) and adding Subsection (b-1) to

8

H.B. No. 1412

1  read as follows:

2      (a)  A  person  to  whom  Section  <u>63.001(g)</u>  [<s>63.008(b)</s>]  or

3  63.009(a)  applies  may  cast  a  provisional  ballot  if  the  person

4  executes an affidavit stating that the person:

5          (1)  is a registered voter in the precinct in which the

6  person seeks to vote; and

7          (2)  is eligible to vote in the election.

8      (b)  A form for an affidavit required by this section <u>must</u>

9  [<s>shall</s>] be printed on an envelope in which the provisional ballot

10  voted by the person may be placed and must include<u>:</u>

11          <u>(1)</u>  a space for entering the identification number of

12  the provisional ballot voted by the person<u>; and</u>

13          <u>(2)  a  space  for  an  election  officer  to  indicate</u>

14  <u>whether the person presented a form of identification described by</u>

15  <u>Section 63.0101 and the form of identification presented</u>.

16      <u>(b-1)</u>  The affidavit form may include space for disclosure of

17  any necessary information to enable the person to register to vote

18  under Chapter 13.  The secretary of state shall prescribe the form

19  of the affidavit under this section.

20      SECTION 14.  Section 64.012(b), Election Code, is amended to

21  read as follows:

22      (b)  An offense under this section is a felony of the <u>second</u>

23  [<s>third</s>] degree unless the person is convicted of an attempt.  In

24  that case, the offense is a <u>state jail felony</u> [<s>Class A misdemeanor</s>].

25      SECTION 15.  Section 65.054(b), Election Code, is amended to

26  read as follows:

27      (b)  A provisional ballot <u>shall</u> [<s>may</s>] be accepted [<s>only</s>] if

9

H.B. No. 1412

1 the board determines that, from the information in the affidavit or
2 contained in public records, the person is eligible to vote in the
3 election and has not previously voted in that election <u>and the voter</u>
4 <u>meets the identification requirements of Section 63.001(b) at the</u>
5 <u>time the ballot was cast or in the period prescribed under Section</u>
6 <u>65.0541</u>.

7       SECTION 16.  Subchapter B, Chapter 65, Election Code, is
8 amended by adding Section 65.0541 to read as follows:

9       <u>Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN</u>
10 <u>PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional</u>
11 <u>voting under Section 63.011 because the voter does not meet the</u>
12 <u>identification requirements of Section 63.001(b) may, not later</u>
13 <u>than the sixth day after the date of the election, present proof of</u>
14 <u>identification that meets the requirements of Section 63.001(b) to</u>
15 <u>the voter registrar for examination by the early voting ballot</u>
16 <u>board</u>.

17       <u>(b)  The secretary of state shall prescribe procedures as</u>
18 <u>necessary to implement this section.</u>

19       SECTION 17.  Section 66.0241, Election Code, is amended to
20 read as follows:

21       Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope no. 4
22 must contain:

23             (1)  the precinct list of registered voters;

24             (2)  the registration correction list;

25             (3)  the registration omissions list;

26             (4)  any statements of residence executed under Section
27 63.0011; and

10

H.B. No. 1412

1       (5) any affidavits executed under Section <u>63.006</u>

2 [<s>63.007</s>] or 63.011.

3      SECTION 18. Section 37.10(c), Penal Code, is amended by

4 amending Subdivision (1) and adding Subdivision (5) to read as

5 follows:

6       (1) Except as provided by Subdivisions (2), (3), [<s>and</s>]

7 (4)<u>, and (5)</u> and by Subsection (d), an offense under this section is

8 a Class A misdemeanor unless the actor's intent is to defraud or

9 harm another, in which event the offense is a state jail felony.

10      <u>(5) An offense under this section is a state jail</u>

11 <u>felony if it is shown on the trial of the offense that the</u>

12 <u>governmental record was a voter registration application, unless</u>

13 <u>the actor's intent is to defraud or harm another, in which event the</u>

14 <u>offense is a felony of the third degree.</u>

15      SECTION 19. Section 521.422, Transportation Code, is

16 amended by amending Subsection (a) and adding Subsection (d) to

17 read as follows:

18      (a) <u>Except as provided by Subsection (d), the</u> [<s>The</s>] fee for

19 a personal identification certificate is:

20       (1) $15 for a person under 60 years of age;

21       (2) $5 for a person 60 years of age or older; and

22       (3) $20 for a person subject to the registration

23 requirements under Chapter 62, Code of Criminal Procedure.

24      <u>(d) The department may not collect a fee for a personal</u>

25 <u>identification certificate issued to a person who states that the</u>

26 <u>person is obtaining the personal identification certificate for the</u>

27 <u>purpose of satisfying Section 63.001(b), Election Code, and:</u>

H.B. No. 1412

1        (1)  who  is  a  registered  voter  in  this  state  and
2  presents a valid voter registration certificate; or
3        (2)  who  is  eligible  for  registration  under  Section
4  13.001, Election Code, and submits a registration application to
5  the department.
6        SECTION 20.  Sections  63.007,  63.008,  and  63.009(b),
7  Election Code, are repealed.
8        SECTION 21.  Effective September 1, 2011:
9        (1)  as  soon  as  practicable,  the  secretary  of  state
10  shall  adopt  the  training  standards  and  develop  the  training
11  materials required to implement the change in law made by this Act
12  to Section 32.111, Election Code; and
13        (2)  as  soon  as  practicable,  the  county  clerk  of  each
14  county shall provide a session of training under Section 32.114,
15  Election Code, using the standards adopted and materials developed
16  to implement the change in law made by this Act to Section 32.111,
17  Election Code.
18        SECTION 22.  (a)  The change in law made by this Act applies
19  only to an offense committed on or after January 1, 2012.  For
20  purposes of this section, an offense is committed before January 1,
21  2012, if any element of the offense occurs before that date.
22        (b)  An offense committed before January 1, 2012, is covered
23  by the law in effect when the offense was committed, and the former
24  law is continued in effect for that purpose.
25        SECTION 23.  Effective  September  1,  2011,  state  funds
26  disbursed  under  Chapter  19,  Election  Code,  for  the  purpose  of
27  defraying expenses of the voter registrar's office in connection

12

H.B. No. 1412

1  with voter registration may also be used for additional expenses
2  arising out of this Act related to coordinating voter registration
3  drives  or  to  other  activities  designed  to  expand  voter
4  registration.  This section expires January 1, 2013.
5       SECTION 24.  Except as otherwise provided by this Act, this
6  Act takes effect January 1, 2012.

PL1048
9/2/2014
2:13-cv-00193

By:  Isaac                                    H.B. No. 1596


A BILL TO BE ENTITLED

1                          AN ACT

2    relating to documentation acceptable as proof of identification for

3    voting.

4         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5         SECTION 1.  Section 63.0101, Election Code, is amended to

6    read as follows:

7         Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.

8    The   following   documentation   is   acceptable   as   proof   of

9    identification under this chapter:

10             (1)  a driver's license or personal identification card

11   issued to the person by the Department of Public Safety or a similar

12   document   issued   to   the   person   by   an   agency   of   another   state,

13   regardless of whether the license or card has expired;

14             (2)  a form of identification containing the person's

15   photograph that establishes the person's identity;

16             (3)  a birth certificate or other document confirming

17   birth that is admissible in a court of law and establishes the

18   person's identity;

19             (4)  United States citizenship papers issued to the

20   person;

21             (5)  a United States passport issued to the person;

22             [(6)  official mail addressed to the person by name from

23   a governmental entity;

24             [(7)  a copy of a current utility bill, bank statement,

82R9925 JRJ-D                      1

H.B. No. 1596

1   ~~government check, paycheck, or other government document that shows~~

2   ~~the name and address of the voter;~~] or

3          (6) [~~(8)~~]  any other form of identification prescribed

4   by the secretary of state.

5          SECTION 2.  This Act takes effect September 1, 2011.

2

PL1049
9/2/2014
2:13-cv-00193

By:  Harless                                          H.B. No. 1458

A BILL TO BE ENTITLED

1                                AN ACT

2   relating to requiring a voter to present proof of identification;

3   providing penalties.

4        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5        SECTION 1.  Effective  September  1,  2011,  Subchapter  A,

6   Chapter 15, Election Code, is amended by adding Section 15.005 to

7   read as follows:

8        Sec. 15.005.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS.  (a)

9   The voter registrar of each county shall provide notice of the

10  identification requirements for voting prescribed by Chapter 63 and

11  a  detailed  description  of  those  requirements  with  each  voter

12  registration  certificate  issued  under  Section  13.142  or  renewal

13  registration certificate issued under Section 14.001.

14       (b)  The secretary of state shall prescribe the wording of

15  the notice to be included on the certificate under this section.

16       SECTION 2.  Section 15.022(a), Election Code, is amended to

17  read as follows:

18       (a)  The registrar shall make the appropriate corrections in

19  the  registration  records,  including,  if  necessary,  deleting  a

20  voter's name from the suspense list:

21            (1)  after  receipt  of  a  notice  of  a  change  in

22  registration information under Section 15.021;

23            (2)  after  receipt  of  a  voter's  reply  to  a  notice  of

24  investigation given under Section 16.033;

82R4462 JRJ-D                    1

H.B. No. 1458

1    (3)  after receipt of a registration omissions list and
2 any affidavits executed under Section 63.006 [63.007], following an
3 election;

4    (4)  after receipt of a voter's statement of residence
5 executed under Section 63.0011;

6    (5)  before the effective date of the abolishment of a
7 county election precinct or a change in its boundary;

8    (6)  after receipt of United States Postal Service
9 information indicating an address reclassification;

10    (7)  after receipt of a voter's response under Section
11 15.053; or

12    (8)  after receipt of a registration application or
13 change of address under Chapter 20.

14    SECTION 3.  Effective September 1, 2011, Subchapter A,
15 Chapter 31, Election Code, is amended by adding Section 31.012 to
16 read as follows:

17    Sec. 31.012.  VOTER IDENTIFICATION EDUCATION.  (a)  The
18 secretary of state and the voter registrar of each county that
19 maintains a website shall provide notice of the identification
20 requirements for voting prescribed by Chapter 63 on each entity's
21 respective website.  The secretary of state shall prescribe the
22 wording of the notice to be included on the websites.

23    (b)  The secretary of state shall conduct a statewide effort
24 to educate voters regarding the identification requirements for
25 voting prescribed by Chapter 63.

26    SECTION 4.  Effective September 1, 2011, Section 32.111,
27 Election Code, is amended by adding Subsection (c) to read as

2

H.B. No. 1458

1   follows:

2       (c)  The  training  standards  adopted  under  Subsection  (a)

3   must  include  provisions  on  the  acceptance  and  handling  of  the

4   identification  presented  by  a  voter  to  an  election  officer  under

5   Section 63.001.

6       SECTION 5.  Effective September 1, 2011, Section 32.114(a),

7   Election Code, is amended to read as follows:

8       (a)  The county clerk shall provide one or more sessions of

9   training  using  the  standardized  training  program  and  materials

10  developed  and  provided  by  the  secretary  of  state  under  Section

11  32.111  for  the  election  judges  and  clerks  appointed  to  serve  in

12  elections  ordered  by  the  governor  or  a  county  authority.   Each

13  election judge shall complete the training program.  Each election

14  clerk  shall  complete  the  part  of  the  training  program  relating  to

15  the  acceptance  and  handling  of  the  identification  presented  by  a

16  voter  to  an  election  officer  under  Section  63.001.

17      SECTION 6.  Chapter 62, Election Code, is amended by adding

18  Section 62.016 to read as follows:

19      Sec. 62.016.  NOTICE  OF  ACCEPTABLE  IDENTIFICATION  OUTSIDE

20  POLLING PLACES.  The presiding judge shall post in a prominent place

21  on  the  outside  of  each  polling  location  a  list  of  the  acceptable

22  forms  of  identification.   The  notice  and  list  must  be  printed  using

23  a  font  that  is  at  least  24-point.

24      SECTION 7.  Section 63.001, Election Code, is amended by

25  amending Subsections (b), (c), (d), and (f) and adding Subsection

26  (g) to read as follows:

27      (b)  On offering to vote, a voter must present to an election

3

H.B. No. 1458

1  officer at the polling place one form of identification listed in

2  Section 63.0101 [~~the voter's voter registration certificate to an~~

3  ~~election officer at the polling place~~].

4      (c)  On presentation of the documentation required under

5  Subsection (b) [~~a registration certificate~~], an election officer

6  shall determine whether the voter's name on the documentation

7  [~~registration certificate~~] is on the list of registered voters for

8  the precinct.

9      (d)  If the voter's name is on the precinct list of

10  registered voters and the voter's identity can be verified from the

11  documentation presented under Subsection (b), the voter shall be

12  accepted for voting.

13      (f)  After determining whether to accept a voter, an election

14  officer shall return the voter's documentation [~~registration~~

15  ~~certificate~~] to the voter.

16      (g)  If the requirements for identification prescribed by

17  Subsection (b) are not met, the voter may be accepted for

18  provisional voting only under Section 63.011.  For a voter who is

19  not accepted for voting under this section, an election officer

20  shall:

21          (1)  inform the voter of the voter's right to cast a

22  provisional ballot under Section 63.011; and

23          (2)  provide the voter with written information, in a

24  form prescribed by the secretary of state, that:

25              (A)  lists the requirements for identification;

26              (B)  states the procedure under Section 65.0541

27  for presenting identification;

4

H.B. No. 1458

1          (C) includes a map showing the location where
2 identification must be presented; and
3          (D) includes notice that even if all procedures
4 are followed, there is no guarantee the voter's provisional ballot
5 will be accepted.
6     SECTION 8.  Section 63.0011(a), Election Code, is amended to
7 read as follows:
8     (a)  Before a voter may be accepted for voting, an election
9 officer shall ask the voter if the voter's residence address on the
10 precinct list of registered voters is current and whether the voter
11 has changed residence within the county.  If the voter's address is
12 omitted from the precinct list under Section 18.005(c), the officer
13 shall ask the voter if the voter's residence, if [as] listed, on
14 identification presented by the voter under Section 63.001(b) [the
15 voter's voter registration certificate] is current and whether the
16 voter has changed residence within the county.
17     SECTION 9.  Effective September 1, 2011, Chapter 63,
18 Election Code, is amended by adding Section 63.0012 to read as
19 follows:
20     Sec. 63.0012.  NOTICE OF IDENTIFICATION REQUIREMENTS TO
21 CERTAIN VOTERS.  (a)  An election officer shall distribute written
22 notice of the identification that will be required for voting
23 beginning with elections held after January 1, 2012, and
24 information on obtaining identification without a fee under Section
25 521.422, Transportation Code, to each voter who, when offering to
26 vote, presents a form of identification that will not be sufficient
27 for acceptance as a voter under this chapter beginning with those

H.B. No. 1458

1    elections.

2        (b)  The secretary of state shall prescribe the wording of
3    the notice and establish guidelines for distributing the notice.

4        (c)  This section expires September 1, 2013.

5        SECTION 10.  Section 63.006, Election Code, is amended to
6    read as follows:

7        Sec. 63.006.  VOTER WITH REQUIRED DOCUMENTATION [CORRECT
8    CERTIFICATE] WHO IS NOT ON LIST.  (a)  A voter who, when offering to
9    vote, presents the documentation required under Section 63.001(b)
10   [a voter registration certificate indicating that the voter is
11   currently registered in the precinct in which the voter is offering
12   to vote,] but whose name is not on the precinct list of registered
13   voters[,] shall be accepted for voting if the voter also presents a
14   voter registration certificate indicating that the voter is
15   currently registered:

16           (1)  in the precinct in which the voter is offering to
17   vote; or

18           (2)  in a different precinct from the one in which the
19   voter is offering to vote and the voter executes an affidavit
20   stating that the voter:

21               (A)  is a resident of the precinct in which the
22   voter is offering to vote or is otherwise entitled by law to vote in
23   that precinct;

24               (B)  was a resident of the precinct in which the
25   voter is offering to vote at the time the information on the voter's
26   residence address was last provided to the voter registrar;

27               (C)  did   not   deliberately   provide   false

H.B. No. 1458

1    information to secure registration in a precinct in which the voter
2    does not reside; and

3                (D)   is voting only once in the election.

4         (b)   After the voter is accepted, an election officer shall:

5                (1)   indicate beside the voter's name on the poll list
6    that the voter was accepted under this section; and

7                (2)   enter   the   voter's   name   on   the   registration
8    omissions list.

9         SECTION 11.   Section 63.009(a), Election Code, is amended to
10   read as follows:

11        (a)   A [Except as provided by Subsection (b), a] voter who
12   does not present a voter registration certificate when offering to
13   vote, and whose name is not on the list of registered voters for the
14   precinct in which the voter is offering to vote, shall be accepted
15   for provisional voting if the voter executes an affidavit in
16   accordance with Section 63.011.

17        SECTION 12.   Section 63.0101, Election Code, is amended to
18   read as follows:

19        Sec. 63.0101.   DOCUMENTATION   OF   PROOF   OF   IDENTIFICATION.
20   The following documentation is an acceptable form [as proof] of
21   photo identification under this chapter:

22                (1)   a driver's license or personal identification card
23   issued to the person by the Department of Public Safety that has not
24   expired [or a similar document issued to the person by an agency of
25   another   state,   regardless   of   whether   the   license   or   card   has
26   expired];

27                (2)   a United States military identification card that

7

H.B. No. 1458

1  contains the person's photograph and has not expired [~~form of~~

2 ~~identification containing the person's photograph that establishes~~

3 ~~the person's identity~~];

4          (3)  a [~~birth certificate or other document confirming~~

5 ~~birth that is admissible in a court of law and establishes the~~

6 ~~person's identity;~~

7         [~~(4)~~]  United States citizenship certificate [~~papers~~]

8  issued to the person that contains the person's photograph;

9         (4) [~~(5)~~]  a United States passport issued to the

10  person that has not expired; or

11         (5)  a license to carry a concealed handgun issued to

12  the person by the Department of Public Safety

13         [~~(6)  official mail addressed to the person by name~~

14 ~~from a governmental entity;~~

15         [~~(7)  a copy of a current utility bill, bank statement,~~

16 ~~government check, paycheck, or other government document that shows~~

17 ~~the name and address of the voter; or~~

18         [~~(8)  any other form of identification prescribed by~~

19 ~~the secretary of state~~].

20     SECTION 13.  Section 63.011, Election Code, is amended by

21  amending Subsections (a) and (b) and adding Subsection (b-1) to

22  read as follows:

23     (a)  A person to whom Section 63.001(g) [~~63.008(b)~~] or

24  63.009(a) applies may cast a provisional ballot if the person

25  executes an affidavit stating that the person:

26         (1)  is a registered voter in the precinct in which the

27  person seeks to vote; and

H.B. No. 1458

1    (2)  is eligible to vote in the election.

2    (b)  A form for an affidavit required by this section <u>must</u>

3    [shall] be printed on an envelope in which the provisional ballot

4    voted by the person may be placed and must include<u>:</u>

5    <u>(1)</u>  a space for entering the identification number of

6    the provisional ballot voted by the person<u>; and</u>

7    <u>(2)  a space for an election officer to indicate</u>

8    <u>whether the person presented a form of identification described by</u>

9    <u>Section 63.0101 and the form of identification presented</u>.

10   <u>(b-1)</u>  The affidavit form may include space for disclosure of

11   any necessary information to enable the person to register to vote

12   under Chapter 13.  The secretary of state shall prescribe the form

13   of the affidavit under this section.

14   SECTION 14.  Section 64.012(b), Election Code, is amended to

15   read as follows:

16   (b)  An offense under this section is a felony of the <u>second</u>

17   [third] degree unless the person is convicted of an attempt.  In

18   that case, the offense is a <u>state jail felony</u> [Class A misdemeanor].

19   SECTION 15.  Section 65.054(b), Election Code, is amended to

20   read as follows:

21   (b)  A provisional ballot <u>shall</u> [may] be accepted [only] if

22   the board determines that, from the information in the affidavit or

23   contained in public records, the person is eligible to vote in the

24   election and has not previously voted in that election <u>and the voter</u>

25   <u>meets the identification requirements of Section 63.001(b) at the</u>

26   <u>time the ballot was cast or in the period prescribed under Section</u>

27   <u>65.0541</u>.

9

H.B. No. 1458

1    SECTION 16.   Subchapter B, Chapter 65, Election Code, is

2    amended by adding Section 65.0541 to read as follows:

3    Sec. 65.0541.  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN

4    PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

5    voting under Section 63.011 because the voter does not meet the

6    identification requirements of Section 63.001(b) may, not later

7    than the sixth day after the date of the election, present proof of

8    identification that meets the requirements of Section 63.001(b) to

9    the voter registrar for examination by the early voting ballot

10   board.

11   (b)  The secretary of state shall prescribe procedures as

12   necessary to implement this section.

13   SECTION 17.  Section 66.0241, Election Code, is amended to

14   read as follows:

15   Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope no. 4

16   must contain:

17            (1)  the precinct list of registered voters;

18            (2)  the registration correction list;

19            (3)  the registration omissions list;

20            (4)  any statements of residence executed under Section

21   63.0011; and

22            (5)  any  affidavits  executed  under  Section  63.006

23   [63.007] or 63.011.

24   SECTION 18.  Section  521.422,  Transportation  Code,  is

25   amended by amending Subsection (a) and adding Subsection (d) to

26   read as follows:

27       (a)  Except as provided by Subsection (d), the [The] fee for

H.B. No. 1458

1  a personal identification certificate is:

2            (1)  $15 for a person under 60 years of age;

3            (2)  $5 for a person 60 years of age or older; and

4            (3)  $20 for a person subject to the registration

5  requirements under Chapter 62, Code of Criminal Procedure.

6            (d)  The department may not collect a fee for a personal

7  identification certificate issued to a person who states that the

8  person is obtaining the personal identification certificate for the

9  purpose of satisfying Section 63.001(b), Election Code, and:

10            (1)  who is a registered voter in this state and

11  presents a valid voter registration certificate; or

12            (2)  who is eligible for registration under Section

13  13.001, Election Code, and submits a registration application to

14  the department.

15       SECTION 19.  Sections 63.007, 63.008, and 63.009(b),

16  Election Code, are repealed.

17       SECTION 20.  Effective September 1, 2011:

18            (1)  as soon as practicable, the secretary of state

19  shall adopt the training standards and develop the training

20  materials required to implement the change in law made by this Act

21  to Section 32.111, Election Code; and

22            (2)  as soon as practicable, the county clerk of each

23  county shall provide a session of training under Section 32.114,

24  Election Code, using the standards adopted and materials developed

25  to implement the change in law made by this Act to Section 32.111,

26  Election Code.

27       SECTION 21.  (a)  The change in law made by this Act applies

11

H.B. No. 1458

1    only to an offense committed on or after January 1, 2012.  For

2    purposes of this section, an offense is committed before January 1,

3    2012, if any element of the offense occurs before that date.

4         (b)  An offense committed before January 1, 2012, is covered

5    by the law in effect when the offense was committed, and the former

6    law is continued in effect for that purpose.

7         SECTION 22.  Effective  September  1,  2011,  state  funds

8    disbursed  under  Chapter  19,  Election  Code,  for  the  purpose  of

9    defraying  expenses  of  the  voter  registrar's  office  in  connection

10   with  voter  registration  may  also  be  used  for  additional  expenses

11   arising  out  of  this  Act  related  to  coordinating  voter  registration

12   drives  or  to  other  activities  designed  to  expand  voter

13   registration.  This section expires January 1, 2013.

14        SECTION 23.  Except  as  otherwise  provided  by  this  Act,  this

15   Act takes effect January 1, 2012.

**PL1050**
**9/2/2014**
**2:13-cv-00193**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

### DECLARATION OF CLINT MCDONALD

I, Clint McDonald, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Terrell County, Texas.

3. I am employed by Terrell County, where I serve as the Sheriff and Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Terrell County Sheriff and Tax Assessor-Collector's office.

4. My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Terrell County does not have an operational driver license office.

6.     My office is located at 105 East Hackberry, Sanderson, Texas 79848.  It is open Monday

       through Friday, from 8:00 am to noon, and from 1:00 pm to 5:00 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of zero

       complete EIC applications.

8.     Between the dates of June 25, 2013, to the present, my office received a total of zero

       incomplete or otherwise incorrect EIC applications.

9.     The Terrell County Sheriff and Tax Assessor-Collector's office is under no obligation to

       continue accepting applications for EICs.

10.    The Terrell County Sheriff and Tax Assessor-Collector's office does not currently have

       any plans to change its location or hours of operation prior to the November 4, 2014,

       general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the  3D  day of May 2014.


                                                        Clint McDonald

PL1051
9/2/2014
2:13-cv-00193

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' FIRST AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFFS AND PLAINTIFF-INTERVENORS' FIFTH SET OF INTERROGATORIES

**TO:** All Plaintiffs and Plaintiff-Intervenors, by and through their attorneys of record.

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the State of Texas, Rick Perry, John Steen and Steve McCraw, serve these First Amended Objections and Responses to Plaintiffs and Plaintiff-Intervenors' Fifth Set of Interrogatories.

## GENERAL OBJECTIONS

Defendants object to each interrogatory: (1) insofar as it seeks information not in Defendants' possession, custody, or control; (2) insofar as it seeks information that was prepared for or in anticipation of litigation, constitutes attorney work product, contains attorney-client communications, or is otherwise privileged; (3) insofar as it seeks information which is publicly available or otherwise equally available and/or uniquely or equally available from third parties; (4) insofar as it seeks information that does not specifically refer to the events which are the subject matter of this

litigation; and (5) insofar as it seeks information not relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

These responses and objections are made on the basis of information now known to Defendants and are made without waiving any further objections to, or admitting the relevancy or materiality of, any of the information requested. Defendants' investigation, discovery, and preparation for proceedings are continuing and all answers are given without prejudice to Defendants' right to introduce or object to the discovery of any documents, facts, or information discovered after the date hereof. Defendants likewise do not waive the right to object, on any and all grounds, to (1) the evidentiary use of the information contained in these responses and objections; and (2) discovery requests relating to these objections and responses.

Defendants will provide their responses based on terms as they are commonly understood, and consistent with the Federal Rules of Civil Procedure. Defendants object to and will refrain from extending or modifying any words employed in the requests to comport with expanded definitions or instructions.

**INTERROGATORIES**

**1.    Describe the work of the Department of Public Safety (DPS) in issuing the photo ID cards and security access cards described in your response to Interrogatory No. 28 from Plaintiffs' First Set of Interrogatories, including citing the statutory, regulatory, or other source of authority for issuing such cards and describing the procedures for**

Defendants' First Amended Objections and Responses to Plaintiffs and Plaintiff-Intervenors' Fifth Set of Interrogatories – Page 2

**issuing such cards; the information an agency or individual must provide DPS to obtain such cards (including specifying any differences among agencies' cards); the information contained on the cards (including specifying any differences among agencies' cards); which offices issue such cards; how long such cards remain active or valid; and all categories of persons in DPS who play any role in the process and what each does.**

**RESPONSE**:  Defendants object this interrogatory pursuant to the General Objections above.  Subject to and without waiving the foregoing objections, Defendants generally respond as follows:  Pursuant to Texas Government Code section 411.062, the Department of Public Safety ("DPS") has primary responsibility for law enforcement and security services on the Texas Capitol Complex.

DPS issues access cards for state employees to obtain access to state-owned buildings within the Capitol District.  The issuance of cards is predicated on the complete submission of a "CP-6" form document by the agency employer, which specifies access levels requested and the appropriate signatures for the approving agency and the agency designator of the requestor.

Specific to the Capitol, DPS will only issue an access card if approved by the State Preservation Board, who control access adjudication to the Capitol building and extension.  All issued cards remain active unless DPS is notified of a termination, employee transfer, or similar action that results in the employee no longer requiring access.  For contract employees, the cards remain active for the duration of the contract and expire on the last day of the contract.

The access card system is administered by the DPS Region VII Security Office under the Department Regional Commander.  The delegated authority resides with the Department's Director of Security and his staff.  The cards are issued in the Capitol building, security desk, room E.1.27 and/or the Capitol Regional Office, lobby station. For more relevant information regarding Capitol Access Cards, see 37 T.A.C. §§ 2.1–2.13.

**2.     For the program of counties issuing and/or processing election identification certificates (EICs), describe each category of cost borne by the counties and each category of cost borne by each state agency involved, and state the amount of money spent since June 25, 2013 for each category, by each payor, noting where a cost initially borne by one governmental body was reimbursed by another.**

RESPONSE: Interrogatory withdrawn by Plaintiffs.

**3.     For the mobile EIC program run by DPS and the Secretary of State's Office, describe each category of cost associated with the program and state the amount of money that was (a) estimated and (b) spent for each category, stating which governmental agency (e.g. DPS, the Secretary of State's Office, the Governor's Office, the Attorney General's Office, or another state agency, entity, or fund) paid each category of cost (initially and ultimately, if there was reimbursement).**

**RESPONSE**:  Interrogatory withdrawn by Plaintiffs.

**4.**     **For each county authorized to issue or process EICs, state the date such authorization began (and ended, if applicable) and, for each county and for each month, state the number of inquiries regarding EICs, the number of applications for EICs, the number of EICs issued, the number of EICs denied, and the number of EICs pending approval.**

**RESPONSE**:  Defendants object this interrogatory pursuant to the General Objections above.  Subject to and without waiving the foregoing objections, Defendants generally respond as follows:  A listing of the authorization dates for each county authorized to process EIC transactions is provided in TEX0622063 titled "EIC County Service Authorization Dates.xlsm," which is produced with these Amended Responses and Objections.   For information regarding all applications for EICs statewide, see TEX0622062 titled "EIC Executive Dashboard (I4).xlsm."

**5.**     **For each instance after September 1, 2011 in which DPS has exercised discretion to allow an applicant for an original, renewal, or duplicate Texas driver's license, personal ID card, or election identification certificate to prove U.S. citizenship with a document (or set of documents) not specifically listed in Defendants' Response to Interrogatory No. 1 of Plaintiffs' Second Set of Interrogatories, state the date, the office where the application was received, what document or document(s) were accepted as**

**proof of citizenship, and all persons involved in considering or deciding to accept such documents.**

**RESPONSE**:   Defendants object this interrogatory pursuant to the General Objections above.   Subject to and without waiving the foregoing objections, Defendants generally respond as follows:   DPS is unable to quantify or provide information related to specific instances where discretion was exercised allowing an applicant for an original, renewal, or duplicate DL/ID/EIC to prove U.S. citizenship with a document (or set of documents) not specifically listed in the Defendants' Response to Interrogatory No. 1 of Plaintiffs' Second Set of Interrogatories.   DPS's Driver License System does not capture information regarding the specific reason a document was submitted during the DL/ID/EIC issuance process.   Documents collected may be used for one or multiple purposes to facilitate the issuance of the DL/ID/EIC including verifying identity, citizenship, residency, social security number, and lawful presence.   Even a hand search of the 26 million records in the DLS database would not reveal the requested information.

**Dated**:  August 1, 2014

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,

RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 1, 2014, a true and correct copy of the foregoing document was served via electronic mail to all counsel of record.

*/s/ John B. Scott*
JOHN B. SCOTT

PL1052
9/2/2014
2:13-cv-000193

# EIC Dashboard



| Issuance Status | |
|---|---|
| EIC Transactions | **285** |
| EIC's Not Approved | **19** |
| EIC Approval Pending | **0** |
| EIC's Approved and Issued | **266** |

| Inquiry Status 2014 | |
|---|---|
| Total Inquiries | **294** |

| Inquiry Status 2013 | |
|---|---|
| Total Inquiries | **1482** |

PL1052
9/2/2014
2:13-cv-000193



| | |
|---|---|
| 12 | 1 |
| 15 | 2 |
| 16 | 1 |
| 17 | 1 |
| 18 | 2 |
| 19 | 11 |
| 20 | 2 |
| 21 | 1 |
| **Grand Total** | **285** |

**Applications by Month**

| Month | Count |
|-------|-------|
| **2013** | |
| Jul | 6 |
| Aug | 2 |
| Sep | 8 |
| Oct | 122 |
| Nov | 29 |
| **2014** | |
| Jan | 2 |
| Feb | 72 |
| Mar | 24 |
| Apr | 5 |
| May | 15 |
| **Grand Total** | **285** |

**Applications by Week**

| Week # | Count |
|--------|-------|
| **2013** | |
| 27 | 1 |
| 28 | 1 |
| 29 | 2 |
| 30 | 2 |
| 32 | 1 |
| 34 | 1 |
| 37 | 2 |
| 38 | 2 |
| 39 | 4 |
| 40 | 12 |
| 41 | 24 |
| 42 | 22 |
| 43 | 43 |
| 44 | 30 |
| 45 | 16 |
| 46 | 1 |
| 47 | 3 |
| **2014** | |
| 3 | 1 |
| 5 | 1 |
| 6 | 3 |
| 7 | 11 |
| 8 | 26 |
| 9 | 36 |
| 10 | 18 |
| 11 | 1 |
| 12 | 1 |
| 15 | 2 |
| 16 | 1 |
| 17 | 1 |
| 18 | 2 |
| 19 | 11 |
| 20 | 2 |
| 21 | 1 |
| **Grand Total** | **285** |

**Applications by Day of Week**

| Day of Week | Count |
|-------------|-------|
| **2013** | |
| Monday | 26 |
| Tuesday | 39 |
| Wednesday | 22 |
| Thursday | 30 |
| Friday | 29 |
| Saturday | 21 |
| **2014** | |
| Monday | 20 |
| Tuesday | 18 |
| Wednesday | 20 |
| Thursday | 33 |
| Friday | 14 |
| Saturday | 13 |
| **Grand Total** | **285** |

**Applications by Station Type & Status**

| | Count of EIC Number |
|--|---------------------|
| **2013** | |
| **Invalid** | **13** |
| DL Office | 11 |
| Mobile | 2 |
| **Valid** | **154** |
| DL Office | 96 |
| Mobile | 58 |
| **2014** | |
| **Invalid** | **6** |
| DL Office | 6 |
| **Valid** | **112** |
| DL Office | 75 |
| Mobile | 24 |
| County Office | 12 |
| (blank) | 1 |
| **Grand Total** | **285** |

**Applications by Day of the Week by Week**

| Week/Day | 3 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 27 | 28 | 29 | 30 | 32 | 34 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2013** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | 6 | 2 | 4 | 7 |
| Tuesday | | | | | | | | | | | | | | | | | | | 1 | 1 | | | | | | 6 | 7 | 3 | 6 | 8 |
| Wednesday | | | | | | | | | | | | | | | | | | 1 | | 1 | | 1 | | | 1 | 1 | | 1 | 10 | 4 |
| Thursday | | | | | | | | | | | | | | | | | | | 1 | | | | 1 | | | 3 | 4 | 6 | 10 | 2 |
| Friday | | | | | | | | | | | | | | | | | 1 | | | | | | | | 1 | | 5 | 8 | 9 | 3 |
| Saturday | | | | | | | | | | | | | | | | | | | | | | | 1 | 2 | 2 | 2 | 2 | 2 | 4 | 6 |
| **2014** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday | | | | 3 | | 5 | 7 | | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | |
| Tuesday | | | | 1 | 3 | 3 | 8 | 1 | | | | | | 1 | | 1 | | | | | | | | | | | | | | |
| Wednesday | | | | 2 | 5 | 8 | 1 | | | | | | | 4 | | | | | | | | | | | | | | | | |
| Thursday | | 1 | 2 | 1 | 11 | 11 | 1 | | | 1 | | | 1 | 2 | 2 | | | | | | | | | | | | | | | |
| Friday | 1 | | | 2 | 4 | 5 | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | |
| Saturday | | | 1 | 2 | 3 | 4 | | | | | | | | 3 | | | | | | | | | | | | | | | | |
| **Total** | **1** | **1** | **3** | **11** | **26** | **36** | **18** | **1** | **1** | **2** | **1** | **1** | **2** | **11** | **2** | **1** | **1** | **1** | **2** | **2** | **1** | **1** | **2** | **2** | **4** | **12** | **24** | **22** | **43** | **30** |

| 45 | 46 | 47 | Total |
|----|----|----|-------|
| 6  |    |    | 26    |
| 6  |    | 1  | 39    |
| 2  |    |    | 22    |
| 2  | 1  |    | 30    |
|    |    | 2  | 29    |
|    |    |    | 21    |
|    |    |    | 20    |
|    |    |    | 18    |
|    |    |    | 20    |
|    |    |    | 33    |
|    |    |    | 14    |
|    |    |    | 13    |
| 16 | 1  | 3  | 285   |







Number of Applicants by Race
140
120
100
80
60
40
20
0
White
Hispanic
African American
Native American
Other

Number of Applicants by Age Group
60
50
40
30
20
10
0
<20
20-29
30-39
35
35
40-49
50-59
60-69
70-79
80-89
90-101

Applicants by Age Group and Gender
90-101
80-89
70-79
60-69
50-59
40-49
35 35
30-39
20-29
<20
0
5
10
15
20
25
30
35
Male
Female

| Race | Count |
| --- | --- |
| African American | 65 |
| Hispanic | 96 |
| Native American | 2 |
| Other | 1 |
| White | 121 |
| **Grand Total** | **285** |

| Gender | Count |
| --- | --- |
| Female | 137 |
| Male | 148 |
| **Grand Total** | **285** |

| Row Labels | Count of Age |
| --- | --- |
| **<20** | **49** |
| **20-29** | **33** |
| **30-39** | **22** |
| **35** | **1** |
| 35 | 1 |
| **40-49** | **41** |
| **50-59** | **49** |
| **60-69** | **39** |
| **70-79** | **10** |
| **80-89** | **25** |
| **90-101** | **16** |
| **Grand Total** | **285** |

| County | Count |
| --- | --- |
| Anderson | 3 |
| Angelina | 7 |
| Bastrop | 1 |
| Bee | 1 |
| Bell | 1 |
| Bexar | 6 |
| Brazoria | 2 |
| Brazos | 2 |
| Brooks | 2 |
| Cameron | 4 |
| Cherokee | 1 |
| Clay | 1 |
| Collin | 1 |
| Comanche | 1 |
| Crane | 1 |
| Crockett | 2 |
| Dallas | 24 |
| Delta | 1 |
| Denton | 3 |
| Dickens | 1 |
| Duval | 5 |
| Ector | 1 |
| El Paso | 6 |
| Ellis | 2 |
| Foard | 1 |
| Fort Bend | 3 |
| Galveston | 2 |
| Goliad | 1 |
| Gregg | 4 |
| Grimes | 5 |
| Harris | 30 |
| Hays | 2 |
| Hidalgo | 42 |
| Howard | 2 |
| Jefferson | 1 |
| Jim Hogg | 9 |
| Jim Wells | 3 |
| Johnson | 2 |
| Kenedy | 1 |
| Kinney | 1 |
| Kleberg | 1 |
| Lamar | 2 |
| Lampasas | 1 |
| LaSalle | 5 |
| Lavaca | 1 |
| Limestone | 3 |
| Lubbock | 2 |
| Maverick | 3 |
| Montgomery | 1 |
| Nueces | 3 |
| Parker | 1 |
| Polk | 4 |
| Real | 2 |
| Rockwall | 2 |
| Scurry | 1 |
| Smith | 6 |
| Starr | 1 |
| Stephens | 1 |
| Tarrant | 24 |
| Travis | 12 |
| Trinity | 2 |
| Uvalde | 1 |
| Waller | 3 |
| Washington | 1 |
| Webb | 6 |
| Williamson | 5 |
| Zapata | 2 |
| Zavala | 1 |
| **Grand Total** | **285** |

| Zip Code | Count |
| --- | --- |
| 75007 | 2 |
| 75043 | 5 |
| 75218 | 8 |
| 75237 | 3 |
| 75766 | 1 |
| 75803 | 3 |
| 76016 | 7 |
| 76053 | 7 |
| 76120 | 1 |
| 76133 | 5 |
| 76550 | 1 |
| 77071 | 4 |
| 77379 | 2 |
| 78102 | 1 |
| 78550 | 3 |
| 78596 | 32 |
| 78745 | 7 |
| 78750 | 5 |
| 78801 | 1 |
| 79325 | 1 |
| 79549 | 1 |
| 79912 | 2 |
| 79936 | 2 |
| (blank) | |
| 78521 | 1 |
| 77017 | 4 |
| 77868 | 1 |
| 77016 | 2 |
| 78040 | 1 |
| 78046 | 1 |
| 78043 | 4 |
| 77099 | 1 |
| 77065 | 1 |
| 76033 | 2 |
| 78839 | 1 |
| 75707 | 2 |
| 75701 | 1 |
| 75702 | 2 |
| 75771 | 1 |
| 77550 | 1 |
| 77096 | 1 |
| 79720 | 2 |
| 78572 | 2 |
| 77640 | 1 |
| 75605 | 4 |
| 77032 | 2 |
| 77087 | 1 |
| 77351 | 4 |
| 78560 | 1 |
| 78570 | 1 |
| 78148 | 2 |
| 77033 | 1 |
| 78589 | 1 |
| 78758 | 1 |
| 76063 | 1 |
| 76112 | 2 |
| 76305 | 1 |
| 78582 | 1 |
| 78584 | 1 |
| 77014 | 1 |
| 77045 | 1 |
| 76502 | 1 |
| 78416 | 2 |
| 77494 | 1 |
| 77830 | 1 |
| 77445 | 1 |
| 78832 | 1 |
| 76943 | 2 |
| 78873 | 1 |
| 77051 | 1 |

| | |
|---|---|
| 78852 | 3 |
| 77471 | 2 |
| 79227 | 1 |
| 76209 | 1 |
| 78014 | 2 |
| 78019 | 3 |
| 78660 | 1 |
| 78666 | 2 |
| 79370 | 1 |
| 76086 | 1 |
| 75067 | 2 |
| 77021 | 3 |
| 77995 | 1 |
| 77831 | 2 |
| 78574 | 1 |
| 75460 | 2 |
| 79401 | 2 |
| 77446 | 1 |
| 78332 | 3 |
| 77802 | 2 |
| 77070 | 1 |
| 78542 | 2 |
| 00000 | 1 |
| 76432 | 1 |
| 75087 | 2 |
| 78602 | 1 |
| 76442 | 1 |
| 77338 | 2 |
| 78226 | 1 |
| 75104 | 1 |
| 75165 | 2 |
| 78752 | 2 |
| 78401 | 1 |
| 75862 | 2 |
| 78833 | 1 |
| 78240 | 2 |
| 78076 | 2 |
| 78353 | 1 |
| 78107 | 1 |
| 78703 | 1 |
| 78384 | 4 |
| 79731 | 1 |
| 78355 | 1 |
| 76107 | 1 |
| 78357 | 1 |
| 79904 | 1 |
| 77833 | 1 |
| 78361 | 9 |
| 76424 | 1 |
| 75060 | 1 |
| 78364 | 1 |
| 75041 | 2 |
| 78201 | 1 |
| 77515 | 2 |
| 75904 | 7 |
| 79763 | 1 |
| 78599 | 1 |
| 75023 | 1 |
| 77520 | 1 |
| 78385 | 1 |
| 77554 | 1 |
| 76642 | 3 |
| 77301 | 1 |
| 75051 | 1 |
| **Grand Total** | **282** |

| Categories | Values | |
| --- | --- | --- |
| | Total Cost | Total Miles |
| Supplies | 1060.17 | |
| Travel | 2437.2 | 22924.65 |
| Equipment | 3214.95 | |
| Food | 233.07 | |
| Lodging | 729.25 | |
| Grand Total | 7674.64 | 22924.65 |

| Row Labels |
| --- |
| DPS Fleet |
| Personal |
| Grand Total |



| Sum of Miles Traveled |
|---|
| 20911.51 |
| 2013.14 |
| **22924.65** |

| EIC Number | Name Of Applicant | Location Issued | Type Of Station | Application Date | Day of Week | Month | Week | Year | Issuance Status | LRS Validation Date | Mailed Date | Packet To OGC Date | Age | Race | Sex | Zip Code | County | Item Type | Path | Applicant Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38204104 | POLANCO, MANUEL | Kingsville | DL Office | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-27 | | | 55 | Hispanic | Male | 78364 | Kleberg | Item | sites/dl/EIC Form Submissions | 78363 |
| 38160957 | Vasquez, Victoria | S.A. - General McMullen | DL Office | 2014-02-14 | Friday | Feb | 7 | 2014 | Valid | 2014-02-15 | | | 20 | Hispanic | Female | 78226 | Bexar | Item | sites/dl/EIC Form Submissions | 78210 |
| 38221201 | MICHELLE MARIE GARCIA | | DL Office | 2014-03-04 | Tuesday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-06 | | 18 | Hispanic | Female | 78599 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78543 |
| 38177405 | ELSIE LEE EASTER | Lubbock | DL Office | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-20 | 2014-02-24 | | 87 | White | Female | 79401 | Lubbock | Item | sites/dl/EIC Form Submissions | 79424 |
| 38214497 | TROTTER, VERA | Dallas - Southwest | DL Office | 2014-03-01 | Saturday | Mar | 9 | 2014 | Invalid | 2014-03-03 | | | 73 | African American | Female | 75237 | Dallas | Item | sites/dl/EIC Form Submissions | 75212 |
| 38205505 | Elizabeth Marie Hinnant | Garland DL Center | DL Office | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-27 | | | 20 | White | Female | 75041 | Dallas | Item | sites/dl/EIC Form Submissions | 75402 |
| 38220825 | Loni Nicole Albrecht | Garland DL Center | DL Office | 2014-03-04 | Tuesday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-06 | | 19 | White | Female | 75041 | Dallas | Item | sites/dl/EIC Form Submissions | 75204 |
| 38460530 | elizabeth ann morgan | San Marcos | DL Office | 2014-05-07 | Wednesday | May | 19 | 2014 | Valid | 2014-05-07 | | | 50 | White | Female | 78666 | Hays | Item | sites/dl/EIC Form Submissions | 78676 |
| 38147717 | aleyn albers voss | Bastrop | DL Office | 2014-02-11 | Tuesday | Feb | 7 | 2014 | Valid | 2014-02-12 | 2014-04-14 | | 90 | White | Female | 78602 | Bastrop | Item | sites/dl/EIC Form Submissions | 78945 |
| 38214492 | BEDNARZ, KATHARINE ELIZABETH | Plano | DL Office | 2014-03-01 | Saturday | Mar | 9 | 2014 | Valid | 2014-03-04 | 2014-03-05 | | 23 | White | Female | 75023 | Collin | Item | sites/dl/EIC Form Submissions | 75075 |
| 38113001 | Rodriguez,Davvon Shukel | | County Office | 2014-02-10 | Monday | Feb | 7 | 2014 | Valid | 2014-02-04 | 2014-02-05 | | 18 | African American | Male | 76432 | Delta | Item | sites/dl/EIC Form Submissions | 76432 |
| 37943953 | Sims,Ronald Mack | | County Office | 2014-02-10 | Monday | Feb | 7 | 2014 | Valid | | 2014-01-21 | | 57 | African American | Male | 75087 | Rockwall | Item | sites/dl/EIC Form Submissions | 75087 |
| 37703621 | Jernigan,Donna Belle | Hurst | DL Office | 2014-02-10 | Monday | Feb | 7 | 2014 | Invalid | 2014-02-18 | | | 82 | White | Female | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | 76021 |
| 37875039 | Williams, James Obadiah | Arlington | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Invalid | 2013-11-14 | | | 44 | African American | Male | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | 76012 |
| 37703621 | Jernigan, Donna Belle | Hurst | DL Office | 2013-09-12 | Thursday | Sep | 37 | 2013 | Invalid | | | | 82 | White | Female | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 38073940 | Hoffman, Claire Graeber | Garland | DL Office | 2014-01-17 | Friday | Jan | 3 | 2014 | Invalid | 2014-01-17 | | | 93 | White | Female | 75043 | Dallas | Item | sites/dl/EIC Form Submissions | 75251 |
| 38446015 | Hewitt, Chintia Lamae | Groesbeck | | 2014-05-07 | Wednesday | May | 19 | 2014 | Valid | 2014-05-07 | 2014-05-08 | | 63 | White | Female | 76642 | Limestone | Item | sites/dl/EIC Form Submissions | |
| 38457660 | Garrett, Jon | Groesbeck | DL Office | 2014-05-06 | Tuesday | May | 19 | 2014 | Valid | 2014-05-08 | 2014-05-08 | | 68 | White | Male | 76642 | Limestone | Item | sites/dl/EIC Form Submissions | |
| 38454603 | Blacknall, Tonya Lynn | Groesbeck | DL Office | 2014-05-08 | Thursday | May | 19 | 2014 | Valid | 2014-05-08 | 2014-05-09 | | 45 | African American | Female | 76642 | Limestone | Item | sites/dl/EIC Form Submissions | |
| 38464817 | James Ray | Conroe | County Office | 2014-05-07 | Wednesday | May | 19 | 2014 | Valid | 2014-05-08 | 2014-05-12 | | 61 | White | Male | 77301 | Montgomery | Item | sites/dl/EIC Form Submissions | 75845 |
| 38168849 | RUTH SWEETEN RAWLINGS | | Mobile | 2014-02-18 | Tuesday | Feb | 8 | 2014 | Valid | 2014-02-19 | 2014-02-20 | | 91 | White | Female | 78833 | Real | Item | sites/dl/EIC Form Submissions | 78833 |
| 38179375 | RACHEL MARIA LOPEZ | Rockwall | DL Office | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-25 | 2014-02-25 | | 18 | Hispanic | Female | 75087 | Rockwall | Item | sites/dl/EIC Form Submissions | 75189 |
| 38197643 | MORROW, MARY LUE | | Mobile | 2014-02-25 | Tuesday | Feb | 9 | 2014 | Valid | 2014-02-26 | 2014-02-27 | | 65 | White | Female | 76943 | Crockett | Item | sites/dl/EIC Form Submissions | 76943 |
| 38222846 | CARRIEANNE CLINTON | Garland | DL Office | 2014-03-04 | Tuesday | Mar | 10 | 2014 | Valid | 2014-03-05 | 2014-03-06 | | 37 | White | Female | 75043 | Dallas | Item | sites/dl/EIC Form Submissions | 75181 |
| 38234768 | JACK HERNY LIPPMAN | Angleton | DL Office | 2014-03-07 | Friday | Mar | 10 | 2014 | Valid | 2014-03-07 | 2014-03-11 | | 80 | White | Male | 77515 | Brazoria | Item | sites/dl/EIC Form Submissions | 77566 |
| 38186115 | Roberts, Bronwyn Kathleen | El Paso - Scott Simpson | DL Office | 2014-02-22 | Saturday | Feb | 8 | 2014 | Valid | 2014-02-24 | 2014-02-26 | | 18 | White | Female | 79936 | El Paso | Item | sites/dl/EIC Form Submissions | 79936 |
| 38428556 | COCKERHAM, JENNY LEE | Palestine | DL Office | 2014-04-28 | Monday | Apr | 18 | 2014 | Valid | 2014-04-28 | 2014-04-30 | | 18 | White | Female | 75803 | Anderson | Item | sites/dl/EIC Form Submissions | 75839 |
| 38154097 | WILLIAM MICHAEL WEEMS | Comanche | DL Office | 2014-02-13 | Thursday | Feb | 7 | 2014 | Valid | 2014-02-14 | 2014-02-18 | | 68 | White | Male | 76442 | Comanche | Item | sites/dl/EIC Form Submissions | 76442 |
| 37436619 | Machen, Nolan Orval | Lampasas | DL Office | 2013-07-10 | Wednesday | Jul | 28 | 2013 | Valid | 2013-07-11 | 2013-07-16 | | 90 | White | Male | 76550 | Lampasas | Item | sites/dl/EIC Form Submissions | 76550 |
| 37421940 | Luthy, Preston Williamson | Dallas - East | DL Office | 2013-07-05 | Friday | Jul | 27 | 2013 | Valid | 2013-07-08T00:00:00 | 2013-07-15T00:00:00 | | 18 | White | Male | 75218 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37463029 | Horn, Lottie D | Jacksonville | DL Office | 2013-07-16 | Tuesday | Jul | 29 | 2013 | Valid | 2013-07-17T00:00:00 | 2013-07-22T00:00:00 | | 92 | African American | Female | 75766 | Cherokee | Item | sites/dl/EIC Form Submissions | |
| 37478594 | Stubenthal, Michael Ryan | Beeville | DL Office | 2013-07-18 | Thursday | Jul | 29 | 2013 | Valid | 2013-07-19T00:00:00 | 2013-07-26T00:00:00 | | 58 | White | Male | 78102 | Bee | Item | sites/dl/EIC Form Submissions | |
| 37498207 | Benitez, Novella Goswick | Snyder | DL Office | 2013-07-23 | Tuesday | Jul | 30 | 2013 | Valid | 2013-08-01T00:00:00 | 2013-08-07T00:00:00 | | 90 | White | Female | 79549 | Scurry | Item | sites/dl/EIC Form Submissions | |
| 37503720 | Barron, Robert James | Austin - Northwest | DL Office | 2013-07-24 | Wednesday | Jul | 30 | 2013 | Valid | 2013-07-25T00:00:00 | 2013-07-30T00:00:00 | | 74 | White | Male | 78750 | Williamson | Item | sites/dl/EIC Form Submissions | |
| 37553432 | Huntsberger, Robin Derek | Carrollton | DL Office | 2013-08-05 | Monday | Aug | 32 | 2013 | Valid | 2013-08-08T00:00:00 | 2013-08-12T00:00:00 | | 28 | White | Male | 75007 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37628296 | Samora, Maria Ines | Uvalde | DL Office | 2013-08-21 | Wednesday | Aug | 34 | 2013 | Valid | 2013-08-22T00:00:00 | 2013-08-27T00:00:00 | | 49 | Hispanic | Female | 78801 | Uvalde | Item | sites/dl/EIC Form Submissions | |
| 37710873 | Delgado, Monica | Dallas - Southwest | DL Office | 2013-09-14 | Saturday | Sep | 37 | 2013 | Invalid | | | | 18 | Hispanic | Female | 75237 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37734307 | Thompson, Charles | Garland | DL Office | 2013-09-21 | Saturday | Sep | 38 | 2013 | Valid | 2013-09-24T00:00:00 | 2013-09-27T00:00:00 | | 61 | White | Male | 75043 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37734308 | Bible, Herbert Michael | Fort Worth | DL Office | 2013-09-21 | Saturday | Sep | 38 | 2013 | Valid | 2013-09-24T00:00:00 | 2013-09-27T00:00:00 | | 58 | White | Male | 76133 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37747932 | Pecina, Jorge Antonio | Weslaco | DL Office | 2013-09-25 | Wednesday | Sep | 39 | 2013 | Valid | 2013-09-26 | 2013-09-30 | | 37 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37753136 | Clark, Arthur Vernon | Austin - South Congress | DL Office | 2013-09-27 | Friday | Sep | 39 | 2013 | Valid | 2013-10-07T00:00:00 | 2013-10-11T00:00:00 | | 55 | African American | Male | 78745 | Travis | Item | sites/dl/EIC Form Submissions | |
| 37757880 | Figueroa, Jose Luis | Harlingen | DL Office | 2013-09-28 | Saturday | Sep | 39 | 2013 | Valid | 2013-10-02T00:00:00 | 2013-10-07T00:00:00 | | 60 | Hispanic | Male | 78550 | Cameron | Item | sites/dl/EIC Form Submissions | |
| 37757881 | Allee, Bethlyn Gay | Spring DL Center | DL Office | 2013-09-28 | Saturday | Sep | 39 | 2013 | Valid | 2013-10-02T00:00:00 | 2013-10-03T00:00:00 | | 52 | White | Female | 77379 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37766194 | Johnson, Rickey | Fort Worth | DL Office | 2013-10-01 | Tuesday | Oct | 40 | 2013 | Valid | 2013-10-02T00:00:00 | 2013-10-04T00:00:00 | | 54 | African American | Male | 76133 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37766737 | Garcia, Daisy Elizabeth | El Paso - Scott Simpson | DL Office | 2013-10-01 | Tuesday | Oct | 40 | 2013 | Valid | 2013-10-02T00:00:00 | 2013-10-03T00:00:00 | | 18 | Hispanic | Female | 79936 | El Paso | Item | sites/dl/EIC Form Submissions | |
| 37766298 | Cannon, Joy Stansberry | Fort Worth | DL Office | 2013-10-01 | Tuesday | Oct | 40 | 2013 | Valid | 2013-10-02T00:00:00 | 2013-10-03T00:00:00 | | 57 | African American | Female | 76133 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37766614 | Lambert, Leon II | Arlington | DL Office | 2013-10-01 | Tuesday | Oct | 40 | 2013 | Valid | 2013-10-02T00:00:00 | 2013-10-03T00:00:00 | | 32 | African American | Male | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37766530 | Flemons, Jaqueline R | Arlington | DL Office | 2013-10-01 | Tuesday | Oct | 40 | 2013 | Valid | 2013-10-02T00:00:00 | 2013-10-03T00:00:00 | | 49 | African American | Female | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37766587 | Duggan, Martha Irene | El Paso - Gateway | DL Office | 2013-10-01 | Tuesday | Oct | 40 | 2013 | Valid | 2013-10-03T00:00:00 | 2013-10-03T00:00:00 | | 43 | Hispanic | Female | 79325 | El Paso | Item | sites/dl/EIC Form Submissions | |
| 37770909 | Casull, Vivian | El Paso - Northwest | DL Office | 2013-10-02 | Wednesday | Oct | 40 | 2013 | Valid | 2013-10-03T00:00:00 | 2013-10-03T00:00:00 | | 57 | Other | Female | 79912 | El Paso | Item | sites/dl/EIC Form Submissions | |
| 37772411 | Dubose, Karen Alice | Houston-Gessner DL Ctr | DL Office | 2013-10-03 | Thursday | Oct | 40 | 2013 | Valid | 2013-10-07T00:00:00 | 2013-10-07T00:00:00 | | 51 | White | Female | 77071 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37775477 | Carter, Keith Devon | Dallas - East | DL Office | 2013-10-03 | Thursday | Oct | 40 | 2013 | Valid | 2013-10-04T00:00:00 | 2013-10-07T00:00:00 | | 47 | African American | Male | 75218 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37775476 | Davis, Horace Earl | Dallas - East | DL Office | 2013-10-03 | Thursday | Oct | 40 | 2013 | Valid | 2013-10-04T00:00:00 | 2013-10-07T00:00:00 | | 51 | African American | Male | 75218 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37780786 | McDowell, Gary Lynn | Hurst | DL Office | 2013-10-05 | Saturday | Oct | 40 | 2013 | Valid | 2013-10-07T00:00:00 | 2013-10-10T00:00:00 | 2013-10-10T00:00:00 | 59 | White | Male | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37780785 | Robledo, Mark Anthony | Weslaco | DL Office | 2013-10-05 | Saturday | Oct | 40 | 2013 | Valid | 2013-10-07 | 2013-10-10 | 2013-10-10 | 21 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37781777 | Hargis, Glen Edward | Dallas - East | DL Office | 2013-10-07 | Monday | Oct | 41 | 2013 | Valid | 2013-10-10T00:00:00 | 2013-10-14T00:00:00 | 2013-10-14T00:00:00 | 67 | White | Male | 75218 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37785467 | Baquet Williams, Brigette | | Mobile | 2013-10-07 | Monday | Oct | 41 | 2013 | Valid | 2013-10-10T00:00:00 | 2013-10-10T00:00:00 | 2013-10-10T00:00:00 | 52 | African American | Female | | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37783739 | McNerney, Marie Mae | Palestine | DL Office | 2013-10-07 | Monday | Oct | 41 | 2013 | Valid | 2013-10-10 | 2013-10-10 | | 85 | White | Female | 75803 | Anderson | Item | sites/dl/EIC Form Submissions | |
| 37783449 | Grainger, Carol Sue | Palestine | DL Office | 2013-10-07 | Monday | Oct | 41 | 2013 | Valid | 2013-10-14T00:00:00 | 2013-10-14T00:00:00 | 2013-10-14T00:00:00 | 66 | White | Female | 75803 | Anderson | Item | sites/dl/EIC Form Submissions | |
| 37784946 | Kyles, Marlon Dion | Houston-Gessner DL Ctr | DL Office | 2013-10-07 | Monday | Oct | 41 | 2013 | Valid | 2013-10-11T00:00:00 | 2013-10-11T00:00:00 | 2013-10-14T00:00:00 | 44 | African American | Male | 77071 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37788222 | Beaver, Ricky | Fort Worh DL Center | DL Office | 2013-10-08 | Tuesday | Oct | 41 | 2013 | Valid | 2013-10-11T00:00:00 | 2013-10-11T00:00:00 | 2013-10-14T00:00:00 | 45 | Native American | Male | 76120 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37789737 | Hardemon, Johnny Frank | Carrollton | DL Office | 2013-10-08 | Tuesday | Oct | 41 | 2013 | Valid | 2013-10-14T00:00:00 | 2013-10-14T00:00:00 | 2013-10-16T00:00:00 | 43 | African American | Male | 75007 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37789097 | Duncan, Angel Danielle | | Mobile | 2013-10-08 | Tuesday | Oct | 41 | 2013 | Valid | 2013-10-09T00:00:00 | 2013-10-10T00:00:00 | 2013-10-10T00:00:00 | 20 | African American | Female | | Waller | Item | sites/dl/EIC Form Submissions | |
| 37789244 | Lebeauf, Sidney Edward | | Mobile | 2013-10-08 | Tuesday | Oct | 41 | 2013 | Valid | 2013-10-09 | 2013-10-10 | 2013-10-10 | 20 | African American | Male | 77446 | Waller | Item | sites/dl/EIC Form Submissions | |
| 37789266 | Gandara, Ralph | | Mobile | 2013-10-08 | Tuesday | Oct | 41 | 2013 | Valid | 2013-10-09T00:00:00 | 2013-10-10T00:00:00 | 2013-10-10T00:00:00 | 61 | Native American | Male | | Harris | Item | sites/dl/EIC Form Submissions | |
| 37789210 | Rojas, Amber Marie | | Mobile | 2013-10-08 | Tuesday | Oct | 41 | 2013 | Valid | 2013-10-10 | 2013-10-10 | 2013-10-16 | 18 | Hispanic | Female | 78521 | Cameron | Item | sites/dl/EIC Form Submissions | |
| 37789483 | Rich, Stephanie Regina | Arlington | DL Office | 2013-10-08 | Tuesday | Oct | 41 | 2013 | Valid | 2013-10-10 | 2013-10-10 | 2013-10-15 | 44 | African American | Female | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37790708 | Covington, Olinda Hardy IX | Houston - Winkler | DL Office | 2013-10-10 | Thursday | Oct | 41 | 2013 | Valid | 2013-10-10 | 2013-10-14 | 2013-10-14 | 64 | African American | Male | 77017 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37797318 | Bennett, Earnest Lee | | Mobile | 2013-10-10 | Thursday | Oct | 41 | 2013 | Valid | 2013-10-11 | 2013-10-15 | 2013-10-18 | 72 | African American | Male | 77868 | Grimes | Item | sites/dl/EIC Form Submissions | |
| 37793747 | Cook, Cameron Camille | Dallas - East | DL Office | 2013-10-10 | Thursday | Oct | 41 | 2013 | Valid | 2013-10-15 | 2013-10-15 | 2013-10-16 | 22 | African American | Female | 75218 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37798305 | Tucker, Joyce Elaine | Garland | DL Office | 2013-10-10 | Thursday | Oct | 41 | 2013 | Invalid | | | | 59 | African American | Female | 75043 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37803028 | Marlin, Christina | | Mobile | 2013-10-11 | Friday | Oct | 41 | 2013 | Valid | 2013-10-15 | 2013-10-18 | | 39 | African American | Female | 77016 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37803351 | Martinez, Emilio | | Mobile | 2013-10-11 | Friday | Oct | 41 | 2013 | Valid | 2013-10-14 | 2013-10-15 | 2013-10-18 | 44 | Hispanic | Male | 78040 | Webb | Item | sites/dl/EIC Form Submissions | |
| 37803352 | Vela, Sandra | | Mobile | 2013-10-11 | Friday | Oct | 41 | 2013 | Valid | 2013-10-16 | 2013-10-16 | 2013-10-18 | 52 | Hispanic | Female | 78046 | Webb | Item | sites/dl/EIC Form Submissions | |
| 37803353 | Martinez, Abel | | Mobile | 2013-10-11 | Friday | Oct | 41 | 2013 | Valid | 2013-10-16 | 2013-10-16 | 2013-10-18 | 40 | Hispanic | Male | 78043 | Webb | Item | sites/dl/EIC Form Submissions | |
| 37803354 | Salinas, Raymundo | | Mobile | 2013-10-11 | Friday | Oct | 41 | 2013 | Invalid | | | | 42 | Hispanic | Male | 78043 | Webb | Item | sites/dl/EIC Form Submissions | |
| 37803357 | Surratt, Marla | Dallas - East | DL Office | 2013-10-12 | Saturday | Oct | 41 | 2013 | Valid | 2013-10-15 | 2013-10-16 | 2013-10-18 | 50 | White | Female | 75218 | Dallas | Item | sites/dl/EIC Form Submissions | |
| 37803355 | Mack, Richard | | Mobile | 2013-10-12 | Saturday | Oct | 41 | 2013 | Valid | 2013-10-16 | 2013-10-16 | 2013-10-18 | 50 | African American | Male | 77099 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37806442 | Allison, Dorthy Catherine | | Mobile | 2013-10-14 | Monday | Oct | 42 | 2013 | Valid | 2013-10-16 | 2013-10-16 | 2013-10-18 | 66 | White | Female | 77065 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37804260 | Gamez, Silverio Jr. | Cleburne | DL Office | 2013-10-14 | Monday | Oct | 42 | 2013 | Valid | 2013-10-22 | 2013-10-22 | | 25 | Hispanic | Male | 76033 | Johnson | Item | sites/dl/EIC Form Submissions | |
| 37809513 | Aguirre, Anita Marie | Crystal City | DL Office | 2013-10-15 | Tuesday | Oct | 42 | 2013 | Valid | 2013-10-22 | | | 18 | Hispanic | Female | 78839 | Zavala | Item | sites/dl/EIC Form Submissions | |
| 37808160 | Taylor, Jack Lamar | Hurst | DL Office | 2013-10-15 | Tuesday | Oct | 42 | 2013 | Invalid | | | | 18 | African American | Male | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37809993 | Sanchez, Hector Manuel | | Mobile | 2013-10-15 | Tuesday | Oct | 42 | 2013 | Valid | 2013-10-21 | | | 66 | Hispanic | Male | 78550 | Cameron | Item | sites/dl/EIC Form Submissions | |
| 37813493 | Young, Bradley Glen | Tyler | DL Office | 2013-10-16 | Wednesday | Oct | 42 | 2013 | Valid | 2013-10-21 | | | 56 | White | Male | 75707 | Smith | Item | sites/dl/EIC Form Submissions | |
| 37817352 | Rainey, Tiara Unique | | Mobile | 2013-10-17 | Thursday | Oct | 42 | 2013 | Valid | 2013-10-21 | | | 18 | African American | Female | 75701 | Smith | Item | sites/dl/EIC Form Submissions | |
| 37817564 | McGee, David Earl | | Mobile | 2013-10-17 | Thursday | Oct | 42 | 2013 | Valid | 2013-10-21 | | | 58 | African American | Male | 75702 | Smith | Item | sites/dl/EIC Form Submissions | |
| 37817552 | Green, Charles | | Mobile | 2013-10-17 | Thursday | Oct | 42 | 2013 | Valid | 2013-10-21 | | | 59 | African American | Male | 75771 | Smith | Item | sites/dl/EIC Form Submissions | |
| 37817535 | Lauglin, Stevan Slay | | Mobile | 2013-10-07 | Monday | Oct | 41 | 2013 | Valid | 2013-10-21 | | | 52 | White | Male | 75702 | Smith | Item | sites/dl/EIC Form Submissions | |
| 37816691 | Estes, Darryl | | Mobile | 2013-10-17 | Thursday | Oct | 42 | 2013 | Valid | 2013-10-21 | 2013-10-21 | | 47 | White | Male | 77550 | Galveston | Item | sites/dl/EIC Form Submissions | |
| 37817364 | Tillman, Adrienne Bernadette | | Mobile | 2013-10-17 | Thursday | Oct | 42 | 2013 | Invalid | | | | 31 | African American | Female | 77096 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37817109 | Harvell, Deina | | Mobile | 2013-10-17 | Thursday | Oct | 42 | 2013 | Valid | 2013-10-22 | 2013-10-22 | | 82 | White | Female | 79720 | Howard | Item | sites/dl/EIC Form Submissions | |
| 37822575 | Menges, Ray Jr. | | Mobile | 2013-10-18 | Friday | Oct | 42 | 2013 | Valid | 2013-10-22 | 2013-10-22 | | 86 | White | Male | 79720 | Howard | Item | sites/dl/EIC Form Submissions | |
| 37819022 | Noyola, Alonzo | Mission | DL Office | 2013-10-18 | Friday | Oct | 42 | 2013 | Valid | 2014-02-18 | 2014-02-19 | | 47 | Hispanic | Male | 78572 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37819205 | Trainer-Burrell, Pamela Kay | Port Arthur | DL Office | 2013-10-18 | Friday | Oct | 42 | 2013 | Valid | 2013-10-18 | 2013-10-22 | | 50 | African American | Female | 77640 | Jefferson | Item | sites/dl/EIC Form Submissions | |
| 37822651 | Wilson, Lois | | Mobile | 2013-10-18 | Friday | Oct | 42 | 2013 | Valid | 2013-10-21 | 2013-10-22 | | 87 | White | Female | 75605 | Gregg | Item | sites/dl/EIC Form Submissions | |
| 37822649 | Rector, Francis | | Mobile | 2013-10-18 | Friday | Oct | 42 | 2013 | Valid | 2013-10-21 | 2013-10-24 | | 96 | White | Female | 75605 | Gregg | Item | sites/dl/EIC Form Submissions | |
| 37822648 | McNew, Mildred Onita | | Mobile | 2013-10-18 | Friday | Oct | 42 | 2013 | Valid | 2013-10-22 | 2013-10-22 | | 92 | White | Female | 75605 | Gregg | Item | sites/dl/EIC Form Submissions | |
| 37822647 | Cunningham, Betsy | | Mobile | 2013-10-18 | Friday | Oct | 42 | 2013 | Valid | 2013-10-21 | 2013-10-22 | | 82 | White | Female | 75605 | Gregg | Item | sites/dl/EIC Form Submissions | |
| 37822410 | Lopez, Linda | | Mobile | 2013-10-18 | Friday | Oct | 42 | 2013 | Valid | 2013-10-22 | 2013-10-22 | | 19 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37822695 | Hall, Ursula Antoinette | Houston - Winkler | DL Office | 2013-10-19 | Saturday | Oct | 42 | 2013 | Valid | 2013-10-21 | 2013-10-24 | | 47 | African American | Female | 77017 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37822694 | Lee, Zachary McKinley | Houston -Vantage Pkwy | DL Office | 2013-10-19 | Saturday | Oct | 42 | 2013 | Valid | 2013-10-21 | 2013-10-24 | | 18 | African American | Male | 77032 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37823391 | Carranza, Elizabeth Ayala | Weslaco | DL Office | 2013-10-21 | Monday | Oct | 43 | 2013 | Valid | 2013-10-21 | | | 43 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37826640 | Williams, Irene | | Mobile | 2013-10-21 | Monday | Oct | 43 | 2013 | Valid | 2013-10-21 | 2013-10-24 | | 60 | Hispanic | Female | 77087 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37826405 | Osore, Angelina | | Mobile | 2013-10-21 | Monday | Oct | 43 | 2013 | Valid | 2013-10-21 | 2013-10-24 | | 42 | African American | Female | 77351 | Polk | Item | sites/dl/EIC Form Submissions | |
| 37826757 | Gonzalez, Selina Ludivina | | Mobile | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-24 | 2013-10-24 | | 22 | Hispanic | Female | 78560 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37826530 | Macias, Diana Victoria | | Mobile | 2013-10-21 | Monday | Oct | 43 | 2013 | Valid | 2013-10-24 | 2013-10-24 | | 18 | Hispanic | Female | 78570 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37828918 | Kindell, James Charles | San Antonio Pat Booker | DL Office | 2013-10-22 | Tuesday | Oct | 43 | 2013 | Valid | 2013-10-22 | | | 92 | White | Male | 78148 | Bexar | Item | sites/dl/EIC Form Submissions | |
| 37830586 | Whiteside, Samual Thomas | Fort Worth | DL Office | 2013-10-22 | Tuesday | Oct | 43 | 2013 | Valid | 2013-10-24 | | | 74 | White | Male | 76133 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37830355 | Bond, Robert | | Mobile | 2013-10-22 | Tuesday | Oct | 43 | 2013 | Valid | 2013-10-24 | 2013-10-24 | | 49 | White | Male | 77351 | Polk | Item | sites/dl/EIC Form Submissions | |
| 37830662 | Maroney, Bruce Wayne | | Mobile | 2013-10-22 | Tuesday | Oct | 43 | 2013 | Valid | 2013-10-25 | 2013-10-25 | | 61 | African American | Male | 77033 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37827900 | Martinez, Vanessa Lee | Weslaco | DL Office | 2013-10-22 | Tuesday | Oct | 43 | 2013 | Valid | 2013-10-24 | 2013-10-24 | | 21 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37830715 | Bustamante, Ruben | | Mobile | 2013-10-22 | Tuesday | Oct | 43 | 2013 | Valid | 2013-10-24 | 2013-10-24 | | 83 | Hispanic | Male | 78589 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37832410 | Bowen, Joseph Duane | | DL Office | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Valid | 2013-10-25 | 2013-10-25 | | 23 | White | Male | 78758 | Travis | Item | sites/dl/EIC Form Submissions | |
| 37830684 | Thomas, Dameon | | Mobile | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Valid | 2013-10-25 | 2013-10-25 | | 45 | African American | Male | 76063 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37835029 | Wright, Theresa | | Mobile | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Valid | 2013-10-25 | 2013-10-25 | | 85 | African American | Female | 76112 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37835362 | Burnet, Sandra Zane | | Mobile | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Valid | 2013-10-25 | 2013-10-25 | | 67 | White | Female | 76305 | Clay | Item | sites/dl/EIC Form Submissions | |
| 37835290 | Gonzalez, Adrian | | Mobile | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Valid | 2013-10-25 | 2013-10-25 | | 33 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37835211 | Serna, Selina Edith | | Mobile | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Valid | 2013-11-01 | | | 19 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37833533 | Miller, Joseph Edward | Houston-Gessner DL Ctr | DL Office | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Valid | 2013-10-25 | 2013-10-25 | | 45 | White | Male | 77071 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37841065 | Rodriguez, Kamie Ranae | Harlingen | DL Office | 2013-10-25 | Friday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-30 | | 18 | Hispanic | Female | 78550 | Cameron | Item | sites/dl/EIC Form Submissions | |
| 37833298 | Gonzalez, Juan | Weslaco | DL Office | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Invalid | | | | 66 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37833192 | Cantu, Oralia | Weslaco | DL Office | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Valid | 2013-10-25 | 2013-10-25 | | 36 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37836385 | Canut, Ricardo Jr. | Weslaco | DL Office | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 18 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37836697 | Gonzalez, Oralia Ann | Weslaco | DL Office | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 18 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37836612 | Gonzalez, Daniella Lynn | Weslaco | DL Office | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 19 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37836801 | Tovias, David | Weslaco | DL Office | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 18 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37837172 | Castillo, Jesse | Weslaco | DL Office | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 19 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37837405 | Rodriguez, Blas | Weslaco | DL Office | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 55 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37837662 | Segura, Joseph Dylan | Weslaco | DL Office | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 19 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37837712 | Castillo, Juan Diego | Weslaco | DL Office | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 18 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37838523 | Rojas, Laura Celina | Weslaco | DL Office | 2013-10-24 | Thursday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 25 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37832655 | Loysoya, Fernando | Weslaco | DL Office | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Valid | 2013-10-25 | 2013-10-25 | 48 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37842437 | Aguirre III, Benito | Weslaco | DL Office | 2013-10-25 | Friday | Oct | 43 | 2013 | Valid | 2013-10-28 | | 19 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37834617 | Alaniz, Brandon Lee | Weslaco | DL Office | 2013-10-25 | Friday | Oct | 43 | 2013 | Valid | 2013-11-06 | 2013-11-06 | 20 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37844638 | Sepulveda, Guillermo | | Mobile | 2013-10-25 | Friday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 65 | Hispanic | Male | 78582 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37844672 | Salinas, Juan Carlos | | Mobile | 2013-10-25 | Friday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 18 | Hispanic | Male | 78584 | Starr | Item | sites/dl/EIC Form Submissions | |
| 37844506 | Wilson, Elise | | Mobile | 2013-10-25 | Friday | Oct | 43 | 2013 | Valid | 2013-10-29 | | 27 | African American | Female | 77014 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37844325 | Settles, Jennifer Louise | | Mobile | 2013-10-25 | Friday | Oct | 43 | 2013 | Valid | 2013-10-28 | | 20 | African American | Female | 77045 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37844944 | Harbes, William Theodore | Temple | DL Office | 2013-10-26 | Saturday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 48 | White | Male | 76502 | Bell | Item | sites/dl/EIC Form Submissions | |
| 37844945 | Hornsberry, Nicholas, Lawrence | Austin - South Congress | DL Office | 2013-10-26 | Saturday | Oct | 43 | 2013 | Invalid | | | 24 | African American | Male | 78745 | Travis | Item | sites/dl/EIC Form Submissions | |
| 37844947 | Krack, Mathew Micah | Corpus Christi | DL Office | 2013-10-26 | Saturday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 18 | White | Male | 78416 | Nueces | Item | sites/dl/EIC Form Submissions | |
| 37844946 | Hahn, Evelyn | Fort Worth | DL Office | 2013-10-26 | Saturday | Oct | 43 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 94 | White | Female | 76133 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37845125 | Sills, Graciela Eliana | Austin - Northwest | DL Office | 2013-10-28 | Monday | Oct | 44 | 2013 | Valid | 2013-10-28 | 2013-10-28 | 17 | Hispanic | Female | 78750 | Williamson | Item | sites/dl/EIC Form Submissions | |
| 37849306 | Winheim, John | Livingston | DL Office | 2013-10-28 | Monday | Oct | 44 | 2013 | Valid | 2013-11-05 | 2013-11-05 | 42 | White | Male | 77351 | Polk | Item | sites/dl/EIC Form Submissions | |
| 37845862 | Lacour, Leah Micelle | Rosenberg DL Center | DL Office | 2013-10-28 | Monday | Oct | 44 | 2013 | Valid | 2013-11-01 | 2013-11-01 | 46 | White | Female | 77494 | Fort Bend | Item | sites/dl/EIC Form Submissions | |
| 37853837 | Buchanan, James Parker | | Mobile | 2013-10-29 | Tuesday | Oct | 44 | 2013 | Valid | 2013-10-30 | 2013-11-05 | 67 | African American | Male | 77830 | Grimes | Item | sites/dl/EIC Form Submissions | |
| 37853101 | Bunch, James William | Hempstead | DL Office | 2013-10-29 | Tuesday | Oct | 44 | 2013 | Valid | 2013-11-01 | 2013-11-01 | 48 | White | Male | 77445 | Waller | Item | sites/dl/EIC Form Submissions | |
| 37844676 | Gomez, Javier Mateo | | Mobile | 2013-10-25 | Friday | Oct | 43 | 2013 | Valid | 2013-11-01 | 2013-11-01 | 18 | Hispanic | Male | 78832 | Kinney | Item | sites/dl/EIC Form Submissions | |
| 37854039 | Hood, Eugene Clyde | | Mobile | 2013-10-29 | Tuesday | Oct | 44 | 2013 | Valid | 2013-10-30 | | 54 | White | Male | 76943 | Crockett | Item | sites/dl/EIC Form Submissions | |
| 37849413 | Lynam, Marshall Joseph | | Mobile | 2013-10-28 | Monday | Oct | 44 | 2013 | Valid | 2013-11-01 | 2013-11-01 | 30 | White | Male | 78873 | Real | Item | sites/dl/EIC Form Submissions | |
| 37857843 | Thomas, Joseph Rayquale | | Mobile | 2013-10-30 | Wednesday | Oct | 44 | 2013 | Valid | 2013-10-31 | | 18 | African American | Male | 77051 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37846528 | Solis, Efrain Jr | Weslaco | DL Office | 2013-10-28 | Monday | Oct | 44 | 2013 | Valid | 2013-11-01 | 2013-11-01 | 37 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37844553 | Thompson, Patrick Neil | Austin - Northwest | DL Office | 2013-10-25 | Friday | Oct | 43 | 2013 | Valid | 2013-11-01 | 2013-11-01 | 65 | White | Male | 78750 | Williamson | Item | sites/dl/EIC Form Submissions | |
| 37857745 | Jimenez, Juan Carlos | | Mobile | 2013-10-30 | Wednesday | Oct | 44 | 2013 | Valid | 2013-11-01 | | 33 | Hispanic | Male | 78852 | Maverick | Item | sites/dl/EIC Form Submissions | |
| 37859241 | Barlow, Avis Marie | Rosenberg DL Center | DL Office | 2013-10-31 | Thursday | Oct | 44 | 2013 | Valid | 2013-11-15 | | 82 | African American | Female | 77471 | Fort Bend | Item | sites/dl/EIC Form Submissions | |
| 37854027 | Smith, Joe Mark | | Mobile | 2013-10-29 | Tuesday | Oct | 44 | 2013 | Valid | 2013-11-01 | 2013-11-01 | 55 | White | Male | 79227 | Foard | Item | sites/dl/EIC Form Submissions | |
| 37851645 | Bowman, Kelly Edgar | Denton | DL Office | 2013-10-29 | Tuesday | Oct | 44 | 2013 | Valid | 2013-10-31 | | 81 | White | Male | 76209 | Denton | Item | sites/dl/EIC Form Submissions | |
| 37852050 | Lopez, Fernando | Weslaco | DL Office | 2013-10-29 | Tuesday | Oct | 44 | 2013 | Valid | 2013-10-31 | | 19 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37851939 | Lozano, Jesus Jr | Weslaco | DL Office | 2013-10-29 | Tuesday | Oct | 44 | 2013 | Valid | 2013-10-31 | | 40 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37861529 | Johnson, Rebecca | | Mobile | 2013-10-31 | Thursday | Oct | 44 | 2013 | Valid | 2013-11-01 | 2013-11-05 | 74 | African American | Female | 77016 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37858079 | DeLeon, Jesus Manuel | | Mobile | 2013-10-30 | Wednesday | Oct | 44 | 2013 | Valid | 2013-11-01 | | 63 | Hispanic | Male | 78014 | LaSalle | Item | sites/dl/EIC Form Submissions | |
| 37858072 | Cortez, Amalia Velasquez | | Mobile | 2013-10-30 | Wednesday | Oct | 44 | 2013 | Valid | 2013-11-15 | | 84 | Hispanic | Female | 78019 | LaSalle | Item | sites/dl/EIC Form Submissions | |
| 37863222 | Rodriguez, Reneal Justine | Weslaco | DL Office | 2013-11-01 | Friday | Nov | 44 | 2013 | Valid | 2013-11-05 | | 18 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37866669 | Tekell, Deborah | Arlington | DL Office | 2013-11-02 | Saturday | Nov | 44 | 2013 | Valid | 2013-11-06 | | 18 | White | Female | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37866686 | Warren, Sylvester | Houston-Gessner DL Ctr | DL Office | 2013-11-02 | Saturday | Nov | 44 | 2013 | Valid | 2013-11-07 | | 60 | African American | Male | 77071 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37858333 | Palacios | Houston -Vantage Pkwy | DL Office | 2013-11-02 | Saturday | Nov | 44 | 2013 | Valid | 2013-11-05 | | 18 | White | Male | 77032 | Harris | Item | sites/dl/EIC Form Submissions | |
| 37866685 | Mendoza, Juana Veronica | Pflugerville DL Center | DL Office | 2013-11-02 | Saturday | Nov | 44 | 2013 | Invalid | | | 34 | Hispanic | Female | 78660 | Travis | Item | sites/dl/EIC Form Submissions | |
| 37865079 | Hill, Leon Mitchell | San Marcos | DL Office | 2013-11-01 | Friday | Nov | 44 | 2013 | Valid | 2013-11-05 | | 95 | White | Male | 78666 | Hays | Item | sites/dl/EIC Form Submissions | |
| 37849291 | Barrett, Vena | | Mobile | 2013-10-28 | Monday | Oct | 44 | 2013 | Valid | 2013-10-13 | | 81 | White | Female | 79370 | Dickens | Item | sites/dl/EIC Form Submissions | |
| 37848245 | Sulivan, James | Weatherford | DL Office | 2013-10-28 | Monday | Oct | 44 | 2013 | Valid | 2013-11-05 | | 62 | White | Male | 76086 | Parker | Item | sites/dl/EIC Form Submissions | |
| 37863561 | Uecker, Betty Tucker | Lewisville | DL Office | 2013-11-01 | Friday | Nov | 44 | 2013 | Valid | 2013-11-05 | | 88 | White | Female | 75067 | Denton | Item | sites/dl/EIC Form Submissions | |
| 37866687 | Legvold, Sara | Hurst | DL Office | 2013-11-02 | Saturday | Nov | 44 | 2013 | Valid | 2013-11-07 | | 59 | White | Female | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37866664 | Butterfield, Heather | Hurst | DL Office | 2013-11-02 | Saturday | Nov | 44 | 2013 | Valid | 2013-11-07 | | 18 | White | Female | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| 37870688 | Williams, Ariana | | Mobile | 2013-11-04 | Monday | Nov | 45 | 2013 | Valid | 2013-11-07 | | 23 | African American | Female | 77021 | Harris | Item | sites/dl/EIC Form Submissions | 77021 |
| 37870722 | Monday, Dominique | | Mobile | 2013-11-04 | Monday | Nov | 45 | 2013 | Valid | 2013-11-07 | | 25 | African American | Male | 77021 | Harris | Item | sites/dl/EIC Form Submissions | 77021 |
| 37852180 | Carpenter, Julia Ann | | Mobile | 2013-10-29 | Tuesday | Oct | 44 | 2013 | Valid | 2013-11-05 | | 69 | White | Female | 77995 | Lavaca | Item | sites/dl/EIC Form Submissions | |
| 37833447 | Garcia, Daniel | Weslaco | DL Office | 2013-11-04 | Monday | Nov | 45 | 2013 | Invalid | | | 61 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78538 |
| 37874847 | Braun Dadey, Tiffany Catherine | Austin - South Congress | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Valid | 2013-11-12 | | 42 | White | Female | 78745 | Travis | Item | sites/dl/EIC Form Submissions | 78704 |
| 37871752 | Rodriguez, Atzlan Jose Jesus | Weslaco | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Valid | 2013-11-08 | | 19 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78543 |
| 37873308 | Garcia, Maria Reveca | Weslaco | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Valid | 2013-11-13 | | 33 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78538 |
| 37874850 | Williams, Natasha Lynn | Houston - Winkler | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Invalid | | | 30 | African American | Female | 77017 | Harris | Item | sites/dl/EIC Form Submissions | 77002 |
| 37877573 | Smith, Lela King | | Mobile | 2013-11-06 | Wednesday | Nov | 45 | 2013 | Valid | 2013-11-13 | | 77 | White | Female | 77831 | Grimes | Item | sites/dl/EIC Form Submissions | 77831 |
| 37877460 | Smith, Charles Lynn | | Mobile | 2013-11-06 | Wednesday | Nov | 45 | 2013 | Valid | 2013-11-13 | | 80 | White | Male | 77831 | Grimes | Item | sites/dl/EIC Form Submissions | 77831 |
| 37879048 | Bell, Beverly Dianne | | Mobile | 2013-11-07 | Thursday | Nov | 45 | 2013 | Valid | 2013-11-12 | | 67 | African American | Female | 77021 | Harris | Item | sites/dl/EIC Form Submissions | 77021 |
| 37868506 | Horn, Phyllis Jeanette | Austin - South Congress | DL Office | 2013-11-04 | Monday | Nov | 45 | 2013 | Valid | 2013-11-07 | | 82 | White | Female | 78745 | Travis | Item | sites/dl/EIC Form Submissions | 78735 |
| 37868292 | Murphy, Brian Keith | Austin - South Congress | DL Office | 2013-11-04 | Monday | Nov | 45 | 2013 | Valid | 2013-11-07 | | 51 | African American | Male | 78745 | Travis | Item | sites/dl/EIC Form Submissions | 78723 |
| 37867111 | Reeder, Nancy Ann | | DL Office | 2013-11-04 | Monday | Nov | 45 | 2013 | Valid | 2013-11-07 | | 61 | White | Female | 78574 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| 37880056 | Finley, Ellen Kate | Cleburne | DL Office | 2013-11-07 | Thursday | Nov | 45 | 2013 | Valid | 2013-11-03 | | 21 | White | Female | 76033 | Johnson | Item | sites/dl/EIC Form Submissions | 76058 |
| 37874766 | Mackaly, Jean | Garland | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Valid | 2013-11-13 | | 86 | White | Female | 75043 | Dallas | Item | sites/dl/EIC Form Submissions | 75227 |
| 37896775 | De Los Santos, Manuel | Houston - Winkler | DL Office | 2013-11-14 | Thursday | Nov | 46 | 2013 | Invalid | | | 18 | Hispanic | Male | 77017 | Harris | Item | sites/dl/EIC Form Submissions | 77587 |
| 37923625 | Reynolds, Marquette | Paris | DL Office | 2013-11-22 | Friday | Nov | 47 | 2013 | Valid | 2014-02-05 | 2014-02-05 | 19 | African American | Male | 75460 | Lamar | Item | sites/dl/EIC Form Submissions | 75432 |
| 37923528 | Dickerson, Douglas | Paris | DL Office | 2013-11-22 | Friday | Nov | 47 | 2013 | Valid | 2013-12-18 | 2013-12-18 | 61 | African American | Male | 75460 | Lamar | Item | sites/dl/EIC Form Submissions | 75432 |
| 37912011 | Burton, Joe | Lubbock | DL Office | 2013-11-19 | Tuesday | Nov | 47 | 2013 | Valid | 2013-11-21 | 2013-11-21 | 82 | White | Male | 79401 | Lubbock | Item | sites/dl/EIC Form Submissions | 79346 |
| 38503393 | Sammantha Watson | Austin - Northwest | DL Office | 2014-05-20 | Tuesday | May | 21 | 2014 | Valid | 2014-05-20 | | 27 | White | Female | 78750 | Williamson | Item | sites/dl/EIC Form Submissions | 78731 |
| 38185407 | Anthony Donald Stergar | | Mobile | 2014-02-21 | Friday | Feb | 8 | 2014 | Valid | 2014-02-24 | 2014-02-25 | 70 | White | Male | 76107 | Tarrant | Item | sites/dl/EIC Form Submissions | 76107 |
| 38185925 | Dudley Jerome Feaster | | Mobile | 2014-02-21 | Friday | Feb | 8 | 2014 | Valid | 2014-02-24 | 2014-02-25 | 62 | African American | Male | 76112 | Tarrant | Item | sites/dl/EIC Form Submissions | 76112 |
| 38402136 | Michele Marie Kalva | Galveston | DL Office | 2014-04-21 | Monday | Apr | 17 | 2014 | Valid | 2014-04-21 | 2014-04-23 | 22 | White | Female | 77554 | Galveston | Item | sites/dl/EIC Form Submissions | 77550 |
| 38195844 | Morusty, Douglas Michael | | DL Office | 2014-02-25 | Tuesday | Feb | 9 | 2014 | Valid | 2014-02-27 | 2014-02-27 | 54 | White | Male | 77338 | Harris | Item | sites/dl/EIC Form Submissions | 77338 |
| 38201267 | Perez, Daniel Carrillo | El Paso - Hondo Pass | DL Office | 2014-02-26 | Wednesday | Feb | 9 | 2014 | Valid | 2014-02-26 | | 51 | Hispanic | Male | 79904 | El Paso | Item | sites/dl/EIC Form Submissions | 79924 |
| 38191631 | CONE, JOHN PAUL | Lewisville | DL Office | 2014-02-24 | Monday | Feb | 9 | 2014 | Invalid | 2014-02-26 | | 51 | White | Male | 75067 | Denton | Item | sites/dl/EIC Form Submissions | 75067 |
| 38215995 | ARMSTRONG, JOHN FERRELL | Lufkin | DL Office | 2014-03-03 | Monday | Mar | 10 | 2014 | Valid | 2014-03-03 | 2014-03-05 | 43 | White | Male | 75904 | Angelina | Item | sites/dl/EIC Form Submissions | 75969 |
| 38215959 | SKINNER, JOE EDWARD | Lufkin | DL Office | 2014-03-03 | Monday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-05 | 64 | African American | Male | 75904 | Angelina | Item | sites/dl/EIC Form Submissions | 75969 |
| 38217272 | JENNINGS, KENNETH WAYNE | Lufkin | DL Office | 2014-03-03 | Monday | Mar | 10 | 2014 | Valid | 2014-03-03 | 2014-03-05 | 69 | White | Male | 75904 | Angelina | Item | sites/dl/EIC Form Submissions | 75969 |
| 38218350 | DIVINS, SHERRY RENEE | Lufkin | DL Office | 2014-03-03 | Monday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-05 | 50 | White | Female | 75904 | Angelina | Item | sites/dl/EIC Form Submissions | 75969 |
| 38218509 | SCOGIN, SYBLE CHRISTINE | Lufkin | DL Office | 2014-03-03 | Monday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-05 | 45 | White | Female | 75904 | Angelina | Item | sites/dl/EIC Form Submissions | 75969 |
| 38218490 | JOHNSON, KRISTY RENEE | Lufkin | DL Office | 2014-03-03 | Monday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-06 | 50 | White | Female | 75904 | Angelina | Item | sites/dl/EIC Form Submissions | 75969 |
| 38298423 | CLIFTON, TERRELL DESHAWN DUPREE | Lufkin | DL Office | 2014-03-21 | Friday | Mar | 12 | 2014 | Valid | 2014-03-24 | 2014-03-25 | 19 | African American | Male | 75904 | Angelina | Item | sites/dl/EIC Form Submissions | 75972 |
| 38202941 | HARRIE STELLBERG | Brenham | County Office | 2014-02-26 | Wednesday | Feb | 9 | 2014 | Valid | 2014-02-27 | | 59 | White | Male | 77833 | Washington | Item | sites/dl/EIC Form Submissions | 77418 |
| 38178848 | James Edward Rejino | Leon Valley DL Center | DL Office | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-21 | 2014-02-24 | 30 | Hispanic | Male | 78240 | Bexar | Item | sites/dl/EIC Form Submissions | 78250 |
| 38214495 | Rickey, Rhodes | Edinburg | DL Office | 2014-03-01 | Saturday | Mar | 9 | 2014 | Valid | 2014-03-03 | 2014-03-05 | 56 | White | Male | 78542 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78501 |
| 38186116 | Robert, Blackmer | Rosenberg DL Center | DL Office | 2014-02-22 | Saturday | Feb | 8 | 2014 | Valid | 2014-02-24 | 2014-02-26 | 60 | White | Male | 77471 | Fort Bend | Item | sites/dl/EIC Form Submissions | 77072 |
| 38490434 | John Mark Robbins | Austin - North (Closed) | DL Office | 2014-05-15 | Thursday | May | 20 | 2014 | Valid | 2014-05-16 | 2014-05-19 | 28 | White | Male | 78752 | Travis | Item | sites/dl/EIC Form Submissions | 78702 |
| 38190571 | Julie Anne Howard | Bryan | DL Office | 2014-02-24 | Monday | Feb | 9 | 2014 | Valid | 2014-02-25 | 2014-02-26 | 27 | White | Female | 77802 | Brazos | Item | sites/dl/EIC Form Submissions | 77840 |
| 38221318 | Newton, Joe Jr. | Bryan | DL Office | 2014-03-04 | Tuesday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-06 | 58 | African American | Male | 77802 | Brazos | Item | sites/dl/EIC Form Submissions | 77837 |
| 38465097 | GOOLSBY, LUCILLE | Dallas - Southwest | DL Office | 2014-05-08 | Thursday | May | 19 | 2014 | Valid | 2014-05-08 | 2014-05-16 | 65 | African American | Female | 75237 | Dallas | Item | sites/dl/EIC Form Submissions | 75141 |
| 38377416 | Ryan Wittig | Dallas - East | DL Office | 2014-04-14 | Monday | Apr | 16 | 2014 | Valid | 2014-04-14 | 2014-04-16 | 32 | White | Male | 75218 | Dallas | Item | sites/dl/EIC Form Submissions | 75206 |
| 38351726 | JUAN ALMARAZ | El Paso - Northwest | DL Office | 2014-04-07 | Monday | Apr | 15 | 2014 | Valid | 2014-04-07 | 2014-04-09 | 64 | Hispanic | Male | 79912 | El Paso | Item | sites/dl/EIC Form Submissions | 79821 |
| 38178622 | Delia Rios | | County Office | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-21 | 2014-02-24 | 45 | Hispanic | Female | 78107 | Goliad | Item | sites/dl/EIC Form Submissions | 78107 |
| 38183177 | Boyd, Stephen Lowe | Crane | DL Office | 2014-02-21 | Friday | Feb | 8 | 2014 | Valid | 2014-02-24 | 2014-02-25 | 38 | White | Male | 79731 | Crane | Item | sites/dl/EIC Form Submissions | 79731 |
| 38214026 | Peterson, Pamela Louise | Odessa | DL Office | 2014-02-28 | Friday | Feb | 9 | 2014 | Valid | 2014-03-03 | 2014-03-04 | 53 | African American | Female | 79763 | Ector | Item | sites/dl/EIC Form Submissions | 79763 |
| 38473890 | MORROW, JEFFREY PATTON | Arlington | DL Office | 2014-05-10 | Saturday | May | 19 | 2014 | Valid | 2014-05-12 | 2014-05-16 | 63 | White | Male | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | 76015 |
| 38367754 | MARGARET PATE | Livingston | DL Office | 2014-04-10 | Thursday | Apr | 15 | 2014 | Valid | 2014-04-10 | 2014-04-14 | 74 | White | Female | 77351 | Polk | Item | sites/dl/EIC Form Submissions | 75979 |
| 38179318 | MARIA DANIELA BENAVIDES | Zapata | DL Office | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-21 | 2014-02-24 | 18 | Hispanic | Female | 78076 | Zapata | Item | sites/dl/EIC Form Submissions | 78076 |
| 38179586 | SAN JUANITA JELINA GARCIA | Zapata | DL Office | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-21 | 2014-02-24 | 28 | Hispanic | Female | 78076 | Zapata | Item | sites/dl/EIC Form Submissions | 78067 |
| 38219743 | FRANKIE RICHEY | Baytown | DL Office | 2014-03-04 | Tuesday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-06 | 60 | White | Female | 77520 | Harris | Item | sites/dl/EIC Form Submissions | 77562 |
| 38214380 | DEBORAH GAY CARTER | | Mobile | 2014-02-28 | Friday | Feb | 9 | 2014 | Valid | 2014-03-03 | | 49 | White | Female | 78752 | Travis | Item | sites/dl/EIC Form Submissions | 76656 |
| 38248446 | LEONARDO QUINTERO | Austin - Northwest | DL Office | 2014-03-11 | Tuesday | Mar | 11 | 2014 | Valid | 2014-03-11 | 2014-03-12 | 40 | Hispanic | Male | 78750 | Williamson | Item | sites/dl/EIC Form Submissions | 78758 |
| 38440391 | MERRILL B. POUNDS | Austin - South Congress | DL Office | 2014-05-01 | Thursday | May | 18 | 2014 | Valid | 2014-05-01 | 2014-05-05 | 20 | African American | Male | 78745 | Travis | Item | sites/dl/EIC Form Submissions | 78745 |
| 38205246 | BASS, JAMES DELBERT | Angleton | DL Office | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-28 | | 54 | White | Male | 77515 | Brazoria | Item | sites/dl/EIC Form Submissions | 77422 |
| 38231307 | DOROTHY MAE SCHILL | Weslaco | DL Office | 2014-03-06 | Thursday | Mar | 10 | 2014 | Valid | 2014-03-06 | 2014-03-10 | 101 | White | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | 785996 |
| 38473892 | LIONARDO MENDOZA | Weslaco | DL Office | 2014-05-10 | Saturday | May | 19 | 2014 | Valid | 2014-05-12 | 2014-05-16 | 35 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78579 |
| 38473891 | ANDRES TREJO | Weslaco | DL Office | 2014-05-10 | Saturday | May | 19 | 2014 | Valid | 2014-05-12 | 2014-05-16 | 18 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78579 |
| 38171671 | REINA HARDY | Austin - North (Closed) | DL Office | 2014-02-19 | Wednesday | Feb | 8 | 2014 | Valid | 2014-02-19 | 2014-02-21 | 32 | White | Female | 78703 | Travis | Item | sites/dl/EIC Form Submissions | 78703 |
| 38133023 | CASTILLO, GRACIELA MARIE | Alice | DL Office | 2014-02-06 | Thursday | Feb | 6 | 2014 | Valid | 2014-02-10 | 2014-02-11 | 37 | Hispanic | Female | 78332 | Jim Wells | Item | sites/dl/EIC Form Submissions | 78384 |
| 38168817 | MORGAN, WALTER JIM | Alice | DL Office | 2014-02-18 | Tuesday | Feb | 8 | 2014 | Valid | 2014-02-19 | 2014-02-20 | 55 | Hispanic | Male | 78332 | Jim Wells | Item | sites/dl/EIC Form Submissions | 78357 |
| 38168843 | RAMIREZ,RAMIRO JR | Alice | DL Office | 2014-02-18 | Tuesday | Feb | 8 | 2014 | Valid | 2014-02-19 | 2014-02-20 | 53 | Hispanic | Male | 78332 | Jim Wells | Item | sites/dl/EIC Form Submissions | 78357 |
| 38183721 | MALDONADO,NOE | | County Office | 2014-02-21 | Friday | Feb | 8 | 2014 | Valid | 2014-02-24 | 2014-02-25 | 44 | Hispanic | Male | 78384 | Duval | Item | sites/dl/EIC Form Submissions | 78384 |
| 38191917 | TREVINO,ARNOLDO OLIPO | | County Office | 2014-02-24 | Monday | Feb | 9 | 2014 | Valid | 2014-02-25 | 2014-02-26 | 48 | Hispanic | Male | 78357 | Duval | Item | sites/dl/EIC Form Submissions | 78357 |
| 38202664 | PEREZ,NORMA LINDA | | County Office | 2014-02-26 | Wednesday | Feb | 9 | 2014 | Valid | 2014-02-27 | | 45 | Hispanic | Female | 78384 | Duval | Item | sites/dl/EIC Form Submissions | 78357 |
| 38209099 | RAMIREZ, ISRAEL | | County Office | 2014-02-28 | Friday | Feb | 9 | 2014 | Valid | 2014-02-28 | | 49 | Hispanic | Male | 78384 | Duval | Item | sites/dl/EIC Form Submissions | 78384 |
| 38214420 | RANGEL,LYDIA GARZA | | County Office | 2014-02-28 | Friday | Feb | 9 | 2014 | Valid | 2014-03-03 | | 84 | Hispanic | Female | 78384 | Duval | Item | sites/dl/EIC Form Submissions | 78357 |
| 38228559 | BROWN,SHANNON PAIGE | | County Office | 2014-03-05 | Wednesday | Mar | 10 | 2014 | Valid | 2014-03-06 | 2014-03-06 | 21 | White | Female | 78385 | Kenedy | Item | sites/dl/EIC Form Submissions | 78385 |
| 38219850 | LEOPOLDO RAMIREZ | Laredo | DL Office | 2014-03-04 | Tuesday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-06 | 61 | Hispanic | Male | 78043 | Webb | Item | sites/dl/EIC Form Submissions | 78040 |
| 38178154 | TORRES, WENYI CASSANDRA | Weslaco | DL Office | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-20 | 2014-02-24 | 21 | Hispanic | Female | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78596 |
| 38214483 | Ralph Mcelroy | Arlington | DL Office | 2014-03-01 | Saturday | Mar | 9 | 2014 | Invalid | 2014-03-03 | | 82 | White | Male | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | 76013 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38139036 | JASON MATTHEW ISON | Houston -Grant Road | DL Office | 2014-02-08 | Saturday | Feb | 6 | 2014 | Invalid | 2014-02-10 | | 40 | White | Male | 77070 | Harris | Item | sites/dl/EIC Form Submissions | 77086 |
| 38220754 | RODRIGUEZ, MONICA NICOLE | Eagle Pass | DL Office | 2014-03-04 | Tuesday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-06 | 18 | Hispanic | Female | 78852 | Maverick | Item | sites/dl/EIC Form Submissions | 78852 |
| 38207102 | krumm, philip | San Antonio - Babcock | DL Office | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-27 | | 72 | White | Male | 78201 | Bexar | Item | sites/dl/EIC Form Submissions | 78201 |
| 38163275 | Berg, Jordan Sierra | Cedar Hill | DL Office | 2014-02-15 | Saturday | Feb | 7 | 2014 | Valid | 2014-02-18 | 2014-02-20 | 18 | White | Female | 75104 | Dallas | Item | sites/dl/EIC Form Submissions | 75146 |
| 38186117 | Matthew Mazzei | Dallas - East | DL Office | 2014-02-22 | Saturday | Feb | 8 | 2014 | Valid | 2014-02-24 | 2014-02-26 | 27 | White | Male | 75218 | Dallas | Item | sites/dl/EIC Form Submissions | 75201 |
| 38203829 | Herman Weaver | Irving | DL Office | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-27 | | 75 | White | Male | 75060 | Dallas | Item | sites/dl/EIC Form Submissions | 75061 |
| 38179798 | Martin Olivarez | | Mobile | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-21 | 2014-02-25 | 49 | Hispanic | Male | 78353 | Brooks | Item | sites/dl/EIC Form Submissions | 78353 |
| 38186114 | RUBEN CAMPOS | Corpus Christi | DL Office | 2014-02-24 | Monday | Feb | 9 | 2014 | Valid | 2014-02-25 | 2014-02-26 | 18 | Hispanic | Male | 78416 | Nueces | Item | sites/dl/EIC Form Submissions | 78355 |
| 38186113 | HECTOR VIDAL HERNANDEZ | | Mobile | 2014-02-24 | Monday | Feb | 9 | 2014 | Valid | 2014-02-25 | 2014-02-26 | 27 | Hispanic | Male | 78355 | Brooks | Item | sites/dl/EIC Form Submissions | 78355 |
| 38152008 | JESUS BUSTAMANTE GOMEZ | | Mobile | 2014-02-12 | Wednesday | Feb | 7 | 2014 | Valid | 2014-02-12 | 2014-02-14 | 36 | Hispanic | Male | 78019 | LaSalle | Item | sites/dl/EIC Form Submissions | 78019 |
| 38151904 | GILBERTO B GOMEZ JR | | Mobile | 2014-02-12 | Wednesday | Feb | 7 | 2014 | Valid | 2014-02-13 | | 45 | Hispanic | Male | 78019 | LaSalle | Item | sites/dl/EIC Form Submissions | 78019 |
| 38201902 | ROSE MARIE TORRES | | Mobile | 2014-02-26 | Wednesday | Feb | 9 | 2014 | Valid | 2014-02-26 | | 28 | Hispanic | Female | 78361 | Jim Hogg | Item | sites/dl/EIC Form Submissions | 78361 |
| 38201981 | DIEGO MONTALVO | | Mobile | 2014-02-26 | Wednesday | Feb | 9 | 2014 | Valid | 2014-02-26 | | 38 | White | Male | 78361 | Jim Hogg | Item | sites/dl/EIC Form Submissions | 78361 |
| 38202118 | MARICELA GUARDIAN | | Mobile | 2014-02-26 | Wednesday | Feb | 9 | 2014 | Valid | 2014-02-26 | | 54 | Hispanic | Female | 78361 | Jim Hogg | Item | sites/dl/EIC Form Submissions | 78361 |
| 38202064 | JOSE LUIS GUTIERREZ | | Mobile | 2014-02-26 | Wednesday | Feb | 9 | 2014 | Valid | 2014-02-26 | 2014-03-04 | 56 | Hispanic | Male | 78361 | Jim Hogg | Item | sites/dl/EIC Form Submissions | 78361 |
| 38207862 | CLARISSA JIMENEZ | Laredo | DL Office | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-27 | | 18 | Hispanic | Female | 78043 | Webb | Item | sites/dl/EIC Form Submissions | 78043 |
| 38207536 | TERRY JOSE VILLANUEVA | | Mobile | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-28 | | 18 | White | Male | 78361 | Jim Hogg | Item | sites/dl/EIC Form Submissions | 78361 |
| 38207943 | monica e segovia | | Mobile | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-28 | | 37 | Hispanic | Female | 78361 | Jim Hogg | Item | sites/dl/EIC Form Submissions | 78361 |
| 38207642 | maria amelia vela | | Mobile | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-28 | | 64 | Hispanic | Female | 78361 | Jim Hogg | Item | sites/dl/EIC Form Submissions | 78361 |
| 38207775 | norma vela | | Mobile | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-28 | | 65 | Hispanic | Female | 78361 | Jim Hogg | Item | sites/dl/EIC Form Submissions | 78361 |
| 38207883 | RAFAELA SALAZAR | | Mobile | 2014-02-27 | Thursday | Feb | 9 | 2014 | Valid | 2014-02-28 | 2014-03-05 | 91 | Hispanic | Female | 78361 | Jim Hogg | Item | sites/dl/EIC Form Submissions | 78361 |
| 38461503 | FLORENCE ANN HIGHSMITH | | County Office | 2014-05-07 | Wednesday | May | 19 | 2014 | Valid | 2014-05-07 | | 88 | White | Female | 78014 | LaSalle | Item | sites/dl/EIC Form Submissions | 78014 |
| 38134530 | Dunham, Steve Edward | Edinburg | DL Office | 2014-02-06 | Thursday | Feb | 6 | 2014 | Valid | 2014-02-10 | 2014-02-12 | 59 | White | Male | 78542 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78539 |
| 38158896 | WARNER, CHARLOTTE KEY | Humble | DL Office | 2014-02-14 | Friday | Feb | 7 | 2014 | Valid | 2014-02-14 | | 57 | White | Female | 77338 | Harris | Item | sites/dl/EIC Form Submissions | 77575 |
| 38210708 | CHRISTIAN HERNANDEZ | Mission | DL Office | 2014-02-28 | Friday | Feb | 9 | 2014 | Valid | 2014-02-28 | | 21 | Hispanic | Male | 78572 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78572 |
| 38174136 | DOROTHY OSHMAN | | Mobile | 2014-02-19 | Wednesday | Feb | 8 | 2014 | Valid | 2014-02-20 | 2014-02-26 | 92 | White | Female | 78401 | Nueces | Item | sites/dl/EIC Form Submissions | 78401 |
| 38216538 | Daube, Briana Marie | Austin - South Congress | DL Office | 2014-03-03 | Monday | Mar | 10 | 2014 | Valid | 2014-03-03 | 2014-03-05 | 20 | White | Female | 78745 | Travis | Item | sites/dl/EIC Form Submissions | 78744 |
| 38174171 | SABRA WOODS | | Mobile | 2014-02-19 | Wednesday | Feb | 8 | 2014 | Valid | 2014-02-20 | 2014-02-21 | 41 | African American | Female | 75862 | Trinity | Item | sites/dl/EIC Form Submissions | 75862 |
| 38179788 | Harris, Eugene | | Mobile | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-21 | 2014-02-26 | 50 | African American | Male | 75862 | Trinity | Item | sites/dl/EIC Form Submissions | 75862 |
| 38179793 | CHISOLM, SHERRY | Spring DL Center | Mobile | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-21 | 2014-02-24 | 56 | African American | Female | 77379 | Harris | Item | sites/dl/EIC Form Submissions | 75862 |
| 38170873 | MCCOWAN, GERRY TYREE | Waxahachie | DL Office | 2014-02-19 | Wednesday | Feb | 8 | 2014 | Valid | 2014-02-19 | 2014-02-21 | 53 | African American | Male | 75165 | Ellis | Item | sites/dl/EIC Form Submissions | 75165 |
| 38171536 | PEARLIE MAE MASON BRANCH | Waxahachie | DL Office | 2014-02-19 | Wednesday | Feb | 8 | 2014 | Valid | 2014-02-19 | 2014-02-24 | 58 | African American | Female | 75165 | Ellis | Item | sites/dl/EIC Form Submissions | 75165 |
| 38201917 | GLENNA RAE LASATER | Breckenridge | DL Office | 2014-02-26 | Wednesday | Feb | 9 | 2014 | Valid | 2014-02-26 | | 80 | White | Female | 76424 | Stephens | Item | sites/dl/EIC Form Submissions | 76424 |
| 38112171 | Thomas Hollis Godfrey | | Mobile | 2014-01-30 | Thursday | Jan | 5 | 2014 | Valid | 2014-02-03 | 2014-02-03 | 83 | White | Male | 00000 | Grimes | Item | sites/dl/EIC Form Submissions | 77830 |
| 38488775 | Michelle Danielle Schlau | Tyler | DL Office | 2014-05-15 | Thursday | May | 20 | 2014 | Valid | 2014-05-16 | 2014-05-19 | 34 | White | Female | 75707 | Smith | Item | sites/dl/EIC Form Submissions | 75792 |
| 38163274 | JOSEPHINE JOHNSTON SMITH | Hurst | DL Office | 2014-02-15 | Saturday | Feb | 7 | 2014 | Valid | 2014-02-18 | 2014-02-26 | 91 | White | Female | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | 76180 |
| 38196944 | Shelia Howard | Leon Valley DL Center | Mobile | 2014-02-25 | Tuesday | Feb | 9 | 2014 | Valid | 2014-02-26 | 2014-02-27 | 52 | African American | Female | 78240 | Bexar | Item | sites/dl/EIC Form Submissions | 78218 |
| 38453337 | Samuel Leonel Aviles | Grand Prairie | DL Office | 2014-05-05 | Monday | May | 19 | 2014 | Valid | 2014-05-07 | 2014-05-07 | 18 | Hispanic | Male | 75051 | Dallas | Item | sites/dl/EIC Form Submissions | 75052 |
| 38176411 | Cowart, Ada Bernice | San Antonio Pat Booker | DL Office | 2014-02-20 | Thursday | Feb | 8 | 2014 | Valid | 2014-02-21 | 2014-02-24 | 90 | White | Female | 78148 | Bexar | Item | sites/dl/EIC Form Submissions | 78232 |
| 38220725 | Rodriguez, Sydney Dakota | Eagle Pass | DL Office | 2014-03-04 | Tuesday | Mar | 10 | 2014 | Valid | 2014-03-04 | 2014-03-06 | 18 | Hispanic | Female | 78852 | Maverick | Item | sites/dl/EIC Form Submissions | 78852 |

| Name | Modified | Modified By | Office |
|------|----------|-------------|--------|
| aj161052014-04-29T16_10_27.xml | 4/29/2014 16:10 | Jaime, Anna | Crystal City |
| at072482014-04-24T17_58_44.xml | 4/24/2014 17:58 | Torres, Alejandro | El Paso - Gateway |
| dj089672014-04-24T12_59_06.xml | 4/24/2014 12:59 | Jennings, Debbie | Waco |
| jg096362014-04-24T11_44_16.xml | 4/24/2014 11:44 | Garcia, Joseph | Waco |
| mg007622014-04-29T11_07_51.xml | 4/29/2014 11:07 | Guerra, Margarita | Weslaco |
| se077942014-04-29T17_38_39.xml | 4/29/2014 17:38 | Edwards, Sheila | El Paso - Gateway |

| Region | County |
|--------|----------|
| 3 | Zavala |
| 4 | El Paso |
| 6B | McLennan |
| 6B | McLennan |
| 3 | Hidalgo |
| 4 | El Paso |

| Summary |
| --- |
| SERGIO SIFUENTEZ CAME INTO THE OFFICE AND  WANTED TO APPLY FOR AN EIC. I WENT OVER THE R |
| Customer came into the office wanting an Election Certificate.  Customer did not meet ID Policy.  Cus |
| Customer wanted information |
| Zavier Charvie Deandre Strother, DOB 07-09-1995; Wanted EIC for general identification use; was ad |
| CUSTOMER LOST HER ID THAT HAD AN INDEF.EXP.DATE.  SHE WAS INFORMED SHE COULD APPLY FO |
| Customer came into the office to inquire about getting an EIC as a second form of  identification.  He |

| Inquiry Description | Zip Code | Area | Item Type | Path |
|---|---|---|---|---|
| Had other form of ID | 78839 | DL Office | Item | sites/dl/EIC Inquiry Form |
| Doesn't meet ID Policy | 79915 | DL Office | Item | sites/dl/EIC Inquiry Form |
| General Information | 76705 | DL Office | Item | sites/dl/EIC Inquiry Form |
| General Information | 76705 | DL Office | Item | sites/dl/EIC Inquiry Form |
| Had other form of ID | 78596 | DL Office | Item | sites/dl/EIC Inquiry Form |
| Had other form of ID | 79915 | DL Office | Item | sites/dl/EIC Inquiry Form |

| Week Number | Date |
|---:|---|
| 18 | 4/29/14 |
| 17 | 4/24/14 |
| 17 | 4/24/14 |
| 17 | 4/24/14 |
| 18 | 4/29/14 |
| 18 | 4/28/14 |

| Name | Modified | Modified By | EIC Number | Name Of Applicant | Location Issued | Type Of Station | Application Date | Day of Week | Month | Week | Year | Issuance Status | LRS Validation Date | Age | Race | Sex | Zip Code | County | Item Type | Path | plicant Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| am150902014-03-01T12_08_31.xml | 3/3/14 | Vasquez, Esther | 38214497 | TROTTER, VERA | Dallas - Southwest | DL Office | 2014-03-01 | Saturday | Mar | 9 | 2014 | Invalid | 2014-03-03 | 73 | African American | Female | 75237 | Dallas | Item | sites/dl/EIC Form Submissions | 75212 |
| cf003172014-02-11T13_09_46.xml | 2/18/14 | Fowler, Cynthia (LRS) | 37703621 | Jernigan,Donna Belle | Hurst | DL Office | 2014-02-10 | Monday | Feb | 7 | 2014 | Invalid | 2014-02-18 | 82 | White | Female | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | 76021 |
| cf003172014-02-18T14_33_49.xml | 2/19/14 | Daughtry, Lisa | 37875039 | Williams, James Obadiah | Arlington | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Invalid | 2013-11-14 | 44 | African American | Male | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | 76012 |
| cf003172014-02-18T15_26_38.xml | 2/18/14 | Fowler, Cynthia (LRS) | 37703621 | Jernigan, Donna Belle | Hurst | DL Office | 2013-09-12 | Thursday | Sep | 37 | 2013 | Invalid | | 82 | White | Female | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| cf003172014-02-25T17_12_49.xml | 3/11/14 | Petersen, Dain | 38073940 | Hoffman, Claire Graeber | Garland | DL Office | 2014-01-17 | Friday | Jan | 3 | 2014 | Invalid | 2014-01-17 | 93 | White | Female | 75043 | Dallas | Item | sites/dl/EIC Form Submissions | 75251 |
| dp141342014-02-05T08_01_16.xml | 2/5/14 | Petersen, Dain | 37710873 | Delgado, Monica | Dallas - Southwest | DL Office | 2013-09-14 | Saturday | Sep | 37 | 2013 | Invalid | | 18 | Hispanic | Female | 75237 | Dallas | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T10_46_40.xml | 2/5/14 | Petersen, Dain | 37798305 | Tucker, Joyce Elaine | Garland | DL Office | 2013-10-10 | Thursday | Oct | 41 | 2013 | Invalid | | 59 | African American | Female | 75043 | Dallas | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T11_06_57.xml | 2/5/14 | Petersen, Dain | 37803354 | Salinas, Raymundo | Mobile | | 2013-10-11 | Friday | Oct | 41 | 2013 | Invalid | | 42 | Hispanic | Male | 78043 | Webb | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T11_40_50.xml | 2/6/14 | Petersen, Dain | 37808160 | Taylor, Jack Lamar | Hurst | DL Office | 2013-10-15 | Tuesday | Oct | 42 | 2013 | Invalid | | 18 | African American | Male | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T11_54_37.xml | 2/5/14 | Petersen, Dain | 37817364 | Tillman, Adrienne Bernadette | Mobile | | 2013-10-17 | Thursday | Oct | 42 | 2013 | Invalid | | 31 | African American | Female | 77096 | Harris | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T14_48_11.xml | 2/25/14 | Petersen, Dain | 37833298 | Gonzalez, Juan | Weslaco | DL Office | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Invalid | | 66 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T15_15_43.xml | 2/5/14 | Petersen, Dain | 37844945 | Hornsberry, Nicholas, Lawrence | Austin - South Congress | DL Office | 2013-10-26 | Saturday | Oct | 43 | 2013 | Invalid | | 24 | African American | Male | 78745 | Travis | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-06T07_59_10.xml | 2/6/14 | Petersen, Dain | 37866685 | Mendoza, Juana Veronica | Pflugerville DL Center | DL Office | 2013-11-02 | Saturday | Nov | 44 | 2013 | Invalid | | 34 | Hispanic | Female | 78660 | Travis | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-06T08_15_35.xml | 3/11/14 | Petersen, Dain | 37833447 | Garcia, Daniel | Weslaco | DL Office | 2013-11-04 | Monday | Nov | 45 | 2013 | Invalid | | 61 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-06T08_20_05.xml | 3/11/14 | Petersen, Dain | 37874850 | Williams, Natasha Lynn | Houston - Winkler | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Invalid | | 30 | African American | Female | 77017 | Harris | Item | sites/dl/EIC Form Submissions | 77002 |
| dp141342014-02-06T08_31_40.xml | 3/11/14 | Petersen, Dain | 37896775 | De Los Santos, Manuel | Houston - Winkler | DL Office | 2013-11-14 | Thursday | Nov | 46 | 2013 | Invalid | | 18 | Hispanic | Male | 77017 | Harris | Item | sites/dl/EIC Form Submissions | 77587 |
| fa062762014-02-26T12_18_31.xml | 3/6/14 | Fowler, Cynthia (LRS) | 38191631 | CONE, JOHN PAUL | Lewisville | DL Office | 2014-02-24 | Monday | Feb | 9 | 2014 | Invalid | 2014-02-26 | 51 | White | Male | 75067 | Denton | Item | sites/dl/EIC Form Submissions | 75067 |
| NM160062014-03-01T10_31_50.xml | 3/6/14 | Vasquez, Esther | 38214483 | Ralph Mcelroy | Arlington | DL Office | 2014-03-01 | Saturday | Mar | 9 | 2014 | Invalid | 2014-03-03 | 82 | White | Male | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | 76013 |
| nw006482014-02-08T13_41_43.xml | 3/3/14 | Vasquez, Esther | 38139036 | JASON MATTHEW ISON | Houston -Grant Road | DL Office | 2014-02-08 | Saturday | Feb | 6 | 2014 | Invalid | 2014-02-10 | 40 | White | Male | 77070 | Harris | Item | sites/dl/EIC Form Submissions | 77086 |

**County Service Authorization Dates**

| County | Date Authorized | Date Ended |
|---|---|---|
| San Augustine | 10/14/2013 | N/A |
| Jim Hogg | 10/14/2013 | N/A |
| Hansford | 10/14/2013 | N/A |
| Austin | 10/17/2013 | N/A |
| Robertson | 10/17/2013 | N/A |
| Newton | 10/17/2013 | N/A |
| Menard | 10/17/2013 | N/A |
| Schleicher | 10/17/2013 | N/A |
| King | 10/17/2013 | N/A |
| Oldham | 10/17/2013 | N/A |
| Fayette | 10/17/2013 | N/A |
| Frio | 10/17/2013 | N/A |
| Delta | 10/21/2013 | N/A |
| Duval | 10/21/2013 | N/A |
| Lynn | 10/21/2013 | N/A |
| Marion | 10/22/2013 | N/A |
| Terrell | 10/22/2013 | N/A |
| Cottle | 10/22/2013 | N/A |
| Lipscomb | 10/22/2013 | N/A |
| Sherman | 10/22/2013 | N/A |
| Grimes | 10/24/2013 | N/A |
| Dimmit | 10/24/2013 | N/A |
| Irion | 10/24/2013 | N/A |
| Kent | 10/24/2013 | N/A |
| Caldwell | 10/24/2013 | N/A |
| San Jacinto | 10/25/2013 | N/A |
| Willacy | 10/25/2013 | N/A |
| Throckmorton | 10/25/2013 | N/A |
| Madison | 10/28/2013 | N/A |
| Trinity | 10/28/2013 | N/A |
| Refugio | 10/28/2013 | N/A |
| Hall | 10/28/2013 | N/A |
| Shackelford | 10/28/2013 | N/A |
| Kenedy | 11/18/2013 | N/A |
| Kinney | 2/4/2014 | N/A |
| Franklin | 2/11/2014 | N/A |
| Aransas | 2/11/2014 | N/A |
| Coke | 2/11/2014 | N/A |
| Loving | 2/11/2014 | N/A |
| Goliad | 2/11/2014 | N/A |
| Karnes | 2/11/2014 | N/A |
| Camp | 2/13/2014 | N/A |
| Somervell | 2/13/2014 | N/A |
| Edwards | 2/18/2014 | N/A |
| Borden | 2/18/2014 | N/A |

PL1053
9/2/2014
2:13-cv-000193

| | | |
|---|---|---|
| Jeff Davis | 2/18/2014 | N/A |
| La Salle | 2/21/2014 | N/A |
| Jackson | 2/21/2014 | N/A |
| McMullen | 2/24/2014 | N/A |
| Cochran | 2/24/2014 | N/A |
| Crockett | 2/27/2014 | N/A |
| Bandera | 3/31/2014 | N/A |
| Sterling | 4/14/2014 | N/A |
| Jack | 4/14/2014 | N/A |
| Upton | 5/8/2014 | N/A |

## Coleman Bazelon
### Principal

| Washington, D.C. | +1.202.955.5050 | Coleman.Bazelon@brattle.com |

**Dr. Coleman Bazelon** is a principal in the Washington, DC office of *The Brattle Group*. He is an expert in regulation, strategy and valuation in the wireless, wireline, and video sectors. He has consulted and testified on behalf of clients in numerous telecommunications matters, ranging from wireless license auctions, spectrum management, and competition policy, to patent infringement, business valuation, and broadband deployment.

Dr. Bazelon frequently advises regulatory and legislative bodies, including the U.S. Federal Communications Commission and the U.S. Congress. He also has expertise in the federal government's use of discount rates for policy and regulatory analysis, intellectual property valuation, economic impact analysis, and antitrust and damages analysis.

Throughout his career, Dr. Bazelon has had extensive experience with spectrum license auctions. He advises on and evaluates numerous auction designs and regularly serves as an auction advisor for bidders in spectrum license auctions.

Prior to joining *Brattle*, Dr. Bazelon was a vice president with Analysis Group, an economic and strategy consulting firm. During that time, he expanded the firm's telecommunications practice area. He also served as a principal analyst in the Microeconomic and Financial Studies Division of the Congressional Budget Office where he researched reforms of radio spectrum management; estimated the budgetary and private sector impacts of spectrum-related legislative proposals; and advised on auction design and privatization issues for all research at the CBO.

### SELECTED CONSULTING PROJECTS
#### Litigation

- Estimated racial impact of voter ID law in Texas.
- Assessed Domestic Industry requirement in ITC 337 case involving mobile location patents.
- Evaluated damages in the applications market.
- Assessed allocation theories in an international bankruptcy.
- Evaluated damages from a programming contract termination.
- Evaluated damages from allegations of reputational harm in gaming equipment market.
- Evaluated damages from non-working wireless network equipment.
- Assessed Domestic Industry requirement in ITC 337 case involving wireless equipment patents.
- Assessed commercial viability of full text searching of books business model.
- Assessed Domestic Industry requirement in ITC 337 case involving portable storage device patents.



1

Coleman Bazelon

- Estimated value of satellite assets in bankruptcy.
- Estimated damages from denial of pole attachments.
- Provided written testimony evaluating the performance of a numbering resource administrator.
- Provided written testimony on the ability to estimate damages for a class of satellite phone users.
- Provided written testimony on the economic value of Rights-of-Ways in Massachusetts.
- Estimated damages for a broadcast tower permit revocation.
- Provided oral testimony on the proprietary nature of specific information contained in a statewide public safety network bid.
- Provided written testimony on economic value associated with items provided in a labor neutrality agreement.
- Estimated damages associated with USF and other telephone taxes paid by a calling card reseller.
- Assessed the damages associated with the infringement of patents related to VoIP technology and the likely impact of a permanent injunction.
- Estimated recoverable data costs for two pesticides.
- Estimated cost of delay in granting local cable franchise.
- Analyzed the economic underpinnings of an exclusivity clause of a mobile phone affiliation agreement.
- Assessed commonality issues of physicians for class certification of RICO action against a set of health insurance companies.
- Estimated "Loss of Use" damages for a severed fibre optic cable.
- Provided written testimony estimating the value of a surety bond in a contract dispute involving toll free phone numbers used in an enhanced service application.
- Assessed damages associated with infringement of patents used to provide Voice over Internet Protocol (VoIP).
- Assessed basis for guidance of a large telecommunications firm in a 10-b securities litigation.
- Valued digital television radio spectrum in St. Louis in the pre-litigation phase of a breach of contract dispute.
- Estimated damages in a breach of contract case involving the sale of a fibre optic network.
- Researched the basis for generally optimistic forecasts of broadband deployment in the later 1990s and early 2000s in an anti-trust litigation.
- Researched the basis for generally optimistic beliefs about the telecommunications sector .in the late 1990s in a 10-b securities litigation.
- Assessed the market for Competitive Local Exchange Carriers in an SEC fraud case.
- Assessed a bankruptcy sale proposal for a national tier 1 broadband backbone provider.
- Examined the business case asserted for a small wireless reseller in a breach of contract litigation.
- Assessed damages associated with infringement of patents used in DNA fingerprinting applications.



Coleman Bazelon

- Assessed changes in contributions to the Cable Royalty Fund on behalf of Sports Claimants in a Copyright Arbitration Royalty Panel (CARP) proceeding.
- Assessed the capital adequacy of the U.S. branch of a foreign bank.

## Regulatory Proceedings

- Assessed market power in Canadian wireless market.
- Provided testimony in prison phone rate proceeding.
- Estimated economic impact of LNP on RLECs.
- Assessed relevance of U.S. UNE-L experience for New Zealand benchmarking proceeding.
- Authored analysis of harm from revoking LightSquared's ATC authorization.
- Estimated value of pairing Upper 700 MHz A Block with public safety.
- Estimated impact of increased regulatory uncertainty on spectrum value.
- Estimated value of government provision of GPS service to private industry.
- Coauthored analysis of feasibility of reallocating broadcast television through the use of incentive auctions.
- Analyzed impact on spectrum value of pairing AWS III spectrum.
- Coauthored analysis of the merits of licensed versus unlicensed allocation of the TV White Spaces.
- Estimated the value of TV White Spaces.
- Provided written testimony on the economic harm of using proprietary information in retention marketing.
- Provided written testimony on the economics of pole attachment rates.
- Estimated the value of the PCS H-Block spectrum band.
- Estimated the economic impact of ITC Exclusion Order on cell phone handsets.
- Authored several reports on the 700 MHz auction rules.
- Analyzed the relationship between the size of cable systems and the economics of the programming market.
- Presented analysis on pricing differentials in overlapping cable markets.
- Assessed proposed regulation of mobile phone roaming rates.
- Analyzed impact of local franchise requirements on competition in the video marketplace.
- Developed and assessed Indian spectrum management proposals.
- Analyzed economic ramifications of à la carte cable channel pricing on consumers and the cable and television programming industries.
- Examined the relative merits of licensed versus unlicensed radio spectrum and the effects of "underlay" licenses on existing commercial licensees.
- Examined federalism issues related to mobile telephony regulation.
- Examined and refuted arguments suggesting that the California Telecommunications Consumer Bill of Rights was an appropriate response to market failures.



Coleman Bazelon

- Assessed the impact on consumers of California's Telecommunications Consumer Bill of Rights proposal.
- Provided written testimony refuting analysis purporting to show a positive relationship between UNE-P and telecom network investment.
- Provided written testimony examining the effects of unbundling regulations on capital spending in the telecommunications sector.
- Estimated the adjustment to the TELRIC pricing formula to account for irreversible investment in the local telephone network.
- Examined the impact of irreversible investments in the local telephone network on the TELRIC pricing methodology.
- Assessed the degree of market overlap of two food service firms for purposes of merger review.
- Provided written testimony that assessed the validity of an analysis of the costs of a DTV tuner mandate.
- Provided written testimony of a forecast of toll free number demand for the toll free number administrator, SMS/800, in a rate case proceeding.

**Other**
- Advised bidder in Canadian 700 MHz auction.
- Evaluated performance of TV stations when repacked in an Incentive Auction.
- Analyzed differences in U.S. and European wireless markets.
- Assessed business case and value of HF license holder.
- Analyzed likely auction outcomes for TV broadcaster participating in incentive auction.
- Assessed value of commercial mobile spectrum bands.
- Analyzed economic impacts of the commercial casino industry.
- Evaluated impact of digitization on copyright industries.
- Analyzed economic and employment effects of Dutch gas hub.
- Advised bidder in Indian 3G spectrum license auction.
- Estimated economic and employment effects of network neutrality regulation.
- Analyzed relative costs of wireless and wireline deployments in rural areas.
- Analyzed potential harms from Internet gambling.
- Estimated economic value of reallocating TV spectrum for wireless broadband.
- Estimated economic and employment effects of electric power transmission construction in support of new wind generation facilities.
- Estimated economic and employment effects of broadband stimulus grant applications.
- Estimated employment effects of an ATC-mobile satellite network deployment.
- Analyzed the impact of reducing international mobile phone roaming charges.
- Developed an auction platform for an electricity procurement auction.
- Analyzed the economic impacts of reduced mobile phone taxes in Africa and the Middle East.
- Evaluated the impact of reducing ethanol requirements on gasoline prices.
- Analyzed FRAND licensing requirements for intellectual property in the DTV standard.



### Coleman Bazelon

- Advised bidder in Canadian AWS spectrum license auction.
- Advised bidder in FCC 700 MHz spectrum license auction.
- Evaluated a business plan for proposed dam removals.
- Assessed a business plan involving the WiMAX market.
- Estimated the value of a portfolio of spectrum licenses.
- Assessed the budgetary impacts of legislation to license TV white spaces.
- Analyzed the economics of the military's build versus buy decision for broadband satellite communications capacity.
- Advised bidder in FCC AWS spectrum license auction.
- Provided framework to estimate impact of the effect of designation of TV white spaces as unlicensed on 700 MHz auction receipts.
- Analyzed Universal Service Fund expenditures.
- Analyzed cable franchising requirements.
- Valued proposals to re-band the Upper 700 MHz Band of radio spectrum.
- Analyzed proposed accelerated digital television transition impacts on society and the federal budget.
- Coauthored a report on the value of a portfolio of patents used to provide Voice over Internet Protocol (VoIP).
- Coauthored a report to the U.S. Chamber of Commerce on the economic effects of telecommunications deregulation.
- Assessed the business cases for IRU swaps of a large international fibre optic network owner.
- Examined the effects of unbundling regulations on broadband penetration internationally.



## TESTIMONY AND DECLARATIONS

"Reply Report of Coleman Bazelon, Ph.D.," On Behalf of Plaintiff-Intervenors Texas League of Young Voters Education Fund and Imani Clark, United States District Court for the Southern District of Texas Corpus Christi Division, Civ. No. 2:13-cv-193 (NGR), August 15, 2014.

"Expert Report of Coleman Bazelon, Ph.D.," In the Matter of the Texas League of Young Voters Education Fund and Imani Clark v. State of Texas, Nandita Berry, in her official capacity as Texas Secretary of State; and Steve McGraw, in his official capacity as Director of the Texas Department of Public Safety, United States District Court for the Southern District of Texas Corpus Christi Division, Civ. No. 2:13-cv-00263, June 27, 2014.

"Rebuttal Expert Report of Coleman Bazelon, Ph.D.," In the Matter of the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, As Amended, and in the Matter of a Plan of Compromise or Arrangement of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 (KG), February 28, 2014.

"Supplemental Expert Report of Coleman Bazelon, Ph.D.," In the Matter of Sky Angel U.S., LLC, against Discovery Communications, LLC, Animal Planet, LLC, United States District Court for the District of Maryland, Case No. 8:13-cv-00031-DKC, January 31, 2014.

"Expert Report of Coleman Bazelon, Ph.D.," In the Matter of the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, As Amended, and in the Matter of a Plan of Compromise or Arrangement of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 (KG), January 24, 2014.

"Expert Report of Coleman Bazelon, Ph.D.," In the Matter of Sky Angel U.S., LLC, against Discovery Communications, LLC, Animal Planet, LLC, United States District Court for the District of Maryland, Case No. 8:13-cv-00031-DKC, December 6, 2013.

"Expert Report of Coleman Bazelon, Ph.D. and Armando Levy, Ph.D," In the Matter of LT Game International Ltd., against Shuffle Master, Inc., United States District Court for the District of Nevada, Case No. 2:12-cv-01216-JAD-GWF, October 4, 2013.

"Expert Report of Coleman Bazelon, Ph.D.," In the Matter of Certain Electronic Devices, Including Wireless Communications Devices, Tablet Computers, Media Players, and Televisions, and Components Thereof, United States International Trade Commission, Investigation No. 337-TA-862 (Judge Shaw), July 5, 2013.



"Declaration of Coleman Bazelon" In the Matter of PTA-FLA, Inc, Daredevil, Inc., NTCH-WEST TENN., Inc., NTCH-WA, Inc., and Eric Steinmann against ZTE Corporation, and ZTE USA, Inc. Florida Arbitration, Case No.: 50-494-T-00665-11, February 26, 2013.

"Rebuttal Testimony of Coleman Bazelon," In re: Petition for Suspension or Modification of Application of the Requirements of 47 U.S.C. § 251(b) and (c), pursuant to 47 U.S.C. § 251(f)(2) regarding Time Warner Cable Information Services (Maine) LLC's Request, State of Maine Public Utilities Commission, Docket No. 2012-198, Docket No. 2012-218, Docket No. 2012-219, Docket No. 2012-220, Docket No. 2012-221, October 12, 2012.

"Testimony of Coleman Bazelon, Ph.D.," In re: Petition for Suspension or Modification of Application of the Requirements of 47 U.S.C. § 251(b) and (c), pursuant to 47 U.S.C. § 251(f)(2) regarding Time Warner Cable Information Services (Maine) LLC's Request, State of Maine Public Utilities Commission, Docket No. 2012-198, Docket No. 2012-218, Docket No. 2012-219, Docket No. 2012-220, Docket No. 2012-221, August 20, 2012.

"Expert Report of Dr. Coleman Bazelon," *Salsgiver Communications, Inc., Salsgiver Telecom, Inc., and Salsgiver Inc. v. Consolidated Communications Holdings, Inc., North Pittsburgh Systems, Inc., and North Pittsburgh Telephone Company, Inc.,* Court of Common Pleas, Allegheny County, Pennsylvania, Civil Division, No. GD 08-7616, May 10, 2012.

"Oral Testimony of Coleman Bazelon, The Brattle Group, Inc. before the U.S. House of Representatives, Committee on Energy and Commerce Subcommittee on Communication and Technology," April 12, 2011. (spectrum)

"Testimony of Coleman Bazelon, Principal, *The Brattle Group*, before the U.S. House of Representatives, Committee on Energy and Commerce, Subcommittee on Communications, Technology, and the Internet," June 17, 2010 (spectrum valuation).

"Supplemental Expert Report of Coleman Bazelon," *Gemalto PTE LTD and Gemplus S.A. v. Telecommunications Industry Association*, United States District Court for the Eastern District of Virginia, Alexandria Division, Case 1:08-cv-00776-LMB-TRJ, December 16, 2008.

"Expert Report of Coleman Bazelon," *Gemalto PTE LTD and Gemplus S.A. v. Telecommunications Industry Association*, United States District Court for the Eastern District of Virginia, Alexandria Division, Case 1:08-cv-00776-LMB-TRJ, November 6, 2008.

"Prefiled Rebuttal Testimony of Coleman D. Bazelon," In re: Complaint and Request for Emergency Relief Against Verizon Florida LLC for anticompetitive behavior in violation of Sections 364.01(4), 364.3381, and 364.10, F.S., and for failure to facilitate transfer of customers' numbers to Bright House Networks Information Services (Florida) LLC, and its affiliate, Bright House Networks, LLC, Florida Public Service Commission, Docket No. 070691-TP, July 25, 2008.



"Prefiled Direct Testimony of Coleman D. Bazelon," In re: Complaint and Request for Emergency Relief Against Verizon Florida LLC for anticompetitive behavior in violation of Sections 364.01(4), 364.3381, and 364.10, F.S., and for failure to facilitate transfer of customers' numbers to Bright House Networks Information Services (Florida) LLC, and its affiliate, Bright House Networks, LLC, Florida Public Service Commission, Docket No. 070691-TP, May 30, 2008.

"Declaration of Coleman Bazelon in Support of Plaintiffs' Motion for Class Certification," *Kenneth Stickrath, et al v. Globalstar, Inc.*, United States District Court for the Northern District of California, San Francisco Division, Case No. 07-CV-01941 TEH, April 25, 2008.

"Testimony of Coleman Bazelon, Principal, *The Brattle Group*, before the U.S. House of Representatives, Committee on Energy and Commerce, Subcommittee on Telecommunications and the Internet," April 15, 2008 (reviewing the 700 MHz auction).

"Concerning the Meaning of 'Fair and Reasonable Compensation' in Section 253(c) of the Telecommunications Act of 1996 and the Comparability of the Rights-of-Way Fees Paid by Level 3 in Massachusetts and Elsewhere," *The Massachusetts Turnpike Authority v. Level 3 Communications, LLC, et al.,* The United States District Court for the District of Massachusetts, Civ. Act. No. 06-11816, December 17, 2007.

"Concerning the Effects of the Fixed Rent Charged for Access to the Massachusetts Turnpike," *The Massachusetts Turnpike Authority v. Level 3 Communications, LLC, et al.,* The United States District Court for the District of Massachusetts, Civ. Act. No. 06-11816, November 12, 2007.

"Affidavit of Dr. Coleman Bazelon," *Gulfside Casino Partnership v. Mississippi Riverboat Council, et al.*, United States District Court for the Southern District of Mississippi, Southern Division, Cause No. 1:07-CV-110-LG-JMR, May 4, 2007.

"Rebuttal Report of Dr. Coleman Bazelon," *Level 3 Communications, LLC, v. City of St. Louis, Missouri*, United States District Court for the Eastern District of Missouri, Eastern Division, Consolidated Case No. 4:04-CV-871 CAS, June 17, 2005.

"Affidavit of Dr. Coleman Bazelon," *Informed Communications Systems, Inc. v. Intelogistics Corp., d/b/a Prosodie Interactive*, United States District Court, Southern District of Florida, Miami Division, Case No.: 04-61245 CIV Huck/Turnoff (October 12, 2004).

## EXPERT DESIGNATIONS

- *Touch America, Inc. v. Qwest Communications International, Inc.*
  - Designated as an expert in Arbitration (June 2003)



- *Informed Communications Systems, Inc. v. Intelogistics Corp., d/b/a Prosodie Interactive*, United States District Court, Southern District of Florida, Miami Division, Case No.: 04-61245 CIV Huck/Turnoff

  - Filed affidavit (October 12, 2004)

- *Level 3 Communications, LLC v. City of St. Louis, Missouri*, United States District Court for the Eastern District of Missouri, Eastern Division, Consolidated Case No. 4:04-CV-871 CAS

  - Filed Rebuttal Report (June 17, 2005)

  - Deposition (July 14, 2005)

- Cable Merger before the FTC

  - Presented analysis to FTC staff (March 20, 2007)

- *Gulfside Casino Partnership v. Mississippi Riverboat Council, et al.*, United States District Court for the Southern District of Mississippi, Southern Division, Cause No. 1:07-CV-110-LG-JMR

  - Filed affidavit (May 4, 2007)

- *Motorola, Inc. v. State of Mississippi Department of Information Technology Services and M/ACom, Inc.*, Chancery Court of Hinds County, Mississippi, Cause No. G2006-2179 S/2

  - Testified (May 23, 2007)

- *American Towers, Inc. v. Jackson & Campbell, P.C., et al.*, DC Superior Court, No. 003277-06

  - Deposition (March 19, 2009)

  - Filed Affidavit (May 22, 2009)

- *The Massachusetts Turnpike Authority v. Level 3 Communications, LLC, et al.,* The United States District Court for the District of Massachusetts, Civ. Act. No. 06-11816

  - Filed Expert Report (November 12, 2007)

  - Filed Rebuttal Report (December 17, 2007)

  - Deposition (January 21, 2008)

- *Kenneth Stickrath, et al v. Globalstar, Inc.,* United States District Court for the Northern District of California, San Francisco Division, Case No. 07-CV-01941 THE

  - Filed Declaration (April 25, 2008)

  - Deposition (June 11, 2008)

- In re: Complaint and request for emergency relief against Verizon Florida LLC for anticompetitive behavior in violation of Sections 364.01(4), 364.3381, and 364.10, F.S., and for failure to facilitate transfer of customers' numbers to Bright House Networks



9

Information Services (Florida) LLC, and its affiliate, Bright House Networks, LLC, Florida Public Service Commission, Docket No. 070691-TP

- o   Filed Direct Testimony (May 30, 2008)
- o   Filed Rebuttal Testimony (July 25, 2008)
- o   Deposition (August 13, 2008)

- *Gemalto PTE LTD and Gemplus S.A. v. Telecommunications Industry Association,* United States District Court for the Eastern District of Virginia, Alexandria Division, Case 1:08-cv-00776- LMB-TRJ
    - o   Filed Expert Report (November 6, 2008)
    - o   Deposition (December 2, 2008)
    - o   Filed Supplemental Expert Report (December 16, 2008)

- *Salsgiver Communications, Inc., Salsgiver Telecom, Inc., and Salsgiver Inc. v. Consolidated Communications Holdings, Inc., North Pittsburgh Systems, Inc., and North Pittsburgh Telephone Company, Inc.*, Court of Common Pleas, Allegheny County, Pennsylvania, Civil Division, No. GD 08-7616
    - o   Filed Damages Analysis (February 27, 2009)
    - o   Deposition (April 3, 2012)
    - o   Filed Expert Report (May 10, 2012)

- *Certain Products Containing Interactive Program Guide and Parental Control Technology* United States International Trade Commission, Investigation No. 337-TA-820
    - o   Designated as an expert (June 8, 2012)

- In re: Petition for Suspension or Modification of Application of the Requirements of 47 U.S.C. § 251(b) and (c), pursuant to 47 U.S.C. § 251(f)(2) regarding Time Warner Cable Information Services (Maine) LLC's Request, State of Maine Public Utilities Commission, Docket No. 2012-198, Docket No. 2012-218, Docket No. 2012-219, Docket No. 2012-220, Docket No. 2012-221
    - o   Filed Direct Testimony (August 20, 2012)
    - o   Filed Rebuttal Testimony (October 12, 2012)
    - o   Testified (October 23, 2012)

- In the matter of PTA-FLA, Inc , Daredevil, Inc., NTCH-WEST TENN., Inc., NTCH-WA, Inc., and Eric Steinmann against ZTE Corporation, and ZTE USA, Inc. Florida Arbitration, Case No.: 50-494-T-00665-11
    - o   Filed Expert Report (February 26, 2013)



- o Deposed (March 15, 2013)
- o Testified (August 30, 2013)
- *Certain Electronic Devices, Including Wireless Communications Devices, Tablet Computers, Media Players, and Televisions, and Components Thereof*, United States International Trade Commission, Investigation No. 337-TA-862 (Judge Shaw)
  - o Filed Rebuttal Testimony (July 5, 2013)
- In the matter of LT Game International Ltd., against Shuffle Master, Inc., United States District Court for the District of Nevada, Case No. 2:12-cv-01216-JAD-GWF
  - o Filed Expert Report (October 4, 2013)
  - o Deposed (November 12, 2013)
- In the Matter of Sky Angel U.S., LLC, against Discovery Communications, LLC, Animal Planet, LLC, United States District Court for the District of Maryland, Case No. 8:13-cv-00031-DKC
  - o Filed Expert Report (December 6, 2013)
  - o Filed Supplemental Report (January 31, 2014)
  - o Deposed (February 14, 2014)
- In the Matter of the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, As Amended, and in the Matter of a Plan of Compromise or Arrangement of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 (KG)
  - o Filed Expert Report (January 24, 2014)
  - o Filed Rebuttal Expert Report (February 28, 2014)
  - o Deposed (April 3, 2014; May 30, 2014)
  - o Testified (June 2, 2014; June 5, 2014)
- *State of Texas v. Eric H. Holder, Jr., in his Official Capacity as Attorney General of the United States,* United States District Court for the District of Columbia, Case No. 1:12-CV-00128
  - o Filed Expert Report (June 27, 2014)



11

o   Filed Reply Report (August 15, 2014)

o   Deposed (August 20, 2014)

- Certain Wireless Devices, Including Mobile Phones And Tablets II, United States International Trade Commission, Investigation No. 337-TA-905 (Judge Pender)

## PUBLICATIONS

### Articles and Book Chapters

Coleman Bazelon and Giulia McHenry, "Spectrum Value," *Telecommunications Policy*, Forthcoming.

John Jarosz, Robin Heider, Coleman Bazelon, Christine Bieri and Peter Hess, "Patent Auctions: How Far Have We Come?" *les Nouvelles*, March 2010, pp. 11-30.

"Too Many Goals: Problems with the 700 MHz Auction," *Information Economics and Policy*, June 2009, pp. 115-127.

"Licensed or Unlicensed: The Economic Considerations in Incremental Spectrum Allocations," *IEEE Communications Magazine*, March 2009, pp. 110-116.

Michael H. Rothkopf and Coleman Bazelon, "Interlicense Competition: Spectrum Deregulation Without Confiscation or Giveaways," OBTAINING THE BEST FROM REGULATION AND COMPETITION, Michael A. Crew and Menahem Spiegel, eds., Kluwer Academic Publishers (2005), pp. 135-159.

"Next Generation Frequency Coordinator," *Telecommunications Policy* 27 (2003), pp. 517-525.

Coleman Bazelon and Kent Smetters, "Discounting in the Long Term," *Loyola of Los Angeles Law Review*, Vol. 35, Issue 1, November 2002.

Coleman Bazelon and Kent Smetters, "Discounting Inside the Washington DC Beltway," *Journal of Economic Perspectives*, Fall 1999.

"The Movement of Markets," *Wesleyan Economic Journal*, Spring 1986.

"Is the Psychogenic Theory of History Scientific?" *Journal of Psychohistory*, Fall 1985.

### White Papers, Reports, Studies, and Reviews

Kevin Hearle, Giulia McHenry, James Reitzes, Jeremy Verlinda and Coleman Bazelon, "Vertical Foreclosure in Canadian Wholesale Services Markets," Supplemental Filing, Prepared for the Canadian Competition Bureau, August 18, 2014.



Kevin Hearle, Giulia McHenry, James Reitzes, Jeremy Verlinda and Coleman Bazelon, "Canadian Wireless Market Performance and the Potential Effect of an Additional Nationwide Carrier," Prepared for the Canadian Competition Bureau, May 12, 2014.

Coleman Bazelon and Giulia McHenry, "Spectrum Sharing: Taxonomy and Economics," Office of Science and Technology Policy, filed comment March 18, 2014.

Coleman Bazelon and Giulia McHenry, "Spectrum Sharing: Taxonomy and Economics," sponsored by Verizon, February 6, 2014.

Coleman Bazelon and Giulia McHenry, "The Economics of Spectrum Sharing," Telecommunications Policy Research Conference, 2013.

Coleman Bazelon and Giulia McHenry, "Violating Your Privacy: An Economic Perspective," Telecommunications Policy Research Conference, September 24, 2013.

Coleman Bazelon and Giulia McHenry, "The Economics of Spectrum Sharing," *Global Media and Communications Quarterly*, Autumn 2013, pp. 47-51.

Robert Shapiro, Douglas Holtz-Eakin and Coleman Bazelon, "The Economic Implications of Restricting Spectrum Purchases in the Incentive Auctions," **Georgetown University Center for Business & Public Policy**, April 2013.

Lisa Cameron and Coleman Bazelon, "The Impact of Digitization on Business Models in Copyright-Driven Industries: A Review of the Economic Issues," National Research Council (NRC) Committee on the Impact of Copyright Policy on Innovation in the Digital Era, February 26, 2013.

Robert A. Rogowsky, Pallavi Seth, and Coleman D. Bazelon, "An Economic View of ITC 337 Cases and the Public Interest," *Law360*, November 21, 2012.

Coleman Bazelon and Giulia McHenry, "Spectrum Value," Telecommunications Policy Research Conference, 2012.

Robert A. Rogowsky, Pallavi Seth, and Coleman D. Bazelon, "An Economic View Of The ITC's Domestic Industry," *Law360*, June 18, 2012.

Coleman Bazelon and Greg Duncan, "The Status of UNE-L in the United States," Prepared for the Commerce Commission of New Zealand, April 12, 2012.

"Implications of Regulatory Inefficiency for Innovative Wireless Investments," Sponsored by LightSquared, March 15, 2012.

Coleman Bazelon, Kevin Neels and Pallavi Seth, "Beyond the Casino Floor: Economic Impacts of the Commercial Casino Industry," sponsored by the American Gaming Association, 2012.



Coleman Bazelon, Charles Jackson and Giulia McHenry, "An Engineering and Economic Analysis of the Prospects of Reallocating Radio Spectrum from the Broadcast Band through the Use of Voluntary Incentive Auctions," Telecommunications Policy Research Conference, 2011.

"Cost of Regulatory Risk for Wireless Spectrum Values," sponsored by LightSquared, August 23, 2011.

"Expected Receipts from Proposed Spectrum Auctions," sponsored by the Wireless Broadband Coalition, July 28, 2011.

"GPS Interference: Implicit Subsidy to the GPS Industry and Cost to LightSquared of Accommodation," sponsored by LightSquared, June 22, 2011.

Lisa Cameron and Coleman Bazelon, "The Impact of Digitization on Business Models in Copyright-Driven Industries: A Review of the Economic Issues," National Research Council (NRC) Committee on the Impact of Copyright Policy on Innovation in the Digital Era, June 7, 2011.

"The Economic Basis of Spectrum Value: Pairing AWS-3 with the 1755 MHz Band is More Valuable than Pairing it with Frequencies from the 1690 MHz Band," sponsored by T-Mobile and CTIA, April 11, 2011.

"Economists Letter to Obama Regarding Incentive Auctions," April 6, 2011.

"The Indian 3G and BWA Auctions," Telecommunications Policy Research Conference, 2010.

"Economic Impact of the Dutch Gas Hub Strategy on the Netherlands," by Dan Harris, Coleman D. Bazelon, Brad Humphreys, and Penelope Dickson, *Netherlands Ministry of Economic Affairs, Agriculture and Innovation*, September 2010.

"The Employment and Economic Impacts of Network Neutrality Regulation: An Empirical Analysis," sponsored by Mobile Future, 2010.

"The Benefits of Wireless Broadband for Rural Deployments," sponsored by Qualcomm, Inc, 2010.

Malcolm K. Sparrow, Coleman Bazelon and Charles Jackson, "Can Internet Gambling Be Effectively Regulated? Managing the Risks," sponsored by Wired Safety, 2009.

"The Need for Additional Spectrum for Wireless Broadband: The Economic Benefits and Costs of Reallocations," sponsored by Consumer Electronics Association, 2009.

Coleman Bazelon and William Zarakas, "Measuring Concentration in Radio Spectrum License Holdings," Telecommunications Policy Research Conference, 2009.

"Licensed or Unlicensed: The Economic Considerations in Incremental Spectrum Allocations," in *New Frontiers in Dynamic Spectrum Access Networks, 2008*, DySPAN 2008.



Coleman Bazelon

"Overreaching: The Policy Failures of the 700 MHz Auction," Telecommunications Policy Research Conference, 2008.

"Cream Skimming," Telecommunications Policy Research Conference, 2007.

Thomas W. Hazlett and Coleman Bazelon, "Market Allocation for Radio Spectrum," prepared for the International Telecommunications Union Workshop on Market Mechanisms for Spectrum Management, Geneva, Switzerland, January, 2007.

"Licensed or Unlicensed: The Economics of Incremental Spectrum Allocations," Telecommunications Policy Research Conference, 2006.

"Analysis of an Accelerated Digital Television Transition," sponsored by Intel Corporation, 2005.

Thomas W. Hazlett and Coleman Bazelon, "Regulated Unbundling of Telecommunications Networks: A Stepping Stone to Facilities-Based Competition?" Telecommunications Policy Research Conference, 2005.

Thomas W. Hazlett, Coleman Bazelon, John Rutledge, and Deborah Allen Hewitt, Sending the Right Signals: Promoting Competition Through Telecommunications Reform: A Report to the U.S. Chamber of Commerce, September 22, 2004.

Thomas W. Hazlett, Arthur M. Havenner, and Coleman Bazelon, "Regulation and Investment in Local Telecommunications Networks," Working Paper, January 2004.

Michael H. Rothkopf and Coleman Bazelon, "Interlicense Competition: Spectrum Deregulation Without Confiscation or Giveaways," New America Foundation, Spectrum Series Working Paper #8, August, 2003.

"Review of Discounting and Intergenerational Equity," by Paul Portney and John Weyant, Resources for the Future (1999), in the Society of Government Economists Newsletter, Volume 34, No. 10, November 2002.

"Completing the Transition to Digital Television," Congressional Budget Office, September 1999.*

"Two Approaches for Increasing Spectrum Fees," Congressional Budget Office, November 1998 (Coauthored with David Moore*).

"Where Do We Go From Here? The FCC Auctions and the Future of Radio Spectrum Management," Congressional Budget Office, April 1997 (Coauthored with Perry Beider and David Moore*).

    * CBO publications do not cite authors' names.



**Federal Communications Commission Filings**

"Reply Declaration of Coleman Bazelon," Comments of Martha Wright, et. al., Exhibit A, WC Docket No. 12-375, April 22, 2013 (prison payphone rates).

"Declaration of Coleman Bazelon," Comments of Martha Wright, et. al., Exhibit C, WC Docket No. 12-375, March 25, 2013 (prison payphone rates).

"Declaration of Coleman Bazelon," Verizon Telephone Companies and Verizon Services Corp., v. Madison Square Garden, L.P., and Cablevision Systems Corp., FCC Filling, File No. CSR-8185-P, October 22, 2010 (program access complaint).

"Unlicensed Use of the TV White Spaces: Wasteful and Harmful," FCC Filling, with Charles L. Jackson and Dorothy Robyn, *Ex Parte* Comments, ET Docket No. 04-186, ET Docket No. 02-380, August 20, 2008 (benefits of licensed over unlicensed allocation of the TV White Spaces).

"Comments of Charles L. Jackson, Dorothy Robyn and Coleman Bazelon," Comments, WC Docket No. 06-150, PS Docket No. 06-229, June 20, 2008 (value of TV White Spaces).

"Comments of Coleman Bazelon," Comments, WC Docket No. 06-150, PS Docket No. 06-229, WT Docket No. 96-86, June 20, 2008 (700 MHz D Block).

"Declaration of Coleman Bazelon," Reply Comments, WC Docket No. 07-245, April 22, 2008 (economics of pole attachment rates).

"Why the Exclusive Use of Large Licenses in the Upper or Lower 700 MHz Bands Would Reduce the Efficiency of the 700 MHz Auction," Comments, WT Docket No. 06-150, April 20, 2007.

"Principles for Choosing 700 MHz Block License Sizes," *Ex Parte* Comments, WT Docket No. 06-150, March 6, 2007.

"The Economics of License Sizes in the FCC's 700 MHz Band Auction," *Ex Parte* Comments, WT Docket No. 06-150, January 2007.

"Declaration of Thomas W. Hazlett, Ph.D., Prof. Arthur M. Havenner, and Coleman Bazelon, Ph.D.," Comments, WC Docket No. 03-173, December 16, 2003.  (Wireline investment, UNE-P)

"Declaration of Thomas W. Hazlett, Ph.D., Arthur M. Havenner, Ph.D., and Coleman Bazelon, Ph.D.," Comments, WC Docket No. 03-157, September 2, 2003.  (Wireline investment, UNE-P)

"Spectrum Deregulation Without Confiscation or Giveaways," with Michael Rothkopf, Comment, ET Docket No. 02-135, January 9, 2003.

Thomas W. Hazlett, Coleman Bazelon and Arthur Havenner, "Forecast of Toll Free Number Demand: 2002-2004," Attachment A, SMS/800 Transmittal No. 22, F.C.C. Tariff No. 1, November 15, 2002.



"Comments of Coleman D. Bazelon and T. Christopher Borek Relating to Arthur D. Little, Inc.'s Assessment of the Impact of DTV on the Cost of Consumer Television Receivers," *Ex Parte* Comments MM Docket 00-39, August 1, 2002.

"Use Administrative Law Judges to Adjudicate Interference Disputes Between Licensees," Comment, ET Docket No. 02-135, July 8, 2002.

## SEMINARS AND PRESENTATIONS

*Spectrum Sharing: How Much Can It Contribute?,* Technology Policy Institute Aspen Forum, Aspen, Colorado, August 18, 2014.

*Internet Privacy, Civil Liberties, National Security, Law, and Economics: In Search of a Coherent Policy Path Forward*, Ferrum College Forum, Ferrum, Virginia, March 19, 2014.

S*pectrum Auctions Are Back: What you need to know,* Bloomberg BNA Webinar, February 19, 2014.

*Violating Your Privacy: An Economic Perspective*, 41st Annual Telecommunications Policy Research Conference (TPRC), Arlington, VA, September 28, 2013.

*Other Recent and Planned Spectrum Auctions: What They Portend for the Future: Economic Perspectives on the Auctions,* Law Seminars International, Washington, D.C., July 22, 2013.

*Spectrum Auction Policy: Potential Outcomes for Economic Growth and Public Safety*, Georgetown University McDonough School of Business, Rayburn House Office Building, Washington, D.C., May 14, 2013.

*Markets in Wireless Spectrum*, Towards Dynamic Markets in Electric Power, Water, and Wireless Spectrum Seminar, University of Colorado Law School, Boulder, CO, April 23, 2013.

*Ethics and Intellectual Entrepreneurship*, Annual College of Social Studies Spring Banquet key note speaker, Wesleyan University, Middletown, CT, April 17, 2013.

The Underwood Memorial Lecture and Hoggendorn lecture for the Economic Department, Wesleyan University, Middletown, CT, April 18, 2013.

*Food-Water- Energy The Right Balance,* Ferrum College Forum panel, Ferrum, Virginia, March 12, 2013.

*FCC Incentive Auction Rules: Estimating Clearing Prices and Policy Impacts*, SNL Knowledge Center Webinar, February 27, 2013.

*Reverse Auction Design:  Dynamic or Sealed, Algorithmic Issues, Market Power, Reserves, Reference Prices*, Conference on the FCC Incentive Auction, Stanford Institute for Economic Policy Research, Stanford, CA, February 26, 2013.



*Mobile Impact on Economic Growth and Job Creation*, Consumer Electronics Show, LIT Program Innovation Policy Summit, Las Vegas, NV, January 8, 2013.

*Incentive Auctions: What Broadcasters Need to Know*, Crossfire Media Webinar, December 19, 2012.

*Spectrum Value*, 40th Annual Telecommunications Policy Research Conference (TPRC), Arlington, VA, September 22, 2012.

*FCBA Seminar: Getting from Here to There: The Road Ahead for Spectrum Auctions*, Washington, DC, June 6, 2012.

*Incentive Auctions*, 39th Annual Telecommunications Policy Research Conference (TPRC), Arlington, VA, September 24, 2011.

*Competition in the Wireless Environment: How to Get More Handsets or More Networks*, Broadband Breakfast Club, Washington, DC, February 15, 2011.

*Introducing TV White Spaces*, Spectrum Bridge webinar, October 28, 2010.

*The Indian 3G and BWA Auctions*, 38th Annual Telecommunications Policy Research Conference (TPRC), Arlington, VA, October 2, 2010.

*How Smart Public Policies Can Drive the Mobile Broadband Transformation*, Information Technology and Innovation Foundation's The Emerging Mobile Broadband Economy and its New Business Models, Washington, DC, September 14, 2010.

*Community Broadband-A Blessing or Curse?*, K&L Gates LLP Municipal Broadband Webcast, July 29, 2010.

*Towards A Sustainable Spectrum Policy: Rethinking Federal Spectrum*, Public Knowledge, Washington, DC, June 3, 2010.

*Unraveling Net Neutrality: Should the FCC Regulate Broadband*, Independence Institute, Denver, CO, May 26, 2010.

*CQ-Roll Call Policy Breakfast on the Future of Wireless Broadband*, Washington, DC, May 20, 2010.

*Congressional Staff Briefings on "The Need for Additional Spectrum for Wireless Broadband: The Economic Benefit and Costs of Reallocations,"* Washington, DC, December 8, 2009.

*The Progress and Freedom Foundation's "Let's Make a Deal: Broadcasters, Mobile Broadband, and a Market in Spectrum,"* Washington, DC, December 1, 2009.

*FCBA's Intellectual Property Practice Committee Brown Bag Lunch*, Washington, DC, November 30, 2009.



*FCC Broadband Spectrum Workshop*, Washington, DC, September 17, 2009.

*Measuring Concentration in Radio Spectrum License Holdings*, 37th Annual Telecommunications Policy Research Conference (TPRC), Arlington, VA, September 26, 2009.

*Broadband Stimulus Plan*, 2009 FLATOA-FCBA Conference, Tampa, FL, June 26, 2009.

*Leveraging the Broadband Stimulus and Licensed Spectrum*, Webinar, April 29, 2009.

*Keynote Address*, Enterprise Wireless08, Scottsdale, AZ, November 6, 2008.

*Licensed or Unlicensed: The Economic Considerations in Incremental Spectrum Allocations*, DySPAN, Chicago, IL, October 16, 2008.

*Overreaching: The Policy Failures of the 700 MHz Auction*, 36th Annual Telecommunications Policy Research Conference (TPRC), Arlington, VA, September 27, 2008.

*Cream Skimming*, 35th Annual Telecommunications Policy Research Conference (TPRC), Arlington, VA, September 29, 2007.

*Auction Revenues are not the Only Revenues that Should Drive Spectrum Policy*, Law Seminars International: Spectrum Management, Washington, DC, September 17, 2007.

*Market Allocation for Radio Spectrum*, International Telecommunications Union Workshop on Market Mechanisms for Spectrum Management, Geneva, Switzerland, January 2007.

*Licensed vs. Unlicensed Spectrum: A New Economic Model for Determining the Trade-offs*, 34th Annual Telecommunications Policy Research Conference (TPRC), Arlington, VA, September 30, 2006.

*Decoding the Future of IP-TV*, Northern California Chapter of the Federal Communications Bar Association, San Francisco, February 2006.

*Accelerating the Digital Television Transition*, COMPTEL Executive Business & Policy Summit, Washington, DC, December 2005.

*Regulated Unbundling of Telecommunications Networks: A Stepping Stone to Facilities Based Competition?* Telecommunications Policy Research Conference, Arlington, VA, September 2005.

*Sending the Right Signals: Promoting Competition Through Telecommunications Reform: A Report to the U.S. Chamber of Commerce*, presentation of report to the US Chamber of Commerce, October 6, 2004.

*Telecommunications Reform*, presentation to the U.S. Chamber of Commerce's Technology Policy Committee, April 29, 2004.



*Interlicense Competition*, Telecommunications Policy Research Conference, Arlington, VA, September 2003.

*Marketing & Legal Strategies: Hope, Hype & Crash Landings*, WCAI 2003, Washington, DC, July 10, 2003.

*Spectrum Policy Task Force Interference Recommendations*, Manhattan Institute Conference, Washington, DC, February 13, 2002.

*FCC License Auctions*, Society of Government Economists Conference, Washington, DC, November 22, 2002.

*Spectrum Management Panel*, CTIA Wireless 2002, Orlando, FL, March 18, 2002.

*A Note on Correlation*, ASSA Annual Meetings, Atlanta, GA, January 6, 2002.

*Regulatory Forbearance*, Powerline Communications Conference, Washington, DC, December 13, 2001.
*Spectrum License Valuations*, CTIA Wireless Agenda 2001, Dallas, TX, May 2001.

*Old Spectrum in the New Economy*, with David Moore, invited paper, Society of Government Economists Conference "The New 'Economy': What Has Changed and Challenges for Economic Policy," Washington, DC, November 2000.

*Discounting Inside the Washington DC Beltway*, Energy Information Agency Seminar Series, Washington, DC, March 2000.

*Discounting Inside the Washington DC Beltway*, Congressional Budget Office Seminar Series, Washington, DC, November 1999.

*Completing the Transition to Digital Television*, Telecommunications Policy Research Conference, Arlington, VA, September 1999.

*Digital Television Transition*, Congressional Budget Office Seminar Series, Washington, DC, April 1999.

*The Budgetary Treatment of Asset Sales*, briefing for the staff of the Senate Budget Committee, Washington, DC, February 1997.

*The Value Added from Multilateral Bargaining Theory for Applied Research*, with Greg Adams, Selected Paper, AAEA Annual Meeting, Baltimore, MD, August 1992.

*The Importance of Political Markets in Formulating Economic Policy Recommendations*, Selected Paper, AAEA Annual Meeting, Manhattan, KS, August 1991.

*L.D.C. Debt and Policy Linkages in the Determination of World Commodity Prices*, with Gordon Rausser, Selected Paper, AAEA Annual Meeting, Vancouver, B.C., Canada, August 1990.



**REVIEWER**

- American Journal of Agricultural Economics (1989 – 1994)

- Congressional Budget Office Reports

- Telecommunications Policy

- Telecommunications Policy Research Conference Program Committee (2011-2013)

- George Mason University

**PROFESSIONAL AFFILIATIONS**

- American Bar Association

- American Economic Association

- Federal Communications Bar Association

- National Research Council - Committee on a Survey of the Active Scientific Use of the Radio Spectrum

**EDUCATION**

Dr. Bazelon received his Ph.D. and M.S. in Agricultural and Resource Economics from the University of California at Berkeley. He also holds a Diploma in Economics from the London School of Economics and Political Science and a B.A. from Wesleyan University.

August 25, 2014



# Plaintiff Exhibit PL1055

# WITHDRAWN

PL1056
9/2/2014
2:13-cv-00193

**the league** of young voters education fund

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND
## ENGAGING *the rising Texas electorate*









- We ENGAGE young people who have been shut out of the political process.
- We EMPOWER them to be leaders in their communities.
- We BUILD multi-racial, multi-issue alliances.
- We ORGANIZE movements at the local, state and national level.

## Join the League

Whether it's volunteering to register young people to vote, leading a team to phone bank, block-walking a neighborhood to turnout young voters, or being a participant in one of our leadership development programs, we have a spot for YOU!

To get involved, contact 281-849-VOTE (8683) or email texas@youngvoter.org.

 **@txyoungvoters**    **fb.me/txyoungvoters**    **texasyoungvoters.org**

**Highly Confidential**

# Voter ID Update

On August 8th, there was a meeting at the Texas organizing Project to discuss the implementation of the new Voter Id law that will probably take effect in November's municipal Elections. Below are the notes taking from the event and future actions that will take place.

Notes:

1. Overview of SB 14 and the voter ID requirements as well as the requirements to get a free ID from the Department of Public Safety (DPS).

2. Advocacy groups have already come together on the heels of a statewide campaign to educate voters on the new voter id law. This coordinated efforts include:
   a. Plans to launch
      i. gotidtexas.org
      ii. Hotline
      iii. Preparing literature
   b. Organizing a Voter Clinic tentatively set for Saturday, September 21st 24th
3. How elected offices can supplement current efforts by the advocacy groups:
   a. Media
      i. Press conferences
      ii. English media
      iii. Social media
      iv. PSAs
   b. Direct Contact
      i. Reach out to other elected
      ii. Initiate conversation with City and Metro so materials may be in public areas, government agencies (also big sticker ads at METOR stops)
      iii. Email and Direct Mail Constituents
      iv. Targeting Specific Audiences
         1. Breakfast for Ministers
         2. Breakfast for Precinct Chairs
   c. Helping Voters
      i. Training elected offices staff on how to handle constituent calls in regards to the new law
      ii. Church Drives
      iii. General Mobility of citizens
         1. Negotiating free ride for METRO users going to/ from DPS office for Voter ID
         2. Making DOS prioritize Voter ID processing for Sept-Nov (letter signed by elected officials)

LYV00000092

Other Items

     Reach out to organizations that already assist people with getting IDs

          Operation ID Presbyterian Church

          Houston Compass

Upcoming Events

          Sept. 14th- Fort Ben Precinct Chair Breakfast about Voter ID

          Sept. 30th/ UHD SGA Voter Engagement Day ( need a voter ID information table, FYI candidates are invited to present as well)

4. Action Items
   a. Next Meeting will be held on August 22nd at 6:30 pm at the TOP headquarters, 2404 Caroline St. Houston, TX 77004, where the following action items with be discussed:
      i. Voter Clinic on September 21st
      ii. Coordinated church program
      iii. Engaging the Secretary of State's and County Clerks' office in preparation of this coming election.

Highly Confidential

## Letter to organization and staff

Dear _____,

We write you today to invite your organization to help Houston get ready to vote on the November's municipal elections and the ones to come.

Since it is the first time the New Photo Voter ID law will be implemented in Harris County, we want to make sure every Houstonian knows about it. Would you join our effort?

The following actions are the simplest to take to spread the word among your staff, volunteers and members. We have created sample messages (images and text) to make it easier.

(1) Email to everyone in your lists -- staff, volunteers and members (Find sample text attached);
(2) Share this information on social media, using the tag #GotIDtexas (Find image and sample text attached); and/or
(3) Post this information on your website (Find image attached).

For more information about the new Texas Photo Voter ID Law, please visit www.GotIDTexas.org.

If your organizations needs any extra information about these efforts, wants to get more involved or has something to add to our list of ideas and resources, do not hesitate to contact us.

Sincerely,

## General draft they can send out to all constituents

**Highly Confidential**

**LYV00000094**

*Subject line:* Are you ready to vote?

Dear organization's volunteer/member/staff,

Elections are coming up, and we want to make sure every Houstonian citizen is ready!

Why vote this Fall? The Mayor, the Comptroller, Houston City Council members, HISD and HCC board members, among others, will be elected this November 5th. All Harris County will be voting because we know that these local offices affect us immediately.

Are you ready to vote? Can you check each item on this list?

☑ I am registered in my county of residence. Check on www.gotIDtexas.org.
☑ I have one of the seven accepted forms of ID to vote. Check on www.gotIDtexas.org.
☑ The name on my ID exactly matches my name on the registered voters list. Check on www.gotIDtexas.org.
☑ I know when and where I will vote. Check on www.gotIDtexas.org.

If you cannot check every box above, contact the GotIDTexas Coalition:

Call 1 (866) OUR-VOTE / 1(866) 687-8683
Text "GotIDtx" to 30644 OR
Visit www.GotIDTexas.org

Thanks for being a great citizen!

Sincerely

*Sender*

## Social media post

**Facebook sample text:**

November 2013 means city-wide election for Houston! Are you ready to vote? Learn more at www.GotIDtexas.org #GotIDtx

Houston Voter, Got ID? New Texas Photo Voter ID Law means new documents required and new procedures to vote. Learn more at www.GotIDtexas.org.

**Twitter sample text:**

Are you ready to vote?  pic.twitter.com/JtrRGRDgrv New TX Voter ID Law means new documents required to vote http://www.GotIDtexas.org  #gotIDtx

What forms of ID can I bring to vote this November 5th? These seven pic.twitter.com/y9acmd6O7j #gotIDtx #Texas #Voting #Nov5

**Highly Confidential**

## Letter to elected officials and staffers

Dear _____,

We write you today to invite you to help your constituents in getting ready to vote on the November's municipal elections and the ones to come.

Since it is the first time Harris County will be using the new procedures outlined in the Texas law relating to requirements to vote, including presenting proof of identification, we have designed a plan you can follow to guide your constituents to make their votes count. We have drafts that may help.

(1) Send an email to everyone in your lists -- constituents, staffers, and volunteers (Find sample text attached);
(2) Share this information on social media, using the tag #GotIDtexas (Find image and sample text attached);
(3) Post this information on your website (Find image and sample message attached);
(4) Make robo calls to your constituents; and/or
(5 Reach out to media explaining about the importance of voting and knowing the new rules.

For more information about the new Texas Photo Voter ID Law, please visit www.GotIDTexas.org.

If your office needs any extra information about these efforts, wants to get more involved or has something to add to our list of ideas and resources, do not hesitate to contact us.

Sincerely,

## General draft they can send out to all constituents

*Subject line:*  Are you ready to vote?

LYV00000097

Dearest State Senator XXXX constituent,

Elections are coming up, and we want to make sure every citizen in State Senate District X is ready!

Why vote this Fall? The Mayor, the Comptroller, Houston City Council members, HISD and HCC board members, among others, will be elected this November 5th. All Harris County will be voting because we know that these local offices affect us immediately.

Are you ready to vote? Can you check each item on this list?

☑ I am registered in my county of residence. Check on www.gotIDtexas.org.
☑ I have one of the seven accepted forms of ID to vote. Check on www.gotIDtexas.org.
☑ The name on my ID exactly matches my name on the registered voters list. Check on www.gotIDtexas.org.
☑ I know when and where I will vote. Check on www.gotIDtexas.org.

If you cannot check every box above, contact the GotIDTexas Coalition

Call 1 (866) OUR-VOTE / 1(866) 687-8683
Text "GotIDtx" to 30644 OR
Visit www.GotIDTexas.org

Thanks for being a great citizen!

Sincerely

*Sender*

# Social media post

**Facebook sample text:**

November 2013 means city-wide election for Houston! Are you ready to vote? Learn more at www.GotIDtexas.org #GotIDtx

**Highly Confidential**

Houston Voter, Got ID? New Texas Photo Voter ID Law means new documents required and new procedures to vote. Learn more at www.GotIDtexas.org.

**Twitter sample text:**

Are you ready to vote?  pic.twitter.com/JtrRGRDgrv New TX Voter ID Law means new documents required to vote http://www.GotIDtexas.org  #gotIDtx

What forms of ID can I bring to vote this November 5th? These seven pic.twitter.com/y9acmd6O7j #gotIDtx #Texas #Voting #Nov5

**Highly Confidential**

# TEXAS VOTERS:
# Got ID?

*New Rules in Texas mean **new documents required** to vote and **new procedures at the poll.***

## Here are the seven forms of ID you can use to vote in Texas:


TX Driver's License issued by DPS



TX Personal ID card issued

PL001
9/2/2014
2:13-cv-00193

Concealed handgun license issued by DPS


**FREE**
Election ID Certificate (EIC) issued by DPS


US military ID card


US citizenship certificate

US passport book or card




**EXEMPTIONS!** People with (dis)abilities can apply for a **permanent exemption** to the new ID requirement. There are also exceptions for people who have a religious objection to being photographed.

## VOTER CHECK-LIST:

- ☐ I am registered to vote in my county.
- ☐ I have at least one of the seven accepted forms of ID.
- ☐ My ID expires within 60 days of the election.
- ☐ The name on my ID exactly matches my name on the registered voters list.
- ☐ The picture on my ID matches my current appearance.
- ☐ I know when and where I will vote.

Need assistance? Problems trying to vote?

# 1 (866) OUR-VOTE
# 1(888) VE-y-VOTA

Call with any questions about voting or your rights as a voter.

Quickly check if you have the right ID to vote **Text "GotIDtx" to 30644**

For more information, visit
# www.GotIDtexas.org

PL1059
9/2/2014
2:13-cv-00193



# Texas League of Young Voters Education Fund
## *Mission and Purpose*

The Texas League of Young Voters Education Fund empowers young people statewide to participate in the democratic process – with a focus on non-college youth and youth from low-income communities and communities of color.

The League makes civic engagement relevant by meeting young people where they are, working on issues that affect their lives, and providing them with the tools, training, and support to become viable players in the civic process.

The League has an integrated civic engagement organizing model, which combines best practices from community, campus and cultural organizing with sophisticated voter engagement techniques. During election cycles, we run targeted data-driven, precinct-based voter contact and turnout programs. The rest of the year, we organize our constituents around issues that make sense to young people. And most importantly, we are preparing the next generation of civic leaders.

Our organizing and programming model can be categorized in the following key areas:

- Voter Registration
- Get Out the Vote (GOTV)
- Voter Education and Issue Advocacy
- Election Protection
- Leadership Development

The Texas League of Young Voters Education Fund is a 501(c)(3) nonprofit corporation and is an affiliate of the League of Young Voters Education Fund based in Brooklyn, New York.

Link to YouTube video about us: https://www.youtube.com/watch?v=c4Y8U85oMkI

**Highly Confidential**



TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND
## ENGAGING *the rising Texas electorate*

  



  

- We ENGAGE young people who have been shut out of the political process.
- We EMPOWER them to be leaders in their communities.
- We BUILD multi-racial, multi-issue alliances.
- We ORGANIZE movements at the local, state and national level.

## Join the League
Whether it's volunteering to register young people to vote, leading a team to phone bank, block-walking a neighborhood to turnout young voters, or being a participant in one of our leadership development programs, we have a spot for YOU!

To get involved, contact 281-849-VOTE (8683) or email texas@youngvoter.org.

 **@txyoungvoters**    **fb.me/txyoungvoters**    **texasyoungvoters.org**

**Highly Confidential**



**the league** of young voters education fund

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND
# ENGAGING *the rising Texas electorate*

Building and Sustaining a Young Electorate in Texas through:

*Voter Registration*

*Get Out the Vote (GOTV)*

*Voter Education & "Edutainment"*

*Election Protection*

*Issue Advocacy*

*Leadership Development*

*Civic Engagement*









*The Texas League of Young Voters Education Fund focuses on developing young leaders to be civically engaged through the use of cultural organizing and integrated voter engagement techniques.*

## BUILDING YOUNG LEADERS TO "WIN"

On college campuses and communities with predominately *African Americans* and *Latino* youth, in less than two years, we have grown to be the largest field-based young civic engagement organization in Texas.

Our work has proven to be successful – registered over 7,000 new voters, trained 70 young leaders, educated over 400,000 through traditional and social media, and protected the right to vote of an estimated 1.4 million Texans through our advocacy work on Voter ID.

In Harris County, TX alone, our work led to a 20% increase in turnout among our targeted young African American and Latino low propensity voters and organized volunteers who logged in over 7,500 hours and made over 115,000 contacts to engage low propensity young voters throughout Texas.

## SUSTAINING CIVIC ENGAGEMENT IN TEXAS

Having a consistent balance and focus on the *"rising Texas electorate"* while sustaining voter protection and civic engagement for us includes:

- Expanding the pipeline of trained young leaders ready to lead civic engagement campaigns in their respective communities;

- Not only turning out young people to vote, but also through involvement in issues and policies that affect their lives; and

- Educating and engaging young people about securing a fair electoral process.

www.TEXASYOUNGVOTERS.org

Highly Confidential

LYV00000103



