

Highly Confidential

LYV00001186

PL1061
9/2/2014
2:13-cv-00193

ABOUT    PROGRAMS    ISSUES    BLOG    ELECTION CENTER    GET INVOLVED    MEDIA

FEATURED, VOTER ID LAWS

# Are you prepared? Voter ID law takes effect in Texas

by blake • July 18, 2013

Effective immediately, the following forms of photo identification will be accepted at the poll for voting purposes. This new law will be in effect for the upcoming November 5, 2013 local elections. A voter will be required to show one of the following seven (7) forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license—unexpired or expired less than 60 days — issued by the Texas Department of Public Safety (DPS)



- Texas Election Identification Certificate (EIC) issued by DPS (For more information on the EIC application process click HERE)



- Texas personal identification card issued by DPS—unexpired or expired less than 60 days



## REGISTER TO VOTE

## DONATE

### sign up for our newsletter

YOUR EMAIL

SIGN UP!

### Recent Updates

RECAP: #GetCovered Youth Panel & Twitter Town Hall
#GetCovered Twitter Town Hall
March 22 is #GetCovered Day – List of Locations
ACA Community Forum
Press Release: Urgent Push to Get Young Houstonians Covered

**Highly Confidential**                                                **LYV00001187**

- Texas concealed handgun license issued by DPS—unexpired or expired less than 60 days



- United States military identification card containing the person's photograph



- United States citizenship certificate containing the person's photograph



- United States passport—unexpired or expired less than 60 days



## Procedures for Voting

When a voter arrives at a polling location, the voter will be asked to present one of the seven (7) acceptable forms of photo ID. Election officials will now be required by State law to determine whether the voter's name on the identification provided matches the name on the official list of registered voters ("OLRV"). After a voter presents their ID, the election worker will compare it to the OLRV. If the name on the ID matches the name on the list of registered voters, the voter will follow the regular procedures for voting.

Highly Confidential
LYV00001188

Are you prepared? Voter ID law takes effect in Texas | Texas League of ...                    http://texasyoungvoters.org/voter-id-law-takes-effect/

If the name does not match exactly but is "substantially similar" to the name on the OLRV, the voter will be permitted to vote as long as the voter signs an affidavit stating that the voter is the same person on the list of registered voters.

If a voter does not have proper identification, the voter will still be permitted to vote provisionally. The voter will have (six) 6 days to present proper identification to the county voter registrar, or the voter's ballot will be rejected.

The "substantially similar" names protocols can be found at http://tinyurl.com/subsimname. They are incredibly subjective. So even if you have one of the required forms of id, and it's current, you could still have a problem if your name on the id is not exactly the same as your name on the voter registration list.



facebook    twitter    email    sharethis    Like    16    8+1

Tags:   Texas Voter ID

..........................................................................................

← Press Statement: Shelby v. Holder

Texas League of Young Voters Education Fund Files Motion to Join the DOJ's Lawsuit Against Texas's Photo ID Law →

Comments are closed.

 
Highly Confidential                                                                      LYV00001189

#GotIDTexas Sample Script

# Incorporating Voter ID Into a Rap

*(talking to a registered voter)*

I have one more question: **Have you heard about the new forms of ID you'll need to bring in order to vote?**
Texas has implemented a new law that means you need to have one of six forms of ID to cast a ballot.

**Do you currently have a government-issued ID with your photo, like a passport, military ID or an ID issued by the Texas Department of Public Safety?**

*(if no, skip down to No Current ID)*

*(if yes)* **Can I ask which one you have? Do you know the expiration date?**

In order to vote, you'll need to bring one of the following: driver's license issued by DPS, personal ID issued by DPS, concealed handgun license, military ID, passport or citizenship certificate.

**Do you have one of those?**

*(if yes)* Great! You should make sure the expiration date is after Sept 6, 2013. And you should be aware that if your current appearance is substantially different from the picture on your ID, a poll worker could challenge your identity. *(if no, keep going)*


## NO CURRENT ID

That's ok, you'll just need to go through the process of getting one of those forms of ID in order to vote.

People with disabilities can apply for a permanent exemption to this requirement, is this something that might apply to you? *(if yes)* You have to apply in-person at your county voter registrar's office for the exemption. Would you like someone to follow-up with you about that?) *(if no, keep going)*

You can also apply to vote by mail if you will be out of the county during early voting and on election day, are 65 years or older or have a disability. Would you like help applying through your county's Early Voting Clerk? *(if yes, mark under "Other Help")* *(if no, keep going)*

The easiest form of ID to get is called an Election ID Certificate, it's issued by DPS. But you'll need to prove your citizenship status and your identity. Often you have to start with a birth certificate.

Do you have a copy of your birth certificate? If not, and if you were born in Texas, do you have any immediate family members with a state-issued ID who could request one for you from the Vital Statistics Office?


*(see "Canvass & Phone Tracking Form" Excel or Google Doc for directions on information to track)*

LYV00001190

PL1063
9/2/2014
2:13-cv-00193

# TEXAS VOTERS:
# Got ID?

**New Rules** in TX Mean **New Documents** Required to Vote

## To Vote on Nov. 5th You'll Need <u>One</u> of These

- ☐ TX Driver's License issued by DPS, or
- ☐ TX Personal ID card issued by DPS, or
- ☐ Election ID Certificate (EIC) issued by DPS, or
- ☐ TX concealed handgun license issued by DPS, or
- ☐ US military ID card showing your photo, or
- ☐ US citizenship certificate showing your photo, or
- ☐ US passport book or card.

*(all documents must have expiration dates **AFTER 9/6/13**)*

## You Can Get A *Free* ID @ DPS!

**1** Go to a Department of Public Safety office and bring:


Your Birth Certificate **AND**

**Two (2) of these:**
Social Security Card, voter registration card, school records, medicare/medicaid card, ID card issued by a govt agency, unexpired insurance policy, expired Texas ID.
*For the full list see http://tiny.cc/EIC*

**2** Tell them *"I want a FREE Election ID Certificate"*

## Questions or problems?

- ☑ Call 1-866-OUR-VOTE
     1-866-687-8683
- ☑ Visit www.GotIDtexas.org
- ☑ Text "GotIDtx" to 30644

People with (dis)abilities can apply for a permanent exemption to the new ID requirement. Please, **call us to learn more.**




TEXAS
CIVIC ENGAGEMENT TABLE

Highly Confidential

# PROTECT YOUR RIGHT TO VOTE
# AWARENESS WEEK

**Week of Sept. 16th**





## LEARN ABOUT PHOTO VOTER ID LAW & MORE

Due to the Supreme Court invalidating part of the Voting Rights Act, Texas is now using the photo voter ID law. Also, there are already local jurisdictions (like school districts and city councils) attempting to turn back the changes they had to make because of the Voting Rights Act that once protected minority and low-income voters.

**Combatting the effects of this change requires a massive effort to assist and educate voters, and plot in reaction to voter suppression. We urge you to participate in our events this week!**

**Educate! Organize! Agitate! -- Frederick Douglass**

---

### Tuesday, Sept. 17th - 6:30pm
**PUSH BACK ORGANIZING MEETING**

**What?** A community meeting to plan how to monitor local jurisdictions that want to turn back to make because of the Voting Rights Act. This will prepare the way for lawsuits to keep voting rights in place and not regress.

**Where?** Wheeler Avenue Baptist Church (3826 Wheeler Avenue, Houston, TX)

### Wed, Sept. 18th - 6:30pm
**LEARN THE NEW ELECTION RULES**

**What?** Learn what new documents are required and new procedures followed at the poll. Learn what help there is available, and create a voting outreach plan for your community!

**Where?** To be confirmed - S.H.A.P.E Center (3903 Almeda Rd, Houston, TX)

### Sat, Sept 21st - 9:00am to 1:00pm
**FREE VOTER ID CLINIC**

**What?** If you, relative, or friend need any help about voter ID, drop by anytime and we'll help! We'll even check if the name on your ID matches the voter rolls or help order an out-of-state birth certificate!

**Where?** Ripley House - Neighborhood Centers Inc (4410 Navigation Blvd, Houston, TX)

---

      

State Sen. Rodney Ellis
State Sen. Sylvia Garcia
State Sen. John Whitmire
State Rep. Carol Alvarado
State Rep. Ron Reynolds
State Rep. Jessica Farrar

Highly Confidential

PL1065
9/2/2014
2:13-cv-00193

U.S. Department of Homeland Security
601 South 12th Street
Arlington, VA  20598



**Transportation
Security
Administration**

AUG - 7 2014

The Honorable Kenny Marchant
U.S. House of Representatives
Washington, DC  20515

Dear Representative Marchant:

Thank you for your recent letter to the Department of Homeland Security (DHS) regarding the Transportation Security Administration's (TSA) procedures for travel document checking, specifically the use of a *Notice to Appear* (Form I-862) as proof of identity for boarding commercial aircraft.

Travel document checking is one of the multiple security layers TSA uses in conducting screening operations and is performed to make sure that an individual attempting to enter the screening checkpoint has undergone watchlist matching. When checking travel documents, Transportation Security Officers request and inspect identification which TSA has determined to be acceptable to verify identity. Examples of acceptable identification are driver's licenses, passports, and identification cards issued to Members of Congress. The name on the identification must be the same as the name on the boarding pass to conclude that watchlist matching has occurred.

If a passenger does not have an acceptable form of identification, then the passenger is allowed to present two other forms of identification. One of the two forms of identification must bear the individual's name and other identifying information such as photo, address, phone number, social security number, or date of birth. TSA may assess a variety of government-issued documents to establish passenger identity. The I-862 form may be used along with another form of identification in this instance. As part of the issuance process for Form I-862, the person undergoes a biographic systems check, and a biometric systems check against both the Integrated Automated Fingerprint Identification System and the Automated Biometric Identification System prior to the issuance of Form I-862. TSA needs to be able to assess a wide range of information proffered by a passenger in order to investigate the passenger's identity and make sure that watchlist matching has occurred.

If a passenger can only present a Form I-862, TSA will attempt to establish the passenger's identity through DHS partner Components, such as U.S. Customs and Border Protection (CBP) or U.S. Immigration and Customs Enforcement (ICE). If other DHS Components are able to provide corroborating information (such as that the I-862 was issued to an individual with the name provided) to permit TSA to verify an individual's identity when taken together with all other information available, the passenger is permitted into the screening checkpoint to undergo screening. If unable to verify the passenger's identity, TSA will deny access to the screening checkpoint.

USA_00223532

2

If either of the two alternate identity verification procedures described above is used, the passenger will receive additional screening of their person and accessible property to ensure he or she is not carrying prohibited items and does not represent a security threat to an aircraft. Additional screening includes a pat-down and explosives detection screening of accessible property. The passenger will only be allowed into the sterile area after successfully undergoing screening at the checkpoint.

As demonstrated by recent events in Texas, TSA must retain the ability to use alternative identity verification procedures to ensure that we are able to verify a passenger's identity. The Federal Security Director responsible for Laredo International Airport and McAllen-Miller International Airport is coordinating with CBP and ICE officials at those airports to ensure proper passenger identification. Additionally, TSA sent a communication to all Federal Security Directors directing them to review the correct passenger verification procedures with their employees.

I appreciate that you took the time to share your concerns with me and hope this information is helpful. Enclosed are responses to the specific questions you posed in your letter. Should you require any additional information, please do not hesitate to contact the Office of Legislative Affairs at (571) 227-2717.

Sincerely yours,

John S. Pistole
Administrator

Enclosure

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

**DPS RESPONSES TO
WRITTEN DEPOSITION QUESTIONS PURSUANT TO RULE 31
REGARDING SPECIFIED TOPICS FROM THE UNITED STATES' NOTICE
OF RULE 30(b)(6) DEPOSITION OF THE TEXAS DEPARTMENT OF
PUBLIC SAFETY**

The responses to questions 1-277 and 284-303 were prepared by Sheri Gipson, Senior Manager, Records and Enforcement, Customer Support, Driver License Division. The background information requested regarding Ms. Gipson was provided during her deposition taken by the Plaintiffs on June 9, 2014.

The responses to questions 278-273 were prepared by John Crawford, Applications Manager, Licensing Services, Information Technology Division. The background information requested regarding Mr. Crawford was provided during his deposition taken by the Plaintiffs on July 30, 2014.

**Questions**

**Topics 8-11**

1. Describe the purpose of the card status field with respect to the DPS database of Texas driver license records.

    RESPONSE: The Driver License System (DLS) is built based on person records. Within this record, the person could hold both a Texas driver license and a Texas Identification Card. While there are common data fields that apply to the person and both cards (name and address for example), card status is designed to identify administrative actions that only apply to one card, not the entire person record.

1

USA_00223534

2.    Yes or no, does the single fact of having any one of the following card statuses with respect to a Texas driver license record require the license holder to physically give up possession his or her Texas driver license card to DPS:

- Purged
- Revoked Sex Offender
- Voluntary Surrender
- Voluntary Surrender CSO
- Denied Texas Limb Waiver
- Denied Texas Vision Waiver
- Expired Limb Waiver
- Expired Vision Waiver
- Ignition Interlock Required
- Limb Waiver Needed
- Required Downgrade
- Restriction Requires Review
- Verify Issue Former State
- Vision Waiver Needed
- Voluntary Surrender Insurance
- Voluntary Surrender Medical
- Returned By Post Office
- Items Surrendered
- Documents Needed

RESPONSE:  No, there is no requirement that a license holder physically give up possession of a Texas driver license if one of these statuses is listed in the Card Status field.  However, a card status of Voluntary Surrender, Voluntary Surrender CSO, Voluntary Surrender Insurance and Voluntary Surrender Medical means the customer has voluntarily surrendered their card.

3.    If the answer to question 2 above is yes, please identify which, if any, of the above-listed driver license card statuses require the license holder to physically give up possession his or her Texas driver license card to DPS.

RESPONSE:  There is no requirement that a license holder physically give up possession of a Texas driver license if one of these statuses is listed in the Card Status field.  However, a card status of Voluntary Surrender, Voluntary Surrender CSO, Voluntary Surrender Insurance and Voluntary Surrender Medical means the customer has voluntarily chosen to surrender their card

4.    Please identify which, if any, of the above-listed driver license card statuses indicate that the license holder does not have actual possession his or her Texas driver license card.

RESPONSE:  The Department cannot state whether or not a person has actual possession of his or her Texas driver license.

2

5.   Please identify which, if any, of the above-listed card statuses is apparent on the face of the Texas driver license card.

RESPONSE:  None.

6.   Please state all reasons why a Texas driver license record could have "Purged" as a card status.

RESPONSE:  DLS is based on a person record, so only the driver license record within the person record would be marked with a status of "purged".  This can be added if the card was created as a test card or the card data is deemed as no longer useful.

7.   Are Texas driver license records that have "Purged" as a card status ever removed or erased from DPS driver license database?

RESPONSE:  Based on current record retention requirements, driver license application data is maintained for 125 years.  This action removes the card data from the basic system view in the driver license system (DLS), but the information remains in the database tables.

8.   If driver license records with "Purged" listed as the card status are removed or erased from the DPS driver license database, please explain the process for the removal or erasure, including how often such removals or erasures occur.

RESPONSE:  This information is not removed or erased from the database tables.

9.   When a driver license has a card status of "Purged," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  The person would not be required to surrender the card when this status is added.

10.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Purged" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  Generally when this status is added to the card, there is no actual driver license card.  It was either not produced or has been expired for more than two years.  If a card does exist, it would not be returned to the Department.

11.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Purged" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not

3

USA_00223536

be permissible for the license holder to retain possession of the driver license card.

RESPONSE: None.

12. Can a driver license currently marked with a card status of "Purged" still be a valid license according to DPS? Please provide the basis for the response.

RESPONSE: Not for driving purposes. The card was either created as a test or has been expired for more than two years.

13. Please list and explain all reasons why a card status of "Purged" could be removed from a driver license record.

RESPONSE: This status would only be removed if it was placed on the card in error. This action removes the card status from the basic system view of the record, but the information relating to the addition and removal of this status is maintained in the DLS database tables.

14. When a card status of "Purged" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE: For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

15. Once the card status "Purged" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE: Yes. There is no requirement that a license holder physically give up possession of a Texas driver license if one of these statuses is listed in the Card Status field.

16. If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Purged," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE: There are no variances; the status does not require surrender of the driver license card.

17. When a driver license has a card status of "Revoked Sex Offender," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE: Yes.

4

18.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Revoked Sex Offender" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

19.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Revoked Sex Offender" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

20.   Can a driver license currently marked with a card status of "Revoked Sex Offender" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  Not for driving purposes.  The driving privileges are revoked until the customer complies with statute by applying for an updated driver license card.  It is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

21.   Please list and explain all reasons why a card status of "Revoked Sex Offender" could be removed from a driver license record.

RESPONSE:  The card status is removed once the customer has complied with statute by applying for an updated card, when the customer is no longer required to comply with registration requirements or when the status was placed on the record in error. This action removes the card status from the basic system view of the record, but the information relating to the addition and removal of this status is maintained in the DLS database tables.

22.   When a card status of "Revoked Sex Offender" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

23.   Once the card status "Revoked Sex Offender" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

5

USA_00223538

RESPONSE: Yes.

24.     If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Revoked Sex Offender," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

        RESPONSE: There are no variances; the status does not require surrender of the driver license card.

25.     Please state all reasons why a Texas driver license record could have "Voluntary Surrender" as a card status.

        RESPONSE: This status is placed on the card when the customer has chosen to voluntarily surrender the driver license card and their driving privileges.   The Department does not require the customer to tell us why they are surrendering the driver license card. As such, it is not possible to list all reasons why a record could have this card status listed.

26.     When a driver license has a card status of "Voluntary Surrender," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

        RESPONSE: The card status of "Voluntary Surrender" is entered into the record after the customer has voluntarily surrendered possession of the driver license card to the Department. This is merely the documentation in the record of an event initiated by the customer. This does not involve the element of the license holder being "permitted" to retain possession of the card.

27.     If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Voluntary Surrender" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

        RESPONSE: None.

28.     If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Voluntary Surrender" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

        RESPONSE: If a customer chooses to voluntarily surrender possession of their driver license they would no longer retain possession.

6

USA_00223539

29.     Can a driver license currently marked with a card status of "Voluntary Surrender" still be a valid license according to DPS?  Please provide the basis for the response.

        RESPONSE:  If the driver license card is marked with a card status of voluntary surrender and there is no removal date, the card is not valid for driving purposes.

30.     Please list and explain all reasons why a card status of "Voluntary Surrender" could be removed from a driver license record.

        RESPONSE:  When the applicant chooses to come in and reapply for a driver license or if it was placed on the record in error.

31.     When a card status of "Voluntary Surrender" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

        RESPONSE:  For practical purposes the removal of the card status would result in the reissuance of the driver license card; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

32.     Once the card status "Voluntary Surrender" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

        RESPONSE:  Yes.

33.     If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Voluntary Surrender," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

        RESPONSE:  If a license holder has voluntarily surrendered possession of the card then DPS would have physical possession of the card. If the license holder decides to reinstate the license then the license holder would have possession of the card.

34.     Please state any and all reasons why a Texas driver license record could have a current card status of "Voluntary Surrender" while not having any value entered in the License Surrendered field.

        RESPONSE:  A driver license record may or may not have a value in both the "license surrendered" field and a card status of "voluntary surrender", but the two are not connected – see response to question number 35.

35.     Does having "Voluntary Surrender" indicated in the card status field indicate something different than having a value entered in the License Surrendered field? If so, what is the difference between the two?

7

RESPONSE:  Yes. Voluntary surrender card status is added to the record based on a customer's action to voluntarily surrender their driver license card and driving privileges.  The license surrendered field is an informational field that is part of an administrative license revocation action.   This field has 3 options, (1) license surrendered  (2) license not surrendered or (3) unknown.

36.   What does it mean for a Texas driver license record to have a card status of "Voluntary Surrender CSO"?

RESPONSE:  Texas statute, Article 62 of the Code of Criminal Procedure, requires individuals to maintain a valid driver license or identification card.  When a customer possesses both a driver license and identification card, they sometimes elect to only maintain one card.  Placing this status on the 2nd card type maintains the record of the 2nd card but prohibits the driver license system processes from applying revocation notices and enforcement actions for non-compliance.

37.   What does "CSO" in the above card status stand for?

RESPONSE:  Classified Sex Offender.

38.   Please state all reasons why a Texas driver license record could have "Voluntary Surrender CSO" as a card status.

RESPONSE:  When the customer has both a Texas driver license and a Texas identification card and they choose to only maintain one card type.

39.   When a driver license has a card status of "Voluntary Surrender CSO," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:   The card status of "Voluntary Surrender Medical" is entered into the record after the customer has voluntarily surrendered possession of the driver license card to the Department.  This is merely the documentation in the record of an event initiated by the customer.  This does not involve the element of the license holder being "permitted" to retain possession of the card.

40.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Voluntary Surrender CSO" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE: None

USA_00223541

41.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Voluntary Surrender CSO" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  Anytime a customer chooses to voluntary surrender physical possession of their driver license card.

42.   Can a driver license currently marked with a card status of "Voluntary Surrender CSO" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  If the driver license card is marked with a card status of voluntary surrender CSO and there is no removal date, the card is not valid for driving purposes.

43.   Please list and explain all reasons why a card status of "Voluntary Surrender CSO" could be removed from a driver license record.

RESPONSE:  When an applicant chooses to come in and reapply for a driver license or if it was placed on the record in error.

44.   When a card status of "Voluntary Surrender CSO" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes the removal of the card status would result in the reissuance of the driver license card; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

45.   Once the card status "Voluntary Surrender CSO" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes

46.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Voluntary Surrender CSO," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  If a license holder has voluntarily surrendered possession of the card then DPS would have physical possession of the card. If the license holder decides to

9

USA_00223542

reinstate the license then the license holder would have possession of the card.

47. Please state any and all reasons why a Texas driver license record could have a current card status of "Voluntary Surrender CSO" while not having any value entered in the License Surrendered field.

RESPONSE: A driver license record may or may not have a value in both the "Voluntary Surrender CSO" field and a card status of "License surrendered", but the two are not connected – see response to question number 48.

48. Does having "Voluntary Surrender" indicated in the card status field indicate something different than having a value entered in the License Surrendered field? If so, what is the difference between the two?

RESPONSE: Yes. Voluntary Surrender CSO card status is added to the record based on a customer's action to voluntarily surrender their driver license card and driving privileges. The license surrendered field is an informational field that is part of an administrative license revocation action. This field has 3 options, (1) license surrendered (2) license not surrendered or (3) unknown.

49. What is a "Texas Limb Waiver"?

RESPONSE: This waiver is granted to a Texas Commercial driver who does not meet the physical requirements under the code of federal regulations, administered by the Federal Motor Carrier Safety Administration (FMCSA) and allows that driver to operate a commercial motor vehicle within the State of Texas.

50. What does it mean for a Texas driver license record to have a card status of "Denied Texas Limb Waiver"?

RESPONSE: This customer has applied for a waiver and has been denied based on a review of the application and their driver record.

51. Please state all reasons why a Texas driver license record could have "Denied Texas Limb Waiver" as a card status.

RESPONSE: See response to question number 50.

52. When a driver license has a card status of "Denied Texas Limb Waiver," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE: Yes

53. If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Denied Texas Limb Waiver" is

10

permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

54.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Denied Texas Limb Waiver" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None

55.    Can a driver license currently marked with a card status of "Denied Texas Limb Waiver" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  The driver license is considered valid for operating non-commercial vehicles and is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

56.    Please list and explain all reasons why a card status of "Denied Texas Limb Waiver" could be removed from a driver license record.

RESPONSE:  If the driver license is changed from a commercial driver license to non-commercial driver license, if their physical status changes, if their application is eligible for review or if it was entered in error.

57.    When a card status of "Denied Texas Limb Waiver" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion

58.    Once the card status "Denied Texas Limb Waiver" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:   Yes. This card status does not have an effect on possession of the license.

59.    If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Denied Texas Limb Waiver," but

11

USA_00223544

later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

60.    What is a "Texas Vision Waiver"?

RESPONSE:  This waiver is granted to a Texas Commercial driver who does not meet the vision requirements under the code of federal regulations, administered by the Federal Motor Carrier Safety Administration (FMCSA) and allows that driver to operate a commercial motor vehicle within the State of Texas.

61.    What does it mean for a Texas driver license record to have a card status of "Denied Texas Vision Waiver"?

RESPONSE:  The customer has applied for a waiver and has been denied based on a review of the application and their driver record.

62.    Please state all reasons why a Texas driver license record could have "Denied Texas Vision Waiver" as a card status.

RESPONSE:  See response to question number 61.

63.    When a driver license has a card status of "Denied Texas Vision Waiver," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  Yes.

64.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Denied Texas Vision Waiver" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

65.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Denied Texas Vision Waiver" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

12

USA_00223545

66.  Can a driver license currently marked with a card status of "Denied Texas Vision Waiver" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  The driver license is considered valid for operating non-commercial vehicles and is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

67.  Please list and explain all reasons why a card status of "Denied Texas Vision Waiver" could be removed from a driver license record.

RESPONSE:  If the driver license is changed from a commercial driver license to non-commercial driver license, if their visual status changes, if their application is eligible for review or if it was entered in error.

68.  When a card status of "Denied Texas Vision Waiver" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

69.  Once the card status "Denied Texas Vision Waiver" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes.

70.  If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Denied Texas Vision Waiver," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

71.  How often do Limb Waivers expire?

RESPONSE:  Limb waivers are issued up to a maximum of 2 years.

72.  How often to Vision Waivers expire?

RESPONSE:  Vision waivers are issued up to a maximum of 2 years.

13

USA_00223546

73.     When a driver license has a card status of "Expired Limb Waiver," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

        RESPONSE:  Yes.

74.     If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Expired Limb Waiver" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

        RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

75.     If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Expired Limb Waiver" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

        RESPONSE:  None.

76.     Can a driver license currently marked with a card status of "Expired Limb Waiver" still be a valid license according to DPS?  Please provide the basis for the response.

        RESPONSE:  The driver license is considered valid for operating non-commercial vehicles and is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

77.     Please list and explain all reasons why a card status of "Expired Limb Waiver" could be removed from a driver license record.

        RESPONSE:  If the driver license is changed from a commercial driver license to non-commercial driver license, if their physical status changes, if their waiver is renewed, or if it was entered in error.

78.     When a card status of "Expired Limb Waiver" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

        RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

79.     Once the card status "Expired Limb Waiver" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of

14

USA_00223547

the license?

RESPONSE:  Yes.

80.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Expired Limb Waiver," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

81.   When a driver license has a card status of "Expired Vision Waiver," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  Yes.

82.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Expired Vision Waiver" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

83.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Expired Vision Waiver" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

84.   Can a driver license currently marked with a card status of "Expired Vision Waiver" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  The driver license is considered valid for operating non-commercial vehicles and is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

85.   Please list and explain all reasons why a card status of "Expired Vision Waiver" could be removed from a driver license record.

RESPONSE:  If the driver license is changed from a commercial driver license to non-

15

commercial driver license, if their vision status changes, if their waiver is renewed, or if it was entered in error.

86.   When a card status of "Expired Vision Waiver" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

87.   Once the card status "Expired Vision Waiver" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes.

88.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Expired Vision Waiver," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

89.   What does it mean for a Texas driver license record to have a card status of "Ignition Interlock Required?"

RESPONSE:  The driver has been ordered by the court and/or is required by statute to have an ignition interlock device placed in the vehicle they operate as a condition to maintain or reinstate driving privileges.

90.   Please state all reasons why a Texas driver license record could have "Ignition Interlock Required" as a card status.

RESPONSE:  Court order as a result of an alcohol related offense.

91.   When a driver license has a card status of "Ignition Interlock Required," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  Yes.

92.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Ignition Interlock Required" is permitted to retain physical possession of the driver license card, identify all

16

USA_00223549

circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

93.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Ignition Interlock Required" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

94.   Can a driver license currently marked with a card status of "Ignition Interlock Required" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  It is considered valid for driving privileges as long as the driver license card is not expired and there are no other actions on the driver record that would affect driving privileges.  It is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

95.   Please list and explain all reasons why a card status of "Ignition Interlock Required" could be removed from a driver license record.

RESPONSE:  Requirement for interlock device has expired, been removed by the court or if the status was placed on the record in error.

96.   When a card status of "Ignition Interlock Required" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

97.   Once the card status "Ignition Interlock Required" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes.

98.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Ignition Interlock Required," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

17

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

99.     What does it mean for a Texas driver license record to have a card status of "Limb Waiver Needed"?

RESPONSE:  This status is added to a driver license card when the customer has been approved for a limb waiver but needs to obtain an updated driver license card with the appropriate restrictions.

100.    When a driver license has a card status of "Limb Waiver Needed," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  Yes

101.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Limb Waiver Needed" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

102.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Limb Waiver Needed" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

103.    Can a driver license currently marked with a card status of "Limb Waiver Needed" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  Driving privileges are valid for 60 days from the date the status is added to the driver license card.  If the customer fails to obtain an updated driver license card within that time period, commercial operating privileges are cancelled and they are only allowed to operate non-commercial vehicles.  It is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

104.    Please list and explain all reasons why a card status of "Limb Waiver Needed" could be removed from a driver license record.

18

USA_00223551

RESPONSE:  If the driver license is changed from a commercial driver license to non-commercial driver license, if the updated driver license card is obtained, or if it was entered in error.

105.   When a card status of "Limb Waiver Needed" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion

106.   Once the card status "Limb Waiver Needed" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes.

107.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Limb Waiver Needed," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

108.   What does it mean for a Texas driver license record to have a card status of "Required Downgrade"?

RESPONSE:  This is generally applied to a driver license card when a medical issue that affects the operation of certain motor vehicles has been identified and the medical advisory board has determined that the class of the driver license should be changed.

109.   Please state all reasons why a Texas driver license record could have "Required Downgrade" as a card status.

RESPONSE:  See response to question number 108.

110.   When a driver license has a card status of "Required Downgrade," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  Yes.

111.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Required Downgrade" is permitted to

19

USA_00223552

retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

112.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Required Downgrade" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

113.   Can a driver license currently marked with a card status of "Required Downgrade" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  Driving privileges are valid for 60 days.  If the customer fails to obtain a new driver license card with the appropriate class, driving privileges are suspended.  It is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

114.   Please list and explain all reasons why a card status of "Required Downgrade" could be removed from a driver license record.

RESPONSE:  The customer has complied by applying for a new driver license card or it was entered on the record in error.

115.   When a card status of "Required Downgrade" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

116.   Once the card status "Required Downgrade" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes.

117.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Required Downgrade," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

20

USA_00223553

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

118.   What does it mean for a Texas driver license record to have a card status of "Restriction Requires Review"?

RESPONSE:  This is generally applied to a driver license card when a medical issue that affects the operation of certain motor vehicles has been identified and the medical advisory board has determined that certain restrictions should be placed on the driving privileges.

119.   Please state all reasons why a Texas driver license record could have "Restriction Requires Review" as a card status.

RESPONSE:  See response to question number 118.

120.   When a driver license has a card status of "Restriction Requires Review," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  Yes.

121.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Restriction Requires Review" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

122.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Restriction Requires Review" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

123.   Can a driver license currently marked with a card status of "Restriction Requires Review" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  Driving privileges are valid for 60 days.  If the customer fails to obtain a new driver license card with the appropriate restrictions, driving privileges are

21

USA_00223554

suspended.  It is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

124.    Please list and explain all reasons why a card status of "Restriction Requires Review" could be removed from a driver license record.

RESPONSE:  The customer has complied by applying for a new driver license card or it was entered on the record in error.

125.    When a card status of "Restriction Requires Review" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

126.    Once the card status "Restriction Requires Review" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes

127.    If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Restriction Requires Review," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

128.    What does it mean for a Texas driver license record to have a card status of "Verify Issue Former State"?

RESPONSE:   There has been a potential issue identified (pending or current enforcement action) with the customer's driving privileges in the state where they held a driver license before obtaining a Texas driver license.

129.    Please state all reasons why a Texas driver license record could be marked with "Verify Issue Former State" as a card status.

RESPONSE:  See response to question number 128.

130.    When a driver license has a card status of "Verify Issue Former State," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

22

USA_00223555

RESPONSE: Yes.

131.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Verify Issue Former State" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE: The license holder would be permitted to retain possession of the driver license card with this status.

132.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Verify Issue Former State" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE: None.

133.   Can a driver license currently marked with a card status of "Verify Issue Former State" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE: It is considered valid for driving privileges as long as the driver license card is not expired and there are no other actions on the driver record that would affect driving privileges.  It is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

134.   Please list and explain all reasons why a card status of "Verify Issue Former State" could be removed from a driver license record.

RESPONSE: The issue with the former state was resolved, it was determined that the drivers were two different people or the status was placed on the record in error.

135.   When a card status of "Verify Issue Former State" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE: For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

136.   Once the card status "Verify Issue Former State" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE: Yes.

23

USA_00223556

137.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Verify Issue Former State," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

138.   What does it mean for a Texas driver license record to have a card status of "Vision Waiver Needed"?

RESPONSE:  This status is added to a driver license card when the customer has been approved for a vision waiver but needs to obtain an updated driver license card with the appropriate restrictions.

139.   When a driver license has a card status of "Vision Waiver Needed," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  Yes.

140.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Vision Waiver Needed" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

141.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Vision Waiver Needed" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

142.   Can a driver license currently marked with a card status of "Vision Waiver Needed" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  Driving privileges are valid for 60 days from the date the status is added to the driver license card.  If the customer fails to obtain an updated driver license card within that time period, driving privileges are cancelled.  It is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has

24

USA_00223557

not been cancelled due to fraud.

143.   Please list and explain all reasons why a card status of "Vision Waiver Needed" could be removed from a driver license record.

RESPONSE:  If the driver license is changed from a commercial driver license to non-commercial driver license, if the updated driver license card is obtained, or if it was entered in error.

144.   When a card status of "Vision Waiver Needed" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

145.   Once the card status "Vision Waiver Needed" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes.

146.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Vision Waiver Needed," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.

147.   What does it mean for a Texas driver license record to have a card status of "Voluntary Surrender Insurance"?

RESPONSE:  This status is placed on the card when the customer has chosen to voluntarily surrender the driver license card and their driving privileges for purposes of insurance.

148.   Please state all reasons why a Texas driver license record could be marked with "Voluntary Surrender Insurance" as a card status.

RESPONSE:  See response to question number 147.

149.   When a driver license has a card status of "Voluntary Surrender Insurance," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

25

USA_00223558

RESPONSE:  The card status of "Voluntary Surrender Insurance" is entered into the record after the customer has voluntarily surrendered possession of the driver license card to the Department.  This is merely the documentation in the record of an event initiated by the customer.  This does not involve the element of the license holder being "permitted" to retain possession of the card.

150.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Voluntary Surrender Insurance" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

151.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Voluntary Surrender Insurance" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  Anytime a customer chooses to voluntarily surrender their driver license card.

152.    Can a driver license currently marked with a card status of "Voluntary Surrender Insurance" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  If the driver license card is marked with a card status of voluntary surrender insurance and there is no removal date, the card is not valid for driving purposes and the driver license card would have been voluntarily surrendered.

153.    Please list and explain all reasons why a card status of "Voluntary Surrender Insurance" could be removed from a driver license record.

RESPONSE:  When the applicant chooses to come in and reapply for a driver license or if it was placed on the record in error.

154.    When a card status of "Voluntary Surrender Insurance" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes the removal of the card status would result in the reissuance of the driver license card; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

155.    Once the card status "Voluntary Surrender Insurance" is removed from a non-expired

26

USA_00223559

driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes.

156.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Voluntary Surrender Insurance," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  If a license holder has voluntarily surrendered possession of the card then DPS would have physical possession of the card. If the license holder decides to reinstate the license then the license holder would have possession of the card.

157.   Please state any and all reasons why a Texas driver license record could have a current card status of "Voluntary Surrender Insurance" while not having any value entered in the License Surrendered field.

RESPONSE:   A driver license record may or may not have a value in both the "Voluntary Surrender Insurance" field and a card status of "License Surrendered", but the two are not connected – see response to number 158.

158.   Does having "Voluntary Surrender Insurance" indicated in the card status field indicate something different than having a value entered in the License Surrendered field? If so, what is the difference between the two?

RESPONSE:  Yes. Voluntary Surrender Insurance card status is added to the record based on a customer's action to voluntarily surrender their driver license card and driving privileges.  The license surrendered field is an informational field that is part of an administrative license revocation action.  This field has 3 options, (1) license surrendered (2) license not surrendered or (3) unknown.

159.   What does it mean for a Texas driver license record to have a card status of "Voluntary Surrender Medical"?

RESPONSE:  When it is determined that there is a potential medical issue that will affect the ability of an individual to safely operate a motor vehicle, there is a process that the customer must go through to maintain their driver license and driving privileges.  If they decide that they do not want to complete that process and voluntarily surrender the driver license card and driving privileges, this status is placed on the driver license card.

160.   Please state all reasons why a Texas driver license record could be marked with "Voluntary Surrender Medical" as a card status.

27

RESPONSE:  See response to question number 159.

161.    When a driver license has a card status of "Voluntary Surrender Medical," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  The card status of "Voluntary Surrender Medical" is entered into the record after the customer has voluntarily surrendered possession of the driver license card to the Department.  This is merely the documentation in the record of an event initiated by the customer.  This does not involve the element of the license holder being "permitted" to retain possession of the card.

162.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Voluntary Surrender Medical" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

163.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Voluntary Surrender Medical" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  Anytime a customer chooses to voluntarily surrender their driver license card.

164.    Can a driver license currently marked with a card status of "Voluntary Surrender Medical" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  If the driver license card is marked with a card status of voluntary surrender and there is no removal date, the card is not valid for driving purposes and the driver license card would have been voluntarily surrendered.

165.    Please list and explain all reasons why a card status of "Voluntary Surrender Medical" could be removed from a driver license record.

RESPONSE:  When an applicant chooses to come in and reapply for a driver license or if it was placed on the record in error.

166.    When a card status of "Voluntary Surrender Medical" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

28

RESPONSE:  For practical purposes the removal of the card status may result in the reissuance of the driver license card; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

167. Once the card status "Voluntary Surrender Medical" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

   RESPONSE:  Yes.

168. If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Voluntary Surrender Medical," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

   RESPONSE:   If a license holder has voluntarily surrendered possession of the card then DPS would have physical possession of the card. If the license holder decides to reinstate the license then the license holder would have possession of the card.

169. Please state any and all reasons why a Texas driver license record could have a current card status of "Voluntary Surrender Medical" while not having any value entered in the License Surrendered field.

   RESPONSE:   A driver license record may or may not have a value in both the "license surrendered" field and a card status of "voluntary surrender medical", but the two statuses are not connected – see response to question number 170.

170. Does having "Voluntary Surrender Medical" indicated in the card status field indicate something different than having a value entered in the License Surrendered field?  If so, what is the difference between the two?

   RESPONSE:   Yes. Voluntary Surrender Medical card status is added to the record based on a customer's action to voluntarily surrender their driver license card and driving privileges.  The License Surrendered field is an informational field that is part of an administrative license revocation action.  This field has 3 options, (1) license surrendered  (2) license not surrendered or (3) unknown.

171. What does it mean for a Texas driver license record to have a card status of "Returned by Post Office"?

   RESPONSE:  The post office returned a driver license card that was mailed to the customer by the Department.

172. Please state all reasons why a Texas driver license record could be marked with

29

"Returned by Post Office" as a card status.

RESPONSE:  See response to question number 171.

173.   When a driver license has a card status of "Returned by Post Office," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:   The actual card is returned to the Department and destroyed, so possession of that card would not be possible, but the customer could still potentially have possession of the temporary driving permit or a previous or subsequently issued driver license card. That information cannot be determined from this particular field.

174.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Returned by Post Office" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  See response to question number 173.

175.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Returned by Post Office" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  Since the card was returned by the post office, the customer would not have possession of that particular driver license card.

176.   Can a driver license currently marked with a card status of "Returned by Post Office" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  Since the card was returned by the post office, the customer would not have possession of that particular driver license card, but driving privileges would still be valid.

177.   Please list and explain all reasons why a card status of "Returned by Post Office" could be removed from a driver license record.

RESPONSE:  If it was placed on the record in error.

178.   When a card status of "Returned by Post Office" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

30

USA_00223563

RESPONSE:  For practical purposes there is no effect as the card status is not removed; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

179.   Once the card status "Returned by Post Office" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  This status is not removed, it is maintained for administrative reasons and to determine the number of times a driver license card from a particular transaction has been remade and re-mailed.

180.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Returned by Post Office," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances, the status indicates the card was returned and destroyed.

181.   What does it mean for a Texas driver license record to have a card status of "Items Surrendered"?

RESPONSE:  This status is placed on a driver license card when a driver license card is surrendered to a law enforcement agency or court and the card was returned to the Department.

182.   Please state all reasons why a Texas driver license record could be marked with "Items Surrendered" as a card status.

RESPONSE:  See response to question number 181.

183.   When a driver license has a card status of "Items Surrendered," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:   The driver license card has been surrendered and destroyed, so the customer would not have physical possession of that card, but the customer could still potentially have possession of a temporary driving permit or a previous or subsequently issued driver license card.  That information cannot be determined from an entry in this particular field.

184.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Items Surrendered" is permitted to

31

USA_00223564

retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  See response to question number 183.

185.    If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Items Surrendered" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  Possession would be permissible, but since the card was surrendered and destroyed, the customer would not have possession of that particular driver license card. However, the customer could still potentially have possession of a temporary driving permit or a previous or subsequently issued driver license card.

186.    Can a driver license currently marked with a card status of "Items Surrendered" still be a valid license according to DPS?  Please provide the basis for the response.

RESPONSE:  Since the card was surrendered, the customer would not have possession of that particular driver license card, but driving privileges would still be valid unless there is an active enforcement action that has removed driving privileges.

187.    Please list and explain all reasons why a card status of "Items Surrendered" could be removed from a driver license record.

RESPONSE:  If the status was entered on the record in error.

188.    When a card status of "Items Surrendered" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect as the card status is not removed; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

189.    Once the card status "Items Surrendered" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:   The status is not removed, it is kept for administrative purposes; however, the driver license card can be reissued providing there is not an active enforcement action that would prohibit the issuance of a driver license.

190.    If physical possession of a driver license as between the license holder and DPS varies

32

for licenses that at one time had a card status of "Items Surrendered," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances, the status indicates the card was surrendered and destroyed.

191.   What does it mean for a Texas driver license record to have a card status of "Documents Needed"?

RESPONSE:   This status is added to the driver license card when it is determined that some type of documentation is needed before the card can be reissued again.  The details contained in other fields indicate what information is needed and who to contact for assistance.  It can be anything from the need for a particular form to be completed and/or signed or a request for additional documentation related to identity, citizenship, residency, etc.

192.   Please state all reasons why a Texas driver license record could be marked with "Documents Needed" as a card status.

RESPONSE:  See response to question number 191.

193.   When a driver license has a card status of "Documents Needed," is the license holder permitted, under all applicable rules and procedures, to retain physical possession of the driver license card?

RESPONSE:  Yes.

194.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Documents Needed" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  The license holder would be permitted to retain possession of the driver license card with this status.

195.   If it varies, under all applicable rules and procedures, as to whether or not the license holder of a driver license with a card status of "Documents Needed" is permitted to retain physical possession of the driver license card, identify all circumstances in which it would not be permissible for the license holder to retain possession of the driver license card.

RESPONSE:  None.

196.   Can a driver license currently marked with a card status of "Documents Needed" still

33

USA_00223566

be a valid license according to DPS?  Please provide the basis for the response.

Yes. It is considered valid for driving privileges as long as there are no other actions on the driver record that would affect driving privileges.  It is valid for identity purposes so long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

197.   Please list and explain all reasons why a card status of "Documents Needed" could be removed from a driver license record.

RESPONSE:  Once the customer has complied by providing the document or if it was placed on the record in error.

198.   When a card status of "Documents Needed" that was once placed on a driver license record is removed, does the removal of that card status have any effect on whether the driver is legally entitled to physically possess the license?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

199.   Once the card status "Documents Needed" is removed from a non-expired driver license record, would the license holder be permitted to have physical possession of the license?

RESPONSE:  Yes.

200.   If physical possession of a driver license as between the license holder and DPS varies for licenses that at one time had a card status of "Documents Needed," but later had that card status removed, please explain when DPS would possess the licenses versus when the license holder would possess the license.

RESPONSE:  There are no variances; the status does not require surrender of the driver license card.


**Topics 12-15**

201.   What is the purpose of the card status field with respect to the DPS database of Texas ID card records?

RESPONSE:  The Driver License System is built based on person records.  Within this record, the person could hold both a Texas driver license and a Texas Identification Card.  While there are common data fields that apply to the person and both cards (name and address for example), card status is designed to identify administrative actions that only apply to one card, not the entire person record.

34

202.   Yes or no, does having any one of the following card statuses with respect to a Texas ID card record require the license holder to physically give up possession his or her Texas ID card to DPS:

- Purged
- Revoked Sex Offender
- Voluntary Surrender
- Voluntary Surrender CSO
- Returned By Post Office
- Items Surrendered
- Documents Needed

No, there is no requirement that a license holder physically give up possession of a Texas personal identification card if one of these statuses is listed in the Card Status field.   However, a card status of Voluntary Surrender or Voluntary Surrender CSO means the customer has voluntarily surrendered their card.

203.   If the answer to question 202 above is yes, please identify which, if any, of the above-listed ID card statuses require the ID card holder to physically give up possession his or her Texas ID card to DPS.

RESPONSE:   There is no requirement that a license holder physically give up possession of a Texas personal identification card if one of these statuses is listed in the Card Status field.   However, a card status of Voluntary Surrender or Voluntary Surrender CSO means the customer has voluntarily chosen to surrender their card.

204.   Please identify which, if any, of the above-listed card statuses indicate that the ID card holder does not have actual possession his or her Texas ID card.

RESPONSE:   Voluntary Surrender and Voluntary Surrender CSO.

205.   Please identify which, if any, of the above-listed card statuses is apparent on the face of the Texas ID card.

RESPONSE:   None.

206.   What does it mean for a Texas ID card record to have a card status of "Purged"?

RESPONSE:   When this status is added to an identification card record, there are system processes that either initiates notification to other users that the card information is marked for purge or to prohibit certain system functions from processing using that specific card data.

207.   Please state all reasons why a Texas ID card record could be marked with "Purged" as a card status.

35

USA_00223568

RESPONSE:  DLS is based on a person record, so only the identification card record within the person record would be marked with a status of "purged".  This can be added if the card was created as a test card or the card data is deemed as no longer useful.

208.   When a Texas ID card has a card status of "Purged," is the ID holder permitted, under all applicable rules and procedures, to retain physical possession of the ID card?

RESPONSE:  The person would not be required to surrender the card when this status is added.

209.   If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID with a card status of "Purged" is permitted to retain physical possession of the ID card, identify all circumstances in which it would be permissible for the ID holder to retain possession of the ID card.

RESPONSE:  Generally when this status is added to the card, there is no actual identification card.  It was either not produced or has been expired for more than two years.  If a card does exist, it would not be returned to the Department.

210.   If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID card with a card status of "Purged" is permitted to retain physical possession of the ID card, identify all circumstances in which it would not be permissible for the ID holder to retain possession of the ID card.

RESPONSE:  None

211.   Can an ID currently marked with a card status of "Purged" still be a valid ID according to DPS?  Please provide the basis for the response.

RESPONSE:  Typically this card was either created as a test or has been expired for more than two years so it would not be considered as a valid ID.

212.   Please list and explain all reasons why a card status of "Purged" could be removed from an ID card record.

RESPONSE:  This status would only be removed if it was placed on the card in error.  This action removes the card status from the basic system view of the record, but the information relating to the addition and removal of this status is maintained in the DLS database tables.

213.   When a card status of "Purged" that was once placed on an ID card record is removed, does the removal of that card status have any effect on whether the ID holder is legally entitled to physically possess the ID card?

36

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

214. Once the card status "Purged" is removed from a non-expired ID card, would the ID holder be permitted to have physical possession of the ID card?

RESPONSE:  Yes.

215. If physical possession of a driver license as between the ID holder and DPS varies for ID cards that at one time had a card status of "Purged," but later had that card status removed, please explain when DPS would possess the ID card versus when the ID holder would possess the ID card.

RESPONSE:  There are no variances; the status does not require surrender of the identification card.

216. What does it mean for a Texas ID card record to have a card status of "Revoked Sex Offender"?

RESPONSE:  This is applied to an identification card when the customer has not complied with Code of Criminal Procedure Article 62 which requires them to maintain a valid up to date driver license or identification card.

217. Please state all reasons why a Texas ID card record could be marked with "Revoked Sex Offender" as a card status.

RESPONSE:  See response to question number 216.

218. When a Texas ID card has a card status of "Revoked Sex Offender," is the ID holder permitted, under all applicable rules and procedures, to retain physical possession of the ID card?

RESPONSE:  Yes.

219. If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID with a card status of "Revoked Sex Offender" is permitted to retain physical possession of the ID card, identify all circumstances in which it would be permissible for the ID holder to retain possession of the ID card.

RESPONSE:  The customer would be permitted to retain possession of the identification card with this status.

220. If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID card with a card status of "Revoked Sex Offender" is permitted to retain physical possession of the ID card, identify all circumstances in which it would not be permissible for the ID holder to retain possession of the ID card.

37

USA_00223570

RESPONSE:  None.

221.   Can an ID currently marked with a card status of "Revoked Sex Offender" still be a valid ID according to DPS?  Please provide the basis for the response.

RESPONSE:  It is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

222.   Please list and explain all reasons why a card status of "Revoked Sex Offender" could be removed from an ID card record.

RESPONSE:  The card status is removed once the customer has complied with statute by applying for an updated card, when the customer is no longer required to comply with registration requirements or when the status was placed on the record in error. This action removes the card status from the basic system view of the record, but the information relating to the addition and removal of this status is maintained in the DLS database tables.

223.   When a card status of "Revoked Sex Offender" that was once placed on an ID card record is removed, does the removal of that card status have any effect on whether the ID holder is legally entitled to physically possess the ID card?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

224.   Once the card status "Revoked Sex Offender" is removed from a non-expired ID card, would the ID holder be permitted to have physical possession of the ID card?

RESPONSE:  Yes, they would be allowed, but the Department cannot state whether or not a person has actual possession of his or her Texas identification card.

225.   If physical possession of a driver license as between the ID holder and DPS varies for ID cards that at one time had a card status of "Revoked Sex Offender," but later had that card status removed, please explain when DPS would possess the ID card versus when the ID holder would possess the ID card.

RESPONSE:  There are no variances; the status does not require surrender of the identification card.

226.   What does it mean for a Texas ID card record to have a card status of "Voluntary Surrender"?

RESPONSE:  This indicates that the customer has chosen to voluntarily surrender the identification card.

USA_00223571

227.   Please state all reasons why a Texas ID card record could be marked with "Voluntary Surrender" as a card status.

RESPONSE: This status is placed on the card when the customer has chosen to voluntarily surrender the identification card.  The Department does not require the customer to tell us why they are surrendering the identification card. As such, it is not possible to state all reasons why a Texas ID card record might be marked with Voluntary Surrender as a card status.

228.   When a Texas ID card has a card status of "Voluntary Surrender," is the ID holder permitted, under all applicable rules and procedures, to retain physical possession of the ID card?

RESPONSE:  The card status of "Voluntary Surrender" is entered into the record after the customer has voluntarily surrendered possession of the Texas ID card to the Department.  This is merely the documentation in the record of an event initiated by the customer.  This does not involve the element of the ID holder being "permitted" to retain possession of the card.

229.   If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID with a card status of "Voluntary Surrender" is permitted to retain physical possession of the ID card, identify all circumstances in which it would be permissible for the ID holder to retain possession of the ID card.

RESPONSE:  None.

230.   If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID card with a card status of "Voluntary Surrender" is permitted to retain physical possession of the ID card, identify all circumstances in which it would not be permissible for the ID holder to retain possession of the ID card.

RESPONSE:  Anytime a customer chooses to voluntarily surrender their identification card.

231.   Can an ID currently marked with a card status of "Voluntary Surrender" still be a valid ID according to DPS?  Please provide the basis for the response.

RESPONSE:   If the identification card is marked with a card status of voluntary surrender and there is no removal date, the card is not valid because the customer chose to surrender the identification card.

232.   Please list and explain all reasons why a card status of "Voluntary Surrender" could be removed from an ID card record.

RESPONSE:  When the applicant chooses to come in and reapply for an identification card or if it was placed on the record in error.

39

233. When a card status of "Voluntary Surrender" that was once placed on an ID card record is removed, does the removal of that card status have any effect on whether the ID holder is legally entitled to physically possess the ID card?

RESPONSE: For practical purposes the removal of the card status would result in the reissuance of the identication card; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

234. Once the card status "Voluntary Surrender" is removed from a non-expired ID card, would the ID holder be permitted to have physical possession of the ID card?

RESPONSE: Yes, they would be allowed, but the Department cannot state whether or not a person has actual possession of his or her Texas identification card.

235. If physical possession of a driver license as between the ID holder and DPS varies for ID cards that at one time had a card status of "Voluntary Surrender," but later had that card status removed, please explain when DPS would possess the ID card versus when the ID holder would possess the ID card.

RESPONSE: If a Texas ID holder has voluntarily surrendered possession of the card then DPS would have physical possession of the card. If the Texas ID holder decides to reinstate the Texas ID then the ID holder would have possession of the card.

236. What does it mean for a Texas ID card record to have a card status of "Voluntary Surrender CSO"?

RESPONSE: Texas statute, Article 62 of the Code of Criminal Procedure, requires individuals to maintain a valid driver license or identification card. When a customer possesses both card types, they sometimes elect to only maintain one card. Placing this status on the 2nd card type maintains the record of the 2nd card but prohibits the driver license system processes from applying revocation notices and enforcement actions for noncompliance.

237. Please state all reasons why a Texas ID card record could be marked with "Voluntary Surrender CSO" as a card status.

RESPONSE: When the customer has both a Texas driver license and a Texas identification card and they choose to only maintain one card type.

238. When a Texas ID card has a card status of "Voluntary Surrender CSO," is the ID holder permitted, under all applicable rules and procedures, to retain physical possession of the ID card?

RESPONSE: The card status of "Voluntary Surrender CSO" is entered into the record

40

after the customer has voluntarily surrendered possession of the Texas ID card to the Department.  This is merely the documentation in the record of an event initiated by the customer.  This does not involve the element of the ID holder being "permitted" to retain possession of the card.

239.   If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID with a card status of "Voluntary Surrender CSO" is permitted to retain physical possession of the ID card, identify all circumstances in which it would be permissible for the ID holder to retain possession of the ID card.

RESPONSE:  None.

240.   If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID card with a card status of "Voluntary Surrender CSO" is permitted to retain physical possession of the ID card, identify all circumstances in which it would not be permissible for the ID holder to retain possession of the ID card.

RESPONSE:  Anytime a customer chooses to voluntarily surrender their identification card.

241.   Can an ID currently marked with a card status of "Voluntary Surrender CSO" still be a valid ID according to DPS?  Please provide the basis for the response.

RESPONSE:   If the identification card is marked with a card status of voluntary surrender and there is no removal date, the card is not valid because the customer chose to surrender the identification card.

242.   Please list and explain all reasons why a card status of "Voluntary Surrender CSO" could be removed from an ID card record.

RESPONSE:  When the applicant chooses to come in and reapply for an identification card or if it was placed on the record in error.

243.   When a card status of "Voluntary Surrender CSO" that was once placed on an ID card record is removed, does the removal of that card status have any effect on whether the ID holder is legally entitled to physically possess the ID card?

RESPONSE:  For practical purposes the removal of the card status would result in the reissuance of the identification card; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

244.   Once the card status "Voluntary Surrender CSO" is removed from a non-expired ID card, would the ID holder be permitted to have physical possession of the ID card?

RESPONSE:  Yes.

41

245.    If physical possession of a driver license as between the ID holder and DPS varies for
        ID cards that at one time had a card status of "Voluntary Surrender CSO," but later
        had that card status removed, please explain when DPS would possess the ID card
        versus when the ID holder would possess the ID card.

        RESPONSE:   If a Texas ID holder has voluntarily surrendered possession of the card
        then DPS would have physical possession of the card. If the Texas ID holder decides
        to reinstate the Texas ID then the ID holder would have possession of the card.

246.    What does it mean for a Texas ID card record to have a card status of "Returned by
        Post Office"?

        RESPONSE:  The post office returned an identification card that was mailed to the customer
        by the Department.

247.    Please state all reasons why a Texas ID card record could be marked with "Returned
        by Post Office" as a card status.

        RESPONSE:  See response to question number 246.

248.    When a Texas ID card has a card status of "Returned by Post Office," is the ID holder
        permitted, under all applicable rules and procedures, to retain physical possession of
        the ID card?

        RESPONSE:   The actual card is returned to the Department and destroyed, so
        possession of that card would not be possible, but the customer could still potentially
        have possession of the temporary permit or a previous or subsequently issued
        identification card.

249.    If it varies, under all applicable rules and procedures, as to whether or not the ID
        holder of an ID with a card status of "Returned by Post Office" is permitted to retain
        physical possession of the ID card, identify all circumstances in which it would be
        permissible for the ID holder to retain possession of the ID card.

        RESPONSE:  See response to question number 248.

250.    If it varies, under all applicable rules and procedures, as to whether or not the ID
        holder of an ID card with a card status of "Returned by Post Office" is permitted to
        retain physical possession of the ID card, identify all circumstances in which it would
        not be permissible for the ID holder to retain possession of the ID card.

        RESPONSE:  Since the card was returned by the post office, the customer would not
        have possession of that particular identification card.

42

USA_00223575

251.   Can an ID currently marked with a card status of "Returned by Post Office" still be a valid ID according to DPS?  Please provide the basis for the response.

RESPONSE:  Since the card was returned by the post office, the customer would not have possession of that particular identification card, but the record and any subsequently issued card would still be valid.

252.   Please list and explain all reasons why a card status of "Returned by Post Office" could be removed from an ID card record.

RESPONSE:  If it was placed on the record in error.

253.   When a card status of "Returned by Post Office" that was once placed on an ID card record is removed, does the removal of that card status have any effect on whether the ID holder is legally entitled to physically possess the ID card?

RESPONSE:  For practical purposes there is no effect as the card status is not removed; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

254.   Once the card status "Returned by Post Office" is removed from a non-expired ID card, would the ID holder be permitted to have physical possession of the ID card?

RESPONSE:  This status is not removed, it is maintained for administrative reasons and to determine the number of times an identification card from a particular transaction has been remade and re-mailed.

255.   If physical possession of a driver license as between the ID holder and DPS varies for ID cards that at one time had a card status of "Returned by Post Office," but later had that card status removed, please explain when DPS would possess the ID card versus when the ID holder would possess the ID card.

RESPONSE:  There are no variances, the status indicates the card was returned and destroyed.

256.   What does it mean for a Texas ID card record to have a card status of "Items Surrendered"?

RESPONSE:   This status is placed on an identification card when the card is surrendered to a law enforcement agency or court and the card was returned to the Department.

257.   Please state all reasons why a Texas ID card record could be marked with "Items Surrendered" as a card status.

RESPONSE:  See response to question #256

43

258.   When a Texas ID card has a card status of "Items Surrendered," is the ID holder permitted, under all applicable rules and procedures, to retain physical possession of the ID card?

RESPONSE:  The identification card has been surrendered and destroyed, so the customer would not have physical possession of that card, but the customer could still potentially have possession of a temporary permit or a previous or subsequently issued identification card.

259.   If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID with a card status of "Items Surrendered" is permitted to retain physical possession of the ID card, identify all circumstances in which it would be permissible for the ID holder to retain possession of the ID card.

RESPONSE:  See response to question number 258.

260.   If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID card with a card status of "Items Surrendered" is permitted to retain physical possession of the ID card, identify all circumstances in which it would not be permissible for the ID holder to retain possession of the ID card.

RESPONSE:  Since the card was surrendered and destroyed, the customer would not have possession of that particular identification card.

261.   Can an ID currently marked with a card status of "Items Surrendered" still be a valid ID according to DPS?  Please provide the basis for the response.

RESPONSE:  Since the card surrendered and destroyed, the customer would not have possession of that particular identification card, but the record and any subsequently issued card would still be valid.

262.   Please list and explain all reasons why a card status of "Items Surrendered" could be removed from an ID card record.

RESPONSE:  If the status was entered on the record in error.

263.   When a card status of "Items Surrendered" that was once placed on an ID card record is removed, does the removal of that card status have any effect on whether the ID holder is legally entitled to physically possess the ID card?

RESPONSE:  For practical purposes there is no effect as the card status is not removed; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

264.   Once the card status "Items Surrendered" is removed from a non-expired ID card,

44

USA_00223577

would the ID holder be permitted to have physical possession of the ID card?

RESPONSE:  The status is not removed, it is kept for administrative purposes; however, the identification card can be reissued and yes they would be allowed possession, but the Department cannot state whether or not a person has actual possession of his or her Texas driver license.

265.  If physical possession of a driver license as between the ID holder and DPS varies for ID cards that at one time had a card status of "Items Surrendered," but later had that card status removed, please explain when DPS would possess the ID card versus when the ID holder would possess the ID card.

RESPONSE:  There are no variances, the status indicates the card was surrendered and destroyed.

266.  What does it mean for a Texas ID card record to have a card status of "Documents Needed"?

RESPONSE:  This status is added to the identification card when it is determined that some type of documentation is needed before the card can be reissued again.  The details indicate what information is needed and who to contact for assistance.  It can be anything from the need for a particular form to be completed and/or signed or a request for additional documentation related to identity, citizenship, residency, etc.

267.  Please state all reasons why a Texas ID card record could be marked with "Documents Needed" as a card status.

RESPONSE:  See response to question number 266.

268.  When a Texas ID card has a card status of "Documents Needed," is the ID holder permitted, under all applicable rules and procedures, to retain physical possession of the ID card?

RESPONSE:  Yes.

269.  If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID with a card status of "Documents Needed" is permitted to retain physical possession of the ID card, identify all circumstances in which it would be permissible for the ID holder to retain possession of the ID card.

RESPONSE:   The customer would be permitted to retain possession of the identification card with this status.

270.  If it varies, under all applicable rules and procedures, as to whether or not the ID holder of an ID card with a card status of "Documents Needed" is permitted to retain physical possession of the ID card, identify all circumstances in which it would not be

45

USA_00223578

permissible for the ID holder to retain possession of the ID card.

RESPONSE:  None

271.   Can an ID currently marked with a card status of "Documents Needed" still be a valid ID according to DPS?  Please provide the basis for the response.

RESPONSE:  It is valid for identity purposes as long as it is not expired or is within allowable limits of expiration and has not been cancelled due to fraud.

272.   Please list and explain all reasons why a card status of "Documents Needed" could be removed from an ID card record.

RESPONSE:  Once the customer has complied by providing the document or if it was placed on the record in error.

273.   When a card status of "Documents Needed" that was once placed on an ID card record is removed, does the removal of that card status have any effect on whether the ID holder is legally entitled to physically possess the ID card?

RESPONSE:  For practical purposes there is no effect; however, I cannot answer to the legal entitlement as it requires legal review and conclusion.

274.   Once the card status "Documents Needed" is removed from a non-expired ID card, would the ID holder be permitted to have physical possession of the ID card?

RESPONSE:  Yes.

275.   If physical possession of a driver license as between the ID holder and DPS varies for ID cards that at one time had a card status of "Documents Needed," but later had that card status removed, please explain when DPS would possess the ID card versus when the ID holder would possess the ID card.

RESPONSE:   There are no variances; the status does not require surrender of the identification card.

**Topic 16**

276.   Please explain how often updates to the data in the card status field are input into the DPS database (e.g., daily, weekly, etc.).

RESPONSE:  Daily.

277.   Please explain how often updates to the data in the card status remove date field are input into the DPS database (e.g., daily, weekly, etc.).

USA_00223579

RESPONSE:  Daily.  The action to remove a card status by adding a remove/delete date removes the card status from the basic system view of the record, but the information relating to the addition and removal of each status is maintained in the DLS database tables.

## Topic 19

278.  Please identify and explain any and all circumstances in which more than one record is created in the DPS driver license database for the same person.

RESPONSE:  The structure of the DPS driver license database dictates that there can be many records in many different tables associated with one person; however, there can be only one person record representing a person.  The only way a person could have more than one person record would be if that person failed to reveal that he or she already had a driver license or ID card, either inadvertently or intentionally, and a customer service representative was unable to associate an existing person record with that person.  In that case, another person record would be created with a different person identifier.
.

279.  Please identify and explain any and all circumstances in which more than one record is created in the DPS driver license database for the same person with the same driver license number.

RESPONSE:  The structure of the DPS driver license database dictates that there can be many records in many different tables associated with one person; however, there can be only one driver license record for the same person with the same driver license number.

280.  Please identify and explain any and all circumstances in which more than one record is created in the DPS database of ID card holders for the same person.

RESPONSE: The structure of the DPS driver license database dictates that there can be many records in many different tables associated with one person; however, there can be only one person record representing a person.  The only way a person could have more than one person record would be if that person failed to reveal that he or she already had a driver license or ID card, either inadvertently or intentionally, and a customer service representative was unable to associate an existing person record with that person.  In that case, another person record would be created with a different person identifier.

281.  Please identify and explain any and all circumstances in which more than one record is created in the DPS database of ID card holders for the same person with the same ID card number.

RESPONSE:  The structure of the DPS driver license database dictates that there can be

47

USA_00223580

many records in many different tables associated with one person; however, there can be only one ID card record for the same person with the same ID card number.

## Topic 20

282.   Please identify and explain any and all reasons why one person would have more than one record in the July 23, 2014 DPS database extract produced in this case.

RESPONSE:  A person would have more than one record in the July 23, 2014 DPS database extract if that person had more than one card status record with a removed date prior to January 16, 2014.  There would be one record in the extract for each of these status records.

283.   Please identify and explain any and all reasons why persons with records included in the July 23, 2014 DPS database extract would be duplicated anywhere in the DPS database outside of the records included in the July 23, 2014 database extract.

RESPONSE: A person would have more than one record in the July 23, 2014 DPS database extract if that person had more than one card status record with a removed date prior to January 16, 2014.  There would be one record in the extract for each of these status records.

## Topic 21

284.   Does DPS ever use its driver license database to calculate the total number of current and valid driver licenses issued (including both personal and commercial licenses)?

RESPONSE: Yes

285.   If yes, what fields does DPS use to sort and filter driver license records to determine the total number of current and valid driver licenses issued?

RESPONSE:  The fields and the criteria of the data used varies depending on the definition of current and valid.  The fields that would commonly be used are card type, license type, expiration date, record status, administrative status and card status.

286.   Has DPS ever determined the total number of current and valid driver licenses issued through any method different from any method referenced above?

RESPONSE: No, all reports are created from the driver license system database.

287.   If the answer to the question above is yes, please explain any different method that

48

DPS has used.

RESPONSE: n/a.

288.   Does DPS ever use its driver license database to calculate the total number of persons who hold a current and valid driver license (including both personal and commercial licenses)?

RESPONSE: Yes.

289.   If yes, what fields does DPS use to sort and filter driver license records to determine the total number of persons who hold current and valid driver licenses?

RESPONSE: See response to question number 285.  A driver license is tied to the person record, so the queries would be initiated using the same criteria.

290.   Has DPS ever determined the total number of persons who hold a current and valid driver license through any different method than any method referred to above?

RESPONSE: No, all reports are created from the driver license system database.

291.   If the answer to the question above is yes, please explain any different method that DPS has used.

RESPONSE: n/a.

292.   Does DPS use its ID card database to calculate the total number of ID card holders with current and valid ID cards?

RESPONSE: Yes.

293.   If yes, what fields does DPS use to sort and filter ID card records to determine the total number of ID card holders with current and valid ID cards?

RESPONSE: The fields and the criteria of the data used varies depending on the definition of current and valid.  The fields that would commonly be used are card type, expiration date, administrative status and card status.

294.   Has DPS ever determined the total number of ID card holders with current and valid ID cards through any different method than any method referred to above?

RESPONSE: No, all reports are created from the driver license system database.

295.   If the answer to the question above is yes, please explain any different method that DPS has used.

49

RESPONSE: n/a.

296.   Does DPS ever use its driver license and personal ID card database to determine the total number of persons who hold either a current and valid driver license or current and valid personal ID card?

RESPONSE: Yes.

297.   If yes, what fields does DPS use to sort and the database records to determine the total number of persons who hold either a current and valid driver license or a current and valid personal ID card?

RESPONSE: See response to question number 293.  An identification card is tied to the person record, so the queries would be initiated using the same criteria.

298.   Has DPS ever determined the total number of persons who hold either a current and valid driver license or a current and valid personal ID card through any different method than any method referred to above?

RESPONSE: No, all reports are created from the driver license system database.

299.   If the answer to the question above is yes, please explain any different method that DPS has used.

RESPONSE: n/a.

300.   Does DPS ever use its driver license and personal ID card database to determine the total number of persons who hold both a current and valid driver license and a current and valid personal ID card?

RESPONSE: Yes.

301.   If yes, what fields does DPS use to sort and the database records to determine the total number of persons who hold both a current and valid driver license and a current and valid personal ID card?

RESPONSE: The fields and the criteria of the data used may vary depending on the definition of current and valid.  The fields that would commonly be used are card type, license type, expiration date, record status, administrative status and card status.

302.   Has DPS ever determined the total number of persons who hold both a current and valid driver license and a current and valid personal ID card through any different method than any method referred to above?

RESPONSE: No, all reports are created from the driver license system database.

50

USA_00223583

303.   If the answer to the question above is yes, please explain any different method that DPS has used.

RESPONSE: n/a.

USA_00223584

PL1067
9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | O'Connor, Ryan; Daughtry, Lisa |
| **CC:** | Rodriguez, Tony |
| **Sent:** | 10/14/2013 8:32:23 AM |
| **Subject:** | FW: EIC Region 3 Weekly Report October 7 (Mon) - October 12 (Sat) |
| **Attachments:** | EIC Region 3 Report Oct 7-12.xls |

Sorry for not including you Ryan and Lisa.  Here is Region 3 Report.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Silva, Samuel
**Sent:** Monday, October 14, 2013 7:20 AM
**To:** Rodriguez, Tony
**Cc:** Silva, Samuel
**Subject:** EIC Region 3 Weekly Report October 7 (Mon) - October 12 (Sat)

Tony,
Attached is the EIC Region 3 Report for Monday, October 7 through Saturday, October 12.  It is sorted by Date, then Station #.
Sam.

---

**From:** Silva, Samuel
**Sent:** Saturday, October 12, 2013 2:48 PM
**To:** Rodriguez, Tony
**Cc:** Silva, Samuel; Watkins, Paul; Bell, Stephen
**Subject:** EIC Region 3 Saturday's Weekly Summary

Tony,
Yesterday (Friday) Region 3 had 5 EIC Issuances at Mobile Stations; details noted below.  Also, the numbers for Mon-Fri, Sat, and Mon-Sat are shown below.  We will send you the full report Monday morning.  Have a great weekend.

**10/11/2013 - Mobile Station (Webb County)**

| EIC Number | Customer Name |
|---|---|
| 37803351 | Emilio Martinez |
| 37803352 | Sandra Vela |
| 37803353 | Abel Martinez |
| 37803354 | Raymundo Salinas |

**10/11/2013 - Mobile Station (Cameron County)**

| EIC Number | Customer Name |
|---|---|
| 37789210 | Amber Maria Rojas |

**EIC Region 3 Weekly Count Summary**

**Mon-Fri**
***Offices***
Issuance:  0
Inquiry:  6
***Mobiles:***
Issuance: 5

TEX0477372

USA_00223585

Inquiry:   131

## **Saturday**
*Offices*
Issuance:  0
Inquiry: 8
*Mobiles (not open on Sat):*
Issuance: 0
Inquiry:  0

## **Mon-Sat**
*Offices*
Issuance: 0
Inquiry: 14
*Mobiles:*
Issuance:  5
Inquiry:  131

Thanks.
Sam.

TEX0477373

USA_00223586

PL1068
9/2/2014
2:13-cv-00193

**MARTINEZ , EMILIO BUENDIA**



Election Certificate Number:
37803351
**Date of Birth:** 06/19/1969
**Sex:** MALE
**Eye Color:** BROWN

**- Transaction Eligibility**

**Election Certificate**

Re-Issue Election Certificate

## Basic Information

| First Name: | EMILIO |
| Middle Name: | BUENDIA |
| Last Name: | MARTINEZ |
| Suffix: | |
| SSN: | 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 |
| DOB: | 06/19/1969 |
| Age: | 44 |

## Physical Description

| Sex: | MALE |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Race: | HISPANIC |
| Height: | 5' 05" |
| Weight: | 160 |

## Other Information

| Record Creation Date: | 10/11/2013 |
| US Citizen: | YES |
| Voter Registration: | YES |
| Home Bound: | YES |

## Election Certificate Card Information

| | Edit Election Certificate |
| EC Actions: | Remake Election Certificate |
| | View Transaction History |
| EC Number: | 37803351 |
| Original Issue Date: | 10/11/2013 |
| Issue Date: | 10/11/2013 |
| Audit Number: | 30311301109121658750 |
| Expiration Date: | 06/19/2020 |

## Physical Address

| Street 1: | 3105 CHACON HWY 359 |
| Street 2: | |
| City: | LAREDO |
| State: | TX |
| Zip Code: | 78740 |
| Zip Code Extension: | |
| County: | WEBB |
| Country: | UNITED STATES |

## Mailing Address

| Street 1: | 1408 ITURBIDE ST |
| Street 2: | |
| City: | LAREDO |
| State: | TEXAS |
| Zip Code: | 78040 |
| Zip Code Extension: | |
| Country: | UNITED STATES |

*Mailed 10/15/13 [signature]*

TEX0489922

USA_00223587

DL 14C (Sept 2013)

## APPLICATION FOR TEXAS ELECTION IDENTIFICATION CERTIFICATE
**FOR ELECTION PURPOSES ONLY; CANNOT BE USED AS AN IDENTIFICATION CARD**

| | |
|---|---|
| | **FOR DEPARTMENT USE ONLY** |
| **NOTICE:** All information on this application must be completed in INK. | ASSIGNED # 37803351 |

**APPLICANT INFORMATION**

LAST NAME: Martinel

FIRST NAME: Emilio

MIDDLE NAME:

SUFFIX:

MAIDEN NAME:

DATE OF BIRTH (mm/dd/yyyy): 6 - 19 - 69

SSN: 460 - 79 - 8827

SEX: (Circle One) Male   Female

EYE COLOR: Brown   HAIR COLOR: black

RACE/ETHNICITY: N/A   (I) American Indian/Alaska Native

(A) Asian/Pacific Islander (B) Black (H) Hispanic (O) Other (W) White

HEIGHT: ft. 5   in. 5

WEIGHT: lbs. 160

UNITED STATES CITIZEN: yes ✓   no

If you are not a US citizen, you are not eligible for an Election Identification Certificate.

PLACE OF BIRTH: CITY: Los Angles   COUNTY: california   STATE: TX   COUNTRY: urbo

FATHER'S LAST NAME: Emilio Martinez

**CONTACT INFORMATION**

HOME PHONE: 401 - 55 8822

OTHER PHONE: N/A

EMAIL: N/A

**ADDRESS INFORMATION**

RESIDENCE ADDRESS: 3105 chacon - Hwy 359

CITY: Laredo   STATE: TX

ZIP CODE: 78040   COUNTY: Webb

MAILING ADDRESS: 1408 Inverside St

CITY: Laredo   STATE: TX

ZIP CODE: 78040   COUNTY: Webb

MOTHER'S MAIDEN NAME: Ernestina Bvanov/A

**INFORMATION REQUIRED FROM ALL APPLICANTS:**

| | YES | NO | |
|---|---|---|---|
| 1. | ☑ | ☐ | Are you presenting a voter registration card today? |
| 2. | ☐ | ☐ | If not, are you registering to vote? |
| 3. | ☐ | ☑ | Do you have a Texas driver license or learner license (unexpired, or expired for no more than 60 days)? |
| 4. | ☐ | ☑ | Do you have a Texas identification card (unexpired, or expired for no more than 60 days)? |
| 5. | ☐ | ☑ | Do you have a Texas concealed handgun license (unexpired, or expired for no more than 60 days)? |
| 6. | ☑ | ☐ | Do you have a US passport (unexpired, or expired for no more than 60 days)? |
| 7. | ☐ | ☑ | Do you have a US citizenship certificate that contains your photograph? |
| 8. | ☐ | ☑ | Do you have a US military identification card that contains your photograph (unexpired, or expired for no more than 60 days)? |

If answering "yes" to questions 3 through 8, you are not eligible to receive a Texas Election Certificate.

### CERTIFICATION

I do solemnly swear, affirm, or certify that I am the person named herein and that the statements on this application are true and correct.

X _nilo Martinez_   Date: oct - 11 - y113

| | |
|---|---|
| **VERIFICATION** | |
| Sworn to and subscribed before me this _____ day of 10-11-13 , | |

_Laura arruaga_ 1500737 #639
Notary Public in and for the State of Texas or Authorized Officer

_Laredo, TX._

FRONT

TEX0489923

USA_00223588

DL-14C (Sept 2013)

**Who IS eligible to apply for a Texas Election Identification Certificate?**

The department shall issue an election certificate upon request to persons who **do not** have one of the forms of acceptable photo identification listed above, and are:

- o   A registered voter in Texas and present a valid voter registration, or are eligible to vote and submit a voter registration application to the Department.
- o   A United States citizen.
- o   A resident of Texas.
- o   At least 17 years and 10 months of age.

**Who is NOT eligible to apply for a Texas Election Identification Certificate?**

Any persons issued one of the following documents are not eligible for an election certificate:

- o   Texas driver license (includes occupational license with photograph) – unexpired, or expired less than 60 days.
- o   Texas identification card – unexpired, or expired less than 60 days.
- o   Texas concealed handgun license – unexpired, or expired less than 60 days.
- o   United States military identification card containing the person's photograph.
- o   United States passport – unexpired, or expired less than 60 days.
- o   United States citizenship certificate containing the person's photograph.
- o   Persons who are **not** United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors).

**Section 521A of the Texas Transportation Code states that:**

- o   An election certificate may not be used or accepted as a personal identification certificate.
- o   The department may not collect a fee for an election certificate or a duplicate election certificate issued under this section.
- o   The department may require each applicant for an original or renewal election certificate to furnish to the department proof of identification and US citizenship.
- o   The department may cancel and require surrender of an election certificate after determining that the holder was not entitled to, or gave incomplete information in the application for, the election certificate.

**SOCIAL SECURITY NUMBER COLLECTION DISCLOSURE**

Disclosure of your social security account number is mandatory for driver license applicants, but voluntary for identification card and election certificate applicants. This information is solicited pursuant to 42 U.S.C 405(c)(2)(C)(i), 42 U.S.C. 666(a)(13)(A); 49 C.F.R. 383.153, Texas Family Code Section 231.302(c)(1) and Texas Transportation Code Sections 522.021 and 521.142. The Department will use social security account number information for identification purposes and will only release the number to the Child Support Enforcement Division of the Attorney General's Office, the U.S Selective Service Administration and the Texas Secretary of State for statutorily authorized purposes pursuant to Texas Transportation Code Section 521.044.

**BACK**

TEX0489924

USA_00223589

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# STATE OF CALIFORNIA
### DEPARTMENT OF PUBLIC HEALTH

104-69-169977

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

7097-056679

| | | | |
|---|---|---|---|
| **THIS CHILD** | 1. NAME OF CHILD—FIRST NAME: Emilio | 1B. MIDDLE NAME: Buendia | 1C. LAST NAME: Martinez |
| | 2. SEX: Male | 3A. THIS BIRTH, SINGLE, TWIN: Single | 4A. DATE OF BIRTH: June 19, 1969 — 4F. HOUR: 11:39am |
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH—NAME OF HOSPITAL: Kaiser Foundation Hospital | 5B. STREET ADDRESS: 4867 Sunset Boulevard | 5C. INSIDE CITY CORPORATE LIMITS: yes |
| | 5D. CITY OR TOWN: Los Angeles | 5E. COUNTY: Los Angeles | |
| **MOTHER OF CHILD** | 6A. MAIDEN NAME OF MOTHER—FIRST NAME: Ernestina | 6B. MIDDLE NAME: Buendia | 6C. LAST NAME: Mexico / 7. BIRTHPLACE: Mexico |
| | 8. AGE OF MOTHER: 32 | 9. COLOR OR RACE OF MOTHER: Caucasian | 10A. RESIDENCE OF MOTHER—STREET ADDRESS: 2316 South Crenshaw Blvd. — 10B. INSIDE CITY CORPORATE LIMITS: yes |
| | 10C. RESIDENCE OF MOTHER—CITY OR TOWN: Los Angeles | 10D. COUNTY: Los Angeles | 10E. RESIDENCE OF MOTHER—STATE: California |
| **FATHER OF CHILD** | 11A. NAME OF FATHER—FIRST NAME: Emilio | 11B. MIDDLE NAME: Martinez | 11C. LAST NAME: Martinez / 12. BIRTHPLACE: Mexico |
| | 13. AGE OF FATHER: 36 | 14. COLOR OR RACE OF FATHER: Caucasian | 15A. PRESENT OR LAST OCCUPATION: Shipping Clerk — 15B. KIND OF INDUSTRY OR BUSINESS: Electronics |
| **INFORMANT'S CERTIFICATION** | 16. I hereby certify that I have reviewed the above stated information and that it is true and correct to the best of my knowledge. 16A. PARENT OR OTHER INFORMANT—SIGNATURE: *Emelia Luis R. Martin* | | 16B. DATE REVIEWED AND SIGNED BY INFORMANT: June 20, 1969 |
| **ATTENDANT'S CERTIFICATION** | 17. I hereby certify that I attended this birth and that the child was born alive at the hour, date and place stated above. 17A. PHYSICIAN—SIGNATURE: *H K Zell* MD / DEGREE OR TITLE: MD | | 17B. DATE SIGNED BY PHYSICIAN: 6-23-69 |
| | 17C. ADDRESS: 4867 Sunset Boulevard | | 17D. PHYSICIAN'S CALIFORNIA LICENSE NUMBER: G-22116 |
| **LOCAL REGISTRAR** | 18. | 19. LOCAL REGISTRAR—SIGNATURE | 20. DATE: JUL 7 1969 |

This is to certify that this document is a true copy of the official record filed with the Office of Vital Records.
MARK B HORTON, MD, MSPH, Director and State Registrar of Vital Records by:

*Linette T Scott*   **DATE ISSUED** JAN 19 2011

LINETTE T SCOTT, MD, MPH, DEPUTY DIRECTOR
HEALTH INFORMATION AND STRATEGIC PLANNING DIVISION
This copy not valid unless prepared on engraved border displaying seal and signature of the Deputy Director.

* 0 0 3 1 0 7 0 6 1 *

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

TEX0489925

USA_00223590



TEX0489926

USA_00223591

TEX0489927



DL-25 (Rev. 8/09)

By providing my electronic signature, I understand the personal information on my application form and my electronic signature will be used for submitting my voter's registration application to the Texas Secretary of State's office. Wanting to register to vote, I authorize the Department of Public Safety to transfer this information to the Texas Secretary of State.

Al proporcionar mi firma electrónica, comprendo que la información personal en mi solicitud junto con mi firma electrónica se usará para entregar mi solicitud de registro electoral a la Secretaría del Estado de Texas. Deseo inscribirme para votar; por lo tanto autorizo al Departamento de Seguridad Pública para transferir tal información a la Secretaría del Estado de Texas.

**SIGN NAME WITHIN YELLOW BOX
SIGNATURE MUST BE IN BLACK INK**

TEX0489928

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
TEMPORARY ELECTION CERTIFICATE CARD VALID UNTIL         11/10/2013

DATE STAMP:          10/11/2013

FOR ELECTION PURPOSES ONLY
CANNOT BE USED AS IDENTIFICATION



NAME:     MARTINEZ, EMILIO BUENDIA

DATE OF BIRTH:      6/19/1969

MAILING ADDRESS:
1408 ITURBIDE ST
LAREDO, TEXAS 78040

SIGNATURE

EMPLOYEE

- Contact your local driver license office if assistance is needed.
- Your Election Certificate will be processed and mailed within 30-60 days.
- You must keep this Temporary Election Certificate until your new card is received.
- This Election Certificate is for election purposes only.

USA_00223593

TEX0489929

DL-25 (Rev. 8/09)

By providing my electronic signature, I understand the personal information on my application form and my electronic signature will be used for submitting my voter's registration application to the Texas Secretary of State's office. Wanting to register to vote, I authorize the Department of Public Safety to transfer this information to the Texas Secretary of State.

Al proporcionar mi firma electrónica, comprendo que la información personal en mi solicitud junto con mi firma electrónica se usará para entregar mi solicitud de registro electoral a la Secretaría del Estado de Texas. Deseo inscribirme para votar; por lo tanto autorizo al Departamento de Seguridad Pública para transferir tal información a la Secretaría del Estado de Texas.

**SIGN NAME WITHIN YELLOW BOX**
**SIGNATURE MUST BE IN BLACK INK**

USA_00223594

Customer Operations Senior Manager - South and West Driver License Division Texas Department
of Public Safety tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**PL1069**
**9/2/2014**
**2:13-cv-00193**

-----Original Message-----
From: Silva, Samuel
Sent: Friday, October 11, 2013 12:43 PM
To: Watkins, Paul; Rodriguez, Tony; Bell, Stephen; Krueger, Kristopher
Cc: Garcia, Joseph; Gomez, Frances; Ramirez, Raquel; Rodriguez, Jose III (Reg Cmdr)
Subject: FW: EIC Issuance!
Importance: High

We receive our first EIC Issuance (mobile) in Laredo.
Mobile unit at KLDO issued the first EIC card: Martinez, Emilio / DOB 6/19/1969 Sam.

DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a
safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517


-----Original Message-----
From: True, Terri
Sent: Friday, October 11, 2013 12:02 PM
To: Gomez, Frances; Ramirez, Raquel; Rodriguez, Belinda
Cc: Garcia, Joseph; Silva, Samuel
Subject: EIC Issuance!

Mobile unit at KLDO issued the first EIC card

Martinez, Emilio
DOB 6/19/1969

We won't have the EIC number until we upload tonight.
Terri True

TEX0484438

| | |
|---|---|
| **From:** | Daughtry, Lisa |
| **To:** | Fowler, Cynthia (LRS) |
| **Sent:** | 10/14/2013 4:00:39 PM |
| **Subject:** | FW: EIC Issuance! |

Cyndee - please confirm if this is a valid issuance asap and return scanned docs from TOK.
Thanks.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

-----Original Message-----
From: O'Connor, Ryan
Sent: Monday, October 14, 2013 3:55 PM
To: Daughtry, Lisa; Rodriguez, Tony
Subject: RE: EIC Issuance!

Try 37803351

-----Original Message-----
From: Daughtry, Lisa
Sent: Monday, October 14, 2013 3:52 PM
To: O'Connor, Ryan; Rodriguez, Tony
Subject: RE: EIC Issuance!

FYI - not yet reflected in the system.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

-----Original Message-----
From: O'Connor, Ryan
Sent: Monday, October 14, 2013 12:05 PM
To: Rodriguez, Tony
Cc: Daughtry, Lisa
Subject: RE: EIC Issuance!

Yes, Paul sent it.

-----Original Message-----
From: Rodriguez, Tony
Sent: Monday, October 14, 2013 12:04 PM
To: O'Connor, Ryan
Cc: Daughtry, Lisa
Subject: FW: EIC Issuance!
Importance: High

Did you get this?

v/r

TEX0488699

USA_00223596

Tony Rodriguez
Customer Operations Senior Manager - South and West Driver License Division Texas Department
of Public Safety tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)


-----Original Message-----
From: Silva, Samuel
Sent: Friday, October 11, 2013 12:43 PM
To: Watkins, Paul; Rodriguez, Tony; Bell, Stephen; Krueger, Kristopher
Cc: Garcia, Joseph; Gomez, Frances; Ramirez, Raquel; Rodriguez, Jose III (Reg Cmdr)
Subject: FW: EIC Issuance!
Importance: High

We receive our first EIC Issuance (mobile) in Laredo.
Mobile unit at KLDO issued the first EIC card: Martinez, Emilio / DOB 6/19/1969 Sam.

DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a
safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517


-----Original Message-----
From: True, Terri
Sent: Friday, October 11, 2013 12:02 PM
To: Gomez, Frances; Ramirez, Raquel; Rodriguez, Belinda
Cc: Garcia, Joseph; Silva, Samuel
Subject: EIC Issuance!

Mobile unit at KLDO issued the first EIC card

Martinez, Emilio
DOB 6/19/1969

We won't have the EIC number until we upload tonight.
Terri True

| | |
|---|---|
| **From:** | Vasquez, Esther |
| **To:** | Daughtry, Lisa |
| **CC:** | Goforth, Lydia; Fowler, Cynthia (LRS); Garcia, Olivia |
| **Sent:** | 10/14/2013 4:02:38 PM |
| **Subject:** | RE: GRAINGER ID DOCUMENTS FOR ELECTION CERTIFICATE |
| **Attachments:** | 20131014_CARRIER GRAINGER, CAROL SUE.pdf; 20131014_GRAINGER, CAROL SUE Basic Screen Shot.pdf |

EIC# 37783449 Carol Sue Grainger  – Valid Issuance - mail date provided.

Respectfully,

Esther L. Vasquez
Program Supervisor III
License and Record Service
DLD, Texas Department of Public Safety
(512)424-5968
Esther.Vasquez@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

---

**From:** Daughtry, Lisa
**Sent:** Monday, October 14, 2013 3:48 PM
**To:** Vasquez, Esther
**Cc:** Goforth, Lydia; Fowler, Cynthia (LRS); Garcia, Olivia
**Subject:** FW: GRAINGER ID DOCUMENTS FOR ELECTION CERTIFICATE

Esther – please see that Ms. Grainger's EIC is mailed. We held on it – it should be in the folder. Thanks. Confirm when complete, and I will need the mail date scanned and returned to me; I have the docs.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

---

**From:** Daughtry, Lisa
**Sent:** Monday, October 14, 2013 3:47 PM
**To:** Franklin, Deborah; Bell, Stephen; Stables, Mary
**Subject:** RE: GRAINGER ID DOCUMENTS FOR ELECTION CERTIFICATE

Thank you Deborah – we will mail her EIC.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

---

**From:** Franklin, Deborah

TEX0494715

PL1070

9/2/2014
2:13-cv-00193

| | |
|---|---|
| **From:** | Fowler, Cynthia (LRS) |
| **To:** | Daughtry, Lisa |
| **Sent:** | 10/14/2013 4:29:00 PM |
| **Subject:** | RE: EIC Issuance! |

Lisa,
Emilio Buendia Martinez valid birth certificate, social security card, however he presented voter registration card name Emilio V. Martinez.

Respectfully

Cynthia Fowler
License & Record Service
Cynthia.Fowler@dps.texas.gov
512-424-2744

We are creating a faster, easier and friendlier driver license experience and a safer Texas

-----Original Message-----
From: Daughtry, Lisa
Sent: Monday, October 14, 2013 4:01 PM
To: Fowler, Cynthia (LRS)
Subject: FW: EIC Issuance!

Cyndee - please confirm if this is a valid issuance asap and return scanned docs from TOK.
Thanks.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

-----Original Message-----
From: O'Connor, Ryan
Sent: Monday, October 14, 2013 3:55 PM
To: Daughtry, Lisa; Rodriguez, Tony
Subject: RE: EIC Issuance!

Try 37803351

-----Original Message-----
From: Daughtry, Lisa
Sent: Monday, October 14, 2013 3:52 PM
To: O'Connor, Ryan; Rodriguez, Tony
Subject: RE: EIC Issuance!

FYI - not yet reflected in the system.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

-----Original Message-----

TEX0487881

USA_00223599

From: O'Connor, Ryan
Sent: Monday, October 14, 2013 12:05 PM
To: Rodriguez, Tony
Cc: Daughtry, Lisa
Subject: RE: EIC Issuance!

Yes, Paul sent it.

-----Original Message-----
From: Rodriguez, Tony
Sent: Monday, October 14, 2013 12:04 PM
To: O'Connor, Ryan
Cc: Daughtry, Lisa
Subject: FW: EIC Issuance!
Importance: High

Did you get this?

v/r

Tony Rodriguez
Customer Operations Senior Manager - South and West Driver License Division Texas Department
of Public Safety tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

-----Original Message-----
From: Silva, Samuel
Sent: Friday, October 11, 2013 12:43 PM
To: Watkins, Paul; Rodriguez, Tony; Bell, Stephen; Krueger, Kristopher
Cc: Garcia, Joseph; Gomez, Frances; Ramirez, Raquel; Rodriguez, Jose III (Reg Cmdr)
Subject: FW: EIC Issuance!
Importance: High

We receive our first EIC Issuance (mobile) in Laredo.
Mobile unit at KLDO issued the first EIC card: Martinez, Emilio / DOB 6/19/1969 Sam.

DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a
safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517

-----Original Message-----
From: True, Terri
Sent: Friday, October 11, 2013 12:02 PM
To: Gomez, Frances; Ramirez, Raquel; Rodriguez, Belinda
Cc: Garcia, Joseph; Silva, Samuel
Subject: EIC Issuance!

Mobile unit at KLDO issued the first EIC card

Martinez, Emilio
DOB 6/19/1969

We won't have the EIC number until we upload tonight.
Terri True

TEX0487882

USA_00223600

PL1071

9/2/2014

2:13-cv-00193

| | |
|---|---|
| **From:** | Fowler, Cynthia (LRS) |
| **To:** | Daughtry, Lisa |
| **Sent:** | 10/17/2013 3:54:07 PM |
| **Subject:** | EIC Certificate |
| **Attachments:** | 20131710_SANCHEZ,HECTOR MANUEL.pdf |

*Lisa,*
*EIC #37809993 Sanchez, Hector Manuel – Invalid Documents (1 secondary & 1 supportive document) – EIC card issued and received.*


*Respectfully*

*Cynthia Fowler*
*License & Record Service*
*Cynthia.Fowler@dps.texas.gov*
*512-424-2744*
*We are creating a faster, easier and friendlier driver license experience and a safer Texas*

TEX0489091

USA_00223601

10/16/13

Jordin—
Please ✓
for
docs—
Thanks!
Jim—

let me
know
ASAP.

**SANCHEZ , HECTOR MANUEL**

Election Certificate Number:
37809993
Date of Birth: 11/05/1946
Sex: MALE
Eye Color: BROWN

## Transaction Eligibility

## Election Certificate

Re-Issue Election Certificate

### Basic Information

| First Name: | HECTOR |
| Middle Name: | MANUEL |
| Last Name: | SANCHEZ |
| Suffix: | |
| SSN: | 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 |
| DOB: | 11/05/1946 |
| Age: | 66 |

### Physical Description

| Sex: | MALE |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Race: | HISPANIC |
| Height: | 5' 08" |
| Weight: | 165 |

### Other Information

| Record Creation Date: | 10/15/2013 |
| US Citizen: | YES |
| Voter Registration: | YES |
| Home Bound: | YES |

### Election Certificate Card Information

| | Edit Election Certificate |
| EC Actions: | Remake Election Certificate |
| | View Transaction History |
| EC Number: | 37809993 |
| Original Issue Date: | 10/15/2013 |
| Issue Date: | 10/15/2013 |
| Audit Number: | 18312311107135488790 |
| Expiration Date: | 11/05/2019 |

### Physical Address

| Street 1: | 1621 RIO HONDO RD |
| Street 2: | |
| City: | HARLINGEN |
| State: | TX |
| Zip Code: | 78550 |
| Zip Code Extension: | |
| County: | CAMERON |
| Country: | UNITED STATES |

### Mailing Address

| Street 1: | 1621 RIO HONDO RD |
| Street 2: | |
| City: | HARLINGEN |
| State: | TEXAS |
| Zip Code: | 78550 |
| Zip Code Extension: | |
| Country: | UNITED STATES |

TEX0489092

USA_00223602

*Approved - Mobile Unit - QD*
*Cameron County*
*Rio Hondo City Hall*

*10.03 - called Brownsville R. Office*

DL-14C (Sept 2013)

## APPLICATION FOR TEXAS ELECTION IDENTIFICATION CERTIFICATE
### FOR ELECTION PURPOSES ONLY; CANNOT BE USED AS AN IDENTIFICATION CARD

**FOR DEPARTMENT USE ONLY**

ASSIGNED # 3780993

**NOTICE:** All information on this application must be completed in INK.

| APPLICANT INFORMATION | CONTACT INFORMATION |
|---|---|
| LAST NAME: SANCHEZ | HOME PHONE: (956) 793-6360 |
| FIRST NAME: Hector | OTHER PHONE: |
| MIDDLE NAME: MANUEL | EMAIL: |
| SUFFIX: | |
| MAIDEN NAME: | ADDRESS INFORMATION |
| | RESIDENCE ADDRESS: 1621 Rio Hondo Rd |
| DATE OF BIRTH (mm/dd/yyyy): 11-05-1946 | |
| SSN: 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 | CITY: Harlingen   STATE: TX |
| SEX: (Circle One) Male  Female | ZIP CODE: 78550  COUNTY: Cameron |
| EYE COLOR: BRN   HAIR COLOR: BLK | |
| RACE/ETHNICITY: H   (I) American Indian/Alaska Native | MAILING ADDRESS: (Same) |
| (A) Asian/Pacific Islander (B) Black (H) Hispanic (O) Other (W) White | |
| HEIGHT: ft. 5   in. 8 | |
| WEIGHT: lbs. 165 | CITY:   STATE: |
| UNITED STATES CITIZEN:  yes ✓   no | ZIP CODE:   COUNTY: |

If you are not a US citizen, you are not eligible for an Election Identification Certificate.

PLACE OF BIRTH: CITY: Harlingen  COUNTY: Cameron  STATE: TX  COUNTRY: US

FATHER'S LAST NAME: Sanchez   MOTHER'S MAIDEN NAME: Guerrero

### INFORMATION REQUIRED FROM ALL APPLICANTS

| | YES | NO | |
|---|---|---|---|
| 1. | ☐ | ☑ | Are you presenting a voter registration card today? |
| 2. | ☑ | ☐ | If not, are you registering to vote? |
| 3. | ☐ | ☑ | Do you have a Texas driver license or learner license (unexpired, or expired for no more than 60 days)? |
| 4. | ☐ | ☑ | Do you have a Texas Identification card (unexpired, or expired for no more than 60 days)? |
| 5. | ☐ | ☑ | Do you have a Texas concealed handgun license (unexpired, or expired for no more than 60 days)? |
| 6. | ☐ | ☑ | Do you have a US passport (unexpired, or expired for no more than 60 days)? |
| 7. | ☐ | ☑ | Do you have a US citizenship certificate that contains your photograph? |
| 8. | ☐ | ☑ | Do you have a US military identification card that contains your photograph (unexpired, or expired for no more than 60 days)? |

If answering "yes" to questions 3 through 8, you are not eligible to receive a Texas Election Certificate.

### CERTIFICATION

I do solemnly swear, affirm, or certify that I am the person named herein and that the statements on this application are true and correct.

X  Hector M. Sanchez    Date: 10/15/2013

### VERIFICATION

Sworn to and subscribed before me this _____ day of _____   10/15/13

Notary Public in and for the State of Texas or Authorized Officer

**FRONT**

TEX0489093

USA_00223603

LOCATION 321
TIME STAMP 17 34 19
DATE STAMP 10-15-2013

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
TEMPORARY ELECTION CERTIFICATE CARD VALID UNTIL 12-14-2013



EC NUMBER **37809993**    CARD TYPE **EC**

NAME  **SANCHEZ,
HECTOR MANUEL**

**FOR ELECTION PURPOSES ONLY
CANNOT BE USED AS IDENTIFICATION**

DATE OF BIRTH  11-05-1946    EXPIRATION DATE  11-05-2019
                            ISSUANCE DATE  10-15-2013

MAILING ADDRESS
1621 RIO HONDO RD
HARLINGEN, TX 78550

SIGNATURE _____

EMPLOYEE _____

- Contact your local driver license office if assistance is needed.
- Your Election Certificate will be processed and mailed within 30-60 days.
- You must keep this Temporary Election Certificate until your new card is received.
- This Election Certificate is for election purposes only.

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

Page 1

TEX0489094

USA_00223604

THE STATE OF TEXAS } No. 18909

County of Cameron

Mailed
1135 Gaborra Apt.
San Antonio, T.
9-23-68

To Any Person Authorized by the Laws of the State of Texas to Celebrate The Rites of Matrimony in the State of Texas, Greeting:

YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE RITES OF MATRIMONY

Between Mr. Hector Manuel Sanchez and Mme. Yvonne Galarza

and make due return to the Clerk of the County Court of said County within sixty days thereafter, certifying your action under this License.

WITNESS my official signature and seal of office at Brownsville, Texas,

the _____ 16 day of _____ September _____ 1968

J. H. DILTZ.

Clerk of the County Court Cameron County.

By _____ Delfina O. Zavaleta _____ Deputy.

I, Rev. Rafael Guerrero hereby certify that on the _____ 20 _____ day of _____ September _____ 68

I united in Marriage Mr. Hector Manuel Sanchez and Miss Yvonne Galarza
the parties above named.

WITNESS my hand this _____ 20 _____ day of _____ September _____ 1968

Rev. Rafael Guerrero Priest
St. Anthony Church, Harlingen, Texas

Returned and filed for record the 23 day of _____ Sept _____ 1968, and recorded the 23 day of _____ Sept. _____ 1968

J. H. DILTZ, County Clerk

By _____ Delfina O. Zavaleta _____ Deputy.

TEX0489095

USA_00223605



THE STATE OF TEXAS, COUNTY OF CAMERON

I, JOE G. RIVERA, COUNTY CLERK IN AND FOR
CAMERON COUNTY, TEXAS, DO HEREBY CERTIFY
THAT THE FOREGOING IS A FULL, TRUE AND
CORRECT COPY OF MARRIAGE LICENSE OF
MR. HECTOR MANUEL SANCHEZ
AND MISS YVONNE GALVAN
TO CERTIFY WHICH WITNESS MY HAND AND
SEAL OF OFFICE, THIS THE 9TH DAY OF DECEMBER
2007 JOE G. RIVERA, COUNTY CLERK
VOL. 26 CAMERON COUNTY, TEXAS
PAGE 133

BY
DORISA HERNANDEZ

TEX0489096

USA_00223606

THE STATE OF TEXAS
County of Cameron

No. 18909

Mailed
1138 Babcock Rd.
San Antonio, Tex
9-23-68

To Any Person Authorized by the Laws of the State of Texas to Celebrate The Rites of Matrimony in the State of Texas, Greeting:

YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE RITES OF MATRIMONY

Between Mr. *Hector Manuel Sanchez* and Miss *Yvonne Galvan*

and make due return to the Clerk of the County Court of said County within sixty days thereafter, certifying your action under this License.

WITNESS my official signature and seal of office at Brownsville, Texas,

the _16_ day of _September_ 19_68_

[Seal]

J. H. DILTZ
Clerk of the County Court, Cameron County.

By _Delfina C. Zavaleta_ Deputy.

I, _Rev. Rafael Guerrero_ hereby certify that on the _20_ day of _September_ 19 68
I united in Marriage Mr. _Hector Manuel Sanchez_ and Miss _Yvonne Galvan_
the parties above named.

WITNESS my hand this _20_ day of _September_ 19 68

Rev. Rafael Guerrero  Priest
St. Anthony Church, Harlingen, Texas

Returned and filed for record the _23_ day of _Sept_ 19 68, and recorded the 23 day of _Sept_ 19 68

J. H. DILTZ, County Clerk

By _Delfina C. Zavaleta_ Deputy.

TEX0489097

USA_00223607

THE STATE OF TEXAS, COUNTY OF CAMERON

I, JOE G. RIVERA, COUNTY CLERK IN AND FOR
CAMERON COUNTY, TEXAS, DO HEREBY CERTIFY
THAT THE FOREGOING IS A FULL TRUE AND
CORRECT COPY OF MARRIAGE LICENSE OF
MR HECTOR MANUEL SANCHEZ
AND MISS YVONNE GALVAN
TO CERTIFY WHICH WITNESS MY HAND AND
SEAL OF OFFICE, THIS THE 19TH DAY OF DECEMBER
2007 JOE G. RIVERA, COUNTY CLERK
VOL 25 CAMERON COUNTY, TEXAS
PAGE 155
BY _____
DORISA HERNANDEZ

TEX0489098

USA_00223608

**FINAL RECORD**

# COUNTY OF CAMERON
## STATE OF TEXAS

| | |
|---|---|
| 1. PLACE OF BIRTH STATE OF TEXAS | TEXAS DEPARTMENT OF HEALTH BUREAU OF VITAL STATISTICS STANDARD CERTIFICATE OF BIRTH |

COUNTY OF **Cameron**

CITY OR PRECINCT NO. **6**

2. FULL NAME OF CHILD **Hector Manuel Sanchez**

RESIDENCE OF THE MOTHER — STREET AND NO. ___ CITY ___ COUNTY ___ STATE ___

**36568**

| 3. SEX | FOR PLURAL BIRTHS ONLY | | 6. LEGITIMATE? | 7. DATE OF BIRTH |
|---|---|---|---|---|
| **Male** | 4. TWIN, TRIPLET, OTHER | 5. NUMBER IN ORDER OF BIRTH | **Yes** | **Nov. 5th 1946** 194 |

| FATHER | MOTHER |
|---|---|
| 6. FULL NAME **Luis Sanchez** | 6. FULL MAIDEN NAME **Maria Del Refugio Guerrero** |
| SOCIAL SECURITY NUMBER | 8. SOCIAL SECURITY NUMBER |
| 9. POSTOFFICE ADDRESS **Harlingen Texas** | 9. POSTOFFICE ADDRESS **Harlingen Texas** |
| 10. COLOR OR RACE **White** / 11. AGE AT LAST BIRTHDAY **39** | 10. COLOR OR RACE **White** / 11. AGE AT LAST BIRTHDAY **34** |
| 12. BIRTHPLACE (STATE OR COUNTRY) **Mexico** | 12. BIRTHPLACE (STATE OR COUNTRY) **Mexico** |
| 19A. TRADE, PROFESSION OR KIND OF WORK DONE **Engineer** | 19A. TRADE, PROFESSION OR KIND OF WORK DONE **Housewife** |
| 19B. INDUSTRY OR BUSINESS IN WHICH ENGAGED **Rail Road** | 19B. INDUSTRY OR BUSINESS IN WHICH ENGAGED **Home** |

| 20. NUMBER OF CHILDREN BORN TO THIS MOTHER INCLUDING THIS BIRTH | 6 | 21. NUMBER OF CHILDREN OF THIS MOTHER NOW LIVING | 6 |
|---|---|---|---|

SIGNATURE OF INFORMANT **Alva Muniz**  ADDRESS OF INFORMANT **Harlingen** TEXAS

22. CERTIFICATION

I HEREBY CERTIFY TO THE BIRTH OF THIS CHILD BORN ALIVE / STILLBORN AT **5. A.M** ON THE ABOVE DATE

AND THE PROPHYLACTIC USED TO PREVENT OPHTHALMIA NEONATORUM WAS **Yes**

DATE 194_ **Petra G. Muniz** M.D. MIDWIFE OTHER **Harlingen** POSTOFFICE ADDRESS TEXAS

| 23. FILE NUMBER **644** | FILE DATE **12/9** 1946 | SIGNATURE OF LOCAL REGISTRAR | POSTOFFICE ADDRESS **Harlingen** TEXAS |
|---|---|---|---|

28840

NOTE THE INFORMATION CALLED FOR ON THE REVERSE SIDE

This is a true and correct reproduction of the original record as recorded in this office, issued under authority of Section 191.051, Health and Safety Code.

DATE ISSUED: **DEC 19 2007**

JOE G. RIVERA, COUNTY CLERK CAMERON COUNTY, TEXAS

TEX0489099

USA_00223609



TEX0489100

USA_00223610