PL1073
9/2/2014
2:13-cv-000193

| | |
|---|---|
| **From:** | MacGregor Stephenson |
| **To:** | Coby Shorter; Keith Ingram; Wroe Jackson |
| **Sent:** | 10/24/2013 11:02:55 AM |
| **Subject:** | FW: EIC Phase I and Phase III Latest Update 231600 October 2013 |
| **Attachments:** | County Participation Master Schedule (231600OCT13).xlsx; EIC County Participation Chart (231600OCT13).ppt; EIC Missing MOUs (231600OCT13).docx; Mobile EIC Operations Ph I (231600Oct13).xlsx |

FYI all counties not covered by County staff are covered for five days with the exception of Mason County which only has two at present.  Major progress.

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Thursday, October 24, 2013 10:42 AM
**To:** MacGregor Stephenson
**Subject:** EIC Phase I and Phase III Latest Update 231600 October 2013
**Importance:** High

FYSA

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



TEX0563471

PL1074
9/2/2014
2:13-cv-000193

| | |
|---|---|
| **From:** | Bodisch, Robert |
| **To:** | MacGregor Stephenson |
| **Sent:** | 2/10/2014 10:04:26 AM |
| **Subject:** | RE: County update |

10-4, will forward the work sheet shortly, most DL folks out last Friday, so catching up this morning.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



**From:** MacGregor Stephenson [mailto:macgregor.stephenson@governor.state.tx.us]
**Sent:** Monday, February 10, 2014 9:58 AM
**To:** Bodisch, Robert; Kathy Walt; 'Coby Shorter'
**Cc:** McCraw, Steven
**Subject:** RE: County update

Duke,

Just checking on week's end update you mentioned previously.  Do we have a timeline for when the non-participating counties will have the mobile stations?  Thanks.

Mac

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Tuesday, February 04, 2014 11:27 AM
**To:** Kathy Walt; MacGregor Stephenson; Coby Shorter
**Cc:** McCraw, Steven; Bodisch, Robert
**Subject:** County update
**Importance:** High

Kathy, Macgregor,

Of the 36 counties with no driver license office or permanent EIC program, we have secured Interagency Cooperation Contracts with three counties (Aransas, Camp & Somervell) and they are scheduled for training and deployment of the EIC equipment tomorrow and Thursday.

Several appointments and negotiations are taking place this week between DPS personnel and county officials in the remaining 33 counties.  Should have an update by weeks end and we anticipate picking up several more of these counties.

TEX0524010

We now have 23 Secretary of State personnel attending the EIC training tomorrow.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



TEX0524011

# Plaintiff Exhibit PL1075

# WITHDRAWN

PL1076

9/2/2014

2:13-cv-000193

| From: | MacGregor Stephenson |
|---|---|
| To: | Bodisch, Robert |
| Sent: | 9/17/2013 11:17:34 AM |
| Subject: | RE: EIC Mobile Units |

So is it necessary to have the multifunction printers/scanners in addition to the fingerprint scanners?

---

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Tuesday, September 17, 2013 11:17 AM
**To:** MacGregor Stephenson; 'Coby Shorter'; Cesinger, Katherine; Peters, Joe; Bodisch, Robert
**Subject:** RE: EIC Mobile Units

Mac, We will not be doing paper prints.  The fingerprint scanner was ordered and will be here tomorrow and will be tested tomorrow.  We have high confidence that it will work as it is FBI complaint.  Scott is moving ahead and ordering the scanners today.  DPS does not have mobile scanners for the 25 Mobile Teams, hence we are having to assemble 25 deployment kits.  All is moving forward.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



---

**From:** MacGregor Stephenson [mailto:macgregor.stephenson@governor.state.tx.us]
**Sent:** Tuesday, September 17, 2013 11:08 AM
**To:** Bodisch, Robert; 'Coby Shorter'; Cesinger, Katherine; Peters, Joe
**Subject:** RE: EIC Mobile Units

Please help me out here, because I was under the understanding from you all yesterday that the specs were all completed.  If we cannot get these finalized by 3:00 today, I would like to meet with the individuals from DPS and SOS that are establishing the specifics at 3:30 in my office so that we can get this done.  Just so that I am clear, if we are doing paper fingerprints and then scanning, do we need both printer/scanners and fingerprint readers?  Also, just to be clear here, does DPS have any fingerprint scanners that could be used for these efforts?  Time is marching on, and I want to make sure that we are getting this figured out today.  If DPS doesn't know what the specifications are for the scanners or SOS has some questions about them, could someone please help me understand the issues?

Thank you.

MacGregor

---

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Tuesday, September 17, 2013 10:54 AM
**To:** Coby Shorter; MacGregor Stephenson; Cesinger, Katherine; Peters, Joe

TEX0479638

**Subject:** RE: EIC Mobile Units

Joe Peters is in touch with Scott on all these items.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



---

**From:** Coby Shorter [mailto:CShorter@sos.texas.gov]
**Sent:** Tuesday, September 17, 2013 10:34 AM
**To:** MacGregor Stephenson; Bodisch, Robert; Cesinger, Katherine; Peters, Joe
**Subject:** RE: EIC Mobile Units

We still do not have specs on the following items:
1) The multifunction printers/scanners ( We had specs for the original request, but we have been told that those originally requested are inadequate.)
2) The digital fingerprint readers
3) Photo Backdrop specs

No specifics have been provided as to the type of secure storage boxes, tripods, surge protectors and USB multi-hubs; therefore, we will proceed with making those selections based on what we think will work.  As for the three items listed above, if specs are not forthcoming, please let us know and we will proceed with equipment that should interface with the computers previously requested.

---

**From:** MacGregor Stephenson [mailto:macgregor.stephenson@governor.state.tx.us]
**Sent:** Monday, September 16, 2013 8:40 AM
**To:** 'Bodisch, Robert'; Coby Shorter; 'Cesinger, Katherine'; 'Peters, Joe'
**Subject:** RE: EIC Mobile Units

Duke,

I have not seen the necessary specifications for the cameras and document scanners so that SOS can put in an order.  Have those been provided separately?

Thanks.

Mac

---

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Monday, September 16, 2013 6:33 AM
**To:** Bodisch, Robert; cshorter@sos.state.tx.us; Cesinger, Katherine; Peters, Joe; MacGregor Stephenson
**Subject:** EIC Mobile Units
**Importance:** High

Coby, I have been informed that the price for the scanners is incorrect.  Will get you the corrected number this

TEX0479639

morning.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



---

**From:** Bodisch, Robert
**Sent:** Friday, September 13, 2013 5:04 PM
**To:** cshorter@sos.state.tx.us; Bodisch, Robert; Cesinger, Katherine; Peters, Joe; Watkins, Paul; Rodriguez, Tony; MacGregor Stephenson
**Subject:** EIC Mobile Units

Coby, Let's visit first thing Monday morning, looks like we can get the price down even more.  Overtime will still be the issue.

Below is the estimated cost for **25 Mobile Units**:

| | |
|---|---|
| Computers | 34,745.55 |
| Multi- Function Document Scanners | 2,547.00 |
| Fingerprint Ink Pads | 625.00 |
| Cameras | 2,594.77 |
| Banners | 5,000.00 |
| Backdrops | 4,200.00 |
| Secure Storage Lock Boxes | 2,500.00 |
| Tripods | 625.00 |
| Surge Protectors/Cords | 625.00 |
| USB Multi-Hub | 750.00 |
| **TOTAL** | **54,212,32** |

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**

TEX0479641

| | |
|---|---|
| **From:** | Coby Shorter |
| **To:** | MacGregor Stephenson |
| **Sent:** | 2/15/2014 6:04:34 PM |
| **Subject:** | Re: EIC Locations for SOS Staff |

Everything now looks good for next week.

Sent from my iPhone

> On Feb 15, 2014, at 6:01 PM, "MacGregor Stephenson"
<macgregor.stephenson@governor.state.tx.us> wrote:
>
> Any word?
>
>
> On Feb 14, 2014, at 8:17 PM, "Coby Shorter"
<CShorter@sos.texas.gov<mailto:CShorter@sos.texas.gov>> wrote:
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: Louri O'Leary <LO'Leary@sos.texas.gov<mailto:LO'Leary@sos.texas.gov>>
> Date: February 14, 2014 at 8:15:36 PM CST
> To: "robert.Bodisch@dps.texas.gov<mailto:robert.Bodisch@dps.texas.gov>"
<robert.Bodisch@dps.texas.gov<mailto:robert.Bodisch@dps.texas.gov>>, Coby Shorter
<CShorter@sos.texas.gov<mailto:CShorter@sos.texas.gov>>
> Subject: FW: EIC Locations for SOS Staff
>
>
> Hi Coby and Duke
>
> The Cameron County, Denton County and City of Trinity sites were sent Feb 13 to DPS with the
5 day request in mind. (see attached)
>
>
> I realize the tight deadline, and if the locations can be confirmed before Sunday 2.16 by
DPS then SOS staff can travel and man the EIC mobile station with the DPS representative.
>
>
> If not we can move to the following week however I need to contact county person for
re-arrangements and tell SOS staff not to travel.
>
>
> Duke - please let us know if DPS can check out the locations before Feb 16 or if we need to
make changes.
>
>
> 1) Cameron (Harlingen City Hall & Cameron County Dancy Building)
>
> 2) Denton (TWU - Student Union Building )
> 3) City of Trinity (Fire Station)
>
>
> Thanks
>
> Louri
>

Highly Confidential

TEX0524900

```
>
>
>
>
> _____
> From: Louri O'Leary
> Sent: Thursday, February 13, 2014 4:34 PM
> To: Bell, Stephen; Krueger, Kristopher
(Kristopher.Krueger@dps.texas.gov<mailto:Kristopher.Krueger@dps.texas.gov>);
'manuel.rodriguez@dps.texas.gov<mailto:manuel.rodriguez@dps.texas.gov>'
> Subject: EIC Locations for SOS Staff
>
> Added Montgomery county.
> <EIC Locations for SOS Staff.docx>
```

Highly Confidential

TEX0524901

PL1078
9/2/2014
2:13-cv-000193

| | |
|---|---|
| **From:** | Bodisch, Robert |
| **To:** | MacGregor Stephenson |
| **Sent:** | 10/17/2013 11:24:55 AM |
| **Subject:** | Re: EIC schedule |

Tony is available and in the office.

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
5805 N. Lamar Blvd., Bldg. A
Austin, TX 78752
512-424-2368 w
robert.bodisch@dps.texas.gov

On Oct 17, 2013, at 11:23 AM, "MacGregor Stephenson" <macgregor.stephenson@governor.state.tx.us> wrote:

Thanks.  Will you give me a call when you all get out or I can talk with Tony if that would be better.

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Thursday, October 17, 2013 11:19 AM
**To:** MacGregor Stephenson
**Cc:** Bodisch, Robert; Cesinger, Katherine
**Subject:** EIC schedule

Mac, this is the EIC schedule as of this morning's conference call with all our regional DL representatives.   We have update conference calls everyday at 8:30 am and 4:00 pm since things change and we remain flexible to meet changes or pursue alternate courses of action.

Right now things are on track.

I am in the Public Safety Commission meeting today but hope it won't go past 3:00 pm.

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
5805 N. Lamar Blvd., Bldg. A
Austin, TX 78752
512-424-2368 w
robert.bodisch@dps.texas.gov

Begin forwarded message:

**From:** "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov>
**Date:** October 17, 2013 at 11:11:59 AM CDT
**To:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>, "Peters, Joe" <Joe.Peters@dps.texas.gov>, "Watkins, Paul" <Paul.Watkins@dps.texas.gov>

Per Request

v/r

TEX0479617

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0479618

PL1079
9/2/2014
2:13-cv-000193

| **From:** | Peters, Joe |
|---|---|
| **To:** | Coleman, Ron |
| **CC:** | Mastracchio, JoeAnna |
| **Sent:** | 10/2/2013 11:11:51 AM |
| **Subject:** | FW: Voter ID grant |

Ball is in your court.  Contact Judy  or Aimee directly at CJD.

Thanks.

Joe

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX  78773
Office: 512-424-5899
joe.peters@dps.texas.gov



---

**From:** Bodisch, Robert
**Sent:** Wednesday, October 02, 2013 11:07 AM
**To:** Christopher Burnett
**Cc:** Aimee Snoddy; Judy Switzer; MacGregor Stephenson; MacBride, Cheryl; Peters, Joe
**Subject:** RE: Voter ID grant

10-4, many thanks.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



---

**From:** Christopher Burnett [mailto:christopher.burnett@governor.state.tx.us]
**Sent:** Wednesday, October 02, 2013 11:05 AM
**To:** Bodisch, Robert
**Cc:** Aimee Snoddy; Judy Switzer; MacGregor Stephenson
**Subject:** Voter ID grant

Duke,

Just received word from MacGregor that we're a go on the grant (up to $200K) to DPS for Voter ID equipment.  We'll create the app in eGrants and you all will need to complete it.  Get with Aimee and Judy on the details and we'll get this thing rolling.

-Christopher

TEX0506783

| | |
|---|---|
| **From:** | Bodisch, Robert |
| **To:** | Bodisch, Robert; MacGregor Stephenson |
| **CC:** | Peters, Joe |
| **Sent:** | 9/23/2013 8:15:11 PM |
| **Subject:** | Fwd: Voter ID Information requested-1 of 2 |
| **Attachments:** | ATT00001.htm; ATT00002.htm; image001.png; TX DL Office Information 070313.xlsx |

Confirmed numbers, 79 counties with no DL office is the correct number. What OAG might not understand is that we are currently pulling trained customer service representatives out of busy DL offices to fill the 25 mobile teams. We have had to order 137 CSRs to work on Saturdays because they are not interested in working overtime. Lots of internal grumbling about waste of tax dollars. Not sure where will get 175 trained CSRs to man the 79 counties where the numbers aren't. This also doesn't address the equipment, transportation and overtime costs. We do not have the funds for what we are currently doing. Pulling all the CSRs out of existing DL offices will severely degrade our DL mission. Legislators will be fuming when their constituents start calling them and complain about the lines wrapped around the DL offices. Steve is traveling to the border with couple of Senators and cannot make the meeting. I will be there. See attached

Robert J. Bodisch
Assistant Director/Chief of Staff,
Texas Homeland Security
Texas Dept. of Public Safety
512-424-2368 w

Begin forwarded message:

**From:** "Nolte, Candace" <Candace.Nolte@dps.texas.gov>
**Date:** September 19, 2013 at 17:34:50 CDT
**To:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>
**Subject: FW: Voter ID Information requested-1 of 2**

No counties list included.

---

**From:** Peters, Joe
**Sent:** Wednesday, July 03, 2013 4:05 PM
**To:** McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Cesinger, Katherine; Nolte, Candace
**Subject:** FW: Voter ID Information requested-1 of 2

The attached is info that OAG requested through OGC in preparation for the pending Voter ID litigation. Thought some of you might find the updated data and maps useful. Great work by Janie and her team and on short notice! This is the first of two emails.

Joe Peters
Assistant Director
Driver License Division
Texas Department of Public Safety
P.O. Box 4087
Austin, TX 78773
Office: 512-424-5899
joe.peters@dps.texas.gov

PL1081

9/2/2014
2:13-cv-000193

| | |
|---|---|
| **From:** | Bodisch, Robert |
| **To:** | MacGregor Stephenson |
| **CC:** | Bodisch, Robert; cshorter@sos.state.tx.us |
| **Sent:** | 9/13/2013 2:32:31 PM |
| **Subject:** | Select Driver License Offices Open Saturdays to Issue Election Identification Certificates |

Mac, aside from these 50 DL offices opened tomorrow and every Saturday between now and Nov. 2, the SOS will provide 25 EIC Mobile units.  We hope to deploy these as soon as we receive them from SOS.  We still have the 5 trailer Mobile Units that we can deploy as soon as we receive locations from SOS.     I am pulling together a cost estimate for overtime which we do not have budgeted in our FY 14 & 15 appropriations.  I hope to have that estimate for you later this afternoon.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



**From:** Texas Department of Public Safety News Release [mailto:NEWSRELEASE@LISTSERV.DPS.TEXAS.GOV] **On Behalf Of** Media And Communications Office
**Sent:** Friday, September 13, 2013 1:24 PM
**To:** NEWSRELEASE@LISTSERV.DPS.TEXAS.GOV
**Subject:** Select Driver License Offices Open Saturdays to Issue Election Identification Certificates



FOR IMMEDIATE DISTRIBUTION
September 13, 2013

PRESS RELEASE
Media and Communications Office
(512) 424-2080

# Select Driver License Offices Open Saturdays to Issue Election Identification Certificates
*No driver license transactions will be conducted on Saturdays*

AUSTIN – The Texas Department of Public Safety (DPS) is offering Saturday hours at nearly 50 driver license offices across the state as part of an ongoing effort to provide Election Identification Certificates (EICs) to Texans in need of proper identification required to vote in elections in Texas.

Select offices will be open on Saturdays from 10 a.m. – 2 p.m. beginning September 14 through November 2, to allow residents to apply for EICs only. **No other transactions will be conducted during Saturday business hours.** In addition to the Saturday hours, applicants may apply for an EIC at all Texas driver license offices during regular business hours Monday – Friday.

For a list of offices that will be open on Saturdays to issue EICs, visit http://www.dps.texas.gov/DriverLicense /documents/openCtyOfcs.pdf.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an Application for Texas Election Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to the office to verify **U.S. citizenship**
- Bring documentation to the office to verify **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety at the office)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

Texans with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote.  Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-113)

TEX0501449

**FL1082**
**9/2/2014**
**2:13-cv-000193**

| | |
|---|---|
| **From:** | MacGregor Stephenson |
| **To:** | Bodisch, Robert |
| **CC:** | cshorter@sos.state.tx.us; Bodisch, Robert; Peters, Joe |
| **Sent:** | 10/14/2013 11:04:46 PM |
| **Subject:** | Re: EIC Situation Map |

Thank you very much for the work. I appreciate the time and resources required.

On Oct 14, 2013, at 5:49 PM, "Bodisch, Robert"
<Robert.Bodisch@dps.texas.gov<mailto:Robert.Bodisch@dps.texas.gov>> wrote:

Per conversation, Attached please find the current status of {79} county participation in the
EIC effort. We have training scheduled for Thursday at various sites around the state.
Regardless of where we are with the MOUs, the stations will process the EICs as soon as they
are trained and we will let the MOUs catch up, but not mail the EICs until the MOU is
received. As soon as the yellow counties receive their training by Friday, they will all turn
green. The 38 blue counties will be staffed by DPS personnel so no problem there. The one grey
county is a DPS scheduled office and we are adding the extra days to ensure at least 5 days
coverage and it will also be available on the scheduled days as well.

The team is still working on the extended hours schedule. Will forward when available.

In addition, our Saturday operations continue at 49 DPS locations, and our 25 EIC Mobile units
continue deployed and on schedule.


Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov<mailto:robert.bodisch@dps.texas.gov>
robert.bodisch.sle@dhs.sgov.gov<mailto:robert.bodisch.sle@dhs.sgov.gov>
<image001.jpg>

<EIC Counties with No Drver License Office (14 Oct 2013).pdf>

## Texas Department of Public Safety
### Courtesy ~ Service ~ Protection

DPS HOME   SERVICES   EMPLOYMENT   ABOUT US

PL1083
9/2/2014
2:13-cv-000193

Search DPS

### Driver License & ID Card

Driver License Home
Renew
Change Address
Office Locations
Mega Centers
Customer Service Center

*All driver license offices will be closed Monday, Sept. 1, 2014*

# Administrative License Revocation (ALR) Program

The Administrative License Revocation (ALR) Program is a civil administrative process unrelated to criminal court proceedings. The ALR Program applies to individuals arrested for Driving While Intoxicated (DWI) or Boating While Intoxicated (BWI) and refuse to take or fail a blood or breath test.

Individuals who refuse or fail a blood or breath test following an arrest for DWI may have their driver license suspended from 90 days to 2 years. Refusal or failure of this test will also result in an automatic one-year disqualification for individuals with a commercial driver license.

## ALR Process for DWI or BWI

If a law enforcement officer has reason to believe a driver is impaired, a set of field sobriety tests will be administered. If the driver performs poorly on the field sobriety tests then the driver will be arrested for DWI or BWI.

1. The driver is asked to take a breath or blood test to measure his/her blood alcohol concentration (BAC) level.
2. The driver is served a notice that his/her driver license will be suspended if he/she refuses to take or fails the field sobriety test. (Registering a 0.08 BAC or greater is considered failing.) The individual then has 15 days from the date the suspension notice is served to request a hearing.
   a. If a hearing is not requested, the suspension goes into effect on the 40th day after the notice was served. (This is usually 40 days after the arrest.)
   b. For various reasons, including delayed or missing paperwork, the 40 days can be retroactive or back-dated from the date of notice.
3. The law enforcement officer will take the individual's driver license and issue a temporary driving permit.
4. A $125 Reinstatement fee is required prior to the renewal or issuance of a driver license.

## Hearings for ALR

In certain circumstances, individuals may be eligible to request a hearing for an administrative license revocation (ALR) to contest the suspension of their driver license. If the request is submitted within the required 15 days, DPS will

PL4084
9/2/2014
2:13-cv-000193

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS,<br>　　　*Plaintiffs,*<br>v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br>　　　*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>CIVIL ACTION NO.<br>2:13-CV-193 (NGR)<br>[Lead case] |
| UNITED STATES OF AMERICA,<br>　　　*Plaintiffs,*<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND AND IMANI CLARK,<br>　　　*Plaintiff-Intervenors,*<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, AND HIDALGO COUNTY,<br>　　　*Plaintiff-Intervenors,*<br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>　　　*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>CIVIL ACTION NO.<br>2:13-CV-263 (NGR)<br>[Consolidated case] |

TEXAS STATE CONFERENCE OF NAACP  )
BRANCHES;  and  the  MEXICAN  )
AMERICAN  LEGISLATIVE  CAUCUS  OF  )
THE        TEXAS        HOUSE        OF  )
REPRESENTATIVES,                                      )
   *Plaintiffs,*                                       )
v.                                                                      )
                 )
JOHN  STEEN,  in  his  official  capacity  as  ) CIVIL ACTION NO.
Secretary  of  State  of  Texas;  and  STEVE  ) 2:13-CV-291 (NGR)
McCRAW, in his official capacity as Director  ) [Consolidated case]
of the Texas Department of Public Safety,  )
   *Defendants.*                                       )
_____  )
BELINDA ORTIZ, LENARD TAYLOR,  )
EULALIO MENDEZ JR., LIONEL  )
ESTRADA;  ESTELA  GARCIA  ESPINOSA,  )
LYDIA  LARA,  MARGARITO  MARTINEZ  )
LARA, MAXIMINA MARTINEZ LARA, AND  )
*LA UNION DEL PUEBLO ENTERO, INC.*  )
   *Plaintiffs,*                                       )
v.                                                                      )
                 )
STATE  OF  TEXAS,  JOHN  STEEN,  in  his  ) CIVIL ACTION NO.
official  capacity as Texas Secretary of State;  ) 2:13-CV-348 (NGR)
and STEVE McCRAW, in his official capacity  ) [Consolidated case]
as Director of the Texas Department of Public  )
Safety,                                                             )
   *Defendants.*                                       )
_____  )

## DEFENDANTS' OBJECTIONS AND RESPONSES TO VEASEY-LULAC PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

**TO:** All Plaintiffs and Plaintiff-Intervenors, by and through their attorneys of record.

   Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the State of Texas, Rick

Perry, John Steen and Steve McCraw, serve these Objections and Responses to Veasey-LULAC

Plaintiffs' First Set of Requests for Admission.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689
COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

**DEFENDANTS OBJECTIONS AND RESPONSES TO VEASEY-LULAC
PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION**

1.      Admit that Attorney General Greg Abbott announced publicly on June 25, 2013 that SB 14 would take effect immediately.

**OBJECTION:**  The language "announced publicly" and that "SB14 would take effect immediately" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.  Further, this request seeks an admission that is not relevant to this cause of action and is not reasonably calculated to lead to the discovery of admissible evidence; therefore, it is beyond the scope of permissible discovery.  Further, the Plaintiffs have failed to attach a written or otherwise recorded statement of Attorney General Greg Abbott as an exhibit to this request; therefore, the Defendants have no basis for judging the correctness or the accuracy of the Plaintiffs' characterization of any statements of the Attorney General.  Any admission would be based upon conjecture, speculation and hearsay as opposed to knowledge of facts.  Further, Defendants object as this request calls upon them to make an admission with respect to the conduct, actions or statements of an entity or person that is not a party defendant to this cause of action.  Such an admission would be based upon speculation and/or hearsay, not knowledge of facts.

        Subject to and without waiving the above objections, and as demonstrated above, the Defendants do not have sufficient knowledge to admit or deny; therefore, the Defendants deny this request.

2.      Admit that, after June 26, 2013, some employees of the Office of the Texas Governor participated in conversations (telephonically, electronically, or in-person) about the implementation of the Secretary of State's mobile EIC program.

**OBJECTION:**     The language "after June 26, 2013", "some employees", "participated in conversations", and "the Secretary of State's mobile EIC program" is undefined, vague, ambiguous, and confusing rendering this request difficult to fairly admit or deny.  The request fails to identify any specific employee, specific conversation, or date and time of any conversation for which the Plaintiffs are seeking an admission; thus, rendering this request difficult to fairly admit or deny.  Further, this request is beyond the scope of permissible discovery as it seeks an admission that is not relevant to this cause of action and is not reasonably calculated to lead to the discovery of admissible evidence.  Defendants further object

to this request to the extent it seeks an admission with respect to information subject to the attorney-client privilege, deliberative process privilege, joint defense, and attorney work-product doctrine.

Subject to and without waiving the above objections, and as demonstrated above, the Defendants do not have sufficient knowledge to admit or deny; therefore, the Defendants deny this request.

3.    Admit that, to obtain a license to carry a concealed handgun in Texas, a person does not need to be a United States citizen.

**OBJECTION:**  The language used in this request is vague, ambiguous, misleading, incomplete, and confusing rendering this request difficult to fairly admit or deny. Further, this request is beyond the scope of permissible discovery as it seeks an admission that is not relevant to this cause of action and is not reasonably calculated to lead to the discovery of admissible evidence.  The Defendants further object as Federal Rules of Civil Procedure, Rule 36, prohibits requests for admissions that require a party to admit or deny the truth of a legal conclusion.

Subject to and without waiving the above objections, the Defendants deny the request.

4.    Admit that, to obtain a license to carry a concealed handgun in Texas, an applicant does not need to provide documents to DPS to prove U.S. citizenship.

**RESPONSE:**  Deny

5.    Admit that the Secretary of State's Office received information that some individuals who applied for EICs were required to submit fingerprints to DPS to obtain an EIC.

**RESPONSE:**  Deny

6.    Admit that the Secretary of State's Office received information that some individuals who made inquiries about EICs to the Secretary of State's Office

or the Department of Public Safety were informed that applicants needed to submit fingerprints to DPS to obtain an EIC.

**RESPONSE:** Deny

7.    Admit the Excel spreadsheet represented by placeholder document TEX00300316 is a spreadsheet listing by county, city, and zip code the number of Texas registered voters who were not matched to records in the Department of Public Safety databases.

**RESPONSE:** Deny

8.    Admit that the Excel spreadsheet represented by placeholder document TEX00300316 represents that in zip code 79938 (El Paso, El Paso County, Texas), 1097 registered voters were not matched to records in the Department of Public Safety databases.

**RESPONSE:** Deny

9.    Admit that the Excel spreadsheet represented by placeholder document TEX00300316 was provided to some or all counties on or around August or September of 2013.

**RESPONSE:** Deny

10.   Admit that when applicants for EICs submit the necessary documentation at a Department of Public Safety Office, they cannot receive their official ID card at that time, and must wait to receive the card by mail.

**RESPONSE:** Deny

11.   Admit that TEX00460880 represents that ARC Acquisition provided a quote for the Department of Public Safety of $101.88 per Canon Powershot A2500 16 MP digital camera.

**OBJECTION:**  The language used in this request is vague, ambiguous, misleading, incomplete, and confusing rendering this request difficult to fairly admit or deny. Further, the request as worded seeks an admission with respect to incomplete information and is misleading as it fails to represent the complete terms of the "quote".

Subject to and without waiving the above objections, the Defendants state only that the referenced document sets forth the complete terms of a "quote" given to the Department of Public Safety.

12.    Admit that individuals may not obtain a fee waiver from DSHS for a birth certificate for the purposes of obtaining an EIC if they person applies for the birth certificate on Texas.gov.

**OBJECTION:**  The language used in this request is undefined, vague, ambiguous, and confusing rendering this request difficult to fairly admit or deny.  Further, this request seeks to have the Defendants make an admission with respect to the operations and procedures of a state entity that is not a party to this cause of action. Further, the Defendants object as Federal Rules of Civil Procedure, Rule 36, prohibits requests for admission that require a party to admit the truth of a legal conclusion.

Subject to and without waiving the above objections, and as demonstrated above, the Defendants do not have sufficient knowledge to admit or deny; therefore, the Defendants deny the request.

13.    Admit that individuals may not obtain a fee waiver from DSHS for a birth certificate for the purposes of obtaining an EIC if the person applies by mail, using form VS 142.3.

**OBJECTION:**  The language used in this request is undefined, vague, ambiguous, and confusing rendering this request difficult to fairly admit or deny.  Further, this request seeks to have the Defendants make an admission with respect to the operations and procedures of a state entity that is not a party to this cause of action. Further, the Defendants object as Federal Rules of Civil Procedure, Rule 36, prohibits requests for admission that require a party to admit the truth of a legal conclusion.

Subject to and without waiving the above objections, and as demonstrated above, the Defendants do not have sufficient knowledge to admit or deny; therefore, the Defendants deny the request.

14.   Admit that individuals seeking a fee waiver from DSHS for issuance of a birth certificate for the purposes of obtaining an EIC must pay a statutorily required fee of $2.00.

**OBJECTION:**  The language used in this request is undefined, vague, ambiguous, and confusing rendering this request difficult to fairly admit or deny.  Further, this request seeks to have the Defendants make an admission with respect to the operations and procedures of a state entity that is not a party to this cause of action.  Further, the Defendants object as Federal Rules of Civil Procedure, Rule 36, prohibits requests for admission that require a party to admit the truth of a legal conclusion.

Subject to and without waiving the above objections, and as demonstrated above, the Defendants do not have sufficient knowledge to admit or deny; therefore, the Defendants deny the request.

15.   Admit that birth certificates issued to individuals with a fee waiver from DSHS are marked or stamped to indicate that the birth certificate may only be used for purposes of applying for an EIC.

**OBJECTION:**  The language used in this request is undefined, vague, ambiguous, and confusing rendering this request difficult to fairly admit or deny.  Further, this request seeks to have the Defendants make an admission with respect to the operations and procedures of a state entity that is not a party to this cause of action.  Further, the Defendants object as Federal Rules of Civil Procedure, Rule 36, prohibits requests for admission that require a party to admit the truth of a legal conclusion.

Subject to and without waiving the above objections, and as demonstrated above, the Defendants do not have sufficient knowledge to admit or deny; therefore, the Defendants deny the request.

16.     Admit that the Secretary of State's office advised county election officials not to distribute the New Notice of Required Identification described in TEX00048361, or any similar notice, to voters who appeared at the polls for the November 2011 elections.

**OBJECTION:**  The language "New Notice of Required Identification" and "or any similar notice" is undefined, vague, ambiguous, and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny the request.

17.     Admit that the Secretary of State's Office did not instruct county election officials to distribute the New Notice of Required Identification described in TEX00048361, or any similar notice, to voters who appeared at the polls for any elections in 2012.

**OBJECTION:**  The language "New Notice of Required Identification" and "or any similar notice" is undefined, vague, ambiguous, and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny the request.

18.     Admit that the Secretary of State was statutorily required to conduct an education campaign about SB 14's photo ID requirements.

**OBJECTION:**  The language "was statutorily required", "education campaign", and "about SB14's photo ID requirements" is undefined, vague, ambiguous, and confusing rendering this request difficult to fairly admit or deny.  Further, Federal Rules of Civil Procedure, Rule 36, prohibits requests for admission that require a party to admit the truth of a legal conclusion.

Subject to and without waiving the above objections, Defendants deny the request as worded.  However, V.T.C.A, Election Code § 31.012 sets forth the provisions for Voter Identification Education.

19.    Admit that some county personnel have been trained to administer the issuance of EICs without DPS personnel present.

**RESPONSE:**  Deny

20.    Admit that TEX00462216 states that county officials were informed that they could set up mobile stations during regular business hours and could do so at other hours only if agreed to by the Secretary of State's Office.

**RESPONSE:**  Deny

21.    Admit that the Governor's Office reimbursed the Department of Public Safety for costs associated with providing equipment and training to counties to issue EICs.

**RESPONSE:**  Deny

22.    Admit there are 254 counties in the State of Texas.

**RESPONSE:**  Admit

23.    Admit the Excel spreadsheet represented by placeholder TEX00478555 represents contacts made during Fall 2013 with counties that did not have operating Driver's License Offices about the county's interest in receiving training to issue EICs or having DPS personnel issue EICs.

**RESPONSE:**  Deny

**Dated:**  June 19, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, a true and correct copy of the foregoing document was served via electronic mail to all counsel of record.


_/s/ John B. Scott_
JOHN B. SCOTT

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiffs,* | ) CIVIL ACTION NO. |
| v. | ) 2:13-CV-193 (NGR) |
| | ) [Lead case] |
| RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, | ) ) |
| *Defendants.* | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| *Plaintiffs,* | ) |
| | ) |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND AND IMANI CLARK, | ) ) |
| *Plaintiff-Intervenors,* | ) |
| | ) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, AND HIDALGO COUNTY, | ) ) ) ) |
| *Plaintiff-Intervenors,* | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | ) 2:13-CV-263 (NGR) ) [Consolidated case] ) ) ) |
| *Defendants.* | ) |
| | ) |

TEXAS STATE CONFERENCE OF NAACP )
BRANCHES; and the MEXICAN )
AMERICAN LEGISLATIVE CAUCUS OF )
THE         TEXAS         HOUSE         OF )
REPRESENTATIVES, )
     *Plaintiffs,* )
v. )   CIVIL ACTION NO.
)   2:13-CV-291 (NGR)
JOHN STEEN, in his official capacity as )   [Consolidated case]
Secretary of State of Texas; and STEVE )
McCRAW, in his official capacity as Director )
of the Texas Department of Public Safety, )
     *Defendants.* )
_____ )
BELINDA ORTIZ, LENARD TAYLOR, )
EULALIO MENDEZ JR., LIONEL )
ESTRADA; ESTELA GARCIA ESPINOSA, )
LYDIA LARA, MARGARITO MARTINEZ )
LARA, MAXIMINA MARTINEZ LARA, AND )
*LA UNION DEL PUEBLO ENTERO, INC.* )
     *Plaintiffs,* )
v. )   CIVIL ACTION NO.
)   2:13-CV-348 (NGR)
STATE OF TEXAS, JOHN STEEN, in his )   [Consolidated case]
official capacity as Texas Secretary of State; )
and STEVE McCRAW, in his official capacity )
as Director of the Texas Department of Public )
Safety, )
     *Defendants.* )
_____ )

## DEFENDANTS' OBJECTIONS AND RESPONSES TO VEASEY-LULAC PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION, INCORRECTLY TITLED AS VEASEY-LULAC PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

**TO:** All Plaintiffs and Plaintiff-Intervenors, by and through their attorneys of record.

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the State of Texas, Rick Perry, John Steen and Steve McCraw, serve these Objections and Responses to Veasey-LULAC Plaintiffs' Second Set of Requests for Admission.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

**DEFENDANTS' OBJECTIONS AND RESPONSES TO VEASEY-LULAC
PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION,
INCORRECTLY TITLED AS VEASEY-LULAC PLAINTIFF'S FIRST SET
OF REQUESTS FOR ADMISSION**

1.   Admit that, in 2011, the legislature did not appropriate funds earmarked or designated for the Department of Public Safety to use to issue election identification certificates at driver's license offices.

**OBJECTION:**   The language "earmarked or designated" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

   Subject to and without waiving the above objections, the Defendants deny this request.


2.   Admit that, since January 1, 2012, the legislature has not appropriated funds earmarked or designated for the Department of Public Safety to use to issue election identification certificates at driver's license offices.

**OBJECTION:**   The language "earmarked or designated" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

   Subject to and without waiving the above objections, the Defendants deny this request.


3.   Admit that, in 2011, the Texas legislature has not appropriated funds that were earmarked or designated for the DPS to deploy mobile EIC units to issue election identification certificates.

**OBJECTION:**   The language "earmarked or designated" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

   Subject to and without waiving the above objections, the Defendants deny this request.


4.   Admit that, since January 1, 2012, the Texas legislature has not appropriated funds that were earmarked or designated for the DPS to deploy mobile EIC units to issue election identification certificates.

**OBJECTION:**   The language "earmarked or designated" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny this request.

5.   Admit that the Texas legislature has not appropriated funds to pay for (or reimburse counties for) the costs associated with enabling counties to be able to issue EICs.

**RESPONSE:**        Deny

6.   Admit that the State of Texas and its agencies have not allocated funds to pay for (or reimburse counties for) the costs associated with enabling counties to issue EICs.

**OBJECTION:**  The language "allocated funds" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny this request.

7.   Admit that the State of Texas and its agencies have not allocated funds to pay for (or reimburse counties for) the costs associated with counties issuing EICs.

**OBJECTION:**  The language "allocated funds" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny this request.

8.   Admit that the Texas legislature has not appropriated funds to pay for (or reimburse counties for) the costs associated with counties issuing EICs.

**RESPONSE:**        Deny

9.   Admit that the Secretary of State's office does not maintain a list of the number of provisional ballots cast in each county for each election.

**OBJECTON:**  The language "maintain a list" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny this request as it incorrectly implies that the Secretary of State has a duty with respect to the maintenance of provisional ballots. The Secretary of State is not the custodian of records for election records.  The general custodians of election records are established by V. T. C. A., Election Code § 66.001.   Section 65.058 of the Election Code governs the preservation of provisional voting records.

10.   Admit that the Secretary of State's office does not maintain a list of the names of people who cast provisional ballots in an election.

**OBJECTON:**  The language "maintain a list" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny this request as it incorrectly implies that the Secretary of State has a duty with respect to the maintenance of provisional ballots. The Secretary of State is not the custodian of records for election records.  The general custodians of election records are established by V. T. C. A., Election Code § 66.001.   Section 65.058 of the Election Code governs the preservation of provisional voting records.

11.   Admit the Secretary of State's office does not maintain a master list of EIC's issued.

**OBJECTION:**   The language "maintain a master list" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants only admit that the Office of the Secretary of State is not the state entity that has been designated as custodian of records for documentation related to Election Identification Certificates.

12.   Admit that the DPS educational campaign related to EICs, referenced in your responses to Interrogatory No. 13 from the First Set of Interrogatories, did not use any funds earmarked or designated for the purpose of DPS educating the public about EICs.

**OBJECTION:**   The language "earmarked or designated" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny this request.

13. Admit that the Defendants did not consider data about the race or ethnic compositions of census blocks, cities, counties, or other geographic areas in determining where to locate its EIC mobile units.

**OBJECTION:**   The language "consider data" and "census blocks" is undefined, vague, ambiguous and confusing rendering tis request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny this request.

14. Admit that the Defendants did not utilize economic data for census blocks, cities, counties, or other geographic areas in determining where to locate EIC mobile units.

**OBJECTION:**   The language "utilize economic data" and "census blocks" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny.

Subject to and without waiving the above objections, the Defendants deny this request.

15. Admit that the Defendants are not aware of any state agency providing funds to counties to issue EICs.

**RESPONSE:**   Deny

16. Admit that the funds the Secretary of State's Office has spent on voter education efforts related to SB 14 were all funds received by the State pursuant to the Help America Vote Act (HAVA).

**RESPONSE:**   Deny

17. Admit the State of Texas authorized funding for the implementation of SB 14.

**RESPONSE:**   Admit

18.     Admit that the estimated two year net impact to general revenue related funds for the enrolled version of SB 14 was $2,000,000.00.

**RESPONSE:**        Admit


19.     Admit the cost of equipment for an EIC mobile unit is less than $7,000 per unit.

**RESPONSE:**        Admit

20.     Admit the total cost of the equipment for the 25 mobile EIC centers used by DPS employees was less than $50,000.00.

**RESPONSE:**        Deny


21.     Admit the impact to DPS employees was less than $50,000.00.

**OBJECTION:**   The language "impact to DPS employees" is undefined, vague, ambiguous and confusing rendering this request difficult to fairly admit or deny. The Defendant can neither admit or deny this request  as it is either incomplete or nonsensical.


22.     Admit that the State of Texas spent less than $1,000,000.00 on the voter ID public educational campaign between June 25, 2013 and May 23, 2014.

**RESPONSE:**        Deny


23.     Admit that the Department of Public Safety received information that the Attorney General's Office would reimburse DPS for costs associated with providing equipment to counties to issue EICs.

**RESPONSE:**        Deny


24.     Admit that the Department of Public Safety received information that the Attorney General's Office would reimburse DPS for costs of equipment associated with the mobile EIC program run by DPS.

**RESPONSE:**      Deny

25.   Admit that the Department of Public Safety was reimbursed by the Attorney General's Office for costs associated with providing equipment to counties to issue EICs.

**RESPONSE:**      Deny

26.   Admit that the Department of Public Safety was reimbursed by the Attorney General's Office for costs of equipment associated with the mobile EIC program run by DPS.

**RESPONSE:**      Deny

27.   Admit that, according to TEX00506373, the Department of Public Safety received a quote from a vendor that each scanner for the mobile EIC program or county EIC program would cost $101.88, including shipping.

**RESPONSE:**      Deny

Dated:  June 26, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2014, a true and correct copy of the foregoing document was served via electronic mail to all counsel of record.

_/s/ John B. Scott_
JOHN B. SCOTT

# Plaintiff Exhibit PL1086

# WITHDRAWN

# Plaintiff Exhibit
# PL1087

# WITHDRAWN



http://www.ketknbc.com/news/san-antonio-woman-uses-dead-sisters-identity-to-vote

*KETK*



# San Antonio woman uses dead sister's identity to vote

**By Associated Press**
Thursday, October 7, 2010 - 4:20am

SAN ANTONIO (AP) - An 81-year-old San Antonio woman has been arrested on charges that she used her dead sister's identity to vote a second time in the 2008 general election.

An affidavit says Mary Ann Comparin's older sister committed suicide in 1963, but the woman who goes by several aliases allegedly used her photo with the name and driver's license information of her late sister, Norma Gerrish Collins.

Officials tell the San Antonio Express-News Comparin was arrested Monday and faces one count of illegal voting.

Department of Public Safety spokeswoman Tela Mange says the agency matched images on the two licenses last year.

The Texas Attorney General's Office issued a warrant last week. Comparin's attorney didn't immediately return phone messages from The Associated Press on Wednesday night.



HIGHLY CONFIDENTIAL

TX_00009308

8/29/2014
Greg Abbott's bogus voter fraud crusade | MSNBC
Case 2:13-cv-00193   Document 676-16   Filed on 11/11/14 in TXSD   Page 46 of 114
PL1089
9/2/2014
2:13-cv-000193

**msnbc**

**Elections**



Texas Attorney General Greg Abbott speaks to reporters during a break in a hearing, Feb. 9, 2011, on Capitol Hill in Washington, DC. **Brendan Smialowski/Getty**

# Greg Abbott's bogus voter fraud crusade

03/24/14 09:48 AM

## By Zachary Roth

Since taking office in 2001, Texas Attorney General Greg Abbott has called voter fraud an "epidemic," and made cracking down on it a top priority. Now, as he runs for governor, he's touting his ongoing battle to implement the state's strict voter ID law, arguing that the measure is crucial to combat fraud.

But over the 13 years of Abbott's tenure, his office can only cite two fraudulent votes that might have been stopped by the ID law.

To put that another way, such votes accounted for one out of every 18.7 million votes cast in Texas during that period — and that's counting only the general elections for statewide races. Meanwhile, 796,000 Texans, by the state's own numbers, lack an ID.

The glaring difference between rhetoric and reality in Abbott's treatment of the issue underscores the comically weak case for voter ID measures, and highlights the lengths that their backers have gone to — still without success — to find evidence of large-scale fraud. It also raises questions about Abbott's basic intellectual honesty as he works to persuade Texas voters to make him one of the most important Republican office-holders in the country.

The struggle over access to voting is already playing a major role in the governor's race, where Abbott, a Republican, is favored over state Sen. Wendy Davis, a Democrat, this fall. On the

campaign trail, Abbott's pledge to fight to the death over voter ID is among his top applause lines. Democrats fret that, if left to stand, the law could make it far harder for low-income and minority Texans to cast ballots. Meanwhile, a group of national Democratic operatives supporting Davis is working to register large numbers of new voters — while Republicans and their allies put obstacles in their path.

Texas's voter ID law, passed in 2011, was blocked the following year under the Voting Rights Act (VRA) by a federal court, which found that it discriminated against minorities, who are more likely to lack ID. But hours after the Supreme Court weakened the VRA, Abbott announced that the law was back in effect. It's now being challenged by the U.S. Justice Department under a different part of the VRA.

Abbott has been highlighting the threat of voter fraud for far longer. In 2006 — just as national Republicans were gearing up an effort to stoke fears about voter fraud — the attorney general announced a $1.5 million effort to root out and prosecute it. "In Texas, an epidemic of voter fraud is harming the electoral process," Abbott wrote in an op-ed, warning that fraud was happening "on a large scale."

As he runs for governor, Abbott is still hyping the threat of voter fraud — though he no longer calls it an epidemic. (Asked whether Abbott views voter fraud as an epidemic, a spokesman for the Abbott campaign did not respond.) Instead, here's what Abbott tells crowds:

> [U.S. Attorney General] Eric Holder is trying to stop Texas from enforcing our voter identification law. Let me tell you, I am just one of the many prosecutors across the state of Texas who have been cracking down on voter fraud. There is a massive investigation conducted by the federal government, headed up by the FBI, that is making arrest after arrest after arrest in south Texas because of vote-buying, bribing voters, and then taking voters to drug houses after they have cast their votes. That is completely intolerable in the state of Texas. But also, I myself have been involved in cases where dead people have cast votes, live people have voted twice, and foreign nationals have registered to vote illegally. Voter fraud is real, it must be stopped, and I will take my case all the way to the Supreme Court.

In other words: Fraud is a major threat to elections and voter ID is the way to stop it. But based on the evidence provided by Abbott's own team, both notions are flatly false.

No one disputes that there's been illegal voting in Texas lately. In the FBI investigation into vote-buying in south Texas that Abbott refers to, three women working for school board candidates in the Rio Grande Valley have been accused of paying voters in cash, drugs, beer and cigarettes.

Days after they were arrested, the school board president committed suicide, and the probe is continuing.

There's just one problem with Abbott's use of the case: The allegations involve absentee ballots,

not in-person voting. That means the voter ID law that Abbott is championing would have done nothing to stop the alleged scheme.

Indeed, election experts say absentee ballot fraud is the most common form of organized voter fraud, since, because of the secret ballot, there's no way to ensure that an in-person voter is voting for the candidate he promised to. That's why voter ID laws are an ineffective tool for catching the small amount of fraud that exists.

Last week, msnbc asked the Abbott campaign for information to support the rest of Abbott's litany: dead people voting, live people voting twice, and non-citizen registering to vote. In response, Jerry Strickland, a spokesman for the attorney general's office, forwarded information on five elections cases prosecuted by Abbott's office. All five, plus one more, were also cited by Abbott's office when the voter ID law was first challenged by the Justice Department in 2012.

Two of those six cases might potentially have been stopped by a voter ID law — though even these two appear to have involved feckless individual actors, rather than the kind of coordinated and dangerous large-scale fraud conspiracies that Abbott aims to invoke.

Jack Crowder pleaded guilty to a misdemeanor and paid a $200 fine after being charged with using the voter registration card of his dead father to vote in the 2008 Democratic primary. And Lorenzo Almanza used the voter registration certificate of his brother — who at the time was in prison — to vote twice in a 2009 school district election. Almanza pleaded guilty to illegal voting and was sentenced to two years in jail. His mother, Reyna Almanza, was convicted of lying to a poll workers on his behalf.

But in the other four cases, voter ID would have had no impact.

In the one case cited in the voter ID trial but not mentioned by Strickland, Delores McMillan, a Dallas election worker, pleaded guilty to trying to vote using another voter's registration information. No fraudulent vote was ever cast — McMillan was stopped by another poll worker — and a voter ID law would have done nothing to stop her.

In a second case, Melva Ponce was charged with using her mother's mail-in ballot to vote in the 2004 general election. There was no in-person fraud, and voter ID would not have stoppe Ponce — as an investigator with Abbott's office conceded when asked about it directly by a Justice Department lawyer during a deposition in the voter ID case.

In the third case cited, Debra Briseno was sentenced to five years in prison for knowingly registering non-citizens to vote. But even if those non-citizens ended up casting a ballot, a voter ID law wouldn't have stopped them, since, thanks to Briseno, they were already on the rolls. No non-citizens were charged in the case.

The final case shows perhaps most clearly just how starkly Abbott's invocation of voter fraud as a

Greg Abbott's bogus voter fraud crusade | MSNBC

looming threat to elections conflicts with the far more mundane reality.

After a year-plus investigation by Abbott's office, Mary Comparin was charged with using her dead sister's name to obtain an additional driver's license, then using the fake license to vote twice in 2008 — again, a scheme that the ID law would not have stopped.

Comparin, 81 and in a wheelchair at the time, was <u>arrested and jailed</u>. But she never faced trial: She was found mentally incompetent, effectively ending the case.

If Abbott's camp can point to other cases that would have been stopped by the voter ID law, it's not talking about them. Asked twice for other examples, Strickland did not respond.

## More Like This



**ELECTION 2014**
**IMMIGRATION**

<u>Nathan Deal stumbles on Dream Act question</u>



**ELECTION 2014**

<u>msnbc News Quiz: Florida primary</u>



**ELECTION 2014**

<u>msnbc News Quiz: The GOP</u>



**ELECTION 2014** **WOMEN**

<u>Warren to raise money for women's group</u>

Plaintiff Exhibit
PL1090

Video Deposition of
Sammie Louise Bates
(excerpt of portions of
designated testimony)

# Plaintiff Exhibit
# PL1091

# Video Deposition of
# Ramona Bingham
# (excerpt of portions of
# designated testimony)

Plaintiff Exhibit
PL1092

Video Deposition of
Elizabeth Gholar
(excerpt of portions of
designated testimony)

# Plaintiff Exhibit
# PL1093

# Video Deposition of Phyllis Washington (excerpt of portions of designated testimony)

# Plaintiff Exhibit
# PL1094

# Video Deposition of
# Malvin Holmes
# (excerpt of portions of
# designated testimony)

Plaintiff Exhibit
PL1095

Video Deposition of
Naomi Eagleton
(excerpt of portions of
designated testimony)

Plaintiff Exhibit
PL1096

Barreto and Sanchez Final Data

# Plaintiff Exhibit
# PL1097

# Barreto and Sanchez Survey Data

# Barry C. Burden

## Contact

University of Wisconsin-Madison
Department of Political Science
1050 Bascom Mall
301 North Hall
Madison, WI 53706-1316

bcburden@wisc.edu
http://faculty.polisci.wisc.edu/bcburden
Twitter: @bcburden
phone: 608-263-6351
fax: 608-265-2663

## Academic Positions

Professor of Political Science, University of Wisconsin-Madison (2006-present)

       Associate Chair/Director of Graduate Studies (2007-2012)

Associate Professor of Government, Harvard University (2003-2006)

Assistant Professor of Government, Harvard University (1999-2003)

Assistant Professor of Political Science, Louisiana State University (1998-1999)

## Education

Ph.D.  The Ohio State University (1998)

B.A.    Wittenberg University (1993)

## Authored or Co-Authored Books

Burden, Barry C. 2007. *Personal Roots of Representation*. Princeton, NJ: Princeton University Press. [Reviewed in *Choice*, *Democratization*, *Journal of Politics*, *Legislative Studies Section Newsletter*, *Political Studies Review*, & *Polity*]

Burden, Barry C., and David C. Kimball. 2002. *Why Americans Split Their Tickets: Campaigns, Competition, and Divided Government*. Ann Arbor, MI: The University of Michigan Press. [Reviewed in *Campaigns & Elections Magazine*, *Choice*, *Journal of Politics*, *Legislative Studies Section Newsletter*, *National Journal*, *Party Politics*, *Perspectives on Politics*, *Political Science Quarterly*, *Public Choice*, & *VOX POP*.]

## Edited Books

Burden, Barry C., and Stewart, Charles III, eds. 2014. *The Measure of American Elections*. New York, NY: Cambridge University Press.

Hershey, Marjorie R. (editor), Barry C. Burden (associate editor), and Christina Wolbrecht (associate editor). 2014. *Guide to Political Parties*. Thousand Oaks, CA: Sage Publications.

Burden, Barry C., editor. 2003. *Uncertainty in American Politics*. New York, NY: Cambridge University Press. [Reviewed in *Choice*, *Perspectives on Political Science*, *Political Studies Review*, & *Public Choice*.]


## Refereed Journal Articles

Burden, Barry C., and Amber Wichowsky. Forthcoming. "Economic Discontent as a Mobilizer: Unemployment and Voter Turnout." *Journal of Politics*.

Burden, Barry C. Forthcoming. "Economic Accountability and Strategic Calibration in Japan's Liberal Democratic Party." *Party Politics*.

Burden, Barry C., Bradley M. Jones, and Michael S. Kang. 2014. "Sore Loser Laws and Congressional Polarization." *Legislative Studies Quarterly* 39:299-325.

Burden, Barry C. David T. Canon, Kenneth R. Mayer, and Donald P. Moynihan. 2014. "Election Laws, Mobilization, and Turnout: The Unanticipated Consequences of Election Reform." *American Journal of Political Science* 58:95-109. [Featured in a variety of outlets including The Atlantic Wire, *The New York Times*. Pew Research Center FactTank, The Huffington Post, *The Deseret News*, National Review Online, *The Baltimore Sun*, *Orlando Sentinel*, and elsewhere]

Burden, Barry C. David T. Canon, Stéphane Lavertu, Kenneth R. Mayer, and Donald P. Moynihan. 2013. "Selection Methods, Partisanship, and the Administration of Elections." *American Politics Research* 41:903-36.

Burden, Barry C., and Jacob R. Neiheisel. 2013. "Election Administration and the Pure Effect of Voter Registration on Turnout." *Political Research Quarterly* 66:77-90.

Burden, Barry C. David T. Canon, Kenneth R. Mayer, Donald P. Moynihan. 2012. "The Effect of Administrative Burden on Bureaucratic Perception of Politics: Evidence from Election Administration." *Public Administration Review* 72:741-51.

Neiheisel, Jacob R., and Barry C. Burden. 2012. "The Impact of Election Day Registration on Voter Turnout and Election Outcomes." *American Politics Research* 40:636-64. [Featured on the *Wall Street Journal's* Ideas Market blog]

Burden, Barry C. David T. Canon, Kenneth R. Mayer, Donald P. Moynihan. 2011. "Early Voting and Election Day Registration in the Trenches: Local Officials' Perceptions of Election Reform." *Election Law Journal* 10:89-102.

Berry, Christopher R., Barry C. Burden, and William G. Howell. 2010. "The President and the Distribution of Federal Spending." *American Political Science Review* 104:783-99.

Berry, Christopher R., Barry C. Burden, and William G. Howell. 2010. "After Enactment: The Lives and Deaths of Discretionary Programs." *American Journal of Political Science* 54:1-14.

Burden, Barry C. 2009. "The Dynamic Effects of Education on Voter Turnout." *Electoral Studies* 28:540-9.

Burden, Barry C., and D. Sunshine Hillygus. 2009. "Opinion Formation, Polarization, and Presidential Reelection." *Presidential Studies Quarterly* 39:619-35.

Burden, Barry C. 2009. "Candidate-Driven Ticket Splitting in the 2000 Japanese Elections." *Electoral Studies* 28:33-40.

Burden, Barry C., and Gretchen Helmke. 2009. "The Comparative Study of Split-Ticket Voting." *Electoral Studies* 28:1-7. [Introduction to a Special Issue co-edited with Gretchen Helmke.]

Burden, Barry C. 2008. "The Social Roots of the Partisan Gender Gap." *Public Opinion Quarterly* 72:55-75.

Burden, Barry C. 2007. "Ballot Regulations and Multiparty Politics in the States." *PS: Political Science & Politics* 40:669-73.

Burden, Barry C. 2006. "A Tale of Two Campaigns: Ralph Nader's Strategy in the 2004 Presidential Election." *PS: Political Science and Politics* 39:871-4.

Burden, Barry C., and Casey A. Klofstad. 2005. "Affect and Cognition in Party Identification." *Political Psychology* 26:869-86.

Burden, Barry C. 2005. "Institutions and Policy Representation in the States." *State Politics and Policy Quarterly* 5:373-93.

Burden, Barry C. 2005. "Minor Parties and Strategic Voting in Recent U.S. Presidential Elections." *Electoral Studies* 24:603-18.

Burden, Barry C. 2005. "Ralph Nader's Campaign Strategy in the 2000 U.S. Presidential Election." *American Politics Research* 33:672-99.

Burden, Barry C., and Tammy M. Frisby. 2004. "Preferences, Partisanship, and Whip Activity in the House of Representatives." *Legislative Studies Quarterly* 29:569-90.

Burden, Barry C. 2004. "A Technique for Estimating Candidate and Voter Positions." *Electoral Studies* 23:623-39.

Burden, Barry C. 2004. "Candidate Positioning in U.S. Congressional Elections." *British Journal of Political Science* 34:211-27.

Burden, Barry C., and Anthony Mughan. 2003. "The International Economy and Presidential Approval." *Public Opinion Quarterly* 67:555-78.

Burden, Barry C., and Joseph Neal Rice Sanberg. 2003. "Budget Rhetoric in Presidential Campaigns from 1952 to 2000." *Political Behavior* 25:97-118.

Burden, Barry C. 2003. "Internal and External Effects on the Accuracy of NES Turnout." *Political Analysis* 11:193-5.

Burden, Barry C. 2002. "When Bad Press is Good News: The Surprising Benefits of Negative Campaign Coverage." *Harvard International Journal of Press/Politics* 7:76-89.

Burden, Barry C. 2002. "United States Senators as Presidential Candidates." *Political Science Quarterly* 117:81-102.  [Featured in David S. Broder's *Washington Post* column.]

Burden, Barry C. 2000. "Voter Turnout and the National Election Studies." *Political Analysis* 8:389-98.

Burden, Barry C., Gregory A. Caldeira, and Tim Groseclose. 2000. "Measuring the Ideologies of U.S. Senators: The Song Remains the Same." *Legislative Studies Quarterly* 25:237-58. [Reprinted in Carl Grafton and Anne Permaloff, ed. 2005. *The Behavioral Study of Political Ideology and Public Policy Formation*, Lanham, MD: University Press of America.]

Burden, Barry C., and Steven Greene. 2000. "Party Attachments and State Election Laws." *Political Research Quarterly* 53:57-70.

Burden, Barry C., and Anthony Mughan. 1999. "Public Opinion and Hillary Rodham Clinton." *Public Opinion Quarterly* 63:237-50.  [Featured in *The Chronicle of Higher Education* and Richard Morin's *Washington Post National Weekly Edition* column.]

Burden, Barry C., and Marni Ezra. 1999. "Calculating Voter Turnout in U.S. House Primary Elections." *Electoral Studies* 18:89-99.

Lacy, Dean, and Barry C. Burden. 1999. "The Vote-Stealing and Turnout Effects of Ross Perot in the 1992 U.S. Presidential Election." *American Journal of Political Science* 43:233-55.

Burden, Barry C., and David C. Kimball. 1998. "A New Approach to the Study of Ticket Splitting." *American Political Science Review* 92:533-44.  [Reprinted in Richard G. Niemi and Herbert F. Weisberg, ed. 2001. *Controversies in Voting Behavior*, 4th ed. Washington, DC: CQ Press.]

Burden, Barry C. 1997. "Deterministic and Probabilistic Voting Models." *American Journal of Political Science* 41:1150-69.


## Book Chapters

Vidal, Logan, and Barry C. Burden. Forthcoming. "Voter Registration." In *American Governance*, ed. Stephen L. Schechter. Farmington Hills, MI: Cengage Learning.

Burden, Barry C., and Charles Stewart III. Forthcoming. "Introduction to the Measure of American Elections." In *The Measure of American Elections*, eds. Barry C. Burden and Charles Stewart III. New York, NY: Cambridge University Press.

Burden, Barry C. Forthcoming. "Registration and Voting: A View from the Top." In *The Measure of American Elections*, eds. Barry C. Burden and Charles Stewart III. New York, NY: Cambridge University Press.

Hillygus, D. Sunshine, and Barry C. Burden. 2013. "Mass Polarization During the Bush Presidency." In *Taking the Measure: The Presidency of George W. Bush*, ed. Donald R. Kelley and Todd G. Shields. College Station, TX: Texas A&M University Press.

Burden, Barry C. 2013. "The Nominations: Ideology, Timing, and Organization." In *The Elections of 2012*, ed. Michael Nelson. Washington, DC: CQ Press.

Berry, Christopher R., Barry C. Burden, and William G. Howell. 2012. "The Lives and Deaths of Federal Programs, 1971-2003." In *Living Legislation: Political Development and*

*Contemporary American Politics*, ed. Jeffrey A. Jenkins and Eric M. Patashnik. Chicago, IL: University of Chicago Press.

Burden, Barry C., and Amber Wichowsky. 2010. "Local and National Forces in Congressional Elections." In *The Oxford Handbook of American Elections and Political Behavior*, ed. Jan E. Leighley. New York, NY: Oxford University Press.

Burden, Barry C. 2009. "The Puzzle of the Japanese Gender Gap in LDP Support." In *Political Changes in Japan: Electoral Behavior, Party Realignment, and the Koizumi Reforms*, ed. Steven Reed, Kenneth Mori McElwain, and Kay Shimizu. Stanford, CA: Shorenstein Asia-Pacific Research Center.

Burden, Barry C., and Philip Edward Jones. 2009. "Strategic Voting in the USA." In *Duverger's Law of Plurality Voting: The Logic of Party Competition in Canada, India, the United Kingdom, and the United States*, ed. Bernard Grofman, André Blais, and Shaun Bowler. New York, NY: Springer.

Burden, Barry C. 2009. "The Nominations: Rules, Strategy, and Uncertainty." In *The Elections of 2008*, ed. Michael Nelson. Washington, DC: CQ Press.

Burden, Barry C. 2008. "Multiple Parties and Ballot Regulations." In *Democracy in the States: Experiments in Elections Reform*, ed. Bruce E. Cain, Todd Donovan, and Caroline J. Tolbert. Washington, DC: Brookings Institution Press.

Burden, Barry C. 2005. "Laws Governing Suffrage." In *Guide to Political Campaigns in America*, ed. Paul S. Herrnson. Washington, DC: CQ Press.

Burden, Barry C. 2005. "Family Feud in Massachusetts: How Intraparty Dynamics Influence Redistricting." In *Redistricting in the New Millennium*, ed. Peter F. Galderisi. Lanham, MD: Lexington Books.

Burden, Barry C. 2005. "The Nominations: Technology, Money, and Transferable Momentum." In *The Elections of 2004*, ed. Michael Nelson. Washington, DC: CQ Press.

Burden, Barry C. 2003. "Minor Parties in the 2000 Presidential Election" In *Models of Voting in Presidential Elections: The 2000 U.S. Election*, ed. Herbert F. Weisberg and Clyde Wilcox. Stanford, CA: Stanford University Press.

Burden, Barry C. 2003. "Everything but Death and Taxes: Uncertainty and American Politics." In *Uncertainty in American Politics*, ed. Barry C. Burden. New York, NY: Cambridge University Press.

Burden, Barry C. 2001. "The Polarizing Effects of Congressional Primaries." In *Congressional Primaries in the Politics of Representation*, ed. Peter F. Galderisi, Michael Lyons, and Marni Ezra. Lanham, MD: Rowman and Littlefield.

Mughan, Anthony, and Barry C. Burden. 1998. "Hillary Clinton and the President's Reelection." In *Reelection 1996: How Americans Voted*, ed. Herbert F. Weisberg and Janet M. Box-Steffensmeier. Chatham, NJ: Chatham House Publishers.

Burden, Barry C., and Aage R. Clausen. 1998. "The Unfolding Drama: Party and Ideology in the 104th House." In *Great Theatre: The American Congress in the 1990s*, ed. Herbert F. Weisberg and Samuel C. Patterson. New York, NY: Cambridge University Press.

Mughan, Anthony, and Barry C. Burden. 1995. "The Candidates' Wives." In *Democracy's Feast: Elections in America*, ed. Herbert F. Weisberg. Chatham, NJ: Chatham House Publishers.

## Book Reviews

Burden, Barry C. 2014. Review of *Getting Primaried: The Changing Politics of Congressional Primary Challenges* by Robert G. Boatright. Ann Arbor, MI: University of Michigan Press. *Congress & the Presidency* 41:132-4.

Burden, Barry C. 2009. Review of *Minority Report: Evaluating Political Equality in America* by John D. Griffin and Brian Newman. Chicago, IL: University of Chicago Press. *Public Opinion Quarterly* 73:590-2.

Burden, Barry C. 2009. Review of *The American Voter Revisited*, ed. Michael S. Lewis-Beck, William G. Jacoby, Helmut Norpoth, and Herbert F. Weisberg. Ann Arbor, MI: University of Michigan Press. *Political Science Quarterly* 124:344-6.

Burden, Barry C. 2003. Review of *Learning by Voting: Sequential Choices in Presidential Primaries and Other Elections* by Rebecca B. Morton and Kenneth C. Williams. *Public Choice* 114:248-51.

Burden, Barry C. 2002. Review of *Elements of Reason: Cognition, Choice, and the Bounds of Rationality*, ed. Arthur Lupia, Mathew D. McCubbins, and Samuel L. Popkin. *Journal of Economic Literature* 40:928-9.

## Reports

Burden, Barry C., and Brian J. Gaines. 2013. "Administration of Absentee Ballot Programs." Testimony and report to the Presidential Commission on Election Administration. Hearing in Denver, CO. August 8.

Burden, Barry C., and Jeffrey Milyo. 2013. "The Recruitment and Training of Poll Workers." Testimony and report to the Presidential Commission on Election Administration. Hearing in Cincinnati, OH. September 20.

Burden, Barry C. 2010. *Polling Place Incidents in the November 2008 General Election*. Report to the Wisconsin Government Accountability Board.

Burden, Barry C., David T. Canon, Stéphane Lavertu, Kenneth R. Mayer, and Donald P. Moynihan. 2009. *2008 Wisconsin Election Data Collection Grant Program Evaluation Report*. Report to the Wisconsin Government Accountability Board.

Burden, Barry C., and Janet M. Box-Steffensmeier. 1998. "Vote Likelihood and Institutional Trait Questions in the 1997 NES Pilot Study." Report to American National Election Study Board of Overseers.

## Other Publications

Burden, Barry C. 2014. "How Political Scientists Informed the President about Election Reform." The Monkey Cage blog. Posted January 23.

Burden, Barry C., and Kevin J. Kennedy. 2013. "State Ranks High on Election Performance." *Milwaukee Journal Sentinel*. February 7.

Burden, Barry C., David T. Canon, Kenneth R. Mayer, and Donald P. Moynihan. 2012. "Election-Day Registration Works Here." *Milwaukee Journal Sentinel*. December 26.

Burden, Barry C. 2012. "A Portrait of the Wisconsin Municipal Clerk." *The Municipality*. Volume 106, Number 5.

Burden, Barry C. 2011. "Polarization, Obstruction, and Governing in the Senate." *The Forum*. Volume 9, Issue 4.

Burden, Barry C., and Kenneth R. Mayer. 2010. "Voting Early, but Not So Often." *The New York Times*, October 25.

Burden, Barry C. 2009. "Representation as a Field of Study." In *The Future of Political Science: 100 Perspectives*, ed. Gary King, Kay Lehman Schlozman, and Norman Nie. New York, NY: Routledge.

Burden, Barry C. 2004. "An Alternative Account of the 2004 Presidential Election." *The Forum*. Volume 2, Issue 4.

Burden, Barry C. 2003. "Chronology of the 2000 Presidential Campaign." In *Models of Voting in Presidential Elections: The 2000 U.S. Election*, ed. Herbert F. Weisberg and Clyde Wilcox. Stanford, CA: Stanford University Press.

Burden, Barry C. 1998. "Chronology of the 1996 Presidential Campaign." In *Reelection 1996: How Americans Voted*, ed. Herbert F. Weisberg and Janet M. Box-Steffensmeier. Chatham, NJ: Chatham House Publishers.

Burden, Barry C. 1995. "Chronology of the 1992 Presidential Campaign." In *Democracy's Feast: Elections in America*, ed. Herbert F. Weisberg. Chatham, NJ: Chatham House Publishers.

## Honors and Awards

Robert H. Durr Award – *given by the Midwest Political Science Association for the best paper applying quantitative methods to a substantive problem in political science* – "Election Laws and Partisan Gains: The Effects of Early Voting and Same Day Registration on the Parties' Vote Shares," with David Canon, Kenneth Mayer, and Donald Moynihan (2014)

H. I. Romnes Faculty Fellow, UW Graduate School (2010-2015)

Licking Valley Schools "Wall of Pride" Award (2009) – *given annually to alumni who distinguished themselves professionally or made notable contributions to society*

Hamel Family Faculty Fellow, UW College of Letters and Science (2008-2013)

University Residence Hall Favorite Instructor Award (2007)

Nominated for Harvard University Everett Mendelsohn Excellence in Graduate Mentoring Award (2006)

Emerging Scholar Award (2005) – *given by the Political Organizations and Parties section of APSA for significant research by a scholar receiving her or his doctorate within the past seven years*

Wittenberg University Outstanding Young Alumnus Award (2002) – *given to a graduate of the last decade to recognize professional achievement*

Council of Graduate Schools/University Microfilms International Distinguished Dissertation Award (2000) – *given to recognize best dissertation completed nationwide in the social sciences between 1998 and 2000*

Nominated for Harvard University Joseph R. Levenson Memorial Teaching Prize (2000)

ΑΛΔ Award for superior instruction of freshman students (1999)

OSU Presidential Fellow (1998)

Francis R. Aumann Award for best OSU graduate student conference paper (1996 & 1997)

Malcolm Jewell Award (1996) – *best graduate student paper presented at the 1995 Southern Political Science Association meeting*

Ohio Board of Regents Fellow (1993-1995)

ΦΒΚ (1993)

Wittenberg University Student Leader of the Year (1992-1993)

Jeffrey Y. Mao Alumni Award in Political Science (1992)


## Grants

UW Graduate School Research Committee, "Political Participation among Older Americans" (2014-2015, co-PI with Moynihan)

Center for Demography of Health and Aging, "Political Participation of Older Americans: The Role of Social and Genetic Factors" (co-PI with Jason M. Fletcher and Donald P. Moynihan, 2013-2014)

Pew Charitable Trusts, $46,400 for "Measuring Elections Performance Project," (with head PI Charles Stewart III, 2012-2013)

Wisconsin Government Accountability Board, $43,234 for "Analysis of Polling Place Incident Logs" (head PI with Canon, Mayer, and Moynihan, 2011-2012)

UW Graduate School Research Committee, "The Consequences of Electing Election Officials" (2009-2010)

Pew Center on the States, Making Voting Work: $49,400 for "Early Voting and Same Day Registration in Wisconsin and Beyond" (head PI with Canon, Mayer, and Moynihan,

2008-2009)

U.S. Election Assistance Commission, Election Data Collection Grant Program: responsible for $212,442 of $2,000,000 grant to the Wisconsin Government Accountability Board (head PI with Canon, Mayer, and Moynihan, 2008-2010)

UW Graduate School Research Committee: "The Puzzling Geography of Federal Spending," (2007-2008)

UW Graduate School Research Committee: "The Political Economy of the Japanese Gender Gap" (2006-2007)

CAPS faculty research conference: $36,500 for "Democracy, Divided Government, and Split-Ticket Voting" (2006)

Joseph H. Clark fund award: "The Limits of Representation" (2004-2006)

Reischauer Institute of Japanese Studies: "Accountability, Economics, and Party Politics in Japan" (2004-2006)

Time-sharing Experiments in the Social Sciences: "Affect and Cognition in Party Identification" (with Casey A. Klofstad, 2004)

Harvard Faculty of Arts & Sciences Course Innovation Funds: "The Practice of Political Science" (2003)

Dirksen Congressional Center Congressional Research Award: "The Discharge Rule and Majoritarian Politics in the House of Representatives" (2002-2003)

Reischauer Institute of Japanese Studies Curriculum Enrichment Grant: "Electoral Politics in America and Japan" (2002)

CBRSS research program grant: "Affect and Cognition in Party Identification" (2001)

Joseph H. Clark fund award: "Affect and Cognition in Party Identification" (2001-2002)

Joseph H. Clark fund award: "Ideology in Congressional Elections" (2000-2001)

National Science Foundation Doctoral Dissertation Improvement Grant: "Candidates' Positions in Congressional Elections" (1997)


## Teaching and Advising

Undergraduate courses:
  Introduction to American Politics
  Elections and Voting Behavior
  Political Behavior
  American Public Opinion
  Election Reform in America
  The Politics of Congress/The Legislative Process
  Techniques of Political Analysis
  Electoral Politics in America and Japan
  The Practice of Political Science Research

Graduate courses:
> American Politics Field Seminar
> Mass Political Behavior
> Congress and Legislative Politics
> American Electoral Politics
> Readings on Advanced Statistical Methods
> Quantitative Research Design/Empirical Methods of Political Inquiry
> American Political Institutions
> Readings on Interest Group Politics
> Research Workshop in American Politics
> Political Science as a Discipline and Profession

Harvard Ph.D. advising (year and placement):
> Benjamin Deufel (2006 Greenberg Quinlan Rosner Research)
> Tammy M. Frisby (2006 Stanford University-Lane Center)
> Michael Kang (2009 Emory University-School of Law)
> Andrew Karch (2003 University of Texas & University of Minnesota)
> Casey A. Klofstad (2005 University of Miami)
> Robert Van Houweling (2003 University of Michigan & UC-Berkeley)
> > *Carl Albert Dissertation Award for best dissertation in legislative studies*

Wisconsin Ph.D. advising (year and placement):
> Danna Basson (2007 Mathematica Policy Research)
> Amy Bree Becker, Journalism & Mass Communication (2010 Towson University &
> > Loyola University Maryland)
> Deven Carlson (2012 University of Oklahoma)
> Amnon Cavari (2011 Interdisciplinary Center–IDC Israel)
> > *George C. Edwards III Dissertation Award for best dissertation in presidency research*
> Meghan Condon (2012 Loyola University Chicago)
> > *APSA section on Experimental Research best dissertation award*
> Jack Edelson (ABD)
> William Egar (ABD)
> Erika Franklin Fowler (2006 RWJ Scholar in Health Policy & Wesleyan University)
> Hannah Goble (2009 Texas Christian University)
> Matthew Holleque, *chair* (2012 Obama for America)
> Bradley Jones, *chair* (ABD)
> Dimitri Kelly, *chair* (2013 Linfield College)
> Yujin Kim, *chair* (ABD)
> Paul Lachelier, Sociology (2007 Stetson University)
> Ruoxi Li (ABD)
> Jeremy Menchik (2011 Stanford Shorenstein Center post-doc & Boston University)
> Daniel Metcalf
> Jacob Neiheisel, *chair* (2013 Denison University & University of Buffalo)
> Joel Rivlin (ABD MSHC Partners & Pivot)
> Rajen Subramanian (2008 Abt Associates)
> Benjamin Toff (ABD)

Amber Wichowsky, *chair* (2010 Yale CSAP Fellowship & Marquette University)
*Carl Albert Dissertation Award for best dissertation in legislative studies*

## Reviewing Activities

Journal manuscript reviews:

*Acta Politica, American Journal of Political Science, American Political Science Review, American Politics Quarterly, American Politics Research, American Review of Politics, British Journal of Political Science, Comparative Political Studies, Congress & the Presidency, Election Law Journal, Electoral Studies, European Journal of Political Research, International Journal of Forecasting, International Organization, Journal of Law, Economics, and Organization, Journal of Politics, Journal of Theoretical Politics, Journal of Women, Politics, & Policy, Legislative Studies Quarterly, Party Politics, Perspectives on Politics, Political Analysis, Political Behavior, Political Communication, Political Psychology, Political Research Quarterly, Political Science Quarterly, Politics & Gender, Politics and Policy, Presidential Studies Quarterly, Public Choice, Public Opinion Quarterly, Rationality and Society, Research and Politics, Quarterly Journal of Political Science, Social Science Quarterly, Sociological Forum, Sociological Methods and Research, State Politics & Policy Quarterly, Statistical Science, & World Politics*

Book manuscript reviews:

Addison Wesley Longman, Atomic Dog Publishing, Brookings Institution Press, Cambridge University Press, CQ Press, Oxford University Press, and University of Chicago Press

Tenure and promotion reviews:

Dartmouth College, Florida State University, Fordham University, Louisiana State University, Princeton University, Rutgers University, Temple University, Texas Tech University, Tulane University, University of British Columbia, University of California-Berkeley, University of California-Riverside (twice), University of Chicago (public policy), University of Colorado, University of Houston, University of Massachusetts-Dartmouth, University of Maryland (twice), University of Missouri-Columbia, University of Missouri-St. Louis, University of North Carolina at Charlotte, University of Notre Dame, University of Pennsylvania, University of Texas-Dallas, Washington State University, and Washington University in St. Louis

External review committee, Union College Department of Political Science (*chair*, 2010)

Other reviews:

Canada Research Chair College of Reviewers, Radcliffe Institute Fellows, National Science Foundation, Robert Wood Johnson Scholars in Health Policy, Time-sharing Experiments in the Social Sciences (TESS)

## Professional and University Service

Journal editorial boards:
> *Election Law Journal* editorial board (2013-present)
> *Electoral Studies* editorial board (2011-present)
> *Political Research Quarterly* (2014-present)
> *Legislative Studies Quarterly* editorial board (2011-2013)

Other boards and councils:
> Election Performance Index Advisory Board, Pew Center on the States (2010-2014)
> Elections, Public Opinion, and Voting Behavior section Communications Director (2012-2015)
> Legislative Studies section council (2009-2011)
> Political Organizations and Parties section council (2005-2007)
> Ad Hoc Committee on Member Communications (2013)
> Project Vote Smart Advisory Board (2007-)

Conference program organizer:
> Political Organizations and Parties, APSA annual meeting (2006)
> Political Methodology, SPSA annual meeting (2001)

Award committees:
> Political Organizations and Parties/*Party Politics* award committee for the best paper presented at the 2006 APSA annual meeting (*chair*, 2007)
> Political Organizations and Parties Emerging Scholar Award committee (*chair*, 2013)

Campus presentations:
> Dartmouth College, Northwestern University, Stanford University, SUNY-Stony Brook, University of Houston, University of Minnesota, University of Missouri-Columbia, University of Notre Dame, University of Rochester, University of Texas at Austin, Utah State University (twice), Wittenberg University, & Yale University (twice)

Public and community presentations:
> Boston Museum of Science, Brookings Institution, Civitas, National Legislative Program Evaluation Society, Newton Center for Lifetime Learning, Reach Out Wisconsin, Senior Summer School, UW-Extension College Days, Vantage Point, Wisconsin Academy of Sciences, Arts, and Letters, Wisconsin Department of Revenue, and alumni events in Wisconsin and New York City

Affiliations:
> Election Administration Project (*co-founder*, 2008-present)
> Wisconsin Advertising Project team (2008-2010)
> La Follette School of Public Affairs, Faculty Associate (2007-present)
> Center for Demography of Health and Aging (2013-present)
> Political Behavior Research Group (2006-present)
> Institute for Quantitative Social Science, Faculty Associate (1999-2006)

Political Psychology and Behavior Workshop (*co-founder*, 2000-2006)
Center for American Political Studies, Executive Committee (2001-2006) & Steering
    Committee (2003-2004)
Program on US-Japan Relations, Faculty Affiliate (2004-2006)
Weatherhead Center for International Affairs, Faculty Associate (2005-2006)
Harvard Kennedy School, Mid-Career MPA Summer Program (2001-2005 & 2007-2012)
Summer Institute in Political Psychology (1995 & 1997)

Harvard committee service:
American Politics Faculty Search (1998-1999, 2001-2002, 2002-2003, & 2005-2006)
Graduate Admissions (1999-2000)
Government Concentration/Board of Senior Examiners (2000-2001 & 2004)
Teaching Fellow Coordinator (2003-2004)
American Politics Field Coordinator (2005-2006)
Center for Government and International Studies, Subcommittee on Teaching and
    Conference Spaces (2003)
Truman Scholarship Nomination (2000-2001)
Eben Fiske Studentship Nomination (2004-2005)
Political Communication Faculty Search, Kennedy School of Government (2004-2005)

Wisconsin committee service:
Faculty Senate (2006-2007)
Associate Chair/Director of Graduate Studies (2007-2012)
    Graduate Admissions and Fellowships, *chair*
    Graduate Program Committee, *chair*
    Teaching Assistant Evaluation Committee, *chair*
L&S Teaching Fellow Anniversary Symposium Planning Committee (2009-2010)
L&S C-GRS Faculty Executive Committee (2009-2010)
Graduate School Social Studies Fellowships Committee (2010-2013)
Social Studies Divisional Executive Committee (2013-2016)
Faculty Recruitment Committee (2013-2014)
    American Politics Search Committee, *chair*
Preliminary Examination Appeals Committee (2013-2014)

Occasional source for media coverage of politics including abcnews.com, *Atlanta Journal-
Constitution*, Associated Press, *The Baltimore Sun*, *The Baton Rouge Advocate*,
Bloomberg News, *The Boston Herald*, cbsnews.com, *Campaigns & Elections Magazine*,
*Chicago Tribune*, *Christian Science Monitor*, *Cleveland Plain Dealer*, *Congressional
Quarterly Weekly Report*, The Daily Caller, *Dallas Morning News*, *Des Moines Register*,
forbes.com, Fox News, *Glamour*, *The Globe and Mail* (Canada), *The Guardian* (UK),
*The Harvard Crimson*, *Harvard Political Review*, *The Hill*, *International Herald Tribune*,
*Kansas City Star*, *Los Angeles Times*, *The London Times*, *Le Monde*, *The New Orleans
Times-Picayune*, *National Journal*, *The New Republic*, *New Scientist*, *New York Post*, *The
New York Times*, *Newsday*, *Newsweek*, *el Nuevo Herald*, *Omaha World Herald*, *PBS
NewsHour*, *Pittsburgh Post-Gazette*, Politico.com, Reuters, Salon.com, States News
Service, *USA Today*, *Veja* (Brazil), *The Wall Street Journal*, *The Washington Post*, *The*

*Washington Times*, *Wisconsin Law Journal*, *Yomiuri Shimbun*, *Greater Boston* on WGBH, NECN, *Nitebeat with Barry Nolan*, *Odyssey* on Chicago Public Radio, and many local television, radio, and newspaper outlets

Featured in *An Unreasonable Man*, an independent documentary film about the life and career of Ralph Nader (2006)


## Consulting

Research consultant, via Research Triangle International Institute and the Pew Charitable Trusts, for evaluation of the Electronic Registration Information Center (2012-2014)

Expert witness, *League of United Latin American Citizens of Wisconsin et al. v. Judge David G. Deininger* et al., case 12-cv-00185, U.S. District Court, Eastern District of Wisconsin (2013)

Expert witness, *North Carolina State Conference of the NAACP et al. v. Patrick Lloyd McCrory et al.*, case 13-CV-658, U.S. District Court, Middle District of North Carolina (2014)

Expert witness, *Ohio State Conference of the NAACP et al. v. Jon Husted et al.*, case 13-cv-00404, U.S. District Court, Southern District of Ohio (2014)

Expert witness, *United States of America v. State of Texas*, case 13-cv-00263, Southern District of Texas (2014)

Academic researcher, Presidential Commission on Election Administration, established by presidential Executive Order 13639 (2013)

PL1099
9/2/2014
2:13-cv-000193

# CURRICULUM VITA
# GERALD (JERRY) R. WEBSTER

**Present Address:**   3221 Reynolds Street
Laramie, Wyoming 82072
Home Phone: (307) 745-8633

**Business Address:**   Geography, Box 3371
1000 E. University Ave.
University of Wyoming
Laramie, Wyoming 82071-3371
Department Phone: (307) 766-3311
Fax: (307) 766-3294
Email: gwebste1@uwyo.edu

**Personal Data:**   Born June 2, 1953 in Bremerton, Washington;
Graduated High School from Mannheim American High School,
Mannheim, West Germany, 1971.

## EDUCATION

B.A.   University of Colorado, Denver, Colorado. Political Science, 1976.
M.S.   Western Washington University, Bellingham, Washington. Geography, 1980.
Thesis Title:  "The Economic Impact of Canadian Tourism in Whatcom County,
Washington: An Examination of Selected Factors Influencing Canadian Cross-Border
Activity."
Advisor: Debnath Mookherjee.
Ph.D. University of Kentucky, Lexington, Kentucky. Geography, 1984.
Dissertation Title: "The Spatial Reorganization of the Local State: The Case of County
Boundaries in Kentucky."
Advisor: Stanley D. Brunn.

## POSITIONS HELD

Adjunct Professor, Global and Area Studies Program, University of Wyoming, 8/10 - present.

Professor and Chair, Department of Geography, University of Wyoming, 8/07 - present.

Chair, Department of Geography, University of Alabama, 1/01 - 8/07.

Professor, Department of Geography, University of Alabama, 8/97 - 8/07.

1

Associate Professor, Department of Geography, University of Alabama, 8/92 - 8/97.

Assistant Professor, Department of Geography, University of Alabama, 8/89 - 8/92.

Assistant Professor, Department of Geography and Recreation, University of Wyoming, 8/85 - 7/89.

Visiting Assistant Professor (leave of absence replacement), Department of Geography, University of Miami, Coral Gables, Florida, 8/84 - 5/85.

Visiting Instructor (sabbatical replacement), Department of Geography, University of Illinois, Urbana, Illinois, 1/84 - 5/84.

Instructor, Department of Geography, University of Kentucky, Lexington, Kentucky, 6/82 - 8/82; 6/83 - 8/83; and 6/84 - 8/84.

Teaching Assistant (full teaching responsibilities), Department of Geography, University of Kentucky, Lexington, Kentucky, 1/81 - 5/81; 8/82 - 5/83; and 8/83 - 12/83.

Instructor, European Division, University of Maryland, Bremerhaven, West Germany, 6/81 - 9/81.

Research Assistant, Department of Geography and Regional Planning, Western Washington University, Bellingham, Washington, 9/79 - 6/80.

Teaching Assistant, Department of Geography and Regional Planning, Western Washington University, Bellingham, Washington, 8/78 - 6/79.


## PRIMARY TEACHING INTERESTS

| Lower Division | Upper Division |
|---|---|
| Human Geography | Political Geography (International, U.S.) |
| World Regional Geography | Urban Geography |
| Planning | Research Methods and Traditions |
| Middle America | |


## COURSES TAUGHT (no. of times as of Fall 2014)

| | |
|---|---|
| Introduction to Geography (3) | Geography of Middle America (4) |
| Introduction to Physical Geography (4) | Geography of Latin America (2) |
| Introduction to Climatology (2) | Introduction to Land Use Planning (8) |

2

Introduction to Human Geography (12)  Research Methods and Traditions (21)
Introduction to World Regional Geography (46)  Political Geography (13)
Social and Cultural Geography (1)  Political Geography of the U.S. (2)
Urban Geography (7)  Critiquing the Literature (2)
Participation in Computer Based Honors Program, University of Alabama (4)

*Directed Independent Studies Courses*: Geography of Europe, Geography of Latin America, Geography of the Soviet Union, Geography of Religion in the U.S., Social and Cultural Geography, Geography of the Rocky Mountain Region, Geography of UN Voting, Mexico in the International System, Section and Party in India, Nation and State in Africa, NGOs and the International System, Pre-Columbian Settlement Planning and Design in Mexico, Geography of Crime, Geopolitics, Geography of Taxation, Geography of BBQ, Use of Geographic Place Names in Presidential Debates.

## THESES AND SELECTED NON-THESIS PAPERS DIRECTED

Matthew Balentine (2014), "The Changing Electoral Landscape of the Western U.S.: A Declining Republican Heartland?," Thesis, University of Wyoming.

Allen, Ashley (2013), "Alaskan Ghost Ships and Narrative Landscapes of Memory," Thesis, Geography, University of Wyoming.

Caroline Hope McClure (2012), "Overton Square: An Historical Geography," and "The Wyoming Online Student Maps Project," Non-thesis papers, Geography, University of Wyoming.

Thomas Lennon (2012), "Sustainability of Tourism in Punta Cana, Dominican Republic," Thesis, International Studies, University of Wyoming.

Nathaniel HadleyDike (2010), "Political Regions and Electoral Strategies: An Analysis of Political Regions in the United States Through the Medium of Television Advertisements," Thesis, Geography, University of Wyoming.

Nicholas Quinton (2007), "Differential Tax Levies and Retail Outlet Locations," Thesis, University of Alabama.

Jerrod Bowman (2007), "A Reexamination of the Southern Violence Construct," Thesis, University of Alabama.

Lisa Channell (2007), "Environmental Perceptions as Recorded by the Lewis and Clark Expeditions, 1804-1806," Non-thesis research paper, University of Alabama.

3

Daniel McGowin (2006), "Yasukuni Shrine: A Comparative Study of Iconography in Japan and the American South," Thesis, University of Alabama.

Heath Robinson (2006), "Geostrategy of the Post Cold War World," Thesis, University of Alabama.

Steve Darby (2005), "The Changing Face of Alabama: Alabama's Efforts at Coping with the Emerging Hispanic Demographic," Non-thesis research paper, University of Alabama.

Scott Farmer (2005), "Assessment of Federal Government Policies on Natural Hazard Mitigation," Non-thesis paper, University of Alabama.

Timothy Kidd (2003), "Let's Get Out of Here! Secession Movements in the United States," Thesis, University of Alabama.

Trevor Harris-Groshong (2002), "The Origins of and Geographic Trends Influencing the Development of Urban Growth Boundaries," Non-thesis research paper, University of Alabama.

Lindsay Collier (2001), "Frederic Edwin Church: Contributions of a Landscape Painter to Geography," Non-thesis research paper, University of Alabama.

Robert Russell (1999), "The Use of Geographic Place Names in the 1996 Presidential Debates," Non-thesis research paper, University of Alabama.

Amy C. Faulkner (1999), "Geopolitics and the American Containment Doctrine," Non-thesis research paper, University of Alabama.

Pat Vaum (1999), "Maps, States and Propaganda Cartography," Non-thesis research paper, University of Alabama.

Lynn Copeland Hardegree (1998), "An Evaluation of Southern Congressional Districts With Female Representation in the 103rd, 104th, and 105th Congresses: Where are the Ladies from Alabama?," Non-thesis research paper, University of Alabama.

Kenneth Kassem (1997), "The Geographic Distribution of Marine Protected Areas in the Americas," Non-thesis research paper, University of Alabama.

Victoria Tinnen (1997), "Women Scientists: Down the Path Less Traveled," Non-thesis research paper, University of Alabama.

David Norris (1996), "The Effectiveness of Affirmative Gerrymandering at the Local Level in Alabama," Non-thesis research paper, University of Alabama.

Kathleen O'Reilly (1996), "The Electoral Geography of Anti-Gay-Rights Referenda in Oregon, 1988-1994," Thesis, University of Alabama.  Presentation from Ms. O'Reilly's thesis work won the outstanding research paper by a Masters student at the 1995 SEDAAG meeting, and an Honorable Mention in the Political Geography Specialty Group's Student Paper Competition in 1996.  An article drawn from her thesis appeared in the Professional Geographer in 1998.

Nel Ruffin, (1996), "Sinkholes in the Marble and Dolostone Karst of Sylacauga, Alabama," Thesis, University of Alabama.  Presentation from Ms. Ruffin's thesis won the outstanding research paper by a Masters student at the 1996 SEDAAG meeting.

Valerie Stout (1996), "Electoral Geography of Legislative Support for the 'Takings Law'," Non-thesis research paper.

Robert George (1996), "Alabama's License Plate: A Symbol of the Massive Resistance?," (subsequently published in International Social Science Review), and "A Vernacular West," Non-thesis research papers, University of Alabama.

Suzanna Hartley (1994), "Modeling Foreign Direct Manufacturing Decisions in the Southern United States," Thesis, University of Alabama.

Cynthia Sutherland (1994), "Compactness of Congressional Districts in the Southeast," Non-thesis research paper, University of Alabama.

John Puckett (1992), "The Conversion of Agricultural Land in Madison, Alabama, 1950-1987," Non-thesis research paper, University of Alabama.

Mark Greer (1992), "Regional Alignment in United Nations' Cold War Voting, 1946-1985," Thesis, University of Wyoming.

Majorie L. Varuska (1989), "Changing of the Guard: The Successor Generation and NATO," Non-thesis research paper, University of Wyoming.

Jacqueline V. Nolan (1986), "Ministate Voting in the United Nations," Non-thesis research paper, University of Wyoming.

## PRIMARY RESEARCH INTERESTS

Redistricting
Spatial Organization of Government
Southern Politics
Electoral Geography
Electoral Regionalism and Change in the United States

Political Iconography
Secessionist Movements
Nationalism
Sanctification of Indian Massacre Sites

## <u>RESEARCH PRESENTATIONS</u>

"Bible Belt Denominational Membership Patterns, Correlates and Landscapes," with Robert Watrel, J. Clark Archer and Stanley D. Brunn, Association of American Geographers, Tampa, FL, April 2014.

"Geography of Religious Freedom," with Daniel McGowin, Association of American Geographers, Tampa, FL, April 2014.

"'Lest We Forget': John Winberry and the Study of Confederate Monuments on the Southern Landscape," with Jonathan I. Leib, Southeastern Division of the Association of American Geographers, Roanoke, VA, November 2013.

"Here or There: Looking at the Usage of Foreign and Domestic Place Names in Presidential Debates, 1976-2012," with Matt Balentine and Justin Frazier, Great Plains-Rocky Mountain Division of the Association of American Geographers, Omaha, NE, October 2013.

"Social Science Expert Witness Testimony in Voting Rights Cases," with Richard L. Engstrom, Daniel C. McCool, and Jorge Chapa, International Conference on Interdisciplinary Social Sciences, Prague, Czech Republic, July 2013.

"The Use of Geographic Place Names in Presidential Election Debates, 1976-2012," with Matthew Balentine and Justin Frazier, Association of American Geographers, Los Angeles, CA, April 2013.

"Pre-Election Perspectives on the 2012 Elections," Keynote Address, Mid-Atlantic Division, Salisbury, MD, November, 2012.

"The Sanctification of the Washita Massacre Site," Race, Ethnicity and Place Conference, San Juan, Puerto Rico, October, 2012.

"Reflections on Current Criteria to Evaluate Redistricting Plans," Political Geography Plenary Lecture, Association of American Geographers, New York, NY, February, 2012.

"Geographies of Same-Sex Marriage Referenda in the United States: Regional and National Perspectives," with Jonathan Leib and Thomas Chapman, Association of American Geographers, New York City, February, 2012.

"The Bible Belt in a Changing South: Shrinking, Relocating and Multiple Buckles," with Stanley Brunn and J, Clark Archer, Auburn-Montgomery Liberal Arts Conference, Montgomery, AL, February, 2012.

"Geospatial Aspects of Wine Law in the United States," with Michael Pretes, Vagn Hansen and Matthew Balentine, Southeastern Division of the Association of American Geographers, Savannah, GA, November, 2011.

"The Sanctification of the Washita Massacre Site," Great Plains-Rocky Mountain Division of the Association of American Geographers, Denver, CO, October, 2011.

"'Custer's Luck', Sanctification and the Washita Massacre," National Council for Geographic Education, Portland, OR, August 2011.

"Delineating the Bible Belt Geographic Region. 1971-2000," with Stanley D. Brunn and J. Clark Archer, Association of American Geographers, Seattle, WA, April 2011.

"Custer May Have Died for Our Sins But He Didn't Go Away," Department of Geography, South Dakota State University, March, 2011.

"The Bible Belt: Shrinking, Relocating and Multiple Buckles," with Stanley D. Brunn and J. Clark Archer, Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 2010.

"Teaching About the U.S. Civil Rights Struggle," Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 2010.

"Memorializing Controversy: Custer Place Names on the Western Landscape," Great Plains-Rocky Mountain Division of the Association of American Geographers, Lawrence, KS, October, 2010.

"Institutionalizing the Myth:  Custer Place Names on the Western Landscape," Association of American Geographers, Washington, D.C., April 2010.

7

"Promoting Productivity Across All Ranks," Association of American Geographers, Washington, D.C., April 2010.

"Custer May Have Died For Our Sins But He Didn't Go Away," Colloquium, Department of Geography, University of Alabama, March 2010.

"Custer May Have Died For Our Sins But He Didn't Go Away," Southeastern Division of the Association of American Geographers, Knoxville, TN, November 2009.

"American Nationalism and the Invasion of Iraq," National Council for Geographic Education, San Juan, Puerto Rico, September 2009.

"Place, Partisan Elections, and Direct Democracy: A Place-Based Analysis of Alabama's Electoral Geography," with Nick Quinton, Association of American Geographers, Las Vegas, NV, March 2009.

"Counting Old Glory- A Census of American Flag Symbols in Laramie, Wyoming," with Daniel Ervin, Association of American Geographers, Las Vegas, NV, March 2009.

"Thoughts on Mentoring Junior Faculty," Association of American Geographers, Association of American Geographers, Las Vegas, NV, March 2009.

"Early Voting and the 2008 Elections," with Nathaniel HadleyDike and Daniel Ervin, Association of American Geographers, Las Vegas, NV, March 2008.

"Flags, Iconography, Banal Nationalism and Iraq," Southeastern Division of the Association of American Geographers, Greensboro, NC, November 2008.

"'What Would Robert E. Lee Do?': Race, Religion and the Confederate Battle Flag," with Jonathan Leib, Southeastern Division of the Association of American Geographers, Greensboro, NC, November 2008.

"Voting in Alabama, Put in Its 'Place'," with Nick Quinton, Southeastern Division of the Association of American Geographers, Greensboro, NC, November 2008.

"Race, Religion and the Confederate Battle Flag in the American South," with Jonathan Leib,

Race, Ethnicity and Place Conference, Miami, FL, November 2008.

"The Perfect Storm Update? : Perspectives on the 2008 Congressional Elections," Session on The Geographic Perspectives on the 2008 Elections, Great Plain-Rocky Mountain Division of the Association of American Geographers, Grand Forks, ND, September 2008.

"Electoral Alignments and Cleavages in Statewide Referenda in Alabama," with Nick Quinton, Conference on Revitalizing Electoral Geography, Tallahassee, FL, May 2008.

"The Electoral Geography of Two Jim Crow Referenda," with Nick Quinton, Association of American Geographers, Boston, MA, April 2008.

"The Perfect Storm?: Perspectives on the 2008 Congressional Elections," Association of American Geographers, Boston, MA, April 2008.

"The Electoral Geography of Alabama's 2006 Referenda Prohibiting Same-Sex Marriage," with Jonathan Leib and Tom Chapman, Association of American Geographers, Boston, MA, April 2008.

"Quantitatively Delineating the Black Belt Geographic Region," with Jerrod Bowman, Southeastern Division of the Association of American Geographers, Charleston, SC, November 2007.

"The History and Use of the Confederate Battle Flag," Southeastern Division of the Association of American Geographers, Charleston, SC, November 2007.

"Sports, Community, Nationalism and the International State System," Great Plains/Rocky Mountain Division of the Association of American Geographers, Denver, CO, October 2007

"Thoughts on Mentoring Junior Faculty," Great Plains/Rocky Mountain Division of the Association of American Geographers, Denver, CO, October 2007.

"The Trials of Felon Disenfranchisement in Alabama," Association of American Geographers, San Francisco, CA, April 2007.

"Sports, Politics, Nationalism and International Relations," Florida Society of Geographers, Jacksonville, FL, February 2007.

"Excising Jim Crow from the Alabama State Constitution: The Electoral Geography of Two Referenda," with Nicholas Quinton, Southeastern Division of the Association of American Geographers, Morgantown, WV, November 2006.

"Sports, Community, Nationalism and the International State System," National Council for Geographic Education, Tahoe, CA, October, 2006.

"'Race,' the Creative Class and Political Geographies of Same Sex Marriage in Georgia," with Thomas Chapman and Jonathan Leib, Applied Geography Conference, Tampa, FL, October, 2006.

"Hurricane Katrina and Voting Rights," Panel Presentation, Association of American Geographers, Chicago, IL, March 2006.

"Minority Influence Districts and State Legislative Votes on the Confederate Battle Emblem," with Jonathan Leib, Association of American Geographers, Chicago, IL, March 2006.

"The Cross They Bear: Whiteness, Religion, and the Confederate Battle Flag in the American South," with Jonathan Leib, Conferences on "Flying the Flag: Critical Perspectives on Symbolism and Identity," Oslo, Norway, November 2005.

"Social Justice and Voting Rights Issues in the South," Panel Presentation, Southeastern Division of the Association of American Geographers, West Palm Beach, FL, November 2005.

"Political Geography Research on the South, 1980-2005," with Jerrod Bowman, Daniel McGowin, and Heath Robinson, Southeastern Division of the Association of American Geographers, West Palm Beach, FL, November 2005.

"Voting on Jim Crow in Alabama," National Council for Geographic Education, Birmingham, AL, October 2005.

"Barbecue and Civil Rights in South Carolina," with Jonathan Leib, National Council for Geographic Education, Birmingham, AL, October 2005.

"Working for the Vote in Indian Country," with Erin Fouberg and Toby Moore, National Council for Geographic Education, Birmingham, AL, October 2005.

10

"Quantitatively Delineating the Black Belt Geographic Region," with Jerrod Bowman, Symposium of the History and Culture of the Black Belt, Livingston, AL, April 2005.

"Lost Cause Iconography and the Neo-Confederate Movement," with Jonathan Leib, Association of American Geographers, Denver, CO, April 2005.

"The Stand in the Smokehouse Door: Maurice Bessinger, the Neo-Confederate Movement and the Confederate Battle Flag in Columbia, South Carolina," with Jonathan Leib, Political Geography Specialty Group, Association of American Geographers, Boulder, CO, April 2005.

"Political Cartoons and the 2004 Presidential Campaign," Southeastern Division of the Association of American Geographers, Biloxi, MS, November 2004.

"Geography, Religion, Race and the 2003 Tax Reform Referendum in Alabama," with Roberta H. Webster, National Council for Geographic Education, Kansas City, KS, October, 2004.

"Civil War versus Civil Rights: Race and the Contested Meanings of the Confederate Battle Flag in the American South," with Jonathan Leib, Conference on Race, Ethnicity and Place, Washington, D.C., September 2004.

"Barring the Cross: The Confederate Battle Emblem and Georgia's State Flags, 2001-2004," with Jonathan I. Leib, Association of American Geographers, Philadelphia, PA, March, 2004.

"The Electoral Geography of Alabama's 2003 Vote on Tax Reform," with Roberta H. Webster, Political Geography Specialty Group Pre-AAG Conference, Atlantic City, NJ, March, 2004.

"Stars and Bars, Rebel Cross, or Denny's Placemat?: Race, Party, Iconography, and the Battle over Georgia's State Flags, 2001-2004," with Jonathan I. Leib, Political Specialty Group Pre-AAG Conference, Atlantic City, NJ, March, 2004.

"Black, White or Green?: The Confederate Battle Emblem and the 2001 Mississippi State Flag Referendum," with Jonathan I. Leib, Southeastern Division of the Association of American Geographers, Charlotte, NC, November, 2003.

"A New 'Stars and Bars'?: The Confederate Battle Emblem and Mississippi's 2001 State Flag Referendum," with Jonathan I. Leib, Association of American Geographers, New Orleans, LA,

11

March, 2003.

"Address Matching Voter Registration Data for Use in Redistricting," with Chad Landgraf, Political Geography Specialty Group Pre-AAG Conference, Wakulla Springs, FL, March, 2003.

"Statewide Public Voting on the Confederate Battle Emblem," with Jonathan I. Leib, Political Geography Specialty Group Pre-AAG Conference, Wakulla Springs, FL, March, 2003.

"Measuring 'District Core' Preservation in the Redistricting Process," with Chad Landgraf, Southeastern Division of the Association of American Geographers, Richmond, VA, November, 2002.

"Assessing the Geographic Compactness of Representational Districts," Association of American Geographers, Los Angeles, CA, March, 2002.

"'Six Flags Over Georgia': The Georgia Legislature, the Confederate Battle Emblem, and the New State Flag," with Jonathan Leib, Southeastern Division of the Association of American Geographers, Lexington, KY, November, 2001.

"Geography, Social Justice and Districting," National Council for Geographic Education, Vancouver, British Columbia, August, 2001.

"Equal Protection and the Supreme Court's Decision in *George W. Bush v. Albert Gore, Jr.*," Association of American Geographers, New York, NY, March, 2001.

"Race, Religion, Hate and the Internet," Association of American Geographers, New York, NY, March, 2001.

"The Confederate Battle Flag Debate in the South," with Jonathan I. Leib, Working Group on Census 2000 and Redistricting, Mississippi Valley State University, Itta Bena, MS, January, 2001.

"Geographical Analysis in Districting Litigation: Promises and Pitfalls," Working Group on Census 2000 and Redistricting, Mississippi Valley State University, Itta Bena, MS, January, 2001.

"Rethinking the Role of Compactness in Redistricting," Southeastern Division of the Association

of American Geographers, Chapel Hill, NC, November, 2000.

"Political Geography, the Internet and Hate Groups: What Our Students Know and We Don't," National Council for Geographic Education, Chicago, IL, August, 2000.

"Decennial Population Change and Its Probable Impact Upon Reapportionment and Redistricting After the 2000 Census," "Securing the Democratic Promise - Race Studies, Policy Advocacy and the Empowerment Debate," The Law School, North Carolina Central University, Durham, NC, June, 2000.

"Compactness as an Academic and Legal Districting Standard," "Securing the Democratic Promise - Race Studies, Policy Advocacy and the Empowerment Debate," The Law School, North Carolina Central University, Durham, NC, June, 2000.

"The Implications of Population Change and Court Concepts of Compactness on Legislative Districting," Alabama Redistricting 2000 Workshop, First Annual Statewide Alabama Black Caucus Retreat and Training Conference, Birmingham, AL, April, 2000.

"Globalization and the Balkanization of States: The Myth of American Exceptionalism," with Timothy Kidd, Association of American Geographers, Pittsburgh, PA, April, 2000.

"The Supreme Court and Geographic Districting Criteria," Association of American Geographers, Pittsburgh, PA, April, 2000.

"Problems in the Application of the Compactness Criterion in Districting Litigation: Part II," Political Geography Specialty Group Pre-AAG Conference, Morgantown, WV, April, 2000.

"Geographic Compactness and Post-*Shaw* Defenses of Electoral Districts," Invited Presentation for the Voting Rights Project Conference of the Lawyers' Committee for Civil Rights Under Law in association with the Program on Law and Government, American University, Washington College of Law, Washington, D.C., November, 1999.

"Place, Region and the American Judiciary in Historical Perspective," with Stanley D. Brunn and Fred M. Shelley, Southwestern Division of the Association of American Geographers, November, 1999.

"The Confederate Battle Flag Debate in Alabama," Southeastern Division of the Association of

13

American Geographers, Tampa, FL, November, 1999.

"Place and Region in American Legal Culture: State Origins of Landmark Supreme Court Cases," with Stanley Brunn and Fred Shelley, National Council for Geographic Education, Boston, MA, November, 1999.

"Problems in the Application of the Compactness Criterion in Districting Litigation (Part I)," Political Geography Specialty Group Pre-AAG Conference, Maui, HI, March, 1999.

"Regional Patterns in the Election of Women to Public Office in the United States," Association of American Geographers, Honolulu, HI, March, 1999.

"Geographical Patterns of Denominational Affiliation in Georgia," Southeastern Division of the Association of American Geographers, Memphis, TN, November, 1998.

"The Impact of Place and Latino Ethnicity Upon Congressional Support for Free Trade Extensions in the Americas," with Chris Merrett, Southwestern Division of the Association of American Geographers, Baton Rouge, LA, October, 1998.

"Debating the Confederate Battle Flag in the South Carolina Legislature," with Jonathan Leib, Association of American Geographers, Boston, MA, March, 1998.

"Congressional Support for Free Trade: The Geopolitical Economy of Voting Behavior," with Chris Merrett, Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 1997.

"Religion and Politics in the American South," Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 1997.

"Playing a Game with Changing Rules: Geography, Politics and Redistricting in the 1990s," Invited presentation at National Center for Geographic Information and Analysis sponsored conference on "Geographic Information Systems and Political Districting: Social Groups, Representational Values and Electoral Boundaries," Buffalo, NY, October, 1997.

"Ideological Change in Congress: Race, Region and Redistricting, 1988-1996" National Council for Geographic Education, Orlando, FL, October, 1997.

"A New Tariff Map of the United States: Congress and the United States in a Global Economy," with Chris Merrett, Mid-Continent Regional Science Meeting, Indianapolis, IN, June, 1997.

"Section versus Sector: Regional and Economic Influences on Congressional Support for Free Trade," with Chris Merrett, Conference on Frontiers of Research in Political Geography, San Marcos, TX, April, 1997.

"Whose South is it Anyway?  The Politics of Representation on the Southern United States Landscape," with Jonathan I. Leib and Roberta H. Webster, Association of American Geographers, Ft. Worth, TX, April, 1997.

"The Election of Women to Congress and State Legislatures in the South, 1920-1996," Southeastern Division of the Association of American Geographers, Athens, GA, November, 1996.

"On Enlarging the Size of the House," prepared comments for Symposium on Redistricting in Theory and Practice After Shaw Versus Reno, Association of American Geographers, Charlotte, NC, April, 1996.

"Five Determinants of the 1996 Presidential Election," prepared comments for Panel Discussion on the 1996 Presidential Election, Association of American Geographers, Charlotte, NC, April, 1996.

"Ideological Polarization in Congress in the 1990s: Race, Region and Redistricting," Association of American Geographers, Charlotte, NC, April, 1996.

"Partisan Shifts in Presidential and Gubernatorial Elections in Alabama, 1932-1994" Southeastern Division of the Association of American Geographers, Knoxville, TN, November, 1995.

"Geography and American Governmental Structure," National Council for Geographic Education, San Antonio, TX, October, 1995.

"Process and Results of Legislative Redistricting in Alabama in the 1990s," Association of American Geographers, Chicago, IL, March, 1995.

"Redistricting and Ideological Shifts in the U.S. House of Representatives, 1992-1993," Southeastern Division of the Association of American Geographers, Virginia Beach, VA,

November, 1994.

"The Power of an Icon," with Roberta H. Webster, National Council for Geographic Education, Lexington, KY, November, 1994.

"The Process and Results of Districting in Alabama in the 1990s," Invited presentation at Conference on Districts and Voting Equality," University of North Carolina at Wilmington, Wilmington, NC, September, 1994.

"The United States Senate, the United Daughters of the Confederacy and the Confederate Flag," with Roberta H. Webster, Alabama Academy of Science, Troy, AL, March, 1994.

"Congressional Redistricting in the Southeast in the 1990s," Southeastern Division of the Association of American Geographers, Greensboro, NC, November, 1993.

"The Alabama Black Belt: Decline of a Core Area," with Scott Samson, National Council for Geographic Education, Halifax, Nova Scotia, August, 1993.

"Gubernatorial Republicanism in Alabama: A Transition?," Association of American Geographers, Atlanta, GA, April, 1993.

"Geography of the Presidential Debates," with Cynthia Sutherland, Alabama Academy of Science, Huntsville, AL, March, 1993.

"Cuba in a Post-Cold War World," Department of Geography Speakers Series, University of Kentucky, Lexington, KY, November, 1992.

"Congressional Redistricting and Black Representation in Alabama in the 1990s," Southeastern Division of the Association of American Geographers, Louisville, KY, November, 1992.

"Cuba: Moving Back to the Future with Tourism," National Council for Geographic Education, Santo Domingo, Dominican Republic, September, 1992.

"Alabama's Transition to the Republican Party in Presidential Elections: Did it Happen in 1948?" Association of American Geographers, San Diego, CA, April, 1992.

"The Geography of the Senate Vote in the Confirmation of Clarence Thomas,"  Alabama Academy of Science, Tuscaloosa, AL, April, 1992.

16

"Conversion of Agricultural Land in Madison County, Alabama, 1950-1987," with John Puckett, Alabama Academy of Science, Tuscaloosa, AL, April, 1992.

"Cuba Looks for a Way Out," Geography Awareness Week, University of Alabama, Tuscaloosa, AL, December, 1991.

"Geographical Distribution and Impact of New Deal AAA Outlays to Alabama Counties," Southeastern Division of the Association of American Geographers, Asheville, NC, November, 1991.

"The Cold War in the United Nations," with Mr. Mark Greer, Great Plains/Rocky Mountain Division of the Association of American Geographers, October, 1991.

"Latin American Support for the U.S. in the UN: A Longitudinal Test of the Foreign Aid Connection," Association of American Geographers, Miami, FL, April, 1991.

"The United States and Latin America: An Analysis of Foreign Aid and Voting in the UN General Assembly, 1966-1985," With Joseph Strength and Colby Allsbrook, Alabama Academy of Sciences, Jacksonville, AL, March, 1991.

"The United States, Middle America and the United Nations: The Distribution of American Foreign Aid and Voting Support in the General Assembly,"  National Council for Geographic Education, Williamsburg, VA, November, 1990.

"Middle American Support for the U.S. in the UN General Assembly: A Cross-Sectional Analysis of the Foreign Aid Connection," Conference of Latin Americanist Geographers, Auburn, AL, October, 1990.

"The Changing Geography of Federal Grants to State and Local Governments, FY81-FY88," Association of American Geographers, Toronto, Ontario, Canada, April, 1990.

"Federal Government's Balance of Payments with the States, FY76-FY87," Southeastern Division of the Association of American Geographers, Charleston, WV, November, 1989.

"Congress and the Changing Distribution of Federal Outlays, FY8l-FY86," Association of American Geographers, Baltimore, MD, March, l989.

"Federal Taxes and Spending: Regional Fiscal Flows, FY76-FY87," Conference of Geography and Public Administration," International Geographical Union, Washington, D.C., March, 1989.

"Pre-Hurricane Gilbert Jamaican Landscapes," Geography Awareness Week Presentation, Sponsored by the University of Wyoming Geography and Recreation Club and GTU Chapter, Laramie, WY, November, 1988.

"Electoral Regions and Predictions About the 1988 Presidential Election," Sponsored by the University of Wyoming Political Science Club, Laramie, WY, November, 1988.

"The Spatial Redistribution of Federal Outlays to the States, FY81 -- FY85" Association of American Geographers, Phoenix, AR, March, 1988.

"Politicians, Elections and Changing Federal Spending in the States in Reagan's First Term:  A Macro Level Search for Associations," Conference on Electoral Geography, IGU, Los Angeles, CA, March, 1988.

"World Maps - Viewpoints and Propaganda," Geography Awareness Week Presentation, Sponsored by the University of Wyoming Common Ministry, Laramie, WY, November, 1987.

"Partisanship in Presidential, Senatorial and Gubernatorial Elections in Ten Western States," Association of American Geographers, Portland, OR, March, 1987.

"The Interior West and Electoral Alignment in Presidential Elections," Association of American Geographers, Minneapolis, MN, March, 1986.

"An Intra-Regional Examination of Republican Party Electoral Strength in the Interior West," Mid-Continent Regional Science Association, Breckenridge, CO, 1986.

"Once Liberal, Now Conservative:  Ethnicity and Voting in Miami, Florida," with Roberta Haven Webster, Association of American Geographers, Detroit, MI, March, 1985.

"The Spatial Reorganization of the Local State:  Reforming Local Government Service Provision in Kentucky's Counties," Finalist in Nystrom Competition, Association of American Geographers, Detroit, MI, March, 1985.

"Winners and Losers in Reaganomics:  Who Got What, Where?" with Stanley D. Brunn and David Lowery, Conference on the Allocative and Distributive Impacts of Reagan Administration Policies, Alexandria, VA, 1984.

"Socioeconomic Well-Being and Intergovernmental Revenue Transfers to Local Governments in Kentucky, 1960-1972," Association of American Geographers, Washington, D.C., March, 1984.

"Questions on Questions:  A Critique of Textbook Guide Achievement Testing," with Justin C. Friberg, National Council for Geographic Education, Toronto, Canada, 1984.

"The Geography of 'Wagner's Law' at the Local Government Level in Kentucky," Association of American Geographers, Denver, CO, March, 1983.

"The Geography of Local Government Debt in Kentucky," Kentucky Academy of Science, Louisville, KY, 1983.

"Testing the Geography of 'Wagner's Law' at the Local Government Level: Constant and Current Dollar Comparisons," Southeastern Division of the Association of American Geographers, Orlando, FL, November, 1983.

"Testing Testing:  Improving the Quality of Multiple-Choice Examinations," East Lakes Division of the Association of American Geographers, Cincinnati, OH, 1983.

"A Computer Derived County Consolidation Plan for the State of Kentucky," Association of American Geographers, San Antonio, TX, March, 1982.

"Geographic Dimensions of Local Government Finance in Kentucky, 1957-1977," Kentucky Academy of Science, Ashland, KY, 1982.

"The Spatial Reorganization of County Boundaries in Kentucky," Southeastern Division of the Association of American Geographers, Memphis, TN, November, 1982 (winner of award for best paper and presentation by a Ph.D. student).

"County Consolidation in Kentucky:  An Historical Perspective," Kentucky Academy of Science, Murray, KY, 1981.

"Exchange Rates and Canadian Cross-Border Movements to Whatcom County, Washington," Southeastern Division of the Association of American Geographers, Atlanta, GA, November, 1981.

## GUEST LECTURES/INVITED COLLOQUIA

"Northwest Wines," GEOG 4550/5550. Geography of Wine, University of Wyoming, 6/14.

"Voting in Alabama: Race, Religion, Place and the Culture Wars," WyGISC Colloquium Series, 4/09.

"The Geography of the 2008 Election," GEOG 4520, Geography of the U.S. and Canada, 11/08.

"Geography, Regions and the "Americas," Wyoming Geographic Alliance Summer Workshop, 6/08.

"Sports, Community, Nationalism and the International State System," GTU Initiation Banquet Address, University of Wyoming Chapter, 4/08.

"Contesting the Meaning and History of the Confederate Flag(s)," Department of History Research Colloquium, Collective Memory Session, University of Wyoming, 4/08.

"Women, the Voting Franchise and Electoral Politics," Women's Studies 3500, Gender and Society, University of Wyoming, 3/08.

"Making the Transition from Undergraduate to Graduate Studies," Geography Program, Western Washington University, 9/07.

"Berlin, the Wall and German Reunification," Geography of Europe class, University of Alabama, 4/06.

"Cuba, Tourism, Sugar and U.S. Foreign Policy, PLAHS Seminar on "Cuba and Mexico," University of Alabama, 4/05.

"Geography, Diplomacy, Power and the War in Iraq," Department of Geology and Geography, Auburn University, 11/03.

"Geography, Power and Redistricting," Department of Geology and Geography, Georgia Southern University, 10/02.

"Cuba and the Redevelopment of its Tourist Economy," Guest Lecture for "Geography and Tourism" class, University of Alabama, 10/02.

"Where's the South?," Alabama Geographic Alliance Teachers' Workshop, 7/01.

"Geography and Political Structure," Alabama Geographic Alliance Teachers' Workshop, 7/01.
"Geography and Redistricting," Alabama Geographic Alliance Teachers' Workshop, 7/01.

"Directions and Maps," Mrs. Spencer's cluster (2nd and 3rd Grade), Capitol School, 5/01.

"Cuba, American Foreign Policy and the Redevelopment of the Cuban Tourist Industry," Guest Lecture for Geography and Tourism class, University of Alabama, 3/01.

"The 2000 Census and Redistricting Cycle: What Local Government Officials Face," Guest Lecture to the Member Governments of West Alabama Regional Planning and Development Council, 2/01.

"Political Geography of the South," Guest Lecture for the Historical Geography of the South class, University of Alabama, 12/00.

"Results of the 2000 Elections," Guest Lecture for the Geography of North America class, University of Alabama, 11/00.

"Geographical Perspectives on the 2000 Elections," Colloquium, Georgia State University, 10/00.

"Where's the South?," Content Lecture for Alabama Geographic Alliance Teachers' Workshop, University of Alabama, 7/00.

"The Geographic Subdivision of Political Space," Content Lecture for Alabama Geographic Alliance Teachers' Workshop, University of Alabama, 7/00.

"Redistricting, Reapportionment and Minority Rights in the South," Content Lecture for Alabama Geographic Alliance Teachers' Workshop, University of Alabama, 7/00.

"The Origins, Preservation and Measurement of Residential Segregation," Geography 358, Urban Geography, University of Alabama, 4/00.

"Voting Rights and Districting," K-12 Teachers' Workshop, Alabama Geographic Alliance, 7/99.

"Where's the South?," K-12 Teachers' Workshop, Alabama Geographic Alliance, 7/99.

"Cuba, U.S. Foreign Policy, and the Redevelopment of the Cuban Tourist Industry," three 75 minutes lectures, Geography and Tourism Class, University of Alabama, 3/99.

"Political Geography," Mississippi Geographic Alliance Teachers' Workshop, Starkville, Mississippi, 6/98.

"Residential Segregation: Its Development, Maintenance and Measurement," Urban Geography Class, University of Alabama, 4/98.

"Minority Rights, Redistricting, and the Impact of Recent Court Decisions," Mortar Board Conference on Social Studies Issues for Alabama Teachers, 3/97.

"The Redevelopment of the Cuban Tourist Industry in the 1990s," Economic Geography and Tourism Class, University of Alabama, 3/97.

"The Geography of the 1996 Elections," Alabama Geographical Society, 11/96.

"Social/Demographic Dimensions of the Alabama Black Belt," Soils Class, Dept. of Geography, University of Alabama, 5/96, Joint class on Environmental Racism, 10/97.

"The Five Themes and the Alabama Black Belt," Summer Teachers Workshop, Dept. of Geography, University of Alabama, 6/95.

"Kuwait and Syria," lectures at Samford University, 11/94, 5/95, 11/95, 5/96, and Shelton State Community College, 11/94.

"Kuwait after the War," lectures for the University of Alabama International Student Association 12/94, Mortar Board Conference on Social Studies Issues for Alabama Teachers 2/95, University of Alabama World Regional Class, 3/98.

"Redistricting in the 1990s," Mortar Board Conference on Social Studies Issues for Alabama Teachers, 2/95.

"U.S. - Cuba Relations: Past, Present and Future," University of Alabama, Latin American Studies Program, 4/95.

## PAPERS, CHAPTERS AND BOOKS CURRENTLY IN PROGRESS OR REVIEW

Engstrom, R.L., McCool, D.C., Chapa, J. and Webster, G.R. (2014). "Social Science Expert Witness Testimony in Voting Rights Cases, National Political Science Review, under review.

"The Sanctification of the Washita Massacre Site," for submission to the *Journal of Cultural Geography.*

"Custer May Have Died for Our Sins But He Didn't Go Away," for submission to *Focus.*

## PUBLICATIONS IN REFEREED JOURNALS

Leib, Jonathan I. and Webster, Gerald R. (2014). "'Lest We Forget': John Winberry and the Study of Confederate Monuments on the Southern Landscape," Southeastern Geographer, forthcoming.

Webster, Gerald R. (2013), "Reflections on Current Criteria to Evaluate Redistricting Plans," Political Geography Plenary Lecture 2012, Political Geography, 32: 3-14.

Webster, Gerald R. (2013). "Normative Goals and Demographic Realities," Political Geography, 32:21-22.

Leib, Jonathan I. and Webster, Gerald R. (2012), "Black, White or Green?: The Confederate Battle Emblem and the 2001 Mississippi State Flag Referendum," Southeastern Geographer, 52(3): 299-326.

Brunn, Stanley D., Webster, Gerald R. and Archer, J. Clark. (2011). "The Bible Belt: Shrinking, Relocating and Multiple Buckles," Southeastern Geographer, 51(4): 513-549.

Webster, Gerald R. (2011). "'Guard Your Revolution': Comments on the Arab Spring Essays," Arab World Geographer, 14(2): 53-58.

Webster, Gerald R. (2011), "American Nationalism and the Invasion of Iraq," Geographical Review, 101(1): 1-18.

Webster, Gerald R. and Quinton, Nicholas (2010), "The Electoral Geographies of Two Segregationist (Jim Crow) Referenda," Political Geography, 29(7): 14-24.

Webster, Gerald R., Chapman, Thomas, and Leib, Jonathan I. (2010), "Sustaining the 'Societal and Scriptural Fence": Cultural, Social and Political Topographies of Same Sex Marriage in Alabama," The Professional Geographer, 62(2): 211-229.

Webster, Gerald R. and Bowman, Jerrod, (2008), "Quantitatively Defining the Black Belt Geographic Region," Southeastern Geographer, 48: 3-18.

Chapman, Thomas; Leib, Jonathan, and Webster, Gerald R. (2007), "Race, the Creative Class, and Political Geographies of Same Sex Marriage in Georgia," Southeastern Geographer, 47: 27-54.

Webster, Gerald R.; Bowman, Jerrod; McGowin, Daniel and Robinson, Heath (2007), "Research on the Political Geography of the South, 1980-2005," Southeastern Geographer, 47: 1-12.

Webster, Gerald R. (2007), "Voting Rights and Social Justice in the South," <u>Southeastern Geographer</u>, 47: 107-110.

Leib, Jonathan and Webster, Gerald R. (2006), "District Composition and State Legislative Votes on the Confederate Battle Emblem," <u>Journal of Race and Policy</u>, 2: 53-75.

Webster, Gerald R. and Webster, Roberta H. (2004), "Taxing Issues: Geography, Politics and the 2003 Tax Reform Referendum in Alabama," <u>Southeastern Geographer</u>, Vol. 44(2): 190-215.

Webster, Gerald R. (2004), "Representation, Geographic Districting and Social Justice," <u>Journal of Geography</u>, Vol. 103(2): 111-126  (Includes "Classroom Exercise: Social Justice and Districting the County Commission in Miranda County," pp. 121-126).

Webster, Gerald R. (2003), "Comments on the War in Iraq Essays," Invited Commentary, <u>Arab World Geographer</u>, Vol. 6(1): 49-53

Webster, Gerald R., and Leib, Jonathan I. (2002), "Political Culture, Religion and the Confederate Battle Flag Debate in Alabama," <u>Journal of Cultural Geography</u>, Vol. 20(1): 1-26.

Webster, Gerald R. (2002), "Introduction to Forum: The 2000 Presidential Election and the Florida Debacle in Geographic Context," <u>Political Geography</u>, Vol. 21(1): 67-70.

Webster, Gerald R. (2002), "The Presidential Election and the *Bush v. Gore* Supreme Court Decision," <u>Political Geography</u>, Vol. 21(1): 99-104.

Webster, Gerald R. and Kidd, Timothy (2002), "Globalization and the Balkanization of States: The Myth of American Exceptionalism," <u>Journal of Geography</u>, Vol. 101(2): 73-80.

Webster, Gerald R., and Leib, Jonathan I. (2001), "Whose South is it Anyway?: Debating the Confederate Battle Flag in South Carolina," <u>Political Geography</u>, Vol. 20: 271-299.

Leib, Jonathan I., Webster, Gerald R., and Webster, Roberta H. (2000), "Rebel With a Cause? Iconography and Public Memory in the Southern United States," <u>GeoJournal</u>, Vol. 52: 303-310.

Webster, Gerald R. (2000), "Changing Geographical Patterns of Religious Denomination Affiliation in Georgia, 1970-1990: Population Change and Growing Urban Diversity," <u>Southeastern Geographer</u>, Vol. 40 (1): 25-51.

Brunn, Stanley D.; Shelley, Fred M; Webster, Gerald R., and Ahmed, Wael M. (2000), "Place and Region in American Legal Culture: State Origins of Landmark Supreme Court Cases," <u>Historical Geography</u>, Vol. 28: 127-148.

Webster, Gerald R. (2000), "The Census, Constitution, Reapportionment and Redistricting," <u>Journal of Geography</u>, Vol. 99 (2): 71-75.

Webster, Gerald R. (2000), "Women, Politics, Elections and Citizenship," <u>Journal of Geography</u>, Vol. 99(1): 1-10.

Webster, Gerald R. (2000), "Playing a Game With Changing Rules: Geography, Politics and Redistricting in the 1990s," Political Geography, Vol. 19(2): 141-161.

Webster, Gerald R. (1998), "Teaching and Researching the South," Introduction to special issue on the American South, Journal of Geography, Vol. 97(4/5): 139-141.

Shelley, Fred M. and Webster, Gerald R. (1998), "Population, Settlement, Race and Ethnicity in the South," Journal of Geography, Vol. 97(4/5): 163-175.

Webster, Gerald R., and Merrett, Christopher D. (1998), "The Impact of Place and Ethnicity Upon Congressional Support for Free Trade Extensions into the Americas," Southwestern Geographer, Vol. 2: 40-56.

O'Reilly, Kathleen, and Webster, Gerald R. (1998), "The Electoral Geography of Anti-Gay Rights Referenda in Oregon," Professional Geographer, Vol. 50(4): 498-515.

Webster, Gerald R. (1998), "A Note on Ideological Change in Congress: Party, Race, Region and Redistricting," Southeastern Geographer, Vol. 38(1): 79-87.

Leib, Jonathan I., and Webster, Gerald R. (1998), "On Enlarging the U.S. House of Representatives," Political Geography, Vol. 17(3): 319-329.

Webster, Gerald R. (1997), "Religion and Politics in the American South," Pennsylvania Geographer, special issue on geography and religion, Vol. 35(2): 151-172.

Ingalls, Gerald; Webster Gerald R., and Leib, Jonathan I. (1997), "Fifty Years of Political Change in the South: Electing African Americans and Women to Public Office," Southeastern Geographer, Golden Anniversary Issue, Vol. 37(2): 140-161.

George, Robert C. and Webster, Gerald R. (1997), "'Heart of Dixie' on the Alabama License Tag: Where Did It Come From and Does It Represent the Past, the Future or Both?," International Social Science Review, Vol. 72 (1/2): 33-49.

Webster, Gerald R. (1997), "Geography and the Decennial Task of Redistricting," Journal of Geography, Vol. 96(2): 61-68.

Webster, Gerald R. (1997), "The Potential Impact of Recent Supreme Court Decisions on the Use of Race and Ethnicity in the Redistricting Process," Cities, Vol. 14(1): 13-19.

Webster, Gerald R. (1996), "Partisan Shifts in Presidential and Gubernatorial Elections in Alabama, 1932-1994," Professional Geographer, Vol. 48(4): 379-391.

Webster, Gerald R. (1995), "Congressional Redistricting in the Southeast in 1990s," Southeastern Geographer, Vol. 35(1): 1-21.

Sutherland, Cynthia L., and Webster, Gerald R. (1994), "The Geography of the 1992 Presidential Debates," Geographical Bulletin, Vol. 36(2): 83-93.

Webster, Gerald R., and Webster, Roberta H. (1994), "The Power of an Icon," Geographical Review, Vol. 84(2): 131-143.

Webster, Gerald R. (1993), "Redistricting and Ideological Shifts in Congress, 1992-1993," Southern Studies, Vol. 3(1): 99-112.

Webster, Gerald R. (1993), "Congressional Redistricting and African-American Representation in the 1990s: An Example from Alabama," Political Geography, Vol. 12(1): 549-564.

Webster, Gerald R. (1992), "A Time-Series Analysis of Political Support, Strategic Location and the Geography of U.S. Foreign Aid to Latin America and the Caribbean, 1966-1987," Geografiska Annaler, Series B, 74 (2): 125-132.

Webster, Gerald R., and Samson, Scott (1992), "On Defining the Alabama Black Belt: Historical Changes and Variations," Southeastern Geographer, 32(2): 179-188.

Webster, Gerald R. (1992), "Geography of a Senate Confirmation Vote," Geographical Review, 82(2): 154-165.

Webster, Gerald R. (1992), "Cuba: Moving Back to the Future With Tourism," Journal of Geography, Vol. 9(5): 226-233.

Webster, Gerald R. (1992), "The Demise of the Solid South," Geographical Review, 82(1): 43-55.

Webster, Gerald R. (1991), "Support for the United States in the U.N. on Cold War Issues and the Distribution of Foreign Aid to Central American and Caribbean Countries," Geographical Bulletin, Vol. 33(2): 87-97.

Webster, Gerald R. (1991), "Congress and the Changing Distribution of Federal Outlays, FY81-FY86," Professional Geographer, Vol. 43(1): 49-60.

Webster, Gerald R. (1989), "Partisanship in American Presidential, Senatorial and Gubernatorial Elections in Ten Western States." Political Geography Quarterly, Vol. 8(2): 161-179.

Lowery, David; Brunn, Stanley D. and Webster, Gerald R. (l988), "The Spatial Impact of Reaganomics:  A Test of Six Models," Growth and Change, Vol. l9(4): 49-67.

Webster, Gerald R.  (1988), "Presidential Voting in the West." Social Science Journal, Vol. 25(2): 211-232.

Webster, Gerald R.  (1987), "Size of Place and Voting in Presidential Elections in the Interior West," Geographical Perspectives, No. 59 (Spring): 78-92.

Webster, Gerald R., (1987), "Factors in the Growth of Republican Voting in the Miami SMSA," Southeastern Geographer, Vol. 27(1): 1-17.

Brunn, Stanley D.; Lowery, David and Webster, Gerald R.  (1987), "Regional Winners and Losers in the Reagan Budget Cuts:  Who Got What Where," Environment and Planning C: Government and Policy, Vol. 5(2): 183-195.

Webster, Gerald R., and Webster, Roberta Haven (1987), "Ethnicity and Voting in the Miami-Dade County SMSA," Urban Geography, Vol. 8(1): 19-30.

Webster, Gerald R., and Webster, Roberta Haven (1986), "A Note on Ethnic Bloc Voting in the Miami-Dade County SMSA," Florida Geographer, Vol. 20: 37-42.

Lowery, David; Brunn, Stanley, D., and Webster, Gerald R.  (1986), "From Stable Disparity to Dynamic Equity:  The Spatial Distribution of Federal Expenditures, 1971-1983," Social Science Quarterly, Vol. 67(1): *98-107.*

Webster, Gerald R.  (1985), "Socioeconomic Well-Being and Intergovernmental Revenue Transfers to Local Governments in Kentucky, 1960-1972," Virginia Geographer, Vol. 16 (Fall-Winter): 19-36.

Webster, Gerald R. (1984), "The Spatial Reorganization of County Boundaries in Kentucky," Southeastern Geographer, Vol. 24(1): 14-29.

Webster, Gerald R. (1982), "Exchange Rates and Movement Across an International Border: Canadians in Whatcom County, Washington," Bulletin of the Association of North Dakota Geographers, Vol. 32: 1-13.

## EDITING, BOOKS AND BOOK CHAPTERS

Hamerlinck, J. and Webster, G.R. (2014), Student Atlas of Wyoming, forthcoming August.

Archer, J.C., Watrel, R.D., Davidson, F., Fouberg, E.H., Martis, K.C., Morrill, R.L., Shelley, F.M. and Webster, G.R. (2014), Atlas of the 2012 Elections, Rowman and Littlefield.  Authored or co-authored segments on "the Campaign," "Geographic Place Name Use in the 2012 Presidential Debates" (with Matt Balentine and Justin Frazier), "Newspaper Endorsements" (with Edward Heath Robinson), "Ballot Access" (with Edward Heath Robinson), and "The Bible Belt" (with Daniel A. McGowin).

Webster, G.R., Watrel, R., Archer, J.C. and Brunn, S.D. (2014). "Bible Belt Membership Patterns, Correlates and Landscapes," in Stanley D. Brunn, Ed., The Changing World Religious Map: Sacred Places, Identities, Practices and Politics, New York: Springer, forthcoming.

McGowin, Daniel and Webster, Gerald R. (2014), "The Geography of Religious Freedom," in Stanley D. Brunn, Ed., The Changing World Religious Map: Sacred Places, Identities, Practices and Politics, New York: Springer, forthcoming.

Webster, Gerald R. and Leib, Jonathan I. (2012), "Race, Religion and the Southern Debate Over the Confederate Battle Flag," in Nancy Wadsworth and Robin Jacobson, editors, Faith and Race in American Political Life, pp, 103-124. University of Virginia Press.

Quinton, Nicholas and Webster, Gerald R. (2011).  "Electoral Alignments and Place-Based Cleavages in Statewide Referenda in Alabama," in Revitalizing Electoral Geography, Editors Barney Warf and Jonathan Leib, pp. 195-218.  Aldershot, UK: Ashgate,

Brunn, S.D., Webster, G.R., Morrill, R.L, Shelley, F., Lavin, S. and Archer, J.C., Eds. (2011), Atlas of the 2008 Elections, Rowman and Littlefield.  Authored segments on "Estimated Media Advertising Outlays," "Campaign Stops," "Newspaper Endorsements," "Bible Belt," and "Congressional Ratings."

Webster, Gerald R. and Leib, Jonathan I. (2011), "Living on the Grid: The U.S. Rectangular Public Land Survey System and the Engineering of the American Landscape," in S.D. Brunn, Editor, Earth Engineering, pp. 2123-2138. Dordrecht, Netherlands: Springer.

Webster, Gerald R. and Leib, Jonathan I. (2008), "The Confederate Battle Flag and the Neo-Confederate Movement in the South," in Neo-Confederacy: A Critical Introduction, Edited by Euan Hague, Heidi Beirich and Edward Sebesta, 169-201. University of Texas Press.

Leib, Jonathan and Webster, Gerald (2008), "Electoral Districts," International Encyclopedia of Human Geography, pp.  399-404. Edited by R. Kitchin and N. Thrift, London: Elsevier, .

Pomeroy, George and Webster, Gerald R., editors (2008), Global Perspectives on Urbanization, New York: University Press of America.

Leib, Jonathan and Webster, Gerald R. (2007). "Rebel With(out) a Cause?: The Contested Meanings of the Confederate Battle Flag in the American South." In Thomas Hylland Eriksen and Richard Jenkins, eds., Flag, Nation and Symbolism in Europe and America. London: Routledge. pp. 31-52.

Guest Editor, Southeastern Geographer, special issue on the "Political Geography of the South," Vo. 47(1), May 2007.

Webster, Gerald R. (2006), "Sports, Community, Nationalism and the International State System," in The Geography-Sports Connection: Using Sports to Teach Geography, pp. 33-46. Edited by Lisa DeChano and Fred Shelley, Pathways Series No. 33, Jacksonville, AL: National Council for Geographic Education.

Webster, Gerald R. (2006), "Political Geography," in Encyclopedia of Human Geography, pp. 362-366. Edited by Barney Warf, Thousand Oaks, CA: Sage.

Leib, Jonathan I., and Webster, Gerald R. (2004), "Banner Headlines: The Fight Over the Confederate Flags in the American South," in WorldMinds: Geographical Perspectives on 100 Problems, pp. 61-66. Edited by Donald G. Janelle, Barney Warf, and Kathy Hanson, Dordrecht, Netherlands: Kluwer Academic Publishers.

Webster, Gerald R. (2004), "Evaluating the Geographical Compactness of Representational Districts," in WorldMinds: Geographical Perspectives on 100 Problems, pp. 43-47. Edited by Donald G. Janelle, Barney Warf, and Kathy Hanson, Dordrecht, Netherlands: Kluwer Academic Publishers.

Webster, Gerald R. (2004), "If At First You Don't Secede, Try, Try Again: Secession, Hate, and the League of the South," in Spaces of Hate: Geographies of Discrimination and Intolerance in the U.S.A., Edited by Colin Flint, pp. 137-164, New York: Routledge.

Webster, Gerald R. (2002), "Rethinking the Role of Compactness in Redistricting," in Alex Willingham, Editor, Beyond the Color Line? Race and Community in the New Century, pp. 117-134. New York: Brennan Center, New York University School of Law.

Leib, Jonathan I. and Webster, Gerald R. (2002), "The Confederate Battle Flag Debate in the South," in Alex Willingham, Editor, Beyond the Color Line? Race and Community in the New Century, pp. 221-244. New York: Brennan Center, New York University School of Law.

Guest Editor (2002), Forum Section on "The 2000 Presidential Election and the Florida Debacle in Geographic Context," Political Geography, Vol. 21(1):67-104.

Co-Guest Editor with Stanley D. Brunn (2000) for special issue of the Southeastern Geographer on "Religion in a Changing South," Vol. 40(1).

Guest Editor, 1998. Journal of Geography, special issue on "Teaching and Researching the American South," Vol. 97(4/5).

Editor, Newsletter of the Southeastern Division of the Association of American Geographers, 1997-1998.

Webster, Gerald R. (1998), "Political Space in the United States," pp. 49-57, in Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M. and Webster, Gerald R., eds. Teaching Political Geography, National Council for Geographic Education, Title No. 19, Pathways Series.

29

Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M; and Webster, Gerald R. (1998), "Teaching Political Geography," pp. 1-8, in Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M. and Webster, Gerald R., eds., Teaching Political Geography, National Council for Geography Education, Title No. 19, Pathways Series.

Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M. and Webster, Gerald R., eds. (1998) Teaching Political Geography, National Council for Geographic Education, Title No. 19, Pathways Series, 135 pp.

Guest Editor, Southeastern Geographer, special issue on the "Political Geography of the South," Vol. 35(1), 1995.

Editor, Political Geography Specialty Group Newsletter, 1994-95.

## PUBLICATIONS IN NON-REFEREED OUTLETS

Webster, Gerald R. and Garcia, Antoni Luna. 2010.  "National Identity: Case Study: How is Nationalism Symbolized : Focus Europe," Association of American Geographers Center for Global Geography Education, http://globalgeography.aag.org/main.html.

Webster, Gerald R. (2007), "From the President," Column in the SEDAAG Newsletter, Vol. 26(2): 1-2.

Webster, Gerald R. (2007), "From the President," Column in the SEDAAG Newsletter, Vol. 26(1): 1-3.

Webster, Gerald R. (2006), "From the President," Column in the SEDAAG Newsletter, Vol. 25(2): 1-3

Webster, Gerald R. (2006), "From the President," Column in the SEDAAG Newsletter, Vol. 25(1): 1-2.

Webster, Gerald R. (2001). "Geography Undergoes Another Renaissance," Anniston Star, 29 July (http://ww2.annistonstar.com/opinion/2001/as-insight-0729-0-1g27t5918.htm).

Webster, Gerald R. (2001). "Redistricting," Anniston Star, 27 May (http://www.annistonstar.com/opinion/opinion_20010527_1963.html).

Webster, Gerald R., and Webster, Roberta H. (1996), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller, Physical Geography of the Global Environment (second edition), 346 pp.

Webster, Gerald R. (1994), "Comment on the Status of Redistricting in Light of Recent Court Decisions," Political Geography Specialty Group Newsletter, Vol. 14(2): 5-6.

Webster, Gerald R. (1994), "Comment on NAFTA," Political Geography Specialty Group Newsletter, Vol. 14(1): 3-4.

Webster, Gerald R., and Webster, Roberta H. (1993), Correspondence Study Course, GY 103, Introduction to Geography.  College of Continuing Education, University of Alabama, 46 pp.

Webster, Gerald R., and Webster, Roberta Haven (1993), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller, Physical Geography of the Global Environment, 225 pp.

Webster, Gerald R., and Webster, Roberta Haven (1991), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller. Geography: Regions and Concepts, sixth edition, 115 pp.

Webster, Gerald R. (1990), "Wyoming," in Macropaedia Volume (29) of Encyclopedia Britannica, pp. 428-431.

Webster, Gerald R. (1989), Correspondence Study Course Student Manual for Geography 303, Introduction to World Regional Geography, Correspondence Study Department, University of Wyoming, pp. 125.

Webster, Gerald R., and Webster, Roberta Haven (1988), Instructor's Manual to accompany Harm J. de Blij, The Earth: A Physical and Human Geography, third edition, 106 pp.

Webster, Gerald R., and Webster, Roberta Haven (1988), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller, Geography: Regions and Concepts, fifth edition, 129 pp.

Webster, Gerald R.  (1983), "The Geography of Local Government Debt in Kentucky," Proceedings, Kentucky Academy of Science, Geography Section, Vol. 9: 150-167.

Webster, Gerald R. (1983), "The Geography of 'Wagner's Law' at the Local Government Level in Kentucky:  Constant Versus Current Dollar Models," Working Papers in Public Administration, No. PA 30-1983, James W. Martin Graduate Center for Public Administration, The Graduate School, University of Kentucky, Lexington, Kentucky,  40506-0205.

Webster, Gerald R.  (1982), "Geographic Dimensions of Local Government Finance in Kentucky, 1957-1977," Proceedings, Kentucky Academy of Science, Geography Section, Vol. 8: 55-72.

Webster, Gerald R.  (1981), "County Consolidation in Kentucky:  An Historical Perspective," Proceedings, Kentucky Academy of Science, Geography Section, Vol. 7: 92-103.


## BOOK REVIEWS

Webster, Gerald R. (2008), book review of Putting Voters in their Place: Geography and Elections in Great Britain, Ron Johnston and Charles Pattie, Annals of the Association of American Geographers, Vol. 98: 951-52.

Webster, Gerald R. (2002), book review of Geopolitics and Globalization in the Twentieth Century, Brian W. Blouet, Professional Geographer, Vol. 54(3): 459-461.

Webster, Gerald R. (2001), book review of Political Geography: A New Introduction, Richard Muir, Journal of Geography, Vol. 100(4): 181-182.

Webster, Gerald R. (2001), book review of The Southern Black Belt: A National Perspective, Ronald C. Wimberley and Libby V. Morris, Journal of Geography, Vol. 100(4): 183.

Webster, Gerald R. (1999), book review of The Global Crisis in Foreign Aid, Richard Grant and Jan Nijman eds. Professional Geographer, Vol. 51(3): 473-474.

Webster, Gerald R. (1997), book review of Political Power in Alabama, Anne Permaloff and Carl Grafton, Social Science Quarterly, Vol. 78(4): 1031-1033.

Webster, Gerald R. (1996), book review of The Tyranny of the Majority: Fundamental Fairness in Representative Democracy, Lani Guinier, Political Geography, Vol. 15(1): 124-126.

Webster, Gerald R. (1996), book review of The American Mosaic: The Impact of Space, Time, and Culture on American Politics, Daniel J. Elazar. Geographical Review, Vol. 86(1): 120-121.

Webster, Gerald R. (1995), book review of Quiet Revolution in the South: The Impact of the Voting Rights Act, 1965-1990, Chandler Davidson and Bernard Grofman, editors, Social Science Quarterly, Vol. 76 (2): 474-475.

Webster, Gerald R. (1992), book review of Elections in Chile: The Road Toward Democratization, 1991, Cesar N. Caviedes, Professional Geographer, 44(4): 477-478.

Webster, Gerald R. (1991), book review of Geography and Political Power: The Geography of Nations and States, 1990, Peter M. Slowe, Geographical Review, Vol. 81(2): 245-247.

Webster, Gerald R. (1988), book review of <u>Electoral Laws and Their Political Consequences</u>, 1986, Bernard Grofman and Arend Lijphart, editors, <u>Political Geography Quarterly</u>, Vol. 7(1): 93-94.

Webster, Gerald R.  (1987), book review of <u>Cities of the Prairie Revisited: The Closing of the Metropolitan Frontier</u>, 1986, Daniel J. Elazar, <u>Urban Geography</u>, Vol. 8(6): 609-610.

Webster, Gerald R.  (1987), book review of <u>American Electoral Mosaics</u>, 1986, J. Clark Archer and Fred M. Shelley, <u>Professional Geographer</u>, Vol. 39(4): 488-489.

Webster, Gerald R. (1987), book review of <u>Progress in Political Geography</u>, 1985, Michael Pacione, editor, <u>Professional Geographer</u>, Vol. 39(1): 119.

## <u>AWARDS</u>

"Political Geography Best Manuscript Reviewer for 2013," Elsevier Publishers and <u>Political Geography</u>.

Best <u>Southeastern Geographer</u> Article in 2011, for Brunn, S.D., Webster, G.R. and Archer, J.C. (2011), "The Bible Belt in a Changing South: Shrinking, Relocating and Multiple Buckles," <u>Southeastern Geographer</u> 51: 513-549.

Selected to provide the 2012 Political Geography Plenary Lecture, Association of American Geographers, New York, NY, February 2012.

Outstanding Lifetime Achievement Award, Southeastern Division of the Association of American Geographers, Savannah, GA, November 2011.

Best <u>Southeastern Geographer</u> Article in 2007, for Thomas Chapman, Jonathan  Leib, and Gerald R. Webster, (2007), "Race, the Creative Class, and Political Geographies of Same Sex Marriage in Georgia," <u>Southeastern Geographer</u>, 47: 27-54.

Outstanding Service Award, Southeastern Division of the Association of American Geographers, Charleston, SC, November 2007.

Richard Morrill Public Outreach Award, Political Geography Specialty Group, Association of American Geographers, San Francisco, CA, April 2007.

Outstanding Alumni Award for 2006, Western Washington University, Bellingham, Washington, November 2006.

Richard Morrill Public Outreach Award, Political Geography Specialty Group, Association of American Geographers, Philadelphia, PA, March 2004.

Distinguished Teaching Award, National Council for Geographic Education, Vancouver, British Columbia, August, 2001.

Research Honors Award 2000, Southeastern Division of the Association of American Geographers, Chapel Hill, North Carolina, November, 2000.

Received a Joseph J. Malone Fellowship in Arab and Islamic Studies by the National Council on US-Arab Relations.  Supported a three week study program in Kuwait and Syria, March 15-April 3, 1994.

Awarded Research Semester (no teaching obligations), College of Arts and Sciences, University of Wyoming, Fall semester, 1987.

Finalist in Warren Nystrom Award Competition, annual meeting of the Association of American Geographers, Detroit, Michigan, April, 1985.

Award for best paper written and presented by a Ph.D. student, Student Honors Competition, annual meeting of the Southeastern Division of the Association of American Geographers, Memphis, Tennessee, November, 1982.

## CONSULTING, CONTRACTS AND GRANTS

Expert Witness, Department of Justice in Veasey, et al., v. Rick Perry, et al., Civil Actions No. 2: 13-cv-193 (NGR), pertaining to photographic identification requirement to vote.

National Geographic Education Foundation Grant, Wyoming Geographic Alliances, Co-PI, $53,000, 2012-13.

Consultant/Expect Witness, Department of Justice on litigation pertaining to American Indian Voting in Three Montana Counties, 2012, *Wandering Medicine v. McColloch*, Case No. CV-12-135-BLG-RFC, U.S. District Court for the District of Montana, Billings Division, 2012.

Consultant/Expert Witness, Joint Committee on Redistricting, Mississippi State Legislature, 2011.

Consultant/expert witness in case pertaining to Illinois congressional districts, *Radogno v Illinois Board of Elections*, U.S. District Court for the Northern District of Illinois, Eastern Division, 2011.

Consultant/expert witness in case pertaining to Illinois legislative districts *Committee for a Fair and Balanced Map v. Illinois Board of Elections*, U.S. District Court for the Northern District of Illinois, Eastern Division, 2011.

Consultant, Virginia Attorney General's Office on Redistricting Issues, 2011.

National Geographic Education Foundation Grant, Wyoming Geographic Alliances, Co-PI, $49,000, 2011-12.

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $52,000, 2010-11.

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $53,000, 2009-10.

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $55,152, 2008-09.

Consultant/Expert Witness for NAACP Legal and Educational Defense Fund in *Thompson v. HUD*, in case involving public housing in Baltimore, 2005-06.

Consultant/Expert Witness for State of Mississippi in *Craig Ducksworth, et al. v. State of Mississippi, et al.,* in case pertaining to state senate districts, 2004-06.

Consultant/Expert Witness for NAACP Legal and Educational Defense Fund in case pertaining to Montgomery County, North Carolina County Commission Districts, 2002.

Consultant/Expert Witness for Plaintiffs in *Martinez v. Bush* (Ca. No. 02-20244-CIV-JORDAN), S.D. Fla., 2001-02.

Consultant/Expert Witness for Plaintiffs in *Diamond v. Town of Manalapan* (Case No: 02-80065-CIV-Seitz), 2002.

Consultant/Expert Witness to Speaker, Illinois House of Representatives in lawsuit pertaining to Illinois House and Senate Districts (*Cole-Randazzo v. Ryan,* No. 92443, 198 Ill. 2d 233, 762 N.E. 2d 485 (Nov. 28, 2001), and *Beaubien v. Ryan* No. 92701, 198 Ill. 2d 294, 762 N.E. 2d 501 (Dec. 27, 2001).

Consultant to Mississippi State Legislature for congressional redistricting, 2001-02.

Consultant/Expert Witness for Impac2000 in lawsuit pertaining to Texas congressional districts (*Alicia del Rio v. Perry,* Case No. GN 003665, Travis County, Texas), 2001.

Consultant to the City of Montgomery, Alabama for redrawing of city's council districts, 2001.

Consultant/Expert Witness for Attorney General's Office, State of Virginia in lawsuit pertaining to Virginia House and Senate Districts (*Douglas MacArthur West v. Gilmore,* Civil Action No. CH01-84, Circuit Court of Salem, Virginia), 2001.

Consultant/Expert Witness for Alabama Democratic Conference/State of Alabama on lawsuit pertaining to Alabama House and Senate Districts (*Thompson v. Smith*, CA No.97-A-715-E (M.D. Ala.)), 1999-2000.

Consultant/Expert Witness for NAACP Legal Defense and Educational Fund on lawsuit pertaining to Louisiana state house districts (*Maxwell v. Foster*, CA No. CV 98-1378 M), 1999.

Consultant/Expert Witness for State of North Carolina on lawsuit pertaining to North Carolina legislative districts (*Daly v. Leak*, No. 5:97-CV-750-BO), 1998.

Consultant/Expert Witness for State of North Carolina and NAACP Legal Defense and Educational Fund on lawsuit pertaining to North Carolina congressional districts (*Cromartie v. Hunt*, CA No. 04-CV-104-H2), 1997-99.

Consultant/Expert Witness for Alabama Democratic Conference/State of Alabama on lawsuit pertaining to Alabama House and Senate Districts (*Sinkfield v. Bennett*, CN 93-689-PR) 1997-1998.

Consultant/Expert Witness for ACLU/NAACP Legal Defense and Educational Fund on lawsuit pertaining to City Council Districts in Cocoa, Florida (*Stovall v. City of Cocoa*, CN 93-257-CIV-ORL-18), 1997-99.

Consultant/Expert Witness for the NAACP Legal Defense and Educational Fund on lawsuit pertaining to County Commission districting in Baldwin County, Alabama 1997 (*Dillard v. Baldwin County Commission*, CV No. 87-T-1159-N), 1997.

Consultant/Expert Witness for the NAACP Legal Defense and Educational Fund on lawsuit pertaining to school board election districts in Durham, North Carolina, (*Cannon v. Durham County Board of Education*, No. 5:96-CV-115-BR), 1996-97.

Consultant/Expert Witness for the NAACP Legal Defense and Educational Fund on lawsuit pertaining to city council election districts in Greensboro, Alabama, (*Dillard v. City of Greensboro*, CV 87-T-1223-N) 1996-97.

Consultant for NAACP Legal Defense and Educational Fund for work on "Residential Segregation in Tuscaloosa, Alabama," 1994-95.

Recipient of General Research Grant, Research Grants Committee, University of Alabama. Project on The Spatial Distribution and Impacts of New Deal Aid. Summer 1991. $6,000.

Recipient of General Research Grant from Association of American Geographers. Project on "Past Present and Probable Future Regional Voting Blocs in the General Assembly of the United Nations." Spring 1991. $394.50.

Recipient of Basic Research Grant, College of Arts and Sciences, University of Wyoming. For "Wyoming in Maps Project." 1988-89. $2,000.

Recipient of Faculty Growth Award, UW Alumni Association, University of Wyoming.  For travel to annual meeting of Association of American Geographers, Baltimore, Maryland, 1989. $362.14.

Recipient of Summer Faculty Development Award, College of Arts and Sciences, University of Wyoming.  Research Project on The Geography of Federal Outlays and Tax Burdens by State, 1969-1986.  Summer 1988. $500.

Recipient of Basic Research Grant, College of Arts and Sciences, University of Wyoming. Research Project on The Geography of Federal Outlays and Tax Burdens by State, 1969-1986. 1987-88. $2,000.

Recipient of Basic Research Grant, College of Arts and Sciences, University of Wyoming. Research Project on Socioeconomic Well-Being and Intergovernmental Revenue Transfers to Local Governments in Wyoming and the United States. 1986-87. $2,000.

Recipient of Faculty Growth Award, U.W. Alumni Association, University of Wyoming. Research Project on Electoral Partisanship in Presidential, Senatorial and Gubernatorial Elections in the Interior West. 1986-87.  $185.

Selected participant in first annual Colloquium on Excellence in Teaching and Advising, University of Wyoming, April 19-23, 1986, $900 Stipend.

Grant from Dean, College of Arts and Sciences, University of Wyoming.  Research Project on Republican Party Strength and Presidential Voting in the Interior West.  1985-86.  $800.

New Faculty Starter Grant, Department of Geography, University of Miami.  Research Project on the Growth of Republican Voting in the Miami SMSA.  1984-85.  $100.

Exxon Honorarium to attend Guided Design Workshop, annual meeting of the National Council for Geographic Education, Pittsburgh, Pennsylvania, 1981.


## PROFESSIONAL ORGANIZATIONS

Association of American Geographers
Political Geography Specialty Group, AAG
Southeastern Division, AAG
Great Plains-Rocky Mountain Division, AAG


## EDITORIAL BOARDS

Editorial Board, <u>Southeastern Geographer</u>, 1996-1999, 2003-2007.

Editorial Board, <u>Political Geography</u>, 2001 - present.

Editorial Board, <u>Journal of Geography</u>, 1997- 2016.

Editorial Board, <u>Arab World Geographer</u>, 2009-2014.


## SERVICE ACTIVITIES

Executive Committee, Wyoming Geographic Alliance, 2009-present

Member, Heads Council, 2012-13.

Panelist, 2011 Wyoming Social Sciences Institute, Cody, WY, March.

Member, Head's Council, 2010-11.

Member, RFP Review Committee, 2009-10.

Member, Institute for Global Affairs Steering Committee, 2009-present.

Member, AAG Constitution and Bylaws Committee, July 1, 2007-June 30, 2010.

President, Southeastern Division of the Association of American Geographers, 2005-2007; Past President, 2008-2009.

Member of Program Committee, Southeastern Division of the Association of American Geographers, 2004 annual meeting, Biloxi, Mississippi, 2004.

Member of Population Subcommittee, Tuscaloosa 2020 (Strategic Planning Process), 2003-04.

Member of Program Review Committee for Department of Criminal Justice, College of Arts and Sciences, University of Alabama, 2003-04.

Member of Arts and Sciences Space Committee, 2003-04.

Elected to Faculty Senate, University of Alabama; Faculty Senate Steering Committee; co-chair of the Planning and Operations Committee; Faculty Senate Liaison to Health and Safety Committee, 1998-99; Faculty Senate Liaison to Master Plan Committee, 1999-00; Co-Chair of the Communications Committee, Legislative Agenda Committee, 1999-00.

Member, Local Arrangements Committee for Golden Anniversary SEDAAG Annual Meeting, Birmingham, Alabama, November, 1997.

Elected Secretary of the Southeastern Division of the Association of American Geographers (Editor of the <u>SEDAAG Newsletter</u>), 1996-98.

Elected Chair of the Political Geography Specialty Group, Association of American Geographers, 1995-97.

Elected Chair of the Nominations Committee, Southeastern Division of the Association of American Geographers, 1995.

Member of the University of Alabama Latin American Studies Steering Committee, University of Alabama, 1994-95.

Chair, Committee for Rewriting Departmental Tenure and Promotion Guidelines, Department of Geography, University of Alabama, Fall 1994.

Elected Secretary/Treasurer of the Political Geography Specialty Group, Association of American Geographers, 1994-95.

Member of the Arts and Sciences Tenure and Promotion Committee, University of Alabama, 1993-94, 1994-95.

Member of University Appeals Committee, University of Alabama, 1993-94.

Alternate Member of Faculty Senate, University of Alabama, 1993-95.

Member of Program Review Committee for Department of Mineral Engineering, College of Engineering, University of Alabama, 1992-93.

Member of Interim Program Advisory Committee, University of Alabama, 1992-93.

Elected Member of Faculty Senate, University of Alabama, 1992-93.

Elected as State Representative (Alabama) to the Southeastern Division of the Association of American Geographers, 1992-94.

Member of Program Committee, 1993 AAG Annual Meeting in Atlanta, Georgia, 1992-93.

Member of Nominating Committee, Political Geography Specialty Group, 1991-93

Member, Student Paper Award Committee, Political Geography Specialty Group, Association of American Geographers, 1987-92, Chair 1991-92.

Chair, Chair's Leadership Review Committee, Department of Geography, University of Alabama, Spring 1991.

Member, Program Committee, SEDAAG Annual Meeting in Columbia, South Carolina, Fall 1990.

Judge for Rand McNally-NCGE "Excellence in Geography Teaching Awards" for K-12th grade teachers, 1990.

Chair of the Region 2 Awards Committee, National Council for Geographic Education, 1990; member 1988-89.

Elected Member of the Board of Directors, Political Geography Specialty Group, Association of American Geographers, 1987-89.

**REFEREE/REVIEW ACTIVITIES**

African Journal of Political Science and International Relations 2011.

Annals of the Association of American Geographers, 1989, 1998, 1999, 2004.

Antipode, 2000, 2010 (2).

Arab World Geographer, 2003, 2010, 2012.

Bulletin of the Illinois Geographical Society, 2007

Florida Geographer, 1986, 2000.

Geographical Review 2003, 2010 (2).

Geographies of Religions and Belief Systems, 2013, 2014.

GeoJournal 2010, 2012.

Great Plains Research, 1996, 2000.

Growth and Change, l988, 1993.

Hagar: International Social Science Review, 2002.

International Journal of Public Opinion Research, 2013.

Journal of Cultural Geography, 2004.

Journal of Geography, 1997 (3), 1998 (3), 1999, 2000, 2001, 2002, 2005 (2), 2006 (2), 2007 (2), 2010, 2011, 2012, 2013, 2014.

Journal of Maps, 2010

National Endowment for the Humanities research proposal, 1996, 2003.

National Science Foundation research proposal, 1988, 1997, 2000, 2009, 2010.

Political Geography, 1989, 1990, 1991, 1993 (2), 1996 (2), 1997 (3), 1998, 1999, 2000, 2001 (3), 2002 (3), 2003 (2), 2004 (3), 2005 (3), 2006 (2), 2007 (3), 2008 (3), 2009 (5), 2010 (6), 2011(2), 2012 (4), 2013 (4), 2014 (3).

Professional Geographer, 1984, 1985, 1986, 1989, 1991, 1992, 1993, 1994, 1995, 2001 (2), 2002, 2004, 2006, 2007, 2008, 2010 (4), 2011 (3), 2013.

Social Science History, 2005, 2006.

Social & Cultural Geography, 2007, 2008, 2009.

Social Science Journal, 1987, 1988, 1989.

Social Science Quarterly, 2001.

Southeastern Geographer, 1984, 1992, 1994, 1996 (2), 1998, 2000, 2001, 2004 (2), 2005 (3), 2006, 2007, 2008, 2009, 2010(2).

Southwestern Geographer, 2004.

Territory, Politics, Governance, 2013.

Urban Geography, 1987 (2), 1990, 1991, 1993, 2002, 2006, 2013(2).

CLAG Yearbook, 1990, 1992.

Text Reviews: Harper and Row 1988, Wm. C. Brown 1990, John Wiley 1991,
    Guilford Publications 1995, 2002 Prentice-Hall 1995 (2), 1996 (2), 1997,
    1998 (2), 1999, 2000, 2002, 2003, Routledge 2006.

Outside Tenure and Promotion Referee, 1993, 1999 (2), 2000 (2), 2004, 2005, 2008 (2), 2010, 2011 (3), 2013 (2).

## MISCELLANEOUS SERVICE AT PROFESSIONAL MEETINGS

Session Chair: 1986, 1988, 1990, 1992, 1993, 1994, 1995, 1996, 1997 (2), 2000 (4), 2001 (2), 2002, 2003, 2004 (2), 2005 (8), 2006 (2), 2008, 2010 (3), 2011, 2014.
Session/Panel Organizer: 1988, 1992, 1993 (2), 1995 (5), 1996 (2), 1997 (3), 1998 (3), 1999, 2000 (3), 2001 (2), 2002 (2), 2004, 2005 (8), 2008 (1), 2010, 2011(3).
Paper/Session Discussant: 1989, 1991, 1993, 1995, 2004, 2006 (2), 2007(2), 2008.
Panelist: 1993, 1996 (2), 1999, 2000 (2), 2001 (2), 2002, 2003 (2), 2004, 2005, 2006, 2007(3), 2008 (3), 2009 (2), 2010 (3), 2011 (2).

8/1/14