PL1113
9/2/2014
2:13-cv-000193

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC H. HOLDER, JR., in his official capacity as ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ERIC KENNIE, *et al.*, ) | |
| ) | |
| Defendant-Intervenors, ) | |
| ) | |
| TEXAS STATE CONFERENCE OF NAACP ) | |
| BRANCHES, *et al.*, ) | |
| ) | CASE NO. 1:12-CV-00128 |
| Defendant-Intervenors. ) | (RMC-DST-RLW) |
| ) | Three-Judge Court |
| TEXAS LEAGUE OF YOUNG VOTERS ) | |
| EDUCATION FUND, *et al.*, ) | |
| ) | |
| Proposed Defendant- ) | |
| Intervenors ) | |
| ) | |
| TEXAS LEGISLATIVE BLACK CAUCUS, et ) | |
| al., ) | |
| Proposed Defendant- ) | |
| Intervenors ) | |
| ) | |
| VICTORIA RODRIGUEZ, et al., ) | |
| ) | |
| Proposed Defendant- ) | |
| Intervenors ) | |
| ) | |

DECLARATION OF CARLOS URESTI

I, Carlos Uresti, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

US_00006729

Defendant's Exhibit #
283

DE-001739

1. I make this declaration upon my experience and personal knowledge. If called as a witness and placed under oath, I could and would testify thereto.

2. I am Hispanic and was born on September 12, 1963. I am a resident of San Antonio, Texas and am registered to vote in Bexar County, Texas.

3. I graduated from St. Mary's Law School, located in San Antonio, Texas where I obtained a Juris Doctorate degree. I am an active member of the San Antonio Bar Association and the Mexican American Bar Association.

4. From 1997 until 2006, I served as a member of the Texas House of Representatives, representing House District 118, and I have served as a member of the Texas State Senate, representing Senate District 19, since 2006.

5. During the 2007, 2009, and 2011 legislative sessions, the Texas State Senate considered photo identification legislation (H.B. 218 (80th Legislature, S.B. 362 (81st Legislature), and S.B. 14 (82d Legislature), respectively).

6. One day during the 2007 legislative session, I was sick with the flu. I reviewed the Senate calendar and it indicated that the Senate would debate non-controversial local legislation in the morning. I then called the office of Patsy Spaw, the Secretary of the Senate, to tell her that I would be arriving at the Senate by late afternoon. I also called the offices of Senator Jane Nelson and Senator Tommy Williams to inform them that I would be arriving late because of my illness.

7. Shortly after these phone calls, I received a call from Senator Juan Hinojosa, who informed me that I needed to come to the Senate immediately and vote on H.B. 218, the photo identification bill. He further informed me that supporters of H.B. 218 had changed the Senate calendar because, due to my absence, they believed they had the necessary votes to pass the bill. I rushed to the Senate floor to vote against H.B. 218.

8. When I arrived at the Senate, Senator John Whitmire, an opponent of H.B. 218, told me that he was counted absent from the vote even though he had checked in on the Senate floor, and had only momentarily stepped out, prior to the vote. It is highly unusual, and a deviation of Senate procedures, to consider a Senator absent after he or she has checked in on the Senate floor.

9. Although H.B. 218 passed on its first vote prior to my arrival, opponents of the bill forced a second vote. Because H.B. 218 did not receive the support of two-thirds of Senate members, H.B. 218 was defeated.

10. In 2011, the Senate majority exempted S.B. 14 outright from requiring support of two-thirds of the Senate. In other words, the requirement that at least twenty Senators agree on S.B. 14 before it could be called up for debate on the Senate floor was waived.

US_00006730

**Defendant's Exhibit #**
**283**                                    DE-001740

11. Requiring two-thirds of the Senate to support a bill is a basic, foundational rule of the Senate, which was highly unusual to waive, especially when the waiver was only applied to one bill. Of the thousands of bills awaiting debate on the Senate floor, the two-thirds rule was only waived for S.B 14 and was applied to all other pending Senate bills.

12. Normally, it takes sixty days for a bill to reach the Senate floor. During this sixty-day period, members are assigned to committees and changes could be made to filed bills. In contrast, S.B. 14 reached the Senate floor in two weeks of its filing, even before members were assigned to committees. Based on my experience in the Senate, this procedure was highly unusual.

13. During the Senate's consideration of S.B. 14, I testified that S.B. 14 would have a disproportionate effect on minority voters in Senate District 19 and the State of Texas as a whole.

14. As to Senate District 19, I stated that eight of the twenty-three counties do not have functional driver license offices. Loving County does not have a driver License office, and the driver license offices in Crockett County, Hudspeth County, Jeff Davis County, Kinney County, Real County, Bandera County, and Terrell County are temporarily closed. Additionally, Culberson County, Winkler County, Edwards County, and Sutton County are only open three days or less per week. I based this information on my communications with the Department of Public Safety regarding the location of its driver license offices in my Senate District.

15. I also provided examples of the steps that voters in my District would have to take, if they did not have a form of identification required by S.B. 14. For example, approximately 36,000 constituents in my District must travel an average of 137-mile round trip to the nearest full-service drivers license office. For thousands of constituents who live in Ozona, Presidio and Sierra Blanca, the average travel time to the nearest driver license office is approximately three hours round trip.

16. Based on information provided by DPS, I know that there are driver license offices in Senate District 19 and other Senate districts across the state that are open only one day per week. In some cases the offices are only open one day per month or operate with limited business hours. I also know that at the time S.B. 14 was considered there were 81 counties across the state that did not have an open driver license office where a resident could apply for a driver license.

17. I also stated on the Senate floor that as many as 47,000 of my constituents do not have a driver license office within their County, and I calculated that at least another 70,000 persons in Senate District 19 live in a county that has a driver license office with only partial or sporadic services, for example the first Tuesday of each Month from 9:00 am to 4:00 pm.

US_00006731

**Defendant's Exhibit #**
283

DE-001741

18. The repeated response from the bill's supporters was: "I am not advised" or "you should ask the Secretary of State." In my view, this response showed that the bill's supporters had no concern about the practical consequences of the bill on my constituents, who are primarily low-income Hispanics.

19. Based on the history of photo identification bills in Texas, the comments made about the bills, the procedures employed to enact S.B. 14, and the likely impact of S.B. 14 on minority voters, I believe S.B. 14 (2011) was passed in part with racially discriminatory intent.

20. I voted against S.B. 14.

21. This declaration is not intended to capture all of my knowledge or experiences that may be related to this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 9 April 2012

Carlos Uresti

SUBSCRIBED & SWORN TO BEFORE ME by the said Carlos Uresti on this 9th day of April 2012.

LISA NEIRA STOUT
MY COMMISSION EXPIRES
June 1, 2015

NOTARY
Lisa Neira Stout

US_00006732

**Defendant's Exhibit #**
283

DE-001742

Case 2:13-cv-00193   Document 676-18   Filed on 11/11/14 in TXSD   Page 5 of 23

PL1114
9/2/2014
2:13-cv-000193



**Certified Copy of a Birth Certificate**

The Department of State Health Services Vital Statistics Unit does not publish searchable birth indexes on our website. If you are interested in finding out if a record is on file in our office you must request a death verification in writing. More information on record verification can be found on our **Birth and Death Verfication request page**.

Ordering Birth Certificates through Texas.gov

 For fast, affordable service, order Texas birth certificates through TexasOnline, the official eGovernment site for the State of Texas. The current estimated processing time for TexasOnline orders is 10-15 business days.

Birth certificates for births within the past 75 years are considered protected records, and TexasOnline has the following requirements for requesting these records:

- If you reside in Texas, you can order your own record or the records of your immediate family members. If you live outside of Texas, you can order your own record or the record of your child, if you are listed as a parent on the record.
- You must have a valid state-issued driver's license or government-issued ID card.
- You must be ordering a record that is to be delivered within the United States, to U.S. territories or U.S. commonwealths, or to U.S. military addresses (APO, FPO).
- You must have a valid credit card.

If you do not meet these criteria, you cannot use TexasOnline to request a birth certificate from the past 75 years, but you can make the request by following the instructions below.

**Go to Texas.gov**

**Offline instructions for ordering a birth certificate**

1. Obtain and fill out an application for a certified copy of a birth certificate. You can either download one or pick one up in person. See the **table** below for details.

   For births that occurred within the past 75 years, copies can be requested only by the immediate family of the person whose name is on the birth certificate. If you are not an immediate family member, you must provide legal documentation, such as a court order establishing guardianship, that documents a direct and tangible interest in the birth certificate.

2. Send in the completed application with payment using one of the methods listed in the **table** below. **If the birth occurred within the past 75 years, you must include a photocopy of your valid photo ID issued by a governmental entity.** The following are acceptable forms of ID:

   - State-issued driver's license
   - State/city/county ID card
   - Student ID
   - Government employment badge or card
   - Prison ID
   - Military ID

**If you do not have a photo ID**, you can instead send a copy of the photo ID of an immediate family member, or you can send copies of two documents showing your name, such as a utility bill and your Social Security card. One of the documents must have your signature.



**Defendant's Exhibit #**
314

DE-002207

- **We will not be able to process applications for protected-records birth certificates if the application is received without a photo ID or the alternate IDs listed above.**

The processing times in the table below are estimates. Please make checks or money orders payable to DSHS.

| Offline application methods | Instructions | Cost | Payment methods accepted | Processing time for most requests |
|---|---|---|---|---|
| **In person at the Texas Vital Statistics Office (VSU) in Austin** | Come to our office at 1100 West 49th Street Austin, TX 78756 Monday-Friday 8 am - 5 pm | $22–Certified copy $60–Heirloom | **Cash** **Check** **Money order** | **Short form birth certificates can usually be produced in 30 minutes to 2 hours. If you need a long form birth certificate, it may take several days to process.** |
| **If you cannot order online, we offer an Offline Expedited Service** **Orders must be sent to Texas Vital Statistics via an overnight mail service, such as Fedex, Lone Star, UPS, etc. Do not send via USPS Priority Mail.** | Application–pdf (28K) | $22–Certified copy or $60–Heirloom + $5 expedited processing fee + return delivery cost of $8 for Lonestar or $18.50 express mail* | Check or Money order | 10-15 business days **Please note:** this estimate applies only to complete and acceptable applications. Incomplete or unacceptable applications will require additional processing time. |
| **U.S. Postal Service regular mail** | Application–Word (58K) Application–pdf (28K) | $22–Certified copy $60–Heirloom + return delivery cost of $8 for UPS or $18.50 express mail (optional)* | Check Money order | 6-8 weeks |

*The cost of Lonestar overnight to most U.S. locations is $8.00. Additional fees will be added if the certificates need to be mailed outside the continental U.S or if additional services are needed such as Saturday delivery or delivery before 8:00 AM. Click **here** to get an estimate of those costs. The cost of express mail delivery to a post office box, Hawaii, Alaska, U.S. territories or U.S. commonwealths is $18.50. The cost of Priority Mail delivery to a military address is $4.95. These delivery methods offer security and tracking capabilities that are not available with regular mail.

**Click here for information on viewing files.**

*External links to other sites are intended to be informational and do not have the endorsement of the Texas Department of State Health Services. These sites may also not be accessible to people with disabilities.*

*Last updated November 16, 2011*

**Defendant's Exhibit #**
**314**         DE-002208

# The Senate of The State of Texas

## Senator Leticia Van de Putte, R. Ph.
### District 26

January 21, 2011

The Honorable Robert Duncan
Texas Senate
3E.10 - Capitol Building
Austin, TX 78711

Senator Duncan:

Thank you for our candid discussion yesterday.  After talking on the phone with those Senators who represent districts in which minority voters are electing candidates of their choice, and who also speak on behalf of the minority voters in the state, it is clear that there is widespread concern regarding the process we discussed.  I want to reiterate our deep concern for the timing of the public hearing on voter I.D. legislation, along with other related troublesome issues. We are also extremely concerned that the timing of this will not allow the participation of those who would be deeply affected -- senior citizens, those with disabilities, students, and women with children.

First of all, the Lieutenant Governor, fully aware that most if not all of the Senators had left town on Thursday (if not Wednesday afternoon), waited until very late in the day Thursday to deliver a letter to Senators, literally slipping it under most office doors after hours, serving notice that the Senate would convene as a Committee-of-the-Whole the following Monday, four days later, in order to take up voter I.D. legislation. He did so a day after the Senate unanimously passed Senator Whitmire's resolution specifically authorizing all Senators to be absent from the Capitol until Monday afternoon.

Please understand the stark contrast to the previous session two years ago, when Senators knew a month or more in advance that a full hearing on this legislation would take place, and were able to adequately prepare for it.

Δ π EXHIBIT 35

Deponent __US__
Date __5-30-12__
_____ Rptr __
WWW.DEPOROOK.COM

It is impossible to interpret this action in any way other than to prevent a balanced discussion and full participation on this issue. With all due respect, no fair-minded judge in America would allow a trial involving fundamental rights to proceed without providing each side adequate time to prepare.

Additionally, as you know, on this issue alone, Senate Republicans have ensured that Senators representing districts in which minority voters are playing a determinative role in electing Senators of their choice will be unable to protect our constituents by blocking this legislation, by bypassing the Senate two-thirds tradition and instead considering voter I.D. legislation through a "special order"-- adopted in Senate rules earlier this week. This action ensures that we cannot block this legislation as would be possible with any other legislation considered this session. In previous legislative sessions in which we have preserved the two-thirds rule, all the Senators representing districts in which minority voters are playing a determinative role in electing the Senator of their choice did indeed block legislation designed to achieve the same result blocking the bill.

Some Senators also point out that under the Senate Rules of the 82nd Legislature (SR 36), there has been inadequate notice of posting under our rules to proceed with this legislation which cannot be remedied such that that any bill would be eligible to be heard on Monday.

Finally, I would again point out to you that Monday, in consultation with the state's leadership, we had already arranged to dedicate this day as "Wounded Warriors Day," in which combat veterans from across the state are to be honored by the Texas Senate. I fear that to schedule a time-consuming and divisive hearing on voter I.D. legislation for the same day would be interpreted by these veterans, and many Texans, as disrespectful.

In light of all of the above, I again ask that you reconsider your decision to convene a Committee-of-the-Whole on Monday and instead afford Senators speaking on behalf of minority voters adequate time to prepare to address the issue and prepare a sufficient record for this completely different type of voter I.D. bill.

Sincerely,

Leticia Van de Putte, R.Ph.

cc: US Department of Justice, Voting Rights Section

TX_000344

**Defendant's Exhibit #**
352

DE-002391

PL1116
9/2/2014
2:13-cv-000193

| Region | County | City | Hours of Operation | Late Day |
|--------|--------|------|---------------------|----------|
| 1A | Bosque | Meridian | 9:00-4:00 W,Th | N/A |
| 1A | Bowie | New Boston | 8:30-5:00 M,T,W,Th,F | N/A |
| 1A | Bowie | Texarkana | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Camp | Pittsburg | Closed temporarily | N/A |
| 1A | Cass | Atlanta | 8:30-5:00 T,Th | N/A |
| 1A | Cherokee | Jacksonville | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Cherokee | Rusk | Closed | N/A |
| 1A | Dallas | Carrollton | 8:00-5:00 M,W,TH,F | 8:00-6:00 T |
| 1A | Dallas | Cedar Hill | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1A | Dallas | Dallas DT | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Dallas | Dallas East | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1A | Dallas | Dallas SW | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1A | Dallas | Garland | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1A | Dallas | Garland Mega | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1A | Dallas | Grand Prairie | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1A | Dallas | Irving | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1A | Franklin | Mount Vernon | Closed temporarily | N/A |
| 1A | Gregg | Longview | 8:00-5:00 M,T,W,F | 8:00-6:00 T |
| 1A | Harrison | Marshall | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Hopkins | Sulphur Springs | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Hunt | Greenville | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Kaufman | Terrell | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Morris | Daingerfield | 8:30-5:00 M,T,W,Th,F | N/A |
| 1A | Panola | Carthage | 8:00-4:30 M,F | N/A |
| 1A | Rains | Emory | 9:00-4:00 W | N/A |
| 1A | Red River | Clarksville | 8:00-4:30 M,T,W,F | N/A |
| 1A | Rockwall | Rockwall | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Rusk | Henderson | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Smith | Tyler | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1A | Titus | Mount Pleasant | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Upshur | Gilmer | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Van Zandt | Canton | 8:00-5:00 M,T,W,Th,F | N/A |
| 1A | Wood | Quitman | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Anderson | Palestine | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Collin | McKinney | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Collin | Plano | 7:30-5:00 M,W,Th,F | 8:00-6:00 T |
| 1B | Cooke | Gainesville | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Delta | Cooper | Closed temporarily | N/A |
| 1B | Denton | Denton | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Denton | Lewisville | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Ellis | Waxahachie | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Erath | Stephenville | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Fannin | Bonham | 8:30-5:00 M,T,W,Th,F | N/A |
| 1B | Grayson | Sherman | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Henderson | Athens | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Hood | Granbury | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Johnson | Cleburne | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Lamar | Paris | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Navarro | Corsicana | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Palo Pinto | Mineral Wells | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Parker | Weatherford | 8:00-5:00 M,T,W,Th,F | N/A |
| 1B | Tarrant | Arlington | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1B | Tarrant | Fort Worth | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |

US EXHIBIT
841
Davis

**Defendant's Exhibit #**
361

DE-002415

| Number of Employees | Office Type FT or Scheduled | Total FTE | Should Have |
|---|---|---|---|
| 0 | S | 217 | 217 |
| 1 | FT | | |
| 3 | FT | | |
| 0 | S | | |
| 1 | FT | | |
| 2 | FT | | |
| 0 | S | | |
| 14 | FT | | |
| 10 | FT | | |
| 5 | FT | | |
| 21 | FT | | |
| 12 | FT | | |
| 26 | FT | | |
| 46 | FT | | |
| 9 | FT | | |
| 12 | FT | | |
| 0 | S | | |
| 8.5 | FT | | |
| 3 | FT | | |
| 2 | FT | | |
| 3 | FT | | |
| 6 | FT | | |
| 1 | FT | | |
| 1 | FT | | |
| 0 | S | | |
| 1 | FT | | |
| 4 | FT | | |
| 2 | FT | | |
| 12.5 | FT | | |
| 5 | FT | | |
| 2 | FT | | |
| 2 | FT | | |
| 2 | FT | | |
| 2 | FT | 212 | 212 |
| 14 | FT | | |
| 20 | FT | | |
| 2 | FT | | |
| 0 | S | | |
| 11 | FT | | |
| 11 | FT | | |
| 12 | FT | | |
| 2 | FT | | |
| 1 | FT | | |
| 5 | FT | | |
| 3 | FT | | |
| 2.5 | FT | | |
| 8 | FT | | |
| 2 | FT | | |
| 2.5 | FT | | |
| 2 | FT | | |
| 6 | FT | | |
| 15 | FT | | |
| 15 | FT | | |

TXDPS                              Driver License Offices                              6/12/2012

TX_00298474

**Defendant's Exhibit #**
361

DE-002416

| Region | County | City | Hours of Operation | Late Day |
|--------|--------|------|--------------------|----------|
| 1B | Tarrant | Hurst | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1B | Tarrant | Lake Worth | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1B | Tarrant | Fort Worth Mega | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 1B | Wise | Decatur | 8:00-5:00 M,W,Th,F | N/A |
| 2A | Austin | Bellville | Closed temporarily | N/A |
| 2A | Austin | Sealy | Closed temporarily | N/A |
| 2A | Brazos | Bryan | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2A | Burleson | Caldwell | 9:00-4:00 T | N/A |
| 2A | Colorado | Columbus | 8:00-5:00 M,T,W,Th,F | N/A |
| 2A | Fort Bend | Rosenberg MC | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2A | Grimes | Navasota | Closed temporarily | N/A |
| 2A | Harris | Hou Townhurst | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2A | Harris | Hou Gessner | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2A | Harris | Hou Grant Rd | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2A | Harris | Hou Dacoma | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2A | Harris | Hou Vantage Pk | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2A | Leon | Centerville | 8:30-4:30 W,Th | N/A |
| 2A | Madison | Madisonville | Closed temporarily | N/A |
| 2A | Matagorda | Bay City | 8:00-5:00 M,T,W,F | N/A |
| 2A | Matagorda | Palacios | Closed temporarily | N/A |
| 2A | Robertson | Hearne | Closed temporarily | N/A |
| 2A | Waller | Hempstead | 8:00-5:00 M,T,W,F | N/A |
| 2A | Washington | Brenham | 8:00-5:00 M,T,W,Th,F | N/A |
| 2A | Wharton | Pierce | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Angelina | Lufkin | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Harris | Baytown | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Brazoria | Alvin | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Brazoria | Angleton | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Chambers | Wallisville | 8:00-4:30 M,T,W,Th,F | N/A |
| 2B | Galveston | Galveston | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Galveston | Texas City | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Hardin | Kountze | 2nd/4th Tues 9:00 - 4:00 | N/A |
| 2B | Harris | Webster | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2B | Harris | Hou East | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2B | Harris | Hou Winkler | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2B | Harris | Humble | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2B | Harris | Pasadena | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2B | Harris | Katy | Closed | N/A |
| 2B | Harris | Spring Mega | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2B | Houston | Crockett | 8:30-4:00 M,T,W,Th,F | N/A |
| 2B | Jasper | Jasper | 8:00-5:00 M,W,Th,F | N/A |
| 2B | Jefferson | Beaumont | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 2B | Jefferson | Port Arthur | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Liberty | Cleveland | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Liberty | Liberty | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Montgomery | Conroe | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Nacogdoches | Nacogdoches | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Orange | Orange | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Polk | Livingston | 8:00-5:00 M,T,W,Th,F | N/A |
| 2B | Sabine | Hemphill | Closed temporarily | N/A |
| 2B | San Jacinto | Coldspring | Closed temporarily | N/A |
| 2B | Shelby | Center | 8:00-4:30 M,T,W,Th,F | N/A |
| 2B | Trinity | Trinity | Closed temporarily | N/A |

TX_00298475

**Defendant's Exhibit #**
361

DE-002417

| Number of Employees | Office Type FT or Scheduled | Total FTE | Should Have |
|---|---|---|---|
| 23 | FT | | |
| 13 | FT | | |
| 36 | FT | | |
| 4 | FT | | |
| 0 | S | 204 | 204 |
| 0 | S | | |
| 14 | FT | | |
| 0 | S | | |
| 3 | FT | | |
| 51 | FT | | |
| 0 | S | | |
| 18 | FT | | |
| 52.5 | FT | | |
| 16 | FT | | |
| 22 | FT | | |
| 16 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 2 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 3 | FT | | |
| 3 | FT | | |
| 3 | FT | | |
| 7 | FT | 185 | 185 |
| 10 | FT | | |
| 6 | FT | | |
| 4 | FT | | |
| 2 | FT | | |
| 3 | FT | | |
| 8 | FT | | |
| 0 | S | | |
| 13 | FT | | |
| 9 | FT | | |
| 16 | FT | | |
| 11 | FT | | |
| 11 | FT | | |
| 0 | FT | | |
| 35 | FT | | |
| 1 | FT | | |
| 3 | FT | | |
| 9 | FT | | |
| 3 | FT | | |
| 3 | FT | | |
| 2 | FT | | |
| 17 | FT | | |
| 3 | FT | | |
| 3 | FT | | |
| 2 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 1 | FT | | |
| 0 | S | | |

TX_00298476

**Defendant's Exhibit #**
361

DE-002418

| Region | County | City | Hours of Operation | Late Day |
|---|---|---|---|---|
| 2B | Tyler | Woodville | 9:00 - 4:00 W,Th | N/A |
| 2B | Walker | Huntsville | 8:00-5:00 M,T,W,Th,F | N/A |
| 3 | Bee | Beeville | 8:00-5:00 M,W,Th,F | N/A |
| 3 | Brooks | Falfurrias | 8:30-4:00 T | N/A |
| 3 | Cameron | Brownsville | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 3 | Cameron | Harlingen | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 3 | Cameron | Port Isabel | Closed temporarily | N/A |
| 3 | Duval | Freer | Closed temporarily | N/A |
| 3 | Edwards | Rocksprings | Closed temporarily | N/A |
| 3 | Hidalgo | McAllen | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 3 | Hildago | Edinburg | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 3 | Hildago | Palmview | 8:00-5:00 M,T,W,Th,F | N/A |
| 3 | Hildago | Weslaco | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 3 | Jim Hogg | Hebbronville | Closed temporarily | N/A |
| 3 | Jim Wells | Alice | 8:00-5:00 M,T,W,Th,F | N/A |
| 3 | Kinney | Brackettville | Closed temporarily | N/A |
| 3 | Kleberg | Kingsville | 8:00-5:00 M,W,Th,F       8:30-5:00 T | N/A |
| 3 | La Salle | Cotulla | Closed temporarily | N/A |
| 3 | Live Oak | George West | 9:00-4:00 T,W | N/A |
| 3 | Maverick | Eagle Pass | 8:00-5:00 M,T,W,Th,F | N/A |
| 3 | McMullen | Tilden | Closed temporarily | N/A |
| 3 | Nueces | Corpus Christi | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 3 | Real | Leakey | Closed temporarily | N/A |
| 3 | Refugio | Refugio | Closed temporarily | N/A |
| 3 | San Patricio | Aransas Pass | 8:00-5:00 M,T,W,Th,F | N/A |
| 3 | San Patricio | Sinton | 8:30-5:00 M,T,W,Th,F | N/A |
| 3 | Starr | Rio Grande City | 8:00-5:00 M,T,W,Th,F | N/A |
| 3 | Uvalde | Uvalde | 8:00-5:00 M,W,Th,F<br>8:30-5:00 T | N/A |
| 3 | Val Verde | Del Rio | 8:00-5:00 M,T,W,Th,F | N/A |
| 3 | Webb | Laredo | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 3 | Zapata | Zapata | 8:30-5:00 M,T,W,Th,F | N/A |
| 3 | Zavala | Crystal City | 8:00-4:30 M,T,W,Th,F | N/A |
| 4 | Andrews | Andrews | 8:30-5:00 M,T,W,Th,F | N/A |
| 4 | Blanco | Johnson City | Closed temporarily | N/A |
| 4 | Brewster | Alpine | 8:30-5:00 M,T,W,Th,F | N/A |
| 4 | Coke | Robert Lee | Closed temporarily | N/A |
| 4 | Concho | Eden | Closed temporarily | N/A |
| 4 | Crane | Crane | 8:30-5:00 M | N/A |
| 4 | Dawson | Lamesa | 8:30-5:00 M,T,W,Th,F | N/A |
| 4 | Crockett | Ozona | Closed temporarily | N/A |
| 4 | Culberson | Van Horn | 9:00-5:00 Th | N/A |
| 4 | Ector | Odessa | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 4 | El Paso | EP Gateway | 7:00-6:00 M,T,W,Th,F | N/A |
| 4 | El Paso | EP NW | 8:00-5:00 M,W,Th,F | 7:00-6:00 T |
| 4 | El Paso | EP Hondo Pass | 8:00-5:00 M,W,Th,F | 7:00-6:00 T |
| 4 | El Paso | EP SS | 7:30-5:00 M,W,Th,F | 7:00-6:00 T |
| 4 | El Paso | Fort Bliss | 7:30-5:00 M,T,W,Th,F | N/A |
| 4 | Gaines | Seminole | 8:30-5:00 M,T,W,Th,F | N/A |
| 4 | Glasscock | Garden City | Closed temporarily | N/A |
| 4 | Howard | Big Spring | 8:30-5:00 M,T,W,Th,F | N/A |
| 4 | Hudspeth | Dell City | Closed temporarily | N/A |
| 4 | Hudspeth | Sierra Blanca | Closed temporarily | N/A |

TX_00298477

**Defendant's Exhibit #**
361

DE-002419

| Number of Employees | Office Type FT or Scheduled | Total FTE | Should Have |
|:---:|:---:|:---:|:---:|
| 0 | S | | |
| 3 | FT | | |
| 2 | FT | 108 | 108 |
| 0 | S | | |
| 11 | FT | | |
| 6 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 14 | FT | | |
| 8 | FT | | |
| 2 | FT | | |
| 10 | FT | | |
| 0 | S | | |
| 4 | FT | | |
| 0 | S | | |
| 2 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 3 | FT | | |
| 0 | S | | |
| 20 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 2 | FT | | |
| 1 | FT | | |
| 2 | FT | | |
| 3 | FT | | |
| 4 | FT | | |
| 12 | FT | | |
| 1 | FT | | |
| 1 | FT | | |
| 1 | FT | 96 | 96 |
| 0 | S | | |
| 1 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 1 | S | | |
| 1 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 12 | FT | | |
| 15 | FT | | |
| 10 | FT | | |
| 8 | FT | | |
| 15 | FT | | |
| 3 | FT | | |
| 1 | FT | | |
| 0 | S | | |
| 2 | FT | | |
| 0 | S | | |
| 0 | S | | |

TX_00298478

**Defendant's Exhibit #**
361

DE-002420

| Region | County | City | Hours of Operation | Late Day |
|--------|--------|------|--------------------|----------| 
| 4 | Irion | Mertzon | Closed temporarily | N/A |
| 4 | Jeff Davis | Fort Davis | Closed temporarily | N/A |
| 4 | Kimble | Junction | Closed temporarily | N/A |
| 4 | Martin | Stanton | 9:00-4:00 T | N/A |
| 4 | Mason | Mason | Closed temporarily | N/A |
| 4 | McCulloch | Brady | 8:30-5:00 M,T,W,Th,F | N/A |
| 4 | Menard | Menard | Closed temporarily | N/A |
| 4 | Midland | Midland | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 4 | Pecos | Fort Stockton | 8:30-5:00 M,T,W,Th,F | N/A |
| 4 | Pecos | Iraan | Closed temporarily | N/A |
| 4 | Presidio | Presidio | 8:30-5:00 M,T,W,Th,F | N/A |
| 4 | Presidio | Marfa | Closed temporarily | N/A |
| 4 | Reagan | Big Lake | 9:15-3:45 W & Th | N/A |
| 4 | Reeves | Pecos | 8:30-5:00 M,T,W,F | N/A |
| 4 | Schleicher | Eldorado | Closed temporarily | N/A |
| 4 | Sterling | Sterling City | Closed temporarily | N/A |
| 4 | Sutton | Sonora | 9:30-3:15 Th | N/A |
| 4 | Terrell | Sanderson | Closed temporarily | N/A |
| 4 | Tom Green | San Angelo | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 4 | Upton | McCamey | Closed temporarily | N/A |
| 4 | Upton | Rankin | Closed temporarily | N/A |
| 4 | Ward | Monahans | 8:30-5:00 M,T,Th,F | N/A |
| 4 | Winkler | Kermit | 8:30-4:15 W,Th | N/A |
| 5 | Archer | Archer City | Closed temporarily | N/A |
| 5 | Armstrong | Claude | Closed temporarily | N/A |
| 5 | Bailey | Muleshoe | 8:30-5:00 M,T,W,Th,F | N/A |
| 5 | Baylor | Seymour | 9:15-3:45 T, Th | N/A |
| 5 | Briscoe | Silverton | Closed temporarily | N/A |
| 5 | Brown | Brownwood | 8:00-5:00 M,T,W,Th,F | N/A |
| 5 | Callahan | Baird | 9:00-4:00 1st, 3rd, & 5th W | N/A |
| 5 | Callahan | Cross Plains | Closed temporarily | N/A |
| 5 | Carson | Panhandle | 9:00-4:00        1st, 3rd, & 5th T | N/A |
| 5 | Castro | Dimmitt | 8:30-5:00 M,Th,F | N/A |
| 5 | Childress | Childress | 8:00-5:00 M,T,W,Th,F | N/A |
| 5 | Clay | Henrietta | Closed temporarily | N/A |
| 5 | Cochran | Morton | Closed temporarily | N/A |
| 5 | Coleman | Coleman | 8:30-5:00 M,Th,F | N/A |
| 5 | Collingsworth | Wellington | Closed temporarily | N/A |
| 5 | Comanche | Comanche | 8:30-5:00 M,T,W,Th,F | N/A |
| 5 | Cottle | Paducah | Closed temporarily | N/A |
| 5 | Crosby | Crosbyton | 8:30-5:00 M,T,W,Th,F closed 1st Th | N/A |
| 5 | Dallam | Dalhart | 9:00-4:00 T | N/A |
| 5 | Deaf Smith | Hereford | 8:30-5:00 M,T,W,Th,F | N/A |
| 5 | Dickens | Spur | Closed temporarily | N/A |
| 5 | Donley | Clarendon | 9:00-3:45 Th | N/A |
| 5 | Eastland | Eastland | 8:00-5:00 M,F 8:30-5:00 T,W,Th | N/A |
| 5 | Fisher | Roby | 9:00-4:00 1st, 3rd, & 5th W | N/A |
| 5 | Floyd | Floydada | 8:00-5:00 M,W,Th,F | N/A |
| 5 | Foard | Crowell | Closed temporarily | N/A |

TX_00298470

**Defendant's Exhibit #**
361

DE-002421

| Number of Employees | Office Type FT or Scheduled | Total FTE | Should Have |
|---|---|---|---|
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 1 | FT | | |
| 0 | S | | |
| 13 | FT | | |
| 2 | FT | | |
| 0 | S | | |
| 1 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 1 | S | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 7 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 1 | S | | |
| 0 | S | | |
| 0 | S | 99 | 99 |
| 0 | S | | |
| 1 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 2 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 1 | S | | |
| 2 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 1 | S | | |
| 0 | S | | |
| 1 | FT | | |
| 0 | S | | |
| 1 | S | | |
| 0 | S | | |
| 2 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 2 | FT | | |
| 0 | S | | |
| 1 | S | | |
| 0 | S | | |

Driver License Offices

Defendant's Exhibit #
361
DE-002422

| Region | County | City | Hours of Operation | Late Day |
|--------|--------|------|--------------------|----------|
| 5 | Garza | Post | Closed temporarily | N/A |
| 5 | Gray | Pampa | 8:00-5:00 M,T,W,Th,F | N/A |
| 5 | Hale | Plainview | 8:00-5:00 M,T,W,Th,F | N/A |
| 5 | Hall | Memphis | Closed temporarily | N/A |
| 5 | Hansford | Spearman | Closed temporarily | N/A |
| 5 | Hardeman | Quanah | 9:00-4:00        Closed 1st Tues | N/A |
| 5 | Hartley | Channing | Closed temporarily | N/A |
| 5 | Haskell | Haskell | 8:30-5:00 M,Th<br>8:30-4:30 F | N/A |
| 5 | Hemphill | Canadian | 9:00-4:00 W        2nd & 5th T | N/A |
| 5 | Hockley | Levelland | 8:30-5:00 M,T,W,Th,F | N/A |
| 5 | Hutchinson | Borger | 8:00-5:00 M,T,W,Th,F | N/A |
| 5 | Jack | Jacksboro | Closed temporarily | N/A |
| 5 | Jones | Anson | 8:30-5:00 M,T,W,Th,F<br>Closed 1st,3rd & 5th Wed | N/A |
| 5 | Kent | Jayton | Closed temporarily | N/A |
| 5 | Knox | Munday | 8:30-4:15 W | N/A |
| 5 | Lamb | Littlefield | 8:30-5:00 M,T,W,Th,F | N/A |
| 5 | Lipscomb | Follett | Closed temporarily | N/A |
| 5 | Lipscomb | Higgins | Closed temporarily | N/A |
| 5 | Lubbock | Lubbock | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 5 | Lubbock | Slaton | Closed temporarily | N/A |
| 5 | Lynn | Tahoka | Closed temporarily | N/A |
| 5 | Mitchell | Colorado City | 8:30-5:00 M<br>8:30-1:00 F | N/A |
| 5 | Montague | Bowie | 9:00-5:00 M,T     8:00-5:00<br>W,Th,F | N/A |
| 5 | Montague | Nocona | Closed temporarily | N/A |
| 5 | Moore | Dumas | 8:00-5:00 M,W,Th,F | N/A |
| 5 | Motley | Matador | Closed temporarily | N/A |
| 5 | Nolan | Sweetwater | 8:30-5:00 M,T,W,Th,F | N/A |
| 5 | Ochiltree | Perryton | 8:00-5:00 M,T,Th,F<br>8:30-5:00 W | N/A |
| 5 | Oldham | Vega | Closed temporarily | N/A |
| 5 | Parmer | Friona | 9:00-4:30 T,W | N/A |
| 5 | Randall | Amarillo | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 5 | Roberts | Miami | Closed temporarily | N/A |
| 5 | Runnels | Ballinger | 8:45-4:15 T,W | N/A |
| 5 | Scurry | Snyder | 8:30-5:00 T,W,Th | N/A |
| 5 | Shackelford | Albany | Closed temporarily | N/A |
| 5 | Sherman | Stratford | Closed temporarily | N/A |
| 5 | Stephens | Breckenridge | 1:30-5:00 T<br>8:30-5:00 W,Th | N/A |
| 5 | Stonewall | Aspermont | Closed temporarily | N/A |
| 5 | Swisher | Tulia | 8:30-4:30 T,W | N/A |
| 5 | Taylor | Abilene | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 5 | Terry | Brownfield | 8:30-5:00 M,T,W,Th,F | N/A |
| 5 | Throckmorton | Throckmorton | Closed temporarily | N/A |
| 5 | Wheeler | Shamrock | Closed temporarily | N/A |
| 5 | Wheeler | Wheeler | Closed temporarily | N/A |
| 5 | Wichita | Wichita Falls | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 5 | Wilbarger | Vernon | 8:00-5:00 M,W,Th,F<br>8:30-5:00 T | N/A |
| 5 | Yoakum | Denver City | 8:30-5:00 M,T,W,Th,F | N/A |

TX_0029848

**Defendant's Exhibit #**
361

DE-002423

| Number of Employees | Office Type FT or Scheduled | Total FTE | Should Have |
|---|---|---|---|
| 0 | S | | |
| 4 | FT | | |
| 4 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 1 | S | | |
| 0 | S | | |
| 2 | FT | | |
| 2 | FT | | |
| 0 | S | | |
| 1 | S | | |
| 0 | S | | |
| 0 | S | | |
| 1 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 19 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 1 | S | | |
| 1.5 | S | | |
| 0 | S | | |
| 2 | S | | |
| 0 | S | | |
| 1 | FT | | |
| 2 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 13 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 0.5 | S | | |
| 0 | S | | |
| 0 | S | | |
| 10 | FT | | |
| 2 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 12 | FT | | |
| 2 | FT | | |
| 1 | FT | | |

TX_0029848

Defendant's Exhibit #
361

DE-002424

| Region | County | City | Hours of Operation | Late Day |
|--------|--------|------|--------------------|----------|
| 5 | Young | Graham | 8:30-5:00 M,T,W,Th,F | N/A |
| 5 | Young | Olney | Closed temporarily | N/A |
| 6A | Atascosa | Jourdanton | 8:00-5:00 M,T,W,Th,F | N/A |
| 6A | Bandera | Bandera | Closed temporarily | N/A |
| 6A | Bastrop | Bastrop | 8:00-5:00 M,T,W,Th,F | N/A |
| 6A | Bastrop | Elgin | Closed temporarily | N/A |
| 6A | Bexar | SA Gen Mac | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 6A | Bexar | SA Babcock | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 6A | Bexar | SA South East | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 6A | Bexar | SA Pat Booker | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 6A | Caldwell | Lockhart | Closed temporarily | N/A |
| 6A | Calhoun | Port Lavaca | 8:30-5:00 M,T,W,Th,F | N/A |
| 6A | Comal | New Braunfels | 8:00-5:00 M,T,W,Th,F | N/A |
| 6A | DeWitt | Cuero | 8:30-5:00 M,T,W,Th,F | N/A |
| 6A | Fayette | La Grange | Closed temporarily | N/A |
| 6A | Fayette | Schulenburg | Closed temporarily | N/A |
| 6A | Frio | Pearsall | Closed temporarily | N/A |
| 6A | Gillespie | Fredericksburg | 8:30-5:00 M,T,W,Th,F | N/A |
| 6A | Goliad | Goliad | Closed temporarily | N/A |
| 6A | Gonzales | Gonzales | 8:30-5:00 M,T,W,Th,F | N/A |
| 6A | Guadalupe | Seguin | 8:00-5:00 M,T,W,Th,F | N/A |
| 6A | Hays | San Marcos | 8:00-5:00 M,T,W,Th,F | N/A |
| 6A | Bexar | SA Mega | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 6A | Jackson | Edna | Closed temporarily | N/A |
| 6A | Karnes | Karnes City | Closed temporarily | N/A |
| 6A | Kendall | Boerne | 8:00-5:00 M,T,W,Th,F | N/A |
| 6A | Kerr | Kerrville | 8:30-5:00 M,T,W,Th,F | N/A |
| 6A | Lavaca | Hallettsville | 9:00-4:00 T,W | N/A |
| 6A | Lee | Giddings | 8:30-4:15 T,W | N/A |
| 6A | Medina | Hondo | 8:00-5:00 M,T,W,Th,F | N/A |
| 6A | Victoria | Victoria | 8:00-5:00 M,T,W,Th,F | N/A |
| 6A | Wilson | Floresville | 8:30-5:00 M,T,W,Th,F | N/A |
| 6B | Bell | Fort Hood | 8:30-5:00 M,T,W,Th,F | N/A |
| 6B | Bell | Temple | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 6B | Bell | Killeen | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 6B | Borden | Gail | Closed temporarily | N/A |
| 6B | Burnet | Marble Falls | 8:30-5:00 M,T,W,Th,F | N/A |
| 6B | Burnet | Burnet | 8:30-5:00 M,W,F | N/A |
| 6B | Coryell | Copperas Cove | 8:00-5:00 M,T,W,Th,F | N/A |
| 6B | Coryell | Gatesville | 8:30-5:00 M,T,W,Th,F | N/A |
| 6B | Freestone | Fairfield | 9:00-4:00 W | N/A |
| 6B | Hamilton | Hamilton | 8:30-5:00 T,W | N/A |
| 6B | Hill | Hillsboro | 8:00-5:00 M,T,W,Th,F | N/A |
| 6B | Lampasas | Lampasas | 8:30-5:00 T,W,Th | N/A |
| 6B | Limestone | Groesbeck | 8:30-5:00 M,T,Th,F | N/A |
| 6B | Llano | Llano | 9:00-4:30 T,Th | N/A |
| 6B | McLennan | Waco | 8:00-5:00 M,W,Th | 8:00-6:00 T |
| 6B | Milam | Cameron | 8:30-5:00 M,Th,F | N/A |
| 6B | Mills | Goldthwaite | 9:00-4:00 Th | N/A |
| 6B | San Saba | San Saba | Closed temporarily | N/A |
| 6B | Travis | Austin Capitol | 8:00-5:00 M,T,W,Th,F | N/A |
| 6B | Travis | Austin Denson | 8:00-5:00 M,T,W,Th,F | N/A |
| 6B | Travis | Austin North | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |

TX_0029848

**Defendant's Exhibit #**
361

DE-002425

| Number of Employees | Office Type FT or Scheduled | Total FTE | Should Have |
|---|---|---|---|
| 3 | FT | | |
| 0 | S | | |
| 2 | FT | 150 | 150 |
| 0 | S | | |
| 4 | FT | | |
| 0 | S | | |
| 13 | FT | | |
| 19 | FT | | |
| 16 | FT | | |
| 21 | FT | | |
| 0 | S | | |
| 1 | FT | | |
| 6 | FT | | |
| 1 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 0 | S | | |
| 1 | FT | | |
| 0 | S | | |
| 2 | FT | | |
| 3 | FT | | |
| 6 | FT | | |
| 37 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 4 | FT | | |
| 4 | FT | | |
| 0 | S | | |
| 0 | S | | |
| 2 | FT | | |
| 6 | FT | | |
| 2 | FT | | |
| 1 | FT | 148 | 148 |
| 7 | FT | | |
| 8 | FT | | |
| 0 | S | | |
| 2 | FT | | |
| 1 | S | | |
| 2 | FT | | |
| 1 | FT | | |
| 0 | S | | |
| 1 | S | | |
| 2 | FT | | |
| 1 | S | | |
| 1 | S | | |
| 0 | S | | |
| 17 | FT | | |
| 1 | S | | |
| 0 | S | | |
| 0 | S | | |
| 1 | FT | | |
| 4 | FT | | |
| 25 | FT | | |

Driver License Offices

6/12/2012

TX_0029848•

**Defendant's Exhibit #**
361

DE-002426

| Region | County | City | Hours of Operation | Late Day |
|--------|--------|------|--------------------|----------|
| 6B | Travis | Austin South | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 6B | Williamson | Austin NW | 8:00-5:00 M,T,Th,F | 8:00-6:00 T |
| 6B | Williamson | Georgetown | 8:00-5:00 M,T,W,Th,F | N/A |
| 6B | Williamson | Pflugerville Mega | 8:00-5:00 M,W,Th,F | 8:00-6:00 T |
| 6B | Williamson | Taylor | 8:30-5:00 M,T,W,Th,F | N/A |

TX_00298485

**Defendant's Exhibit #**
361

DE-002427

| Number of Employees | Office Type FT or Scheduled | Total FTE | Should Have |
|---|---|---|---|
| 16 | FT | | |
| 12 | FT | | |
| 6 | FT | | |
| 37 | FT | | |
| 2 | FT | | |
| 1419 | | 1419 | 1419 |

**Defendant's Exhibit #**
361

DE-002428

**PL1117**
**9/2/2014**
**2:13-cv-000193**

# Texas Legislature
## Bills By Committee
## Voter Identification & Voter Fraud, Select
### 82nd Legislature Regular Session
### Report Date: 5/10/2012

Number of Bills: 1

**Bills Out of Committee (1):**

SB 14     Author:     Fraser | Birdwell | Carona | Deuell | Duncan | et al.

            Sponsor:     Harless | Taylor, Larry | Pena | Truitt | Smith, Todd

            Last Action: 05/27/2011 E See remarks for effective date

            Caption:     Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.



**Exhibit**

Exhibit No. US 13
Name Harless
Date 5·15·12
ESQUIRE

**Defendant's Exhibit #**
**409**           DE-004134