

# Summary Of Conclusions

- A disproportionate share of registered voters who will need a new ID to continue to be able to vote under SB 14 are African American.

- Acquiring an ID for the purpose of voting, including a nominally free ID, comes with real economic costs.

- The burden of the costs imposed by SB 14 is substantially higher for African-American Texans, who are disproportionately poorer, than for white Texans.

# Share Of Registered Voters Who Must Obtain SB 14 ID – By Race

Case 2:13-cv-00193 Document 677-6 Filed on 11/11/14 in TXSD Page 3 of 19



*Source: Third Amended Expert Report of Coleman Bazelon, Table 1*

3

# Odds Ratio- Likelihood Of Needing To Obtain SB 14-Compliant ID In Order To Vote In Person



*Source: Second Amended Reply Report of Coleman Bazelon, ¶34*

4

# Minorities Are Disproportionately Impacted By SB 14 ID Requirement



*Source: Calculation from Third Amended Expert Report of Coleman Bazelon, Table 1*

# Illustrative Example Of Travel Mode Choice And Cost Calculation

**Table 4: Illustrative Example of Travel Mode Choice and Cost Calculation**

|  | Hypothetical Voter — African American Wage = $13.03 | | |
|---|---|---|---|
|  | DPS Location | | |
|  | 1 | 2 | 3 |
| **Taxi** | | | |
| Travel Time (minutes) | 10 | 9 | 12 |
| Value of Time ($) | $2.17 | $1.95 | $2.61 |
| Fare ($) | $14.50 | $13.25 | $17.00 |
| Total ($) | $16.67 | **$15.20** | $19.61 |
| **Walk** | | | |
| Travel Time (minutes) | 150 | 135 | 180 |
| Value of Time ($) | $32.58 | $29.32 | $39.09 |
| Fare ($) | $0.00 | $0.00 | $0.00 |
| Total ($) | $32.58 | **$29.32** | $39.09 |
| **Public Transit** | | | |
| Travel Time (minutes) | 42 | 51 | 44 |
| Value of Time ($) | $9.12 | $11.03 | $9.64 |
| Fare ($) | $4.10 | $4.54 | $4.22 |
| Total ($) | **$13.22** | $15.57 | $13.86 |

*Source: Third Amended Expert Report of Coleman Bazelon, Table 4*

6

# Costs To Obtain An EIC
## Hypothetical African-American Registered Voter

- Travel Costs = **$26.68**

- One hour spent at DPS = **$13.03**

- One hour spent acquiring birth certificate = **$13.03**

- Birth certificate fees (mail-in application) = **$22**

- Partial day of child care services = **$11**

**Total Costs = $85.74**

*Source: Third Amended Expert Report of Coleman Bazelon, ¶¶ 59-60*

7

# SB 14 – Significance Of The Level Of Costs



*Source: Second Amended Reply Report of Coleman Bazelon, Table 1*

# African-American Texans Have Lower Incomes Than White Texans

## Table 7: Texas Household Income by Race

| State of Texas 2010 | | African American | White |
|---|---|---|---|
| Median Household Income | [1] | $ 31,104 | $ 52,392 |
| % Difference with White | [2] | 68.4% | |
| Total Number of Households | [3] | 263 | 1,087 |
| Households below White Median | [4] | 181 | |
| Households below White Median (%) | [5] | 68.8% | |

**$21,288 less than White Texans**

*Source: Third Amended Expert Report of Coleman Bazelon, Table 7*

9

# African American Texans Have Lower Wealth Than White Texans

### Table 8: Texas Household Wealth by Race

| State of Texas 2010 | | African American | White |
|---|---|---|---|
| Median Household Wealth | [1] | $ 11,961 | $ 97,800 |
| % Difference with White | [2] | 717.7% | |
| Total Number of Households | [3] | 263 | 1,087 |
| Households below White Median | [4] | 217 | |
| Households below White Median (%) | [5] | 82.5% | |

**$85,839 less than White Texans**

*Source: Third Amended Expert Report of Coleman Bazelon, Table 8*

10

# African-American Texans Are More Likely To Be Poor Than White Texans

Case 2:13-cv-00193   Document 677-6   Filed on 11/11/14 in TXSD   Page 11 of 19

**Table 9: Texas Poverty Status by Race**

|  | African American | | White | | % Difference Between White and African American |
|---|---|---|---|---|---|
| At or Above the Poverty Line | 2,046,954 | 77% | 10,061,576 | 91% | 15% |
| Below the Poverty Line | 627,862 | 23% | 956,513 | 9% | -15% |

Source: U.S. Census Bureau, 2006-2010 American Community Survey

*Source: Third Amended Expert Report of Coleman Bazelon, Table 9*

# African-American Texans Score Lower On Other Measures Of Socioeconomic Status Than White Texans

**Table 10: Texas Employment Status by Race**

|  | African American | | White | |
|---|---|---|---|---|
| Employed | 1,186,242 | 88% | 5,627,211 | 95% |
| Unemployed | 158,430 | 12% | 317,602 | 5% |
| % Difference Between White and African American Unemployment | | | | |

Source: U.S. Census Bureau, 2006-2010 American Community Survey

**Table 11: Texas Education Attainment by Race**

|  | No High School Diploma | | No Undergraduate Degree | |
|---|---|---|---|---|
| African American | 260,738 | 16% | 977,674 | 58% |
| White | 688,064 | 9% | 4,011,559 | 51% |
| % Difference Between White and African American Educational Attainment | | -7% | | -8% |

Source: U.S. Census Bureau, 2006-2010 American Community Survey

*Source: Third Amended Expert Report of Coleman Bazelon, Tables 10 & 11*

12



## Page 14

1  A. So we have -- we require either through a
2  system required field, which means you can't save a
3  record without putting something into a field. The
4  computer won't let you. Or by policy we have certain
5  fields that we require sections in office to populate
6  for a matter and for a case.
7  Q. And what are the system required fields?
8  A. So I don't -- I will honestly tell you I don't
9  know them all, but like a case -- some -- a couple of
10 them I know for sure, like the case name, which for a
11 matter it would be the matter name. The section -- the
12 unit within the section, usually with the open date. So
13 those are a few. There's -- it's a handful. I just --
14 I don't have it committed to memory.
15  Q. And is there a manual for the ACTS database as
16 to how it works?
17  A. There is, yes.
18  Q. And is that publicly available?
19  A. No.
20  Q. And are there any -- we had talked about -- you
21 talked about what specific types of information are
22 required to be inputted. What -- how does -- strike
23 that.
24     Who makes a determination as to whether or not
25 something that somebody has worked on needs to be

## Page 15

1  inputted into the ACTS system?
2  A. So we have a standard definition for a matter
3  and for a case. And so as long as whatever that is that
4  you're working on, either meets a matter's -- the
5  definition for a matter or definition for a case, that's
6  the threshold to be put into ACTS.
7  Q. And what's the standard definition of a matter?
8  A. So it's an investigation that takes -- that an
9  attorney spends 30 minutes or more on.
10  Q. And how about what's the definition of a case?
11  A. So anything that's been indicted, through an
12 indictment or information.
13  Q. And is that whether or not they spent 30
14 minutes or more?
15  A. Yeah, there's no time threshold, as long
16 as -- as long as they're an attorney on record. Either
17 they are an attorney on record -- we also do moderate --
18 some sections do monitoring of cases, and so those would
19 go in if they have a monitoring responsibility.
20  Q. Okay. And so if there's a monitoring
21 responsibility, it would go in regardless of the time
22 limit?
23  A. Right, because it would be a case, a
24 monitored -- a case that you would be monitoring.
25  Q. Is there any monitoring -- monitoring of

## Page 16

PL1160
9/2/2014
2:13-cv-000193

1  investigations that other entities are doing?
2  A. So the investigation would just meet the
3  threshold. So if you're spending more than 30 minutes,
4  whatever capacity you're spending on it, it's going to
5  be a matter.
6  Q. And I think you said a matter is defined as an
7  investigation. What's your understanding of what an
8  investigation is?
9  A. And so it would be -- it could -- it obviously
10 would be something -- some sort of wrongdoing in the
11 legal -- it's something that -- it's some inappropriate
12 behavior that the section would be looking at along with
13 generally an investigative agency. It's usually, you
14 know, a joint -- a joint effort. It does not have to --
15 it does not have to -- at the -- when you put it into
16 ACTS, it does not have to lead to a case. So you don't
17 have to have the expectation that it will lead to a
18 case, I guess, is better.
19  Q. And what are the sources for the matters that
20 come in that are worked on by the attorneys?
21  A. Generally I'm not sure of all the sources, but
22 generally most of them are from an investigative agency.
23  Q. When you say investigative agency, would that
24 include the FBI?
25  A. Right.

## Page 17

1  Q. Does that ever include a state investigator?
2  A. I don't know. I think so, but maybe I
3  shouldn't say I think so.
4  Q. And do you know whether that would include
5  local or county law enforcement?
6  A. Right. Yeah, I mean, obviously if it meets
7  the -- I think that if it met the federal criteria for
8  our involvement in a case, then it would be -- it could
9  be referred from, you know, from any point.
10  Q. And who determines that it's for investigations
11 or for matters that it's -- strike that.
12     Is it written anywhere that it's a 30-minute --
13 if you've worked on a matter for more than 30 minutes,
14 it needs to go into ACTS?
15  A. So it's set by policy in our manual.
16  Q. Okay. And is there any discretion as to how
17 that policy is implemented among the various branches or
18 divisions of the Criminal Division?
19  A. So sections offices?
20  Q. Yes. Sorry.
21  A. No, it's fine. We set the definition, which is
22 a broad definition, and so the discretion is left up to
23 the management of the section or office. But it is in
24 policy what the definition is, and they're -- they are
25 asked to comply with it.

14

1  Q.  And how did that role change when you became an
2  assistant director?
3  A.  Tell people to extract data and create reports.
4  Q.  And I think you had said that you get
5  approximately 4 to 5,000 requests annually?
6  A.  To clarify, 4,000 to 5,000 requests annually,
7  yes.
8  Q.  And typically who do those requests come from?
9  A.  They come from EOUSA leadership, they come from
10 other components within the Department of Justice.  We
11 receive requests from Congress, from various committees
12 and private offices on the Hill.  We receive requests
13 from GAO.  And then we also receive requests from the
14 White House.  Typically those requests come from the
15 Office of Management and Budget.
16 Q.  Do you ever receive FOIA, Freedom of
17 Information Act requests?
18 A.  We do, not frequently.  You know, fewer than a
19 dozen a year.
20 Q.  And when you receive a FOIA request, are there
21 any limitations on what data you can share with a member
22 of the public as opposed to the White House or the GAO?
23 A.  Yes.
24 Q.  And what generally are those limitations?
25 A.  There's a redaction policy established by our

15

1  FOIA staff.  I suppose they can speak to this more
2  better than I could.  Typically my staff will send a
3  report to the FOIA staff and then the FOIA staff would
4  be responsible for redacting what data they deem not
5  appropriate for public consumption.
6  Q.  To your knowledge, have you ever received a
7  request from a state government or a state governmental
8  entity for data from the LIONS database?
9  A.  I can't recall one way or the other.
10 Q.  Okay.  And I want to talk to you a little bit
11 about the Information Act contained, but I think I'll
12 mark as an exhibit a document so you'll have a little
13 bit of framework to go on.
14 A.  Thank you.
15     MS. WOLF:  I'm going to mark as Exhibit 4
16 a document which is Bates numbered USA 223452 through
17 USA 223459.  I would note for the record that this
18 document has been designated as highly confidential by
19 the United States.  So while we're talking about this
20 document, we may want to designate -- we'll designate
21 this portion of the transcript as highly confidential.
22     MR. HEARD:  This is probably a good point
23 for me to put in we, I guess as a protective matter,
24 declare this whole deposition as highly confidential
25 under the protective order.  I mean, we can talk later

16

1  if there are portions that need to be discussed at
2  trial, but for the moment, we declare the whole
3  deposition as highly confidential under the protective
4  order.
5     MS. WOLF:  That's fine.
6     (Exhibit No. 4 was marked.)
7  Q.  (By Ms. Wolf) I've handed you a document
8  marked as Exhibit 4.  Is this a printout from the LIONS
9  database?
10 A.  Yes, it is.
11 Q.  Okay.  And so the fields of information that
12 are contained at the top of this document, are those all
13 of the fields that are contained in the LIONS database?
14 Or are there additional fields beyond those listed in
15 that first line?
16 A.  There are additional fields beyond what is
17 listed on this report.
18 Q.  And what are those additional fields, if you
19 know?
20 A.  There are a large number of them, so I couldn't
21 even begin to talk through them all.
22 Q.  Okay.  And who is responsible for inputting the
23 data that's on Exhibit 4 into the LIONS database?
24 A.  The data is input at the district level, so
25 each district inputs the data.  It varies from district

17

1  to district the procedures.  I'll go on the record and
2  say it's rarely an attorney that enters it.  It's
3  typically a legal assistant employed by the U.S.
4  Attorneys' office.  Some districts use contractors and
5  some districts have a person whose job is referred to as
6  a docketing clerk, and they enter the data into the
7  system.
8  Q.  And what is -- what causes a matter or an issue
9  to be entered into the system?
10 A.  The general rule of thumb is if the attorney
11 spends an hour or more, then it should be -- then a
12 record should be opened in LIONS.
13 Q.  And is there any -- I think you had mentioned
14 that there is an attorney time database as well,
15 correct?
16 A.  Yes.
17 Q.  Is there any coordination between the two
18 databases?  For example, such that if something in the
19 time database takes more than an hour it's automatically
20 entered into the --
21 A.  No.
22 Q.  -- LIONS database?
23 A.  No.
24 Q.  So it has to be, for lack of a better word, a
25 manual determination by the attorney or his or her legal

18

1  staff to enter the data into the LIONS database?
2     A.  I would agree with what you just said.
3     Q.  And I think you had said that there's a -- it's
4  a general rule that if an attorney spends an hour or
5  more it's entered into the LIONS database.  Is there any
6  written guideline or other rule or directive issued by
7  the Executive Office of the U.S. Attorneys which
8  mandates that the matter be entered after that amount of
9  work?
10    A.  Yes, I believe there was a policy memo
11 providing clarification on data entry and recording of
12 time that was sent to all U.S. Attorneys in November, I
13 think, 2009.
14    Q.  And prior to November 2009, in that policy
15 memo, was the -- was the unspoken rule still that if an
16 attorney worked on it for more than an hour it would go
17 in?  Or was there a different rule?
18    A.  Yes, that's correct.
19    Q.  And since you started at the Executive Office
20 of the U.S. Attorneys, which I believe you said was in
21 2003, has that rule been in place consistently?
22    A.  Yes.
23    Q.  To your knowledge, would an attorney or his
24 legal -- his or her legal assistants ever enter a matter
25 into the system that they hadn't worked more than an

19

1  hour on?
2     A.  I'm sorry, I'm just a little slow.  Can you --
3     Q.  No worries, I'm happy to rephrase it.  It was
4  confusing.
5         Okay.  So you said the general rule is that if
6  an attorney spends an hour or more, they would enter the
7  data into the database?
8     A.  Yes.
9     Q.  To your knowledge, are there matters contained
10 in the database that an attorney had worked on for less
11 than an hour that was entered into the system anyway?
12    A.  It is certainly possible.
13    Q.  You don't know either way?
14    A.  Right.  That's correct.
15    Q.  And are there any checks in the system to
16 ensure that matters that attorneys work on for more than
17 an hour are entered into the LIONS database?
18    A.  U.S. Attorneys' offices are required to certify
19 their caseload twice a year.
20    Q.  And when you say "their caseload," does that
21 include investigations that may have been open where
22 there's not an actual docket number?
23    A.  Yes.
24    Q.  And who at the U.S. Attorneys' office is
25 responsible for certifying the caseloads?

20

1     A.  The U.S. Attorney himself or herself actually
2  signs off on the final document.
3     Q.  And taking a look again at Exhibit 4, if you
4  look at the top of this page, it says, "detailed records
5  of cases and matters filed, pending closed, program
6  categories 085."  Do you know what the 085 is referring
7  to?
8     A.  Yes.
9     Q.  Okay.  And what is that?
10    A.  085 is the program code for election fraud.
11    Q.  And do you have a general understanding of what
12 election fraud for purposes of the LIONS database means?
13    A.  Yes.
14    Q.  And what's that understanding?
15    A.  Generally any case that involves some form of
16 election or voting fraud.
17    Q.  And what's your understanding of what voting
18 fraud is?
19    A.  I have my own personal belief, but I don't -- I
20 can't speak to what --
21        MR. HEARD:  That prompts me to say
22 objection, foundation.
23    Q.  (By Ms. Wolf)  And I'm not asking for your
24 personal belief, only if you have an institutional
25 understanding.

21

1     A.  I do not have an institutional understanding
2  that's related to this.
3     Q.  Are there particular code sections, to your
4  knowledge, of the United States Code that would fall
5  into the election fraud?
6     A.  I don't believe we specify any in the manual.
7  I'm not sure.
8     Q.  And when you say "manual," is there a manual as
9  to how the LIONS database operates?
10    A.  Yes.
11    Q.  And do you know if that's publicly available?
12    A.  Yes.
13        MR. HEARD:  We'll note for the record
14 we've disclosed the location of the LIONS manual.
15    Q.  (By Ms. Wolf)  Now, just taking a look at
16 Exhibit 4, if you see "court," the heading "court"?
17    A.  Yes.
18    Q.  Okay.  Are those -- the items that are below
19 "court," are those the -- are those geographical
20 locations?  Or do they mean something else?
21    A.  They mean something else.
22    Q.  Okay.  And so what does NC mean?
23    A.  NC means not in court, so that would be what
24 you refer to as an investigation.
25    Q.  Okay.

Red-202
Data: 2010 Census
PLANC235  02/27/2012 2:45:19 PM

Case 2:13-cv-00193  Document 677-6  Filed on 11/11/14 in TXSD  Page 17 of 19

Texas Legislative Council
02/04/13 5:01 PM
Page 1 of 2

PL1161
9/2/2014
2:13-cv-000193

## Population and Voter Data
### with Voter Registration Comparison
### CONGRESSIONAL DISTRICTS - PLANC235

| District | Deviation | | Total | %A | %B | %H | %BH | %O | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Population | | | | | | | | Total Voter Registration | | | Non-Suspense Voter Registration | | |
| 1 | 0 | Total: | 698,488 | 64.4 | 18.5 | 15.5 | 33.7 | 1.9 | 2012 | 255,932 | 391,948 | 4.8 % | 65.3 % | 344,990 | 4.8 % | 74.2 % |
| | 0.00% | VAP: | 523,448 | 68.2 | 17.7 | 12.3 | 29.9 | 1.9 | 2010 | 165,185 | 404,654 | 4.4 % | 40.8 % | 351,474 | 4.4 % | 47.0 % |
| 2 | 0 | Total: | 698,488 | 50.8 | 10.5 | 30.8 | 40.7 | 8.5 | 2012 | 252,393 | 376,367 | 14.5 % | 67.1 % | 328,005 | 14.4 % | 76.9 % |
| | 0.00% | VAP: | 518,345 | 55.0 | 9.6 | 27.3 | 36.5 | 8.6 | 2010 | 172,006 | 372,078 | 13.5 % | 46.2 % | 324,509 | 13.4 % | 53.0 % |
| 3 | 0 | Total: | 698,488 | 62.4 | 9.3 | 14.5 | 23.4 | 14.2 | 2012 | 273,369 | 394,887 | 6.2 % | 69.2 % | 337,273 | 6.0 % | 81.1 % |
| | 0.00% | VAP: | 500,074 | 65.3 | 8.6 | 12.8 | 21.1 | 13.5 | 2010 | 140,980 | 381,905 | 5.9 % | 36.9 % | 331,691 | 5.6 % | 42.5 % |
| 4 | 0 | Total: | 698,488 | 73.8 | 11.5 | 12.2 | 23.5 | 2.7 | 2012 | 257,218 | 407,921 | 4.1 % | 63.1 % | 355,759 | 4.0 % | 72.3 % |
| | 0.00% | VAP: | 521,731 | 77.1 | 10.7 | 9.7 | 20.3 | 2.6 | 2010 | 162,593 | 414,048 | 3.7 % | 39.3 % | 360,518 | 3.7 % | 45.1 % |
| 5 | 0 | Total: | 698,488 | 57.2 | 14.9 | 25.2 | 39.7 | 3.1 | 2012 | 214,415 | 350,985 | 8.9 % | 61.1 % | 305,431 | 9.0 % | 70.2 % |
| | 0.00% | VAP: | 511,695 | 62.3 | 13.9 | 21.0 | 34.7 | 3.0 | 2010 | 134,842 | 358,066 | 8.2 % | 37.7 % | 309,752 | 8.1 % | 43.5 % |
| 6 | 10 | Total: | 698,498 | 54.3 | 19.3 | 20.8 | 39.4 | 6.2 | 2012 | 254,216 | 382,790 | 10.4 % | 66.4 % | 329,512 | 10.3 % | 77.1 % |
| | 0.00% | VAP: | 502,865 | 58.9 | 17.5 | 17.7 | 34.9 | 6.2 | 2010 | 146,090 | 388,461 | 9.6 % | 37.6 % | 331,138 | 9.6 % | 44.1 % |
| 7 | 0 | Total: | 698,488 | 47.3 | 12.4 | 30.1 | 41.8 | 10.9 | 2012 | 242,421 | 356,491 | 12.6 % | 68.0 % | 307,321 | 12.3 % | 78.9 % |
| | 0.00% | VAP: | 519,479 | 50.9 | 11.6 | 27.0 | 38.1 | 11.0 | 2010 | 169,040 | 353,820 | 11.6 % | 47.8 % | 304,938 | 11.3 % | 55.4 % |
| 8 | 0 | Total: | 698,488 | 68.4 | 8.9 | 19.7 | 28.2 | 3.4 | 2012 | 254,933 | 384,050 | 7.9 % | 66.4 % | 334,376 | 7.8 % | 76.2 % |
| | 0.00% | VAP: | 516,691 | 71.6 | 8.7 | 16.7 | 25.2 | 3.2 | 2010 | 171,204 | 376,057 | 7.3 % | 45.5 % | 326,252 | 7.2 % | 52.5 % |
| 9 | 0 | Total: | 698,488 | 11.5 | 40.3 | 37.3 | 76.5 | 12.0 | 2012 | 188,540 | 316,494 | 15.8 % | 59.6 % | 268,722 | 16.3 % | 70.2 % |
| | 0.00% | VAP: | 500,927 | 13.9 | 39.6 | 34.0 | 72.7 | 13.4 | 2010 | 116,374 | 317,251 | 14.6 % | 36.7 % | 266,506 | 15.0 % | 43.7 % |
| 10 | -1 | Total: | 698,487 | 57.5 | 11.2 | 26.3 | 36.9 | 5.6 | 2012 | 271,537 | 406,426 | 11.5 % | 66.8 % | 352,701 | 11.4 % | 77.0 % |
| | 0.00% | VAP: | 513,735 | 61.6 | 10.5 | 22.8 | 32.9 | 5.5 | 2010 | 182,334 | 403,338 | 10.7 % | 45.2 % | 347,105 | 10.5 % | 52.5 % |
| 11 | 0 | Total: | 698,488 | 61.0 | 4.3 | 33.3 | 37.1 | 1.9 | 2012 | 232,349 | 385,845 | 20.4 % | 60.2 % | 334,142 | 20.3 % | 69.5 % |
| | 0.00% | VAP: | 522,630 | 65.7 | 3.8 | 28.8 | 32.4 | 1.9 | 2010 | 155,016 | 395,682 | 19.8 % | 39.2 % | 343,482 | 19.5 % | 45.1 % |
| 12 | 0 | Total: | 698,488 | 66.4 | 8.6 | 20.6 | 28.9 | 4.7 | 2012 | 250,875 | 371,589 | 10.2 % | 67.5 % | 314,844 | 10.1 % | 79.7 % |
| | 0.00% | VAP: | 518,938 | 70.6 | 7.8 | 17.2 | 24.8 | 4.6 | 2010 | 147,255 | 383,936 | 9.3 % | 38.4 % | 325,277 | 9.1 % | 45.3 % |
| 13 | 0 | Total: | 698,488 | 67.0 | 6.1 | 24.1 | 29.8 | 3.2 | 2012 | 231,770 | 385,307 | 12.3 % | 60.2 % | 332,712 | 11.9 % | 69.7 % |
| | 0.00% | VAP: | 519,246 | 71.4 | 5.6 | 20.2 | 25.6 | 3.1 | 2010 | 147,531 | 401,955 | 11.8 % | 36.7 % | 342,791 | 11.5 % | 43.0 % |
| 14 | -16 | Total: | 698,472 | 53.3 | 21.2 | 22.1 | 42.8 | 3.9 | 2012 | 248,177 | 407,734 | 11.7 % | 60.9 % | 350,510 | 11.7 % | 70.8 % |
| | 0.00% | VAP: | 523,423 | 56.9 | 20.3 | 19.2 | 39.2 | 3.8 | 2010 | 164,942 | 412,313 | 11.4 % | 40.0 % | 351,200 | 11.3 % | 47.0 % |
| 15 | 0 | Total: | 698,488 | 16.3 | 2.0 | 80.6 | 82.2 | 1.5 | 2012 | 152,930 | 290,758 | 67.7 % | 52.6 % | 248,225 | 67.7 % | 61.6 % |
| | 0.00% | VAP: | 469,736 | 19.4 | 2.1 | 77.2 | 79.0 | 1.6 | 2010 | 84,855 | 300,705 | 66.5 % | 28.2 % | 262,292 | 66.8 % | 32.4 % |
| 16 | 0 | Total: | 698,488 | 14.7 | 4.1 | 80.1 | 83.4 | 1.9 | 2012 | 157,723 | 316,234 | 67.9 % | 49.9 % | 267,041 | 69.6 % | 59.1 % |
| | 0.00% | VAP: | 493,308 | 17.0 | 3.8 | 77.6 | 80.9 | 2.1 | 2010 | 82,266 | 339,856 | 65.7 % | 24.2 % | 319,178 | 66.2 % | 25.8 % |
| 17 | -1 | Total: | 698,487 | 57.7 | 14.5 | 23.3 | 37.2 | 5.2 | 2012 | 224,281 | 361,919 | 11.7 % | 62.0 % | 304,567 | 11.4 % | 73.6 % |
| | 0.00% | VAP: | 532,324 | 62.2 | 13.0 | 19.8 | 32.5 | 5.3 | 2010 | 152,216 | 369,918 | 11.2 % | 41.1 % | 307,847 | 11.0 % | 49.4 % |
| 18 | 0 | Total: | 698,488 | 16.7 | 41.4 | 38.7 | 79.2 | 4.1 | 2012 | 200,072 | 339,301 | 17.0 % | 59.0 % | 285,880 | 17.5 % | 70.0 % |
| | 0.00% | VAP: | 505,750 | 20.2 | 41.4 | 34.5 | 75.3 | 4.5 | 2010 | 123,773 | 345,446 | 15.6 % | 35.8 % | 292,182 | 16.0 % | 42.4 % |
| 19 | -1 | Total: | 698,487 | 57.4 | 6.9 | 33.9 | 40.2 | 2.4 | 2012 | 220,349 | 377,221 | 23.8 % | 58.4 % | 317,800 | 23.7 % | 69.3 % |
| | 0.00% | VAP: | 522,651 | 62.1 | 6.2 | 29.5 | 35.4 | 2.5 | 2010 | 138,729 | 385,094 | 23.1 % | 36.0 % | 330,554 | 22.9 % | 42.0 % |
| 20 | 0 | Total: | 698,488 | 23.0 | 5.8 | 68.6 | 73.4 | 3.6 | 2012 | 190,529 | 344,971 | 56.3 % | 55.2 % | 289,364 | 57.4 % | 65.8 % |
| | 0.00% | VAP: | 508,354 | 26.3 | 5.5 | 64.9 | 69.8 | 3.8 | 2010 | 106,726 | 355,709 | 55.3 % | 30.0 % | 296,003 | 55.9 % | 36.1 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

29549

Red-202
Data: 2010 Census
PLANC235  02/27/2012 2:45:19 PM

Case 2:13-cv-00193  Document 677-6  Filed on 11/11/14 in TXSD  Page 18 of 19

Texas Legislative Council
02/04/13 5:01 PM
Page 2 of 2

## Population and Voter Data with Voter Registration Comparison

### CONGRESSIONAL DISTRICTS - PLANC235

| District | Deviation | | Total | %A | %B | %H | %BH | %O | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Population | | | | | Total Voter Registration | | | Non-Suspense Voter Registration | | |
| 21 | 0 | Total: | 698,488 | 64.8 | 4.1 | 27.0 | 30.6 | 4.5 | 2012 | 316,357 | 463,498 | 15.6 % | 68.3 % | 388,488 | 15.1 % | 81.4 % |
| | 0.00% | VAP: | 553,018 | 68.3 | 3.6 | 23.9 | 27.2 | 4.5 | 2010 | 211,493 | 466,724 | 15.1 % | 45.3 % | 387,634 | 14.5 % | 54.6 % |
| 22 | 16 | Total: | 698,504 | 45.0 | 13.4 | 24.6 | 37.5 | 17.5 | 2012 | 255,540 | 385,946 | 15.2 % | 66.2 % | 340,753 | 15.0 % | 75.0 % |
| | 0.00% | VAP: | 494,512 | 48.0 | 12.7 | 22.3 | 34.6 | 17.4 | 2010 | 162,718 | 366,725 | 14.7 % | 44.4 % | 320,024 | 14.7 % | 50.8 % |
| 23 | 0 | Total: | 698,488 | 25.5 | 3.6 | 69.3 | 72.4 | 2.1 | 2012 | 198,046 | 367,400 | 55.6 % | 53.9 % | 322,670 | 56.4 % | 61.4 % |
| | 0.00% | VAP: | 489,508 | 28.9 | 3.6 | 65.8 | 69.0 | 2.1 | 2010 | 122,593 | 367,614 | 55.1 % | 33.3 % | 326,175 | 55.9 % | 37.6 % |
| 24 | 0 | Total: | 698,488 | 53.4 | 11.0 | 23.4 | 33.9 | 12.6 | 2012 | 250,205 | 372,663 | 9.6 % | 67.1 % | 313,303 | 9.4 % | 79.9 % |
| | 0.00% | VAP: | 528,185 | 57.5 | 10.3 | 20.3 | 30.3 | 12.2 | 2010 | 146,111 | 379,416 | 9.0 % | 38.5 % | 309,304 | 8.6 % | 47.2 % |
| 25 | -10 | Total: | 698,478 | 70.3 | 8.3 | 17.3 | 25.1 | 4.6 | 2012 | 272,021 | 422,828 | 8.5 % | 64.3 % | 359,671 | 8.2 % | 75.6 % |
| | 0.00% | VAP: | 520,530 | 73.5 | 7.5 | 14.8 | 22.0 | 4.5 | 2010 | 178,356 | 427,886 | 8.3 % | 41.7 % | 358,660 | 7.9 % | 49.7 % |
| 26 | 0 | Total: | 698,488 | 68.4 | 7.8 | 17.3 | 24.7 | 6.9 | 2012 | 265,341 | 394,851 | 7.8 % | 67.2 % | 340,409 | 7.6 % | 77.9 % |
| | 0.00% | VAP: | 497,267 | 71.4 | 7.2 | 15.0 | 22.0 | 6.6 | 2010 | 142,012 | 386,901 | 7.3 % | 36.7 % | 325,417 | 7.1 % | 43.6 % |
| 27 | -1 | Total: | 698,487 | 42.8 | 6.0 | 49.5 | 54.9 | 2.3 | 2012 | 220,494 | 398,624 | 37.6 % | 55.3 % | 338,740 | 37.5 % | 65.1 % |
| | 0.00% | VAP: | 516,473 | 47.2 | 5.6 | 45.1 | 50.4 | 2.4 | 2010 | 147,910 | 406,798 | 36.8 % | 36.4 % | 343,835 | 36.7 % | 43.0 % |
| 28 | 0 | Total: | 698,488 | 17.8 | 5.0 | 76.3 | 80.7 | 1.5 | 2012 | 171,129 | 324,935 | 63.7 % | 52.7 % | 281,946 | 64.9 % | 60.7 % |
| | 0.00% | VAP: | 472,331 | 21.1 | 4.8 | 72.7 | 77.2 | 1.7 | 2010 | 96,139 | 329,018 | 62.0 % | 29.2 % | 288,518 | 63.2 % | 33.3 % |
| 29 | 0 | Total: | 698,488 | 11.8 | 10.7 | 76.3 | 86.2 | 2.0 | 2012 | 117,349 | 239,246 | 55.4 % | 49.0 % | 209,700 | 56.8 % | 56.0 % |
| | 0.00% | VAP: | 471,352 | 14.8 | 10.7 | 72.7 | 82.9 | 2.3 | 2010 | 70,900 | 243,760 | 52.0 % | 29.1 % | 213,559 | 53.2 % | 33.2 % |
| 30 | -1 | Total: | 698,487 | 17.3 | 46.3 | 34.7 | 80.2 | 2.5 | 2012 | 221,963 | 355,416 | 13.3 % | 62.5 % | 311,344 | 13.7 % | 71.3 % |
| | 0.00% | VAP: | 496,651 | 21.4 | 46.4 | 30.1 | 75.9 | 2.7 | 2010 | 126,420 | 356,471 | 12.3 % | 35.5 % | 305,406 | 12.7 % | 41.4 % |
| 31 | -1 | Total: | 698,487 | 59.5 | 12.9 | 22.5 | 34.5 | 6.0 | 2012 | 245,130 | 387,591 | 12.1 % | 63.2 % | 322,046 | 11.8 % | 76.1 % |
| | 0.00% | VAP: | 501,657 | 63.6 | 11.6 | 19.5 | 30.6 | 5.8 | 2010 | 145,684 | 379,539 | 11.7 % | 38.4 % | 314,843 | 11.3 % | 46.3 % |
| 32 | 0 | Total: | 698,488 | 53.3 | 13.0 | 25.6 | 38.1 | 8.6 | 2012 | 258,346 | 384,662 | 9.3 % | 67.2 % | 334,272 | 9.3 % | 77.3 % |
| | 0.00% | VAP: | 523,179 | 58.0 | 11.8 | 21.9 | 33.4 | 8.7 | 2010 | 160,318 | 384,526 | 8.8 % | 41.7 % | 330,594 | 8.7 % | 48.5 % |
| 33 | 0 | Total: | 698,488 | 14.5 | 17.2 | 66.3 | 82.7 | 2.7 | 2012 | 120,963 | 226,660 | 37.0 % | 53.4 % | 194,684 | 38.8 % | 62.1 % |
| | 0.00% | VAP: | 469,456 | 18.4 | 17.8 | 61.3 | 78.5 | 3.0 | 2010 | 65,841 | 239,206 | 34.1 % | 27.5 % | 200,514 | 35.8 % | 32.8 % |
| 34 | -1 | Total: | 698,487 | 15.2 | 1.6 | 82.7 | 83.9 | 1.0 | 2012 | 150,436 | 324,294 | 73.3 % | 46.4 % | 284,998 | 74.0 % | 52.8 % |
| | 0.00% | VAP: | 480,232 | 18.6 | 1.7 | 79.0 | 80.4 | 1.1 | 2010 | 87,633 | 326,112 | 71.1 % | 26.9 % | 289,723 | 71.9 % | 30.2 % |
| 35 | 0 | Total: | 698,488 | 25.2 | 10.8 | 62.8 | 72.5 | 2.4 | 2012 | 169,279 | 324,268 | 44.6 % | 52.2 % | 264,668 | 46.1 % | 64.0 % |
| | 0.00% | VAP: | 502,769 | 29.4 | 10.4 | 58.3 | 68.0 | 2.6 | 2010 | 95,564 | 335,961 | 43.8 % | 28.4 % | 270,804 | 45.0 % | 35.3 % |
| 36 | 0 | Total: | 698,488 | 65.8 | 9.9 | 21.2 | 30.8 | 3.4 | 2012 | 242,592 | 399,926 | 10.0 % | 60.7 % | 353,605 | 9.8 % | 68.6 % |
| | 0.00% | VAP: | 517,267 | 69.5 | 9.4 | 18.0 | 27.2 | 3.4 | 2010 | 163,915 | 405,807 | 9.3 % | 40.4 % | 354,823 | 9.2 % | 46.2 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

29549

PL1162
9/2/2014
2:13-cv-000193

| District | 2012 VR | 2012 SSVR% | 2012 SSVR |
|---|---|---|---|
| 1 | 391,948 | 4.8% | 18,814 |
| 2 | 376,367 | 14.5% | 54,573 |
| 3 | 394,887 | 6.2% | 24,483 |
| 4 | 408,921 | 4.1% | 16,766 |
| 5 | 350,985 | 8.9% | 31,238 |
| 6 | 382,790 | 10.4% | 39,810 |
| 7 | 356,491 | 12.6% | 44,918 |
| 8 | 384,050 | 7.9% | 30,340 |
| 9 | 316,494 | 15.8% | 50,006 |
| 10 | 406,426 | 11.5% | 46,739 |
| 11 | 385,845 | 20.4% | 78,712 |
| 12 | 371,589 | 10.2% | 37,902 |
| 13 | 385,307 | 12.3% | 47,393 |
| 14 | 407,734 | 11.7% | 47,705 |
| 15 | 290,758 | 67.7% | 196,843 |
| 16 | 316,234 | 67.9% | 214,723 |
| 17 | 361,919 | 11.7% | 42,345 |
| 18 | 339,301 | 17.0% | 57,681 |
| 19 | 377,221 | 23.8% | 89,779 |
| 20 | 344,971 | 56.3% | 194,219 |
| 21 | 463,498 | 15.6% | 72,306 |
| 22 | 385,946 | 15.2% | 58,664 |
| 23 | 367,400 | 55.6% | 204,274 |
| 24 | 372,663 | 9.6% | 35,776 |
| 25 | 422,828 | 8.5% | 35,940 |
| 26 | 394,851 | 7.8% | 30,798 |
| 27 | 398,624 | 37.6% | 149,883 |
| 28 | 324,935 | 63.7% | 206,984 |
| 29 | 239,246 | 55.4% | 132,542 |
| 30 | 355,416 | 13.3% | 47,270 |
| 31 | 387,591 | 12.1% | 46,899 |
| 32 | 384,662 | 9.3% | 35,774 |
| 33 | 226,660 | 37.0% | 83,864 |
| 34 | 324,294 | 73.3% | 237,708 |
| 35 | 324,268 | 44.6% | 144,624 |
| 36 | 399,926 | 10.0% | 39,993 |

Total SSVR
2,928,284

Source: C235 RED-202 Report