PL169
9/2/2014
2:13-cv-000193

RECEIVED MAR 0 6 2009





**EXHIBIT**
*RD-12*

ROBERT DUNCAN
STATE SENATOR
DISTRICT 28

COMMITTEES:
STATE AFFAIRS, CHAIR
FINANCE
HIGHER EDUCATION
JURISPRUDENCE
NATURAL RESOURCES



March 5, 2009

To:        Senator Leticia Van de Putte
From:      Senator Robert Duncan
CC:        Senator Troy Fraser
Subject:   Response to Concerns about Ground Rules, Committee of the Whole Senate

I am writing in response to your memo of March 3, 2009, concerning the process for discussing voter identification legislation in the Senate. I want to assure you that I am sensitive to those concerns and intend for consideration of this legislation to be an open process. To that end, my responses to the issues raised are as follows:

1.      I am not inclined to support further delay in consideration of voter identification legislation. As you know, it is impossible to choose a date and time that is convenient for everyone. Scheduling conflicts are present for all interested parties. All Senators were notified in a letter from Sen. Fraser on February 26, 2009, of his intention to debate Senate Bill 362 on March 10, 2009, and a public notice was posted on March 4, 2009. More than a week's notice of a hearing is much more than the Senate usually provides, even on many of our most important pieces of legislation. Although we will begin with invited testimony, any other invited witness who is unavailable at that time may testify out of order, at your request, before the conclusion of public testimony or they may submit written testimony or comments.

The security and accuracy of Texas' elections is certainly an issue of broad importance to Texas. Such issues have been the subject of interim studies by the Senate State Affairs Committee during each of the past two interims. Additionally, that committee heard extensive testimony last session on a substantially similar voter identification bill. The Texas Senate also spent nearly an entire day on the Senate floor at the beginning of this session discussing the importance of this issue.

2.      It would be helpful to reach a consensus on the procedure for hearing from a panel of invited witnesses as soon as possible and I look forward to continuing our discussions to that effect.

3.      I am not aware of any precedent for the Senate providing party caucus counsel. Of course, any caucus in the Senate is entitled to retain independent counsel of its choice at its own expense. Therefore, I cannot recommend that the Senate fund separate party caucus counsel.

Ex 1 B

LUBBOCK DISTRICT OFFICE:
1500 BROADWAY
SUITE 902
LUBBOCK, TEXAS 79401
(806) 762-1122
1-800-546-9928
FAX (806) 749-2825

CHILDRESS DISTRICT OFFICE:
119 AVENUE B NW
CHILDRESS, TEXAS 79201
(940) 937-0909
(888) 887-7027
FAX (940) 937-6994
DIAL 711 FOR RELAY CALLS

CAPITOL OFFICE:
ROOM 3E.10
P.O. BOX 12068
AUSTIN, TEXAS 78711
(512) 463-0128
(800) 322-9538
FAX (512) 463-2424

SAN ANGELO DISTRICT OFFICE:
36 WEST BEAUREGARD
SUITE 510
SAN ANGELO, TEXAS 76903
(915) 481-0028
1-800-558-9928
FAX (915) 655-2541

TX_00001678

USA_00033765

4.　　The Secretary of the Senate's Office is looking into the possibility of having a court reporting service transcribe the Committee of the Whole's proceedings. More details on this will be provided at a later date.

5.　　Given the fact that the Office of the Attorney General will represent the state of Texas in litigation, if any, arising out of this legislation, it would be inappropriate to present the Attorney General as a witness in the legislative debate. To the extent there are procedural or technical questions relating to elections in Texas, the Office of the Secretary of State may be invited as a resource.

Thank you for keeping an open dialogue on this important issue. I look forward to further discussing the process by which the Senate will be going about its business on March 10th. Please feel free to contact me or my office at any time.

TX_00001679

USA_00033766

Hotmail Print Message

Wgarner1@hot.rr.com


EXHIBIT
_KD-15_

## first batch

From: Dan Patrick (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:49 AM
To:  Logan Spence (loganspence@hotmail.com)

Logan,

I sent you the first batch of anything I had that mentioned Voter ID  Let me know how many your received as the internet signal is not the best at sea. I will send more later
Dont forget to include any e-blasts, or Capital updates we sent out that mentioned Voter ID

Thanks
Dan

## Fwd: Folow up on meeting and In Georgia, a Victory for Citizenship Verification

From: **Dan Patrick** (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:55 AM
To:  Logan Spence (loganspence@hotmail.com)

---------- Forwarded message ----------
From: **Dan Patrick** <danpatrick700@gmail.com>
Date: Sun, Aug 29, 2010 at 12:04 AM
Subject: Follow up on meeting and In Georgia, a Victory for Citizenship Verification
To: Brian and Mel Birdwell <brianandmelbirdwell@msn.com>, Dan Patrick <danpatrick700@gmail.com>, Duelle <bobduell@tx.rr.com>, Estes <cestes@estesinc.com>, Florence Shapiro <florenceshapiro@hotmail.com>, "glennhegar@aol.com" <glennhegar@aol.com>, Jane Nelson <7nelsons@sbcglobal.net>, Jeff Wentworth <jwentworth@austin.rr.com>, Joan Huffman <jlawyer119@aol.com>, John Carona <jcarona@associaonline.com>, Kel Seliger <kseliger@lakesteel.com>, Kelvin Eltife <kptyl@aol.com>, Mike Jackson <mike.jackson@forcecorp.net>, "opie@cdmlaw.com" <opie@cdmlaw.com>, Robert Nichols <nichols55@aol.com>, "steveogden@ogdenresources.com" <steveogden@ogcenresources.com>, "tommy_williams@usa.net" <tommy_williams@usa.net>, Troy Fraser <tfraser@nctv.com>

Senators,

I thought our two days was very beneficial and look forward to the next meeting. We accomplished a lot, learned a lot, and as a good friend of mine likes to say, we got a few skunks out on the table and discussed in a frank and candid manner. I know we all greatly appreciate Bob putting this together.

As to the discussion at breakfast about Independent Conservative group, I thought the ideas suggested by Fraser, Duncan, Eltife, Huffman and others, and accepted by me, will only make the group stronger. "A man who seeks the wise council of others leads to greater wisdom on his part,"......somebody must have said this, and if not, they should have.

In view of our discussion on voter I.D and immigration, several of you mentioned you thought that the two issues were one in the same,

HIGHLY CONFIDENTIAL

TX_000099

or at a minimum connected. I think this story out of Georgia makes that point.

Dan

### In Georgia, a Victory for Citizenship Verification

Link: http://www.nationalreview.com/corner/244949/georgia-victory-citizenship-verification-hans-von-spakovsky

By Hans A. von Spakovsky                                                           August 27, 2010 11:04 A.M.

**Last week brought good news for those of us who believe that illegal aliens and non-citizens shouldn't be violating federal and state laws that prohibit them from registering and voting with impunity. The Justice Department agreed to settle a federal lawsuit filed by the State of Georgia (*Georgia v. Holder*) that will allow Georgia to verify the citizenship status of newly registered voters.**

Georgia filed the lawsuit in June because the DOJ objected to the state's verification procedures, calling Georgia's process "seriously flawed" and claiming it would have a disparate impact on minority voters. Because Georgia is covered by Section 5 of the Voting Rights Act, it cannot make any change in its voting laws and procedures without first getting the approval of the Civil Rights Division, the most notoriously partisan division in the Justice Department.

**There's an irony here: By verifying citizenship, Georgia was simply implementing another federal law, the Help America Vote Act of 2002, which requires states to verify the accuracy of voter registration information.**

The Justice Department had not even filed an answer to the complaint before it agreed to settle. When the Voting Section of the Civil Rights Division first objected to Georgia's verification process, sources told me that it had virtually no supporting evidence. Instead, the objection was driven by the ideology of the lawyers handling the Section 5 review process, including Deputy Chief Bob Berman. They wanted to please their allies in the liberal advocacy world, such as the Mexican American Legal Defense Fund and La Raza, which object to such verification and were gambling that Georgia would just accept the objection. They were very worried that if Georgia sued, the Division would lose the case in court.

Apparently, the Justice Department lawyers handling the case were so eager to settle that they agreed to approve Georgia's verification process after the state agreed to make a trivial change in its procedures. In fact, the Division precleared the new procedure under Section 5 within a day of receiving the submission from Georgia and has now asked the federal court (in conjunction with Georgia) to dismiss the lawsuit.

The minimal change made by Georgia and accepted by DOJ was just a face-saving measure to allow the Justice Department lawyers to claim that Georgia has corrected the supposedly "discriminatory" problems in its verification process. Consider an amusing motion objecting to the preclearance and the dismissal filed by the Georgia Association of Latino Elected Officials and Concerned Black Clergy of Atlanta. The motion says these organizations intervened "because the position of the United States [on Section 5 matters] is subject to change, sometimes very suddenly." The motion complains about the Justice Department approving Georgia's "changed" verification process within one day of receiving it, particularly because the supposedly changed procedure is "substantially similar" to what Justice originally found objectionable.

The motion filers are correct: Justice changed its mind *very* suddenly when faced with a lawsuit demanding that it produce evidence that the citizenship-verification process was somehow "discriminatory." And it ended up preclearing a verification process virtually indistinguishable from Georgia's original procedures.

Unfortunately, this saga is not yet over, but Georgia has certainly won the first round, **demonstrating how successful states can be when they have the courage to fight completely unjustified actions taken by the Civil Rights Division.**

But the second round is coming soon. While this case involved verifying the citizenship of registered voters, **Georgia also passed a new law recently that requires anyone registering to vote to provide proof of citizenship before the registration will be processed.** Most likely, Georgia will file a lawsuit to ask a judge to declare this law acceptable under Section 5 rather than submit themselves to the ideological and partisan vagaries of an administrative review by the Civil Rights Division. They should win that lawsuit as well — assuming DOJ doesn't fall over itself to settle the suit as soon as it's filed.

---

More on this subject if interested:

John Fund, WSJ: http://online.wsj.com/article/SB10001424052748704147804575455672011604734.html?mod=googlenews_wsj

---

ELECTION LAW BLOG
by Rick Hasen

### Joint Motion to Dismiss in Ga. v. Holder Section 5 Case; MALDEF and LDF Want to Intervene

Via Dan Tokaji and Moritz comes this joint motion to dismiss from DOJ and the state of Georgia and this motion to intervene from civil

HIGHLY CONFIDENTIAL

TX_000099

Texas Legislature Online - 82(R) History for SB 14                                    Page 1 of 11

## Texas Legislature Online
## History



EXHIBIT
*KD-16*

---

| | |
|---|---|
| **Bill:** SB 14 | **Legislative Session:** 82(R)     **Senate E&E Draft:** 2011S0078-1 |

**Last Action:** *05/27/2011 E See remarks for effective date*

**Caption Version:** Enrolled

**Caption Text:** Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

**Author:** Fraser | Birdwell | Carona | Deuell | Duncan | Eltife | Estes | Harris | Hegar | Huffman | Jackson | Nelson | Nichols | Ogden | Patrick | Seliger | Shapiro | Wentworth | Williams

**Sponsor:** Harless | Taylor, Larry | Pena | Truitt | Smith, Todd

**Cosponsor:** Aliseda | Anderson, Charles "Doc" | Anderson, Rodney | Aycock | Beck | Berman | Bohac | Bonnen | Branch | Brown | Burkett | Button | Cain | Callegari | Carter | Christian | Cook | Craddick | Creighton | Crownover | Darby | Davis, John | Davis, Sarah | Driver | Eissler | Elkins | Fletcher | Flynn | Frullo | Geren | Gonzales, Larry | Gooden | Hamilton | Hancock | Hardcastle | Hilderbran | Hopson | Howard, Charlie | Huberty | Hughes | Hunter | Isaac | Keffer | King, Phil | King, Susan | Kolkhorst | Kuempel | Landtroop | Larson | Laubenberg | Lavender | Legler | Lewis | Madden | Margo | Miller, Sid | Morrison | Murphy | Nash | Orr | Otto | Parker | Patrick, Diane | Paxton | Perry | Phillips | Pitts | Price | Riddle | Ritter | Schwertner | Scott | Sheets | Sheffield | Shelton | Smith, Wayne | Solomons | Taylor, Van | Weber | White | Woolley | Workman | Zedler | Zerwas

**Subjects:** Elections--Administration (I0277)
Elections--General (I0310)
Elections--Registration & Suffrage (I0265)
IDENTIFICATION CARDS (S0074)
SECRETARY OF STATE (V0042)

**Remarks:** This Act takes effect January 1, 2012, except Sections 3, 5, 6, 7, 11, 22, and 24, take effect September 1, 2011.

**Senate Committee:** Committee of the Whole Senate

**Status:** Out of committee

**Vote:** Ayes=20   Nays=12   Present Not Voting=0   Absent=0

**House Committee:** Voter Identification & Voter Fraud, Select

**Status:** Out of committee

**Vote:** Ayes=6   Nays=2   Present Not Voting=0   Absent=1

**Senate Conferees:** Appointed (04/05/2011) Fraser (Chair) | Birdwell | Huffman | Van de Putte | Williams

**House Conferees:** Appointed (04/08/2011) Harless (Chair) | Aliseda | Bonnen | Truitt | Veasey

---

**Actions**: (descending date order)
Viewing Votes: Most Recent House Vote | Most Recent Senate Vote

| | Description | Comment | Date▼ | Time | Journal Page |
|---|---|---|---|---|---|
| E | See remarks for effective date | | 05/27/2011 | | |
| E | Signed by the Governor | | 05/27/2011 | | 4526 |
| E | Sent to the Governor | | 05/18/2011 | | 2553 |
| H | Signed in the House | | 05/18/2011 | | 4181 |
| S | Signed in the Senate | | 05/18/2011 | | 2515 |
| S | Reported enrolled | | 05/17/2011 | | 2553 |
| S | House adopts conf. comm. report-reported | | 05/17/2011 | | 2385 |
| H | Statement(s) of vote recorded in Journal | | 05/16/2011 | | 4055 |
| H | Record vote | RV#1128 | 05/16/2011 | | 4054 |
| H | House adopts conference committee report | | 05/16/2011 | | 4054 |
| H | House adopts resolution to go outside bounds | HR2020 | 05/16/2011 | | 4049 |
| H | Senate adopts conf. comm. report-reported | | 05/09/2011 | | 3298 |
| S | Record vote | | 05/09/2011 | | 2084 |
| S | Senate adopts conference committee report | | 05/09/2011 | | 2084 |
| S | Senate adopts resolution to go outside bounds | SR 935 | 05/09/2011 | | 2084 |
| H | Conf. Comm. Report distributed | | 05/05/2011 | 05:51 PM | |
| S | Conference committee report filed | | 05/04/2011 | | 1760 |
| S | House appoints conferees-reported | | 04/11/2011 | | 1014 |
| S | House grants request for conf comm-reported | | 04/11/2011 | | 1014 |
| H | House appoints conferees | | 04/08/2011 | | 1633 |
| H | Statement(s) of vote recorded in Journal | | 04/08/2011 | | 1633 |
| H | Record vote | RV#320 | 04/08/2011 | | 1632 |
| H | Motion to table prevails | | 04/08/2011 | | 1632 |
| H | Motion to instruct conferees | | 04/08/2011 | | 1632 |
| H | Statement(s) of vote recorded in Journal | | 04/08/2011 | | 1632 |
| H | Record vote | RV#319 | 04/08/2011 | | 1631 |
| H | Motion to table prevails | | 04/08/2011 | | 1631 |
| H | Motion to instruct conferees | | 04/08/2011 | | 1631 |
| H | House grants request for conference committee | | 04/08/2011 | | 1631 |
| H | Senate appoints conferees- | | 04/06/2011 | | 1545 |

reported

| | | | |
|---|---|---|---|
| H | Senate requests conference committee-reported | | 04/06/2011 | 1545 |
| H | Senate refuses to concur-reported | | 04/06/2011 | 1545 |
| S | Senate appoints conferees | | 04/05/2011 | 918 |
| S | Senate requests conference committee | | 04/05/2011 | 918 |
| S | Senate refuses to concur | | 04/05/2011 | 918 |
| S | Read | | 04/05/2011 | 918 |
| S | House amendment(s) laid before the Senate | | 04/05/2011 | 907 |
| S | House passage as amended reported | | 03/24/2011 | 759 |
| H | Record vote | RV#156 | 03/24/2011 | 1082 |
| H | Passed | | 03/24/2011 | 1082 |
| H | Read 3rd time | | 03/24/2011 | 1081 |
| H | Reason for vote recorded in Journal | | 03/23/2011 | 1040 |
| H | Record vote | RV#149 | 03/23/2011 | 1039 |
| H | Passed to 3rd reading as amended | | 03/23/2011 | 1039 |
| H | Record vote | RV#148 | 03/23/2011 | 1029 |
| H | Amendment tabled | 63-Eiland | 03/23/2011 | 1027 |
| H | Record vote | RV#147 | 03/23/2011 | 1026 |
| H | Amendment tabled | 62-Strama | 03/23/2011 | 1026 |
| H | Point of order withdrawn (amendment) | Rule 11, Section 2 and Rule 11, Section 3 | 03/23/2011 | 1026 |
| H | Amendment(s) offered | 62-Strama | 03/23/2011 | 1025 |
| H | Record vote | RV#146 | 03/23/2011 | 1025 |
| H | Amended | 48-Bonnen | 03/23/2011 | 1025 |
| H | Vote reconsidered | | 03/23/2011 | 1025 |
| H | Point of order overruled | Rule 4, Section 32(c)(4) | 03/23/2011 | 1024 |
| H | Record vote | RV#145 | 03/23/2011 | 1024 |
| H | Amendment tabled | 61-Martinez | 03/23/2011 | 1023 |
| H | Record vote | RV#144 | 03/23/2011 | 1023 |
| H | Amendment tabled | 60-Reynolds | 03/23/2011 | 1022 |
| H | Amended | 59-Dutton | 03/23/2011 | 1022 |
| H | Record vote | RV#143 | 03/23/2011 | 1022 |
| H | Amendment tabled | 58-Anchia | 03/23/2011 | 1021 |
| H | Record vote | RV#142 | 03/23/2011 | 1020 |
| H | Amendment tabled | 57-Anchia | 03/23/2011 | 1020 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 1020 |
| H | Record vote | RV#141 | 03/23/2011 | 1019 |
| H | Amendment tabled | 56-Anchia | 03/23/2011 | 1019 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 1019 |

Statement of Leg. Intent

| | | | |
|---|---|---|---|
| H  Recorded in Journal | | 03/23/2011 | 1017 |
| H  Record vote | RV#140 | 03/23/2011 | 1018 |
| H  Amendment tabled | 55-Veasey | 03/23/2011 | 1016 |
| H  Record vote | RV#139 | 03/23/2011 | 1016 |
| H  Amendment tabled | 54-Alvarado | 03/23/2011 | 1015 |
| H  Amended | 53-Lucio | 03/23/2011 | 1014 |
| H  Record vote | RV#138 | 03/23/2011 | 1014 |
| H  Amendment tabled | 52-Castro | 03/23/2011 | 1013 |
| H  Statement(s) of vote recorded in Journal | | 03/23/2011 | 1013 |
| H  Record vote | RV#137 | 03/23/2011 | 1012 |
| H  Amendment tabled | 51-Gutierrez | 03/23/2011 | 1012 |
| H  Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 1010 |
| H  Record vote | RV#136 | 03/23/2011 | 1011 |
| H  Amendment tabled | 50-Raymond | 03/23/2011 | 1009 |
| H  Statement(s) of vote recorded in Journal | | 03/23/2011 | 1009 |
| H  Record vote | RV#135 | 03/23/2011 | 1008 |
| H  Amendment tabled | 49-Alonzo | 03/23/2011 | 1008 |
| H  Amended | 48-Bonnen, Bohac, and T. Smith | 03/23/2011 | 1007 |
| H  Amendment withdrawn | 47-Alonzo | 03/23/2011 | 1007 |
| H  Statement(s) of vote recorded in Journal | | 03/23/2011 | 1007 |
| H  Record vote | RV#134 | 03/23/2011 | 1006 |
| H  Amendment tabled | 46-Martinez | 03/23/2011 | 1006 |
| H  Amended | 45-Anchia | 03/23/2011 | 1005 |
| H  Record vote | RV#133 | 03/23/2011 | 1005 |
| H  Amendment tabled | 44-Gallego | 03/23/2011 | 1005 |
| H  Statement(s) of vote recorded in Journal | | 03/23/2011 | 1005 |
| H  Record vote | RV#132 | 03/23/2011 | 1004 |
| H  Amendment tabled | 43-Rodriguez | 03/23/2011 | 1003 |
| H  Record vote | RV#131 | 03/23/2011 | 1003 |
| H  Amendment tabled | 42-Walle | 03/23/2011 | 1001 |
| H  Amendment withdrawn | 41-Anchia | 03/23/2011 | 1001 |
| H  Record vote | RV#130 | 03/23/2011 | 1000 |
| H  Amendment tabled | 40-Menendez | 03/23/2011 | 1000 |
| H  Record vote | RV#129 | 03/23/2011 | 999 |
| H  Amendment tabled | 39-Anchia and Strama | 03/23/2011 | 998 |
| H  Record vote | RV#128 | 03/23/2011 | 997 |
| H  Amendment fails of adoption | 38-Burnam | 03/23/2011 | 997 |
| H  Record vote | RV#127 | 03/23/2011 | 996 |
| H  Amendment fails of adoption | 37-Hernandez Luna | 03/23/2011 | 996 |
| H  Record vote | RV#126 | 03/23/2011 | 995 |
| H  Amendment tabled | 36-Dutton | 03/23/2011 | 994 |
| H  Statement of Leg. Intent | | 03/23/2011 | 991 |

Recorded in Journal

| | | | | |
|---|---|---|---|---|
| H | Record vote | RV#125 | 03/23/2011 | 994 |
| H | Amendment tabled | 35-Raymond | 03/23/2011 | 991 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 987 |
| H | Record vote | RV#124 | 03/23/2011 | 990 |
| H | Amendment tabled | 34-Raymond | 03/23/2011 | 987 |
| H | Amendment withdrawn | 33-Dutton | 03/23/2011 | 986 |
| H | Amended | 32-Dukes | 03/23/2011 | 986 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 986 |
| H | Record vote | RV#123 | 03/23/2011 | 985 |
| H | Amendment tabled | 31-Dutton | 03/23/2011 | 985 |
| H | Amended | 30-Gonzalez | 03/23/2011 | 984 |
| H | Amendment withdrawn | 29-Dutton | 03/23/2011 | 984 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 984 |
| H | Record vote | RV#122 | 03/23/2011 | 983 |
| H | Amended | 28-Harper-Brown, Legler, Zerwas, Creighton, Orr, D. Miller, Sheffield, Jackson, Scott, Price, L. Tay | 03/23/2011 | 982 |
| H | Amended | 27-Miles | 03/23/2011 | 982 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 982 |
| H | Amended | 26-V. Gonzales | 03/23/2011 | 981 |
| H | Record vote | RV#121 | 03/23/2011 | 981 |
| H | Amendment tabled | 25-Hernandez Luna | 03/23/2011 | 980 |
| H | Record vote | RV#120 | 03/23/2011 | 980 |
| H | Amendment tabled | 24-Martinez Fischer | 03/23/2011 | 980 |
| H | Record vote | RV#119 | 03/23/2011 | 979 |
| H | Amendment tabled | 23-Dutton | 03/23/2011 | 979 |
| H | Amendment withdrawn | 22-Gonzalez | 03/23/2011 | 978 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 978 |
| H | Record vote | RV#118 | 03/23/2011 | 978 |
| H | Amendment tabled | 21-Veasey | 03/23/2011 | 978 |
| H | Amended | 20-Alonzo | 03/23/2011 | 977 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 977 |
| H | Record vote | RV#117 | 03/23/2011 | 976 |
| H | Amendment fails of adoption | 19-Allen | 03/23/2011 | 976 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 976 |
| H | Record vote | RV#116 | 03/23/2011 | 976 |
| H | Amendment tabled | 18-Dutton | 03/23/2011 | 975 |
| H | Record vote | RV#115 | 03/23/2011 | 975 |
| H | Amendment tabled | 17-Dukes | 03/23/2011 | 974 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 970 |

| H | Record vote | RV#114 | 03/23/2011 | 974 |
|---|---|---|---|---|
| H | Amendment tabled | 16-Raymond | 03/23/2011 | 970 |
| H | Record vote | RV#113 | 03/23/2011 | 969 |
| H | Amendment tabled | 15-Martinez | 03/23/2011 | 969 |
| H | Amendment withdrawn | 14-Raymond | 03/23/2011 | 968 |
| H | Amended | 13-Eiland | 03/23/2011 | 968 |
| H | Record vote | RV#112 | 03/23/2011 | 967 |
| H | Amendment tabled | 12-Dutton | 03/23/2011 | 967 |
| H | Record vote | RV#111 | 03/23/2011 | 967 |
| H | Amendment tabled | 11-Veasey | 03/23/2011 | 966 |
| H | Amended | 10-Y. Davis | 03/23/2011 | 966 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 966 |
| H | Record vote | RV#110 | 03/23/2011 | 965 |
| H | Amended | 7-Bonnen+ | 03/23/2011 | 965 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 965 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 963 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 964 |
| H | Record vote | RV#109 | 03/23/2011 | 964 |
| H | Amendment to amendment tabled | 9-Alonzo | 03/23/2011 | 963 |
| H | Record vote | RV#108 | 03/23/2011 | 962 |
| H | Amendment to amendment tabled | 8-Eiland | 03/23/2011 | 962 |
| H | Amendment(s) offered | 7-Bonnen, Zedler, Simpson, Creighton, S. Miller, Lyne, Otto, Chisum, Madden, T. Smith, W. Smith, D. | 03/23/2011 | 961 |
| H | Amendment withdrawn | 6-Y. Davis | 03/23/2011 | 961 |
| H | Amended | 5-Hochberg | 03/23/2011 | 961 |
| H | Amendment withdrawn | 4-Turner | 03/23/2011 | 960 |
| H | Amended | 3-Giddings and Bonnen | 03/23/2011 | 959 |
| H | Amendment withdrawn | 2-Anchia | 03/23/2011 | 958 |
| H | Amendment withdrawn | 1-Anchia | 03/23/2011 | 958 |
| H | Point of order overruled | Article III, Section 49 | 03/23/2011 | 956 |
| H | Point of order overruled | Rule 4, Section 32(c) | 03/23/2011 | 955 |
| H | Point of order overruled | Rule 4, Section 32(c) and Rule 4, Section 32(f) | 03/23/2011 | 953 |
| H | Point of order overruled | Rule 4, Section 11 and Rule 4, Section 12 | 03/23/2011 | 952 |
| H | Point of order overruled | Rule 6, Section 16 | 03/23/2011 | 951 |
| H | Point of order overruled | Rule 6, Section 16 | 03/23/2011 | 951 |
| H | Read 2nd time | | 03/23/2011 | 951 |
| H | Placed on Emergency Calendar | | 03/23/2011 | |
| H | Considered in Calendars | | 03/21/2011 | |

Committee report sent to

| | | | |
|---|---|---|---|
| H | Calendars | 03/21/2011 | |
| H | Committee report distributed | 03/21/2011 | 09:55 PM |
| H | Comte report filed with Committee Coordinator | 03/21/2011 | 942 |
| H | Reported favorably as substituted | 03/21/2011 | |
| H | Committee substitute considered in committee | 03/21/2011 | |
| H | Considered in formal meeting | 03/21/2011 | |
| H | Scheduled for formal meeting on . . . | 03/21/2011 | |
| H | Returned to committee | 03/21/2011 | 920 |
| H | Point of order sustained | Rule 4, Section 32(c) and Rule 4, Section 32(f) | 03/21/2011 | 920 |
| H | Amendment(s) offered | 2-Giddings | 03/21/2011 | 919 |
| H | Amendment withdrawn | 1-Anchia | 03/21/2011 | 919 |
| H | Statement of Leg. Intent Recorded in Journal | 03/21/2011 | 910 |
| H | Laid out as postponed business | 03/21/2011 | 910 |
| H | Postponed | 12:12 PM | 03/21/2011 | 909 |
| H | Read 2nd time | 03/21/2011 | 909 |
| H | Placed on Emergency Calendar | 03/21/2011 | |
| H | Considered in Calendars | 03/15/2011 | |
| H | Committee report sent to Calendars | 03/15/2011 | |
| H | Committee report distributed | 03/15/2011 | 05:27 PM |
| H | Comte report filed with Committee Coordinator | 03/15/2011 | 831 |
| H | Reported favorably as substituted | 03/07/2011 | |
| H | Committee substitute considered in committee | 03/07/2011 | |
| H | Considered in formal meeting | 03/07/2011 | |
| H | Left pending in committee | 03/01/2011 | |
| H | Testimony taken/registration (s) recorded in committee | 03/01/2011 | |
| H | Committee substitute considered in committee | 03/01/2011 | |
| H | Considered in public hearing | 03/01/2011 | |
| H | Scheduled for public hearing on . . . | 03/01/2011 | |
| H | Referred to Voter Identification & Voter Fraud, Select | 02/11/2011 | 329 |
| H | Read first time | 02/11/2011 | 329 |
| H | Received from the Senate | 01/27/2011 | 254 |
| S | Reported engrossed | 01/26/2011 | 233 |

| | | | |
|---|---|---|---|
| S | Record vote | | 01/26/2011 | 146 |
| S | Passed | | 01/26/2011 | 146 |
| S | Read 3rd time | | 01/26/2011 | 146 |
| S | Laid before the Senate | | 01/26/2011 | 146 |
| S | Record vote | | 01/26/2011 | 140 |
| S | Passed to engrossment as amended | | 01/26/2011 | 140 |
| S | Record vote | | 01/26/2011 | 139 |
| S | Amended | | 01/26/2011 | 139 |
| S | Amendment(s) offered | FA41 Davis | 01/26/2011 | 139 |
| S | Record vote | | 01/26/2011 | 139 |
| S | Amendment tabled | | 01/26/2011 | 139 |
| S | Amendment(s) offered | FA15 Davis | 01/26/2011 | 138 |
| S | Record vote | | 01/26/2011 | 138 |
| S | Amendment tabled | | 01/26/2011 | 138 |
| S | Amendment(s) offered | FA11 Davis | 01/26/2011 | 138 |
| S | Record vote | | 01/26/2011 | 138 |
| S | Amended | | 01/26/2011 | 138 |
| S | Amendment(s) offered | FA40 Duncan | 01/26/2011 | 137 |
| S | Amendment withdrawn | | 01/26/2011 | 137 |
| S | Amendment(s) offered | FA39 Davis | 01/26/2011 | 136 |
| S | Record vote | | 01/26/2011 | 136 |
| S | Amendment tabled | | 01/26/2011 | 136 |
| S | Amendment(s) offered | FA38 Davis | 01/26/2011 | 136 |
| S | Record vote | | 01/26/2011 | 135 |
| S | Amendment tabled | | 01/26/2011 | 135 |
| S | Amendment(s) offered | FA37 Davis | 01/26/2011 | 135 |
| S | Record vote | | 01/26/2011 | 135 |
| S | Amendment tabled | | 01/26/2011 | 135 |
| S | Amendment(s) offered | FA36 Davis | 01/26/2011 | 133 |
| S | Record vote | | 01/26/2011 | 133 |
| S | Amended | | 01/26/2011 | 133 |
| S | Amendment(s) offered | FA35 Patrick | 01/26/2011 | 133 |
| S | Record vote | | 01/26/2011 | 132 |
| S | Amendment tabled | | 01/26/2011 | 132 |
| S | Amendment(s) offered | FA34 West | 01/26/2011 | 132 |
| S | Record vote | | 01/26/2011 | 132 |
| S | Amendment tabled | | 01/26/2011 | 132 |
| S | Amendment(s) offered | FA33 West | 01/26/2011 | 132 |
| S | Record vote | | 01/26/2011 | 131 |
| S | Amended | | 01/26/2011 | 131 |
| S | Amendment(s) offered | FA32 Watson | 01/26/2011 | 131 |
| S | Record vote | | 01/26/2011 | 131 |
| S | Amendment tabled | | 01/26/2011 | 131 |
| S | Amendment(s) offered | FA31 Van de Putte | 01/26/2011 | 131 |
| S | Record vote | | 01/26/2011 | 130 |

| S | Amendment tabled | | 01/26/2011 | 130 |
|---|---|---|---|---|
| S | Amendment(s) offered | FA30 Ellis | 01/26/2011 | 130 |
| S | Record vote | | 01/26/2011 | 129 |
| S | Amendment tabled | | 01/26/2011 | 129 |
| S | Amendment(s) offered | FA29 Gallegos | 01/26/2011 | 129 |
| S | Record vote | | 01/26/2011 | 129 |
| S | Amendment tabled | | 01/26/2011 | 129 |
| S | Amendment(s) offered | FA28 Ellis | 01/26/2011 | 128 |
| S | Record vote | | 01/26/2011 | 128 |
| S | Amendment tabled | | 01/26/2011 | 128 |
| S | Amendment(s) offered | FA27 Lucio | 01/26/2011 | 127 |
| S | Record vote | | 01/26/2011 | 127 |
| S | Amendment tabled | | 01/26/2011 | 127 |
| S | Amendment(s) offered | FA26 Gallegos | 01/26/2011 | 127 |
| S | Record vote | | 01/26/2011 | 126 |
| S | Amendment tabled | | 01/26/2011 | 126 |
| S | Amendment(s) offered | FA25 Gallegos | 01/26/2011 | 126 |
| S | Record vote | | 01/26/2011 | 126 |
| S | Amendment tabled | | 01/26/2011 | 126 |
| S | Amendment(s) offered | FA24 Hinojosa | 01/26/2011 | 126 |
| S | Record vote | | 01/26/2011 | 125 |
| S | Amended | | 01/26/2011 | 125 |
| S | Amendment(s) offered | FA23 Lucio | 01/26/2011 | 125 |
| S | Record vote | | 01/26/2011 | 125 |
| S | Amendment tabled | | 01/26/2011 | 125 |
| S | Amendment(s) offered | FA22 Lucio | 01/26/2011 | 125 |
| S | Record vote | | 01/26/2011 | 124 |
| S | Amendment tabled | | 01/26/2011 | 124 |
| S | Amendment(s) offered | FA21 Davis | 01/26/2011 | 124 |
| S | Record vote | | 01/26/2011 | 124 |
| S | Amendment tabled | | 01/26/2011 | 124 |
| S | Amendment(s) offered | FA20 West | 01/26/2011 | 123 |
| S | Record vote | | 01/26/2011 | 123 |
| S | Amendment tabled | | 01/26/2011 | 123 |
| S | Amendment(s) offered | FA19 Ellis | 01/26/2011 | 123 |
| S | Record vote | | 01/26/2011 | 123 |
| S | Amended | | 01/26/2011 | 123 |
| S | Amendment(s) offered | FA18 Hinojosa | 01/26/2011 | 123 |
| S | Record vote | | 01/26/2011 | 122 |
| S | Amendment tabled | | 01/26/2011 | 122 |
| S | Amendment(s) offered | FA17 Gallegos | 01/26/2011 | 122 |
| S | Record vote | | 01/26/2011 | 122 |
| S | Amendment tabled | | 01/26/2011 | 122 |
| S | Amendment(s) offered | FA16 Van de Putte | 01/26/2011 | 121 |
| S | Amendment withdrawn | | 01/26/2011 | 120 |
| S | Amendment(s) offered | FA15 Davis | 01/26/2011 | 120 |

| | | | | |
|---|---|---|---|---|
| | Record vote | | 01/26/2011 | 120 |
| S | Amendment tabled | | 01/26/2011 | 120 |
| S | Amendment(s) offered | FA14 Lucio | 01/26/2011 | 119 |
| S | Record vote | | 01/26/2011 | 119 |
| S | Amendment tabled | | 01/26/2011 | 119 |
| S | Amendment(s) offered | FA13 Davis | 01/26/2011 | 119 |
| S | Record vote | | 01/26/2011 | 118 |
| S | Amendment tabled | | 01/26/2011 | 118 |
| S | Amendment(s) offered | FA12 Davis | 01/26/2011 | 118 |
| S | Amendment withdrawn | | 01/26/2011 | 118 |
| S | Motion withdrawn | | 01/26/2011 | 118 |
| S | Motion to table | | 01/26/2011 | 118 |
| S | Amendment(s) offered | FA11 Davis | 01/26/2011 | 117 |
| S | Record vote | | 01/26/2011 | 117 |
| S | Amendment tabled | | 01/26/2011 | 117 |
| S | Amendment(s) offered | FA10 Zaffirini | 01/26/2011 | 117 |
| S | Vote recorded in Journal | | 01/26/2011 | 117 |
| S | Amended | | 01/26/2011 | 117 |
| S | Amendment(s) offered | FA9 Hinojosa | 01/26/2011 | 116 |
| S | Amendment withdrawn | | 01/26/2011 | 116 |
| S | Amendment(s) offered | FA8 Davis | 01/26/2011 | 116 |
| S | Record vote | | 01/26/2011 | 116 |
| S | Amendment tabled | | 01/26/2011 | 116 |
| S | Amendment(s) offered | FA7 Van de Putte | 01/26/2011 | 116 |
| S | Amendment withdrawn | | 01/26/2011 | 116 |
| S | Amendment(s) offered | FA6 Davis | 01/26/2011 | 116 |
| S | Vote recorded in Journal | | 01/26/2011 | 115 |
| S | Amended | | 01/26/2011 | 115 |
| S | Amendment(s) offered | FA5 Zaffirini | 01/26/2011 | 115 |
| S | Amendment withdrawn | | 01/26/2011 | 115 |
| S | Amendment(s) offered | FA4 Lucio | 01/26/2011 | 115 |
| S | Vote recorded in Journal | | 01/26/2011 | 115 |
| S | Amended | | 01/26/2011 | 115 |
| S | Amendment(s) offered | FA3 Gallegos | 01/26/2011 | 114 |
| S | Record vote | | 01/26/2011 | 114 |
| S | Amendment tabled | | 01/26/2011 | 114 |
| S | Amendment(s) offered | FA2 Davis | 01/26/2011 | 114 |
| S | Record vote | | 01/26/2011 | 113 |
| S | Amendment tabled | | 01/26/2011 | 113 |
| S | Amendment(s) offered | FA1 Watson | 01/26/2011 | 112 |
| S | Read 2nd time | | 01/26/2011 | 112 |
| S | Rules suspended | | 01/26/2011 | 112 |
| S | Motion withdrawn | | 01/26/2011 | 112 |
| S | Motion to suspend rules | | 01/26/2011 | 110 |
| S | Committee report printed and distributed | | 01/25/2011 | 09:24 PM |

| | | | |
|---|---|---|---|
| S | Reported favorably w/o amendments | 01/25/2011 | 99 |
| S | Record vote | 01/25/2011 | 99 |
| S | Set as special order | 01/25/2011 | 99 |
| S | Testimony taken in committee | 01/25/2011 | |
| S | Considered in public hearing | 01/25/2011 | |
| S | Scheduled for public hearing on . . . | 01/25/2011 | |
| S | No action taken in committee | 01/24/2011 | |
| S | Scheduled for public hearing on . . . | 01/24/2011 | |
| S | Referred to Committee of the Whole | 01/24/2011 | 54 |
| S | Read first time | 01/24/2011 | 54 |
| S | Filed | 01/12/2011 | |
| S | Received by the Secretary of the Senate | 01/12/2011 | |

PL1072
9/2/2014
2:13-cv-000193

| | |
|---|---|
| **From:** | Bryan Hebert |
| **Sent:** | Thursday, January 27, 2011 10:33 AM |
| **To:** | Jonathan Stinson; Ryan LaRue_SC; Amanda Montagne; Wroe Jackson; Janice McCoy; Jennifer Fagan |
| **Subject:** | SB14 floor amendments |
| **Attachments:** | VOTE-SB14-floor amendments.docx |

Attached is a summary of all of the SB14 amendments (I used a list from the Houston Chronicle, corrected it and cleaned it up). 41 amendments were proposed and 9 were adopted – 8 of which were sponsored or co-sponsored by Democrats. So, I'd say they had significant input into the bill.

I'm working on a summary of the substantive provisions of the bill (ie. "What the hell did we just pass???"). I'll have it out soon.


Bryan Hebert
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



**EXHIBIT**
RD-18

1

HIGHLY CONFIDENTIAL

TX_00021

## VOTER ID - SB14 FLOOR AMENDMENTS - 82R

1. Watson - Strikes text of bill; makes identity theft, impersonation of voter, voter suppression, and voter intimidation a first degree felony. Tabled by 19-11

2. W.Davis - Mandate that DPS officials offer ID's for free instead of making people ask for them. Tabled 19-11

3. *Lucio/Gallegos/Hinojosa* - Require counties and secretary of state to make ID notice available in same languages as other notices currently provided. *Accepted by unanimous consent.*

4. Withdrawn

5. *Zaffirini* - Require that new requirements be prominently displayed in literature distributed by the state about voting. *Accepted by unanimous consent.*

6. W. Davis -- Allow for voters to change their own name on the voting record. Withdrawn.

7. Van de Putte - Provides that election officer cannot consider whether or not the address on drivers license matches address on voter registration card. Motion is tabled by 19-11.

8. Withdrawn

9. *Hinojosa* - Extends education/notice efforts to 2017. *Amendment is accepted*

10. Zaffirini - Allows those with registration cards and a matching name on the voting role to cast votes if they sign an affidavit. Amendment is tabled by 18-12.

11. W. Davis - May use your marriage certificate to clarify your name on the role. Withdrawn.

12. W. Davis - Would provide for free state ID's to those who ask. Tabled by a vote of 19-12

13. W. Davis - Would allow for the use of expired ID's. Tabled 19-11

14. Lucio - Allows two forms of non-photo ID in lieu of photo. Tabled by vote of 19-11

15. W. Davis - Allows for one use of expired ID's. Tabled 19-11

16. Van de Putte - The voter would present either the photo ID or two different alternatives. Motion to table 19-11.

17. Gallegos - Allows for suspended forms of ID to allowable list. Motion tabled by a vote of 19-11

18. *Hinojosa/Patrick* - Include CHL as an acceptable form of photo ID. *Accepted by a vote of 30-0.*

19. Ellis - Allow for use of student ID as a valid picture ID. Tabled by a vote of 19-11

20. West - Use a Medicare card as a form of identification. Tabled by a vote 19-11

21. W. Davis - Allow any photo ID issued by the federal government, sub-entity of Texas, or higher education amendments. Tabled by a vote of 19-11

22. Lucio - Allow a 60 day window for expired ID's to be used in the election and allow expired DL use by those over 65. Motion was tabled by 19-11.

23. *Lucio* - Allow photo IDs expired no more than 60 days. *Passes 30-0*

24. Hinojosa - Allow counties to add photo to voter registration card. Motion tabled by a vote of 19-11.

25. Gallegos - Add DPS offices in inner city areas. Tabled 19-11.

26. Gallegos - Add DPS offices within five miles of mass transit lines Tabled 19-11.

27. Lucio - Newly married couples must be notified of changes to voting law. Tabled 19-11

HIGHLY CONFIDENTIAL

TX_00021

28. Lucio/Ellis - Same day voting on Election Day. Tabled 20-10

29. Gallegos - Require DPS offices to offer extend hours and Saturday hours. Tabled by a vote of 19-11

30. Ellis - Require Secretary of State to examine whether or not the bill as an adverse effect on disparate population groups. Motion tabled by a vote of 19-11

31. Van de Putte - Requires certification that training and education have been completed and money has been spent properly. Motion tabled by vote of 19-11.

32. *Watson* - Adds the "Ogden Amendment" to the Voter ID bill. *Motion passed by a vote of 30-0.*

33. West - Prohibits funding voter ID bill if funding provided to school districts by the foundation school fund is not sufficient to maintain the current teacher ratio. Motion to table 19-11.

34. West - Bill won't take effect if it is an unfunded mandate on the counties. Tabled by a vote of 19-11.

35. *Patrick* - **Exemption from photo ID requirement for disabled voters.** *Passed 30-0*

36. W. Davis - Make it easier for the disabled voters to receive absentee status. Tabled by a vote of 19-11

37. W. Davis - Statewide voter registration system. Tabled by a vote of 19-11

38. W. Davis - Voters must receive notice when their voter registration has changed. Tabled by a vote of 19-11

39. *Duncan/Davis/Ogden/Patrick* - **Exemption from photo ID for indigent and religious objectors.** *Passed 30-0.*

40. Davis - Exception for married women with name change. Tabled 19-11

41. *Davis* - **Require election official to accept ID if substantially conforms to name on voter roll.** *Passed 30-0*

HIGHLY CONFIDENTIAL

TX_00021

| From: | Bryan Hebert |
|---|---|
| Sent: | Thursday, January 27, 2011 11:33 AM |
| To: | Jonathan Stinson; Janice McCoy; Amanda Montagne; Jennifer Fagan; Ryan LaRue_SC; Wroe Jackson |
| Subject: | SB14 bill summary |
| Attachments: | VOTE - SB14 - engrossed- summary.docx |

Attached is a summary of SB14 as passed by the senate.

Bryan Hebert
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001

1

HIGHLY CONFIDENTIAL

TX_00021

## VOTER ID BILL SUMMARY
### SB14 (82R engrossed)

### SUMMARY

SB14 would give Texas arguably the strictest photo ID law in the country. A review of the US Supreme Court's approval of Indiana's photo ID law and the DOJ's approval of Georgia's photo ID law indicate that SB14 is likely to be upheld under both constitutional review and Section 5 Voting Rights Act review.

SB14 requires a voter to provide one of six acceptable photo IDs on election day (TX DL, DPS ID card, military ID, passport, citizenship certificate, or CHL), except that there is an opportunity to opt out of the photo ID requirement for people who are over age 70 when the law takes effect or who provide a signature affirming that they are disabled, indigent, or have a religious objection to being photographed and therefore cannot get a photo ID.

If a person does not have acceptable ID on election day, they may cast a provisional ballot and return to the voter registrar within six days with acceptable ID and have their ballot counted.

The criminal penalties for attempting to vote fraudulently are increased.

There are several provisions requiring training of poll workers and notice and education for the public in multiple languages and formats. The education and training efforts begin now, but the new ID requirements will not apply until the 2012 primary election. The Secretary of State has federal HAVA funds available to pay for the education and training efforts.

### SUBSTANTIVE PROVISIONS

- A voter must present an acceptable photo ID on election day:
  - (1) TX DL (current or expired no more than 60 days)
  - (2) ID card issued by DPS (current or expired no more than 60 days) - *provided free if requested by a voter*
  - (3) military ID (current or expired no more than 60 days)
  - (4) US passport (current or expired no more than 60 days)
  - (5) US citizenship certificate
  - (6) CHL (current or expired no more than 60 days)

- *Exception #1*: a voter who is 70 or older on 01/01/12 need only present a voter registration card on election day
- *Exception #2*: a voter who is disabled and has provided a physician certification of the disability to the registrar and received a registration card marked "Photo ID not required" need only present the registration card on election day
- *Exception #3*: indigent people and people with religious objection to being photographed may cast a provisional ballot on election day and return to the registrar within 6 days to sign an affidavit confirming their exempt status

HIGHLY CONFIDENTIAL

- The name on the ID must be "substantially similar" to the name on the voter list. If a person does not have acceptable ID on election day, they may cast a provisional ballot and return to the voter registrar within six days with acceptable ID and have their ballot counted.

- All election workers must be trained in the new ID requirements. The SOS and counties must provide education and notice in multiple languages to voters, including signs at polling places, written notice included with registration cards, written notice to voters attempting to use unacceptable ID, educational materials on the SOS website, and a statewide education campaign organized by the SOS.

- The criminal penalty for voting fraudulently is increased from a third degree felony to a second degree felony, and the penalty for attempting to fraudulently vote is increased from a Class A misdemeanor to a state jail felony.

HIGHLY CONFIDENTIAL



PLAINTIFF'S DEPOSITION EXHIBIT
RD19

**From:** Julia Rathgeber
**Sent:** Thursday, January 20, 2011 1:45 PM
**To:** Jennifer Fagan
**Subject:** RE: Announcement

**PL1173**
**9/2/2014**
**2:13-cv-000193**

809-1122

-----Original Message-----
From: Jennifer Fagan
Sent: Thursday, January 20, 2011 1:41 PM
To: Karina Davis; Blaine Brunson; Julia Rathgeber
Subject: RE: Announcement

Duncan wants to give Dewhurst a call -- what's the best way for him to reach him in the next 20-30 minutes?

-----Original Message-----
From: Karina Davis
Sent: Thursday, January 20, 2011 12:27 PM
To: Blaine Brunson; Julia Rathgeber; joshgrobinson@gmail.com Robinson; Mike Walz; Jennifer Fagan; Porter Wilson; Janice McCoy
Subject: RE: Announcement

We have a potential game plan. Jennifer is going to go run it by Duncan and circle back.


-----Original Message-----
From: Blaine Brunson [mailto:blabrunson@yahoo.com]
Sent: Thursday, January 20, 2011 11:48 AM
To: Julia Rathgeber; Karina Davis; joshgrobinson@gmail.com Robinson; Mike Walz; Jennifer Fagan; Porter Wilson; Janice McCoy
Subject: Announcement

Eichler just came by with docs on voter id and fed balanced budget and was headed to file them. He thought govs press release would go out in next 15-20 minutes.

Met with sen Duncan he will chair cow and asked Jennifer to meet with karina on a draft plan and then for them to come meet with him in a few hours.

Relayed that to dhd and he said he would call us after his lunch was over. Prob in next 30 minutes or so.

I am signing some house docs and am available on my cell.

Sent from my iPhone

HIGHLY CONFIDENTIAL

TX_00204730

**PLAINTIFF'S DEPOSITION EXHIBIT**
RD20

## Debby Hansard

| | |
|---|---|
| **From:** | Megan LaVoie |
| **Sent:** | Monday, January 24, 2011 11:25 AM |
| **To:** | Debby Hansard; Janis McCutchin; Jennifer Foster; John Stokes; Sarah Clifton |
| **Subject:** | voter ID talking points |

Here are some Voter ID talking points if you get some calls! Let me know if you need more information.

**Why is this issue moving so fast?**
*Last Thursday, Governor Perry declared Voter ID an emergency issue which means the Senate can take up the issue within the first 60 days of the legislative session.
*Lt. Governor Dewhurst asked Duncan to Chair the Committee of the Whole so the Senate could take up the issue this week. Moving Voter ID this fast isn't Duncan's doing, although he believes it is an important issue and will vote for it.
*While Voter ID is a crucial issue, there are many major issues the legislature has to vote on this session including redistricting and the budget.  Resolving this well debated issue at the beginning of session will help legislators turn their focus to those other major issues.

**Voter ID FYI**
*The Voter ID bill will increase the security of our voting system.
*Voters at the polls will have to show one of 4 photo identifications to vote:
      1)Drivers license/DPS ID
      2)Military ID
      3)Passport
      4)Citizenship papers with photo ID
          *If you are 70 or over photo ID is not required (this will be phased out...you have to be 70 when the law is enacted)

**\*Also important to convey:**
      *There will be education and notice of the new law before the
      *As the bill is written now, the first election using this new law will be the 2012 primary election

1

Highly Confidential

LEG00005004

SENATE

NOTICE OF PUBLIC HEARING

**PL1175**
**9/2/2014**
**2:13-cv-000193**

COMMITTEE:        Committee of the Whole Senate

TIME & DATE:      1:30 PM, Monday, January 24, 2011

PLACE:            Senate Chamber



---

\*\*PLEASE NOTE THAT THE SENATE WILL CONVENE AT 1:30 P.M.

Upon adoption of the appropriate motion, the Senate will resolve into the Committee of the Whole Senate to consider the following:

SB 14      Fraser/et al.

Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

The Committee will hear invited testimony only on SB 14.

The public is invited to observe the proceedings of the Committee from the Senate Gallery on the 3rd Floor.

For any questions regarding the hearing, please contact Patsy Spaw (512) 463-0100.

---

1

| | |
|---|---|
| **From:** | opie@cdmlaw.com |
| **Sent:** | Friday, January 21, 2011 6:04 PM |
| **To:** | Jennifer Fagan |
| **Subject:** | Fw: SB 14 |
| **Attachments:** | SB 14 Van de Putte Letter.pdf |



PLAINTIFF'S DEPOSITION EXHIBIT
PENGAD-Bayonne, N.J.
BD22

Sent via BlackBerry by AT&T

**From:** "Leticia Van De Putte" <Leticia.VanDePutte@senate.state.tx.us>
**Date:** Fri, 21 Jan 2011 17:41:13 -0600
**To:** opie@cdmlaw.com<opie@cdmlaw.com>
**Subject:** SB 14

Senator Duncan,

Attached please find a copy of a letter I had delivered to your office regarding SB 14.

Sincerely,

Leticia Van de Putte, R.Ph.

HIGHLY CONFIDENTIAL



# The Senate of The State of Texas

## Senator Leticia Van de Putte, R. Ph.
### District 26

January 21, 2011

The Honorable Robert Duncan
Texas Senate
3E.10 - Capitol Building
Austin, TX 78711

Senator Duncan:

Thank you for our candid discussion yesterday. After talking on the phone with those Senators who represent districts in which minority voters are electing candidates of their choice, and who also speak on behalf of the minority voters in the state, it is clear that there is widespread concern regarding the process we discussed. I want to reiterate our deep concern for the timing of the public hearing on voter I.D. legislation, along with other related troublesome issues. We are also extremely concerned that the timing of this will not allow the participation of those who would be deeply affected – senior citizens, those with disabilities, students, and women with children.

First of all, the Lieutenant Governor, fully aware that most if not all of the Senators had left town on Thursday (if not Wednesday afternoon), waited until very late in the day Thursday to deliver a letter to Senators, literally slipping it under most office doors after hours, serving notice that the Senate would convene as a Committee-of-the-Whole the following Monday, four days later, in order to take up voter I.D. legislation. He did so a day after the Senate unanimously passed Senator Whitmire's resolution specifically authorizing all Senators to be absent from the Capitol until Monday afternoon.

Please understand the stark contrast to the previous session two years ago, when Senators knew a month or more in advance that a full hearing on this legislation would take place, and were able to adequately prepare for it.

700 N. St. Mary's St., Suite 1725
San Antonio, Texas 78205
210-733-6604
210-733-6605 Fax

E-MAIL: leticia.vandeputte@senate.state.tx.us

P.O. Box 12068
Austin, Texas 78711
512-463-0126
Fax 512-463-2114
1-888-279-0648
Dial 711 For Relay Calls

Committees: Veteran Affairs and Military Installations, *Chair*
Business & Commerce • Education • State Affairs

**TX_00204743**

HIGHLY CONFIDENTIAL

It is impossible to interpret this action in any way other than to prevent a balanced discussion and full participation on this issue. With all due respect, no fair-minded judge in America would allow a trial involving fundamental rights to proceed without providing each side adequate time to prepare.

Additionally, as you know, on this issue alone, Senate Republicans have ensured that Senators representing districts in which minority voters are playing a determinative role in electing Senators of their choice will be unable to protect our constituents by blocking this legislation, by bypassing the Senate two-thirds tradition and instead considering voter I.D. legislation through a "special order"-- adopted in Senate rules earlier this week.  This action ensures that we cannot block this legislation as would be possible with any other legislation considered this session.  In previous legislative sessions in which we have preserved the two-thirds rule, all the Senators representing districts in which minority voters are playing a determinative role in electing the Senator of their choice did indeed block legislation designed to achieve the same result blocking the bill.

Some Senators also point out that under the Senate Rules of the 82nd Legislature (SR 36), there has been inadequate notice of posting under our rules to proceed with this legislation which cannot be remedied such that that any bill would be eligible to be heard on Monday.

Finally, I would again point out to you that Monday, in consultation with the state's leadership, we had already arranged to dedicate this day as "Wounded Warriors Day," in which combat veterans from across the state are to be honored by the Texas Senate.  I fear that to schedule a time-consuming and divisive hearing on voter I.D. legislation for the same day would be interpreted by these veterans, and many Texans, as disrespectful.

In light of all of the above, I again ask that you reconsider your decision to convene a Committee-of-the-Whole on Monday and instead afford Senators speaking on behalf of minority voters adequate time to prepare to address the issue and prepare a sufficient record for this completely different type of voter I.D. bill.

Sincerely,

Leticia Van de Putte, R.Ph.

cc: US Department of Justice, Voting Rights Section

HIGHLY CONFIDENTIAL

PL1177
9/2/2014
2:13-cv-000193

EXHIBIT
RD23

| | |
|---|---|
| **From:** | Julia Rathgeber |
| **Sent:** | Friday, January 21, 2011 7:20 PM |
| **To:** | Jennifer Fagan |
| **Subject:** | Re: SB 14 |

Thanks... It doesn't leave much room for negotiation

**From:** Jennifer Fagan
**To:** Julia Rathgeber
**Sent:** Fri Jan 21 18:48:24 2011
**Subject:** RE: SB 14
No mention of when a good time would be. Left it that they would talk again over the weekend -- probably on Sunday. As of now, he wants to move ahead as planned -- COW on Monday and lay out the bill with resources witnesses available.

**From:** Julia Rathgeber
**Sent:** Friday, January 21, 2011 6:21 PM
**To:** Jennifer Fagan
**Subject:** Re: SB 14

Did she tell him when would be a good time? I really do think this is more warning than last time. Want me to check?

**From:** Jennifer Fagan
**To:** Blaine Brunson <blabrunson@yahoo.com>; Julia Rathgeber; Janice McCoy
**Sent:** Fri Jan 21 18:05:09 2011
**Subject:** FW: SB 14
FYI -- Not sure where we go from here. Duncan and I are still discussing it.

**From:** "Leticia Van De Putte" <Leticia.VanDePutte@senate.state.tx.us>
**Date:** Fri, 21 Jan 2011 17:41:13 -0600
**To:** opie@cdmlaw.com<opie@cdmlaw.com>
**Subject:** SB 14

Senator Duncan,

Attached please find a copy of a letter I had delivered to your office regarding SB 14.

Sincerely,

Leticia Van de Putte, R.Ph.

HIGHLY CONFIDENTIAL

TX_00204747

Case 2:13-cv-00193   Document 677-8   Filed on 11/11/14 in TXSD   Page 29 of 30



**TUESDAY, AUGUST 26, 2014**



LUBBOCK AVALANCHE-JOURNAL
lubbockonline.com

**MEDIA**

**PL1178**
**9/2/2014**
**2:13-cv-000193**

Home   News   Sports   Wreckem247   Life   Opinion   Obits   Autos   Homes   Jobs   Classifi

Follow Natalie Gross's tweets from the LPD news conference on Sur
shooting.
More

# Texas Secretary of State urges college stu

Nandita Berry visits Texas Tech, Lubbock Christian University campuses

**Posted:** August 25, 2014 - 4:31pm  |  **Updated:** August 26, 2014 - 12:16am

By JOSIE MUSICO

A-J MEDIA

Routinely visiting the polls is crucial for college students — and for every eligible Ame
secretary of state said Monday morning.

Nandita Berry visited the Texas Tech and Lubbock Christian University campuses to e
participate in elections.

"I think voting is our most fundamental right," she said.

Berry, who was appointed by Governor Rick Perry and assumed office Jan. 7, describe
from India in 1989. The then-21-year-old eventually became a naturalized citizen, a st
take for granted.

"Becoming a citizen comes with certain obligations and duties, and one of them is vot

The state official's Lubbock visit was her first stop in a statewide tour to help young v

She wishes to remind them that under Texas' new voter-identification law, they'll nee
driver's license or one of six other forms of identification. A passport and election-ide

acceptable, but a college-identification card is not.

"My hope is, by going to university campuses, we can outline the process and make st the ability to vote," she said. "...We want to make sure they go about getting the righ already have it."

Berry's office holds a neutral stance on any political controversy regarding voter ID sh enforcing the law.

College students must also decide whether to list their voter-registration address as th temporary school address, she added. The deadline to register to vote in the Nov. 4 G

Berry also encourages students and others to stay updated with her office through so

josephine.musico@lubbockonline.com

• 766-8796

www.facebook.com/pages/
Region-Agriculture

Follow Josie on Twitter

@josiemusico

TAGS: LOCAL NEWS  JOSIE MUSICO

Lubbock Avalanche-Journal ©2014. All Rights Reserved.    Terms of Service and Privacy Policy