LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT
7/29/2014

1 (Pages 1 to 4)

## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
 2               CORPUS CHRISTI DIVISION
 3  MARC VEASEY, et al.,        )
                                )
 4        Plaintiff,            )
                                )
 5  VS.                         )  CIVIL ACTION NUMBER:
                                )  2:13-CV-193 (NGR)
 6  RICK PERRY, et al.,         )
                                )
 7        Defendants.           )
    _____)
 8
    UNITED STATES OF AMERICA,   )
 9                              )
          Plaintiff,            )
10                              )
    VS.                         )
11                              )  CIVIL ACTION NUMBER:
                                )  2:13-CV-263 (NGR)
    TEXAS LEAGUE OF YOUNG VOTERS)
12  EDUCATION FUND, et al.,     )
                                )
13      Plaintiff-Intervenors,  )
                                )
14  TEXAS ASSOCIATION OF HISPANIC)
    COUNTY JUDGES AND COUNTY    )
15  COMMISSIONERS, et al.,      )
                                )
16      Plaintiff-Intervenors,  )
                                )
17  VS.                         )
                                )
18  STATE OF TEXAS, et al.,     )
                                )
19        Defendants.           )
    _____)
20                              )
    TEXAS STATE CONFERENCE OF   )
21  NAACP BRANCHES, et al.,     )
                                )
22        Plaintiffs,           )
                                )  CIVIL ACTION NUMBER:
23  VS.                         )  2:13-CV-291(NGR)
                                )
24  NANDITA BERRY, et al.,      )
                                )
25        Defendants.           )
```

## Page 2

```
 1  BELINDA ORTIZ, et al.,      )
                                )
 2        Plaintiffs,           )
                                )
 3  VS.                         )  CIVIL ACTION NUMBER:
                                )  2:13-CV-348(NGR)
 4  STATE OF TEXAS, et al.,     )
                                )
 5        Defendants.           )
                                )
 6  _____)
 7
    ****************************************************
 8
            DEPOSITION OF
 9
    LIEUTENANT GOVERNOR DAVID DEWHURST
10
            JULY 29, 2014
11
    ****************************************************
12
          HIGHLY CONFIDENTIAL
13
14      ORAL DEPOSITION OF LIEUTENANT GOVERNOR DAVID
15  DEWHURST, produced as a witness at the instance of the
    Plaintiff, was duly sworn, was taken in the above-styled
16  and numbered cause on the JULY 29, 2014 from 9:16 a.m.
17  to 7:23 p.m., before Chris Carpenter, CSR, in and for
18  the State of Texas, reported by machine shorthand, at
19  the Office of the Attorney General, 209 West 14th
20  Street, Austin, TX 78701, pursuant to the Federal Rules
21  of Civil Procedure and the provisions stated on the
22  record or attached hereto.
23
24
25
```

## Page 3

```
 1
 2
 3          A P P E A R A N C E S
 4  FOR THE UNITED STATES OF AMERICA:
       Elizabeth Westfall
 5     U.S. JUSTICE DEPARTMENT
       CIVIL RIGHTS DIVISION
 6     Room 7254 NWB
       950 Pennsylvania Avenue, N.W.
 7     Washington, D.C. 20530
       (202) 514-0828
 8     elizabeth.westfall@usdoj.gov
 9
10  FOR THE NAMED DEFENDANTS RICK PERRY, ET AL.:
11     Reynolds Brissenden
       John Scott
       J. Reed Clay, Jr.
12     Assistant Deputy Attorney General
       ATTORNEY GENERAL OF TEXAS
13     P.O. Box 12548
       Austin, TX 78711-2548
14     (512) 475-3281
       reynolds.brissenden@texasattorneygeneral.gov
15
16  FOR THE WITNESS:
17     Linda Halpern
       Manager of Complex Litigation
18     ATTORNEY GENERAL OF TEXAS
       P.O. Box 12548
19     Austin, TX 78711-2548 MC109
       (512) 475-1969
20     linda.halpern@texasattorneygeneral.gov
21     Brooke Paup
       Jay Dyer
22     Deputy Division Chief
       Intergovernmental Relations Division
23     ATTORNEY GENERAL OF TEXAS
       P.O. Box 12548
24     Austin, TX 78711-2548
       (512) 936-1381
25     brooke.paup@oag.state.tx.us
```

## Page 4

```
 1     Constance Allison
       LIEUTENANT GOVERNOR'S OFFICE
 2
 3  FOR TEXAS LEAGUE OF YOUNG VOTERS' EDUCATION FUND AND
    IMANI CLARK:
 4
 5     Tania Faransso
       WILMER HALE
 6     1875 Pennsylvania Avenue, NW
       Washington, DC 20006
       (202) 663-6262
 7     tania.faransso@wilmerhale.com
 8     Natasha M. Korgaonkar
       NAACP LEGAL DEFENSE AND
 9     EDUCATIONAL FUND, INC.
       40 Rector Street, 5th Floor
10     New York, NY 10006-1738
       (212) 965-2236
11     nkorgaonkar@naacpldf.org
12  FOR TEXAS STATE CONFERENCE OF NAACP BRANCHES:
13     Ezra Rosenberg (appearing by phone)
       DECHERT, LLP
14     ezra.rosenberg@dechert.com
15  COUNSEL FOR THE ORTIZ PLAINTIFFS:
16     Marinda van Dalen (appearing by phone)
       TEXAS RIO GRANDE LEGAL AID, INC.
17     mvandalen@trla.org
18
19
20
21
22
23
24
25
```

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

2 (Pages 5 to 8)

---

**5**

INDEX

Appearances...........................2

LIEUTENANT GOVERNOR DAVID DEWHURST:
    Examination by Ms. Westfall.............8
    Examination by Ms. Faransso...........230
    Examination by Ms. Korgaonkar..........259
    Examination by Mr. Scott...........265

Signature and Changes...........................277

Reporter's Certificate...........................278

EXHIBITS

NO. DESCRIPTION         PAGE MARKED

1  Deposition Subpoena        14

2  Subpoena to Produce Documents    14

3  Printout from David Dewhurst Website  25

4  Bills Referred to Committee of the Whole  33

5  HB 218 as Engrossed by the House    36

6  Legislative History of HB 218    38

7  Senate Journal, May 15, 2007    45

8  An Audit Report on The Voter Registration  53
   System at the Texas Secretary of State's
   Office.

9  SB 362 as Introduced       54

10  SB 362 Legislative History    54

11  Press Release from Office of the Lieutenant  78
   Governor, May 11, 2009
12  Senate Journal, Jan. 14, 2009    83
13  Off the Kuff, March 4, 2009    93
14  E-Mail, March 4, 2009 and Attachments  94

---

**6**

15  SB 15 AS-Filed        116

16  Voter Registration Form    120

17  Management of Major Legislation    140

18  E-Mail, Jan. 19, 2011    143

19  Draft Procedures For Consideration of  145
   SB 14, Voter ID Bill

20  Talking Points For DHD Call to Members  150
   Voter ID Timeline & Procedures

20  Talking Points For DHD Call to Members  150
   Voter ID Timeline & Procedures

21  Memo to Senate Members    155

22  Article: Dewhurst on Hot Seat in Houston  158
   Debate, Sept. 16, 2013
23  E-Mail Chain, Jan. 21, 2011 and Attachments 162
24  E-Mail Chain, Jan. 22, 2011 and Attachment 169
25  Legislative History of SB 14    174
26  Transcript of Committee of the Whole  175
   Senate, Jan. 25, 2011

27  E-Mail Chain, Feb. 1, 2011 and Attachment 188

28  Senate Journal from Wednesday, March 26, 2011 197

29  January 27, 2011 email from Bryan Hebert 207
   with attachment
30  As passed version of SB 14    209
31  Press release issued on January 26, 2011  221
32  Press release issued on March 12, 2012  222
33  April 25, 2007 Houston Chronicle article  224
34  June 1, 2007 Houston Chronicle article  226
35  Data from February 2011 Poll    242

---

**7**

36  Data from July 2008 Poll    242

37  Data from October 2012 Poll    247

38  Fall 2010 Lighthouse Opinion Poll    250

---

**8**

1     LIEUTENANT GOVERNOR DAVID DEWHURST,

2  having been first duly sworn to testify the truth, the

3  whole truth, and nothing but the truth, testified as

4  follows:

5            EXAMINATION

6  MS. WESTFALL:

7    Q.  Good morning, Mr. Dewhurst.

8    A.  Good morning.

9    Q.  My name is Elizabeth Westfall.  I represent the

10  United States in this action.  There are a number of

11  other counsel present here this morning.  I'd like to

12  have everyone go around the table and introduce

13  themselves.

14     MS. FARANSSO:  Good morning.  I'm Tania

15  Faransso with the Texas League of Young Voters Education

16  Fund and Imani Clark.

17     MS. KORGAONKAR:  Ms. Natasha Korgaonkar

18  from the NAACP Legal Defense Fund representing also the

19  Texas League of Young Voters, Imani Clark.

20     THE WITNESS:  Okay.

21     MS. KORGAONKAR:  Good morning.

22     THE WITNESS:  Good morning.

23     MS. WESTFALL:  How about the folks on the

24  phone?

25     MS. VAN DALEN:  This is Marinda van Dalen.

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

9

1  I'm representing the Ortiz Plaintiffs.
2          MR. ROSENBERG:  Ezra Rosenberg from
3  Dechert LLP representing the Texas State Conference of
4  NAACP Branches and the Mexican American Legislative
5  Conference.
6          MS. WESTFALL:  And could the other people
7  at the table introduce themselves, please?
8          MR. DYER:  I'm Jay Dyer with the Attorney
9  General's office.  I'm here with the witness.
10          MS. ALLISON:  Constance Allison with the
11  Lieutenant Governor's Office.
12          MR. REYNOLDS BRISSENDEN:  Reynolds
13  Brissenden from the Texas Attorney General's Office on
14  behalf of the State of Texas.
15          MS. PAUP:  Brooke Paup with the Attorney
16  General for the witness.
17          MS. HALPERN:  Linda Halpern, Attorney
18  General's Office for the witness.
19      Q.  (By Ms. Westfall)  Mr. Dewhurst, have you had
20  your deposition taken before?
21      A.  Yes.
22      Q.  How many years ago was that?
23      A.  12 or 13 years ago.
24      Q.  Do you remember --
25          MS. HALPERN:  Counsel, before you begin, I

10

1  have a couple of statements I'd like to make for the
2  record.
3          First of all, it sounds like we have
4  three, maybe four discrete parties represented here.
5  Under the rules, Plaintiffs are entitled to depose this
6  witness for a maximum of seven hours of on-the-record
7  time.  I want to give everybody notice now that the
8  deposition will terminate at the end of seven hours.
9  And I would urge Plaintiffs' counsel to confer among
10  yourselves and make sure that you allocate your time in
11  such a way that Ms. Westfall, as good an examiner as she
12  is, doesn't use up everybody else's time, because there
13  will no allowances made at the end.
14          Second of all, we will be asserting
15  legislative privilege from time to time.  In keeping
16  with our understanding of the judge's ruling in this
17  matter with regard to how legislative privilege is to be
18  treated, that being that we can either have the witness
19  not answer, in which case we all run the risk of having
20  to come back here, or having the witness answer but have
21  the answer be placed under seal with the understanding
22  that plaintiffs will then have to jump through whatever
23  hoops the court requires in order for them to be able to
24  use that testimony as evidence.  For the benefit of all,
25  we are going to take that latter course.  When I object

11

1  based on legislative privilege, we will have the witness
2  go ahead and answer the question if appropriate, but the
3  answer will be part of the sealed record, and in so
4  answering, this witness is not waiving his legislative
5  privilege.  Is that clear for everybody on the record?
6          MS. WESTFALL:  It is clear, and we will
7  operate under the same ground rules that we did for
8  Senator Fraser's deposition insofar as we would not
9  agree to designate the entire transcript as highly
10  confidential, but that you would make your objections to
11  questions that you believe would elicit testimony that
12  would be covered by legislative privilege and the
13  witness goes ahead and testifies.  We will examine on
14  some highly confidential documents.  The testimony
15  regarding those documents will be designated as highly
16  confidential, but the balance of the transcript will not
17  be designated as highly confidential.  But for
18  administrative purposes, the court reporter will
19  designate for the time-being the transcript as
20  confidential.  Do you agree with that?
21          MS. HALPERN:  That's acceptable to the
22  witness.
23          MS. WESTFALL:  Thank you.
24      Q.  (By Ms. Westfall)  Mr. Dewhurst, I will, since
25  it's been a number of years since you had your

12

1  deposition taken, review the ground rules so you know
2  what to expect.
3          A few moments ago you were sworn to
4  testify and answer questions under oath.  Do you
5  understand that you are here to -- expected to testify
6  truthfully and as completely as possible in response to
7  the questions that I will ask you?
8      A.  Yes.
9      Q.  The court reporter will prepare a transcript of
10  everything that is said here today.  Therefore, it is
11  very important to listen to my question, wait for me to
12  finish my question, and then answer with a verbal
13  response and not a shake of the head.  Do you
14  understand?
15      A.  Yes.
16      Q.  Please try to wait for me to finish my question
17  before you answer.  Otherwise, we will have questions
18  and answers that are overlapping, and again, the
19  transcript will be difficult to understand.  Do you
20  understand?
21      A.  Yes.
22      Q.  I will try to ask you clear questions, but if
23  you don't understand a question that I ask you, feel
24  free to ask for a clarification before you answer.
25      A.  Yes.

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

4 (Pages 13 to 16)

---

13

1    Q.  If you wish to stop and take a break at any
2 time, please let me know.  We can take a break whenever
3 you would like.  But I would ask that if there is a
4 question pending, that you go ahead and answer the
5 question first, okay?
6    A.  Yes.
7    Q.  Are you on any medication today that would
8 affect your ability to testify truthfully?
9    A.  No.
10    Q.  Is there any other reason why you can't testify
11 truthfully today?
12    A.  No.
13    Q.  I would like to explain some terms that I'll be
14 using in the deposition.  If I refer to Senate Bill 14
15 or SB 14, I will mean Senate Bill 14, which was enacted
16 in 2011 in the 82nd Legislature.  Do you understand?
17    A.  Yes.
18    Q.  I may refer to you or your office, and that is
19 intended to refer to the entire Lieutenant Governor's
20 Office.  Do you understand?
21    A.  Yes.
22    Q.  And when I refer to the term minority voters, I
23 intend to refer to voters who are not Anglo.  Do you
24 understand?
25    A.  Yes.

---

14

1    Q.  Are you represented by counsel here today?
2    A.  Yes.
3    Q.  Who are you represented by?
4    A.  By these -- by Linda Halpern, Brooke, and by
5 Jay.
6        MS. WESTFALL:  Would you mark this,
7 please?
8        (Exhibits 1 and 2 marked for
9 identification.)
10    Q.  (By Ms. Westfall)  You have been handed what's
11 been marked as Exhibits 1 and 2 in your deposition.  Do
12 you recognize either of these documents?
13    A.  Yes.
14    Q.  And what is Exhibit Number 1?
15    A.  Exhibit 1 is a subpoena to appear at the
16 deposition this morning.
17    Q.  What is Exhibit Number 2?
18    A.  It's a subpoena to produce documents,
19 information or objects or to permit inspection of
20 premises in a civil action.
21    Q.  Sir, has your office searched for documents in
22 response to the documents subpoena?
23    A.  Yes.
24    Q.  Has your office completed its search?
25    A.  Yes.

---

15

1    Q.  Has your office provided these documents to
2 your counsel?
3    A.  I would have to ask counsel, but I've asked my
4 counsel in the Lieutenant Governor's Office to -- to
5 search for documents and if found, to turn them over to
6 you.
7    Q.  Thank you.  Have you done -- conducted the
8 search in 2014 or was this in 2012?
9    A.  This was in 2014.
10    Q.  Thank you.
11        MS. WESTFALL:  Counsel, for the record, I
12 don't believe we have received a production of documents
13 in the custody of the Lieutenant Governor's Office this
14 year.  I'd ask that you follow-up on that and see if
15 there are any documents to be produced.
16        MS. HALPERN:  I know that we produced
17 whatever we had.
18        MS. WESTFALL:  Thank you.
19    Q.  (By Ms. Westfall)  How do you communicate with
20 your staff?
21    A.  Verbally.
22    Q.  Do you use e-mail at all?
23    A.  I use -- during the time in question, I did not
24 use e-mail.
25    Q.  You mean between 2005 and 2011?

---

16

1    A.  That is correct.
2    Q.  When did you start to use e-mail?
3    A.  In 2012-2013.  And then -- and then it was not
4 used primarily.  I believe I misunderstood your
5 question.  I didn't start using e-mail for my business
6 and personal communication until 2011 or 2012 -- late
7 2011, 2012, but I didn't use it for office
8 communication.
9    Q.  Did you not start to use e-mail until after May
10 27, 2011?
11    A.  I started using e-mail after May 27, 2011.
12    Q.  Did you prepare for today's deposition?
13    A.  I met with counsel.
14        MS. HALPERN:  Yes.  That's a "yes" or "no"
15 question.
16    A.  Yes.
17    Q.  (By Ms. Westfall)  How did you prepare?
18    A.  I met with counsel for several hours yesterday
19 afternoon.
20    Q.  And was your counsel -- you met with
21 Ms. Halpern?
22    A.  I met -- I met with Ms. Halpern.
23    Q.  Who else was present in that meeting?
24    A.  Brooke and Jay.
25    Q.  Did you review any documents at that meeting?

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

5 (Pages 17 to 20)

---

**17**

1    A.  I --
2         MS. HALPERN:  "Yes" or "no" question.
3    A.  Yes.
4    Q.  (By Ms. Westfall)  Which documents?
5    A.  I looked at depositions by Mr. Hebert.
6    Q.  Anything else?
7         MS. HALPERN:  I'm going to object on the
8    grounds that it invades the attorney work product.
9         MS. WESTFALL:  General categories of
10   documents, may I examine him on the general categories?
11        MS. HALPERN:  No, I'm going to say that
12   invades attorney work product.
13   Q.  (By Ms. Westfall)  In addition to the
14   deposition transcript of Mr. Hebert, did you review any
15   exhibits to that deposition transcript?
16   A.  No.
17   Q.  Other than your attorney, did you speak to
18   anyone about your deposition today?
19   A.  No.
20   Q.  Did you speak to Julia Rathgaber?
21   A.  No.
22   Q.  Did you speak to Mr. Hebert?
23   A.  Yes.
24   Q.  Is he representing you in this action as your
25   counsel?  Do you know?

---

**18**

1    A.  Mr. Hebert is my general counsel so I rely on
2    Mr. Hebert.  I'm not sure how to answer your question.
3    Q.  Could you tell me the general nature of that
4    conversation?
5         MS. HALPERN:  I'm going to object to the
6    extent that -- to the extent that Mr. Hebert is his
7    general counsel, I think you are invading the attorney-
8    client privilege.  I'm going to direct him not to answer
9    questions about at conversations he's had with Bryan
10   Hebert.
11        MS. WESTFALL:  Mr. Hebert is also a fact
12   witness in this action, Counsel.
13   Q.  (By Ms. Westfall)  Did you discuss his
14   testimony in his deposition?
15   A.  No.
16   Q.  Did you speak with Senator Fraser about his
17   deposition?
18   A.  No.
19   Q.  Did you speak with Representative Harless about
20   her deposition?
21   A.  No.
22   Q.  Did you bring any notes or documents with you
23   today?
24   A.  No.
25   Q.  I'm going to briefly go over a little bit of

---

**19**

1    your educational background.  Could you tell me what
2    your educational background is.  Where did you go to
3    college?
4    A.  I graduated from the University of Arizona.
5    Q.  Were you awarded a degree?
6    A.  Yes.
7    Q.  What year?
8    A.  In 1967.
9    Q.  Did you --
10   A.  A Bachelor of Arts.
11   Q.  Did you obtain any postgraduate education?
12   A.  Yes.  I attended Georgetown Law School.
13   Q.  Did you obtain a degree?
14   A.  No, ran out of money.
15   Q.  Was there a time when you first became elected
16   to an elected office in the state of the Texas?
17   A.  Yes.
18   Q.  When was that?
19   A.  I took office as Texas land commissioner in
20   January 1999.
21   Q.  How many terms did you serve as land
22   commissioner?
23   A.  One term.
24   Q.  Were you elected to a different position after
25   that term?

---

**20**

1    A.  Yes.
2    Q.  What was that position?
3    A.  Lieutenant Governor of the State of Texas.
4    Q.  When were you elected to that position?
5    A.  I was elected in November 2002.
6    Q.  Were you reelected to that position?
7    A.  Yes.
8    Q.  What year was that?
9    A.  2006 and 2010.
10   Q.  Earlier this year, did you run for reelection
11   again?
12   A.  I did.
13   Q.  And what was the outcome of that election?
14   A.  I lost the runoff election.
15   Q.  When do you complete your current term?
16   A.  Mid-January 2015.
17   Q.  How many employees do you have in your office
18   currently?
19   A.  Currently, approximately 35.
20   Q.  Since 2005, who in your office has been
21   responsible for handling Voter ID issues?
22   A.  Since I became Lieutenant Governor initially in
23   2003, when I came in, Spencer Reid, who was our general
24   counsel.  But subsequent to that, Bryan Hebert, when he
25   joined us as a staff attorney in the mid-2000s.

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

6 (Pages 21 to 24)

---

**21**

1  Q.  Anyone else?

2  A.  If memory serves, the subsequent general

3  counsel, Frank Battle, was involved on some matters

4  involving election laws and perhaps Voter ID.

5  Q.  Was it -- is it fair to say that Bryan Hebert

6  primarily handled all of your Voter ID issues?

7  A.  That is my current recollection.

8  Q.  Did Ms. Rathgaber handle any of those issues?

9  A.  I don't know what you mean by handle those

10  issues.

11  Q.  Was she responsible for providing you advice

12  and counsel on Voter ID?

13  A.  No.

14  Q.  Did Blaine Brunson provide you with any advice

15  or support on Voter ID issues?

16  A.  I don't know how to answer that question,

17  because it's not really responsive to the way a

18  legislative office works.  Want to rephrase that?

19  Q.  Certainly.  Is there anyone else on staff who

20  -- well, let me strike that.

21      How is your office organized in terms of

22  issues?

23  A.  Julia Rathgaber was our deputy chief of staff

24  and director of policy.  And during the period in

25  question, I had three chief of staffs, Bruce Gibson, Rob

---

**22**

1  Johnson and Blaine Brunson.  Having the responsibility

2  as Lieutenant Governor to move legislation, some 6,000

3  bills that are presented each year, of which I normally

4  designate in January, early January of each year, 20 to

5  40 priorities, which normally increases during the

6  session, I have to rely on my policy director, deputy

7  chief of staff and my chief of staff to move bills

8  through the process.  So that's why I was asking you

9  what you meant.  Although Julia Rathgaber is a lawyer,

10  she, to the best of my memory, never gave me legal

11  advice, but we would talk about, over any session, a

12  thousand different bills and how to move them to

13  committee, out of committee and on to the Floor.

14  Q.  Who was the staff person who handled Voter ID

15  issues for you in 2007?

16  A.  I don't remember when -- when Bryan Hebert

17  joined us, but if he was on staff in 2007, my memory is

18  that it would have been Bryan Hebert.

19  Q.  And when you -- when you refer to the period in

20  question, what period are you referring to?

21  A.  You asked me who was -- who was handling Voter

22  ID in 2007.  I see.  I'm speaking of the Legislative

23  session in 2007, from early January 2007 to the end of

24  May, early June 2007.  Excuse me.

25  Q.  Very good.  Prior to Bryan Hebert being hired

---

**23**

1  by your office, who was handling Voter ID for you?

2  A.  I don't remember.

3  Q.  Could you describe Mr. Hebert's role for you in

4  handling Voter ID when he did arrive?

5      MS. HALPERN:  And let me caution the

6  witness that in answering this question, do not reveal

7  any attorney-client privilege that you have with

8  Mr. Hebert.

9  A.  The way I organized my office since I first

10  came in as Lieutenant Governor, I had nonlawyers as

11  policy analysts with responsibilities for different

12  committees, and I assigned the different members of my

13  legal staff to different committees.  And so if -- if my

14  memory is correct on this, Bryan Hebert was assigned to

15  State Affairs to follow the legislation in that

16  committee.  And that would include over a period of

17  January to early June 2007, 400 to 600 bills.

18  Q.  (By Ms. Westfall)  Those were all election

19  bills that went through?

20  A.  No, no, no.  It would be election bills, it

21  would be insurance bills, it would be tort reform bills,

22  whatever fell under the jurisdiction of State Affairs,

23  and I referred to that committee.

24  Q.  Did Mr. Hebert provide you with legal advice?

25  A.  From time to time, I would ask Mr. Hebert what

---

**24**

1  he thought on certain issues, and he would tell me what

2  he thought.

3  Q.  And did you consider that to be confidential

4  legal advice?

5  A.  Yes.

6  Q.  Did he also provide you with policy advice?

7  A.  From time to time.

8  Q.  Can you describe the subject matter areas in

9  which Mr. Hebert would provide you with policy advice?

10  A.  The -- the way to structure our -- a piece of

11  legislation so that it was consistent with other state

12  laws.  The options that were available -- and for some

13  reason I have in mind eminent domain, but I don't

14  remember what committee that went to.  But there were

15  numbered -- even in an eminent domain bill, which is to

16  protect private property rights, there were legal

17  considerations, and to make sure that we were consistent

18  with current state law and we achieved the goal of what

19  we wanted was to protect the private property rights of

20  landowners.

21  Q.  Are you familiar with Senate Bill 14 enacted in

22  2011?

23  A.  We passed Senate Bill 14 in 2011.  That was

24  three years ago.

25  Q.  Could you describe that bill generally?

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

7 (Pages 25 to 28)

---

25

1      A.  If you'd like for me to take a look at Senate
2  Bill 14, I'd be glad to, but it was a Photo Voter ID
3  bill.
4      Q.  Could you mark this?
5          (Exhibit 3 marked for identification.)
6      Q.  (By Ms. Westfall)  You've been handed what's
7  been marked as Exhibit 3.  Do you recognize this
8  document?
9      A.  No, I've never seen it before.
10     Q.  Is this -- do you not recognize this as from
11 your campaign website?
12     A.  It looks to be, but I've never seen it before.
13     Q.  Do you see that on Exhibit 3, it indicates that
14 one of your top accomplishments was passing Voter ID
15 legislation?
16     A.  Yes.
17     Q.  Do you believe that passing Voter ID
18 legislation was one of your top accomplishments?
19     A.  I think it was one of my top accomplishments
20 and one of the top accomplishments that voters all
21 around the state of Texas, whether they be Anglo,
22 African American or Hispanic wanted.
23     Q.  Do you continue to believe that today?
24     A.  I believe that passing Voter ID among probably
25 a hundred other bills is one of my top accomplishments.

---

26

1      Q.  As Lieutenant Governor, do you serve as
2  president and presiding officer of the Senate?
3      A.  Yes.
4      Q.  What executive powers does the Lieutenant
5  Governor have?
6      Q.  What do you mean by executive powers?
7      Q.  As opposed to legislative powers.
8          MS. HALPERN:  I'm going to object on the
9  grounds it calls for a legal conclusion.
10     Q.  (By Ms. Westfall)  You may answer.
11     A.  When Governor Perry is out of state, I serve as
12 the acting Governor of the state and have done so for --
13 I don't remember the amount of time now, but over six or
14 seven months, over the last number of years.
15     Q.  What legislative powers does the Lieutenant
16 Governor have?
17     A.  Those granted by the Texas Constitution and the
18 rules of the Senators.
19     Q.  Do those include the ability to name a member
20 to perform duties of a chair of a committee?
21     A.  Yes.
22     Q.  Do you have the sole -- does the Lieutenant
23 Governor have the sole responsibility for referring
24 bills to committee?
25     A.  Yes.

---

27

1      Q.  Does the Lieutenant Governor have sole
2  responsibility for appointing committees and
3  subcommittees?
4      A.  Yes.
5      Q.  Does the Lieutenant Governor have sole
6  responsibility for selecting and appointing Senate
7  conferees to conference committees?
8      A.  Yes.
9      Q.  Does the Lieutenant Governor have the duty and
10 the right to rule on points of order?
11     A.  Yes.
12     Q.  Does the Lieutenant Governor --
13     A.  Subject to appeal by the Senators.
14     Q.  And that is appealed to whom?
15     A.  To the senator -- subject to a appeal by the
16 Senate -- subject to an appeal to all the Senators for a
17 vote.
18     Q.  Does the Lieutenant Governor have any powers
19 concerning legislation?
20         MS. HALPERN:  Objection, vague.
21     Q.  (By Ms. Westfall)  You may answer.
22     A.  I'm not -- I'm not sure what you meant.  We
23 just went through a list of -- of enumerated duties in
24 the Constitution or in the Senate rules, which describes
25 the role the Lieutenant Governor plays in handling

---

28

1  legislation, so if you could rephrase your question.
2      Q.  Certainly.  Are you -- is the Lieutenant
3  Governor able to introduce legislation in the Senate?
4      A.  No.
5      Q.  Is the Lieutenant Governor able to develop and
6  advocate with Senators to introduce legislation?
7      A.  Yes.
8      Q.  Could you describe how that works generally?
9      A.  On an ongoing basis, whether we're in session
10 or not, I am constantly reaching out and talking to
11 voters around the state of Texas, all voters.  And as --
12 as I develop my thoughts on changes that need to be made
13 in legislation and/or ideas that are brought to me as I
14 travel the state on a continuing basis, I'll talk to
15 staff.  If we are in agreement, then -- then I'll ask
16 that -- that we start to research the issue.  If I
17 still -- then -- then if I feel strongly about the
18 issue, I'll ask that it be drafted.  I'll review the
19 draft, see if it says what I intended it for it to say.
20 And then I'll start to talking to Senators, Republicans
21 and Democrats, to see their reaction and to be able to
22 reach a consensus so the bill can be passed.
23     Q.  In addition to Senators' powers and abilities
24 to introduce legislation, which the Lieutenant Governor
25 does not have, are there other powers that members of

---

---

**29**

1  the Senate have that you do not have?
2      A.  Except in the case of a tie or when I am
3  sitting in a Committee of the Whole, Senators can vote,
4  the Lieutenant Governor does not vote.
5      Q.  You just anticipated some of my questions.
6  When is the Lieutenant Governor permitted to vote?
7      A.  In the case of a tie when he is -- he or she is
8  presiding over the Texas Senate or when the Lieutenant
9  Governor is a member of a Committee of the Whole.
10     Q.  Are there any other circumstances?
11     A.  Not that I'm aware of.
12     Q.  What is the Committee of the Whole?
13     A.  A Committee of the Whole is a legislative
14  process in which I've used a number of times on a number
15  of different subjects in order to provide all the
16  Senators voluminous information, pro and con, on an
17  issue at one time.
18     Q.  How is it convened?
19     A.  It is convened by my asking a member of the
20  Senate to call for a Committee of the Whole.  And -- and
21  the Committee of the Whole is activated, and I am -- I
22  step down temporarily as the presiding officer and I
23  appoint a chair of the Committee of the Whole.  And
24  traditionally, the Lieutenant Governor takes the chair
25  of the Senator that has been appointed to be the Chair

**30**

1  of the Committee of the Whole.
2      Q.  Is it accurate that the Lieutenant Governor
3  does not convene, does not have the power to convene the
4  Committee of the Whole, another senator does?
5      A.  That is true.
6      Q.  What types of legislation does the Committee of
7  the Whole typically consider?
8      A.  There's no typical legislation the Committee of
9  the Whole considers.  It can be whatever subject that
10  the Lieutenant Governor chooses.  We have had Committee
11  of the Whole on redistricting issues.  We've had
12  Committee of the Whole on school finance.  And we've had
13  Committee of the Whole on Voter ID.  It is relatively
14  common tool where you have a lot of information that
15  would not be disseminated to two-thirds of your Senate
16  if it just went through a committee hearing.
17     Q.  Does the Lieutenant Governor have the right to
18  debate and vote on all questions in the Committee of the
19  Whole?
20     A.  Yes.
21     Q.  When Voter ID was referred to Committee of the
22  Whole in 2009 and 2011, did you vote in the Committee of
23  the Whole in favor of those bills?
24     A.  Yes.
25     Q.  On both bills?  Senate Bill 362 and Senate Bill

**31**

1  14?
2      A.  It is my recollection, but I have to go back
3  and check.
4      Q.  In addition to the Committee of the Whole, does
5  the Senate have other committees that handle areas of
6  legislation?
7      A.  Yes, the -- a Senate pursuant to the -- to the
8  direction of the Lieutenant Governor has standing
9  committees and special committees.
10     Q.  Where do election bills usually get referred
11  to?
12     A.  Well, all bills are referred at the discretion
13  of the Lieutenant Governor.
14     Q.  Where do you usually refer election bills?
15     A.  Historically, I refer them to State Affairs.
16     Q.  Any other committees besides State Affairs?
17     A.  I don't recall.
18     Q.  After a bill is assigned to the Committee of
19  the Whole, does the Committee of the Whole function in
20  the same way that other committees do?
21     A.  Yes.
22     Q.  Is there any way in which it differs from other
23  committees?
24     A.  I'm not advised.
25     Q.  Does it operate under any other different rules

**32**

1  or procedures from other committees?
2      A.  I'm not aware of any.
3      Q.  Does the Lieutenant Governor's role, other than
4  what you testified to in terms of being able to vote,
5  differ in any way when the Committee of the Whole is
6  convened?
7          MS. HALPERN:  Objection, vague.  You said
8  compared to how another committee operates?
9          MS. WESTFALL:  Yes.
10     Q.  (By Ms. Westfall)  You may answer.
11     A.  No, other than the Lieutenant Governor is
12  normally not a member of a committee -- excuse me, let
13  me rephrase that.  That -- that other than in the
14  Committee of the Whole, the Lieutenant Governor is not a
15  member of the committee.
16     Q.  During your tenure as Lieutenant Governor, how
17  many times have you referred bills to the Committee of
18  the Whole?
19     A.  I think I've already answered that.
20     Q.  And that was redistricting, school finance and
21  Voter ID?
22     A.  Yes.
23     Q.  When did you refer redistricting?
24     A.  In, if memory serves, in 2003, but it could
25  have been in 2004.

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

9 (Pages 33 to 36)

---

33

1        MS. WESTFALL:  Could you mark this?
2        (Exhibit 4 marked for identification.)
3    Q.  (By Ms. Westfall)  You've been handed what's
4  been marked as Exhibit 4.  Do you recognize this
5  document?
6    A.  No.
7    Q.  I will represent to you that this is a printout
8  of bills referred to the Committee of the Whole from the
9  Texas Legislature Online for the regular sessions in
10  2003, 2005, 2007, 2009, 2011 and 2013.  Turning your
11  attention now --
12    A.  Well, hold on just a moment.
13    Q.  Oh, certainly.  Certainly.  Certainly, take
14  your time.  Let me know when you've had a chance to
15  review it.
16    A.  Are you saying that according to this
17  Exhibit 4, which is to refresh my memory in, 2003, there
18  were three bills referred to the Committee of the Whole,
19  and one in 2009 and one in 2011, is that what you're
20  saying?
21    Q.  And sir, I'll represent to you that this is the
22  Texas Legislature Online Report that indicates just that
23  with regard to regular sessions, and I'm going to ask
24  you some questions about these bills.  Have you had a
25  chance to review Exhibit 4?

---

34

1    A.  Yes, I looked at it.
2    Q.  Certainly, great.  Did you in 2003 refer House
3  Bill 5, Senate Bill 2 and SJR 1 related to school
4  finance to the Committee of the Whole?
5    A.  Exhibit 4 indicates that I did.
6    Q.  Do you recall doing that, sir?
7    A.  I recall referring school finance.  I don't
8  recall which bill.  I haven't -- I didn't have a chance
9  to go back and look at these issues before.
10    Q.  Do you recall, sitting here today, why you
11  referred those legislations to the Committee of the
12  Whole?
13    A.  Because the Committee of the Whole generally is
14  the best place to provide lengthy public testimony,
15  either for or against a bill, so that all members, all
16  31 hear the public testimony rather than just the 7 or 8
17  of the 31 who are assigned to the committee that is
18  hearing the bill.
19    Q.  Was there any need to consider school finance
20  bills on an expedited basis?
21    A.  Yes.
22    Q.  Was there -- and could you describe those
23  circumstances that caused the need for the Legislature
24  to consider it in an expedited basis?
25    A.  When I came into the Legislature in January of

---

35

1  2003, it -- I knew that there was a strong demand to
2  reduce property taxes, whether local school property
3  taxes or property taxes in general, and these bills were
4  related to that subject.
5    Q.  Was -- were these bills controversial or
6  supported by the entire Senate?
7    A.  At the beginning of the process, I had a number
8  of Senators who were objecting to what I wanted to do,
9  but we were able to pass -- pass SJR 1 to the -- to the
10  House with a unanimous vote.
11    Q.  Are any amendments allowed to be made in the
12  Committee of the Whole?
13    A.  Yes.
14    Q.  And how quickly do you recall these bills on
15  public finance were voted out of the Committee of the
16  Whole?
17    A.  I have -- this was -- this was 2003, 11 years
18  ago, I'm afraid I don't remember.
19    Q.  Thank you.
20    A.  So you've refreshed my memory and we didn't
21  take up redistricting but we did take up school
22  financing.  And on three bills and twice, we had a
23  Committee of the Whole on Voter ID.
24    Q.  Sir, do you recall whether there were any
25  special sessions in which, in the intervening years,

---

36

1  when you took up redistricting and you referred it to
2  the Committee of the Whole?
3    A.  It is my recollection that we referred
4  redistricting to the Committee of the Whole, but there
5  were three special sessions in 2003 and an additional
6  special sessions in 2011, which we considered
7  redistricting.  I'd have to go back and check the
8  records.
9    Q.  Turning back to Exhibit 4, is it your belief
10  that this printout, Exhibit 4, is accurate as to the sum
11  total of the bills that you referred to the Committee of
12  the Whole in regular session between 2003 and 2013?
13    A.  I would have no reason to believe it's not
14  accurate.
15    Q.  Thank you, sir.  Was there a photo ID bill
16  introduced in the House in 2007 legislative session?
17    A.  In the 2007 legislative session?
18    Q.  Yes.
19    A.  I do not recall.
20        MS. WESTFALL:  Could you please mark this?
21        (Exhibit 5 marked for identification.)
22    Q.  (By Ms. Westfall)  You've been handed what's
23  been marked as Exhibit 5.
24    A.  Uh-huh.
25    Q.  Could you just glance at the first page and let

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

---

37

1  me know when you've had a chance to take a quick glance.
2  I'm not going to ask you detailed questions about the
3  text.
4      **A.  Yes, I have glanced at the first page, and this**
5  **is -- yes, I've glanced at it.**
6      Q.  And does this -- what is this document, sir?
7      **A.  This is a document, and I don't know whether**
8  **it's in a filed bill or in an enacted engrossed bill,**
9  **but this is a copy of House Bill 218.  So thank you, you**
10 **refreshed my memory.  There was a Voter ID bill passed**
11 **or that was presented in the House in the 2007 session.**
12     Q.  I will represent to you that this Exhibit 5 was
13 pulled from the Texas legislative website.  It is the
14 House Bill 218 as engrossed by the House.  Did the House
15 pass House Bill 218, is that what -- is that what you
16 just testified to?
17         MS. HALPERN:  That's what you just
18 testified to, Counsel.
19     Q.  (By Ms. Westfall)  Did the House pass House
20 Bill 218?
21     **A.  I believe so, yes.**
22     Q.  Engrossed, correct?
23         MS. WESTFALL:  I get it now.  Thank you,
24 Counsel.
25     Q.  (By Ms. Westfall)  Do you know when they passed

---

38

1  the bill?
2      **A.  No, but you may have a legislative record which**
3  **would refresh my memory.**
4      Q.  Indeed I do.
5      **A.  I was hoping for that.**
6         (Exhibit 6 marked for identification.)
7         MS. WESTFALL:  Let's go off the record for
8  one second.
9         (Discussion off the record.)
10        MS. WESTFALL:  Let's go back on the
11 record.  Could you hand him Exhibit 6?
12     Q.  (By Ms. Westfall)  Sir, you've been handed
13 Exhibit 6.
14     **A.  Uh-huh.**
15     Q.  What is this document?
16     **A.  This is a legislative history of -- I'm just**
17 **looking to make sure that it's -- of House Bill 218.**
18     Q.  And do you see that it indicates that the House
19 passed 218 on the second page, top of the second page?
20     **A.  Yes.**
21     Q.  When did it pass House Bill 218?
22     **A.  On April 24, 2007.**
23     Q.  Was that relatively late in the session?
24     **A.  Yes.**
25     Q.  Do you recall, turning back to Exhibit 5,

---

39

1  the -- generally, the types of ID that were permissible
2  under House Bill 218?
3      **A.  If you'll permit me to refresh my memory and**
4  **look.**
5      Q.  Certainly, and I may direct your attention to
6  Page 9 of Exhibit 5, in the middle of the page --
7      A.  Yes.
8      Q.  -- where it starts, "Documentation of Proof of
9  Identification."  Do you see that?
10     A.  Yes, I do.
11     Q.  And then it continues on to Page 10?
12     A.  Yes.
13     Q.  If you could -- and actually on to Page 11.  If
14 you could take a look at those pages and let me know
15 when you've had a chance to review them.
16     **A.  All right.  I've had a chance to take a look at**
17 **them.**
18     Q.  Great.  Could you describe generally what types
19 of ID are permitted under House Bill 218?
20     **A.  Well, other than reading what it says, it's**
21 **photo identification.  Under A or under B, it is**
22 **additional ID.**
23     Q.  Does that include nonphoto ID?
24     **A.  Yes.**
25     Q.  What was the purpose, to your knowledge, of

---

40

1  House Bill 218?
2         MS. HALPERN:  Objection, vague.
3      Q.  (By Ms. Westfall)  You may answer.
4      **A.  To pass a bill that the House felt --**
5         MS. HALPERN:  Objection, nonresponsive to
6  the question she asked you.
7      **A.  Could you repeat your question?**
8      Q.  (By Ms. Westfall)  Certainly.  What was the
9  intent of the House in passing House Bill 218?
10        MS. HALPERN:  Objection, no foundation.
11 Objection, calls for speculation.
12     Q.  (By Ms. Westfall)  You may answer.
13     **A.  To pass a Voter ID bill that -- that reduced or**
14 **eliminated fraud.**
15     Q.  Was that fraud pertaining to in-person voter
16 impersonation at the polls?
17     **A.  You're asking me to speculate on what was in**
18 **the mind of the House?**
19     Q.  I'm asking you what did House Bill 218 seek to
20 accomplish?
21     **A.  I believe that House Bill 218 was an attempt to**
22 **-- to reduce fraud in in-person voting, in mail-in fraud**
23 **and in registration fraud.  A predisposition to fraud in**
24 **any one of the categories would make that person liable**
25 **to commit fraud in other areas.**

---

---

**41**

1  Q. How do you know that?

2  A. If someone has the intent to commit fraud, then

3  -- then one has to worry whether registration is

4  fraudulent and one has to be concerned about mail-in as

5  well as in-person fraud. This particular bill, I

6  believe, only addresses in-person fraud.

7  Q. We'll get back to some of those other purposes

8  a little bit later.

9        Was House Bill 218 once it was passed by

10 the House referred to the Senate?

11 A. Yes.

12 Q. Did you refer that bill to the State Affairs

13 Committee?

14 A. Yes, two days after it was received.

15 Q. Did you ordinarily refer bills that amend the

16 election code to the State Affairs Committee?

17      MS. HALPERN: Objection, asked and

18 answered.

19 Q. (By Ms. Westfall) You may answer.

20 A. I would have to go back, Counsel, and look at

21 what I did in 2005, but absent having my memory

22 refreshed about the 2005 session and looking at this for

23 the first time, this was the first Voter ID bill, absent

24 a review of 2005, that I had referred anywhere, and I

25 referred it to the State Affairs.

---

**42**

1  Q. Ordinarily for other bills not related to Voter

2  ID that amended the state election code, would you

3  ordinarily refer them to the State Affairs Committee?

4  A. Yes.

5       MR. BRISSENDEN: Objection, form.

6  Q. (By Ms. Westfall) Did any Senator indicate

7  interest in sponsoring House Bill 18?

8       MS. HALPERN: I'm going to object on the

9  grounds of legislative privilege.

10 Q. (By Ms. Westfall) You may answer.

11      MS. HALPERN: And I would ask you to

12 answer the question "yes" or "no" without divulging the

13 name of anybody, and then we'll take it from there.

14      THE WITNESS: Is there a third choice?

15      MS. HALPERN: No.

16 A. I don't remember.

17 Q. (By Ms. Westfall) Did Senator Fraser indicate

18 interest in sponsoring House Bill 218?

19 A. I don't remember.

20 Q. Did your office meet with Senator Fraser or his

21 staff concerning his sponsorship of House Bill 18?

22      MS. HALPERN: 218.

23 Q. (By Ms. Westfall) 218.

24 A. Well, I'm going to answer it this way, Counsel:

25 If, in fact, Senator Fraser was a sponsor, then I know

---

**43**

1  as a matter of course that we met with him.

2  Q. When you --

3  A. That I know as a matter of course that we would

4  want to meet with him.

5  Q. Thank you. When you meet with senators to

6  discuss their interest in sponsoring a House bill, what

7  topics do you generally cover in those meetings?

8       MS. HALPERN: And let me caution the

9  witness. She's asking you topics, not specific

10 conversations. Because if she asked you specific

11 conversations, that would invade the legislative

12 privilege. So you can answer the question she's asked,

13 just in answering it, don't refer to specific

14 conversations with specific senators.

15 A. If I can be a little broader than that and say

16 that -- that on specific legislation, whether I'm -- in

17 the past reached out to talk to a Senator about carrying

18 a bill or the Senator came to me and wanted to talk

19 about carrying a bill, we would inevitably have a

20 conversation on what their goal was with the bill, what

21 they wanted to accomplish and how they proposed to move

22 the bill through the Senate.

23 Q. (By Ms. Westfall) Would you also provide your

24 input as to how to accomplish moving the bill through

25 the Senate?

---

**44**

1  A. To the extent that the proposed bill sponsor

2  had a view different than -- than that which I thought

3  was most appropriate to moving the ball -- the bill

4  forward, then I would share my opinion with them.

5  Q. Do you recall any meetings between Mr. Hebert

6  and Ms. McCoy about Senator Fraser's sponsorship of

7  House Bill 218?

8  A. None whatsoever.

9  Q. Do you recall any of your -- of your strategies

10 or Senator Fraser's strategies to move House Bill 218

11 through the Senate?

12 A. No, it was a long time ago.

13 Q. I understand.

14 A. Seven years ago.

15 Q. Was there a time when Senator Fraser moved to

16 suspend the regular order of business to bring House

17 Bill 218 to the Floor?

18 A. If you'll permit me just for a moment.

19 Q. Certainly.

20      MS. WESTFALL: And let the record reflect

21 that the Lieutenant Governor is consulting with Exhibit

22 6.

23 A. Yes, upon referring to the legislative history

24 of House Bill 12, I see that a motion to suspend the

25 regular order of business, which is entitled here,

---

---

45

1  "Rules Suspended, Regular Order of Business," occurred
2  on May 15.
3      Q.  (By Ms. Westfall)  And so just so the record is
4  clear, you're referring to House Bill 218?
5      A.  Yes, I am.
6      Q.  Thank you.  Had there been -- does Exhibit 6
7  refresh your recollection as to whether there had been
8  any discussions with Senator Fraser's office about the
9  timing of when he was to make this motion to suspend?
10     A.  Referring to the legislative history, it
11  doesn't -- it doesn't talk in terms of -- of when
12  Senator Fraser was to make a motion to suspend the
13  regular order of business, but now that we're talking
14  about this, I'm remembering some of the details
15  involving that.
16     Q.  Do you recall -- well, strike that.  Let me
17  hand you another exhibit.
18         MS. WESTFALL:  Could you mark this,
19  please?
20         (Exhibit 7 marked for identification.)
21     Q.  (By Ms. Westfall)  You've been handed what's
22  been marked as Exhibit 7.
23     A.  Uh-huh.
24     Q.  Do you recognize this document?
25     A.  I'm not aware that I've seen it before, but it

---

46

1  represents to be the journal of the Senate for May 15,
2  2007.
3      Q.  And could you take a look at Exhibit 7 at pages
4  2063 of the journal?
5      A.  Yes.
6      Q.  Does this refresh your recollection as to the
7  timing of when Senator Fraser moved to suspend the
8  regular order of business and seek to have the Senate
9  hear House Bill 218?
10     A.  Yes.
11     Q.  Was there any discussion prior to the motion
12  being made as to -- as to when Senator Fraser would make
13  this motion?
14     A.  Could you repeat your question?
15     Q.  It was a confusing question.  Let me withdraw
16  that question.
17         Did you discuss with Senator Fraser's
18  office before May 15, 2007, that it might be a good time
19  to -- for him to make that motion?
20         MS. HALPERN:  Objection on the grounds of
21  legislative privilege.  In accordance with our statement
22  earlier, we're going to permit the witness to answer the
23  question with the understanding that we do object.  And
24  this should, therefore, be sealed.
25     A.  As I recall, as result of your showing me this

---

47

1  journal and our talking about House Bill 218, according
2  to the exhibit, the bill was brought on a motion to
3  suspend the regular order of business on May 15th, which
4  is traditionally a fairly late date to pass a bill out
5  of the Senate.  By that time or one or two days later,
6  the House shuts down as far as considering and passing
7  legislation which has not then been passed.  And I
8  remember having one or more conversations with Senator
9  Fraser to try and move the bill if and when there -- we
10  had the votes on the Floor, which is a common
11  legislative practice that if members are marked present
12  and they're not on the Floor, on a roll call vote, one
13  has to have two-thirds of the Senators present and
14  voting.
15     Q.  (By Ms. Westfall)  Were you on the Floor that
16  day?
17     A.  Yes.
18     Q.  Had you had any discussion with Senator Fraser
19  before he made the motion to suggest that he should make
20  the motion?
21         MS. HALPERN:  Objection, legislative
22  privilege.
23     Q.  (By Ms. Westfall)  You may answer.
24     A.  I think I just answered that.
25     Q.  Could you answer it again?

---

48

1      A.  I had spoken with Senator Fraser one or more
2  times about -- about the use of the common practice to
3  call for a motion to suspend the regular order of
4  business, in this case, bring up House Bill 218 when he
5  had his votes on the Floor.  In other words, two-thirds
6  of the Senators present and voting would vote for the
7  bill.
8      Q.  Did that arise on May 15, 2007, because Senator
9  Uresti and Whitmire were not on the Floor?
10     A.  Yes, and Senator Hegar.
11     Q.  So did -- what was the outcome of the motion to
12  suspend the regular order of business, with the first --
13     A.  It passed.
14     Q.  It passed.  Then was -- was there a request to
15  verify the vote?
16     A.  Yes.
17     Q.  Who was that made by?
18     A.  According to Exhibit 7, Senator Eliot
19  Shapleigh.
20     Q.  Had you opposed -- had you anticipated the bill
21  opponents of House Bill 218 would oppose any efforts to
22  -- actually, strike that.
23         Did you permit the vote to occur,
24  verification of the vote to occur?
25     A.  Yes.

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

13 (Pages 49 to 52)

49

1    Q.  Why did you do that?
2         MS. HALPERN:  Objection, legislative
3    privilege.  Under seal.
4    A.  Senator Whitmire claimed, contrary to -- to --
5    to what had happened, that he was on the Floor, which
6    was impossible since I called on him numerous times and
7    could not visually see him anywhere on the Floor.  But
8    knowing that this is an important bill to the Democrats
9    and to the Republicans, I didn't want controversy.  And
10   but for Senator Whitmire making the allegation that he
11   was on the Floor, I bent over backwards to respect him
12   and his statement, and I permitted for the -- the roll
13   call vote to be made a second time.
14   Q.  (By Ms. Westfall)  And what happened with the
15   verification of the vote?  What was the outcome?
16   A.  The -- instead of being a 19 to 9 vote where
17   two-thirds of those voting had voted for the bill, the
18   vote was 20 to 11, which meant that there -- it failed
19   by one vote.
20   Q.  Did you anticipate the bill supporters would
21   oppose your decision to permit a verification of the
22   vote to occur?
23        MS. HALPERN:  Objection, legislative
24   privilege.
25   A.  Could you say that again?

50

1    Q.  (By Ms. Westfall)  Did you anticipate that the
2    Senators who supported the bill would not be pleased
3    with your decision to permit the verification of the
4    vote to occur?
5         MS. HALPERN:  Objection, vague.
6    Objection, assumes facts not in evidence.  Objection, no
7    predicate.
8    Q.  (By Ms. Westfall)  You may answer.
9         MS. HALPERN:  If you can.
10   A.  I knew that some of the -- of the Senators who
11   were in favor of House Bill 218 would be unhappy that I
12   allowed a verification vote.
13   Q.  (By Ms. Westfall)  Did you have any concerns
14   about -- about legal challenges to House Bill 218 if the
15   motion to suspend was permitted to stand, the initial
16   vote?
17   A.  No.
18   Q.  Did you have any other concerns that caused you
19   to permit the verification of the vote to occur other
20   than what you just testified to?
21   A.  Again, I don't --
22        MS. HALPERN:  Objection, legislative
23   privilege.
24   Q.  (By Ms. Westfall)  You may answer.
25   A.  My concern was in -- in respecting the

51

1    integrity of the Senate and the Senators, that Senator
2    Whitmire had claimed, contrary to what I believed, that
3    he was on the Floor, and -- and as the Dean of the
4    Senate, I gave that some import and allowed a
5    verification vote to be made.
6    Q.  I believe you testified earlier that --
7    A.  I testified -- oh, I'm sorry.
8    Q.  That you just testified -- you just testified
9    that it was fairly common that bill supporters would
10   wait for their supporters to be present on the Floor
11   such that they had two-thirds and then they would seek
12   to move to suspend.  Do you recall when that happened
13   before, a specific instance?
14   A.  The only thing I can remember on a number of
15   different bills that that occurred.  It's a fairly
16   common legislative practice.  You try and move your bill
17   when you have the votes on the floor.
18   Q.  How often does that happen in the session?
19   A.  Monthly.
20   Q.  But it happens every session to your knowledge?
21   A.  Yes.
22   Q.  Did the Senate after the verification of the
23   vote take any further action on House Bill 218?
24   A.  No.
25   Q.  Why not?

52

1    A.  Because time was running out and -- and we
2    didn't see another opportunity where the votes -- where
3    we would have the votes on the Floor to pass it.
4    Q.  Did you have any conversations or your staff
5    have any conversations with Senator Fraser's office
6    about House Bill 18 after it failed in the Senate?
7         MS. HALPERN:  Objection, legislative
8    privilege.
9    A.  I don't remember.
10   Q.  (By Ms. Westfall)  Did you discuss after the
11   failure of House Bill 18 in the House -- I mean in the
12   Senate, strategies for advancing Voter ID in the
13   following session?
14        MS. HALPERN:  Objection, legislative
15   privilege.
16   A.  I -- I very well may have, which would have
17   been typical of me to, as a problem solver, but I don't
18   remember any specific conversation.
19   Q.  (By Ms. Westfall)  Changing topics a little
20   bit.  Could you tell me what the Texas Election
21   Administration Management system is, otherwise known as
22   TEAM?
23   A.  You may have to refresh my memory.
24   Q.  Is it the voter registration database of the
25   state?

LIEUTENANT GOVERNOR DAVID DEWHURST                          7/29/2014
CONFIDENTIAL TRANSCRIPT

14 (Pages 53 to 56)

---

53

1    A.  Yes, thank you so much.
2    Q.  Was it created in response to the federal Help
3  America Vote Act?
4    A.  If you represent that, I'll agree with you.
5       MS. HALPERN:  Don't do that.
6    A.  Sorry.
7       MS. HALPERN:  She's not on your side.
8    A.  I understand that.  But I don't -- I don't know
9  what was the -- I don't -- I don't remember what -- what
10 was the precursor to it being formed.
11   Q.  (By Ms. Westfall)  Okay, that's fine.  Did you
12 serve on a legislative audit committee that reviewed
13 TEAM in 2007?
14   A.  I don't remember.  But if you will refresh my
15 memory.
16   Q.  And I will do so.
17      MS. WESTFALL:  Could you mark this?
18      (Exhibit 8 marked for identification.)
19   Q.  (By Ms. Westfall)  Sir, you've been handed
20 what's been marked as Exhibit 8.
21   A.  Yes.
22   Q.  And you don't need to review this entire
23 document, just the cover page and the second to last
24 page, which indicates members of the Legislative Audit
25 Committee.  When you're done looking at those two pages,

---

54

1  could you let me know?
2    A.  I'm through.
3    Q.  And do you see that the last page indicates
4  that you were on the Legislative Audit Committee?
5    A.  Yes.
6    Q.  Do you remember anything about this audit
7  sitting here today without looking at Exhibit 8?
8    A.  No, but I'd be glad to read the document.
9    Q.  I think at this time you don't need to -- to
10 look at Exhibit 8.  We may talk about that a little bit
11 later.
12      MS. HALPERN:  How long have we been going,
13 Mr. Reporter?
14      THE REPORTER:  About an hour.
15      MS. WESTFALL:  Let's take a break.
16      (Recess taken from 10:20 to 10:36 a.m)
17      (Exhibits 9 and 10 marked for
18 identification.)
19   Q.  (By Ms. Westfall)  Sir, you've been handed
20 what's been marked Exhibits 9 and 10.  Do you recognize
21 Exhibit 9?
22   A.  Yes.
23   Q.  What is it?
24   A.  It is a copy of Senate Bill 362.  I'm not
25 advised as to whether it's a filed copy or an engrossed

---

55

1  copy, but.
2    Q.  And I will represent to you that it is taken
3  from the Texas Legislative website, and it is Senate
4  Bill 362 as introduced in the Senate.
5    A.  As introduced.
6    Q.  As introduced, yes.
7    A.  Yes.
8    Q.  And do you recognize Exhibit 10?
9    A.  I've not seen Exhibit 10 before but it appears
10 to be the Texas legislative history on Senate Bill 362.
11   Q.  Very good.  And following the failure of House
12 Bill 218 in the Senate, did you believe the Senate
13 should pass the Voter ID bill in the following session?
14      MR. HALPERN:  Objection, legislative
15 privilege.
16   A.  I -- I continued to believe, based upon my
17 traveling around the State of Texas and talking with
18 hundreds and hundreds and hundreds of people and looking
19 at third-party polling, whether it's Rasmussen, whether
20 it was the University of Texas polling, that -- that a
21 super majority of Texans, both Hispanic, African-
22 American and Anglo were in favor of a Voter ID.
23   Q.  (By Ms. Westfall) Was there any other set of
24 circumstances or facts that caused you to conclude in
25 2008 that it was a good idea to press forward with Voter

---

56

1  ID in 2009?
2       MR. BRISSENDEN:  Objection, form.
3    Q.  (By Ms. Westfall) You may answer.
4    A.  Well, beginning in 2005, when we first looked
5  at passing Voter ID, the reason I did that was because I
6  had been concerned for many, many years about low voter
7  turnout in Texas, and I have heard consistently over the
8  last 10 to 12 years that -- that many Texans either
9  hesitate to vote or don't vote because they don't think
10 their vote will count because they're concerned about
11 voter fraud.
12   Q.  Were there any organizations that contacted you
13 in 2008 to ask that you support Voter ID in 2009?
14   A.  None that come to mind.
15   Q.  Were there any other facts, other than the ones
16 you just described, that would support moving forward
17 with Voter ID in 2009?
18   A.  Well, Texas has had a history of voter fraud
19 since 1948 in the allegations of the stuffing the ballot
20 box when former President Lyndon Johnson was elected.
21 And that's continued:  People are always -- have always
22 been talking to me about voter fraud and in-person fraud
23 as I travel to different jurisdictions around the state.
24 It was probably one of the primary issues that were on
25 the minds of Texas voters, particularly Texas

---

LIEUTENANT GOVERNOR DAVID DEWHURST                          7/29/2014
CONFIDENTIAL TRANSCRIPT

---

57

1  conservatives, of which simply referring to third-party
2  polling, a super majority of Texans fit into that
3  category.
4      Q.  Did you have any desire to enact a Voter ID --
5  voter fraud legislation concerning other types of voter
6  fraud besides voter impersonations in 2009?
7      A.  Yes.
8      Q.  What other types of fraud did you seek to
9  address?
10     A.  Well, that's not what you asked me.  You asked
11 me a different question.  You asked me did I have other
12 --
13     Q.  Did you have --
14     A.  Did I want, did I want.
15     Q.  Yes.
16     A.  And the answer to your first question was, yes,
17 I wanted to address all three of the
18 forms, and there may be a fourth that -- in which voter
19 fraud was involved, both in-person fraud, mail-in fraud
20 and registration fraud.  I don't remember which session,
21 maybe the 2009 or 2011, we attempted to address the
22 registration component in that session's Voter ID bill,
23 but on advice of counsel, I believe Mr. Hebert, because
24 of a concern of a two-subject rule, we took the
25 registration out.  But no, I've been very concerned

---

58

1  about addressing voter fraud across the board:
2  In-person, mail-in, and registration.
3      Q.  And to be clear, Senate Bill 362 addressed
4  in-person voter fraud; is that correct?
5      A.  Let me look at it again.
6      Q.  Certainly.
7      A.  On a quick look at Senate Bill 362, I don't see
8  the registration part that I had in mind.  That may have
9  been contained in the 2011 Senate Bill 14 draft as
10 filed.
11     Q.  So Senate Bill 362 addressed in-person voter
12 impersonation solely; is that correct?
13     A.  That is my understanding of the bill.
14     Q.  And you had an interest in addressing, through
15 other legislation, voter fraud related to registration
16 and mail-in ballots; is that correct?
17     A.  Yes.
18     Q.  Did any Senator approach you to express
19 interest in filing a Voter ID bill?
20         MR. HALPERN:  Objection, legislative
21 privilege.
22     A.  Yes.
23     Q.  (By Ms. Westfall) Who was that Senator?
24     A.  Senator Fraser.
25     Q.  Did any other Senator approach you about

---

59

1  sponsoring Voter ID bill?
2         MR. HALPERN:  Objection, legislative
3  privilege.  Just answer yes or no.
4      A.  Yes.
5      Q.  (By Ms. Westfall) More than one other person?
6      A.  Could you rephrase your question?
7      A.  Certainly.  More than one other Senator?
8      A.  Other than Senator Fraser?
9      Q.  Yes.
10     A.  Yes.
11     Q.  How many Senators all together?
12     A.  If memory serves, one or more.  I'm trying to
13 remember which ones.  But I know I had conversations
14 about this.
15     Q.  Did Senator Fraser file a Voter ID bill in
16 2008?
17     A.  Let me look at Exhibit 10.  Yes.
18     Q.  Was it Senate Bill 362?
19     A.  Yes.
20     Q.  Who was involved in developing the substance of
21 Senate Bill 362?
22         MR. HALPERN:  Objection, legislative
23 privilege.
24     A.  Principally, Senator Fraser's office with
25 general coordination with the appropriate parties in my

---

60

1  office.
2      Q.  (By Ms. Westfall) Would that be Mr. Hebert?
3      A.  I believe so.
4      Q.  Was anyone else from your office involved?
5      A.  Again, going back to my earlier testimony, on
6  our passing 1,500 or so of the 6,000 bills as filed each
7  legislative session, from time to time I was intimately
8  involved in our schedule, when are we going to bring the
9  bill up, as well as my then Chief of Staff, Bryan --
10 excuse me, Blaine Brunson and my Deputy Chief of Staff
11 and Policy Director, Julia Rathgeber.
12     Q.  How would you characterize the extent of your
13 office's involvement in developing Senate Bill 362?
14     A.  Going back to my earlier testimony,
15 conversations with the bill sponsor and his staff as to
16 what they intended with the bill and -- and their
17 proposed timing, and where I disagreed, I would share my
18 thoughts with them.
19     Q.  Were you involved in the substance of the bill
20 at all or just the procedure and timing of how to move
21 it?
22     A.  Both.
23     Q.  Was there a particular aspect of Senate Bill
24 362 that you were involved in?
25     A.  It was my desire to model a Voter ID bill as

---

LIEUTENANT GOVERNOR DAVID DEWHURST                      7/29/2014
CONFIDENTIAL TRANSCRIPT

---

**61**

1   close as we could after what had passed in Indiana and
2   been approved by the U.S. Supreme Court, and I don't
3   remember when Georgia received their preclearance, but
4   -- but at a later date, the Georgia bill.
5       Q.   So you were following the Indiana photo ID
6   bill, the Georgia ID bill.  Were there any other models
7   that you were following in developing Senate Bill 362?
8       A.   In all my conversations with Senator Fraser, in
9   all my conversations with Democrat Senators and
10  Republican Senators, I stressed that I wanted the bill
11  to be constitutional, meet all of the guidelines and
12  that those two bills -- and now I may be getting ahead
13  of myself several months because I don't remember when
14  the Georgia bill was precleared, but I think that the
15  Indiana bill was approved by the Supreme Court in 2008,
16  which would have preceded this by at least six months --
17  that these were good examples of bills that we could
18  model our legislation after to make sure that we met all
19  of the constitutional requirements and protected all of
20  our citizens, because again, my goal was increasing
21  turnout by everyone.
22      Q.   Before Senator Fraser filed Senate Bill 362,
23  did you discuss with him or any other Senator what types
24  of IDs to include in the bill?
25      A.   Yes.

---

**62**

1       Q.   Who did you have discussions with?
2       A.   Senator Fraser.
3       Q.   And what -- what was your opinion about what
4   should be included in the bill?
5       A.   I thought the bill should focus, pursuant to
6   the Indiana bill that was approved by the U.S. Supreme
7   Court, on photo ID in order to increase confidence by
8   the voting public in the integrity of our election
9   system, and therefore, increase voter turnout among
10  Texans.
11      Q.   As you sit here today, do you know whether
12  Senate Bill 362 permitted only the use of photo ID or
13  did it is allow the use of non-photo ID?
14      A.   If you will permit me a moment --
15      Q.   Yes.  And, sir, I would direct your attention
16  to Page 5, of Exhibit 9, and 6.
17          THE REPORTER:  Excuse me, I need to go off
18  the record a minute.  My sound stopped recording.
19          (Recess from 10:54 to 10:55 a.m.)
20      Q.   (By Ms. Westfall) Sir, now that you've had a
21  chance to look at Exhibit 9, at the list of ID, does
22  this refresh your recollection as to whether Senate Bill
23  362 allowed for the use of non-photo ID?
24      A.   Yes.
25      Q.   And does it?

---

**63**

1       A.   Yes.
2       Q.   Did you have any discussions with Senator
3   Fraser about including non-photo ID in Senate Bill 362?
4       A.   Yes.
5       Q.   What was your opinion as to whether non-photo
6   ID should be included in the bill?
7           MR. HALPERN:  Objection, legislative
8   privilege.
9       A.   You're misrepresenting my answer "yes".
10      Q.   (By Ms. Westfall) You did -- did you have a
11  conversation with Senator Fraser?
12      A.   Yes.
13      Q.   And you expressed an opinion about whether
14  non-photo ID should be included?
15      A.   Yes.
16      Q.   What was that opinion?
17      A.   That it was a start.  I did not -- I had
18  concerns that -- where was I -- where was I just looking
19  -- official mail addressed to a person may -- may not
20  prove that person is who they are.  Did I see an
21  electric bill in here somewhere?  No, I didn't see an
22  electric bill. (Witness reading.)
23      Q.   What was your concerns about the non-photo ID
24  in particular?
25      A.   Yes.

---

**64**

1       Q.   Did you have concerns about non-photo ID?
2       A.   Yes.
3       Q.   What were those concerns?
4       A.   That they would not -- that they were a start.
5   They were a start in the process to reduce fraud, but I
6   could not evaluate whether or not they alone would
7   permit the integrity of the election process to be
8   protected, how much fraud they would reduce of in-person
9   and/or other frauds, mail-in and registration.  And I
10  expressed that to -- to Senator Fraser.
11      Q.   Were you aware of any particular instances in
12  which non-photo ID had been used in the past
13  fraudulently by voters in Texas?
14          MR. BRISSENDEN:  Objection, form.
15      A.   Are you asking me about a specific timeline or
16  anytime prior to and including the regular session 2009?
17      Q.   (By Ms. Westfall) The latter.  Anytime prior to
18  2009, were you aware --
19      A.   Prior to 2009 or including 2009?
20      Q.   Including 2009.  Were you aware --
21      A.   Yes.
22      Q.   And what -- when did that occur?
23      A.   During -- during my conversations to voters
24  around the state for the -- for the four years prior to
25  2009, I was frequently told of -- by people, including

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

17 (Pages 65 to 68)

---

65

1  election officials, of in-person fraud that had been
2  committed.  During the 2009 session, during the 24 --
3  was it 24 hours -- was it the 2009 -- 24 was in 2011?
4  No, it was in 2009.
5          During the 2009 session, in which we had a
6  26- or 27-hour non-stop session, it was replete with
7  examples of in-person fraud.
8      Q.  Outside of what you heard from voters and
9  Texans through traveling the state, and the hearing in
10 2009, are you aware of any other instances of persons
11 using non-photo ID to commitment in-person voter
12 impersonations?
13     A.  Yes.
14     Q.  Could you tell me about those instances?
15     A.  Well, I'll just share one with you and that is
16 that Senator Tommy Williams told me that his -- and I
17 may be getting this wrong, it was either his father or
18 his brother had died in the mid-1990s and it wasn't
19 until -- until the late 2000s that he discovered that
20 his deceased father or brother had voted almost every
21 election, and not surprising, in the Democrat Primary.
22     Q.  Are you aware of any other instances, other
23 than the ones you just testified to, concerning voters
24 using non-photo ID to impersonate other voters at the
25 polls?

---

66

1      A.  Counsel, I just shared with you that I had had
2  hundreds of conversations over the previous four years
3  with people around the state of Texas, not only regular
4  citizens who were standing in line and told me
5  anecdotally about someone they felt was impersonating a
6  different person, as well as poll watchers, election
7  judges telling me the same thing.  So it wasn't just one
8  person, it was many people.
9      Q.  Thank you.  I just wanted to make sure I
10 understood all -- all of your testimony on that topic.
11     A.  All right.
12     Q.  Did you have any discussions with Senator
13 Fraser about the treatment of provisional ballots in
14 Senate Bill 362?
15         MR. HALPERN:  Objection, legislative
16 privilege.
17     A.  I don't remember.
18     Q.  (By Ms. Westfall) Did you support Senate Bill
19 362?
20     A.  I did.
21     Q.  And you voted for it in the Committee of the
22 Whole; is that correct?
23     A.  Yes.
24     Q.  And you supported Senate Bill 362
25 notwithstanding that it included non-photo ID as a

---

67

1  permissible form of ID; is that correct?
2      A.  Yes.  Because I felt like it was a start, a
3  start on the goal of reducing fraud.
4      Q.  Turning your attention back to Exhibit 10 -- 9,
5  pardon me, and the forms of ID listed at Page 5.  Do you
6  know how this list of acceptable IDs in Senate Bill 362
7  was developed?
8          MR. HALPERN:  Objection, vague.  Are you
9  asking him who developed the list?
10         MS. WESTFALL:  That -- could you read back
11 the question.
12         (Requested portion was read back by the
13 court reporter.)
14     A.  Yes.
15     Q.  (By Ms. Westfall) How was it developed?
16     A.  By Senator Fraser and a collaborative effort
17 with -- with other offices and I believe Bryan Hebert.
18     Q.  Which other offices, if you know?
19     A.  I don't -- I don't specifically recall, but I
20 remember that Senator Fraser consulted other Senators.
21     Q.  Did he consult with Senator Duncan's staff?
22     A.  I believe he did.
23     Q.  Did he consult with Senator Williams' staff?
24     A.  I believe he did.
25     Q.  Do you know -- are you aware of the criteria

---

68

1  that Senator Fraser used to determine whether to include
2  a particular form of ID in Senate Bill 362?
3          MR. BRISSENDEN:  Objection, form.
4          MS. HALPERN:  Counsel -- vague.  Are you
5  asking only about the photo or are you asking about the
6  electric bills too?
7          MS. WESTFALL:  No.  I'm asking about the
8  forms of ID.
9          MR. HALPERN:  So.  You said no.  You mean
10 all forms --
11         MS. WESTFALL:  All.  All.
12         MS. HALPERN:  The electric bills and any?
13         MS. WESTFALL:  Any.  Right.
14     Q.  (By Ms Westfall) Do you know the criteria for
15 including any forms of ID --
16     A.  I don't --
17     Q.  -- in Senate Bill 362?
18     A.  I don't recall what Senator Fraser said
19 concerning his criteria.
20     Q.  Do you know whether Senate Bill 362 was modeled
21 after House Bill 218?
22     A.  My memory is that it was.
23     Q.  Did you or Bryan Hebert advise Senator Fraser
24 to make changes -- any changes to Texas House Bill 218
25 before filing the bill?

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

---

69

1        MR. HALPERN:  Objection, legislative
2  privilege.
3        A.  Counsel, I shared with you a few moments ago in
4  my testimony my conversation with Senator Fraser on --
5  on my desire to maximize our attempts to defeat voter
6  fraud in all forms and to provide the maximum confidence
7  by voters in Texas in our election process so we would
8  increase voting across the board.
9        Q.  (By Ms. Westfall) So that was your desire --
10       A.  Yes.
11       Q.  -- in terms of the bill?
12          Turning back to my question, are you aware
13  of any consideration that Senator Fraser gave to making
14  changes to House Bill 218 --
15       MR. HALPERN:  Objection --
16       Q.  (By Ms. Westfall) -- before he filed Senate
17  Bill 362, or are you not aware?
18       MR. HALPERN:  Objection, calls for
19  speculation.
20       Q.  (By Ms. Westfall) You may answer.
21       A.  It is my memory that Senator Fraser wanted to
22  base Senate Bill 362 on the previous sessions' House
23  Bill 218, which had -- because it had passed the House,
24  and therefore, was a good starting point.
25       Q.  Do you recall any particular IDs that he wanted

---

70

1  to remove from House Bill 218?
2       A.  No.
3       Q.  You alluded earlier to the Supreme Court
4  decision Crawford related to the Indiana Voter ID law;
5  is that correct?
6       A.  Yes.
7       Q.  And it was issued in April 2008; is that right?
8       A.  I don't know when it was issued but I remember
9  it was issued in 2008.
10       Q.  Therefore, Senate Bill 362 was filed after the
11  Crawford decision; is that correct?
12       A.  Yes.
13       Q.  Did the Crawford decision have any impact on
14  the development of Voter ID legislation in Texas?
15       A.  Yes.
16       Q.  How did it impact the development of
17  legislation in Texas?
18       A.  Over time, certainly by 2011 in Senate Bill 14,
19  I felt that it was important, and Senator Fraser agreed,
20  that we focus on a model that had been approved by the
21  U.S. Supreme Court and, in the case of Georgia, had
22  reached preclearance.
23       Q.  The Indiana law at issue in Crawford only
24  permitted the use of photo ID, correct, and not
25  non-photo ID?

---

71

1       A.  That's my understanding.
2       Q.  Why did -- why did Senate Bill 362, therefore,
3  not follow the Indiana model and it did include
4  non-photo ID?
5       MS. HALPERN:  Objection, asked and
6  answered.
7       Q.  (By Ms. Westfall) You may answer.
8       A.  Senator Fraser recommended that we file a bill
9  in Senate Bill 362 that was based upon House Bill 218,
10  which had passed the House.  And even though it had
11  non-photo ID, he felt -- and I could understand his
12  position -- it was a good starting point.
13       Q.  Are you familiar, under Senate Bill 362, what
14  the procedure is if a voter appeared at the polls
15  without any of the photo necessary, what kind of a
16  ballot that would cast?
17       A.  I believe the voter would -- could vote a
18  provisional ballot.
19       Q.  And did -- do you recall whether Senate Bill
20  362 allowed provisional voter -- provisional ballots
21  cast by voters without necessary ID to be counted
22  without further action on the part of the voter?
23       MR. HALPERN:  Is there a section of the
24  bill you want to direct him to, Counsel?
25       MS. WESTFALL:  I'm asking based on his

---

72

1  memory, Counsel.
2       A.  Well, Counsel, I'm looking to see where this is
3  addressed to refresh my memory.
4       Q.  (By Ms. Westfall) Let the record reflect that
5  the witness is looking at Exhibit 9.
6          Let me withdraw that question and ask you
7  another question.
8          Sir, before Senate Bill 14 was enacted, do
9  you know what the procedure was when a voter appeared
10  without necessary registration card or other non-photo
11  ID that was previously required, how that voter would
12  vote?
13       A.  I believe that the procedure was that an
14  affidavit be signed and the voter voted a provisional
15  ballot.  And I'm unclear whether or not that would be
16  counted or not and the methodology on how it would be
17  counted.
18       Q.  Is it your recollection that the ballot board
19  would subsequently determine whether that voter was
20  eligible and registered, and determine whether to count
21  that ballot?
22       A.  I believe that's correct.
23       Q.  And is it your recollection that the voter
24  would not have to go to the election board to provide
25  further proof in order to ensure that that provisional

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

19 (Pages 73 to 76)

---

**73**

1  ballot would be counted?
2  **A.  Prior to the passage of Senate Bill 14, I**
3  **believe that's correct.**
4  Q.  And do you recall whether Senate Bill 362, in
5  essence, retained current law with regard to provisional
6  ballots, and that's why there isn't much in the way of
7  changes in Senate Bill 362 to the provisional ballot
8  procedure?
9  MR. BRISSENDEN:  Objection, form.
10  Q.  (By Ms. Westfall) You may answer.
11  **A.  I am looking at Exhibit 9 and I do not see a**
12  **provision in Exhibit 9 that changed the way that**
13  **provisional ballots were handled.**
14  Q.  Is it your recollection that Senate Bill 362
15  essentially maintained the status quo for provisional
16  balloting?
17  **A.  Since Exhibit 9 did not address changes to the**
18  **treatment of provisional ballots, then I can only deduce**
19  **that the handling, in state law, in state election code,**
20  **provisional ballots has not changed -- did not change.**
21  Q.  Do you recall whether the Indiana photo ID law
22  required voters who cast a provisional ballot due to
23  lack of ID, to return to the election office with photo
24  ID to ensure that ballot would be counted?
25  **A.  It is my recollection that it did.**

---

**74**

1  Q.  Do you know why Senate Bill 362 did not follow
2  that procedure under Indiana law?
3  **A.  I do not know.**
4  Q.  Is it fair to say that the provisional ballot
5  procedure under Senate Bill 362 was more lenient than
6  the Indiana provisional ballot procedure?
7  MR. BRISSENDEN:  Objection, form.
8  Q.  (By Ms. Westfall) You may answer.
9  MS. HALPERN:  Objection, vague.
10  Q.  (By Ms. Westfall) You may answer.
11  **A.  It depends upon your definition of lenient, but**
12  **to the extent that it contained non-photo ID, it was**
13  **more vulnerable to fraud.**
14  Q.  And actually I was asking with regard to the
15  provisional ballot procedure?
16  **A.  Oh, I'm sorry.**
17  Q.  That's okay.  Was it more -- was Senate Bill
18  362 more lenient to voters than the Indiana law was?
19  **A.  Vis-a-vis the provisional ballot?**
20  Q.  The provisional ballot.
21  **A.  Yes.**
22  Q.  Were you aware of any analysis that was
23  conducted concerning the likely impact of Senate Bill
24  362 on voters?
25  MR. HALPERN:  Objection, vague.

---

**75**

1  Q.  (By Ms. Westfall) You may answer.
2  **A.  During what time period?**
3  Q.  2009, 2008.
4  **A.  No.  But it would have been virtually**
5  **impossible to do that.  We didn't -- we weren't**
6  **established where we could -- where we could pull up**
7  **data.**
8  Q.  Are you familiar with Section 5 the Voting
9  Rights Act?  And just a general familiarity, not a
10  legal, technical familiarity.
11  **A.  I have a general familiarity with Section 5.**
12  Q.  What is your understanding of what Texas used
13  to have to undergo under Section 5 of the Voting Rights
14  Act?
15  **A.  It had to go through preclearance with either**
16  **the Department of Justice or the Courts in Washington,**
17  **D.C.**
18  Q.  And what -- that was before the State could
19  enforce any changes to the election code; is that right?
20  **A.  Yes.**
21  Q.  Did you want to -- when you -- when Senate Bill
22  362 had been filed, did you want to ensure that Texas
23  could enforce Senate Bill 362 had it been enacted?
24  **A.  My intent from day one in 2005 through today is**
25  **make sure that any election legislation is**

---

**76**

1  **constitutional, protects all parties and increases the**
2  **amount of turnout.**
3  Q.  And you wanted to be able to enforce Senate
4  Bill 362 by getting it precleared under Section 5 of the
5  Voting Rights Act; is that right?
6  **A.  Yes.**
7  Q.  Did you -- and what did Texas have to do to
8  show that it was entitled to preclearance?
9  MR. HALPERN:  Objection, calls --
10  Q.  (By Ms. Westfall) When it was in effect?
11  MR. HALPERN:  Calls, for a legal opinion.
12  **A.  I don't remember.**
13  Q.  (By Ms. Westfall) Did you anticipate that the
14  State was going to need to provide either the Department
15  of Justice or a court with information about the effect
16  of Senate Bill 362 on minority voters?
17  **A.  I'm not advised.**
18  Q.  Did you consider whether it was advisable to
19  determine the impact of Senate Bill 362 on minority
20  voters and make any adjustments in the bill, if
21  necessary, to increase the likelihood of preclearance?
22  **A.  During the time period of 2008 and 2009, we**
23  **looked at and were able to find evidence both in -- in**
24  **Indiana's case as well as several studies that were done**
25  **by universities and think tanks that showed that there**

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

20 (Pages 77 to 80)

---

77

1 were no reduction in minority voter turnout in states
2 with a photo Voter ID or Voter ID.
3 Q.  And those states would include Indiana -- or
4 only included Indiana and Georgia; is that correct?
5 A.  Those were the two states that we had empirical
6 data from their Secretary of State's Office.  But we
7 also searched and found studies -- empirical studies
8 that were done by a couple of universities and by one
9 think tank.
10 Q.  Did all of these studies relate to voters
11 outside of the state of Texas?
12 A.  Yes.
13 Q.  At any time did you become aware of analysis
14 conducted by Representative Todd Smith in 2009 about the
15 number of voters who lacked a driver license?
16 A.  No.
17 Q.  What was the purpose of Senate Bill 362?
18 A.  Purpose of 362 -- Senate Bill 362 was, like I
19 testified on House Bill 218, to reduce voter fraud.
20 Q.  Was it only aimed at ensuring that voters who
21 appeared in the polls were who they said they were?
22 A.  Yes.  And you'll remember that I had testified
23 earlier, it was my desire to address ultimately at some
24 point, not only in-person voting, mail-in ballots and
25 also registration, but Exhibit 9 addressed only

---

78

1 in-person voting.
2 Q.  Did you believe that in-person voter fraud was
3 the most important priority for the state of Texas at
4 that time?
5       MS. HALPERN:  Objection --
6 Q.  (By Ms. Westfall) Of all -- of all voter frauds
7 that you just testified to?
8 A.  No.
9 Q.  Which voter fraud did you believe was the most
10 important?
11 A.  I believe fraud is a bad, bad, bad problem
12 for -- in any area; in this case, our election laws.
13 And that's why in starting this process, we addressed
14 what we could.  And in Senate Bill 362, it was in-person
15 fraud.
16       MS. WESTFALL:  Could you mark this.
17       (Exhibit 11 marked for identification.)
18 Q.  (By Ms. Westfall) You've been handed what's
19 been marked as Exhibit 11.  Do you recognize this
20 document?
21 A.  Yes.
22 Q.  What is it?
23 A.  It's a press release from my office.
24 Q.  What does it pertain to?
25 A.  Voter ID.

---

79

1 Q.  Did you approve of this language before it was
2 released?
3 A.  Let me read it.
4 Q.  Certainly.
5 A.  I believe I did.
6 Q.  Do you see that you indicate that Senate Bill
7 362 will -- focuses on verifying voters' identity at the
8 polls; is that correct?
9 A.  That is correct.
10 Q.  And the purpose that is expressed in this press
11 release -- actually, strike that.
12       Are there any other purposes of Senate
13 Bill 362 that are not set forth in this press release?
14       MR. HALPERN:  Objection, asked and
15 answered.
16 Q.  (By Ms. Westfall) You may answer.
17 A.  No, the purpose of Senate Bill 362 is to reduce
18 in-person voter fraud which will, in my judgment, after
19 talking to thousands of people, increase the confidence
20 of the voters in Texas of the integrity of our voting
21 system and result in a higher voter turnout as we've
22 seen in the case of Indiana and Georgia.
23 Q.  Okay.  We can put aside Exhibit 11.
24       How does the Senate adopt rules for the
25 regular session?

---

80

1 A.  The Senate adopts rules by meeting among the
2 members exclusively, closed door, I believe, and agree
3 on rules.
4 Q.  And is this accomplished in the first one or
5 two days of session?
6 A.  Yes.
7 Q.  Is it -- are they voted on by a majority vote?
8 A.  Yes.
9 Q.  Before this Senate adopts rules, what rules
10 govern the Senate?
11 A.  The previous rules.
12 Q.  From the previous regular session?
13 A.  Yes, unless those rules are changed during
14 special sessions.
15 Q.  I see.  So the rules, for the most, part carry
16 over from one session to another; is that correct?
17 A.  For the most part, but there's inevitably small
18 changes made each session.
19 Q.  To your knowledge, have resolutions changing
20 the Senate rules ever been referred to a committee?
21 A.  I'm not following your question.
22 Q.  When a Senate resolution amending the rules at
23 the beginning of a session is introduced, is that
24 resolution referred to a committee for consideration or
25 is it considered by the whole Senate, typically?

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

21 (Pages 81 to 84)

81

1  **A. I'm still not -- I'm confused as to what you're**
2  **asking.**
3      Q. I'm sure -- I'm sure you're confused because
4  you know the procedures better than I do, but let me try
5  again.
6          At the beginning of a regular session when
7  there is a resolution, a Senate resolution to modify a
8  rule and to -- for all the rules for the regular session
9  to be adopted, is that resolution referred to a
10  committee or is it considered by the entire Senate?
11     **A. For clarity purposes, let me say that my**
12  **understanding, because I've never been to nor have I**
13  **attended a Senate members' closed-caucus in which they**
14  **discuss the rules, that's the prerogative of the**
15  **Senators. But following that meeting, traditionally, a**
16  **resolution is drafted and it's presented as all**
17  **resolutions are, on the Floor of the Senate.**
18     Q. Put differently: That Senate resolution --
19  thank you for that clarification -- is not referred to a
20  committee?
21     **A. That is correct. Never is.**
22     Q. Are you aware of research that was conducted
23  before the 2009 session to determine a procedure to
24  increase the likelihood of Senate passage of a Voter ID
25  bill?

82

1          MR. HALPERN: Objection, vague.
2     Q. (By Ms. Westfall) You may answer.
3     **A. Could you repeat your question?**
4          MS. WESTFALL: Counsel, please refrain
5  from the comments and coaching.
6     Q. (By Ms. Westfall) Are you aware of any research
7  that was conducted by Senators before the 2009 session
8  to determine a procedure to increase the likelihood of
9  the Senate's passage of a Voter ID bill?
10    **A. No.**
11    Q. Did Senator Williams look into any possible
12  changes to the rules in order to ensure that the Senate
13  would pass a Voter ID bill as opposed to what happened
14  with House Bill 218?
15    **A. I'm not advised.**
16    Q. What do you mean by "I'm not advised"? Does
17  that mean you don't know?
18    **A. I don't know what Senator Williams did or**
19  **didn't do.**
20    Q. Do you recall that Senate Resolution 14 was
21  introduced at the beginning of 2009 session by Senator
22  Williams?
23    **A. I'm sorry, say that again.**
24    Q. Do you recall that Senate Resolution 14 was
25  introduced by Senator Williams at the beginning of the

83

1  2009 session?
2     **A. Senate Resolution 14 --**
3     Q. Yes.
4     **A. -- you said?**
5     Q. Yes.
6     **A. What does Senate Resolution --**
7     Q. Pertaining to the rules.
8     **A. Yes.**
9     Q. And I think it might be helpful if we mark a
10  document.
11         MS. WESTFALL: Could you mark this. Thank
12  you.
13         (Exhibit 12 marked for identification.)
14    Q. (By Ms. Westfall) You've been handed what's
15  been marked as Exhibit 12. Do you recognize this
16  document?
17    **A. I'm not aware that I've seen it before, but it**
18  **represents the Senate Journal for January 14, 2009.**
19    Q. If you could, turn your attention to Page 23 of
20  the Senate Journal.
21    **A. Yes.**
22    Q. It will -- it sets forth Senate Resolution 14,
23  which I just asked you about. Could you take a moment
24  just to take a look at that resolution and let me know
25  when you've a chance to the review it.

84

1     **A. Yes.**
2     Q. Do you recall this Senate resolution?
3     **A. Yes.**
4     Q. What was it designed to accomplish?
5     **A. Several things: One of which, under D, that**
6  **bill of -- and I'm reading from Exhibit 12, in Rule**
7  **5.11D, "Notwithstanding Subsection A, a bill or**
8  **resolution relating to voter identification requirements**
9  **reported favorably from the Committee of the Whole**
10  **Senate may be set as a special order for a time at least**
11  **24 hours after the motion is adopted by a majority of**
12  **the members of the Senate."**
13    Q. What practical effect does that provision have,
14  in your own words?
15    **A. It permits, as a practical matter, photo voter**
16  **ID -- either photo voter ID or voter ID to be passed**
17  **with a majority vote instead of a two-thirds vote.**
18    Q. Are you aware of any other Senate rule where a
19  particular type of legislation was subject to this type
20  of procedure?
21         MR. HALPERN: Objection, vague, time
22  period.
23    Q. (By Ms. Westfall) You may answer.
24    **A. I'm not aware of a similar rule change.**
25    Q. When this resolution was introduced, were the

LIEUTENANT GOVERNOR DAVID DEWHURST                          7/29/2014
CONFIDENTIAL TRANSCRIPT

22 (Pages 85 to 88)

---

**85**

1  rules of the previous -- previous Senate in effect?
2      A.  Yes.
3      Q.  Did Senator Shapleigh raise --
4      A.  Until this -- until this resolution was
5  adopted.
6      Q.  Thank you.  Did Senator Shapleigh raise a point
7  of order against further consideration of Senate
8  Resolution 14 in so far as it should be referred to a
9  committee?
10      A.  I don't know.  I'll have to read to see.
11      Q.  Certainly.  And I would --
12      A.  Page 25?
13      Q.  Exactly.  Thank you.
14          So, yes, a point of order was made by
15  Senator Shapleigh in that regard?
16      A.  Yes.
17      Q.  Did you rule on that point of order?
18      A.  I did.
19      Q.  How did you rule?
20      A.  I overruled it.
21      Q.  Why did you overrule it?
22      A.  Because the rules of the Senate permitted a
23  majority of the Senators to change Senate rules, so
24  therefore, this resolution was entirely within the
25  tradition and rules of the Senate.

---

**86**

1      Q.  Did Senator Shapleigh raise a second point of
2  order, on Page 27 and 28 of Exhibit 12?
3      A.  You want to ask that again?
4      Q.  Sure.  Did he raise a second point of order
5  related to the scope of your authority under what was
6  then the current existing rules?
7      A.  Yes.
8      Q.  How did you rule on that point of order?
9      A.  For the same grounds that I shared with you a
10  moment ago, I overruled.
11      Q.  Did you have any concerns that it was a
12  conflict of interest to be ruling on your own scope of
13  authority in that -- in that context?
14          MR. HALPERN:  Objection, no foundation,
15  assumes facts not in evidence.
16      Q.  (By Ms. Westfall) You may answer.
17          MS. HALPERN:  Calls for a legal opinion.
18      A.  In the opinion of both myself and the
19  Parliamentarian, I was -- there was no conflict of
20  interest nor was I ruling on rules that affected me.
21  Instead, I was ruling on whether or not -- irrespective
22  of the argument that Senator Shapleigh made, which I
23  found to be bogus, that the Senators have the rights
24  under the rules of the Senate to -- to make changes to
25  the rules whenever a majority chooses.

---

**87**

1      Q.  (By Ms. Westfall) So now that you have had a
2  chance to look at Exhibit 12 and Senate Resolution 14,
3  and in particular Rule 5.11D and Rule 16.07(7).
4      A.  16.07?
5      Q.  Which relates back to -- which also relates to
6  Voter ID requirements.  Do you see that?
7          MR. HALPERN:  What page?
8          MS. WESTFALL:  Page 25.
9      A.  Yes.
10      Q.  (By Ms. Westfall) Do you know where the idea to
11  put this rule into place came from?
12      A.  Yes.
13      Q.  Where did it come from?
14      A.  Senator Williams had indicated to me that he
15  was planning on suggesting this rule change.
16      Q.  How did he come up with this idea?
17          MR. HALPERN:  Objection, legislative
18  privilege.  Objection, calls for speculation.
19      Q.  (By Ms. Westfall) You may answer.
20      A.  I have no idea.
21      Q.  So do you have -- do you have any idea, apart
22  from what Senator Williams intended, as to where this
23  provision came from?
24      A.  No.
25      Q.  And is it your testimony that there was no

---

**88**

1  precedent for this rule change of this nature?
2      A.  That's not my testimony at all.
3      Q.  Then where -- do you know where it came from?
4      A.  I have no idea where it came from, other than
5  this is an established rule that is used in -- from time
6  to time, not only in Texas but in other legislative
7  bodies.
8      Q.  And the established rule is -- could you
9  describe the established rule you just testified to?
10      A.  We have -- we have -- we recognize in Texas, in
11  our parliamentary proceedings, special items.  And all
12  Senator Williams told me was that he was considering a
13  -- adding a special item to the rules.
14      Q.  Had you ever seen a special item added to the
15  rules by subject matter as Senate Resolution 14, Rule
16  5.11D does?
17      A.  I don't remember ever seeing a special item
18  added in the Senate, the Senator's own rules, while I've
19  been Lieutenant Governor.
20          MS. HALPERN:  Have we been going an hour
21  yet?
22          THE REPORTER:  Yes.
23          MS. HALPERN:  Let's take a break.
24          MS. WESTFALL:  What time is it?
25          MS. HALPERN:  It's 11:35.

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

23 (Pages 89 to 92)

---

89

1         MS. WESTFALL:  Okay.  Do you want to take
2    a quick break and then -- what time is good for lunch
3    for you all?
4         THE WITNESS:  You tell me.
5         MS. WESTFALL:  Oh, no, you're the witness,
6    you're in charge of lunch.
7         THE WITNESS:  I'm in charge of lunch?
8         MS. WESTFALL:  Yes.
9         THE WITNESS:  Well, let's do a quick
10   break, come back and do another hour.
11        MS. WESTFALL:  Super.  That sounds very
12   good.  But let's try to be quick.
13        (Recess from 11:33 a.m. to 11:47 a.m.)
14   Q.   (By Ms. Westfall)  Turning back to Exhibit 12,
15   why did Rule 5.11D state that voter ID bills would be
16   reported favorably from the Committee of the Whole may
17   be set for special order as opposed to the State Affairs
18   Committee?
19   **A.   I'm not -- I don't know.  I didn't write the
20   rule.**
21   Q.   Did you have any involvement in the text of
22   5.11D whatsoever?
23   **A.   No.**
24   Q.   What was the effect of the Senate Resolution 14
25   section on Rule 16.07(7)?

---

90

1    **A.   16.07(7)?**
2    Q.   Yes, and I would direct your attention to page
3    25 of Exhibit 12.
4         MS. HALPERN:  Actually starts at the
5    bottom of page 24.
6         MS. WESTFALL:  Thank you, yes.
7    **A.   The effect of the new provision provided in
8    Rule 16.07(7) was to include voter ID and the special
9    order in the list of matters requiring a vote of a
10   majority of the members of the Senate.**
11   Q.   (By Ms. Westfall)  Had you ever in any previous
12   rule of a regular session seen a particular issue area
13   carved out or set for approval by a majority in Rule 16?
14   **A.   Yes.**
15   Q.   What rule was that?
16   **A.   All the rules were subject to a simple majority
17   vote.**
18   Q.   I see.
19   **A.   All of them.**
20   Q.   I see.  On February 17, turning your attention
21   back to Exhibit 10, on February 17, 2009, was Senate
22   Bill 362 referred to the Committee of the Whole?
23   **A.   Yes.**
24   Q.   Were you the person to make this referral?
25   **A.   Yes.**

---

91

1    Q.   Why did you refer Senate Bill 362 to the
2    Committee of the Whole?
3    **A.   Because pursuant to Exhibit 12, the Senators
4    had changed the Senate rules to require that a bill on
5    Voter ID be referred to the Committee of the Whole.**
6    Q.   Was that how you interpreted Senate Resolution
7    14?
8    **A.   Yes.**
9    Q.   That it obligated you to make that referral?
10   **A.   Yes.**
11   Q.   It was not within your discretion; is that
12   correct?
13   **A.   Yes, if you look at 5.11D, it's clear.**
14   Q.   And you interpreted that rule to require you to
15   refer this bill to the Committee of the Whole?
16   **A.   Yes.**
17   Q.   Did it have to be -- did the referral of the
18   bill to the Committee of the Whole have the effect of
19   expediting its consideration?
20   **A.   No.**
21   Q.   Are members prohibited from offering amendments
22   to bills while they're being considered by the Committee
23   of the Whole?
24   **A.   No.**
25   Q.   If an opponent of a bill wants to slow down

---

92

1    consideration of a bill in a committee, other than the
2    Committee of the Whole, what procedures would the bill
3    opponent employ?
4         MS. HALPERN:  Objection, calls for
5    speculation.
6    **A.   Well, I'm going to have to think for a moment,
7    because there's a limited number of ways that an
8    opponent of the bill could slow down consideration in a
9    committee.  One that quickly comes to mind is to try and
10   talk the chair of the committee into waiting on
11   consideration of the bill.  Perhaps another option, as
12   was done in this case by the Democrats, and that is to
13   extend, by X amount of time, the consideration of the
14   bill by having a lot of public testimony.**
15   Q.   (By Ms. Westfall)  Are there any other ways you
16   can think of that would be employed in another
17   committee?
18   **A.   No.**
19   Q.   In 2009, do you recall advocating for including
20   in Voter ID legislation a grace period of two to four
21   years between the date of enactment and the date of
22   enforcement of the law?
23        MS. HALPERN:  Objection, no foundation.
24   **A.   Could you repeat your question?**
25   Q.   (By Ms. Westfall) Certainly.  In 2009, did you

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

24 (Pages 93 to 96)

93

1  advocate for including in Voter ID legislation a grace
2  period of two to four years between the date of
3  enactment and enforcing of the ID requirements in order
4  to educate voters?
5          MS. HALPERN: Objection, legislative
6  privilege.
7      A. I don't remember whether I did or didn't.
8          (Exhibit 13 marked for identification.)
9      Q. (By Ms. Westfall) You've been handed what's
10  been marked as Exhibit 13. Do you recognize this
11  document?
12      A. No.
13      Q. Do you see that there's a quote that is
14  attributed to you in the second paragraph?
15      A. I see a paragraph that is attributed to me in
16  the second paragraph.
17      Q. Do you believe that this is an accurate
18  quotation?
19      A. I don't -- I don't believe so in light of your
20  question.
21      Q. Do you believe that -- you did at this time --
22  actually, what's the date of the article, Exhibit 13?
23      A. If you look above the caption in bold it says
24  March 4, 2009.
25      Q. Does this refresh your recollection as to

94

1  whether you were advocating for a grace period of two to
2  four years in 2009?
3      A. You're going to have to define grace period for
4  what?
5      Q. What did you -- what did you mean when you were
6  advocating for a grace period of two to four years?
7          MS. HALPERN: Objection, no foundation,
8  assumes facts not in evidence.
9      Q. (By Ms. Westfall) You may answer.
10      A. I was not advocating for a postponement of the
11  -- the validity of the bill for two to four years.
12      Q. What were you advocating for?
13          MS. HALPERN: Objection, assumes facts not
14  in evidence.
15      A. A phase-in on elderly voters without ID,
16  principally voters in their 70s. Although increasingly
17  voters in their 70s don't strike me as elderly anymore.
18      Q. (By Ms. Westfall) Were you advocating for a
19  phase-in for any other classes of voters in 2009?
20      A. No.
21          MS. WESTFALL: Could you mark this?
22          (Exhibit 14 marked for identification.)
23      Q. (By Ms. Westfall) You've been handed what's
24  been marked as Exhibit 14. Do you -- and this document,
25  I should add, is highly confidential, and questions

95

1  related to this document will be designated as highly
2  confidential under the protective ECF 105 in this
3  action. This is TX87007 through TX87014. Do you
4  recognize this document?
5      A. No.
6      Q. Have you ever seen any of the attachments to
7  the e-mail to this document at 87008 through 87014?
8      A. No.
9      Q. Do you see the first page of this document,
10  87007, is an e-mail from Bryan Hebert to Janice McCoy?
11      A. Yes.
12      Q. Do you know whether Mr. Hebert had this e-mail
13  and attachments approved by anyone in your office before
14  it was circulated to Ms. McCoy?
15      A. No.
16          MS. HALPERN: Objection, no foundation.
17      A. No.
18      Q. (By Ms. Westfall) Okay. Do you see that at
19  Texas 00087008 lists reasons to support Senate Bill 362
20  as filed?
21      A. Yes.
22      Q. And could you take a look at list 1 through 5
23  and let me know when you've had a chance to review them?
24      A. Yes.
25      Q. Did you discuss any of these reasons to support

96

1  Senate Bill 362 as filed with Mr. Hebert?
2      A. No.
3          MS. HALPERN: Objection, attorney-client
4  privilege.
5      A. Sorry.
6          MS. HALPERN: Legislative privilege.
7          MS. WESTFALL: I would object to your
8  objection on the basis of attorney-client privilege as
9  Mr. Hebert circulated these documents to someone who is
10  not his client, Ms. McCoy.
11          MS. HALPERN: But any discussions about
12  that would be a verbal discussion which would be
13  attorney-client.
14      Q. (By Ms. Westfall) Turning back to Reasons To
15  Support Senate Bill 362 as Filed. Do you see that it
16  indicates there is -- Mr. Hebert writes, "There's less
17  of a chance of disenfranchising elderly, poor or
18  minority voters," under 1?
19      A. Yes.
20      Q. Did you agree with that statement?
21      A. No.
22      Q. Do you know why he wrote that statement?
23          MS. HALPERN: Objection, calls for
24  speculation.
25      Q. (By Ms. Westfall) You may answer.

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

---

**97**

A.  Not to hurt your feelings, but the Department of Justice has a very partisan reputation, and I have had conversations with Mr. Hebert in which we have to dot our I's and cross our T's to make sure that we get preclearance on the bill.

Q.  So I guess turning back to my question, I believe your testimony was you did not agree with this assessment in 1 that it had less chance of disenfranchising elderly, poor or minority voters?

A.  Oh, I'm so glad you asked me that question. Thank you very much.  Thank you.  Thank you very much.  I may have left, for history, an impression.  I don't agree that there was any chance that it disenfranchised elderly, poor or minority voters.  All of the empirical data has shown just the opposite.

Q.  Okay.

A.  And my -- and my -- pardon me, but my cute comment was to say that there is a healthy respect and -- of the Department of Justice, as we should, and also a feeling that under this administration, it doesn't like Texas.

Q.  Okay.  Getting back -- let's see -- I guess I wanted to ask you, as to 1, whether you believed that Senate Bill 362 was less likely to disenfranchise elderly, poor or minority voters because it permitted

---

**98**

the use of nonphoto ID?

A.  Well, first of all, I don't believe that Senate Bill 362 disenfranchises elderly, poor or minority voters.  And all the empirical data that I've seen shows just the opposite.

Q.  Is it fair to say that Voter ID legislation that did not allow for the use of nonphoto ID would have a greater chance of disenfranchising elderly, poor or minority voters?

MR. BRISSENDEN:  Objection, form.

Q.  (By Ms. Westfall)  You may answer.

A.  Could you repeat your question?

Q.  Certainly.  Would you agree that photo ID legislation that did not include the use of nonphoto ID would have a greater chance of disenfranchising elderly, poor or minority voters?

A.  I categorically oppose that statement.  It is not true.  All the empirical data I've seen has shown that there is no -- no example that I'm aware of where in any jurisdiction with a photo voter ID requirement that individuals have not been able to obtain access to documents.

Q.  Did Mr. Hebert circulate legal analysis and policy advice to other staff people without people in your office reviewing it before it went out?

---

**99**

A.  I don't know.

Q.  Would it be contrary to the policies of your office to allow staff to set forth positions on bills and policy on law that were contrary to the position of your office?

MS. HALPERN:  Objection.

A.  I consider my office, and I still do, a resource for the other Senators.  To the extent that any one of our staff thought it was helpful, whether we're talking about policy matter and working with different Senators and their staffs or providing some guidelines in discussing a bill, that is something that I encouraged.

Q.  (By Ms. Westfall)  And you would not permit your staff to send out analysis that you didn't agree with; isn't that right?

A.  You are putting words in my mouth.  I've never said that.

Q.  You can -- you can disagree.

A.  I just got through saying I think twice, two or three times, Counsel, that I do not agree with this statement.  I do not believe that there's -- that under Senate Bill 362, or for that matter, Senate Bill 14, that there's a disenfranchisement of elderly, poor or minority voters.

---

**100**

Q.  So does -- does an ID law that does include nonphoto ID make it harder or easier for elderly, poor or minority voters to participate in elections?

MR. BRISSENDEN:  Objection, form, compound.

Q.  (By Ms. Westfall)  You may answer.

MS. HALPERN:  Objection, assumes -- objection, compound.

A.  You're asking whether it would make it easier for elderly, poor or minority voters to obtain access to the documents required?

Q.  (By Ms. Westfall)  Well, to vote by including nonvoter -- nonphoto ID among acceptable forms of ID.

MR. BRISSENDEN:  Objection, form.

Q.  (By Ms. Westfall)  Does it make it easier or harder for those classes of voters to participate in an election?

A.  Since I'm not aware of any empirical data that shows that there's been a -- individuals in states that require photo voter ID that have not been able to obtain access to documents, I'm really reluctant to speculate, purely speculate on that.

Q.  Do you see that it explains that Senators Fraser, Williams and Duncan supported this version of the bill?

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

26 (Pages 101 to 104)

---

101

1    A.  Yes.
2    Q.  Did -- was that your understanding?
3    A.  Yes.
4    Q.  Why was it a reason to support Senate Bill 362
5  that those members were supporting the bill?
6         MS. HALPERN:  Objection, calls for
7  speculation.
8    Q.  (By Ms. Westfall)  You may answer.
9    A.  Senator Fraser, Senator Williams and Duncan
10  were three Senators who were widely respected and had
11  worked in this area before.
12    Q.  Okay.  Turning your attention now to the
13  Talking Points at 87009 on the following page, and --
14  you've never seen these talking points before; is that
15  correct?
16    A.  That's correct.
17    Q.  Do you see that under Roman II, it argues that
18  this bill, Senate Bill 362, protects Texas voters and
19  lists a number of ways in which it does that?
20    A.  Yes.
21    Q.  Do you agree with that assessment?
22    A.  Yes.
23    Q.  Turning your attention now to the last page of
24  this document, Texas 00087014, concerning the process of
25  obtaining a birth certificate, do you see that?  Had you

---

102

1  seen this document or a summary of this information
2  previous to today's deposition?
3    A.  No.
4    Q.  Did you have any discussion with any senator
5  about the cost of obtaining a Texas birth certificate or
6  a DPS ID card in 2009?
7    A.  Yes.
8    Q.  Who did you discuss this with?
9    A.  I discussed with Senator Fraser and several
10  other Senators that, as the rules were promulgated by
11  the DPS and/or other agencies, that we wanted to -- to
12  reduce any cost of obtaining documents required to vote.
13    Q.  Was this in 2009 --
14    A.  Yes.
15    Q.  -- to your recollection?  Did you take any
16  steps to make that happen in the bill?
17    A.  Counsel, I'm -- pardon me, but a lot of times
18  the implementation of bills are handled by agencies that
19  have the responsibility and so that was -- that was my
20  conversation with several Senators, including Senator
21  Fraser, and I believe I communicated it to the agencies.
22    Q.  Was this left to the agencies to implement?
23    A.  Yes.
24    Q.  The reduction of cost, was it left to the
25  agencies?

---

103

1    A.  Yes.
2    Q.  It was not in the text to Senate Bill 362,
3  correct?
4    A.  No.
5    Q.  Is it fair to say that you were aware of the
6  cost of obtaining a Texas birth certificate in 2009?
7    A.  I was aware that there may be some cost.  I'm
8  not -- I don't remember whether I knew, as Exhibit 14
9  points out, that -- that it was a cost of $22.  That
10  surprises me.  But I knew there was a cost for obtaining
11  some of the documents, and I wanted to get that down to
12  zero.
13    Q.  What steps --
14    A.  Because my goals were to increase voter
15  turnout.
16    Q.  What steps did you take to get that, get that
17  cost to zero, besides telling the birth certificate
18  issuance people that they needed to fix that?
19         MS. HALPERN:  Objection, Counsel, during
20  what time frame?
21         MS. WESTFALL:  During 2009.  We're
22  testifying about 2009.
23    A.  But Counsel, the -- I've answered your question
24  before by saying that my first priority was to get the
25  bill passed.  Then the implementation of the rules --

---

104

1  the implementation of the bill through rules to be
2  issued by the agencies is -- is always done.  And in
3  during that process, I told them it was my intent to
4  have the cost reduced as I have done subsequent in
5  Senate Bill 14.
6    Q.  (By Ms. Westfall)  We'll talk about that a
7  little bit later.  Thank you for your testimony.
8         Were you present -- strike that.
9         Did you believe in 2009 that any of the
10  costs associated with the documents -- of the underlying
11  documents necessary to obtain photo ID would be costly
12  for some voters?
13    A.  No, because it was my intent during the
14  implementation, once the bill had passed during the
15  implementation of the bill by the agencies to reduce
16  that cost.
17    Q.  Were you present during the Committee of the
18  Whole's consideration of Senate Bill 362?
19    A.  Yes.
20    Q.  Do you recall hearing concerns raised by some
21  bill opponents about the impact of Senate Bill 362 on
22  minority voters?
23    A.  Yes.
24    Q.  Did supporters, to your knowledge, of Senate
25  Bill 362 take any steps to investigate those concerns?

---

LIEUTENANT GOVERNOR DAVID DEWHURST                      7/29/2014
CONFIDENTIAL TRANSCRIPT

---

105

1    A.  Yes.
2    Q.  What were those steps?
3    A.  The location of a number of different studies
4  that had been made in other states on the effect on
5  minority voters, particularly elderly voters, minority
6  voters, to see if there was a reduction in minority and
7  elderly voter turnout, and we found that there was not.
8    Q.  Was there any other way that bill supporters
9  responded to those concerns other than what you just
10  testified to?
11    A.  I'm not sure of the dates, but there was an
12  attempt to go back into DPS and find out how many
13  driver's licenses were issued, but it was impossible at
14  that time to be able to correlate between the number of
15  driver's licenses issued and who were voters, and so
16  that effort which we made was -- was unsuccessful.
17    Q.  Senate Bill 362 was not passed by the House; is
18  that correct?
19    A.  That is correct.  We passed it in the Senate.
20    Q.  Did it pass with a majority of the Senators in
21  the Senate?
22    A.  Yes.
23    Q.  And not two-thirds; is that correct?
24    A.  That is correct because of the rule change.
25    Q.  Do you know why Senate Bill 362 failed to pass

---

106

1  in the House?
2    A.  If you will permit me to take a look at the
3  legislative history on 362.
4    Q.  Of course.
5    MS. WESTFALL:  And for the record, the
6  witness is referring to Exhibit 10, the legislative
7  history of Senate Bill 362.
8    A.  Yes.
9    Q.  (By Ms. Westfall)  Why did it fail to pass the
10  House?
11    A.  With no criticism intended, the House let the
12  bill sit from the day it was received from the Senate on
13  March 19th for almost two weeks until March 31st, and
14  then after a -- taking testimony in the House on April
15  7th, it sat for almost five weeks.
16    Q.  And so there was not sufficient time in the
17  session to get it passed in the House?
18    A.  It was -- it was placed on major state
19  calendar, and if I recall correctly, the Democrats
20  chubbed it to death, meaning, they talked and talked and
21  talked on routine matters, killing routine bills in
22  order to kill the bill.
23    Q.  Did you want the Senate to pass the Voter ID
24  bill in 2011?
25    A.  Yes.

---

107

1    Q.  What did you believe could be done differently
2  to ensure passage of Voter ID legislation in the 2011
3  session than had been done in 2009?
4    MS. HALPERN:  Objection, legislative
5  privilege.
6    A.  Well, one, take the bill up earlier and pass it
7  earlier to make it more difficult for the opponents of
8  the bill to chub it in the House.
9    Q.  (By Ms. Westfall)  Did you take any other --
10  any other -- or think of any other steps that should be
11  taken to ensure its passage in the Legislature other
12  than what you just described?
13    MS. HALPERN:  Objection, legislative
14  privilege.
15    Q.  (By Ms. Westfall)  You may answer.
16    A.  Not that I recall.
17    Q.  Did you play a role in developing the strategy
18  to ensure that the Legislature would pass Voter ID in
19  2011?
20    A.  As I do on any of our important bills, several
21  hundred per session, I discussed with staff the optimum
22  times to pass Voter ID as well as other bills.
23    Q.  What was your conclusion about the optimum time
24  to pass Voter ID in 2011?
25    MS. HALPERN:  Objection, legislative

---

108

1  privilege.
2    A.  That it was better for the final passage of
3  Voter ID if we could pass it within the 60-day
4  prohibition of where no legislation can be passed.
5  Under the Texas Constitution, the first 60 days, one is
6  prohibited from passing any legislation unless it's
7  placed on emergency call by Governor Perry.
8    Q.  (By Ms. Westfall)  Did you think of any other
9  measures that needed to be taken to ensure enactment of
10  Voter ID in 2011?
11    A.  Not that I recall.
12    Q.  Did you consider it important to readopt the
13  rules in the 2009 rules?
14    A.  Counsel, you're leading again.  You've been
15  doing that repeatedly.  You're leading.  You -- it is --
16  I didn't -- I didn't adopt the Senate rules.  I thought
17  I had been very, very clear.  The Senate rules are
18  adopted solely by the Senators.
19    Q.  Did you believe the Senators, not you, but the
20  Senators should adopt the same rule that had been
21  adopted in 2009?
22    MS. HALPERN:  Objection, legislative
23  privilege.
24    A.  Yes.  However, it's a matter of timing.
25  Because I don't know if I said earlier, I don't

---

109

1 remember, but I frequently did not recognize the
2 two-thirds rule during special sessions. So what -- in
3 a special session involving redistricting, as we had in
4 a number of cases, and again, in June of 2011, I did not
5 have a blocker bill, meaning, we passed all the
6 legislation on the call with a simple majority.
7     Q.   (By Ms. Westfall) That was in regular
8 session --
9     A.   Special session.
10    Q.   -- or special? Is special session always
11 subject to majority rule? And special session -- I'm
12 sorry, go ahead.
13         MS. HALPERN: There's no question pending.
14         MS. WESTFALL: I just -- can you read back
15 the question and then.
16         (Requested portion read back by the court
17 reporter.)
18    Q.   (By Ms. Westfall) Is special session always
19 subject to majority votes to pass legislation and not
20 two-thirds?
21    A.   It's up to the -- to the Lieutenant Governor.
22    Q.   Had the special sessions while you have been
23 Lieutenant Governor only pertained to redistricting or
24 other topics?
25    A.   Both.

110

1     Q.   What years have they pertained to
2 redistricting?
3     A.   2003 and 2011.
4     Q.   Have there been other special sessions during
5 the time that you've been Lieutenant Governor other than
6 2003 and 2011?
7     A.   Yes.
8     Q.   What years have those been?
9     A.   2004, 2005, 2009, 2011 and 2013.
10    Q.   Do you -- for 2003, did it only pertain to
11 redistricting or other legislation?
12    A.   Only redistricting.
13    Q.   2004, what did it pertain to?
14    A.   School finance.
15    Q.   And 2005, what did it pertain to?
16    A.   School finance.
17    Q.   2009, what did it pertain to?
18    A.   Three -- three bills concerning eminent domain
19 and transportation -- strike eminent domain.
20 Transportation and two others bills.
21    Q.   In 2011, was it only redistricting?
22    A.   No, it was redistricting, sanctuary cities,
23 school finance, TSA antigroping bill, and others.
24    Q.   In 2013, what did it pertain to? That was --
25 there was a special session in addition to the regular

111

1 session in 2013?
2     A.   Yes.
3     Q.   What did the special session pertain to?
4     A.   Redistricting in that we had a change in law
5 on -- on one of our terms that we were using -- I'm
6 sorry. Strike redistricting. We had a change in --
7 a -- in one of our statutes to comply with a change in
8 federal law. We took up Senate Bill 5 and -- I'm sorry,
9 a House Bill 5 and House Bill 2 on -- on the health of
10 women and changing the term on abortion. We took up a
11 huge transportation bill in a constitutional amendment
12 and others.
13    Q.   Did you prior to the 2011 session discuss with
14 Senator Fraser filing another Voter ID bill?
15         MS. HALPERN: Objection, legislative
16 privilege.
17    A.   Yes.
18    Q.   (By Ms. Westfall) When did you talk to him
19 about that?
20    A.   Sometime during the fall of 2012 -- I'm sorry,
21 sometime during the fall of 2010, excuse me.
22    Q.   Did part of that discussion -- actually, strike
23 that.
24         What -- what did the discussion involve --
25         MS. HALPERN: Objection.

112

1     Q.   (By Ms. Westfall)  -- subject-wise?
2         MS. HALPERN: Objection, legislative
3 privilege.
4     A.   What I remember is a discussion with Senator
5 Fraser to inquire whether he was willing to carry a
6 Voter ID bill again.
7     Q.   (By Ms. Westfall) Did you discuss any other
8 provisions of the bill?
9     A.   Yes.
10    Q.   What were the provisions you discussed?
11    A.   I reminded Senator Fraser that for then -- for
12 then six long years, I had been meeting regularly with
13 the Democrat Senators to agree on a bipartisan bill,
14 because the Democrat Senators recognized that they were
15 on the wrong side of the majority of the voters of
16 Texas. They recognized that a super majority of, not
17 only Anglo, but Hispanic and African American voters,
18 during that time period from 2008 through 2011, were in
19 favor of a Voter ID, and that we really ought to work
20 together and come up with a bill.
21         All of the flexibility afforded in 218 and
22 362 was voted against time after time by -- by the
23 Democrat voters. While in the House, a number of
24 minority voters voted for those bills. And I discussed
25 with Senator Fraser that maybe it's time to focus

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

29 (Pages 113 to 116)

---

**113**

1  inclusively on a bill that is -- that is clearly
2  constitutional by modeling this after the Indiana and
3  Georgia bills.
4       Q.  And therefore, you were -- as part of that
5  discussion, did you discuss whether to include or
6  exclude nonphoto ID from the bill?
7       A.  I don't remember the detail that we went into,
8  but I shared with you the main objective, which I shared
9  with Senator Fraser.
10      Q.  Were you or your staff involved in developing
11 the language for the bill, Senate Bill 14?
12      A.  I don't remember.
13      Q.  Do you know whether Mr. Hebert was involved in
14 developing the language?
15      A.  I don't remember.
16      Q.  What was Mr. Hebert's degree of involvement in
17 kind of the prefiling discussions?
18      A.  There you go again, Counsel.  We have --
19 there's no testimony that he was involved in the first
20 place.  Come on.
21      Q.  I'm trying to make sure I understand your
22 testimony --
23      A.  Then ask me a question.
24      Q.  -- by asking a complete question.  Was
25 Mr. Hebert involved at all in the development of Senate

---

**114**

1  Bill 14?
2       A.  I don't remember.  Again, again, again, to be
3  -- to be as open as I possibly can be, the -- Mr. Hebert
4  had been a resource for some of the staff members with
5  Senator Fraser and -- but I don't know whether that
6  continued or not continued.  I'm sure it did.
7       Q.  During the Senate's consideration of Senate
8  Bill 14, how often did you communicate with Mr. Hebert
9  about Voter ID?
10      A.  When I had a question.
11      Q.  Was that daily?
12      A.  No.
13      Q.  Weekly?
14      A.  I don't think so.
15      Q.  About how frequently was it?  Do you recall?
16      A.  Couple of times a month.
17      Q.  Do you know whether any other Senators were
18 involved in developing the bill language for Senate Bill
19 14?  And strike that.
20          Were Senator's staff, not other Senators,
21 Senator's staff involved in developing the bill language
22 for Senate Bill 14?
23      A.  I believe that there was a working group that
24 -- that involved Senator Duncan.  Again, not only was he
25 a senior member and well respected, but he was a Chair

---

**115**

1  of State Affairs where election bills go to but for the
2  change in the Senate rules, in which I was directed to
3  send this to the Committee of the Whole.  And Senator
4  Williams was a key lieutenant on the Floor during --
5  during Senate Bill 362 of -- of Senator Fraser in
6  carrying part of the physical load of -- of discussing
7  and asking questions during a 26, 27-hour session.
8       Q.  Do you know what sources were consulted when
9  Senate Bill 14 was being developed?
10      A.  What do you mean by sources?
11      Q.  Was Senate Bill 362 a starting point in any
12 way --
13          MS. HALPERN:  Objection.
14      Q.  (By Ms. Westfall)  -- or no?
15          MS. HALPERN:  Calls for speculation.
16      Q.  (By Ms. Westfall)  You may answer.
17      A.  Well, I know that Senate Bill 218 was the
18 starting point for Senate Bill 362, and although not
19 perfect, it was a start to reduce fraud.  And I've
20 talked about my objective of addressing all three forms
21 or maybe a fourth of fraud.  But as a starting point.
22 And I don't remember exactly the transition between the
23 language in 362 and Senate Bill 2 -- and Senate Bill 14.
24      Q.  Thank you.
25          MS. HALPERN:  It is 12:30.

---

**116**

1          MS. WESTFALL:  Do you want a break?
2          (Brief discussion off the record.)
3          MS. WESTFALL:  We'll mark an exhibit.
4          (Exhibit 15 marked for identification.)
5       Q.  (By Ms. Westfall)  You've been handed what's
6  been marked as Exhibit 15.  Do you recognize this
7  document?
8       A.  It is entitled "Senate Bill 14."
9       Q.  Turning your attention to the bottom of the
10 document, do you see the date?
11      A.  It shows January 12, 2011.
12      Q.  And I will represent to you that this came off
13 the Texas Legislature Online website, and it is the
14 Senate Bill 14 as filed --
15      A.  As filed?
16      Q.  -- in the Senate.
17          Turning your attention to Page 8 of
18 Exhibit 15, do you see that it lists the documentation
19 of proof of ID?
20      A.  I do.
21      Q.  And do you see that it lists two forms of state
22 IDs, driver's license and personal ID cards, and three
23 forms of federally issued forms of ID, a U.S. passport,
24 a military ID and a U.S. citizenship certificate?
25      A.  Yes.

---

LIEUTENANT GOVERNOR DAVID DEWHURST                                  7/29/2014
CONFIDENTIAL TRANSCRIPT

117

1    Q.  And is it true that under Senate Bill 14, as
2  introduced, that that was the sum total of the IDs
3  permitted?
4    A.  That appears to be the case.
5    Q.  Are you aware of the criteria used for
6  determining which photo IDs to include in Senate Bill
7  14?
8    A.  Only generally repeating my testimony of a
9  moment ago that there had been a discussion in the fall
10 of 2010 about modeling our -- the next bill that was
11 introduced in 2011 on the Indiana bill and the Georgia
12 bill, principally because I wanted to make sure that
13 after years of trying to pass a fair bill, that we got
14 one passed that was imminently constitutional and met
15 all of the tests.
16   Q.  Did you give any consideration as to whether
17 these forms of ID would indicate whether the voter was
18 eligible to vote under Texas law, or was that not a
19 criteria?
20   A.  To -- to reduce voter fraud, we wanted to limit
21 voters who are eligible to vote and residents of the
22 state of Texas and voting in the county in which they
23 lived.  And so I remember that there was some
24 conversation that these -- these items of identification
25 would -- would ensure that eligible voters voted, which

118

1  was our goal.
2    Q.  Okay.  So is it your testimony that these forms
3  of ID do indicate and do confirm that the voter is
4  eligible in addition to proving that the voter is who
5  she says she is at the polls?
6      MS. HALPERN:  Objection, vague.
7    A.  I want to start from the bottom, because that's
8  where I'm looking.  Section 63.0101, Subsection 4, would
9  indicate that the -- that the presentation of a U.S.
10 passport that's not expired would be an indication that
11 the person, as long as they're -- that they're a Texas
12 resident residing in the county that they vote is an
13 eligible voter.  As would Subsection 3 above.  I'm not
14 advised on Number 2, a military ID.
15   Q.  (By Ms. Westfall)  Is it true that permanent
16 residents are allowed to serve in the U.S. military area
17 and permanent residents of the U.S. would be able to
18 obtain a military photo ID, to your knowledge?
19   A.  If that's -- if you represent that, if you
20 warrant that to be the case, I'll agree, but I don't --
21 I don't -- I don't know whether permanent residents
22 and/or nonresidents are allowed to serve in the United
23 States military.  I don't know that off the top of my
24 head.  Number 1, I believe that -- I believe that Number
25 1, would limit -- the use of Number 1 would limit this

119

1  to -- to eligible voters, because if memory serves, I'm
2  looking for any heads to nod or not, but if memory
3  serves, at this time, the Department of Public Safety
4  had a practice of issuing a different type of -- of
5  driver's license to people that were visiting here,
6  student visas, things of that nature.
7    Q.  Is it true that that -- and I think you've testified
8  about this earlier, but as to the passport, the passport
9  does not indicate the address where the person resides;
10 is that correct?
11   A.  That is correct.
12   Q.  So it's possible that someone who did not
13 reside in the county or the state of Texas could use a
14 passport and that person would not be eligible to
15 participate in the election; is that correct?
16   A.  With the exception that a person who is using a
17 United States passport to vote has, by definition,
18 already signed an affidavit under perjury under law that
19 they are a resident of X County, and although they would
20 be -- the only thing that would disqualify them is if in
21 fact they were not a resident of the state of Texas in
22 the county in which they're voting.
23   Q.  Are you aware that there are a number of
24 eligibility requirements to be -- to become registered
25 in the state of Texas in addition to being a U.S.

120

1  citizen and being a resident of the county of Texas in
2  which you are registering?
3    A.  I'm presupposing you're going to clarify this
4  for me and refresh my memory.
5    Q.  I'm happy to.
6      MS. WESTFALL:  Could you mark this?
7      (Exhibit 16 marked for identification.)
8    Q.  (By Ms. Westfall)  You've been handed what's
9  been marked as Exhibit 16.  Do you recognize this
10 document?
11   A.  It looks to be a -- a voter registration form
12 from the -- from the Dallas County Registrar of Voters.
13   Q.  And turning your attention to the second page
14 of Exhibit 16, do you see that it lists a number of
15 items that voters must attest to in order to become
16 registered to vote?
17   A.  Yes, I -- a moment ago -- and I plead being a
18 little tired from traveling the last several days,
19 Counsel, but yes, you must be a citizen of the United
20 States.  You must be registered to vote in the county in
21 which you reside.  You must be at least 18 years old as
22 of the date of the election.  You must not have been
23 convicted of a felony.  Et cetera.  And you must not
24 have been determined by a court to be mentally
25 incapacitated without the right to vote.

LIEUTENANT GOVERNOR DAVID DEWHURST                           7/29/2014
CONFIDENTIAL TRANSCRIPT

---

121

1    Q.  So comparing these requirements in a Texas
2  voter registration application and the documents that
3  you -- with which you can prove identification under
4  Senate Bill 14, as introduced, do these forms of
5  identification listed under Senate Bill 14 necessarily
6  show that you are eligible in every aspect to be
7  registered to vote under Texas law?
8         MR. BRISSENDEN:  Objection, form.
9    Q.  (By Ms. Westfall)  You may answer.
10   **A.  Well, when you used the word every, I'm**
11 **reluctant to agree in a carte blanche.  The United**
12 **States passport does and the driver's license does,**
13 **particularly on the age.  And it does not -- it does not**
14 **list on the U.S. passport where you live, but assume --**
15 **I assume that you -- that you would not be listed on the**
16 **voter rolls unless you had filed an affidavit and said**
17 **you were a citizen and said you reside at a certain**
18 **address and in a certain county.**
19   Q.  So is it fair to say that the forms of ID do
20 not indicate full eligibility to register to vote?
21   **A.  You know, I would look at it half full.  I**
22 **would think that the forms of ID substantially show that**
23 **someone is eligible to vote.**
24   Q.  But they do not --
25   **A.  In all cases.**

---

122

1    Q.  They do not perfectly show that you are
2  eligible --
3    **A.  Perfectly?**
4    Q.  -- under all -- under all -- under all criteria
5  to be eligible; is that right?
6    **A.  They -- I'm not aware that a U.S. military ID**
7  **shows whether you're a citizen or not or eligible to**
8  **vote.  It's been a long time since I looked at one.  I**
9  **was in the military a long time ago.**
10   Q.  So is it -- I guess in summary, is it fair to
11 say that presenting a form of photo ID allowed by Senate
12 Bill 14 does not prove that the cardholder is
13 necessarily eligible to vote in Texas?
14   **A.  You're trying to put words in my mouth.  What I**
15 **would say is that presenting the ID listed in Senate**
16 **Bill 14 is a substantial improvement towards the goals**
17 **that most people have, and that is to fight voter fraud,**
18 **because all of these four points will show who the**
19 **person is, divert voter fraud and to provide more**
20 **confidence in the election process and result in a**
21 **larger voter turnout.  I do quickly agree with you that**
22 **Number 2, a military ID does not necessarily show**
23 **whether or not you're an eligible voter or not.**
24   Q.  Do you recall whether at the time Senate Bill
25 14 was enacted that a driver license or personal ID card

---

123

1  did have a distinguishing feature on it as between U.S.
2  citizens and non-U.S. citizens or were they
3  indistinguishable at that time?
4    **A.  What my memory is, that which I testified to**
5  **just a moment ago, that there were -- that there was a**
6  **separate driver's license form for people that were here**
7  **on visas, and I don't know if that included green cards,**
8  **permanent resident alien status or not, but there was --**
9  **there was a different driver's license, and that changed**
10 **sometime later.**
11   Q.  That was sub -- after Senate Bill 14 --
12   **A.  Yes.**
13   Q.  -- was enacted?
14   **A.  Yes.**
15       MS. HALPERN:  Have we gone the extra 15
16 minutes now?
17       THE REPORTER:  We're within one minute.
18       MS. WESTFALL:  I have one minute worth of
19 questions, Counsel.  Bear with me.  And we'll finish
20 this set of bullet points, then we can be complete and
21 have lunch.
22   Q.  (By Ms. Westfall)  Do you know whether persons
23 who are mentally incapacitated can obtain a passport?
24   **A.  Thank you, Counsel.  You have given me a copy**
25 **of the -- of the voter application so that -- no, people**

---

124

1  who have been judged to be totally mentally
2  incapacitated or partially mentally capacitated without
3  the right -- cannot vote.
4    Q.  Can they obtain a passport, to your knowledge?
5    **A.  I don't know.**
6    Q.  Do you know if they can obtain a personal ID
7  card?
8    **A.  I don't know.**
9    Q.  Do you know whether a Texan who is on a
10 probation for a felony conviction can lawfully possess a
11 driver license in Texas?
12   **A.  I don't know.  I know reading from Exhibit 16**
13 **that you can't vote.**
14   Q.  Thank you.
15       MS. WESTFALL:  I think we should break on
16 that note.
17       MS. HALPERN:  All right.
18       (Lunch recess from 12:44 to 1:55 p.m.)
19   Q.  (By Ms. Westfall)  Before the lunch break, we
20 were discussing the types of IDs in Senate Bill 14.
21 Why did Senate Bill 14 not allow the use
22 of non-photo IDs?
23       MR. HALPERN:  Objection, legislative
24 privilege.
25   **A.  Well, I think our intent was to model the bill**

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

32 (Pages 125 to 128)

125

1  after the Indiana bill that had -- that had been cleared
2  by the U.S. Supreme Court, and the Georgia bill.
3         And just to go back on one question you
4  asked me before we broke for lunch.
5         The qualifications that are stated here in
6  the application to a county registrar to vote are those
7  things such as you have to reside in the county in which
8  you vote, you've got to be at least 18 years old, not
9  convicted of a felony, and you haven't been adjudicated
10 to be either totally mentally incapacitated or partially
11 mentally incapacitated.  Those are all elements that we
12 haven't had in either 218, 3 --
13    Q.  (By Ms. Westfall) 362.
14    A.  -- 362 or 14, but which we all understand are
15 common characteristics of the right to vote.
16    Q.  So are -- is it -- I'm not sure I understood
17 what you just explained.  Are you indicating that those
18 bills don't address all the eligibility requirements?
19    A.  There are certain eligibility requirements that
20 I believe are commonly thought of to exist in addition
21 to the photo ID or the Voter ID.
22    Q.  So photo ID, again though, is a requirement
23 when you come to the polls to show who you are?
24    A.  That's right.
25    Q.  And voter eligibility and registration

126

1  requirements are a different part of the election
2  process; is that correct?
3    A.  I think that's what I'm saying, yes.
4    Q.  Thank you.  So I believe you just testified
5  that Senate Bill 14 did not allow the use of non-photo
6  ID because it was modeled on the Georgia and Indiana
7  photo ID laws, which also did not include photo ID?
8         MR. HALPERN:  Did not include photo ID?
9    Q.  (By Ms. Westfall) Did -- I'm sorry.  Did not
10 include non-photo ID.
11    A.  My conversations with Senator Fraser were that
12 since -- since we had started the process with 218 and
13 362, in the 2005, 2007 and 2009 sessions, and the
14 Democrats were, in the Texas Senate, were chubbing us, I
15 was having critical conversations with them in which
16 they would say one thing and then on the Floor they were
17 saying something else.  In other words, saying that we
18 could work this out, we could reach an agreement.  They
19 were voting against all our efforts, that I thought that
20 after all this effort, culminating six years of effort,
21 that the only absolute that we had and the most logical
22 safe harbor for us was to model our legislation after
23 the Indiana bill, which had already been approved by the
24 U.S. Supreme Court and/or the Georgia bill.
25         As we sit here at this moment, you have

127

1  made a representation that the Indiana bill had no
2  non-photo ID, and I don't remember as I sit here whether
3  or not Georgia bill included some or not.
4         But that general overview was what I
5  communicated, not only to Senator Fraser as a -- and I'm
6  not using the word correctly, but a "safe place to be"
7  in order to meet the Constitution of the United States
8  and make sure we increase voter turnout.
9    Q.  Was it Senator Fraser who made the decision as
10 to which ID to include in Senate Bill 14?
11    A.  You're going -- I'll be forced to speculate.  I
12 don't remember exactly.
13    Q.  Did anything occur, besides what you just
14 testified, that you had waited six years and you wanted
15 to model the bill after Georgia and Indian, was there
16 anything else that occurred between 2009 and 2011 that
17 made the use of non-photo ID an acceptable option in
18 2009 but not in 2011?
19         MR. HALPERN:  Objection, no foundation,
20 misstates prior testimony.
21    Q.  (By Ms. Westfall) You may answer.
22    A.  The testimony on Senate Bill 362 in 2009, which
23 took some 24, 27 hours, was so extensive and I listened
24 to it so carefully and I had a chance after the hearing
25 to talk briefly, only ever so briefly, with the

128

1  Secretary of State's Office from -- from Indiana and
2  Georgia, but it was so replete with examples of both
3  registration fraud and in-person fraud, and the studies
4  we had undertaken, since there wasn't data available in
5  Texas, showed that in states with voter IDs, Indiana and
6  Georgia specifically, there was no decrease in minority
7  voting.  As a matter of fact, there was an increase.
8  That based on all those factors put together, it looked
9  like the safest approach to have a bill that was
10 constitutional, protected all parties and yet increased
11 voter turnout, was to focus our legislation on the
12 Indiana and the Georgia models.
13    Q.  Did you ever consider hiring any entity to
14 research how SB 14 and the requirements therein would
15 impact voters in the state of Texas?
16         MR. HALPERN:  Objection, legislative
17 privilege.
18    A.  I directed staff to make inquiries as to how to
19 determine -- let me reword this.
20         I instructed staff to try and determine
21 what effect the bill would have.
22    Q.  (By Ms. Westfall) On voters in Texas?
23    A.  Yes.
24    Q.  And was that inquiry or request on your part
25 directed to Mr. Hebert?

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

33 (Pages 129 to 132)

---

**129**

1    A. Yes.
2    Q. Anyone else on your staff or just Mr. Hebert?
3    A. That's who I remember.
4    Q. Did Mr. Hebert come back to you with any
5  analysis pursuant to your request?
6        MS. HALPERN: Objection, legislative
7  privilege. Attorney-client privilege.
8        I'll leave that one to you.
9    Q. (By Ms. Westfall) Was he providing you with
10  policy advice or --
11    A. Counsel, I'm referring -- no, Counsel, I'm
12  referring to -- I asked that Mr. Hebert -- and I may
13  have asked others -- but Mr. Hebert to look into what
14  effect a Senate Bill 14 would have on voters in Texas,
15  all voters, including minority voters. As I recall, he
16  undertook conversations and -- with the Secretary of
17  State's Office, with the DPS, and was frustrated at his
18  attempts because those two silos kept -- kept driver
19  license and kept registered voters separate, and -- and
20  it's been difficult to put them together.
21    Q. Do you recall when you made the request to
22  Mr. Hebert to conduct this investigation?
23    A. No.
24    Q. Was it before the filing of Senate Bill 14 or
25  after?

---

**130**

1    A. I don't remember, but I believe it was before
2  the passage of the bill.
3    Q. Is it your recollection that he was not able to
4  bring back any information to you because of the
5  problems you just described about the separation of DPS
6  and the Secretary of State's Office?
7    A. Yes.
8    Q. Did you press him further to get information
9  about the number of registered voters without a driver
10  license?
11        MR. HALPERN: Objection.
12    A. I think I've already answered that, that it was
13  impossible to calculate at the time, was his report to
14  me.
15    Q. (By Ms. Westfall) Was it your understanding
16  that it was impossible to match the two databases,
17  driver license and registered voters?
18    A. Yes. And the -- and the information was not
19  complete. As a matter of fact -- I may be wrong on
20  this, on when I discovered this, but recently another
21  two million driver's license records were found.
22        MS. HALPERN: You're now getting into
23  attorney-client communications --
24        THE WITNESS: Okay.
25        MS. HALPERN: So I'm going to instruct you

---

**131**

1  to stop there.
2        THE WITNESS: Okay.
3    Q. (By Ms. Westfall) But just to clarify in the
4  terms of the timing, do you believe that you made this
5  inquiry of Mr. Hebert during --
6    A. During 2009 --
7    Q. During 2009 or '11?
8    A. I'm sorry, during 2011.
9    Q. Okay. Were you aware when you made that
10  inquiry, that the Secretary of State has a list of
11  Spanish surname registered voters that it maintains
12  based on the last name of the voter?
13    A. I don't remember.
14    Q. Put differently, did you have any recollection
15  that the Secretary -- any awareness that the Secretary
16  of State had a list of Hispanic voters?
17        MR. HALPERN: Objection, misstates the
18  evidence, mischaracterizes the evidence.
19    Q. (By Ms. Westfall) You may answer.
20    A. I'm -- I don't remember whether I knew that or
21  not, although, logically, if you have a list of
22  registered voters, you can run a sort and see who -- who
23  are -- who have Spanish surnames.
24    Q. And had you known that fact or had that
25  inference in your head during consideration of photo ID

---

**132**

1  legislation in Texas since 2005?
2        MR. HALPERN: Objection, compound, asked
3  and answered.
4    Q. (By Ms. Westfall) You may answer.
5    A. I had known that to the extent that someone was
6  a registered voter that -- and it was on the Secretary
7  of State's rolls, that by running a sort, they could
8  come up with a list of Spanish surnames.
9        That didn't address the problem at all,
10  Counsel, because we didn't know whether every one of
11  them had multiple sources of photo ID or not, and we
12  couldn't cross -- marry, cross-compare the DPS list with
13  the Secretary of State's list, as I recall Mr. Hebert
14  shared with me.
15    Q. And just putting aside that process of
16  matching, though, I just want to ask you a question:
17  When did you first know that you could sort the voter
18  registration list by last name of the voter to identify
19  Spanish surname voters?
20    A. It's logical.
21    Q. Have you known that since you've been in your
22  office as Lieutenant Governor?
23    A. Yes.
24    Q. Do you know why Senate Bill 14 as introduced
25  did not permit the use of employee photo IDs?

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

34 (Pages 133 to 136)

133

1          MR. HALPERN:  Objection, calls for
2    speculation.
3          Q.  (By Ms. Westfall) You may answer.
4          **A.  I have to ask Senator Fraser.**
5          Q.  So you do not know?
6          **A.  No.**
7          Q.  Given the difference between Senate Bill 362
8    and Senate Bill 14, is it fair to say that Senate Bill
9    14 was quite different from Senate Bill 362 in terms of
10   permissible forms of ID?
11         **A.  As far as I understand, the difference between**
12   **Senate Bill 362 and Senate Bill 14 is that Senate Bill**
13   **362 had several non-photo IDs that were permissible,**
14   **Senate Bill 14 did not.**
15         Q.  And that is -- that is a difference, is it not?
16         **A.  That is a difference.**
17         Q.  Aside --
18         **A.  Perhaps without materiality, but it is a**
19   **difference.**
20         Q.  Why would you say it's not material difference?
21         **A.  Because as I've said to you, Counsel, for four**
22   **or five or six times already, we have not been able to**
23   **find any example in other jurisdictions or in Texas, and**
24   **we've already run four elections here in Texas since**
25   **the, you know, the implementation of Senate Bill 14,**

134

1    **where people could not get ID.  Now there may be 1 or 2**
2    **or 10 or 15, I don't know.  But I'm not aware of anyone**
3    **that -- that hasn't had access to identification.**
4    **Again, there may be and few, but I'm not aware of it.**
5          Q.  Other than the attempted analysis that you just
6    testified to that you asked Mr. Hebert to conduct
7    between registered voters and people who had driver
8    licenses, were you aware of any other analysis of the
9    number of registered voters who possessed any of the
10   required IDs under Senate Bill 14?
11         **A.  I'm not aware because that type of analysis was**
12   **difficult based upon the problems I described to you a**
13   **few minutes ago.**
14         Q.  And are you aware of any analysis that
15   determine if minority -- other than what you just
16   testified to, to determine if minority voters would be
17   disproportionately less likely to possess the forms of
18   ID under Senate Bill 14?
19         MR. HALPERN:  Objection, vague.
20         Q.  (By Ms. Westfall) You may answer.
21         **A.  To the extent that there are economically**
22   **disadvantaged eligible voters, there's bound to be a**
23   **subset of those voters who are minority voters.  And**
24   **that's one of the reasons why I pushed for eliminating**
25   **the cost to obtain the ID required under Senate Bill 14.**

135

1          Q.  Are you referring to the Election
2    Identification Certificate?
3          **A.  And the -- and -- yes, and the underlying cost**
4    **on a birth certificate.**
5          Q.  We'll talk about that a little bit later in the
6    process.
7          How did the exception for voters over the
8    age of 70 come to be included in Senate Bill 14 as it
9    was introduced?
10         MS. HALPERN:  Objection, calls for
11   speculation.
12         Q.  (By Ms. Westfall) You may answer.
13         **A.  It was due to my -- and you need to put a**
14   **legislative -- you need to object for legislative**
15   **purposes.**
16         MR. HALPERN:  Okay.  Objection,
17   legislative privilege.
18         **A.  Because we're about to go in to it.**
19              **And that is for -- at this point in time**
20   **for the previous four years, I have been -- and the word**
21   **"negotiating" may be too formal of a word but certainly**
22   **talking, twisting arms among Republicans and principally**
23   **Democrats to find common ground to pass a Voter ID bill.**
24   **And as I've testified several times already, the**
25   **Democrats were telling me one thing in person and**

136

1    **something else when they were pontificating on the Floor**
2    **of the Senate.  I was led to believe and was telling**
3    **Republicans as late as going into the 2009 session that**
4    **I thought we could work out a mutually agreeable bill,**
5    **but that turned not to be the case.  I don't mean this**
6    **in any way a criticism other than it became, obviously,**
7    **to them, a wedge issue, and regardless of what they may**
8    **share with me as a friend, they could not publicly vote**
9    **for a Voter ID bill.  And so that -- that frustration,**
10   **again, led me to recommend that we go to the only known**
11   **constitutional safe harbor we had, which was to model**
12   **Senate Bill 14 after the Indiana and Georgia bills.**
13         MS. HALPERN:  Could we have the question
14   read back.
15         THE WITNESS:  Yes.  Because I think I
16   answered a differenet question, I'm embarrassed to say.
17         MS. HALPERN:  (Laughing.) It's possible.
18   Well, why don't I simply -- why don't I simply --
19         THE WITNESS:  Why don't you read the
20   question back.
21         MS. HALPERN:  Okay.
22         (Requested portion was read back by the
23   court reporter.)
24         MS. HALPERN:  Okay.  Would you like him to
25   answer that?

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

35 (Pages 137 to 140)

---

137

1  Q.  (By Ms. Westfall) I would.
2      A.  It is substantially the same answer that I just
3  gave.  Over a four-plus year time period and in talking,
4  if not negotiating with the Democrat Senators, one of
5  the requests that they repeatedly made was, "How about
6  Grandma?"  In fact, Senator Mario Gallegos frequently
7  talked in private with me and on the Floor about,
8  "Grandmother doesn't have a driver's license."  And so,
9  trying to be responsive to that concern, I pushed for
10 the exception of people -- I can't remember now whether
11 it was over 75 or over 70.
12     Q.  Were you also pressed by bill opponents to
13 include additional forms of ID or relief for racial
14 minority voters?
15         MS. HALPERN:  Objection, vague.
16     Q.  (By Ms. Westfall) You may answer.
17     A.  You're going to have to help me on this,
18 Counsel.  What type of identification do you have in
19 mind?
20     Q.  My question stands:  Weren't you requested by
21 bill opponents, relief and accommodations, to make sure
22 that racial minorities would be able to have access to
23 IDs and participate in elections?
24     A.  I don't know that it was worded quite like that
25 to me, but -- but to be responsive to the public

---

138

1  testimony that I heard, not only in 2005 and 2007 and
2  2009, we made an effort to -- to eliminate the cost on
3  the underlying documents that were required in order to
4  be able to vote.
5      Q.  That reduction in the cost of the underlying
6  documents, that was not within the text of Senate Bill
7  14, was it?
8      A.  It was not because, as we talked a few moments
9  ago, and I hope I didn't sound like I was preaching, but
10 in the Texas legislative example, we frequently don't
11 spell out every single detail, but it was left to the
12 implementing agencies to -- to reduce the cost, as was
13 done by the Health and Human Services on the question of
14 birth certificates and DPS on the cost behind the
15 election identification card.
16     Q.  With regard to the -- actually, strike that.
17         How does the Legislature ensure that the
18 agencies will do what the Legislature wants the agencies
19 to do as a general matter?
20     A.  The agencies are well advised to do what the
21 Legislature wants them to do and what the leadership in
22 the Legislature wants them to do because they're all
23 subject to the next appropriation.
24     Q.  Don't you sometimes -- doesn't the Legislature
25 sometimes put language in statutes directing agencies to

---

139

1  do things?
2      A.  Yes.
3      Q.  Don't statute sometimes provide rule-making
4  authority or administrative authority to agencies so
5  that they may do things and must do things?
6      A.  Sometimes, but it was unlikely -- but it was
7  unlikely that Senator Fraser and David Dewhurst were
8  going to be able to think through how to solve and
9  eliminate the cost on the driver's license and -- and
10 spend the time necessary to eliminate the cost behind
11 the election identification card.  So that is something
12 that -- that the agencies were told just as the
13 Secretary of State's Office was told and had agreed
14 prior to -- I may be confusing again.  I think I
15 confused a little bit in earlier testimony 2009 and
16 2011.  But at some point in either 2009 or 2011, I
17 remember the Secretary of State's Office agreed to spend
18 up to $2 million on voter identification and training.
19     Q.  Turning back to the filing of Senate Bill 14,
20 was it initially filed in Received Bill Number 178?
21     A.  I believe that's right.
22     Q.  Did you request that Senator Fraser refile the
23 bill in order to be assigned a lower bill number?
24     A.  Yes.
25         MR. HALPERN:  Objection, legislative

---

140

1  privilege.
2      Q.  (By Ms. Westfall) What is the significance of a
3  bill receiving a low bill number?
4      A.  The significance is that the rest of the
5  Legislature knows that it's a priority bill for the
6  Lieutenant Governor.
7      Q.  Does --
8      A.  Or in the case of the House, for the Speaker.
9      Q.  Does a lower bill number expedite consideration
10 of the bill in any way except for putting members on
11 notice that it's one of your priorities?
12     A.  No.
13     Q.  Are there other instances you can recall in
14 which you have requested that a Senator refile a bill to
15 receive a lower bill number?
16     A.  Yes, many times.
17     Q.  How often does that happen?
18     A.  One or two times a session.  Perhaps a total of
19 -- well, a number of times.
20     Q.  So one or two bills, typically, you'll ask the
21 member to refile per session; is that correct?
22     A.  Memory serves -- if memory serves.
23         MS. WESTFALL:  Would you mark this.
24         (Exhibit 17 marked for identification.)
25     Q.  (By Ms. Westfall) You've been handed what's

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

36 (Pages 141 to 144)

---

141

1 been marked as Exhibit 17. This has been designated and
2 produced in this litigation as highly confidential. It
3 is TX 00034. Do you recognize this document?
4    **A. I've not seen it before.**
5    Q. Do you see at the top right-hand corner, it's
6 labeled Draft 11-18-10?
7    **A. Yes.**
8    Q. Do you know whether someone in this -- in your
9 office drafted this?
10   **A. No.**
11   Q. Do you believe, looking at Exhibit 17, that
12 someone in your office drafted this?
13   **A. That calls for speculation on my part.**
14   Q. Would you -- in other words, you do not know
15 whether someone in your office drafted this?
16   **A. That is correct, otherwise, I would have said**
17 **someone in my office drafted it.**
18   Q. Does this document reflect, in your view, the
19 major legislation in the Senate, to be taken up in the
20 Senate in 2011?
21   **A. I'm sorry, I missed --**
22   Q. Does this reflect your legislative priorities
23 for the 2011 session?
24   **A. No.**
25   Q. Okay. You can put that aside.

---

142

1    Are you familiar with a staff person
2 named --
3    **A. Some -- some but not all.**
4    Q. Okay. Turning back to Exhibit 17. Which ones,
5 can you recall, looking at Exhibit 17, which of your
6 major legislative priorities were not included on this
7 list?
8    **A. Senate Bill 7, Senate Bill 8.**
9    Q. What did those bills pertain to?
10   **A. Health care initiatives, which were an**
11 **alternative to Obamacare.**
12   Q. Did you agree that --
13   **A. And --**
14   MS. HALPERN: Hang on. Hang on.
15   **A. And I had never -- I'd never used the words**
16 **"Virginia law on Obamacare" or "Arizona law on**
17 **immigration."**
18   Q. (By Ms. Westfall) Okay. Let's put this exhibit
19 aside.
20   Are you familiar with a staff person named
21 Noe Barrios?
22   **A. Can you refresh my memory who she worked for?**
23   Q. Certainly.
24   MS. WESTFALL: Could you mark this,
25 please.

---

143

1    (Exhibit 18 marked for identification.)
2    Q. (By Ms. Westfall) You've been handed what's
3 been marked as Exhibit 18. This has been marked as
4 highly confidential. It is TX 0034442. Do you
5 recognize this document?
6    **A. No, I've never seen it before.**
7    Q. Are you aware that Noe Barrios was a staff
8 person to Senator Estes?
9    **A. No, but if you represent that, I'll take your**
10 **word for it.**
11   Q. I will represent that to you.
12   Sir, were you aware that Senator Estes had
13 concerns about Senate Bill 14's compliance with the
14 Voting Rights Act?
15   **A. No, I was not.**
16   Q. Had you heard of the concerns from any other
17 Senators who voted or supported Voter ID about Senate
18 Bill 14's compliance with the Voting Rights Act?
19   **A. I don't recall if there were any concerns from**
20 **Senators who had voted for Senate Bill 14 with its -- in**
21 **compliance with the Voting Rights Act.**
22   Q. Did Mr. Hebert ever share any of the contents
23 of this e-mail with you?
24   **A. I believe he talked with me on one or more**
25 **occasions about Roman Numeral I.**

---

144

1    Q. Okay. Did he ever share with you the concerns
2 of Senator Estes?
3    **A. No, he didn't. And Senator Estes, to the**
4 **extent he had concerns, this was not an area that he**
5 **spent much time in. I don't -- I would have obviously**
6 **wanted to make sure that his concerns were allayed, but**
7 **this is not something that I personally got involved**
8 **in. Since this was not his field, if someone else that**
9 **had worked in this field had concerns, I would have**
10 **wanted to sit down and talk with them.**
11   Q. Did you request that the Governor designate the
12 issues of Voter ID as emergency legislation for 2011?
13   MR. HALPERN: Objection, deliberative
14 process, legislative privilege.
15   Go ahead and answer.
16   MS. WESTFALL: I would object to your
17 objection on the basis of deliberative process. I'm
18 asking the Lieutenant Governor in his capacity as his
19 legislative functions and responsibilities.
20   MS. HALPERN: And the deliberative process
21 privilege is that of Governor Perry.
22   MS. WESTFALL: I'm asking about the
23 Lieutenant Governor's request of the Governor and
24 whether he made that request, not anything about what
25 the Governor was thinking or contemplating.

---

145

1          MR. HALPERN:  Well, but to the extent that
2  would inform what the Governor did, it could be part of
3  the Governor's deliberative process.  It's a legitimate
4  objection.  I'm going to let the witness answer under
5  seal.
6          MS. WESTFALL:  Thank you.
7          MR. HALPERN:  Yes or no.
8     A.  I don't remember.  If I did, I'd be glad to
9  tell you I do, but I don't remember.
10         MS. WESTFALL:  Could you mark this.
11         (Exhibit 19 marked for identification.)
12    Q.  (By Ms. Westfall) You've been handed what's
13  been marked Exhibit 19.  And this document has been
14  produced as highly confidential.  It's TX 00034561
15  through 62.  Do you recognize this document?
16    A.  No.  This is the first time I've seen it.
17    Q.  Where do you think it came from if it didn't
18  come from your office?
19         MR. HALPERN:  Objection, misstates his
20  testimony.  He said he has not seen it.
21    Q.  (By Ms. Westfall) You may answer.
22    A.  If you -- if you give me a moment to look at it
23  carefully --
24    Q.  Sure.
25    A.  -- because I'm trying to determine whether it

146

1  may have come from my office or whether it came from
2  Senator Fraser's office.
3    Q.  Certainly.  Take your time.
4    A.  Well, it could have come from my office.  I
5  don't know that it came from my office and so I'm going
6  to have to just reply I don't know.
7    Q.  Okay.  Do you see that in Exhibit 19, it sets a
8  timeline for consideration of Senate Bill 14 from
9  January 20, 2011, through passage, anticipated passage
10  on Wednesday, January 26, 2011?
11         MR. HALPERN:  Objection, mischaracterizes
12  the document.
13    Q.  (By Ms. Westfall) You may answer.
14         MS. HALPERN:  The word "passage" is not on
15  here, Counsel.
16    Q.  (By Ms. Westfall) Consideration.
17    A.  And I apologize, your question is?
18    Q.  Do you agree -- well, let me -- let me
19  withdraw.  I will ask a different question.
20         Do you agree that the draft procedures for
21  consideration of Senate Bill 14 anticipated that the
22  Senate would consider it from a period of Thursday,
23  January 20th through Wednesday, January 26th?
24    A.  The term "considering" a bill is normally used
25  when the bill is put before them on the Floor.  And so I

147

1  would certainly agree that this document, Exhibit 19 as
2  it's written, contemplates that the Senate considers
3  Senate Bill 14 from 1:30 on Monday afternoon through
4  sometime on Wednesday, at which point it passes or could
5  pass.
6    Q.  Would you agree that this schedule sets a very
7  short period of time for consideration of a contested
8  bill like Senate Bill 14?
9    A.  No.
10    Q.  You don't?
11    A.  No, not at all.  Just the contrary.  Just
12  absolutely the contrary.
13    Q.  When has this happened before that a
14  substantive contested bill has been considered and
15  passed the Senate in the first -- within six days in
16  January?
17    A.  Well, but that wasn't your question.  Your
18  question was this particular compression of time.  And
19  the way that I -- as I answered your question, we have
20  -- we have, in the several cases where we've used a
21  Committee of the Whole, this process of having all your
22  testimony so all 31 members can hear it rather than just
23  -- than just half a dozen or so that attend the
24  Committee hearings, and then you move to pass it -- you
25  wait 24 hours and you bring the bill up -- has been done

148

1  on the three or four occasions that we've talked about
2  earlier in the day.
3         But this would be pursuant to the
4  Senators' rule that permits the bill to be taken up on
5  the Floor and sometime 24 hours after it passes out of
6  the Committee of the Whole to be taken up on the Floor
7  of the Senate, and that's what we had discussed at some
8  length earlier today.
9         The only difference between this and other
10  measures that we discussed is that Senate Bill 14 was
11  put on as emergency legislation along with, I think,
12  eminent domain, and maybe one or two other bills, to be
13  taken up during those first 60 days where
14  constitutionally we cannot pass legislation unless the
15  Governor declares it to be an emergency.
16    Q.  Why was the schedule for consideration of
17  Senate Bill 14 set in this manner?
18         MR. HALPERN:  Objection, legislative
19  privilege.
20         MR. BRISSENDEN:  Objection, form.
21    Q.  (By Ms. Westfall) You may answer.
22    A.  Because it's the most common sense approach.
23  The Governor puts four pieces of legislation -- or
24  three, I can't remember -- on an emergency call.  We
25  designate when it's going to be brought up.  And the

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

38 (Pages 149 to 152)

---

149

1  Senate rules say that 24 hours after you pass it out of
2  Committee of the Whole, you can -- you can consider the
3  bill, if I'm remember the special item correctly.  And
4  that's simply what we did.
5           The other -- the other pieces of
6  legislation had another day or two between them because
7  there wasn't the expedited 24-hour period between the
8  ending of the Committee of the Whole and being able to
9  bring the bill to the Floor.  We're talking about 24
10 hours, we're not talking about weeks and weeks.  It's
11 immaterial.
12      Q.  So put differently, the consideration of Senate
13 Bill 14 was similar to the other bills designated for
14 emergency consideration in 2011, of which there were two
15 or three?
16      A.  Yes.  I believe -- I don't know if anyone can
17 help refresh my memory, but I believe that eminent
18 domain was on the emergency call, and I thought another
19 bill was.
20      Q.  Okay.  Thank you.  So it is your recollection
21 that the -- other bills set for emergency
22 consideration were also considered and passed the Senate
23 in six days?
24      A.  No.  That's your testimony.  What I'm saying is
25 that those other bills were -- were timely, considered

---

150

1  in Committee, and then moved to the Floor to pass.  And
2  my testimony was that -- was that the -- instead of
3  taking it on the Floor 24 hours after it passed the
4  Committee of the Whole, they were taken up -- and I'm
5  trying to remember the rule right now.  I normally have
6  to refresh myself during each session because I get busy
7  in so many other things.  But I believe it's 48 hours.
8  It's either 48 or 72.  But as quickly as we can, we try
9  to move the emergency bills through.
10      Q.  So Senate Bill 14 was considered in a -- in
11 24-hour time less than the other bills you just referred
12 to; is that the end result?
13      A.  The end result is either 24 or 48.  I don't
14 remember whether in this point in the session we could
15 bring up a bill after it came out of Committee in 48 or
16 72 hours.
17      MS. WESTFALL:  Would you mark this.
18      (Exhibit 20 marked for identification.)
19      Q.  (By Ms. Westfall) You've been handed what's
20 been marked as Exhibit 20.  Again produced in this
21 litigation as highly confidential.  It is TX 00034560.
22 Do you recognize this document?
23      A.  If you will permit me to read it.
24      Q.  Certainly, certainly.  Take your time.
25      A.  I believe this is a document with Talking

---

151

1  Points to the Senators on a conference call I made in
2  January 2011.
3      Q.  Do you recall seeing these Talking Points
4  before sitting here today?
5      A.  No.
6      Q.  Do you know who would have -- but you recognize
7  the content of the Talking Points; is that fair?
8      A.  Yes.
9      Q.  Do you know who in your office would have
10 drafted these Talking Points?
11      A.  I do not know at this point who specifically
12 drafted them.
13      Q.  Do you see that it's marked "Draft" at the top?
14      A.  Yes, I do.
15      Q.  Do you recall whether any changes were made to
16 the script after -- after this time?
17      A.  I do not remember.
18      Q.  Did you call members as indicated in this
19 Talking Point to advise them of the timing of Voter ID
20 legislation?
21      A.  The document would imply that I did.  I don't
22 remember.  There was a lot going on.  Other pieces of
23 emergency legislation, lots of other bills.  I don't
24 remember.
25      Q.  Do you agree with the content of the script?

---

152

1      A.  "I intend for the Senate to meet as long as it
2  takes next week to get the job done," I think that's
3  very fair.  "We have a lot of other very important work
4  ahead of us," which I just got through sharing with you.
5  "It's in the Senate's best interest to complete our work
6  on Voter ID so we can concentrate on the budget, eminent
7  domain, border security and other pressing --"
8      THE COURT REPORTER:  I'm sorry, I can't
9  follow --
10     THE WITNESS:  Excuse me.
11     THE COURT REPORTER:  -- that.
12     A.  "And I think it's in the Senate's best interest
13 to complete our work on Voter ID so we can concentrate
14 on the budget, eminent domain, border security and other
15 pressing issues."  That's what I believed then, I
16 believe now, and I believe I -- in fact, I remember
17 testifying that I thought it was in our best interest to
18 move Voter ID earlier in the session in order to give it
19 a better chance to pass.
20     Q.  (By Ms. Westfall) Okay.  When you indicated
21 here, "I've asked Senator Duncan and Senator Fraser to
22 move the bill as expeditiously as possible," is -- are
23 there any other reasons why you wanted to move the bill
24 as expeditiously as possible besides passing it quickly
25 and getting it to the House as quickly as possible?

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

39 (Pages 153 to 156)

---

**153**

1    A.  No.
2    Q.  What did you mean when you said that the Senate
3  would meet the following week and take as long as it
4  took to get Voter ID done?
5    A.  Meaning that it's an important bill and that we
6  would work on it on the Floor until we got it passed.
7    Q.  Was this the first piece of business -- first
8  piece of legislation that the Senate was taking up in
9  2011?
10    A.  I don't recall.  I don't believe it was.  I
11  recall that the first bill I moved was not a bill but a
12  resolution on the balanced budget amendment for the U.S.
13  Congress.  Revolutionary thought.
14    Q.  Why did you place -- other than what you just
15  testified to, you wanted to get this bill quickly to the
16  House, was there any reason why you placed a priority on
17  passing Voter ID before some of these other items you
18  mentioned in the Talking Points:  The budget, eminent
19  domain, border security, et cetera?
20    MR. HALPERN:  Objection, legislative
21  privilege.
22    A.  Counsel, in my conversations with both
23  Republicans and Democrats, they wanted to get this issue
24  behind them and they thought it would be better that we
25  address it early in the session and got on with all of

---

**154**

1  our other work, and that came from conversations with
2  Republicans and Democrats.
3    Q.  (By Ms. Westfall) Is it true that Democrats did
4  have concerns about the expedited consideration of
5  Senate Bill 14, notwithstanding what you just testified
6  to?
7    A.  I know that certain Democrat Senators raised
8  concerns, but keep in mind that -- that they raised
9  concerns about anything involving this bill.  And I
10  viewed it as simply a delaying or measure, because from
11  my conversation with the Democrat Senators who had
12  talked to me over the period, at this point, four years,
13  five years, about trying to work together, this was a
14  wedge issue that the Democrats were not going to agree
15  to regardless of the fact, again, that the -- a super
16  majority of Texas voters, Anglo, African-American and
17  Hispanic, according to polls, were in favor of a Voter
18  ID.
19    Q.  Why did you think that it was in the Senate's
20  best interest to complete work on Voter ID before
21  focusing on these other issues?
22    MR. HALPERN:  Asked and answered.
23    Q.  (By Ms. Westfall) You may answer.
24    A.  Because I wanted to put this issue behind us so
25  we wouldn't have a spill-over on other issues that --

---

**155**

1  that I believed we had a excellent chance of working
2  together on a bipartisan basis.
3    MR. HALPERN:  Let me ask the reporter, I
4  think we should be at another hour by now, am I right?
5  Are we close to it?
6    THE COURT REPORTER:  About 7 minutes
7  short.
8    MS. HALPERN:  Okay.  We'll keep going a
9  little longer.
10    Q.  (BY MS. WESTFALL) Did the Senate adopt a
11  similar rule in 2011, that it had adopted in 2009,
12  related to the consideration of Voter ID legislation?
13    A.  You mean the special item we talked about?
14    Q.  Yes.
15    A.  Yes.
16    MS. WESTFALL:  Could you mark this?
17    (Exhibit 21 marked for identification.)
18    (By Ms. Westfall) You've been handed what's
19  been marked as Exhibit 21.  It's produced in this
20  litigation as highly confidential.  It's TX
21  00034565.  When you've had a chance to look at it, could
22  you let me know.
23    A.  Yes.
24    Q.  Do you recognize this document?
25    A.  I do not recognize it.

---

**156**

1    Q.  Do you think it likely was produced by your
2  office?
3    MR. HALPERN:  Objection, calls for
4  speculation.
5    Q.  (By Ms. Westfall) You may answer.
6    A.  Normally, this type of a memo to the members
7  was generated by the bill sponsor, because -- because
8  the first and second paragraph show a personal
9  preference on how handle the amendments.  So
10  traditionally, that would fall within the purview the
11  bill sponsor.
12    Q.  Can you explain what this Exhibit 21 intends to
13  convey and the effect?
14    MR. HALPERN:  Objection, calls for
15  speculation.
16    Q.  (By Ms. Westfall) You may answer.
17    MR. HALPERN:  Objection, no foundation.
18    A.  Well, if I understand your question correctly,
19  you're asking me what this means?
20    Q.  (By Ms. Westfall) Yes.
21    MR. HALPERN:  Objection, calls for
22  speculation.
23    Q.  (By Ms. Westfall) You may answer.
24    A.  The document says what it says.  It says that
25  -- so that I don't have to speculate, what it's asking

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

40 (Pages 157 to 160)

157

1  of members is that the amendments filed on that day,
2  which I presume -- again, I'm speculating even though I
3  said I'm not. I'm assuming that it was that Monday.
4  All amendments filed in the Committee of the Whole will
5  be held over until the next day, Tuesday, for
6  consideration by the full Senate on second reading. The
7  second reading occurs after you have moved to suspend
8  the regular order of business.
9          Second paragraph says that -- that in
10 order to make it easier, that the -- whoever wrote this
11 said we're going to use the introduced copy of the bill
12 rather than the Committee printing, so that you could --
13 so that you don't have to go back and add page and line
14 number changes to consider the current amendment. So it
15 made it easier on the members. This was apparently, to
16 me -- and I'm not speculating because that's the only
17 purpose, to make it easier on accepting amendments.
18      Q. Did it facilitate expediting consideration of
19 Senate Bill 14?
20      MR. HALPERN: Objection --
21      Q. (By Ms. Westfall) By avoiding the need to
22 reprint copies of the bill and make technical
23 corrections to lines and pages?
24      A. Possibly.
25      MS. WESTFALL: Could you mark this.

158

1          (Exhibit 22 marked for identification.)
2      Q. (By Ms. Westfall) You've been handed what's
3  been marked as Exhibit 22. Do you recognize this
4  document?
5      A. No.
6      Q. Do you see that this an article entitled
7  Dewhurst On Hot Seat in Houston Debate, dated September
8  16, 2013?
9      A. Yes.
10     Q. Do you see at the bottom of the second page,
11 there is a quote from you regarding Voter ID?
12     MS. HALPERN: I'm sorry, Counsel, where on
13 the bottom of this?
14     THE WITNESS: It's the second page over.
15     (Soto voce discussion.)
16     Q. (By Ms. Westfall) Did you find that quote, sir?
17     A. I did.
18     Q. Did you have a chance to review it?
19     A. I did.
20     Q. Is it -- is it -- were you quoted about Voter
21 ID as telling the crowd you think, "That was easy. That
22 was a bloodbath. We had to change the rules. We had to
23 fight the Democrats"? Do you see that quote?
24     A. I do.
25     Q. Was that an adequate quote, to the best of your

159

1  recollection?
2      A. I -- I don't remember whether it was an
3  adequate quote or not but it could have been.
4      Q. Do you believe that Voter ID and getting Senate
5  Bill 14 enacted was a bloodbath?
6      A. It may have been slightly an over-dramatic
7  statement. No, I don't believe it was bloodbath. It
8  was a long process over six years. But I -- admit I
9  was talking to a partisan crowd.
10     Q. What did you mean by saying it was a bloodbath,
11 we had to change the rules?
12     A. Well, I addressed the first part of that. The
13 second part of that is that the Senators, in order to
14 bring it up during regular session, as compared to a
15 special session, they would have had to change the
16 rules. But by bringing it up in regular session,
17 that -- the rule -- the Senators had to change their
18 rules.
19     Q. Did you mean to suggest by that statement that
20 you -- that the Senate had to take some fairly drastic
21 measures?
22     MS. HALPERN: Objection.
23     Q. (By Ms. Westfall) You may answer.
24     MS. HALPERN: Assumes facts not in
25 evidence.

160

1      A. The -- not at all. The history of the Senate
2  is replete -- excuse me, the legislative history of the
3  Texas Senate is replete with the example after example,
4  since World War II, of Lieutenant Governors abandoning
5  the two-thirds rule during regular session to pass bills
6  they wanted to pass and then putting bills back in to
7  recreate the two-thirds rule. This was attempt by the
8  Senators to do just that.
9          After -- at that point, four years, and
10 with the majority, as I've testified, according to the
11 third-party polling, Anglo, African-American and
12 Hispanic voters in favor of Voter ID, this was a way
13 that they could pass the bill, which the majority of the
14 voters in the state of Texas wanted to see passed.
15     Q. What is the basis of your knowledge that
16 Lieutenant Governors throughout the years changed the
17 two-thirds rule?
18     A. The Senate Journal.
19     Q. I believe you testified earlier in this
20 deposition that you were unaware of any rules that had a
21 carve-out by type of legislation for the two-thirds
22 rule; is that not -- is that not accurate?
23     A. That is accurate but it's totally inconsistent
24 and has nothing to do with my previous statement.
25     Q. Okay. Can you explain --

161

1   A.  Sure.
2   Q.  -- how the two are reconciled?
3   A.  Yeah, let me explain how.  You asked me earlier
4   if there had been another special item that I'm aware of
5   that's been put into the Senators' rules, and I'm not
6   aware of any.  There may have been other special items.
7   There may have been a number of special items in the
8   past.  I'm just simply not advised.
9       Now, but the Journal that I have examined
10  carefully for over the last 30 or 40 years has numerous
11  cases where Lieutenant Governors, not just myself, but
12  others, Bob Bullock, Bill Hobby, passed the Blocker
13  Bill, meaning there was no bill in front, there was no
14  requirement to suspend the rules in order to -- or to
15  suspend the rules in order to move a bill forward -- had
16  done that many times.
17  Q.  Was that the method used with regard to Senate
18  Bill 14?
19  A.  No.
20  Q.  Was that embodied in the Senate rules?
21  A.  No.  But it was a practice that was used to
22  pass bills the Lieutenant Governor wanted to and where a
23  small minority did not want to pass it.
24      MS. HALPERN:  We're at an hour now,
25  surely.  How much more do you have?  Are you within

162

1   spitting distance of quitting?
2       MS. WESTFALL:  No.
3       MS. HALPERN:  Let's take a break.
4       (Recess 2:55 p.m. to 3:15 p.m.)
5       (Exhibit 23 marked for identification.)
6   Q.  (By Ms. Westfall)  You've been handed what's
7   been marked as Exhibit 23.  This has been produced in
8   this litigation as highly confidential.  It is
9   TX00262645 through 262649.  If you could take a look at
10  this e-mail and attachments and let me know when you've
11  had a chance to glance at them.
12  A.  I've looked at this.
13  Q.  Do you recognize Exhibit 23?
14  A.  No.
15  Q.  Have you ever seen any of the attachments
16  included in Exhibit 23?
17  A.  No.
18  Q.  Do you see that the e-mail on the cover is from
19  Bryan Hebert to several staff and copying Mr. Brunson
20  and Ms. Rathgaber?
21  A.  Yes.
22  Q.  Did you ever discuss ensuring compliance with
23  Supreme Court with Mr. Hebert?
24      MS. HALPERN:  Objection, asked and
25  answered.

163

1   Q.  (By Ms. Westfall)  You may answer.
2   A.  Yes.
3   Q.  Do you see where it refers to measures required
4   to offset burdens on voters?
5   A.  Yes.
6   Q.  Do you see that it indicates that availability
7   of provisional ballots and absentee ballots is required
8   to offset burdens on voters?
9   A.  Well, it's not necessarily required, but I see
10  that here it says, "measures required," and it includes
11  "availability of provisional ballots and absentee
12  ballots,"
13  Q.  Do you believe that the availability of
14  provisional ballots and absentee ballots is not required
15  to offset burdens on voters to comply with the Supreme
16  Court?
17      MS. HALPERN:  Objection, calls for a legal
18  conclusion.
19  Q.  (By Ms. Westfall)  You may answer.
20  A.  I don't know whether it does or not.  I know
21  that Senate Bill 14 provides for a provisional ballot
22  and allows absentee ballots.
23  Q.  Do you recall whether Senate Bill 14 changed
24  the law at all with regard to absentee ballots?
25  A.  No, I don't know whether it changed the law as

164

1   concerned -- as concerns absentee ballots.
2   Q.  To your knowledge, did it increase availability
3   of absentee ballots or maintain the status quo?
4   A.  I don't know.
5   Q.  Do you know under Senate Bill 14 what would
6   happen to a voter who appeared to vote in person without
7   appropriate photo ID?
8   A.  Yes.
9   Q.  What would happen?
10  A.  They would submit a provisional ballot and then
11  six days to return with acceptable ID in order for the
12  election authorities to count that provisional ballot.
13  Q.  Did this require -- did Senate Bill 14 require
14  those voters to make a trip to the election office to
15  bring an ID in order to ensure the ballot would be
16  counted?
17  A.  Yes.  Is that inconsistent with what I just
18  said?
19  Q.  No, I just wanted to confirm my
20  understanding --
21  A.  That it would require the voter who filed a
22  provisional ballot to go wherever was necessary, do that
23  which is necessary to provide -- to obtain an acceptable
24  ID pursuant to Senate Bill 14 and then return back and
25  present that ID.

LIEUTENANT GOVERNOR DAVID DEWHURST                7/29/2014
CONFIDENTIAL TRANSCRIPT

---

165

1    Q.  Do you recall earlier in this deposition you
2  testified about the previous provisional ballot
3  procedures for voters without ID?
4    **A.  Yes.**
5    Q.  What were those procedures?
6    **A.  Under the previous -- under the previous**
7  **legislation, provisional ballots were counted if there**
8  **were -- were not -- were -- strike that.**
9        **Under the previous legislation, if someone**
10 **did not have the proper identification, they could vote**
11 **using a provisional ballot, and it would count if they**
12 **signed an affidavit, and then it was left up to the**
13 **county registrar board to -- to hopefully compare**
14 **signatures and see if it was a valid ballot.**
15   Q.  So is it fair to say that Senate Bill 14, with
16 regard to provisional ballots, would require a voter to
17 make a second trip?
18   **A.  Yes.**
19   Q.  Do you see under Roman II, it indicates
20 "Measures required to offset burdens on voters," and it
21 says, "Ensure that obtaining ID is no more inconvenient
22 or burdensome than the usual act of voting"?
23   **A.  Yes.**
24   Q.  Do you believe that was a requirement to ensure
25 compliance for the Supreme Court?

---

166

1    **A.  No.**
2    Q.  Do you believe that Senate Bill 14 endeavored
3  to ensure that obtaining ID was no more inconvenient or
4  burdensome than voting?
5    **A.  Yes.**
6    Q.  And how did it do that?
7    **A.  How did it not --**
8    Q.  How did it -- how did it make obtaining ID no
9  more inconvenient or burdensome than the act of voting?
10   **A.  In an effort to combat fraud and reduce the**
11 **number of fraudulent voters, whether it's in-person**
12 **voting, mail-in or registration, a process was started**
13 **to pass legislation which would have reduced in-person**
14 **fraud, and I tried to include a registration fraud, but**
15 **that was taken off because of the one -- the one-subject**
16 **rule -- the two-subject rule.  And -- and that**
17 **requirement to prove who you are has not changed.  And**
18 **efforts were made through the regulatory process in**
19 **order to make the ID that was required in order to vote**
20 **free, or as nearly free as possible, and to ease the**
21 **time that it took a person to obtain that documentation.**
22 **As I recall, it was reduced down to two days by**
23 **regulation or statute, so that it was no more**
24 **inconvenient or burdensome than the normal act of**
25 **voting.  Understanding that a voting ID was introduced.**

---

167

1    Q.  So at the time that SB 14 was under
2  consideration, was an applicant -- in the bill that was
3  introduced, Senate Bill 14, it provided personal ID --
4  personal state ID for voters who indicated they did not
5  have qualifying Senate Bill 14 IDs; isn't that right?
6    **A.  Could you repeat that?**
7    Q.  Certainly.  In the bill, Senate Bill 14, as
8  introduced, provided for a personal state ID for voters
9  who indicated they did not have qualifying Senate Bill
10 14 ID?
11   **A.  Would you permit me to look at Exhibit 15 for a**
12 **second?**
13   Q.  Certainly.
14   **A.  No, that is not correct.  What I have before me**
15 **in Exhibit 15, I thought we had gone over this, as**
16 **introduced, well, at least that's my memory that this**
17 **bill was introduced in exhibit -- and it's my memory**
18 **that Exhibit 15 represents Senate Bill 14 as introduced.**
19 **It either has a driver's license or a personal**
20 **identification card issued by the Department of Public**
21 **Safety, a U.S. military ID, a U.S. citizenship**
22 **certificate or U.S. passport.**
23   Q.  Yes.  And I think I'm not being sufficiently
24 clear on my question.  My question is whether -- if you
25 -- Senate Bill 14, as introduced, if you didn't have any

---

168

1  of the necessary forms of photo ID, it provided that DPS
2  would issue you a personal state ID if you said you
3  didn't have any of those other forms of ID; isn't that
4  right?
5    **A.  Yes.**
6    Q.  And my question is whether -- and the Election
7  Identification Certificate was substituted for that
8  provision in conference; isn't that correct?
9    **A.  And what was substituted in conference?**
10   Q.  Election Identification Certificate, otherwise
11 known as EIC?
12   **A.  I believe that's right, yes.**
13   Q.  At the time that Senate Bill 14 was introduced,
14 was an applicant for a personal state ID required to
15 present documentary proof of citizenship?
16   **A.  At the time that Senate Bill 14 was introduced**
17 **was -- under then current law, did one have to present**
18 **documentary proof of being an eligible voter?**
19   Q.  Of citizenship to get a personal ID, not to
20 register to vote, to get a personnel ID?
21   **A.  I don't know.  A personal ID issued by the**
22 **Department of Public Safety, I don't know.**
23   Q.  Was documentary proof of citizenship required
24 to register to vote at that time?
25   **A.  The identification required at the time that**

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

43 (Pages 169 to 172)

---

169

1  **Senate Bill 14 was introduced did not all require proof**
2  **of citizenship.**
3      Q.  So register to vote; is that correct?
4      **A.  To register to vote.**
5      Q.  Was -- at the time Senate Bill 14 was
6  considered, was an applicant for a personal state ID
7  required to provide a set of fingerprints, to your
8  knowledge?
9      **A.  I don't know.**
10     Q.  Do you know whether many voters are able to
11 walk to their voting precinct to vote?
12     **A.  Those that live near their voting precinct can.**
13 **Those that are in rural areas have to drive some**
14 **distance.**
15     Q.  Do you know whether many voters must drive to a
16 driver license office, in other words, they're not
17 accessible by walking?
18         MS. HALPERN:  Objection, vague.
19     Q.  (By Ms. Westfall)  You may answer.
20     **A.  I would have to speculate, but I would imagine**
21 **that a number of people have to drive.**
22         MS. WESTFALL:  Would you mark this?
23         (Exhibit 24 marked for identification.)
24     Q.  (By Ms. Westfall)  You've been handed what's
25 been marked as Exhibit 24 and produced as highly

---

170

1  confidential.  It's TX00262650 through 52.  Would you
2  take a look at this document and all pages and let me
3  know if you've seen it before.
4      **A.  I looked at the document.**
5      Q.  Do you recognize this document?
6      **A.  No.**
7      Q.  Do you see that on the front page, it is an
8  e-mail from Bryan Hebert to other Senate staff,
9  including Janice McCoy, copying Blaine Brunson and Julia
10 Rathgaber?
11     **A.  Yes.**
12     Q.  Do you see that he expresses in the e-mail that
13 he is doubtful that -- doubtful about the photo ID law
14 being precleared?
15     **A.  I see where he wrote that.**
16     Q.  And do you see this e-mail is dated Saturday,
17 January 22nd?
18     **A.  I do.**
19     Q.  Was that days before the Committee of the
20 Whole's consideration of Senate Bill 14?
21     **A.  Yes.**
22     Q.  Did Mr. Hebert ever express to you his concerns
23 about preclearance of Senate Bill 14?
24         MS. HALPERN:  Objection, legislative
25 privilege.  Objection, attorney-client privilege.

---

171

1      **A.  No.**
2      Q.  (By Ms. Westfall)  Do you know whether any
3  changes were made to Senate Bill 14 to reflect some of
4  these concerns about preclearance expressed in Exhibit
5  24?
6      **A.  I don't think they were, because I believe I**
7  **didn't agree with this position, nor did Senator Fraser.**
8      Q.  Were you aware of Mr. Hebert's position, or is
9  this separate and apart from Mr. Hebert's e-mail?
10     **A.  That's separate and apart from his e-mail.**
11     Q.  What was the basis of your belief that Senate
12 Bill 14 would be precleared?
13     **A.  Because it was modeled substantially after the**
14 **Indiana law which had been approved by the U.S. Supreme**
15 **Court and also modeled after the Georgia bill.**
16     Q.  To your knowledge, was the Indiana photo ID
17 bill, was there any consideration of Section 5 of the
18 Voting Rights Act in that litigation?
19     **A.  No.  And I beg your pardon.  I was focused more**
20 **on -- on the ultimate constitutionality of the bill.**
21     Q.  Were you -- you were concerned about the
22 constitutionality of --
23     **A.  In other words, what I was saying is that --**
24 **and not being a lawyer, that I can truthfully say I'm**
25 **not a lawyer -- that -- that I historically looked at**

---

172

1  **this as to how do we write a bill that fights fraud and**
2  **proves integrity of the election process so that more**
3  **people vote and that absolutely meets all the**
4  **constitutional test and would be approved by the U.S.**
5  **Supreme Court if we had to appeal it all the way to the**
6  **Supreme Court.  And that's why I kept relying on the**
7  **only two pieces of legislation that I know have been**
8  **approved by the Indiana law, by the U.S. Supreme Court**
9  **and the Georgia law was precleared by the DOJ.**
10     Q.  Okay.  So is it -- because -- although -- is it
11 your testimony that the Indiana photo ID law did not
12 involve a claim of race discrimination, it involved a
13 challenge of the U.S. Constitution; is that correct?
14     **A.  Could you ask your question again?  I'm not**
15 **following.**
16     Q.  Sure.  Was the Indiana photo ID law, did it
17 withstand challenge under the U.S. Constitution?
18     **A.  Yes.**
19     Q.  And that was not a claim of race
20 discrimination; is that correct?
21     **A.  If you make that representation, I will accept**
22 **it.**
23     Q.  And is it your testimony that you thought
24 Senate Bill 14 would withstand or would be precleared
25 because the Georgia photo ID law had been precleared by

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

44 (Pages 173 to 176)

173

1  the Department of Justice?
2      A.  Yes, and because in my entire experience,
3  Counsel, my entire life with this bill, which seems like
4  longer than six years, I have never heard one person use
5  race discrimination as a reason for passing this bill.
6  And I have -- I have always wanted to increase the
7  number of voters, whether they're Hispanic, African
8  American or Anglo.
9      Q.  Were you present in the Committee of the
10 Whole's consideration of Senate Bill 14?
11     A.  Yes.
12     Q.  And I believe you testified earlier that you
13 voted in favor of Senate Bill 14 in the Committee of the
14 Whole?
15     A.  Yes.
16     Q.  But you were not able to vote on Floor
17 consideration of Senate Bill 14; is that correct?
18     A.  I think what I testified was that I don't
19 remember voting, but I'm sure I did.  We could look that
20 up very quickly.  I can't imagine I wouldn't have voted
21 for it.
22     Q.  In the Committee of the Whole or the Floor?
23     A.  In the Committee of the Whole.
24     Q.  Where are the records of the Committee of the
25 Whole recorded?  Are they in the Senate Journal or

174

1  elsewhere?
2      A.  They would be on the -- if we have a
3  legislative history of 14.  Let's see.  We have a
4  legislative history of 362, but that we wouldn't have
5  the individual votes except on the -- unless we looked
6  at the Journal.
7      Q.  While you're looking, let's go ahead and mark
8  another exhibit.
9          (Exhibit 25 marked for identification.)
10     Q.  (By Ms. Westfall)  Sir, you've been handed
11 what's been marked as Exhibit 25.  Do you recognize this
12 document?
13     A.  It purports to be the Texas Legislative Online
14 History, the legislative history of Senate Bill 14.
15         This enables me to be able to respond to
16 your earlier question.  I voted for -- for Senate Bill
17 362 as a member of the Committee of the Whole in 2009,
18 and I voted for Senate Bill 14 as a member of the
19 Committee of the Whole in -- in 2011.  Because as you
20 can see from one of the categories at the bottom, it
21 says, "Vote:  Ayes 20, Nays 12."  And that means at that
22 time in 2011, we had 21 members -- we had 20 Republicans
23 and I voted for it.
24     Q.  Thank you.
25     A.  I didn't mean to trail off in saying that.  I

175

1  just --
2          MS. WESTFALL:  Could you mark this?
3          (Exhibit 26 marked for identification.)
4      A.  She knew what I was saying.
5      Q.  (By Ms. Westfall)  I was able to do the math.
6          You've been handed what's been marked as
7  Exhibit 26.
8      A.  Yes.
9      Q.  Do you recognize this document?
10     A.  Looks to be a transcript of proceedings before
11 the Senate on January 25th when we were in the Committee
12 of the Whole.
13     Q.  I will represent to you that this is an excerpt
14 and not -- excuse me, not the entire transcript of the
15 entire committee hearing.  I want to turn your attention
16 to Page 44 of the transcript, an exchange between
17 Senator Van de Putte and Senator Fraser.  Do you see
18 that at the bottom of page 44, Senator Van de Putte asks
19 whether studies have been done to determine whether,
20 under current Texas voters law, any impact it would
21 have, the bill would have on classes of Latino and
22 African American voters?
23     A.  I'm looking to find that part.  Where are you,
24 on Page 44 or 45?
25     Q.  Page 44, line 24, at the bottom.

176

1      A.  At the very bottom.
2      Q.  At the very bottom, yes, sir.
3      A.  Yes, I see that.
4      Q.  Do you see Senator Van de Putte asks whether
5  there were any studies that determined the impact that
6  the law, that the bill, Senate Bill 14 would have on
7  Latino and African American voters?
8      A.  I see that in the transcript.
9      Q.  And do you see that Senator Fraser on Page 45
10 responds that the bill he's laying out has been approved
11 by the U.S. Supreme Court and precleared by the
12 Department of Justice in Georgia, it will deter fraud,
13 et cetera?
14     A.  I see that exchange.
15     Q.  Did you believe that Senator Fraser's response
16 to Senator Van de Putte was -- responded to her
17 question?
18         MR. BRISSENDEN:  Objection, form.
19     Q.  (By Ms. Westfall)  You may answer.
20         MS. HALPERN:  Objection, relevance.
21     Q.  (By Ms. Westfall)  You may answer.
22     A.  I think I've answered this question two or
23 three times, and that is, I had asked my staff,
24 principally, Mr. Hebert, to look into just this issue.
25 He'd had conversations with the -- both the DPS and the

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

---

177

1  Secretary of State's Office, and we were not able to
2  pull up the data that would give an indication.  And so
3  we had to rely on -- on authoritative results coming out
4  of both Indiana, who had photo voter ID, and Georgia,
5  who had photo voter ID, that it did not diminish
6  minority voter turnout, but actually increased it in the
7  -- I believe it's three studies that we found that
8  had been -- that had carefully looked at this in other
9  states, showed the same outcome.
10      Q.  But tuning my attention back -- turning your
11  attention back to my question, I'm not asking you about
12  the merits of Senator Fraser's response, but whether it
13  was responsive to her question or whether it responded
14  to a different question?
15          MR. BRISSENDEN:  Same objection.
16      Q.  (By Ms. Westfall)  You may answer.
17      A.  Well, I think my answer to you was more
18  specific than Senator Fraser's was.
19      Q.  Turning your attention to Page 162 of the
20  transcript, and 163.  Starting at 162, Line 17.
21      A.  Yes.
22      Q.  If you could just read the question of Senator
23  West and then the response of Senator Fraser and let me
24  know when you've had a chance to review that.
25      A.  Yes, I've read it.

---

178

1      Q.  Do you see that Senator West asked about
2  research conducted on the burdens of photo ID
3  requirements and whether they fall disproportionately on
4  racial minorities?
5      A.  Yes.
6      Q.  Do you see that?  And do you see that Senator
7  Fraser responded with information about polls,
8  concerning support for -- polls in support of
9  identification requirements?
10      A.  Yes.
11      Q.  Do you -- why -- why do you think that Senator
12  Fraser responded with polling data to that question?
13          MS. HALPERN:  Objection, calls for
14  speculation.
15      Q.  (By Ms. Westfall)  You may answer.
16      A.  I have no idea why Senator Fraser responded
17  that way.  I have no way to opine on why Senator Fraser
18  responded the way he did to the previous question.
19  Other --
20      Q.  Did you believe -- go ahead, I'm sorry.
21      A.  I'm sorry, go ahead.
22      Q.  Did you believe that -- that Senator Fraser's
23  response was -- that information was responsive to
24  Senator West's question?
25          MS. HALPERN:  Objection, calls for a legal

---

179

1  opinion.
2      Q.  (By Ms. Westfall)  You may answer.
3      A.  Certainly in part.
4      Q.  How did that --
5      A.  Certainly in part.
6      Q.  How was that responsive in your view?
7      A.  In that if the super majority of the people of
8  the state of Texas who happened to be -- and the
9  question was racial minorities -- African American,
10  Hispanic or other, were in favor of a voter ID, then
11  that's in part responsive.  But -- but partly based upon
12  the studies that were done in 2008 and 2009, and partly
13  now that we have a history here in Texas of having
14  implemented Senate Bill 14, we see that in 2008 and
15  2009, as well as in 2013 and 2014, there are no problems
16  with the difficulty.  I say no.  I'm not aware of
17  problems of difficulty in obtaining the necessary photo
18  voter ID that's required under Senate Bill 4.  And
19  certainly, that was all the testimony and empirical data
20  that we had seen from studies and from examining the
21  results of the Indiana photo voter ID as passed in 2008
22  and 2009, and the same with Georgia.
23      Q.  Do you recall during debate on the 2009 bill,
24  Senate Bill 362, that there was testimony by
25  representatives from the Brennan Center about ID

---

180

1  possession by Black and Hispanic voters?
2      A.  I'm afraid -- if you could differentiate it
3  just slightly more.  When you hear over 24 hours' worth
4  of testimony, it's hard to remember exactly.
5      Q.  Do you recall testimony by either a Mr. Justin
6  Levitt or Adam Skaggs from the Brennan Center about ID
7  possession of photo IDs by racial minorities?
8      A.  No, no, I don't.
9      Q.  Do you know anything about the Brennan Center?
10      A.  No, I don't.
11      Q.  I will represent to you that they testified
12  during this very lengthy hearing for --
13      A.  I believe you.
14      Q.  -- Senate Bill 362 --
15      A.  I believe you.
16      Q.  -- about disparate impact of ID by minority
17  voters?
18      A.  At the same time, we've seen that -- at least
19  I've seen testimony that some 95 percent of our voters
20  have driver's license.  I'm in the process of checking
21  that number, but a very high percentage of all of our
22  drivers -- I'm sorry, of all our voters have driver's
23  license.
24      Q.  Turning back to -- I think we got a little bit
25  sidetracked.  Turning back to the exchange, do you

LIEUTENANT GOVERNOR DAVID DEWHURST                     7/29/2014
CONFIDENTIAL TRANSCRIPT

46 (Pages 181 to 184)

181

1  believe that based on what -- that Senator Fraser's
2  response was responsive to Senator West?
3        MS. HALPERN: Objection, relevance.
4    Q. (By Ms. Westfall) You may answer.
5        MS. HALPERN: Objection, calls for a legal
6  conclusion.
7    **A. Well, Senator West asked, quote, unquote, was**
8  **there any research conducted on the burdens of photo ID**
9  **requirements that may fall disproportionately on racial**
10 **minorities. I think the answer is no, based upon**
11 **research, but I'm not sure that Senator Fraser addressed**
12 **that question.**
13   Q. Thank you, sir. You can put away this large
14 exhibit.
15       Do you recall that during the Senate's
16 consideration of Voter ID as to Senate Bill 14, there
17 were requests for information about the racial
18 composition of Texas voters who did not possess a driver
19 license?
20   **A. I'm sorry, I'm going to ask you one more time**
21 **to repeat that.**
22   Q. Let me strike that. Let me withdraw that
23 question.
24       During consideration of Senate Bill 14,
25 was there a request from -- of the Secretary of State

182

1  for registered voters without a driver license?
2    **A. I believe there was. Are you representing that**
3  **there was?**
4    Q. I was just trying to understand your memory
5  sitting here today. Do you recall that Senator Williams
6  made such a request on the Senate Floor?
7    **A. You refreshed my memory. Yes, I do. Yes, I**
8  **do.**
9    Q. Do you recall that Ann McGeehan testified as a
10 resource witness at the hearing on Senate Bill 14?
11   **A. Yes, I do.**
12   Q. Do you recall that Senator Williams twice
13 during her testimony said when are you going to get me
14 the data comparing the registered voters and who have
15 driver's licenses? Do you recall that?
16   **A. Yes.**
17       MR. BRISSENDEN: Objection, form.
18   Q. (By Ms. Westfall) Thank you.
19   **A. Which -- which is -- which is consistent with**
20 **what I've said to you several times today in that our**
21 **attempts to -- to investigate any alleged burden or --**
22 **or difficulty on the part of minority voters to get**
23 **acceptable photo voter ID was difficult to get the**
24 **information. That's why we had to rely on -- on**
25 **national studies and the actual example in another**

183

1  **Section 5 state, Georgia, and another state, Indiana.**
2    Q. Do you think it was appropriate for Senator
3  Williams to seek this information from the Secretary of
4  State's Office?
5    **A. Sure.**
6        MR. BRISSENDEN: Objection, form.
7    Q. (By Ms. Westfall) Do you think it was --
8    **A. I'm sorry?**
9        MS. HALPERN: He's objecting to the form
10 of the question.
11   Q. (By Ms. Westfall) Do you think it was
12 advisable for Senator Williams to seek this information?
13   **A. I have no problem with him asking.**
14   Q. Do you agree that it's desirable for Senators
15 to have information about a bill's effects before the
16 Senate passes the bill?
17       MS. HALPERN: Objection, legislative
18 privilege, calls for speculation, relevance.
19   Q. (By Ms. Westfall) You may answer.
20   **A. Well, my answer is going to be that based upon**
21 **all of the data that was available to us at the time**
22 **that we had looked into whether there was a burden,**
23 **decided that there was not a -- a burden that would, in**
24 **fact, be a problem and a hindrance to voting. And from**
25 **all the empirical data that I've seen, as I mentioned,**

184

1  **as I mentioned repeatedly, the three national studies,**
2  **Indiana, Georgia, and our experience over the last four**
3  **elections, is that there's -- there is not an apparent**
4  **problem that I'm aware of with the access to the -- to**
5  **the photo voter ID so that anyone who wants, including**
6  **economically disadvantaged minority populations can**
7  **obtain that ID and vote.**
8    Q. Just to clarify the record, it is true that
9  information about how SB 14 was implemented during the
10 past several elections in 2013 and 2014 was not
11 available to the Texas Legislature when they were
12 considering Senate Bill 14 in 2011; is that right?
13   **A. Yes. How Senate Bill 14 was implemented in the**
14 **subsequent four -- four elections was not available to**
15 **us as we were considering -- all we could consider was**
16 **the data coming out of Indiana and another Section 5**
17 **preclearance state, Georgia, and three national studies.**
18   Q. Are you aware, other than Senator Williams'
19 request of Ann McGeehan for this information, of any
20 other Senator making a request for similar information
21 from the Secretary of State's office?
22   **A. I'm not advised.**
23   Q. Are you aware --
24   **A. Normally you wouldn't have to ask, you wouldn't**
25 **have to have multiple Senators to ask. So if he asked,**

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

47 (Pages 185 to 188)

---

185

1  it should be sufficient.
2      Q.  Are you aware of whether the Secretary of
3  State's office responded to Senator Williams' request
4  for the number of voters without a driver license or a
5  personal ID card?
6      A.  I assume they did, but I don't know for a fact.
7      Q.  Do you know if your -- and why do you assume
8  that they did?
9      A.  Because the agencies are -- are well-advised to
10  be responsive to all the members of the Legislature,
11  including but not limited to the senior -- a senior
12  Senator who was -- in 2011, then the Secretary of the
13  Chair of our Transportation and Homeland Security
14  Committee.
15      Q.  Do you think it would be unusual for the
16  Secretary of State not to provide that information upon
17  request?
18      A.  If they had it, I would -- I would expect them
19  to provide.
20      Q.  Did your office, to your knowledge, ever
21  receive any such analysis from the Secretary of State's
22  Office?
23      A.  Would have to ask Bryan Hebert, but I'm not
24  advised on that.
25      Q.  Did you learn at any time during consideration

---

186

1  of Senate Bill 14 the number of registered voters
2  without a driver license or personal ID card?
3          MS. HALPERN:  Objection, assumes facts not
4  in evidence, misstates prior testimony.
5      Q.  (By Ms. Westfall)  You may answer.
6          MS. WESTFALL:  Are you done?  Sorry.  Are
7  you done?
8          MS. HALPERN:  Oh, what were you --
9          MS. WESTFALL:  He's not objecting.
10          MS. HALPERN:  I'll stick with assumes
11  facts not in evidence, misstates testimony of prior
12  witnesses in this case, misstates documentary evidence.
13      Q.  (By Ms. Westfall)  Did you learn at any time
14  during the consideration of Senate Bill 14 the number of
15  registered voters without a driver license or personal
16  ID card?
17      A.  I was told that it was a small number, but I
18  don't recall the exact number.
19      Q.  Do you recall who told you that?
20      A.  Staff.
21      Q.  Your staff?
22      A.  Yes.
23      Q.  Was that during consideration of Senate Bill
24  14?
25      A.  I don't remember.

---

187

1      Q.  Was that Mr. Hebert or someone else in your
2  office?
3      A.  I don't remember.
4      Q.  Did you learn that before Senate Bill 14 was
5  passed by the Senate?
6      A.  I believe I did.
7      Q.  By small, did you learn -- what do you mean by
8  small?
9      A.  3 to 7 percent.
10      Q.  Do you know how that estimate was derived?
11      A.  I was told that there was approximately 1
12  million registered voters who didn't have driver's
13  license, and the math flows from there.
14      Q.  Did you learn any estimate of those number of
15  voters who were Hispanic surnamed?
16      A.  I don't remember.
17      Q.  Did you learn any racial breakdown at all, the
18  African American voters?
19      A.  I don't remember.  But again, my
20  overwhelming -- the data in front of me showed that
21  there was no diminution of the or reduction in the
22  number of Hispanic or African American voters in both
23  Indiana and another Section 5 state, Georgia, and the
24  three studies that we relied on also indicated the same
25  thing after studying other jurisdictions.

---

188

1      Q.  Do you recall receiving analysis of the number
2  of voters who had registered to vote without listing a
3  driver license number?
4      A.  I don't recall seeing that.
5      Q.  Was that unrelated to what you just testified
6  to?
7      A.  Yes.
8      Q.  Are you aware of whether Senator Williams --
9  actually, strike that.
10          MS. WESTFALL:  Could you please mark this?
11          (Exhibit 27 marked for identification.)
12      Q.  (By Ms. Westfall)  You've been handed what's
13  been marked as Exhibit 27.  It is TX00107733 through 35.
14  Could you just take a look at this document and let me
15  know when you've had a chance to review it?
16      A.  Well, for a guy that's been busy doing a lot of
17  other things the last three years, the number I gave you
18  was pretty close.  And you're looking anywhere from 4
19  to -- 4 to 7 percent.
20      Q.  Do you recognize this document or any of the
21  numbers contained herein?
22      A.  No, I've never seen it before.
23      Q.  Did this -- did you receive any of this
24  information in an oral form from anyone?
25      A.  I must have been because the information I just

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

189

1  shared with you that I was briefed that -- that up to
2  but not quite a million people.  And this is showing a
3  number between 650 and 700 -- 650,000 and 730,000, well,
4  anywhere between 519- and 844,000.  But do not have --
5  do not have -- well, let me just go with the conclusion.
6  Between 678,000 and 844,000 of the 12.6 million voters
7  in -- on January 27, 2011, don't have a Texas driver's
8  license or an ID.  That number is roughly 5 percent.
9      Q.  So you believe based on looking at Exhibit 27
10 that you received information in a different form of
11 these findings?
12     A.  I believe I received -- it would be my
13 assumption that what I was briefed by staff prior to --
14 prior to or simultaneous with the passing of Senate Bill
15 14, that there was some 3 to 7 percent of the voters in
16 Texas who didn't have Texas driver's license is in fact
17 what this statement says.  So.  Now, it has -- it is my
18 belief that that number has been dramatically reduced
19 through the efforts that we've implemented through the
20 regulatory agencies, DPS and Health and Human Services.
21     Q.  Okay.  And just because I just want you to
22 focus on the legislative process and what -- what
23 occurred during that process, what was your
24 understanding of how these estimates were arrived at?
25     A.  I was not briefed on that.  This is the first

190

1  time I'm looking at the document that goes into more
2  detail, other than the -- than the raw numbers, less
3  than a million out of almost 13 million voters.
4      Q.  And when you learned prior to -- I believe you
5  just testified prior to or during the Senate's
6  consideration of Senate Bill 14, did you understand that
7  that information had been derived from a match or
8  comparison of registered voters with people with driver
9  license, so two different databases?
10     A.  I know that earlier on that -- that Mr. Hebert
11 was told that they were having difficulty in taking the
12 list of driver's licenses in the DPS silo and the number
13 of registered voters and names in the Secretary of
14 State's Office and matching them.  I don't understand
15 why, but I was told that.  And Mr. Hebert was told that
16 by -- by -- I believe the person that sent this e-mail.
17 And then I remember that sometime shortly thereafter, I
18 was told there was less than a million people that
19 didn't have a driver's license out of the universe of
20 12.6, by that time, slightly more.  It looks -- let's
21 call it 13 million, and that's a little -- that's
22 roughly 5 percent of the voters.  And I know efforts
23 have been made to -- to facilitate Election
24 Identification Cards and that those that want to
25 provide -- that they're going after birth certificates

191

1  to make that at no cost.
2      Q.  And just turning your attention back to the
3  Legislature's consideration of Senate Bill 14.  When you
4  got that information from Mr. Hebert that 3 to 7 percent
5  of voters did not have a driver license, did you ask him
6  at that time whether there could be an analysis of the
7  voters with Spanish surnames to respond to the concerns
8  of bill opponents that Senate Bill 14 would have an
9  adverse impact on minority voters?
10     A.  No, I did not, because based on the examples in
11 Indiana, which is a different state than Texas, but
12 based upon the preclearance of the Georgia photo voter
13 ID and the national studies, I did not believe that
14 there was a -- that a photo voter ID -- ID bill would
15 reduce the minority voters, but it in fact would --
16 would generate just the opposite effect, increase
17 voting.
18     Q.  Did you believe that it was not necessary to
19 make that inquiry with regard to Texas voters because of
20 the information in the other states?
21     A.  Yes.
22     Q.  And why was that?
23         MS. HALPERN:  Objection, asked and
24 answered.
25     Q.  (By Ms. Westfall)  You may answer.

192

1      A.  I think I've said this four or five times.
2      Q.  I'm just trying to understand why you felt that
3  the information, since you had been provided by
4  Mr. Hebert --
5      A.  Right.
6      Q.  -- a universe of persons, Texas -- actual Texas
7  voters without the ID --
8      A.  Right.
9      Q.  -- why you wouldn't want to investigate the
10 racial breakdown of those voters and why you relied upon
11 data in other states?  That's what I'm -- simply what
12 I'm trying to ask you.
13     A.  If the universe of voters is 3 to 7 percent,
14 let's say, on average, 5 percent.  Then some -- some --
15 some percentage of that universe would be minority
16 voters.  And I felt that in light of the -- the efforts
17 which we were -- I had already communicated with Senator
18 Fraser on -- on making this a no cost to people that
19 want to obtain photo voter ID, that the agencies, DPS
20 and Health and Human Services, would implement what we
21 wanted, and they did.  And therefore, the -- that was
22 not going to be a problem.  A driver's license was not
23 the only form of identification that was required under
24 Senate Bill 14.  Senate Bill 14 did provide for free
25 identification.  It didn't make any difference.  All you

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

49 (Pages 193 to 196)

193

1  had to do was apply and get an Election Identification
2  Card.  And so I didn't feel like, at that point, knowing
3  that they having problems marrying the databases and
4  knowing that there was a continuing problem with -- with
5  accessing the data, that it would be worth the time
6  spent, since I didn't believe it was going to be at that
7  point in time in 2011 productive.
8       Q.   Did you believe that the racial composition of
9  the voters in Texas was similar to the racial
10  composition of the voters in Indiana and in Georgia?
11      A.   Not in Indiana, although Indiana has a higher
12  percentage of minority voters than I had anticipated,
13  based upon the testimony from the Secretary of State's
14  Office, a large African American and increasing Hispanic
15  population in the carried area and others.  I thought
16  our population, not so much from a Hispanic point of
17  view, but from African American, was not totally
18  dissimilar in Georgia.  And based upon that, I felt that
19  the information in front of us clearly indicated that
20  there was not a risk of any discrimination against any
21  groups.  As a matter of fact, my goal from day one has
22  been to increase turnout.  I happen to be one of the
23  biggest critics of Republicans and Democrats for not
24  doing everything possible to increase voter turnout.  I
25  think it's healthy for democracy.  End of speech.  But I

194

1  really believe that.
2       Q.   Do you think it would have been -- putting
3  aside the Hispanic surname analysis, with regard to the
4  3 to 7 percent of voters without driver license, did you
5  conduct any investigation of where those voters resided
6  or any information about them whatsoever?
7       A.   I don't believe so.
8       Q.   Do you think it would have been helpful to
9  target efforts towards, for example, locating driver
10  license offices or implementing the EICs in the manner
11 in which you've testified to know more information about
12 where these voters resided?
13      A.   Yes, and we generally knew where they resided.
14      Q.   How?
15      A.   We knew -- because we have voter records, and I
16 talked to the DPS on several occasions about expanding
17 our hours, growing the -- increasing the size of our
18 driver's license departments, so we could -- so we could
19 handle more driver's license, both -- more driver's
20 applications and the new increase in Election
21 Identification Cards.  And the DPS has been responsive.
22 They have enlarged, based upon the appropriation that I
23 made for them last year, a number of their locations.
24 They have changed their hours to include Saturdays in a
25 number of their locations.  They have added, the last

195

1  time I looked, 25 mobile registration vans to move into
2  areas to increase registration.  I happen to believe
3  it's healthy, whether you're a Democrat or Republican,
4  to increase overall voter turnout.
5       Q.   And sir, I appreciate your testimony.  I want
6  to draw your attention back to the legislative process
7  and whether steps were taken during the pendency in
8  consideration of Senate Bill 14 to identify where those
9  voters were located.
10      A.   As I said, in my conversations with the DPS,
11 they had a general idea of where most of your population
12 was from, that was minority, that could be serviced from
13 their different driver's license stations.  And they
14 felt that by expanding those stations and by expanding
15 the hours of service, that they would access people that
16 needed free ID.
17      Q.   When did you have those conversations with DPS?
18      A.   During the pendency of Senate Bill 14 and
19 afterwards.
20      Q.   Did you --
21      A.   That's why you saw 25 new vans appropriated.
22 That's why you saw appropriations being made to expand
23 the Texas driver's license departments around the state.
24      Q.   And did those appropriations occur in the 2013
25 Legislature?

196

1       A.   That's right.
2       Q.   Okay.  Well, we'll talk about those a little
3  bit later.  Did you circulate to bill supporters written
4  recommendations on how to vote on certain amendments?
5       A.   No.
6       Q.   Did you otherwise convey your recommendations
7  on amendments to members?
8       A.   No.  There were a number of amendments that I
9  thought ought to be taken, but you need to keep in mind
10 -- well.  You don't need to keep in mind anything.  I
11 would recommend that -- that we discuss for a moment
12 that there's a general feeling among a lot of the
13 Republicans when they saw in the amendments a number of
14 the provisions that had been included in House Bill 218
15 and Senate Bill 362, that it confirmed what I shared
16 with you before, that this was all a stall game, and
17 there was no interest on the part of the Democrat
18 members to vote for a bill in any form.
19      Q.   Okay.  And I appreciate your testimony, but
20 we're just going to focus now on -- on the --
21          MS. HALPERN:  Actually, this is probably a
22 good time for a break.  Are we at another hour?
23          THE REPORTER:  Four minutes away.
24          MS. HALPERN:  Let's stop.
25          MS. WESTFALL:  Okay, we're doing great.

197

1  We're off the record.
2         (Recess from 4:10 to 4:30 p.m.)
3         (Exhibit 28 marked for identification.)
4     Q.  (By Ms. Westfall) You've been handed what's
5  been marked as Exhibit 174.  Do you recognize this
6  document?
7         THE REPORTER:  Exhibit 28.
8         MS. WESTFALL:  I'm looking at a different
9  exhibit sticker.  My apologies.
10    Q.  (By Ms. Westfall) You've been handed what has
11 been marked as Exhibit 28.  Do you recognize this
12 document?
13    A.  It looks like the Senate Journal from Wednesday
14 26, 2011.
15    Q.  Were you on the Floor for consideration of the
16 amendments to Senate Bill 14 in the Senate?
17    A.  Let me turn in Exhibit 28 to that part.  Yes.
18    Q.  Do you recall that Senator Davis offered an
19 amendment, Amendment Number 12, which would have
20 prohibited state agencies from charging a fee for
21 issuing documents used to obtain a photo ID, such as a
22 birth certificate, and that was Amendment 12 on Page
23 118?
24    A.  Yes.
25    Q.  Are you aware that under Indiana's photo ID

198

1  law, indigent persons can obtain the underlying
2  documents to obtain a necessary photo ID free of charge?
3     A.  No.
4     Q.  You're not aware that that -- of that part of
5  the Indiana photo ID law?
6     A.  That's correct.
7     Q.  And was Amendment Number 12 tabled by the
8  Senate?
9     A.  Yes.
10    Q.  Do you know why it was tabled?
11        MS. HALPERN:  Objection, calls for
12 speculation.
13    Q.  (By Ms. Westfall) You may answer.
14    A.  Although we moved to make the election
15 identification card free of cost, and we -- through
16 regulations with the DPS, and we moved through
17 regulations with the Health and Human Services to
18 eliminate the charges for a birth certificate, and to
19 leave it either zero or maximum 3 dollars, I believe
20 that there was some concern that this would mean any
21 identification -- "an agency, institution or political
22 subdivision of the State may not charge any fee for the
23 issuance of document..."
24        I think perhaps, in retrospect as I look
25 back upon it, the procedure in looking at some of these

199

1  amendments may have been going so fast, that although I
2  don't have a problem with that particular amendment, and
3  that is, in fact, one of the amendments that we, in
4  fact, carried out -- in essence carried out, the
5  practical effect of which, it -- it was not approved
6  that night, although we have implemented it in a
7  practical sense, since that time.
8     Q.  Thank you.
9         And do you see Senator Davis also offered
10 Floor Amendment Number 15 at Page 120, which would have
11 allowed the use of IDs that had expired after the last
12 general election, in other words, up to two years
13 previously?
14        MS. HALPERN:  Are you asking about
15 Amendment 15, Counsel?
16        MS. WESTFALL:  Yes.
17        MR. HALPERN:  The one that was withdrawn?
18        MS. WESTFALL:  Yes.
19        MR. HALPERN:  Okay.
20    A.  Yes, I see Amendment 15.
21    Q.  (By Ms. Westfall) Are you aware that the
22 Indiana photo ID law contains the same provision?
23    A.  Yes.
24    Q.  Was this -- did Senator Davis temporarily
25 withdraw and then make an amendment again to allow the

200

1  use of photo IDs that had been expired for two years?
2     A.  Counsel, I don't remember, but as we go through
3  this, we'll find out the answer.
4     Q.  Turning your attention to Amendment Number 19
5  on Page 123, do you see that Senator Ellis offered an
6  amendment which would have allowed the use of IDs -- I'm
7  sorry -- which would have permitted the use of unexpired
8  student photo IDs issued by public universities in
9  Texas?
10    A.  Yes.
11    Q.  Are you aware that Indiana's photo ID law
12 allows the use of expired student -- of unexpired
13 student photo IDs?
14    A.  No.
15    Q.  And you see that this amendment was tabled; is
16 that correct?
17    A.  That is correct.  I know a number of us,
18 including myself, with all due respect to the ladies
19 here today, there had been some conversation about,
20 although there was support for students and facilitating
21 them voting, there are arguably hundreds of different
22 community colleges and universities, and every student
23 ID from a different university or college or a community
24 college would have been different, and it would have
25 been virtually impossible for election officials to be

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

51 (Pages 201 to 204)

---

201

1  able to know which ones were valid and which ones
2  weren't, which ones had been forged, which ones had not.
3      Q.  Isn't it true that most students -- you have to
4  vote where you reside, generally?
5      A.  Generally, but that's sometimes not followed in
6  practice.
7      Q.  Isn't it true that most students would be
8  voting close to their universities?
9      MS. HALPERN:  Objection, assumes facts not
10 in evidence.
11     A.  I repeat what I said.  Generally, but not
12 always.
13     Q.  (By Ms. Westfall) So wouldn't it be true
14 generally that poll workers would be likely to have an
15 understanding of student IDs that were locally issued
16 within that neighborhood?
17     MS. HALPERN:  Objection, assumes facts not
18 in evidence.
19     Q.  (By Ms. Westfall) You may answer.
20     A.  I can only speculate, and I wouldn't know
21 whether poll workers would have knowledge of the ID or
22 not.
23     Q.  Turning your attention to Amendment Number 21.
24     MR. HALPERN:  Counsel, I want to ask a
25 clarification.  I want to be sure that the questions

---

202

1  that you're asking are the ones that he's answering.
2  Are you asking him why the particular amendment was
3  tabled, why Senator Fraser did what he did, or are you
4  asking his opinion of why tabling it was a good idea?
5      MS. WESTFALL:  Well, let me ask the
6  question.  Why don't we take it up with a real question,
7  Counsel.
8      Q.  (By Ms. Westfall) Turning your attention to
9  Amendment Number 21, do you see that Senator Davis
10 offered an amendment which would have allowed the use of
11 IDs with a photo issued by the federal government or the
12 State of Texas?
13     MR. HALPERN:  Objection, misstates the
14 amendment.
15     Q.  (By Ms. Westfall) You may answer.
16     MS. HALPERN:  "An agency, institution or
17 political subdivision of the State, or an institution of
18 higher education in the state."
19     MS. WESTFALL:  My question was intended
20 not to repeat verbatim the amendment.
21     Q.  (By Ms. Westfall) Could you turn your attention
22 to Floor Amendment Number 21?  Do you see that
23 amendment?
24     A.  Yes.
25     Q.  Are you aware that under the Indiana and

---

203

1  Georgia photo ID laws, voters are permitted to use
2  federal IDs and state IDs with a photo?
3      A.  Yes.
4      Q.  And this Amendment Number 21 was tabled, was it
5  not?
6      A.  Yes.
7      Q.  Do you know why bill supporters opposed this
8  amendment, given that it would make Senate Bill 14 more
9  closely aligned with the Indiana and Georgia laws?
10     A.  No, other than the majority of the Senators
11 chose to vote against it.
12     Q.  Turning your attention to Floor Amendment
13 Number 24 on Page 126 of this exhibit, do you see that
14 Senator Hinojosa offered an amendment which would have
15 allowed county commissioners to authorize county
16 election officials to issue a voter registration card
17 with a photo ID?
18     A.  Yes.
19     Q.  If this amendment had been adopted in counties
20 that opted to provide this service, wouldn't it have
21 significantly reduced the burden of obtaining a photo ID
22 on voters who lacked requisite ID?
23     A.  Not necessarily.
24     Q.  Why not?
25     A.  Because, as we've discussed four or five or six

---

204

1  or seven times, you have an election identification
2  certificate being offered free of charge by the
3  Department of Public Safety, and -- or -- or someone
4  could apply for and receive a driver's license.
5      Q.  Is it your testimony that a voter who goes to a
6  voter registration -- an election official to go
7  to vote, and then separately obtains an EIC through the
8  driver's license office is as easy to do as going to
9  register to vote and getting your picture taken at the
10 same time in one trip?
11     MR. BRISSENDEN:  Objection, form.
12     Q.  (By Ms. Westfall) You may answer.
13     A.  It may require a separate trip.  It may not be
14 as easy, but now we're talking about relative terms.
15     Q.  Turning your attention to Floor Amendment
16 Number 29.
17     A.  You have to keep in mind, Counsel, that I
18 wasn't voting on these.
19     Q.  I appreciate your testimony.
20     A.  And as a result -- okay.
21     Q.  Well, I just have one more amendment to ask you
22 about, and then we'll be done with this exhibit, I
23 think.
24     A.  Sure.
25     Q.  Turning your attention to Amendment Number 29,

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

52 (Pages 205 to 208)

---

205

1   do you see that Senator Gallegos offered an amendment
2   which would have required DPS to provide extended hours
3   and Saturday hours?
4        **A.   Yes.**
5        Q.   It's on Page 129.
6        **A.   Yes.**
7        Q.   Are you aware that Senator Fraser said in
8   response to the offering of this amendment, that this
9   was not the place to debate DPS operations?
10       **A.   I have not read that, but if that's what you**
11  **represent, I will take your word on that.**
12       Q.   Do you agree that the debate on Senate Bill 14
13  was not the place to discuss DPS operations?
14       **A.   I personally don't have a problem with -- with**
15  **using the debate on Senate Bill 14 to discuss the hours**
16  **of when people could apply for and receive their**
17  **driver's license, A, or B, their free election**
18  **identification card.**
19       **But what has, in fact, and what Senator**
20  **Fraser may have had in mind is, as I shared with you**
21  **before, the implementation, a lot of details of the**
22  **actual mechanics of bills, this isn't we got to pass a**
23  **2,000-page bill and we'll read it to see what's in it,**
24  **but to implement the details as carried out by the**
25  **regulating agencies.  And this is exactly what has**

---

206

1   **happened, that we have opened DPS offices, at least**
2   **certain DPS offices, quite a few on Saturdays, and I**
3   **don't know that we've opened them to 7 p.m. or later at**
4   **least one weekday night, but that's probably a good**
5   **idea.**
6        Q.   But can you think of any reason not to include
7   these amendments to Senate Bill 14, as opposed to
8   discussing them with DPS post-enactment?
9        **A.   Well, the bottom line and the practical effect**
10  **is we've implemented most of this.  I, for one, may have**
11  **voted for it, but it was nevertheless -- we are -- in**
12  **the practical sense, we're carrying this out at the**
13  **present time.  If memory serves, of the 41 different**
14  **amendments, the Senators approved 9, roughly 25 percent.**
15       Q.   Do you recall that Bryan Hebert, after the
16  Senate -- strike that.
17       Did the Senate pass Senate Bill 14?
18       **A.   Yes.**
19       Q.   Do you recall that after the Senate passed
20  Senate Bill 14, Bryan Hebert characterized it as the
21  strictest photo ID law in the country?
22       MR. HALPERN:  Objection, mischaracterizes
23  the document.
24       Q.   (By Ms. Westfall) You may answer.
25       **A.   Could you share with me the context in which he**

---

207

1   said that?
2        Q.   Certainly.
3        MS. WESTFALL:  Could you mark this?
4        (Exhibit 29 marked for identification.)
5        Q.   (By Ms. Westfall) You've been handed what's
6   been marked as Exhibit 29.  It's been produced in this
7   litigation as highly confidential.  It's TX00034469
8   through 71.  Could you look at this document and let me
9   know when you've had a chance to review it.
10       **A.   I have looked at it.**
11       Q.   Have you seen this e-mail before or the
12  attachment?
13       **A.   No.**
14       Q.   Do you see that in the first line of
15  TX00034470, summarizing the bill, Mr. Hebert states
16  Senate Bill 14 would give Texas arguably the strictest
17  photo ID law in the country?
18       **A.   I do.**
19       Q.   Did he share that view with you?
20       **A.   No.**
21       Q.   Do you see the e-mail that he wrote on the
22  prior page at TX00034469 was dated January 27, 2011?
23       **A.   2000 -- I'm sorry, did you say --**
24       Q.   At the top of the e-mail, do you see that
25  it's -- at the top -- at the previous page, sir.

---

208

1        **A.   Yes.  Right here?**
2        Q.   Do you see at the top of the e-mail, it
3   indicates this e-mail was sent January 27, 2011?
4        **A.   Yes, I do.**
5        Q.   And was that the day after the Senate passed
6   Senate Bill 14?
7        **A.   I believe that's right.**
8        Q.   Did you at that time agree with Mr. Hebert's
9   assessment that Senate Bill 14 would give Texas arguably
10  the strictest photo ID law?
11       **A.   Congratulations.  You've done that about seven**
12  **or eight times.  That is not my testimony.  You've never**
13  **put that into evidence.  I have no idea.  This is the**
14  **first I've seen that where he has stated for some**
15  **audience, one, two, three, four, five, six people, that**
16  **Texas arguably, arguably has the strictest photo ID law**
17  **in the country.  I respect his opinion.  Don't know if**
18  **it's right or wrong.**
19       Q.   Do you believe that it was the intent of the
20  Texas Legislature to enact the strictest photo ID law in
21  the country?
22       **A.   It was the intent of the legislature, it was**
23  **the intent of the Lieutenant Governor to pass a -- a**
24  **photo voter ID bill which reduced fraud, and not to**
25  **repeat myself, I apologize, but to improve the**

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

209

1  confidence by the voters in Texas in our election
2  process.  Because I warrant to you, most voters didn't
3  have a lot of confidence in the validity of their vote
4  counting one person, one vote, and as a result, increase
5  the turnout of voters.  Because in Texas, we have a real
6  problem with low voter turnout.
7        Q.  Is it your understanding that the bill signed
8  into law is even stricter than the version of Senate
9  Bill 14 that was passed by the Senate?
10         MS. HALPERN:  Objection, misstates the
11  evidence.
12        Q.  (By Ms. Westfall) You may answer.
13        A.  The bill that we looked at a few moments ago,
14  that was the filed -- or filed bill?
15        Q.  That was the filed bill.
16        A.  The -- can you show me a copy of the bill as
17  passed?
18        Q.  Bear with me one moment.
19         MS. WESTFALL:  Let's mark this.
20         (Exhibit 30 marked for identification.)
21        A.  What you showed me, Counsel, on Exhibit 29, not
22  to doubt my own general counsel or deputy, but are these
23  substantially the terms of the bill as it passed out of
24  the Senate?  Because then I'm going to compare that to
25  the bill as passed.

210

1        Q.  (By Ms. Westfall) Okay.  Let me see if I can
2  craft a question that will -- I will represent to you
3  that Exhibit Number 29, the summary -- voter ID bill
4  summary substantive provisions represents, I believe, an
5  accurate description of the Senate passed.
6        A.  Thank you.
7        Q.  So comparing that with the Senate -- with the
8  legislature -- with the final signed version, is it fair
9  to say that the bill, as signed into law, was even
10  stricter than the version that passed the Senate?
11         MR. BRISSENDEN:  Objection, form.
12        Q.  (By Ms. Westfall) You may answer.
13         MS. HALPERN:  Take your time.
14        A.  Well, under the Substantive Provisions -- I'm
15  tired -- under the Substantive Provisions, the first six
16  points are the same.
17        Let me go to the Exceptions.  Under
18  Exception Number 2 --
19        Q.  (By Ms. Westfall) Yes.
20        A.  -- a voter who is disabled and has provided a
21  physician certificate of the disability to the registrar
22  and received a registration card marked "Photo ID not
23  required" need only present the registration card on
24  Election Day.
25        The bill as passed, instead of having a

211

1  physician certificate of the disability, asked for an
2  exemption, some written documentation from the Social
3  Security Administration or the Veterans Affairs, as
4  applicable.  So that's a change.
5        On the -- I think that the religious
6  objection to being photographed is the same, but I don't
7  know about the indigent.
8        Q.  Do you believe that that was taken out during
9  the conference committee?
10        A.  Was it?  Okay.  So there would be two changes
11  there.
12        Q.  And turning your attention to the exception for
13  voters age 70 and older --
14        A.  Uh-huh.
15        Q.  -- do you recall that that was not in the
16  signed version of the bill?
17        A.  That's right.  That's right.  It wasn't.  And I
18  had wanted -- I'd wanted that to be in there.
19        Q.  Comparing the two versions, the Senate-passed
20  version versus what was signed into law, would you -- is
21  it fair to say that the bill signed into law was
22  stricter than the bill enacted by the Senate?
23         MR. BRISSENDEN:  Objection, form.
24        Q.  (By Ms. Westfall) You may answer.
25        A.  The bill that we passed out of the Senate had

212

1  several more exemptions.
2        Q.  I believe you testified earlier that the
3  election identification certificate was inserted into
4  the bill during conference committee; is that correct?
5        A.  Yes, I believe that's correct.
6        Q.  Did Mr. Hebert assist you in developing the
7  EIC -- I'll refer to it as the EIC -- the EIC provision?
8         MR.HALPERN:  Objection, lack of
9  foundation.  Assumes facts not in evidence.  Compound.
10        Q.  (By Ms. Westfall) You may answer.
11        A.  I don't remember.  I remember that we briefly
12  discussed creating this document in the conference
13  committee and wanting it to be free to a perspective
14  voter -- to a voter.
15        Q.  Did SB 14, as filed, prohibit DPS from charging
16  a fee for personal IDs issued to persons who affirmed
17  that they did not otherwise have qualifying ID?
18        A.  As filed?
19        Q.  As filed.
20        A.  I don't remember.  You want me to look back and
21  take a look?
22        Q.  I believe you testified earlier about the
23  personal IDs that were available in the filed version.
24        A.  Right.
25        Q.  Do you recall that?

LIEUTENANT GOVERNOR DAVID DEWHURST                          7/29/2014
CONFIDENTIAL TRANSCRIPT

54 (Pages 213 to 216)

---

213

1    A. Yes.
2    Q. And did -- let me ask you another question
3  before you refer back to that exhibit.
4        Was the EIC provision adopted in the
5  conference committee designed to address budgetary or
6  accounting concerns related to the Texas Mobility Fund
7  as it pertained to the personal IDs?
8    A. That's not my intention. The intention was to
9  provide a -- a free identification card.
10   Q. Was the budget for the EICs derived from a
11 different source, other than the Texas Mobility Fund?
12       MS. HALPERN: If you know.
13   A. I don't know.
14   Q. (By Ms. Westfall) Was it your understanding
15 that the personal state ID that was provided for in the
16 Senate, the version of the Senate Bill 14 as filed,
17 could be used for purposes other than voting?
18   A. I remember that it could not be used for
19 driver's license purposes. And I'd have to go back and
20 take a look at the language in the filed version.
21   Q. Okay. Let's --
22   A. What exhibit is that?
23   Q. I believe it's Exhibit --
24   A. Fifteen?
25       MS. FARANSSO: The filed version?

---

214

1        MS. WESTFALL: The filed version.
2  Fifteen?
3        MS. HALPERN: I'm sorry. What's the
4  question pending?
5        MS. WESTFALL: The question is whether the
6  personal state ID that was available, if you didn't have
7  others forms of Senate Bill 14 ID in the filed version,
8  could be used for purposes other than voting.
9    A. Well, on the filed version, I'm looking at
10 Section 63.0101, one and the whole, that talks about "or
11 personal identification card issued to a person by the
12 Department of Public Safety that is not expired," and I
13 -- I don't see the answer to your question.
14   Q. (By Ms. Westfall) Are there any prohibitions on
15 using that personal ID card for uses other than voting?
16   A. I don't see -- if there are, I don't see it in
17 the introduced version of Senate Bill 14.
18   Q. Are you -- have you -- are you familiar with
19 the opinion in the Texas versus Holder case denying
20 judicial preclearance of Senate Bill 14?
21   A. Only to the extent that preclearance was -- was
22 turned down.
23   Q. Do you know when that opinion was issued,
24 roughly?
25   A. 2012.

---

215

1    Q. Was it late August 2012?
2    A. Late August 2012.
3    Q. Did you take any actions in response to that
4  decision?
5    A. I don't know whether or not I was named -- I
6  don't remember whether or not I was named one of the
7  plaintiffs in the case. I don't know.
8    Q. And I'll represent to you that it was the State
9  of Texas that brought the lawsuit --
10   A. Okay.
11   Q. -- and not you. But did you -- did you take
12 any actions in response to the decision?
13   A. Other than talk to the Senators, tell them that
14 this was expected based upon the current makeup of the
15 Department of Justice, and that I felt comfortable -- I
16 felt confident that we would prevail, whether it's in
17 the Fifth Circuit or going all the way to the Supreme
18 Court, since I've never seen any indication in my
19 legislative life of any attempt to suppress votes, but
20 in this particular effort to expand our voter base.
21   Q. And just to be clear for the record, were you
22 testifying about the Department of Justice's decision to
23 deny preclearance, or were you discussing the three-
24 judge court opinion and your reaction to that?
25   A. The decision by the Department of Justice.

---

216

1    Q. Did you have -- are you familiar with the
2  opinion issued by the three-judge court in Texas versus
3  Holder in August 2012?
4    A. Generally.
5    Q. Did you take any actions in response to the
6  decision by the court?
7    A. No.
8    Q. Did you propose any changes to Senate Bill 14?
9    A. No.
10   Q. How many times did the Legislature meet after
11 the decision came down in August 2012?
12   A. How many times did the Legislature meet?
13   Q. Uh-huh.
14   A. We met in regular session in January 2013, and
15 we were in three special sessions during the summer of
16 2013.
17   Q. Were any committee hearings held related to
18 Voter ID during that period?
19   A. No.
20   Q. Did you urge the Senate to convene any hearings
21 related to Voter ID?
22   A. No.
23   Q. Were any interim session committees convened to
24 consider Voter ID?
25   A. I don't remember which -- if we had interim

---

LIEUTENANT GOVERNOR DAVID DEWHURST                          7/29/2014
CONFIDENTIAL TRANSCRIPT

---

217

1  charges on that.  We may have.
2      Q.  And did the 2012 presidential election occur
3  after the court's decision was issued?
4      A.  Yes.
5      Q.  Were there any efforts by the Legislature, you
6  were aware of, to hold hearings, convene a task force,
7  or otherwise examine the administration of the 2012
8  presidential election?
9      A.  No.
10     Q.  Were you aware of any in-person voter --
11     A.  Let's go back.
12     Q.  Certainly.
13     A.  Could you rephrase your question?
14     Q.  Do you not understand the question?
15     A.  I'm not sure what you're getting at.  In other
16  words, what I think you asked is whether or not I
17  convened any committees to look into the 2012
18  presidential election.  What specifically are you
19  asking?
20     Q.  About the administration, how the
21  administration went in the State of Texas.
22     A.  The administration of?
23     Q.  The 2012 election, yes, sir.
24         MS. HALPERN:  Objection, relevance.
25     Q.  (By Ms. Westfall) You may answer.

---

218

1         MR. BRISSENDEN:  Objection, form.
2      A.  I have tasked my staff, we talked to the
3  Attorney General's Office about whether or not there are
4  examples of undue burden by anyone, including
5  minorities, in order to obtain information -- voter IDs
6  and vote, and to the best of my knowledge, there is --
7  has not been a problem in the State of Texas.
8      Q.  (By Ms. Westfall) Okay.  Just to be clear in
9  terms of the time, I want to focus your attention on the
10  time between when the three-judge court issued the
11  ruling in August 2012, to the time when Senate Bill 14
12  went into effect in June 2013.  At that time, is it
13  correct that voter ID was not enforced in the State of
14  Texas?
15     A.  During the time period up until June of 2013?
16     Q.  Yes.
17     A.  That is correct.
18     Q.  Are you aware of any in-person voter
19  impersonation that occurred during the 2012 presidential
20  election in the State of Texas?
21     A.  I testified earlier that we were apprised of
22  multiple cases of in-person fraud in the period leading
23  up to the 2009 and 2011 sessions.  But I'm not aware of
24  any in-person fraud in the 2012 presidential election.
25     Q.  During any election in the State in Texas

---

219

1  between August 2012 and June 2013, are you aware of any
2  in-person voter impersonation that occurred in Texas?
3      A.  No.
4      Q.  As of June 26th or 25th, 2013, did Texas start
5  to enforce Senate Bill 14?
6      A.  Yes.
7      Q.  Has your office played any role in the
8  implementation of Senate Bill 14?
9      A.  Other than to monitor its implementation and
10  the effects on the State, which are continuing interim
11  charges that I have the responsible Senators, the
12  appropriate Senators working on, no.
13     Q.  Is an interim charge in the works presently, or
14  when will this occur?
15     A.  It was -- it was in -- it was included in the
16  interim period between the 2011 session and the 2013
17  session, and it's one of our interim charges that we
18  have at the present time that hasn't been issued yet.
19  It is in the process of being issued for the
20  jurisprudence committee.
21     Q.  And when will that -- is that convening a
22  committee or a charge in the future?
23     A.  No.  It's a study.  It's a study whereby we're
24  looking to see if there are problems, challenges, things
25  we have to address in the implementation of Senate Bill

---

220

1  14.
2      Q.  And when will that get underway?
3      A.  It's either underway or will soon be underway,
4  and with a report due back the end of December.
5      Q.  Will it be examining implementation of Senate
6  Bill 14 in the November election of this year?
7      A.  Yes, as well as collecting information on -- on
8  the November 2013 election, the March 4th primary
9  election, the May 27th run-off election, and the
10  November election.
11     Q.  What information is it gathering for that
12  report?
13     A.  If there -- the implementation of the voting
14  process, if, in fact, there's a smooth effort for people
15  to vote, if there are problems with the obtaining of
16  photo voter ID or other ID so that are we, in fact,
17  achieving our goal of expanding our voter base and
18  making sure that A, this is constitutional, and B, there
19  are no barriers to people voting.
20     Q.  Is that part of the interim charge, determining
21  whether there is an impact by race of voter, or is it
22  voters overall?
23     A.  Voters overall.
24     Q.  Are you aware of any efforts to determine the
25  number of provisional ballots cast for lack of

---

LIEUTENANT GOVERNOR DAVID DEWHURST                              7/29/2014
CONFIDENTIAL TRANSCRIPT

56 (Pages 221 to 224)

221

1  qualifying photo ID under Senate Bill 14?
2      A.  I've asked for that information.  I don't have
3  it.
4          MS. WESTFALL:  Would you mark this?
5          (Exhibit 31 marked for identification.)
6      Q.  (By Ms. Westfall) You've been handed what's
7  been marked as Exhibit 31.
8      A.  Uh-huh.
9      Q.  Do you recognize this document?
10     A.  Is a press release issued by my office on
11  January 26, 2011.
12     Q.  Did you authorize this language of this press
13  release before it was issued?
14     A.  I don't know if I did or not.  I think this one
15  was written by our press secretary, Mike Walz.
16     Q.  Did you see this language and approve of this
17  language before it was issued?
18     A.  I'm not -- I don't remember that I did.  I, in
19  earlier releases, have used the words "eligible voters."
20  So I don't know that I had time to review this or not.
21     Q.  Do you know why this press release refers to
22  ensuring that only U.S. citizens are able to vote in
23  Texas elections?
24     A.  Well, that's what I addressed just a moment ago
25  when I said "eligible voters," by ensuring that only

222

1  eligible voters vote in Texas elections.  I -- I had
2  been -- since -- since all of the voter ID and photo
3  voter bills are a -- are a measure of
4  step-in-the-direction of reducing fraud, building up
5  more confidence in the integrity of the election
6  process, and increasing voter turnout, and they're not a
7  -- as we discussed in some of your exhibits earlier, in
8  every case, a -- a measure to ensure that only U.S.
9  citizens vote, I think I -- I would have used the word
10  "eligible voters" instead of "U.S. citizens."  But this
11  came out of my office, so I obviously have to stand by
12  it.
13     Q.  Thank you, sir.
14         MS. WESTFALL:  Could you mark this?
15         (Exhibit 32 marked for identification.)
16     Q.  (By Ms. Westfall) You've been handed what's
17  been marked as Exhibit 32.  Do you recognize this
18  document?
19     A.  It's a press release from our office.
20     Q.  If you could review this and let me know
21  whether you approved this language before it was
22  included in this release.
23     A.  Yes, I did.
24     Q.  Turning your attention to the -- and what is
25  the date of the release?

223

1      A.  The date on the release is March 12, 2012.
2      Q.  Was that the day when the administrative
3  preclearance of Senate Bill 14 was denied?
4      A.  I believe that's right.
5      Q.  And do you see four paragraphs down, there is a
6  quote about the Voter ID law ensuring every legal
7  citizen can exercise their right to vote?
8      A.  Yes.
9      Q.  Do you know why the release indicates that the
10  voter ID will have that effect?
11     A.  Because it's been our intent that every legal
12  citizen can exercise their right to vote, and that was
13  the intent behind the free election identification card,
14  as well as trying to expedite the issuance of driver's
15  licenses.
16     Q.  And I think earlier today you testified that
17  some forms of the ID in Senate Bill 14 would not
18  necessarily show that the cardholder --
19     A.  That is exactly right.  That is exactly right.
20     Q.  And how is that consistent with this press
21  release?
22     A.  Because you're talking about apples and
23  oranges, Counsel.  You're talking -- you're talking is
24  the glass half full instead of the glass half empty.
25  Earlier we were talking about U.S. citizens, we were

224

1  talking about earlier testimony that not all forms of
2  the identification would prove that someone is an
3  eligible voter and a U.S. citizen.
4          What I'm saying here, and I may have been
5  very quick in writing this, but what I was trying to say
6  is that at least, if you're a legal citizen and an
7  eligible voter, you should be able to vote.  Because,
8  among other things, we're including passports, concealed
9  gun -- handgun licenses, government issued photo
10  driver's license and free identification.  That's where
11  I was coming from.
12     Q.  Okay, thank you.
13         (Exhibit 33 marked for identification.)
14     Q.  (By Ms. Westfall) You've been handed what's
15  been marked Exhibit 33.  Do you recognize this document?
16     A.  No.  But it looks to be like a copy of a
17  newspaper story by the Houston Chronicle.
18     Q.  Do you see that this is -- do you see the date
19  on this article?
20     A.  The article says April 25, 2007.
21     Q.  Would this have pertained to the Senate's
22  consideration of House Bill 218?
23         MR. BRISSENDEN:  Objection, form.
24     Q.  (By Ms. Westfall) You may answer.
25     A.  It may.  I haven't read it yet, but it may

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

57 (Pages 225 to 228)

---

**225**

1  have.  I don't know.
2          MR. HALPERN:  I'm going to direct you to
3  read it before you testify about it.
4          THE WITNESS:  All right.
5      Q.  (By Ms. Westfall) I would direct your attention
6  to the fourth and fifth paragraph.
7          MS. HALPERN:  I'm still going to ask him
8  to read the entire article before he answers any
9  questions about it, Counsel.  It's a newspaper article.
10     Q.  (By Ms. Westfall) Could you let me know when
11 you've had a chance to review this?
12     A.  Certainly.  I've read it.
13     Q.  Do you, where it quotes -- it purports to quote
14 you five paragraphs in, as concerning voter ID, "Why
15 isn't it necessary to prove that you're a U.S. citizen
16 to vote in U.S. elections?"  Do you see that?
17     A.  Yes, I do.
18     Q.  Do you believe it's an accurate quote?
19     A.  I don't know whether it's accurate or not.  I
20 don't know what -- under what circumstances -- if the
21 question was asked and I answered it.  But I'm more
22 focused on proving who you are and having eliminating
23 fraud and having more confidence in the election
24 process.  You know, I've been asked so many times,
25 Counsel, if you have to have a photo -- if you have to

---

**226**

1  have a photo ID to get on a plane, buy Sudafed, check
2  out a library book, why shouldn't you have one to vote,
3  which is so important and affects all of our lives?
4      Q.  So, in other words, you're not sure whether
5  this is an accurate quote?
6      A.  It may be accurate, it may not be accurate.
7  And I don't know whether I was responding to someone
8  that asked me that question:  Why should you have to
9  prove that you're a U.S. citizen?  So I don't know the
10 circumstances.
11     Q.  Thank you, sir.
12         MS. WESTFALL:  Could you mark this?
13         (Exhibit 34 marked for identification.)
14     A.  But let me go back, Counsel.  I'm fine.  I said
15 it within some context, and I believe it.
16     Q.  (By Ms. Westfall) And turning back to -- and
17 you're referring now to Exhibit 33?
18     A.  Yes.
19     Q.  And so you think that this quotation is
20 properly attributable to you:  Why isn't it necessary to
21 prove that you are a U.S. citizen to vote in U.S.
22 elections?
23     A.  Yes.
24     Q.  And how did Voter ID further that purpose of
25 showing that the cardholder was a U.S. citizen?

---

**227**

1      A.  It furthers it -- it furthers it, but it
2  doesn't eliminate the chance of someone who's not a U.S.
3  citizen to be able to vote, because not all of our forms
4  of photo ID require that -- and perhaps unfortunately --
5  that someone be shown to be an eligible voter, a U.S.
6  citizen, as our voter application shows, that they're
7  not a felon, that they're not mentally adjudicated not
8  to be able to vote, and that they live in the county in
9  which they registered to vote.
10     Q.  And why were you focusing on the particular
11 requirement of U.S. citizenship and not other
12 requirements to be eligible to vote in this quotation?
13     A.  Counsel, I have no idea.  This is simply one
14 quote.  I could have been asked this question and I
15 answered back.
16     Q.  And you've been handed what's been marked as
17 Exhibit 34.
18     A.  Uh-huh, yes.
19     Q.  Do you recognize this document?
20     A.  No, but I have in front of me a -- it looks
21 like a blog entitled "Dewhurst is Disappointed Voter ID
22 Measure Failed."
23     Q.  Do you see the date of the blog?
24     A.  Yes.  It says June 1, 2007.
25     Q.  And do you see that you were quoted in

---

**228**

1  Paragraph 2 concerning your disappointment?
2      A.  Yes, I do.
3      Q.  Do you believe that you were accurately quoted
4  in Paragraph 2 about your disappointment concerning the
5  voter ID program and your assertion that there were
6  thousands and thousands of noncitizens voting in Texas?
7          MR. HALPERN:  Objection, no foundation.
8      Q.  (By Ms. Westfall) You may answer.
9      A.  I don't know whether I was quoted accurately or
10 not, but I did provide ample testimony, which I repeated
11 on several occasions, that the testimony before us in
12 the 2009 and 2011 hearings proved this up, and -- and
13 although it's anecdotal, my traveling the state for a
14 period of six years, seven years talking to people who
15 wanted to see a fair voter ID bill passed, and they're
16 sharing with me stories, admittedly anecdotal, persuaded
17 me then and now that we have a number of ineligible
18 people who have voted in Texas.
19     Q.  And how did Voter ID -- I believe you testified
20 earlier, did you not, that Voter ID was intended to
21 require voters to prove their identity at the polls,
22 correct?
23     A.  Right.
24     Q.  And how would it prevent a noncitizen voting in
25 Texas?

LIEUTENANT GOVERNOR DAVID DEWHURST                      7/29/2014
CONFIDENTIAL TRANSCRIPT

58 (Pages 229 to 232)

229

1    A.  Our goal is to have eligible people,
2   obviously.  The goal -- remember, five or six hours ago,
3   we were talking about the goal is to have eligible
4   people vote.  Noncitizens are not eligible people, but
5   our objective is to have people that are eligible,
6   they're U.S. citizens, they -- they're 18 years of age
7   or over, they don't have a mental competency challenge,
8   they're not felons -- I know I'm missing something --
9   and they live in the county in which they are registered
10  to vote.  That's what we would like to see.  And I
11  believe -- and I believe that the evidence shows, in
12  fact, not anecdotal but empirical evidence shows that
13  will increase turnout.  And that's what I want to see.
14  So that -- that was -- that was where I've been coming
15  from.
16        Again, this particular quote, I'm quoted
17  saying I was disappointed we did not get a Voter ID
18  program out of here, and then the quotes are thousands
19  and thousands and thousands.  It doesn't say of
20  noncitizens, it doesn't say of noneligible, it doesn't
21  say -- I mean, I don't know what I said there, so it's
22  not a quote with me using the word "noncitizens."
23    Q.  I see.  Thank you.
24        MS. WESTFALL:  I think we will take a
25  quick break and then switch counsel.

230

1        THE WITNESS:  Okay.
2        MS. HALPERN:  All right.  Let's go off the
3   record and figure out the time, because I think we're
4   going to probably take a little bit longer break.  This
5   may be close enough to an hour.
6        MS. WESTFALL:  Okay.
7        MS. HALPERN:  We'll just call this the
8   hour break.
9        (Recess from 5:22 to 6:00 p.m.)
10       EXAMINATION
11  BY MS. FARANSSO:
12    Q.  Lieutenant Governor, again, I'm Tania Faransso.
13    A.  Tania.
14    Q.  I'm here on behalf of the Texas League of Young
15  Voters Education Fund and Imani Clark.  I won't go over
16  the ground rules that Elizabeth laid for you --
17    A.  Right.
18    Q.  -- earlier today, but I trust that they will
19  remain the same --
20    A.  Yes.
21    Q.  -- for my questioning.
22    A.  Yes.
23    Q.  You testified today, and correct me if I'm
24  wrong, that you wanted to model SB 14 after the Georgia
25  and Indiana laws to make them as close as possible to

231

1   those laws; is that correct?
2    A.  Yes, what I testified was that my
3   recommendation was that, in light of all of the
4   concessions that we had made over the years, to try and
5   pull together a consensus on Voter ID and have a
6   bipartisan bill.  Since that wasn't successful, and
7   since we didn't want all this effort to be wasted, that
8   I recommended that we -- that we try and model a bill
9   after the Indiana bill that had been approved by the
10  U.S. Supreme Court and the Georgia bill that had been
11  precleared by the Department of Justice.  Not to say
12  that it had to be identical, but at least try and model
13  it after those two bills.
14    Q.  Okay.  And you and Ms. Westfall discussed this
15  a bit today, but are you aware that Senate Bill 14 is
16  more restrictive than the Indiana and Georgia photo ID
17  laws?
18    A.  Well, I'm not sure that I agree with your words
19  of more restrictive, but it does not have as many
20  exceptions as the -- the Indiana and the Georgia bills
21  do.
22    Q.  And in addition to not having as many
23  exceptions as the Indiana and Georgia bills, would you
24  also agree that the Indiana and Georgia laws contain --
25  permit more forms of photo ID than Senate Bill 14?

232

1    A.  Yes.
2    Q.  Okay.  Did it concern --
3    A.  However, I never considered that a material
4   difference because, as you heard me testify earlier, we
5   have -- we have tried to identify if there were going to
6   be problems for -- for voters.  We've not been able to
7   identify a problem.  We have now run four different
8   elections under Senate Bill 14, and I'm not aware of a
9   problem where voters are having a hard time having
10  access to photo voter IDs.
11    Q.  So at the time, just to be clear, that Senate
12  Bill 14 was being considered, it did not concern you
13  that Senate Bill 14 permitted fewer forms of photo ID
14  than the Georgia and Indiana laws?
15    A.  No, because what I was focused on is having a
16  bill that was modeled after them, and I left it to
17  Senator Fraser to come up with the structure that --
18  that would provide us a safe harbor, make sure that --
19  that our bill was considered to be constitutional by the
20  U.S. Supreme Court.
21    Q.  Was it your view that Texas needed a voter ID
22  law that was stricter than the Indiana and Georgia laws?
23        MS. HALPERN:  Objection, misstates prior
24  testimony.
25    A.  It wasn't so much as trying -- it wasn't so

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

59 (Pages 233 to 236)

---

233

1   much as trying to model the bill after the Indiana and
2   Georgia bill as it was to go back to what I said earlier
3   repeatedly, and that is to -- to reduce voter fraud,
4   increase the -- the integrity of the election process,
5   and build up more confidence in the voters of Texas that
6   their vote is going to count, it's not going to be
7   offset by someone who's -- who's living in Connecticut
8   and in Texas or a snowbird that's come down or someone
9   from another country that's here.  We want our eligible
10  voters, all eligible voters, to vote.
11      Q.  (By Ms. Faransso)  Do you believe that Senate
12  Bill 14 was the least restrictive option to be able to
13  achieve the goals that you have just discussed?
14          MS. HALPERN:  Objection, calls for a legal
15  conclusion.
16      A.  I think Senate Bill 14 was an acceptable bill
17  modeled after Indiana and Georgia.
18      Q.  (By Ms. Faransso)  Can you imagine sitting here
19  today that a less restrictive version of Senate Bill 14
20  could have achieved the -- the goals that you were
21  hoping to achieve through that legislation?
22          MS. HALPERN:  Objection, relevance.
23  Objection, calls for speculation.
24      A.  I suppose I can sit here and speculate on what
25  I could have done differently in college to improve my

---

234

1   grade point average 1/10th of 1 percent but -- I'm sure
2   there are things which we could have done.  But -- but I
3   charged Senator Fraser, the Senators, with coming
4   together on a fair bill that could be modeled after
5   Indiana and Georgia in general, not necessarily exactly,
6   because the two bills were different, but one which we
7   could feel good about that would not discriminate
8   against anyone and still be upheld as constitutional
9   under the -- by the U.S. Supreme Court.
10      Q.  (By Ms. Faransso)  You also testified today
11  that you -- and again, correct me if I'm wrong or
12  mischaracterizing, but that you were not aware of any
13  data in Indiana and Georgia which have photo ID of
14  people being unable to access the ID they needed under
15  those bills; is that right?
16      A.  That is what I said because that's my
17  understanding.  If I'm not wrong.
18      Q.  Is the lack of reports of people being able to
19  access the IDs they needed in Indiana and Georgia, is
20  that the measure of whether a photo ID bill is lawful?
21      A.  In the Indiana case or the Crawford case, as a
22  layman reading the decision, if the photo voter ID did
23  more for the common good, even if there were a small
24  number of people affected, then that was permissible
25  under the law, if I read it correctly.

---

235

1          So although my goal would have been not to
2   have anyone that was negatively affected or had a hard
3   time getting voter ID, my point is that in Texas, during
4   the pendency of -- of our work on Senate Bill 362 and
5   then Senate Bill 14, there wasn't any data to get.  It
6   didn't exist in a form that I'm aware of how we could
7   get the data and compare.
8          Once -- once we -- on or about January
9   27th, when we got some preliminary information from the
10  -- from -- from one of these sources, in which we -- it
11  was stated that some 678,000 to 844,000 of the -- of the
12  12.6 million registered voters may not have been issued
13  a driver's license or ID by the DPS.  I'm not sure that
14  DPS knew if that was correct, if that many had not
15  received.  I don't know.  That obviously doesn't include
16  those with military ID.  We've got 287,000 active duty
17  military, some of which are Texas residents.  I don't
18  know if that included those numbers.  If you count the
19  spouses, I don't know if it counted those with
20  additional military.  I don't know if it counted those
21  with passports.  So -- so these numbers, I think, when
22  you factor in other elements, are starting to become
23  diminutive, and I think over time are.
24          MS. HALPERN:  Let the record reflect that
25  the -- the Governor was testifying from Exhibit --

---

236

1          MS. FARANSSO:  27, I believe.
2          MS. HALPERN:  -- 27.
3          THE WITNESS:  27.
4          MS. FARANSSO:  Thank you.
5          MS. HALPERN:  Referring to numbers from
6   Exhibit 27.
7          MS. FARANSSO:  Thank you.
8      Q.  (By Ms. Faransso)  Would your view of the
9   impact of the Indiana and Georgia laws on voters in
10  Indiana and Georgia have been different if you knew
11  whether those laws made it more difficult for eligible
12  registered voters to participate in elections?
13          MS. HALPERN:  Objection, vague.
14      A.  The -- the Secretary of State of Indiana, and I
15  believe the Deputy Secretary of State from Georgia, have
16  testified that their photo voter bills did not make it
17  harder for -- for people from Indiana, people from
18  Georgia and minorities to be able to get ID and vote.
19  And that was the testimony that was made.
20          Plus, not to just rely on that, we went
21  out and found a number of studies, I believe three, that
22  had done careful analytic study and come to the same
23  conclusion that states with photo voter ID do not reduce
24  voter turnout.  As a matter of fact, in a number of
25  cases, they increase it.

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

60 (Pages 237 to 240)

237

1    Q.  (By Ms. Faransso)  What was the basis for the
2  testimony by the officials from Indiana and Georgia that
3  their laws had not made it more difficult for eligible
4  registered voters to vote in elections?
5         MR. BRISSENDEN:  Objection, form.
6    A.  Other than -- that's what they said?
7    Q.  (By Ms. Faransso)  Let me -- let me rephrase.
8    A.  Because I'm not following you.
9    Q.  Was the basis for the testimony from the
10  officials from Georgia and Indiana the fact that
11  minority turnout had increased or decreased?
12    A.  All I can report is what I heard, that the
13  election officials from Indiana and Georgia said that
14  the existence of their photo voter IDs did not diminish
15  minority turnout; in fact, most cases, in most areas of
16  their state, increased it --
17    Q.  And I --
18    A.  -- because people felt more confidence --
19    Q.  Thank you.
20    A.  -- that their vote counted.
21    Q.  And just to be clear, though, none of the
22  testimony from officials in Indiana or Georgia looked
23  into the burdens that voters experienced in attempting
24  to vote in those states?
25    A.  Well, by definition, if more people turn out,

238

1  then the burdens are not too difficult for them in fact
2  to meet those burdens and to vote.
3    Q.  Would you agree that it's possible that a
4  person may cast a ballot but in the process of casting a
5  ballot have experienced significant burdens or have
6  experienced burdens in attempting to vote?
7         MR. BRISSENDEN:  Objection, form.
8    A.  That's a hypothetical question.
9    Q.  (By Ms. Faransso)  Did you personally review
10  any analysis of the burdens that voters in Indiana and
11  Georgia experienced in attempting to cast ballots in
12  those states?
13    A.  Well --
14         MR. BRISSENDEN:  Objection, form, assumes
15  facts not in evidence.
16    A.  Well, you're implying that there were
17  significant burdens, and I'm not aware from any of the
18  testimony that there was.
19    Q.  (By Ms. Faransso)  Let's talk a little bit
20  about that minority turnout in Georgia and Indiana that
21  we've been discussing.  You mentioned three studies that
22  were separate and apart from the testimony you received
23  from officials from those states.
24    A.  Right.
25    Q.  What were those studies?

239

1    A.  One was a study by the Heritage Foundation, and
2  two others were by university professors that -- and I
3  can get you the names on those.
4    Q.  And you personally reviewed those studies?
5    A.  Yes.
6    Q.  And as we discussed earlier, the laws in
7  Indiana and Georgia permit more forms of photo ID than
8  Senate Bill 14, correct?
9    A.  Correct.
10    Q.  Do you believe it's a fair comparison to look
11  at the turnout in Georgia and Indiana and -- and
12  extrapolate from those the experiences in those states
13  to Texas, given the differences in the laws that have
14  been passed in Texas and Georgia and Indiana?
15    A.  Yes.
16    Q.  And why is that?
17    A.  Why is it not?  They're substantially similar.
18  They're not exactly similar, but they're substantially
19  similar.
20         Not only that, we've made a real effort in
21  Texas to mitigate any adverse effect; first, by spending
22  $2 million on voter education.  Secondly, by -- by
23  funding some 25 different DPS voter registration vans
24  that -- I'm sorry, strike voter registration -- but 25
25  DPS vans that -- that could go out in the neighborhoods,

240

1  go into rural areas, to facilitate the issuance of the
2  election identification cards.  Plus, we've funded
3  millions of dollars to enlarge DPS driver's license
4  facilities and have them open on Saturdays.
5    Q.  So is it your testimony that Senate Bill 14 is
6  substantially similar to the laws in Georgia and
7  Indiana?
8    A.  Similar, yes.
9    Q.  Substantially similar or similar?
10         MS. HALPERN:  Objection, vague.
11    A.  I think it's similar.
12    Q.  (By Ms. Faransso)  Okay.  Are there other
13  factors that can cause voter turnout to increase or
14  decrease from election to election?
15    A.  Yes.
16    Q.  Are -- what are some of those factors?
17    A.  Popularity of candidates, then current
18  economic condition, are two that quickly come to mind.
19    Q.  And specifically, could there be any reasons to
20  explain increased minority turnout in Georgia and
21  Indiana other than the substance of the photo ID laws in
22  those states?
23         MS. HALPERN:  Objection, calls for
24  speculation.
25    A.  To -- to answer yes, I would have to speculate,

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

241

1    and the only thing I know for sure is what the election
2    officials told me, that -- that, like Texas, voters want
3    to have more confidence that their vote counts.  When
4    they don't have confidence that their vote counts around
5    the country, fewer voters vote.  I've seen that in
6    Texas.  I know from my own experience over six to eight
7    years, traveling the state of Texas, talking in total to
8    thousands of different people who were preoccupied on
9    wanting a Voter ID bill passed so they could feel like
10   their vote counted.  It's very important to people.
11       Q.   (By Ms. Faransso)  You talked today about polls
12   in Texas showing that -- showing Texans' views on photo
13   ID laws.  Which specific polls were you referring to?
14       A.   I believe I mentioned it earlier, but let me
15   repeat.  I said a 2008 Rasmussen poll and two -- two
16   University of Texas polls, one in 2008, one in 2009, is
17   the -- I don't -- that showed -- showed in all three a
18   super majority, meaning over two-thirds.
19       Q.   And did you review the polls or just hear about
20   them?
21       A.   No, I looked at them.
22       Q.   How -- do you know if these polls ensured that
23   respondents came from a representative sample of the
24   population?
25            MR. BRISSENDEN:  Objection, form.

242

1        A.   My understanding, and I have some experience
2    with polling --
3        Q.   (By Ms. Faransso)  Sure.  More than me, I'm
4    sure.
5        A.   Well, it's a difficult area.
6             My understanding is, in all three cases,
7    these were scientifically statistical samples.
8        Q.   Do you know whether the polls ensured that
9    respondents included low income respondents?
10       A.   My understanding is that these were -- were all
11   scientifically statistical where a cross-section of the
12   state was sampled.
13       Q.   If you don't mind, let's take a look at some of
14   the polls I believe you're referring to.
15            (Exhibit 35 marked for identification.)
16       Q.   (By Ms. Faransso)  Does this poll look familiar
17   to you?
18       A.   No.
19       Q.   I can represent to you that this is taken from
20   the University of Texas, Texas Tribune poll.  Is that
21   one of the polls that you were referring to earlier?
22       A.   It is, but I was looking at -- at earlier polls
23   that occurred in the 2008, 2009, 2010 time period.
24       Q.   Okay.  And just for the record, this particular
25   poll is dated February 2011.  Take a look at a 2008 poll

243

1    as well.
2             (Exhibit 36 marked for identification.)
3        Q.   (By Ms. Faransso)  And does that 2008 poll look
4    familiar to you?
5        A.   Yes, it does.
6        Q.   Okay.  And for the record, this also is taken
7    from the University of Texas, Texas Tribune website,
8    that includes the polling data.
9        A.   And I looked at a Rasmussen poll, which is a
10   running average of other polls --
11       Q.   Okay.
12       A.   -- that showed similar numbers.
13       Q.   If you could take a look at -- I believe it's
14   Exhibit 36, the last -- the 2008 poll?
15       A.   Uh-huh.
16       Q.   If you could turn to the very last page of that
17   document.
18       A.   Uh-huh.
19       Q.   And it says -- can you please read that, take a
20   moment to review that?
21       A.   "Broken down by race, support for legislation
22   requiring a photo identification" --
23       Q.   Actually, it's the very last page.  I believe
24   there's a page on the back, and if you could take a
25   moment to just review that.

244

1        A.   "11 percent of respondents answered 'don't
2    know' to this question.  Question asked in two parts.
3    First" --
4             MS. HALPERN:  Slow down.  Slow down.  The
5    reporter has to write that.
6        A.   Excuse me.  "11 percent of respondents answered
7    'don't know' to this question.  Question asked in two
8    parts.  First, respondents were asked whether or not
9    they support a law requiring individuals to be permitted to
10   government-issued photo ID in order to be permitted to
11   vote.  Then, they were asked to gauge their strength of
12   their support or opposition."
13       Q.   (By Ms. Faransso)  Do you recall that this was
14   a question asked in this particular poll?
15       A.   That's the first time I've seen that statement.
16       Q.   Okay.  Does -- is it fair to say that this poll
17   then asked whether respondents would support a law
18   requiring individuals to present a government-issued
19   photo ID in order to be permitted to vote?
20       A.   I can only assume that it does because the
21   similar poll done three years later uses those words.
22       Q.   Right.  And we'll take a look at that in just a
23   moment.
24            Does this -- looking at the 2008 poll that
25   is Exhibit 36, does this question appear to define what

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

62 (Pages 245 to 248)

245

1  a government-issued photo ID is?
2      A.  The statement says what it says by -- by
3  stating that a government-issued ID is required.
4      Q.  And looking at the 2011 poll that you have in
5  front of you, which is Exhibit 35 --
6      A.  It's the same wording.
7      Q.  Same wording, correct?
8      A.  To present a government-issued photo ID.
9      Q.  Thank you.  So this, again, does not define
10 what a government-issued photo ID is?
11     A.  That's right.
12     Q.  So in looking at both of these polls, from
13 February 2011 and July of 2008, neither poll defines or
14 limits the term government-issued photo ID, correct?
15         MS. HALPERN:  Objection, asked and
16 answered.
17         MR. BRISSENDEN:  Objection, form.
18         MS. FARANSSO:  Just trying to confirm for
19 the record.
20     Q.  (By Ms. Faransso)  Correct?
21     A.  You're going to have to ask me again, because
22 I'm -- the voters were asked -- these voters were asked
23 whether or not they were for or against being required
24 to present a government-issued photo ID before they
25 could vote.

246

1      Q.  Okay.
2      A.  And this is showing a super majority across the
3  board of our ethnicity were in favor.
4      Q.  Okay.  And Senate Bill 14 does not include all
5  forms of government-issued photo ID, does it?
6      A.  No, it does not.
7      Q.  There are more government-issued photo IDs than
8  are included in SB 14?
9          MS. HALPERN:  Objection, asked and
10 answered.
11     A.  And I don't mean to be argumentative, Counsel,
12 but I think this is already -- we've already discussed
13 this.  The -- these two polls, and I'm not at all
14 suggesting that they're -- that you should agree with
15 them, but all I'm saying is that, that my experience
16 over the last decade and third-party polling which I've
17 seen all indicate the majority of Texans are in favor of
18 having to present a government-issued photo ID before
19 they're allowed to vote.  And it says "a" government-
20 issued photo ID.  So although there's not specificity in
21 the question as to which one, it's one to be picked out
22 by -- through the process in the legislature.  And we've
23 -- we have four or five that are allowed.
24     Q.  (By Ms. Faransso)  Is it fair to say that
25 there's no way to tell from this poll how a particular

247

1  respondent would interpret a government-issued photo ID?
2      A.  That's humorous.  Of course.  Of course.  A --
3  an individual, I believe, would interpret a
4  government-issued photo ID to be a fair and
5  representative one.  Again, instead of "a"
6  government-issued photo ID in Senate Bill 14, we have
7  five, four or five.
8      Q.  All right.  I'd also like to show you just one
9  additional poll, also from the University of Texas, the
10 Texas Tribune.
11         (Exhibit 37 marked for identification.)
12     Q.  (By Ms. Faransso)  You've been handed what's
13 been marked Exhibit 37.  And this is dated October 2012.
14 And as you see there, it has the same wording as the
15 previous polls, correct?
16     A.  Uh-huh.
17     Q.  If you turn to the very last page, which breaks
18 down the responses by race.
19     A.  Uh-huh.
20     Q.  Do you see that the percentage of respondents
21 that agree with requiring presentation of a
22 government-issued photo ID for the African American
23 population of respondents is 33 percent?
24     A.  I do.
25     Q.  And if you look back at the February 2011 poll,

248

1  which I believe was Exhibit 35?
2      A.  Yes.
3      Q.  And look at the very last page of that
4  particular poll.
5      A.  Yes.
6      Q.  The percentage of African American respondents
7  who believed that voters should be required to present a
8  government-issued photo ID was 63 percent.
9      A.  That is correct.
10     Q.  Does the drop from 63 percent to 33 percent
11 among the African American population surprise you?
12     A.  No.  It's because of the disingenuous
13 disinformation provided by the Department of Justice and
14 the lawsuits that have been filed in Texas.
15     Q.  Could there be any other explanation for the
16 drop in support among the African American population?
17         MS. HALPERN:  Objection, calls for
18 speculation.
19     A.  And the point I was making earlier was that
20 during the time period between 2008, 2009, 2010 and
21 2011, when we were considering Senate Bill 362 and --
22 and Senate Bill 14, that there was across the board
23 widespread super majority support, and that's why I felt
24 that it was important to push for this legislation and
25 we passed it.

LIEUTENANT GOVERNOR DAVID DEWHURST                     7/29/2014
CONFIDENTIAL TRANSCRIPT

249

1    **Notice that -- that the percentage of**
2  **Hispanic voters who agree that a government-issued photo**
3  **ID at the polls should be implemented before they're**
4  **allowed to vote is actually in this poll, in October of**
5  **2012, higher than your White population, your Anglo**
6  **population.**
7      Q.  (By Ms. Faransso)  But these polls do
8   demonstrate that between February 2011 and October 2012,
9   the percentage average of the Black population who
10  supported requirement of a government-issued photo ID in
11  order to vote dropped from 63 to 33 percent, correct?
12      MS. HALPERN:  Objection, asked -- asked
13  and answered.  The document speaks for itself.
14      Counsel, you've got about a half an hour
15  left on the clock and I am advised that Defendants are
16  going to ask some questions, so.
17      MS. FARANSSO:  I'm not worried about
18  timing, so.
19      Let's see.  Let's take look at just one
20  more quick poll and then we'll move on.
21      MS. WESTFALL:  Before we continue with the
22  exam, I just want to assert our position that the time
23  that the State takes to examine the Governor will not
24  count against our seven hours.
25      MS. HALPERN:  No, it will not, and there's

250

1   no question about that.
2       MS. WESTFALL:  Okay.  Thank you.
3       MS. HALPERN:  But you have a total of
4   seven hours, and I would save some time to -- or not,
5   but you're on notice now, and she's repeating questions
6   multiple times.
7       MS. WESTFALL:  We don't necessarily agree
8   with that position you're stating but --
9       MS. HALPERN:  I understand, but that is
10  the position we are stating.
11      MS. FARANSSO:  Can you mark this, please?
12      (Exhibit 38 marked for identification.)
13      Q.  (By Ms. Faransso)  You've been handed what's
14  been marked as Exhibit 38.  Does this poll look familiar
15  to you?
16      **A.  The -- I believe I've seen this poll before.**
17  **I've seen a -- a poll from Lighthouse.**
18      Q.  Do you remember that this poll was referenced
19  during the testimony on the debate of Senate Bill 14?
20      **A.  I believe I remember that.**
21      Q.  If you look at the third page of the document,
22  the Bates number ending in 9047.  The third page, so the
23  front of the second page.
24      **A.  Uh-huh.**
25      Q.  On the very bottom it says, "Photo Voter ID

251

1   Requirement"?
2       **A.  Yes.**
3       Q.  Do see that the question says, "Do you favor or
4   oppose requiring a valid photo ID before a person is
5   allowed to vote"?
6       **A.  Yes.**
7       Q.  This particular poll question does not define
8   or limit the term "valid photo ID," correct?
9       **A.  Correct.**
10      Q.  And you can put that away.  We can move on.
11      **A.  Okay.**
12      Q.  Earlier today I know we discussed EICs,
13  election identification certificates, so bear with me if
14  I ask any questions that seem repetitive.
15      You are familiar with the cost of
16  underlying documentation --
17      **A.  Well, just -- just as my nature, and I**
18  **apologize to Ms. Westfall and to you, but -- but -- but**
19  **that -- what I said today repeatedly:  On third-party**
20  **polling showing that a super majority of Texans are in**
21  **favor of a photo voter ID, whether you ask that a valid**
22  **photo ID or a government-issued photo ID, is what I**
23  **said, and these are representative of what I had said.**
24      Q.  Thank you.
25      **A.  Excuse me.  Go ahead.**

252

1       Q.  So we'll move on to EICs, which we discussed
2   earlier today.  And you are familiar with the underlying
3   documentation required to obtain an EIC, correct?
4       **A.  I believe so.**
5       Q.  And I believe you and Ms. Westfall discussed
6   some of the costs involved in obtaining some of that
7   documentation, right?
8       **A.  Well, I think we discussed, or rather I**
9   **discussed, my testimony reflects that there -- there is**
10  **not a cost in obtaining the -- the election**
11  **identification card from the DPS.  In the past, there**
12  **was a cost to obtain a birth certificate as one example**
13  **of the proof.  And that, through -- through the**
14  **regulatory implementation of Senate Bill 14, as I made**
15  **reference to repeatedly, has been eliminated at some**
16  **cost to the State, from $22 down to either zero -- and**
17  **don't ask me why, why this was done, it sounds very**
18  **strange to me -- zero or up to a $1.80 for the**
19  **Comptroller and another $1.20 for two other agencies.**
20  **$3, so...**
21      Q.  And that reduction in the cost of the birth
22  certificate occurred during the regulatory
23  implementation of the bill following its passage?
24      **A.  That's right.**
25      Q.  Are you aware at the time that Senate Bill 14

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

64 (Pages 253 to 256)

253

1  was passed that 80 -- approximately 80 counties lacked
2  DPS offices in Texas?
3      **A.  I knew that when we passed the bill,**
4  **approximately 80 -- 80 rural counties did not have DPS**
5  **offices.**
6      Q.  And you mentioned earlier some discussions with
7  DPS during the pendency of Senate Bill 14.  I just want
8  to understand a little bit more about what kinds of
9  discussions you had -- your office had with DPS.  Did
10 you discuss the availability of public transit to DPS
11 offices throughout the state of Texas?
12     **A.  I discussed with the DPS the continuing concern**
13 **with crowding in Texas driver's license offices.  And my**
14 **conversations with the -- with the DPS increased after**
15 **my wife spent three hours in line one day.  And after**
16 **several conversations, we have -- we had an agreement to**
17 **expand a number of the facilities, add more people, so**
18 **that people could obtain their driver's license or, as**
19 **envisioned, the election identification card in a short**
20 **time period.**
21     **I also wanted to make sure that we were**
22 **going to be able to reach out to rural counties, the 80**
23 **of which do not represent percentage-wise -- I mean,**
24 **everybody's important, every Texan is very important --**
25 **but percentage-wise, not that many people, but still,**

254

1  how are we going to address these concerns.  And -- and
2  in the 2012 fiscal year, the DPS did not -- did not have
3  the funds to address it.  But in the last year, they
4  have been able to address it through funding we made in
5  2013 on something I wanted, a strong outreach, in
6  addition to $2 million from the Secretary of State's
7  Office on education reform.  And at last count -- I
8  believe there are more today -- but the last count that
9  I made, we had 25 mobile vans that were moving around
10 the state.
11     Q.  And you discussed the mobile vans --
12     A.  Yes.
13     Q.  -- with DPS during the pendency of SB 14?
14     A.  Yes, and after it was passed.
15     Q.  And Senate Bill 14 does not include any
16 provisions with respect to expanding existing DPS
17 facilities or adding mobile units to serve the rural
18 areas, correct?
19     A.  Again, Counsel, it's -- it's normally the norm
20 rather than the exception to implement details through
21 the regulatory agencies that implement.  And the DPS has
22 -- has done what I just shared with you.  And the
23 Department of Health and Human Services has worked with
24 local jurisdictions and has reduced the cost on birth
25 certificates.

255

1      Q.  And forgive me for not being terribly familiar
2  with how executive agencies function and --
3      **A.  It's like Washington.  In other words, it's not**
4  **like -- but more efficient.  It's not like we've got to**
5  **pass a 2,000-page bill and then find out what's in it.**
6  **And it's not like the last three years have been spent**
7  **trying to implement the bill through the regulatory**
8  **agencies.  But there are certain details that we leave**
9  **up to work out with our regulatory agencies.  And I'm**
10 **proud that the -- that the Health and Human Services**
11 **eliminated the cost on birth certificates, because I**
12 **want more people to vote rather than less.  And I'm glad**
13 **that the Department of Public Safety can implement our**
14 **election identification cards for free, because I want**
15 **more people to vote rather than less.**
16     Q.  Thank you.  And my question for you is a simple
17 one.  What would you have done, if DPS was not able to
18 implement the steps that you discussed with them during
19 the pendency of SB 14?
20     MS. HALPERN:  Objection, calls for
21 speculation.  Objection, relevance.  Objection, assumes
22 facts not in evidence.  Objection, and the other ten
23 objections I can think of to what I think is a really
24 bad question, but you can try to answer it.
25     MS. WESTFALL:  Objection to the sidebar.

256

1      THE WITNESS:  Objection sidebar?
2      MS. HALPERN:  She's objecting to my
3  comments.
4      THE WITNESS:  Oh.
5      MS. HALPERN:  It's getting late in the
6  day.
7      **A.  Well, first of all, I don't understand your**
8  **question because we did what I said we were going to do.**
9  **I don't understand your question because the agencies**
10 **did what we asked them in the legislature.  And I**
11 **suppose, if I'm going to speculate if the agencies**
12 **hadn't done what they said we were going to do -- what**
13 **they were going to do, then we would have addressed it**
14 **through additional legislation in 2013.**
15     Q.  (By Ms. Faransso) Did you have any concerns
16 that individuals with low income would face burdens in
17 obtaining an EIC in Texas?
18     **A.  No, Counsel, because the EIC was free, so**
19 **individuals with low incomes -- and that's -- were**
20 **specifically targeted to make it easy for them to get**
21 **identification so they could vote.**
22     Q.  Aside from the cost of underlying documentation
23 to obtain an EIC, were you concerned that low-income
24 individuals would have to pay costs to travel to obtain
25 an EIC?

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

65 (Pages 257 to 260)

---

257

1    A.  No, because that's an individual
2  responsibility.  Our bus system works in -- in most
3  large cities.  Most people have relatives who have
4  driver's license, if they don't have a driver's license
5  and can drive.  But that's an individual responsibility
6  to get to a centrally located location and get your free
7  voter ID so you can vote.
8    Q.  Would you agree that for a voter who lived in a
9  remote area in Texas that did not have a DPS office
10  located in the county, that the farther they have to
11  travel to obtain an EIC, the less likely they are to
12  obtain one?
13         MR. BRISSENDEN:  Objection, form, calls
14  for speculation.
15         MS. HALPERN:  Objection, assumes facts not
16  in evidence.
17    A.  Counsel, I have had many conversations with
18  both Democrat senators and Republican senators about
19  that, and in our rural counties in which there aren't
20  DPS driver's license offices, virtually everyone, not
21  everyone, but virtually everyone has a driver's license
22  because they can't get around without one.  But be that
23  as it may, that's why we have now, at last count, 25
24  mobile vans going around the state to make sure that
25  anyone who wants a -- either a driver's license or an

---

258

1  election identification card can get one.
2    Q.  Do you believe that Senate Bill 14 burdens
3  anybody's right to vote?
4    A.  You're asking me to speculate.  It's almost a
5  hypothetical question.  I am sure somebody somewhere has
6  been burdened.  Now we have to get into the relative
7  analysis of how much they've been burdened.  But again,
8  I haven't heard of complaints.  I haven't heard any
9  concerns in Texas from the four elections that we've run
10  under Senate Bill 14 of people not being able to gain
11  access.  And I haven't heard anything from Ms. Westfall,
12  I haven't heard anything from you, about people that --
13  that are having a problem getting acceptable photo voter
14  ID.  If there are cases, then I'd love to know about it
15  because I want to address it.  I want to make sure
16  everybody has the chance to vote who wants to vote.  I
17  want to see more people vote.
18    Q.  Do you recall during the debate on adding the
19  EIC provision that some senators raised concerns about
20  the burdens associated with obtaining an EIC?
21    A.  They may have, but I don't remember the
22  specific debate.
23         MS. FARANSSO:  Actually, if we could take
24  a brief break for a couple of minutes.
25         (Recess from 6:44 to 6:50 p.m.)

---

259

1    Q.  (By Ms. Faransso)  Are you aware that during
2  the preclearance process the State of Texas reported
3  that around 795,000 registered voters did not possess a
4  driver's license?
5    A.  No, but that would be somewhat consistent with
6  -- with the information that we talked about earlier.
7    Q.  Okay.
8         MS. HALPERN:  Don't write on the exhibits.
9         THE WITNESS:  Oh, don't write on the
10  exhibits?
11         MS. HALPERN:  No.
12         THE WITNESS:  Okay.  Now she tells me.
13    Q.  (By Ms. Faransso)  Sir, are you aware of a
14  number of EICs that have been issued?
15    A.  No.  How many?
16    Q.  Are you aware that as of February 2014, 260
17  EICs were issued?
18    A.  And I've asked staff about this.  I don't know
19  whether it reflects that not many people don't have
20  acceptable photo voter ID or whether we need to
21  publicize this more.  I don't know the answer.
22    Q.  Thank you for your testimony.
23    A.  Thank you.
24         MS. FARANSSO:  Pass the witness.
25         THE WITNESS:  Hi.

---

260

1         MS. KORGAONKAR:  Hi, Mr. Dewhurst.
2              EXAMINATION
3  BY MS. KORGAONKAR:
4    Q.  I'd just like to turn your attention for one
5  minute to Exhibit 14.
6    A.  14.
7    Q.  You looked at it seems like a lifetime ago.
8         MS. HALPERN:  I'll help you find it.
9         THE WITNESS:  Thank you:
10    Q.  (By Ms. Korgaonkar)  And I'd to focus your
11  attention on the page marked TX00087008.
12         MS. HALPERN:  Hold on.  He does not have
13  it yet.
14         MS. KORGAONKAR:  I apologize.
15         MS. HALPERN:  Counsel, which version is
16  this?  The introduced version?
17         MS. KORGAONKAR:  No, it's not SB 14.  It's
18  Exhibit 14.
19         MS. HALPERN:  Right.  And what is it?
20         MS. KORGAONKAR:  It is an e-mail from
21  Mr. Hebert to Janice McCoy dated March 4th.
22         THE WITNESS:  We now have it, Counsel.
23    Q.  (By Ms. Korgaonkar)  Great.  If you could look
24  at the second page of the document.  It's entitled --
25         THE REPORTER:  I'm sorry, I can't hear

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

66 (Pages 261 to 264)

261

¹ you.
² Q. (By Ms. Korgaonkar) If you could just look at
³ the second page of the document which is entitled,
⁴ "Reasons to Support SB 362 As Filed."
⁵ A. Yes.
⁶ Q. I want to draw your attention to item 1.
⁷ A. Yes.
⁸ Q. The second sentence in it. "There is less
⁹ chance of disenfranchising elderly, poor or minority
¹⁰ voters." And earlier when Ms. Westfall asked you about
¹¹ that sentence, you disagreed with the premise; is that
¹² right?
¹³ A. That is correct.
¹⁴ Q. Okay. And is it fair to say that you would
¹⁵ similarly reject such a premise as construed towards SB
¹⁶ 14?
¹⁷ A. Yes.
¹⁸ Q. Put differently: Do you believe that minority
¹⁹ voters are disproportionately disenfranchised by SB 14?
²⁰ **A. Now let's go back. Whoa, whoa. I think -- I**
²¹ **think you're -- either I'm misunderstanding you 180**
²² **percent or you're misunderstanding me. What I thought**
²³ **you just got through saying was that -- that did I**
²⁴ **disagree with this statement, "There's less chance of**
²⁵ **disenfranchising." Okay. All right. I think -- I**

262

¹ **think this is the same confusion that I may have put**
² **myself into when I was visiting with Ms. Westfall.**
³ **First of all, I don't believe that either bill, Senate**
⁴ **Bill 362 or Senate Bill 14, disenfranchises elderly,**
⁵ **poor or minority voters. I don't believe that. And I**
⁶ **don't believe that for all -- and I repeated it so many**
⁷ **times, if I say it one more time, Ms. Westfall is likely**
⁸ **to throw something at me. All right. She's got it**
⁹ **memorized what I'm going to say. So I don't believe**
¹⁰ **that either -- either of these two bills, including**
¹¹ **Senate Bill 14, disenfranchises elderly, poor or**
¹² **minority voters. The reason I say that is because,**
¹³ **again, and I'm repeating, but we've had four elections**
¹⁴ **under Senate Bill 14, and I'm not aware of -- of**
¹⁵ **complaints about difficulty or lack of appropriate photo**
¹⁶ **voter ID that voters have tried to obtain but couldn't.**
¹⁷ **And as a matter of fact, to make my point, the last**
¹⁸ **question by counsel, by your cocounsel, was that only**
¹⁹ **200 -- 250 election identification certificates have**
²⁰ **been issued by the DPS. That's -- that surprises**
²¹ **me. I'm hoping it means that everyone has acceptable**
²² **ID. If not, then we need to continue the publicity of**
²³ **this to make sure that people take -- take access.**
²⁴ Q. Understood. And thank you for your
²⁵ clarification.

263

¹      If it were proven that minority voters are
² disproportionately disenfranchised by SB 14, would that
³ be problematic in your view?
⁴      MR. BRISSENDEN: Objection, form, facts
⁵ not in evidence -- assuming facts not in --
⁶      A. You're asking a hypothetical question.
⁷      MR. BRISSENDEN: -- evidence.
⁸      **A. There's -- there's no evidence -- there's no**
⁹ **evidence that they are. It was not my intention, nor is**
¹⁰ **it ever to disenfranchise anyone. I've said it so many**
¹¹ **times, I hope you heard me. But my objective is to**
¹² **increase voter turnout by everyone. So if, in fact,**
¹³ **there was some detail, which I don't think Senate Bill**
¹⁴ **14 could disenfranchise elderly, poor or minority with**
¹⁵ **the safeguards that we have in the bill, but if there**
¹⁶ **was some element that we need to discuss, then -- then**
¹⁷ **I -- I for one would be quite willing to do that.**
¹⁸      Q. (By Ms. Korgaonkar) I appreciate that. And
¹⁹ the question was a little bit different.
²⁰      **A. Sure.**
²¹      Q. The question was instead, and I'll try to
²² rephrase it: If it were shown that voters of color are
²³ disproportionately lacking any of the forms of ID
²⁴ required by SB 14, in your opinion would that be
²⁵ problematic?

264

¹      MR. BRISSENDEN: Same objection.
²      **A. Well, Counsel, you're not asking the full**
³ **question, because I have to object to that question. If**
⁴ **people of color, to use your words, are**
⁵ **disproportionately lacking acceptable photo voter ID and**
⁶ **it's an undue burden for them to get that, which I**
⁷ **think is a reasonable second part of that question, then**
⁸ **I would be willing to discuss some way that we can make**
⁹ **it easier.**
¹⁰      Q. (By Ms. Korgaonkar) Is it fair to say that if
¹¹ those two parts were present, to you, in your opinion,
¹² that would be a problem?
¹³      MR. BRISSENDEN: Same objection.
¹⁴      **A. If people --**
¹⁵      MS. HALPERN: Objection, calls for
¹⁶ speculation.
¹⁷      **A. If people of color are disproportionately**
¹⁸ **lacking an acceptable photo voter ID and, for some**
¹⁹ **reason completely unknown to me, apparently to you, but**
²⁰ **you're using your hypothetical example, and I'm very**
²¹ **reluctant to even discuss a hypothetical question, then**
²² **this would be something that would merit some attention**
²³ **and a fix on our part.**
²⁴      Q. (By Ms. Korgaonkar) Thank you, I appreciate
²⁵ that.

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

67 (Pages 265 to 268)

265

1  MS. KORGAONKAR:  Could we take a quick
2  break?
3  (Recess at 6:58 p.m. to 7:01 p.m.)
4  MS. KORGAONKAR:  We're passing the
5  witness.
6  EXAMINATION
7  BY MR. SCOTT:
8  Q.  Governor, if I could have a few questions, a
9  little bit of your time.  Earlier in your deposition,
10  you said something about you don't recall any specific
11  debate amongst the Democrats or the Senators about some
12  issues, but let's take away the floor debates and let's
13  ask you a more simple question.  During the course of
14  consideration and prior to the passage of SB 14, were --
15  did you have any communication with any Democrats or
16  folks that ultimately were opposed to SB 14?
17  A.  Well, since the first day that we considered
18  voter -- Voter ID in the bill that came over from the
19  House in 2000 --
20  Q.  '09, 362?
21  A.  No, no, no, bear with me just for a moment.  In
22  2005 --
23  Q.  Okay.
24  A.  -- House Bill 218?
25  Is that right?  218 came over --

266

1  MS. HALPERN:  I can't help you.  2007.
2  THE WITNESS:  2007, all right.
3  A.  Ever since the first -- all right, excuse me.
4  Excuse me.  Ever since before the 2007 session in which
5  I knew there was going to be a push in the House and one
6  in the Senate to consider a Voter ID bill, I started
7  multiple conversations with the then 11 Democrat
8  senators in the Senate and -- and worked with them on
9  trying to come up with a compromise bill.  And that was
10  the genesis for a number of the nonphoto IDs that were
11  included, the exception that we included even in Senate
12  Bill 17, which we -- excuse me, Senate Bill 14, which we
13  passed out of the Senate in 2011, with an exception for
14  seniors over 70 years old.
15  Q.  (By Mr. Scott)  What senators -- what
16  Democratic senators do you recall visiting with prior
17  to that SB --
18  A.  I visited with virtually every one of them,
19  every one of them, from Senator Van de Putte, Senator
20  then Shapleigh, Senator Hinojosa, Senator Uresti,
21  Senator Whitmire, Senator Gallegos, Senator Lucio, et
22  cetera.  And -- and I continued negotiating with them on
23  a compromise bill, in good faith, in 2006, before the
24  2007 session, during -- during the regular session in
25  2007 when the House took up and passed their voter ID

267

1  bill, House Bill 218, and sent it to us.  And I worked
2  with them in the latter part of the session as our
3  Committee on State Affairs considered the bill, passed
4  it out of State Affairs, and it went to the Floor.  I
5  was optimistic that we would be able to -- to work
6  something out.
7  The Democrats that I spoke to, in essence,
8  realized that they were on the wrong side of their
9  voters.  In fact, several of them used that word, "We're
10  -- I know we're -- we're upside-down on our voters, but
11  this is an issue that will get us a primary opponent if
12  we go along with it."  They knew me.  They know me.  And
13  they knew that my goal was to increase overall voter
14  turnout, because this has been a -- a concern of mine
15  since I first came into the Legislature.
16  Q.  Did -- did any of your communications with any
17  of the senators prior to the passage of SB 14 allay any
18  fears you had with regard to perhaps any kind of adverse
19  impact of the passage of SB 14 on any specific minority
20  group?
21  A.  The Democrat senators that I spoke with and --
22  and if you go all the way to 2011, that -- that number
23  that -- we added one more Democrat senator in the
24  Senate, that was Senator Wendy Davis, and I don't recall
25  I spoke to her about voter ID, but I did speak to the

268

1  other senators.  Their -- their comments to me were much
2  more measured, much -- much more open than what they
3  said on the Floor.
4  Q.  Well, in what way?
5  MS. WESTFALL:  Objection.  Mr. Scott, have
6  these unnamed senators asserted legislative privilege in
7  this matter?
8  MS. HALPERN:  I don't know.
9  MR. SCOTT:  I guess we could put it under
10  -- it's up to you, if you want to assert the legislative
11  privilege for them, I mean, I guess.
12  MS. WESTFALL:  No, I'm not sure whether
13  the Governor can testify about privileged conversations.
14  I'm asking you whether this examination is
15  appropriate --
16  MS. HALPERN:  Somebody --
17  MS. WESTFALL:  -- based on the --
18  MS. HALPERN:  Somebody has to make the
19  objection, Counsel.  There's nobody here to do that.  If
20  I do make it, then it's going to be under seal just like
21  all his other testimony that you'll be using, so.
22  MR. SCOTT:  And from our perspective, we
23  have siloed off where there is a separate group of
24  folks.
25  MR. BRISSENDEN:  Aren't we under seal?

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

68  (Pages 269 to 272)

---

269

1    Aren't we under seal?
2              MR. SCOTT:  Are we under seal?
3         MS. HALPERN:  No, it's not.  It's question
4    by question.
5              MR. SCOTT:  I don't know.
6         MS. WESTFALL:  I'm just -- I'm not -- the
7    position has been taken in previous depositions is that
8    one -- in the case of previous depositions, a senator
9    cannot testify about conversations with another senator
10   because, unless it was known that that senator had
11   waived legislative privilege, and I'm not sure whether
12   that is -- I wanted to raise that issue and make an
13   objection on the record --
14             MR. SCOTT:  Sure.
15        MS. WESTFALL:  -- to your examination to
16   that extent.
17             MR. SCOTT:  Okay.
18   Q.  (By Mr. Scott)  And so can you answer, if you
19   can, Senator -- I mean -- let me reask the question.  I
20   don't know if I even finished the question.
21        So let's -- let's deal with a couple of
22   different parts.  So specifically, let's take individual
23   senators that you recall speaking to prior to the
24   passage of SB 14.  So specifically, do you recall the
25   names of any of the specific senators that you spoke

---

270

1    with prior to passage of SB 14 about these discussions
2    that you heretofore described in your testimony?
3         A.  Well, some of the conversations took place
4    during the 2009 session and the discussion of Senate
5    Bill 362, but they -- and some took place during the
6    interim leading up to the 2011 session where we took up
7    Senate Bill 14.  But I had numerous conversations with
8    Senator Eddie Lucio.  I had numerous conversations with
9    Senator John Whitmire.  I had numerous conversations
10   with Senator Elliot Shapleigh before he stepped down
11   from the Senate.  I had numerous conversations with
12   Senator West that I can remember.  About the fact that
13   they were upside-down as far as their voters were
14   concerned, and why don't we work together.
15        A number of them, I can remember, even
16   with Elliott Shapleigh, trying to negotiate with him
17   what -- what exceptions we needed.  He focused on
18   elderly voters needing an exception.
19        In the case of Senator Mario Gallegos, who
20   I talked to repeatedly, he focused on his grandmother in
21   wanting to have an exception for elderly people also.
22        On the case of John Whitmire, Senator
23   Whitmire, he was not as optimistic that anything could
24   be worked out on a consensus basis because it would
25   probably, in his words, generate a primary opponent for

---

271

1    him.  So I understood that.  I understood that.
2         But -- but and I don't know if -- if the
3    three opposing counsel will understand this, but at
4    least in Texas, it's such a different state from
5    Washington, that I consider all these Democrat senators
6    friends of mine, and that's why I'm glad you asserted
7    privilege and I'm glad this is confidential, because I
8    really don't want to hurt anyone.  And -- but none of
9    them voted for any of our bills.  But I -- I went out
10   on a limb and told the Republican caucus in -- I believe it
11   was the 2009 session, that I was optimistic we could
12   work out a consensus, and was I wrong.  I could not work
13   it out.
14   Q.  But nevertheless, the SB 14, it sounds like,
15   incorporated some of those discussions and negotiations
16   you had with some of these Democrats who ended up voting
17   against the bill; is that correct?
18        A.  Some of the provisions in Senate Bill 14 were
19   parts of the concessions, the compromises that -- that
20   we had discussed with Senator Fraser in order to bring
21   on Democrats on board in Senate Bill 362, and some of
22   those were retained in Senate Bill 14.
23   Q.  Now, there is a procedure in the Texas Senate
24   today and there was one back during the consideration of
25   SB 14 and SB 362 where a senator had the right to add

---

272

1    written comments to the record, the official record,
2    after the debate and after the passage of the bill; is
3    that correct?
4         A.  Well, that's true, but it's true for all
5    senators.  In other words, senators have the right to --
6    to notify the Secretary of the Senate within a short
7    period of time after adjournment to change their vote,
8    as long as it doesn't change the outcome of a particular
9    bill.  And they have the right to submit written
10   comments.
11   Q.  How does one look at the record and know
12   whether someone has submitted those before or after a
13   vote is taken, either way?
14        A.  Well, let me -- let me see if I can answer you
15   this way.  What was the -- what was the exhibit number
16   on the -- on the Senate Journal?
17             MS. FARANSSO:  For SB 14?
18             THE WITNESS:  For 362.
19             MS. FARANSSO:  12.
20             THE WITNESS:  Did we see a proceedings?
21   Okay.  Well, it may be here in 2011.  I remember being
22   present.
23             MS. HALPERN:  It's the transcript, not the
24   journal.
25             THE WITNESS:  The transcript.  But that's

---

LIEUTENANT GOVERNOR DAVID DEWHURST                     7/29/2014
CONFIDENTIAL TRANSCRIPT

69 (Pages 273 to 276)

---

273

1  on 2011.
2      A.  I remember -- I remember in 2009 being shocked,
3  and I believe the same thing happened in 2011, but I
4  remember that -- that upon passing Senate Bill 362 out
5  of the Senate in the 2009 session, staff brought me a
6  copy of the journal as amended by comments from a number
7  of Democrat senators a day or two later, and quite
8  frankly, I was disappointed.  "Hurt my feelings" was too
9  strong, but I was disappointed in the -- in the tone and
10  the words that were used by some of the senators.
11      Q.  (By Mr. Scott)  Did you -- were you ever able
12  to determine why they would have submitted it after the
13  debate and after the vote on SB 362?
14      A.   Sure.  This is all for the Department of
15  Justice.  Of course!  That's why they were submitting
16  them.  They didn't have the -- they didn't have the --
17  the -- let me stop there.  They -- they chose not to say
18  it on the Floor of the Senate where we would have
19  responded to them, but they put it in letters and
20  submitted it into the journal.  I mean, it's not
21  different from in -- in -- in a letter that Senator
22  Laticia Van de Putte wrote in either 2009 or 2011 to
23  Senator Robert Duncan on the Committee of the Whole
24  objecting to what she felt was a short time line between
25  Thursday and a Monday afternoon hearing.  She copied the

---

274

1  Department of Justice in Washington.  So this was all
2  orchestrated.  It's well known among all the Republicans
3  and the Democrats, because I talked to them about it,
4  that during these proceedings, they all had third-party
5  prepared notes.  It was all scripted.  Everything was
6  scripted by their lawyers on what they said.
7      Q.  So do you have an opinion as to whether they
8  were planning a lawsuit all along in consideration of
9  362 and SB 14?
10         MS. WESTFALL:  Objection, calls for
11  speculation.
12      Q.  (By Mr. Scott)  You may answer.
13      A.  They were certainly preparing their legal
14  defense against an action by the Texas Senate.
15      Q.  Let's go back to the comments that are placed,
16  the written comments by the senators that were placed
17  into a journal.  Do you recall whether there were
18  written comments placed into the journal after the
19  debate of -- and passage of SB 14?
20      A.  I don't remember.  I could find out in couple
21  of minutes, but I don't remember.  I know that I was --
22  I think they just end on the amendments.
23      Q.  Is there something -- how is it that you would
24  be able to look at those to determine whether they were
25  added after the fact?

---

275

1      A.  If you --
2         (Document handed to witness by
3  Ms. Halpern.)
4         THE WITNESS:  No, it would come after --
5  it would come after --
6         MS. HALPERN:  I think Counsel stated for
7  the record that was an excerpt of the journal and not
8  the whole thing, so.
9         THE WITNESS:  Yes.  Yes.
10         It would come at the end of the -- the
11  comments would come at the end of the session during the
12  process for adjournment.
13      Q.  (By Mr. Scott)  And that would signify they
14  were taken -- the comments were submitted after the
15  passage of SB 14?
16      A.  Yes, if they were taken -- if they were not
17  contained in the body of the debate.  And you can easily
18  -- sometimes, and I've seen them handled differently
19  by -- by the Secretary of the Senate's office, sometimes
20  they're included before the adjournment, but they're --
21  but they're turned in afterwards.  If -- if they are
22  comments relating to the debate but they're not in the
23  section of the journal during the debate, then they're
24  turned in after the session and asked to be printed in
25  the journal.

---

276

1         MR. SCOTT:  Governor, thank you for your
2  service to the state.
3         And I'll pass the witness.
4         MS. WESTFALL:  We'll go confer.
5         MS. HALPERN:  Okay.
6         (Recess from 7:18 to 7:23 p.m.)
7         MS. WESTFALL.  We have no further
8  questions.  Thank you very much for your service and
9  your time today.
10         THE WITNESS:  Well, thank you, thank you
11  very much.
12         (Deposition concluded at 7:23 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

---

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

70 (Pages 277 to 280)

**277**

1 CHANGES AND SIGNATURE
2    RE: VEASEY, ET AL. VS. PERRY, ET AL.
3 PAGE LINE CHANGE        REASON
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20    I, LIEUTENANT GOVERNOR DAVID DEWHURST, have read
21 the foregoing deposition and hereby affix my signature
22 that same is true and correct, except as noted above.
23
24    _____
25    LIEUTENANT GOVERNOR DAVID DEWHURST

**278**

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF TEXAS
2       CORPUS CHRISTI DIVISION
3 MARC VEASEY, et al.,    )
                          )
4    Plaintiff,    )
                   )
5 VS.              ) CIVIL ACTION NUMBER:
                   ) 2:13-CV-193 (NGR)
6 RICK PERRY, et al.,    )
                        )
7    Defendants.    )
  _____)
                             )
8 UNITED STATES OF AMERICA,    )
                              )
10    Plaintiff,    )
                   )
  VS.              ) CIVIL ACTION NUMBER:
11 TEXAS LEAGUE OF YOUNG VOTERS ) 2:13-CV-263 (NGR)
12 EDUCATION FUND, et al.,    )
                            )
13    Plaintiff-Intervenors,    )
                              )
14 TEXAS ASSOCIATION OF HISPANIC )
   COUNTY JUDGES AND COUNTY     )
15 COMMISSIONERS, et al.,    )
                           )
14    Plaintiff-Intervenors,    )
                              )
17 VS.              )
                   )
18 STATE OF TEXAS, et al.,    )
                            )
18    Defendants.    )
  _____)
                             )
20 TEXAS STATE CONFERENCE OF    )
21 NAACP BRANCHES, et al.,    )
                           )
22    Plaintiffs,    )
                    ) CIVIL ACTION NUMBER:
23 VS.              ) 2:13-CV-291(NGR)
24 NANDITA BERRY, et al.,    )
                           )
25    Defendants.    )

**279**

1 BELINDA ORTIZ, et al.,    )
                          )
2    Plaintiffs,    )
                   )
3 VS.              ) CIVIL ACTION NUMBER:
                   ) 2:13-CV-348(NGR)
4 STATE OF TEXAS, et al.,    )
                           )
5    Defendants.    )
  _____)
6
        REPORTER'S CERTIFICATION
7         DEPOSITION OF
        LIEUTENANT GOVERNOR DAVID DEWHURST
8          JULY 29, 2014
9    I, Chris Carpenter, Certified Shorthand Reporter in
10 and for the State of Texas, hereby certify to the
11 following:
12    That the witness, LIEUTENANT GOVERNOR DAVID
13 DEWHURST, was duly sworn by the officer and that the
14 transcript of the oral deposition is a true record of
15 the testimony given by the witness;
16    That the deposition transcript was submitted on the
17 _____ day of _____, 2014, to the witness or to the
18 attorney for the witness for examination, signature and
19 return to _____,
20 by _____, 2014, and if returned,
21 the original transcript will forwarded to Elizabeth
22 Westfall, the custodial attorney;
23    That the amount of time used by each party at the
24 deposition is as follows:
25    Ms. Westfall:  5 hours, 55 minutes

**280**

1    Ms. Faransso:  41 minutes
     Ms. Korgaonkar:  7 minutes
2    Mr. Scott:  17 minutes
3    I further certify that I am neither counsel for,
4 related to, nor employed by any of the parties or
5 attorneys in the action in which this proceeding was
6 taken, and further that I am not financially or
7 otherwise interested in the outcome of the action.
8    Certified to by me this 30th of July, 2014.
9
10
11    _____
   Chris Carpenter, Texas CSR 1151
   Expiration Date:  12/31/2014
12   701 Brazos, Suite 380
   Austin, TX  78701
   (512)292-4249
14
15 Firm Registration No. 344
16
...
25

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

1

**A**

**$1.20** 252:19
**$1.80** 252:18
**$2** 139:18 239:22
   254:6
**$22** 103:9 252:16
**$3** 252:20
**a.m** 2:17 54:16 62:19
   89:13,13
**abandoning** 160:4
**abilities** 28:23
**ability** 13:8 26:19
**able** 10:23 28:3,5,21
   32:4 35:9 76:3,23
   98:21 100:20
   105:14 118:17
   130:3 133:22
   137:22 138:4 139:8
   149:8 169:10
   173:16 174:15
   175:5 177:1 201:1
   221:22 224:7 227:3
   227:8 232:6 233:12
   234:18 236:18
   253:22 254:4
   255:17 258:10
   267:5 273:11
   274:24
**abortion** 111:10
**above-styled** 2:16
**absent** 41:21,23
**absentee** 163:7,11,14
   163:22,24 164:1,3
**absolute** 126:21
**absolutely** 147:12
   172:3
**accept** 172:21
**acceptable** 11:21
   67:6 98:22 100:13
   127:17 164:11,23
   182:23 233:16
   258:13 259:20
   262:21 264:5,18
**accepting** 157:17
**access** 98:21 100:10

100:21 134:3
137:22 184:4
195:15 232:10
234:14,19 258:11
262:23
**accessible** 169:17
**accessing** 193:5
**accommodations**
   137:21
**accomplish** 40:20
   43:21,24 84:4
**accomplished** 80:4
**accomplishments**
   25:14,18,19,20,25
**accounting** 213:6
**accurate** 30:2 36:10
   36:14 93:17 160:22
   160:23 210:5
   225:18,19 226:5,6,6
**accurately** 228:3,9
**achieve** 233:13,21
**achieved** 24:18
   233:20
**achieving** 220:17
**act** 53:3 75:9,14 76:5
   143:14,18,21
   165:22 166:9,24
   171:18
**acting** 26:12
**action** 1:5,10,22 2:3
   8:10 14:20 17:24
   18:12 51:23 71:22
   95:3 274:14 278:5
   278:10,22 279:3
   280:5,7
**actions** 215:3,12
   216:5
**activated** 29:21
**active** 235:16
**actual** 182:25 192:6
   205:22
**Adam** 180:6
**add** 94:25 157:13
   253:17 271:25
**added** 88:14,18

194:25 267:23
274:25
**adding** 88:13 254:17
   258:18
**addition** 17:13 28:23
   31:4 110:25 118:4
   119:25 125:20
   231:22 254:6
**additional** 36:5 39:22
   137:13 235:20
   247:9 256:14
**address** 57:9,17,21
   73:17 77:23 119:9
   121:18 125:18
   132:9 153:25 213:5
   219:25 254:1,3,4
   258:15
**addressed** 58:3,11
   63:19 72:3 77:25
   78:13 159:12
   181:11 221:24
   256:13
**addresses** 41:6
**addressing** 58:1,14
   115:20
**adequate** 158:25
   159:3
**adjournment** 272:7
   275:12,20
**adjudicated** 125:9
   227:7
**adjustments** 76:20
**administration** 52:21
   97:20 211:3 217:7
   217:20,21,22
**administrative** 11:18
   139:4 223:2
**admit** 159:8
**admittedly** 228:16
**adopt** 79:24 108:16
   108:20 155:10
**adopted** 81:9 84:11
   85:5 108:18,21
   155:11 203:19
   213:4

**adopts** 80:1,9
**advancing** 52:12
**adverse** 191:9 239:21
   267:18
**advice** 21:11,14
   22:11 23:24 24:4,6
   24:9 57:23 98:24
   129:10
**advisable** 76:18
   183:12
**advise** 68:23 151:19
**advised** 31:24 54:25
   76:17 82:15,16
   118:14 138:20
   161:8 184:22
   185:24 249:15
**advocate** 28:6 93:1
**advocating** 92:19
   94:1,6,10,12,18
**Affairs** 23:15,22
   31:15,16 41:12,16
   41:25 42:3 89:17
   115:1 211:3 267:3,4
**affect** 13:8
**affidavit** 72:14
   119:18 121:16
   165:12
**affirmed** 212:16
**affix** 277:21
**afforded** 112:21
**afraid** 35:18 180:2
**African** 25:22 55:21
   112:17 173:7
   175:22 176:7 179:9
   187:18,22 193:14
   193:17 247:22
   248:6,11,16
**African-American**
   154:16 160:11
**afternoon** 16:19
   147:3 273:25
**age** 121:13 135:8
   211:13 229:6
**agencies** 102:11,18
   102:21,22,25 104:2

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

2

104:15 138:12,18
138:18,20,25 139:4
139:12 185:9
189:20 192:19
197:20 205:25
252:19 254:21
255:2,8,9 256:9,11
agency 198:21
  202:16
ago 9:22,23 12:3
  24:24 35:18 44:12
  44:14 69:3 86:10
  117:9 120:17 122:9
  123:5 134:13 138:9
  209:13 221:24
  229:2 260:7
agree 11:9,20 53:4
  80:2 96:20 97:7,13
  98:13 99:15,21
  101:21 112:13
  118:20 121:11
  122:21 142:12
  146:18,20 147:1,6
  151:25 154:14
  171:7 183:14
  205:12 208:8
  231:18,24 238:3
  246:14 247:21
  249:2 250:7 257:8
agreeable 136:4
agreed 70:19 139:13
  139:17
agreement 28:15
  126:18 253:16
ahead 11:2,13 13:4
  61:12 109:12
  144:15 152:4 174:7
  178:20,21 251:25
AID 4:16
aimed 77:20
al 1:3,6,12,15,18,21
  1:24 2:1,4 3:9 277:2
  277:2 278:3,6,12,15
  278:18,21,24 279:1
  279:4

alien 123:8
aligned 203:9
allay 267:17
allayed 144:6
allegation 49:10
allegations 56:19
alleged 182:21
Allison 4:1 9:10,10
allocate 10:10
allow 62:13 98:7 99:3
  124:21 126:5
  199:25
allowances 10:13
allowed 35:11 50:12
  51:4 62:23 71:20
  118:16,22 122:11
  199:11 200:6
  202:10 203:15
  246:19,23 249:4
  251:5
allows 163:22 200:12
alluded 70:3
alternative 142:11
amend 41:15
amended 42:2 273:6
amending 80:22
amendment 111:11
  153:12 157:14
  197:19,19,22 198:7
  199:2,10,15,20,25
  200:4,6,15 201:23
  202:2,9,10,14,20,22
  202:23 203:4,8,12
  203:14,19 204:15
  204:21,25 205:1,8
amendments 35:11
  91:21 156:9 157:1,4
  157:17 196:4,7,8,13
  197:16 199:1,3
  206:7,14 274:22
America 1:8 3:4 53:3
  278:8
American 9:4 25:22
  55:22 112:17 173:8
  175:22 176:7 179:9

187:18,22 193:14
193:17 247:22
248:6,11,16
amount 26:13 76:2
  92:13 279:23
ample 228:10
analysis 74:22 77:13
  98:23 99:15 129:5
  134:5,8,11,14
  185:21 188:1 191:6
  194:3 238:10 258:7
analysts 23:11
analytic 236:22
and/or 28:13 64:9
  102:11 118:22
  126:24
anecdotal 228:13,16
  229:12
anecdotally 66:5
Anglo 13:23 25:21
  55:22 112:17
  154:16 160:11
  173:8 249:5
Ann 182:9 184:19
answer 10:19,20,21
  11:2,3 12:4,12,17
  12:24 13:4 18:2,8
  21:16 26:10 27:21
  32:10 40:3,12 41:19
  42:10,12,24 43:12
  46:22 47:23,25 50:8
  50:24 56:3 57:16
  59:3 63:9 69:20
  71:7 73:10 74:8,10
  75:1 79:16 82:2
  84:23 86:16 87:19
  94:9 96:25 98:11
  100:6 101:8 107:15
  115:16 121:9
  127:21 131:19
  132:4 133:3 134:20
  135:12 136:25
  137:2,16 144:15
  145:4,21 146:13
  148:21 154:23

156:5,16,23 159:23
163:1,19 169:19
176:19,21 177:16
177:17 178:15
179:2 181:4,10
183:19,20 186:5
191:25 198:13
200:3 201:19
202:15 204:12
206:24 209:12
210:12 211:24
212:10 214:13
217:25 224:24
228:8 240:25
255:24 259:21
269:18 272:14
274:12
answered 32:19
  41:18 47:24 71:6
  79:15 103:23
  130:12 132:3
  136:16 147:19
  154:22 162:25
  176:22 191:24
  225:21 227:15
  244:1,6 245:16
  246:10 249:13
answering 11:4 23:6
  43:13 202:1
answers 12:18 225:8
anticipate 49:20 50:1
  76:13
anticipated 29:5
  48:20 146:9,21
  193:12
antigroping 110:23
anybody 42:13
anybody's 258:3
anymore 94:17
anytime 64:16,17
apart 87:21 171:9,10
  238:22
apologies 197:9
apologize 146:17
  208:25 251:18

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

3

260:14
**apparent** 184:3
**apparently** 157:15
   264:19
**appeal** 27:13,15,16
   172:5
**appealed** 27:14
**appear** 14:15 244:25
**Appearances** 5:2
**appeared** 71:14 72:9
   77:21 164:6
**appearing** 4:13,16
**appears** 55:9 117:4
**apples** 223:22
**applicable** 211:4
**applicant** 167:2
   168:14 169:6
**application** 121:2
   123:25 125:6 227:6
**applications** 194:20
**apply** 193:1 204:4
   205:16
**appoint** 29:23
**appointed** 29:25
**appointing** 27:2,6
**appreciate** 195:5
   196:19 204:19
   263:18 264:24
**apprised** 218:21
**approach** 58:18,25
   128:9 148:22
**appropriate** 11:2
   44:3 59:25 164:7
   183:2 219:12
   262:15 268:15
**appropriated** 195:21
**appropriation**
   138:23 194:22
**appropriations**
   195:22,24
**approval** 90:13
**approve** 79:1 221:16
**approved** 61:2,15
   62:6 70:20 95:13
   126:23 171:14

172:4,8 176:10
199:5 206:14
222:21 231:9
**approximately** 20:19
   187:11 253:1,4
**April** 6:23 38:22 70:7
   106:14 224:20
**area** 78:12 90:12
   101:11 118:16
   144:4 193:15 242:5
   257:9
**areas** 24:8 31:5 40:25
   169:13 195:2
   237:15 240:1
   254:18
**arguably** 200:21
   207:16 208:9,16,16
**argues** 101:17
**argument** 86:22
**argumentative**
   246:11
**Arizona** 19:4 142:16
**arms** 135:22
**arrive** 23:4
**arrived** 189:24
**article** 6:10,23,24
   93:22 158:6 224:19
   224:20 225:8,9
**Arts** 19:10
**AS-Filed** 6:1
**aside** 79:23 132:15
   133:17 141:25
   142:19 194:3
   256:22
**asked** 15:3 22:21
   40:6 41:17 43:10,12
   57:10,10,11 71:5
   79:14 83:23 97:10
   125:4 129:12,13
   132:2 134:6 152:21
   154:22 161:3
   162:24 176:23
   178:1 181:7 184:25
   191:23 211:1
   217:16 221:2

225:21,24 226:8
227:14 244:2,7,8,11
244:14,17 245:15
245:22,22 246:9
249:12,12 256:10
259:18 261:10
275:24
**asking** 22:8 29:19
   40:17,19 43:9 64:15
   67:9 68:5,5,7 71:25
   74:14 81:2 100:9
   113:24 115:7
   144:18,22 156:19
   156:25 177:11
   183:13 199:14
   202:1,2,4 217:19
   258:4 263:6 264:2
   268:14
**asks** 175:18 176:4
**aspect** 60:23 121:6
**assert** 249:22 268:10
**asserted** 268:6 271:6
**asserting** 10:14
**assertion** 228:5
**assessment** 97:8
   101:21 208:9
**assigned** 23:12,14
   31:18 34:17 139:23
**assist** 212:6
**Assistant** 3:12
**associated** 104:10
   258:20
**ASSOCIATION**
   1:14 278:14
**assume** 121:14,15
   185:6,7 244:20
**assumes** 50:6 86:15
   94:8,13 100:7
   159:24 186:3,10
   201:9,17 212:9
   238:14 255:21
   257:15
**assuming** 157:3
   263:5
**assumption** 189:13

**attached** 2:23
**attachment** 6:13,16
   6:19 207:12
**attachments** 5:25
   6:12 95:6,13 162:10
   162:15
**attempt** 40:21 105:12
   160:7 215:19
**attempted** 57:21
   134:5
**attempting** 237:23
   238:6,11
**attempts** 69:5 129:18
   182:21
**attend** 147:23
**attended** 19:12 81:13
**attention** 33:11 39:5
   62:15 67:4 83:19
   90:2,20 101:12,23
   116:9,17 120:13
   175:15 177:10,11
   177:19 191:2 195:6
   200:4 201:23 202:8
   202:21 203:12
   204:15,25 211:12
   218:9 222:24 225:5
   260:4,11 261:6
   264:22
**attest** 120:15
**attorney** 2:20 3:12,12
   3:17,22 9:8,13,15
   9:17 17:8,12,17
   18:7 20:25 218:3
   279:18,22
**attorney-client** 23:7
   96:3,8,13 129:7
   130:23 170:25
**attorneys** 280:5
**attributable** 226:20
**attributed** 93:14,15
**audience** 208:15
**audit** 5:17 53:12,24
   54:4,6
**August** 215:1,2 216:3
   216:11 218:11

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

4

219:1
**Austin** 2:21 3:13,18
  3:23 280:13
**authoritative** 177:3
**authorities** 164:12
**authority** 86:5,13
  139:4,4
**authorize** 203:15
  221:12
**availability** 163:6,11
  163:13 164:2
  253:10
**available** 24:12 128:4
  183:21 184:11,14
  212:23 214:6
**Avenue** 3:7 4:5
**average** 192:14 234:1
  243:10 249:9
**avoiding** 157:21
**awarded** 19:5
**aware** 29:11 32:2
  45:25 64:11,18,20
  65:10,22 67:25
  69:12,17 74:22
  77:13 81:22 82:6
  83:17 84:18,24
  98:19 100:18 103:5
  103:7 117:5 119:23
  122:6 131:9 134:2,4
  134:8,11,14 143:7
  143:12 161:4,6
  171:8 179:16 184:4
  184:18,23 185:2
  188:8 197:25 198:4
  199:21 200:11
  202:25 205:7 217:6
  217:10 218:18,23
  219:1 220:24
  231:15 232:8
  234:12 235:6
  238:17 252:25
  259:1,13,16 262:14
**awareness** 131:15
**Ayes** 174:21

_____

**B**

_____

**B** 39:21 205:17
  220:18
**Bachelor** 19:10
**back** 10:20 31:2 34:9
  36:7,9 38:10,25
  41:7,20 60:5,14
  67:4,10,12 69:12
  87:5 89:10,14 90:21
  96:14 97:6,22
  105:12 109:14,16
  125:3 129:4 130:4
  136:14,20,22
  139:19 142:4
  157:13 160:6
  164:24 177:10,11
  180:24,25 191:2
  195:6 198:25
  212:20 213:3,19
  217:11 220:4
  226:14,16 227:15
  233:2 243:24
  247:25 261:20
  271:24 274:15
**background** 19:1,2
**backwards** 49:11
**bad** 78:11,11,11
  255:24
**balance** 11:16
**balanced** 153:12
**ball** 44:3
**ballot** 56:19 71:16,18
  72:15,18,21 73:1,7
  73:22,24 74:4,6,15
  74:19,20 163:21
  164:10,12,15,22
  165:2,11,14 238:4,5
**balloting** 73:16
**ballots** 58:16 66:13
  71:20 73:6,13,18,20
  77:24 163:7,7,11,12
  163:14,14,22,24
  164:1,3 165:7,16
  220:25 238:11
**barriers** 220:19
**Barrios** 142:21 143:7

**base** 69:22 215:20
  220:17
**based** 11:1 55:16
  71:9,25 128:8
  131:12 134:12
  179:11 181:1,10
  183:20 189:9
  191:10,12 193:13
  193:18 194:22
  215:14 268:17
**basis** 28:9,14 34:20
  34:24 96:8 144:17
  155:2 160:15
  171:11 237:1,9
  270:24
**Bates** 250:22
**Battle** 21:3
**bear** 123:19 209:18
  251:13 265:21
**beg** 171:19
**beginning** 35:7 56:4
  80:23 81:6 82:21,25
**behalf** 9:14 230:14
**belief** 36:9 171:11
  189:18
**believe** 11:11 15:12
  16:4 25:17,23,24
  36:13 37:21 40:21
  41:6 51:6 55:12,16
  57:23 60:3 67:17,22
  67:24 71:17 72:13
  72:22 73:3 78:2,9
  78:11 79:5 80:2
  93:17,19,21 97:7
  98:2 99:22 102:21
  104:9 107:1 108:19
  114:23 118:24,24
  125:20 126:4 130:1
  131:4 136:2 139:21
  141:11 143:24
  149:16,17 150:7,25
  152:16,16 153:10
  159:4,7 160:19
  163:13 165:24
  166:2 168:12 171:6

173:12 176:15
  177:7 178:20,22
  180:13,15 181:1
  182:2 187:6 189:9
  189:12 190:4,16
  191:13,18 193:6,8
  194:1,7 195:2
  198:19 208:7,19
  210:4 211:8 212:2,5
  212:22 213:23
  223:4 225:18
  226:15 228:3,19
  229:11,11 233:11
  236:1,15,21 239:10
  241:14 242:14
  243:13,23 247:3
  248:1 250:16,20
  252:4,5 254:8 258:2
  261:18 262:3,5,6,9
  271:10 273:3
**believed** 51:2 97:23
  152:15 155:1 248:7
**BELINDA** 2:1 279:1
**benefit** 10:24
**bent** 49:11
**BERRY** 1:24 278:24
**best** 22:10 34:14
  152:5,12,17 154:20
  158:25 218:6
**better** 81:4 108:2
  152:19 153:24
**biggest** 193:23
**bill** 6:5 13:14,15
  24:15,21,23,25 25:2
  25:3 28:22 30:25,25
  31:18 34:3,3,8,15
  34:18 36:15 37:8,8
  37:9,10,14,15,20
  38:1,17,21 39:2,19
  40:1,4,9,13,19,21
  41:5,9,12,23 42:7
  42:18,21 43:6,18,19
  43:20,22,24 44:1,3
  44:7,10,17,24 45:4
  46:9 47:1,2,4,9 48:4

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

5

48:7,20,21 49:8,17
49:20 50:2,11,14
51:9,16,23 52:6,11
54:24 55:4,10,12,13
57:22 58:3,7,9,11
58:13,19 59:1,15,18
59:21 60:9,13,15,16
60:19,23,25 61:4,6
61:6,7,10,14,15,22
61:24 62:4,5,6,12
62:22 63:3,6,21,22
66:14,18,24 67:6
68:2,17,20,21,24,25
69:11,14,17,22,23
70:1,10,18 71:2,8,9
71:9,13,19,24 72:8
73:2,4,7,14 74:1,5
74:17,23 75:21,23
76:4,16,19,20 77:17
77:18,19 78:14 79:6
79:13,17 81:25 82:9
82:13,14 84:6,7
90:22 91:1,4,15,18
91:25 92:1,2,8,11
92:14 94:11 95:19
96:1,15 97:5,24
98:3 99:12,23,23
100:25 101:4,5,18
101:18 102:16
103:2,25 104:1,5,14
104:15,18,21,21,25
105:8,17,25 106:7
106:12,22,24 107:6
107:8 109:5 110:23
111:8,9,9,11,14
112:6,8,13,20 113:1
113:6,11,11 114:1,8
114:18,18,21,22
115:5,9,11,17,18,23
115:23 116:8,14
117:1,6,10,11,12,13
121:4,5 122:12,16
122:24 123:11
124:20,21,25 125:1
125:2 126:5,23,24

127:1,3,10,15,22
128:9,21 129:14,24
130:2 132:24 133:7
133:8,8,9,12,12,12
133:14,25 134:10
134:18,25 135:8,23
136:4,9,12 137:12
137:21 138:6
139:19,20,23,23
140:3,3,5,9,10,14
140:15 142:8,8
143:13,18,20 146:8
146:21,24,25 147:3
147:8,8,14,25 148:4
148:10,17 149:3,9
149:13,19 150:10
150:15 152:22,23
153:5,11,11,15
154:5,9 156:7,11
157:11,19,22 159:5
160:13 161:12,13
161:13,15,18
163:21,23 164:5,13
164:24 165:15
166:2 167:2,3,5,7,7
167:9,17,18,25
168:13,16 169:1,5
170:20,23 171:3,12
171:15,17,20 172:1
172:24 173:3,5,10
173:13,17 174:14
174:16,18 175:21
176:6,6,10 179:14
179:18,23,24
180:14 181:16,24
182:10 183:16
184:12,13 186:1,14
186:23 187:4
189:14 190:6 191:3
191:8,8,14 192:24
192:24 195:8,18
196:3,14,15,18
197:16 203:7,8
205:12,15,23 206:7
206:17,20 207:15

207:16 208:6,9,24
209:7,9,13,14,15,16
209:23,25 210:3,9
210:25 211:16,21
211:22,25 212:4
213:16 214:7,17,20
216:8 218:11 219:5
219:8,25 220:6
221:1 223:3,17
224:22 228:15
231:6,8,9,10,15,25
232:8,12,13,16,19
233:1,2,12,16,16,19
233:20 234:4,20
235:4,5 239:8 240:5
241:9 246:4 247:6
248:21,22 250:19
252:14,23,25 253:3
253:7 254:15 255:5
255:7 258:2,10
262:3,4,4,11,14
263:13,15 265:18
265:24 266:6,9,12
266:12,23 267:1,1,3
270:5,7 271:17,18
271:21,22 272:2,9
273:4
**bill's** 183:15
**bills** 5:13 22:3,7,12
23:17,19,20,21,21
25:25 26:24 30:23
30:25 31:10,12,14
32:17 33:8,18,24
34:20 35:3,5,14,22
36:11 41:15 42:1
51:15 60:6 61:12,17
68:6,12 89:15 91:22
99:3 102:18 106:21
107:20,22 110:18
110:20 112:24
113:3 115:1 125:18
136:12 140:20
142:9 148:12
149:13,21,25 150:9
150:11 151:23

160:5,6 161:22
205:22 222:3
231:13,20,23 234:6
234:15 236:16
262:10 271:9
**bipartisan** 112:13
155:2 231:6
**birth** 101:25 102:5
103:6,17 135:4
138:14 190:25
197:22 198:18
252:12,21 254:24
255:11
**bit** 18:25 41:8 52:20
54:10 104:7 135:5
139:15 180:24
196:3 230:4 231:15
238:19 253:8
263:19 265:9
**Black** 180:1 249:9
**Blaine** 21:14 22:1
60:10 170:9
**blanche** 121:11
**blocker** 109:5 161:12
**blog** 227:21,23
**bloodbath** 158:22
159:5,7,10
**board** 58:1 69:8
72:18,24 165:13
246:3 248:22
271:21
**Bob** 161:12
**bodies** 88:7
**body** 275:17
**bogus** 86:23
**bold** 93:23
**book** 226:2
**border** 152:7,14
153:19
**bottom** 90:5 116:9
118:7 158:10,13
174:20 175:18,25
176:1,2 206:9
250:25
**bound** 134:22

**box** 3:13,18,23 56:20
**Branches** 1:21 4:12
  9:4 278:21
**Brazos** 280:12
**break** 13:1,2 54:15
  88:23 89:2,10 116:1
  124:15,19 162:3
  196:22 229:25
  230:4,8 258:24
  265:2
**breakdown** 187:17
  192:10
**breaks** 247:17
**Brennan** 179:25
  180:6,9
**brief** 116:2 258:24
**briefed** 189:1,13,25
**briefly** 18:25 127:25
  127:25 212:11
**bring** 18:22 44:16
  48:4 60:8 130:4
  147:25 149:9
  150:15 159:14
  164:15 271:20
**bringing** 159:16
**Brissenden** 3:10 9:12
  9:13 42:5 56:2
  64:14 68:3 73:9
  74:7 98:10 100:4,14
  121:8 148:20
  176:18 177:15
  182:17 183:6
  204:11 210:11
  211:23 218:1
  224:23 237:5 238:7
  238:14 241:25
  245:17 257:13
  263:4,7 264:1,13
  268:25
**broader** 43:15
**broke** 125:4
**Broken** 243:21
**Brooke** 3:20 9:15
  14:4 16:24
**brooke.paup@oag....**

3:24
**brother** 65:18,20
**brought** 28:13 47:2
  148:25 215:9 273:5
**Bruce** 21:25
**Brunson** 21:14 22:1
  60:10 162:19 170:9
**Bryan** 6:18 18:9
  20:24 21:5 22:16,18
  22:25 23:14 60:9
  67:17 68:23 95:10
  162:19 170:8
  185:23 206:15,20
**budget** 152:6,14
  153:12,18 213:10
**budgetary** 213:5
**build** 233:5
**building** 222:4
**bullet** 123:20
**Bullock** 161:12
**burden** 182:21
  183:22,23 203:21
  218:4 264:6
**burdened** 258:6,7
**burdens** 163:4,8,15
  165:20 178:2 181:8
  237:23 238:1,2,5,6
  238:10,17 256:16
  258:2,20
**burdensome** 165:22
  166:4,9,24
**bus** 257:2
**business** 16:5 44:16
  44:25 45:1,13 46:8
  47:3 48:4,12 153:7
  157:8
**busy** 150:6 188:16
**buy** 226:1

---
**C**
**C** 3:3
**calculate** 130:13
**calendar** 106:19
**call** 6:6,8 29:20 47:12
  48:3 49:13 108:7
  109:6 148:24

149:18 151:1,18
  190:21 230:7
**called** 49:6
**calls** 26:9 40:11
  69:18 76:9,11 86:17
  87:18 92:4 96:23
  101:6 115:15 133:1
  135:10 141:13
  156:3,14,21 163:17
  178:13,25 181:5
  183:18 198:11
  233:14,23 240:23
  248:17 255:20
  257:13 264:15
  274:10
**campaign** 25:11
**candidates** 240:17
**capacitated** 124:2
**capacity** 144:18
**caption** 93:23
**card** 72:10 102:6
  122:25 124:7
  138:15 139:11
  167:20 185:5 186:2
  186:16 193:2
  198:15 203:16
  205:18 210:22,23
  213:9 214:11,15
  223:13 252:11
  253:19 258:1
**cardholder** 122:12
  223:18 226:25
**cards** 116:22 123:7
  190:24 194:21
  240:2 255:14
**care** 142:10
**careful** 236:22
**carefully** 127:24
  145:23 161:10
  177:8
**Carpenter** 2:18
  279:9 280:11
**carried** 193:15 199:4
  199:4 205:24
**carry** 80:15 112:5

**carrying** 43:17,19
  115:6 206:12
**carte** 121:11
**carve-out** 160:21
**carved** 90:13
**case** 10:19 29:2,7
  48:4 70:21 76:24
  78:12 79:22 92:12
  117:4 118:20 136:5
  140:8 186:12
  214:19 215:7 222:8
  234:21,21 269:8
  270:19,22
**cases** 109:4 121:25
  147:20 161:11
  218:22 236:25
  237:15 242:6
  258:14
**cast** 71:16,21 73:22
  220:25 238:4,11
**casting** 238:4
**categorically** 98:17
**categories** 17:9,10
  40:24 174:20
**category** 57:3
**caucus** 271:10
**cause** 2:17 240:13
**caused** 34:23 50:18
  55:24
**caution** 23:5 43:8
**Center** 179:25 180:6
  180:9
**centrally** 257:6
**certain** 24:1 121:17
  121:18 125:19
  154:7 196:4 206:2
  255:8
**certainly** 21:19 28:2
  33:13,13,13 34:2
  39:5 40:8 44:19
  58:6 59:7 70:18
  79:4 85:11 92:25
  98:13 135:21
  142:23 146:3 147:1
  150:24,24 167:7,13

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

7

179:3,5,19 207:2
217:12 225:12
274:13
**certificate** 5:7 101:25
102:5 103:6,17
116:24 135:2,4
167:22 168:7,10
197:22 198:18
204:2 210:21 211:1
212:3 252:12,22
**certificates** 138:14
190:25 251:13
254:25 255:11
262:19
**CERTIFICATION**
279:6
**Certified** 279:9 280:8
**certify** 279:10 280:3
**cetera** 120:23 153:19
176:13 266:22
**Chain** 6:12,13,16
**chair** 26:20 29:23,24
29:25 92:10 114:25
185:13
**challenge** 172:13,17
229:7
**challenges** 50:14
219:24
**chance** 33:14,25 34:8
37:1 39:15,16 62:21
83:25 87:2 95:23
96:17 97:8,13 98:8
98:15 127:24
152:19 155:1,21
158:18 162:11
177:24 188:15
207:9 225:11 227:2
258:16 261:9,24
**change** 73:20 84:24
85:23 87:15 88:1
105:24 111:4,6,7
115:2 158:22
159:11,15,17 211:4
272:7,8 277:3
**changed** 73:12,20

80:13 91:4 123:9
160:16 163:23,25
166:17 194:24
**changes** 5:6 28:12
68:24,24 69:14 73:7
73:17 75:19 80:18
82:12 86:24 151:15
157:14 171:3
211:10 216:8 277:1
**changing** 52:19 80:19
111:10
**characteristics**
125:15
**characterize** 60:12
**characterized** 206:20
**charge** 89:6,7 198:2
198:22 204:2
219:13,22 220:20
**charged** 234:3
**charges** 198:18 217:1
219:11,17
**charging** 197:20
212:15
**check** 31:3 36:7
226:1
**checking** 180:20
**chief** 3:21 21:23,25
22:7,7 60:9,10
**choice** 42:14
**chooses** 30:10 86:25
**chose** 203:11 273:17
**Chris** 2:18 279:9
280:11
**CHRISTI** 1:2 278:2
**Chronicle** 6:23,24
224:17
**chub** 107:8
**chubbed** 106:20
**chubbing** 126:14
**Circuit** 215:17
**circulate** 98:23 196:3
**circulated** 95:14 96:9
**circumstances** 29:10
34:23 55:24 225:20
226:10

**cities** 110:22 257:3
**citizen** 120:1,19
121:17 122:7 223:7
223:12 224:3,6
225:15 226:9,21,25
227:3,6
**citizens** 61:20 66:4
123:2,2 221:22
222:9,10 223:25
229:6
**citizenship** 116:24
167:21 168:15,19
168:23 169:2
227:11
**civil** 1:5,10,22 2:3,22
3:6 14:20 278:5,10
278:22 279:3
**claim** 172:12,19
**claimed** 49:4 51:2
**clarification** 12:24
81:19 201:25
262:25
**clarify** 120:3 131:3
184:8
**clarity** 81:11
**Clark** 4:3 8:16,19
230:15
**classes** 94:19 100:16
175:21
**Clay** 3:11
**clear** 11:5,6 12:22
45:4 58:3 91:13
108:17 167:24
215:21 218:8
232:11 237:21
**cleared** 125:1
**clearly** 113:1 193:19
**client** 18:8 96:10
**clock** 249:15
**close** 61:1 155:5
188:18 201:8 230:5
230:25
**closed** 80:2
**closed-caucus** 81:13
**closely** 203:9

**coaching** 82:5
**cocounsel** 262:18
**code** 41:16 42:2
73:19 75:19
**collaborative** 67:16
**collecting** 220:7
**college** 19:3 200:23
200:24 233:25
**colleges** 200:22
**color** 263:22 264:4
264:17
**combat** 166:10
**come** 10:20 56:14
87:13,16 89:10
112:20 113:20
125:23 129:4 132:8
135:8 145:18 146:1
146:4 232:17 233:8
236:22 240:18
266:9 275:4,5,10,11
**comes** 92:9
**comfortable** 215:15
**coming** 177:3 184:16
224:11 229:14
234:3
**comment** 97:18
**comments** 82:5 256:3
268:1 272:1,10
273:6 274:15,16,18
275:11,14,22
**commissioner** 19:19
19:22
**commissioners** 1:15
203:15 278:15
**commit** 40:25 41:2
**commitment** 65:11
**committed** 65:2
**committee** 5:13 6:15
22:13,13 23:16,23
24:14 26:20,24 29:3
29:9,12,13,20,21,23
30:1,4,6,8,10,12,13
30:16,18,21,22 31:4
31:18,19 32:5,8,12
32:14,15,17 33:8,18

LIEUTENANT GOVERNOR DAVID DEWHURST                                    7/29/2014
CONFIDENTIAL TRANSCRIPT

8

34:4,11,13,17 35:12
35:15,23 36:2,4,11
41:13,16 42:3 53:12
53:25 54:4 66:21
80:20,24 81:10,20
84:9 85:9 89:16,18
90:22 91:2,5,15,18
91:22 92:1,2,9,10
92:17 104:17 115:3
147:21,24 148:6
149:2,8 150:1,4,15
157:4,12 170:19
173:9,13,22,23,24
174:17,19 175:11
175:15 185:14
211:9 212:4,13
213:5 216:17
219:20,22 267:3
273:23
**committees** 23:12,13
27:2,7 31:5,9,9,16
31:20,23 32:1
216:23 217:17
**common** 30:14 47:10
48:2 51:9,16 125:15
135:23 148:22
234:23
**commonly** 125:20
**communicate** 15:19
114:8
**communicated**
102:21 127:5
192:17
**communication** 16:6
16:8 265:15
**communications**
130:23 267:16
**community** 200:22
200:23
**compare** 165:13
209:24 235:7
**compared** 32:8
159:14
**comparing** 121:1
182:14 210:7

211:19
**comparison** 190:8
239:10
**competency** 229:7
**complaints** 258:8
262:15
**complete** 20:15
113:24 123:20
130:19 152:5,13
154:20
**completed** 14:24
**completely** 12:6
264:19
**Complex** 3:17
**compliance** 143:13
143:18,21 162:22
165:25
**comply** 111:7 163:15
**component** 57:22
**composition** 181:18
193:8,10
**compound** 100:5,8
132:2 212:9
**compression** 147:18
**compromise** 266:9
266:23
**compromises** 271:19
**Comptroller** 252:19
**con** 29:16
**concealed** 224:8
**concentrate** 152:6,13
**concern** 50:25 57:24
137:9 198:20 232:2
232:12 253:12
267:14
**concerned** 41:4 56:6
56:10 57:25 164:1
171:21 256:23
270:14
**concerning** 27:19
42:21 57:5 65:23
68:19 74:23 101:24
110:18 178:8
225:14 228:1,4
**concerns** 50:13,18

63:18,23 64:1,3
86:11 104:20,25
105:9 143:13,16,19
144:1,4,6,9 154:4,8
154:9 164:1 170:22
171:4 191:7 213:6
254:1 256:15 258:9
258:19
**concessions** 231:4
271:19
**conclude** 55:24
**concluded** 276:12
**conclusion** 26:9
107:23 163:18
181:6 189:5 233:15
236:23
**condition** 240:18
**conduct** 129:22 134:6
194:5
**conducted** 15:7 74:23
77:14 81:22 82:7
178:2 181:8
**confer** 10:9 276:4
**conferees** 27:7
**conference** 1:20 4:12
9:3,5 27:7 151:1
168:8,9 211:9 212:4
212:12 213:5
278:20
**confidence** 62:7 69:6
79:19 122:20 209:1
209:3 222:5 225:23
233:5 237:18 241:3
241:4
**confident** 215:16
**confidential** 2:12
11:10,14,16,17,20
24:3 94:25 95:2
141:2 143:4 145:14
150:21 155:20
162:8 170:1 207:7
271:7
**confirm** 118:3 164:19
245:18
**confirmed** 196:15

**conflict** 86:12,19
**confused** 81:1,3
139:15
**confusing** 46:15
139:14
**confusion** 262:1
**Congratulations**
208:11
**Congress** 153:13
**Connecticut** 233:7
**consensus** 28:22
231:5 270:24
271:12
**conservatives** 57:1
**consider** 24:3 30:7
34:19,24 76:18 99:7
108:12 128:13
146:22 149:2
157:14 184:15
216:24 266:6 271:5
**consideration** 6:5
69:13 80:24 85:7
91:19 92:1,8,11,13
104:18 114:7
117:16 131:25
140:9 146:8,16,21
147:7 148:16
149:12,14,22 154:4
155:12 157:6,18
167:2 170:20
171:17 173:10,17
181:16,24 185:25
186:14,23 190:6
191:3 195:8 197:15
224:22 265:14
271:24 274:8
**considerations** 24:17
**considered** 36:6
80:25 81:10 91:22
147:14 149:22,25
150:10 169:6 232:3
232:12,19 265:17
267:3
**considering** 47:6
88:12 146:24

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

9

184:12,15 248:21
**considers** 30:9 147:2
**consistent** 24:11,17
   182:19 223:20
   259:5
**consistently** 56:7
**Constance** 4:1 9:10
**constantly** 28:10
**Constitution** 26:17
   27:24 108:5 127:7
   172:13,17
**constitutional** 61:11
   61:19 76:1 111:11
   113:2 117:14
   128:10 136:11
   172:4 220:18
   232:19 234:8
**constitutionality**
   171:20,22
**constitutionally**
   148:14
**construed** 261:15
**consult** 67:21,23
**consulted** 67:20
   115:8
**consulting** 44:21
**contacted** 56:12
**contain** 231:24
**contained** 58:9 74:12
   188:21 275:17
**contains** 199:22
**contemplates** 147:2
**contemplating**
   144:25
**content** 151:7,25
**contents** 143:22
**contested** 147:7,14
**context** 86:13 206:25
   226:15
**continue** 25:23
   249:21 262:22
**continued** 55:16
   56:21 114:6,6
   266:22
**continues** 39:11

**continuing** 28:14
   193:4 219:10
   253:12
**contrary** 49:4 51:2
   99:2,4 147:11,12
**controversial** 35:5
**controversy** 49:9
**convene** 30:3,3
   216:20 217:6
**convened** 29:18,19
   32:6 216:23 217:17
**convening** 219:21
**conversation** 18:4
   43:20 52:18 63:11
   69:4 102:20 117:24
   154:11 200:19
**conversations** 18:9
   43:10,11,14 47:8
   52:4,5 59:13 60:15
   61:8,9 64:23 66:2
   97:3 126:11,15
   129:16 153:22
   154:1 176:25
   195:10,17 253:14
   253:16 257:17
   266:7 268:13 269:9
   270:3,7,8,9,11
**convey** 156:13 196:6
**convicted** 120:23
   125:9
**conviction** 124:10
**coordination** 59:25
**copied** 273:25
**copies** 157:22
**copy** 37:9 54:24,25
   55:1 123:24 157:11
   209:16 224:16
   273:6
**copying** 162:19 170:9
**corner** 141:5
**CORPUS** 1:2 278:2
**correct** 16:1 23:14
   37:22 58:4,12,16
   66:22 67:1 70:5,11
   70:24 72:22 73:3

77:4 79:8,9 80:16
   81:21 91:12 101:15
   101:16 103:3
   105:18,19,23,24
   119:10,11,15 126:2
   140:21 141:16
   167:14 168:8 169:3
   172:13,20 173:17
   198:6 200:16,17
   212:4,5 218:13,17
   228:22 230:23
   231:1 234:11
   235:14 239:8,9
   245:7,14,20 247:15
   248:9 249:11 251:8
   251:9 252:3 254:18
   261:13 271:17
   272:3 277:22
**corrections** 157:23
**correctly** 106:19
   127:6 149:3 156:18
   234:25
**correlate** 105:14
**cost** 102:5,12,24
   103:6,7,9,10,17
   104:4,16 134:25
   135:3 138:2,5,12,14
   139:9,10 191:1
   192:18 198:15
   251:15 252:10,12
   252:16,21 254:24
   255:11 256:22
**costly** 104:11
**costs** 104:10 252:6
   256:24
**counsel** 4:15 8:11
   9:25 10:9 14:1 15:2
   15:3,4,11 16:13,18
   16:20 17:25 18:1,7
   18:12 20:24 21:3,12
   37:18,24 41:20
   42:24 57:23 66:1
   68:4 69:3 71:24
   72:1,2 82:4 99:21
   102:17 103:19,23

108:14 113:18
   120:19 123:19,24
   129:11,11 132:10
   133:21 137:18
   146:15 153:22
   158:12 173:3
   199:15 200:2
   201:24 202:7
   204:17 209:21,22
   223:23 225:9,25
   226:14 227:13
   229:25 246:11
   249:14 254:19
   256:18 257:17
   260:15,22 262:18
   264:2 268:19 271:3
   275:6 280:3
**count** 56:10 72:20
   164:12 165:11
   233:6 235:18
   249:24 254:7,8
   257:23
**counted** 71:21 72:16
   72:17 73:1,24
   164:16 165:7
   235:19,20 237:20
   241:10
**counties** 203:19
   253:1,4,22 257:19
**counting** 209:4
**country** 206:21
   207:17 208:17,21
   233:9 241:5
**counts** 241:3,4
**county** 1:14,14
   117:22 118:12
   119:13,19,22 120:1
   120:12,20 121:18
   125:6,7 165:13
   203:15,15 227:8
   229:9 257:10
   278:14,14
**couple** 10:1 77:8
   114:16 258:24
   269:21 274:20

LIEUTENANT GOVERNOR DAVID DEWHURST                          7/29/2014
CONFIDENTIAL TRANSCRIPT

10

course 10:25 43:1,3
  106:4 247:2,2
  265:13 273:15
court 1:1 10:23 11:18
  12:9 61:2,15 62:7
  67:13 70:3,21 76:15
  109:16 120:24
  125:2 126:24
  136:23 152:8,11
  155:6 162:23
  163:16 165:25
  171:15 172:5,6,8
  176:11 215:18,24
  216:2,6 218:10
  231:10 232:20
  234:9 278:1
court's 217:3
Courts 75:16
cover 43:7 53:23
  162:18
covered 11:12
craft 210:2
Crawford 70:4,11,13
  70:23 234:21
created 53:2
creating 212:12
criteria 67:25 68:14
  68:19 117:5,19
  122:4
critical 126:15
criticism 106:11
  136:6
critics 193:23
cross 97:4 132:12
cross-compare
  132:12
cross-section 242:11
crowd 158:21 159:9
crowding 253:13
CSR 2:18 280:11
culminating 126:20
current 20:15 21:7
  24:18 73:5 86:6
  157:14 168:17
  175:20 215:14

240:17
currently 20:18,19
custodial 279:22
custody 15:13
cute 97:17

_____
**D**

D 84:5
D.C 3:7 75:17
daily 114:11
Dalen 4:16 8:25,25
Dallas 120:12
data 6:25 7:1,2 75:7
  77:6 97:15 98:4,18
  100:18 128:4 177:2
  178:12 179:19
  182:14 183:21,25
  184:16 187:20
  192:11 193:5
  234:13 235:5,7
  243:8
database 52:24
databases 130:16
  190:9 193:3
date 47:4 61:4 92:21
  92:21 93:2,22
  116:10 120:22
  222:25 223:1
  224:18 227:23
  280:12
dated 158:7 170:16
  207:22 242:25
  247:13 260:21
dates 105:11
David 2:9,14 5:3,12
  8:1 139:7 277:20,25
  279:7,12
Davis 197:18 199:9
  199:24 202:9
  267:24
day 47:16 75:24
  106:12 148:2 149:6
  157:1,5 193:21
  208:5 210:24 223:2
  253:15 256:6
  265:17 273:7

279:17
days 41:14 47:5 80:5
  108:5 120:18
  147:15 148:13
  149:23 164:11
  166:22 170:19
DC 4:6
de 175:17,18 176:4
  176:16 266:19
  273:22
deal 269:21
Dean 51:3
death 106:20
debate 6:11 30:18
  158:7 179:23 205:9
  205:12,15 250:19
  258:18,22 265:11
  272:2 273:13
  274:19 275:17,22
  275:23
debates 265:12
decade 246:16
deceased 65:20
December 220:4
Dechert 4:13 9:3
decided 183:23
decision 49:21 50:3
  70:4,11,13 127:9
  215:4,12,22,25
  216:6,11 217:3
  234:22
declares 148:15
decrease 128:6
  240:14
decreased 237:11
deduce 73:18
defeat 69:5
Defendants 1:7,19,25
  2:5 3:9 249:15
  278:7,19,25 279:5
defense 4:8 8:18
  274:14
define 94:3 244:25
  245:9 251:7
defines 245:13

definition 74:11
  119:17 237:25
degree 19:5,13
  113:16
delaying 154:10
deliberative 144:13
  144:17,20 145:3
demand 35:1
democracy 193:25
Democrat 61:9 65:21
  112:13,14,23 137:4
  154:7,11 195:3
  196:17 257:18
  266:7 267:21,23
  271:5 273:7
Democratic 266:16
Democrats 28:21
  49:8 92:12 106:19
  126:14 135:23,25
  153:23 154:2,3,14
  158:23 193:23
  265:11,15 267:7
  271:16,21 274:3
demonstrate 249:8
denied 223:3
deny 215:23
denying 214:19
Department 3:5
  75:16 76:14 97:1,19
  119:3 167:20
  168:22 173:1
  176:12 204:3
  214:12 215:15,22
  215:25 231:11
  248:13 254:23
  255:13 273:14
  274:1
departments 194:18
  195:23
depends 74:11
depose 10:5
deposition 2:8,14
  5:10 9:20 10:8 11:8
  12:1 13:14 14:11,16
  16:12 17:14,15,18

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

11

18:14,17,20 102:2
160:20 165:1 265:9
276:12 277:21
279:7,14,16,24
**depositions** 17:5
269:7,8
**deputy** 3:12,21 21:23
22:6 60:10 209:22
236:15
**derived** 187:10 190:7
213:10
**describe** 23:3 24:8,25
28:8 34:22 39:18
88:9
**described** 56:16
107:12 130:5
134:12 270:2
**describes** 27:24
**description** 5:9 210:5
**designate** 11:9,19
22:4 144:11 148:25
**designated** 11:15,17
95:1 141:1 149:13
**designed** 84:4 213:5
**desirable** 183:14
**desire** 57:4 60:25
69:5,9 77:23
**detail** 113:7 138:11
190:2 263:13
**detailed** 37:2
**details** 45:14 205:21
205:24 254:20
255:8
**deter** 176:12
**determine** 68:1 72:19
72:20 76:19 81:23
82:8 128:19,20
134:15,16 145:25
175:19 220:24
273:12 274:24
**determined** 120:24
176:5
**determining** 117:6
220:20
**develop** 28:5,12

**developed** 67:7,9,15
115:9
**developing** 59:20
60:13 61:7 107:17
113:10,14 114:18
114:21 212:6
**development** 70:14
70:16 113:25
**Dewhurst** 2:9,15 5:3
5:12 6:10 8:1,7 9:19
11:24 139:7 158:7
227:21 260:1
277:20,25 279:7,13
**DHD** 6:6,8
**died** 65:18
**differ** 32:5
**difference** 133:7,11
133:15,16,19,20
148:9 192:25 232:4
**differences** 239:13
**differenet** 136:16
**different** 19:24 22:12
23:11,12,13 29:15
31:25 44:2 51:15
56:23 57:11 66:6
99:10 105:3 119:4
123:9 126:1 133:9
146:19 177:14
189:10 190:9
191:11 195:13
197:8 200:21,23,24
206:13 213:11
232:7 234:6 236:10
239:23 241:8
263:19 269:22
271:4 273:21
**differentiate** 180:2
**differently** 81:18
107:1 131:14
149:12 233:25
261:18 275:18
**differs** 31:22
**difficult** 12:19 107:7
129:20 134:12
182:23 236:11

237:3 238:1 242:5
**difficulty** 179:16,17
182:22 190:11
262:15
**diminish** 177:5
237:14
**diminution** 187:21
**diminutive** 235:23
**direct** 18:8 39:5
62:15 71:24 90:2
225:2,5
**directed** 115:2
128:18,25
**directing** 138:25
**direction** 31:8
**director** 21:24 22:6
60:11
**disability** 210:21
211:1
**disabled** 210:20
**disadvantaged**
134:22 184:6
**disagree** 99:19
261:24
**disagreed** 60:17
261:11
**disappointed** 227:21
229:17 273:8,9
**disappointment**
228:1,4
**discovered** 65:19
130:20
**discrete** 10:4
**discretion** 31:12
91:11
**discriminate** 234:7
**discrimination**
172:12,20 173:5
193:20
**discuss** 18:13 43:6
46:17 52:10 61:23
81:14 95:25 102:8
111:13 112:7 113:5
162:22 196:11
205:13,15 253:10

263:16 264:8,21
**discussed** 102:9
107:21 112:10,24
148:7,10 203:25
212:12 222:7
231:14 233:13
239:6 246:12
251:12 252:1,5,8,9
253:12 254:11
255:18 271:20
**discussing** 99:12
115:6 124:20 206:8
215:23 238:21
**discussion** 38:9 46:11
47:18 96:12 102:4
111:22,24 112:4
113:5 116:2 117:9
158:15 270:4
**discussions** 45:8 62:1
63:2 66:12 96:11
113:17 253:6,9
270:1 271:15
**disenfranchise** 97:24
263:10,14
**disenfranchised**
97:14 261:19 263:2
**disenfranchises** 98:3
262:4,11
**disenfranchising**
96:17 97:9 98:8,15
261:9,25
**disenfranchment**
99:24
**disinformation**
248:13
**disingenuous** 248:12
**disparate** 180:16
**disproportionately**
134:17 178:3 181:9
261:19 263:2,23
264:5,17
**disqualify** 119:20
**disseminated** 30:15
**dissimilar** 193:18
**distance** 162:1

169:14
**distinguishing** 123:1
**DISTRICT** 1:1,1
    278:1,1
**divert** 122:19
**Division** 1:2 3:6,21
    3:22 278:2
**divulging** 42:12
**document** 25:8 33:5
    37:6,7 38:15 45:24
    53:23 54:8 78:20
    83:10,16 93:11
    94:24 95:1,4,7,9
    101:24 102:1 116:7
    116:10 120:10
    141:3,18 143:5
    145:13,15 146:12
    147:1 150:22,25
    151:21 155:24
    156:24 158:4 170:2
    170:4,5 174:12
    175:9 188:14,20
    190:1 197:6,12
    198:23 206:23
    207:8 212:12 221:9
    222:18 224:15
    227:19 243:17
    249:13 250:21
    260:24 261:3 275:2
**documentary** 168:15
    168:18,23 186:12
**documentation** 39:8
    116:18 166:21
    211:2 251:16 252:3
    252:7 256:22
**documents** 5:11
    11:14,15 14:12,18
    14:21,22 15:1,5,12
    15:15 16:25 17:4,10
    18:22 96:9 98:22
    100:11,21 102:12
    103:11 104:10,11
    121:2 138:3,6
    197:21 198:2
**doing** 34:6 108:15

188:16 193:24
    196:25
**DOJ** 172:9
**dollars** 198:19 240:3
**domain** 24:13,15
    110:18,19 148:12
    149:18 152:7,14
    153:19
**door** 80:2
**dot** 97:4
**doubt** 209:22
**doubtful** 170:13,13
**dozen** 147:23
**DPS** 102:6,11 105:12
    129:17 130:5
    132:12 138:14
    168:1 176:25
    189:20 190:12
    192:19 194:16,21
    195:10,17 198:16
    205:2,9,13 206:1,2
    206:8 212:15
    235:13,14 239:23
    239:25 240:3
    252:11 253:2,4,7,9
    253:10,12,14 254:2
    254:13,16,21
    255:17 257:9,20
    262:20
**draft** 6:5 28:19 58:9
    141:6 146:20
    151:13
**drafted** 28:18 81:16
    141:9,12,15,17
    151:10,12
**dramatically** 189:18
**drastic** 159:20
**draw** 195:6 261:6
**drive** 169:13,15,21
    257:5
**driver** 77:15 122:25
    124:11 129:18
    130:9,17 134:7
    169:16 181:18
    182:1 185:4 186:2

186:15 188:3 190:8
    191:5 194:4,9
**driver's** 105:13,15
    116:22 119:5
    121:12 123:6,9
    130:21 137:8 139:9
    167:19 180:20,22
    182:15 187:12
    189:7,16 190:12,19
    192:22 194:18,19
    194:19 195:13,23
    204:4,8 205:17
    213:19 223:14
    224:10 235:13
    240:3 253:13,18
    257:4,4,20,21,25
    259:4
**drivers** 180:22
**drop** 248:10,16
**dropped** 249:11
**due** 73:22 135:13
    200:18 220:4
**duly** 2:16 8:2 279:13
**Duncan** 100:24 101:9
    114:24 152:21
    273:23
**Duncan's** 67:21
**duties** 26:20 27:23
**duty** 27:9 235:16
**Dyer** 3:21 9:8,8

_____

**E**

**E** 3:3,3
**e-mail** 5:25 6:4,12,13
    6:16 15:22,24 16:2
    16:5,9,11 95:7,10
    95:12 143:23
    162:10,18 170:8,12
    170:16 171:9,10
    190:16 207:11,21
    207:24 208:2,3
    260:20
**earlier** 20:10 46:22
    51:6 60:5,14 70:3
    77:23 107:6,7
    108:25 119:8

139:15 148:2,8
    152:18 160:19
    161:3 165:1 173:12
    174:16 190:10
    212:2,22 218:21
    221:19 222:7
    223:16,25 224:1
    228:20 230:18
    232:4 233:2 239:6
    241:14 242:21,22
    248:19 251:12
    252:2 253:6 259:6
    261:10 265:9
**early** 22:4,23,24
    23:17 153:25
**ease** 166:20
**easier** 100:2,9,15
    157:10,15,17 264:9
**easily** 275:17
**easy** 158:21 204:8,14
    256:20
**ECF** 95:2
**economic** 240:18
**economically** 134:21
    184:6
**Eddie** 270:8
**educate** 93:4
**education** 1:12 4:3
    8:15 19:11 202:18
    230:15 239:22
    254:7 278:12
**educational** 4:9 19:1
    19:2
**effect** 76:10,15 84:13
    85:1 89:24 90:7
    91:18 105:4 128:21
    129:14 156:13
    191:16 199:5 206:9
    218:12 223:10
    239:21
**effects** 183:15 219:10
**efficient** 255:4
**effort** 67:16 105:16
    126:20 138:2
    166:10 215:20

220:14 231:7
239:20
**efforts** 48:21 126:19
166:18 189:19
190:22 192:16
194:9 217:5 220:24
**EIC** 168:11 204:7
212:7,7,7 213:4
252:3 256:17,18,23
256:25 257:11
258:19,20
**EICs** 194:10 213:10
251:12 252:1
259:14,17
**eight** 208:12 241:6
**either** 10:18 14:12
34:15 56:8 65:17
75:15 76:14 84:16
125:10,12 139:16
150:8,13 167:19
180:5 198:19 220:3
252:16 257:25
261:21 262:3,10,10
272:13 273:22
**elderly** 94:15,17
96:17 97:9,14,25
98:3,8,15 99:24
100:2,10 105:5,7
261:9 262:4,11
263:14 270:18,21
**elected** 19:15,16,24
20:4,5 56:20
**election** 20:13,14
21:4 23:18,20 31:10
31:14 41:16 42:2
52:20 62:8 64:7
65:1,21 66:6 69:7
72:24 73:19,23
75:19,25 78:12
100:17 115:1
119:15 120:22
122:20 126:1 135:1
138:15 139:11
164:12,14 168:6,10
172:2 190:23 193:1

194:20 198:14
199:12 200:25
203:16 204:1,6
205:17 209:1
210:24 212:3 217:2
217:8,18,23 218:20
218:24,25 220:6,8,9
220:9,10 222:5
223:13 225:23
233:4 237:13 240:2
240:14,14 241:1
251:13 252:10
253:19 255:14
258:1 262:19
**elections** 100:3
133:24 137:23
184:3,10,14 221:23
222:1 225:16
226:22 232:8
236:12 237:4 258:9
262:13
**electric** 63:21,22 68:6
68:12
**element** 263:16
**elements** 125:11
235:22
**elicit** 11:11
**eligibility** 119:24
121:20 125:18,19
125:25
**eligible** 72:20 117:18
117:21,25 118:4,13
119:1,14 121:6,23
122:2,5,7,13,23
134:22 168:18
221:19,25 222:1,10
224:3,7 227:5,12
229:1,3,4,5 233:9
233:10 236:11
237:3
**eliminate** 138:2
139:9,10 198:18
227:2
**eliminated** 40:14
252:15 255:11

**eliminating** 134:24
225:22
**Eliot** 48:18
**Elizabeth** 3:5 8:9
230:16 279:21
**elizabeth.westfall...**
3:8
**Elliot** 270:10
**Elliott** 270:16
**Ellis** 200:5
**else's** 10:12
**email** 6:18
**embarrassed** 136:16
**embodied** 161:20
**emergency** 108:7
144:12 148:11,15
148:24 149:14,18
149:21 150:9
151:23
**eminent** 24:13,15
110:18,19 148:12
149:17 152:6,14
153:18
**empirical** 77:5,7
97:15 98:4,18
100:18 179:19
183:25 229:12
**employ** 92:3
**employed** 92:16
280:4
**employee** 132:25
**employees** 20:17
**empty** 223:24
**enables** 174:15
**enact** 57:4 208:20
**enacted** 13:15 24:21
37:8 72:8 75:23
122:25 123:13
159:5 211:22
**enactment** 92:21
93:3 108:9
**encouraged** 99:13
**endeavored** 166:2
**ended** 271:16
**enforce** 75:19,23

76:3 219:5
**enforced** 218:13
**enforcement** 92:22
**enforcing** 93:3
**engrossed** 5:14 37:8
37:14,22 54:25
**enlarge** 240:3
**enlarged** 194:22
**ensure** 72:25 73:24
75:22 82:12 107:2
107:11,18 108:9
117:25 138:17
164:15 165:21,24
166:3 222:8
**ensured** 241:22 242:8
**ensuring** 77:20
162:22 221:22,25
223:6
**entire** 11:9 13:19
35:6 53:22 81:10
173:2,3 175:14,15
225:8
**entirely** 85:24
**entitled** 10:5 44:25
76:8 116:8 158:6
227:21 260:24
261:3
**entity** 128:13
**enumerated** 27:23
**envisioned** 253:19
**essence** 73:5 199:4
267:7
**essentially** 73:15
**established** 75:6 88:5
88:8,9
**Estes** 143:8,12 144:2
144:3
**estimate** 187:10,14
**estimates** 189:24
**et** 1:3,6,12,15,18,21
1:24 2:1,4 3:9
120:23 153:19
176:13 266:21
277:2,2 278:3,6,12
278:15,18,21,24

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

279:1,4
**ethnicity** 246:3
**evaluate** 64:6
**everybody** 10:7,12
   11:5 258:16
**everybody's** 253:24
**evidence** 10:24 50:6
   76:23 86:15 94:8,14
   131:18,18 159:25
   186:4,11,12 201:10
   201:18 208:13
   209:11 212:9
   229:11,12 238:15
   255:22 257:16
   263:5,7,8,9
**exact** 186:18
**exactly** 85:13 115:22
   127:12 180:4
   205:25 223:19,19
   234:5 239:18
**exam** 249:22
**examination** 5:4,4,5
   5:5 8:5 230:10
   260:2 265:6 268:14
   269:15 279:18
**examine** 11:13 17:10
   217:7 249:23
**examined** 161:9
**examiner** 10:11
**examining** 179:20
   220:5
**example** 98:19
   133:23 138:10
   160:3,3 182:25
   194:9 252:12
   264:20
**examples** 61:17 65:7
   128:2 191:10 218:4
**excellent** 155:1
**exception** 119:16
   135:7 137:10
   210:18 211:12
   254:20 266:11,13
   270:18,21
**exceptions** 210:17

231:20,23 270:17
**excerpt** 175:13 275:7
**exchange** 175:16
   176:14 180:25
**exclude** 113:6
**exclusively** 80:2
**excuse** 22:24 32:12
   60:10 62:17 111:21
   152:10 160:2
   175:14 244:6
   251:25 266:3,4,12
**executive** 26:4,6
   255:2
**exemption** 211:2
**exemptions** 212:1
**exercise** 223:7,12
**exhibit** 14:14,15,17
   25:5,7,13 33:2,4,17
   33:25 34:5 36:9,10
   36:21,23 37:12 38:6
   38:11,13,25 39:6
   44:21 45:6,17,20,22
   46:3 47:2 48:18
   53:18,20 54:7,10,21
   55:8,9 59:17 62:16
   62:21 67:4 72:5
   73:11,12,17 77:25
   78:17,19 79:23
   83:13,15 84:6 86:2
   87:2 89:14 90:3,21
   91:3 93:8,10,22
   94:22,24 103:8
   106:6 116:3,4,6,18
   120:7,9,14 124:12
   140:24 141:1,11
   142:4,5,18 143:1,3
   145:11,13 146:7
   147:1 150:18,20
   155:17,19 156:12
   158:1,3 162:5,7,13
   162:16 167:11,15
   167:17,18 169:23
   169:25 171:4 174:8
   174:9,11 175:3,7
   181:14 188:11,13

189:9 197:3,5,7,9
   197:11,17 203:13
   204:22 207:4,6
   209:20,21 210:3
   213:3,22,23 221:5,7
   222:15,17 224:13
   224:15 226:13,17
   227:17 235:25
   236:6 242:15 243:2
   243:14 244:25
   245:5 247:11,13
   248:1 250:12,14
   260:5,18 272:15
**exhibits** 5:8 14:8,11
   17:15 54:17,20
   222:7 259:8,10
**exist** 125:20 235:6
**existence** 237:14
**existing** 86:6 254:16
**expand** 195:22
   215:20 253:17
**expanding** 194:16
   195:14,14 220:17
   254:16
**expect** 12:2 185:18
**expected** 12:5 215:14
**expedite** 140:9
   223:14
**expedited** 34:20,24
   149:7 154:4
**expediting** 91:19
   157:18
**expeditiously** 152:22
   152:24
**experience** 173:2
   184:2 241:6 242:1
   246:15
**experienced** 237:23
   238:5,6,11
**experiences** 239:12
**Expiration** 280:12
**expired** 118:10
   199:11 200:1,12
   214:12
**explain** 13:13 156:12

160:25 161:3
   240:20
**explained** 125:17
**explains** 100:23
**explanation** 248:15
**express** 58:18 170:22
**expressed** 63:13
   64:10 79:10 171:4
**expresses** 170:12
**extend** 92:13
**extended** 205:2
**extensive** 127:23
**extent** 18:6,6 44:1
   60:12 74:12 99:8
   132:5 134:21 144:4
   145:1 214:21
   269:16
**extra** 123:15
**extrapolate** 239:12
**Ezra** 4:13 9:2
**ezra.rosenberg@d...**
   4:14

**F**

**face** 256:16
**facilitate** 157:18
   190:23 240:1
**facilitating** 200:20
**facilities** 240:4
   253:17 254:17
**fact** 18:11 42:25
   119:21 128:7
   130:19 131:24
   137:6 152:16
   154:15 183:24
   185:6 189:16
   191:15 193:21
   199:3,4 205:19
   220:14,16 229:12
   236:24 237:10,15
   238:1 262:17
   263:12 267:9
   270:12 274:25
**factor** 235:22
**factors** 128:8 240:13
   240:16

LIEUTENANT GOVERNOR DAVID DEWHURST                        7/29/2014
CONFIDENTIAL TRANSCRIPT

15

**facts** 50:6 55:24
56:15 86:15 94:8,13
159:24 186:3,11
201:9,17 212:9
238:15 255:22
257:15 263:4,5
**fail** 106:9
**failed** 49:18 52:6
105:25 227:22
**failure** 52:11 55:11
**fair** 21:5 74:4 98:6
103:5 117:13
121:19 122:10
133:8 151:7 152:3
165:15 210:8
211:21 228:15
234:4 239:10
244:16 246:24
247:4 261:14
264:10
**fairly** 47:4 51:9,15
159:20
**faith** 266:23
**fall** 7:3 111:20,21
117:9 156:10 178:3
181:9
**familiar** 24:21 71:13
75:8 142:1,20
214:18 216:1
242:16 243:4
250:14 251:15
252:2 255:1
**familiarity** 75:9,10
75:11
**far** 47:6 85:8 133:11
270:13
**Faransso** 4:4 5:4
8:14,15 213:25
230:11,12 233:11
233:18 234:10
236:1,4,7,8 237:1,7
238:9,19 240:12
241:11 242:3,16
243:3 244:13
245:18,20 246:24

247:12 249:7,17
250:11,13 256:15
258:23 259:1,13,24
272:17,19 280:1
**farther** 257:10
**fast** 199:1
**father** 65:17,20
**favor** 30:23 50:11
55:22 112:19
154:17 160:12
173:13 179:10
246:3,17 251:3,21
**favorably** 84:9 89:16
**fears** 267:18
**feature** 123:1
**Feb** 6:16
**February** 6:25 90:20
90:21 242:25
245:13 247:25
249:8 259:16
**federal** 2:21 53:2
111:8 202:11 203:2
**federally** 116:23
**fee** 197:20 198:22
212:16
**feel** 12:23 28:17
193:2 234:7 241:9
**feeling** 97:20 196:12
**feelings** 97:1 273:8
**fell** 23:22
**felon** 227:7
**felons** 229:8
**felony** 120:23 124:10
125:9
**felt** 40:4 66:5 67:2
70:19 71:11 192:2
192:16 193:18
195:14 215:15,16
237:18 248:23
273:24
**fewer** 232:13 241:5
**field** 144:8,9
**Fifteen** 213:24 214:2
**fifth** 215:17 225:6
**fight** 122:17 158:23

**fights** 172:1
**figure** 230:3
**file** 59:15 71:8
**filed** 37:8 54:25
58:10 60:6 61:22
69:16 70:10 75:22
95:20 96:1,15
116:14,15 121:16
139:20 157:1,4
164:21 209:14,14
209:15 212:15,18
212:19,23 213:16
213:20,25 214:1,7,9
248:14 261:4
**filing** 58:19 68:25
111:14 129:24
139:19
**final** 108:2 210:8
**finance** 30:12 32:20
34:4,7,19 35:15
110:14,16,23
**financially** 280:6
**financing** 35:22
**find** 76:23 105:12
133:23 135:23
158:16 175:23
200:3 255:5 260:8
274:20
**findings** 189:11
**fine** 53:11 226:14
**fingerprints** 169:7
**finish** 12:12,16
123:19
**finished** 269:20
**Firm** 280:15
**first** 8:2 10:3 13:5
19:15 23:9 36:25
37:4 41:23,23 48:12
56:4 57:16 80:4
95:9 98:2 103:24
108:5 113:19
132:17 145:16
147:15 148:13
153:7,7,11 156:8
159:12 189:25

207:14 208:14
210:15 239:21
244:3,8,15 256:7
262:3 265:17 266:3
267:15
**fiscal** 254:2
**fit** 57:2
**five** 106:15 133:22
154:13 192:1
203:25 208:15
225:14 229:2
246:23 247:7,7
**fix** 103:18 264:23
**flexibility** 112:21
**floor** 4:9 22:13 44:17
47:10,12,15 48:5,9
49:5,7,11 51:3,10
51:17 52:3 81:17
115:4 126:16 136:1
137:7 146:25 148:5
148:6 149:9 150:1,3
153:6 173:16,22
182:6 197:15
199:10 202:22
203:12 204:15
265:12 267:4 268:3
273:18
**flows** 187:13
**focus** 62:5 70:20
112:25 128:11
189:22 196:20
218:9 260:10
**focused** 171:19
225:22 232:15
270:17,20
**focuses** 79:7
**focusing** 154:21
227:10
**folks** 8:23 265:16
268:24
**follow** 23:15 71:3
74:1 152:9
**follow-up** 15:14
**followed** 201:5
**following** 52:13

U.S. LEGAL SUPPORT – AUSTIN, TEXAS
512-292-4249

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

16

55:11,13 61:5,7
  80:21 81:15 101:13
  153:3 172:15 237:8
  252:23 279:11
**follows** 8:4 279:24
**force** 217:6
**forced** 127:11
**foregoing** 277:21
**forged** 201:2
**forgive** 255:1
**form** 6:2 42:5 56:2
  64:14 67:1 68:2,3
  73:9 74:7 98:10
  100:4,14 120:11
  121:8 122:11 123:6
  148:20 176:18
  182:17 183:6,9
  188:24 189:10
  192:23 196:18
  204:11 210:11
  211:23 218:1
  224:23 235:6 237:5
  238:7,14 241:25
  245:17 257:13
  263:4
**formal** 135:21
**formed** 53:10
**former** 56:20
**forms** 57:18 67:5
  68:8,10,15 69:6
  100:13 115:20
  116:21,23,23
  117:17 118:2 121:4
  121:19,22 133:10
  134:17 137:13
  168:1,3 214:7
  223:17 224:1 227:3
  231:25 232:13
  239:7 246:5 263:23
**forth** 79:13 83:22
  99:3
**forward** 44:4 55:25
  56:16 161:15
**forwarded** 279:21
**found** 15:5 77:7

86:23 105:7 130:21
  177:7 236:21
**foundation** 40:10
  86:14 92:23 94:7
  95:16 127:19
  156:17 212:9 228:7
  239:1
**four** 10:4 64:24 66:2
  92:20 93:2 94:2,6
  94:11 122:18
  133:21,24 135:20
  148:1,23 154:12
  160:9 184:2,14,14
  192:1 196:23
  203:25 208:15
  223:5 232:7 246:23
  247:7 258:9 262:13
**four-plus** 137:3
**fourth** 57:18 115:21
  225:6
**frame** 103:20
**Frank** 21:3
**frankly** 273:8
**Fraser** 18:16 42:17
  42:20,25 44:15
  45:12 46:7,12 47:9
  47:18 48:1 58:24
  59:8,15 61:8,22
  62:2 63:3,11 64:10
  66:13 67:16,20 68:1
  68:18,23 69:4,13,21
  70:19 71:8 100:24
  101:9 102:9,21
  111:14 112:5,11,25
  113:9 114:5 115:5
  126:11 127:5,9
  133:4 139:7,22
  152:21 171:7
  175:17 176:9
  177:23 178:7,12,16
  178:17 181:11
  192:18 202:3 205:7
  205:20 232:17
  234:3 271:20
**Fraser's** 11:8 44:6,10

45:8 46:17 52:5
  59:24 146:2 176:15
  177:12,18 178:22
  181:1
**fraud** 40:14,15,22,22
  40:23,23,25 41:2,5
  41:6 56:11,18,22,22
  57:5,6,8,19,19,19
  57:20 58:1,4,15
  64:5,8 65:1,7 67:3
  69:6 74:13 77:19
  78:2,9,11,15 79:18
  115:19,21 117:20
  122:17,19 128:3,3
  166:10,14,14 172:1
  176:12 208:24
  218:22,24 222:4
  225:23 233:3
**frauds** 64:9 78:6
**fraudulent** 41:4
  166:11
**fraudulently** 64:13
**free** 12:24 166:20,20
  192:24 195:16
  198:2,15 204:2
  205:17 212:13
  213:9 223:13
  224:10 255:14
  256:18 257:6
**frequently** 64:25
  109:1 114:15 137:6
  138:10
**friend** 136:8
**friends** 271:6
**front** 161:13 170:7
  187:20 193:19
  227:20 245:5
  250:23
**frustrated** 129:17
**frustration** 136:9
**full** 121:20,21 157:6
  223:24 264:2
**function** 31:19 255:2
**functions** 144:19
**Fund** 1:12 4:3,9 8:16

8:18 213:6,11
  230:15 278:12
**funded** 240:2
**funding** 239:23 254:4
**funds** 254:3
**further** 51:23 71:22
  72:25 85:7 130:8
  226:24 276:7 280:3
  280:6
**furthers** 227:1,1
**future** 219:22

─────────

                 G

**gain** 258:10
**Gallegos** 137:6 205:1
  266:21 270:19
**game** 196:16
**gathering** 220:11
**gauge** 244:11
**general** 2:20 3:12,12
  3:17,22 9:16 17:9
  17:10 18:1,3,7
  20:23 21:2 35:3
  59:25 75:9,11 127:4
  138:19 195:11
  196:12 199:12
  209:22 234:5
**General's** 9:9,13,18
  218:3
**generally** 24:25 28:8
  34:13 39:1,18 43:7
  117:8 194:13 201:4
  201:5,11,14 216:4
**generate** 191:16
  270:25
**generated** 156:7
**genesis** 266:10
**Georgetown** 19:12
**Georgia** 61:3,4,6,14
  70:21 77:4 79:22
  113:3 117:11 125:2
  126:6,24 127:3,15
  128:2,6,12 136:12
  171:15 172:9,25
  176:12 177:4
  179:22 183:1 184:2

LIEUTENANT GOVERNOR DAVID DEWHURST                          7/29/2014
CONFIDENTIAL TRANSCRIPT

17

184:17 187:23
191:12 193:10,18
203:1,9 230:24
231:10,16,20,23,24
232:14,22 233:2,17
234:5,13,19 236:9
236:10,15,18 237:2
237:10,13,22
238:11,20 239:7,11
239:14 240:6,20
**getting** 61:12 65:17
  76:4 97:22 130:22
  152:25 159:4 204:9
  217:15 235:3 256:5
  258:13
**Gibson** 21:25
**give** 10:7 117:16
  145:22 152:18
  177:2 207:16 208:9
**given** 123:24 133:7
  203:8 239:13
  279:15
**glad** 25:2 54:8 97:10
  145:8 255:12 271:6
  271:7
**glance** 36:25 37:1
  162:11
**glanced** 37:4,5
**glass** 223:24,24
**go** 8:12 11:2 13:4
  18:25 19:2 31:2
  34:9 36:7 38:7,10
  41:20 62:17 72:24
  75:15 105:12
  109:12 113:18
  115:1 125:3 135:18
  136:10 144:15
  157:13 164:22
  174:7 178:20,21
  189:5 200:2 210:17
  213:19 217:11
  226:14 230:2,15
  233:2 239:25 240:1
  251:25 261:20
  264:6 267:12,22

274:15 276:4
**goal** 24:18 43:20
  61:20 67:3 118:1
  193:21 220:17
  229:1,2,3 235:1
  267:13
**goals** 103:14 122:16
  233:13,20
**goes** 11:13 190:1
  204:5
**going** 10:25 17:7,11
  18:5,8,25 26:8
  33:23 37:2 42:8,24
  46:22 54:12 60:5,8
  60:14 76:14 88:20
  92:6 94:3 120:3
  127:11 130:25
  136:3 137:17 139:8
  145:4 146:5 148:25
  151:22 154:14
  155:8 157:11
  181:20 182:13
  183:20 190:25
  192:22 193:6
  196:20 199:1 204:8
  209:24 215:17
  225:2,7 230:4 232:5
  233:6,6 245:21
  249:16 253:22
  254:1 256:8,11,12
  256:13 257:24
  262:9 266:5 268:20
**good** 8:7,8,14,21,22
  10:11 22:25 46:18
  55:11,25 61:17
  69:24 71:12 89:2,12
  196:22 202:4 206:4
  234:7,23 266:23
**govern** 80:10
**government** 202:11
  224:9 246:19
**government-issued**
  244:10,18 245:1,3,8
  245:10,14,24 246:5
  246:7,18 247:1,4,6

247:22 248:8 249:2
  249:10 251:22
**Governor** 2:9,14 5:3
  5:22 8:1 20:3,22
  22:2 23:10 26:1,5
  26:11,12,16,23 27:1
  27:5,9,12,18,25
  28:3,5,24 29:4,6,9
  29:24 30:2,10,17
  31:8,13 32:11,14,16
  44:21 88:19 108:7
  109:21,23 110:5
  132:22 140:6
  144:11,18,21,23,25
  145:2 148:15,23
  161:22 208:23
  230:12 235:25
  249:23 265:8
  268:13 276:1
  277:20,25 279:7,12
**Governor's** 4:1 9:11
  13:19 15:4,13 32:3
  144:23 145:3
**Governors** 160:4,16
  161:11
**grace** 92:20 93:1 94:1
  94:3,6
**grade** 234:1
**graduated** 19:4
**GRANDE** 4:16
**Grandma** 137:6
**grandmother** 137:8
  270:20
**granted** 26:17
**great** 34:2 39:18
  196:25 260:23
**greater** 98:8,15
**green** 123:7
**ground** 11:7 12:1
  135:23 230:16
**grounds** 17:8 26:9
  42:9 46:20 86:9
**group** 114:23 267:20
  268:23
**groups** 193:21

**growing** 194:17
**guess** 97:6,22 122:10
  268:9,11
**guidelines** 61:11
  99:11
**gun** 224:9
**guy** 188:16

─────────────
**H**
─────────────

**HALE** 4:5
**half** 121:21 147:23
  223:24,24 249:14
**Halpern** 3:16 9:17,17
  9:25 11:21 14:4
  15:16 16:14,21,22
  17:2,7,11 18:5 23:5
  26:8 27:20 32:7
  37:17 40:2,5,10
  41:17 42:8,11,15,22
  43:8 46:20 47:21
  49:2,23 50:5,9,22
  52:7,14 53:5,7
  54:12 55:14 58:20
  59:2,22 63:7 66:15
  67:8 68:4,9,12 69:1
  69:15,18 71:5,23
  74:9,25 76:9,11
  78:5 79:14 82:1
  84:21 86:14,17 87:7
  87:17 88:20,23,25
  90:4 92:4,23 93:5
  94:7,13 95:16 96:3
  96:6,11,23 99:6
  100:7 101:6 103:19
  107:4,13,25 108:22
  109:13 111:15,25
  112:2 115:13,15,25
  118:6 123:15
  124:17,23 126:8
  127:19 128:16
  129:6 130:11,22,25
  131:17 132:2 133:1
  134:19 135:10,16
  136:13,17,21,24
  137:15 139:25
  142:14 144:13,20

─────────────
U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249
─────────────

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

18

145:1,7,19 146:11
146:14 148:18
153:20 154:22
155:3,8 156:3,14,17
156:21 157:20
158:12 159:22,24
161:24 162:3,24
163:17 169:18
170:24 176:20
178:13,25 181:3,5
183:9,17 186:3,8,10
191:23 196:21,24
198:11 199:14,17
199:19 201:9,17,24
202:13,16 206:22
209:10 210:13
213:12 214:3
217:24 225:2,7
228:7 230:2,7
232:23 233:14,22
235:24 236:2,5,13
240:10,23 244:4
245:15 246:9
248:17 249:12,25
250:3,9 255:20
256:2,5 257:15
259:8,11 260:8,12
260:15,19 264:15
266:1 268:8,16,18
269:3 272:23 275:3
275:6 276:5
**hand** 38:11 45:17
**handed** 14:10 25:6
33:3 36:22 38:12
45:21 53:19 54:19
78:18 83:14 93:9
94:23 116:5 120:8
140:25 143:2
145:12 150:19
155:18 158:2 162:6
169:24 174:10
175:6 188:12 197:4
197:10 207:5 221:6
222:16 224:14
227:16 247:12

250:13 275:2
**handgun** 224:9
**handle** 21:8,9 31:5
156:9 194:19
**handled** 21:6 22:14
73:13 102:18
275:18
**handling** 20:21 22:21
23:1,4 27:25 73:19
**Hang** 142:14,14
**happen** 51:18 102:16
140:17 164:6,9
193:22 195:2
**happened** 49:5,14
51:12 82:13 147:13
179:8 206:1 273:3
**happens** 51:20
**happy** 120:5
**harbor** 126:22
136:11 232:18
**hard** 180:4 232:9
235:2
**harder** 100:2,16
236:17
**Harless** 18:19
**HB** 5:14,15
**head** 12:13 118:24
131:25
**heads** 119:2
**health** 111:9 138:13
142:10 189:20
192:20 198:17
254:23 255:10
**healthy** 97:18 193:25
195:3
**hear** 34:16 46:9
147:22 180:3
241:19 260:25
**heard** 56:7 65:8
138:1 143:16 173:4
232:4 237:12 258:8
258:8,11,12 263:11
**hearing** 30:16 34:18
65:9 104:20 127:24
175:15 180:12

182:10 273:25
**hearings** 147:24
216:17,20 217:6
228:12
**Hebert** 6:18 17:5,14
17:22 18:1,2,6,10
18:11 20:24 21:5
22:16,18,25 23:8,14
23:24,25 24:9 44:5
57:23 60:2 67:17
68:23 95:10,12 96:1
96:9,16 97:3 98:23
113:13,25 114:3,8
128:25 129:2,4,12
129:13,22 131:5
132:13 134:6
143:22 162:19,23
170:8,22 176:24
185:23 187:1
190:10,15 191:4
192:4 206:15,20
207:15 212:6
260:21
**Hebert's** 23:3 113:16
171:8,9 208:8
**Hegar** 48:10
**held** 157:5 216:17
**help** 53:2 137:17
149:17 260:8 266:1
**helpful** 83:9 99:9
194:8
**hereto** 2:23
**heretofore** 270:2
**Heritage** 239:1
**hesitate** 56:9
**Hi** 259:25 260:1
**high** 180:21
**higher** 79:21 193:11
202:18 249:5
**highly** 2:12 11:9,14
11:15,17 94:25 95:1
141:2 143:4 145:14
150:21 155:20
162:8 169:25 207:7
**hindrance** 183:24

**Hinojosa** 203:14
266:20
**hired** 22:25
**hiring** 128:13
**Hispanic** 1:14 25:22
55:21 112:17
131:16 154:17
160:12 173:7
179:10 180:1
187:15,22 193:14
193:16 194:3 249:2
278:14
**historically** 31:15
171:25
**history** 5:15,20 6:14
38:16 44:23 45:10
55:10 56:18 97:12
106:3,7 160:1,2
174:3,4,14,14
179:13
**Hobby** 161:12
**hold** 33:12 217:6
260:12
**Holder** 214:19 216:3
**Homeland** 185:13
**hoops** 10:23
**hope** 138:9 263:11
**hopefully** 165:13
**hoping** 38:5 233:21
262:21
**Hot** 6:10 158:7
**hour** 54:14 88:20
89:10 155:4 161:24
196:22 230:5,8
249:14
**hours** 10:6,8 16:18
65:3 84:11 127:23
147:25 148:5 149:1
149:10 150:3,7,16
180:3 194:17,24
195:15 205:2,3,15
229:2 249:24 250:4
253:15 279:25
**House** 5:14 34:2
35:10 36:16 37:9,11

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

19

37:14,14,14,15,19
37:19 38:17,18,21
39:2,19 40:1,4,9,9
40:18,19,21 41:9,10
42:7,18,21 43:6
44:7,10,16,24 45:4
46:9 47:1,6 48:4,21
50:11,14 51:23 52:6
52:11,11 55:11
68:21,24 69:14,22
69:23 70:1 71:9,10
77:19 82:14 105:17
106:1,10,11,14,17
107:8 111:9,9
112:23 140:8
152:25 153:16
196:14 224:22
265:19,24 266:5,25
267:1
**Houston** 6:10,23,24
158:7 224:17
**huge** 111:11
**Human** 138:13
189:20 192:20
198:17 254:23
255:10
**humorous** 247:2
**hundred** 25:25
107:21
**hundreds** 55:18,18
55:18 66:2 200:21
**hurt** 97:1 271:8
273:8
**hypothetical** 238:8
258:5 263:6 264:20
264:21

———————
**I**
———————
**I's** 97:4
**ID** 6:5,7,8 20:21 21:4
21:6,12,15 22:14,22
23:1,4 25:2,14,17
25:24 30:13,21
32:21 35:23 36:15
37:10 39:1,19,22,23
40:13 41:23 42:2

52:12 55:13,22 56:1
56:5,13,17 57:4,22
58:19 59:1,15 60:25
61:5,6 62:7,12,13
62:21,23 63:3,6,14
63:23 64:1,12 65:11
65:24 66:25 67:1,5
68:2,8,15 70:4,14
70:24,25 71:4,11,21
72:11 73:21,23,24
74:12 77:2,2 78:25
81:24 82:9,13 84:16
84:16,16 87:6 89:15
90:8 91:5 92:20
93:1,3 94:15 98:1,6
98:7,13,14,20 100:1
100:2,13,13,20
102:6 104:11
106:23 107:2,18,22
107:24 108:3,10
111:14 112:6,19
113:6 114:9 116:19
116:22,23,24
117:17 118:3,14,18
121:19,22 122:6,11
122:15,22,25 124:6
125:21,21,22 126:6
126:7,7,8,10 127:2
127:10,17 131:25
132:11 133:10
134:1,18,25 135:23
136:9 137:13
143:17 144:12
151:19 152:6,13,18
153:4,17 154:18,20
155:12 158:11,21
159:4 160:12 164:7
164:11,15,24,25
165:3,21 166:3,8,19
166:25 167:3,4,8,10
167:21 168:1,2,3,14
168:19,20,21 169:6
170:13 171:16
172:11,16,25 177:4
177:5 178:2 179:10

179:18,21,25 180:6
180:16 181:8,16
182:23 184:5,7
185:5 186:2,16
189:8 191:13,14,14
192:7,19 195:16
197:21,25 198:2,5
199:22 200:11,23
201:21 203:1,17,21
203:22 206:21
207:17 208:10,16
208:20,24 210:3,22
212:17 213:15
214:6,7,15 216:18
216:21,24 218:13
220:16,16 221:1
222:2 223:6,10,17
225:14 226:1,24
227:4,21 228:5,15
228:19,20 229:17
231:5,16,25 232:13
232:21 234:13,14
234:20,22 235:3,13
235:16 236:18,23
239:7 240:21 241:9
241:13 244:10,19
245:1,3,8,10,14,24
246:5,18,20 247:1,4
247:6,22 248:8
249:3,10 250:25
251:4,8,21,22,22
257:7 258:14
259:20 262:16,22
263:23 264:5,18
265:18 266:6,25
267:25
**idea** 55:25 87:10,16
87:20,21 88:4
178:16 195:11
202:4 206:5 208:13
227:13
**ideas** 28:13
**identical** 231:12
**identification** 14:9
25:5 33:2 36:21

38:6 39:9,21 45:20
53:18 54:18 78:17
83:13 84:8 93:8
94:22 116:4 117:24
120:7 121:3,5 134:3
135:2 137:18
138:15 139:11,18
140:24 143:1
145:11 150:18
155:17 158:1 162:5
165:10 167:20
168:7,10,25 169:23
174:9 175:3 178:9
188:11 190:24
192:23,25 193:1
194:21 197:3
198:15,21 204:1
205:18 207:4
209:20 212:3 213:9
214:11 221:5
222:15 223:13
224:2,10,13 226:13
240:2 242:15 243:2
243:22 247:11
250:12 251:13
252:11 253:19
255:14 256:21
258:1 262:19
**identify** 132:18 195:8
232:5,7
**identity** 79:7 228:21
**IDs** 61:24 67:6 69:25
116:22 117:2,6
124:20,22 128:5
132:25 133:13
134:10 137:23
167:5 180:7 199:11
200:1,6,8,13 201:15
202:11 203:2,2
212:16,23 213:7
218:5 232:10
234:19 237:14
246:7 266:10
**II** 101:17 160:4
165:19

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

20

**imagine** 169:20 173:20 233:18
**Imani** 4:3 8:16,19 230:15
**immaterial** 149:11
**immigration** 142:17
**imminently** 117:14
**impact** 70:13,16 74:23 76:19 104:21 128:15 175:20 176:5 180:16 191:9 220:21 236:9 267:19
**impersonate** 65:24
**impersonating** 66:5
**impersonation** 40:16 58:12 218:19 219:2
**impersonations** 57:6 65:12
**implement** 102:22 192:20 205:24 254:20,21 255:7,13 255:18
**implementation** 102:18 103:25 104:1,14,15 133:25 205:21 219:8,9,25 220:5,13 252:14,23
**implemented** 179:14 184:9,13 189:19 199:6 206:10 249:3
**implementing** 138:12 194:10
**imply** 151:21
**implying** 238:16
**import** 51:4
**important** 12:11 49:8 70:19 78:3,10 107:20 108:12 152:3 153:5 226:3 241:10 248:24 253:24,24
**impossible** 49:6 75:5 105:13 130:13,16 200:25

**impression** 97:12
**improve** 208:25 233:25
**improvement** 122:16
**in-person** 40:15,22 41:5,6 56:22 57:19 58:2,4,11 64:8 65:1 65:7,11 77:24 78:1 78:2,14 79:18 128:3 166:11,13 217:10 218:18,22,24 219:2
**incapacitated** 120:25 123:23 124:2 125:10,11
**include** 23:16 26:19 39:23 61:24 68:1 71:3 77:3 90:8 98:14 100:1 113:5 117:6 126:7,8,10 127:10 137:13 166:14 194:24 206:6 235:15 246:4 254:15
**included** 62:4 63:6 63:14 66:25 77:4 123:7 127:3 135:8 142:6 162:16 196:14 219:15 222:22 235:18 242:9 246:8 266:11 266:11 275:20
**includes** 163:10 243:8
**including** 63:3 64:16 64:19,20,25 68:15 92:19 93:1 100:12 102:20 129:15 170:9 184:5 185:11 200:18 218:4 224:8 262:10
**inclusively** 113:1
**income** 242:9 256:16
**incomes** 256:19
**inconsistent** 160:23 164:17

**inconvenient** 165:21 166:3,9,24
**incorporated** 271:15
**increase** 62:7,9 69:8 76:21 79:19 81:24 82:8 103:14 127:8 128:7 164:2 173:6 191:16 193:22,24 194:20 195:2,4 209:4 229:13 233:4 236:25 240:13 263:12 267:13
**increased** 128:10 177:6 237:11,16 240:20 253:14
**increases** 22:5 76:1
**increasing** 61:20 193:14 194:17 222:6
**increasingly** 94:16
**INDEX** 5:1
**Indian** 127:15
**Indiana** 61:1,5,15 62:6 70:4,23 71:3 73:21 74:2,6,18 77:3,4 79:22 113:2 117:11 125:1 126:6 126:23 127:1 128:1 128:5,12 136:12 171:14,16 172:8,11 172:16 177:4 179:21 183:1 184:2 184:16 187:23 191:11 193:10,11 193:11 198:5 199:22 202:25 203:9 230:25 231:9 231:16,20,23,24 232:14,22 233:1,17 234:5,13,19,21 236:9,10,14,17 237:2,10,13,22 238:10,20 239:7,11 239:14 240:7,21
**Indiana's** 76:24

**197:25 200:11**
**indicate** 42:6,17 79:6 117:17 118:3,9 119:9 121:20 246:17
**indicated** 87:14 151:18 152:20 167:4,9 187:24 193:19
**indicates** 25:13 33:22 34:5 38:18 53:24 54:3 96:16 163:6 165:19 208:3 223:9
**indicating** 125:17
**indication** 118:10 177:2 215:18
**indigent** 198:1 211:7
**indistinguishable** 123:3
**individual** 174:5 247:3 257:1,5 269:22
**individuals** 98:21 100:19 244:9,18 256:16,19,24
**ineligible** 228:17
**inevitably** 43:19 80:17
**inference** 131:25
**inform** 145:2
**information** 14:19 29:16 30:14 76:15 102:1 130:4,8,18 178:7,23 181:17 182:24 183:3,12,15 184:9,19,20 185:16 188:24,25 189:10 190:7 191:4,20 192:3 193:19 194:6 194:11 218:5 220:7 220:11 221:2 235:9 259:6
**initial** 50:15
**initially** 20:22 139:20
**initiatives** 142:10

**input** 43:24
**inquire** 112:5
**inquiries** 128:18
**inquiry** 128:24 131:5
  131:10 191:19
**inserted** 212:3
**insofar** 11:8
**inspection** 14:19
**instance** 2:15 51:13
**instances** 64:11 65:10
  65:14,22 140:13
**institution** 198:21
  202:16,17
**instruct** 130:25
**instructed** 128:20
**insurance** 23:21
**integrity** 51:1 62:8
  64:7 79:20 172:2
  222:5 233:4
**intend** 13:23 152:1
**intended** 13:19 28:19
  60:16 87:22 106:11
  202:19 228:20
**intends** 156:12
**intent** 40:9 41:2
  75:24 104:3,13
  124:25 208:19,22
  208:23 223:11,13
**intention** 213:8,8
  263:9
**interest** 42:7,18 43:6
  58:14,19 86:12,20
  152:5,12,17 154:20
  196:17
**interested** 280:7
**Intergovernmental**
  3:22
**interim** 216:23,25
  219:10,13,16,17
  220:20 270:6
**interpret** 247:1,3
**interpreted** 91:6,14
**intervening** 35:25
**intimately** 60:7
**introduce** 8:12 9:7

28:3,6,24
**introduced** 5:19
  36:16 55:4,5,6
  80:23 82:21,25
  84:25 117:2,11
  121:4 132:24 135:9
  157:11 166:25
  167:3,8,16,17,18,25
  168:13,16 169:1
  214:17 260:16
**invade** 43:11
**invades** 17:8,12
**invading** 18:7
**investigate** 104:25
  182:21 192:9
**investigation** 129:22
  194:5
**involve** 111:24
  172:12
**involved** 21:3 57:19
  59:20 60:4,8,19,24
  113:10,13,19,25
  114:18,21,24 144:7
  172:12 252:6
**involvement** 60:13
  89:21 113:16
**involving** 21:4 45:15
  109:3 154:9
**irrespective** 86:21
**issuance** 103:18
  198:23 223:14
  240:1
**issue** 28:16,18 29:17
  70:23 90:12 136:7
  153:23 154:14,24
  168:2 176:24
  203:16 267:11
  269:12
**issued** 6:21,22 70:7,8
  70:9 104:2 105:13
  105:15 116:23
  167:20 168:21
  200:8 201:15
  202:11 212:16
  214:11,23 216:2

217:3 218:10
  219:18,19 221:10
  221:13,17 224:9
  235:12 246:20
  259:14,17 262:20
**issues** 20:21 21:6,8
  21:10,15,22 22:15
  24:1 30:11 34:9
  56:24 144:12
  152:15 154:21,25
  265:12
**issuing** 119:4 197:21
**item** 88:13,14,17
  149:3 155:13 161:4
  261:6
**items** 88:11 117:24
  120:15 153:17
  161:6,7

**J**

**J** 3:11
**Jan** 5:23 6:4,12,13,15
**Janice** 95:10 170:9
  260:21
**January** 6:18,21
  19:20 22:4,4,23
  23:17 34:25 83:18
  116:11 146:9,10,23
  146:23 147:16
  151:2 170:17
  175:11 189:7
  207:22 208:3
  216:14 221:11
  235:8
**Jay** 3:21 9:8 14:5
  16:24
**job** 152:2
**John** 3:11 270:9,22
**Johnson** 22:1 56:20
**joined** 20:25 22:17
**journal** 5:16,23 6:17
  46:1,4 47:1 83:18
  83:20 160:18 161:9
  173:25 174:6
  197:13 272:16,24
  273:6,20 274:17,18

275:7,23,25
**Jr** 3:11
**judge** 215:24
**judge's** 10:16
**judged** 124:1
**judges** 1:14 66:7
  278:14
**judgment** 79:18
**judicial** 214:20
**Julia** 17:20 21:23
  22:9 60:11 170:9
**July** 2:10,17 7:1
  245:13 279:8 280:8
**jump** 10:22
**June** 6:24 22:24
  23:17 109:4 218:12
  218:15 219:1,4
  227:24
**jurisdiction** 23:22
  98:20
**jurisdictions** 56:23
  133:23 187:25
  254:24
**jurisprudence**
  219:20
**Justice** 3:5 75:16
  76:15 97:2,19 173:1
  176:12 215:15,25
  231:11 248:13
  273:15 274:1
**Justice's** 215:22
**Justin** 180:5

**K**

**keep** 154:8 155:8
  196:9,10 204:17
**keeping** 10:15
**kept** 129:18,18,19
  172:6
**key** 115:4
**kill** 106:22
**killing** 106:21
**kind** 71:15 113:17
  267:18
**kinds** 253:8
**knew** 35:1 50:10

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

22

103:8,10 131:20
175:4 194:13,15
235:14 236:10
253:3 266:5 267:12
267:13
**know** 12:1 13:2 15:16
17:25 21:9,16 33:14
37:1,7,25 39:14
41:1 42:25 43:3
53:8 54:1 59:13
62:11 67:6,18,25
68:14,20 70:8 72:9
74:1,3 81:4 82:17
82:18 83:24 85:10
87:10 88:3 89:19
95:12,23 96:22 99:1
105:25 108:25
113:13 114:5,17
115:8,17 118:21,23
121:21 123:7,22
124:5,6,8,9,12,12
132:10,17,24 133:5
133:25 134:2
137:24 141:8,14
146:5,6 149:16
151:6,9,11 154:7
155:22 162:10
163:20,20,25 164:4
164:5 168:21,22
169:9,10,15 170:3
171:2 172:7 177:24
180:9 185:6,7
187:10 188:15
190:10,22 194:11
198:10 200:17
201:1,20 203:7
206:3 207:9 208:17
211:7 213:12,13
214:23 215:5,7
221:14,20,21
222:20 223:9 225:1
225:10,19,20,24
226:7,9 228:9 229:8
229:21 235:15,18
235:19,20 241:1,6

241:22 242:8 244:2
244:7 251:12
258:14 259:18,21
267:10,12 268:8
269:5,20 271:2
272:11 274:21
**knowing** 49:8 193:2
193:4
**knowledge** 39:25
51:20 80:19 104:24
118:18 124:4
160:15 164:2 169:8
171:16 185:20
201:21 218:6
**known** 52:21 131:24
132:5,21 136:10
168:11 269:10
274:2
**knows** 140:5
**Korgaonkar** 4:8 5:5
8:17,17,21 260:1,3
260:10,14,17,20,23
261:2 263:18
264:10,24 265:1,4
280:1
**Kuff** 5:24

───────────
**L**
**labeled** 141:6
**lack** 73:23 212:8
220:25 234:18
262:15
**lacked** 77:15 203:22
253:1
**lacking** 263:23 264:5
264:18
**ladies** 200:18
**laid** 230:16
**land** 19:19,21
**landowners** 24:20
**language** 79:1 113:11
113:14 114:18,21
115:23 138:25
213:20 221:12,16
221:17 222:21
**large** 181:13 193:14

257:3
**larger** 122:21
**late** 16:6 38:23 47:4
65:19 136:3 215:1,2
256:5
**Laticia** 273:22
**Latino** 175:21 176:7
**Laughing** 136:17
**law** 19:12 24:18 70:4
70:23 73:5,19,21
74:2,18 92:22 99:4
100:1 111:4,8
117:18 119:18
121:7 142:16,16
163:24,25 168:17
170:13 171:14
172:8,9,11,16,25
175:20 176:6 198:1
198:5 199:22
200:11 206:21
207:17 208:10,16
208:20 209:8 210:9
211:20,21 223:6
232:22 234:25
244:9,17
**lawful** 234:20
**lawfully** 124:10
**laws** 21:4 24:12
78:12 126:7 203:1,9
230:25 231:1,17,24
232:14,22 236:9,11
237:3 239:6,13
240:6,21 241:13
**lawsuit** 215:9 274:8
**lawsuits** 248:14
**lawyer** 22:9 171:24
171:25
**lawyers** 274:6
**laying** 176:10
**layman** 234:22
**leadership** 138:21
**leading** 108:14,15
218:22 270:6
**League** 1:11 4:3 8:15
8:19 230:14 278:11

**learn** 185:25 186:13
187:4,7,14,17
**learned** 190:4
**leave** 129:8 198:19
255:8
**led** 136:2,10
**left** 97:12 102:22,24
138:11 165:12
232:16 249:15
**legal** 4:8,16 8:18
22:10 23:13,24 24:4
24:16 26:9 50:14
75:10 76:11 86:17
98:23 163:17
178:25 181:5 223:6
223:11 224:6
233:14 274:13
**legislation** 6:3 22:2
23:15 24:11 25:15
25:18 27:19 28:1,3
28:6,13,24 30:6,8
31:6 43:16 47:7
57:5 58:15 61:18
70:14,17 75:25
84:19 92:20 93:1
98:6,14 107:2 108:4
108:6 109:6,19
110:11 126:22
128:11 132:1
141:19 144:12
148:11,14,23 149:6
151:20,23 153:8
155:12 160:21
165:7,9 166:13
172:7 233:21
243:21 248:24
256:14
**legislations** 34:11
**legislative** 5:15,20
6:14 9:4 10:15,17
11:1,4,12 21:18
22:22 26:7,15 29:13
36:16,17 37:13 38:2
38:16 42:9 43:11
44:23 45:10 46:21

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

23

47:11,21 49:2,23
50:22 51:16 52:7,14
53:12,24 54:4 55:3
55:10,14 58:20 59:2
59:22 60:7 63:7
66:15 69:1 87:17
88:6 93:5 96:6
106:3,6 107:4,13,25
108:22 111:15
112:2 124:23
128:16 129:6
135:14,14,17
138:10 139:25
141:22 142:6
144:14,19 148:18
153:20 160:2
170:24 174:3,4,13
174:14 183:17
189:22 195:6
215:19 268:6,10
269:11
legislature 13:16
33:9,22 34:23,25
107:11,18 116:13
138:17,18,21,22,24
140:5 184:11
185:10 195:25
208:20,22 210:8
216:10,12 217:5
246:22 256:10
267:15
Legislature's 191:3
legitimate 145:3
length 148:8
lengthy 34:14 180:12
lenient 74:5,11,18
let's 38:7,10 54:15
88:23 89:9,12 97:22
142:18 162:3 174:3
174:7 190:20
192:14 196:24
209:19 213:21
217:11 230:2
238:19 242:13
249:19,19 261:20

265:12,12 269:21
269:21,22 274:15
letter 273:21
letters 273:19
Levitt 180:6
liable 40:24
library 226:2
license 77:15 116:22
119:5 121:12
122:25 123:6,9
124:11 129:19
130:10,17,21 137:8
139:9 167:19
169:16 180:20,23
181:19 182:1 185:4
186:2,15 187:13
188:3 189:8,16
190:9,19 191:5
192:22 194:4,10,18
194:19 195:13,23
204:4,8 205:17
213:19 224:10
235:13 240:3
253:13,18 257:4,4
257:20,21,25 259:4
licenses 105:13,15
134:8 182:15
190:12 223:15
224:9
lieutenant 2:9,14 4:1
5:3,21 8:1 9:11
13:19 15:4,13 20:3
20:22 22:2 23:10
26:1,4,15,22 27:1,5
27:9,12,18,25 28:2
28:5,24 29:4,6,8,24
30:2,10,17 31:8,13
32:3,11,14,16 44:21
88:19 109:21,23
110:5 115:4 132:22
140:6 144:18,23
160:4,16 161:11,22
208:23 230:12
277:20,25 279:7,12
life 173:3 215:19

lifetime 260:7
light 93:19 192:16
231:3
Lighthouse 7:3
250:17
likelihood 76:21
81:24 82:8
limb 271:10
limit 117:20 118:25
118:25 251:8
limited 92:7 185:11
limits 245:14
Linda 3:16 9:17 14:4
linda.halpern@tex...
3:19
line 66:4 157:13
175:25 177:20
206:9 207:14
253:15 273:24
277:3
lines 157:23
list 27:23 62:21 67:6
67:9 90:9 95:22
121:14 131:10,16
131:21 132:8,12,13
132:18 142:7
190:12
listed 67:5 121:5,15
122:15
listen 12:11
listened 127:23
listing 188:2
lists 95:19 101:19
116:18,21 120:14
litigation 3:17 141:2
150:21 155:20
162:8 171:18 207:7
little 18:25 41:8
43:15 52:19 54:10
104:7 120:18 135:5
139:15 155:9
180:24 190:21
196:2 230:4 238:19
253:8 263:19 265:9
live 121:14 169:12

227:8 229:9
lived 117:23 257:8
lives 226:3
living 233:7
LLP 4:13 9:3
load 115:6
local 35:2 254:24
locally 201:15
located 195:9 257:6
257:10
locating 194:9
location 105:3 257:6
locations 194:23,25
logical 126:21 132:20
logically 131:21
long 44:12 54:12
112:12 118:11
122:8,9 152:1 153:3
159:8 272:8
longer 155:9 173:4
230:4
look 25:1 34:9 39:4
39:14,16 41:20 46:3
54:10 58:5,7 59:17
62:21 82:11 83:24
87:2 91:13 93:23
95:22 106:2 121:21
129:13 145:22
155:21 162:9
167:11 170:2
173:19 176:24
188:14 198:24
207:8 212:20,21
213:20 217:17
239:10 242:13,16
242:25 243:3,13
244:22 247:25
248:3 249:19
250:14,21 260:23
261:2 272:11
274:24
looked 17:5 34:1 56:4
76:23 122:8 128:8
162:12 170:4
171:25 174:5 177:8

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

24

183:22 195:1
207:10 209:13
237:22 241:21
243:9 260:7
**looking** 38:17 41:22
53:25 54:7 55:18
63:18 72:2,5 73:11
118:8 119:2 141:11
142:5 174:7 175:23
188:18 189:9 190:1
197:8 198:25 214:9
219:24 242:22
244:24 245:4,12
**looks** 25:12 120:11
175:10 190:20
197:13 224:16
227:20
**lost** 20:14
**lot** 30:14 92:14
102:17 151:22
152:3 188:16
196:12 205:21
209:3
**lots** 151:23
**love** 258:14
**low** 56:6 140:3 209:6
242:9 256:16,19
**low-income** 256:23
**lower** 139:23 140:9
140:15
**Lucio** 266:21 270:8
**lunch** 89:2,6,7 123:21
124:18,19 125:4
**Lyndon** 56:20

**M**

**M** 4:8
**machine** 2:19
**mail** 63:19
**mail-in** 40:22 41:4
57:19 58:2,16 64:9
77:24 166:12
**main** 113:8
**maintain** 164:3
**maintained** 73:15
**maintains** 131:11

**major** 6:3 106:18
141:19 142:6
**majority** 55:21 57:2
80:7 84:11,17 85:23
86:25 90:10,13,16
105:20 109:6,11,19
112:15,16 154:16
160:10,13 179:7
203:10 241:18
246:2,17 248:23
251:20
**makeup** 215:14
**making** 49:10 69:13
184:20 192:18
220:18 248:19
**Management** 6:3
52:21
**Manager** 3:17
**manner** 148:17
194:10
**MARC** 1:3 278:3
**March** 5:24,25 6:22
93:24 106:13,13
220:8 223:1 260:21
**Marinda** 4:16 8:25
**Mario** 137:6 270:19
**mark** 14:6 25:4 33:1
36:20 45:18 53:17
78:16 83:9,11 94:21
116:3 120:6 140:23
142:24 145:10
150:17 155:16
157:25 169:22
174:7 175:2 188:10
207:3 209:19 221:4
222:14 226:12
250:11
**marked** 5:9 14:8,11
25:5,7 33:2,4 36:21
36:23 38:6 45:20,22
47:11 53:18,20
54:17,20 78:17,19
83:13,15 93:8,10
94:22,24 116:4,6
120:7,9 140:24

141:1 143:1,3,3
145:11,13 150:18
150:20 151:13
155:17,19 158:1,3
162:5,7 169:23,25
174:9,11 175:3,6
188:11,13 197:3,5
197:11 207:4,6
209:20 210:22
221:5,7 222:15,17
224:13,15 226:13
227:16 242:15
243:2 247:11,13
250:12,14 260:11
**marry** 132:12
**marrying** 193:3
**match** 130:16 190:7
**matching** 132:16
190:14
**material** 133:20
232:3
**materiality** 133:18
**math** 175:5 187:13
**matter** 10:17 24:8
43:1,3 84:15 88:15
99:10,23 108:24
128:7 130:19
138:19 193:21
236:24 262:17
268:7
**matters** 21:3 90:9
106:21
**maximize** 69:5
**maximum** 10:6 69:6
198:19
**MC109** 3:18
**McCoy** 44:6 95:10,14
96:10 170:9 260:21
**McGeehan** 182:9
184:19
**mean** 13:15 15:25
21:9 26:6 52:11
68:9 82:16,17 94:5
115:10 136:5 153:2
155:13 159:10,19

174:25 187:7
198:20 229:21
246:11 253:23
268:11 269:19
273:20
**meaning** 106:20
109:5 153:5 161:13
241:18
**means** 156:19 174:21
262:21
**meant** 22:9 27:22
49:18
**measure** 154:10
222:3,8 227:22
234:20
**measured** 268:2
**measures** 108:9
148:10 159:21
163:3,10 165:20
**mechanics** 205:22
**medication** 13:7
**meet** 42:20 43:4,5
61:11 127:7 152:1
153:3 216:10,12
238:2
**meeting** 16:23,25
80:1 81:15 112:12
**meetings** 43:7 44:5
**meets** 172:3
**member** 26:19 29:9
29:19 32:12,15
114:25 140:21
174:17,18
**members** 6:6,8,9
23:12 28:25 34:15
47:11 53:24 80:2
81:13 84:12 90:10
91:21 101:5 114:4
140:10 147:22
151:18 156:6 157:1
157:15 174:22
185:10 196:7,18
**memo** 6:9 156:6
**memorized** 262:9
**memory** 21:2 22:10

22:17 23:14 32:24
33:17 35:20 37:10
38:3 39:3 41:21
52:23 53:15 59:12
68:22 69:21 72:1,3
119:1,2 120:4 123:4
140:22,22 142:22
149:17 167:16,17
182:4,7 206:13
**mental** 229:7
**mentally** 120:24
123:23 124:1,2
125:10,11 227:7
**mentioned** 153:18
183:25 184:1
238:21 241:14
253:6
**merit** 264:22
**merits** 177:12
**met** 16:13,18,20,22
16:22 43:1 61:18
117:14 216:14
**method** 161:17
**methodology** 72:16
**Mexican** 9:4
**mid-1990s** 65:18
**mid-2000s** 20:25
**Mid-January** 20:16
**middle** 39:6
**Mike** 221:15
**military** 116:24
118:14,16,18,23
122:6,9,22 167:21
235:16,17,20
**million** 130:21
139:18 187:12
189:2,6 190:3,3,18
190:21 235:12
239:22 254:6
**millions** 240:3
**mind** 24:13 40:18
56:14 58:8 92:9
137:19 154:8 196:9
196:10 204:17
205:20 240:18

242:13
**minds** 56:25
**mine** 267:14 271:6
**minorities** 137:22
178:4 179:9 180:7
181:10 218:5
236:18
**minority** 13:22 76:16
76:19 77:1 96:18
97:9,14,25 98:3,9
98:16 99:25 100:3
100:10 104:22
105:5,5,6 112:24
128:6 129:15
134:15,16,23
137:14 161:23
177:6 180:16
182:22 184:6 191:9
191:15 192:15
193:12 195:12
237:11,15 238:20
240:20 261:9,18
262:5,12 263:1,14
267:19
**minute** 62:18 123:17
123:18 260:5
**minutes** 123:16
134:13 155:6
196:23 258:24
274:21 279:25
280:1,1,2
**mischaracterizes**
131:18 146:11
206:22
**mischaracterizing**
234:12
**misrepresenting** 63:9
**missed** 141:21
**missing** 229:8
**misstates** 127:20
131:17 145:19
186:4,11,12 202:13
209:10 232:23
**misunderstanding**
261:21,22

**misunderstood** 16:4
**mitigate** 239:21
**mobile** 195:1 254:9
254:11,17 257:24
**Mobility** 213:6,11
**model** 60:25 61:18
70:20 71:3 124:25
126:22 127:15
136:11 230:24
231:8,12 233:1
**modeled** 68:20 126:6
171:13,15 232:16
233:17 234:4
**modeling** 113:2
117:10
**models** 61:6 128:12
**modify** 81:7
**moment** 33:12 44:18
62:14 83:23 86:10
92:6 117:9 120:17
123:5 126:25
145:22 196:11
209:18 221:24
243:20,25 244:23
265:21
**moments** 12:3 69:3
138:8 209:13
**Monday** 147:3 157:3
273:25
**money** 19:14
**monitor** 219:9
**month** 114:16
**Monthly** 51:19
**months** 26:14 61:13
61:16
**morning** 8:7,8,11,14
8:21,22 14:16
**motion** 44:24 45:9,12
46:11,13,19 47:2,19
47:20 48:3,11 50:15
84:11
**mouth** 99:17 122:14
**move** 22:2,7,12 43:21
44:10 47:9 51:12,16
60:20 147:24 150:9

152:18,22,23
161:15 195:1
249:20 251:10
252:1
**moved** 44:15 46:7
150:1 153:11 157:7
198:14,16
**moving** 43:24 44:3
56:16 254:9
**MR.HALPERN**
212:8
**multiple** 132:11
184:25 218:22
250:6 266:7
**mutually** 136:4
**mvandalen@trla.o...**
4:17

_____
                N

**N** 3:3
**N.W** 3:7
**NAACP** 1:21 4:8,12
8:18 9:4 278:21
**name** 8:9 26:19 42:13
131:12 132:18
**named** 3:9 142:2,20
215:5,6
**names** 190:13 239:3
269:25
**NANDITA** 1:24
278:24
**Natasha** 4:8 8:17
**national** 182:25
184:1,17 191:13
**nature** 18:3 88:1
119:6 251:17
**Nays** 174:21
**near** 169:12
**nearly** 166:20
**necessarily** 121:5
122:13,22 163:9
203:23 223:18
234:5 250:7
**necessary** 71:15,21
72:10 76:21 104:11
139:10 164:22,23

LIEUTENANT GOVERNOR DAVID DEWHURST                7/29/2014
CONFIDENTIAL TRANSCRIPT

26

168:1 179:17
191:18 198:2
225:15 226:20
**need** 28:12 34:19,23
53:22 54:9 62:17
76:14 135:13,14
157:21 196:9,10
210:23 259:20
262:22 263:16
**needed** 103:18 108:9
195:16 232:21
234:14,19 270:17
**needing** 270:18
**negatively** 235:2
**negotiate** 270:16
**negotiating** 135:21
137:4 266:22
**negotiations** 271:15
**neighborhood**
201:16
**neighborhoods**
239:25
**neither** 245:13 280:3
**never** 22:10 25:9,12
81:12,21 99:17
101:14 142:15,15
143:6 173:4 188:22
208:12 215:18
232:3
**nevertheless** 206:11
271:14
**new** 4:10 90:7 194:20
195:21
**newspaper** 224:17
225:9
**NGR** 1:5,11 278:5,11
**night** 199:6 206:4
**nkorgaonkar@naa...**
4:11
**nod** 119:2
**Noe** 142:21 143:7
**non-photo** 62:13,23
63:3,5,14,23 64:1
64:12 65:11,24
66:25 70:25 71:4,11

72:10 74:12 124:22
126:5,10 127:2,17
133:13
**non-stop** 65:6
**non-U.S** 123:2
**noncitizen** 228:24
**noncitizens** 228:6
229:4,20,22
**noneligible** 229:20
**nonlawyers** 23:10
**nonphoto** 39:23 98:1
98:7,14 100:2,13
113:6 266:10
**nonresidents** 118:22
**nonresponsive** 40:5
**nonvoter** 100:13
**norm** 254:19
**normal** 166:24
**normally** 22:3,5
32:12 146:24 150:5
156:6 184:24
254:19
**note** 124:16
**noted** 277:22
**notes** 18:22 274:5
**notice** 10:7 140:11
249:1 250:5
**notify** 272:6
**notwithstanding**
66:25 84:7 154:5
**November** 20:5
220:6,8,10
**number** 1:5,10,22 2:3
8:10 11:25 14:14,17
26:14 29:14,14 35:7
51:14 77:15 92:7
101:19 105:3,14
109:4 112:23
118:14,24,24,25
119:23 120:14
122:22 130:9 134:9
139:20,23 140:3,9
140:15,19 157:14
161:7 166:11
169:21 173:7

180:21 185:4 186:1
186:14,17,18
187:14,22 188:1,3
188:17 189:3,8,18
190:12 194:23,25
196:8,13 197:19
198:7 199:10 200:4
200:17 201:23
202:9,22 203:4,13
204:16,25 210:3,18
220:25 228:17
234:24 236:21,24
250:22 253:17
259:14 266:10
267:22 270:15
272:15 273:6 278:5
278:10,22 279:3
**numbered** 2:17 24:15
**numbers** 188:21
190:2 235:18,21
236:5 243:12
**Numeral** 143:25
**numerous** 49:6
161:10 270:7,8,9,11
**NW** 4:5
**NWB** 3:6
**NY** 4:10

### O

**oath** 12:4
**Obamacare** 142:11
142:16
**object** 10:25 17:7
18:5 26:8 42:8
46:23 96:7 135:14
144:16 264:3
**objecting** 35:8 183:9
186:9 256:2 273:24
**objection** 27:20 32:7
40:2,5,10,11 41:17
42:5 46:20 47:21
49:2,23 50:5,6,6,22
52:7,14 55:14 56:2
58:20 59:2,22 63:7
64:14 66:15 67:8
68:3 69:1,15,18

71:5 73:9 74:7,9,25
76:9 78:5 79:14
82:1 84:21 86:14
87:17,18 92:4,23
93:5 94:7,13 95:16
96:3,8,23 98:10
99:6 100:4,7,8,14
101:6 103:19 107:4
107:13,25 108:22
111:15,25 112:2
115:13 118:6 121:8
124:23 127:19
128:16 129:6
130:11 131:17
132:2 133:1 134:19
135:10,16 137:15
139:25 144:13,17
145:4,19 146:11
148:18,20 153:20
156:3,14,17,21
157:20 159:22
162:24 163:17
169:18 170:24,25
176:18,20 177:15
178:13,25 181:3,5
182:17 183:6,17
186:3 191:23
198:11 201:9,17
202:13 204:11
206:22 209:10
210:11 211:6,23
212:8 217:24 218:1
224:23 228:7
232:23 233:14,22
233:23 236:13
237:5 238:7,14
240:10,23 241:25
245:15,17 246:9
248:17 249:12
255:20,21,21,22,25
256:1 257:13,15
263:4 264:1,13,15
268:5,19 269:13
274:10
**objections** 11:10

LIEUTENANT GOVERNOR DAVID DEWHURST                7/29/2014
CONFIDENTIAL TRANSCRIPT

27

255:23
**objective** 113:8
  115:20 229:5
  263:11
**objects** 14:19
**obligated** 91:9
**obtain** 19:11,13
  98:21 100:10,20
  104:11 118:18
  123:23 124:4,6
  134:25 164:23
  166:21 184:7
  192:19 197:21
  198:1,2 218:5 252:3
  252:12 253:8
  256:23,24 257:11
  257:12 262:16
**obtaining** 101:25
  102:5,12 103:6,10
  165:21 166:3,8
  179:17 203:21
  220:15 252:6,10
  256:17 258:20
**obtains** 204:7
**obviously** 136:6
  144:5 222:11 229:2
  235:15
**occasions** 143:25
  148:1 194:16
  228:11
**occur** 48:23,24 49:22
  50:4,19 64:22
  127:13 195:24
  217:2 219:14
**occurred** 45:1 51:15
  127:16 189:23
  218:19 219:2
  242:23 252:22
**occurs** 157:7
**October** 7:2 247:13
  249:4,8
**offered** 197:18 199:9
  200:5 202:10
  203:14 204:2 205:1
**offering** 91:21 205:8

**office** 2:20 4:1 5:18
  5:21 9:9,11,13,18
  13:18,20 14:21,24
  15:1,4,13 16:7
  19:16,19 20:17,20
  21:18,21 23:1,9
  42:20 45:8 46:18
  52:5 59:24 60:1,4
  73:23 77:6 78:23
  95:13 98:25 99:3,5
  99:7 128:1 129:17
  130:6 132:22
  139:13,17 141:9,12
  141:15,17 145:18
  146:1,2,4,5 151:9
  156:2 164:14
  169:16 177:1 183:4
  184:21 185:3,20,22
  187:2 190:14
  193:14 204:8 218:3
  219:7 221:10
  222:11,19 253:9
  254:7 257:9 275:19
**office's** 60:13
**officer** 26:2 29:22
  279:13
**offices** 67:17,18
  194:10 206:1,2
  253:2,5,11,13
  257:20
**official** 63:19 204:6
  272:1
**officials** 65:1 200:25
  203:16 237:2,10,13
  237:22 238:23
  241:2
**offset** 163:4,8,15
  165:20 233:7
**oh** 33:13 51:7 74:16
  89:5 97:10 186:8
  256:4 259:9
**okay** 8:20 13:5 53:11
  74:17 79:23 89:1
  95:18 97:16,22
  101:12 118:2

130:24 131:2,9
135:16 136:21,24
141:25 142:4,18
144:1 146:7 149:20
152:20 155:8
160:25 172:10
189:21 196:2,19,25
199:19 204:20
210:1 211:10
213:21 215:10
218:8 224:12 230:1
230:6 231:14 232:2
240:12 242:24
243:6,11 244:16
246:1,4 250:2
251:11 259:7,12
261:14,25 265:23
269:17 272:21
276:5
**old** 120:21 125:8
  266:14
**older** 211:13
**on-the-record** 10:6
**once** 41:9 104:14
  235:8,8
**one-subject** 166:15
**ones** 56:15 59:13
  65:23 142:4 201:1,1
  201:2,2 202:1
**ongoing** 28:9
**Online** 33:9,22
  116:13 174:13
**open** 114:3 240:4
  268:2
**opened** 206:1,3
**operate** 11:7 31:25
**operates** 32:8
**operations** 205:9,13
**opine** 178:17
**opinion** 7:3 44:4 62:3
  63:5,13,16 76:11
  86:17,18 179:1
  202:4 208:17
  214:19,23 215:24
  216:2 263:24

264:11 274:7
**opponent** 91:25 92:3
  92:8 267:11 270:25
**opponents** 48:21
  104:21 107:7
  137:12,21 191:8
**opportunity** 52:2
**oppose** 48:21 49:21
  98:17 251:4
**opposed** 26:7 48:20
  82:13 89:17 203:7
  206:7 265:16
**opposing** 271:3
**opposite** 97:15 98:5
  191:16
**opposition** 244:12
**opted** 203:20
**optimistic** 267:5
  270:23 271:11
**optimum** 107:21,23
**option** 92:11 127:17
  233:12
**options** 24:12
**oral** 2:14 188:24
  279:14
**oranges** 223:23
**orchestrated** 274:2
**order** 10:23 27:10
  29:15 44:16,25 45:1
  45:13 46:8 47:3
  48:3,12 62:7 72:25
  82:12 84:10 85:7,14
  85:17 86:2,4,8
  89:17 90:9 93:3
  106:22 120:15
  127:7 138:3 139:23
  152:18 157:8,10
  159:13 161:14,15
  164:11,15 166:19
  166:19 218:5
  244:10,19 249:11
  271:20
**ordinarily** 41:15 42:1
  42:3
**organizations** 56:12

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

28

organized 21:21 23:9
original 279:21
Ortiz 2:1 4:15 9:1
  279:1
ought 112:19 196:9
outcome 20:13 48:11
  49:15 177:9 272:8
  280:7
outreach 254:5
outside 65:8 77:11
over-dramatic 159:6
overall 195:4 220:22
  220:23 267:13
overlapping 12:18
overrule 85:21
overruled 85:20
  86:10
overview 127:4
overwhelming
  187:20

            P
P 3:3,3
p.m 2:18 124:18
  162:4,4 197:2 206:3
  230:9 258:25 265:3
  265:3 276:6,12
P.O 3:13,18,23
page 5:9 36:25 37:4
  38:19,19 39:6,6,11
  39:13 53:23,24 54:3
  62:16 67:5 83:19
  85:12 86:2 87:7,8
  90:2,5 95:9 101:13
  101:23 116:17
  120:13 157:13
  158:10,14 170:7
  175:16,18,24,25
  176:9 177:19
  197:22 199:10
  200:5 203:13 205:5
  207:22,25 243:16
  243:23,24 247:17
  248:3 250:21,22,23
  260:11,24 261:3
  277:3

pages 39:14 46:3
  53:25 157:23 170:2
paragraph 93:14,15
  93:16 156:8 157:9
  225:6 228:1,4
paragraphs 223:5
  225:14
pardon 67:5 97:17
  102:17 171:19
Parliamentarian
  86:19
parliamentary 88:11
part 11:3 58:8 71:22
  80:15,17 111:22
  113:4 115:6 126:1
  128:24 141:13
  145:2 159:12,13
  175:23 179:3,5,11
  182:22 196:17
  197:17 198:4
  220:20 264:7,23
  267:2
partially 124:2
  125:10
participate 100:3,16
  119:15 137:23
  236:12
particular 41:5 60:23
  63:24 64:11 68:2
  69:25 84:19 87:3
  90:12 147:18 199:2
  202:2 215:20
  227:10 229:16
  242:24 244:14
  246:25 248:4 251:7
  272:8
particularly 56:25
  105:5 121:13
parties 10:4 59:25
  76:1 128:10 280:4
partisan 97:2 159:9
partly 179:11,12
parts 244:2,8 264:11
  269:22 271:19
party 279:23

pass 35:9,9 37:15,19
  38:21 40:4,13 47:4
  52:3 55:13 82:13
  105:20,25 106:9,23
  107:6,18,22,24
  108:3 109:19
  117:13 135:23
  147:5,24 148:14
  149:1 150:1 152:19
  160:5,6,13 161:22
  161:23 166:13
  205:22 206:17
  208:23 255:5
  259:24 276:3
passage 73:2 81:24
  82:9 107:2,11 108:2
  130:2 146:9,9,14
  252:23 265:14
  267:17,19 269:24
  270:1 272:2 274:19
  275:15
passed 6:20 24:23
  28:22 37:10,25
  38:19 41:9 47:7
  48:13,14 61:1 69:23
  71:10 84:16 103:25
  104:14 105:17,19
  106:17 108:4 109:5
  117:14 147:15
  149:22 150:3 153:6
  160:14 161:12
  179:21 187:5
  206:19 208:5 209:9
  209:17,23,25 210:5
  210:10,25 211:25
  228:15 239:14
  241:9 248:25 253:1
  253:3 254:14
  266:13,25 267:3
passes 147:4 148:5
  183:16
passing 25:14,17,24
  40:9 47:6 56:5 60:6
  108:6 152:24
  153:17 173:5

189:14 265:4 273:4
passport 116:23
  118:10 119:8,8,14
  119:17 121:12,14
  123:23 124:4
  167:22
passports 224:8
  235:21
Paup 3:20 9:15,15
pay 256:24
pendency 195:7,18
  235:4 253:7 254:13
  255:19
pending 13:4 109:13
  214:4
Pennsylvania 3:7 4:5
people 9:6 55:18
  56:21 64:25 66:3,8
  79:19 98:24,24
  103:18 119:5
  122:17 123:6,25
  134:1,7 137:10
  169:21 172:3 179:7
  189:2 190:8,18
  192:18 195:15
  205:16 208:15
  220:14,19 228:14
  228:18 229:1,4,4,5
  234:14,18,24
  236:17,17 237:18
  237:25 241:8,10
  253:17,18,25
  255:12,15 257:3
  258:10,12,17
  259:19 262:23
  264:4,14,17 270:21
percent 180:19 187:9
  188:19 189:8,15
  190:22 191:4
  192:13,14 194:4
  206:14 234:1 244:1
  244:6 247:23 248:8
  248:10,10 249:11
  261:22
percentage 180:21

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

192:15 193:12
247:20 248:6 249:1
249:9
**percentage-wise**
253:23,25
**perfect** 115:19
**perfectly** 122:1,3
**perform** 26:20
**period** 21:24 22:19
22:20 23:16 75:2
76:22 84:22 92:20
93:2 94:1,3,6
112:18 137:3
146:22 147:7 149:7
154:12 216:18
218:15,22 219:16
228:14 242:23
248:20 253:20
272:7
**perjury** 119:18
**permanent** 118:15,17
118:21 123:8
**permissible** 39:1 67:1
133:10,13 234:24
**permit** 14:19 39:3
44:18 46:22 48:23
49:21 50:3,19 62:14
64:7 99:14 106:2
132:25 150:23
167:11 231:25
239:7
**permits** 84:15 148:4
**permitted** 29:6 39:19
49:12 50:15 62:12
70:24 85:22 97:25
117:3 200:7 203:1
232:13 244:10,19
**Perry** 1:6 3:9 26:11
108:7 144:21 277:2
278:6
**person** 22:14 40:24
59:5 63:19,20 66:6
66:8 90:24 118:11
119:9,14,16 122:19
135:25 142:1,20

143:8 164:6 166:21
173:4 190:16 209:4
214:11 238:4 251:4
**personal** 16:6 116:22
122:25 124:6 156:8
167:3,4,8,19 168:2
168:14,19,21 169:6
185:5 186:2,15
212:16,23 213:7,15
214:6,11,15
**personally** 144:7
205:14 238:9 239:4
**personnel** 168:20
**persons** 65:10 123:22
192:6 198:1 212:16
**perspective** 212:13
268:22
**persuaded** 228:16
**pertain** 78:24 110:10
110:13,15,17,24
111:3 142:9
**pertained** 109:23
110:1 213:7 224:21
**pertaining** 40:15
83:7
**phase-in** 94:15,19
**phone** 4:13,16 8:24
**photo** 25:2 36:15
39:21 61:5 62:7,12
68:5 70:24 71:15
73:21,23 77:2 84:15
84:16 98:13,20
100:20 104:11
117:6 118:18
122:11 125:21,22
126:7,7,8 131:25
132:11,25 164:7
168:1 170:13
171:16 172:11,16
172:25 177:4,5
178:2 179:17,21
180:7 181:8 182:23
184:5 191:12,14
192:19 197:21,25
198:2,5 199:22

200:1,8,11,13
202:11 203:1,2,17
203:21 206:21
207:17 208:10,16
208:20,24 210:22
220:16 221:1 222:2
224:9 225:25 226:1
227:4 231:16,25
232:10,13 234:13
234:20,22 236:16
236:23 237:14
239:7 240:21
241:12 243:22
244:10,19 245:1,8
245:10,14,24 246:5
246:7,18,20 247:1,4
247:6,22 248:8
249:2,10 250:25
251:4,8,21,22,22
258:13 259:20
262:15 264:5,18
**photographed** 211:6
**physical** 115:6
**physician** 210:21
211:1
**picked** 246:21
**picture** 204:9
**piece** 24:10 153:7,8
**pieces** 148:23 149:5
151:22 172:7
**place** 34:14 87:11
113:20 127:6
153:14 205:9,13
270:3,5
**placed** 10:21 106:18
108:7 153:16
274:15,16,18
**Plaintiff** 1:4,9 2:16
278:4,9
**Plaintiff-Intervenors**
1:13,16 278:13,16
**plaintiffs** 1:22 2:2
4:15 9:1 10:5,9,22
215:7 278:22 279:2
**plane** 226:1

**planning** 87:15 274:8
**play** 107:17
**played** 219:7
**plays** 27:25
**plead** 120:17
**please** 9:7 12:16 13:2
14:7 36:20 45:19
82:4 142:25 188:10
243:19 250:11
**pleased** 50:2
**Plus** 236:20 240:2
**point** 69:24 71:12
77:24 85:6,14,17
86:1,4,8 115:11,18
115:21 135:19
139:16 147:4
150:14 151:11,19
154:12 160:9 193:2
193:7,16 234:1
235:3 248:19
262:17
**points** 6:6,8 27:10
101:13,14 103:9
122:18 123:20
151:1,3,7,10 153:18
210:16
**policies** 99:2
**policy** 21:24 22:6
23:11 24:6,9 60:11
98:24 99:4,10
129:10
**political** 198:21
202:17
**poll** 6:25 7:1,2,3 66:6
201:14,21 241:15
242:16,20,25,25
243:3,9,14 244:14
244:16,21,24 245:4
245:13 246:25
247:9,25 248:4
249:4,20 250:14,16
250:17,18 251:7
**polling** 55:19,20 57:2
160:11 178:12
242:2 243:8 246:16

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

30

251:20
**polls** 40:16 65:25
71:14 77:21 79:8
118:5 125:23
154:17 178:7,8
228:21 241:11,13
241:16,19,22 242:8
242:14,21,22
243:10 245:12
246:13 247:15
249:3,7
**pontificating** 136:1
**poor** 96:17 97:9,14
97:25 98:3,8,16
99:24 100:2,10
261:9 262:5,11
263:14
**Popularity** 240:17
**population** 193:15,16
195:11 241:24
247:23 248:11,16
249:5,6,9
**populations** 184:6
**portion** 67:12 109:16
136:22
**position** 19:24 20:2,4
20:6 71:12 99:4
171:7,8 249:22
250:8,10 269:7
**positions** 99:3
**possess** 124:10
134:17 181:18
259:3
**possessed** 134:9
**possession** 180:1,7
**possible** 12:6 82:11
119:12 136:17
152:22,24,25
166:20 193:24
230:25 238:3
**possibly** 114:3
157:24
**post-enactment**
206:8
**postgraduate** 19:11

**postponement** 94:10
**power** 30:3
**powers** 26:4,6,7,15
27:18 28:23,25
**practical** 84:13,15
199:5,7 206:9,12
**practice** 47:11 48:2
51:16 119:4 161:21
201:6
**preaching** 138:9
**preceded** 61:16
**precedent** 88:1
**precinct** 169:11,12
**preclearance** 61:3
70:22 75:15 76:8,21
97:5 170:23 171:4
184:17 191:12
214:20,21 215:23
223:3 259:2
**precleared** 61:14
76:4 170:14 171:12
172:9,24,25 176:11
231:11
**precursor** 53:10
**predicate** 50:7
**predisposition** 40:23
**preference** 156:9
**prefiling** 113:17
**preliminary** 235:9
**premise** 261:11,15
**premises** 14:20
**preoccupied** 241:8
**prepare** 12:9 16:12
16:17
**prepared** 274:5
**preparing** 274:13
**prerogative** 81:14
**present** 8:11 16:23
47:11,13 48:6 51:10
104:8,17 164:25
168:15,17 173:9
206:13 210:23
219:18 244:9,18
245:8,24 246:18
248:7 264:11

272:22
**presentation** 118:9
247:21
**presented** 22:3 37:11
81:16
**presenting** 122:11,15
**presently** 219:13
**president** 26:2 56:20
**presidential** 217:2,8
217:18 218:19,24
**presiding** 26:2 29:8
29:22
**press** 5:21 6:21,22
55:25 78:23 79:10
79:13 130:8 221:10
221:12,15,21
222:19 223:20
**pressed** 137:12
**pressing** 152:7,15
**presume** 157:2
**presupposing** 120:3
**pretty** 188:18
**prevail** 215:16
**prevent** 228:24
**previous** 66:2 69:22
80:11,12 85:1,1
90:11 102:2 135:20
160:24 165:2,6,6,9
178:18 207:25
247:15 269:7,8
**previously** 72:11
199:13
**primarily** 16:4 21:6
**primary** 56:24 65:21
220:8 267:11
270:25
**principally** 59:24
94:16 117:12
135:22 176:24
**printed** 275:24
**printing** 157:12
**printout** 5:12 33:7
36:10
**prior** 22:25 46:11
64:16,17,19,24 73:2

111:13 127:20
139:14 186:4,11
189:13,14 190:4,5
207:22 232:23
265:14 266:16
267:17 269:23
270:1
**priorities** 22:5
140:11 141:22
142:6
**priority** 78:3 103:24
140:5 153:16
**private** 24:16,19
137:7
**privilege** 10:15,17
11:1,5,12 18:8 23:7
42:9 43:12 46:21
47:22 49:3,24 50:23
52:8,15 55:15 58:21
59:3,23 63:8 66:16
69:2 87:18 93:6
96:4,6,8 107:5,14
108:1,23 111:16
112:3 124:24
128:17 129:7,7
135:17 140:1
144:14,21 148:19
153:21 170:25,25
183:18 268:6,11
269:11 271:7
**privileged** 268:13
**pro** 29:16
**probably** 25:24 56:24
196:21 206:4 230:4
270:25
**probation** 124:10
**problem** 52:17 78:11
132:9 183:13,24
184:4 192:22 193:4
199:2 205:14 209:6
218:7 232:7,9
258:13 264:12
**problematic** 263:3,25
**problems** 130:5
134:12 179:15,17

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

31

193:3 219:24
220:15 232:6
**procedure** 2:22 60:20
71:14 72:9,13 73:8
74:2,5,6,15 81:23
82:8 84:20 198:25
271:23
**procedures** 6:5,7,8
32:1 81:4 92:2
146:20 165:3,5
**proceeding** 280:5
**proceedings** 88:11
175:10 272:20
274:4
**process** 22:8 29:14
35:7 64:5,7 69:7
78:13 101:24 104:3
122:20 126:2,12
132:15 135:6
144:14,17,20 145:3
147:21 159:8
166:12,18 172:2
180:20 189:22,23
195:6 209:2 219:19
220:14 222:6
225:24 233:4 238:4
246:22 259:2
275:12
**produce** 5:11 14:18
**produced** 2:15 15:15
15:16 141:2 145:14
150:20 155:19
156:1 162:7 169:25
207:6
**product** 17:8,12
**production** 15:12
**productive** 193:7
**professors** 239:2
**program** 228:5
229:18
**prohibit** 212:15
**prohibited** 91:21
108:6 197:20
**prohibition** 108:4
**prohibitions** 214:14

**promulgated** 102:10
**proof** 39:8 72:25
116:9 168:15,18
168:23 169:1
252:13
**proper** 165:10
**properly** 226:20
**property** 24:16,19
35:2,2,3
**propose** 216:8
**proposed** 43:21 44:1
60:17
**protect** 24:16,19
**protected** 61:19 64:8
128:10
**protective** 95:2
**protects** 76:1 101:18
**proud** 255:10
**prove** 63:20 121:3
122:12 166:17
224:2 225:15 226:9
226:21 228:21
**proved** 228:12
**proven** 263:1
**proves** 172:2
**provide** 21:14 23:24
24:6,9 29:15 34:14
43:23 69:6 72:24
76:14 122:19 139:3
164:23 169:7
185:16,19 190:25
192:24 203:20
205:2 213:9 228:10
232:18
**provided** 15:1 90:7
167:3,8 168:1 192:3
210:20 213:15
248:13
**provides** 163:21
**providing** 21:11
99:11 129:9
**proving** 118:4 225:22
**provision** 73:12
84:13 87:23 90:7
168:8 199:22 212:7

213:4 258:19
**provisional** 66:13
71:18,20,20 72:14
72:25 73:5,7,13,15
73:18,20,22 74:4,6
74:15,19,20 163:7
163:11,14,21
164:10,12,22 165:2
165:7,11,16 220:25
**provisions** 2:22 112:8
112:10 196:14
210:4,14,15 254:16
271:18
**public** 34:14,16
35:15 62:8 92:14
119:3 137:25
167:20 168:22
200:8 204:3 214:12
253:10 255:13
**publicity** 262:22
**publicize** 259:21
**publicly** 136:8
**pull** 75:6 177:2 231:5
**pulled** 37:13
**purely** 100:22
**purports** 174:13
225:13
**purpose** 39:25 77:17
77:18 79:10,17
157:17 226:24
**purposes** 11:18 41:7
79:12 81:11 135:15
213:17,19 214:8
**pursuant** 2:21 31:7
62:5 91:3 129:5
148:3 164:24
**purview** 156:10
**push** 248:24 266:5
**pushed** 134:24 137:9
**put** 79:23 81:18
87:11 122:14 128:8
129:20 131:14
135:13 138:25
141:25 142:18
146:25 148:11

149:12 154:24
161:5 181:13
208:13 251:10
261:18 262:1 268:9
273:19
**puts** 148:23
**Putte** 175:17,18
176:4,16 266:19
273:22
**putting** 99:17 132:15
140:10 160:6 194:2

**Q**

**qualifications** 125:5
**qualifying** 167:5,9
212:17 221:1
**question** 11:2 12:11
12:12,16,23 13:4,5
15:23 16:5,15 17:2
18:2 21:16,25 22:20
23:6 28:1 40:6,7
42:12 43:12 46:14
46:15,16,23 57:11
57:16 59:6 67:11
69:12 72:6,7 80:21
82:3 92:24 93:20
97:6,10 98:12
103:23 109:13,15
113:23,24 114:10
125:3 132:16
136:13,16,20
137:20 138:13
146:17,19 147:17
147:18,19 156:18
167:24,24 168:6
172:14 174:16
176:17,22 177:11
177:13,14,22
178:12,18,24 179:9
181:12,23 183:10
202:6,6,19 210:2
213:2 214:4,5,13
217:13,14 225:21
226:8 227:14 238:8
244:2,2,7,7,14,25
246:21 250:1 251:3

LIEUTENANT GOVERNOR DAVID DEWHURST                                    7/29/2014
CONFIDENTIAL TRANSCRIPT

32

251:7 255:16,24
256:8,9 258:5
262:18 263:6,19,21
264:3,3,7,21 265:13
269:3,4,19,20
**questioning** 230:21
**questions** 11:11 12:4
  12:7,17,22 18:9
  29:5 30:18 33:24
  37:2 94:25 115:7
  123:19 201:25
  225:9 249:16 250:5
  251:14 265:8 276:8
**quick** 37:1 58:7 89:2
  89:9,12 224:5
  229:25 249:20
  265:1
**quickly** 35:14 92:9
  122:21 150:8
  152:24,25 153:15
  173:20 240:18
**quite** 133:9 137:24
  189:2 206:2 263:17
  273:7
**quitting** 162:1
**quo** 73:15 164:3
**quotation** 93:18
  226:19 227:12
**quote** 93:13 158:11
  158:16,23,25 159:3
  181:7 223:6 225:13
  225:18 226:5
  227:14 229:16,22
**quoted** 158:20
  227:25 228:3,9
  229:16
**quotes** 225:13 229:18

———————————————
          **R**
**R** 3:3
**race** 172:12,19 173:5
  220:21 243:21
  247:18
**racial** 137:13,22
  178:4 179:9 180:7
  181:9,17 187:17

192:10 193:8,9
**raise** 85:3,6 86:1,4
  269:12
**raised** 104:20 154:7,8
  258:19
**ran** 19:14
**Rasmussen** 55:19
  241:15 243:9
**Rathgaber** 17:20
  21:8,23 22:9 162:20
  170:10
**Rathgeber** 60:11
**raw** 190:2
**reach** 28:22 126:18
  253:22
**reached** 43:17 70:22
**reaching** 28:10
**reaction** 28:21
  215:24
**read** 54:8 67:10,12
  79:3 85:10 109:14
  109:16 136:14,19
  136:22 150:23
  177:22,25 205:10
  205:23 224:25
  225:3,8,12 234:25
  243:19 277:20
**reading** 39:20 63:22
  84:6 124:12 157:6,7
  234:22
**readopt** 108:12
**real** 202:6 209:5
  239:20
**realized** 267:8
**really** 21:17 100:21
  112:19 194:1
  255:23 271:8
**reask** 269:19
**reason** 13:10 24:13
  36:13 56:5 101:4
  153:16 173:5 206:6
  262:12 264:19
  277:3
**reasonable** 264:7
**reasons** 95:19,25

96:14 134:24
152:23 240:19
261:4
**recall** 31:17 34:6,7,8
  34:10 35:14,24
  36:19 38:25 44:5,9
  45:16 46:25 51:12
  67:19 68:18 69:25
  71:19 73:4,21 82:20
  82:24 84:2 92:19
  104:20 106:19
  107:16 108:11
  114:15 122:24
  129:15,21 132:13
  140:13 142:5
  143:19 151:3,15
  153:10,11 163:23
  165:1 166:22
  179:23 180:5
  181:15 182:5,9,12
  182:15 186:18,19
  188:1,4 197:18
  206:15,19 211:15
  212:25 244:13
  258:18 265:10
  266:16 267:24
  269:23,24 274:17
**receive** 140:15
  185:21 188:23
  204:4 205:16
**received** 15:12 41:14
  61:3 106:12 139:20
  189:10,12 210:22
  235:15 238:22
**receiving** 140:3 188:1
**recess** 54:16 62:19
  89:13 124:18 162:4
  197:2 230:9 258:25
  265:3 276:6
**recognize** 14:12 25:7
  25:10 33:4 45:24
  54:20 55:8 78:19
  83:15 88:10 93:10
  95:4 109:1 116:6
  120:9 141:3 143:5

145:15 150:22
151:6 155:24,25
158:3 162:13 170:5
174:11 175:9
188:20 197:5,11
221:9 222:17
224:15 227:19
**recognized** 112:14,16
**recollection** 21:7
  31:2 36:3 45:7 46:6
  62:22 72:18,23
  73:14,25 93:25
  102:15 130:3
  131:14 149:20
  159:1
**recommend** 136:10
  196:11
**recommendation**
  231:3
**recommendations**
  196:4,6
**recommended** 71:8
  231:8
**reconciled** 161:2
**record** 2:23 10:2 11:3
  11:5 15:11 38:2,7,9
  38:11 44:20 45:3
  62:18 72:4 106:5
  116:2 184:8 197:1
  215:21 230:3
  235:24 242:24
  243:6 245:19
  269:13 272:1,1,11
  275:7 279:14
**recorded** 173:25
**recording** 62:18
**records** 36:8 130:21
  173:24 194:15
**recreate** 160:7
**Rector** 4:9
**redistricting** 30:11
  32:20,23 35:21 36:1
  36:4,7 109:3,23
  110:2,11,12,21,22
  111:4,6

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

33

**reduce** 35:2 40:22
    64:5,8 77:19 79:17
    102:12 104:15
    115:19 117:20
    138:12 166:10
    191:15 233:3
    236:23
**reduced** 40:13 104:4
    166:13,22 189:18
    203:21 208:24
    254:24
**reducing** 67:3 222:4
**reduction** 77:1
    102:24 105:6 138:5
    187:21 252:21
**Reed** 3:11
**reelected** 20:6
**reelection** 20:10
**refer** 13:14,18,19,22
    13:23 22:19 31:14
    31:15 32:23 34:2
    41:12,15 42:3 43:13
    91:1,15 212:7 213:3
**reference** 252:15
**referenced** 250:18
**referral** 90:24 91:9
    91:17
**referred** 5:13 23:23
    30:21 31:10,24
    32:17 33:8,18 34:11
    36:1,3,11 41:10,24
    41:25 80:20,24 81:9
    81:19 85:8 90:22
    91:5 150:11
**referring** 22:20 26:23
    34:7 44:23 45:4,10
    57:1 106:6 129:11
    129:12 135:1
    226:17 236:5
    241:13 242:14,21
**refers** 163:3 221:21
**refile** 139:22 140:14
    140:21
**reflect** 44:20 72:4
    141:18,22 171:3

235:24
**reflects** 252:9 259:19
**reform** 23:21 254:7
**refrain** 82:4
**refresh** 33:17 38:3
    39:3 45:7 46:6
    52:23 53:14 62:22
    72:3 93:25 120:4
    142:22 149:17
    150:6
**refreshed** 35:20
    37:10 41:22 182:7
**regard** 10:17 33:23
    73:5 74:14 85:15
    138:16 161:17
    163:24 165:16
    191:19 194:3
    267:18
**regarding** 11:15
    158:11
**regardless** 136:7
    154:15
**register** 121:20
    168:20,24 169:3,4
    204:6,9
**registered** 72:20
    119:24 120:16,20
    121:7 129:19 130:9
    130:17 131:11,22
    132:6 134:7,9 182:1
    182:14 186:1,15
    187:12 188:2 190:8
    190:13 227:9 229:9
    235:12 236:12
    237:4 259:3
**registering** 120:2
**registrar** 120:12
    125:6 165:13
    210:21
**registration** 5:17 6:2
    40:23 41:3 52:24
    57:20,22,25 58:2,8
    58:15 64:9 72:10
    77:25 120:11 121:2
    125:25 128:3

132:18 166:12,14
    195:1,2 203:16
    204:6 210:22,23
    239:23,24 280:15
**regular** 33:9,23
    36:12 44:16,25 45:1
    45:13 46:8 47:3
    48:3,12 64:16 66:3
    79:25 80:12 81:6,8
    90:12 109:7 110:25
    157:8 159:14,16
    160:5 216:14
    266:24
**regularly** 112:12
**regulating** 205:25
**regulation** 166:23
**regulations** 198:16
    198:17
**regulatory** 166:18
    189:20 252:14,22
    254:21 255:7,9
**Reid** 20:23
**reject** 261:15
**relate** 77:10
**related** 34:3 35:4
    42:1 58:15 70:4
    86:5 95:1 155:12
    213:6 216:17,21
    280:4
**relates** 87:5,5
**relating** 84:8 275:22
**Relations** 3:22
**relative** 204:14 258:6
**relatively** 30:13
    38:23
**relatives** 257:3
**release** 5:21 6:21,22
    78:23 79:11,13
    221:10,13,21
    222:19,22,25 223:1
    223:9,21
**released** 79:2
**releases** 221:19
**relevance** 176:20
    181:3 183:18

217:24 233:22
    255:21
**relied** 187:24 192:10
**relief** 137:13,21
**religious** 211:5
**reluctant** 100:21
    121:11 264:21
**rely** 18:1 22:6 177:3
    182:24 236:20
**relying** 172:6
**remain** 230:19
**remember** 9:24
    22:16 23:2 24:14
    26:13 35:18 42:16
    42:19 47:8 51:14
    52:9,18 53:9,14
    54:6 57:20 59:13
    61:3,13 66:17 67:20
    70:8 76:12 77:22
    88:17 93:7 103:8
    109:1 112:4 113:7
    113:12,15 114:2
    115:22 117:23
    127:2,12 129:3
    130:1 131:13,20
    137:10 139:17
    145:8,9 148:24
    149:3 150:5,14
    151:17,22,24
    152:16 159:2
    173:19 180:4
    186:25 187:3,16,19
    190:17 200:2
    212:11,11,20
    213:18 215:6
    216:25 221:18
    229:2 250:18,20
    258:21 270:12,15
    272:21 273:2,2,4
    274:20,21
**remembering** 45:14
**reminded** 112:11
**remote** 257:9
**remove** 70:1
**repeat** 40:7 46:14

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

34

82:3 92:24 98:12
  167:6 181:21
  201:11 202:20
  208:25 241:15
**repeated** 228:10
  262:6
**repeatedly** 108:15
  137:5 184:1 233:3
  251:19 252:15
  270:20
**repeating** 117:8
  250:5 262:13
**repetitive** 251:14
**rephrase** 21:18 28:1
  32:13 59:6 217:13
  237:7 263:22
**replete** 65:6 128:2
  160:2,3
**reply** 146:6
**report** 5:17 33:22
  130:13 220:4,12
  237:12
**reported** 2:19 84:9
  89:16 259:2
**reporter** 11:18 12:9
  54:13,14 62:17
  67:13 88:22 109:17
  123:17 136:23
  152:8,11 155:3,6
  196:23 197:7 244:5
  260:25 279:9
**Reporter's** 5:7 279:6
**reports** 234:18
**represent** 8:9 33:7,21
  37:12 53:4 55:2
  116:12 118:19
  143:9,11 175:13
  180:11 205:11
  210:2 215:8 242:19
  253:23
**representation** 127:1
  172:21
**representative** 18:19
  77:14 241:23 247:5
  251:23

**representatives**
  179:25
**represented** 10:4
  14:1,3
**representing** 8:18 9:1
  9:3 17:24 182:2
**represents** 46:1
  83:18 167:18 210:4
**reprint** 157:22
**Republican** 61:10
  195:3 257:18
  271:10
**Republicans** 28:20
  49:9 135:22 136:3
  153:23 154:2
  174:22 193:23
  196:13 274:2
**reputation** 97:2
**request** 48:14 128:24
  129:5,21 139:22
  144:11,23,24
  181:25 182:6
  184:19,20 185:3,17
**requested** 67:12
  109:16 136:22
  137:20 140:14
**requests** 137:5
  181:17
**require** 91:4,14
  100:20 164:13,13
  164:21 165:16
  169:1 204:13 227:4
  228:21
**required** 72:11 73:22
  100:11 102:12
  134:10,25 138:3
  163:3,7,9,10,14
  165:20 166:19
  168:14,23,25 169:7
  179:18 192:23
  205:2 210:23 245:3
  245:23 248:7 252:3
  263:24
**requirement** 98:20
  125:22 161:14

165:24 166:17
  227:11 249:10
  251:1
**requirements** 61:19
  84:8 87:6 93:3
  119:24 121:1
  125:18,19 126:1
  128:14 178:3,9
  181:9 227:12
**requires** 10:23
**requiring** 90:9
  243:22 244:9,18
  247:21 251:4
**requisite** 203:22
**research** 28:16 81:22
  82:6 128:14 178:2
  181:8,11
**reside** 119:13 120:21
  121:17 125:7 201:4
**resided** 194:5,12,13
**resident** 118:12
  119:19,21 120:1
  123:8
**residents** 117:21
  118:16,17,21
  235:17
**resides** 119:9
**residing** 118:12
**resolution** 80:22,24
  81:7,7,9,16,18
  82:20,24 83:2,6,22
  83:24 84:2,8,25
  85:4,8,24 87:2
  88:15 89:24 91:6
  153:12
**resolutions** 80:19
  81:17
**resource** 99:8 114:4
  182:10
**respect** 49:11 97:18
  200:18 208:17
  254:16
**respected** 101:10
  114:25
**respecting** 50:25

**respond** 174:15
  191:7
**responded** 105:9
  176:16 177:13
  178:7,12,16,18
  185:3 273:19
**respondent** 247:1
**respondents** 241:23
  242:9,9 244:1,6,8
  244:17 247:20,23
  248:6
**responding** 226:7
**responds** 176:10
**response** 12:6,13
  14:22 53:2 176:15
  177:12,23 178:23
  181:2 205:8 215:3
  215:12 216:5
**responses** 247:18
**responsibilities** 23:11
  144:19
**responsibility** 22:1
  26:23 27:2,6 102:19
  257:2,5
**responsible** 20:21
  21:11 219:11
**responsive** 21:17
  137:9,25 177:13
  178:23 179:6,11
  181:2 185:10
  194:21
**rest** 140:4
**restrictive** 231:16,19
  233:12,19
**result** 46:25 79:21
  122:20 150:12,13
  204:20 209:4
**results** 177:3 179:21
**retained** 73:5 271:22
**retrospect** 198:24
**return** 73:23 164:11
  164:24 279:19
**returned** 279:20
**reveal** 23:6
**review** 12:1 16:25

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

35

17:14 28:18 33:15
33:25 39:15 41:24
53:22 83:25 95:23
158:18 177:24
188:15 207:9
221:20 222:20
225:11 238:9
241:19 243:20,25
**reviewed** 53:12 239:4
**reviewing** 98:25
**Revolutionary**
153:13
**reword** 128:19
**Reynolds** 3:10 9:12
9:12
**reynolds.brissende...**
3:14
**RICK** 1:6 3:9 278:6
**right** 27:10 30:17
39:16 66:11 68:13
70:7 75:19 76:5
99:16 120:25 122:5
124:3,17 125:15,24
139:21 150:5 155:4
167:5 168:4,12
184:12 192:5,8
196:1 208:1,7,18
211:17,17 212:24
223:4,7,12,19,19
225:4 228:23 230:2
230:17 234:15
238:24 244:22
245:11 247:8 252:7
252:24 258:3
260:19 261:12,25
262:8 265:25 266:2
266:3 271:25 272:5
272:9
**right-hand** 141:5
**rights** 3:6 24:16,19
75:9,13 76:5 86:23
143:14,18,21
171:18
**RIO** 4:16
**risk** 10:19 193:20

**Rob** 21:25
**Robert** 273:23
**role** 23:3 27:25 32:3
107:17 219:7
**roll** 47:12 49:12
**rolls** 121:16 132:7
**Roman** 101:17
143:25 165:19
**Room** 3:6
**Rosenberg** 4:13 9:2,2
**roughly** 189:8 190:22
206:14 214:24
**routine** 106:21,21
**rule** 27:10 57:24 81:8
84:6,18,24 85:17,19
86:8 87:3,3,11,15
88:1,5,8,9,15 89:15
89:20,25 90:8,12,13
90:15 91:14 105:24
108:20 109:2,11
148:4 150:5 155:11
159:17 160:5,7,17
160:22 166:16,16
**rule-making** 139:3
**rules** 2:21 10:5 11:7
12:1 26:18 27:24
31:25 45:1 79:24
80:1,3,9,9,11,13,15
80:20,22 81:8,14
82:12 83:7 85:1,22
85:23,25 86:6,20,24
86:25 88:13,15,18
90:16 91:4 102:10
103:25 104:1
108:13,13,16,17
115:2 149:1 158:22
159:11,16,18
160:20 161:5,14,15
161:20 230:16
**ruling** 10:16 86:12,20
86:21 218:11
**run** 10:19 20:10
131:22 133:24
232:7 258:9
**run-off** 220:9

**running** 52:1 132:7
243:10
**runoff** 20:14
**rural** 169:13 240:1
253:4,22 254:17
257:19

---

**S**

**S** 3:3
**safe** 126:22 127:6
136:11 232:18
**safeguards** 263:15
**safest** 128:9
**Safety** 119:3 167:21
168:22 204:3
214:12 255:13
**sample** 241:23
**sampled** 242:12
**samples** 242:7
**sanctuary** 110:22
**sat** 106:15
**Saturday** 170:16
205:3
**Saturdays** 194:24
206:2 240:4
**save** 250:4
**saw** 195:21,22 196:13
**saying** 33:16,20
99:20 103:24 126:3
126:17,17 149:24
159:10 171:23
174:25 175:4 224:4
229:17 246:15
261:23
**says** 28:19 39:20
93:23 118:5 156:24
156:24,24 157:9
163:10 165:21
174:21 189:17
224:20 227:24
243:19 245:2,2
246:19 250:25
251:3
**SB** 5:19,20 6:1,5,14
6:20 13:15 128:14
167:1 184:9 212:15

230:24 246:8
254:13 255:19
260:17 261:4,15,19
263:2,24 265:14,16
266:17 267:17,19
269:24 270:1
271:14,25,25
272:17 273:13
274:9,19 275:15
**schedule** 60:8 147:6
148:16
**school** 19:12 30:12
32:20 34:3,7,19
35:2,21 110:14,16
110:23
**scientifically** 242:7
242:11
**scope** 86:5,12
**Scott** 3:11 5:5 265:7
266:15 268:5,9,22
269:2,5,14,17,18
273:11 274:12
275:13 276:1 280:2
**script** 151:16,25
**scripted** 274:5,6
**seal** 10:21 49:3 145:5
268:20,25 269:1,2
**sealed** 11:3 46:24
**search** 14:24 15:5,8
**searched** 14:21 77:7
**Seat** 6:10 158:7
**second** 10:14 38:8,19
38:19 49:13 53:23
86:1,4 93:14,16
120:13 156:8 157:6
157:7,9 158:10,14
159:13 165:17
167:12 250:23
260:24 261:3,8
264:7
**Secondly** 239:22
**secretary** 5:18 77:6
128:1 129:16 130:6
131:10,15,15 132:6
132:13 139:13,17

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

36

177:1 181:25 183:3
184:21 185:2,12,16
185:21 190:13
193:13 221:15
236:14,15 254:6
272:6 275:19
**section** 71:23 75:8,11
75:13 76:4 89:25
118:8 171:17 183:1
184:16 187:23
214:10 275:23
**security** 152:7,14
153:19 185:13
211:3
**see** 15:14 22:22 25:13
28:19,21 38:18 39:9
44:24 49:7 52:2
54:3 58:7 63:20,21
72:2 73:11 79:6
80:15 85:10 87:6
90:18,20 93:13,15
95:9,18 96:15 97:22
100:23 101:17,25
105:6 116:10,18,21
120:14 131:22
141:5 146:7 151:13
158:6,10,23 160:14
162:18 163:3,6,9
165:14,19 170:7,12
170:15,16 174:3,20
175:17 176:3,4,8,9
176:14 178:1,6,6
179:14 199:9,20
200:5,15 202:9,22
203:13 205:1,23
207:14,21,24 208:2
210:1 214:13,16,16
219:24 221:16
223:5 224:18,18
225:16 227:23,25
228:15 229:10,13
229:23 247:14,20
249:19 251:3
258:17 272:14,20
**seeing** 88:17 151:3

188:4
**seek** 40:19 46:8 51:11
57:8 183:3,12
**seen** 25:9,12 45:25
55:9 79:22 83:17
88:14 90:12 95:6
98:4,18 101:14
102:1 141:4 143:6
145:16,20 162:15
170:3 179:20
180:18,19 183:25
188:22 207:11
208:14 215:18
241:5 244:15
246:17 250:16,17
275:18
**selecting** 27:6
**Senate** 5:16,23 6:9,15
6:17 13:14,15 24:21
24:23 25:1 26:2
27:6,16,24 28:3
29:1,8,20 30:15,25
30:25 31:5,7 34:3
35:6 41:10 43:22,25
44:11 46:1,8 47:5
51:1,4,22 52:6,12
54:24 55:3,4,10,12
55:12 58:3,7,9,11
59:18,21 60:13,23
61:7,22 62:12,22
63:3 66:14,18,24
67:6 68:2,17,20
69:16,22 70:10,18
71:2,9,13,19 72:8
73:2,4,7,14 74:1,5
74:17,23 75:21,23
76:3,16,19 77:17,18
78:14 79:6,12,17,24
80:1,9,10,20,22,25
81:7,10,13,17,18,24
82:12,20,24 83:2,6
83:18,20,22 84:2,10
84:12,18 85:1,7,22
85:23,25 86:24 87:2
88:15,18 89:24

90:10,21 91:1,4,6
95:19 96:1,15 97:24
98:2 99:23,23 101:4
101:18 103:2 104:5
104:18,21,24
105:17,19,21,25
106:7,12,23 108:16
108:17 111:8
113:11,25 114:7,18
114:22 115:2,5,9,11
115:17,18,23,23
116:8,14,16 117:1,6
121:4,5 122:11,15
122:24 123:11
124:20,21 126:5,14
127:10,22 129:14
129:24 132:24
133:7,8,8,9,12,12
133:12,14,25
134:10,18,25 135:8
136:2,12 138:6
139:19 141:19,20
142:8,8 143:13,17
143:20 146:8,21,22
147:2,3,8,15 148:7
148:10,17 149:1,12
149:22 150:10
152:1 153:2,8 154:5
155:10 157:6,19
159:4,20 160:1,3,18
161:17,20 163:21
163:23 164:5,13,24
165:15 166:2 167:3
167:5,7,9,18,25
168:13,16 169:1,5
170:8,20,23 171:3
171:11 172:24
173:10,13,17,25
174:14,16,18
175:11 176:6
179:14,18,24
180:14 181:16,24
182:6,10 183:16
184:12,13 186:1,14
186:23 187:4,5

189:14 190:6 191:3
191:8 192:24,24
195:8,18 196:15
197:13,16,16 198:8
203:8 205:12,15
206:7,16,17,17,19
206:20 207:16
208:5,6,9 209:8,9
209:24 210:5,7,10
211:22,25 213:16
213:16 214:7,17,20
216:8,20 218:11
219:5,8,25 220:5
221:1 223:3,17
231:15,25 232:8,11
232:13 233:11,16
233:19 235:4,5
239:8 240:5 246:4
247:6 248:21,22
250:19 252:14,25
253:7 254:15 258:2
258:10 262:3,4,11
262:14 263:13
266:6,8,11,12,13
267:24 270:4,7,11
271:18,21,22,23
272:6,16 273:4,5,18
274:14
**Senate's** 82:9 114:7
152:5,12 154:19
181:15 190:5
224:21 275:19
**Senate-passed**
211:19
**senator** 11:8 18:16
27:15 29:25 30:4
42:6,17,20,25 43:17
43:18 44:6,10,15
45:8,12 46:7,12,17
47:8,18 48:1,8,10
48:18 49:4,10 51:1
52:5 58:18,23,24,25
59:7,8,15,24 61:8
61:22,23 62:2 63:2
63:11 64:10 65:16

66:12 67:16,20,21
67:23 68:1,18,23
69:4,13,21 70:19
71:8 82:11,18,21,25
85:3,6,15 86:1,22
87:14,22 88:12
101:9,9 102:4,9,20
111:14 112:4,11,25
113:9 114:5,24
115:3,5 126:11
127:5,9 133:4 137:6
139:7,22 140:14
143:8,12 144:2,3
146:2 152:21,21
171:7 175:17,17,18
176:4,9,15,16
177:12,18,22,23
178:1,6,11,16,17,22
178:24 181:1,2,7,11
182:5,12 183:2,12
184:18,20 185:3,12
188:8 192:17
197:18 199:9,24
200:5 202:3,9
203:14 205:1,7,19
232:17 234:3
266:19,19,20,20,21
266:21,21 267:23
267:24 269:8,9,10
269:19 270:8,9,10
270:12,19,22
271:20,25 273:21
273:23
**Senator's** 88:18
114:20,21
**senators** 26:18 27:13
27:16 28:6,20,23
29:3,16 35:8 43:5
43:14 47:13 48:6
50:2,10 51:1 59:11
61:9,10 67:20 81:15
82:7 85:23 86:23
91:3 99:8,11 100:23
101:10 102:10,20
105:20 108:18,19

108:20 112:13,14
114:17,20 137:4
143:17,20 148:4
151:1 154:7,11
159:13,17 160:8
161:5 183:14
184:25 203:10
206:14 215:13
219:11,12 234:3
257:18,18 258:19
265:11 266:8,15,16
267:17,21 268:1,6
269:23,25 271:5
272:5,5 273:7,10
274:16
**send** 99:15 115:3
**senior** 114:25 185:11
185:11
**seniors** 266:14
**sense** 148:22 199:7
206:12
**sent** 190:16 208:3
267:1
**sentence** 261:8,11
**separate** 123:6
129:19 171:9,10
204:13 238:22
268:23
**separately** 204:7
**separation** 130:5
**Sept** 6:11
**September** 158:7
**serve** 19:21 26:1,11
53:12 118:16,22
254:17
**serves** 21:2 32:24
59:12 119:1,3
140:22,22 206:13
**service** 195:15
203:20 276:2,8
**serviced** 195:12
**Services** 138:13
189:20 192:20
198:17 254:23
255:10

**session** 22:6,11,23
28:9 36:12,16,17
37:11 38:23 41:22
51:18,20 52:13
55:13 57:20 60:7
64:16 65:2,5,6
79:25 80:5,12,16,18
80:23 81:6,8,23
82:7,21 83:1 90:12
106:17 107:3,21
109:3,8,9,10,11,18
110:25 111:1,3,13
115:7 136:3 140:18
140:21 141:23
150:6,14 152:18
153:25 159:14,15
159:16 160:5
216:14,23 219:16
219:17 266:4,24,24
267:2 270:4,6
271:11 273:5
275:11,24
**session's** 57:22
**sessions** 33:9,23
35:25 36:5,6 69:22
80:14 109:2,22
110:4 126:13
216:15 218:23
**set** 55:23 79:13 84:10
89:17 90:13 99:3
123:20 148:17
149:21 169:7
**sets** 83:22 146:7
147:6
**seven** 10:6,8 26:14
44:14 204:1 208:11
228:14 249:24
250:4
**shake** 12:13
**Shapleigh** 48:19 85:3
85:6,15 86:1,22
266:20 270:10,16
**share** 44:4 60:17
65:15 136:8 143:22
144:1 206:25

207:19
**shared** 66:1 69:3
86:9 113:8,8 132:14
189:1 196:15
205:20 254:22
**sharing** 152:4 228:16
**shocked** 273:2
**short** 147:7 155:7
253:19 272:6
273:24
**shorthand** 2:19 279:9
**shortly** 190:17
**show** 76:8 121:6,22
122:1,18,22 125:23
156:8 209:16
223:18 247:8
**showed** 76:25 128:5
177:9 187:20
209:21 241:17,17
243:12
**showing** 46:25 189:2
226:25 241:12,12
246:2 251:20
**shown** 97:15 98:18
227:5 263:22
**shows** 98:4 100:19
116:11 122:7 227:6
229:11,12
**shuts** 47:6
**side** 53:7 112:15
267:8
**sidebar** 255:25 256:1
**sidetracked** 180:25
**signature** 5:6 277:1
277:21 279:18
**signatures** 165:14
**signed** 72:14 119:18
165:12 209:7 210:8
210:9 211:16,20,21
**significance** 140:2,4
**significant** 238:5,17
**significantly** 203:21
**signify** 275:13
**silo** 190:12
**siloed** 268:23

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

38

**silos** 129:18
**similar** 84:24 149:13
    155:11 184:20
    193:9 239:17,18,19
    240:6,8,9,9,11
    243:12 244:21
**similarly** 261:15
**simple** 90:16 109:6
    255:16 265:13
**simply** 57:1 136:18
    136:18 149:4
    154:10 161:8
    192:11 227:13
**simultaneous** 189:14
**single** 138:11
**sir** 14:21 33:21 34:6
    35:24 36:15 37:6
    38:12 53:19 54:19
    62:15,20 72:8
    143:12 158:16
    174:10 176:2
    181:13 195:5
    207:25 217:23
    222:13 226:11
    259:13
**sit** 62:11 106:12
    126:25 127:2
    144:10 233:24
**sitting** 29:3 34:10
    54:7 151:4 182:5
    233:18
**six** 26:13 61:16
    112:12 126:20
    127:14 133:22
    147:15 149:23
    159:8 164:11 173:4
    203:25 208:15
    210:15 228:14
    229:2 241:6
**size** 194:17
**SJR** 34:3 35:9
**Skaggs** 180:6
**slightly** 159:6 180:3
    190:20
**slow** 91:25 92:8

    244:4,4
**small** 80:17 161:23
    186:17 187:7,8
    234:23
**Smith** 77:14
**smooth** 220:14
**snowbird** 233:8
**Social** 211:2
**sole** 26:22,23 27:1,5
**solely** 58:12 108:18
**solve** 139:8
**solver** 52:17
**somebody** 258:5
    268:16,18
**somewhat** 259:5
**soon** 220:3
**sorry** 51:7 53:6 74:16
    82:23 96:5 109:12
    111:6,8,20 126:9
    131:8 141:21 152:8
    158:12 178:20,21
    180:22 181:20
    183:8 186:6 200:7
    207:23 214:3
    239:24 260:25
**sort** 131:22 132:7,17
**Soto** 158:15
**sound** 62:18 138:9
**sounds** 10:3 89:11
    252:17 271:14
**source** 213:11
**sources** 115:8,10
    132:11 235:10
**SOUTHERN** 1:1
    278:1
**Spanish** 131:11,23
    132:8,19 191:7
**speak** 17:17,20,22
    18:16,19 267:25
**Speaker** 140:8
**speaking** 22:22
    269:23
**speaks** 249:13
**special** 31:9 35:25
    36:5,6 80:14 84:10

    88:11,13,14,17
    89:17 90:8 109:2,3
    109:9,10,10,11,18
    109:22 110:4,25
    111:3 149:3 155:13
    159:15 161:4,6,7
    216:15
**specific** 43:9,10,13,14
    43:16 51:13 52:18
    64:15 177:18
    241:13 258:22
    265:10 267:19
    269:25
**specifically** 67:19
    128:6 151:11
    217:18 240:19
    256:20 269:22,24
**specificity** 246:20
**speculate** 40:17
    100:21,22 127:11
    156:25 169:20
    201:20 233:24
    240:25 256:11
    258:4
**speculating** 157:2,16
**speculation** 40:11
    69:19 87:18 92:5
    96:24 101:7 115:15
    133:2 135:11
    141:13 156:4,15,22
    178:14 183:18
    198:12 233:23
    240:24 248:18
    255:21 257:14
    264:16 274:11
**speech** 193:25
**spell** 138:11
**Spencer** 20:23
**spend** 139:10,17
**spending** 239:21
**spent** 144:5 193:6
    253:15 255:6
**spill-over** 154:25
**spitting** 162:1
**spoke** 267:7,21,25

    269:25
**spoken** 48:1
**sponsor** 42:25 44:1
    60:15 156:7,11
**sponsoring** 42:7,18
    43:6 59:1
**sponsorship** 42:21
    44:6
**spouses** 235:19
**staff** 15:20 20:25
    21:19,23 22:7,7,14
    22:17 23:13 28:15
    42:21 52:4 60:9,10
    60:15 67:21,23
    98:24 99:3,9,15
    107:21 113:10
    114:4,20,21 128:18
    129:2 142:1,20
    143:7 162:19 170:8
    176:23 186:20,21
    189:13 218:2
    259:18 273:5
**staffed** 128:20
**staffs** 21:25 99:11
**stall** 196:16
**stand** 50:15 222:11
**standing** 31:8 66:4
**stands** 137:20
**start** 16:2,5,9 28:16
    28:20 63:17 64:4,5
    67:2,3 115:19 118:7
    219:4
**started** 16:11 126:12
    166:12 266:6
**starting** 69:24 71:12
    78:13 115:11,18,21
    177:20 235:22
**starts** 39:8 90:4
**state** 1:18,20 2:4,19
    4:12 9:3,14 19:16
    20:3 23:15,22 24:11
    24:18 25:21 26:11
    26:12 28:11,14
    31:15,16 41:12,16
    41:25 42:2,3 52:25

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

39

55:17 56:23 64:24
65:9 66:3 73:19,19
75:18 76:14 77:11
78:3 89:15,17
106:18 115:1
116:21 117:22
119:13,21,25
128:15 131:10,16
160:14 167:4,8
168:2,14 169:6
179:8 181:25 183:1
183:1 184:17
185:16 187:23
191:11 195:23
197:20 198:22
202:12,17,18 203:2
213:15 214:6 215:8
217:21 218:7,13,20
218:25 219:10
228:13 236:14,15
237:16 241:7
242:12 249:23
252:16 253:11
254:10 257:24
259:2 267:3,4 271:4
276:2 278:18,20
279:4,10
**State's** 5:18 77:6
128:1 129:17 130:6
132:7,13 139:13,17
177:1 183:4 184:21
185:3,21 190:14
193:13 254:6
**stated** 2:22 125:5
208:14 235:11
275:6
**statement** 46:21
49:12 96:20,22
98:17 99:22 159:7
159:19 160:24
189:17 244:15
245:2 261:24
**statements** 10:1
**states** 1:1,8 3:4 8:10
77:1,3,5 100:19

105:4 118:23
119:17 120:20
121:12 127:7 128:5
177:9 191:20
192:11 207:15
236:23 237:24
238:12,23 239:12
240:22 278:1,8
**stating** 245:3 250:8
250:10
**stations** 195:13,14
**statistical** 242:7,11
**status** 73:15 123:8
164:3
**statute** 139:3 166:23
**statutes** 111:7 138:25
**step** 29:22
**step-in-the-direction**
222:4
**stepped** 270:10
**steps** 102:16 103:13
103:16 104:25
105:2 107:10 195:7
255:18
**stick** 186:10
**sticker** 197:9
**stop** 13:1 131:1
196:24 273:17
**stopped** 62:18
**stories** 228:16
**story** 224:17
**strange** 252:18
**strategies** 44:9,10
52:12
**strategy** 107:17
**Street** 2:21 4:9
**strength** 244:11
**stressed** 61:10
**stricter** 209:8 210:10
211:22 232:22
**strictest** 206:21
207:16 208:10,16
208:20
**strike** 21:20 45:16
48:22 79:11 94:17

104:8 110:19 111:6
111:22 114:19
138:16 165:8
181:22 188:9
206:16 239:24
**strong** 35:1 254:5
273:9
**strongly** 28:17
**structure** 24:10
232:17
**student** 119:6 200:8
200:12,13,22
201:15
**students** 200:20
201:3,7
**studies** 76:24 77:7,7
77:10 105:3 128:3
175:19 176:5 177:7
179:12,20 182:25
184:1,17 187:24
191:13 236:21
238:21,25 239:4
**study** 219:23,23
236:22 239:1
**studying** 187:25
**stuffing** 56:19
**sub** 123:11
**subcommittees** 27:3
**subdivision** 198:22
202:17
**subject** 24:8 27:13,15
27:16 30:9 35:4
84:19 88:15 90:16
109:11,19 138:23
**subject-wise** 112:1
**subjects** 29:15
**submit** 164:10 272:9
**submitted** 272:12
273:12,20 275:14
279:16
**submitting** 273:15
**subpoena** 5:10,11
14:15,18,22
**Subsection** 84:7
118:8,13

**subsequent** 20:24
21:2 104:4 184:14
**subsequently** 72:19
**subset** 134:23
**substance** 59:20
60:19 240:21
**substantial** 122:16
**substantially** 121:22
137:2 171:13
209:23 239:17,18
240:6,9
**substantive** 147:14
210:4,14,15
**substituted** 168:7,9
**successful** 231:6
**Sudafed** 226:1
**sufficient** 106:16
185:1
**sufficiently** 167:23
**suggest** 47:19 159:19
**suggesting** 87:15
246:14
**Suite** 280:12
**sum** 36:10 117:2
**summarizing** 207:15
**summary** 102:1
122:10 210:3,4
**summer** 216:15
**super** 55:21 57:2
89:11 112:16
154:15 179:7
241:18 246:2
248:23 251:20
**support** 21:15 56:13
56:16 66:18 95:19
95:25 96:15 101:4
178:8,8 200:20
243:21 244:9,12,17
248:16,23 261:4
**supported** 35:6 50:2
66:24 100:24
143:17 249:10
**supporters** 49:20
51:9,10 104:24
105:8 196:3 203:7

LIEUTENANT GOVERNOR DAVID DEWHURST
CONFIDENTIAL TRANSCRIPT

7/29/2014

40

**supporting** 101:5
**suppose** 233:24
　256:11
**suppress** 215:19
**Supreme** 61:2,15
　62:6 70:3,21 125:2
　126:24 162:23
　163:15 165:25
　171:14 172:5,6,8
　176:11 215:17
　231:10 232:20
　234:9
**sure** 10:10 18:2 24:17
　27:22 38:17 61:18
　66:9 75:25 81:3,3
　86:4 97:4 105:11
　113:21 114:6
　117:12 125:16
　127:8 137:21 144:6
　145:24 161:1
　172:16 173:19
　181:11 183:5
　201:25 204:24
　217:15 220:18
　226:4 231:18
　232:18 234:1
　235:13 241:1 242:3
　242:4 253:21
　257:24 258:5,15
　262:23 263:20
　268:12 269:11,14
　273:14
**surely** 161:25
**surname** 131:11
　132:19 194:3
**surnamed** 187:15
**surnames** 131:23
　132:8 191:7
**surprise** 248:11
**surprises** 103:10
　262:20
**surprising** 65:21
**suspend** 44:16,24
　45:9,12 46:7 47:3
　48:3,12 50:15 51:12

　157:7 161:14,15
**Suspended** 45:1
**switch** 229:25
**sworn** 2:16 8:2 12:3
　279:13
**system** 5:18 52:21
　62:9 79:21 257:2

———————————
**T**
———————————
**T's** 97:4
**table** 8:12 9:7
**tabled** 198:7,10
　200:15 202:3 203:4
**tabling** 202:4
**take** 10:25 13:1,2
　25:1 33:13 35:21,21
　37:1 39:14,16 42:13
　46:3 51:23 54:15
　83:23,24 88:23 89:1
　95:22 102:15
　103:16 104:25
　106:2 107:6,9 143:9
　146:3 150:24 153:3
　159:20 162:3,9
　170:2 188:14 202:6
　205:11 210:13
　212:21 213:20
　215:3,11 216:5
　229:24 230:4
　242:13,25 243:13
　243:19,24 244:22
　249:19 258:23
　262:23,23 265:1,12
　269:22
**taken** 2:16 9:20 12:1
　54:16 55:2 107:11
　108:9 141:19 148:4
　148:6,13 150:4
　166:15 195:7 196:9
　204:9 211:8 242:19
　243:6 269:7 272:13
　275:14,16 280:6
**takes** 29:24 152:2
　249:23
**talk** 22:11 28:14
　43:17,18 45:11

　54:10 92:10 104:6
　111:18 127:25
　135:5 144:10 196:2
　215:13 238:19
**talked** 106:20,20,21
　115:20 137:7 138:8
　143:24 148:1
　154:12 155:13
　194:16 218:2
　241:11 259:6
　270:20 274:3
**talking** 6:6,8 28:10
　28:20 45:13 47:1
　55:17 56:22 79:19
　99:10 101:13,14
　135:22 137:3 149:9
　149:10 150:25
　151:3,7,10,19
　153:18 159:9
　204:14 223:22,23
　223:23,25 224:1
　228:14 229:3 241:7
**talks** 214:10
**Tania** 4:4 8:14
　230:12,13
**tania.faransso@wi...**
　4:7
**tank** 77:9
**tanks** 76:25
**target** 194:9
**targeted** 256:20
**task** 217:6
**tasked** 218:2
**taxes** 35:2,3,3
**TEAM** 52:22 53:13
**technical** 75:10
　157:22
**tell** 18:3 19:1 24:1
　52:20 65:14 89:4
　145:9 215:13
　246:25
**telling** 66:7 103:17
　135:25 136:2
　158:21
**tells** 259:12

**temporarily** 29:22
　199:24
**ten** 255:22
**tenure** 32:16
**term** 13:22 19:23,25
　20:15 111:10
　146:24 245:14
　251:8
**terminate** 10:8
**terms** 13:13 19:21
　21:21 32:4 45:11
　69:11 111:5 131:4
　133:9 204:14
　209:23 218:9
**terribly** 255:1
**test** 172:4
**testified** 8:3 32:4
　37:16,18 50:20 51:6
　51:7,8,8 65:23
　77:19,22 78:7 88:9
　105:10 119:7 123:4
　126:4 127:14 134:6
　134:16 135:24
　153:15 154:5
　160:10,19 165:2
　173:12,18 180:11
　182:9 188:5 190:5
　194:11 212:2,22
　218:21 223:16
　228:19 230:23
　231:2 234:10
　236:16
**testifies** 11:13
**testify** 8:2 12:4,5 13:8
　13:10 225:3 232:4
　268:13 269:9
**testifying** 103:22
　152:17 215:22
　235:25
**testimony** 10:24
　11:11,14 18:14
　34:14,16 60:5,14
　66:10 69:4 87:25
　88:2 92:14 97:7
　104:7 106:14

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

41

113:19,22 117:8
118:2 127:20,22
138:1 139:15
145:20 147:22
149:24 150:2
172:11,23 179:19
179:24 180:4,5,19
182:13 186:4,11
193:13 195:5
196:19 204:5,19
208:12 224:1
228:10,11 232:24
236:19 237:2,9,22
238:18,22 240:5
250:19 252:9
259:22 268:21
270:2 279:15
**tests** 117:15
**Texan** 124:9 253:24
**Texans** 55:21 56:8
  57:2 62:10 65:9
  241:12 246:17
  251:20
**Texas** 1:1,11,14,18
  1:20 2:4,19 3:12,17
  3:22 4:3,12,16 5:18
  8:15,19 9:3,13,14
  19:16,19 20:3 25:21
  26:17 28:11 29:8
  33:9,22 37:13 52:20
  55:3,10,17,20 56:7
  56:18,25,25 64:13
  66:3 68:24 69:7
  70:14,17 75:12,22
  76:7 77:11 78:3
  79:20 88:6,10 95:19
  97:21 101:18,24
  102:5 103:6 108:5
  112:16 116:13
  117:18,22 118:11
  119:13,21,25 120:1
  121:1,7 122:13
  124:11 126:14
  128:5,15,22 129:14
  132:1 133:23,24

138:10 154:16
160:3,14 174:13
175:20 179:8,13
181:18 184:11
189:7,16,16 191:11
191:19 192:6,6
193:9 195:23 200:9
202:12 207:16
208:9,16,20 209:1,5
213:6,11 214:19
215:9 216:2 217:21
218:7,14,20,25
219:2,4 221:23
222:1 228:6,18,25
230:14 232:21
233:5,8 235:3,17
239:13,14,21 241:2
241:6,7,12,16
242:20,20 243:7,7
247:9,10 248:14
253:2,11,13 256:17
257:9 258:9 259:2
271:4,23 274:14
278:1,11,14,18,20
279:4,10 280:11
**text** 37:3 89:21 103:2
  138:6
**thank** 11:23 15:7,10
  15:18 35:19 36:15
  37:9,23 43:5 45:6
  53:1 66:9 81:19
  83:11 85:6,13 90:6
  97:11,11,11 104:7
  115:24 123:24
  124:14 126:4 145:6
  149:20 174:24
  181:13 182:18
  199:8 210:6 222:13
  224:12 226:11
  229:23 236:4,7
  237:19 245:9 250:2
  251:24 255:16
  259:22,23 260:9
  262:24 264:24
  276:1,8,10,10

**thing** 51:14 66:7
  119:20 126:16
  135:25 187:25
  241:1 273:3 275:8
**things** 84:5 119:6
  125:7 139:1,5,5
  150:7 188:17
  219:24 224:8 234:2
**think** 18:7 25:19
  32:19 47:24 54:9
  56:9 61:14 76:25
  77:9 83:9 92:6,16
  99:20 107:10 108:8
  114:14 119:7
  121:22 124:15,25
  126:3 130:12
  136:15 139:8,14
  145:17 148:11
  152:2,12 154:19
  155:4 156:1 158:21
  167:23 171:6
  173:18 176:22
  177:17 178:11
  180:24 181:10
  183:2,7,11 185:15
  192:1 193:25 194:2
  194:8 198:24
  204:23 206:6 211:5
  217:16 221:14
  222:9 223:16
  226:19 229:24
  230:3 233:16
  235:21,23 240:11
  246:12 252:8
  255:23,23 261:20
  261:21,25 262:1
  263:13 264:7
  274:22 275:6
**thinking** 144:25
**third** 42:14 250:21
  250:22
**third-party** 55:19
  57:1 160:11 246:16
  251:19 274:4
**thought** 24:1,2 44:2

62:5 99:9 108:16
125:20 126:19
136:4 149:18
152:17 153:13,24
167:15 172:23
193:15 196:9
261:22
**thoughts** 28:12 60:18
**thousand** 22:12
**thousands** 79:19
  228:6,6 229:18,19
  229:19 241:8
**three** 10:4 21:25
  24:24 33:18 35:22
  36:5 57:17 99:21
  101:10 110:18,18
  115:20 116:22
  148:1,24 149:15
  176:23 177:7 184:1
  184:17 187:24
  188:17 208:15
  215:23 216:15
  236:21 238:21
  241:17 242:6
  244:21 253:15
  255:6 271:3
**three-judge** 216:2
  218:10
**throw** 262:8
**Thursday** 146:22
  273:25
**tie** 29:2,7
**time** 10:7,10,12,15,15
  13:2 15:23 19:15
  23:25,25 24:7,7
  26:13 29:17 33:14
  41:23 44:12,15
  46:18 47:5 49:13
  52:1 54:9 60:7,7
  70:18 75:2 76:22
  77:13 78:4 84:10,21
  88:5,6,24 89:2
  92:13 93:21 103:20
  105:14 106:16
  107:23 110:5

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

42

112:18,22,22,25
119:3 122:8,9,24
123:3 130:13
135:19 137:3
139:10 144:5
145:16 146:3 147:7
147:18 150:11,24
151:16 166:21
167:1 168:13,16,24
168:25 169:5
174:22 180:18
181:20 183:21
185:25 186:13
190:1,20 191:6
193:5,7 195:1
196:22 199:7
204:10 206:13
208:8 210:13 218:9
218:10,11,12,15
219:18 221:20
230:3 232:9,11
235:3,23 242:23
244:15 248:20
249:22 250:4
252:25 253:20
262:7 265:9 272:7
273:24 276:9
279:23
**time-being** 11:19
**timeline** 6:7,8 64:15
146:8
**timely** 149:25
**times** 29:14 32:17
48:2 49:6 99:21
102:17 107:22
114:16 133:22
135:24 140:16,18
140:19 161:16
176:23 182:20
192:1 204:1 208:12
216:10,12 225:24
250:6 262:7 263:11
**timing** 45:9 46:7
60:17,20 108:24
131:4 151:19

249:18
**tired** 120:18 210:15
**today** 12:10 13:7,11
14:1 17:18 18:23
25:23 34:10 54:7
62:11 75:24 148:8
151:4 182:5,20
200:19 223:16
230:18,23 231:15
233:19 234:10
241:11 251:12,19
252:2 254:8 271:24
276:9
**today's** 16:12 102:2
**Todd** 77:14
**told** 64:25 65:16 66:4
88:12 104:3 139:12
139:13 186:17,19
187:11 190:11,15
190:15,18 241:2
271:10
**Tommy** 65:16
**tone** 273:9
**tool** 30:14
**top** 25:14,18,19,20,25
38:19 118:23 141:5
151:13 207:24,25
208:2
**topic** 66:10
**topics** 43:7,9 52:19
109:24
**tort** 23:21
**total** 36:11 117:2
140:18 241:7 250:3
**totally** 124:1 125:10
160:23 193:17
**tradition** 85:25
**traditionally** 29:24
47:4 81:15 156:10
**trail** 174:25
**training** 139:18
**transcript** 6:15 11:9
11:16,19 12:9,19
17:14,15 175:10,14
175:16 176:8

177:20 272:23,25
279:14,16,21
**transit** 253:10
**transition** 115:22
**transportation**
110:19,20 111:11
185:13
**travel** 28:14 56:23
256:24 257:11
**traveling** 55:17 65:9
120:18 228:13
241:7
**treated** 10:18
**treatment** 66:13
73:18
**Tribune** 242:20
243:7 247:10
**tried** 166:14 232:5
262:16
**trip** 164:14 165:17
204:10,13
**true** 30:5 98:18 117:1
118:15 119:7 154:3
184:8 201:3,7,13
272:4,4 277:22
279:14
**trust** 230:18
**truth** 8:2,3,3
**truthfully** 12:6 13:8
13:11 171:24
**try** 12:16,22 47:9
51:16 81:4 89:12
92:9 128:20 150:8
231:4,8,12 255:24
263:21
**trying** 59:12 113:21
117:13 122:14
137:9 145:25 150:5
154:13 182:4 192:2
192:12 223:14
224:5 232:25 233:1
245:18 255:7 266:9
270:16
**TSA** 110:23
**Tuesday** 157:5

**tuning** 177:10
**turn** 15:5 83:19
175:15 197:17
202:21 237:25
243:16 247:17
260:4
**turned** 136:5 214:22
275:21,24
**turning** 33:10 36:9
38:25 67:4 69:12
89:14 90:20 96:14
97:6 101:12,23
116:9,17 120:13
139:19 142:4
177:10,19 180:24
180:25 191:2 200:4
201:23 202:8
203:12 204:15,25
211:12 222:24
226:16
**turnout** 56:7 61:21
62:9 76:2 77:1
79:21 103:15 105:7
122:21 127:8
128:11 177:6
193:22,24 195:4
209:5,6 222:6
229:13 236:24
237:11,15 238:20
239:11 240:13,20
263:12 267:14
**twice** 35:22 99:20
182:12
**twisting** 135:22
**two** 41:14 47:5 53:25
61:12 77:5 80:5
92:20 93:2 94:1,6
94:11 99:20 106:13
110:20 116:21
129:18 130:16,21
140:18,20 148:12
149:6,14 161:2
166:22 172:7
176:22 190:9
199:12 200:1

LIEUTENANT GOVERNOR DAVID DEWHURST                          7/29/2014
CONFIDENTIAL TRANSCRIPT

43

208:15 211:10,19
231:13 234:6 239:2
240:18 241:15,15
244:2,7 246:13
252:19 262:10
264:11 273:7
**two-subject** 57:24
166:16
**two-thirds** 30:15
47:13 48:5 49:17
51:11 84:17 105:23
109:2,20 160:5,7,17
160:21 241:18
**TX** 2:21 3:13,18,23
141:3 143:4 145:14
150:21 155:20
280:13
**TX00034469** 207:7
207:22
**TX00034470** 207:15
**TX00087008** 260:11
**TX00107733** 188:13
**TX00262645** 162:9
**TX00262650** 170:1
**TX87007** 95:3
**TX87014** 95:3
**type** 84:19,19 119:4
134:11 137:18
156:6 160:21
**types** 30:6 39:1,18
57:5,8 61:23 124:20
**typical** 30:8 52:17
**typically** 30:7 80:25
140:20

_____
U
_____

**U.S** 3:5 61:2 62:6
70:21 116:23,24
118:9,16,17 119:25
121:14 122:6 123:1
125:2 126:24
153:12 167:21,21
167:22 171:14
172:4,8,13,17
176:11 221:22
222:8,10 223:25

224:3 225:15,16
226:9,21,21,25
227:2,5,11 229:6
231:10 232:20
234:9
**Uh-huh** 36:24 38:14
45:23 211:14
216:13 221:8
227:18 243:15,18
247:16,19 250:24
**ultimate** 171:20
**ultimately** 77:23
265:16
**unable** 234:14
**unanimous** 35:10
**unaware** 160:20
**unclear** 72:15
**undergo** 75:13
**underlying** 104:10
135:3 138:3,5 198:1
251:16 252:2
256:22
**understand** 12:5,14
12:19,20,23 13:16
13:20,24 44:13 53:8
71:11 113:21
125:14 133:11
156:18 182:4 190:6
190:14 192:2
217:14 250:9 253:8
256:7,9 271:3
**understanding** 10:16
10:21 46:23 58:13
71:1 75:12 81:12
101:2 130:15
164:20 166:25
189:24 201:15
209:7 213:14
234:17 242:1,6,10
**understood** 66:10
125:16 262:24
271:1,1
**undertaken** 128:4
**undertook** 129:16
**underway** 220:2,3,3

**undue** 218:4 264:6
**unexpired** 200:7,12
**unfortunately** 227:4
**unhappy** 50:11
**United** 1:1,8 3:4 8:10
118:22 119:17
120:19 121:11
127:7 278:1,8
**units** 254:17
**universe** 190:19
192:6,13,15
**universities** 76:25
77:8 200:8,22 201:8
**university** 19:4 55:20
200:23 239:2
241:16 242:20
243:7 247:9
**unknown** 264:19
**unnamed** 268:6
**unquote** 181:7
**unrelated** 188:5
**unsuccessful** 105:16
**unusual** 185:15
**upheld** 234:8
**upside-down** 267:10
270:13
**Uresti** 48:9 266:20
**urge** 10:9 216:20
**use** 10:12,24 15:22,23
15:24 16:2,7,9 48:2
62:12,13,23 70:24
98:1,7,14 118:25
119:13 124:21
126:5 127:17
132:25 157:11
173:4 199:11 200:1
200:6,7,12 202:10
203:1 264:4
**uses** 214:15 244:21
**usual** 165:22
**usually** 31:10,14

_____
V
_____

**vague** 27:20 32:7
40:2 50:5 67:8 68:4
74:9,25 82:1 84:21

118:6 134:19
137:15 169:18
236:13 240:10
**valid** 165:14 201:1
251:4,8,21
**validity** 94:11 209:3
**van** 4:16 8:25,25
175:17,18 176:4,16
266:19 273:22
**vans** 195:1,21 239:23
239:25 254:9,11
257:24
**VEASEY** 1:3 277:2
278:3
**verbal** 12:12 96:12
**Verbally** 15:21
**verbatim** 202:20
**verification** 48:24
49:15,21 50:3,12,19
51:5,22
**verify** 48:15
**verifying** 79:7
**version** 6:20 100:24
209:8 210:8,10
211:16,20 212:23
213:16,20,25 214:1
214:7,9,17 233:19
260:15,16
**versions** 211:19
**versus** 211:20 214:19
216:2
**Veterans** 211:3
**view** 44:2 141:18
179:6 193:17
207:19 232:21
236:8 263:3
**viewed** 154:10
**views** 241:12
**Virginia** 142:16
**virtually** 75:4 200:25
257:20,21 266:18
**Vis-a-vis** 74:19
**visas** 119:6 123:7
**visited** 266:18
**visiting** 119:5 262:2

LIEUTENANT GOVERNOR DAVID DEWHURST                                    7/29/2014
CONFIDENTIAL TRANSCRIPT

44

266:16
**visually** 49:7
**voce** 158:15
**voluminous** 29:16
**vote** 27:17 29:3,4,6
  30:18,22 32:4 35:10
  47:12 48:6,15,23,24
  49:13,15,16,18,19
  49:22 50:4,12,16,19
  51:5,23 53:3 56:9,9
  56:10 71:17 72:12
  80:7 84:17,17 90:9
  90:17 100:12
  102:12 117:18,21
  118:12 119:17
  120:16,20,25 121:7
  121:20,23 122:8,13
  124:3,13 125:6,8,15
  136:8 138:4 164:6
  165:10 166:19
  168:20,24 169:3,4
  169:11 172:3
  173:16 174:21
  184:7 188:2 196:4
  196:18 201:4
  203:11 204:7,9
  209:3,4 218:6
  220:15 221:22
  222:1,9 223:7,12
  224:7 225:16 226:2
  226:21 227:3,8,9,12
  229:4,10 233:6,10
  236:18 237:4,20,24
  238:2,6 241:3,4,5
  241:10 244:11,19
  245:25 246:19
  249:4,11 251:5
  255:12,15 256:21
  257:7 258:3,16,16
  258:17 272:7,13
  273:13
**voted** 35:15 49:17
  65:20 66:21 72:14
  80:7 112:22,24
  117:25 143:17,20

173:13,20 174:16
174:18,23 206:11
228:18 271:9
**voter** 5:17 6:2,5,7,8
  20:21 21:4,6,12,15
  22:14,21 23:1,4
  25:2,14,17,24 30:13
  30:21 32:21 35:23
  37:10 40:13,15
  41:23 42:1 52:12,24
  55:13,22,25 56:5,6
  56:11,13,17,18,22
  57:4,5,5,6,18,22
  58:1,4,11,15,19
  59:1,15 60:25 62:9
  65:11 69:5 70:4,14
  71:14,17,20,22 72:9
  72:11,14,19,23 77:1
  77:2,2,19 78:2,6,9
  78:25 79:18,21
  81:24 82:9,13 84:8
  84:15,16,16 87:6
  89:15 90:8 91:5
  92:20 93:1 98:6,20
  100:20 103:14
  105:7 106:23 107:2
  107:18,22,24 108:3
  108:10 111:14
  112:6,19 114:9
  117:17,20 118:3,4
  118:13 120:11
  121:2,16 122:17,19
  122:21,23 123:25
  125:21,25 127:8
  128:5,11 131:12
  132:6,17,18 135:23
  136:9 139:18
  143:17 144:12
  151:19 152:6,13,18
  153:4,17 154:17,20
  155:12 158:11,20
  159:4 160:12 164:6
  164:21 165:16
  168:18 177:4,5,6
  179:10,18,21

181:16 182:23
184:5 191:12,14
192:19 193:24
194:15 195:4
203:16 204:5,6
208:24 209:6 210:3
210:20 212:14,14
215:20 216:18,21
216:24 217:10
218:5,13,18 219:2
220:16,17,21 222:2
222:3,6 223:6,10
224:3,7 225:14
226:24 227:5,6,21
228:5,15,19,20
229:17 231:5
232:10,21 233:3
234:22 235:3
236:16,23,24
237:14 239:22,23
239:24 240:13
241:9 250:25
251:21 257:7,8
258:13 259:20
262:16 263:12
264:5,18 265:18,18
266:6,25 267:13,25
**voters** 1:11 4:3 8:15
  8:19 13:22,23 25:20
  28:11,11 56:25
  64:13,23 65:8,23,24
  69:7 71:21 73:22
  74:18,24 76:16,20
  77:10,15,20 79:7,20
  93:4 94:15,16,17,19
  96:18 97:9,14,25
  98:4,9,16 99:25
  100:3,10,16 101:18
  104:12,22 105:5,5,6
  105:15 112:15,17
  112:23,24 117:21
  117:25 119:1
  120:12,15 128:15
  128:22 129:14,15
  129:15,19 130:9,17

131:11,16,22
132:19 134:7,9,16
134:22,23,23 135:7
137:14 154:16
160:12,14 163:4,8
163:15 164:14
165:3,20 166:11
167:4,8 169:10,15
173:7 175:20,22
176:7 180:1,17,19
180:22 181:18
182:1,14,22 185:4
186:1,15 187:12,15
187:18,22 188:2
189:6,15 190:3,8,13
190:22 191:5,7,9,15
191:19 192:7,10,13
192:16 193:9,10,12
194:4,5,12 195:9
203:1,22 209:1,2,5
211:13 220:22,23
221:19,25 222:1,10
228:21 230:15
232:6,9 233:5,10,10
235:12 236:9,12
237:4,23 238:10
241:2,5 245:22,22
248:7 249:2 259:3
261:10,19 262:5,12
262:16 263:1,22
267:9,10 270:13,18
278:11
**votes** 47:10 48:5
  51:17 52:2,3 109:19
  174:5 215:19
**voting** 40:22 47:14
  48:6 49:17 62:8
  69:8 75:8,13 76:5
  77:24 78:1 79:20
  117:22 119:22
  126:19 128:7
  143:14,18,21
  165:22 166:4,9,12
  166:25,25 169:11
  169:12 171:18

LIEUTENANT GOVERNOR DAVID DEWHURST                          7/29/2014
CONFIDENTIAL TRANSCRIPT

173:19 183:24
191:17 200:21
201:8 204:18
213:17 214:8,15
220:13,19 228:6,24
271:16
**VS** 1:5,10,17,23 2:3
277:2 278:5,10,17
278:23 279:3
**vulnerable** 74:13

---

**W**

**wait** 12:11,16 51:10
147:25
**waited** 127:14
**waiting** 92:10
**waived** 269:11
**waiving** 11:4
**walk** 169:11
**walking** 169:17
**Walz** 221:15
**want** 10:7 21:18 43:4
49:9 57:14,14 71:24
75:21,22 86:3 89:1
106:23 116:1 118:7
132:16 161:23
175:15 189:21
190:24 192:9,19
195:5 201:24,25
212:20 218:9
229:13 231:7 233:9
241:2 249:22 253:7
255:12,14 258:15
258:15,17 261:6
268:10 271:8
**wanted** 24:19 25:22
35:8 43:18,21 57:17
57:17 61:10 66:9
69:21,25 76:3 97:23
102:11 103:11
117:12,20 127:14
144:6,10 152:23
153:15,23 154:24
160:6,14 161:22
164:19 173:6
192:21 211:18,18

228:15 230:24
253:21 254:5
269:12
**wanting** 212:13
241:9 270:21
**wants** 91:25 138:18
138:21,22 184:5
257:25 258:16
**War** 160:4
**warrant** 118:20
209:2
**Washington** 3:7 4:6
75:16 255:3 271:5
274:1
**wasn't** 65:18 66:7
128:4 147:17 149:7
204:18 211:17
231:6 232:25,25
235:5
**wasted** 231:7
**watchers** 66:6
**way** 10:11 21:17 23:9
24:10 31:20,22 32:5
42:24 73:6,12 105:8
115:12 136:6
140:10 147:19
160:12 172:5
178:17,17,18
215:17 246:25
264:8 267:22 268:4
272:13,15
**ways** 92:7,15 101:19
**we'll** 41:7 42:13
104:6 116:3 123:19
135:5 155:8 196:2
200:3 204:22
205:23 230:7
244:22 249:20
252:1 276:4
**we're** 28:9 45:13
46:22 99:9 103:21
123:17 135:18
149:9,10 157:11
161:24 196:20,25
197:1 204:14

206:12 219:23
224:8 230:3 265:4
267:9,10,10
**we've** 30:11,12 79:21
133:24 147:20
148:1 180:18
189:19 203:25
206:3,10 232:6
235:16 238:21
239:20 240:2
246:12,22 255:4
258:9 262:13
**website** 5:12 25:11
37:13 55:3 116:13
243:7
**wedge** 136:7 154:14
**Wednesday** 6:17
146:10,23 147:4
197:13
**week** 152:2 153:3
**weekday** 206:4
**Weekly** 114:13
**weeks** 106:13,15
149:10,10
**well-advised** 185:9
**Wendy** 267:24
**went** 23:19 24:14
27:23 30:16 98:25
113:7 217:21
218:12 236:20
267:4 271:9
**weren't** 75:5 137:20
201:2
**West** 2:20 177:23
178:1 181:2,7
270:12
**West's** 178:24
**Westfall** 3:5 5:4 8:6,9
8:23 9:6,19 10:11
11:6,23,24 14:6,10
15:11,18,19 16:17
17:4,9,13 18:11,13
23:18 25:6 26:10
27:21 32:9,10 33:1
33:3 36:20,22 37:19

37:23,25 38:7,10,12
40:3,8,12 41:19
42:6,10,17,23 43:23
44:20 45:3,18,21
47:15,23 49:14 50:1
50:8,13,24 52:10,19
53:11,17,19 54:15
54:19 55:23 56:3
58:23 59:5 60:2
62:20 63:10 64:17
66:18 67:10,15 68:7
68:11,13,14 69:9,16
69:20 71:7,25 72:4
73:10 74:8,10 75:1
76:10,13 78:6,16,18
79:16 82:2,4,6
83:11,14 84:23
86:16 87:1,8,10,19
88:24 89:1,5,8,11
89:14 90:6,11 92:15
92:25 93:9 94:9,18
94:21,23 95:18 96:7
96:14,25 98:11
99:14 100:6,12,15
101:8 103:21 104:6
106:5,9 107:9,15
108:8 109:7,14,18
111:18 112:1,7
115:14,16 116:1,3,5
118:15 120:6,8
121:9 123:18,22
124:15,19 125:13
126:9 127:21
128:22 129:9
130:15 131:3,19
132:4 133:3 134:20
135:12 137:1,16
140:2,23,25 142:18
142:24 143:2
144:16,22 145:6,10
145:12,21 146:13
146:16 148:21
150:17,19 152:20
154:3,23 155:10,16
155:18 156:5,16,20

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

46

156:23 157:21,25
158:2,16 159:23
162:2,6 163:1,19
169:19,22,24 171:2
174:10 175:2,5
176:19,21 177:16
178:15 179:2 181:4
182:18 183:7,11,19
186:5,6,9,13 188:10
188:12 191:25
196:25 197:4,8,10
198:13 199:16,18
199:21 201:13,19
202:5,8,15,19,21
204:12 206:24
207:3,5 209:12,19
210:1,12,19 211:24
212:10 213:14
214:1,5,14 217:25
218:8 221:4,6
222:14,16 224:14
224:24 225:5,10
226:12,16 228:8
229:24 230:6
231:14 249:21
250:2,7 251:18
252:5 255:25
258:11 261:10
262:2,7 268:5,12,17
269:6,15 274:10
276:4,7 279:22,25
**whatsoever** 44:8
  89:22 194:6
**White** 249:5
**Whitmire** 48:9 49:4
  49:10 51:2 266:21
  270:9,22,23
**whoa** 261:20,20
**Whole's** 104:18
  170:20 173:10
**widely** 101:10
**widespread** 248:23
**wife** 253:15
**Williams** 65:16 67:23
  82:11,18,22,25

87:14,22 88:12
100:24 101:9 115:4
182:5,12 183:3,12
184:18 185:3 188:8
**willing** 112:5 263:17
  264:8
**WILMER** 4:5
**wish** 13:1
**withdraw** 46:15 72:6
  146:19 181:22
  199:25
**withdrawn** 199:17
**withstand** 172:17,24
**witness** 2:15 3:15
  8:20,22 9:9,16,18
  10:6,18,20 11:1,4
  11:13,22 18:12 23:6
  42:14 43:9 46:22
  63:22 72:5 89:4,5,7
  89:9 106:6 130:24
  131:2 136:15,19
  145:4 152:10
  158:14 182:10
  225:4 230:1 236:3
  256:1,4 259:9,12,24
  259:25 260:9,22
  265:5 266:2 272:18
  272:20,25 275:2,4,9
  276:3,10 279:12,15
  279:17,18
**witnesses** 186:12
**women** 111:10
**word** 121:10 127:6
  135:20,21 143:10
  146:14 205:11
  222:9 229:22 267:9
**worded** 137:24
**wording** 245:6,7
  247:14
**words** 48:5 84:14
  99:17 122:14
  126:17 141:14
  142:15 169:16
  171:23 199:12
  217:16 221:19

226:4 231:18
244:21 255:3 264:4
270:25 272:5
273:10
**work** 17:8,12 112:19
  126:18,20 136:4
  152:3,5,13 153:6
  154:1,13,20 235:4
  255:9 267:5 270:14
  271:12,12
**worked** 101:11
  142:22 144:9
  254:23 266:8 267:1
  270:24
**workers** 201:14,21
**working** 99:10
  114:23 155:1
  219:12
**works** 21:18 28:8
  219:13 257:2
**World** 160:4
**worried** 249:17
**worry** 41:3
**worth** 123:18 180:3
  193:5
**wouldn't** 154:25
  173:20 174:4
  184:24,24 192:9
  201:13,20 203:20
**write** 89:19 172:1
  244:5 259:8,9
**writes** 96:16
**writing** 224:5
**written** 147:2 196:3
  211:2 221:15 272:1
  272:9 274:16,18
**wrong** 65:17 112:15
  130:19 208:18
  230:24 234:11,17
  267:8 271:12
**wrote** 96:22 157:10
  170:15 207:21
  273:22

## X

**X** 92:13 119:19

## Y

**Yeah** 161:3
**year** 15:14 19:7 20:8
  20:10 22:3,4 137:3
  194:23 220:6 254:2
  254:3
**years** 9:22,23 11:25
  24:24 26:14 35:17
  35:25 44:14 56:6,8
  64:24 66:2 92:21
  93:2 94:2,6,11
  110:1,8 112:12
  117:13 120:21
  125:8 126:20
  127:14 135:20
  154:12,13 159:8
  160:9,16 161:10
  173:4 188:17
  199:12 200:1
  228:14,14 229:6
  231:4 241:7 244:21
  255:6 266:14
**yesterday** 16:18
**York** 4:10
**Young** 1:11 4:3 8:15
  8:19 230:14 278:11

## Z

**zero** 103:12,17
  198:19 252:16,18

## 0

**00034** 141:3
**00034560** 150:21
**00034561** 145:14
**00034565** 155:21
**00087008** 95:19
**00087014** 101:24
**0034442** 143:4
**09** 265:20

## 1

**1** 5:10 6:16,24 14:8
  14:11,14,15 34:3
  35:9 95:22 96:18
  97:8,23 118:24,25

LIEUTENANT GOVERNOR DAVID DEWHURST                7/29/2014
CONFIDENTIAL TRANSCRIPT

47

118:25 134:1
187:11 227:24
234:1 261:6
**1,500** 60:6
**1/10th** 234:1
**1:30** 147:3
**1:55** 124:18
**10** 5:20 39:11 54:17
54:20 55:8,9 56:8
59:17 67:4 90:21
106:6 134:2
**10:20** 54:16
**10:36** 54:16
**10:54** 62:19
**10:55** 62:19
**10006-1738** 4:10
**105** 95:2
**11** 5:21,22 35:17
39:13 49:18 78:17
78:19 79:23 131:7
244:1,6 266:7
**11-18-10** 141:6
**11:33** 89:13
**11:35** 88:25
**11:47** 89:13
**1151** 280:11
**116** 6:1
**118** 197:23
**12** 5:23 6:22 9:23
44:24 56:8 83:13,15
84:6 86:2 87:2
89:14 90:3 91:3
116:11 174:21
197:19,22 198:7
223:1 272:19
**12.6** 189:6 190:20
235:12
**12/31/2014** 280:12
**12:30** 115:25
**12:44** 124:18
**120** 6:2 199:10
**123** 200:5
**12548** 3:13,18,23
**126** 203:13
**129** 205:5

**13** 5:24 9:23 93:8,10
93:22 190:3,21
**14** 5:10,11,23,25 6:5
6:14,20 13:14,15,15
24:21,23 25:2 31:1
58:9 70:18 72:8
73:2 82:20,24 83:2
83:18,22 85:8 87:2
88:15 89:24 91:7
94:22,24 99:23
103:8 104:5 113:11
114:1,8,19,22 115:9
115:23 116:8,14
117:1,7 121:4,5
122:12,16,25
123:11 124:20,21
125:14 126:5
127:10 128:14
129:14,24 132:24
133:8,9,12,14,25
134:10,18,25 135:8
136:12 138:7
139:19 143:20
146:8,21 147:3,8
148:10,17 149:13
150:10 154:5
157:19 159:5
161:18 163:21,23
164:5,13,24 165:15
166:2 167:1,3,5,7
167:10,18,25
168:13,16 169:1,5
170:20,23 171:3,12
172:24 173:10,13
173:17 174:3,14,18
176:6 179:14
181:16,24 182:10
184:9,12,13 186:1
186:14,24 187:4
189:15 190:6 191:3
191:8 192:24,24
195:8,18 197:16
203:8 205:12,15
206:7,17,20 207:16
208:6,9 209:9

212:15 213:16
214:7,17,20 216:8
218:11 219:5,8
220:1,6 221:1 223:3
223:17 230:24
231:15,25 232:8,12
232:13 233:12,16
233:19 235:5 239:8
240:5 246:4,8 247:6
248:22 250:19
252:14,25 253:7
254:13,15 255:19
258:2,10 260:5,6,17
260:18 261:16,19
262:4,11,14 263:2
263:14,24 265:14
265:16 266:12
267:17,19 269:24
270:1,7 271:14,18
271:22,25 272:17
274:9,19 275:15
**14's** 143:13,18
**140** 6:3
**143** 6:4
**145** 6:5
**14th** 2:20
**15** 5:16 6:1,1 45:2
46:1,18 48:8 116:4
116:6,18 123:15
134:2 167:11,15,18
199:10,15,20
**150** 6:6,8
**155** 6:9
**158** 6:10
**15th** 47:3
**16** 6:2,11 90:13 120:7
120:9,14 124:12
158:8
**16.07** 87:4
**16.07(7)** 87:3 89:25
90:1,8
**162** 6:12 177:19,20
**163** 177:20
**169** 6:13
**17** 6:3 90:20,21

140:24 141:1,11
142:4,5 177:20
266:12 280:2
**174** 6:14 197:5
**175** 6:15
**178** 139:20
**18** 6:4 42:7,21 52:6
120:21 125:8 143:1
143:3 229:6
**180** 261:21
**1875** 4:5
**188** 6:16
**19** 6:4,5 49:16 145:11
145:13 146:7 147:1
200:4
**1948** 56:19
**1967** 19:8
**197** 6:17
**1999** 19:20
**19th** 106:13

───────────
**2**

**2** 5:2,11 14:8,11,17
34:3 111:9 115:23
118:14 122:22
134:1 210:18 228:1
228:4
**2,000-page** 205:23
255:5
**2:13-CV-193** 1:5
278:5
**2:13-CV-263** 1:11
278:11
**2:13-CV-291(NGR)**
1:23 278:23
**2:13-CV-348(NGR)**
2:3 279:3
**2:55** 162:4
**20** 6:6,8 22:4 49:18
146:9 150:18,20
174:21,22
**200** 262:19
**2000** 207:23 265:19
**20006** 4:6
**2000s** 65:19
**2002** 20:5

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

48

**2003** 20:23 32:24
  33:10,17 34:2 35:1
  35:17 36:5,12 110:3
  110:6,10
**2004** 32:25 110:9,13
**2005** 15:25 20:20
  33:10 41:21,22,24
  56:4 75:24 110:9,15
  126:13 132:1 138:1
  265:22
**2006** 20:9 266:23
**2007** 5:16 6:23,24
  22:15,17,22,23,23
  22:24 23:17 33:10
  36:16,17 37:11
  38:22 46:2,18 48:8
  53:13 126:13 138:1
  224:20 227:24
  266:1,2,4,24,25
**2008** 7:1 55:25 56:13
  59:16 61:15 70:7,9
  75:3 76:22 112:18
  179:12,14,21
  241:15,16 242:23
  242:25 243:3,14
  244:24 245:13
  248:20
**2009** 5:22,23,24,25
  30:22 33:10,19 56:1
  56:13,17 57:6,21
  64:16,18,19,19,20
  64:25 65:2,3,4,5,10
  75:3 76:22 77:14
  81:23 82:7,21 83:1
  83:18 90:21 92:19
  92:25 93:24 94:2,19
  102:6,13 103:6,21
  103:22 104:9 107:3
  108:13,21 110:9,17
  126:13 127:16,18
  127:22 131:6,7
  136:3 138:2 139:15
  139:16 155:11
  174:17 179:12,15
  179:22,23 218:23

228:12 241:16
  242:23 248:20
  270:4 271:11 273:2
  273:5,22
**2010** 7:3 20:9 111:21
  117:10 242:23
  248:20
**2011** 6:4,12,13,15,16
  6:17,18,21,25 13:16
  15:25 16:6,7,10,11
  24:22,23 30:22
  33:10,19 36:6 57:21
  58:9 65:3 70:18
  106:24 107:2,19,24
  108:10 109:4 110:3
  110:6,9,21 111:13
  112:18 116:11
  117:11 127:16,18
  131:8 139:16,16
  141:20,23 144:12
  146:9,10 149:14
  151:2 153:9 155:11
  174:19,22 184:12
  185:12 189:7 193:7
  197:14 207:22
  208:3 218:23
  219:16 221:11
  228:12 242:25
  245:4,13 247:25
  248:21 249:8
  266:13 267:22
  270:6 272:21 273:1
  273:3,22
**2012** 6:22 7:2 15:8
  16:6,7 111:20
  214:25 215:1,2
  216:3,11 217:2,7,17
  217:23 218:11,19
  218:24 219:1 223:1
  247:13 249:5,8
  254:2
**2012-2013** 16:3
**2013** 6:11 33:10
  36:12 110:9,24
  111:1 158:8 179:15

184:10 195:24
  216:14,16 218:12
  218:15 219:1,4,16
  220:8 254:5 256:14
**2014** 2:10,17 15:8,9
  179:15 184:10
  259:16 279:8,17,20
  280:8
**2015** 20:16
**202** 3:8 4:6
**20530** 3:7
**2063** 46:4
**207** 6:18
**209** 2:20 6:20
**20th** 146:23
**21** 6:9,12 155:17,19
  156:12 174:22
  201:23 202:9,22
  203:4
**212** 4:10
**218** 5:14,15 37:9,14
  37:15,20 38:17,19
  38:21 39:2,19 40:1
  40:9,19,21 41:9
  42:18,22,23 44:7,10
  44:17 45:4 46:9
  47:1 48:4,21 50:11
  50:14 51:23 52:11
  55:12 68:21,24
  69:14,23 70:1 71:9
  77:19 82:14 112:21
  115:17 125:12
  126:12 196:14
  224:22 265:24,25
  267:1
**22** 6:10,13 158:1,3
**221** 6:21
**222** 6:22
**224** 6:23
**226** 6:24
**22nd** 170:17
**23** 6:12 83:19 162:5,7
  162:13,16
**230** 5:4
**24** 6:13 38:22 65:2,3

65:3 84:11 90:5
  127:23 147:25
  148:5 149:1,9 150:3
  150:13 169:23,25
  171:5 175:25 180:3
  203:13
**24-hour** 149:7 150:11
**242** 6:25 7:1
**247** 7:2
**25** 5:12 6:14,15,23
  85:12 87:8 90:3
  174:9,11 195:1,21
  206:14 224:20
  239:23,24 254:9
  257:23
**250** 7:3 262:19
**259** 5:5
**25th** 175:11 219:4
**26** 6:15,17,21 65:6
  115:7 146:10 175:3
  175:7 197:14
  221:11
**260** 259:16
**262649** 162:9
**265** 5:5
**26th** 146:23 219:4
**27** 6:16,18 16:10,11
  86:2 127:23 188:11
  188:13 189:7,9
  207:22 208:3 236:1
  236:2,3,6
**27-hour** 65:6 115:7
**277** 5:6
**278** 5:7
**27th** 220:9 235:9
**28** 6:17 86:2 197:3,7
  197:11,17
**287,000** 235:16
**29** 2:10,17 6:18
  204:16,25 207:4,6
  209:21 210:3 279:8

────────────────
**3**
────────────────
**3** 5:12 25:5,7,13
  118:13 125:12
  187:9 189:15 191:4

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

LIEUTENANT GOVERNOR DAVID DEWHURST                    7/29/2014
CONFIDENTIAL TRANSCRIPT

49

192:13 194:4
198:19
**3:15** 162:4
**30** 6:20 161:10
209:20
**30th** 280:8
**31** 6:21 34:16,17
147:22 221:5,7
**31st** 106:13
**32** 6:22 222:15,17
**33** 5:13 6:23 224:13
224:15 226:17
247:23 248:10
249:11
**34** 6:24 226:13
227:17
**344** 280:15
**35** 6:25 20:19 188:13
242:15 245:5 248:1
**36** 5:14 7:1 243:2,14
244:25
**362** 5:19,20 30:25
54:24 55:4,10 58:3
58:7,11 59:18,21
60:13,24 61:7,22
62:12,23 63:3 66:14
66:19,24 67:6 68:2
68:17,20 69:17,22
70:10 71:2,9,13,20
73:4,7,14 74:1,5,18
74:24 75:22,23 76:4
76:16,19 77:17,18
77:18 78:14 79:7,13
79:17 90:22 91:1
95:19 96:1,15 97:24
98:3 99:23 101:4,18
103:2 104:18,21,25
105:17,25 106:3,7
112:22 115:5,11,18
115:23 125:13,14
126:13 127:22
133:7,9,12,13 174:4
174:17 179:24
180:14 196:15
235:4 248:21 261:4

262:4 265:20 270:5
271:21,25 272:18
273:4,13 274:9
**37** 7:2 247:11,13
**38** 5:15 7:3 250:12,14
**380** 280:12

---

**4**

**4** 5:13,24,25 33:2,4
33:17,25 34:5 36:9
36:10 93:24 118:8
179:18 188:18,19
**4:10** 197:2
**4:30** 197:2
**40** 4:9 22:5 161:10
**400** 23:17
**41** 206:13 280:1
**44** 175:16,18,24,25
**45** 5:16 175:24 176:9
**475-1969** 3:19
**475-3281** 3:14
**48** 150:7,8,13,15
**4th** 220:8 260:21

---

**5**

**5** 5:14 34:3 36:21,23
37:12 38:25 39:6
62:16 67:5 75:8,11
75:13 76:4 95:22
111:8,9 171:17
183:1 184:16
187:23 189:8
190:22 192:14
279:25
**5.11D** 84:7 87:3
88:16 89:15,22
91:13
**5:22** 230:9
**512** 3:14,19,24
**512)292-4249** 280:13
**514-0828** 3:8
**519** 189:4
**52** 170:1
**53** 5:17
**54** 5:19,20
**55** 279:25

**5th** 4:9

---

**6**

**6** 5:15 38:6,11,13
44:22 45:6 62:16
**6,000** 22:2 60:6
**6:00** 230:9
**6:44** 258:25
**6:50** 258:25
**6:58** 265:3
**60** 108:5 148:13
**60-day** 108:3
**600** 23:17
**62** 145:15
**63** 248:8,10 249:11
**63.0101** 118:8 214:10
**650** 189:3
**650,000** 189:3
**663-6262** 4:6
**678,000** 189:6 235:11

---

**7**

**7** 5:16 34:16 45:20,22
46:3 48:18 142:8
155:6 187:9 188:19
189:15 191:4
192:13 194:4 206:3
280:1
**7:01** 265:3
**7:18** 276:6
**7:23** 2:18 276:6,12
**70** 135:8 137:11
211:13 266:14
**700** 189:3
**701** 280:12
**70s** 94:16,17
**71** 207:8
**72** 150:8,16
**7254** 3:6
**730,000** 189:3
**75** 137:11
**78** 5:21
**78701** 2:21 280:13
**78711-2548** 3:13,18
3:23
**795,000** 259:3

**7th** 106:15

---

**8**

**8** 5:4,17 34:16 53:18
53:20 54:7,10
116:17 142:8
**80** 253:1,1,4,4,22
**82nd** 13:16
**83** 5:23
**844,000** 189:4,6
235:11
**87007** 95:10
**87008** 95:7
**87009** 101:13
**87014** 95:7

---

**9**

**9** 5:19 39:6 49:16
54:17,20,21 62:16
62:21 67:4 72:5
73:11,12,17 77:25
206:14
**9:16** 2:17
**9047** 250:22
**93** 5:24
**936-1381** 3:24
**94** 5:25
**95** 180:19
**950** 3:7
**965-2236** 4:10