VICTOR FARINELLI                                    5/9/2014

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARK VEASEY, et al.,          §
                              §
          Plaintiffs,         §
                              §
vs.                           §  Civil Action Number
                              §  2:13-cv-193(NGR)
                              §
                              §
RICK PERRY, et al.,           §
                              §
          Defendants.         §
---------------------------------------------------

30(b)(6) DEPOSITION OF

THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION

VICTOR FARINELLI

MAY 9, 2014

---------------------------------------------------


     ORAL DEPOSITION OF VICTOR FARINELLI, produced
as a witness at the instance of the United States of
America, and duly sworn, was taken in the
above-styled and numbered cause on May 9, 2014, from
9:02 a.m. to 1:42 p.m., before Melody Reneé
Campbell, CSR in and for the State of Texas,
reported by method of machine shorthand, at the
Price Daniel Building, 209 West 14th Street, Austin,
Texas, pursuant to Notice and Subpoena and the
Federal Rules of Civil Procedure.

VICTOR FARINELLI                                                     5/9/2014

```
                                                                     2

 1                   A P P E A R A N C E S
 2   FOR THE UNITED STATES OF AMERICA:
           Mr. Daniel J. Freeman, Esq.
 3         U.S. DEPARTMENT OF JUSTICE
           950 Pennsylvania Avenue, NW
 4         Washington, DC  20530
           202.305.4355
 5         202.307.3961 (Fax)
           Daniel.Freeman@usdoj.gov
 6
 7
     FOR THE TEXAS DEPARTMENT OF HEALTH AND HUMAN
 8   SERVICES COMMISSION:
           Mr. John B. Scott, Esq.
 9         Mr. J. Reed Clay, Jr., Esq.
           Post Office Box 12548
10         Austin, Texas  78711
           512.475.0131
11         512.936.0545 (Fax)
           John.Scott@texasattorneygeneral.gov
12         Reed.Clay@oag.state.tx.us
                -and-
13         Mr. Timothy E. Bray, Esq.
           Texas Department of State Health Services
14         Post Office Box 149347
           Mail Code 1919
15         Austin, Texas  78714
           512.776.6966
16         512.776.7720
           Tim.Bray@dshs.state.tx.us
17
18
     FOR THE ORTIZ DEFENDANTS:
19         Mr. Robert W. Doggett, Esq.
           Texas Rio Grande Legal Aid, Inc.
20         4920 North IH-35
           Austin, Texas  78751
21         512.374.2725
           512.447.3940 (Fax)
22         RDoggett@trla.org
23
24
25
```

VICTOR FARINELLI                                            5/9/2014

3

1                        I N D E X
                                                        Page
2  EXAMINATION
       By Mr. Freeman................................  5
3      By Mr. Doggett................................ 157
4  CHANGES AND SIGNATURE.............................172
   REPORTER'S CERTIFICATE............................173
5
6
7
8                      E X H I B I T S
   No.  Description                                    Page
9
   106  Notice                                          13
10
   107  38 TexReg 5416 Proposed Rules 08/23/13          24
11
   108  38 TexReg 7307 10/18/13 Adopted Rules           26
12
   109  Birth Certificate for EIC                       68
13
   110  Sample of EIC Birth Certificate                 71
14
   111  TAC Title 25, 181.28                            94
15
   112  Remote Front Office: Birth Certificate         100
16       Issuance user Guide
17  113  Application for Election Identification        102
        Birth Certificate
18
   114  List of Remote Birth Certificate Access        111
19       Sites
20  115  List of Offices with Remote Access            119
21  116  Information Re: Birth Certificate for          143
        Election Identification
22
   117  12/24/13 E-Mail from TXHHS to Derek            146
23       Johnson re: EIC Alert
24
25

VICTOR FARINELLI                                                    5/9/2014

4

1                    E X H I B I T S - Cont'd

2   No.  Description                                              Page

3   118  10/14/13 Memo from Geraldine Harris to               147
         Local Registrars and County Clerks re:
4        Use of Election Certification Stamp on
         Birth Certificates for Local Registrars
5        Offices not Linked to the State Vital
         Statistics Office Via the Remote Birth
6        Access System

7   119  08/07/13 E-Mail from Joe Peters to Robert            150
         Bodisch re: About Those Free Voter ID
8        Cards - Few Sign Up, With Attachment

9   120  U.S. Census Bureau American FactFinder,              154
         Place of Birth by Nativity and
10       Citizenship Status

11

12                          *-*-*-*-*

13

14

15

16

17

18

19

20

21

22

23

24

25

VICTOR FARINELLI                                    5/9/2014

                                                         5

 1                     VICTOR FARINELLI,
 2    having been first duly sworn, testified as follows:
 3                        EXAMINATION
 4    BY MR. FREEMAN:
 5        Q.   Sir, could you state your name for the
 6    record.
 7        A.   Victor Anthony Farinelli.
 8        Q.   My name is Daniel Freeman, and I represent
 9    the United States in this litigation.
10                MR. FREEMAN:  And if others could
11    take a moment to introduce themselves for the
12    record.
13                MR. DOGGETT:  Robert Doggett, Texas
14    Rio Grande Legal Aid, for the Ortiz plaintiffs.
15                MR. BRAY:  Timothy Bray, Deputy
16    General Counsel for the Department of State Health
17    Services.
18                MR. SCOTT:  John Scott.  I'm with the
19    AG's office in Texas, and I'm representing Health
20    and Human Services witnesses for the 30(b)(6)
21    deposition.
22        Q.   (BY MR. FREEMAN)  Mr. Farinelli, have you
23    ever been deposed before?
24        A.   No.
25        Q.   So let me explain how a deposition works.

VICTOR FARINELLI                                    5/9/2014

6

1    It's a question and answer.  And I will ask the

2    questions, and, in general, you will give the

3    answers, unless you don't understand my questions, in

4    which case you can ask me a question back,

5    essentially.

6                   And the court reporter is here to take

7    a record, and so we need to speak rather than our --

8    we need to -- rather than gesture.  Just like you

9    just nodded there --

10         A.   Yes.

11         Q.   -- that doesn't work.  Okay.  Just making

12   sure you understand.  So do you understand?

13         A.   Yes.

14         Q.   Okay.  The purpose of this deposition is to

15   record your full and complete testimony.  Do you

16   understand?

17         A.   Yes.

18         Q.   Okay.  I may not always be clear, as I

19   said.  If you don't understand, just ask me to

20   restate the question and I'll do my best to make it

21   make more sense.

22         A.   Okay.

23         Q.   Great.  If you need a break, let me know.

24   We will finish the question that's pending and then

25   we'll see about a break.  Does that work?

VICTOR FARINELLI                                    5/9/2014

7

1      A.    Okay.

2      Q.    It's important that we don't talk over each

3  other, because that makes it very hard for the court

4  reporter.  So I will make sure not to ask a question

5  until you're done answering.  And will you try to

6  wait until I've finished asking my question before

7  you respond?

8      A.    Yes.

9      Q.    Great.  If you need more water or -- there

10  isn't coffee here, but if you need coffee, similarly,

11  please wait until we're done with whatever question

12  is floating out there, finish that up, we can get you

13  more water, figure out where we can find you some

14  coffee.  Sound good?

15      A.    Yes.

16      Q.    Great.  If you want to talk to your

17  attorney, that's fine.  But, again, if there's a

18  question pending or if you're in the middle of an

19  answer, I need you to finish that up first and then

20  you can talk to your attorney.  Does that work?

21      A.    Yes.

22      Q.    Great.  Sometimes you might remember

23  something later in the day about a question that was

24  asked earlier.  If that happens, will you let me know

25  and we'll add it to the record?

VICTOR FARINELLI                                        5/9/2014

8

1        A.    Yes.

2        Q.    Great.  And I'll give you a few chances to

3    do that along the way as well.

4              Also, sometimes when we've been

5    talking for a while, you may realize that a prior

6    answer you gave was not completely accurate.  If you

7    realize that, will you let me know?

8        A.    Yes.

9        Q.    Great.  Sometimes while you're answering,

10   you may think of a document that would help you

11   remember or help you answer more accurately, just

12   refresh your recollection.  If you do, will you let

13   me know?

14       A.    Yes.

15       Q.    I have a few documents here.  Your counsel

16   may have some documents.  I'm sure their computer is

17   somewhere if you really need something.  We'll do our

18   best.

19             There are a few totally standard

20   questions that I have to ask that may sound a little

21   odd.  Are you on any medication or drugs of any kind

22   that would make it difficult for you to understand my

23   questions or to answer them?

24       A.    No.

25       Q.    Have you had anything alcoholic to drink in

VICTOR FARINELLI                                    5/9/2014

9

1    the last eight hours?

2        A.    No.

3        Q.    Are you at all sick today in a way that

4    would make it difficult for you to understand my

5    questions or to answer them?

6        A.    No.

7        Q.    Is there any other reason you can think of

8    why you wouldn't be able to answer my questions fully

9    and accurately?

10       A.    No.

11       Q.    And last thing.  I'm going to remind you

12   that you're under oath and subject to federal

13   penalties for giving false or misleading testimony,

14   so it's important to answer my questions truthfully,

15   accurately, and completely.  Do you understand?

16       A.    Yes.

17       Q.    Any questions at this time?

18       A.    No.

19       Q.    Great.  Do you understand that you are

20   testifying on behalf of the Texas Health and Human

21   Services Commission and not in your individual

22   capacity?

23       A.    Yes.

24       Q.    What is your position?

25       A.    I am the electronic registration manager of

VICTOR FARINELLI                                      5/9/2014

                                                              10

1    the Department of State Health Services Vital

2    Statistics Unit.

3         Q.   And what are your responsibilities as the

4    electronic records manager?

5         A.   With the Vital Statistics, we have an

6    electronic registration system.  I manage and oversee

7    the registration of vital events in those areas.

8         Q.   Okay.  And who do you report to?

9         A.   The director, Ms. Geraldine Harris.

10        Q.   And what is her title?

11        A.   Director 1, State Registrar of the Vital

12   Statistics Unit.

13        Q.   And what does director 1 mean?

14        A.   She's -- that's her classification.

15        Q.   Okay.  And do you know who she reports to?

16        A.   She reports to the chief operating officer,

17   Ed House.

18        Q.   Ed --

19        A.   Ed House.

20        Q.   And that's at the Vital Statistics Unit?

21        A.   That's for the Department of State Health

22   Services.

23        Q.   Okay.  And how many individuals report to

24   you?

25        A.   25.

VICTOR FARINELLI                                    5/9/2014

11

1       Q.    And what types of positions do those

2    individuals have?

3       A.    Part -- admin 3s, admin 2s, which are --

4    have -- they process requests, complete delayed

5    registrations.

6             I also manage the electronic

7    registration help desk, which helps the -- our

8    customers with electronic registration and the

9    communications department.

10      Q.    Okay.  How long have you held your

11   position?

12      A.    Current position, eight months.

13      Q.    Okay.  And what is your educational

14   background?

15      A.    High school, some college.

16      Q.    And what is your employment background?

17      A.    I've been with the Department of State

18   Health Services Vital Statistics Unit for 12 years.

19            Prior to being manager, I was with the

20   Field Services for five years and worked in paternity

21   registry -- I mean paternity requests in -- for

22   approximately a year, and worked my way up through

23   there.

24            Prior to that, I was a chef with --

25   through various restaurants.

VICTOR FARINELLI                                    5/9/2014

12

1      Q.    And what do you mean by field services?

2      A.    Field services is our contact between our

3  service and source providers and the State.  So they

4  represent the State Registrar in 2R -- service and

5  source providers: local registrars, funeral homes,

6  doctors, birth registrars.

7      Q.    Those last two categories you gave, those

8  are service and source providers?

9      A.    Yes.

10     Q.    Okay.  Just trying to make a clear record.

11            And besides what we've discussed, no

12  other positions working for the State?

13     A.    With the State, just worked my way up.  I

14  started off as a clerk 3, just doing filing; clerk 4,

15  again, filing.  And then admin 2, processing requests

16  that come in.  And then program specialist 1, and

17  that was a team lead position; and then moved over to

18  field services as a field rep, representing the State

19  Registrar to our locals.  And then -- and then the

20  manager.

21     Q.    Okay.  Great.  When did you first learn

22  that you would be testifying on behalf of the State?

23     A.    Don't recall the exact date, but it was a

24  couple of weeks ago.

25     Q.    Okay.  And are you represented by counsel

VICTOR FARINELLI                                        5/9/2014

                                                              13

1    here today?

2         A.    Yes.

3         Q.    And who is representing you?

4         A.    The Office of Attorney General and our

5    Office of General Counsel with the Department of

6    State Health Services.

7         Q.    And that's Mr. Scott to your left.  And I

8    forget the other gentleman's name.  I'm sorry.

9              MR. DOGGETT:  Tim Bray.

10             MR. FREEMAN:  Okay.  Great.  Just

11   wanted to make it clear.

12        Q.    (BY MR. FREEMAN)  If one of them objects to

13   a question that I ask, you may answer after that

14   objection, unless they instruct you not to answer

15   specifically.  So we may do our lawyer thing, but

16   just keep going unless they specifically instruct you

17   not to answer.  Does that make sense?

18        A.    Yes.

19        Q.    Okay.  Great.

20             MR. FREEMAN:  Mark this as

21   Exhibit 106.

22                (Exhibit Number 106 marked.)

23        Q.    (BY MR. FREEMAN)  Sir, have you seen this

24   document before?

25        A.    Yes.

VICTOR FARINELLI                                          5/9/2014

                                                               14

1        Q.    And what is this document?

2        A.    It is the deposition document for --

3   requesting that we provide information regarding the

4   electronic -- I mean the election identification

5   card.

6        Q.    Okay.  If you could turn to Exhibit A.

7   Now, I've had some discussions with your counsel, and

8   there are some questions that are covered by these

9   topics that we are probably going to hold off on for

10  another witness.  But I just would like to go through

11  them and understand what you have knowledge of as we

12  go through.

13              So if you could take a look at

14  Topic 1.

15       A.    Uh-huh.

16       Q.    Looking at Topic 1, who at HHSC knows the

17  most about Topic 1?

18       A.    Myself and the State Registrar.

19       Q.    The State Registrar?

20       A.    Uh-huh.

21       Q.    Who is the State Registrar?

22       A.    Geraldine Harris.

23       Q.    And did you talk to Ms. Harris in

24  preparation for this deposition?

25       A.    Briefly.

VICTOR FARINELLI                                    5/9/2014

                                                              15

1        Q.   And did Ms. Harris provide you with any

2   documents?

3        A.   No.

4        Q.   If you could take a look at Topic 2.  Who

5   at HHSC knows the most about Topic 2?

6             MR. SCOTT:  If you know.

7        Q.   (BY MR. FREEMAN)  If you know.

8        A.   Myself.

9        Q.   Did you talk to anyone else specifically

10  about Topic 2 in preparation for this deposition?

11       A.   Just my attorneys.

12       Q.   Okay.  And I'm never going to ask for what

13  you said to your attorneys.  That's out of bounds.

14  Just -- and Mr. Scott said a moment ago, "If you

15  know."  That's essentially part of every question.

16  If you don't know, it's a perfectly fair answer to

17  say, "I don't know."  It's always to the extent of

18  your knowledge.

19       A.   Uh-huh.

20       Q.   If you could take a look at Topic 3.  We

21  will not be discussing, at this deposition --

22  sorry -- the comments on the proposed rule, and we

23  will not be discussing communications prior to the

24  adoption of that rule with local registrars and

25  county clerks.  But it's my understanding --

VICTOR FARINELLI                                                5/9/2014

16

1              MR. FREEMAN:  And, Mr. Scott, if

2    you'll let me know if I have this wrong at all --

3    that everything else on Topic 3 should be okay for

4    this deposition?

5              MR. SCOTT:  Yes.

6         Q.   (BY MR. FREEMAN)  Okay.  If you could take

7    a look at Topic 3.  To your knowledge, who at HHSC

8    has the most knowledge concerning Topic 3?

9         A.   The -- to the best of my knowledge, besides

10   myself, would be the Office of General Counsel.

11        Q.   And who at Office of General Counsel would

12   you know of specifically?

13        A.   Mark Connolly and Lisa Hernandez.

14        Q.   And are they -- do they work at the Office

15   of General Counsel, is that for the Department of

16   State Health Services?

17        A.   It's for the Department of State Health

18   Services.

19        Q.   And are you prepared to testify today

20   concerning Topic 3, to the extent of your knowledge?

21        A.   To the extent of my knowledge, yes.

22        Q.   Okay.  And who at HHSC would know the most

23   about Topic 4?

24        A.   Myself and the State Registrar.  I would

25   say most of the employees who process requests, too.

VICTOR FARINELLI                                              5/9/2014

                                                                    17

1        Q.   Individual frontline employees?

2        A.   Uh-huh.

3        Q.   Okay.

4             MR. SCOTT:   Yes, no, something.

5        A.   Yes.   Oh, I'm sorry.

6        Q.   (BY MR. FREEMAN)   Thank you.

7        A.   That was a question.

8        Q.   It was.   It generally will be.

9             And how about Topic 5, who at HHSC

10   would know the most about Topic 5?

11       A.   Myself and the field services staff.

12       Q.   Okay.   And just so we're clear, when I say

13   HHSC, I mean the Texas Health and Human Services

14   Commission.   Do you understand?

15       A.   Yes.

16       Q.   Great.   Okay.   And so am I correct that

17   you're prepared to talk -- to discuss all five of

18   these topics, to the extent of your knowledge?

19       A.   Yes.

20       Q.   And with the limitation that I mentioned

21   before regarding Topic 3?

22       A.   Yes.

23       Q.   Great.   Talking with Geraldine Harris, what

24   else did you do to prepare for this deposition?

25       A.   Talked to my general counsel of Department

VICTOR FARINELLI                                    5/9/2014

18

1   of State Health Services and also with the Attorney

2   General's Office.

3       Q.   And was anyone else present at any of those

4   meetings?

5       A.   Another individual, Albert Rivera, who used

6   to be the manager of field services.

7       Q.   And he's no longer the manager of field

8   services?

9       A.   No.

10      Q.   When did he leave HHSC?

11      A.   He's still with HHSC.  He works for

12  immunization.

13      Q.   And who is the new manager of field

14  services?

15      A.   I am the interim manager of field service.

16      Q.   I see.  So currently you're wearing two

17  hats?

18      A.   Correct.

19      Q.   Got it.

20          Did you review any documents when

21  preparing for this deposition?

22      A.   Yes.

23      Q.   And what documents did you review?

24          MR. SCOTT:   We have brought all those

25  that he reviewed with us here today.

VICTOR FARINELLI                                        5/9/2014

19

1               MR. FREEMAN:  Okay.

2               MR. SCOTT:  So we can mark them as an

3     exhibit.

4               MR. FREEMAN:  That is that pile of

5     documents in front of you there?

6               MR. SCOTT:  Yes.

7               MR. FREEMAN:  Okay.  Sometime on a

8     break, I will want to take a look at those.

9        Q.   (BY MR. FREEMAN)  And did you review any

10    documents, other than the large pile of documents

11    currently sitting in front of your attorney?

12        A.   No.

13        Q.   Great.  Thank you.

14               MR. FREEMAN:  And, Mr. Scott, will

15    you produce those subject to the agreement

16    concerning production format at a later date?

17               MR. SCOTT:  Yes.

18               MR. FREEMAN:  No need for an

19    additional request?

20               MR. SCOTT:  Nope.

21               MR. FREEMAN:  Much appreciated.

22        Q.   (BY MR. FREEMAN)  Did you speak with anyone

23    else about your deposition today?

24        A.   Just the State Registrar -- not

25    specifically about the deposition information itself,

VICTOR FARINELLI                                      5/9/2014

20

1    but just the State Registrar, to let her know I was

2    coming to the deposition.

3         Q.    Makes sense.   Thank you.

4               Have you ever testified in court

5    before?

6         A.    Not in court.   SOAH hearing.

7         Q.    What hearing?

8         A.    A SOAH hearing.

9         Q.    What is a SOAH hearing?

10        A.    It's for -- I can't --

11              MR. SCOTT:   State Office of

12   Administrative Hearings.

13        Q.    (BY MR. FREEMAN)   And what did that relate

14   to?

15        A.    The -- for a hearing against a doctor for

16   the Texas Medical Board, for a violation of a statute

17   and rule; and for the Texas Funeral Service

18   Commission against a funeral director for a violation

19   against statute and rule.

20        Q.    And in those matters, were you a witness

21   for the State of Texas?

22        A.    Yes.

23        Q.    Okay.   Any other matters?

24        A.    That's it.

25        Q.    Okay.   Have you ever personally been a

VICTOR FARINELLI                                          5/9/2014

21

1    party to a lawsuit?

2         A.    No.

3         Q.    Any other involvement in a case in which

4    the State of Texas was a plaintiff or a defendant?

5         A.    No.

6         Q.    And how were those SOAH hearings resolved?

7         A.    I did not get feedback on what -- how those

8    were resolved.

9         Q.    Okay.   Great.

10              Are you familiar at all with Senate

11   Bill 14 from the 2011 regular session?

12        A.    Yes.

13        Q.    What is your understanding of Senate Bill

14   14?

15        A.    It requires that anyone that is wanting to

16   vote would need a picture identification in order to

17   vote.

18        Q.    And if I refer to Senate Bill 14 as SB 14,

19   will you understand that for purposes of this

20   deposition?

21        A.    Yes, sir.

22        Q.    Great.   Any other understandings that you

23   have of SB 14?

24        A.    No.

25        Q.    Are you familiar with the term "election

VICTOR FARINELLI                                          5/9/2014

22

1    identification certificate"?

2         A.    No.

3         Q.    I think earlier you said something along

4    the lines of election identification card?

5         A.    Correct.

6         Q.    Okay.  If I represent to you that the term

7    that SB 14 uses for that card is an election

8    identification certificate, can we understand that I

9    mean essentially the same thing?

10        A.    Yes.

11        Q.    Okay.  Do you understand what the

12   relationship is between an election identification

13   certificate and SB 14?

14        A.    Yes.

15        Q.    And what is that relationship?

16        A.    If a voter cannot afford a picture ID, they

17   can get this identification card, driver's license --

18   they can get this certificate for free through the

19   Department of Public Safety, to vote.

20        Q.    Did you have any understanding of what an

21   election identification certificate was prior to

22   meeting with counsel?

23        A.    Yes.

24        Q.    Okay.  How did you arrive at that

25   understanding?

1      A.   I had completed the bill analysis on that
2  bill for the Department of State Health Services
3  Vital Statistics Unit and provided that analysis to
4  the State Registrar.
5      Q.   And as part of what prior position did you
6  conduct legislative analysis?
7      A.   In the field services department, as a
8  program specialist.
9      Q.   Okay.  And what parts of SB 14 did you
10 conduct legislative analysis on?
11     A.   On the whole bill.  We had to review the
12 whole bill to see if it had an impact on our agency.
13     Q.   Okay.  And did you determine that it did?
14     A.   We determined that if the -- we had impact,
15 it would be minimal.
16     Q.   Okay.  And why did you believe that the
17 impact would be minimal?
18     A.   Because they had removed the certificate of
19 birth as a primary source of use for election
20 purposes, as an identification.
21     Q.   Okay.  Any other ways that you saw SB 14
22 affecting your department?
23     A.   No.
24     Q.   If I refer to an election identification
25 certificate as an EIC, will you understand that for

VICTOR FARINELLI                                        5/9/2014

24

1    purposes of this deposition?

2         A.   Yes.

3         Q.   Great.  Do you have any understanding of

4    the requirements to obtain an EIC?

5         A.   That they will need -- as far as I know,

6    they will need a supporting document in order to get

7    that birth certificate; I believe a Social Security

8    card.

9         Q.   So a birth certificate is one of the forms

10   of supporting documentation that an individual might

11   need?

12        A.   Yes.

13             MR. FREEMAN:  Okay.  If we could mark

14   this as Exhibit 107.

15             (Exhibit Number 107 marked.)

16        Q.   (BY MR. FREEMAN)  And, again, we're going

17   to limit how much we do discuss -- first, have you

18   seen this document before?

19        A.   Not this specific document.

20        Q.   Do you know what this document is?

21        A.   It appears to be from the Texas Registrar,

22   which is what is used to publish proposed rules and

23   changed rules to the Texas Administrative Code.

24        Q.   But you've never seen this particular

25   proposed rule before?

VICTOR FARINELLI                                        5/9/2014

                                                            25

1          A.   I've seen the proposed rule, but not this

2    particular document as it's formatted.

3          Q.   Okay.  Did you see the proposed rule before

4    it was sent to the Texas Registrar?

5          A.   Yes.

6          Q.   Okay.  And when did you see it?

7          A.   A couple of days ago.

8          Q.   Okay.  But you said you had seen it before

9    it was --

10         A.   Proposed.  Yes, yes.  So that was when --

11   right before the rules were first put into place.

12         Q.   Do you know who wrote this proposal?

13         A.   No, I don't.

14         Q.   And just looking at this, when is this

15   document dated?

16         A.   August 23rd, 2013.

17         Q.   And if you look at the proposed rule, do

18   you see when it was submitted to the office of

19   Secretary of State?  It's on the back.

20         A.   Oh, August 12th of 2013.

21         Q.   Thank you.  Turning back to the front, can

22   you review the explanation of the proposed

23   regulation?

24         A.   Clarify explanation.

25         Q.   The background and purpose section, to be

VICTOR FARINELLI                                    5/9/2014

26

1   specific.

2       A.   Okay.  The background, let's -- informs us

3   that --

4       Q.   I was just asking you to review it before

5   questions.

6       A.   Oh, I'm sorry.

7       Q.   That's fine.

8            Am I correct that the Texas -- the

9   executive commissioner of the Health and Human

10  Services Commission wrote that the cost of a

11  certified birth record may impose a barrier to a

12  person who is required to produce a certified copy

13  for the purpose of obtaining an EIC?

14      A.   Yes.

15      Q.   We can put this aside, but we will

16  definitely be returning to it.

17           MR. FREEMAN:  And if we could mark

18  this as Exhibit 108.

19           (Exhibit Number 108 marked.)

20      Q.   (BY MR. FREEMAN)  Have you seen this

21  document before?

22      A.   Not this particular document, but I've seen

23  the adopted rules.

24      Q.   Okay.  And so what is this document?

25      A.   It's -- it is the publication in the Texas

VICTOR FARINELLI                                      5/9/2014

27

1    Register for the publication of the approved rules.

2         Q.    And do you know which specific approved

3    rule this is?

4         A.    To waive the fee for a certified copy of a

5    birth certificate.

6         Q.    And did you see the final adopted rule

7    before it was published?

8         A.    Yes.

9         Q.    When did you first see it?

10        A.    I don't have an exact date, but it was a

11   few weeks before it was published.

12        Q.    So sometime in September?

13        A.    Yeah.

14        Q.    Okay.   And when is this adopted rule dated?

15        A.    October 18th, 2013.

16        Q.    And if you look to the back again, when was

17   this adopted rule filed with the office of the

18   Secretary of State?   Last page.

19        A.    October 1st, 2013.

20        Q.    Thank you.   Can you review again the

21   background and purpose section?   Just review and then

22   I'll ask you a question in a moment.

23        A.    Yes.

24        Q.    Am I correct that the executive

25   commissioner of the Health and Human Services

VICTOR FARINELLI                                    5/9/2014

                                                            28

1    Commission took the position that the cost of a

2    certified birth record would be paid by the person

3    who is required to produce a certified copy for the

4    purpose of obtaining an EIC?

5         A.   Yes.

6         Q.   And if you look at the comments about

7    costs, on page 2, and the final response, am I

8    correct that the executive commissioner took the

9    position that the department believes that to the

10   degree it may exercise -- reasonably exercise

11   discretion over the matter, cost should not prevent

12   anyone from obtaining an EIC who wants one?

13                  MR. SCOTT:  Objection; form.

14        A.   Which one are you -- I'm not for sure which

15   comment you're looking at.

16        Q.   (BY MR. FREEMAN)  Sure.  So under comments

17   concerning cost, and then there's response.

18        A.   Okay.  All right.

19        Q.   The second sentence, am I correct that this

20   states, "The department believes that to the degree

21   it may reasonably exercise discretion over the

22   matter, cost should not prevent anyone from obtaining

23   an EIC who wants one"?

24        A.   Yes.

25        Q.   And is the premise of this statement that

VICTOR FARINELLI                                          5/9/2014

29

1     the $22 fee, the existing fee, could prevent someone
2     from obtaining an EIC who wants one?
3          A.   Yes.
4          Q.   So original or certified copies of a birth
5     record are available from HHSC or one of its
6     components.  Correct?
7          A.   The Department of State Health Services or
8     a local registrar.
9          Q.   And does HHSC or one of its components ever
10    assist individuals who need a birth certificate, but
11    the only birth certificate that they could get is a
12    Department of State certificate of live birth abroad?
13         A.   We provide them with information on how to
14    obtain that.
15         Q.   And what information is that?
16         A.   We direct them to the Department of State
17    website on -- specifically the travel website
18    regarding the certificate of U.S. citizen born
19    abroad.
20         Q.   And do you maintain any paper materials
21    on-site regarding those?
22         A.   No.
23         Q.   Do you train your staff at all regarding
24    the specific availability of those forms?
25         A.   Yes.

VICTOR FARINELLI                                    5/9/2014

30

1        Q.    And do you train them regarding the cost of

2   obtaining the certificate of live birth abroad?

3        A.    No.

4        Q.    Okay.  And just so I'm very certain, an

5   individual can't get a certificate of live birth

6   abroad from HHSC or any of its components.  Right?

7        A.    No.

8        Q.    Does HHSC or any of its components ever

9   assist individuals to obtain a birth certificate if

10  they were born in another state?

11       A.    No.

12       Q.    They don't even provide the same

13  information they provide by the State Department

14  certificate of live birth abroad?

15       A.    Yes, we do provide that.  We'll provide

16  them with the address and contact information for --

17  of the office where they should contact to obtain

18  that.

19       Q.    Okay.  But no other assistance?

20       A.    No.

21       Q.    And there's no other specific information

22  available in your office about any specific states or

23  neighboring states?

24       A.    No.

25       Q.    Okay.  And, again, you can put this aside

VICTOR FARINELLI                                        5/9/2014

31

1    for now but we will swing back to it later.

2              When is a birth certificate originally

3    issued in Texas?

4         A.   Define issued.

5         Q.   After -- after a child is born, when is the

6    original record created?

7         A.   The record is registered with the birth

8    registrar, the person responsible for filing the

9    record if a child is born in a hospital, that is, a

10   birth registrar that is designated by that hospital

11   administrator to file those records.  It is required

12   to file those within five days of the child's birth.

13        Q.   So that's automatic and required?

14        A.   Uh-huh.

15             MR. SCOTT:  Is that a yes?

16        A.   Yes.  Sorry.

17        Q.   (BY MR. FREEMAN)  That's fine.  And is a

18   record created or do the parents automatically get a

19   copy of that record?

20        A.   Record is created, but they do not

21   automatically get a copy of that record.

22        Q.   Okay.  But no one needs to request that the

23   record is created?  It's required by law?

24        A.   Yes.

25        Q.   Okay.  In order to get a copy of that

VICTOR FARINELLI                                        5/9/2014

32

1    record, do the parents have to specifically request

2    it?

3         A.    The parents or another qualified applicant.

4         Q.    Okay.   What is the ordinary process for the

5    creation of a birth record when there's an

6    in-hospital birth in Texas?

7         A.    The child is born.   The birth registrar,

8    who is the designation person to file those records,

9    gets the information about the birth certificate from

10   the parents: name, the parents' names, and -- gets

11   that information, gathers it, and then enters it into

12   our electronic registration system.   They enter it,

13   certify that this is true and correct to the best of

14   their knowledge, and transmit that information to our

15   office, in which we actually print off a paper

16   document and house it.

17        Q.    Okay.   So that goes directly to HHSC?

18        A.    Yes.

19        Q.    What is the role of the local county

20   registrar in that process?

21        A.    We have a dual registration system in the

22   State of Texas --

23        Q.    Okay.

24        A.    -- where a copy is held at the State and

25   then a copy is held at a local registrar's office,

VICTOR FARINELLI                                    5/9/2014

                                                         33

1    which could be a county clerk, Justice of the Peace,

2    or a municipality.

3         Q.    So do you send -- by you I mean HHSC.  Do

4    you send that information to the local or is it

5    submitted to both at the same time?

6         A.    We send it to the local -- once we've filed

7    it, it gets sent to the local for filing.

8         Q.    Okay.  What are the requirements for a

9    parent or other qualified relative to obtain a copy

10   of a child's birth certificate immediately after

11   birth, as soon as the record is created?

12        A.    They would have to either go into a local

13   registrar's office and complete an application,

14   provide picture identification, and pay a fee to get

15   a certified copy.

16              They can also contact our office,

17   either coming into our office, by mail or through

18   Texas.gov, which is an online service they can

19   request certified copies through.

20        Q.    Okay.  And we're going to discuss all of

21   those different methods later.

22              Just specifically with regard to birth

23   certificate immediately after a birth, is the cost

24   the same as obtaining a birth certificate at any

25   later point?

VICTOR FARINELLI                                        5/9/2014

                                                              34

1         A.    Yes.

2         Q.    And do you know if there's any type of

3    public assistance that's available specifically with

4    regard to obtaining a birth certificate immediately

5    after birth?

6         A.    No.

7         Q.    And do you know if Medicaid or any other

8    type of medical-related program or health insurance

9    covers that cost?

10        A.    Not that I'm aware of.

11        Q.    Okay.  And the ID requirements, those are

12   also the same as obtaining an ID -- or, excuse me,

13   obtaining a birth certificate at a later date.

14   Correct?

15        A.    Correct.

16        Q.    Okay.  Are there circumstances in which a

17   birth in Texas may occur but a birth record is not

18   created?

19        A.    Yes.

20        Q.    What are those circumstances?

21        A.    If by chance the parent accidently had the

22   child at home, the way the law is written, they're

23   required to go to the local registrar's office and

24   present documentation to prove that the child was

25   born alive on the date stated, the mother was

VICTOR FARINELLI                                                5/9/2014

35

1    pregnant, and the child was born in their

2    registration district.

3              There are times that the parent

4    doesn't realize that.  They automatically think that

5    the birth certificate will be filed somehow.  And so

6    there are times -- if it's not registered within five

7    days, from five days to one year, it can still be

8    filed on a regularly filed birth certificate.  After

9    one year, a law requires that it go -- they go

10   through a delayed registration process.

11        Q.   Just to be clear, the law requires

12   submission by -- within five days.  Correct?

13        A.   Correct.

14        Q.   Between five days and one year, you've

15   broken the law, but it's still not a delayed

16   submission?

17        A.   It's considered a delayed, but the way the

18   law is written, it can be still filed on a regular

19   birth certificate from that point.

20        Q.   And after one year --

21        A.   You go through the delayed registration

22   process and it -- it's a special certificate that is

23   required for delayed registration.

24        Q.   Okay.  And you said that there are

25   documents that must be submitted if there's a home

VICTOR FARINELLI                                    5/9/2014

36

1    birth.  What are those documents?

2         A.   It depends on -- so proof that the child

3    was born alive, some kind of document from a medical

4    personnel, physician, or EMT, if an ambulance was

5    called, to prove that the child is alive, was born

6    alive.

7         Q.   Okay.

8         A.   Date stated.  Generally, that's the same

9    document because it has a date the child was born.

10   Proof of pregnancy, some kind of document from a

11   healthcare provider showing that the mother was

12   pregnant.  And then proof that the child was born in

13   the registration district, some document showing

14   where the mother was born -- or mother is a resident

15   of.

16        Q.   Okay.  And that medical document that

17   said -- so that the proof that the child was born

18   alive, that generally requires -- or does that

19   specifically require that there's a medical personnel

20   of some kind?  Who may sign that?

21        A.   It's -- it's not a specific form that they

22   complete.  It's just a statement from them --

23        Q.   Okay.

24        A.   -- of the facts.

25        Q.   But who is qualified to sign that?

VICTOR FARINELLI                                    5/9/2014

37

1        A.    Any medical personnel, a physician, EMT,

2   registered nurse.

3        Q.    Okay.   And generally -- so generally, the

4   parents will have to pay someone for the medical

5   attention that is required to establish that the

6   child was born alive.   Correct?

7        A.    Generally, yes.   Sometimes they will -- it

8   depends on the local registrar there accepting the

9   documents.   They may accept an affidavit of personal

10  knowledge, but that's going to be up to them, what

11  other supporting documents they will use.

12       Q.    Okay.   So that's up to the local, that's

13  not HHSC's control?

14       A.    We provide information in our Texas

15  Administrative Code, but in the Texas Administrative

16  Code it does specifically state any other form of

17  supporting document that's acceptable by the local

18  registrar.

19       Q.    Okay.   So they have discretion?

20       A.    Uh-huh.

21       Q.    Great.

22             MR. SCOTT:   Yes.

23       A.    Yes.

24             MR. FREEMAN:   Thank you again.

25       Q.    (BY MR. FREEMAN)   Approximately how often

VICTOR FARINELLI                                          5/9/2014

38

1   in the last ten years is a child born in Texas and

2   no -- just no birth record is created?

3        A.    I wouldn't have those -- percentage

4   offhand.

5        Q.    Who would know at HHSC, if anyone?

6        A.    We would have to gather that information.

7        Q.    Do you know historically whether that's

8   changed over time, the number of people who are born,

9   but no birth record is created at all?

10       A.    Yes.

11       Q.    And how has that changed over time?

12       A.    We find that, from our experience, that

13  individuals who were born in the '30s, '40s, and '50s

14  may have been born at home and a record was never

15  filed.  With more modern -- with the advent of

16  technology and information being out there, we're

17  finding less with the newborns within the past ten

18  years.

19       Q.    Okay.  Do you know if certain demographic

20  groups historically were more likely to not have a

21  birth record created?

22       A.    Not that I'm aware of.

23       Q.    Any racial groups?

24       A.    Not that I'm aware of.

25       Q.    Okay.  Who would know this?

VICTOR FARINELLI                                          5/9/2014

39

1          A.    We would have to perform a study to find

2    that out.

3          Q.    Okay.   Do you have any idea, in the last

4    ten years, how often no birth certificate is issued

5    following creation of a birth record after a birth?

6    So how often a child would be born, but their parents

7    or relatives don't obtain the actual certificate?

8          A.    I wouldn't know.

9          Q.    Okay.   So you were mentioning earlier that

10   at a hospital there would be a designated person who

11   has to submit the records.   What is that person's

12   technical role, title?

13         A.    They are -- the way the law is written, it

14   says the hospital administrator or designee.   So they

15   are the designee at the hospital, administrator.

16              We, at the Vital Statistics office,

17   generally refer to them as a birth registrar.   And

18   then at that point they can get a birth registrar

19   certification to perform that function.

20         Q.    Okay.   And you said if the child is born at

21   home, it's the parents' responsibility.   Correct?

22         A.    Unless there is a midwife who was

23   attending, and it's the midwife's responsibility at

24   that point.

25         Q.    Okay.   And would a birth center be treated

VICTOR FARINELLI                                            5/9/2014

40

1   similarly to a hospital?

2       A.   Yes.

3       Q.   Who is responsible if the child is born

4   en route to the hospital?

5       A.   En route to the hospital, if the child was

6   not removed from the conveyance until the hospital,

7   the hospital will file that record.

8       Q.   Okay.

9       A.   Because the place of birth is going to be

10  where that child was first removed from the

11  conveyance.

12      Q.   Okay.  So just to be clear, if they're in

13  an ambulance on the way to the hospital, the child is

14  born in the ambulance, and nobody opens the door and

15  takes the child out until they get to the hospital,

16  the child is technically born at the hospital?

17      A.   Correct.

18      Q.   Okay.

19      A.   It's designated on the birth certificate as

20  an en-route birth.

21      Q.   Okay.  I am going to learn a lot today.

22           And how about a foundling?  Let's say

23  a woman gives birth to a child, drops the child off

24  at the front door of the church, who is responsible

25  for making sure the birth record is created?

VICTOR FARINELLI                                        5/9/2014

41

1        A.    Generally those children are brought to a

2   hospital.   It is the position of the Department of

3   State Health Services, in order to assist that child

4   in -- to having a productive -- being a productive

5   member of society, to be able to have a birth

6   certificate to move forward, so we will file a birth

7   certificate for that child as a foundling designated

8   birth certificate so that that child, if -- it can be

9   adopted at a later date at ease.

10        Q.    So HHSC actually creates the record

11   without --

12        A.    We designate the hospital to go ahead and

13   file those for the foundling.

14        Q.    Okay.   Thank you.

15        A.    Yes.

16        Q.    Is there any requirement -- you had

17   mentioned five days before.   Is there any requirement

18   related to a 15-day deadline for submission of

19   records?

20        A.    Yes.   If the parents specifically ask that

21   the birth certificate be delayed for naming purposes,

22   for religious purposes, the birth registrar is to

23   delay that no more than 15 days.   It's the parents'

24   responsibility to come back to the birth registrar or

25   the midwife who is responsible for filing the record,

VICTOR FARINELLI                                    5/9/2014

42

1    and letting them know what that name is before the

2    15th day.

3         Q.   Great.  Thank you.

4              What other information is gathered

5    besides the name of the child, the name of the

6    parents, and the date of the child's birth?

7         A.   The parents' date of birth, the place of

8    birth of the parent, and the address of the mother,

9    which would include their street address, county,

10   state, and city of residence.

11        Q.   Do you gather the race of the mother?

12        A.   Yes.

13        Q.   And do you gather the race of the father?

14        A.   Yes.

15        Q.   How long has that information been

16   gathered?

17        A.   That information has been gathered -- it's

18   been on the legal birth certificate since 1903.

19        Q.   Okay.

20        A.   To the best of my knowledge.  I haven't

21   looked at a 1903 in a while.

22        Q.   That's fine.  I appreciate it.

23             MR. SCOTT:  But to clarify, it's no

24   longer on a birth certificate itself.

25             MR. FREEMAN:  I'll let the witness

VICTOR FARINELLI                                    5/9/2014

43

1    testify.

2        Q.   (BY MR. FREEMAN)   Is the race of the

3    parent -- race of the mother and the race of the

4    father currently on a birth certificate?

5        A.   On the legal portion of the birth

6    certificate, no.

7        Q.   But you do collect that information?

8        A.   Correct.

9        Q.   Are you aware of when that information was

10   no longer on the birth certificate itself?

11       A.   Starting in 1994.

12       Q.   Okay.   Is the HHSC birth record database

13   searchable?

14       A.   Only by individuals at the Vital Statistics

15   Unit and in-house and local registrars who have

16   access to our remote system.

17       Q.   Okay.   What type of queries can be

18   conducted?

19            MR. SCOTT:   Objection; form.

20       Q.   (BY MR. FREEMAN)   What type of queries may

21   be conducted on the HHSC birth record database?

22            MR. SCOTT:   And objection.   This is

23   your personal -- this is not as a 30(b)(6) witness.

24   I don't think he's been offered -- I don't see an

25   area that he's qualified under.   But go ahead and

VICTOR FARINELLI                                              5/9/2014

44

1   testify under your personal knowledge, if you have

2   any.

3        A.   The queries on that particular system,

4   through the front end, would be basic information

5   that's on the birth certificate.  So if you have the

6   name of the child, their date of birth, you can

7   search through that.  If you don't have a name of a

8   child, but you have a parent's name, you can search

9   under parents' name.

10       Q.   (BY MR. FREEMAN)  Okay.  Anything else?

11       A.   With -- we can search just under a birth --

12  date of birth, but you're going to get a lot of hits

13  on that.

14       Q.   Fair enough.  Are there any types of

15  summary reports?

16       A.   We -- define a summary report.

17       Q.   So if I wanted to know how many births

18  happened on November 3rd, 1987 --

19       A.   Center for Health --

20            MR. SCOTT:  One second.  Let me go

21  ahead and object.  Same one.  Mr. Freeman, I want to

22  make sure.  He's coming in -- obviously it's your

23  right to ask him questions outside of the 30(b)(6)

24  notice, and I don't want to be too intrusive from

25  the standpoint of letting the deposition go forward.

VICTOR FARINELLI                                    5/9/2014

45

1    But to the extent we're outside of the scope of his

2    capacity as the 30(b)(6) representative, because I

3    don't -- we've not prepared him to address the

4    issues of what computer capabilities are available

5    over at Health and Human Services in -- within the

6    Department of State Health Services, so I want to

7    make sure that -- whether we can have an agreement

8    without me interrupting constantly.  And I don't

9    know what the easiest way to do that is, but I don't

10   want to keep saying, objection; form outside the

11   scope of Rule 30(b)(6).

12              MR. FREEMAN:  Why don't we -- do you

13   want to just -- rather than doing it question by

14   question, say that you'll reserve that objection?

15              MR. SCOTT:  That's great.  That would

16   be perfect.  How about that.

17              MR. FREEMAN:  Okay.  That's fine.  I

18   mean, and I don't think that we're going to be

19   worried that much about what's binding HHSC versus

20   what's his testimony.  I would think that this is

21   relevant, although I -- to Topic 1, although I

22   recognize that it's getting pretty far out there.

23   So rather than having a fight, keep going, you

24   reserve the objection.

25              MR. SCOTT:  Thank you.

VICTOR FARINELLI                                              5/9/2014

46

1           MR. FREEMAN:   Sounds great.

2       Q.   (BY MR. FREEMAN)   That was the lawyer stuff

3   we were talking about.

4           So we were talking about the summary

5   reports and the capability of the database to produce

6   a summary report.   If you wanted to produce a summary

7   report of every child who was born on November 3rd,

8   1987, could you do that?   Is that -- well, first, is

9   it technically feasible?

10      A.   The Department of State Health Services

11  can, through the Center for Health Statistics.

12      Q.   Is that a standard product of some kind?

13      A.   They have a health statistics report --

14  Vital Statistics report that they publish after they

15  have dealt with all the statistical scrubbing, making

16  sure all the data is correct to the best of their

17  knowledge.

18      Q.   Okay.   Is there any type of summary report

19  that could be conducted by race?

20      A.   Yes.

21      Q.   Are there any types of standard reports, to

22  your knowledge, that are produced with regard to

23  births by race, routinely produced?

24      A.   To the best of my knowledge, the report,

25  the Vital Statistics report does break down the

VICTOR FARINELLI                                          5/9/2014

47

1   number -- the percentage of births by race and

2   categorizes them.  It can also do by race, by region.

3        Q.    And what are the regions that you use?

4        A.    They are the health regions throughout the

5   state.  There's -- I believe there's ten, and they're

6   divided throughout the state, like Region 1, for

7   example, is the Panhandle area.

8        Q.    Do you know if those are the same regions

9   the DPS uses, the Department of Public Safety?

10       A.    No, I don't -- I'm not aware of that.

11       Q.    Okay.  So earlier you mentioned a delayed

12   birth certificate or a delayed certificate of birth.

13   What is a delayed certificate of birth?

14       A.    It is a birth certificate that is filed a

15   year or more after the child is born.  They have to

16   present basically the same type of information that

17   they would if they were -- if they were -- had the

18   child at home and was going to the local registrar.

19              Depending on the age of the child,

20   depends on how many documents we will require.  Like

21   if the child is one to four -- one to four years of

22   age, we will only need two documents, one of them

23   being an attested statement from a healthcare

24   provider.  The -- and then -- I'm sorry, there's only

25   one document needed from one to four.

VICTOR FARINELLI                                    5/9/2014

48

1          Q.   Okay.   If we could stop there real quick
2    and then we'll keep going.
3          A.   Okay.
4          Q.   So is there a distinction between a home
5    birth and a delayed birth certificate between ages
6    one and four where the healthcare provider is
7    required at that point, as opposed to at the
8    discretion of the local registrar?
9          A.   We're -- the way our rules are written,
10   we're going to need something showing that that child
11   is alive.
12         Q.   Okay.
13         A.   Where they go afterwards and get a checkup,
14   showing that that child is alive.
15         Q.   Okay.   Are there any other differences
16   between a -- the documents required to establish a
17   home birth and the documents required for the
18   creation of delayed birth record when the child is
19   between the age of one and four?
20         A.   They could vary because we may not ask for
21   as many documents to assist them in order to get that
22   child.   Because the way the law is written and the
23   rules, we just need -- depending on when they're
24   filing it, we need documents that show the child's
25   name, date of birth, and one -- at least one that has

VICTOR FARINELLI                                      5/9/2014

49

1    their parents' name on it.

2        Q.    And what is the process for obtaining the

3    delayed certificates of birth?

4        A.    They first have to request that we search

5    our information for a birth certificate, just to

6    ensure that no delayed birth certificate has already

7    been filed.  If we do not find -- if we find one, we

8    will send them a certified copy, because if we don't,

9    we will send them information on how to file a

10   delayed birth certificate.

11            They have to pay $22 for the search

12   fee.  And then when they have submitted all their

13   documents for the delayed record, they have to pay a

14   $25 fee to complete that record so we can file it.

15       Q.    And how long does it take to obtain a

16   delayed birth record?

17       A.    It could vary.  It could be a couple of

18   weeks, could be up to a year.

19       Q.    And what would cause it to take up to a

20   year?

21       A.    Depending on the documents they submit.

22   Generally, older individuals, there's a little bit

23   harder time for them to get the documents, and some

24   of those documents need to be verified that they are

25   on file at a specific -- the holder of those records,

VICTOR FARINELLI                                           5/9/2014

50

1    for example, a Baptismal record.  We will check the

2    archdiocese to make sure that that is on file at that

3    archdiocese.

4         Q.   Okay.  And what are the additional

5    requirements if the -- we'll say individual ones were

6    past one to four, if they're older than four?

7         A.   From four to 15, they need two documents,

8    one -- at least one showing parents' name on it.  So

9    both have to have name, date of birth, place of

10   birth.  One has to have the parents' names on it.

11        Q.   Okay.  And beyond 15?

12        A.   Three documents, same requirement, name,

13   date of birth, place of birth.  One has to have the

14   parents' names on it.

15        Q.   And anything -- is it 15 to the end?

16        A.   15 to -- yeah, yeah.

17        Q.   Okay.  And so you said there's a $22 search

18   fee and a $25 processing fee.  Are there any other

19   fees involved?

20        A.   If they want a certified copy once we've

21   completed the new birth certificate, the delayed

22   record, they can purchase one for $22.

23        Q.   And that's the normal fee?

24        A.   Uh-huh.

25              MR. SCOTT:  Yes?

VICTOR FARINELLI                                    5/9/2014

51

1      A.    Yes.

2      Q.    (BY MR. FREEMAN)  About how often does your

3  office issue delayed certificates of birth -- or

4  create -- sorry.  How often do they create a delayed

5  birth record?

6      A.    To my offhand knowledge, we get in

7  approximately 60 requests a month.

8      Q.    Okay.  Are you aware of any racial

9  distinctions within the group of people requesting

10 delayed birth records, the creation of delayed birth

11 records?

12     A.    We don't -- no, I'm not aware of any racial

13 distinctions.

14     Q.    So it's not, for example, more often Latino

15 families from the Valley rather than Anglo families

16 or elsewhere?

17     A.    We would have to do a study on that to find

18 out.

19     Q.    All right.  Is there any process to correct

20 a birth record that contains errors?

21     A.    Yes.

22     Q.    What is that process?

23     A.    They can request that an amendment be

24 filed.  There's an amendment form, it's called the

25 VS 170.  The parents complete that.

VICTOR FARINELLI                                        5/9/2014

52

1          If a child is under 17 years of age,

2    they would need a parent to sign that document, a

3    parent -- if -- parent or parents, if both parents

4    are on the record, both parents have to sign it.  If

5    only one parent is on the record, one parent has to

6    sign that in front of a notary.

7               Depending on the correction, we may

8    need a supporting document such as a school record,

9    Baptismal record.

10        Q.    You know, I realized I needed to ask one

11   more question about the creation of the delayed birth

12   record.  Where does a person have to go to create

13   those records?

14        A.    It can be only done by the Department of

15   State Health Services.

16        Q.    Do they have to travel to Austin in order

17   to do it or can they submit documents by mail?

18        A.    They can submit it by mail.

19        Q.    And do local registrars provide that

20   information to individuals?  Are they trained to do

21   that?

22        A.    Yes.

23        Q.    Okay.  Back to the amendments.  You said

24   that the request for an amendment needs to be

25   notarized.  Correct?

VICTOR FARINELLI                                        5/9/2014

53

1        A.    Correct.

2        Q.    Do any HHSC employees have the authority to

3   sign and authenticate these requests for amendments

4   without a notary?  Or it specifically has to be a

5   notary?

6        A.    We have Department of State Health Services

7   staff who are notaries.

8        Q.    And do those notaries require any form of

9   identification to establish that the person is who

10  they say they are before they will notarize the

11  statement?

12       A.    I'm not a notary, so I wouldn't know what

13  their requirements are.

14       Q.    Okay.  How long does it take in order to

15  get a birth certificate amended?

16       A.    We have -- we're required to respond to the

17  individuals within 30 business days of receipt of the

18  amendment.  If the amendment application -- if the

19  amendment can be processed within the 30 business

20  days, we'll send them notification that it has been

21  processed.

22            If they included a fee for a certified

23  copy, we will send them a certified copy also.

24            If the amendment can't be processed,

25  we need additional information, we'll send them a

VICTOR FARINELLI                                    5/9/2014

54

1   letter asking for what -- that information.

2        Q.   And how much does it cost to get an

3   amendment?

4        A.   It's a $15 processing fee.

5        Q.   About how often do you get requests for

6   amendments?

7        A.   We get them daily, and I couldn't tell you

8   the amount of amendments we get in.  We get quite a

9   few.

10       Q.   Okay.  And what are generally the bases for

11  asking for amendments?

12       A.   They have discovered that there's an error

13  on their birth certificate, that when it was filed,

14  either a spelling error or they have been going by a

15  different name, because they have been told by their

16  parents that their name is different.

17       Q.   Got it.  And do you have any awareness of

18  the racial distributions of the individuals who

19  request birth certificate amendment?

20       A.   No.

21       Q.   Okay.  Is there any other way, besides what

22  we've discussed, in which a birth record is created?

23       A.   No.

24       Q.   Okay.  Been going about an hour.  Do you

25  want to take a break for about five minutes?

VICTOR FARINELLI                                           5/9/2014

55

1         A.    Sure.

2                   (Recess.)

3         Q.    (BY MR. FREEMAN)  Back on the record.

4                   I just want to go back and clarify one

5    thing.  When I was saying distinctions by race, I

6    also included language minorities.  Going forward,

7    I'll be using the term "race" to include Hispanics as

8    a distinct race from Anglos.  Does that make sense?

9         A.    Yes.

10        Q.    And with that definition in mind, do any of

11   your past questions about tracking particular types

12   of birth certificate amendments or issuance of late

13   birth certificates, do those answers change at all?

14        A.    No, my answers don't change.

15        Q.    Okay.  Just making sure.

16                   So ordinarily, how much does it cost

17   to obtain a certified copy of a birth record from the

18   Department of State Health Services?

19        A.    $22.

20        Q.    Are there any additional costs, depending

21   on whether a request is -- strike that so it's not

22   compound.

23                   Are there any additional costs for a

24   request made in person?

25        A.    No.

VICTOR FARINELLI                                          5/9/2014

56

1      Q.    Are there any additional costs for requests
2  made by mail?
3      A.    No.
4      Q.    Are there any additional costs for requests
5  made online?
6      A.    There is a processing fee for a credit
7  card.
8      Q.    And how much is that fee?
9      A.    I'm not aware of what that fee is, offhand.
10     Q.    A couple dollars, no more?
11     A.    $3 at the most.
12     Q.    Okay.  Is there any option to expedite the
13  purchase of a birth record?
14     A.    Yes.
15     Q.    And is there an additional fee to expedite?
16     A.    Yes.
17     Q.    How much is that fee?
18     A.    $5.
19     Q.    And are there any additional fees if the
20  birth record was requested from a remote office?
21     A.    The local registrar's office, in accordance
22  to the Health and Safety Code 191.0045, can charge an
23  additional dollar on top of the fees, for records
24  preservation, training, and security.
25     Q.    Okay.  So there's just one additional

                                                            57

1    dollar on top of the normal fee, if you obtain it at

2    a local office?

3        A.   Correct.

4        Q.   If you could return to the proposed rule,

5    which I believe is Exhibit 107.  And am I correct,

6    this is a proposed amendment to a regulation that

7    addresses fees charged under Section 181.22 of

8    Title 22 of the Texas Administrative Code?

9        A.   Yes.

10       Q.   And these are some but not all of the fees

11   that make up that $22.  Am I correct?

12       A.   These are all the fees that make up that

13   $22.

14       Q.   Okay.

15       A.   Did they put them all in?  Oh, no.  Okay.

16   So, yeah, they didn't include the whole rule, so this

17   is just that section of that rule.

18       Q.   Okay.  Does Section 181.22 of Title 22 of

19   the Texas Administrative Code set out all the fees

20   that make up the $22 to obtain a birth certificate?

21       A.   Yes.

22       Q.   Okay.  And we had already said this rule

23   was submitted to the Secretary of State as a proposal

24   on August 12th, 2013?

25       A.   Yes.

VICTOR FARINELLI                                              5/9/2014

                                                                    58

1        Q.   Do you know if litigation about SB 14 was

2   already underway when this rule was submitted?

3        A.   I don't know.

4        Q.   Okay.  If we could go back to Exhibit 108,

5   which is the adopted rule.  Do you know when this

6   regulation went into effect?

7        A.   October 21st, 2013.

8        Q.   Are there any components that that $22 cost

9   of this regulation does not address?

10       A.   Only those charged by the local.

11       Q.   What about the $2 search fee under the

12  Texas Health and Safety Code?

13       A.   That -- in the Texas Administrative Code,

14  the surcharge for $2 is indicated in that under

15  181.22(c).

16       Q.   And so it's your testimony that this

17  administrative rule waives, for certain individuals,

18  the $2 search fee under the Texas Health and Safety

19  Code?

20       A.   Through the Department of Health and Human

21  Services, yes.

22       Q.   What is your basis for believing that to be

23  true?

24       A.   Because we have it in the fee schedule in

25  our fees charged by Vital Statistics, so we have

VICTOR FARINELLI                                        5/9/2014

                                                              59

1   waived that $2 fee.

2        Q.   If you look at Subsection T, which I

3   believe is the new provision, doesn't it say that the

4   fee is waived, except as provided in Subsection C?

5        A.   You are correct.  But we waive that fee.

6        Q.   You do waive that fee?

7        A.   Yes.

8        Q.   The $2 fee?

9        A.   Uh-huh.

10       Q.   And even though it's required by statute?

11       A.   We still pay it to the Comptroller, but we

12   waive that fee.

13       Q.   Okay.  You waive that fee to the individual

14   who is obtaining the birth record?

15       A.   Uh-huh.

16            MR. BRAY:   Is that a yes?

17       A.   Yes.

18       Q.   (BY MR. FREEMAN)   Has any notice been

19   provided that the $2 fee is not being charged,

20   notwithstanding the text of this proposed -- or,

21   excuse me, of this adopted rule?

22       A.   Not that I'm aware of.  We -- if an

23   individual comes into our office and requests an EIC

24   certificate, we're going to -- we're not going to

25   charge them.

VICTOR FARINELLI                                    5/9/2014

60

1      Q.    And when did that particular practice go

2   into effect?

3      A.    We put that into place at the beginning.

4      Q.    Does this regulation address the $1 county

5   fee?

6      A.    No.

7      Q.    Okay.  If you go back to the final

8   responses of the Executive Commissioner regarding

9   comments, and back to the final responses regarding

10  cost, which is on the second page, do you see the

11  last paragraph in the first column where it says --

12     A.    First column.

13     Q.    The last paragraph that starts, "Regarding

14  fees"?

15     A.    Yes.

16     Q.    Do you see -- does it state, "The fees

17  required to be paid pursuant to Health and Safety

18  Code Section 191.0045(e) and 191.022(f), $2, are

19  statutorily required and are not waived by this

20  rule"?

21     A.    Uh-huh.  Yes.

22     Q.    And so the notice provided in the Texas

23  registrar -- or register states that the $2 fee is

24  still not waived and must be paid.  Correct?

25     A.    Correct.

VICTOR FARINELLI                                              5/9/2014

61

1      Q.   Okay.  And that's the only statutory fee
2  for a -- for obtaining a birth certificate.  Correct?
3      A.   Correct.
4      Q.   The other fees are all set by regulation by
5  HHSC?
6      A.   Of the $22, yes.
7      Q.   Yes.  Okay.  So the Texas Legislature
8  didn't take any action to eliminate birth certificate
9  fees for individuals who require a birth certificate
10 in order to obtain an EIC.  Correct?
11     A.   No.
12     Q.   No, I'm not correct or no, they --
13     A.   Oh, yes.  Yes.
14     Q.   -- did not take any --
15     A.   They -- no, they did not take any action.
16     Q.   Okay.  And so this regulation is the most
17 that could be done at the discretion of HHSC,
18 correct, to eliminate fees?
19     A.   Yes.
20     Q.   Okay.  Could this be reversed at the
21 discretion of HHSC at some later date?
22              MR. SCOTT:  Objection; form.  Go
23 ahead.
24     Q.   (BY MR. FREEMAN)  Could this regulation
25 waiving certain fees for an individual who requests

VICTOR FARINELLI                                    5/9/2014

62

1    an EIC birth certificate, be changed back at some

2    later date at HHSC discretion?

3          A.    The HHSC has rulemaking authority, so they

4    could change the rule.

5          Q.    Okay.  Okay.  In other circumstances, are

6    there full statutory waivers of fees for obtaining a

7    birth record?

8          A.    Through -- there are.  But offhand, I

9    don't -- I'm not sure what those are.

10         Q.    Are active duty military -- members of the

11   military permitted to obtain birth records before

12   deployment abroad?

13         A.    Yes, I am aware of that one, yes.

14         Q.    And are any veterans or families of

15   veterans permitted to obtain birth certificates

16   without a fee when they -- in order to substantiate

17   claims?

18         A.    Yes.

19         Q.    Okay.  But there's no full statutory waiver

20   of fees for individuals who require a birth

21   certificate to obtain an EIC.  Correct?

22         A.    I'm sorry, could you repeat that?

23         Q.    Absolutely.  Am I correct that there is no

24   full statutory waiver of fees for individuals who

25   require a birth certificate to obtain an EIC?

VICTOR FARINELLI                                        5/9/2014

                                                              63

1    Correct?

2         A.   Correct.

3         Q.   If we go back to the proposed regulation --

4    I'm sorry to dance back and forth.  That's 107.  If

5    you look on the second page, under public benefit, am

6    I correct that this states, "The public will benefit

7    from the adoption of this amendment because it allows

8    a person who does not have a birth certificate to

9    obtain one at little or no cost for the purpose of

10   securing an EIC to vote"?

11        A.   Uh-huh, yes.

12        Q.   Would it be more accurate to say that under

13   the terms of this regulation, it would allow an

14   individual to obtain a birth certificate at little

15   cost?

16             MR. SCOTT:  Objection; form.

17        Q.   (BY MR. FREEMAN)  You may answer.

18             MR. SCOTT:  Actually, I'm going to

19   instruct the witness not to answer.  The document

20   speaks for itself.  The comments speak for

21   themselves.  And this is not a witness we posed to

22   comment on interpretation of the rules.

23             MR. FREEMAN:  That's not a proper

24   instruction.  As long as you're not trying to

25   protect a privilege, it's not proper to instruct the

VICTOR FARINELLI                                        5/9/2014

64

1    witness not to answer.

2                    MR. SCOTT:  You've been so

3    instructed.  The document speaks for itself.

4         Q.  (BY MR. FREEMAN)  Can we agree that an

5    individual who seeks an EIC birth certificate must

6    take time to travel to a location where they can

7    apply for the EIC birth certificate?

8         A.  Yes.

9         Q.  Can we agree that because of the hours that

10   these locations are open, some individuals will have

11   to take time off of work to obtain an EIC birth

12   certificate?

13        A.  Yes.

14        Q.  Can we agree that many individuals will

15   have to spend money on transportation to get to these

16   locations because the individuals who need an EIC

17   birth certificate are not individuals who have

18   driver's licenses?

19        A.  Yes.

20        Q.  And if I refer to the birth certificate

21   obtained at a reduced fee under this regulation as an

22   EIC birth certificate, will you understand my use of

23   that term?

24        A.  Yes.

25        Q.  Okay.  Is the birth certificate provided to

VICTOR FARINELLI                                    5/9/2014

65

1   an individual who requests the partial fee waiver

2   under the regulation we've discussed, is that birth

3   certificate different from an ordinary certified copy

4   of a birth certificate?

5         A.   Yes.

6         Q.   How does it differ?

7         A.   We designate on that document that it can

8   be used for the electronic identification card only.

9         Q.   Election identification card?

10        A.   Uh-huh, yes.

11        Q.   Okay.  What other purposes do individuals

12   need birth certificates for?

13        A.   There are many different reasons.  For

14   showing proof of birth, insurance, school.  There's

15   numerous reasons.

16        Q.   Okay.  What is the purpose of limiting the

17   circumstances in which an EIC birth certificate can

18   be used?

19        A.   We are -- we wanted to be in line with --

20   A, we wanted to be in line with the Department of

21   Public Safety in that their -- their election card

22   can only be used for election.  So we wanted to put

23   our death/birth certificate the same.

24              B, we believe that the -- we're --

25   that once the public found out that they could get a

VICTOR FARINELLI                                    5/9/2014

66

1    free birth certificate for election purposes, they

2    would just get a free birth certificate and use it

3    for all other purposes, without needing to get an

4    election card.

5              We're already losing -- we already pay

6    to a Texas.gov through our fees for a contract, $10

7    off of that.  Plus the Department of State Health

8    Services also waives that $2 fee, which we pay to the

9    Comptroller.  So we believe we would lose quite a bit

10   of revenue, plus having to pay out of our budget to

11   subsidize those records that are being given for

12   free.

13        Q.   And when you mentioned $10 being paid out

14   to Texas.gov, is it possible to obtain an EIC birth

15   certificate online?

16        A.   No.

17        Q.   Okay.

18        A.   We are contracted -- regardless of whether

19   we issue it online or through our office, we are

20   required to pay $10 for each record issued, per

21   contract, to Texas.gov.

22        Q.   And would you agree that the time and costs

23   that an individual have to take that we just

24   discussed to obtain the EIC birth certificate,

25   limiting the use of the birth certificate to only

1    being able to use it to get an EIC, that means that

2    all those burdens are only going to be related to

3    voting and that -- would you agree with that?

4         A.   I agree.

5         Q.   Okay.  What law authorizes the creation of

6    a limited use birth certificate?

7         A.   The State Registrar has authority for

8    issuing birth certificates, so it's up to her

9    discretion.

10        Q.   Okay.  When was the EIC birth certificate

11   developed?

12        A.   We began developing it once the proposed

13   rules were put in to the registrar -- the registry.

14   And I believe it was by -- we had it in place by

15   October 30th.

16        Q.   And how does the EIC birth certificate

17   physically differ from the ordinary certified copy of

18   a birth record?

19        A.   It just has that designation statement

20   saying it's for election purposes only.

21        Q.   And how many EIC birth certificates can an

22   individual obtain over their lifetime?

23        A.   I believe it's one.

24        Q.   What happens if they lose that EIC birth

25   certificate?

VICTOR FARINELLI                                      5/9/2014

68

1          A.    They would have to purchase one.

2          Q.    So after the first time, they're going to

3    have to pay full rate?

4          A.    Uh-huh.

5          Q.    How is that tracked?

6          A.    If they have lost one?

7          Q.    Yes.    How is it tracked to determine that

8    an individual has gotten their one lifetime EIC birth

9    certificate?

10         A.    We track that in our information database.

11         Q.    Was there any time when an EIC birth

12   certificate was issued in a different form from the

13   present?

14         A.    Not that I'm aware of.

15               MR. FREEMAN:    If we could mark this

16   as Exhibit 109.

17               (Exhibit Number 109 marked.)

18         Q.    (BY MR. FREEMAN)    What is this document?

19         A.    Appears to be a screen shot of our remote

20   system.

21         Q.    Have you seen any printout like this

22   before?

23         A.    This is the first time I've seen this

24   document.

25         Q.    And was October 21st, was that -- we said

VICTOR FARINELLI                                    5/9/2014

                                                         69

1    that was when the rule went into effect about the EIC

2    birth certificates.  And does -- if you look at the

3    bottom, does this appear to be notarized?

4         A.   I don't know what that signature is, or

5    seal.

6         Q.   Okay.  I honestly have not -- I honestly

7    don't know what this document is, and I was just

8    hoping you could clear it up.  So --

9         A.   It -- from the best of my knowledge, if

10   it -- I don't know where this was issued from, but it

11   appears that one of our local registrars took a

12   screen shot of our remote, and issued that as -- for

13   election identification purposes without our

14   knowledge.

15        Q.   Okay.  And why would you not want to -- why

16   would this not be sufficient to establish someone's

17   birth record?

18        A.   Because it's not a document that has been

19   approved by the State Registrar for issuing for that

20   document.

21        Q.   At a practical level, does this establish

22   the fact of someone's birth?

23        A.   Not according to State law, no.

24        Q.   But does it set out all the same facts as a

25   birth certificate would?

VICTOR FARINELLI                                    5/9/2014

70

1         A.    I can't see exactly what's on this screen,
2    so I wouldn't be able to tell you for sure.  However,
3    to the best of my ability to read this document, it
4    appears to be the information that's issued from the
5    abstract birth record.
6         Q.    Okay.  And the abstract birth record, does
7    that contain all the same information as a birth
8    certificate?
9         A.    The Department of State Health Services has
10   two forms of certified copy of birth certificate; an
11   abstracted birth, which is limited information: name,
12   date of birth, parents' names, and county of birth,
13   and the file date and the issuance date.
14              The full-sized copy has the additional
15   information, which is on the legal portion of the
16   birth certificate, such as the parents' -- the
17   mother's address, the hospital name, time of birth of
18   the child.
19        Q.    And does an EIC birth certificate have all
20   that long-form information?
21        A.    Depending on where they get it.
22        Q.    Where would the distinction lie?
23        A.    If they issue it off of our remote -- so if
24   we issue it, and we're going to issue this, where
25   it's just going to be the abstract, if -- when I say

VICTOR FARINELLI                                                5/9/2014

71

1    we, I mean the Department of State Health Services.

2         Q.   And that's the Austin office?

3         A.   Yes.

4         Q.   Okay.

5         A.   If a local registrar who is on our remote

6    issuance system, they have access to our database,

7    they will issue the abstract.   If they are not on our

8    remote database, they're going to access that

9    record -- their own records to issue that.

10        Q.   Okay.   And someone who is not on the

11   remote, that's the local county that had that

12   original copy?

13        A.   Uh-huh.

14        Q.   Okay.

15        A.   Yes.

16        Q.   Okay.   And this would -- the document

17   that's Exhibit 109 would no longer -- if it ever were

18   acceptable, it is certainly not acceptable now, is

19   that correct, for use?

20        A.   No, it's not acceptable.

21             MR. FREEMAN:   Okay.   If we could mark

22   this as Exhibit 110.

23             (Exhibit Number 110 marked.)

24        Q.   (BY MR. FREEMAN)  What is Exhibit 110?

25        A.   It is a sample of what the election -- EIC

VICTOR FARINELLI                                    5/9/2014

72

1   birth certificate would look like once it's been

2   issued.

3        Q.   And what are the -- what are the specific

4   features of an EIC birth certificate?

5        A.   The only difference between a regular birth

6   certificate and an EIC birth certificate is this

7   statement that says, For election purposes only.

8   Cannot be used for -- as identification.

9        Q.   And is this printed on a special security

10  paper?

11       A.   Yes.  All certified copies of birth

12  certificates are issued on security paper that has

13  specific security features as it's laid out in the

14  Texas Administrative Code.

15       Q.   And how much does security paper cost?

16       A.   Offhand, I don't know.

17       Q.   Do you have any knowledge of how many of

18  those unacceptable forms of EIC birth certificates

19  were ever issued?

20       A.   No, I don't.  I don't have any knowledge of

21  that.

22       Q.   Give me just one moment.  I'm cutting out

23  the questions that your counsel and I have agreed

24  that I'm not going to ask.

25                Does HHSC connect to anyone other than

VICTOR FARINELLI                                           5/9/2014

73

1    the local issuance offices, to provide data regarding

2    births?

3           A.    Through the remote system?

4           Q.    Yes.

5           A.    Yes.  We provide access to the Social

6    Security Administration for them to verify births.

7                 HHSC, through Medicaid, they have a

8    portal through their Medicaid program where they

9    enroll people that hits off of that same database.

10   It's not the same interface, but it hits off of that

11   database.

12          Q.    Okay.  Is an individual related to an EIC

13   birth certificate applicant allowed to request that

14   EIC birth certificate on their behalf?

15          A.    I believe, from my knowledge, the

16   individual will have to request that document.

17          Q.    So, for example, a parent could not request

18   an EIC birth certificate for their child?

19          A.    I think I'm going to step back and say, I

20   believe it -- actually, I was incorrect on that last

21   statement.  I actually -- thinking about it, I think

22   it was -- we -- I'm not sure what that -- what the

23   answer is on that.

24          Q.    Okay.  We're going to come back to that

25   after a break, and I'll see if I can find something

VICTOR FARINELLI                                    5/9/2014

74

1    to refresh your memory on that one.

2         A.   Okay.

3         Q.   Do you know if there's any limitation based

4    on age for individuals who apply for an EIC birth

5    certificate?

6         A.   We instruct that it should only -- 16 years

7    of age or older for that.

8         Q.   And why is there no regulatory change

9    necessary for that?

10        A.   The Department of State Health Services,

11   under Texas administration -- Texas Health and Safety

12   Code states that the State Registrar can propose

13   rules, propose legislation, and create policy and

14   procedure.  And this falls under policy and

15   procedure.

16        Q.   Okay.  So as we already discussed, an

17   individual can't apply -- well, sorry, let me take

18   that back.

19             As we already discussed, an individual

20   can apply for a certified copy of a birth certificate

21   online, correct, an ordinary certified copy?

22        A.   Yes.

23        Q.   Is there any -- and you said the extra

24   cost -- sorry -- was the credit card processing?

25        A.   Yes.

75

1      Q.   How long does it take to get a birth

2  certificate that an individual applies for online?

3      A.   We process it within ten to 15 business

4  days.

5      Q.   Can it be expedited?

6      A.   Yes.

7      Q.   How fast?

8      A.   It's -- well, let me step back.  It's

9  already in expedited service.

10     Q.   Okay.

11     A.   To have it returned back to them overnight,

12 after we're done processing it, they can pay an

13 additional shipping fee.

14     Q.   And how much is that, to your knowledge?

15     A.   $8.

16     Q.   Okay.  So no matter what, there's no way to

17 get a birth certificate that you're applying for

18 online in less than six days.  Right?

19     A.   Yes.

20     Q.   Okay.  And it requires a photo ID to get an

21 ordinary, certified birth certificate online.

22 Correct?

23     A.   Yes.

24     Q.   What kinds of photo ID?

25     A.   Driver's license.

VICTOR FARINELLI                                        5/9/2014

                                                              76

1        Q.   Any other kinds?

2        A.   And identification card.

3        Q.   Does it have --

4        A.   Issued from either this state or another

5   state.

6        Q.   Okay.  Anything else?

7        A.   No.

8        Q.   And do those have to be currently valid?

9        A.   Yes.

10       Q.   Can an individual obtain a certified copy

11  of a birth certificate by mail?

12       A.   Yes.

13       Q.   Same $22 cost?

14       A.   Yes.

15       Q.   And how long does that take?

16       A.   That will take generally six to eight

17  weeks.

18       Q.   Can that be expedited?

19       A.   Yes.

20       Q.   How much does that cost?

21       A.   It's $5 expedite --

22       Q.   The $5 fee?  And how fast would that be?

23       A.   Again, that's ten to 15 business days on

24  that one, too.

25       Q.   Okay.  So online is automatically

VICTOR FARINELLI                                          5/9/2014

                                                               77

1    expedited?

2         A.   Yes.

3         Q.   I got it.  And can you pay additional to

4    have that then overnighted back?

5         A.   Yes.

6         Q.   And that's $8?

7         A.   Yes.

8         Q.   But no matter what, if you're applying by

9    mail, it's going to take more than six days.

10   Correct?

11        A.   Correct.

12        Q.   And you can't get an EIC birth certificate

13   by mail.  Correct?

14        A.   No, you cannot.

15        Q.   And this requires a photo ID to apply for a

16   birth certificate by mail?

17        A.   Yes.

18        Q.   Same as online?

19        A.   We will accept -- for mail-ins, we will

20   accept passport, other government-issued

21   identification, such as a concealed handgun permit.

22        Q.   Is it any government-issued photographic

23   identification?

24        A.   Yes.

25        Q.   And is it any -- is it any federal?

VICTOR FARINELLI                                          5/9/2014

                                                              78

 1        A.   Yes.  We'll accept federal, too.

 2        Q.   And any state issued?

 3        A.   Yes.

 4        Q.   And does that include identification issued

 5   by, for example, a State university?

 6        A.   That -- that -- you mean like a school

 7   identification?

 8        Q.   Like a UT ID.

 9        A.   We will accept that as a secondary.

10        Q.   But not as a primary form of

11   identification?

12        A.   Not as a primary, no.

13        Q.   So what is the limitation on state-issued

14   IDs?

15        A.   Has to be issued from a -- like their

16   Department of Motor Vehicles, or federal government.

17   We differentiate between the schools and -- because

18   some schools aren't state-run schools.

19        Q.   Okay.  So for the photo IDs by mail -- let

20   me make sure I understand this -- any federal photo

21   ID is fine.  Correct?

22        A.   (Nods head.)

23        Q.   And any state ID that is issued by the

24   Department of Public Safety or a DMV or an equivalent

25   state agency.  Is that correct?

VICTOR FARINELLI                                      5/9/2014

                                                            79

 1          A.    Uh-huh.

 2          Q.    And that will include --

 3          A.    Yes.

 4          Q.    And that will include concealed handgun

 5    licenses in Texas.   Correct?

 6          A.    Yes.

 7          Q.    Are there any -- oh, sorry.

 8                     How about local IDs?  So like if I

 9    work for the City of Austin, and they give me an

10    employee ID, would that be sufficient?

11          A.    That would be sufficient.

12          Q.    It would?

13          A.    Yes.

14          Q.    Okay.  Do employee IDs issued by the State,

15    are those sufficient?

16          A.    Yes.

17          Q.    Okay.  So that's something else beyond

18    DMVs.  Right?

19          A.    Right.

20          Q.    Okay.  How about if a library card has a

21    picture on it, is that going to be enough?

22          A.    That one, I believe, is not in our rules

23    for that specific one.

24          Q.    Okay.  And how about like a monthly bus

25    pass with a picture on it?

VICTOR FARINELLI                                    5/9/2014

                                                          80

1        A.    That's not in our rules.

2        Q.    Okay.  Are there any other photo IDs that

3   you're aware of that are sufficient to obtain a birth

4   certificate by mail?

5        A.    Not that I'm aware of.

6        Q.    Okay.  Do those IDs that you have to submit

7   by mail, do those have to be currently valid?

8        A.    As a primary, yes.

9        Q.    So is there a set of secondary IDs that you

10   can use to obtain a birth certificate by mail?

11       A.    Yes.

12       Q.    What are those?

13       A.    Any document that has -- that's issued from

14   an agency that has a signature on it or an expired

15   driver's license, 90 days expired.

16       Q.    Okay.  And if you submit a secondary form

17   of identification, do you have to provide supporting

18   identification as well?

19       A.    You have to submit two secondary.

20       Q.    Okay.

21       A.    So like an expired driver's license and a

22   Social Security card.

23       Q.    Okay.  There's no third tier of documents?

24       A.    We have supporting documents.

25       Q.    Okay.

VICTOR FARINELLI                                           5/9/2014

                                                                81

1        A.    So if you have a secondary document,

2   secondary ID -- expired driver's license -- you could

3   submit two supporting documents.   That's up to the

4   discretion of the State Registrar or the local

5   registrar.

6        Q.    Okay.   And what are the -- to your

7   knowledge, what are the supporting documents?

8        A.    Could be a letter from Medicaid, high

9   school ID.

10        Q.   I don't mean to quiz you.   Do you know if

11   those supporting documents are all listed in a

12   regulation?

13        A.    They're in the Texas Administrative Code.

14   The primary and secondary are in the Texas

15   Administrative Code.   Supporting documents, it states

16   that's up to the discretion of the State and local

17   registrar.

18        Q.   We don't need to make this an exhibit, but

19   if you could just take a look at this document and

20   see if this refreshes your recollection as to which

21   regulation contains the list of supporting -- or of

22   primary, secondary, and supporting documents

23   required.

24        A.   G.   Texas Administrative Code

25   Title 25 181.28(g), it begins.

VICTOR FARINELLI                                    5/9/2014

                                                          82

1          Q.   And so 181 --

2          A.   Wait.  I'm sorry, it's H.

3          Q.   But 181.28 contains the list of the

4     relevant documents.  Is that correct?

5          A.   Yes.

6          Q.   All right.  Then we don't need to go

7     through that with you.

8                    Can an individual obtain a certified

9     copy of a birth certificate at the Department of

10    State Health Services office in Austin?

11         A.   Yes.

12         Q.   Where is that office located?

13         A.   1100 West 49th Street.

14         Q.   And is that near mass transit?

15         A.   Yes.  There's a -- to my knowledge, there

16    are two buses that stop there.

17         Q.   But that's west of I-35.  Right?

18         A.   Yes.

19         Q.   What type of area is that, in terms of

20    residential, commercial?

21         A.   I wouldn't be able to answer that.

22         Q.   Okay.  Do you know -- is it near the

23    university?

24                    MR. SCOTT:  Objection; form.

25         A.   Define near the university.

1          Q.    (BY MR. FREEMAN)   Is it within a mile of

2    UT?

3          A.    I'm not sure of the length.   To the best of

4    my knowledge, approximately that.

5          Q.    Okay.   Do you know if that's a

6    predominantly Anglo part of the city?

7          A.    I wouldn't know.

8          Q.    Okay.   Is it located near any DPS offices?

9          A.    We're approximately half a mile from the

10   DPS.

11         Q.    Okay.   What are the hours that the office

12   is open?

13         A.    8:00 to 5:00, Monday through Friday.

14         Q.    No evenings?

15         A.    No.

16         Q.    No weekends?

17         A.    No.

18         Q.    Okay.   How long is the wait, generally, to

19   be served there?

20         A.    Depending on the day, could be five, ten

21   minutes to anywhere to 20, 30 minutes.

22         Q.    And do you get your birth certificate right

23   away or do you have to come back?

24         A.    You can get it right away.

25              MR. FREEMAN:   Can we go off the

VICTOR FARINELLI                                    5/9/2014

84

1    record for a second.

2                  (Discussion off the record.)

3         Q.    (BY MR. FREEMAN)   Does an individual who

4    comes to the Austin office get their birth

5    certificate while they're there or do they have to

6    come back again to get it?

7         A.    The majority of them will get it while

8    they're there, depending -- if we have to do a

9    search, say the information that they put on their

10   application doesn't pull up anything in our database,

11   we'll go and do a manual search of the record.  That

12   could take a little bit longer.

13        Q.    And are there any other circumstances

14   besides the information provided on the application

15   not getting a hit in your database in which a search

16   would be required?

17        A.    Can you ask that again?

18        Q.    Are there any other circumstances, besides

19   the circumstances you just described, where the

20   information provided does not get a hit in the

21   database --

22        A.    If they don't have a birth certificate.

23        Q.    Okay.  And how long does the search take?

24        A.    Depending on how many searches we have to

25   do, the search itself takes roughly about 20, 30

VICTOR FARINELLI                                        5/9/2014

85

1    minutes.  But if we have quite a few searches that we

2    have to do, it piles that on top of that.

3          Q.    And why would a manual search turn up

4    records that aren't in the database?

5          A.    There may be an error on the birth

6    certificate.  There would be a discrepancy between

7    what the applicant believes their name is spelled to

8    be versus what's on the birth certificate, what they

9    believe their birth date is versus what's on the

10   birth certificate.

11         Q.    So the person searching just checks a few

12   variations, plus or minus a few days?

13         A.    Yeah.  We check multiple variations, yeah.

14         Q.    And an individual who applies for a birth

15   certificate in person in Austin, can they show the

16   same combination of documents that a person applying

17   by mail can show to get the birth certificate?

18         A.    Yes.

19         Q.    And if a person is applying for a birth

20   certificate on behalf of their child, they only need

21   to establish their own identity and not the identity

22   of the child.  Correct?

23         A.    Correct.

24         Q.    Who -- what is the relationship that an

25   individual can have to the individual whose birth

VICTOR FARINELLI                                    5/9/2014

86

1  record is sought in order to obtain that birth

2  record?

3        A.    According to the Texas Administrative Code,

4  an immediate family member is defined, to the best of

5  my knowledge, as parent, sibling, so brother/sister,

6  and grandparent.

7        Q.    And how do you establish that relationship,

8  other than a parent?

9        A.    They are attesting to the fact on the

10  application.  However, if there is any question

11  whether or not that individual is -- let's say, for

12  example, they're the individual's sister.  We will

13  ask for a birth certificate showing that the same --

14  that shows they're the same parentage issues.

15        Q.    What -- and so -- sorry.  What type of

16  documents would you use to establish common

17  parentage?

18        A.    Like a birth certificate.

19        Q.    Okay.

20        A.    Certified copy of a birth certificate.  We

21  have many individuals who are born outside of the

22  state.  If they were born here in Texas, we will just

23  check our database.  If they are born outside of

24  Texas, we need a certified copy of their birth

25  record.

VICTOR FARINELLI                                    5/9/2014

87

1      Q.    And how about for grandparents?

2      A.    They attest to the fact on there, so we

3  will take it on face value.  But if there is any

4  question about the parentage of that individual, we

5  will -- we will check -- either check in our database

6  if the parents were born here, see what their

7  parentage is; and if they were born out of state, we

8  will ask for a document that shows the -- like their

9  child's birth certificate, who is the parent.

10     Q.    Okay.  And can a child apply for a birth

11 certificate on behalf of their parent?

12     A.    Yes.

13     Q.    Okay.  Is an EIC birth certificate

14 available at the Austin office?

15     A.    Yes.

16     Q.    How are customers made aware that the EIC

17 birth certificate is available?

18     A.    We have an application available, but we

19 don't have any signage.

20     Q.    So there's no signage in the office.

21 Correct?

22     A.    Correct.

23     Q.    And if a person gets to the front of the

24 line and says they need a birth certificate, does the

25 person working there ask them if they needed to get

VICTOR FARINELLI                                          5/9/2014

88

1    an EIC?

2         A.   We ask them what purpose they are needing

3    it for.

4         Q.   And if they say, I need it to get an EIC?

5         A.   We provide them with that application.

6         Q.   And that's part of the standard procedure

7    for interfacing with an individual applying for a

8    birth certificate?

9         A.   Yes.

10        Q.   Okay.  Where are the EIC birth certificate

11   applications kept?

12        A.   We have them in-house and we also have them

13   online.

14        Q.   Okay.  And does an individual have to go

15   get the application from a set of potential forms to

16   fill out, or does the person working there provide

17   them with the form?

18        A.   Every person who walks in goes to an

19   information desk first and we ask them what their

20   purpose is here.

21        Q.   Okay.

22        A.   Whether it's just getting a certified copy

23   or correcting a record or -- and then at that point,

24   they will -- the processor will determine which

25   application they need at that point.

VICTOR FARINELLI                                    5/9/2014

89

1        Q.    And if they just go in and say, I need a

2   birth certificate, the processor will still ask, what

3   do you need your birth certificate for?

4        A.    Yes.

5        Q.    Okay.  When was that changed?  Or has that

6   always been -- not always.  Sorry.

7                    When did that procedure begin?

8        A.    We've had that process where we ask them

9   what the purpose is, for -- since as long as I've

10  been there.

11       Q.    And before the EIC birth certificate was

12  available, what was the reason for that process?

13       A.    Depending on what they needed the birth

14  certificate for would depend on what type of document

15  we would -- if we -- before we had our records

16  imaged, we would issue abstracts, mostly for speed,

17  to get them out, because we used to have to -- for

18  full-size copies, actually go out, make a photocopy

19  of the record from the stacks, so that would take

20  time.

21                   So in order to speed it up, we would

22  give them the abstract, and that was generally good

23  for purposes like getting a driver's license, school.

24                   If they needed a passport, we would

25  provide them with the original -- the long form, so

VICTOR FARINELLI                                        5/9/2014

90

1    that took a little bit longer.  So that's why we

2    wanted to find out which they needed it for.

3    Sometimes they need a long form for Indian enrollment

4    cards.

5        Q.   Okay.  Are there any other specific

6    procedures related to applications for an EIC birth

7    certificate?

8        A.   No.

9        Q.   If you turn back to what I believe is

10   Exhibit 108, the notice of rule adoption.

11       A.   Uh-huh.

12       Q.   Look on the second page, up at the top

13   where it says, response.  Does it say, "To ensure the

14   rule becomes effective in time for the November 2013

15   elections, the department is ensuring the rule will

16   be effective on October 21st, 2013"?

17       A.   Yes.

18       Q.   What actions were taken between

19   October 1st, when this document was submitted, and

20   October 21st, to ensure that the rule would be

21   effective?

22       A.   I'm not sure exactly what the question

23   means.

24       Q.   Let me rephrase, then.  What actions were

25   necessary in order for this rule to go into effect?

VICTOR FARINELLI                                        5/9/2014

1      A.   The rule itself, just creating a -- an

2  application for the EIC.

3      Q.   But at a practical level, in order for

4  people working in the Austin office to know about the

5  rule, to implement the rule, what needed to happen in

6  that 20 days?

7      A.   We had to, you know, inform all our staff

8  regarding the new policy and procedure and the new

9  rule, what the requirements were.  So staff training.

10 Putting into place the use of the application, and

11 that was for the staff.  We had to do some database

12 changes for issuance of the election identification

13 card through the abstract.

14     Q.   And when did that training occur in the

15 Austin office?

16     A.   We provided that shortly after we knew the

17 rules were going to be going into effect.  And we

18 provided information prior to that, just that this

19 may be going into effect, if the rules are adopted.

20          Once they -- we were sure that they

21 were going to go through in effect we provided that

22 information to all our front office staff.

23     Q.   Was there any sort of sit-down training

24 about the new EIC birth certificate?

25     A.   There wasn't much need for that.

VICTOR FARINELLI                                    5/9/2014

92

1         Q.    Why not?

2         A.    Because most of the staff are experienced

3    staff for issuing certified copies, so all they had

4    to know is that this record is for election purposes,

5    it's free if you issue it, issue the election card

6    record.

7         Q.    And was there any written material that was

8    provided to them as part of that sort of basic

9    heads-up?

10        A.    Not that I'm aware of.

11        Q.    Okay.  And you said that there were changes

12   to the database that needed to occur.   What were

13   those changes?

14        A.    In order to -- the abstract that's issued

15   off of our database just issued a regular abstract.

16   We had to change the system to add that little

17   section that had the election for election

18   identification purposes.

19        Q.    So it was just to change the output so it

20   would print those two lines?

21        A.    Yes.

22        Q.    Were there any other changes to the

23   database?

24        A.    That's it.

25        Q.    Was there any change to record whether a

VICTOR FARINELLI                                          5/9/2014

93

1   given individual had received one EIC birth

2   certificate?

3        A.    Yes, that is true, yes.

4        Q.    Anything else?

5        A.    To the best of my knowledge, no.

6        Q.    Okay.   Is an individual required to provide

7   any kind of proof that they need their birth

8   certificate in order to obtain an EIC, in order to

9   get the free EIC birth certificate?

10       A.    No.

11       Q.    So they don't have to submit an affidavit?

12       A.    No.

13       Q.    Just have to show an EIC application?

14       A.    Just fill out the EIC application.

15       Q.    Okay.   What documents does the individual

16  who applies for an EIC birth certificate need to show

17  in order to obtain the EIC birth certificate?

18       A.    The same as the regular birth certificate.

19       Q.    Are there any forms of primary

20  identification, to your knowledge, that an individual

21  who lacks the ID needed to vote under SB 14 would,

22  nonetheless, have?

23       A.    I would have to review those documents in

24  order to --

25                   MR. FREEMAN:   I was trying to avoid

VICTOR FARINELLI                                          5/9/2014

94

1    making too many exhibits, but let's do it.  This is

2    going to be Exhibit 111.

3                    (Exhibit Number 111 marked.)

4         Q.    (BY MR. FREEMAN)  What is this document?

5         A.    This is a printout, I believe, of the Texas

6    Administrative Code, Title 25 181.28.

7         Q.    And have you seen this particular provision

8    before?

9         A.    Yes, I have.

10        Q.    Okay.  So with this document in front of

11   you to aid you, could you tell me what specifically

12   the primary forms of identification are?

13        A.    Primary forms of identification are

14   driver's license; federal or State identification;

15   federal, State or City law enforcement employment

16   identification card, or an employee badge accompanied

17   by an employment identification card; offender's

18   identification card from the department of state

19   health -- Department of Criminal Justice correction

20   facility or institution; military identification,

21   department -- oh, okay.

22                    So Department of Homeland Security,

23   United States Citizenship and Immigration Services

24   issued; employment authorization document; permanent

25   resident card; travel documents, reentry permit,

VICTOR FARINELLI                                           5/9/2014

95

1    refugee travel status, advance parole; SENTRI card,

2    S-E-N-T-R-I, card; and U.S. citizen identification

3    card.   United States Department of State border

4    crossing card, (B-1 for business or pleasure, and B-2

5    for medical purposes); or a visa; concealed handgun

6    license; pilot's license; or United States passport.

7         Q.   And with regard to the documents that

8    are -- that would be held by noncitizens, these are

9    to help individuals get a birth record for their

10   child.  Is that correct?

11        A.   Correct.

12        Q.   Okay.  And am I correct that each of these

13   have to be current and valid?

14        A.   Yes.

15        Q.   And the offender identification card issued

16   by the Department of Criminal Justice, is that Texas

17   only?

18        A.   According to the rule here, it says

19   department -- Texas Department of Criminal Justice.

20        Q.   Okay.  Does the individual's

21   identification, does the name on the identification

22   have to match the name on the birth certificate?

23        A.   Yes.

24        Q.   So if you have a married woman and her

25   married name is on her driver's license, is her

VICTOR FARINELLI                                    5/9/2014

96

1   driver's license not sufficient to obtain the birth
2   certificate?
3        A.   With the exception of that.
4        Q.   How does that work?
5        A.   We are aware that many individuals who get
6   married, whether that's male or female, will change
7   their last name to that or their partner's married
8   name.  So we -- if they have identified all the other
9   elements on the birth certificate, based on their
10  identification, we can reasonably deduce that that is
11  the same individual.
12           However, if there's any question about
13  that individual's relationship between their
14  identification and the information that's on the --
15  on a birth certificate and whether that's the same
16  person, we will ask for their marriage license.
17       Q.   How about a misspelling?  If, say -- I
18  don't know, let's use my name.  If my birth record is
19  Freeman and, like many people do on the phone, my
20  driver's license said Friedman and I had not bothered
21  to get it corrected, could I still get the birth
22  record?
23       A.   We will notify you that the information is
24  incorrect.  We will discourage you from getting it
25  because we believe we would be doing you a disservice

VICTOR FARINELLI                                    5/9/2014

97

1  by giving you an incorrect birth certificate that

2  doesn't match your other identification.  Because,

3  through our experience, presenting those two

4  different documents that have different information

5  on them, to another agency, for example, Social

6  Security Administration, they're not going to accept

7  those two.

8        Q.   But could I still get the document if I

9  told you my driver's license was wrong?

10       A.   Yes.

11       Q.   How about if an individual has multiple

12 last names?  Say they're from a Hispanic family and

13 they have both a paternal last name and a maternal

14 last name?  So let's use Representative Trey Martinez

15 Fischer and let's say that his birth record had

16 Martinez Fischer and his driver's license just said

17 Trey Fischer.

18       A.   We will inform them that they would need to

19 match.

20       Q.   And so would you not give the birth record?

21       A.   We would -- again, we would inform them

22 that this information should match, you should get

23 this amended.  If they say, no, I want the copy of

24 the record, we will give it to them.

25       Q.   Okay.  And if an individual doesn't have

VICTOR FARINELLI                                    5/9/2014

98

1    any of those forms of primary ID, what are the forms

2    of secondary identification that are acceptable?

3         A.    In accordance to the Texas Administrative

4    Code, current student identification, any primary

5    identification that is expired, our policy is

6    generally 90 days on that, depending on the -- how --

7    depending on the situation.

8                     If it's an older identification where

9    it's been expired for quite a number of years, we

10   probably won't accept it.   But if it's a little over

11   90 days, we will accept that.

12                    Signed Social Security card or

13   Numident, DD 214 Form certificate of release set out

14   in this rule.   Wait a second.   Oops, sorry.   Wrong

15   side.

16                    Medicaid card, Medicare card, Veterans

17   Affair card, medical insurance card, foreign passport

18   accompanied by a visa issued by the United States

19   Department of State, foreign passport in accordance

20   to the United States Department of State Visa Waiver

21   Program, certified birth certificate from Department

22   of State, private company employment identification,

23   Form I-94 accompanied by an applicant's visa or

24   passport, Mexican voter registration card, or foreign

25   identification with identifiable photo of applicant.

VICTOR FARINELLI                                    5/9/2014

1        Q.    I have a few questions on those.    What is a
2    Numident?
3        A.    Numident is the -- from the Social Security
4    Administration.    It's their -- it's a printout of
5    their application information.
6        Q.    And the DD Form 214 certificate of release,
7    is that a Texas form?
8        A.    No.    That's a United States government
9    form.    That's used when someone in military service
10   is discharged.
11       Q.    Okay.    And why does a foreign passport have
12   to be accompanied by a visa establishing -- or issued
13   by the United States Department of State?
14       A.    To ensure -- that helps us ensure that that
15   is a valid passport.
16       Q.    But if it's a foreign passport and, let's
17   say, someone who is in the United States unlawfully,
18   but has a child in the United States and that child
19   becomes a United States citizen, wouldn't this
20   foreign passport -- or wouldn't an individual
21   potentially have trouble obtaining a birth record for
22   that child if they are required to show a visa?
23            MR. SCOTT:  Objection; form.
24   Speculation.
25       A.    They could possibly have difficulty.

VICTOR FARINELLI                                    5/9/2014

                                                         100

     Q.   (BY MR. FREEMAN)   Okay.   And so you had

said before, an individual can show two forms of

secondary identification?

     A.   Uh-huh.

     Q.   Or a form of secondary identification and

two forms of supporting identification?

     A.   Correct.

     Q.   And supporting identification, that's --

that's set out in some other policy.   Is that

correct?

     A.   Correct.

     Q.   Okay.   Do you know where that policy is?

     A.   We have -- we had information in our

issuance handbook --

     Q.   Okay.

     A.   -- for our processors at the Vital

Statistics office.   We provide some information to

our local registrars through the local registrars

handbook.

     Q.   And are those hard requirements or are they

just soft guidelines?

     A.   Soft guidelines.

          MR. FREEMAN:   Okay.   If we could have

this marked as Exhibit 112.

               (Exhibit Number 112 marked.)

VICTOR FARINELLI                                    5/9/2014

101

1      Q.    (BY MR. FREEMAN)   First, what is this
2    document?
3      A.    This is the remote front office -- which is
4    our remote system for issuing birth certificates --
5    user guide.
6      Q.   And if you could turn to page 7 and look
7    under EIC certificate.  Does this refresh your
8    recollection as to whether an individual can apply
9    for an EIC birth certificate for someone else, for a
10   relative?
11     A.   It states that the applicant -- make sure
12   that -- certain that the applicant is the registrant
13   on the record; so, therefore, it can be deduced that
14   it has to be the applicant.
15     Q.   And does that apply to the Austin office as
16   well?
17     A.   Yes.
18     Q.   All right.  What is the purpose of that
19   rule?
20     A.   I really can't -- I'm not sure what that
21   purpose is.
22     Q.   And isn't it possible that eliminating the
23   ability of having an individual apply for a birth
24   certificate on a relative's behalf related to
25   individuals who lack ID could create problems for

VICTOR FARINELLI                                        5/9/2014

                                                             102

1    those individuals to be able to provide the

2    supporting ID that they need?

3                MR. SCOTT:  Objection; form.

4    Speculation.

5         A.   It could.

6                MR. FREEMAN:  Have this marked as

7    Exhibit 113.

8                (Exhibit Number 113 marked.)

9         Q.   (BY MR. FREEMAN)  What is this document?

10        A.   This is the application for election

11   identification birth certificate.

12        Q.   And is this used at the Austin office?

13        A.   Yes.

14        Q.   Is this used at the remote birth

15   certificate issuance sites as well?

16        A.   We provide that to them, but they can also

17   duplicate for their own application.

18        Q.   Does it say, "Application without photo

19   identification will not be processed"?

20        A.   Yes.

21        Q.   Why does it say, "Application without photo

22   identification will not be processed"?

23        A.   I'm not sure why it says that.

24        Q.   In fact, most people who need an election

25   identification birth certificate will not have a

VICTOR FARINELLI                                    5/9/2014

                                                        103

1    photo ID.  Correct?

2        A.   Correct.  To the best of my knowledge.

3        Q.   And so if an individual comes in to your

4    office and asks to apply for an EIC birth

5    certificate, they will be given this form.  Correct?

6        A.   Uh-huh.

7        Q.   And they will be told that the application

8    without photo -- an application without photo

9    identification will not be processed?

10       A.   In our office, we will let them know that

11   we need identification, whether that's primary or

12   secondary.

13       Q.   But the form that they're handed will tell

14   them that the application without photo

15   identification will not be processed.  Correct?

16       A.   Correct.

17       Q.   And any remote issuance site that uses this

18   form, they will also be told that an application

19   without photo identification will not be processed?

20       A.   Correct.

21       Q.   Okay.  Are there any further requirements

22   specific to an EIC birth certificate of which you're

23   aware?

24       A.   Not that I'm aware of.

25       Q.   Let's take five minutes.

VICTOR FARINELLI                                          5/9/2014

                                                                    104

1                        (Recess.)

2        Q.   (BY MR. FREEMAN)  So let's turn to the

3   remote birth certificate issuance sites.

4        A.   Okay.

5        Q.   Can an individual obtain a certified copy

6   of a birth record from a remote birth certificate

7   issuance site?

8        A.   Yes.

9        Q.   What is a remote birth certificate issuance

10  site?

11       A.   It is a local registrar who, through

12  contract, has access to our -- the State database of

13  Vital Statistics records.  So they can not only issue

14  from their own office, but any -- they can issue a

15  certified copy of any birth that occurred throughout

16  the state.

17       Q.   And so that's just a digital connection?

18       A.   Correct.

19       Q.   Similar to the connection between the

20  Social Security Administration and your office?

21       A.   Correct.

22       Q.   Okay.  What is the relationship between

23  HHSC and the remote birth certificate issuance sites?

24       A.   They're under contract through us.  They're

25  a local registrar, so they -- they're under contract

VICTOR FARINELLI                                    5/9/2014

105

1    through us, and they -- we provide them access to

2    that.

3         Q.   And what -- sort of what is the type of

4    contract?  Are you a paying them?  Are they paying

5    you?

6         A.   They pay us $1.83 per record issued.

7         Q.   Okay.  Do you have any authority over them?

8         A.   They have a contract and, through that

9    contract, we lay out what the use of that remote

10   issuance program is used for.  If they violate that

11   contract, we can discontinue their use.

12        Q.   And in the last five years, have there been

13   any instances in which HHSC has discontinued use for

14   violation of the contract?

15        A.   I'm not sure.

16        Q.   Okay.  So not to your knowledge?

17        A.   Not to my knowledge, no.

18        Q.   Okay.  And HHSC doesn't provide any funding

19   to the locals?

20        A.   No, huh-uh.

21        Q.   Okay.  Does any -- are there any terms in

22   that contract that specifically address EICs?

23        A.   No.

24        Q.   Are there any terms in that contract that

25   specifically address notices that must be put up in

VICTOR FARINELLI                                        5/9/2014

106

1    the office?

2         A.    No.

3         Q.    Are there any terms in that contract that

4    specifically address the use of particular forms?

5         A.    No.

6         Q.    Are there any terms in that contract that

7    specifically address training that employees must

8    undergo?

9         A.    No.

10        Q.    Are there any terms in that contract that

11   address specific procedures that those offices must

12   follow?

13        A.    Not in the contract itself.

14        Q.    Does the contract incorporate any

15   procedures that --

16        A.    There's some general information, to the

17   best of my knowledge, without seeing the contract

18   itself, that states what it -- the remote should be

19   used for, for searching and document production,

20   vital -- birth certificates.

21              It talks about submitting -- I believe

22   it talks about submitting, like, if they accidentally

23   print off a record and we need to void it and remove

24   from the lifetime print count, that accidental print.

25   So they will submit information on that.  But I

VICTOR FARINELLI                                        5/9/2014

107

1   haven't seen the contract in a while, so...

2        Q.   What is the lifetime print count?

3        A.   Ten.

4        Q.   Is that the maximum number of birth

5   certificates an individual can obtain?

6        A.   No.  That's the maximum number that they

7   can obtain without having to -- without us having to

8   investigate the reason why they have already received

9   ten certified copies of the birth certificate.

10       Q.   What would that investigation entail?

11       A.   It goes through the Office of Inspector

12  General and they just look into the background of the

13  individual and how many copies were issued, what the

14  lifespan was on those copies, see if there's any

15  fraud investigations going on on that individual.

16            And if everything looks okay, we will

17  issue another copy.  If there's any question about

18  what that -- if they find evidence that there's been

19  abuse on the record, they won't issue a copy, and it

20  has to go to hearing after that.

21       Q.   And how long does that investigation

22  usually take?

23       A.   I'm not sure exactly the extent of that

24  investigation.

25       Q.   But the investigation needs to be complete

VICTOR FARINELLI                                          5/9/2014

108

1   before an individual with ten -- with a print count

2   of ten can obtain an additional copy?

3        A.   Yes.

4        Q.   Is there a term -- does the term "abused

5   record" apply in this context?

6        A.   I believe it does in accordance to -- to

7   the best of my knowledge, to the Texas Administrative

8   Code, yes.

9        Q.   Okay.  But -- so an abused record is a

10  record of print count of ten or more?

11       A.   Uh-huh.

12       Q.   Okay.

13            MR. SCOTT:   Yes?

14       A.   Yes.

15       Q.   (BY MR. FREEMAN)  So if we can go back real

16  quickly to the contract and violating the contract,

17  are there any particular bases that you're aware of

18  in which a remote birth certificate issuance site

19  would have their contract terminated?

20       A.   If they were not paying us the $1.83 per

21  record issued, we would probably terminate their

22  contract.  If they have been just searching on the

23  database without document production, we would more

24  than likely investigate it; and if it continues,

25  terminate their contract.

VICTOR FARINELLI                                    5/9/2014

109

1      Q.    Okay.   Anything else you can think of?

2      A.    Not offhand.

3      Q.    So you're not aware of any additional bases

4  why you've terminated a contract?

5      A.    Mm-hmm.

6      Q.    And by "mm-hmm" you mean?

7      A.    No.   Sorry, sorry, sorry.

8      Q.    Do these sites volunteer to participate in

9  issuing birth certificates?

10     A.    Yes.   Off the remote.

11     Q.    Off the remote.   HHSC doesn't ask any

12  particular locations to serve as remote birth

13  certificate issuing sites?

14     A.    No.

15     Q.    Okay.  If a local office doesn't want to

16  offer EIC birth certificates, does HHSC have any

17  recourse?

18     A.    The way the -- so the way the law is

19  written, State Registrar has supervisory power over

20  Vital Statistics processes with their local

21  registrars, deputy registrars, sub registrars.

22  That's what the law says.  So we will go and do

23  inspections; however, we don't have any enforcement

24  power over stopping them from doing -- from not

25  following policy and procedure.

VICTOR FARINELLI                                    5/9/2014

                                                         110

1          Q.    Have you conducted any inspections to see

2    if offices are issuing EIC birth certificates?

3          A.    We've conducted -- we conduct inspections

4    in general.  Our field services goes out and conducts

5    site visits on a regular basis.

6          Q.    And as part of those site visits, have you

7    in any way verified that these offices are offering

8    EIC birth certificates?

9          A.    Yes.  That's part of our site visit

10   inspection process, is when we're talking about

11   issuing birth certificates, we will ask them, do you

12   issue the election identification record.

13         Q.    And how often do you conduct site visits?

14         A.    We generally conduct anywhere between 50

15   and 70 site visits a year.

16         Q.    And how many, roughly, remote birth

17   certificate issuance sites are there?

18                    MR. SCOTT:  If I can intervene.

19   We've prepared for you a list of those so it

20   wouldn't be...

21         A.    I'm not sure exactly the amount, but it's

22   over --

23         Q.    (BY MR. FREEMAN)  Roughly 200?

24         A.    Yeah, about that.

25                    MR. FREEMAN:  Why did we have this

VICTOR FARINELLI                                    5/9/2014

111

1    marked as long as we're relying on it.  This is

2    Exhibit 114.

3                  (Exhibit Number 114 marked.)

4         Q.   (BY MR. FREEMAN)  This is Exhibit 114, and

5    this is a list of your remote birth certificate

6    access sites.  Correct?

7         A.   Yes.

8         Q.   And you brought this to the deposition.

9    Correct?

10        A.   Yes.

11        Q.   And so in a given year, you're going to be

12   doing a site visit at a quarter to a third of these

13   remote birth certificate issuance sites?

14        A.   Well, depending on -- we do them for all

15   local registrars.  We have over -- we have 421 local

16   registrars in the state of Texas.  This is just the

17   ones who are on the remote.

18              So we will check on the remote status

19   and what they're doing with the remote, but also we

20   check with -- those who are not on a remote, we will

21   check to see if they are issuing EICs through their

22   own records.

23        Q.   Okay.  So we're talking about roughly an

24   eighth of the sites are going to have a visit in a

25   given year?

VICTOR FARINELLI                                          5/9/2014

                                                              112

1          A.    Uh-huh, yes.

2          Q.    Okay.  Are these sites aware of an audit or

3     of a site visit when you're coming in?

4          A.    Yes.  We prepare them ahead of time.

5          Q.    Okay.  So it's possible that the sites

6     could be telling you that they're issuing the EIC

7     birth certificates, but you have no knowledge of

8     whether they're issuing them when there isn't a site

9     visit going on.  Correct?

10         A.    Correct.

11         Q.    And do you monitor their procedures

12    concerning letting individuals know that an EIC birth

13    certificate is available?

14         A.    We will ask them how they proceed with any

15    issuance process.

16         Q.    Okay.  But there are no posted notices

17    required in those offices.  Right?

18         A.    No.

19         Q.    And you're just asking them if they let

20    people know?

21         A.    Uh-huh.  Yes.

22         Q.    Okay.  But there's no specific procedure in

23    that office like there is in the Austin office, where

24    an individual is asked for what purpose they need

25    their birth certificate.  Correct?

VICTOR FARINELLI                                    5/9/2014

                                                        113

1        A.    That is correct.

2        Q.    And the State doesn't pay for staffing for

3   those offices.   Right?

4        A.    No.   They're separate offices from us.

5        Q.    And you guys don't -- sorry.

6              The State of Texas doesn't supply the

7   supplies for birth certificates.   Correct?

8        A.    No.

9        Q.    And that includes the security paper?

10       A.    Security paper, yes.

11       Q.    But EIC birth certificates should be

12  available at remote birth certificate issuance sites.

13  Right?

14       A.    Correct.

15       Q.    Other than the procedure we just discussed

16  where an individual is asked what they need their

17  birth certificate for, are there any other ways in

18  which you're aware that procedures differ between the

19  Austin office and the remote birth certificate

20  issuance sites?

21       A.    No.

22       Q.    Now, each EIC birth certificate effectively

23  costs your office money when someone asks for one at

24  the Austin office.   Correct?

25       A.    Uh-huh.

VICTOR FARINELLI                                    5/9/2014

114

1        Q.    How much money does it cost your office?

2        A.    I can give you -- it would cost us, off --

3   just off the top, $12 per one.  That's not including

4   the cost of the paper, cost of labor, computer usage.

5   We spend quite a bit of funds on changing the

6   database, so that would be available.

7        Q.    But on a per-birth-certificate basis, in

8   your office, it's $10 to Texas.gov, $2 for the

9   statutory fee?

10       A.    Right.

11       Q.    And then labor.  Correct?

12       A.    Uh-huh.  Yes.

13       Q.    Security paper --

14       A.    Yes.  Yes and yes.

15       Q.    And do the local offices also have to pay

16   $10 to Texas.gov?

17       A.    No.

18       Q.    Do they -- do the local offices waive the

19   $2 fee, the statutory fee?

20       A.    No, they do not.

21       Q.    So if I get an EIC birth certificate in a

22   local office, am I correct, I have to pay the $2

23   statutory fee, plus the $1 local office fee?

24       A.    The -- they will pay, at a minimum, $2.

25       Q.    Okay.

VICTOR FARINELLI                                          5/9/2014

1        A.   Some locals charge $1 more.  The statute

2   says they may charge $1 per issuance for their

3   records preservation.  Some do, some don't.

4        Q.   Approximately, to the best of your

5   knowledge, what percentage of the locals charge the

6   $1?

7        A.   I wouldn't know.

8        Q.   Okay.  That's fine.  And you don't know how

9   much the security paper costs per birth certificate?

10       A.   No, I don't.

11       Q.   Okay.  So the locals, am I correct, they

12  have a financial incentive not to -- if a person

13  comes in looking for a birth certificate -- let me

14  start over.

15            If a person comes into a local asking

16  for a birth certificate, the local will make money if

17  they get a regular birth certificate, but will lose

18  money if they get an EIC birth certificate.  Correct?

19       A.   A local?

20       Q.   Yeah.

21       A.   Yeah.  Yes.

22       Q.   And so the locals have a financial

23  incentive for each person who walks in, to get them

24  to get a regular certified birth certificate rather

25  than an EIC birth certificate.  Right?

VICTOR FARINELLI                                    5/9/2014

116

1          A.    Financial incentive.

2          Q.    It will make money rather than lose money?

3          A.    Right.  Yeah, yeah.

4          Q.    And you're not aware of any specific

5     procedures that the locals have adopted to make sure

6     that people know the EIC birth certificate is

7     available?

8          A.    No.

9          Q.    How long does it take to obtain a birth

10    certificate from the locals?

11         A.    Depending on the local office, it could be

12    minutes.  Could be as long as our wait is, which

13    is -- could be 10 to 20 minutes.  And, you know,

14    it -- depending on if they have to do a search, a

15    couple hours.

16         Q.    What type of search would they be doing at

17    a local?

18         A.    Searching their own records.

19         Q.    So that's only if they were the place where

20    the birth occurred?

21         A.    Right.  Correct.

22         Q.    So if an individual comes in to a local in

23    Houston and they were born in Dallas, and the digital

24    doesn't match up, they can't do the type of manual

25    search that you would do in Austin.  Correct?

VICTOR FARINELLI                                          5/9/2014

117

1        A.   Correct.

2        Q.   Okay.  So either they're going to get it

3   immediately or, if they were born in that county,

4   they're going to get it after a search or they're not

5   going to get it.  Correct?

6        A.   Correct.

7        Q.   And that manual search, they're still going

8   to get it relatively quickly.  Correct?

9        A.   Correct.

10       Q.   Rough estimate on how long it usually

11  takes?

12       A.   It could vary on the office.  Could be

13  anywhere between a couple of minutes, depending on

14  the size.  If it's a small office, couple of minutes.

15  If it's the City of Dallas or Tarrant County clerk's

16  office, could take a while.

17       Q.   Does it ever take multiple days?

18       A.   That would -- I wouldn't know.

19       Q.   Okay.

20       A.   Yeah.  That doesn't sound feasible, but it

21  could.  We would have to pull each office to find out

22  how long.

23       Q.   So you have no knowledge of whether it does

24  or doesn't, in some cases, take several days?

25       A.   No.

VICTOR FARINELLI                                          5/9/2014

1        Q.   Okay.  And the State has no control over

2   the hours of those offices?

3        A.   No, we don't.

4        Q.   No control over staffing?

5        A.   No.

6        Q.   Who does control those offices?

7        A.   Those local governments.

8        Q.   Okay.  Is there anything that an office has

9   to do to qualify to be a remote birth certificate

10  issuance site?

11       A.   They just have to be a local registrar.

12       Q.   Okay.  Is there any additional training?

13       A.   No.  We provide them with the instructions,

14  the user guide to the system.

15            Most are local registrars already, so

16  they know what the process is for issuing a

17  certificate.  It's just being able to actually use

18  the system in order to issue, so...

19       Q.   And it's just a query through the Internet?

20       A.   Yes.

21       Q.   Okay.  Is an office ever denied when they

22  request to be a local -- a remote birth certificate

23  issuance site?

24       A.   To my knowledge, no.

25       Q.   Is there a remote birth certificate

VICTOR FARINELLI                                          5/9/2014

119

1    issuance site in every county?

2         A.   No.

3         Q.   Do you know how many counties don't have a

4    remote birth certificate issuance site?

5         A.   I'm not sure how many locals aren't.   It's

6    roughly -- well, county-wise, I believe it's -- I

7    believe we -- somewhere around 60 or so counties are.

8    But there's a local registrar in each county.

9              MR. FREEMAN:   Okay.   So this is

10   slightly redundant with the prior exhibit, but I'm

11   going to mark this Exhibit 115.

12             (Exhibit Number 115 marked.)

13        Q.   (BY MR. FREEMAN)   What is this document?

14        A.   This appears to be a printout from our --

15   from the Department of State Health Services Vital

16   Statistics Unit website of a list of remote access --

17   offices that have the remote access.

18        Q.   And does this list every county that does

19   not have a remote access site?

20        A.   It will.   We have every county in there and

21   if it doesn't, we'll put "no remote access."

22        Q.   Okay.   And I don't know if you want to

23   check this.   But are there approximately 85 counties

24   that do not have remote birth certificate issuance

25   locations?

VICTOR FARINELLI                                    5/9/2014

                                                        120

1        A.    That sounds correct.

2        Q.    Okay.  And there are no more than five per

3   county, even in the largest counties.  Correct?

4        A.    Correct.

5        Q.    No more than five remote birth certificate

6   access sites?

7        A.    Correct.

8        Q.    Certainly far fewer than there are, for

9   example, polling places in a given county.  Correct?

10       A.    Correct.

11       Q.    Are there any plans to change these

12  locations this year?

13       A.    No.

14       Q.    Well, because you don't --

15       A.    To the best of my knowledge, no.

16       Q.    Yeah.  You don't decide who is going to be

17  the access site; the locals decide.  Correct?

18       A.    Right.

19       Q.    And if you can turn to Harris County, how

20  many locations are there in the city of Houston?

21       A.    Four.

22       Q.    And if you can turn to Dallas County, how

23  many are there in the city of Dallas?

24       A.    There's two.

25       Q.    And just one more.  If you can turn to

VICTOR FARINELLI                                        5/9/2014

                                                              121

1    Bexar County, how many are there in the city of

2    San Antonio?

3         A.    That's one.

4         Q.    So for the entire city of San Antonio,

5    there's only one place where you can go to get a

6    birth certificate, unless you go to the local

7    registrar that has your original certificate?

8         A.    One office -- well, one entity, yeah.

9         Q.    Do you know if that entity offers these

10   services at multiple locations?

11        A.    Many offices do.  So like the City of

12   San Antonio does have sub offices that will have

13   access to that.

14        Q.    But these sub offices are not listed on the

15   complete list?

16        A.    Right.  Yeah.  These are just the local

17   registrars that have access to our system.

18        Q.    Okay.  And do you know where those lists of

19   sub entities would be if someone went looking for

20   them on your website?

21        A.    You would have to contact that local

22   office.

23        Q.    Okay.  So on your website there's no

24   additional information?

25        A.    No.

122

1        Q.    Okay.  And you have no ability to control

2    where those locations are in major urban areas.  Is

3    that correct?

4        A.    Correct.

5        Q.    So you have no ability to control whether

6    they're on or near public transit.  Correct?

7        A.    No.

8        Q.    And do you have any knowledge of whether

9    they're on or near public transit?

10       A.    No.

11       Q.    And you have no ability to control whether

12   they're placed in predominantly minority communities.

13   Correct?

14       A.    No.

15       Q.    And you have no knowledge of whether

16   they're in predominantly minority communities?

17       A.    No.

18       Q.    Do you know if any of these remote birth

19   certificate issuance sites are co-located with DPS

20   offices?

21       A.    I'm not sure if they are or not.

22       Q.    Okay.  Do you know if any of these remote

23   birth certificate issuance sites are co-located with

24   places where DPS or the office of Secretary of State

25   has set up a mobile station for issuing EICs?

VICTOR FARINELLI                                    5/9/2014

123

1        A.    I'm not sure, no.

2        Q.    Okay.  So if an individual doesn't have a

3   birth certificate and they need to go to a remote

4   access site to get their birth certificate so they

5   can get their EIC, that's going to require multiple

6   trips, to your knowledge?

7        A.    It could possibly.

8        Q.    All right.  Let's go on to those local

9   registration offices.  Can an individual obtain a

10  copy of their birth certificate from a local

11  registration office?

12       A.    If they were born in that registration

13  district or they have remote access.

14       Q.    Okay.  And so some local registration

15  offices are remote access sites and some are not.

16  Correct?

17       A.    Correct.

18       Q.    And how does a person know what local

19  registration district they're in within a given

20  county?

21       A.    With many counties, the county clerk is the

22  only local registrar in that county.

23       Q.    Okay.

24       A.    Depending on the county.  Tarrant County,

25  there may be multiple.  They may not know unless they

VICTOR FARINELLI                                        5/9/2014

124

1    know what city they were born in.

2         Q.    Okay.   And so if you were born in Tarrant

3    County and you go to the local registrar in

4    Arlington, but you were actually born in Fort Worth,

5    you're not going to be able to get your birth

6    certificate unless the one that you go to is also a

7    remote access site.   Is that correct?

8         A.    Correct.

9         Q.    What is the relationship between HHSC and

10   the local registration offices?

11        A.    We perform the same functions.   We're the

12   keeper of vital records.   We have -- again, we can

13   give them instructions on what they're to do when it

14   comes to issuance of Vital Statistics records and

15   security and keeping those records secure.   We

16   perform inspections; however, we don't have any

17   enforcement power.

18        Q.    Okay.   So is it essentially a local

19   government function that you supervise?

20        A.    Correct.

21        Q.    But you don't have enforcement power to

22   make sure that they follow those regulations?

23        A.    Correct.   The only -- the only thing that

24   we can do is -- is state to that local government,

25   this person is not doing their job.

VICTOR FARINELLI                                          5/9/2014

125

1        Q.    Okay.

2        A.    And it's up to that local government to

3    take action.

4        Q.    And how often does that happen?

5        A.    Doesn't happen that often.

6        Q.    Does HHSC provide any funding for the local

7    registration offices?

8        A.    No.

9        Q.    Does HHSC conduct any training with the

10   local registration offices?

11       A.    Yes, we do.

12       Q.    And what type of training?

13       A.    We -- during our site visits, those are

14   also training purposes, so we'll spend quite a few

15   hours there actually inspecting and doing training.

16              We have regional conferences every

17   summer, which is four -- three to four locations

18   throughout the state, where local registrars can come

19   and take training.

20              Plus, we have an annual conference

21   every year in Austin, where local registrars -- not

22   only local registrars, but all our service and source

23   providers can come and get Vital Statistics training.

24       Q.    So the training that you conduct during

25   site visits, that's only about one out of -- we said

VICTOR FARINELLI                                          5/9/2014

126

1   every eight offices per year.  Correct?

2        A.   Correct.

3        Q.   And the conferences, are those mandatory or

4   optional?

5        A.   Optional.

6        Q.   Okay.  And does HHSC provide specific

7   procedures to the local registration offices?

8        A.   Yes.

9        Q.   Where are those procedures set out?

10        A.   They're in the local registrar handbook.

11        Q.   Is that the document that we already

12   reviewed a moment ago?

13        A.   No.  That's the remote issuance.

14        Q.   That was the remote issuance handbook.

15   Okay.  Different document?

16        A.   Different document.

17        Q.   Are there any other guidelines besides that

18   handbook?

19        A.   What it -- what's laid out in our rules and

20   laws.

21        Q.   Okay.  If an individual applies for a

22   copy -- a certified copy of a birth certificate at a

23   local registration office, one that is not a remote

24   office, is there any extra cost beyond the $22?

25        A.   If they charge the dollar preservation fee.

1      Q.   Okay.  So those offices can also charge a

2  $1 preservation fee?

3      A.   Yeah.  Depends on -- yeah.  It's per local

4  registrar, not per remote.

5      Q.   And, again, in most -- just to get through

6  this quickly.  In terms of timing, it's the same

7  timing that we discussed before for a local search?

8      A.   Correct.

9      Q.   Shouldn't take very long?

10      A.   Correct.

11      Q.   Do they -- well, if you're going to the

12  local, is it only a manual search or do they have

13  some kind of digitized system?

14      A.   Many local registrars have digitized

15  systems.

16      Q.   How many do not?

17      A.   I'm not aware of how many that do not.

18      Q.   Do you know roughly what share?

19      A.   No.

20      Q.   Okay.  Is it most of them that have

21  digitized?

22      A.   Most of them are local governments that

23  also deal with other types of documents besides Vital

24  Statistics, so they are addressing many different

25  issues in that.  So they -- most of them track that

VICTOR FARINELLI                                    5/9/2014

128

1    information in their -- in a document repository
2    system.
3         Q.    So if they have the digitized documents,
4    about how long should it take to pull up someone's
5    birth record?
6         A.    Shouldn't take that long.  Minutes.
7         Q.    And if they don't have a digitized system,
8    about how long does it usually take to retrieve a
9    birth record?
10        A.    Depending on the size, anywhere between
11   five minutes, but it could be longer.
12        Q.    Okay.  Do you know of any instance in which
13   it would take more than six days?
14        A.    Six days?
15        Q.    Six days.
16        A.    Not that I'm aware of.
17        Q.    Is it possible?
18        A.    It's possible.
19        Q.    Okay.  Are EIC birth certificates available
20   from the local registration office, not using your
21   remote access list?
22        A.    Yes.
23        Q.    But that person has to go to the local
24   registration office that holds their original birth
25   record.  Correct?

VICTOR FARINELLI                                      5/9/2014

                                                           129

1        A.    Correct.

2        Q.    Do they use the same procedures as the

3    remote access sites that have the digital connection

4    to Austin?

5        A.    Yes, they do.

6        Q.    Could these remote registration offices

7    decide they don't want to issue EIC birth

8    certificates?

9        A.    We instruct them that they have to.  But,

10   again, if they're not following procedure, we can

11   tell them that they're not following procedure, and

12   then at that point have to pursue going through their

13   local government supervisor and telling them they're

14   not following procedure.

15       Q.    And so you have no control to make them

16   issue the EIC birth certificates.  Correct?

17       A.    Correct.

18       Q.    And other than the local visits that they

19   know are coming, you don't perform any kind of audits

20   to make sure that they're issuing EIC birth

21   certificates.  Correct?

22       A.    We ask them to complete self-assessment

23   surveys every year.

24       Q.    Okay.

25       A.    But it's not mandatory.

VICTOR FARINELLI                                          5/9/2014

130

1       Q.    Okay.  Anything else?

2       A.    No.

3       Q.    And just like the local -- the remote

4   access sites, the State doesn't pay for staffing for

5   local registration offices?

6       A.    No.

7       Q.    Doesn't provide birth certificate supplies?

8       A.    No.

9       Q.    And like the remote access sites, the local

10  registration offices have a financial incentive not

11  to offer the EIC birth certificates.  Correct?  They

12  lose money when they offer --

13      A.    Yes, they lose money.

14      Q.    Okay.  And do you know if any of the remote

15  access sites -- excuse me, any of the local

16  registrations offices that aren't remote access sites

17  are co-located with DPS?

18      A.    I'm not sure.

19      Q.    Okay.  Are there any additional ways,

20  besides what we have discussed -- online, by mail, in

21  Austin, remote access sites, and local registration

22  offices -- that an individual can obtain a certified

23  copy of a Texas birth certificate?

24      A.    No.

25      Q.    Are there any additional ways besides at

VICTOR FARINELLI                                    5/9/2014

131

1    Austin, at a remote access site, or at a local

2    registration office that an individual can obtain an

3    EIC birth certificate?

4         A.    They can only get it through our office --

5    they have to come in person, so local registrar

6    office, remote access office, and our office.

7         Q.    Do you know if there were any press

8    releases concerning the availability of an EIC birth

9    certificate at a reduced price?

10        A.    No, there were not.

11        Q.    Was there any media campaign?

12        A.    No.

13        Q.    Was there any direct notice to registered

14   voters?

15        A.    No.

16        Q.    And we've already agreed there's no notice

17   of EIC birth certificate availability posted at the

18   Austin office of HHSC.  Right?

19        A.    No.

20        Q.    And there's no notice posted in the remote

21   birth certificate access sites?

22        A.    No.

23        Q.    And there's no notice posted at the local

24   registration offices.  Correct?

25        A.    Not that I'm aware of, no.

VICTOR FARINELLI                                        5/9/2014

132

1       Q.    Are you aware of whether HHSC has provided

2   any information to DPS to give to individuals who try

3   to apply for an EIC, but don't have a birth

4   certificate?

5       A.    No.

6       Q.    So there's been no effort to educate

7   individuals who need an EIC and need a birth

8   certificate that a birth certificate is available at

9   a reduced price.  Correct?

10      A.    Correct.

11      Q.    Do you know if there's anything on the

12  general public section of your website that lets

13  voters know that an EIC birth certificate is

14  available at a reduced price?

15      A.    General public section of the Vital

16  Statistics website?

17      Q.    Yes.

18      A.    No.

19      Q.    No, you don't know; or, no --

20      A.    No, there's nothing on the general...

21      Q.    Do you know where on the website that

22  information would be?

23      A.    We have information for the EIC card on our

24  Vital Statistics partners' portion of the website,

25  and that's for our local registrars.

VICTOR FARINELLI                                          5/9/2014

133

1        Q.    Okay.  What documents are generally

2   circulated to staff at the Vital Statistics office in

3   Austin when there's a change to the laws or

4   regulations affecting their work?

5        A.    We send out notices through e-mail, and the

6   individual managers will discuss the information with

7   them.

8        Q.    Was a similar notice by e-mail sent when

9   there was a change for the EIC birth certificates?

10       A.    I believe there may not have been.  But

11  they -- it was only for the front office individuals,

12  so...

13       Q.    What documents are used -- are sent to the

14  remote birth access offices when there are changes to

15  laws or regulations affecting issuance of certified

16  copies of birth certificates?

17       A.    We generally send out -- so we try to send

18  out as much information as possible, and we will send

19  out a letter or memos under Geraldine Harris's name

20  to all the local registrars.  If they have a fax

21  number and we have that, we will send them a fax

22  blast of the new information.

23            We have an e-mail distribution list

24  through GovDelivery.  We will also send information

25  through GovDelivery.

VICTOR FARINELLI                                        5/9/2014

1        Q.    What is GovDelivery?

2        A.    It is a system that the Texas government

3    uses for an e-mail LISTSERV.  There's many Texas

4    government agencies that use that, DSHS, HHSC uses

5    it.

6        Q.    Do you have any way to determine whether

7    the local offices are reading those blasts that go

8    out?

9        A.    No.

10        Q.    Do you know specifically whether that type

11    of information went out regarding the availability of

12    the EIC birth certificates?

13        A.    Yes, it did.

14        Q.    Has any training occurred at any conference

15    thus far about EIC birth certificates?

16        A.    Yes.  We had a panel at the annual

17    conference regarding the electronic -- the election

18    identification card and that -- and also other voter

19    requirements that the local registrars had to comply

20    with.

21        Q.    Do you know how many people attended that

22    panel?

23        A.    No, I don't.

24        Q.    Was that a panel for everyone who appeared

25    or was that one of several panels -- or for everyone

VICTOR FARINELLI                                    5/9/2014

135

1    at the conference or was that one of several panels

2    in a time slot?

3         A.    It was one of several panels in a time

4    slot.   But any of the conference attendees could have

5    attended.

6         Q.    And approximately how many individuals

7    attended that conference?

8         A.    It was over 600.

9         Q.    And do you know how many of those were

10   employees at local registration offices?

11        A.    Offhand, no.

12        Q.    Usually at the conference, the annual

13   conference, about how many -- what percentage,

14   roughly?

15        A.    I would say 25 to 35 percent are local

16   registrars.

17        Q.    Okay.   Or employees of local registrars?

18        A.    Or employees of local registrars.

19        Q.    Do you know if there were any handouts at

20   that panel?

21        A.    I'm not sure if there was or not.

22        Q.    Other than that panel and any training that

23   may have gone on during local site visits between

24   October and the present, has there been any other

25   training regarding EIC birth certificates?

136

1      A.    We briefly mentioned it at our regional

2   conferences when the rules were being put into place,

3   but we didn't do any specific training on it because

4   the policies and procedures weren't available yet.

5      Q.    Okay.   And we've already discussed, HHSC

6   doesn't provide specific guidelines about informing

7   people of the availability of EIC birth certificates?

8      A.    Correct.

9      Q.    Do you have any specific information

10  regarding the number of remote access offices that

11  have -- that you know have offered EIC birth

12  certificates?

13     A.    We have the number of EICs that were issued

14  off of remote sites.  I don't have each individual

15  office that have issued them, but I have the number

16  that have been issued.

17     Q.    The EIC birth certificates?

18     A.    Yeah.

19     Q.    Do you know what that number is?

20     A.    Off the remote, 60.

21     Q.    And do you know how many EIC birth

22  certificates have been issued from local registration

23  offices?

24     A.    No.   Because there -- we -- we're not

25  required to track that --

VICTOR FARINELLI                                          5/9/2014

137

1      Q.   Okay.

2      A.   -- because those are their individual

3  records.

4      Q.   Do you know how many have been issued from

5  the Austin office?

6      A.   We have not issued any.

7      Q.   Okay.  So at the present, there have been

8  no instances in which the EIC birth certificate has

9  been offered absolutely for free.  Correct?

10     A.   At the Department of State Health Services?

11     Q.   Yes.

12     A.   We haven't had anybody come in and ask for

13  it.

14     Q.   But at the present -- let me start over.

15                The Department of State Health

16  Services is the only office, to your knowledge, that

17  is waiving the $2 statutory fee?

18     A.   Correct.

19     Q.   And the Department of State Health Services

20  has never had to waive that fee yet because no one

21  has come into the Austin office asking for an EIC

22  birth certificate.  Correct?

23     A.   Correct.

24     Q.   So at present, no EIC birth certificates

25  have been issued for free.  Correct?

VICTOR FARINELLI                                        5/9/2014

138

1          A.    Correct.

2          Q.    And other than the remote -- excuse me --

3    the site visits that you've conducted, there are no

4    procedures in place to ensure that when an individual

5    goes into a remote access office and asks for a birth

6    certificate that they need for an EIC, that they're

7    getting the EIC birth certificate.  Correct?

8          A.    Correct.

9          Q.    And you don't know whether those offices

10   are specifically requiring the individual from the

11   public to ask for an EIC birth certificate

12   specifically.  Correct?

13         A.    Correct.

14         Q.    And you don't know how -- those 60 EIC

15   birth certificates that have been issued from local

16   access offices, they could all have been issued from

17   one office.  Correct?

18         A.    They could have been, yes.

19         Q.    You have no knowledge to the contrary?

20         A.    No.

21         Q.    Okay.  If we can turn back to the proposed

22   amendment, which I believe is 107.  Do you see the

23   fiscal note?

24         A.    Fiscal.  Okay.

25         Q.    Am I correct that the fiscal note states

VICTOR FARINELLI                                      5/9/2014

139

 1    that, "Due to the low number of individuals who have

 2    requested an EIC from the DPS for each year of the

 3    first five years that the section is in effect, there

 4    will be no fiscal implications to State or local

 5    governments as a result of enforcing and

 6    administering the section as proposed"?

 7         A.   That's correct.

 8         Q.   And at the top of this same page, it states

 9    that -- this proposed rule states that the DPS

10    reports that as of the publication date of this

11    proposed amendment, fewer than 20 individuals

12    statewide have requested an EIC.  Correct?

13         A.   Correct.

14         Q.   Now, you've already issued more EIC birth

15    certificates than at the time of this proposal there

16    have been EICs.  Correct?

17         A.   Correct.

18         Q.   At the time that the regulatory amendment

19    was proposed, there had never been a statewide

20    election while SB 14 was in place.  Correct?

21         A.   Correct.

22         Q.   Do you know what HHSC's basis was to

23    believe that there would not be an increase in demand

24    for EIC birth certificates?

25         A.   This basis was based on the original bill

VICTOR FARINELLI                                          5/9/2014

                                                                140

1    analysis that was done on SB 14 regarding

2    certificates of birth that were requested

3    specifically for voter -- for voting purposes.

4              At that time, we had less than one

5    percent of all individuals coming in to request a

6    certified copy of a birth certificate were requesting

7    them for voting purposes.

8         Q.    I'm sorry, I'm confused.  Oh, I -- and

9    those were individuals who needed a birth certificate

10   to vote under the predecessor rules before --

11        A.    Prelaw.

12        Q.    -- SB 14?

13        A.    Correct.

14        Q.    But under that rule, didn't -- wasn't

15   anyone available -- couldn't anyone vote just with

16   their voter registration card?

17        A.    They could.

18        Q.    And everybody got a voter registration card

19   in the mail.  Right?

20        A.    Yeah.

21        Q.    So how did that -- how did the fact that

22   people weren't needing birth certificates for the

23   purpose of voting under the predecessor to SB 14, how

24   did that support the idea that they weren't going to

25   need it under SB 14?

VICTOR FARINELLI                                          5/9/2014

141

1        A.    This was just -- to my knowledge -- the

2   best of my knowledge -- I'm not sure how -- where

3   this came from, but this was what was -- this is how

4   that was derived.

5        Q.    Okay.

6        A.    I'm not sure exactly why it was used here.

7        Q.    Okay.   And that's fine.   And I know that

8   you're not specifically here to talk about these

9   regulations, and I appreciate that, and I appreciate

10  your willingness to testify to the extent of your

11  knowledge.

12              Do you know how many EIC birth

13  certificates were issued between October 21st, 2013,

14  and the November 2013 general election?

15       A.    I -- we have a printout of what was issued

16  each month.   But offhand, I do not know.

17       Q.    And how are the EIC birth certificates that

18  have been issued from the remote access offices, how

19  are those tracked?

20       A.    They are tracked through our database.   And

21  the way the system was designed, it -- if they were

22  doing a regular abstract, it goes from one and gets

23  marked one way.   If it's a -- if it's a remote for

24  election identification purposes, it's marked another

25  way.   So when it's marked in our database separately.

VICTOR FARINELLI                                    5/9/2014

                                                        142

1       Q.   And does anyone see an abstract of that

2   data on a monthly basis?

3       A.   We don't check it on a monthly basis, no.

4       Q.   How often do you check it?

5       A.   When we're asked how many have been issued.

6       Q.   Okay.  So in this case, you happen to know

7   it was 60 because you checked in preparation for this

8   deposition?

9       A.   Yes, we checked prior to that.

10      Q.   Do you know if anyone had checked

11  previously at any point?

12      A.   When the process was first started, we

13  checked to see how many were issued.  But I'm not

14  sure exactly what that number was at that time.

15      Q.   Do you know how long that was after the

16  process first started?

17      A.   Generally a few weeks after.  I'm not sure

18  exactly what the date was.

19      Q.   So that may have been just around the

20  November election.  Correct?

21      A.   Correct.

22      Q.   Do you still have a copy of an output of

23  that search?

24      A.   No.

25      Q.   Okay.  Based on the number of EIC birth

VICTOR FARINELLI                                    5/9/2014

                                                         143

1    certificates that have been issued to date, would you

2    describe this program as successful?

3         A.   I wouldn't be a really good -- I couldn't

4    really answer that one.

5         Q.   Do you know if anyone is going to assess

6    this program?

7         A.   To the best of my knowledge, no.

8         Q.   Are there any plans to change this program

9    in the future?

10        A.   To the best of my knowledge, nope.

11        Q.   Are there any technical impediments to

12   connecting -- let's go off the record.

13                  (Lunch recess.)

14        Q.   (BY MR. FREEMAN)  So during the break, your

15   counsel gave me a few of the documents that you've

16   reviewed over the time that you were preparing for

17   this deposition, and so I just wanted to ask you a

18   few follow-up questions about topics we had already

19   covered based on these documents.

20        A.   Okay.

21             MR. FREEMAN:  So first off, I'm going

22   to mark this as 116.

23                  (Exhibit Number 116 marked.)

24        Q.   (BY MR. FREEMAN)  And what is this

25   document?

VICTOR FARINELLI                                         5/9/2014

                                                             144

1        A.    This is from our website.  This is some

2    information that we've provided to -- on our website

3    regarding the new birth certificate for election

4    identification for our -- and this is for our local

5    registrars.

6        Q.    And so as you said before, that's not on

7    the public -- the section of your website for the

8    general public.  Right?

9        A.    Right.  It's more for our partners.

10        Q.    How would someone go about finding that

11    document on your website?

12        A.    If they go to the regular website, they

13    select VSU partners, I believe.  And there's a link

14    on that page, I believe, where they can get to this.

15        Q.    Okay.

16        A.    It's also under our hot topics section.

17        Q.    Where is the hot topics section?

18        A.    It's on the Vital Statistics partners front

19    page.

20        Q.    Okay.  And we only have one copy of this

21    document, and it would be rather difficult to make it

22    an exhibit, so let me -- let's do it this way.  If

23    you were to look at this document, would this refresh

24    your recollection concerning the topics that were

25    discussed at the annual conference regarding election

VICTOR FARINELLI                                        5/9/2014

145

1    identification certificate --

2         A.   Yes.

3         Q.   -- and birth certificates?

4              Was there anything discussed

5    concerning voters abstract information?

6         A.   Voters abstract information, yes.  But that

7    specifically is for -- meaning for local registrars

8    to provide to the Secretary of State's office.

9    They're required by the election code to provide an

10   abstract of death to the Secretary of State's office

11   for when a person -- a voter over 18 years of age

12   dies, to take them off the voter roles.  That's what

13   that is.

14        Q.   So that was further discussion on the same

15   panel concerning voter registration list maintenance?

16        A.   Yeah.

17        Q.   Okay.

18        A.   Yeah.

19        Q.   And does this confirm your prior

20   recollection that there were multiple panels going on

21   at the same time?

22        A.   Yes.

23        Q.   Okay.

24        A.   Yes.

25        Q.   And there were, in fact, three different

VICTOR FARINELLI                                          5/9/2014

146

1    panels going on at the same time?

2         A.    Three, yes.

3                   MR. FREEMAN:   Great.   I'm going to

4    mark it as 117.

5                   (Exhibit Number 117 marked.)

6         Q.    (BY MR. FREEMAN)  Was this the -- sorry.

7    What is this document?

8         A.    It is -- this is what was sent through the

9    GovDelivery LISTSERV of information about the

10   election identification certificate.

11        Q.    Is this the only e-mail that went out to

12   that LISTSERV?

13        A.    Yes.

14        Q.    And does that describe in any detail any

15   procedures relating to EIC birth certificates?

16        A.    No.

17        Q.    Who sent this e-mail?

18        A.    It was sent by our field services.

19        Q.    And so there's someone in the field

20   services office --

21        A.    Specifically Derek Johnson was the one who

22   sent it.

23        Q.    Okay.  Who is Mr. Johnson?

24        A.    He's one of the field services

25   representatives.

VICTOR FARINELLI                                            5/9/2014

147

1        Q.    Okay.  And so if a remote birth access

2   office had wanted any information, other than the

3   existence of the EIC birth certificates, and the

4   purpose of the EIC birth certificates, and the age

5   limitation on the EIC birth certificates, they would

6   have to reach out to an area representative for

7   further information?

8        A.    Correct.

9        Q.    Yes?

10       A.    Correct.

11       Q.    Do you know how many e-mail responses

12   Mr. Johnson received -- or any area representative

13   received in response to this e-mail?

14       A.    No.

15       Q.    Do you have any basis to believe that there

16   were any responsive e-mails asking for further

17   information or guidance?

18       A.    I'm not sure.

19       Q.    Does your office track phone calls received

20   from local registration offices at all?

21       A.    No.  We don't have a phone tracking system.

22              MR. FREEMAN:  Okay.  And I'm going to

23   mark this as Exhibit 118.

24              (Exhibit Number 118 marked.)

25       Q.    (BY MR. FREEMAN)  What is this document?

VICTOR FARINELLI                                         5/9/2014

                                                              148

1        A.    It is the memo from the -- pardon me --
2   from the State Registrar regarding the election
3   identification card and the remote system and the
4   stamp that we provided to the local registrars.
5        Q.    And am I correct that the State Registrar
6   wrote that, "The fees required to be paid pursuant to
7   Health and Safety Code Sections 191.0045(e) and
8   191.022(f), ($2.00), are statutorily required, and as
9   a result are not waived by this rule and must still
10  be charged by the DSHS, local registrars, and county
11  clerks"?
12       A.    Correct.
13       Q.    DSHS is the Austin office.  Correct?
14       A.    Correct.
15       Q.    And so this letter states that DSHS will
16  still charge $2.  Correct?
17       A.    Correct.
18       Q.    At what point was the policy changed such
19  that the DSHS would no longer charge $2 to
20  individuals seeking EIC --
21       A.    We were -- our policy was that if we ever
22  had anybody come in.  So at the beginning, it's been
23  that way.  But we had this in there just -- since
24  it's statutorily required, if we needed to begin
25  taking the fee, then we would.

VICTOR FARINELLI                                          5/9/2014

149

1        Q.    So it's possible that at some point in the

2   future your office may begin taking the $2 fee?

3        A.    It's possible, yes.

4        Q.    Is there any technical impediment to

5   connecting the birth certificate database that your

6   office maintains, to the Department of Public Safety?

7        A.    They're not able to access it.  They

8   don't...

9        Q.    But would it be possible for the Department

10  of Public Safety to access it?

11       A.    Yeah, it would be possible.

12       Q.    Is there any legal impediment that you're

13  aware of?

14       A.    Birth record information is close to -- is

15  closed record information.  We would have to -- so

16  there would have to be some agreements made between

17  Department of Public Safety and HHSC in regards to

18  access to that.

19       Q.    Okay.  And if those agreements were in

20  place, though, and if they had the necessary

21  software, there wouldn't be any other impediment to

22  connecting DPS to your birth records?

23       A.    (Shakes head.)

24       Q.    No?

25       A.    No.

VICTOR FARINELLI                                    5/9/2014

1      Q.   Okay.  Would that, then, allow individuals

2   to go to DPS, even if they didn't have a birth

3   certificate, and they could look up the birth record

4   and they could get an EIC in one trip?

5      A.   Yes.

6                (Exhibit Number 119 marked.)

7      Q.   (BY MR. FREEMAN)  I'm going to mark this

8   document as Exhibit 119.  Have you seen this document

9   before?

10     A.   No.

11     Q.   Could you review this document?  I'm only

12   going to ask you questions about the first page.

13             What is this document?

14     A.   It appears to be an e-mail from the

15   Department of Public Safety.

16     Q.   And do you know who Joe Peters is?

17     A.   No.

18     Q.   Do you know who Robert Bodisch is?

19     A.   No.

20     Q.   Am I correct that according to this e-mail,

21   Mr. Peters -- well, does this e-mail provide

22   Mr. Peters' title?

23     A.   Yes.

24     Q.   And what is Mr. Peters' title?

25     A.   Assistant director.

VICTOR FARINELLI                                    5/9/2014

                                                        151

1          Q.   He's the assistant director for the

2     driver's license division.   Correct?

3          A.   Yeah, Department of Public Safety driver's

4     license division.

5          Q.   Now, according to this e-mail, Mr. Peters

6     met with DSHS officials regarding the possibility of

7     providing them -- of them providing free birth

8     certificates for EIC applicants.   Correct?

9          A.   Correct.

10         Q.   Do you know who he met with?

11         A.   No.

12         Q.   According to this e-mail Mr. Peters also

13    proposed a near-term e-mail solution and a

14    longer-term solution that would involve their CSRs

15    being able to directly query HHSC database for

16    confirmation.   Correct?

17         A.   According to this, yes.

18         Q.   Do you know who discussed that with

19    Mr. Peters?

20         A.   No.

21         Q.   Do you know why that was never implemented?

22         A.   No.

23         Q.   But you agree that would be technically

24    feasible.   Correct?

25         A.   Correct.

VICTOR FARINELLI                                          5/9/2014

152

1      Q.   Do you know who at your office would know
2  who discussed this with Mr. Peters?
3      A.   As far as I know -- just the chief
4  operating officer, as far as I know.
5      Q.   And who is the chief operating officer?
6      A.   Ed House.  I don't know of anybody else.
7      Q.   Do you know of any other discussions that
8  have ever occurred between DPS and your office,
9  concerning establishing an online link between your
10 records and DPS?
11     A.   Not that I'm aware of.
12     Q.   But at present, no such link exists.
13 Correct?
14     A.   No.
15     Q.   And you have no knowledge of any plans to
16 establish such a link?
17     A.   Not at this time.
18     Q.   Do you know what the costs would have been
19 to establish such a link?
20     A.   No.
21     Q.   How much does it cost to connect a remote
22 issuance site?
23     A.   There's no cost to connect, but every
24 record they issue, they actually issue, we'll charge
25 them $1.83 for that.

VICTOR FARINELLI                                    5/9/2014

153

1      Q.   And they're just using an ordinary computer
2  with some kind of software on it.  Is that correct?
3      A.   There's no software.  It's an
4  Internet-based application.
5      Q.   So it's a Web application?
6      A.   Yes.
7      Q.   So they take a normal computer, they open
8  up a Web browser, And they -- do they have to verify
9  who they are before they --
10     A.   They have to log in -- they have a user ID
11  and password so everybody who gets -- who logs into
12  the remote system has a user ID and password.  So
13  they enter their user ID and password, and then if
14  they have entered it successfully, they will have
15  access to it.
16     Q.   So in order to give DPS access to it, am I
17  correct that the only thing you would need to do
18  would be to reach an agreement and give them user
19  names and passwords, DPS staff?
20     A.   Yes.  There may need to be some program
21  changes.  So if -- from my understanding of what this
22  says, is they're just going to be verifying, so we
23  would eliminate the use of having to print anything.
24  So just a verification screen.
25     Q.   It would just be a query?

VICTOR FARINELLI                                          5/9/2014

154

1       A.   Yeah.

2       Q.   And for a query, you don't even charge

3   local offices.  Correct?

4       A.   We don't charge the locals, no.

5       Q.   Has HHSC asked DPS for any information

6   about EIC applicants who didn't have a birth

7   certificate?

8       A.   No, not that I'm aware of.

9       Q.   Has HHSC reached out to any of those

10  individuals?

11      A.   Not that I'm aware of.

12      Q.   Texas has a lot of immigration from other

13  states within the U.S.  Right?

14      A.   Yes.

15      Q.   Do you know about what proportion of the

16  adult population in Texas was born in another state?

17      A.   No, I don't.

18               MR. FREEMAN:  Mark this exhibit as

19  Exhibit 120.

20               (Exhibit Number 120 marked.)

21      Q.   (BY MR. FREEMAN)  Have you ever seen this

22  document before?

23      A.   No, sir.

24      Q.   What does this document appear to be?

25      A.   It appears to be from the Census Bureau.

VICTOR FARINELLI                                           5/9/2014

155

1    Place of birth by nativity and citizenship status.

2    Universal: Total population from 2008 to 2012, an

3    American Community Survey Five-Year Estimate.

4         Q.   What is the estimated -- according to the

5    Census Bureau, what is the estimated native born

6    population in Texas?

7         A.   Native born, estimate total is 25

8    million 200 and -- oh, native.  Native.  I'm sorry.

9         Q.   That's born in state of residence.

10        A.   Yes.  I'm sorry.  21,109,883.

11        Q.   That's -- am I correct, that's the total

12   number who are native to the United States?  Correct?

13   I'm specifically asking the total number who are born

14   in the state of residence of Texas.

15        A.   Yes.

16        Q.   What is that number?

17        A.   Oh, 15,000 -- 15,248,259.

18        Q.   Okay.  And so that's a little less than 75

19   percent, three quarters of the total native born

20   population of Texas?

21        A.   Yeah.  Yes.

22        Q.   And so among those -- the native born

23   population, the population born in the United States

24   in Texas, about 25 percent were born in other states.

25   Right?

VICTOR FARINELLI                                              5/9/2014

156

1       A.   Yes.

2       Q.   And this is the total population?   This is

3   not by age.   Right?

4       A.   It appears to be total population, yes.

5       Q.   Is it possible to obtain a copy of a birth

6   certificate from your office if an individual was

7   born in another state in the United States?

8       A.   Not from our office.

9       Q.   Okay.   Do you know how much it costs to

10  obtain a birth certificate from the states that

11  neighbor on Texas?

12      A.   Not offhand.   It varies.

13      Q.   Do you know what the approximate range is

14  for other states?

15      A.   It's anywhere between 11 and 30.

16      Q.   Okay.   Do other states all allow

17  individuals to apply for copies of birth certificates

18  by mail?

19      A.   To the best of my knowledge, yes.

20      Q.   Okay.   Are you aware of any problems

21  related to Puerto Rican birth certificates?

22      A.   No.

23      Q.   And do you know how much it costs to obtain

24  a U.S. Department of State certificate of birth for

25  native born -- U.S. citizens born abroad?

VICTOR FARINELLI                                      5/9/2014

157

1      A.   No.

2      Q.   Do you know if it's possible to obtain such

3 a document without photo ID?

4      A.   I'm not sure what their requirements are.

5                MR. FREEMAN:  With that, I'm going to

6 pass the witness to Mr. Doggett.  I may have a few

7 concluding questions at the end.

8                        EXAMINATION

9 BY MR. DOGGETT:

10     Q.   As usual, all the good questions have been

11 asked, so I'm only left with a few clean-ups, which

12 often don't even sound like questions.  So I

13 appreciate your patience.

14               If a person requests an EIC birth

15 certificate and requests it on an expedited basis, is

16 that fee waived?

17     A.   If they come in office, it's going to be

18 expedited, anyway.

19     Q.   Why is that?

20     A.   Because they're in -- in-house, so it's --

21 we do it in realtime.

22     Q.   On -- when you say expedited, that means

23 just as soon as possible?

24     A.   Right.

25     Q.   Okay.  So -- and the only way to get an

VICTOR FARINELLI                                    5/9/2014

                                                        158

1    EIC, then, is to come in in person?

2         A.   Correct.

3         Q.   Okay.  Just wanted to make sure I

4    understood.  There was some discussion about that.

5                   On the exhibit --

6                   MR. SCOTT:  EIC birth certificate?

7                   MR. DOGGETT:  Yes.  I'm sorry.  Did I

8    not say that?  My apologies if I didn't.  I'm sorry.

9                   MR. SCOTT:  I thought I just heard

10   EIC.  But that --

11        Q.   (BY MR. DOGGETT)  If I just say EIC, I'm

12   more than likely meaning the EIC birth certificate.

13   So if I leave that off, please feel free to correct

14   me.

15                   I'm looking at exhibit -- or what's

16   been marked as 113.  It looks like the application

17   for the EIC birth certificate.  Did you find that

18   one?

19        A.   11 what?

20        Q.   113.  113.

21        A.   There we go.  Yes.

22        Q.   At the top, it says, "Please print and

23   include valid photo ID."  Right?

24        A.   Yes.

25        Q.   And I think you already discussed why that

VICTOR FARINELLI                                    5/9/2014

159

1    may not be applicable.

2              But underneath it, it says, full name

3    of registrant?

4         A.   Yes.

5         Q.   Is the registrant the name of the person

6    who you want the birth certificate for?  Is that

7    right?  In other words, the person's name you want on

8    the birth certificate?

9         A.   The person -- the registrant is the person

10   that's -- whose birth certificate it is for.

11        Q.   Okay.

12        A.   Yeah.  It's their birth certificate.

13        Q.   I'm with you, I think.

14              Underneath it has "Your name."  Do you

15   see that line underneath that -- those boxes?

16        A.   Yes.

17        Q.   And a slot for your name.  Shouldn't that

18   be the same in this case, because don't you have to

19   be the registrant in order to obtain an EIC birth

20   certificate, or not?

21        A.   Yes.  But you could be married and have

22   changed your name.  So your legal name may be your

23   married name at that point, so -- sometimes it's

24   going to vary a little bit.

25        Q.   So someone may say, my name is now Jane

VICTOR FARINELLI                                         5/9/2014

160

1    Smith, but the name on my birth certificate, I know,

2    is different, and so they're going to put in the last

3    one?

4         A.   Right.

5         Q.   Okay.  I see what you're saying.  And on

6    the name of the father and then full maiden name of

7    the mother, I believe you indicated earlier that when

8    people get married, sometimes either -- either party,

9    either sex changes their name as a result.  Is that

10   your understanding?

11        A.   Yeah.

12        Q.   I believe you testified to that, is the

13   reason I'm asking.

14        A.   Yeah.  They have the option of changing

15   their name, but that never changes anything on their

16   birth certificate.

17        Q.   Right.  And so it could be, though, a male

18   changes their name as a result of being married.  Was

19   that your testimony earlier?

20        A.   Yes.

21        Q.   Okay.  The form talks about first name,

22   middle name, maiden name for the mother.  Do you

23   follow that line?

24        A.   Yes.

25        Q.   But nothing for the father, for example.

VICTOR FARINELLI                                            5/9/2014

161

1       A.    Correct.

2       Q.    Okay.  And so --

3       A.    It's generally our experience that not many

4  males change their name to that of --

5       Q.    Of someone else?

6       A.    Right.

7       Q.    I understand.  Now, you're familiar with

8  Hispanic-naming conventions.  I believe it was talked

9  about earlier.

10      A.    Yes.

11      Q.    Okay.  And as far as this form is

12  concerned, what is someone's last name, for example,

13  if they have four names?  They have a -- if you will,

14  a beginning, a middle, and then they have the

15  maternal, and then they have paternal.  Which is --

16      A.    It's going to be both of those names, is

17  going to be their last name.

18      Q.    And so they should fill both of those names

19  in?

20      A.    Yes.

21      Q.    And should they put a hyphen in or not?

22      A.    Some put -- it depends on what's on the

23  birth certificate.  Some, you can put a hyphen in

24  there.  Some don't.  So it's whatever was put on the

25  birth certificate at that time.

VICTOR FARINELLI                                    5/9/2014

                                                          162

1          Q.   So --

2          A.   And that's up to the parent.

3          Q.   So originally, when someone -- when a birth

4     record is created, the last name, according to the

5     database, is going to be both names that they put in.

6     Is that right?

7          A.   Correct.

8          Q.   Okay.  So the last name could actually be

9     composed of two actual different words?

10         A.   Yes.  Or more.

11         Q.   Or more.  Okay.  In order to request your

12    birth certificate, you have to have some proof of who

13    you are.  Right?

14         A.   Correct.

15         Q.   And if you don't have that proof, in other

16    words, your names don't match what's in the birth

17    record, then when does your office decide that that's

18    not enough proof for us in order to provide you a

19    copy of the birth record?  Do you understand what I'm

20    saying?

21         A.   Yes.  We take that on a case-by-case basis,

22    depending on if they're sending two supporting

23    documents and both supporting documents, one -- all

24    three don't match the birth certificate, and each

25    supporting document don't match each other, we may

VICTOR FARINELLI                                    5/9/2014

163

1    reject that.

2                If both supporting documents match

3    and -- but it doesn't quite match the birth

4    certificate, again, we'll let them know, something is

5    wrong, what you've presented doesn't match what we

6    have on file.  You know, you're going to have to get

7    it amended.

8        Q.   And I believe you mentioned earlier that

9    you would advise them to solve this problem, but if

10   the registrant insisted, you would go ahead and

11   provide it?

12       A.   Yes.

13       Q.   How do you do that by mail or online?

14       A.   We call them.

15       Q.   You call them?

16       A.   Yeah.

17       Q.   And if they don't have a phone?

18       A.   We will send them a letter before we

19   process it.

20       Q.   So there would be a letter -- let's say

21   they didn't have a phone or you couldn't reach them

22   by phone -- saying, these records don't match, we

23   would encourage you to fix these records, and then

24   they would have to, then, write back again and say --

25       A.   Respond.

VICTOR FARINELLI                                    5/9/2014

164

1       Q.   Right.  And -- and say, I really want this.

2   And that process could take a little time, I would

3   presume?

4       A.   They can call us, too.  We have a toll-free

5   number.

6       Q.   I do, too.  What's the wait time for your

7   toll-free number?  Is it longer or shorter than mine?

8       A.   I believe the last time --

9            MR. SCOTT:  Objection; speculation.

10  Go ahead.  I'm sorry.  Go ahead.  It looked like you

11  were having fun.

12            THE WITNESS:  I am.

13            MR. SCOTT:  I know.

14      A.   The last time I checked that we have -- for

15  the call system, the last time I checked for the call

16  wait time was three minutes.

17            MR. SCOTT:  So does it beat yours or

18  not?

19            MR. DOGGETT:  I think that beats

20  ours, yes, I would agree.  Some days, anyway, for

21  sure, calling Legal Aid.

22      Q.   (BY MR. DOGGETT)  Looking at document 116,

23  it appears to be a print-off.  I think you provided

24  this.

25            And before we get there, just some

VICTOR FARINELLI                                       5/9/2014

                                                            165

1    clarification because I'm sure I missed this and I

2    apologize.  Who can be a registrar?

3         A.   A local registrar?

4         Q.   Yes.

5         A.   According to State law, Justice of the

6    Peace is -- can be the local registrar for their

7    precinct or a municipality over a certain population

8    can be a local registrar.

9              If the Justice of the Peace have

10   consolidated with the county clerk, so they have

11   consolidated all their functions with the county

12   clerk, the county clerk will be a local registrar.

13        Q.   Are these appointed positions?  Or how -- I

14   mean, in other words, if an elected JP wants to be

15   registrar, are they entitled to be a registrar?

16        A.   Unless those functions have already been

17   consolidated with the county clerk's office.  And

18   then at that point if they wanted to take it back on,

19   it would be up to that commissioner's court of that

20   county whether they were going to become a local

21   registrar again.

22        Q.   And so if you are a registrar, then you can

23   then apply to have remote access.  Is that right?

24        A.   Correct.

25        Q.   So you have to be a registrar, of course,

VICTOR FARINELLI                                          5/9/2014

                                                                166

1   before you could even apply to be remote -- remote

2   access?

3        A.   Correct.

4        Q.   Now, if you look on the second page of

5   Exhibit 116, there's -- appears to me that these are

6   buttons you can click on --

7        A.   Correct.

8        Q.   -- at the bottom, "Procedures for remote

9   birth access offices," and then, "Procedures for

10  offices not on remote access."  Have you clicked on

11  those buttons before?

12       A.   Yes.

13       Q.   What do they have you -- I mean, I can tell

14  you what I think they have, but I'm not trying to

15  test you.  Are they generally instructions on how

16  you --

17       A.   How you would proceed, yes.

18       Q.   Okay.  And those instructions are for those

19  people only, really?  That's what they're designed

20  for?

21       A.   Right.

22       Q.   They're not designed for the public.  Is

23  that right?

24       A.   Correct.

25       Q.   Okay.  If you were to click on either one,

VICTOR FARINELLI                                        5/9/2014

167

1    I can represent to you that I'm looking at it on my

2    phone and I'm happy to share with you what I see on

3    my phone.  But I was going to tell you -- if I read

4    to you a sentence and see if it would surprise you.

5    How about that?

6                   It says on number five, there's a list

7    of things to do, details.  One of them is, "Local

8    registrar office collects the allowed fee, $1.80 for

9    Comptroller, 20 cents for local registrar office, and

10   $1 for preservation fee."  Would that surprise you or

11   would you agree with those instructions?

12       A.   Can you repeat the instructions again?

13       Q.   Yeah.  In fact, if it's okay with your

14   counsel, I'll give you my phone and let you see it.

15                   MR. SCOTT:  Sure.  Exhibit 120?

16       A.   $1.80 fee -- yeah, that is correct.  Okay.

17       Q.   (BY MR. DOGGETT)  And so when you were

18   talking earlier about $2 fees, really it's a

19   composition of two different fees rolled together.

20   Is that right?

21       A.   The way the law is written, it says that

22   the comp -- the local registrar shall charge $2.

23   $1.80 goes to the Comptroller and the local registrar

24   shall retain 20 cents.  So we broke it down so they

25   understood what they were supposed to retain and what

VICTOR FARINELLI                                        5/9/2014

                                                              168

1    the Comptroller is supposed to get.

2         Q.   So this is sort of -- if someone were to

3    look at the EIC birth certificate instructions and

4    they clicked on either one of these, it's going to

5    tell them, this is what they are supposed to collect

6    in order to provide an EIC birth certificate.  Isn't

7    that right?

8         A.   Correct.

9         Q.   Okay.  And why is it that you can only get

10   one in your lifetime?

11        A.   Because we believe that it would be -- they

12   can use that for -- to obtain an election card each

13   time that election card expires.

14        Q.   And so if they lose it or it's destroyed --

15        A.   They would have to get a regular birth

16   certificate.

17        Q.   They would have to get a regular birth

18   certificate.  Are you aware of any communications

19   that your offices had with the Secretary of State

20   with regard to EIC birth certificates or EICs, in

21   general?

22        A.   Not that I'm aware of.

23        Q.   What about DPS?

24        A.   We may have, but I'm not privy to those.

25        Q.   If there has been communications between

VICTOR FARINELLI                                    5/9/2014

169

1    your office and these other State agencies, who would

2    it have been?

3         A.    It would have been with our executive

4    officers.

5         Q.    Which would be the --

6         A.    Chief operating officer, possibly chief

7    financial officer, if it had to do with money.

8         Q.    Are you aware of any individual research

9    that your department has done with regard to the

10   individual plaintiffs in this lawsuit?

11        A.    No.

12                    MR. DOGGETT:   I have nothing further.

13   Pass the witness.

14                    FURTHER EXAMINATION

15   BY MR. FREEMAN:

16        Q.    I have one last question before the

17   concluding questions, which is just something that

18   was raised by what Mr. Doggett said.  If a Justice of

19   the Peace stops being a registrar, where do the

20   records maintained by his office go, or her office?

21        A.    They are transferred to whoever he

22   consolidates with.  So in this -- more than likely

23   it's going to be the county clerk.  He will

24   consolidate with the county clerk.

25        Q.    And if a Justice of the Peace's office had

VICTOR FARINELLI                                      5/9/2014

170

1    not been a registrar previously, and becomes a

2    registrar, do they --

3         A.   They would be --

4         Q.   -- do they have no records at the start,

5    or -- and they just start collecting records, or do

6    they get the records that cover the geographic

7    territory that they are now taking over?

8         A.   They would begin -- they begin collecting

9    records as of the date they became local registrar.

10        Q.   So a person would need to know not only

11   what geographic area they were in, but whether, at

12   the time that they were born, who was the registrar

13   then.  Correct?

14        A.   Correct.

15        Q.   At this point, do you have any answers that

16   you wish to change?

17        A.   Not that I'm aware of.

18        Q.   Is there any information that you didn't

19   recall previously that you now recall?

20        A.   No, not that I know of.

21        Q.   And is there anything you would like to add

22   so that we can understand your answers more clearly?

23        A.   No, not that I know of.

24                  MR. FREEMAN:  All right.  Well, with

25   that, I pass the witness.

VICTOR FARINELLI                                          5/9/2014

171

1              MR. SCOTT:  The witness will read and

2     sign, and you can forward it to us.  We will reserve

3     our questions until time of trial.

4              MR. FREEMAN:  Thank you so much for

5     your time, sir.  I absolutely appreciate it.

6              (Deposition concluded at 1:42 p.m.)

7                         -oOo-

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VICTOR FARINELLI                                        5/9/2014

172

1                     CHANGES AND SIGNATURE

2    RE: VEASEY v. RICK PERRY

3    WITNESS:  VICTOR FARINELLI

4    PAGE/LINE      CHANGE           REASON

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20        I, VICTOR FARINELLI, have read the

21   foregoing deposition and hereby affix my signature

22   that same is true and correct, except as noted

23   above.

24

25                    _____
                       VICTOR FARINELLI

VICTOR FARINELLI                                      5/9/2014

173

1                    REPORTER'S CERTIFICATE

2    STATE OF TEXAS        )

3    COUNTY OF McLENNAN )

4

5        I, Melody Reneé Campbell, Certified Shorthand

6    Reporter in and for the State of Texas, do hereby

7    certify that the foregoing deposition is a full,

8    true and correct transcript;

9        That VICTOR FARINELLI, the witness hereinbefore

10   named, was duly sworn by the officer and that the

11   oral deposition was taken by the officer in machine

12   shorthand on MAY 9, 2014, and is a true record of

13   the testimony given by the witness;

14       I further certify that the signature of the

15   deponent was requested and is to be returned within

16   30 days from date of receipt of the transcript.  If

17   returned, the attached Changes and Signature Page

18   contains any changes and the reasons therefor;

19       That $ _____ is the deposition

20   officer's charges for preparing the original

21   deposition transcript and any copies of exhibits,

22   charged to United States of America;

23       I further certify that I am neither counsel

24   for, related to, nor employed by any of the parties

25   in the action in which this proceeding was taken,

VICTOR FARINELLI                                          5/9/2014

                                                              174

1   and further that I am not financially or otherwise

2   interested in the outcome of the action.

3          Subscribed and sworn to on this the 19th day of

4   MAY 2014.

5

6

7        _____
         MELODY RENEE CAMPBELL, RMR, CRR #38267
8        U.S. LEGAL SUPPORT, INC.
         CRCB Firm Registration Number 344
9        701 Brazos, Suite 380
         Austin, Texas  78701
10       512.292.4249
         512.292.3866 (Fax)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   JOB NO. 4-AUSTIN-161365

VICTOR FARINELLI                                          5/9/2014

1

**A**

**ability** 70:3 101:23
122:1,5,11
**able** 9:8 41:5 67:1
70:2 82:21 102:1
118:17 124:5 149:7
151:15
**above-styled** 1:19
**abroad** 29:12,19 30:2
30:6,14 62:12
156:25
**absolutely** 62:23
137:9 171:5
**abstract** 70:5,6,25
71:7 89:22 91:13
92:14,15 141:22
142:1 145:5,6,10
**abstracted** 70:11
**abstracts** 89:16
**abuse** 107:19
**abused** 108:4,9
**accept** 37:9 77:19,20
78:1,9 97:6 98:10
98:11
**acceptable** 37:17
71:18,18,20 98:2
**accepting** 37:8
**access** 3:18,20 4:6
43:16 71:6,8 73:5
104:12 105:1 111:6
119:16,17,19,21
120:6,17 121:13,17
123:4,13,15 124:7
128:21 129:3 130:4
130:9,15,16,21
131:1,6,21 133:14
136:10 138:5,16
141:18 147:1 149:7
149:10,18 153:15
153:16 165:23
166:2,9,10
**accidental** 106:24
**accidentally** 106:22
**accidently** 34:21
**accompanied** 94:16

**98:**18,23 99:12
**accurate** 8:6 63:12
**accurately** 8:11 9:9
9:15
**action** 1:5 61:8,15
125:3 173:25 174:2
**actions** 90:18,24
**active** 62:10
**actual** 39:7 162:9
**add** 7:25 92:16
170:21
**additional** 19:19 50:4
53:25 55:20,23 56:1
56:4,15,19,23,25
70:14 75:13 77:3
108:2 109:3 118:12
121:24 130:19,25
**address** 30:16 42:8,9
45:3 58:9 60:4
70:17 105:22,25
106:4,7,11
**addresses** 57:7
**addressing** 127:24
**admin** 11:3,3 12:15
**administering** 139:6
**administration** 73:6
74:11 97:6 99:4
104:20
**administrative** 20:12
24:23 37:15,15 57:8
57:19 58:13,17
72:14 81:13,15,24
86:3 94:6 98:3
108:7
**administrator** 31:11
39:14,15
**adopted** 3:11 26:23
27:6,14,17 41:9
58:5 59:21 91:19
116:5
**adoption** 15:24 63:7
90:10
**adult** 154:16
**advance** 95:1
**advent** 38:15

**advise** 163:9
**Affair** 98:17
**affidavit** 37:9 93:11
**affix** 172:21
**afford** 22:16
**age** 47:19,22 48:19
52:1 74:4,7 145:11
147:4 156:3
**ages** 48:5
**ago** 12:24 15:14 25:7
126:12
**agree** 64:4,9,14 66:22
67:3,4 151:23
164:20 167:11
**agreed** 72:23 131:16
**agreement** 19:15
45:7 153:18
**agreements** 149:16
149:19
**AG's** 5:19
**ahead** 41:12 43:25
44:21 61:23 112:4
163:10 164:10,10
**aid** 2:19 5:14 94:11
164:21
**al** 1:3,7
**Albert** 18:5
**alcoholic** 8:25
**Alert** 3:23
**alive** 34:25 36:3,5,6
36:18 37:6 48:11,14
**allow** 63:13 150:1
156:16
**allowed** 73:13 167:8
**allows** 63:7
**ambulance** 36:4
40:13,14
**amended** 53:15 97:23
163:7
**amendment** 51:23,24
52:24 53:18,18,19
53:24 54:3,19 57:6

**63:**7 138:22 139:11
139:18
**amendments** 52:23
53:3 54:6,8,11
55:12
**America** 1:18 2:2
173:22
**American** 4:9 155:3
**amount** 54:8 110:21
**analysis** 23:1,3,6,10
140:1
**Anglo** 51:15 83:6
**Anglos** 55:8
**annual** 125:20
134:16 135:12
144:25
**answer** 6:1 7:19 8:6
8:11,23 9:5,8,14
13:13,14,17 15:16
63:17,19 64:1 73:23
82:21 143:4
**answering** 7:5 8:9
**answers** 6:3 55:13,14
170:15,22
**Anthony** 5:7
**Antonio** 121:2,4,12
**anybody** 137:12
148:22 152:6
**anyway** 157:18
164:20
**apologies** 158:8
**apologize** 165:2
**appear** 69:3 154:24
**appeared** 134:24
**appears** 24:21 68:19
69:11 70:4 119:14
150:14 154:25
156:4 164:23 166:5
**applicable** 159:1
**applicant** 32:3 73:13
85:7 98:25 101:11
101:12,14
**applicants** 151:8
154:6
**applicant's** 98:23

**application** 3:17
33:13 53:18 84:10
84:14 86:10 87:18
88:5,15,25 91:2,10
93:13,14 99:5
102:10,17,18,21
103:7,8,14,18 153:4
153:5 158:16
**applications** 88:11
90:6
**applies** 75:2 85:14
93:16 126:21
**apply** 64:7 74:4,17,20
77:15 87:10 101:8
101:15,23 103:4
108:5 132:3 156:17
165:23 166:1
**applying** 75:17 77:8
85:16,19 88:7
**appointed** 165:13
**appreciate** 42:22
141:9,9 157:13
171:5
**appreciated** 19:21
**approved** 27:1,2
69:19
**approximate** 156:13
**approximately** 11:22
37:25 51:7 83:4,9
115:4 119:23 135:6
**archdiocese** 50:2,3
**area** 43:25 47:7
82:19 147:6,12
170:11
**areas** 10:7 122:2
**Arlington** 124:4
**arrive** 22:24
**aside** 26:15 30:25
**asked** 7:24 112:24
113:16 142:5 154:5
157:11
**asking** 7:6 26:4 54:1
54:11 112:19
115:15 137:21
147:16 155:13

160:13
**asks** 103:4 113:23
138:5
**assess** 143:5
**assist** 29:10 30:9 41:3
48:21
**assistance** 30:19 34:3
**assistant** 150:25
151:1
**attached** 173:17
**Attachment** 4:8
**attended** 134:21
135:5,7
**attendees** 135:4
**attending** 39:23
**attention** 37:5
**attest** 87:2
**attested** 47:23
**attesting** 86:9
**attorney** 7:17,20 13:4
18:1 19:11
**attorneys** 15:11,13
**audit** 112:2
**audits** 129:19
**August** 25:16,20
57:24
**Austin** 1:23 2:10,15
2:20 52:16 71:2
79:9 82:10 84:4
85:15 87:14 91:4,15
101:15 102:12
112:23 113:19,24
116:25 125:21
129:4 130:21 131:1
131:18 133:3 137:5
137:21 148:13
174:9
**authenticate** 53:3
**authority** 53:2 62:3
67:7 105:7
**authorization** 94:24
**authorizes** 67:5
**automatic** 31:13
**automatically** 31:18
31:21 35:4 76:25

**availability** 29:24
131:8,17 134:11
136:7
**available** 29:5 30:22
34:3 45:4 87:14,17
87:18 89:12 112:13
113:12 114:6 116:7
128:19 132:8,14
136:4 140:15
**Avenue** 2:3
**avoid** 93:25
**aware** 34:10 38:22,24
43:9 47:10 51:8,12
56:9 59:22 62:13
68:14 80:3,5 87:16
92:10 96:5 103:23
103:24 108:17
109:3 112:2 113:18
116:4 127:17
128:16 131:25
132:1 149:13
152:11 154:8,11
156:20 168:18,22
169:8 170:17
**awareness** 54:17
**a.m** 1:20

---

**B**

**B** 2:8 3:8 4:1 65:24
**back** 6:4 25:19,21
27:16 31:1 41:24
52:23 55:3,4 58:4
60:7,9 62:1 63:3,4
73:19,24 74:18 75:8
75:11 77:4 83:23
84:6 90:9 108:15
138:21 163:24
165:18
**background** 11:14,16
25:25 26:2 27:21
107:12
**badge** 94:16
**Baptismal** 50:1 52:9
**barrier** 26:11
**based** 74:3 96:9

139:25 142:25
143:19
**bases** 54:10 108:17
109:3
**basic** 44:4 92:8
**basically** 47:16
**basis** 58:22 110:5
114:7 139:22,25
142:2,3 147:15
157:15 162:21
**beat** 164:17
**beats** 164:19
**began** 67:12
**beginning** 60:3
148:22 161:14
**begins** 81:25
**behalf** 9:20 12:22
73:14 85:20 87:11
101:24
**believe** 23:16 24:7
47:5 57:5 59:3
65:24 66:9 67:14,23
73:15,20 79:22 85:9
90:9 94:5 96:25
106:21 108:6 119:6
119:7 133:10
138:22 139:23
144:13,14 147:15
160:7,12 161:8
163:8 164:8 168:11
**believes** 28:9,20 85:7
**believing** 58:22
**benefit** 63:5,6
**best** 6:20 8:18 16:9
32:13 42:20 46:16
46:24 69:9 70:3
83:3 86:4 93:5
103:2 106:17 108:7
115:4 120:15 141:2
143:7,10 156:19
**Bexar** 121:1
**beyond** 50:11 79:17
126:24
**bill** 21:11,13,18 23:1
23:2,11,12 139:25

VICTOR FARINELLI                                    5/9/2014

3

**binding** 45:19
**birth** 3:12,13,15,17
  3:18,21 4:4,5,9 12:6
  23:19 24:7,9 26:11
  27:5 28:2 29:4,10
  29:11,12 30:2,5,9
  30:14 31:2,7,10,12
  32:5,6,7,9 33:10,11
  33:22,23,24 34:4,5
  34:13,17,17 35:5,8
  35:19 36:1 38:2,9
  38:21 39:4,5,5,17
  39:18,25 40:9,19,20
  40:23,25 41:5,6,8
  41:21,22,24 42:6,7
  42:8,18,24 43:4,5
  43:10,12,21 44:5,6
  44:11,12 47:12,12
  47:13,14 48:5,5,17
  48:18,25 49:3,5,6
  49:10,16 50:9,10,13
  50:13,21 51:3,5,10
  51:10,20 52:11
  53:15 54:13,19,22
  55:12,13,17 56:13
  56:20 57:20 59:14
  61:2,8,9 62:1,7,11
  62:15,20,25 63:8,14
  64:5,7,11,17,20,22
  64:25 65:2,4,12,14
  65:17 66:1,2,14,24
  66:25 67:6,8,10,16
  67:18,21,24 68:8,11
  69:2,17,22,25 70:5
  70:6,7,10,11,12,12
  70:16,17,19 72:1,4
  72:5,6,11,18 73:13
  73:14,18 74:4,20
  75:1,17,21 76:11
  77:12,16 80:3,10
  82:9 83:22 84:4,22
  85:5,8,9,10,14,17
  85:19,25 86:1,13,18
  86:20,24 87:9,10,13
  87:17,24 88:8,10

89:2,3,11,13 90:6
  91:24 93:1,7,9,16
  93:17,18 95:9,22
  96:1,9,15,18,21
  97:1,15,20 98:21
  99:21 101:4,9,23
  102:11,14,25 103:4
  103:22 104:3,6,6,9
  104:15,23 106:20
  107:4,9 108:18
  109:9,12,16 110:2,8
  110:11,16 111:5,13
  112:7,12,25 113:7
  113:11,12,17,19,22
  114:21 115:9,13,16
  115:17,18,24,25
  116:6,9,20 118:9,22
  118:25 119:4,24
  120:5 121:6 122:18
  122:23 123:3,4,10
  124:5 126:22 128:5
  128:9,19,24 129:7
  129:16,20 130:7,11
  130:23 131:3,8,17
  131:21 132:3,7,8,13
  133:9,14,16 134:12
  134:15 135:25
  136:7,11,17,21
  137:8,22,24 138:5,7
  138:11,15 139:14
  139:24 140:2,6,9,22
  141:12,17 142:25
  144:3 145:3 146:15
  147:1,3,4,5 149:5
  149:14,22 150:2,3
  151:7 154:6 155:1
  156:5,10,17,21,24
  157:14 158:6,12,17
  159:6,8,10,12,19
  160:1,16 161:23,25
  162:3,12,16,19,24
  163:3 166:9 168:3,6
  168:15,17,20
**births** 44:17 46:23
  47:1 73:2,6

**bit** 49:22 66:9 84:12
  90:1 114:5 159:24
**blast** 133:22
**blasts** 134:7
**Board** 20:16
**Bodisch** 4:7 150:18
**border** 95:3
**born** 29:18 30:10
  31:5,9 32:7 34:25
  35:1 36:3,5,9,12,14
  36:17 37:6 38:1,8
  38:13,14 39:6,20
  40:3,14,16 46:7
  47:15 86:21,22,23
  87:6,7 116:23 117:3
  123:12 124:1,2,4
  154:16 155:5,7,9,13
  155:19,22,23,24
  156:7,25,25 170:12
**bothered** 96:20
**bottom** 69:3 166:8
**bounds** 15:13
**Box** 2:9,14
**boxes** 159:15
**Bray** 2:13 5:15,15
  13:9 59:16
**Brazos** 174:9
**break** 6:23,25 19:8
  46:25 54:25 73:25
  143:14
**briefly** 14:25 136:1
**broke** 167:24
**broken** 35:15
**brother/sister** 86:5
**brought** 18:24 41:1
  111:8
**browser** 153:8
**budget** 66:10
**Building** 1:23
**burdens** 67:2
**Bureau** 4:9 154:25
  155:5
**bus** 79:24
**buses** 82:16
**business** 53:17,19

75:3 76:23 95:4
**buttons** 166:6,11
**B-1** 95:4
**B-2** 95:4

---

**C**

**C** 2:1 59:4
**call** 163:14,15 164:4
  164:15,15
**called** 36:5 51:24
**calling** 164:21
**calls** 147:19
**campaign** 131:11
**Campbell** 1:21 173:5
  174:7
**capabilities** 45:4
**capability** 46:5
**capacity** 9:22 45:2
**card** 14:5 22:4,7,17
  24:8 56:7 65:8,9,21
  66:4 74:24 76:2
  79:20 80:22 91:13
  92:5 94:16,17,18,25
  95:1,2,3,4,15 98:12
  98:16,16,17,17,24
  132:23 134:18
  140:16,18 148:3
  168:12,13
**cards** 4:8 90:4
**case** 6:4 21:3 142:6
  159:18
**cases** 117:24
**case-by-case** 162:21
**categories** 12:7
**categorizes** 47:2
**cause** 1:19 49:19
**Census** 4:9 154:25
  155:5
**center** 39:25 44:19
  46:11
**cents** 167:9,24
**certain** 30:4 38:19
  58:17 61:25 101:12
  165:7
**certainly** 71:18 120:8

**certificate** 3:4,12,13
3:15,17,18,21 22:1
22:8,13,18,21 23:18
23:25 24:7,9 27:5
29:10,11,12,18 30:2
30:5,9,14 31:2 32:9
33:10,23,24 34:4,13
35:5,8,19,22 39:4,7
40:19 41:6,7,8,21
42:18,24 43:4,6,10
44:5 47:12,12,13,14
48:5 49:5,6,10
50:21 53:15 54:13
54:19 55:12 57:20
59:24 61:2,8,9 62:1
62:21,25 63:8,14
64:5,7,12,17,20,22
64:25 65:3,4,17,23
66:1,2,15,24,25
67:6,10,16,25 68:9
68:12 69:25 70:8,13
70:16,19 72:1,4,6,6
73:13,14,18 74:5,20
75:2,17,21 76:11
77:12,16 80:4,10
82:9 83:22 84:5,22
85:6,8,10,15,17,20
86:13,18,20 87:9,11
87:13,17,24 88:8,10
89:2,3,11,14 90:7
91:24 93:2,8,9,16
93:17,18 95:22 96:2
96:9,15 97:1 98:13
98:21 99:6 101:7,9
101:24 102:11,15
102:25 103:5,22
104:3,6,9,23 107:9
108:18 109:13
110:17 111:5,13
112:13,25 113:12
113:17,19,22
114:21 115:9,13,16
115:17,18,24,25
116:6,10 118:9,17
118:22,25 119:4,24

120:5 121:6,7
122:19,23 123:3,4
123:10 124:6
126:22 130:7,23
131:3,9,17,21 132:4
132:8,8,13 137:8,22
138:6,7,11 140:6,9
144:3 145:1 146:10
149:5 150:3 154:7
156:6,10,24 157:15
158:6,12,17 159:6,8
159:10,12,20 160:1
160:16 161:23,25
162:12,24 163:4
168:3,6,16,18 173:1
**certificates** 4:4 49:3
51:3 55:13 62:15
65:12 67:8,21 69:2
72:12,18 101:4
106:20 107:5 109:9
109:16 110:2,8,11
112:7 113:7,11
128:19 129:8,16,21
130:11 133:9,16
134:12,15 135:25
136:7,12,17,22
137:24 138:15
139:15,24 140:2,22
141:13,17 143:1
145:3 146:15 147:3
147:4,5 151:8
156:17,21 168:20
**certification** 4:4
39:19
**certified** 26:11,12
27:4 28:2,3 29:4
33:15,19 49:8 50:20
53:22,23 55:17 65:3
67:17 70:10 72:11
74:20,21 75:21
76:10 82:8 86:20,24
88:22 92:3 98:21
104:5,15 107:9
115:24 126:22
130:22 133:15

140:6 173:5
**certify** 32:13 173:7
173:14,23
**chance** 34:21
**chances** 8:2
**change** 55:13,14 62:4
74:8 92:16,19,25
96:6 120:11 133:3,9
143:8 161:4 170:16
172:4
**changed** 24:23 38:8
38:11 62:1 89:5
148:18 159:22
**changes** 3:4 91:12
92:11,13,22 133:14
153:21 160:9,15,18
172:1 173:17,18
**changing** 114:5
160:14
**charge** 56:22 59:25
115:1,2,5 126:25
127:1 148:16,19
152:24 154:2,4
167:22
**charged** 57:7 58:10
58:25 59:19 148:10
173:22
**charges** 173:20
**check** 50:1 85:13
86:23 87:5,5 111:18
111:20,21 119:23
142:3,4
**checked** 142:7,9,10
142:13 164:14,15
**checks** 85:11
**checkup** 48:13
**chef** 11:24
**chief** 10:16 152:3,5
169:6,6
**child** 31:5,9 32:7
34:22,24 35:1 36:2
36:5,9,12,17 37:6
38:1 39:6,20 40:3,5
40:10,13,15,16,23
40:23 41:3,7,8 42:5

44:6,8 46:7 47:15
47:18,19,21 48:10
48:14,18,22 52:1
70:18 73:18 85:20
85:22 87:10 95:10
99:18,18,22
**children** 41:1
**child's** 31:12 33:10
42:6 48:24 87:9
**CHRISTI** 1:2
**church** 40:24
**circulated** 133:2
**circumstances** 34:16
34:20 62:5 65:17
84:13,18,19
**citizen** 29:18 95:2
99:19
**citizens** 156:25
**citizenship** 4:10
94:23 155:1
**city** 42:10 79:9 83:6
94:15 117:15
120:20,23 121:1,4
121:11 124:1
**Civil** 1:5,25
**claims** 62:17
**clarification** 165:1
**clarify** 25:24 42:23
55:4
**classification** 10:14
**Clay** 2:9
**clean-ups** 157:11
**clear** 6:18 12:10
13:11 17:12 35:11
40:12 69:8
**clearly** 170:22
**clerk** 12:14,14 33:1
123:21 165:10,12
165:12 169:23,24
**clerks** 4:3 15:25
148:11
**clerk's** 117:15 165:17
**click** 166:6,25
**clicked** 166:10 168:4
**close** 149:14

VICTOR FARINELLI                                          5/9/2014

5

**closed** 149:15
**code** 2:14 24:23
  37:15,16 56:22 57:8
  57:19 58:12,13,19
  60:18 72:14 74:12
  81:13,15,24 86:3
  94:6 98:4 108:8
  145:9 148:7
**coffee** 7:10,10,14
**collect** 43:7 168:5
**collecting** 170:5,8
**collects** 167:8
**college** 11:15
**column** 60:11,12
**combination** 85:16
**come** 12:16 41:24
  73:24 83:23 84:6
  125:18,23 131:5
  137:12,21 148:22
  157:17 158:1
**comes** 59:23 84:4
  103:3 115:13,15
  116:22 124:14
**coming** 20:2 33:17
  44:22 112:3 129:19
  140:5
**comment** 28:15
  63:22
**comments** 15:22 28:6
  28:16 60:9 63:20
**commercial** 82:20
**Commission** 1:11 2:8
  9:21 17:14 20:18
  26:10 28:1
**commissioner** 26:9
  27:25 28:8 60:8
**commissioner's**
  165:19
**common** 86:16
**communications**
  11:9 15:23 168:18
  168:25
**communities** 122:12
  122:16
**Community** 155:3

**comp** 167:22
**company** 98:22
**complete** 6:15 11:4
  33:13 36:22 49:14
  51:25 107:25
  121:15 129:22
**completed** 23:1 50:21
**completely** 8:6 9:15
**comply** 134:19
**components** 29:6,9
  30:6,8 58:8
**composed** 162:9
**composition** 167:19
**compound** 55:22
**Comptroller** 59:11
  66:9 167:9,23 168:1
**computer** 8:16 45:4
  114:4 153:1,7
**concealed** 77:21 79:4
  95:5
**concerned** 161:12
**concerning** 16:8,20
  19:16 28:17 112:12
  131:8 144:24 145:5
  145:15 152:9
**concluded** 171:6
**concluding** 157:7
  169:17
**conduct** 23:6,10
  110:3,13,14 125:9
  125:24
**conducted** 43:18,21
  46:19 110:1,3 138:3
**conducts** 110:4
**conference** 125:20
  134:14,17 135:1,4,7
  135:12,13 144:25
**conferences** 125:16
  126:3 136:2
**confirm** 145:19
**confirmation** 151:16
**confused** 140:8
**connect** 72:25 152:21
  152:23
**connecting** 143:12

  149:5,22
**connection** 104:17,19
  129:3
**Connolly** 16:13
**considered** 35:17
**consolidate** 169:24
**consolidated** 165:10
  165:11,17
**consolidates** 169:22
**constantly** 45:8
**contact** 12:2 30:16,17
  33:16 121:21
**contain** 70:7
**contains** 51:20 81:21
  82:3 173:18
**context** 108:5
**continues** 108:24
**contract** 66:6,21
  104:12,24,25 105:4
  105:8,9,11,14,22,24
  106:3,6,10,13,14,17
  107:1 108:16,16,19
  108:22,25 109:4
**contracted** 66:18
**contrary** 138:19
**control** 37:13 118:1,4
  118:6 122:1,5,11
  129:15
**Cont'd** 4:1
**conventions** 161:8
**conveyance** 40:6,11
**copies** 29:4 33:19
  72:11 89:18 92:3
  107:9,13,14 133:16
  156:17 173:21
**copy** 26:12 27:4 28:3
  31:19,21,25 32:24
  32:25 33:9,15 49:8
  50:20 53:23,23
  55:17 65:3 67:17
  70:10,14 71:12
  74:20,21 76:10 82:9
  86:20,24 88:22
  97:23 104:5,15
  107:17,19 108:2

  123:10 126:22,22
  130:23 140:6
  142:22 144:20
  156:5 162:19
**CORPUS** 1:2
**correct** 17:16 18:18
  22:5 26:8 27:24
  28:8,19 29:6 32:13
  34:14,15 35:12,13
  37:6 39:21 40:17
  43:8 46:16 51:19
  52:25 53:1 57:3,5
  57:11 59:5 60:24,25
  61:2,3,10,12,18
  62:21,23 63:1,2,6
  71:19 74:21 75:22
  77:10,11,13 78:21
  78:25 79:5 82:4
  85:22,23 87:21,22
  95:10,11,12 100:7
  100:10,11 103:1,2,5
  103:15,16,20
  104:18,21 111:6,9
  112:9,10,25 113:1,7
  113:14,24 114:11
  114:22 115:11,18
  116:21,25 117:1,5,6
  117:8,9 120:1,3,4,7
  120:9,10,17 122:3,4
  122:6,13 123:16,17
  124:7,8,20,23 126:1
  126:2 127:8,10
  128:25 129:1,16,17
  129:21 130:11
  131:24 132:9,10
  136:8 137:9,18,22
  137:23,25 138:1,7,8
  138:12,13,17,25
  139:7,12,13,16,17
  139:20,21 140:13
  142:20,21 147:8,10
  148:5,12,13,14,16
  148:17 150:20
  151:2,8,9,16,24,25
  152:13 153:2,17

VICTOR FARINELLI                                5/9/2014

6

154:3 155:11,12
158:2,13 161:1
162:7,14 165:24
166:3,7,24 167:16
168:8 170:13,14
172:22 173:8
**corrected** 96:21
**correcting** 88:23
**correction** 52:7 94:19
**cost** 26:10 28:1,11,17
28:22 30:1 33:23
34:9 54:2 55:16
58:8 60:10 63:9,15
72:15 74:24 76:13
76:20 114:1,2,4,4
126:24 152:21,23
**costs** 28:7 55:20,23
56:1,4 66:22 113:23
115:9 152:18 156:9
156:23
**counsel** 5:16 8:15
12:25 13:5 14:7
16:10,11,15 17:25
22:22 72:23 143:15
167:14 173:23
**count** 106:24 107:2
108:1,10
**counties** 119:3,7,23
120:3 123:21
**county** 4:3 15:25
32:19 33:1 42:9
60:4 70:12 71:11
117:3,15 119:1,8,18
119:20 120:3,9,19
120:22 121:1
123:20,21,22,24,24
124:3 148:10
165:10,11,12,17,20
169:23,24 173:3
**county-wise** 119:6
**couple** 12:24 25:7
49:17 56:10 116:15
117:13,14
**course** 165:25
**court** 1:1 6:6 7:3 20:4

20:6 165:19
**cover** 170:6
**covered** 14:8 143:19
**covers** 34:9
**co-located** 122:19,23
130:17
**CRCB** 174:8
**create** 51:4,4 52:12
74:13 101:25
**created** 31:6,18,20,23
33:11 34:18 38:2,9
38:21 40:25 54:22
162:4
**creates** 41:10
**creating** 91:1
**creation** 32:5 39:5
48:18 51:10 52:11
67:5
**credit** 56:6 74:24
**Criminal** 94:19 95:16
95:19
**crossing** 95:4
**CRR** 174:7
**CSR** 1:21
**CSRs** 151:14
**current** 11:12 95:13
98:4
**currently** 18:16
19:11 43:4 76:8
80:7
**customers** 11:8 87:16
**cutting** 72:22

—————————————————
**D**

**D** 3:1
**daily** 54:7
**Dallas** 116:23 117:15
120:22,23
**dance** 63:4
**Daniel** 1:23 2:2 5:8
**Daniel.Freeman@...**
2:5
**data** 46:16 73:1
142:2
**database** 43:12,21

46:5 68:10 71:6,8
73:9,11 84:10,15,21
85:4 86:23 87:5
91:11 92:12,15,23
104:12 108:23
114:6 141:20,25
149:5 151:15 162:5
**date** 12:23 19:16
27:10 34:13,25 36:8
36:9 41:9 42:6,7
44:6,12 48:25 50:9
50:13 61:21 62:2
70:12,13,13 85:9
139:10 142:18
143:1 170:9 173:16
**dated** 25:15 27:14
**day** 7:23 42:2 83:20
174:3
**days** 25:7 31:12 35:7
35:7,12,14 41:17,23
53:17,20 75:4,18
76:23 77:9 80:15
85:12 91:6 98:6,11
117:17,24 128:13
128:14,15 164:20
173:16
**DC** 2:4
**DD** 98:13 99:6
**deadline** 41:18
**deal** 127:23
**dealt** 46:15
**death** 145:10
**death/birth** 65:23
**decide** 120:16,17
129:7 162:17
**deduce** 96:10
**deduced** 101:13
**defendant** 21:4
**Defendants** 1:8 2:18
**define** 31:4 44:16
82:25
**defined** 86:4
**definitely** 26:16
**definition** 55:10
**degree** 28:10,20

**delay** 41:23
**delayed** 11:4 35:10
35:15,17,21,23
41:21 47:11,12,13
48:5,18 49:3,6,10
49:13,16 50:21 51:3
51:4,10,10 52:11
**demand** 139:23
**demographic** 38:19
**denied** 118:21
**department** 2:3,7,13
5:16 10:1,21 11:9
11:17 13:5 16:15,17
17:25 22:19 23:2,7
23:22 28:9,20 29:7
29:12,16 30:13 41:2
45:6 46:10 47:9
52:14 53:6 55:18
58:20 65:20 66:7
70:9 71:1 74:10
78:16,24 82:9 90:15
94:18,19,21,22 95:3
95:16,19,19 98:19
98:20,21 99:13
119:15 137:10,15
137:19 149:6,9,17
150:15 151:3
156:24 169:9
**depend** 89:14
**depending** 47:19
48:23 49:21 52:7
55:20 70:21 83:20
84:8,24 89:13 98:6
98:7 111:14 116:11
116:14 117:13
123:24 128:10
162:22
**depends** 36:2 37:8
47:20 127:3 161:22
**deployment** 62:12
**deponent** 173:15
**deposed** 5:23
**deposition** 1:10,16
5:21,25 6:14 14:2
14:24 15:10,21 16:4

17:24 18:21 19:23
19:25 20:2 21:20
24:1 44:25 111:8
142:8 143:17 171:6
172:21 173:7,11,19
173:21
**deputy** 5:15 109:21
**Derek** 3:22 146:21
**derived** 141:4
**describe** 143:2
146:14
**described** 84:19
**Description** 3:8 4:2
**designate** 41:12 65:7
**designated** 31:10
39:10 40:19 41:7
**designation** 32:8
67:19
**designed** 141:21
166:19,22
**designee** 39:14,15
**desk** 11:7 88:19
**destroyed** 168:14
**detail** 146:14
**details** 167:7
**determine** 23:13 68:7
88:24 134:6
**determined** 23:14
**developed** 67:11
**developing** 67:12
**dies** 145:12
**differ** 65:6 67:17
113:18
**difference** 72:5
**differences** 48:15
**different** 33:21 54:15
54:16 65:3,13 68:12
97:4,4 126:15,16
127:24 145:25
160:2 162:9 167:19
**differentiate** 78:17
**difficult** 8:22 9:4
144:21
**difficulty** 99:25
**digital** 104:17 116:23

129:3
**digitized** 127:13,14
127:21 128:3,7
**direct** 29:16 131:13
**directly** 32:17 151:15
**director** 10:9,11,13
20:18 150:25 151:1
**discharged** 99:10
**discontinue** 105:11
**discontinued** 105:13
**discourage** 96:24
**discovered** 54:12
**discrepancy** 85:6
**discretion** 28:11,21
37:19 48:8 61:17,21
62:2 67:9 81:4,16
**discuss** 17:17 24:17
33:20 133:6
**discussed** 12:11
54:22 65:2 66:24
74:16,19 113:15
127:7 130:20 136:5
144:25 145:4
151:18 152:2
158:25
**discussing** 15:21,23
**discussion** 84:2
145:14 158:4
**discussions** 14:7
152:7
**disservice** 96:25
**distinct** 55:8
**distinction** 48:4
70:22
**distinctions** 51:9,13
55:5
**distribution** 133:23
**distributions** 54:18
**district** 1:1,1 35:2
36:13 123:13,19
**divided** 47:6
**division** 1:2 151:2,4
**DMV** 78:24
**DMVs** 79:18
**doctor** 20:15

**doctors** 12:6
**document** 8:10 13:24
14:1,2 24:6,18,19
24:20 25:2,15 26:21
26:22,24 32:16 36:3
36:9,10,13,16 37:17
47:25 52:2,8 63:19
64:3 65:7 68:18,24
69:7,18,20 70:3
71:16 73:16 80:13
81:1,19 87:8 89:14
90:19 94:4,10,24
97:8 101:2 102:9
106:19 108:23
119:13 126:11,15
126:16 128:1
143:25 144:11,21
144:23 146:7
147:25 150:8,8,11
150:13 154:22,24
157:3 162:25
164:22
**documentation** 24:10
34:24
**documents** 8:15,16
15:2 18:20,23 19:5
19:10,10 35:25 36:1
37:9,11 47:20,22
48:16,17,21,24
49:13,21,23,24 50:7
50:12 52:17 80:23
80:24 81:3,7,11,15
81:22 82:4 85:16
86:16 93:15,23
94:25 95:7 97:4
127:23 128:3 133:1
133:13 143:15,19
162:23,23 163:2
**Doggett** 2:19 3:3 5:13
5:13 13:9 157:6,9
158:7,11 164:19,22
167:17 169:12,18
**doing** 12:14 45:13
96:25 109:24
111:12,19 116:16

124:25 125:15
141:22
**dollar** 56:23 57:1
126:25
**dollars** 56:10
**door** 40:14,24
**DPS** 47:9 83:8,10
122:19,24 130:17
132:2 139:2,9
149:22 150:2 152:8
152:10 153:16,19
154:5 168:23
**drink** 8:25
**driver's** 22:17 64:18
75:25 80:15,21 81:2
89:23 94:14 95:25
96:1,20 97:9,16
151:2,3
**drops** 40:23
**drugs** 8:21
**DSHS** 134:4 148:10
148:13,15,19 151:6
**dual** 32:21
**Due** 139:1
**duly** 1:18 5:2 173:10
**duplicate** 102:17
**duty** 62:10

----

**E**

**E** 2:1,1,13 3:1,8 4:1
**earlier** 7:24 22:3 39:9
47:11 160:7,19
161:9 163:8 167:18
**ease** 41:9
**easiest** 45:9
**Ed** 10:17,18,19 152:6
**educate** 132:6
**educational** 11:13
**effect** 58:6 60:2 69:1
90:25 91:17,19,21
139:3
**effective** 90:14,16,21
**effectively** 113:22
**effort** 132:6
**EIC** 3:12,13,23 23:25

24:4 26:13 28:4,12
28:23 29:2 59:23
61:10 62:1,21,25
63:10 64:5,7,11,16
64:22 65:17 66:14
66:24 67:1,10,16,21
67:24 68:8,11 69:1
70:19 71:25 72:4,6
72:18 73:12,14,18
74:4 77:12 87:13,16
88:1,4,10 89:11
90:6 91:2,24 93:1,8
93:9,13,14,16,17
101:7,9 103:4,22
109:16 110:2,8
112:6,12 113:11,22
114:21 115:18,25
116:6 123:5 128:19
129:7,16,20 130:11
131:3,8,17 132:3,7
132:13,23 133:9
134:12,15 135:25
136:7,11,17,21
137:8,21,24 138:6,7
138:11,14 139:2,12
139:14,24 141:12
141:17 142:25
146:15 147:3,4,5
148:20 150:4 151:8
154:6 157:14 158:1
158:6,10,11,12,17
159:19 168:3,6,20
**EICs** 105:22 111:21
122:25 136:13
139:16 168:20
**eight** 9:1 11:12 76:16
126:1
**eighth** 111:24
**either** 33:12,17 54:14
76:4 87:5 117:2
160:8,8,9 166:25
168:4
**elected** 165:14
**election** 3:17,21 4:4
14:4 21:25 22:4,7

22:12,21 23:19,24
65:9,21,22 66:1,4
67:20 69:13 71:25
72:7 91:12 92:4,5
92:17,17 102:10,24
110:12 134:17
139:20 141:14,24
142:20 144:3,25
145:9 146:10 148:2
168:12,13
**elections** 90:15
**electronic** 9:25 10:4
10:6 11:6,8 14:4
32:12 65:8 134:17
**elements** 96:9
**eliminate** 61:8,18
153:23
**eliminating** 101:22
**employed** 173:24
**employee** 79:10,14
94:16
**employees** 16:25 17:1
53:2 106:7 135:10
135:17,18
**employment** 11:16
94:15,17,24 98:22
**EMT** 36:4 37:1
**en** 40:4,5
**encourage** 163:23
**enforcement** 94:15
109:23 124:17,21
**enforcing** 139:5
**enroll** 73:9
**enrollment** 90:3
**ensure** 49:6 90:13,20
99:14,14 138:4
**ensuring** 90:15
**entail** 107:10
**enter** 32:12 153:13
**entered** 153:14
**enters** 32:11
**entire** 121:4
**entities** 121:19
**entitled** 165:15
**entity** 121:8,9

**en-route** 40:20
**equivalent** 78:24
**error** 54:12,14 85:5
**errors** 51:20
**Esq** 2:2,8,9,13,19
**essentially** 6:5 15:15
22:9 124:18
**establish** 37:5 48:16
53:9 69:16,21 85:21
86:7,16 152:16,19
**establishing** 99:12
152:9
**estimate** 117:10
155:3,7
**estimated** 155:4,5
**et** 1:3,7
**evenings** 83:14
**events** 10:7
**everybody** 140:18
153:11
**evidence** 107:18
**exact** 12:23 27:10
**exactly** 70:1 90:22
107:23 110:21
141:6 142:14,18
**EXAMINATION** 3:2
5:3 157:8 169:14
**example** 47:7 50:1
51:14 73:17 78:5
86:12 97:5 120:9
160:25 161:12
**exception** 96:3
**excuse** 34:12 59:21
130:15 138:2
**executive** 26:9 27:24
28:8 60:8 169:3
**exercise** 28:10,10,21
**exhibit** 13:21,22 14:6
19:3 24:14,15 26:18
26:19 57:5 58:4
68:16,17 71:17,22
71:23,24 81:18
90:10 94:2,3 100:24
100:25 102:7,8
111:2,3,4 119:10,11

119:12 143:23
144:22 146:5
147:23,24 150:6,8
154:18,19,20 158:5
158:15 166:5
167:15
**exhibits** 94:1 173:21
**existence** 147:3
**existing** 29:1
**exists** 152:12
**expedite** 56:12,15
76:21
**expedited** 75:5,9
76:18 77:1 157:15
157:18,22
**experience** 38:12
97:3 161:3
**experienced** 92:2
**expired** 80:14,15,21
81:2 98:5,9
**expires** 168:13
**explain** 5:25
**explanation** 25:22,24
**extent** 15:17 16:20,21
17:18 45:1 107:23
141:10
**extra** 74:23 126:24
**e-mail** 3:22 4:7 133:5
133:8,23 134:3
146:11,17 147:11
147:13 150:14,20
150:21 151:5,12,13
**e-mails** 147:16

---

**F**

**face** 87:3
**facility** 94:20
**fact** 69:22 86:9 87:2
102:24 140:21
145:25 167:13
**FactFinder** 4:9
**facts** 36:24 69:24
**fair** 15:16 44:14
**falls** 74:14
**false** 9:13

VICTOR FARINELLI                                    5/9/2014

9

familiar 21:10,25
  161:7
families 51:15,15
  62:14
family 86:4 97:12
far 24:5 45:22 120:8
  134:15 152:3,4
  161:11
Farinelli 1:12,16 5:1
  5:7,22 172:3,20,25
  173:9
fast 75:7 76:22
father 42:13 43:4
  160:6,25
fax 2:5,11,21 133:20
  133:21 174:10
feasible 46:9 117:20
  151:24
features 72:4,13
federal 1:25 9:12
  77:25 78:1,16,20
  94:14,15
fee 27:4 29:1,1 33:14
  49:12,14 50:18,18
  50:23 53:22 54:4
  56:6,8,9,15,17 57:1
  58:11,18,24 59:1,4
  59:5,6,8,12,13,19
  60:5,23 61:1 62:16
  64:21 65:1 66:8
  75:13 76:22 114:9
  114:19,19,23,23
  126:25 127:2
  137:17,20 148:25
  149:2 157:16 167:8
  167:10,16
feedback 21:7
feel 158:13
fees 50:19 56:19,23
  57:7,10,12,19 58:25
  60:14,16 61:4,9,18
  61:25 62:6,20,24
  66:6 148:6 167:18
  167:19
female 96:6

fewer 120:8 139:11
field 11:20 12:1,2,18
  12:18 17:11 18:6,7
  18:13,15 23:7 110:4
  146:18,19,24
fight 45:23
figure 7:13
file 31:11,12 32:8
  40:7 41:6,13 49:9
  49:14,25 50:2 70:13
  163:6
filed 27:17 33:6 35:5
  35:8,8,18 38:15
  47:14 49:7 51:24
  54:13
filing 12:14,15 31:8
  33:7 41:25 48:24
fill 88:16 93:14
  161:18
final 27:6 28:7 60:7,9
financial 115:12,22
  116:1 130:10 169:7
financially 174:1
find 7:13 38:12 39:1
  49:7,7 51:17 73:25
  90:2 107:18 117:21
  158:17
finding 38:17 144:10
fine 7:17 26:7 31:17
  42:22 45:17 78:21
  115:8 141:7
finish 6:24 7:12,19
finished 7:6
Firm 174:8
first 5:2 7:19 12:21
  24:17 25:11 27:9
  40:10 46:8 49:4
  60:11,12 68:2,23
  88:19 101:1 139:3
  142:12,16 143:21
  150:12 160:21
fiscal 138:23,24,25
  139:4
Fischer 97:15,16,17
five 11:20 17:17

31:12 35:6,7,12,14
  41:17 54:25 83:20
  103:25 105:12
  120:2,5 128:11
  139:3 167:6
Five-Year 155:3
fix 163:23
floating 7:12
follow 106:12 124:22
  160:23
following 39:5
  109:25 129:10,11
  129:14
follows 5:2
follow-up 143:18
foregoing 172:21
  173:7
foreign 98:17,19,24
  99:11,16,20
forget 13:8
form 28:13 36:21
  37:16 43:19 45:10
  51:24 53:8 61:22
  63:16 68:12 78:10
  80:16 82:24 88:17
  89:25 90:3 98:13,23
  99:6,7,9,23 100:5
  102:3 103:5,13,18
  160:21 161:11
format 19:16
formatted 25:2
forms 24:9 29:24
  70:10 72:18 88:15
  93:19 94:12,13 98:1
  98:1 100:2,6 106:4
Fort 124:4
forth 63:4
forward 41:6 44:25
  55:6 171:2
found 65:25
foundling 40:22 41:7
  41:13
four 47:21,21,25 48:6
  48:19 50:6,6,7
  120:21 125:17,17

161:13
fraud 107:15
free 4:7 22:18 66:1,2
  66:12 92:5 93:9
  137:9,25 151:7
  158:13
Freeman 2:2 3:2 5:4
  5:8,10,22 13:10,12
  13:20,23 15:7 16:1
  16:6 17:6 19:1,4,7,9
  19:14,18,21,22
  20:13 24:13,16
  26:17,20 28:16
  31:17 37:24,25
  42:25 43:2,20 44:10
  44:21 45:12,17 46:1
  46:2 51:2 55:3
  59:18 61:24 63:17
  63:23 64:4 68:15,18
  71:21,24 83:1,25
  84:3 93:25 94:4
  96:19 100:1,23
  101:1 102:6,9 104:2
  108:15 110:23,25
  111:4 119:9,13
  143:14,21,24 146:3
  146:6 147:22,25
  150:7 154:18,21
  157:5 169:15
  170:24 171:4
Friday 83:13
Friedman 96:20
front 3:15 19:5,11
  25:21 40:24 44:4
  52:6 87:23 91:22
  94:10 101:3 133:11
  144:18
frontline 17:1
full 6:15 62:6,19,24
  68:3 159:2 160:6
  173:7
fully 9:8
full-size 89:18
full-sized 70:14
fun 164:11

VICTOR FARINELLI                                              5/9/2014

10

**function** 39:19
124:19
**functions** 124:11
165:11,16
**funding** 105:18 125:6
**funds** 114:5
**funeral** 12:5 20:17,18
**further** 103:21
145:14 147:7,16
169:12,14 173:14
173:23 174:1
**future** 143:9 149:2

**G**

**G** 81:24
**gather** 38:6 42:11,13
**gathered** 42:4,16,17
**gathers** 32:11
**general** 5:16 6:2 13:4
13:5 16:10,11,15
17:25 106:16
107:12 110:4
132:12,15,20
141:14 144:8
168:21
**generally** 17:8 36:8
36:18 37:3,3,7
39:17 41:1 49:22
54:10 76:16 83:18
89:22 98:6 110:14
133:1,17 142:17
161:3 166:15
**General's** 18:2
**gentleman's** 13:8
**geographic** 170:6,11
**Geraldine** 4:3 10:9
14:22 17:23 133:19
**gesture** 6:8
**getting** 45:22 84:15
88:22 89:23 96:24
138:7
**give** 6:2 8:2 72:22
79:9 89:22 97:20,24
114:2 124:13 132:2
153:16,18 167:14

**given** 66:11 93:1
103:5 111:11,25
120:9 123:19
173:13
**gives** 40:23
**giving** 9:13 97:1
**go** 14:10,12 33:12
34:23 35:9,9,21
41:12 43:25 44:20
44:25 48:13 52:12
55:4 58:4 60:1,7
61:22 63:3 82:6
83:25 84:11 88:14
89:1,18 90:25 91:21
107:20 108:15
109:22 121:5,6
123:3,8 124:3,6
128:23 134:7
143:12 144:10,12
150:2 158:21
163:10 164:10,10
169:20
**goes** 32:17 88:18
107:11 110:4 138:5
141:22 167:23
**going** 9:11 13:16 14:9
15:12 24:16 33:20
37:10 40:9,21 44:12
45:18,23 47:18 48:2
48:10 54:14,24 55:6
59:24,24 63:18 67:2
68:2 70:24,25 71:8
72:24 73:19,24 77:9
79:21 91:17,17,19
91:21 94:2 97:6
107:15 111:11,24
112:9 117:2,4,5,7
119:11 120:16
123:5 124:5 127:11
129:12 140:24
143:5,21 145:20
146:1,3 147:22
150:7,12 153:22
157:5,17 159:24
160:2 161:16,17

162:5 163:6 165:20
167:3 168:4 169:23
**good** 7:14 89:22
143:3 157:10
**gotten** 68:8
**GovDelivery** 133:24
133:25 134:1 146:9
**government** 78:16
99:8 124:19,24
125:2 129:13 134:2
134:4
**governments** 118:7
127:22 139:5
**government-issued**
77:20,22
**Grande** 2:19 5:14
**grandparent** 86:6
**grandparents** 87:1
**great** 6:23 7:9,16,22
8:2,9 9:19 12:21
13:10,19 17:16,23
19:13 21:9,22 24:3
37:21 42:3 45:15
46:1 146:3
**group** 51:9
**groups** 38:20,23
**guidance** 147:17
**guide** 3:16 101:5
118:14
**guidelines** 100:21,22
126:17 136:6
**guys** 113:5

**H**

**H** 3:8 4:1 82:2
**half** 83:9
**handbook** 100:14,19
126:10,14,18
**handed** 103:13
**handgun** 77:21 79:4
95:5
**handouts** 135:19
**happen** 91:5 125:4,5
142:6
**happened** 44:18

**happens** 7:24 67:24
**happy** 167:2
**hard** 7:3 100:20
**harder** 49:23
**Harris** 4:3 10:9 14:22
14:23 15:1 17:23
120:19
**Harris's** 133:19
**hats** 18:17
**head** 78:22 149:23
**heads-up** 92:9
**health** 1:11 2:7,13
5:16,19 9:20 10:1
10:21 11:18 13:6
16:16,17 17:13 18:1
23:2 26:9 27:25
29:7 34:8 41:3
44:19 45:5,6 46:10
46:11,13 47:4 52:15
53:6 55:18 56:22
58:12,18,20 60:17
66:7 70:9 71:1
74:10,11 82:10
94:19 119:15
137:10,15,19 148:7
**healthcare** 36:11
47:23 48:6
**heard** 158:9
**hearing** 20:6,7,8,9,15
107:20
**hearings** 20:12 21:6
**held** 11:10 32:24,25
95:8
**help** 8:10,11 11:7
95:9
**helps** 11:7 99:14
**hereinbefore** 173:9
**Hernandez** 16:13
**HHSC** 14:16 15:5
16:7,22 17:9,13
18:10,11 29:5,9
30:6,8 32:17 33:3
38:5 41:10 43:12,21
45:19 53:2 61:5,17
61:21 62:2,3 72:25

VICTOR FARINELLI                                    5/9/2014

11

73:7 104:23 105:13
105:18 109:11,16
124:9 125:6,9 126:6
131:18 132:1 134:4
136:5 149:17
151:15 154:5,9
**HHSC's** 37:13
139:22
**high** 11:15 81:8
**Hispanic** 97:12
**Hispanics** 55:7
**Hispanic-naming**
161:8
**historically** 38:7,20
**hit** 84:15,20
**hits** 44:12 73:9,10
**hold** 14:9
**holder** 49:25
**holds** 128:24
**home** 34:22 35:25
38:14 39:21 47:18
48:4,17
**Homeland** 94:22
**homes** 12:5
**honestly** 69:6,6
**hoping** 69:8
**hospital** 31:9,10
39:10,14,15 40:1,4
40:5,6,7,13,15,16
41:2,12 70:17
**hot** 144:16,17
**hour** 54:24
**hours** 9:1 64:9 83:11
116:15 118:2
125:15
**house** 10:17,19 32:16
152:6
**Houston** 116:23
120:20
**huh-uh** 105:20
**Human** 1:11 2:7 5:20
9:20 17:13 26:9
27:25 45:5 58:20
**hyphen** 161:21,23

**I**

**ID** 4:7 22:16 34:11,12
75:20,24 77:15 78:8
78:21,23 79:10 81:2
81:9 93:21 98:1
101:25 102:2 103:1
153:10,12,13 157:3
158:23
**idea** 39:3 140:24
**identifiable** 98:25
**identification** 3:17,21
14:4 21:16 22:1,4,8
22:12,17,21 23:20
23:24 33:14 53:9
65:8,9 69:13 72:8
76:2 77:21,23 78:4
78:7,11 80:17,18
91:12 92:18 93:20
94:12,13,14,16,17
94:18,20 95:2,15,21
95:21 96:10,14 97:2
98:2,4,5,8,22,25
100:3,5,6,8 102:11
102:19,22,25 103:9
103:11,15,19
110:12 134:18
141:24 144:4 145:1
146:10 148:3
**identified** 96:8
**identity** 85:21,21
**IDs** 78:14,19 79:8,14
80:2,6,9
**IH-35** 2:20
**imaged** 89:16
**immediate** 86:4
**immediately** 33:10
33:23 34:4 117:3
**immigration** 94:23
154:12
**immunization** 18:12
**impact** 23:12,14,17
**impediment** 149:4,12
149:21
**impediments** 143:11
**implement** 91:5

**implemented** 151:21
**implications** 139:4
**important** 7:2 9:14
**impose** 26:11
**incentive** 115:12,23
116:1 130:10
**include** 42:9 55:7
57:16 78:4 79:2,4
158:23
**included** 53:22 55:6
**includes** 113:9
**including** 114:3
**incorporate** 106:14
**incorrect** 73:20 96:24
97:1
**increase** 139:23
**Indian** 90:3
**indicated** 58:14
160:7
**individual** 9:21 17:1
18:5 24:10 30:5
50:5 59:13,23 61:25
63:14 64:5 65:1
66:23 67:22 68:8
73:12,16 74:17,19
75:2 76:10 82:8
84:3 85:14,25,25
86:11 87:4 88:7,14
93:1,6,15,20 96:11
97:11,25 99:20
100:2 101:8,23
103:3 104:5 107:5
107:13,15 108:1
112:24 113:16
116:22 123:2,9
126:21 130:22
131:2 133:6 136:14
137:2 138:4,10
156:6 169:8,10
**individuals** 10:23
11:2 29:10 30:9
38:13 43:14 49:22
52:20 53:17 54:18
58:17 61:9 62:20,24
64:10,14,16,17

65:11 74:4 86:21
95:9 96:5 101:25
102:1 112:12 132:2
132:7 133:11 135:6
139:1,11 140:5,9
148:20 150:1
154:10 156:17
**individual's** 86:12
95:20 96:13
**inform** 91:7 97:18,21
**information** 3:21
14:3 19:25 29:13,15
30:13,16,21 32:9,11
32:14 33:4 37:14
38:6,16 42:4,15,17
43:7,9 44:4 47:16
49:5,9 52:20 53:25
54:1 68:10 70:4,7
70:11,15,20 84:9,14
84:20 88:19 91:18
91:22 96:14,23 97:4
97:22 99:5 100:13
100:17 106:16,25
121:24 128:1 132:2
132:22,23 133:6,18
133:22,24 134:11
136:9 144:2 145:5,6
146:9 147:2,7,17
149:14,15 154:5
170:18
**informing** 136:6
**informs** 26:2
**insisted** 163:10
**inspecting** 125:15
**inspection** 110:10
**inspections** 109:23
110:1,3 124:16
**Inspector** 107:11
**instance** 1:17 128:12
**instances** 105:13
137:8
**institution** 94:20
**instruct** 13:14,16
63:19,25 74:6 129:9
**instructed** 64:3

VICTOR FARINELLI                                5/9/2014

**instruction** 63:24
**instructions** 118:13
  124:13 166:15,18
  167:11,12 168:3
**insurance** 34:8 65:14
  98:17
**interested** 174:2
**interface** 73:10
**interfacing** 88:7
**interim** 18:15
**Internet** 118:19
**Internet-based** 153:4
**interpretation** 63:22
**interrupting** 45:8
**intervene** 110:18
**introduce** 5:11
**intrusive** 44:24
**investigate** 107:8
  108:24
**investigation** 107:10
  107:21,24,25
**investigations** 107:15
**involve** 151:14
**involved** 50:19
**involvement** 21:3
**in-hospital** 32:6
**in-house** 43:15 88:12
  157:20
**issuance** 3:16 55:12
  70:13 71:6 73:1
  91:12 100:14
  102:15 103:17
  104:3,7,9,23 105:10
  108:18 110:17
  111:13 112:15
  113:12,20 115:2
  118:10,23 119:1,4
  119:24 122:19,23
  124:14 126:13,14
  133:15 152:22
**issue** 51:3 66:19
  70:23,24,24 71:7,9
  89:16 92:5,5 104:13
  104:14 107:17,19
  110:12 118:18

129:7,16 152:24,24
**issued** 31:3,4 39:4
  66:20 68:12 69:10
  69:12 70:4 72:2,12
  72:19 76:4 78:2,4
  78:15,23 79:14
  80:13 92:14,15
  94:24 95:15 98:18
  99:12 105:6 107:13
  108:21 136:13,15
  136:16,22 137:4,6
  137:25 138:15,16
  139:14 141:13,15
  141:18 142:5,13
  143:1
**issues** 45:4 86:14
  127:25
**issuing** 67:8 69:19
  92:3 101:4 109:9,13
  110:2,11 111:21
  112:6,8 118:16
  122:25 129:20
**I-35** 82:17
**I-94** 98:23

**J**

**J** 2:2,9
**Jane** 159:25
**job** 124:25 174:25
**Joe** 4:7 150:16
**John** 2:8 5:18
**Johnson** 3:23 146:21
  146:23 147:12
**John.Scott@texasa...**
  2:11
**JP** 165:14
**Jr** 2:9
**Justice** 2:3 33:1
  94:19 95:16,19
  165:5,9 169:18,25

**K**

**keep** 13:16 45:10,23
  48:2
**keeper** 124:12

**keeping** 124:15
**kept** 88:11
**kind** 8:21 36:3,10,20
  46:12 93:7 127:13
  129:19 153:2
**kinds** 75:24 76:1
**knew** 91:16
**know** 6:23 7:24 8:7
  8:13 10:15 15:6,7
  15:15,16,17 16:2,12
  16:22 17:10 20:1
  24:5,20 25:12 27:2
  34:2,7 38:5,7,19,25
  39:8 42:1 44:17
  45:9 47:8 52:10
  53:12 58:1,3,5 69:4
  69:7,10 72:16 74:3
  81:10 82:22 83:5,7
  91:4,7 92:4 96:18
  100:12 103:10
  112:12,20 115:7,8
  116:6,13 117:18
  118:16 119:3,22
  121:9,18 122:18,22
  123:18,25 124:1
  127:18 128:12
  129:19 130:14
  131:7 132:11,13,19
  132:21 134:10,21
  135:9,19 136:11,19
  136:21 137:4 138:9
  138:14 139:22
  141:7,12,16 142:6
  142:10,15 143:5
  147:11 150:16,18
  151:10,18,21 152:1
  152:1,3,4,6,7,18
  154:15 156:9,13,23
  157:2 160:1 163:4,6
  164:13 170:10,20
  170:23
**knowledge** 14:11
  15:18 16:7,8,9,20
  16:21 17:18 32:14
  37:10 42:20 44:1

46:17,22,24 51:6
  69:9,14 72:17,20
  73:15 75:14 81:7
  82:15 83:4 86:5
  93:5,20 103:2
  105:16,17 106:17
  108:7 112:7 115:5
  117:23 118:24
  120:15 122:8,15
  123:6 137:16
  138:19 141:1,2,11
  143:7,10 152:15
  156:19
**knows** 14:16 15:5

**L**

**labor** 114:4,11
**lack** 101:25
**lacks** 93:21
**laid** 72:13 126:19
**language** 55:6
**large** 19:10
**largest** 120:3
**late** 55:12
**Latino** 51:14
**law** 31:23 34:22 35:9
  35:11,15,18 39:13
  48:22 67:5 69:23
  94:15 109:18,22
  165:5 167:21
**laws** 126:20 133:3,15
**lawsuit** 21:1 169:10
**lawyer** 13:15 46:2
**lay** 105:9
**lead** 12:17
**learn** 12:21 40:21
**leave** 18:10 158:13
**left** 13:7 157:11
**legal** 2:19 5:14 42:18
  43:5 70:15 149:12
  159:22 164:21
  174:8
**legislation** 74:13
**legislative** 23:6,10
**Legislature** 61:7

VICTOR FARINELLI                                    5/9/2014

13

length 83:3
letter 54:1 81:8
  133:19 148:15
  163:18,20
letting 42:1 44:25
  112:12
let's 26:2 40:22 86:11
  94:1 96:18 97:14,15
  99:16 103:25 104:2
  123:8 143:12
  144:22 163:20
level 69:21 91:3
library 79:20
license 22:17 75:25
  80:15,21 81:2 89:23
  94:14 95:6,6,25
  96:1,16,20 97:9,16
  151:2,4
licenses 64:18 79:5
lie 70:22
lifespan 107:14
lifetime 67:22 68:8
  106:24 107:2
  168:10
limit 24:17
limitation 17:20 74:3
  78:13 147:5
limited 67:6 70:11
limiting 65:16 66:25
line 65:19,20 87:24
  159:15 160:23
lines 22:4 92:20
link 144:13 152:9,12
  152:16,19
Linked 4:5
Lisa 16:13
list 3:18,20 81:21
  82:3 110:19 111:5
  119:16,18 121:15
  128:21 133:23
  145:15 167:6
listed 81:11 121:14
lists 121:18
LISTSERV 134:3
  146:9,12

litigation 5:9 58:1
little 8:20 49:22 63:9
  63:14 84:12 90:1
  92:16 98:10 155:18
  159:24 164:2
live 29:12 30:2,5,14
local 4:3,4 12:5 15:24
  29:8 32:19,25 33:4
  33:6,7,12 34:23
  37:8,12,17 43:15
  47:18 48:8 52:19
  56:21 57:2 58:10
  69:11 71:5,11 73:1
  79:8 81:4,16 100:18
  100:18 104:11,25
  109:15,20 111:15
  111:15 114:15,18
  114:22,23 115:15
  115:16,19 116:11
  116:17,22 118:7,11
  118:15,22 119:8
  121:6,16,21 123:8
  123:10,14,18,22
  124:3,10,18,24
  125:2,6,10,18,21,22
  126:7,10,23 127:3,7
  127:12,14,22
  128:20,23 129:13
  129:18 130:3,5,9,15
  130:21 131:1,5,23
  132:25 133:20
  134:7,19 135:10,15
  135:17,18,23
  136:22 138:15
  139:4 144:4 145:7
  147:20 148:4,10
  154:3 165:3,6,8,12
  165:20 167:7,9,22
  167:23 170:9
locals 12:19 105:19
  115:1,5,11,22 116:5
  116:10 119:5
  120:17 154:4
located 82:12 83:8
location 64:6

locations 64:10,16
  109:12 119:25
  120:12,20 121:10
  122:2 125:17
log 153:10
logs 153:11
long 11:10 42:15
  49:15 53:14 63:24
  75:1 76:15 83:18
  84:23 89:9,25 90:3
  107:21 111:1 116:9
  116:12 117:10,22
  127:9 128:4,6,8
  142:15
longer 18:7 42:24
  43:10 71:17 84:12
  90:1 128:11 148:19
  164:7
longer-term 151:14
long-form 70:20
look 14:13 15:4,20
  16:7 19:8 25:17
  27:16 28:6 59:2
  63:5 69:2 72:1
  81:19 90:12 101:6
  107:12 144:23
  150:3 166:4 168:3
looked 42:21 164:10
looking 14:16 25:14
  28:15 115:13
  121:19 158:15
  164:22 167:1
looks 107:16 158:16
lose 66:9 67:24
  115:17 116:2
  130:12,13 168:14
losing 66:5
lost 68:6
lot 40:21 44:12
  154:12
low 139:1
Lunch 143:13
_____
          M
_____
machine 1:22 173:11

maiden 160:6,22
mail 2:14 33:17
  52:17,18 56:2 76:11
  77:9,13,16 78:19
  80:4,7,10 85:17
  130:20 140:19
  156:18 163:13
mail-ins 77:19
maintain 29:20
maintained 169:20
maintains 149:6
maintenance 145:15
major 122:2
majority 84:7
making 6:11 40:25
  46:15 55:15 94:1
male 96:6 160:17
males 161:4
manage 10:6 11:6
manager 9:25 10:4
  11:19 12:20 18:6,7
  18:13,15
managers 133:6
mandatory 126:3
  129:25
manual 84:11 85:3
  116:24 117:7
  127:12
mark 1:3 13:20 16:13
  19:2 24:13 26:17
  68:15 71:21 119:11
  143:22 146:4
  147:23 150:7
  154:18
marked 13:22 24:15
  26:19 68:17 71:23
  94:3 100:24,25
  102:6,8 111:1,3
  119:12 141:23,24
  141:25 143:23
  146:5 147:24 150:6
  154:20 158:16
marriage 96:16
married 95:24,25
  96:6,7 159:21,23

160:8,18
**Martinez** 97:14,16
**mass** 82:14
**match** 95:22 97:2,19
  97:22 116:24
  162:16,24,25 163:2
  163:3,5,22
**material** 92:7
**materials** 29:20
**maternal** 97:13
  161:15
**matter** 28:11,22
  75:16 77:8
**matters** 20:20,23
**maximum** 107:4,6
**McLENNAN** 173:3
**mean** 10:13 11:21
  12:1 14:4 17:13
  22:9 33:3 45:18
  71:1 78:6 81:10
  109:6 165:14
  166:13
**meaning** 145:7
  158:12
**means** 67:1 90:23
  157:22
**media** 131:11
**Medicaid** 34:7 73:7,8
  81:8 98:16
**medical** 20:16 36:3
  36:16,19 37:1,4
  95:5 98:17
**medical-related** 34:8
**Medicare** 98:16
**medication** 8:21
**meeting** 22:22
**meetings** 18:4
**Melody** 1:20 173:5
  174:7
**member** 41:5 86:4
**members** 62:10
**memo** 4:3 148:1
**memory** 74:1
**memos** 133:19
**mentioned** 17:20

41:17 47:11 66:13
  136:1 163:8
**mentioning** 39:9
**met** 151:6,10
**method** 1:22
**methods** 33:21
**Mexican** 98:24
**middle** 7:18 160:22
  161:14
**midwife** 39:22 41:25
**midwife's** 39:23
**mile** 83:1,9
**military** 62:10,11
  94:20 99:9
**million** 155:8
**mind** 55:10
**mine** 164:7
**minimal** 23:15,17
**minimum** 114:24
**minorities** 55:6
**minority** 112:12,16
**minus** 85:12
**minutes** 54:25 83:21
  83:21 85:1 103:25
  116:12,13 117:13
  117:14 128:6,11
  164:16
**misleading** 9:13
**missed** 165:1
**misspelling** 96:17
**mm-hmm** 109:5,6
**mobile** 122:25
**modern** 38:15
**moment** 5:11 15:14
  27:22 72:22 126:12
**Monday** 83:13
**money** 64:15 113:23
  114:1 115:16,18
  116:2,2 130:12,13
  169:7
**monitor** 112:11
**month** 51:7 141:16
**monthly** 79:24 142:2
  142:3
**months** 11:12

**mother** 34:25 36:11
  36:14,14 42:8,11
  43:3 160:7,22
**mother's** 70:17
**Motor** 78:16
**move** 41:6
**moved** 12:17
**multiple** 85:13 97:11
  117:17 121:10
  123:5,25 145:20
**municipality** 33:2
  165:7

---

**N**

**N** 2:1 3:1
**name** 5:5,8 13:8
  32:10 42:1,5,5 44:6
  44:7,8,9 48:25 49:1
  50:8,9,12 54:15,16
  70:11,17 85:7 95:21
  95:22,25 96:7,8,18
  97:13,14 133:19
  159:2,5,7,14,17,22
  159:22,23,25 160:1
  160:6,6,9,15,18,21
  160:22,22 161:4,12
  161:17 162:4,8
**named** 173:10
**names** 32:10 50:10
  50:14 70:12 97:12
  153:19 161:13,16
  161:18 162:5,16
**naming** 41:21
**native** 155:5,7,8,8,12
  155:19,22 156:25
**nativity** 4:9 155:1
**near** 82:14,22,25
  83:8 122:6,9
**near-term** 151:13
**necessary** 74:9 90:25
  149:20
**need** 6:7,8,23 7:9,10
  7:19 8:17 19:18
  21:16 24:5,6,11
  29:10 47:22 48:10

48:23,24 49:24 50:7
  52:2,8 53:25 64:16
  65:12 81:18 82:6
  85:20 86:24 87:24
  88:4,25 89:1,3 90:3
  91:25 93:7,16 97:18
  102:2,24 103:11
  106:23 112:24
  113:16 123:3 132:7
  132:7 138:6 140:25
  153:17,20 170:10
**needed** 47:25 52:10
  87:25 89:13,24 90:2
  91:5 92:12 93:21
  140:9 148:24
**needing** 66:3 88:2
  140:22
**needs** 31:22 52:24
  107:25
**neighbor** 156:11
**neighboring** 30:23
**neither** 173:23
**never** 15:12 24:24
  38:14 137:20
  139:19 151:21
  160:15
**new** 18:13 50:21 59:3
  91:8,8,24 133:22
  144:3
**newborns** 38:17
**nodded** 6:9
**Nods** 78:22
**noncitizens** 95:8
**nope** 19:20 143:10
**normal** 50:23 57:1
  153:7
**North** 2:20
**notaries** 53:7,8
**notarize** 53:10
**notarized** 52:25 69:3
**notary** 52:6 53:4,5,12
**note** 138:23,25
**noted** 172:22
**notice** 1:24 3:9 44:24
  59:18 60:22 90:10

VICTOR FARINELLI                                        5/9/2014

15

131:13,16,20,23
133:8
**notices** 105:25
112:16 133:5
**notification** 53:20
**notify** 96:23
**notwithstanding**
59:20
**November** 44:18
46:7 90:14 141:14
142:20
**number** 1:5 13:22
24:15 26:19 38:8
47:1 68:17 71:23
94:3 98:9 100:25
102:8 107:4,6 111:3
119:12 133:21
136:10,13,15,19
139:1 142:14,25
143:23 146:5
147:24 150:6
154:20 155:12,13
155:16 164:5,7
167:6 174:8
**numbered** 1:19
**numerous** 65:15
**Numident** 98:13 99:2
99:3
**nurse** 37:2
**NW** 2:3

─────────
**O**
─────────
**oath** 9:12
**object** 44:21
**objection** 13:14
28:13 43:19,22
45:10,14,24 61:22
63:16 82:24 99:23
102:3 164:9
**objects** 13:12
**obtain** 24:4 29:14
30:9,17 33:9 39:7
49:15 55:17 57:1,20
61:10 62:11,15,21
62:25 63:9,14 64:11

66:14,24 67:22
76:10 80:3,10 82:8
86:1 93:8,17 96:1
104:5 107:5,7 108:2
116:9 123:9 130:22
131:2 156:5,10,23
157:2 159:19
168:12
**obtained** 64:21
**obtaining** 26:13 28:4
28:12,22 29:2 30:2
33:24 34:4,12,13
49:2 59:14 61:2
62:6 99:21
**obviously** 44:22
**occur** 34:17 91:14
92:12
**occurred** 104:15
116:20 134:14
152:8
**October** 27:15,19
58:7 67:15 68:25
90:16,19,20 135:24
141:13
**odd** 8:21
**offender** 95:15
**offender's** 94:17
**offer** 109:16 130:11
130:12
**offered** 43:24 136:11
137:9
**offering** 110:7
**offers** 121:9
**offhand** 38:4 51:6
56:9 62:8 72:16
109:2 135:11
141:16 156:12
**office** 2:9,14 3:15 4:5
5:19 13:4,5 16:10
16:11,14 18:2 20:11
25:18 27:17 30:17
30:22 32:15,25
33:13,16,17 34:23
39:16 51:3 56:20,21
57:2 59:23 66:19

71:2 82:10,12 83:11
84:4 87:14,20 91:4
91:15,22 100:17
101:3,15 102:12
103:4,10 104:14,20
106:1 107:11
109:15 112:23,23
113:19,23,24 114:1
114:8,22,23 116:11
117:12,14,16,21
118:8,21 121:8,22
122:24 123:11
126:23,24 128:20
128:24 131:2,4,6,6
131:6,18 133:2,11
136:15 137:5,16,21
138:5,17 145:8,10
146:20 147:2,19
148:13 149:2,6
152:1,8 156:6,8
157:17 162:17
165:17 167:8,9
169:1,20,20,25
**officer** 10:16 152:4,5
169:6,7 173:10,11
**officers** 169:4
**officer's** 173:20
**offices** 3:20 4:5 73:1
83:8 106:11 110:2,7
112:17 113:3,4
114:15,18 118:2,6
119:17 121:11,12
121:14 122:20
123:9,15 124:10
125:7,10 126:1,7
127:1 129:6 130:5
130:10,16,22
131:24 133:14
134:7 135:10
136:10,23 138:9,16
141:18 147:20
154:3 166:9,10
168:19
**officials** 151:6
**oh** 17:5 25:20 26:6

57:15 61:13 79:7
94:21 140:8 155:8
155:17
**okay** 6:11,14,18,22
7:1 10:8,15,23
11:10,13 12:10,21
12:25 13:10,19 14:6
15:12 16:3,6,22
17:3,12,16 19:1,7
20:23,25 21:9 22:6
22:11,24 23:9,13,16
23:21 24:13 25:3,6
25:8 26:2,24 27:14
28:18 30:4,19,25
31:22,25 32:4,17,23
33:8,20 34:11,16
35:24 36:7,16,23
37:3,12,19 38:19,25
39:3,9,20,25 40:8
40:12,18,21 41:14
42:19 43:12,17
44:10 45:17 46:18
47:11 48:1,3,12,15
50:4,11,17 51:8
52:23 53:14 54:10
54:21,24 55:15
56:12,25 57:14,15
57:18,22 58:4 59:13
60:7 61:1,7,16,20
62:5,5,19 64:25
65:11,16 66:17 67:5
67:10 69:6,15 70:6
71:4,10,14,16,21
73:12,24 74:2,16
75:10,16,20 76:6,25
78:19 79:14,17,20
79:24 80:2,6,16,20
80:23,25 81:6 82:22
83:5,8,11,18 84:23
86:19 87:10,13
88:10,14,21 89:5
90:5 92:11 93:6,15
94:10,21 95:12,20
97:25 99:11 100:1
100:12,15,23

VICTOR FARINELLI                                          5/9/2014

16

103:21 104:4,22
105:7,16,18,21
107:16 108:9,12
109:1,15 111:23
112:2,5,16,22
114:25 115:8,11
117:2,19 118:1,8,12
118:21 119:9,22
120:2 121:18,23
122:1,22 123:2,14
123:23 124:2,18
125:1 126:6,15,21
127:1,20 128:12,19
129:24 130:1,14,19
133:1 135:17 136:5
137:1,7 138:21,24
141:5,7 142:6,25
143:20 144:15,20
145:17,23 146:23
147:1,22 149:19
150:1 155:18 156:9
156:16,20 157:25
158:3 159:11 160:5
160:21 161:2,11
162:8,11 166:18,25
167:13,16 168:9
**older** 49:22 50:6 74:7
98:8
**once** 33:6 50:20
65:25 67:12 72:1
91:20
**ones** 50:5 111:17
**online** 33:18 56:5
66:15,19 74:21 75:2
75:18,21 76:25
77:18 88:13 130:20
152:9 163:13
**on-site** 29:21
**oOo** 171:7
**Oops** 98:14
**open** 64:10 83:12
153:7
**opens** 40:14
**operating** 10:16
152:4,5 169:6

**opposed** 48:7
**option** 56:12 160:14
**optional** 126:4,5
**oral** 1:16 173:11
**order** 21:16 24:6
31:25 41:3 48:21
52:16 53:14 61:10
62:16 86:1 89:21
90:25 91:3 92:14
93:8,8,17,24 118:18
153:16 159:19
162:11,18 168:6
**ordinarily** 55:16
**ordinary** 32:4 65:3
67:17 74:21 75:21
153:1
**original** 29:4 31:6
71:12 89:25 121:7
128:24 139:25
173:20
**originally** 31:2 162:3
**Ortiz** 2:18 5:14
**outcome** 174:2
**output** 92:19 142:22
**outside** 44:23 45:1,10
86:21,23
**overnight** 75:11
**overnighted** 77:4
**oversee** 10:6

---

## P

**P** 2:1,1
**page** 3:1,8 4:2 27:18
28:7 60:10 63:5
90:12 101:6 139:8
144:14,19 150:12
166:4 173:17
**PAGE/LINE** 172:4
**paid** 28:2 60:17,24
66:13 148:6
**panel** 134:16,22,24
135:20,22 145:15
**panels** 134:25 135:1
135:3 145:20 146:1
**Panhandle** 47:7

**paper** 29:20 32:15
72:10,12,15 113:9
113:10 114:4,13
115:9
**paragraph** 60:11,13
**pardon** 148:1
**parent** 33:9 34:21
35:3 42:8 43:3 52:2
52:3,3,5,5 73:17
86:5,8 87:9,11
162:2
**parentage** 86:14,17
87:4,7
**parents** 31:18 32:1,3
32:10,10 37:4 39:6
39:21 41:20,23 42:6
42:7 44:9 49:1 50:8
50:10,14 51:25 52:3
52:3,4 54:16 70:12
70:16 87:6
**parent's** 44:8
**parole** 95:1
**part** 11:3 15:15 23:5
83:6 88:6 92:8
110:6,9
**partial** 65:1
**participate** 109:8
**particular** 24:24 25:2
26:22 44:3 55:11
60:1 94:7 106:4
108:17 109:12
**parties** 173:24
**partners** 132:24
144:9,13,18
**partner's** 96:7
**parts** 23:9
**party** 21:1 160:8
**pass** 79:25 157:6
169:13 170:25
**passport** 77:20 89:24
95:6 98:17,19,24
99:11,15,16,20
**password** 153:11,12
153:13
**passwords** 153:19

**paternal** 97:13
161:15
**paternity** 11:20,21
**patience** 157:13
**pay** 33:14 37:4 49:11
49:13 59:11 66:5,8
66:10,20 68:3 75:12
77:3 105:6 113:2
114:15,22,24 130:4
**paying** 105:4,4
108:20
**Peace** 33:1 165:6,9
169:19
**Peace's** 169:25
**penalties** 9:13
**pending** 6:24 7:18
**Pennsylvania** 2:3
**people** 38:8 51:9 73:9
91:4 96:19 102:24
112:20 116:6
134:21 136:7
140:22 160:8
166:19
**percent** 135:15 140:5
155:19,24
**percentage** 38:3 47:1
115:5 135:13
**perfect** 45:16
**perfectly** 15:16
**perform** 39:1,19
124:11,16 129:19
**permanent** 94:24
**permit** 77:21 94:25
**permitted** 62:11,15
**PERRY** 1:7 172:2
**person** 26:12 28:2
31:8 32:8 39:10
52:12 53:9 55:24
63:8 85:11,15,16,19
87:23,25 88:16,18
96:16 115:12,15,23
123:18 124:25
128:23 131:5
145:11 157:14
158:1 159:5,9,9

170:10
**personal** 37:9 43:23
44:1
**personally** 20:25
**personnel** 36:4,19
37:1
**person's** 39:11 159:7
**per-birth-certificate**
114:7
**Peters** 4:7 150:16,21
150:22,24 151:5,12
151:19 152:2
**phone** 96:19 147:19
147:21 163:17,21
163:22 167:2,3,14
**photo** 75:20,24 77:15
78:19,20 80:2 98:25
102:18,21 103:1,8,8
103:14,19 157:3
158:23
**photocopy** 89:18
**photographic** 77:22
**physically** 67:17
**physician** 36:4 37:1
**picture** 21:16 22:16
33:14 79:21,25
**pile** 19:4,10
**piles** 85:2
**pilot's** 95:6
**place** 4:9 25:11 40:9
42:7 50:9,13 60:3
67:14 91:10 116:19
121:5 136:2 138:4
139:20 149:20
155:1
**placed** 122:12
**places** 120:9 122:24
**plaintiff** 21:4
**plaintiffs** 1:4 5:14
169:10
**plans** 120:11 143:8
152:15
**please** 7:11 158:13,22
**pleasure** 95:4
**plus** 66:7,10 85:12

114:23 125:20
**point** 33:25 35:19
39:18,24 48:7 88:23
88:25 129:12
142:11 148:18
149:1 159:23
165:18 170:15
**policies** 136:4
**policy** 74:13,14 91:8
98:5 100:9,12
109:25 148:18,21
**polling** 120:9
**population** 154:16
155:2,6,20,23,23
156:2,4 165:7
**portal** 73:8
**portion** 43:5 70:15
132:24
**posed** 63:21
**position** 9:24 11:11
11:12 12:17 23:5
28:1,9 41:2
**positions** 11:1 12:12
165:13
**possibility** 151:6
**possible** 66:14 101:22
112:5 128:17,18
133:18 149:1,3,9,11
156:5 157:2,23
**possibly** 99:25 123:7
169:6
**Post** 2:9,14
**posted** 112:16 131:17
131:20,23
**potential** 88:15
**potentially** 99:21
**power** 109:19,24
124:17,21
**practical** 69:21 91:3
**practice** 60:1
**precinct** 165:7
**predecessor** 140:10
140:23
**predominantly** 83:6
122:12,16

**pregnancy** 36:10
**pregnant** 35:1 36:12
**Prelaw** 140:11
**premise** 28:25
**preparation** 14:24
15:10 142:7
**prepare** 17:24 112:4
**prepared** 16:19
17:17 45:3 110:19
**preparing** 18:21
143:16 173:20
**present** 18:3 34:24
47:16 68:13 135:24
137:7,14,24 152:12
**presented** 163:5
**presenting** 97:3
**preservation** 56:24
115:3 126:25 127:2
167:10
**press** 131:7
**presume** 164:3
**pretty** 45:22
**prevent** 28:11,22
29:1
**previously** 142:11
170:1,19
**price** 1:23 131:9
132:9,14
**primary** 23:19 78:10
78:12 80:8 81:14,22
93:19 94:12,13 98:1
98:4 103:11
**print** 32:15 92:20
106:23,24,24 107:2
108:1,10 153:23
158:22
**printed** 72:9
**printout** 68:21 94:5
99:4 119:14 141:15
**print-off** 164:23
**prior** 8:5 11:19,24
15:23 22:21 23:5
91:18 119:10 142:9
145:19
**private** 98:22

**privilege** 63:25
**privy** 168:24
**probably** 14:9 98:10
108:21
**problem** 163:9
**problems** 101:25
156:20
**procedure** 1:25 74:14
74:15 88:6 89:7
91:8 109:25 112:22
113:15 129:10,11
129:14
**procedures** 90:6
106:11,15 112:11
113:18 116:5 126:7
126:9 129:2 136:4
138:4 146:15 166:8
166:9
**proceed** 112:14
166:17
**proceeding** 173:25
**process** 11:4 16:25
32:4,20 35:10,22
49:2 51:19,22 75:3
89:8,12 110:10
112:15 118:16
142:12,16 163:19
164:2
**processed** 53:19,21
53:24 102:19,22
103:9,15,19
**processes** 109:20
**processing** 12:15
50:18 54:4 56:6
74:24 75:12
**processor** 88:24 89:2
**processors** 100:16
**produce** 19:15 26:12
28:3 46:5,6
**produced** 1:16 46:22
46:23
**product** 46:12
**production** 19:16
106:19 108:23
**productive** 41:4,4

**program** 12:16 23:8
34:8 73:8 98:21
105:10 143:2,6,8
153:20
**proof** 36:2,10,12,17
65:14 93:7 162:12
162:15,18
**proper** 63:23,25
**proportion** 154:15
**proposal** 25:12 57:23
139:15
**propose** 74:12,13
**proposed** 3:10 15:22
24:22,25 25:1,3,10
25:17,22 57:4,6
59:20 63:3 67:12
138:21 139:6,9,11
139:19 151:13
**protect** 63:25
**prove** 34:24 36:5
**provide** 14:3 15:1
29:13 30:12,13,15
30:15 33:14 37:14
52:19 73:1,5 80:17
88:5,16 89:25 93:6
100:17 102:1,16
105:1,18 118:13
125:6 126:6 130:7
136:6 145:8,9
150:21 162:18
163:11 168:6
**provided** 23:3 59:4
59:19 60:22 64:25
84:14,20 91:16,18
91:21 92:8 132:1
144:2 148:4 164:23
**provider** 36:11 47:24
48:6
**providers** 12:3,5,8
125:23
**providing** 151:7,7
**provision** 59:3 94:7
**public** 22:19 34:3
47:9 63:5,6 65:21
65:25 78:24 122:6,9

132:12,15 138:11
144:7,8 149:6,10,17
150:15 151:3
166:22
**publication** 26:25
27:1 139:10
**publish** 24:22 46:14
**published** 27:7,11
**Puerto** 156:21
**pull** 84:10 117:21
128:4
**purchase** 50:22 56:13
68:1
**purpose** 6:14 25:25
26:13 27:21 28:4
63:9 65:16 88:2,20
89:9 101:18,21
112:24 140:23
147:4
**purposes** 21:19 23:20
24:1 41:21,22 65:11
66:1,3 67:20 69:13
72:7 89:23 92:4,18
95:5 125:14 140:3,7
141:24
**pursuant** 1:24 60:17
148:6
**pursue** 129:12
**put** 25:11 26:15
30:25 57:15 60:3
65:22 67:13 84:9
105:25 119:21
136:2 160:2 161:21
161:22,23,24 162:5
**Putting** 91:10
**p.m** 1:20 171:6

**Q**

**qualified** 32:3 33:9
36:25 43:25
**qualify** 118:9
**quarter** 111:12
**quarters** 155:19
**queries** 43:17,20 44:3
**query** 118:19 151:15

153:25 154:2
**question** 6:1,4,20,24
7:4,6,11,18,23
13:13 15:15 17:7
27:22 45:13,14
52:11 86:10 87:4
90:22 96:12 107:17
169:16
**questions** 6:2,3 8:20
8:23 9:5,8,14,17
14:8 26:5 44:23
55:11 72:23 99:1
143:18 150:12
157:7,10,12 169:17
171:3
**quick** 48:1
**quickly** 108:16 117:8
127:6
**quite** 54:8 66:9 85:1
98:9 114:5 125:14
163:3
**quiz** 81:10

**R**

**R** 2:1
**race** 42:11,13 43:2,3
43:3 46:19,23 47:1
47:2 55:5,7,8
**racial** 38:23 51:8,12
54:18
**raised** 169:18
**range** 156:13
**rate** 68:3
**RDoggett@trla.org**
2:22
**reach** 147:6 153:18
163:21
**reached** 154:9
**read** 70:3 167:3
171:1 172:20
**reading** 134:7
**real** 48:1 108:15
**realize** 8:5,7 35:4
**realized** 52:10
**really** 8:17 101:20

143:3,4 164:1
166:19 167:18
**realtime** 157:21
**reason** 9:7 89:12
107:8 160:13 172:4
**reasonably** 28:10,21
96:10
**reasons** 65:13,15
173:18
**recall** 12:23 170:19
170:19
**receipt** 53:17 173:16
**received** 93:1 107:8
147:12,13,19
**recess** 55:2 104:1
143:13
**recognize** 45:22
**recollection** 8:12
81:20 101:8 144:24
145:20
**record** 5:6,12 6:7,15
7:25 12:10 26:11
28:2 29:5 31:6,7,9
31:18,19,20,21,23
32:1,5 33:11 34:17
38:2,9,14,21 39:5
40:7,25 41:10,25
43:12,21 48:18
49:13,14,16 50:1,22
51:5,20 52:4,5,8,9
52:12 54:22 55:3,17
56:13,20 59:14 62:7
66:20 67:18 69:17
70:5,6 71:9 84:1,2
84:11 86:1,2,25
88:23 89:19 92:4,6
92:25 95:9 96:18,22
97:15,20,24 99:21
101:13 104:6 105:6
106:23 107:19
108:5,9,10,21
110:12 128:5,9,25
143:12 149:14,15
150:3 152:24 162:4
162:17,19 173:12

**records** 10:4 31:11
  32:8 39:11 41:19
  49:25 51:10,11
  52:13 56:23 62:11
  66:11 71:9 85:4
  89:15 104:13
  111:22 115:3
  116:18 124:12,14
  124:15 137:3
  149:22 152:10
  163:22,23 169:20
  170:4,5,6,9
**recourse** 109:17
**reduced** 64:21 131:9
  132:9,14
**redundant** 119:10
**Reed** 2:9
**Reed.Clay@oag.st...**
  2:12
**reentry** 94:25
**refer** 21:18 23:24
  39:17 64:20
**refresh** 8:12 74:1
  101:7 144:23
**refreshes** 81:20
**refugee** 95:1
**regard** 33:22 34:4
  46:22 95:7 168:20
  169:9
**regarding** 14:3 17:21
  29:18,21,23 30:1
  60:8,9,13 73:1 91:8
  134:11,17 135:25
  136:10 140:1 144:3
  144:25 148:2 151:6
**regardless** 66:18
**regards** 149:17
**region** 47:2,6
**regional** 125:16
  136:1
**regions** 47:3,4,8
**register** 27:1 60:23
**registered** 31:7 35:6
  37:2 131:13
**registrant** 101:12

159:3,5,9,19 163:10
**registrar** 10:11 12:4
  12:19 14:18,19,21
  16:24 19:24 20:1
  23:4 24:21 25:4
  29:8 31:8,10 32:7
  32:20 37:8,18 39:17
  39:18 41:22,24
  47:18 48:8 60:23
  67:7,13 69:19 71:5
  74:12 81:4,5,17
  104:11,25 109:19
  118:11 119:8 121:7
  123:22 124:3
  126:10 127:4 131:5
  148:2,5 165:2,3,6,8
  165:12,15,15,21,22
  165:25 167:8,9,22
  167:23 169:19
  170:1,2,9,12
**registrars** 4:3,4 12:5
  12:6 15:24 43:15
  52:19 69:11 100:18
  100:18 109:21,21
  109:21 111:15,16
  118:15 121:17
  125:18,21,22
  127:14 132:25
  133:20 134:19
  135:16,17,18 144:5
  145:7 148:4,10
**registrar's** 32:25
  33:13 34:23 56:21
**registration** 9:25
  10:6,7 11:7,8 32:12
  32:21 35:2,10,21,23
  36:13 98:24 123:9
  123:11,12,14,19
  124:10 125:7,10
  126:7,23 128:20,24
  129:6 130:5,10,21
  131:2,24 135:10
  136:22 140:16,18
  145:15 147:20
  174:8

**registrations** 11:5
  130:16
**registry** 11:21 67:13
**regular** 21:11 35:18
  72:5 92:15 93:18
  110:5 115:17,24
  141:22 144:12
  168:15,17
**regularly** 35:8
**regulation** 25:23 57:6
  58:6,9 60:4 61:4,16
  61:24 63:3,13 64:21
  65:2 81:12,21
**regulations** 124:22
  133:4,15 141:9
**regulatory** 74:8
  139:18
**reject** 163:1
**relate** 20:13
**related** 41:18 67:2
  73:12 90:6 101:24
  156:21 173:24
**relating** 146:15
**relationship** 22:12,15
  85:24 86:7 96:13
  104:22 124:9
**relative** 33:9 101:10
**relatively** 117:8
**relatives** 39:7
**relative's** 101:24
**release** 98:13 99:6
**releases** 131:8
**relevant** 45:21 82:4
**religious** 41:22
**relying** 111:1
**remember** 7:22 8:11
**remind** 9:11
**remote** 3:15,18,20
  4:5 43:16 56:20
  68:19 69:12 70:23
  71:5,8,11 73:3
  101:3,4 102:14
  103:17 104:3,6,9,23
  105:9 106:18
  108:18 109:10,11

109:12 110:16
  111:5,13,17,18,19
  111:20 113:12,19
  118:9,22,25 119:4
  119:16,17,19,21,24
  120:5 122:18,22
  123:3,13,15 124:7
  126:13,14,23 127:4
  128:21 129:3,6
  130:3,9,14,16,21
  131:1,6,20 133:14
  136:10,14,20 138:2
  138:5 141:18,23
  147:1 148:3 152:21
  153:12 165:23
  166:1,1,8,10
**remove** 106:23
**removed** 23:18 40:6
  40:10
**Reneé** 1:20 173:5
**RENEÉ** 174:7
**rep** 12:18
**repeat** 62:22 167:12
**rephrase** 90:24
**report** 10:8,23 44:16
  46:6,7,13,14,18,24
  46:25
**reported** 1:22
**reporter** 6:6 7:4
  173:6
**REPORTER'S** 3:4
  173:1
**reports** 10:15,16
  44:15 46:5,21
  139:10
**repository** 128:1
**represent** 5:8 12:4
  22:6 167:1
**representative** 45:2
  97:14 147:6,12
**representatives**
  146:25
**represented** 12:25
**representing** 5:19
  12:18 13:3

VICTOR FARINELLI                                        5/9/2014

20

**request** 19:19 31:22
  32:1 33:19 49:4
  51:23 52:24 54:19
  55:21,24 73:13,16
  73:17 118:22 140:5
  162:11
**requested** 56:20
  139:2,12 140:2
  173:15
**requesting** 14:3 51:9
  140:6
**requests** 11:4,21
  12:15 16:25 51:7
  53:3 54:5 56:1,4
  59:23 61:25 65:1
  157:14,15
**require** 36:19 47:20
  53:8 61:9 62:20,25
  123:5
**required** 26:12 28:3
  31:11,13,23 34:23
  35:23 37:5 48:7,16
  48:17 53:16 59:10
  60:17,19 66:20
  81:23 84:16 93:6
  99:22 112:17
  136:25 145:9 148:6
  148:8,24
**requirement** 41:16
  41:17 50:12
**requirements** 24:4
  33:8 34:11 50:5
  53:13 91:9 100:20
  103:21 134:19
  157:4
**requires** 21:15 35:9
  35:11 36:18 75:20
  77:15
**requiring** 138:10
**research** 169:8
**reserve** 45:14,24
  171:2
**residence** 42:10
  155:9,14
**resident** 36:14 94:25

**residential** 82:20
**resolved** 21:6,8
**respond** 7:7 53:16
  163:25
**response** 28:7,17
  90:13 147:13
**responses** 60:8,9
  147:11
**responsibilities** 10:3
**responsibility** 39:21
  39:23 41:24
**responsible** 31:8 40:3
  40:24 41:25
**responsive** 147:16
**restate** 6:20
**restaurants** 11:25
**result** 139:5 148:9
  160:9,18
**retain** 167:24,25
**retrieve** 128:8
**return** 57:4
**returned** 75:11
  173:15,17
**returning** 26:16
**revenue** 66:10
**reversed** 61:20
**review** 18:20,23 19:9
  23:11 25:22 26:4
  27:20,21 93:23
  150:11
**reviewed** 18:25
  126:12 143:16
**Rican** 156:21
**RICK** 1:7 172:2
**right** 25:11 28:18
  30:6 44:23 51:19
  75:18 79:18,19 82:6
  82:17 83:22,24
  101:18 112:17
  113:3,13 114:10
  115:25 116:3,21
  120:18 121:16
  123:8 131:18
  140:19 144:8,9
  154:13 155:25

156:3 157:24
  158:23 159:7 160:4
  160:17 161:6 162:6
  162:13 164:1
  165:23 166:21,23
  167:20 168:7
  170:24
**Rio** 2:19 5:14
**Rivera** 18:5
**RMR** 174:7
**Robert** 2:19 4:7 5:13
  150:18
**role** 32:19 39:12
**roles** 145:12
**rolled** 167:19
**Rough** 117:10
**roughly** 84:25 110:16
  110:23 111:23
  119:6 127:18
  135:14
**route** 40:4,5
**routinely** 46:23
**rule** 15:22,24 20:17
  20:19 24:25 25:1,3
  25:17 27:3,6,14,17
  45:11 57:4,16,17,22
  58:2,5,17 59:21
  60:20 62:4 69:1
  90:10,14,15,20,25
  91:1,5,5,9 95:18
  98:14 101:19 139:9
  140:14 148:9
**rulemaking** 62:3
**rules** 1:25 3:10,11
  24:22,23 25:11
  26:23 27:1 48:9,23
  63:22 67:13 74:13
  79:22 80:1 91:17,19
  126:19 136:2
  140:10

---

**S**

**S** 2:1 3:8 4:1
**Safety** 22:19 47:9
  56:22 58:12,18

60:17 65:21 74:11
  78:24 148:7 149:6
  149:10,17 150:15
  151:3
**sample** 3:13 71:25
**San** 121:2,4,12
**saw** 23:21
**saying** 45:10 55:5
  67:20 160:5 162:20
  163:22
**says** 39:14 60:11 72:7
  87:24 90:13 95:18
  102:23 109:22
  115:2 153:22
  158:22 159:2 167:6
  167:21
**SB** 21:18,23 22:7,13
  23:9,21 58:1 93:21
  139:20 140:1,12,23
  140:25
**schedule** 58:24
**school** 11:15 52:8
  65:14 78:6 81:9
  89:23
**schools** 78:17,18,18
**scope** 45:1,11
**Scott** 2:8 5:18,18
  13:7 15:6,14 16:1,5
  17:4 18:24 19:2,6
  19:14,17,20 20:11
  28:13 31:15 37:22
  42:23 43:19,22
  44:20 45:15,25
  50:25 61:22 63:16
  63:18 64:2 82:24
  99:23 102:3 108:13
  110:18 158:6,9
  164:9,13,17 167:15
  171:1
**screen** 68:19 69:12
  70:1 153:24
**scrubbing** 46:15
**seal** 69:5
**search** 44:7,8,11 49:4
  49:11 50:17 58:11

VICTOR FARINELLI                                              5/9/2014

58:18 84:9,11,15,23
84:25 85:3 116:14
116:16,25 117:4,7
127:7,12 142:23
**searchable** 43:13
**searches** 84:24 85:1
**searching** 85:11
106:19 108:22
116:18
**second** 28:19 44:20
60:10 63:5 84:1
90:12 98:14 166:4
**secondary** 78:9 80:9
80:16,19 81:1,2,14
81:22 98:2 100:3,5
103:12
**Secretary** 25:19
27:18 57:23 122:24
145:8,10 168:19
**section** 25:25 27:21
57:7,17,18 60:18
92:17 132:12,15
139:3,6 144:7,16,17
**Sections** 148:7
**secure** 124:15
**securing** 63:10
**security** 24:7 56:24
72:9,12,13,15 73:6
80:22 94:22 97:6
98:12 99:3 104:20
113:9,10 114:13
115:9 124:15
**see** 6:25 18:16 23:12
25:3,6,18 27:6,9
43:24 60:10,16 70:1
73:25 81:20 87:6
107:14 110:1
111:21 138:22
142:1,13 159:15
160:5 167:2,4,14
**seeing** 106:17
**seeking** 148:20
**seeks** 64:5
**seen** 13:23 24:18,24
25:1,8 26:20,22

68:21,23 94:7 107:1
150:8 154:21
**select** 144:13
**self-assessment**
129:22
**Senate** 21:10,13,18
**send** 33:3,4,6 49:8,9
53:20,23,25 133:5
133:17,17,18,21,24
163:18
**sending** 162:22
**sense** 6:21 13:17 20:3
55:8
**sent** 25:4 33:7 133:8
133:13 146:8,17,18
146:22
**sentence** 28:19 167:4
**SENTRI** 95:1
**separate** 113:4
**separately** 141:25
**September** 27:12
**serve** 109:12
**served** 83:19
**service** 12:3,4,8
18:15 20:17 33:18
75:9 99:9 125:22
**services** 1:11 2:8,13
5:17,20 9:21 10:1
10:22 11:18,20 12:1
12:2,18 13:6 16:16
16:18 17:11,13 18:1
18:6,8,14 23:2,7
26:10 27:25 29:7
41:3 45:5,6 46:10
52:15 53:6 55:18
58:21 66:8 70:9
71:1 74:10 82:10
94:23 110:4 119:15
121:10 137:10,16
137:19 146:18,20
146:24
**session** 21:11
**set** 57:19 61:4 69:24
80:9 88:15 98:13
100:9 122:25 126:9

**sex** 160:9
**Shakes** 149:23
**share** 127:18 167:2
**shipping** 75:13
**shorter** 164:7
**shorthand** 1:22 173:5
173:12
**shortly** 91:16
**shot** 68:19 69:12
**show** 48:24 85:15,17
93:13,16 99:22
100:2
**showing** 36:11,13
48:10,14 50:8 65:14
86:13
**shows** 86:14 87:8
**sibling** 86:5
**sick** 9:3
**side** 98:15
**sign** 4:8 36:20,25
52:2,4,6 53:3 171:2
**signage** 87:19,20
**signature** 3:4 69:4
80:14 172:1,21
173:14,17
**Signed** 98:12
**similar** 104:19 133:8
**similarly** 7:10 40:1
**sir** 5:5 13:23 21:21
154:23 171:5
**sister** 86:12
**site** 103:17 104:7,10
108:18 110:5,6,9,13
110:15 111:12
112:3,8 118:10,23
119:1,4,19 120:17
123:4 124:7 125:13
125:25 131:1
135:23 138:3
152:22
**sites** 3:19 102:15
104:3,23 109:8,13
110:17 111:6,13,24
112:2,5 113:12,20
120:6 122:19,23

123:15 129:3 130:4
130:9,15,16,21
131:21 136:14
**sitting** 19:11
**situation** 98:7
**sit-down** 91:23
**six** 75:18 76:16 77:9
128:13,14,15
**size** 117:14 128:10
**slightly** 119:10
**slot** 135:2,4 159:17
**small** 117:14
**Smith** 160:1
**SOAH** 20:6,8,9 21:6
**Social** 24:7 73:5
80:22 97:5 98:12
99:3 104:20
**society** 41:5
**soft** 100:21,22
**software** 149:21
153:2,3
**solution** 151:13,14
**solve** 163:9
**someone's** 69:16,22
128:4 161:12
**soon** 33:11 157:23
**sorry** 13:8 15:22 17:5
26:6 31:16 47:24
51:4 62:22 63:4
74:17,24 79:7 82:2
86:15 89:6 98:14
109:7,7,7 113:5
140:8 146:6 155:8
155:10 158:7,8
164:10
**sort** 91:23 92:8 105:3
168:2
**sought** 86:1
**sound** 7:14 8:20
117:20 157:12
**sounds** 46:1 120:1
**source** 12:3,5,8 23:19
125:22
**SOUTHERN** 1:1
**speak** 6:7 19:22

| | | | |
|---|---|---|---|
| 63:20 | 11:17 12:3,4,12,13 | **state-issued** 78:13 | **Subscribed** 174:3 |
| **speaks** 63:20 64:3 | 12:18,22 13:6 14:18 | **state-run** 78:18 | **Subsection** 59:2,4 |
| **special** 35:22 72:9 | 14:19,21 16:16,17 | **station** 122:25 | **subsidize** 66:11 |
| **specialist** 12:16 23:8 | 16:24 18:1 19:24 | **statistical** 46:15 | **substantiate** 62:16 |
| **specific** 24:19 26:1 | 20:1,11,21 21:4 | **statistics** 4:5 10:2,5 | **successful** 143:2 |
| 27:2 29:24 30:21,22 | 23:2,4 25:19 27:18 | 10:12,20 11:18 23:3 | **successfully** 153:14 |
| 36:21 49:25 72:3,13 | 29:7,12,16 30:10,13 | 39:16 43:14 46:11 | **sufficient** 69:16 |
| 79:23 90:5 103:22 | 32:22,24 37:16 41:3 | 46:13,14,25 58:25 | 79:10,11,15 80:3 |
| 106:11 112:22 | 42:10 45:6 46:10 | 100:17 104:13 | 96:1 |
| 116:4 126:6 136:3,6 | 47:5,6 52:15 53:6 | 109:20 119:16 | **Suite** 174:9 |
| 136:9 | 55:18 57:23 60:16 | 124:14 125:23 | **summary** 44:15,16 |
| **specifically** 13:15,16 | 66:7 67:7 69:19,23 | 127:24 132:16,24 | 46:4,6,6,18 |
| 15:9 16:12 19:25 | 70:9 71:1 74:10,12 | 133:2 144:18 | **summer** 125:17 |
| 29:17 32:1 33:22 | 76:4,5 78:2,5,23,25 | **status** 4:10 95:1 | **supervise** 124:19 |
| 34:3 36:19 37:16 | 79:14 81:4,16 82:10 | 111:18 155:1 | **supervisor** 129:13 |
| 41:20 53:4 94:11 | 86:22 87:7 94:14,15 | **statute** 20:16,19 | **supervisory** 109:19 |
| 105:22,25 106:4,7 | 94:18 95:3 98:19,20 | 59:10 115:1 | **supplies** 113:7 130:7 |
| 134:10 138:10,12 | 98:22 99:13 104:12 | **statutorily** 60:19 | **supply** 113:6 |
| 140:3 141:8 145:7 | 104:16 109:19 | 148:8,24 | **support** 140:24 174:8 |
| 146:21 155:13 | 111:16 113:2,6 | **statutory** 61:1 62:6 | **supporting** 24:6,10 |
| **speculation** 99:24 | 118:1 119:15 | 62:19,24 114:9,19 | 37:11,17 52:8 80:17 |
| 102:4 164:9 | 122:24 124:24 | 114:23 137:17 | 80:24 81:3,7,11,15 |
| **speed** 89:16,21 | 125:18 130:4 | **step** 73:19 75:8 | 81:21,22 100:6,8 |
| **spelled** 85:7 | 137:10,15,19 139:4 | **stop** 48:1 82:16 | 102:2 162:22,23,25 |
| **spelling** 54:14 | 148:2,5 154:16 | **stopping** 109:24 | 163:2 |
| **spend** 64:15 114:5 | 155:9,14 156:7,24 | **stops** 169:19 | **supposed** 167:25 |
| 125:14 | 165:5 168:19 169:1 | **street** 1:23 42:9 | 168:1,5 |
| **stacks** 89:19 | 173:2,6 | 82:13 | **surcharge** 58:14 |
| **staff** 17:11 29:23 | **stated** 34:25 36:8 | **strike** 55:21 | **sure** 6:12 7:4 8:16 |
| 53:7 91:7,9,11,22 | **statement** 28:25 | **student** 98:4 | 28:14,16 40:25 |
| 92:2,3 133:2 153:19 | 36:22 47:23 53:11 | **study** 39:1 51:17 | 44:22 45:7 46:16 |
| **staffing** 113:2 118:4 | 67:19 72:7 73:21 | **stuff** 46:2 | 50:2 55:1,15 62:9 |
| 130:4 | **states** 1:1,17 2:2 5:9 | **sub** 109:21 121:12,14 | 70:2 73:22 78:20 |
| **stamp** 4:4 148:4 | 28:20 30:22,23 | 121:19 | 83:3 90:22 91:20 |
| **standard** 8:19 46:12 | 60:23 63:6 74:12 | **subject** 9:12 19:15 | 101:11,20 102:23 |
| 46:21 88:6 | 81:15 94:23 95:3,6 | **submission** 35:12,16 | 105:15 107:23 |
| **standpoint** 44:25 | 98:18,20 99:8,13,17 | 41:18 | 110:21 116:5 119:5 |
| **start** 115:14 137:14 | 99:18,19 101:11 | **submit** 39:11 49:21 | 122:21 123:1 |
| 170:4,5 | 106:18 138:25 | 52:17,18 80:6,16,19 | 124:22 129:20 |
| **started** 12:14 142:12 | 139:8,9 148:15 | 81:3 93:11 106:25 | 130:18 135:21 |
| 142:16 | 154:13 155:12,23 | **submitted** 25:18 33:5 | 141:2,6 142:14,17 |
| **Starting** 43:11 | 155:24 156:7,10,14 | 35:25 49:12 57:23 | 147:18 157:4 158:3 |
| **starts** 60:13 | 156:16 173:22 | 58:2 90:19 | 164:21 165:1 |
| **state** 1:21 2:13 4:5 | **statewide** 139:12,19 | **submitting** 106:21,22 | 167:15 |
| 5:5,16 10:1,11,21 | **State's** 145:8,10 | **Subpoena** 1:24 | **surprise** 167:4,10 |

VICTOR FARINELLI                                   5/9/2014

23

**Survey** 155:3
**surveys** 129:23
**swing** 31:1
**sworn** 1:18 5:2
  173:10 174:3
**system** 4:6 10:6
  32:12,21 43:16 44:3
  68:20 71:6 73:3
  92:16 101:4 118:14
  118:18 121:17
  127:13 128:2,7
  134:2 141:21
  147:21 148:3
  153:12 164:15
**systems** 127:15
**S-E-N-T-R-I** 95:2

—————— **T** ——————

**T** 3:8 4:1 59:2
**TAC** 3:14
**take** 5:11 6:6 14:13
  15:4,20 16:6 19:8
  49:15,19 53:14
  54:25 61:8,14,15
  64:6,11 66:23 74:17
  75:1 76:15,16 77:9
  81:19 84:12,23 87:3
  89:19 103:25
  107:22 116:9
  117:16,17,24 125:3
  125:19 127:9 128:4
  128:6,8,13 145:12
  153:7 162:21 164:2
  165:18
**taken** 1:18 90:18
  173:11,25
**takes** 40:15 84:25
  117:11
**talk** 7:2,16,20 14:23
  15:9 17:17 141:8
**talked** 17:25 161:8
**talking** 8:5 17:23
  46:3,4 110:10
  111:23 167:18
**talks** 106:21,22

  160:21
**Tarrant** 117:15
  123:24 124:2
**team** 12:17
**technical** 39:12
  143:11 149:4
**technically** 40:16
  46:9 151:23
**technology** 38:16
**tell** 54:7 70:2 94:11
  103:13 129:11
  166:13 167:3 168:5
**telling** 112:6 129:13
**ten** 38:1,17 39:4 47:5
  75:3 76:23 83:20
  107:3,9 108:1,2,10
**term** 21:25 22:6 55:7
  64:23 108:4,4
**terminate** 108:21,25
**terminated** 108:19
  109:4
**terms** 63:13 82:19
  105:21,24 106:3,6
  106:10 127:6
**territory** 170:7
**test** 166:15
**testified** 5:2 20:4
  160:12
**testify** 16:19 43:1
  44:1 141:10
**testifying** 9:20 12:22
**testimony** 6:15 9:13
  45:20 58:16 160:19
  173:13
**Texas** 1:1,11,21,24
  2:7,10,13,15,19,20
  5:13,19 9:20 17:13
  20:16,17,21 21:4
  24:21,23 25:4 26:8
  26:25 31:3 32:6,22
  34:17 37:14,15 38:1
  57:8,19 58:12,13,18
  60:22 61:7 72:14
  74:11,11 79:5 81:13
  81:14,24 86:3,22,24

  94:5 95:16,19 98:3
  99:7 108:7 111:16
  113:6 130:23 134:2
  134:3 154:12,16
  155:6,14,20,24
  156:11 173:2,6
  174:9
**Texas.gov** 33:18 66:6
  66:14,21 114:8,16
**TexReg** 3:10,11
**text** 59:20
**Thank** 17:6 19:13
  20:3 25:21 27:20
  37:24 41:14 42:3
  45:25 171:4
**therefor** 173:18
**thing** 9:11 13:15 22:9
  55:5 124:23 153:17
**things** 167:7
**think** 8:10 9:7 22:3
  35:4 43:24 45:18,20
  73:19,21 109:1
  158:25 159:13
  164:19,23 166:14
**thinking** 73:21
**third** 80:23 111:12
**thought** 158:9
**three** 50:12 125:17
  145:25 146:2
  155:19 162:24
  164:16
**tier** 80:23
**Tim** 13:9
**time** 9:17 33:5 38:8
  38:11 49:23 64:6,11
  66:22 68:2,11,23
  70:17 89:20 90:14
  112:4 135:2,3
  139:15,18 140:4
  142:14 143:16
  145:21 146:1
  152:17 161:25
  164:2,6,8,14,15,16
  168:13 170:12
  171:3,5

**times** 35:3,6
**timing** 127:6,7
**Timothy** 2:13 5:15
**Tim.Bray@dshs.st...**
  2:16
**title** 3:14 10:10 39:12
  57:8,18 81:25 94:6
  150:22,24
**today** 9:3 13:1 16:19
  18:25 19:23 40:21
**told** 54:15 97:9 103:7
  103:18
**toll-free** 164:4,7
**top** 56:23 57:1 85:2
  90:12 114:3 139:8
  158:22
**Topic** 14:14,16,17
  15:4,5,10,20 16:3,7
  16:8,20,23 17:9,10
  17:21 45:21
**topics** 14:9 17:18
  143:18 144:16,17
  144:24
**total** 155:2,7,11,13
  155:19 156:2,4
**totally** 8:19
**track** 68:10 127:25
  136:25 147:19
**tracked** 68:5,7
  141:19,20
**tracking** 55:11
  147:21
**train** 29:23 30:1
**trained** 52:20
**training** 56:24 91:9
  91:14,23 106:7
  118:12 125:9,12,14
  125:15,19,23,24
  134:14 135:22,25
  136:3
**transcript** 173:8,16
  173:21
**transferred** 169:21
**transit** 82:14 122:6,9
**transmit** 32:14

VICTOR FARINELLI                                           5/9/2014

transportation 64:15
travel 29:17 52:16
 64:6 94:25 95:1
treated 39:25
Trey 97:14,17
trial 171:3
trip 150:4
trips 123:6
trouble 99:21
true 32:13 58:23 93:3
 172:22 173:8,12
truthfully 9:14
try 7:5 132:2 133:17
trying 12:10 63:24
 93:25 166:14
turn 14:6 85:3 90:9
 101:6 104:2 120:19
 120:22,25 138:21
Turning 25:21
two 12:7 18:16 47:22
 50:7 70:10 80:19
 81:3 82:16 92:20
 97:3,7 100:2,6
 120:24 162:9,22
 167:19
TXHHS 3:22
type 34:2,8 43:17,20
 46:18 47:16 82:19
 86:15 89:14 105:3
 116:16,24 125:12
 134:10
types 11:1 44:14
 46:21 55:11 127:23

U

Uh-huh 14:15,20
 15:19 17:2 31:14
 37:20 50:24 59:9,15
 60:21 63:11 65:10
 68:4 71:13 79:1
 90:11 100:4 103:6
 108:11 112:1,21
 113:25 114:12
unacceptable 72:18
undergo 106:8

underneath 159:2,14
 159:15
understand 6:3,12,12
 6:16,19 8:22 9:4,15
 9:19 14:11 17:14
 21:19 22:8,11 23:25
 64:22 78:20 161:7
 162:19 170:22
understanding 15:25
 21:13 22:20,25 24:3
 153:21 160:10
understandings
 21:22
understood 158:4
 167:25
underway 58:2
Unit 10:2,12,20 11:18
 23:3 43:15 119:16
United 1:1,17 2:2 5:9
 94:23 95:3,6 98:18
 98:20 99:8,13,17,18
 99:19 155:12,23
 156:7 173:22
Universal 155:2
university 78:5 82:23
 82:25
unlawfully 99:17
urban 122:2
usage 114:4
use 4:4 23:19 37:11
 47:3 64:22 66:2,25
 67:1,6 71:19 80:10
 86:16 91:10 96:18
 97:14 105:9,11,13
 106:4 118:17 129:2
 134:4 153:23
 168:12
user 3:16 101:5
 118:14 153:10,12
 153:13,18
uses 22:7 47:9 103:17
 134:3,4
usual 157:10
usually 107:22
 117:10 128:8

135:12
UT 78:8 83:2
U.S 2:3 4:9 29:18
 95:2 154:13 156:24
 156:25 174:8

V

v 172:2
valid 76:8 80:7 95:13
 99:15 158:23
Valley 51:15
value 87:3
variations 85:12,13
varies 156:12
various 11:25
vary 48:20 49:17
 117:12 159:24
VEASEY 1:3 172:2
Vehicles 78:16
verification 153:24
verified 49:24 110:7
verify 73:6 153:8
verifying 153:22
versus 45:19 85:8,9
veterans 62:14,15
 98:16
Victor 1:12,16 5:1,7
 172:3,20,25 173:9
violate 105:10
violating 108:16
violation 20:16,18
 105:14
visa 95:5 98:18,20,23
 99:12,22
visit 110:9 111:12,24
 112:3,9
visits 110:5,6,13,15
 125:13,25 129:18
 135:23 138:3
vital 4:5 10:1,5,7,11
 10:20 11:18 23:3
 39:16 43:14 46:14
 46:25 58:25 100:16
 104:13 106:20
 109:20 119:15

124:12,14 125:23
 127:23 132:15,24
 133:2 144:18
void 106:23
volunteer 109:8
vote 21:16,17 22:19
 63:10 93:21 140:10
 140:15
voter 4:7 22:16 98:24
 134:18 140:3,16,18
 145:11,12,15
voters 131:14 132:13
 145:5,6
voting 67:3 140:3,7
 140:23
vs 1:5 51:25
VSU 144:13

W

W 2:19
wait 7:6,11 82:2
 83:18 98:14 116:12
 164:6,16
waive 27:4 59:5,6,12
 59:13 114:18
 137:20
waived 59:1,4 60:19
 60:24 148:9 157:16
waiver 62:19,24 65:1
 98:20
waivers 62:6
waives 58:17 66:8
waiving 61:25 137:17
walks 88:18 115:23
want 7:16 19:8 44:21
 44:24 45:6,10,13
 50:20 54:25 55:4
 69:15 97:23 109:15
 119:22 129:7 159:6
 159:7 164:1
wanted 13:11 44:17
 46:6 65:19,20,22
 90:2 143:17 147:2
 158:3 165:18
wanting 21:15

VICTOR FARINELLI                                          5/9/2014

25

**wants** 28:12,23 29:2
  165:14
**Washington** 2:4
**wasn't** 91:25 140:14
**water** 7:9,13
**way** 8:3 9:3 11:22
  12:13 34:22 35:17
  39:13 40:13 45:9
  48:9,22 54:21 75:16
  109:18,18 110:7
  134:6 141:21,23,25
  144:22 148:23
  157:25 167:21
**ways** 23:21 113:17
  130:19,25
**wearing** 18:16
**Web** 153:5,8
**website** 29:17,17
  119:16 121:20,23
  132:12,16,21,24
  144:1,2,7,11,12
**weekends** 83:16
**weeks** 12:24 27:11
  49:18 76:17 142:17
**went** 58:6 69:1
  121:19 134:11
  146:11
**weren't** 136:4 140:22
  140:24
**west** 1:23 82:13,17
**we'll** 6:25 7:25 8:17
  30:15 48:2 50:5
  53:20,25 78:1 84:11
  119:21 125:14
  152:24 163:4
**we're** 7:11 17:12
  24:16 33:20 38:16
  45:1,18 48:9,10
  53:16 59:24,24
  65:24 66:5 70:24
  73:24 75:12 83:9
  110:10 111:1,23
  124:11 136:24
  142:5
**we've** 8:4 12:11 33:6

45:3 50:20 54:22
  65:2 89:8 110:3,19
  131:16 136:5 144:2
**willingness** 141:10
**wish** 170:16
**witness** 1:17 14:10
  20:20 42:25 43:23
  63:19,21 64:1 157:6
  164:12 169:13
  170:25 171:1 172:3
  173:9,13
**witnesses** 5:20
**woman** 40:23 95:24
**words** 159:7 162:9,16
  165:14
**work** 6:11,25 7:20
  16:14 64:11 79:9
  96:4 133:4
**worked** 11:20,22
  12:13
**working** 12:12 87:25
  88:16 91:4
**works** 5:25 18:11
**worried** 45:19
**Worth** 124:4
**wouldn't** 9:8 38:3
  39:8 53:12 70:2
  82:21 83:7 99:19,20
  110:20 115:7
  117:18 143:3
  149:21
**write** 163:24
**written** 34:22 35:18
  39:13 48:9,22 92:7
  109:19 167:21
**wrong** 16:2 97:9
  98:14 163:5
**wrote** 25:12 26:10
  148:6

---
**X**
**X** 3:1,8 4:1
---
**Y**
**yeah** 27:13 50:16,16

57:16 85:13,13
  110:24 115:20,21
  116:3,3 117:20
  120:16 121:8,16
  127:3,3 136:18
  140:20 145:16,18
  149:11 151:3 154:1
  155:21 159:12
  160:11,14 163:16
  167:13,16
**year** 11:22 35:7,9,14
  35:20 47:15 49:18
  49:20 110:15
  111:11,25 120:12
  125:21 126:1
  129:23 139:2
**years** 11:18,20 38:1
  38:18 39:4 47:21
  52:1 74:6 98:9
  105:12 139:3
  145:11

---
**$**
**$1** 60:4 114:23 115:1
  115:2,6 127:2
  167:10
**$1.80** 167:8,16,23
**$1.83** 105:6 108:20
  152:25
**$10** 66:6,13,20 114:8
  114:16
**$12** 114:3
**$15** 54:4
**$2** 58:11,14,18 59:1,8
  59:19 60:18,23 66:8
  114:8,19,22,24
  137:17 148:16,19
  149:2 167:18,22
**$2.00** 148:8
**$22** 29:1 49:11 50:17
  50:22 55:19 57:11
  57:13,20 58:8 61:6
  76:13 126:24
**$25** 49:14 50:18
**$3** 56:11

**$5** 56:18 76:21,22
**$8** 75:15 77:6

---
**#**
**#38267** 174:7

---
**0**
**08/07/13** 4:7
**08/23/13** 3:10

---
**1**
**1** 10:11,13 12:16
  14:14,16,17 45:21
  47:6
**1st** 27:19 90:19
**1:42** 1:20 171:6
**10** 116:13
**10/14/13** 4:3
**10/18/13** 3:11
**100** 3:15
**102** 3:17
**106** 3:9 13:21,22
**107** 3:10 24:14,15
  57:5 63:4 138:22
**108** 3:11 26:18,19
  58:4 90:10
**109** 3:12 68:16,17
  71:17
**11** 156:15 158:19
**110** 3:13 71:22,23,24
**1100** 82:13
**111** 3:14,18 94:2,3
**112** 3:15 100:24,25
**113** 3:17 102:7,8
  158:16,20,20
**114** 3:18 111:2,3,4
**115** 3:20 119:11,12
**116** 3:21 143:22,23
  164:22 166:5
**117** 3:22 146:4,5
**118** 4:3 147:23,24
**119** 3:20 4:7 150:6,8
**12** 11:18
**12th** 25:20 57:24
**12/24/13** 3:22

VICTOR FARINELLI                                            5/9/2014

**120** 4:9 154:19,20
  167:15
**12548** 2:9
**13** 3:9
**14** 21:11,14,18,18,23
  22:7,13 23:9,21
  58:1 93:21 139:20
  140:1,12,23,25
**14th** 1:23
**143** 3:21
**146** 3:22
**147** 4:3
**149347** 2:14
**15** 41:23 50:7,11,15
  50:16 75:3 76:23
**15th** 42:2
**15,000** 155:17
**15,248,259** 155:17
**15-day** 41:18
**150** 4:7
**154** 4:9
**157** 3:3
**16** 74:6
**17** 52:1
**170** 51:25
**172** 3:4
**173** 3:4
**18** 145:11
**18th** 27:15
**181** 82:1
**181.22** 57:7,18
**181.22(c)** 58:15
**181.28** 3:14 82:3 94:6
**181.28(g)** 81:25
**19th** 174:3
**1903** 42:18,21
**191.0045** 56:22
**191.0045(e)** 60:18
  148:7
**191.022(f)** 60:18
  148:8
**1919** 2:14
**1987** 44:18 46:8
**1994** 43:11

### 2

**2** 12:15 15:4,5,10
  28:7
**2R** 12:4
**2s** 11:3
**2:13-cv-193(NGR)**
  1:5
**20** 83:21 84:25 91:6
  116:13 139:11
  167:9,24
**200** 110:23 155:8
**2008** 155:2
**2011** 21:11
**2012** 155:2
**2013** 25:16,20 27:15
  27:19 57:24 58:7
  90:14,16 141:13,14
**2014** 1:13,19 173:12
  174:4
**202.305.4355** 2:4
**202.307.3961** 2:5
**20530** 2:4
**209** 1:23
**21st** 58:7 68:25 90:16
  90:20 141:13
**21,109,883** 155:10
**214** 98:13 99:6
**22** 57:8,18
**23rd** 25:16
**24** 3:10
**25** 3:14 10:25 81:25
  94:6 135:15 155:7
  155:24
**26** 3:11

### 3

**3** 12:14 15:20 16:3,7
  16:8,20 17:21
**3rd** 44:18 46:7
**3s** 11:3
**30** 53:17,19 83:21
  84:25 156:15
  173:16
**30s** 38:13
**30th** 67:15

**30(b)(6)** 1:10 5:20
  43:23 44:23 45:2,11
**344** 174:8
**35** 135:15
**38** 3:10,11
**380** 174:9

### 4

**4** 12:14 16:23
**4-AUSTIN-161365**
  174:25
**40s** 38:13
**421** 111:15
**49th** 82:13
**4920** 2:20

### 5

**5** 3:2 17:9,10
**5:00** 83:13
**50** 110:14
**50s** 38:13
**512.292.3866** 174:10
**512.292.4249** 174:10
**512.374.2725** 2:21
**512.447.3940** 2:21
**512.475.0131** 2:10
**512.776.6966** 2:15
**512.776.7720** 2:16
**512.936.0545** 2:11
**5416** 3:10

### 6

**60** 51:7 119:7 136:20
  138:14 142:7
**600** 135:8
**68** 3:12

### 7

**7** 101:6
**70** 110:15
**701** 174:9
**71** 3:13
**7307** 3:11
**75** 155:18
**78701** 174:9
**78711** 2:10

**78714** 2:15
**78751** 2:20

### 8

**8:00** 83:13
**85** 119:23

### 9

**9** 1:13,19 173:12
**9:02** 1:20
**90** 80:15 98:6,11
**94** 3:14
**950** 2:3