SENATOR TROY FRASER                                        7/23/2014
CONFIDENTIAL TRANSCRIPT

<div style="border:1px solid black">

1

                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                         CORPUS CHRISTI DIVISION

MARC VEASEY, et al.,              )
                                  )
          Plaintiff,              )
                                  )
VS.                               )   CIVIL ACTION NUMBER:
                                  )   2:13-CV-193 (NGR)
RICK PERRY, et al.,               )
                                  )
          Defendants.             )
_____)
                                  )
UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )
                                  )
VS.                               )   CIVIL ACTION NUMBER:
                                  )   2:13-CV-263 (NGR)
TEXAS LEAGUE OF YOUNG VOTERS      )
EDUCATION FUND, et al.,           )
                                  )
     Plaintiff-Intervenors,       )
                                  )
TEXAS ASSOCIATION OF HISPANIC     )
COUNTY JUDGES AND COUNTY          )
COMMISSIONERS, et al.,            )
                                  )
     Plaintiff-Intervenors,       )
                                  )
VS.                               )
                                  )
STATE OF TEXAS, et al.,           )
                                  )
          Defendants.             )
_____)
                                  )
TEXAS STATE CONFERENCE OF         )
NAACP BRANCHES, et al.,           )
                                  )
          Plaintiffs,             )
                                  )   CIVIL ACTION NUMBER:
VS.                               )   2:13-CV-291(NGR)
                                  )
NANDITA BERRY, et al.,            )
                                  )
          Defendants.             )

</div>

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

```
                                                        2
 1  BELINDA ORTIZ, et al.,          )
                                    )
 2           Plaintiffs,            )
                                    )
 3  VS.                             )  CIVIL ACTION NUMBER:
                                    )  2:13-CV-348(NGR)
 4  STATE OF TEXAS, et al.,         )
                                    )
 5           Defendants.            )
    _____)
 6

 7       ***********************************************

 8                      DEPOSITION OF

 9                  SENATOR TROY FRASER

10                    JULY 23, 2014

11       ***********************************************

12                    HIGHLY CONFIDENTIAL

13

14      ORAL DEPOSITION OF SENATOR TROY FRASER, produced as

15  a witness at the instance of the Plaintiff, was duly

16  sworn, was taken in the above-styled and numbered cause

17  on the JULY 23, 2014 from 9:03 a.m. to 7:57 p.m., before

18  Chris Carpenter, CSR, in and for the State of Texas,

19  reported by machine shorthand, at the Office of the

20  Attorney General, 209 West 14th Street, Austin, TX

21  78701, pursuant to the Federal Rules of Civil Procedure

22  and the provisions stated on the record or attached

23  hereto.

24

25
```

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

```
                                                            3
 1
 2
 3              A P P E A R A N C E S
 4 FOR THE UNITED STATES OF AMERICA:
 5      Elizabeth Westfall
        U.S. JUSTICE DEPARTMENT
 6      CIVIL RIGHTS DIVISION
        Room 7254 NWB
 7      950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530
 8      (202) 514-0828
        elizabeth.westfall@usdoj.gov
 9
   FOR THE NAMED DEFENDANTS RICK PERRY, ET AL.:
10
        John Scott
11      J. Reed Clay, Jr.
        Assistant Deputy Attorney General
12      ATTORNEY GENERAL OF TEXAS
        P.O. Box 12548
13      Austin, TX  78711-2548
        (512) 475-3281
14      john.scott@texasattorneygeneral.gov
        reed.clay@texasattorneygeneral.gov
15
   FOR THE WITNESS:
16
        Linda Halpern
17      Manager of Complex Litigation
        ATTORNEY GENERAL OF TEXAS
18      P.O. Box 12548
        Austin, TX  78711-2548 MC109
19      (512) 475-1969
        linda.halpern@texasattorneygeneral.gov
20
        Brooke Paup
21      Deputy Division Chief
        Intergovernmental Relations Division
22      ATTORNEY GENERAL OF TEXAS
        P.O. Box 12548
23      Austin, TX  78711-2548
        (512) 936-1381
24      brooke.paup@oag.state.tx.us
25
```

SENATOR TROY FRASER                                  7/23/2014
CONFIDENTIAL TRANSCRIPT

4

1   FOR TEXAS LEAGUE OF YOUNG VOTERS' EDUCATION FUND:

2          Tania Faransso
           Richard Shordt
3          WILMER HALE
           1875 Pennsylvania Avenue, NW
4          Washington, DC 20006
           (202) 663-6262
5          tania.faransso@wilmerhale.com
           richard.shordt@wilmerhale.com
6
    FOR D.C. LULAC:
7
           Armand Derfner (appearing by telephone)
8
    ALSO PRESENT:
9
           Roberto Rivera, summer intern with WilmerHale
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

<div align="right">5</div>

                          INDEX

Appearances........................................3
SENATOR TROY FRASER
        Examination by Ms. Faransso................10
        Examination by Ms. Westfall...............186
        Examination by Mr. Derfner................296
        Examination by Mr. Scott..................309
        Examination by Mr. Shordt.................335
        Further Examination by Ms. Westfall.......353

Signature and Changes.............................358

Reporter's Certificate............................359

                        EXHIBITS

NO. DESCRIPTION                              PAGE MARKED

1    Subpoena for Documents                       16

2    Deposition of Senator Fraser, May 17, 2012   18

3    Deposition of Senator Fraser, July 13, 2012  19

4    Engrossed Version of HB 218                  24

5    As-Introduced Version of SB 362              43

6    Press Release SB 362                         51

7    Excerpted Transcript From the Committee of   64
     the Whole, March 10, 2009
8    Senate Rules, Jan. 14, 2009                  82
9    E-Mail, March 4, 2009                        90
10   Senate Journal, Wednesday, March 18, 2009    93
11   E-Mail Chain, Nov. 9, 2010 and Attachment   102
12   Excerpt From Senate Rules 2011 Session      105
13   Press Release, Jan. 20, 2011                106
14   Introduced Version SB 14                    113

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

6

15    E-Mail Jan. 27, 2011 and Attachment           117

16    Signed Version of SB 14                        131

17    Engrossed Version of SB 362                    133

18    Talking Points SB 14                           145

19    Excerpt From Committee of the Whole            164
      Transcript, Jan. 25, 2011

20    Senate Journal, Jan. 26, 2011                  169

21    Texas Voter Registration Application           187

22    Senate Journal, Eightieth Legislature, May     196
      15, 2007

23    Press Release, Dec. 15, 2008                   203

24    SB 363                                         207

25    E-Mail, 3/29/12                                218

25    E-Mail, 3/29/12                                218

26    Article:  Laws for Immigration, Tough Talk     220
      May Be Empty

27    Senate Journal, Eighty-First Legislature,      225
      Jan. 14, 2009

28    E-Mail Chain, Jan. 21, 2011 and Attachment     228

29    Transcript Excerpt, Committee of the Whole     234
      Senate, Jan. 25, 2011

30    E-Mail, April 12, 2011                         238

31    E-Mail Chain, Jan. 22, 2011 and Attachment     244

32    Transcript Excerpt, Committee of the Whole     256
      Senate, Jan. 25, 2011

33    E-Mail Chain, Feb. 1, 2011 and Attachment      261

34    SB 14 Amendments Chart                         270

35    Voter ID Differences                           280

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

7

1   36   Adoption of Conference Committee Report on   285
         SB 14 Voter ID
2
    37   E-Mail, Jan. 24, 2011                         290
3
    38   Texas Transportation Code 521.142             299
4
    39   Texas Administration Code 15.183              300
5
    40   Chart of Poll Results                         322
6
    41   Lighthouse Opinion Polling                    322
7
    42   Article:  The Effects of Photographic         322
8        Identification on Voter Turnout in Indiana
9   43   A Report of the Heritage Center For Data      322
         Analysis
10
    44   Article:  The Empirical Effects of Voter-ID   322
11       Laws: Present of Absent
12  45   University of Texas Poll                       329
13  46   Follow-up to University of Texas Poll         330
14  47   Letter from Senator Van de Putte dated        353
         January 21, 2011
15

16

17

18

19

20

21

22

23

24

25

8

1              MS. FARANSSO:  Good morning, Senator

2  Fraser.  My name is Tania Faransso and I'm an attorney

3  representing the Texas League of Young Voter's Education

4  Fund and Imani Clark, who are the plaintiff intervenors

5  in this matter.  And there are a number of people around

6  the table, so I'll have everyone introduce themselves

7  for the record.

8              THE WITNESS:  Could I stop you for a

9  second, please.  I have a reasonably severe hearing

10 loss, and when you speak very quickly, I miss three-

11 fourths of what you say, so I will probably be asking

12 you to slow down and speak slower --

13             MS. FARANSSO:  I can do that --

14             THE WITNESS:  -- and clearer.  And I'm

15 sorry, I just -- I have trouble sometimes hearing what

16 is said.

17             MS. FARANSSO:  I can do that.

18             THE WITNESS:  Thank you.

19             MR. SHORDT:  I'm Richard Shordt with the

20 Texas League group as well.

21             THE WITNESS:  Wait, wait, stop.  You're

22 with who?

23             MR. SHORDT:  Texas League of Young Voter's

24 Education Fund, Texas League group.

25             MS. HALPERN:  Which of you will be

9

1  questioning today?

2            MR. SHORDT:  Ms. Faransso.

3            MS. HALPERN:  Okay.

4            MS. WESTFALL:  I'm Elizabeth Westfall for

5  Plaintiff, United States.

6            MR. RIVERA:  I'm Roberto Rivera, Texas

7  League.

8            THE WITNESS:  Texas League also?

9            MR. RIVERA:  Yes.

10            THE WITNESS:  Okay.

11            MR. SCOTT:  John Scott, AG's Office.

12            MS. PAUP:  Brooke Paup, AG's Office.

13            MS. HALPERN:  Linda Halpern for the

14  witness.

15            THE COURT REPORTER:  Who's on the phone?

16            MR. DERFNER:  Armand Derfner, D.C. LULAC

17  Plaintiffs.

18            (Witness sworn.)

19            MS. HALPERN:  All right.  Before we start,

20  I'd like to make a statement for the record.  There

21  appear to be three distinct parties that are represented

22  by counsel here today.  As you know, it is our position

23  that the maximum amount of time this deposition can last

24  is 7 hours on the record, so I am making an announcement

25  now so there is no confusion or claim of lack of notice

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              10

1  at the end of this deposition that we will be stopping

2  at the end of 7 on the record hours.  So I would

3  encourage the three distinct parties that have counsel

4  in this deposition to confer and make sure that you

5  don't use each other's time up.

6              MS. FARANSSO:  At the moment, we won't

7  agree to the 7 hours, but we can see how the day goes

8  and determine later.

9              MS. HALPERN:  You can agree or not agree,

10 but we will be leaving at end of 7 hours on the record.

11             MS. FARANSSO:  Understood.

12             MS. WESTFALL:  Very good.  And just for

13 the record, we will be seeking additional time if we

14 need additional time beyond the 7 hours.

15                   TROY L. FRASER,

16 having been first duly sworn to testify the truth, the

17 whole truth, and nothing but the truth, testified as

18 follows:

19                   EXAMINATION

20 BY MS. FARANSSO:

21    Q.   Senator Fraser, can you state and spell your

22 full name for the record, please.

23    A.   Troy L. Fraser, F-R-A-S-E-R.  First name is

24 T-R-O-Y.

25    Q.   A few moments ago you were sworn under oath.  I

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

11

1  know this isn't your first deposition, but do you

2  understand that you are expected to testify completely

3  and truthfully to the questions that I ask you today?

4       A.   I do.

5       Q.   Okay.  If you'd like a break at any time, just

6  let me know and we'll be happy to accommodate you.  I

7  would only --

8       A.   And I'm sorry, I'm having a very difficult time

9  understanding you.  You speak very, very quickly and

10 it's not going to work if we continue that, so I need to

11 advise you if you want me to answer your questions,

12 you're going to have to be able to speak where I can

13 understand you.

14      Q.   I will try to slow down.

15      A.   Yeah.  I'm sorry.  The other people that have

16 spoken, I don't appear to have as much problem.  For

17 some reason, I have a problem with your voice.

18      Q.   Okay.  Again, if you would like a break at any

19 time, just be let me know and I'll be happy to

20 accommodate you.  I would only ask that if a question is

21 pending, that you answer the question before we take a

22 break.  Do you understand?

23      A.   You're still going very, very, very quickly.  I

24 understand -- I believe what you said that if I want a

25 break, that I can ask for it.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

12

1      Q.    That's right.

2            When I ask questions during this

3  deposition, it is important that you wait until I

4  complete my question before you begin to answer it.

5  It's also important that you give verbal answers as

6  opposed to nonverbal answers, which will help our court

7  reporter record our statements completely.  Do you

8  understand?

9      A.    I do understand.

10      Q.    Okay.  And if you don't understand a question

11  that I've asked, just ask for clarification and I'll be

12  happy to rephrase my question.  Do you understand?

13      A.    I understand very clearly.

14      Q.    Okay.  And if there's any -- at any time if you

15  recall information in response to a question that I have

16  already asked, feel free to let me know and I'll allow

17  you to supplement the record.  Does that make sense?

18      A.    Yes.

19      Q.    Okay.  Senator Fraser, is there any reason why

20  you may not be able to testify truthfully and completely

21  today?

22      A.    No.

23      Q.    Are you taking any type of drugs or medication

24  that may affect your ability to answer the questions

25  that I'm going to ask you today?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            13

1     A.   No.

2     Q.   Okay.  When I use the term "minority voters" in

3  the deposition today, I'm referring to voters who are

4  non-White and non-Anglo.  Do you understand?

5     A.   No.

6     Q.   I'm sorry, let me restate that.  I'm referring

7  to voters who are non-White or Non-Anglo.  Do you

8  understand?

9     A.   No, there's many classes of minorities other

10 than non-White and non-Anglo.

11    Q.   That's right.  And I'm -- what I'm telling you

12 is that for purposes of today's deposition, I'm using a

13 definition where minority voters means non-White or

14 non-Anglo voters.  Does that make sense?

15    A.   Okay.

16    Q.   Okay.  When I refer to Senate Bill 14, I'm

17 referring to Voter ID law passed by the State Senate in

18 2011.  Does that make sense?

19    A.   Okay.

20    Q.   Okay.  Senator, are you represented by counsel

21 today?

22    A.   I am.

23    Q.   And who is your counsel?

24    A.   Linda Halpern.

25    Q.   Did you meet with your counsel prior to the

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              14

1  deposition?

2       A.   Yes, I did.

3       Q.   When was that?

4       A.   Yesterday.

5       Q.   And for how long?

6            MS. HALPERN:   You can say for how long.

7       A.   Four hours.

8       Q.   (By Ms. Faransso) Was anybody else present at

9  that meeting?

10      A.   Additional counsel, Brooke --

11           MS. PAUP:   Paup.

12      A.   Paup?

13           MS. PAUP:   Uh-huh.

14      A.   Brooke Paup.

15      Q.   (By Ms. Faransso) Was anyone else present?

16      A.   No.

17      Q.   Did you review documents at that meeting?

18      A.   Yes.

19      Q.   Can you describe generally what kind of

20 documents you reviewed?

21      A.   Well, one of the documents was Senate Bill 14.

22      Q.   Okay.  Thank you.  Did you do anything else to

23 prepare for today's deposition?

24      A.   No.

25      Q.   You did not review any other documents other

                                                        15
1  than when you met with your counsel yesterday?

2      A.   We reviewed --

3           MS. HALPERN:  She's asking if other than

4  yesterday.

5      A.   Other than --

6           MS. HALPERN:  Other than yesterday, did

7  you review any documents?

8      A.   Oh, no.

9      Q.   (By Ms. Faransso) Okay.  Thank you.  Did you

10 speak with anyone before this deposition about the

11 deposition?

12     A.   No.

13     Q.   Did you have a conversation with Janice McCoy

14 about your testimony today?

15     A.   No.

16     Q.   Did you review the transcript of Ms. McCoy's

17 deposition that was taken in this matter on July 9th,

18 2014?

19     A.   No.

20     Q.   Did you speak with Senator Dan Patrick about

21 your deposition today?

22     A.   No.

23     Q.   And did you review the transcript of Senator

24 Patrick's deposition that was taken in this matter on

25 July 11, 2014?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                          16
1      A.   No.

2      Q.   I know that you were deposed twice as part of

3  the Section 5 litigation under the Voting Rights Act in

4  2012.  Do you recall that litigation?

5      A.   Yes.

6      Q.   And to refresh your memory, those depositions

7  took place on May 17th and June 13, 2012.  Since your

8  deposition on June 13, 2012, have you been deposed or

9  have you otherwise testified in any litigation?

10     A.   No.

11          (Exhibit 1 marked for identification.)

12     Q.   (By Ms. Faransso) Senator, the court reporter

13 has --

14          MS. HALPERN:  Look at this one, that's

15 your copy.

16     Q.   (By Ms. Faransso) The court reporter has handed

17 you what has been marked as Exhibit 1.  It's a subpoena

18 for documents in this matter that was issued to you on

19 April 17th, 2014.  Have you seen this document?

20     A.   No.

21     Q.   To your knowledge, did anyone on your staff

22 search your work or personal computers for documents in

23 response to this subpoena?

24     A.   Yes.

25     Q.   And who was that?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              17

1       A.    Terri Mathis.

2       Q.    And what role does Terri Mathis hold on your

3  staff?

4       A.    Chief of Staff.

5       Q.    Is that Miss Mathis or Mrs?

6       A.    Mrs.

7       Q.    Did Mrs. Mathis search your hard copy files?

8       A.    Yes.

9       Q.    And did she search your computer files?

10      A.    Yes.

11      Q.    Did she, to your knowledge, handle all document

12  searches in response to this subpoena?

13      A.    To my knowledge, yes.

14      Q.    Were there any documents related to Senate Bill

15  14 or any previous Voter ID legislation that you had in

16  your possession that Ms. Mathis would not have had

17  access to?

18      A.    No.

19      Q.    Okay.  When a bill has been voted on or when a

20  legislative session has ended, what do you normally do

21  with your working file?

22      A.    I do nothing with the file.  The staff in my

23  office takes care of all of that.

24      Q.    Thank you.  Have you ever used personal e-mail

25  for official Senate business?

18

1    A.    I do not use e-mail.  To my knowledge, I do not

2 remember ever doing an e-mail to anything that was

3 official business.  I probably have sent maybe ten

4 e-mails in the last ten years but that was done by staff

5 with their assistance.  But I have no knowledge that

6 anything was -- any of those e-mails had to do with

7 official State business.

8    Q.    Understood.  And your staff uses e-mail to

9 communicate with each other, correct?

10    A.    I assume they do.

11    Q.    Okay.  Did anyone on your staff ever forward

12 you e-mails that you reviewed?

13    A.    No.

14    Q.    Did anyone on your staff ever print out hard

15 copies of your e-mail that you reviewed?

16    A.    You're going to have to be more specific about

17 what you're asking.  Are you -- do you -- the answer is

18 yes, they do print copies of e-mails, but what are you

19 referencing?

20    Q.    Just general -- as a general matter, do you

21 receive hard copy printouts of e-mail if you're not

22 reviewing them on the computer?

23    A.    Yes.

24    Q.    Okay.  And you can put that away.

25              (Exhibits 2 and 3 marked for

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                          19
1  identification.)

2      Q.   (By Ms. Faransso) Senator, the court reporter

3  has handed you what have been marked as Exhibits 2 and

4  3.  Have you seen these documents before?

5      A.   No.

6      Q.   Do these appear to be the transcripts of your

7  depositions in the Section 5 litigation?

8            MS. HALPERN:  Objection, calls for

9  speculation.

10           Take a look at it.

11     A.   I have not seen all of -- this particular one.

12  It appears -- it says Oral Deposition of Senator Fraser

13  on May 17th, on Exhibit 2.  But I have not had time to

14  examine it.

15     Q.   (By Ms. Faransso) Do you see on Exhibit 3 that

16  it says Deposition of Senator Troy Fraser on June 13th?

17  Do you recall having seen that transcript?

18     A.   I have not seen this transcript, and I do not

19  see where it says that it's --

20     Q.   As a general matter, do you recall reviewing

21  the transcripts of those depositions after they took

22  place at any point?

23     A.   Possibly this Exhibit 2.  Exhibit 3, no, I

24  don't believe I have.

25     Q.   Okay.  Was your deposition in the Section 5

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              20

 1  litigation truthful and accurate?

 2      A.   To my knowledge, it was truthful.

 3      Q.   So you have no reason to now believe that any

 4  part of your prior testimony was inaccurate or

 5  incomplete?

 6      A.   I have no reason to believe that anything I

 7  said was inaccurate.

 8      Q.   Thank you.  Senator, how long have you served

 9  in the Texas Senate?

10      A.   I was elected in 1997.

11      Q.   And were you a member of the House of

12  Representatives prior to serving in the Senate?

13      A.   Yes.

14      Q.   When were you first elected?

15      A.   In a special election in 1988.

16      Q.   And you represent Senate District 24; is that

17  right?

18      A.   That is correct.

19      Q.   What geographic region does your district

20  cover?

21      A.   Currently, we've just redrawn the seats and I

22  believe I have 19 counties now.  The geographic region

23  is the center of the state.

24      Q.   How many people live in your district?

25      A.   In excess of 820,000.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            21

1     Q.   Are you aware that according to the 2010

2  census, the voting age population of your district was

3  approximately 70 percent White?

4     A.   I'm sorry, would you repeat that question?

5     Q.   Are you aware that according to the 2010

6  census, the voting age population of your district was

7  approximately 70 percent White?

8     A.   I'm sorry, I can't verify that because I

9  believe it is lower than that.

10    Q.   When did you first take an interest in Voter ID

11 issues?

12    A.   2007.

13    Q.   And was there any particular reason or event

14 that prompted you to take interest in those issues?

15    A.   There was a bill that had been filed in the

16 Texas House and it was moving forward and I watched that

17 bill as it moved.

18    Q.   Are you referring to House Bill 218?

19    A.   Yes.

20    Q.   Okay.  Janice McCoy served as your Chief of

21 Staff at that time, correct?

22    A.   Yes.

23    Q.   And how long did she serve as your Chief of

24 Staff?

25    A.   I believe she was employed in 1999, two years

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              22

1  after I was elected.

2      Q.    And when did she leave your employ?

3      A.    Approximately October 15th of last year.

4      Q.    And is that when Ms. Mathis became your current

5  Chief of Staff?

6      A.    Yes.

7      Q.    While Ms. McCoy was your Chief of Staff, she

8  was your primary contact person on voting ID issues; is

9  that correct?

10     A.    That's correct.

11     Q.    Did she handle all election-related issues for

12  you until the time she left your employment?

13     A.    Yes.

14     Q.    And did Ms. Mathis assume those

15  responsibilities when Ms. McCoy left your employment?

16     A.    That's actually -- it's not a -- would not be

17  an accurate question because she is assuming Chief of

18  Staff because we are not having legislative activities

19  because we're not in session, but she will be assuming

20  those as they begin.

21     Q.    Got it.  Is there anyone else on your staff who

22  has worked on voting ID issues?

23     A.    No.

24     Q.    Senator, do you still serve as the Chair of the

25  Senate Committee on Natural Resources?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              23
1      A.    Yes.

2      Q.    Okay.   And do you also sit on the Economic

3  Development Committee?

4      A.    Yes.

5      Q.    How about the Nominations Committee?

6      A.    Yes.

7      Q.    And State Affairs?

8      A.    Yes.

9      Q.    Okay.   While serving as the Chair of the Senate

10 Committee on Natural Resources, have you introduced

11 legislation that has been referred to that committee?

12     A.    Yes.

13     Q.    What are some examples of legislation that you

14 have introduced?

15     A.    That would be an extremely broad question and

16 if you held specific issues you'd like to ask me did I

17 sponsor it, I'll be glad to respond.

18     Q.    But you have introduced legislation?

19     A.    Yes.

20     Q.    Before you introduce legislation, do you

21 consider the impact of that legislation or your

22 constituents?

23     A.    Would you please repeat that question?

24     Q.    As a general matter, before you introduce

25 legislation, do you consider the impact of that

24

1  legislation on your constituents?

2      A.    Yes.

3      Q.    And do you consider the impact of the

4  legislation on Texans outside of your voting district?

5      A.    Yes.

6      Q.    Before you introduce legislation, do you

7  consider the impact of that legislation on the Texas

8  budget?

9      A.    Yes.

10     Q.    And do you consider how a bill, if enacted into

11 law, would be administered?

12     A.    No.

13     Q.    And why not?

14     A.    The legislation -- generally, a bill that is

15 filed is the starting point of legislation, and it is

16 likely to be changed many times either in the Senate or

17 when it's sent to the House.  So assuming how it would

18 be enacted and administered is getting way ahead of

19 where you are at the process, where the job is to lay

20 out a concept, allow public input and then determine at

21 that point how that bill should be adjusted in order to

22 be good public policy.

23     Q.    Okay.  You mentioned House Bill 218 earlier, so

24 we're going to take look at that, if I could --

25             (Exhibit 4 marked for identification.)

SENATOR TROY FRASER                           7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                      25

1    Q.   (By Ms. Faransso) Senator, you've just been
2  handed what has been marked as Exhibit 4.  Do you
3  recognize this document?
4    A.   No.
5    Q.   I can represent to you that this is House Bill
6  218 and it's the engrossed version as recorded by the
7  House on April 24, 2007.  Does it look familiar to you?
8    A.   You can represent that but there's no marking
9  on the bill to show that this is engrossed by the House
10 and sent, you know.  This appears to be a bill as if it
11 would be filed, but there's no document -- no markings
12 to show that it had passed the House.
13   Q.   Okay.  I'll represent to you that I pulled this
14 from the Texas Legislature's website and that it was
15 marked as the engrossed version of the bill dated April
16 24, 2007.
17        You sponsored this bill in the Senate; is
18 that right?
19   A.   That is correct.
20   Q.   Why did you decide to sponsor this bill?
21        MS. HALPERN:  For the record, I'm going
22 the to object on the grounds of legislative
23 privilege.  And I'm -- we're going to do in this
24 deposition what we have done in the others, which is
25 that based on the court's ruling and our understanding

SENATOR TROY FRASER                                          7/23/2014
CONFIDENTIAL TRANSCRIPT

26

1  of the court's ruling, the witness is going to be
2  allowed to answer the question under seal.  Doing so
3  does not constitute a waiver of the legislative
4  privilege.  And that battle will be fought I gather at a
5  later time in your litigation.  But we will be asserting
6  the legislative privilege from time to time.  When he
7  goes ahead and answers your question, if appropriate,
8  we'd ask that that portion be under seal, which may
9  dictate then that the entire transcript needs to be put
10 under seal.  And we've had that discussion with this
11 reporter in the past as well and that's probably
12 something that needs to be hashed out on the record
13 right now.
14              I won't go through this lengthy an
15 objection every time.  I will simply object on the
16 grounds of legislative privilege.  I want a continuing
17 and running objection, and I want it understood that
18 every time that we object on the grounds of legislative
19 privilege, rather than directing him not to answer, he
20 will answer with the understanding that that portion of
21 the transcript, whatever else happens to the rest of the
22 transcript, will be under seal, and you will be put to
23 whatever burdens the court deems appropriate in order to
24 use that testimony.
25              MS. FARANSSO:  Understood.  Does that work

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

27

1  for counsel?

2              MS. WESTFALL:  Thank you.  Yes.

3      Q.    (By Ms. Faransso) So, I believe the question

4  pending was why did you decide to sponsor HB 218?

5              MS. HALPERN:  Do we have an agreement that

6  the entire transcript is going to be under seal?  We had

7  this discussion last time.

8              MS. WESTFALL:  I don't think we have an

9  agreement that the entire transcript will be under seal.

10  I think we would agree to designate as Highly

11  Confidential pursuant to ECF 105, the Protective Order,

12  whatever responses to which you object to the question

13  on the basis of legislative privilege and any testimony

14  about documents that have been produced as highly

15  confidential pursuant to the court's ruling on

16  legislative privilege.  But to the extent that there is

17  examination on the public record and the questions do

18  not implicate legislative privilege, we would -- we

19  believe that those portions of the transcript should not

20  be designated under seal or highly confidential or along

21  those lines, and those should be -- the Plaintiff should

22  be able to file those publicly with the court and not

23  under seal.

24              MS. HALPERN:  And we don't actually have a

25  position on that.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

28

1           You will have to speak for yourself,
2 Mr. Reporter, before you get put in the bind you were in
3 before.  Be your own advocate, sir.
4           THE COURT REPORTER:  Well, the only way I
5 can -- the only way I can do a transcript in a one-day
6 turnaround is to mark the entire transcript as highly
7 confidential and not for me to be making decisions as to
8 what is and what is not confidential.
9           MS. WESTFALL:  We can certainly agree to
10 -- for purposes of just the transcript, that the counsel
11 could agree that it's not going to be all designated as
12 confidental and the counsel can at a later date make
13 that determination if there are disputes.
14           MS. HALPERN:  If that's the way we're
15 going to operate, then I would ask that you make at
16 least an attempt to call out on the record whether we
17 are on -- or whether we are under seal or not under
18 seal, because otherwise, I am leaving a problem for my
19 colleagues who represent the defendants in this case to
20 debate with you what is on -- what is under seal and
21 what isn't, and that is not a fight you want to have any
22 time close to trial, so.
23           MS. WESTFALL:  Certainly.  I'm going to --
24 it's been my practice in deposition to -- when I'm using
25 highly confidential documents, to make that announcement

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              29

1  on the record, and I believe counsel will be doing the

2  same here in this case.

3                 MS. HALPERN:  Okay.

4                 THE COURT REPORTER:  Can we go off the

5  record for a second?

6                 (Brief discussion off the record for

7  clarification that the reporter is to mark entire

8  transcript as "Highly Confidential" and counsel will

9  later agree on which portions to de-designate.)

10     Q.   (By Ms. Faransso) So, I think maybe the third

11  time's a charm.  Why did you sponsor HB 218?

12     A.   I want it clear that I am asserting legislative

13  privilege in answering this question.  Under privilege,

14  it is under understood that my answer that I'm giving is

15  disclosing thoughts about legislation and that I would

16  ask that that answer be considered as sealed --

17     Q.   Thank you, Senator.

18     A.   -- and I will answer your question.

19     Q.   Okay.

20     A.   The legislation that was sent -- passed in the

21  House, which was 218, had followed the legislation.  I

22  had conversations with Betty Brown, that was the sponsor

23  of the bill, realizing she was carrying it, and once it

24  passed the House, it was referred to the -- referred to

25  Committee and I picked the bill up as the sponsor and

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            30

1  had hearings in Committee on the bill, and then it was

2  passed out of Committee and moved forward to the Floor.

3       Q.   Uh-huh.  Did Skipper Wallace ask you to be the

4  Senate sponsor of the bill?

5       A.   I don't remember whether Skipper Wallace, at

6  this time, asked me to carry this -- on that particular

7  question you're asking about -- so I guess my answer is,

8  on this particular 218, I don't remember if he asked me

9  to, if we had communication.

10      Q.   Okay.  And just for the record, who is Skipper

11 Wallace?

12      A.   Skipper Wallace is one of my constituents.  He

13 is a County Chairman of Lampasas, which as mid-sized

14 county, and he has served as Chairman of the County

15 Association.  He's a constituent.

16      Q.   And is he -- have you communicated with

17 Mr. Wallace about Voter ID issues in the past?

18      A.   Because this bill has been seen -- heard three

19 different sessions, the answer is yes, because he had an

20 interest in election issues.

21      Q.   Okay.  Did you read House Bill 218 before you

22 decided to sponsor it?

23      A.   Yes.

24      Q.   And do you recall thinking that any parts of

25 that bill needed to be changed?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

31

1      A.   That would be a privileged question because

2  you're asking about my thoughts on that, and my answer

3  is, I did read the bill and was aware of what was in the

4  bill.

5      Q.   Did you think that anything in the bill needed

6  to be changed?

7           MS. HALPERN:  Privilege objection.

8      A.   I've answered the -- I've answered the

9  question, is that I read the bill and was aware of what

10 was in the bill and was prepared to move forward and

11 listen to the testimony in the Senate and then determine

12 what direction we should go.

13     Q.   (By Ms. Faransso) Okay.  Thank you.  What

14 eventually happened to HB 218 in the Senate?

15     A.   Senate bill 218 passed the Committee, was

16 referred to the full Senate, the bill was sent to the

17 Lieutenant Governor, it was placed in the regular order

18 of business.  And I'm sorry, I do not have the date when

19 I was recognized, but I was recognized for a motion to

20 suspend the regular order of business to take up and

21 consider House Bill 218.  That motion failed and the

22 regular order of business was not suspended.

23     Q.   So HB 218 did not pass the Senate then; is that

24 correct?

25     A.   Senate Bill 218 was never brought before the

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

32

1  Texas Senate.  The motion to suspend failed.

2      Q.   Understood.  And so no Voter ID bill was

3  enacted in 2007?

4      A.   House Bill 218 passed the Texas House, it

5  passed a Committee in the Senate, it was brought to the

6  Floor and the bill was failed to suspend in order to

7  bring before the Texas Senate.

8      Q.   Right.  And so that means that no Voter ID bill

9  passed into legislation in Texas in 2007; is that right?

10     A.   House Bill 218 passed the Texas House.  218 was

11 referred to the Senate.  218 passed the Senate

12 Committee.  218 was referred to the Floor.  I was

13 recognized on a motion to suspend the regular order of

14 business in order to take up and consider 218.  I made

15 that motion and that motion failed to pass.

16     Q.   Thank you for your testimony.  Did any Voter ID

17 bill become law in Texas in 2007?

18     A.   No Voter ID was signed into law by the

19 Governor.

20     Q.   Okay.  I'd like to just ask a few questions

21 about HB 218 itself.  If you could turn to Page 9 of the

22 exhibit.  And there is a list of permissible forms of ID

23 there that continues onto Page 10, if you'd like to take

24 a moment to review that list.

25              And in the interest of time, I will

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

33

1   represent to you that HB 218 permitted the use of

2   various forms of photo ID and non-photo ID as a means of

3   verifying identity at the polls.  Is it fair to say that

4   a voter who did not have a permitted form of photo ID

5   under HB 218 --

6        A.   I'm sorry, could you stop, you lost me.  If you

7   would -- I hate to interrupt you, but I didn't hear the

8   last two sentences you said.  If you would start all

9   over, please.

10       Q.   Sure.  Is it fair to say that a voter who did

11  not have one of the permitted forms of photo ID in HB

12  218 could verify their identity at the polls using two

13  forms of non-photo identifications?

14       A.   I'd like for you to please rephrase the

15  question and go slower.  I'm still having trouble

16  following you.

17       Q.   Okay.  Is it fair to say that if a voter did

18  not have one of the permitted forms of photo

19  identification listed here in HB 218, they could use two

20  forms of non-photo identification also listed here in HB

21  218 to verify their identity at the polls?

22       A.   You're using speculation that 218 as it was

23  filed in the Senate would have become law and that would

24  have been the parameters of the bill.  So the answer to

25  your question would be no because a bill generally is

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

34

1 changed in the process and could be amended.

2      Q.    Is it fair to say that this version of HB 218

3 as drafted would have permitted a voter to use two forms

4 of non-photo identification to verify their identity at

5 the poll?

6                MS. HALPERN:   Objection, the document

7 speaks for itself.

8      A.    And my answer would be that the bill as it came

9 over from the House, the document is -- it speaks for

10 itself as the parameters of the bill.

11      Q.    (By Ms. Faransso) But would you agree, looking

12 at Page 10, Section B, which is about two-thirds of the

13 way down the page, that there is a list of acceptable

14 identification that includes non-photo ID?

15      A.    The bill speaks for itself.

16      Q.    Who determined which IDs to include or exclude

17 under HB 218?

18      A.    You're asking me to speculate who put these in,

19 and I'm not -- I don't have that information.

20      Q.    Okay.  And I'm -- just to be clear, I'm simply

21 asking if you know.  So if you don't know, you can just

22 say that you don't know.

23                Did you speak with anyone before deciding

24 to sponsor this bill?  So anyone in the House before

25 deciding to sponsor this bill?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

35

1            MS. HALPERN:   I'm going to object on the

2   basis of legislative privilege with the understanding

3   that this witness will answer your question under seal.

4       A.   And I'm asserting privilege, legislative

5   privilege on this, but I'm going to answer.   I've stated

6   earlier in the deposition that I did have a conversation

7   with Representative Betty Brown, recognizing that it's

8   been seven years since we had that, and to my knowledge,

9   that is the only person I remember having a conversation

10  with.

11      Q.   (By Ms. Faransso) Thank you.   Did you conduct

12  any analysis or did anyone in your office conduct any

13  analysis about this bill before deciding to sponsor it

14  in the Senate?

15           MS. HALPERN:   Objection, vague.

16           MS. FARANSSO:   I'll rephrase.

17      Q.   (By Ms. Faransso) Did you conduct any analysis

18  regarding the impact of this bill on your constituents

19  if in fact it was passed into law?

20      A.   The makeup of -- or the way legislation works

21  in Texas is, we do not have a budget in order to conduct

22  research on a legislative issue.   And it is customary

23  that we file a bill and the research is done as the bill

24  moves along in the form of public input.   That we --

25  legislators are not allowed -- or we are not given a

36

1  budget in order to conduct research, and the research on

2  a bill normally will happen during the process of either

3  testimony in the Committee and/or testimony on the Floor

4  from other legislators.

5      Q.   So as the bill moved on, as you mentioned, are

6  you aware of any analysis that was done regarding the

7  impact of this bill on voters in Texas?

8      A.   Again --

9           MS. HALPERN:  I'm going to object again as

10 vague.  And if you want many me to clarify the objection

11 for you, I can.

12          MS. FARANSSO:  Please.

13          MS. HALPERN:  The word "analysis" -- I

14 mean, the word "analysis" can mean anything from, you

15 know, hiring a researcher someplace to go to do a

16 two-million-dollar study, to looking at something and

17 thinking about it.  I don't understand what you -- what

18 you mean by the word analysis, and I'm not sure that

19 this witness understands what you mean by the word

20 analysis.  You've used it in a lot of these depositions

21 and nobody really knows what you mean by it.

22          MS. WESTFALL:  I object to a speaking

23 objection.

24          MS. HALPERN:  All right.

25      Q.   (By Ms. Faransso) Senator Fraser, I would ask,

37

1  when I use a word like "analysis," that you indulge me

2  and interpret it broadly to encompass anything that you

3  would consider to be analysis, such as studies and

4  research on a bill.  And if you'd like to me clarify

5  further with respect to specific questions, please let

6  me know and I will try to do that.

7      A.   And my answer to this is that --

8           MS. HALPERN:  There's no question.

9      A.   Oh, there's --

10          MS. HALPERN:  No.  She's got to ask you a

11 question.

12     Q.   (By Ms. Faransso) So I will just ask again if

13 you were aware of any analysis that was done as the bill

14 moved along in the Senate regarding its impact on voters

15 in Texas?

16          MS. HALPERN:  Same objection.

17          You can answer if you can.

18     A.   And I will answer that the word of "analysis,"

19 you're being vague and it could be very broad.  And that

20 in an analysis of the bill, I consider the process of

21 both reading the bill, taking testimony, and hearing

22 input from the public and other legislators as analysis,

23 so my answer would be yes, we conduct analysis but it is

24 in the form I just described.

25     Q.   (By Ms. Faransso) Do you recall any particular

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

38

1  analysis and can you give me examples of the analysis

2  that was done with respect to this bill?

3       A.   I believe I've of just answered that question,

4  is that when the bill was filed, we took testimony, and

5  we had a lot of testimony from both sides on the bill

6  and that served as an analysis and input on the

7  bill.  And had 218 come before the Texas Senate, I

8  believe I would have had input from both the opponents,

9  you know, the opponents and also the people that were in

10 favor of the bill, we would have had additional input.

11      Q.   Understood.  Did any of that testimony that you

12 mentioned pertain to how many Texas voters possessed the

13 forms of ID in HB 218?

14      A.   Once again, I'll make you aware of the fact

15 that that was seven years ago.  But to my knowledge,

16 there was just questions of projecting possibly what

17 would have been, but Texas had no ability to project

18 because those records were not kept.

19      Q.   Senator, what was the purpose of HB 218?

20      A.   Now you're asking --

21           MS. HALPERN:  No, you can answer that one.

22      A.   The purpose of 218 was to protect the integrity

23 of the ballot box.

24      Q.   (By Ms. Faransso) And was the integrity -- was

25 the ballot box lacking in integrity at that time?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

39

1     A.    We understood very clearly that under current

2  Texas law, we did not possess the tools to determine

3  that a person was who they said they were when they

4  reported to come to the ballot box.

5     Q.    And so HB 218 intended to deter fraud at the

6  ballot box then?

7     A.    House Bill 218 was a first step moving toward

8  trying to protect the integrity of the ballot box.

9     Q.    And was that specifically with respect to

10  in-person fraud at the ballot box?

11     A.    The only issue that House Bill 218 attempted to

12  address was in-person voting.

13     Q.    Understood.  You mentioned that you did not

14  believe that Texas had the tools to protect the ballot

15  box at that time.  At that time in the state of Texas,

16  voter fraud was subject to criminal penalties; is that

17  right?

18     A.    Yes.

19     Q.    And what was your factual basis for believing

20  that those penalties were not sufficient to deter fraud

21  at the ballot box?

22     A.    Because of testimony we had on the bill and

23  input from both the public election officials and other

24  State officials, we realized that we did not have

25  current tools available in order to stop someone that

40

1  was voting illegally.

2     Q.   And what was your factual -- what was the

3  factual basis for your belief that in-person voter fraud

4  was occurring in Texas?

5     A.   Texas at the time before the passage of our

6  Voter ID bill, did not have sufficient tools to identify

7  when a person was voting illegally.

8     Q.   So then did you have any actual evidence of

9  voter fraud having taken place at the polls?

10    A.   Before the passage of these bills, Texas did

11 not have current -- or tools available to identify when

12 a person was voting illegally.

13    Q.   So your testimony is that there did not exist

14 any evidence of fraud having taken place at the polls?

15         MS. HALPERN:   Objection, misstatements his

16 testimony.

17    A.   You're trying to answer for me and my answer

18 continues to be, Texas does not -- did not -- prior to

19 passage of the photo ID bill, did not have tools

20 available to identify when someone was voting illegally.

21    Q.   (By Ms. Faransso) Do you recall having heard of

22 any specific incidents of fraud at that time?

23    A.   Yes.

24    Q.   Can you tell me what those specific incidents

25 were?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

41

1      A.    Again, you're asking for me to recall specific

2  information that was in testimony seven years ago, but I

3  cannot give you the specifics other than we had

4  testimony from numerous witnesses, many that were

5  election officials that had identified people attempting

6  to -- to vote illegally that they were not able to stop.

7  We had other testimony that I've seen of -- of charges

8  that were filed by the Attorney General, where people --

9  there were persons that were deceased that continued to

10  vote after they were deceased, and we had other reports

11  of people that were convicted of voting more than one

12  time on election day.

13      Q.    And let me just ask a couple of questions about

14  your testimony.   You mentioned convictions and

15  prosecutions for individuals who had voted for deceased

16  individuals.   Was that in-person voter fraud or was that

17  pertaining to mail-in voter fraud?

18      A.    Once again, that was seven years ago, and I

19  know that we had testimony of that, but I'm sorry, I

20  could not verify whether it was in-person or mail-in.

21      Q.    And I appreciate that it was seven years ago

22  and I know that was a long time.   Let me ask a more

23  general question:   Do you recall any convictions based

24  on the incidents of fraud that you heard of in 2007?

25      A.    Once again, I'll remind you that was seven

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              42

1  years ago, and I am -- remember testimony of this;

2  whether they were convicted or not, I do not have

3  information.

4      Q.   Thank you.  Do you recall hearing of any

5  incidents that were not on the public record in the

6  testimony that you have mentioned?

7      A.   Rephrase your question.

8      Q.   Do you recall hearing of any incidents of voter

9  fraud that were not on the public record in testimony

10 that you heard in considering HB 218?

11     A.   Once again, that was seven years ago, but to my

12 knowledge, I believe most of the testimony would likely

13 have been on the record.

14     Q.   Did you believe that HB 218 as drafted would

15 have been effective in combating in-person voter fraud?

16     A.   May I speak to my counsel?

17          THE WITNESS:  This is not privileged?

18          MS. HALPERN:  Well, it is.  All right, we

19 object on the basis of legislative privilege.

20          And with that, and all of the explanation

21 that goes with that, you can answer.

22          And this answer should be sealed.

23     A.   Would repeat the question.

24     Q.   (By Ms. Faransso) At the time that HB 218 was

25 being considered, did you believe that HB 218 as drafted

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              43

 1  would have been effective at combating in-person voter

 2  fraud?

 3      A.    I claim privilege on thoughts involving

 4  legislation and I ask this to be under seal.  The answer

 5  is, I believe that 218 was a first step toward ensuring

 6  the integrity of the ballot box.

 7      Q.    I'd like to move ahead to 2009.

 8            (Exhibit 5 marked for identification.)

 9      Q.    (By Ms. Faransso) And the court reporter has

10  handed you what has been marked as Exhibit 5.  Do you

11  remember recognize this document?

12      A.    This appears to be Senate Bill 362 as filed in

13  2009.

14      Q.    And I can represent to you that you're correct.

15  This is the as-introduced version.

16            You introduced this bill, correct?

17      A.    Yes.

18      Q.    When did you decide to introduce Senate Bill

19  362?

20      A.    Again, I would --

21            MS. HALPERN:  Objection, legislative

22  privilege.

23            You may answer.

24      A.    I will assert privilege as you're asking for my

25  thoughts on legislation and I would ask it be under

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              44

1  seal.  Again, this is five years ago, and telling you
2  the exact time that I decided to carry it, the official
3  time was when I filed the bill.  But I'm sure prior to
4  that, I had thoughts about picking it up and probably
5  the, you know, thoughts I had were continued from the
6  time of the prior session until this.  So there had been
7  multiple thoughts but the official time of the decision
8  I'm assuming would be when I filed the bill.
9      Q.    (By Ms. Faransso) Okay.  Why did you decide to
10 file Senate Bill 362?
11            MS. HALPERN:  Objection on the grounds of
12 legislative privilege.
13            You may answer with the understanding that
14 the answer will be under seal.  Can go ahead and answer.
15     A.    I claim privilege.  I filed 362 in order -- as
16 far as a good first step of ensuring the integrity of
17 the ballot box.
18     Q.    (By Ms. Faransso) And was SB 362 designed to
19 combat in-person voter fraud only?
20     A.    362 only addressed in-person voting fraud.
21     Q.    Thank you.  Did anyone ask you to introduce
22 this bill?
23            MS. HALPERN:  Objection on the grounds of
24 legislative privilege.
25            You may answer with the understanding that

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              45

1  the answer will be under seal until a later

2  determination is made.

3      A.   And I would claim privilege in answering.  The

4  -- I think my answer to your question will be no, I was

5  not asked by anyone to carry it.

6      Q.   (By Ms. Faransso) Did you promise anyone that

7  you would introduce the bill?

8      A.   I did not promise anyone that I would carry the

9  bill.

10     Q.   Do you recall having conversations with Skipper

11  Wallace about the bill?

12     A.   Once again, this was five to six years ago and

13  I cannot remember specific conversations, but I believe

14  that Skipper Wallace and I did discuss and I think he

15  actually he asked the question, "Are you going to carry

16  the Voter ID bill?"  And my answer was, "Yes."

17     Q.   Okay.  Did you have communications with any

18  other legislators before filing Senate Bill 632?

19             MS. HALPERN:  You can answer that yes or

20  no.

21     A.   No.

22     Q.   (By Ms. Faransso) So unlike House Bill 218, you

23  were the author of this bill; is that right?

24     A.   Yes.

25     Q.   So you controlled the draft of the bill?

46

1      A.   This specific bill, I did.

2      Q.   Senate Bill 362 was modeled after HB 218; is

3  that right?

4      A.   It was substantially the same.

5      Q.   Did you consider making any changes to Senate

6  Bill 362?  Changes from the version that was HB 218?

7      A.   Yes.

8      Q.   What changes did you consider?

9           MS. HALPERN:  I'm going to object on

10 grounds of legislative privilege and ask that the answer

11 that follows be placed under seal.

12          MS. WESTFALL:  Counsel, can we -- is there

13 a way to streamline these objections?

14          MS. HALPERN:  I'm trying.

15          MS. WESTFALL:  Both the witness -- both --

16 the witness who does not need to make objections, and I

17 think you understand -- you appear to understand his

18 concerns about legislative privilege.  Is there any way

19 -- because this is breaking up the flow of questioning.

20 I object to that.

21          MS. HALPERN:  All right.

22          As long as I object, you don't have to.

23 So I have now objected so you can go ahead and answer

24 under seal.

25          MS. WESTFALL:  You can have a standing

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

47

1 objection if you assert legislative privilege, it will

2 be under seal, and then with your assertion, we can

3 agree to that.

4                MS. HALPERN:  We can streamline to that

5 extent.  To the extent that the entire transcript is not

6 being placed under seal, you have put me in the position

7 of having to make sure that I object to every single

8 question and if she's got a question aligned with 20

9 questions in it, I have to object 20 times.  You have

10 done that by not agreeing to put the whole transcript

11 under seal.  So I'm happy to just say "objection,

12 legislative privilege" as long as it's understood, you

13 and the court reporter understands that means it's going

14 under seal.  And anybody who reads this transcript

15 understands that when we say -- when I say "objection,

16 legislative privilege," the question -- the answer that

17 follows is going under seal, and if we can have that

18 understanding --

19                MS. WESTFALL:  I can agree to that.

20                MS. HALPERN:  All right.

21                MS. FARANSSO:  I consent.  Thank you.

22                THE COURT REPORTER:  I'm going off the

23 record a second to clarify.  My understanding is that

24 tonight I'm putting the entire transcript under seal and

25 marking it "Highly Confidential."

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

48

1            MS. WESTFALL:  You are.

2            MS. FARANSSO:  You are.

3            MS. HALPERN:  You are.  And let's have

4  this conversation on the record if you don't mind.

5            THE COURT REPORTER:  Okay.

6            MS. HALPERN:  Instead of off.

7            THE COURT REPORTER:  Okay.

8            THE WITNESS:  And I want a point of

9  clarification as the witness, that I'm the one answering

10 the questions, you're asking me the questions, and if

11 I'm asserting privilege, I want it clear that if my

12 attorney asserts privilege, she is in fact answering for

13 me and it is clear that I have -- or am asserting

14 privilege; is that clear?

15           MS. FARANSSO:  That's clear.

16           MS. HALPERN:  It is clear.

17           MS. WESTFALL:  That's clear.

18           MS. HALPERN:  That's normal.

19           THE WITNESS:  So anytime that we're

20 asserting privilege -- if she has asserted privilege, I

21 do not have to repeat it.

22           MS. FARANSSO:  Right.

23           MS. WESTFALL:  Yes.

24           THE WITNESS:  And you realize the rules --

25 those rules are very different than the depositions

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

49

1   prior to this?

2              MS. WESTFALL:  Yes.

3              THE WITNESS:  And that is the

4   understanding, and it's not a problem?

5              MS. WESTFALL:  Yes.

6              THE WITNESS:  Okay.

7      Q.   (By Ms. Faransso) Okay.  I believe we were

8   discussing what changes you considered making to HB 218

9   before you decided to file Senate Bill 362.  Can you

10  tell me what those changes were?

11             MS. HALPERN:  Objection, legislative

12  privilege.

13             Go ahead.

14     A.   218, as it was sent over from the House and

15  became the model for 362, we considered a good starting

16  point for the legislation.  There were numerous things

17  in the bill that I was uncomfortable with and that hoped

18  would be changed in the process.

19     Q.   (By Ms. Faransso) Do you recall any of the

20  things that you were uncomfortable with that you wanted

21  to change?

22     A.   Yes.

23     Q.   Can you tell what those were?

24             MS. HALPERN:  Objection, legislative

25  privilege.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

50

1     A.    I'm free to answer?

2            MS. HALPERN:  Yes, under seal.

3     A.    The 362 as filed was not a clear photo ID bill,

4  which was my goal to pass, and so I was uncomfortable

5  with the fact that it was not a full photo ID bill.

6     Q.    (By Ms. Faransso) What do you mean when you say

7  it was not a full photo ID bill?

8     A.    There were provisions in the bill that allowed

9  someone to show identification that was not a clear

10 photo identification in order to vote.

11    Q.    But to be clear, the version of the bill that

12 you filed did include non-photo identification?

13    A.    That is clear.

14    Q.    Okay.  What was the purpose of Senate Bill 362?

15    A.    To ensure the integrity of the ballot box.

16    Q.    And so the purpose of Senate Bill 362 was to

17 ensure the integrity of the ballot box by deterring

18 in-person fraud; is that right?

19    A.    Are you attempting to answer the question for

20 me?

21    Q.    No, I'm simply clarifying that when you say

22 that the purpose was to protect the integrity of the

23 ballot box, it was to do that via deterring in-person

24 voter fraud, correct?

25    A.    If you would like to answer -- ask me a

51

1  question that is clear, I'll be glad to answer, but you

2  attempted to answer the question for me.

3      Q.   Senate Bill 362 was intended to prevent

4  in-person voter fraud; is that correct?

5      A.   Yes.

6      Q.   Okay.

7           Is now a good time for a break for you?

8      A.   I would love a break.

9           (Recess from 10:02 a.m. to 10:15 a.m.)

10          (Exhibit 6 marked for identification.)

11     Q.   (By Ms. Faransso)  Senator, you've just been

12  handed what has been marked as Exhibit 6.  Do you

13  recognize this document?

14     A.   It appears to be a press release from my

15  office.

16     Q.   And I can direct you to the second page, if you

17  look about three full paragraphs down, do you see that

18  this press release is about Senate Bill 362?

19     A.   I'm sorry, help me, where are you --

20     Q.   Sure.  So I'm looking on the second page.

21     A.   I'm sorry, wait, wait, is this the back side?

22     Q.   Yes, the back side.

23     A.   Second page is referring to the back side?

24     Q.   Back side, yes --

25          MS. HALPERN:  Counsel, let me enter an

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        52

1  objection or at least a clarification for the record,

2  first of all, that the document is marked highly

3  confidential.

4            MS. FARANSSO:  I'm sorry, I --

5            MS. HALPERN:  So this questioning needs to

6  be under seal for that reason.  Second of all, it

7  appears to be two documents stapled together.

8            MS. FARANSSO:  Right, and I will get to

9  that.

10           MS. HALPERN:  Two distinct documents --

11           MS. FARANSSO:  Yeah.

12           MS. HALPERN:  -- stapled together.

13           MS. FARANSSO:  I apologize for not noting

14 that it was highly confidential.

15    Q.   (By Ms. Faransso)  So, first, Senator, if you

16 look in the third full paragraph, you see that --

17    A.   Could I stop you?  I'm sorry, I'm confused.

18 I'm having the same problem following this.  You -- you

19 have two different press releases that appears.  Do you

20 have the time line of when these were released?

21    Q.   So I was about to get to that, but it appears

22 that these were produced as one document.  If you look

23 at the Bates number in the lower right corner, it's

24 continuous numbering.  So you would know better than me,

25 actually, if these were versions of each other or

53

1  successive press releases.  But I can ask you, do you

2  recall drafting these two documents?

3      A.   Can I -- I'm sorry, I'm going to disagree with

4  you.  The number on the bottom is a LEG counsel number.

5  It would have been drafted by lawyers and legislative

6  counsel.  So if this came from my office, it would not

7  have had a stamp on the bottom, so, I'm sorry, I can't

8  verify that this -- what this document is.

9              (Sotto voce discussion.)

10     A.   I don't --

11     Q.   (By Ms. Faransso)  That's a Bates stamp,

12 Senator.  Do you see on the first page of the document,

13 the title of the document is, "Voter ID is good for

14 Texas," by Senator Troy Fraser?

15     A.   Yes.

16     Q.   Do you recall drafting this document?

17     A.   I don't draft documents.

18     Q.   Do you recall reviewing this document?

19     A.   Once again, if you will give me the time line

20 of when this happened, maybe you can refresh my memory.

21 The answer right now is no, I don't remember drafting

22 this.

23     Q.   Would you agree that this document pertains to

24 Senate Bill 362?

25     A.   You have made a reference to that, but I'm

54

1  still not seeing it.

2      Q.   It is on the second page in the third full

3  paragraph.

4      A.   I see that.

5      Q.   Do you know who would have drafted this

6  document for you?

7      A.   Most of my press at this time was drafted by my

8  chief of staff, Janice McCoy.

9      Q.   Would you have reviewed what she drafted and

10  put your name on as the author?

11      A.   Yes.

12      Q.   I just want to ask you a few questions about

13  the document.  And I realize that you may not remember

14  it, but if you do recall it, please let me know.  And

15  otherwise, I'll just ask you if you agree with the

16  statements, and we can move on.  If you look at the

17  second paragraph on the first page, and I will read you

18  the paragraph.  "But unfortunately, someone undermined

19  our fundamental rights.  Consider, for example, the

20  Beeville woman who was convicted of voting for her dead

21  mother, and the Corpus Christi suspect who was charged

22  with the felony for stepping in front of an elderly

23  couple who she claimed to be helping at the polls and

24  illegally casting their ballots, or the former city

25  council woman who was sentenced to five years in prison

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              55

1  after illegally registering noncitizens to vote."

2              I just want to ask you a couple questions

3  about this paragraph.  First of all, do you recall

4  having read or reviewed this paragraph in the past?

5      A.   I recognize these as issues that I have seen in

6  the past, yes.

7      Q.   Okay.  And as we discussed earlier, Senate Bill

8  362 was intended to deter in-person voter fraud,

9  correct?

10     A.   Yes.

11     Q.   The first example in this paragraph, the

12 Beeville woman who was convicted for voting for her dead

13 mother, that was a case of mail-in voter fraud; is that

14 correct?

15     A.   I'm sorry?

16     Q.   That was a correct -- that was an incident of

17 mail-in ballot fraud; is that correct?

18     A.   I have no -- no way to know that.  If you have

19 information, something you'd like me to look at, I'd be

20 glad to look at it, but I don't.

21     Q.   In the second example, the Corpus Christi

22 suspect who was charged with a felony for stepping in

23 front of an elderly couple, that case did not involve an

24 attempt at voter impersonation, did it?

25     A.   Once again, you're answering the question for

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

56

 1  me.  I have no reason -- no way of knowing.

 2      Q.   Well, Senator, if you just look at the actual

 3  words themselves, "the suspect stepped in front of an

 4  elderly couple," that would not be a case of voter

 5  impersonation, would it?

 6      A.   Once again, if you have something you'd like to

 7  show me to have me verify.  The words say that they

 8  illegally cast their ballot.

 9      Q.   On the third example, the former city council

10  woman who was sentenced to five years in prison after

11  illegally registering noncitizens to vote, that involved

12  a case of voter registration fraud, not in-person voter

13  fraud; is that right?

14      A.   The sentence obviously says she was convicted

15  of registering, but if someone is registering, it was

16  implied that they planned to vote.

17      Q.   But this particular case was about voter

18  registration fraud; is that right?

19      A.   If you would like to -- to show me something

20  that that is the case, the only thing I see is the words

21  on the paper that says that they were convicted of that.

22      Q.   Do you recall any factual basis beyond these

23  three examples demonstrating that voter fraud, in-person

24  voter fraud existed in Texas at that time?

25              MS. HALPERN:  Objection, harassing the

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              57

1  witness.  You can answer if you can.

2     A.   Once again, this is, in this case, probably

3  five to six years ago, and the bulk of the information I

4  had, had either come from charges that were filed by the

5  Attorney General and/or testimony they had received from

6  either the public and/or other legislators.

7     Q.   (By Ms. Faransso)  But all of that testimony

8  and all of the evidence of which you were aware was on

9  the public record, correct?

10    A.   I previously answered that question that said,

11 to my knowledge, most of the things that I remember were

12 public record.

13    Q.   Were there any purposes of Senate Bill 362 that

14 were not disclosed on the public record?

15    A.   There were no -- the bill spoke for itself.

16 The intent of the bill was to preserve the integrity of

17 the ballot box.

18    Q.   Will you turn back to -- and I believe it was

19 Exhibit 5, which was Senate Bill 362 itself.  And if you

20 turn to page 5 of that bill, Senate Bill 362 allowed the

21 use of both photo and nonphoto ID, correct?

22    A.   Yes.

23    Q.   Did you discuss the inclusion of nonphoto ID in

24 Senate Bill 362 with anyone?

25    A.   Please rephrase your question.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              58

1    Q.   Did you discuss the inclusion of nonphoto ID in

2  Senate Bill 362 with anyone?

3              MS. HALPERN:   You can answer "yes" or

4  "no."

5    A.   I'm sorry, I'm missing -- ask the question

6  again, please.

7              MS. FARANSSO:   Can you please read it

8  back?

9              (Question read back by the court

10 reporter.)

11   A.   Yes.

12   Q.   (By Ms. Faransso)  With whom?

13             MS. HALPERN:   Objection, legislative

14 privilege.  You may answer under seal.

15   A.   The discussion on that would have likely been

16 with my chief of staff, Janice McCoy.

17   Q.   (By Ms. Faransso)  And what was nature of those

18 conversations?

19             MS. HALPERN:   Objection, legislative

20 privilege.  You may answer under seal.

21   A.   The conversation throughout the entirety of 218

22 and 362 were that we thought it was a good starting

23 point for the bill, but it did not do what we intended

24 to do, and you know, we -- our preference would have

25 been to have a full photo ID bill, photo ID.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                             59

1    Q.   (By Ms. Faransso)  But you believed at the time

2 that this set of IDs, which included nonphoto IDs, would

3 have prevented in-person voter fraud; is that right?

4    A.   You're answering and trying to say that I

5 believe that.  That -- I think I've answered that the

6 bill was a good starting point for the process.  But my

7 preference would have been to have a full photo ID.

8    Q.   Did you believe that the set of IDs included in

9 Senate Bill 362 would prevent in-person voter fraud?

10   A.   I believe it was a good first step moving

11 toward eliminating voter fraud.

12   Q.   Did you view the inclusion of nonphoto ID as an

13 important feature of the legislation?

14            MS. HALPERN:  Objection, legislative

15 privilege.

16   A.   And I'm going to have to ask you to ask the

17 question again.

18            MS. FARANSSO:  Can you please read it

19 back?

20            (Requested portion was read back by the

21 court reporter.)

22   A.   I did not view it in any way.  That was put

23 into the bill in the Texas House.  It was included in

24 the bill, so I didn't include it in.  We filed the bill

25 substantially as it had passed the House as a starting

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              60

1  point of discussion.

2      Q.    (By Ms. Faransso)  If you don't mind, could you

3  look back at Exhibit 6, please?  And turn to that second

4  page, that back page, the back of the first page there.

5  And if you look at the third paragraph of that page,

6  which is the second full paragraph, it reads, "So I'm

7  offering Texas voters new protections that will prevent

8  fraud at the ballot box.  But importantly, the

9  legislation I filed will not send anyone away from the

10 polling place without being able to cast their ballot.

11 Senate Bill 362 will require voters to show either one

12 form of photo identification or two other forms of

13 nonphoto identification.  The nonphoto identification

14 can be a utility bill, mail from a government entity or

15 even a library card.  And voters who cannot produce

16 acceptable forms of identification will still be allowed

17 to cast a provisional ballot.  So despite all the

18 rhetoric some might hear from the opposition, let me be

19 clear:  No eligible voter will walk away from a polling

20 location without being able to cast their ballot."  Do

21 you recall this text?

22     A.    Yes.

23     Q.    Did you agree with these statements at the

24 time?

25     A.    Yes.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

61

1      Q.    Did you believe that it was an important
2 feature of Senate Bill 362 that nonphoto ID was included
3 in the bill?
4      A.    I believed that --
5            MS. HALPERN:   Objection, legislative
6 privilege.
7      A.    I believed that this was a good starting point
8 for discussion on the bill.
9      Q.    (By Ms. Faransso)   But you believed that the
10 inclusion of nonphoto identification would mean that no
11 one would be sent away from the polling place without
12 being able to cast their ballot; is that right?
13           MS. HALPERN:   Objection, assumes facts not
14 in evidence.
15     A.    No, that's not -- you're -- you're answering
16 the question for me.   If you'd like to restate, I'll
17 answer.
18     Q.    (By Ms. Faransso)   Do you believe that the
19 inclusion of nonphoto ID in Senate Bill 362 would mean
20 that no one would be sent away from the polling place
21 without being able to cast their ballot?
22           MS. HALPERN:   Objection, compound.
23     A.    You're asking multiple questions.
24     Q.    (By Ms. Faransso)   Senator, I'm actually
25 quoting from this press release.   I'm simply asking if

62

1  you agreed with the sentence in the very first paragraph

2  I read.

3      A.    You're -- you're -- you're compounding two

4  thoughts into one.  The question I believe you're

5  answering is about someone being cast away from the

6  ballot box.  And in every bill, I believe, from 218, 362

7  and 14, we had the ability to cast a provisional ballot

8  to -- if there was a contradiction about that, they

9  would be allowed to cast a provisional.  And there was a

10 methodology for making that ballot be a permanent vote.

11 So the answer to your question is -- and I say, "and

12 voters can produce acceptable forms of identification

13 and will still be allowed to cast a provisional ballot,"

14 that kept them from leaving the ballot box without

15 voting.

16     Q.    And thank you for your testimony.  Senate Bill

17 362 was also designed to allow the presentation of

18 nonphoto ID, correct?

19     A.    I'm sorry, you're going to have to ask that

20 again, because I think you're trying to answer the

21 question for me.

22     Q.    A voter who did not have a form of photo ID

23 could have shown two forms of nonphoto and casted their

24 ballot in that way; is that right?

25     A.    As 362 was filed in the Texas Senate, yes, that

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            63

1  would have been the case.

2      Q.   Okay.  Senator, do you recall that House Bill

3  218, I'm making you go back seven years now, included a

4  provision permitting the use of student IDs as an

5  acceptable form of identification?

6      A.   Would you please show me where in the bill it

7  says that?

8      Q.   Sure.  That was Exhibit 4.  And if you turn

9  to --

10     A.   Page 10?

11     Q.   Yeah, page 10, thank you.

12     A.   Paragraph 6.

13     Q.   Thank you, Paragraph 6.  Do you see that HB 218

14 included student ID as an acceptable form of

15 identification?

16     A.   Yes.

17     Q.   And Senate Bill 362, going back to Exhibit 6,

18 does not include student ID as a form of identification;

19 is that right?

20     A.   I do believe 362 as filed does not have it.

21     Q.   Okay.  Do you recall testifying in the

22 Committee of the Whole on Senate Bill 362, that Senate

23 Bill 362 still did permit the use of student IDs?

24     A.   Would you please repeat your question?

25          MS. FARANSSO:  Can you read it back,

                U.S. LEGAL SUPPORT - AUSTIN, TEXAS
                        512-292-4249

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              64

 1  please?

 2              (Requested portion was read back by the

 3  court reporter.)

 4      A.    Okay.  I'm asking you a time line.  When you're

 5  saying Committee of the Whole, when are you suggesting

 6  that I made this testimony?

 7      Q.    I'm suggesting the Committee of the Whole

 8  debate that took place in March of 2009, specifically

 9  March 10th, 2009.  I can show you the testimony if that

10  would help.

11      A.    I would like that, yes.

12      Q.    Sure.

13      A.    And I'm sorry, I'm trying to remember the --

14  because we have three different bills, I'm trying to

15  filter which bill we're talking about.

16              (Exhibit 7 marked for identification.)

17      Q.    (By Ms. Faransso)  Do you recognize this

18  document?

19      A.    No.

20      Q.    I can represent to you that this is the

21  transcript -- an excerpted transcript from the Committee

22  of the Whole that took place on March 10, 2009.  And if

23  you turn to page 115, which is just a couple of pages

24  in, the page number on the upper right.  And I believe

25  it's a discussion between you and Senator Zaffirini.

SENATOR TROY FRASER                                  7/23/2014
CONFIDENTIAL TRANSCRIPT

65

1 Did I pronounce that correctly?

2      A.   Zaffirini is correct.

3      Q.   Okay.  And Senator Zaffirini is asking you

4 about the fact that student IDs are not included in the

5 2009 bill, in Senate Bill 62.  And at the bottom of that

6 page, you respond, "Just a second, the reference you're

7 making is the public institutions of higher learning.

8 The student ID card is still included.  The wording

9 changed, but it's covered by Number 6A."  And if you go

10 to 6A, back in your version of Senate Bill 362, it

11 reads, "A valid identification card that contains the

12 person's photograph and is issued by an agency or

13 institution of the federal government or an agency,

14 institution or political subdivision of this state."

15 Did you agree at the time that this language in 6A

16 permitted the use of student identification cards as an

17 acceptable form of identification for verifying one's

18 identity at the ballot box?

19      A.   I agreed that the words say that a valid

20 identification card that contains a person's photograph

21 and is issued by an agency or institution of the federal

22 government or an agency, institution of a political

23 subdivision of the state.

24      Q.   Do you agree that those words encompass student

25 identification issued by a public university in Texas?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

66

1      A.    I can't agree to that because I'm -- I'm not

2 sure of the interpretation.

3      Q.    I can refresh your recollection if you don't

4 mind turning back to the transcript.

5      A.    Okay.

6      Q.    And following the testimony -- the testimony

7 that I just read, Senator Zaffirini responded, "So

8 you're saying that, on Page 6, beginning at Line 8,

9 where it reads a valid identification card that contains

10 the person's photograph and is issued by, (a), an agency

11 or institution of the federal government, or (b), an

12 agency, institution or political subdivision of this

13 state, you're saying that would include institutions of

14 higher education, and that, therefore, student

15 identification cards would be acceptable proof of

16 identification?"

17      A.    I'm sorry, I'm going to have to interrupt you.

18 You're going so fast, I can't --

19      Q.    Okay.

20      A.    -- follow what you're saying.  If you want to

21 start all over and explain where -- point out the line

22 that you're -- you're addressing.

23      Q.    Certainly.

24      A.    I'm -- I have a lot of trouble following your

25 voice when you speak so fast.

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

67

1      Q.    Sure.   I was reading at Line 25 of page 115.

2      A.    Okay.   One second, 115, line 25.   So you're

3 saying that, okay.

4      Q.    Senator Zaffirini says to you --

5           MS. HALPERN:   Counsel, maybe it would be

6 better if you just let him read it himself and then ask

7 the question.

8           MS. FARANSSO:   Okay, sure.

9           MS. HALPERN:   The pages aren't

10 consecutive, so when you turn the page, you're already

11 someplace else.

12     Q.    (By Ms. Faransso)   Senator, you only need to

13 read through page 116.

14     A.    Okay.

15     Q.    So did you respond yes to Senator Zaffirini's

16 question of whether Paragraph 6A of Senate Bill 362

17 would include student identification from a public

18 university?

19     A.    It appears that I did answer yes at Line 19.

20     Q.    Thank you.   Are you familiar with the Supreme

21 Court's decision in Crawford versus Marion County

22 election board?

23     A.    Could you clarify a little.   The answer, I

24 believe I am, but you -- is this the Supreme Court

25 decision of what state?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

68

1      Q.   The Indiana photo ID law.

2      A.   Okay.  The answer is "yes."

3      Q.   Okay.  Do you recall when that decision was

4  issued?

5      A.   I do not have the specific date, but I believe

6  it was prior to us laying out the bill in 2007.  My

7  recollection is 2005.

8      Q.   So I'll actually submit to you that it was

9  issued in April 2008, which would have been after HB 218

10 was laid out.

11     A.   Okay.

12     Q.   But that would have been before Senate Bill 362

13 was laid out, correct?

14     A.   Yes.

15     Q.   Did you read that decision at any time prior to

16 introducing Senate Bill 362?

17     A.   Yes.

18     Q.   And did you discuss that decision with anybody?

19          MS. HALPERN:  Yes or no.

20     A.   Yes.

21     Q.   (By Ms. Faransso)  With whom did you discuss

22 that decision?

23          MS. HALPERN:  Objection on the grounds of

24 legislative privilege.

25     A.   Once again, if it was in 2008, we're talking

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            69

1  about six years ago, my recollection would be, I would

2  assume I had discussed this with my chief of staff,

3  Janice Steffes.

4      Q.   (By Ms. Faransso)  I'm sorry?

5      A.   With Janice -- Janice McCoy.  I'm sorry, that

6  was her maiden name.  Janice McCoy.

7      Q.   Do you recall anything about the Indiana voter

8  ID law itself?

9      A.   It's a very broad question.  Would you like to

10 clarify what you're asking?

11     Q.   Do you recall that that voter ID law did not

12 permit nonphoto ID?

13     A.   I do not recall that now.

14     Q.   Did the Crawford decision have any impact in

15 your development of Senate Bill 362?

16     A.   No.

17     Q.   And why not?

18          MS. HALPERN:  Objection, legislative

19 privilege.

20     A.   I've stated before that 362 was almost exactly

21 like the 218 that we brought forward, and we decided

22 that was a good starting point for discussion.

23     Q.   (By Ms. Faransso)  Before filing Senate Bill

24 362, did you analyze or direct anyone to analyze the

25 impact of that bill on your constituents?

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        70

1            MS. HALPERN:   Objection, vague.

2       A.   And I'm going to ask you to answer -- ask the

3   question again.

4            MS. FARANSSO:   Can you read it back?

5            (Requested portion was read back by the

6   court reporter.)

7       A.   Once again, you're using the word "analyze" in

8   a very broad sense.   And the answer is yes, we

9   constantly analyzed the bill and the impact on my

10  constituents.

11      Q.   (By Ms. Faransso)   Can you tell me what kind of

12  analysis you did to research the impact of the bill on

13  your constituents?

14      A.   As I answered, we constantly analyzed the issue

15  to analyze the impact on the -- the constituents.

16      Q.   In analyzing the issue, did you specifically

17  look at the impact of the bill on minority voters in

18  your district?

19      A.   Again, the process in Texas, we file

20  legislation, you have testimony by the public and other

21  legislators, and through that testimony, it allows you a

22  clear analyzation of the impact.

23      Q.   You served on the State Affairs Committee,

24  correct?

25      A.   Yes.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

71

1     Q.   And so I take it you're familiar with the

2  preclearance standard under Section 5 of the Voting

3  Rights Act?

4     A.   Yes.

5     Q.   You wanted to ensure that Texas would be able

6  to enforce Senate Bill 362 if, in fact, it was passed,

7  correct?

8     A.   Yes.

9     Q.   Did you anticipate that Texas was going to need

10 to provide either the Department of Justice or a federal

11 court with information about the effect of Senate Bill

12 362 on minority voters in Texas?

13    A.   Would you rephrase that again?  You're asking,

14 was I aware that I would be able to have to?

15              MS. FARANSSO:  Could you please read the

16 question back?

17              (Requested portion was read back by the

18 court reporter.)

19    A.   I was aware that all the testimony we had had

20 on the bill would be moved forward to the Department of

21 Justice, but until the bill was either precleared or

22 allowed to move forward, we would not have the election

23 information.

24    Q.   (By Ms. Faransso)  In considering Senate Bill

25 362, did you research who might not have the documents

SENATOR TROY FRASER                        7/23/2014
CONFIDENTIAL TRANSCRIPT

72

1  necessary to vote under Senate Bill 362?

2      A.   Once again, you're asking for research on the

3  bill, and I've told you that we do not have the budget

4  to do the research -- you know, research and we're --

5  research -- the way we do our research in Texas is

6  through the testimony that is given on the bill.  And

7  through the testimony on the bill, that information was

8  discussed.

9      Q.   Do you recall specifically the testimony about

10 how many voters would not have the documents necessary

11 to vote under Senate Bill 362?

12     A.   The -- most of the documentation we received

13 was actual elections from other states and the number of

14 people that would have like documentation, and that

15 testimony we had showed us that they were very, very few

16 people that would not have sufficient documentation.

17     Q.   And that testimony you mentioned was about

18 other states.  Do you recall specifically what states

19 those studies were about?

20     A.   The -- the two studies we had actual results

21 from was Indiana and Georgia.

22     Q.   Did you know the racial demographics of Indiana

23 and Georgia at the time you were considering Senate Bill

24 362?

25     A.   Yes.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

73

1      Q.    And what were those demographics?

2      A.    Again, you're asking me to recall data that

3  happened seven years ago.   That -- but my recollection

4  is that Indiana probably doesn't have as high a makeup

5  of minority, but the Georgia was very close to the

6  racial makeup of Texas.

7      Q.    Was the population of Hispanic voters in

8  Georgia close to the population of Hispanic voters in

9  Texas?

10     A.    I remind you of your definition that when we

11 started this, that you said minority voters will be

12 considered any non-White, and the non-White makeup in

13 Georgia and the non-White makeup in Texas were

14 substantially the same.

15     Q.    That's correct, but for this particular

16 question, I'm just asking about Hispanic voters.   Was

17 the population of Hispanic voters in Georgia as high as

18 the population of Hispanic voters in Texas?

19     A.    The data that -- that we were given didn't

20 break out the difference between Hispanic or what

21 minorities would be included in Hispanic, so I don't

22 have that information.

23     Q.    Okay.   Senator, do you recall during the

24 Committee of the Whole debate on March 10th, stating

25 that you had done more research and more reading and

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

74

1  more debate on this bill than maybe you had ever done

2  before?

3      A.    Yes.

4      Q.    When did you conduct most of your research on

5  Voter ID?

6      A.    The bulk of the research was done, obviously,

7  after the filing of 218, starting there, and then

8  leading up all the way to the laying out of 362.

9      Q.    And how much time did you spend on that

10 research?

11     A.    More time than I've ever spent on any other

12 bill.

13     Q.    Can you tell me about the sources you consulted

14 in doing that research?

15            MS. HALPERN:   Objection, legislative

16 privilege.   You can answer.

17     A.    The starting point was the Baker Carter report,

18 was obviously the start.   But I spent a lot of time

19 Googling the issue, and in Googling that we found

20 multiple studies that had been done, one by the

21 University of Missouri, was one by the Heritage

22 Foundation.   There were polls that had been taken.   One

23 of the polls that I had a lot of credence in was an

24 independent poll done by the University of Texas that

25 showed that if you asked someone whether they were in

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

75

1   favor of someone showing a photo -- we actually asked --

2   had asked the question photo ID, and the -- over 80

3   percent of the people said yes, they did, and that

4   spread, you know, positively for both Republicans and

5   Democrats and for White and non-White.  And there is

6   also a racial breakup on that and both African American

7   and Hispanics said affirmatively that they believed that

8   someone should show positive identification at the poll.

9        Q.   Did you read that poll yourself --

10       A.   Yes.

11       Q.   -- or --

12       A.   Yes.  All the polls I, by Googling and pulling

13  up the polls, there were multiple polls done, and I

14  looked at the polls that -- every one of the polls, who

15  consulted -- who conducted the poll, what was the

16  question asked and the result of the poll.

17       Q.   Do you know how that that particular poll by

18  the University of Texas ensured that the people

19  responding to it were a representative sample of the

20  population?

21       A.   This was a, you know, a nonpartisan poll by a

22  public university, and that my belief was that they --

23  that the sampling that they had received was a proper

24  sampling.

25       Q.   Do you know whether the poll asked about

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT
7/23/2014

76

1 specific forms of identification and asked whether the

2 responders to the poll would support a Voter ID bill

3 that included those specific forms of identification?

4     A.   To my knowledge, those questions were not

5 asked, because at that time, the bill was still in a

6 maturing process and that I think the question they

7 asked was should someone have to prove they are who they

8 say they are when they go to vote.

9     Q.   Do you know whether the poll also asked whether

10 voters would support a Voter ID bill that had the effect

11 of disproportionately impacting a portion of the

12 population?

13     A.   To my knowledge, that question was not asked.

14     Q.   Do you agree that the responses to a poll

15 depend on the particular questions that are asked?

16     A.   I believe when you have a poll, whatever

17 question is asked is what people will respond to.

18     Q.   You also mentioned that you looked at studies

19 from I believe it was the Heritage Foundation and the

20 University of Missouri.  Do you recall what those

21 studies pertained to?

22     A.   The same issue, they asked if someone should

23 have showed positive identification before voting.

24     Q.   And what population were they asking that

25 question of?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

77

1      A.    Again, I'm -- I'm not privileged to the sample

2  of people that they used.

3      Q.    Was -- were those studies directed at Texas or

4  at other states?

5              MS. HALPERN:   I want to be clear here.

6  Are you asking about studies or about polls?

7              MS. FARANSSO:   I'm asking about the

8  Heritage Foundation and University of Missouri --

9              MS. HALPERN:   Studies, okay.

10             MS. FARANSSO:   -- that he referenced.

11     A.    The studies -- you're asking about studies or

12  polls?

13     Q.    (By Ms. Faransso)   You tell me.   Were they

14  studies or were they polls?

15     A.    They were both.

16     Q.    Okay.   And did they pertain specifically to

17  Texas or to other states?

18     A.    The studies were general polls about the

19  results in other states.   The polls that I was looking

20  at were actually Texas polls.

21     Q.    Which polls pertained to Texas?

22     A.    I've told you that I saw polls from the

23  University of Texas, an independent poll.   I believe the

24  University of Mississippi or Missouri did a poll in

25  Texas.   And I believe the Heritage foundation did a

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

78

1  poll.  And there -- they -- I'm sorry, there's a --

2  another poll that was quoted often that I've used

3  before, and I just can't pull up the name of it.

4      Q.   So I --

5      A.   Lighthouse, I believe it was.

6      Q.   Lighthouse, okay.  So I was asking you some

7  specific questions about the University of Texas polls.

8      A.   Uh-huh.

9      Q.   With respect to other polls that you looked at

10 that pertained to Texas specifically, did any of them

11 ask about specific forms of identification when asking

12 responders whether they would support a Voter ID bill.

13     A.   To my knowledge, I never saw a poll that said

14 specifically, would you support this particular type.  I

15 think the questions were generic, should they have to

16 identify themselves is that a positive identification

17 before voting.

18     Q.   Okay.  Thank you.  You gave advance notice to

19 the Lieutenant Governor that you were going to file SB

20 362 before you filed it, correct?

21         MS. HALPERN:  Objection.

22     A.   Yes.

23         MS. HALPERN:  Legislative privilege.  You

24 can answer.

25     A.   The answer is "yes."

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

79

1      Q.    (By Ms. Faransso)  And why did you notify the

2  Lieutenant Governor?

3                MS. HALPERN:  Objection, legislative

4  privilege.

5      A.    It is -- it is custom in the Texas Legislature

6  that if you're filing a bill, you should lay out notice

7  that you're filing it.  It doesn't keep someone else

8  from filing it, but you're putting a kind of place

9  keeper on that legislation that it is your intent to

10 file.  And I was advising both the Lieutenant Governor

11 and the other members that I did plan to file it.  And,

12 but it also didn't mean that other members wouldn't also

13 file a bill.

14     Q.    (By Ms. Faransso)  Sure, that makes sense.  Was

15 Voter ID legislation a priority for the Lieutenant

16 Governor at that time?

17               MS. HALPERN:  Objection, calls for

18 speculation.

19     A.    I think you'll probably have to ask the

20 Lieutenant Governor that question.

21     Q.    (By Ms. Faransso)  Okay.  Was Senate Bill 362

22 considered a low bill number in the Texas Senate?

23     A.    362 was the bill number of -- there were 361

24 bills filed before I filed it, and 362 was the bill

25 number that was assigned.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                             80

1     Q.   And would you consider that a low bill number?

2     A.   I consider it that the -- it was 361 bills

3  filed before it.

4     Q.   Do you know how many bills are filed in a

5  legislative session?

6     A.   About 7,000.

7     Q.   Did you ask to refile the bill to receive a

8  lower bill number?

9     A.   Once again --

10          MS. HALPERN:  Objection, legislative

11  privilege.  You may answer.

12     A.   -- you're asking about something that happened

13  five to six years ago.  I don't remember, but I do not

14  believe that I asked for a lower number.

15          MS. WESTFALL:  Objection, nonresponsive

16  answer.  What -- to the extent that we keep hearing

17  about how this happened five years ago, that was

18  nonresponsive to the question.  Move to strike.

19     A.   Well, I will reanswer that, to my knowledge, I

20  do not remember asking for a lower bill number.

21          MS. HALPERN:  The witness is entitled to

22  qualify his answer, Counsel.

23     Q.   (By Ms. Faransso)  Senator, do you recall any

24  conversations with bill opponents before Senate Bill 362

25  was filed?

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

81

1    A.    Again, you're asking me to confirm that someone
2 is going to be an opponent, and we don't know that
3 they're an opponent until they're voted on.  But I had
4 conversations with people that had been opposed to the
5 bill prior to this.
6    Q.    And with whom did you have those conversations?
7         MS. HALPERN:  Objection, legislative
8 privilege.
9    A.    The senators have a lot of conversation with
10 each other because we're friends and we travel
11 together.  A conversation I remember is with John
12 Whitmire, which is the senior Democrat member.
13    Q.    (By Ms. Faransso)  Do you recall the nature of
14 that conversation?
15    A.    I believe he asked me if I was going to file
16 Voter ID again.
17    Q.    Okay.  Do you recall any other conversations
18 with senators who had opposed Voter ID legislation in
19 the past after you filed Senate Bill 362?
20         MS. HALPERN:  Objection, legislative
21 privilege.
22    A.    If you're asking if I had a conversation after
23 the filing, the answer would be yes, because that would
24 extend up to the period of the discussion of the bill.
25 And the members of the Texas Senate, we visit with each

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            82

1  other every day on the Floor, so the answer would have

2  to be yes.

3       Q.   (By Ms. Faransso)  Did you take any steps to

4  address any concerns raised by bill opponents prior to

5  filing the bill?

6            MS. HALPERN:  Objection, assumes --

7       A.   I --

8            MS. HALPERN:  Objection, no foundation.

9            MS. FARANSSO:  I'll rephrase.  I'm sorry.

10      Q.   (By Ms. Faransso)  Did you take any steps to

11 respond to concerns raised by bill opponents generally

12 at any point in the process?

13      A.   Well, the answer would have to be yes, because

14 the bill that came from the House in 2007, I wasn't

15 comfortable with what was in the bill, and I thought it

16 was a good starting point.  But I did address the

17 concern of members, because we used that as a starting

18 point for 362.

19      Q.   I'd like to talk a little bit about the

20 Senate's consideration of Senate Bill 362.

21            (Exhibit 8 marked for identification.)

22      Q.   (By Ms. Faransso)  You've just been handed

23 what's been marked as Exhibit 8.  And Senator --

24      A.   Hold on a minute.

25      Q.   Oh, sure.

83

1    A.   Let me do a little housekeeping here and get

2 some of this out of my way, so I've -- I've got too many

3 items open at the moment.

4         MS. HALPERN:  Are you through with 362?

5         MS. FARANSSO:  I would keep it available

6 just in case.  Thank you.

7         MS. HALPERN:  Through with 218?

8         (Brief discussion off the record.)

9    A.   Okay, go.

10    Q.   (By Ms. Faransso)  Okay.  And Senator, I'm not

11 going to ask you to review the entire document.  It's

12 actually just an excerpt.  But just looking at the cover

13 page, do you know what this is?

14    A.   It appears to be at least a cover of the Senate

15 Rules that were adopted on January 14, 2009.

16    Q.   And does the Senate adopt a new set of rules

17 each legislative session?

18    A.   Every regular session and every special

19 session.

20    Q.   Thank you.  If you could turn to page 24, just

21 a few pages in, because as I mentioned, this is an

22 excerpt.  And looking at page 24, are you familiar with

23 Rule 5.11?

24    A.   I am.

25    Q.   Okay.  What is a special order?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              84

1      A.    Special order, as you can see would be, "order

2  should be considered at the time for which it's set and

3  considered and the date disposed of and unless the time

4  is fixed as pending," and if you'd like me to read the

5  whole thing, "a special order would set a special order

6  of business."

7      Q.    Okay.  Is the purpose of Rule 5.11 that a

8  two-thirds' vote is required in order to move a bill out

9  of the regular order of business on the Senate calendar?

10           MS. HALPERN:  Objection, calls for

11  speculation.  You can ask for his interpretation.

12     A.    You're -- you're actually asking duplicate

13  questions that are not connected to each other that we

14  discussed in the last deposition is that we have a

15  regular order of business, and the rules say that all

16  bills will be held -- heard in that order.  If you want

17  to have your bill heard out of order, you have the right

18  to suspend the regular order of business.  To suspend a

19  rule is a two-thirds' vote.  If you choose to make that

20  motion, then you ask to suspend the regular order of

21  business.  Then once that -- if you're successful in

22  doing that, your bill jumps over the other bills above

23  it and can be held -- heard.

24     Q.    (By Ms. Faransso)  Thank you.  So is it fair to

25  say that without a two-thirds' vote, a bill must be

SENATOR TROY FRASER                        7/23/2014
CONFIDENTIAL TRANSCRIPT

85

1  considered in the regular order of business?

2      A.   Unless you -- no, that is not correct.  A bill

3  per the rules of the Senate has to be heard in the

4  regular order of business.

5      Q.   And what is the purpose of that procedural

6  framework?

7              MS. HALPERN:  Objection, calls for

8  speculation.

9      A.   The purpose of the special -- the vote to

10 suspend the regular order of business is that I want my

11 bill to be heard before the bills in front of it.

12     Q.   (By Ms. Faransso)  That makes sense.  If you

13 could please look at Subsection D of Rule 5.11?  What is

14 the effect of Subsection D?

15     A.   "Notwithstanding Subsection A of this bill, the

16 bill or resolution relating to voter identification

17 requirements reported favorably from the Committee of

18 the Whole may be set as a special order for a time at

19 least 24 hours when the motion is adopted by a majority

20 of the members of the Senate."

21     Q.   Thank you.  Who introduced the resolution to

22 add Subsection D to Rule 5.11?

23     A.   You're asking me to speculate on who inserted

24 that, and I can't speculate other than I didn't -- I was

25 not involved.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

86

1     Q.   And just to be clear for the record, I'm not
2  asking you to speculate.  I'm simply asking if you were
3  aware.  And that goes for all my questions.
4     A.   Wait, was I aware of what?
5     Q.   Are you aware of who introduced the resolution
6  to add Subsection D to Rule 5.11?
7     A.   No.
8     Q.   Okay.  Thank you.  Was it your idea to
9  introduce this rule?
10    A.   No.
11    Q.   What was the purpose of providing that Voter ID
12 legislation could be treated as a special order under
13 this rule?
14         MS. HALPERN:  Objection, vague.
15    A.   Would you like for me to read D to you again,
16 because the words speak for themselves?
17    Q.   (By Ms. Faransso)  I'm simply asking for you to
18 tell me what you think the purpose was, if you know.
19         MS. HALPERN:  That's a different question,
20 and I'm going to object to that one on legislative
21 privilege, and then you can answer it, what you think
22 the purpose was.
23    A.   Well, the words speak for themselves is that
24 this would be a special order and could be adopted at
25 least 24 hours after a motion by majority of the Texas

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

87

1  Senate.   It is not unusual for a special order to be put

2  in the rules.   Actually, between 1972 and 1979, during

3  the 20 -- obviously, it was a 20-year period, I believe

4  it took 15 or 16 of those years at special sessions that

5  a special order is put in place by the Democratic

6  Lieutenant Governor, so it is not unusual that you have

7  special orders to be put in -- in the rules.

8      Q.   (By Ms. Faransso)   And when you say it's not

9  unusual, you mean that there would be a paragraph

10 similar to this?

11     A.   Exactly identical to this but it would be

12 addressing specific issues, and they would have a

13 special order for a bill to be heard per the same

14 wording, this D, 24 hours after the motion is adopted by

15 a majority of the Texas Senate.

16     Q.   Thank you.  Senator, do you believe that Senate

17 Bill 362 would have passed the Senate if it were not for

18 Rule 511D?

19          MS. HALPERN:   Objection, calls for

20 speculation.

21     A.   And I may need that question asked again,

22 please.

23     Q.   (By Ms. Faransso)  Do you --

24          MS. FARANSSO:   Can you, actually, read it

25 back, please?

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

88

1              (Requested portion was read back by the

2  court reporter.)

3         A.    There's no way for me to project what the

4  people would have voted for or against.

5         Q.    (By Ms. Faransso)   That's fair.   You mentioned,

6  I believe, that it is not unusual for legislation to be

7  treated as a special order.   Is that true for regular

8  sessions of the Senate or special sessions?

9         A.    Yes, it is true for both.

10        Q.    For both.   And how many special orders have

11  been set by Republican Senators?

12              MS. HALPERN:   Objection, assumes facts not

13  in evidence.

14        A.    And you're asking an extremely broad question

15  and assuming that I know everything from the history of

16  Texas all the way back to 1845 when we became a state.

17  But the current history of since I've been there in the

18  Legislature and the research I've done, I did go back as

19  far as 1972, and every special order that was put in

20  place prior to probably 1999 was placed in special order

21  by a Democrat Legislature or Senate or a Democrat

22  Lieutenant Governor.   So asking a question of what's

23  Republican or Democrat, very, very, very few have been

24  placed by Republicans, because we didn't have Republican

25  control until 1997.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

89

1      Q.     (By Ms. Faransso)   Thank you for that

2  explanation.

3              The Lieutenant Governor referred Senate

4  Bill 362 to the Committee of the Whole; is that right?

5      A.     Yes.

6      Q.     Is that very common?

7      A.     Yes, well, I'm going to retract my yes.   You're

8  using the word "common."   It is not unusual for a bill

9  to be filed.   There are not very many bills that are

10 filed with the Committee of the Whole, but it is a

11 common practice that is used when there's a bill that

12 has the interest of all Senators.

13     Q.     Election bills are normally referred to the

14 State Affairs Committee; is that right?

15     A.     Once again, you're making a generalization.

16 State Affairs receives a lot of election bills.   But the

17 referral of bills is left up to the Lieutenant Governor,

18 and I think that question would be best asked of him.   I

19 believe you're going to be able to ask that.   But

20 generally saying that they're all sent, I would have to

21 say no.

22     Q.     HB 218 was referred to the State Affairs

23 Committee; is that correct?

24     A.     To my knowledge, that's where it went.

25     Q.     Do you recall any election bills other than

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                          90
1  Senate Bill 362 and Senate Bill 14 that were referred to

2  the Committee of the Whole during your tenure as a

3  Senator?

4     A.   To my knowledge, I do not remember another

5  election-related bill referred to the Committee of the

6  Whole.

7     Q.   Does referral of a bill to the Committee of the

8  Whole expedite the consideration of that bill?

9     A.   No.

10         MS. HALPERN:  I'm sorry, what was the

11 answer?

12    A.   No.  The bill would still be heard in the

13 regular order of business.  If you're going to change

14 the regular order of business, you know, it would be a

15 vote unless there was a special order on the bill.

16    Q.   (By Ms. Faransso)  Unless there was a special

17 order on the bill.

18         (Exhibit 9 marked for identification.)

19    Q.   (By Ms. Faransso)  Senator, you've been handed

20 what has been marked as Exhibit 9.  Right there.  And

21 it's an e-mail from Bryan Hebert to your chief of staff,

22 Janice McCoy, dated March 4, 2009.

23         MS. FARANSSO:  And I will note for the

24 record that this is highly confidential.

25         MS. HALPERN:  Which means any questions

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              91

1  about it are under seal.

2              MS. FARANSSO:  In case it was not clear.

3       Q.   (By Ms. Faransso)  Who is Bryan Hebert?

4       A.   I'm -- I don't know how to answer that.  It's a

5  name I'm familiar with, but it is not in my employ.

6       Q.   Okay.

7       A.   I'm not sure who he --

8       Q.   Do you see on the cover e-mail there that his

9  title is Deputy General Counsel, Office of the

10 Lieutenant Governor?

11      A.   I see that.

12      Q.   There are some attachments to this e-mail, and

13 I simply want to know whether you recognize any of these

14 attachments.

15      A.   I recognize none of the --

16      Q.   I'm sorry?

17      A.   I recognize none of the attachments.

18      Q.   (By Ms. Faransso)  Okay.  If you don't mind, I

19 might just ask you a couple quick questions about the

20 document and then we can move on.  If you turn to the

21 second page, which is the back of the first page, it's

22 titled, "Reasons to Support SB 362 as Filed."  Could you

23 please read point 1 on that page?

24      A.   "The bill improves security in election process

25 but not as restrictive as Indiana and Georgia.  There's

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              92

1  less chance of disenfranchising elderly, poor and

2  minority voters."

3       Q.   Did you agree with the statement?

4       A.   I've never seen that -- that before, so.

5       Q.   Do you recall hearing this argument?

6            MS. HALPERN:  Objection, vague, no

7  foundation.

8       A.   Could you be clearer of who I would have heard

9  it from?

10      Q.   (By Ms. Faransso)  Do you recall during the

11 consideration of Senate Bill 362 the argument that that

12 bill was left restrictive than the Indiana and Georgia

13 Voter ID laws, and thus, had a less of a chance of it

14 disenfranchising elderly, poor or minority voters?

15      A.   No.

16      Q.   Did Janice McCoy ever mention this argument to

17 you?

18      A.   No.

19           MS. HALPERN:  Objection, legislative

20 privilege.  You can answer.

21      A.   No.

22      Q.   (By Ms. Faransso)  Sitting here today, would

23 you agree with the statement?

24      A.   You're asking me to agree to a statement made

25 by someone else, and you would have to ask them.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            93

1       Q.    I'm just asking if you agree with the

2  statement.

3       A.    I don't have enough information to make a

4  determination.

5       Q.    Could you please read point 5 for me?

6       A.    "Increases chances of federal preclearance,

7  because many forms of ID are acceptable and provisional

8  ballots and procedures are less burdensome."

9       Q.    Do you recall hearing the argument during the

10 consideration of Senate Bill 362 that there was an

11 increased chance of federal preclearance because many

12 forms of ID were acceptable and the provisional ballot

13 procedure was less burdensome?

14      A.    No.

15      Q.    Do you recall Janice McCoy mentioning this

16 argument to you?

17      A.    No.

18      Q.    You can put that document away.  Just a few

19 more questions on Senate Bill 362, Senator, and then

20 maybe it would be a good time for a break.

21              (Exhibit 10 marked for identification.)

22      Q.    (By Ms. Faransso)  The court reporter has

23 handed you what has been marked as Exhibit 10.  Do you

24 recognize this document?

25      A.    Appears to be a -- from the Senate Journal,

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                         94

1  Wednesday, March 18, 2009.

2              MS. HALPERN:  Let the record reflect this

3  is an excerpt.

4              MS. FARANSSO:  That's correct.

5      Q.   (By Ms. Faransso)  This is an excerpted copy of

6  the Senate Journal.  If you could turn to page 591, and

7  again, it's not too many pages in because this is an

8  excerpt.  Do you see the statement, "Submitted by

9  Senator West" halfway down the page?

10     A.   Yes.

11     Q.   Do you recall this statement?

12     A.   No.

13     Q.   Could you please read the first paragraph of

14  the statement?

15     A.   "Senator West submitted the following

16  statement."

17     Q.   Can you please read the second paragraph?

18     A.   "We offered the following statements with

19  respect to our votes in Senate Bill 362 and ask that

20  they be spread upon the Journal of the Senate."

21     Q.   Thank you.  If you could turn to the next page,

22  the statement continues on to that page.  Could you

23  please read Paragraph 6?

24     A.   "On March 18, the Senate took up Senate Bill

25  362 on third reading.  The vote on the legislation was

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

95

1  19-12.  All eight ethnic minority senators voted against

2  the legislation."

3       Q.    And could you please read Paragraph 8?

4       A.    "Of all the opportunities members of the Senate

5  have to vote on voter identification legislation or

6  Senate process regarding voter identification

7  legislation, no senator who is an ethnic minority has

8  voted in favor of such legislation or the process

9  related to such legislation."

10      Q.    Is it fair to say that this statement from

11 Senator West reflects that all eight senators who are

12 ethnic minorities at that time voted against Senate Bill

13 362?

14      A.    No.

15      Q.    Why is that not a fair statement?

16      A.    I don't believe Senator Watson is an ethnic

17 minority.

18      Q.    Senator --

19      A.    I believe Senator Whitmire is an ethnic

20 minority.

21      Q.    I might actually point out, if I'm not

22 mistaken, if I'm counting correctly, that the names

23 listed there are ten names, but the statement actually

24 refers to eight Senators.

25      A.    Once again, I don't see eight ethnic minorities

96

1  within that group.

2      Q.   Were you aware that senators who were ethnic

3  minorities were opposed to Senate Bill 362?

4      A.   There were ethnic minorities that opposed my

5  bill.

6      Q.   Do you know why they opposed your bill?

7      A.   I believe you would have to ask them.

8      Q.   Do you recall any of their specific objections

9  to the bill?

10     A.   There in the testimony and the questioning on

11 the Floor that went for 27 hours, yes, there were

12 objections raised.

13     Q.   Did you have any concerns that those objections

14 would create any barriers to preclearance of the bill

15 under Section 5 of the Voting Rights Act?

16     A.   I believe that the bill that we were attempting

17 to pass would pass preclearance.

18     Q.   Why do you think there was such strong

19 opposition by these senators to your bill?

20     A.   I have no idea, because I do not believe that

21 their constituents had said affirmatively that they were

22 in favor of photo identification and is one of the

23 questions I asked them is how could you possibly be

24 against this bill.  I did not understand why any of

25 these people opposed the bill.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

97

1     Q.    And if you could just clarify what you said.
2  You said that their constituents were in support of the
3  bill?
4     A.    The polling had showed in every instance that
5  over 50 percent of Republicans, Democrats, African
6  Americans, Hispanics, were over 50 percent were in favor
7  of this.  That would imply that their districts, their
8  constituents were in favor of it.
9     Q.    Is that the polling that we discussed a little
10 bit earlier this morning?
11    A.    Yes.
12    Q.    And again, that polling did not ask about
13 specific forms of ID, did it?
14    A.    They asked, should you have to identify, give
15 positive identification before you vote.
16    Q.    But it did not ask about specific forms of ID
17 that might be included in Voter ID legislation?
18    A.    I don't -- I do not know the answer to that.
19    Q.    Senate Bill 362 passed in the Senate but not in
20 the House, correct?
21    A.    That is correct.
22    Q.    Do you recall who sponsored the bill in the
23 House?
24    A.    Todd Smith.
25    Q.    Did you or anyone in your office have any

98

1  conversations with Representative Smith regarding the

2  bill once it went to the House?

3      A.   Yes.

4      Q.   And what was the nature of those conversations?

5           MS. HALPERN:  Objection on the grounds of

6  legislative privilege.  And in order to be consistent,

7  I'm going to direct him not to answer.  Because the line

8  that we have drawn for the court is that where the

9  witness is being asked his own opinions, thoughts and

10 mental impressions, he can waive his own legislative

11 privilege.  He cannot waive the legislative privilege of

12 somebody else.  That representative is entitled to

13 legislative privilege.  And if I allow the witness to

14 answer the question, then that representative is being

15 deprived of even the ability to assert it.  So for these

16 questions, and I'm just making a clear record, where you

17 ask him about somebody else's opinion or statements, I'm

18 going to direct him not to answer.

19          MS. WESTFALL:  For the record, we can --

20 it is our position that we can ask questions along the

21 lines of privilege law, how many conversations, general

22 nature of the conversation, who was the conversation

23 with, notwithstanding your direction.  Would you agree

24 with that?

25          MS. HALPERN:  And we would agree with

99

1  that, yes.  You can ask about the number of

2  conversations.  You just can't ask about the substance

3  of them.

4              MS. FARANSSO:  Can you read the last

5  pending question, please?

6              (Requested portion was read back by the

7  court reporter.)

8       A.   My answer would be yes.

9       Q.   (By Ms. Faransso)  How many conversations?

10      A.   It would be impossible for me to tell you the

11 number of conversations.  The very nature of the way the

12 Texas Legislature works is that once a body -- the bill

13 leaves one body and moves to the other, we allow the

14 process to work, and they would deal with the bill.  If

15 they had questions on the bill, we would answer those

16 questions.  So I'm sure there were conversations.

17 Generally, the conversations are staff-to-staff.

18 Member-to-member conversations are not as common.  I'm

19 sure that I had conversations with Representative Smith,

20 but very few.

21      Q.   Would Ms. McCoy have had those conversations on

22 your behalf?

23      A.   I cannot speak for Ms. McCoy.

24      Q.   When you say staff-to-staff, who on your staff

25 would have had those conversations?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

100

1      A.    Ms. McCoy.

2      Q.    Did you have conversations with any other House

3  members about the bill once it went to the House?

4      A.    362, I would say no.

5      Q.    Okay.  Did you have any discussions with the

6  Lieutenant Governor's office about a strategy for

7  securing passage of Senate Bill 362 in the House?

8              MS. HALPERN:  I'm going to object to that

9  on the grounds of legislative privilege, because you've

10 suggested a subject matter as well as the fact of

11 conversations.

12     Q.    (By Ms. Faransso)  Did you have any

13 conversations with the Lieutenant Governor's office

14 about Senate Bill 362 once it went to the House?

15     A.    To my knowledge, no.

16     Q.    Would you like to continue or do you need a

17 break?

18     A.    I'm fine.

19     Q.    Okay.  I'm going to move on to Senate Bill

20 14.  After failure of Senate Bill 362 in the House, did

21 you have any discussions with the Lieutenant Governor's

22 office about next steps with regard to Voter ID

23 legislation?

24             MS. HALPERN:  Objection, legislative

25 privilege.  You can say "yes" or "no."

101

1    A.    Yes.

2    Q.    (By Ms. Faransso)  How many conversations?

3    A.    More than likely only one.

4    Q.    Did you have any discussions with anyone else

5 about being the author of a new Voter ID bill?

6    A.    I'm sorry, I need to back up.  Was the question

7 you asked before prior to the filing of?

8    Q.    Yes.

9    A.    And my answer still is likely one.

10   Q.    Did you have any conversations with anybody

11 else about being the author of a new Voter ID bill after

12 Senate Bill 362 failed?

13   A.    Yes.

14   Q.    With whom did you have those conversations?

15         MS. HALPERN:  Objection, legislative

16 privilege.  You can answer.

17   A.    Ms. McCoy.

18   Q.    (By Ms. Faransso)  Okay.  When did the Voter ID

19 issue arise again for you?

20         MS. HALPERN:  You mean after 362?

21         MS. FARANSSO:  Yes.

22         MS. HALPERN:  What is again in reference

23 to?

24         MS. FARANSSO:  Let me clarify.

25   Q.    (By Ms. Faransso)  After Senate Bill 362 failed

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

102

1  in the House, when did the issue of Voter ID legislation

2  arise again?

3      A.    You're implying that it went away.  It was

4  always there.  And after 362 failed, 14 was a

5  continuation of 362.

6      Q.    Do you recall that you filed a Voter ID bill in

7  the Senate on November 8th, 2010, and that it received

8  the bill number of Senate Bill 178?

9      A.    Yes.

10     Q.    Okay.  You refiled that bill to get a lower

11 bill number; is that right?

12     A.    You've asked the question incorrectly.  If

13 you'll ask it correctly, I'll answer your question.

14     Q.    Did you refile that bill to get a lower bill

15 number?

16     A.    Once again, if you'll read -- if you'll ask the

17 question correctly, I'll answer it.

18     Q.    I'm simply --

19            MS. WESTALL:  Objection, move to strike on

20 nonresponsive.

21     Q.    (By Ms. Faransso)  Did refile Senate Bill 178?

22     A.    No.

23     Q.    How -- actually --

24            (Exhibit 11 marked for identification.)

25     Q.    (By Ms. Faransso)  Did your staff refile --

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        103

1  did anyone on your staff --

2      A.    I'm very aware of where you're trying to get

3  to, but the -- 178 was filed and continued as a bill

4  that had been filed.

5      Q.    Did that bill get refiled?

6      A.    The content of one -- of a -- a like content of

7  bill 178 was refiled again.

8      Q.    And when that bill was refiled, did it receive

9  the bill number Senate Bill 14?

10     A.    Yes.

11     Q.    And did you refile that bill at the request of

12  the Lieutenant Governor?

13     A.    Yes.

14     Q.    Okay.  Thank you.  Does the Lieutenant Governor

15  reserve lower bill numbers for legislative priorities?

16     A.    Yes.

17     Q.    Does a lower bill number expedite the

18  consideration of a bill?

19     A.    No.

20     Q.    Is there any other procedural advantage to

21  having a lower bill number?

22     A.    No.

23     Q.    So what is the purpose of refiling a bill?

24     A.    I believe you're going to have to ask the

25  Lieutenant Governor that question.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            104

1    Q.   What did you believe was the purpose of
2  refiling Senate Bill 178 as Senate Bill 14?
3              MS. HALPERN:  Objection, calls for
4  speculation.  You can ask him what he thought himself,
5  not what he thought the Lieutenant Governor's thought
6  was.
7              MS. FARANSSO:  I believe I asked what --
8  what he thought.  Can you read the question back?
9              (Requested portion was read back by the
10 court reporter.)
11   A.   I believe it was the response from the
12 Lieutenant Governor that said he would like for you to
13 refile the bill.
14   Q.   (By Ms. Faransso)  Thank you.  You were the
15 author of Senate Bill 14; is that right?
16   A.   Yes.
17   Q.   And as the author, you drafted and filed the
18 bill, correct?
19   A.   No.
20   Q.   Who drafted and filed the bill?
21   A.   Janice McCoy.
22   Q.   She filed -- drafted and filed the bill on your
23 behalf, correct?
24   A.   Yes.
25   Q.   Were you involved in the drafting of the bill?

105

1      A.    Yes.

2      Q.    What was your involvement?

3      A.    Suggestions on content of the bill.

4            (Exhibit 12 marked for identification.)

5      Q.    (By Ms. Faransso)  Senator, you've been handed

6 what has been marked as Exhibit 12, and we will spend

7 very little time on this document.  But do you recognize

8 this document based on the cover page?

9      A.    Appears to be an excerpt from the Senate Rules

10 of the 2011 session.

11     Q.    If you could please turn to page 24 and look at

12 Rule 5.11, and specifically Rule 511D.  Does this

13 reflect that in 2011, the Senate adopted the same rule

14 it had adopted in 2009, which allowed bills relating to

15 Voter ID to be set by a special order by a majority of

16 the Senate rather than by two-thirds' vote?

17     A.    It implies that the rules that were adopted in

18 2009 carried forward and were readopted as they were in

19 2011 -- 2009, they were adopted identically in 2011.

20     Q.    Thank you.  Do you recall if there was an

21 exemption for any area of legislation in the 2013 rules?

22     A.    I'm sorry, I do not.

23     Q.    You do not recall?

24     A.    I don't recall.

25     Q.    Okay.  Do you recall that during the 2011

SENATOR TROY FRASER                                        7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                                106

1  legislative session, Governor Perry designated the issue

2  of Voter ID legislation as emergency legislation?

3       A.   Am I aware?

4       Q.   Yes.

5       A.   I am aware.

6       Q.   Okay.  Did you or your office have any

7  conversations with the Governor's Office prior to the

8  Governor making that designation?

9       A.   No.

10            MS. HALPERN:  Object -- I would have, but

11  it doesn't matter now.

12       A.   No.

13       Q.   (By Ms. Faransso)  Did you or your office have

14  any conversations with the Lieutenant Governor's Office

15  prior to the Governor making that designation?

16            MS. HALPERN:  Objection, legislative

17  privilege.

18       A.   No.

19            MS. HALPERN:  Do you want to take a break?

20       A.   Sure.

21            MS. HALPERN:  Let's take a break.

22            MS. FARANSSO:  Sure.

23            (Brief discussion off the record and

24  recess delayed.)

25            (Exhibit 13 marked for identification.)

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            107

1      Q.   (By Ms. Faransso)  Senator Fraser, you've been

2  handed what has been marked as Exhibit 13.  Do you

3  recognize this document?

4      A.   Press release from my office.

5      Q.   Did Ms. McCoy draft this document?

6      A.   Yes.

7      Q.   Did she draft it at your direction?

8      A.   It appears that -- I'm assuming she drafted it

9  because most of it -- she did most of the ones, and I'm

10 assuming -- I don't know that I directed her.  She may

11 have drafted it and then shown it to me.  So I can't say

12 that I asked her to.

13     Q.   And does this press release pertain to Governor

14 Perry's declaration of Voter ID as an emergency item of

15 legislation?

16     A.   It appears to be.

17     Q.   Okay.  Why did you think it was important to

18 designate Voter ID legislation as an emergency item?

19          MS. HALPERN:  Objection, legislative

20 privilege.

21     A.   Governor Perry is the one that declared it

22 emergency.  I didn't ask him to do it.  This is a

23 announcement that he has done it and thanking him for

24 doing it.

25     Q.   (By Ms. Faransso)  Can you please read the

                U.S. LEGAL SUPPORT - AUSTIN, TEXAS
                          512-292-4249

108

1 first paragraph of the press release?

2      A.    "I want to thank Governor Rick Perry for

3 declaring Voter ID an emergency for the legislative

4 session by taking this action.  The Legislature will be

5 able to address this priority issue more quickly."

6      Q.    Does this reflect that by designating Voter ID

7 as an emergency item of the legislation, the issue would

8 be addressed more quickly by the legislature?

9      A.    It is implied that is the case, but that's not

10 always the case.  I had an emergency item in the 2013

11 session that wasn't heard until the end of the session.

12 So it doesn't necessarily always mean it will be heard.

13      Q.    But generally speaking, the Texas Constitution

14 prohibits the passage of bills within the first 60 days

15 of the legislative session unless the Governor

16 designates an item as an emergency matter; is that

17 correct?

18            MS. HALPERN:  Objection, calls for a legal

19 conclusion.

20            MS. FARANSSO:  Counsel, I'm asking about

21 the Texas Constitution and his familiarity with it based

22 as a -- his familiarity with it.

23            MS. HALPERN:  You can ask him his

24 familiarity with it, but we've had objections in other

25 depositions from defendants to witnesses proffering

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

109

1  legal conclusions about what the Texas Constitution
2  says.  So having been instructed in that fashion, I am
3  objecting that you're calling for a legal conclusion.
4  He can tell you what he thinks it means.
5      Q.   (By Ms. Faransso)  Senator, are you aware that
6  the Texas Constitution prohibits the passage of a bill
7  within the first 60 days of a legislative session unless
8  it has been designated as an emergency item?
9      A.   That is my understanding of the Texas
10 Constitution.
11     Q.   Thank you.  Was there an urgency in your mind
12 requiring the expeditious passage of Senate Bill 14?
13     A.   It's interesting that the Democratic caucus
14 took a position that it would like to go ahead and get
15 this out of the way.  So the answer is yes, that it was
16 a general consensus of the Senate as a whole.  We didn't
17 make an official decision of that because you can't do
18 that.  But the -- both caucuses agreed that it would be
19 nice to go ahead and deal with this issue early.
20     Q.   The release states -- and let me just find the
21 paragraph.  The second to last paragraph, the very last
22 full line, it states, "Without a photo ID requirement,
23 we can never have confidence in our system of voting."
24 What did you mean here by confidence in our system of
25 voting?

110

1     A.    I believe that without a photo ID requirement,

2  we can never have confidence in our system of voting.

3     Q.    And what do you mean by confidence?

4     A.    Without a photo ID requirement, we can never

5  confidence in our system of voting.

6     Q.    What was your -- the factual basis for your

7  belief that without a photo ID requirement, we could not

8  have confidence in our system of voting?

9     A.    I don't think I'm quoting anything other than

10  saying without a photo ID requirement, we can never have

11  confidence in our system of voting.

12     Q.    So there was no factual basis to that

13  statement?

14     A.    That that's your opinion.  You're answering for

15  me.  The words on the paper say you cannot have a --

16  without a photo ID requirement, we can never have

17  confidence in our system.  That gives my opinion.

18           MS. WESTFALL:  Objection, nonresponsive.

19     Q.    (By Ms. Faransso)  Can you please tell me

20  whether there was a factual basis for that opinion?

21     A.    There had been hours of testimony on the bill

22  over the last six years on this issue and so there had

23  been a lot of evidence delivered showing that without a

24  photo ID requirement, we could not have confidence in

25  our system.  So yes, there was many, many, many hours of

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        111

1  testimony showing that.

2       Q.   The photo ID requirement in Senate Bill 14 was

3  intended to combat only in-person voter fraud, correct?

4       A.   Yes.

5       Q.   Do you recall whether January 11, 2011 was the

6  first day of the 82nd session?

7       A.   I do not recall, no.

8       Q.   I can represent to you that it was the first

9  day unless you would like to see a document showing

10 that.

11      A.   If you say it is, I -- that's sounds right.

12      Q.   Do you recall when Senate Bill 14 passed?

13      A.   It was the end of January.  The last week of

14 January.

15      Q.   And I think, specifically, I can represent to

16 you it was passed on January 26th, during the last week

17 of January.  Are you aware of any other substantive

18 bills that the Senate passed in the first two weeks of

19 the legislative session in January?

20      A.   Of 2011?

21      Q.   Yes.

22      A.   I'm sorry, I don't -- I don't have that

23 information.

24      Q.   Do you think it's unusual for a bill to pass

25 within the first two weeks of a legislative session?

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        112

1      A.   No.

2      Q.   Is it fair to say that Voter ID legislation was

3  a priority for the Lieutenant Governor at this time?

4      A.   You'd have to ask the Lieutenant Governor that.

5      Q.   Did you have any conversations with the

6  Lieutenant Governor's Office during the consideration of

7  Senate Bill 14?

8           MS. HALPERN:  Yes or no.

9      A.   Yes.

10     Q.   (By Ms. Faransso)  How often did you have those

11 conversations?

12     A.   It's a very, very broad question you're

13 asking.  I talked with the Lieutenant Governor almost

14 every day so we had more than one conversation.

15     Q.   Going back to Senate Bill 14 itself, you

16 mentioned that Janice McCoy drafted the legislation and

17 you were involved as she drafted that legislation?

18     A.   Yes.

19     Q.   Do you recall consulting any sources as your

20 office drafted Senate Bill 14?

21     A.   You're going to have to be --

22          MS. HALPERN:  Objection.

23     A.   -- more specific.

24     Q.   (By Ms. Faransso)  Do you recall looking at any

25 laws of other states while you were drafting Senate Bill

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

113

1  14?

2           MS. HALPERN:   And I'm going to object on

3  the basis of legislative privilege.   You can answer.

4       A.   Yes.

5       Q.   (By Ms. Faransso)   What's states in particular

6  did you look at?

7           MS. HALPERN:   Objection, legislative

8  privilege.

9       A.   There were 24 states by the time we passed

10  Senate Bill 14 that had enacted Voter ID laws.

11       Q.   (By Ms. Faransso)   Did you look at the laws in

12  Indiana and Georgia?

13       A.   Yes.

14           MS. HALPERN:   Objection, legislative

15  privilege.   I've got to do this every question.

16       Q.   (By Ms. Faransso)   Was anyone else involved in

17  the drafting of Senate Bill 14 other than Ms. McCoy?

18       A.   I want to go back to the prior question if I

19  could to continue my answer.   I looked at the laws

20  passed in all 24 states that had enacted laws.

21       Q.   Thank you.

22           (Exhibit 14 marked for identification.)

23       Q.   (By Ms. Faransso)   Senator, you've been handed

24  what has been marked as Exhibit 14.   Do you recognize

25  this document?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              114

1      A.    Appears to be the legislation, I believe, as

2 filed.

3      Q.    That's correct.   This is the introduced version

4 filed on January 12, 2011.   If you turn to Page 9 of

5 this bill, I'm sorry, Page 8, and there's a list of

6 documentation of proof of identification provided there.

7 Senate Bill 14 included only photo identification,

8 correct?

9      A.    That is correct.

10     Q.    What was the purpose of excluding nonphoto

11 identification from Senate Bill 14?

12           MS. HALPERN:   Objection, legislative

13 privilege.

14     A.    By the time Senate Bill 14 was enacted, we had

15 six years of history in Texas and over eight years of

16 history of the issue in the United States, so we had

17 multiple elections that had been held and case law that

18 had gone before the U.S. Supreme Court, preclearance by

19 the Georgia Voter ID law, and that it was clear to us

20 from the testimony that we had heard that Texas was best

21 served by having a clear photo ID bill.

22     Q.    (By Ms. Faransso)   You mentioned that there

23 were six to eight years of previous history.   Did

24 anything specifically occur between 2009 and 2011 that

25 made nonphoto ID an acceptable option in 2009 but not in

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              115

1  2011?

2          MS. HALPERN:  Objection, assumes facts not

3  in evidence.

4      A.   And my answer would the same as the last

5  question, the last answer I gave, it will be the

6  identical answer, and I'll give it again if you'd like.

7      Q.   (By Ms. Faransso)  I'm asking what you can

8  point to between 2009 and 2011 that made nonphoto ID an

9  acceptable option in 2009 but not in 2011.

10         MS. HALPERN:  Objection, assumes facts not

11  in evidence.

12     A.   And my answer will continue to be the same, and

13  I will give the same answer again if you would like.

14     Q.   (By Ms. Faransso)  Please do.

15     A.   That we had had six years of history in Texas

16  of testimony on the bills.  You had had at least eight

17  years of history of both elections held in other states,

18  rulings by the U.S. Supreme Court and preclearance of

19  issues, including preclearance in Georgia, and with the

20  combination of all of that, Texas made a clear decision

21  that we would be best served by a clear photo ID bill.

22     Q.   Let me first ask you about the elections you

23  referred to.  Which elections specifically are you

24  referring to?

25     A.   You're going to have to be more specific in

SENATOR TROY FRASER                                  7/23/2014
CONFIDENTIAL TRANSCRIPT

116

1  your question, because there were 24 states that had

2  enacted the laws so you've had elections for in 24

3  states over that period.  The longest period, obviously,

4  is Indiana and Georgia, and we reviewed the election

5  results.  There had been studies done by multiple

6  people, including the University of Missouri, looking at

7  the results of turnout in those states.

8      Q.   And did those studies look at the 2008

9  election?

10     A.   There were studies of elections in 2008.

11     Q.   Did those studies look at elections following

12 the 2008 election?

13     A.   There were studies after 2008, yes.

14     Q.   I'm sorry?

15     A.   There were studies after 2008, yes.

16     Q.   Were there studies of elections that occurred

17 after 2008?

18     A.   The answer would be yes because this was due to

19 be held in 2011.

20     Q.   Were you aware at the time of the racial

21 demographics in Georgia and Indiana?

22              MS. HALPERN:  Objection, asked and

23 answered.

24              MS. FARANSSO:  I'm asking at the time,

25 2011.  We previously discussed 2009.

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            117

1      A.   The answer would be the same, because I don't

2  believe we had a mass exodus of one group coming or

3  going in those two states.  I would represent, I would

4  believe, it would be, you know, pretty much the same.

5      Q.   (By Ms. Faransso)  Thank you.

6      A.   Predominantly the same.

7      Q.   With respect to Georgia and Indiana, those laws

8  are less restrictive than Senate Bill 14; is that

9  correct?

10     A.   That would be your determination.

11     Q.   Are those bills less restrictive than Senate

12 Bill 14?

13     A.   Again, that would be your determination.

14     Q.   Do you agree with the statement that those

15 bills are less restrictive than Senate Bill 14?

16     A.   No, I do not agree with that.

17              (Exhibit 15 marked for identification.)

18     Q.   (By Ms. Faransso)  Senator, the court reporter

19 has handed you what has been marked as Exhibit 15.  It's

20 an e-mail from Bryan Hebert to several individuals,

21 including Janice McCoy.

22              MS. FARANSSO:  And I will note for the

23 record that this document is highly confidential.

24     Q.   (By Ms. Faransso)  Do you recognize the

25 attachment to Mr. Hebert's e-mail?

                                                          118

1      A.   No.

2      Q.   Do you see that it's a Voter ID bill summary

3 for Senate Bill 14?

4      A.   Appears to be.

5      Q.   Can you please read the very first sentence of

6 that summary?

7      A.   "Senate Bill 14 would give Texas arguably the

8 strictest photo ID law in the country.  A review of the

9 U.S. Supreme Court approval of Indiana law and DOJ's

10 approval of Georgia photo law indicates the December

11 14th is likely to be upheld under both constitutional

12 review of Section 5 Voting Rights Act."

13     Q.   With respect to that first sentence, "Senate

14 Bill 14 would give Texas arguably the strictest photo ID

15 law in the country," did you agree with that statement

16 at the time?

17           MS. HALPERN:  Objection, assumes facts not

18 in evidence.

19     Q.   (By Ms. Faransso)  Have you seen this

20 statement?

21     A.   No.

22     Q.   Have you heard the argument that Senate Bill 14

23 arguably would have been the strictest photo -- photo ID

24 law in the country?

25     A.   No.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              119

1    Q.   And just for the record, do you agree with that
2  statement sitting here today?
3    A.   You're projecting, I -- you know, I haven't
4  seen it.  I haven't made that statement.  And this
5  statement is made by someone else.  It's not an employee
6  of mine.  So the answer is no.
7    Q.   You mentioned that you looked at the history of
8  elections in other states.  Did you conduct any analysis
9  of data in Texas that led you to believe that photo ID
10 in 2009 was an acceptable option but was not an
11 acceptable option in 2011?
12          MS. HALPERN:  Objection.  I'm not sure
13 that's a question you meant to ask.  Can I have it read
14 back?
15          MS. FARANSSO:  I'm sorry.
16          MS. HALPERN:  Maybe I misheard, but --
17          MS. FARANSSO:  I will -- I will rephrase.
18   Q.   (By Ms. Faransso)  Did you look at any data
19 pertaining to Texas to determine that nonphoto ID was an
20 acceptable option in 2009 but not in 2011?
21          MS. HALPERN:  And I'm going to object to
22 that because it assumes facts not in evidence.
23   A.   You want me to go ahead and give you the
24 answer?  It's going to be the same as I did prior to
25 that.  Is we had six years of history of looking at

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                           120

1  this, many, many, many hours of testimony on this issue,

2  and based on that and the election results in other

3  states and other laws that had been enacted in other 24

4  states, we made the decision that Texas was best served

5  by strict photo ID bill.

6      Q.   (By Ms. Faransso)  When you say six years of

7  history, what did that history pertain to?

8      A.   House Bill 218 was filed in 2007.

9      Q.   What changed in Texas?

10     A.   When I say -- I guess I need to clarify.  Six

11 years would be three legislative sessions that are two

12 years between each one of them.  So it wasn't six actual

13 years, but it was three legislative sessions that this

14 went on.

15     Q.   Were there any facts that changed in Texas

16 pertaining to voter fraud that led you to believe that

17 nonphoto ID was an acceptable option in 2009 but not in

18 2011?

19          MS. HALPERN:  Objection, assumes facts not

20 in evidence.

21     A.   Once again --

22          MS. HALPERN:  Compound.

23     A.   -- there were three legislative sessions of

24 testimony that were heard on this issue, and we believe

25 based on the testimony of the elections that were held

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

121

1 in other states, election results, 24 states enacting

2 Voter ID bill, that Texas would be best served by a

3 strict photo ID bill.

4     Q.   (By Ms. Faransso)  And I'm asking specifically

5 about facts about Texas.  Were there any facts related

6 to the process of elections or voter fraud that led you

7 to believe that nonphoto ID was not -- no longer a

8 reliable means of proving one's identity at the polls?

9          MS. HALPERN:  Objection, assumes facts not

10 in evidence.

11     A.   Once again, the -- I will answer the exact same

12 way, because the testimony that happened, and more

13 specifically on 362, we had 27 hours of testimony in a

14 Committee as a Whole, to my knowledge, the longest

15 testimony that had ever been held on a bill, and based

16 on that testimony, the results of -- through the

17 Committee and looking at election results in other

18 states, and what had been passed, we believed Texas was

19 best served by a strict photo ID bill.

20     Q.   (By Ms. Faransso)  With respect to the

21 testimony on Senate Bill 362 that you mentioned, did any

22 of that testimony pertain to convictions related to

23 in-person voter fraud?

24     A.   I can't specifically answer that, but I know it

25 was discussed that there -- I'm sorry, I can't answer

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              122

1  that specifically.

2       Q.   You do not recall any specific instances of

3  convictions?

4       A.   You asked me to give specific information that

5  was in 2009, so it was five years ago, and I'm sorry,

6  no, I can't give you a specific example.

7       Q.   Would allowing the use of nonphoto

8  identification in Senate Bill 14 have interfered with

9  the purposes of Senate Bill 14?

10      A.   The bill speaks for itself.  It was a strict

11 photo ID bill.

12      Q.   And how would allowing nonphoto ID have

13 interfered with the purpose of preventing in-person

14 voter fraud?

15      A.   It would have changed the bill from a strict

16 photo ID to a nonstrict photo ID.

17      Q.   How would allowing nonphoto ID have interfered

18 with the purpose of preventing in-person voter fraud?

19      A.   I don't believe we're discussing the purpose.

20 The purpose was to protect the integrity of the ballot

21 box, and in order to protect the integrity of the ballot

22 box, it is best served by having a strict photo ID bill.

23      Q.   And again, just to -- so that the record is

24 clear, Senate Bill 14 was assigned only to combat

25 in-person voter fraud; is that correct?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              123

1      A.   That is correct.

2           MS. FARANSSO:   I think it would be a good

3 time for a break.

4           MS. HALPERN:   I'll see you back here

5 around 1:00.

6           (Lunch recess from 11:54 a.m. to

7 1:02 p.m.)

8      Q.   (By Ms. Faransso) Senator Fraser, you referred

9 before lunch to testimony and research that the

10 Committee received during consideration of the various

11 Voter ID bills.

12     A.   Uh-huh.

13     Q.   Did any of that testimony or research show that

14 legislation allowing the use of non-photo identification

15 would not prevent in-person voter fraud?

16     A.   I'm glad you asked me that question because at

17 lunch, I refreshed my memory and went back over data

18 that we had released.   In 2010, there was a University

19 of Texas poll that was a strict photo ID -- the question

20 was asked about a strict photo ID and they broke it down

21 in both White, African-American and Hispanic, and it

22 showed overwhelmingly in any all three areas that a

23 strict photo ID was acceptable.   Another poll was done

24 by Lighthouse just prior to the bill passing in the 2011

25 and actually the numbers had gone up considerably.   So

SENATOR TROY FRASER                                        7/23/2014
CONFIDENTIAL TRANSCRIPT

124

1  there had been at least one, maybe two polls by the
2  University of Texas on that, that were strict photo ID,
3  and they asked the question specifically about a strict
4  photo ID.   So yes, there was considerable research done
5  about polling of Texas people on that issue.
6      Q.   Thank you.  And we may come back to those polls
7  later, but aside from the polls that showed what the
8  public thought about Voter ID, did the testimony and
9  research show that legislation allowing the use of
10 non-photo ID would not prevent in-person voter fraud?
11     A.   Well, any testimony came from the Democratic
12 party -- the National Democratic Party trying to make a
13 case that that was a case, but it actually was totally
14 inverse of what the public thought.  Because the public,
15 when you asked the public what they thought of should
16 you have a photo ID, they were overwhelming in favor it.
17 So, yes, it was testimony, but the testimony came from
18 either advocacy groups working against it or the DNC.
19     Q.   So just to be clear, there were no facts that
20 were raised showing that the use of non-photo ID would
21 not prevent in-person voter fraud?
22          MS. HALPERN:  Objection, assumes facts not
23 in evidence.
24     A.   I think I just said that there was polling.  We
25 did not have in it place so you didn't have any actual

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

125

1  elections that had happened, but we asked the public,

2  "Do you believe that it would increase the integrity of

3  the ballot box if you used a strict photo ID," and the

4  polling showed that the numbers were very high, in some

5  cases up into the upper 80s.  One poll conducted in 2011

6  right before my bill was passed, showed that it was 83

7  percent of African-Americans and 86 percent of Hispanics

8  believed that a photo ID bill should be passed.

9      Q.   (By Ms. Faransso) And just to confirm for the

10 record something we discussed a bit earlier, none of

11 those polls asked what the views the responders would be

12 with respect to a strict photo ID law if they knew that

13 that law would disproportionately impact minority

14 voters, correct?

15          MS. HALPERN:  Objection, assumes facts not

16 in evidence.  Objection, compound.  Objection,

17 misleading.

18          You can try to answer.

19     A.   There's a -- you know, you're -- you know,

20 there possibly may have been polls about that.  If you

21 have that, you'd been glad to show them to me.

22          The polls that I Googled, the polls that I

23 found, the polls that were delivered to me by opponents,

24 all were in reference to a strict photo ID, and that

25 those were the -- obviously, the direction that the

126

1  public was encouraging us to go.

2      Q.   (By Ms. Faransso) Let me ask a slightly

3  different question.  Did any of the testimony or

4  research that you've been referring to show or

5  demonstrate that allowing non-photo identification would

6  result in incidents of in-person voter fraud?

7      A.   The answer is that the information we found

8  that the -- the best way to ensure the integrity of the

9  ballot box, to make sure the person was who they -- you

10 know, they said they were, was to have a photo ID.

11     Q.   And what was that information?

12     A.   Testimony from the public and polling of asking

13 the public if they thought that was a -- you know, the

14 best way.

15     Q.   So your basis for thinking about the inclusion

16 of non-photo ID would result in in-person voter fraud

17 were polls asking the public what they thought about

18 voter ID?

19     A.   You're answering your own question.

20     Q.   So that's a yes?

21     A.   You want to ask that -- no, that's not a yes at

22 all.  If you want to ask me a question instead of a

23 compound question, you know -- the public, when asked,

24 do you think that the ballot box, integrity of the

25 ballot box would be improved by having a strict photo

127

1  ID, the answer was an overwhelming yes, in some cases,

2  as high as 88 percent.

3      Q.   Thank you for that testimony.  Other than the

4  polls, putting aside the polls, were there any other

5  facts showing that allowing non-photo ID in a Voter ID

6  bill would result in incidents of voter fraud?

7      A.   Well, there are multiple studies that have been

8  done all the way back to 2000.  There were -- a study by

9  the University of Missouri, there was a study by the

10 University of Delaware, there's a study by the Heritage

11 Foundation, studies by the Baker Carter group, all

12 showing that a photo ID would improve the integrity of

13 the ballot box, and in fact, the implementation of a

14 photo ID bill would not lower turnout in an election.

15     Q.   And none of those studies looked at data in

16 Texas, correct?  They looked at other states?

17     A.   There had been no elections in Texas at the

18 time those studies would have been done because we

19 didn't implement the bill -- we passed the bill in 2011.

20 It wasn't implemented until last year.

21     Q.   But those studies, for example, did not look at

22 what percentage of the population in Texas may or may

23 not possess photo identification required by Senate Bill

24 14?

25     A.   The data that they had to look at was the

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

128

1  implemenation of states that -- where it had been
2  implemented and the turnout and results of the
3  elections.   And, you know, they -- they projected
4  that.   There was no elections held in Texas with a
5  strict photo ID until 2013.
6      Q.   Thank you.  We talked a bit about this earlier
7  today, but do you recall that Senate Bill 362 permitted
8  photo IDs issued by state and federal agencies or
9  institutions?
10     A.   Yes.
11     Q.   Are you aware that Indiana and Georgia's photo
12 ID laws also include photo ID issued by state or federal
13 agencies or institutions?
14     A.   I'm sorry, I'm not -- not -- I would not say
15 that I know that.
16     Q.   Are you aware that Senate Bill 14 does not
17 include photo identification issued by state or federal
18 agencies or institutions?
19     A.   I would disagree with that.
20     Q.   And why would you disagree with that?
21     A.   Is a passport issued by the state or federal
22 government?  Is a driver's license issued by the state
23 government?  So IDs by state and federal government are
24 approved as identification for Senate Bill 14.
25     Q.   And that's fair.  Let me clarify my question

129

1  then.  I'm referring specifically to the provision we

2  looked at earlier this morning in Senate Bill 362 that

3  read that, "A valid identification card that contains a

4  person's photograph and is issued by an agency or

5  institution of the federal government or an agency,

6  institution or political subdivision of the state was

7  included in Senate Bill 362."  And there is no parallel

8  provision in Senate Bill 14, is there?

9      A.   As you're doing in your questions, clarifying,

10 we clarified in Senate Bill 14 specifically what federal

11 IDs and what state IDs would be acceptable to be used

12 for identification to make it for the ease of the poll

13 worker and the voter knowing what the --

14             (Interruption by teleconference recorded

15 message.)

16     Q.   (By Ms. Faransso) Did you finish your answer?

17     A.   Well, I was entertained by the phone.

18     Q.   Please do finish.

19     A.   I was finished.

20     Q.   Okay.  So is it a fair statement to say that

21 Senate Bill 14 narrowed the state or federal issued

22 forms of ID that were acceptable?

23     A.   No, that's your statement.  Senate Bill 14

24 clarified what federal agencies and what state agencies

25 would be both allowed to issue identification, and if we

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            130

1  were issuing a state ID, who would issue it and the

2  parameters it would be issued under, which it is, as you

3  know, free.

4       Q.   So Senate Bill 14 clarified which state- or

5  federal-issued ID would be acceptable?

6       A.   Yes.

7       Q.   You mentioned that Senate Bill 14 clarified

8  that set of identification because you thought that that

9  would be for the ease of the voters, correct?

10      A.   And poll workers.

11      Q.   And poll workers.  Specific to voters, why

12 would it be easier on voters to have a narrower set of

13 identification?

14      A.   It's clear whenever they go into to vote of

15 what an acceptable form of ID would be.

16      Q.   Would it be easier for a voter who did not

17 possess one of the forms of identification stipulated in

18 Senate Bill 14?

19      A.   It would be clear to that voter.

20      Q.   It would be clear to that voter that they did

21 not possess that form of identification?

22      A.   It would be clear to them what forms of

23 identification are acceptable.

24      Q.   Would it be easier for that voter to then cast

25 a vote?

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

131

1    A.    You're trying make me determine what someone's

2  mind that I haven't met what is and is not.   That's

3  subjective.

4    Q.    Senate Bill 14 list of acceptable

5  identifications includes driver's license expired no

6  earlier than 60 days before the date of presentation; is

7  that correct?  We can take a look at the bill if that

8  would refresh your recollection.

9    A.    Please.

10    Q.    Okay.  Let's actually take a look at the final

11  version of the bill.

12            (Exhibit 16 marked for identification.)

13    Q.   (By Ms. Faransso) Senator, you've been handed

14  --

15            MR. CLAY:   I'm sorry, what number are we

16  on?

17            MS. FARANSSO:   16.

18    Q.   (By Ms. Faransso) You've been handed what has

19  been marked as Exhibit 16.  And this is the final signed

20  version of Senate Bill 14.  Do you see that?

21    A.    I do.

22    Q.    Okay.  And if you could, please turn to Page

23  10 -- actually, I'm sorry.  If you could turn to Page 9,

24  and under Documentation of Proof of Identification, in

25  Section 63.0101, Paragraph 1 reads, "A driver's license,

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            132

1  election identification" --

2      A.   I'm going to have to stop you.  I'm sorry, I

3  was reading.  I was reading the bill.  So if you will

4  start your question again.

5      Q.   Sure, sure.  Why don't you --

6           MS. HALPERN:  It seems to work better if

7  you let him just read the thing you're going to ask him

8  about rather than --

9           MS. FARANSSO:  I was just about to say

10 that.

11     Q.   (By Ms. Faransso) Why don't you just read

12 Paragraph 1 under Section --

13     A.   I was reviewing the bill to make -- see what

14 you were going to ask me.

15     Q.   Sure.  And I'm only going to ask you about this

16 paragraph, so.

17     A.   Okay.

18     Q.   If you would like to look at Paragraph 1, under

19 Section 63.0101 on Page 9.

20     A.   Okay.  Paragraph Number 1 or the first

21 paragraph?

22     Q.   The -- Paragraph Number 1.

23     A.   Okay.  Okay.

24     Q.   Is it fair to say that Senate Bill 14 included

25 driver's license that had been expired no earlier than

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            133

1  60 days before the date of presentation?

2      A.    Yes.

3      Q.    Do you recall that Senate Bill 362 permitted

4  the use of driver's license that had been expired up to

5  two years before the date of presentation?

6      A.    Are you asking me am I familiar with that?

7      Q.    Do you recall?

8      A.    No.

9      Q.    Would you like to see the bill to verify that?

10     A.    Sure.

11     Q.    Okay.

12              MS. FARANSSO:  Can I get Tab 8, please?

13     Q.    (By Ms. Faransso) We're actually going to look

14 at the engrossed version of Senate Bill 362.

15              (Exhibit 17 marked for identification.)

16     Q.    (By Ms. Faransso) And this time I'm going to

17 ask you to turn to Page 5.  And at the very bottom of

18 the page, you will see Paragraph 1 under Section

19 63.0101.  If you could take a look at that paragraph,

20 please.

21     A.    Okay.

22     Q.    And so is it fair to say that Senate Bill 362

23 permitted the use of driver's licenses that had been

24 expired up to two years before the date of presentation?

25     A.    The bill as filed and passed at the Senate,

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              134

1 yes, had that provision.

2     Q.    Okay.  Do you recall considering whether to

3 allow in Senate Bill 14 the use of driver's licenses

4 that had been expired for more than 60 days?

5     A.    Let me clarify that the question you're about

6 to ask, the -- in 362, I was not in favor of the

7 provision that had the expiring for two years, and the

8 intent was to change that in the House, and the bill

9 coming from -- in the House.  So in 14, in the bill that

10 we filed, it didn't have the provision, but by one of

11 the amendments, we added to allow for the expiration for

12 60 days after -- they could vote after 60 days after the

13 expiration.

14     Q.    Okay.  And --

15     A.    And that was a compromise, I believe, by an

16 amendment that was offered by a Democrat Senator.

17     Q.    Okay.  Are you aware of any facts that would

18 support the decision not to allow driver's licenses that

19 had been expired for more than 60 days?

20     A.    Let me explain again.  It was an amendment

21 offered by a Democrat Senator.  Now, in the mode of

22 compromise, we included that provision into the bill.

23     Q.    But are you aware of any facts that would

24 counsel against allowing driver's licenses that had been

25 expired for more than 60 days?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

135

1      A.    Again, the bill as -- that we filed, didn't

2  have any -- address expirations.  An amendment was

3  offered on the Floor and we accepted that amendment,

4  actually put that amendment into the Conference

5  Committee report in the mode of compromise.

6      Q.    Would have you been opposed to an amendment

7  that allowed a driver's license that had been expired

8  greater than 60 days?

9      A.    It was suggested that, in the mode of

10 compromise, we added an amendment that would put into

11 the bill, and that's what we accepted.

12     Q.    I'm asking you personally whether you would

13 have been opposed to inclusion of a provision allowing

14 driver's licenses that had been expired for more than 60

15 days?

16     A.    And you're doing a hypothetical of something

17 that, you know, didn't happen.

18     Q.    Why would a validly issued but expired driver's

19 license fail to proof one's identity?

20     A.    If you look at my driver's license, my looks

21 have changed a lot over the last ten years, and if you

22 give me another ten years, it will change a lot more,

23 and they probably couldn't recognize me from my driver's

24 license twenty years before.  And I believe that was the

25 data that -- the testimony we had, is that a driver's

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

136

1  license in Texas lasts for ten years, and ten years,

2  your looks change a lot.

3      Q.    I am familiar with the ten year length of time

4  for driver's licenses as I previously had one myself.

5            Do you think with respect to two years

6  that the statement you had just made is true, in that an

7  ID that had been expired for two years would not prove

8  one's identity?

9      A.    Again, the driver's license of the amendment --

10 the amendment was asked for by a Democratic Senator and

11 in the mode of compromise, we accepted that provision,

12 which was the 60 days.

13     Q.    Under Senate Bill 14, student identification is

14 not an acceptable form of ID; is that right?

15     A.    That is correct.

16     Q.    What was the rationale behind excluding student

17 IDs from Senate Bill 14?

18            MS. HALPERN:   Objection, legislative

19 privilege.

20            You can answer.

21     A.    I think the easiest explanation is if we had a

22 computer in front of us and we Googled student IDs in

23 Texas, the ones that come up are pretty amazing because

24 with today's technology, you can make us an ID from

25 anything by going to Kinko's.  And we found that where

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

137

1   there were numerous IDs on the market that people had

2   created -- a University called Monsters University or

3   Tom's University -- and they would create their own ID.

4   And we realized that if there wasn't a uniform standard

5   for identification, that we could not control the

6   identification mechanisms going into a polling place and

7   would confuse poll workers.

8       Q.   (By Ms. Faransso) Did you give any

9   consideration to options for requiring, for example,

10  expiration dates on student IDs?

11      A.   Unfortunately, there's a lot of identification

12  cards.   I actually just noticed there's one right here

13  on Linda's -- could I see your card?   This is a very

14  classic -- it was issued by the State of Texas, it has

15  her picture on it and this allows her to get in, but

16  there is no identification anywhere on the card.

17  Unfortunately, we found that to be the case on a lot of

18  cards that were issued.   And without an identification

19  -- an expiration date, we ran into the same problem we

20  had with driver's licenses.

21      Q.   So specifically with respect to student

22  identification, did the Senate or you personally give

23  any consideration to ways of making student

24  identification more uniform across the state of Texas?

25      A.   We spent extensive time looking at that issue

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

138

1  trying to determine if there's a way to do it, and we
2  found that if someone -- you couldn't restrict someone
3  from let's say the University of Texas or in a private
4  college like Austin College in Denton where they -- was
5  not a state institution.  We didn't know who was issuing
6  those cards.  A lot of cases, we didn't know the
7  university who it represented and there was no way to
8  standardize it.  And we made an agreement that that was
9  probably not an acceptable way and it would actually
10 confuse the process.  And so we eliminated student IDs
11 from the list.
12     Q.    You mentioned the difficulty of standardizing
13 IDs from public -- from private institutions of higher
14 education.  Did you give any consideration to
15 standardizing ID from public institutions of higher
16 education in Texas?
17     A.    Actually, we did, but we get into the same
18 Kinko's problem, is that you could go there this
19 afternoon and make your own ID very, you know, easily at
20 Kinko's.  We realized that the -- in Texas, we came up
21 with a very sophisticated process with the driver's
22 licenses with multiple things that cannot be replicated
23 and will keep people from either changing or duplicating
24 a Texas driver's license on an ID that is issued by the
25 Department of Public Safety.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

139

1            So, to ensure the integrity the ballot box

2   and make sure that an ID has been not been issued by an

3   unauthorized source, we chose to use the four sources

4   that we -- either the federal government of the

5   passport, federal government military ID, a -- the

6   handgun picture ID or an ID issued by the Texas driver's

7   license, the Department of Public Safety or an ID that

8   had been issued for voting were the acceptable forms.

9       Q.    Senator, at the time you were drafting and

10  considering Senate Bill 14, were you aware of any

11  instances in Texas when a -- where a forged student ID

12  had been used for in-person voter fraud?

13      A.    I'm not sure how to answer that because that

14  was not information we ever asked for.   I am very, very

15  aware of the fact that it's easy to make a fake ID to

16  buy liquor and/or to do other things, so we -- we were

17  aware that it was easy to do a forged ID.   And we --

18  because of information we received from the Department

19  of Public Safety and the fact that we had an ID that was

20  very hard to forge or replicate, we felt like that was

21  the safest way to preserve the integrity the ballot box.

22      Q.    But just to confirm, you had no factual

23  information as to whether a student ID had been used to

24  commit in-person voter fraud in Texas?

25      A.    That testimony, to my knowledge, I don't know

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            140

1 that it was ever asked.

2     Q.   Okay.  Are you aware of any such instances of

3 student ID being used to commit voter fraud anywhere in

4 the country?

5     A.   I don't know that that information has ever

6 been delivered to me.

7     Q.   Okay.  And you did not ask for any such

8 information with respect to Texas or other states,

9 correct?

10    A.   No.  We were moving toward making sure that we

11 do IDs that could not be forged.

12    Q.   Did you conduct any analysis as to whether

13 college students were more or less likely to possess the

14 forms of identification that were listed in Senate Bill

15 14?

16         MS. HALPERN:  Objection, vague.

17    A.   Actually, there was a lot of discussion about

18 who possessed driver's licenses, who had ID, who had

19 passports, who had concealed handgun permits, and yes,

20 it was discussion about the age of the people and who

21 had what, and we determined that actually, the younger

22 people were more likely to have the -- all the forms of

23 ID that could be used.

24    Q.   (By Ms. Faransso) Did that --

25    A.   And a student ID was not needed.

SENATOR TROY FRASER                                          7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                                    141

1              (Interruption by teleconference recorded

2    message.)

3         Q.   (By Ms. Faransso) Did that research that

4    pertained to the younger population break down the

5    percentages of the younger population that possessed ID

6    by race?

7         A.   To my knowledge, not -- no.

8         Q.   Did you -- did the Senate Committee receive any

9    testimony that Texas -- Texas driver's licenses or

10   personal identification cards cannot be replicated?

11        A.   The answer would be no on that because I think

12   anything in today's technology can be replicated.  We

13   believe we have one of the most safeguards in our Texas

14   driver's license of virtually any state, but in today's

15   technology, I suspect anything could be replicated.

16        Q.   Did the Committee receive specific testimony

17   regarding the basis for why the Texas IDs were

18   particularly secure?

19        A.   Yes.

20        Q.   And what was that testimony?

21        A.   I just gave you the testimony.  That we -- they

22   showed me at least six different places on the Texas ID

23   that is a specific marking that makes it extremely

24   difficult to replicate not unlike the marking they put

25   on a dollar bill to keep it from being counterfeited.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

142

1      Q.      What about the concealed handguns license, did

2   you receive any testimony about the difficulty of

3   replicating that ID?

4      A.      Juan Hinojosa is a Democratic member, that I

5   worked very closely with, presented an amendment.  He is

6   a -- both a carrier of the permit and a -- and he

7   carries a handgun all the time on the Floor.  And he

8   asked that that amendment be put into the bill, and I

9   accepted his amendment.

10     Q.      And was there any testimony about the

11  difficulty of replicating that kind of ID?

12     A.      That permit I believe is issued by the

13  Department of Public Safety, so we believe that same

14  replication -- in Texas, if it's issued by them, we

15  believe that we have that same ability.

16     Q.      If it's issued by the Department of Public

17  Safety?

18     A.      Yeah, I'm assuming it is, and I -- I would not

19  make the representation because I do not know that for

20  sure.

21     Q.      Senator, do you recall that Senate Bill 14

22  includes as of a form of permissible ID, a United States

23  Citizenship Certificate that contains a person's

24  photograph?

25     A.      Okay, I'm sorry, you're going to have to ask

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

143

1  that again.

2      Q.   Are you aware that Senate Bill 14 includes as a

3  form of permissible ID a citizenship certificate from

4  the United States --

5      A.   Yes.

6      Q.   -- that includes the person's photograph?

7      A.   Yes.

8      Q.   Do those citizenship certificates expire?

9      A.   I'm sorry, I don't know the answer to that.

10     Q.   If you could, take a look at Senate Bill 14, if

11  you have it in front of you.

12     A.   Okay.

13     Q.   And turn to Section 20, which is on Page 13.

14     A.   Got it.

15     Q.   And for the record, we're using the final

16  signed version of Senate Bill 14.

17          Section 20 pertains to the Election

18  Identification Certificate; is that right?

19     A.   Appears to.

20     Q.   I might refer to that as EIC so bear with me.

21          This provision regarding the Election

22  Identification Certificate was added to Senate Bill 14

23  during Conference; is that right?

24     A.   That is -- the best of my recollection, yes.

25     Q.   Okay.  Did anybody ask you to include this

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

144

1    provision?

2                    MS. HALPERN:   Objection, legislative

3    privilege.

4         A.    This actually was in the development of the

5    bill as it has continued to be since it was implemented.

6    We look for ways to ease the implementation to the

7    public.   Two of the things that we were trying to make

8    sure that we were supplying to the public, if they did

9    not have an ID, we wanted to make it easy to get an ID

10   and we wanted to be -- the cost of the ID to be very low

11   or free.   And this was a result of that.

12        Q.    (By Ms. Faransso) Why -- what was the -- why

13   specifically were you looking for ways to easy the

14   implementation of the bill to the public?

15        A.    Because if someone wanted to vote, we wanted to

16   make sure that we made it as easy as possible for them

17   to meet the parameters of the photo ID requirement.

18        Q.    Was it your understanding that to be lawful,

19   Senate Bill 14 needed to offset the burdens on the

20   voters by providing this EIC?

21        A.    I'm sorry, I didn't understand what you said.

22                    MS. FARANSSO:   Can you please read back

23   the question.

24                    (Requested portion was read back by the

25   reporter.)

SENATOR TROY FRASER                                          7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                                   145

1        A.     No.

2        Q.     (By Ms. Faransso) And why not?

3        A.     We believed that the bill we were passing was

4  both constitutional and would pass the preclearance

5  standards, but in order -- as kind of the Texas way, we

6  wanted to continue doing everything we could to make it

7  as easy as possible, so we added both the identification

8  card availability and the free card -- making it free as

9  part of the bill.

10       Q.     Okay.

11             MS. HALPERN:  Can we get a time check?

12             THE COURT REPORTER:  (Calculating.)  3

13  hours and 10 minutes.

14             (Exhibit 18 marked for identification.)

15       Q.     (By Ms. Faransso) Senator, you have now been

16  handed what has been marked as Exhibit 18.  Does this

17  document look familiar to you?

18       A.     No.

19             MS. FARANSSO:  I'll note for the record

20  that this document is highly confidential.

21       Q.     (By Ms. Faransso) Senator, does this appear to

22  be Talking Points that you used in the consideration of

23  Senate Bill 14?

24       A.     This appears to be Talking Points that I could

25  have used.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              146

1     Q.    Do you believe that Ms. McCoy would have been

2  the most likely person to have drafted these Talking

3  Points for you?

4     A.    Yes.

5     Q.    And would you have reviewed this draft?

6            MS. HALPERN:  Counsel, let me just --

7     A.    The answer is no.

8            MS. HALPERN:  Let me just note for the

9  record that the numbers here are consecutive but I'm not

10  sure this is one document.

11            MS. FARANSSO:  It was how it's produced.

12  So we're just using documents as they were produced so

13  as to cut documents, if that --

14     A.    So if you're going to ask that question that --

15  you appear to have three or four or maybe more documents

16  that are separate and that --

17     Q.    (By Ms. Faransso) I'm only going to ask you a

18  few questions for right now.  If I get to the pages, we

19  can deal with those pages at that moment that I do that.

20            MS. HALPERN:  All right.  With respect to

21  identification, though, I'm going to ask you to have him

22  identify every page.

23            MS. FARANSSO:  That's fine.  That's

24  certainly fine.

25            MR. CLAY:  Have we sealed the entire

                    U.S. LEGAL SUPPORT - AUSTIN, TEXAS
                            512-292-4249

147

1  deposition?

2            MS. HALPERN:  No.

3            MS. WESTFALL:  No, we're going to

4  objection by objection and document by document.

5            MR. CLAY:  Okay.

6            MS. WESTFALL:  But the whole thing will be

7  designated Highly Confidential and we can -- counsel can

8  work out later what's confidential and what's not

9  confidential.

10            MS. HALPERN:  And any time there is a

11  statement on the record related or any question about a

12  highly confidential document, that portion and that

13  discussion is supposed to be sealed.

14            MR. CLAY:  Okay.

15            MS. WESTFALL:  We already went over that.

16            MR. CLAY:  Okay, I just wanted to know.

17     Q.   (By Ms. Faransso) So again, Senator Fraser,

18  just to confirm, this appears to be Talking Points that

19  you could have used in preparing for the debate on

20  Senate Bill 14, correct?

21     A.   (Witness nods head yes.)

22     Q.   Okay.  If you would just turn to Page 2, which

23  is the back of that first page, and in bolded letters

24  there, it says, "Compliance with U.S. Supreme Court."

25  Do you see that?

SENATOR TROY FRASER                                     7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              148

1       A.    Yes.

2       Q.    And there are two bullets underneath there.

3  I'm looking at the second bullet, which reads, "It

4  complies with the Supreme Court decision because it

5  offsets burdens on voters by...," and then it provides a

6  list.  Do you see that?

7       A.    Can I -- you're going to the second one?

8  You're skipping over the first?

9       Q.    Yes, I'm skipping over the first and going to

10 the second bullet.

11      A.    Okay.  You don't want to talk about the first?

12      Q.    Not right now.

13      A.    Okay.  I like the first better.  Go.

14      Q.    Looking at second bullet, which reads -- again,

15 "It complies with the Supreme Court decision because it

16 offsets burdens by..."  The first sub-bullet says,

17 "Providing access to free photo ID cards."  Do you agree

18 with this statement?

19      A.    No, I don't.  I can't verify that because I

20 don't know that the Supreme Court specifically said that

21 we had to provide free photo ID cards.

22      Q.    Do you know why this would have been included

23 in these Talking Points?

24      A.    Probably should have asked Ms. McCoy that.

25      Q.    Do you recall debates in the Senate pertaining

149

1  to the idea that the EIC would offset the burdens on

2  voters imposed by Senate Bill 14?

3      A.   Clarify debate.  Are you talking about debate

4  on the Floor?

5      Q.   Yes.

6      A.   I don't remember that, no.

7      Q.   Are you aware of any analysis to determine the

8  burdens of acquiring an EIC while Senate Bill 14 was

9  being considered?

10     A.   A study?

11     Q.   Any analysis:  Study, research, any testimony

12 that was put forward on the Floor.

13     A.   We had testimony by the Department of Public

14 Safety and we also -- not only in the testimony but also

15 after and during the Conference Committee instructing

16 the Department of Public Safety or asking them ways that

17 we could ease the burden on someone in acquiring it.  So

18 the answer would yes.

19     Q.   Okay.  And are you familiar with the underlying

20 documentation that's required to obtain an EIC?

21     A.   I don't know where you're headed so I guess I'd

22 say no.

23     Q.   Are you aware that in order to obtain an EIC,

24 one must prove -- show proof of citizenship and

25 identity?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              150

1        A.    I am aware of that, yes.

2        Q.    Are you aware that there are fees associated

3   with obtaining the documentation, the underlying

4   documentation required to obtain an EIC?

5        A.    Yeah, you're going to have that ask that again,

6   I didn't get what you said.

7        Q.    Are you aware that there are fees associated

8   with obtaining the underlying documentation required to

9   obtain an EIC?

10             MS. HALPERN:   Objection, assumes facts not

11  in evidence.

12       A.    Why don't you explain what you're asking and

13  I'll tell you whether I know it or not.

14       Q.    (By Ms. Faransso) Are you aware, for example,

15  that an individual seeking to obtain an EIC must provide

16  proof of citizenship?

17       A.    Yes.

18       Q.    And are you aware that one way to prove

19  citizenship is by showing one's birth certificate?

20       A.    Yes.

21       Q.    And are you aware that at the time that Senate

22  Bill 14 was passed, a birth certificate cost $22 in the

23  state of Texas?

24       A.    And are you also aware that the -- that

25  provision had been removed and now it's either free --

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

151

1   the most a birth certificate can cost is $3 now, but not

2   always.   In a lot of cases, it is free.   One of the

3   provisions we changed.

4        Q.   But that was not the case when Senate Bill 14

5   passed, correct?

6        A.   There was instruction that had been given that

7   -- to move toward making sure that was done.   So by the

8   implementation of the law, by the time the first

9   election was held, that was in place.

10       Q.   Who was that instruction given to?

11       A.   To -- I believe it's the health service, I

12  believe, is the one that does birth certificates.

13       Q.   So the --

14       A.   But it's both the Department of Public Safety

15  for a driver's license and the ID cards and then the

16  birth certificates went through the Texas Health

17  Services, I believe, is the name of the agency.

18       Q.   So Texas Health Service -- Health Services, as

19  an agency, was entrusted with ensuring that a birth

20  certificate did not cost $22 by the time the first

21  elections rolled around?

22       A.   That is correct.

23       Q.   Are you aware that approximately 80 counties in

24  Texas lack DPS offices?

25       A.   I'm not -- no, I'm not aware.

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              152

1      Q.   Were you aware of that at the time that Senate
2  Bill 14 was being debated?
3      A.   There was discussion on the Floor of -- by DPS
4  and the question asked about the availability of
5  offices, and so that -- I did listen to that discussion,
6  yes.
7      Q.   During consideration of Senate Bill 14, did you
8  conduct or review any analysis of the distances that
9  voters living in counties without a DPS office would
10 have to travel to get to the nearest DPS location?
11     A.   Yes.
12     Q.   And what were your findings?
13     A.   That Texas is a very large state with a very
14 sparse population and -- in a lot of the state, and that
15 we have done the best job within -- that's possible in
16 order to make be sure the DPS offices available -- I
17 know there's a lot of people interested in getting a
18 driver license -- and that because of the shear size of
19 the state, it was impossible to have a DPS office
20 everywhere.
21           MS. FARANSSO:  If you don't mind, if we
22 could go off the record for a moment to reopen the line.
23           MS. HALPERN:  Actually, before we go off
24 the record, I want to make a statement for the record,
25 which is this:  This Exhibit 18, I stated earlier that I

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

153

1  was concerned that it was multiple documents stuck

2  together and I'm not questioning how you received it,

3  but we have another exhibit, Exhibit 9, which is a

4  transmittal e-mail from Bryan Hebert, and to that are

5  attached three documents, one of which is identical to

6  TX 00009466.

7              MS. FARANSSO:  Counsel, if I may, it's not

8  impossible that certain documents, Talking Points for

9  example, would be attached to multiple documents.  So

10 that may explain why an identical document is attached

11 to two documents --

12             MS. HALPERN:  Well --

13             MS. FARANSSO:  -- that have been used as

14 any exhibits in this deposition.

15             MS. HALPERN:  Well, but the point is, it

16 doesn't mean that it's one single document.  I also know

17 something about how the documents were produced in this

18 case.  We had testimony from Ms. McCoy that everything

19 went in a box.  And I think in order to produce these

20 documents to you, everything was taken out of the box.

21 How it was arranged in the box is not clear to me, and I

22 just -- I'm not convinced that Exhibit 18 is in fact a

23 single document.  I very strongly believe it is not a

24 single document, and I just wanted to say that for the

25 record.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

154

1           MS. FARANSSO:  Thank you.  And for the

2    moment, I don't intend to ask questions about the pages

3    you are referring to, so hopefully it will be a

4    non-issue for this deposition.

5           MS. HALPERN:  Well, and I want to make it

6    clear that his identification is just with respect to

7    the pages that you specifically questioned him about.

8           MS. FARANSSO:  That's fine.

9           MS. HALPERN:  All right.

10          (Pause to re-establish teleconference

11   connection with Mr. Derfner.)

12      Q.   (By Ms. Faransso) Senator, before we went off

13   the record, you had referenced the sheer size of the

14   state, which I am well aware of.  Is it fair to say

15   based on the sheer size of the state and the fact that

16   we could not -- Texas could not locate a DPS office in

17   every county, that some voters living in more remote

18   areas would need to travel farther distances than others

19   to obtain an EIC from the nearest DPS location?

20      A.   I'm going ask you to ask that again --

21          MS. FARANSSO:  Can you please read it

22   back.

23      A.   -- you -- very long, multiple question.

24          MS. FARANSSO:  Can you please read it

25   back.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

155

1              (Requested portion was read back by the

2   court reporter.)

3        A.     You're making an assumption that the people in

4   that area don't already have a driver's license and have

5   identification.    That our testimony showed that the

6   numbers are in the high 90s percent of people, eligible

7   voters, that have a driver's license.    That testimony

8   was received during the bill.    But if someone did not

9   have that, they could also have the other choice of

10  either voting by mail or, obviously, if they had to

11  travel to it, they would be traveling to the same place

12  the driver's licenses are issued.

13       Q.     (By Ms. Faransso) Are you aware that some

14  voters prefer to vote in person rather than by mail?

15       A.     Yes.

16       Q.     During consideration of Senate Bill 14, did you

17  conduct or review any analysis regarding the

18  availability of public transit to DPS offices throughout

19  the state?

20       A.     There was much discussion in the laying out of

21  the bill about public transportation, who would have --

22  what percentage of the population would be able to

23  access it.    And I think the testimony we heard is that

24  the majority, the overwhelming majority of the state was

25  served by public transportation that was available to

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

156

1   get to DPS offices.

2       Q.    And in what form was that public transportation

3   that you were looking at?

4       A.    Public transportation.

5       Q.    What kind of public transportation?

6       A.    The testimony was about public transportation.

7   I don't know it was broken out per.

8       Q.    Did you conduct any analysis regarding the

9   hours and days during which DPS offices are open?

10      A.    Much discussion during the bill about asking

11  questions about times that they're open.  We were very

12  pleased to find out that in most cases across the state,

13  DPS offices were open up to 7 o'clock.  So someone

14  getting off work at 5 could go to the DPS office up

15  until 7.

16      Q.    What about weekend hours?

17      A.    There were some available on weekends, not as

18  much as late hours during the week.

19      Q.    When you say most DPS offices were open to

20  7 p.m., do you know exactly what percentage of DPS

21  offices were open until 7 p.m.?

22      A.    If I said most, I would like to retract that.

23  There were -- many offices were open.  I don't know the

24  percentage.

25      Q.    Do you know the location, generally speaking,

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

157

1  across the state of which DPS offices were open past --

2  or open until 7?

3       A.    I think my statement said that in areas of high

4  population.   So the bulk of the population of the state

5  would have access to a DPS office that was open up until

6  7 o'clock.

7       Q.    In areas of high population, okay.

8             Senator, would you agree that for some

9  voters, the farther they have to travel to obtain an

10 EIC, the less likely they are to obtain one?

11            MS. HALPERN:   Objection, calls for

12 speculation.

13      A.    Yeah, and I think you're speculating whether --

14 that same thought would be of whether they would get a

15 driver's license.   If someone -- if they're in a remote

16 area, they chose to live in that remote area for a

17 reason and they understand that by living in a remote

18 area, there's challenges in getting groceries, getting a

19 driver's license, and it would be the same distance to

20 get a card.   If they chose not to get an identification

21 card, they still have the right to vote by mail, which a

22 lot of people do exercise.

23      Q.    (By Ms. Faransso) Would you agree that

24 obtaining a driver's license gives you additional

25 benefits beyond voting?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

158

1      A.    Ask that again.

2      Q.    Would you agree that obtaining a driver's

3  license gives you additional benefits beyond voting?

4      A.    Yes.  You get to drive a car.

5      Q.    That's right.  And would you agree that

6  obtaining an EIC is for the sole purpose of voting?

7      A.    No, I think I disagree with that because I

8  believe the voter identification cards can be served as

9  identification for buying cigarettes, I'm assuming

10 riding an airplane.  I think it is a state issued

11 identification.  That is my understanding.

12     Q.    That's your understanding.  But the purpose of

13 an EIC is to permit an individual to vote, correct?

14     A.    But that wasn't the question that you asked.

15 We're not talking about the purpose.  You're saying

16 could it be used for something else, and it could be

17 used for other things.  It's the same question you asked

18 about the driver's license, yes, it could be used for

19 other things.

20     Q.    And for what things can an EIC be used for in

21 the state of Texas?

22     A.    I believe -- for any type of identification

23 where a state ID should be issued, I believe it should

24 be able to be used.

25     Q.    Do you believe that if a voter had to travel a

159

1  hundred miles round trip to obtain an EIC, that that

2  would impact their decision as to whether to obtain an

3  EIC?

4      A.    Once again, people in Texas that have chosen to

5  live in remote areas, by choosing to live there, they

6  understand that they would have to travel to receive

7  groceries, food, water, driver's license, and the

8  election identification.

9      Q.    Do you believe that all people who live in

10 remote areas have decided to live in those remote areas

11 by choice?

12     A.    I think -- I don't think you could say all on

13 anything because there's probably exceptions to every

14 rule.

15     Q.    And do you believe that the choice of living in

16 a remote area should impact one's right to vote?

17     A.    Everyone in remote areas have the right and

18 opportunities to vote if they either choose to get an

19 identification card.  If they choose not to get one,

20 they can vote my mail.

21     Q.    And I believe you -- I believe I asked you

22 before, but just to confirm for the record, there are

23 some groups of people who prefer to vote by -- in person

24 rather than by mail, correct?

25              MS. HALPERN:  Objection, vague.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            160

1    A.    I'm -- it's vague and I can't -- it's
2 subjective because I can't read the minds of people
3 living in remote areas.
4    Q.    (By Ms. Faransso) Would you agree that a form
5 of identification is not free if it cost money to obtain
6 these underlying documents required to obtain that form
7 of identification?
8    A.    It's very clearly not free if it cost money,
9 but the state of Texas has done everything they can to
10 make it either free or as least expensive as possible.
11    Q.    Would you agree that a form of identification
12 is not free if it cost money to travel to obtain that
13 form of identification for the sole purpose of voting?
14    A.    Obviously, if you travel there, there is a cost
15 to travel.
16    Q.    Did you conduct any analysis of the burdens of
17 obtaining an EIC that would fall on low income voters?
18    A.    Once again, we're back to the study issue of
19 what you consider study, and lot of that came from
20 testimony.  The district that I represent is I believe
21 still the third poorest in the state.  I traveled
22 exclusively -- extensively across my district and asking
23 questions, and the feedback I had from my district and
24 the feedback we had from testimony is that the, you
25 know, people would be able to get identification.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

161

1       Q.   Did -- when you were discussing with your
2   constituents this issue, did you discuss the cost
3   involved in obtaining the underlying documentation to
4   obtain an EIC?
5               MS. HALPERN:  Objection, legislative
6   privilege.
7       A.   The answer is yes.  A lot of that would be me
8   asking questions and me also responding, making sure
9   that we were doing everything we could to either make
10  the card free and/or driver's license free or very
11  inexpensive or birth certificates free or very
12  inexpensive.
13      Q.   (By Ms. Faransso) Did you conduct any analysis
14  of the burdens of obtaining an EIC that a low income
15  voter would experience in taking off work to obtain an
16  EIC?
17      A.   Once again, the question that was asked was,
18  how often -- or what areas and what -- how much we
19  served in the areas where they would have offices open
20  until 7, and I was pleasantly surprised at the number
21  and availability of people that would be able to access
22  offices that were open until 7.
23      Q.   But not all offices were open until 7, correct?
24      A.   The majority of Texas in high population areas,
25  there is access up to 7.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              162

1      Q.   In high population areas, okay.

2           Senator, are you aware of the racial

3  makeup of the low income population in Texas?

4      A.   No.

5      Q.   When the EIC provision was proposed and being

6  considered, some Senators raised concerns about the

7  burdens associated with obtaining an EIC.  Do you recall

8  that testimony?

9      A.   No.

10     Q.   Do you recall that some Senators raised

11 concerns that such burdens would prevent voters from

12 exercising their right to vote?

13     A.   No.  Because I believe everyone in Texas has

14 the ability and the right to vote because of mail-in

15 ballots.

16     Q.   Do you -- do you believe that for a person who

17 would prefer to vote in person -- in-person and who does

18 not possess one of the forms of ID required by Senate

19 Bill 14, that that person might experience burdens in

20 obtaining an EIC to vote?

21           MS. HALPERN:   Objection, calls for

22 speculation.

23     A.   It would be impossible for me to project each

24 person.  But again, it -- our research showed by the

25 testimony that an extremely high population of Texas has

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

163

1  -- already has identification, and interestingly since

2  then, the data we looked at and the number of people

3  that have gotten the free card, the percentage is

4  extremely low because people already had these others

5  forms of identification.

6       Q.   (By Ms. Faransso) Could there be other reasons

7  to explain the low percentage of people who have sought

8  to obtain an EIC?

9       A.   Would you like to suggest what those could be?

10      Q.   Could it be a low percentage of people who have

11 sought to obtain an EIC be explained by the difficulty

12 involved in obtaining such an identification?

13      A.   Or it could be that they chose to vote my mail.

14      Q.   Implementation of the EIC program was left to

15 the Department of Public Safety; is that correct?

16      A.   Repeat the question, please.

17      Q.   Implementation of the EIC program was left to

18 the Department of Public Safety?

19      A.   Yes.

20      Q.   And after SB 14 was enacted, did your office

21 have any communications with DPS about the rollout of

22 the EIC program?

23      A.   Yes.

24      Q.   Do you know the number of people who have

25 obtained an EIC in the state?

164

1       A.   I could not give you the accurate number, no.

2       Q.   Senator, do you recall during the debate in the

3  Committee of the Whole on SB 14, responding, "I am not

4  advised to numerous questions"?

5       A.   Would you ask your question again?

6            MS. FARANSSO:  Can you please read it

7  back?

8            (Requested portion was read back by the

9  court reporter.

10      A.   Yes.

11      Q.   (By Ms. Faransso) What does the answer "I am

12  not advised" mean?

13      A.   It means that I don't have -- I do not have

14  sufficient information to answer your question.

15      Q.   Do you recall being asked questions about the

16  potential impact of Senate Bill 14 on minority voters?

17      A.   No, I do not remember the specific question.

18      Q.   What was your response -- actually, can you

19  hand me Tab 20, please?

20            (Exhibit 19 marked for identification.)

21      Q.   (By Ms. Faransso) Senator, you've been handed

22  what has been marked Exhibit 19.  Does this document

23  look familiar to you?

24      A.   No.

25      Q.   Does this appear to be the transcript of the

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

165

1  debate during the Committee of the Whole on Thursday

2  January 25, 2011?

3              MS. HALPERN:  Counsel, can we clarify that

4  its an excerpt only and that the pages jump around

5  and are not --

6              MS. FARANSSO:  I was just about to do

7  that.

8              MS. HALPERN:  Like the pages from --

9              MS. FARANSSO:  Yes, as with the other

10 transcripts, I was about to say this is an excerpt.

11     A.   Okay.

12     Q.   (By Ms. Faransso) Okay.  If you could turn to

13 Page 170, labeled in the right-hand corner.  If you'd

14 like to take a moment to review that page.

15     A.   Okay.

16     Q.   Okay.  Having looked at this page, does this

17 refresh your recollection of being asked questions about

18 the potential impact of Senate Bill 14 on minority

19 voters during the debate in the Committee of the Whole?

20             MS. HALPERN:  I'm sorry, can I have that

21 read back?

22             MS. FARANSSO:  Sure.

23             (Requested portion was read back by the

24 court reporter.)

25     A.   Are you waiting for an answer?

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

166

1     Q.   (By Ms. Faransso) I am.

2     A.   No.

3     Q.   You do not recall?

4     A.   Did you ask if I recalled or?

5     Q.   Does it refresh your recollection looking at

6  this page --

7     A.   No.

8     Q.   -- that you were asked questions about the

9  impact on minority voters of Senate Bill 14?

10     A.   No.

11     Q.   Do you recall that Senator West asked you

12  specifically, "Will the elimination of the government

13  documents as a form of ID disproportionately affect

14  African-Americans and Hispanics"?

15     A.   If this is an accurate indication of what was

16  said, the paper says yes, that --

17     Q.   Do you have any reason to doubt the accuracy of

18  this transcription of the record?

19     A.   No.

20     Q.   Do you see that you responded, "I am not

21  advised to Senator West's question"?

22     A.   Yes.

23     Q.   Why did you respond, "I am not advised"?

24     A.   He asked me if the -- if the elimination of

25  government documents would disproportionately affect

167

1  African-American and Hispanic.  There had been a poll

2  taken less than a week before that asking Hispanics and

3  African-Americans if they were in favor of the passage

4  of a strict photo ID bill, and the percentages were in

5  the upper 80s that they responded that they were in

6  favor of the passage of a strict photo ID bill.  So, the

7  answer is no.

8      Q.   Were those responders asked whether they would

9  be in favor of a strict photo ID bill if it had the

10 effect of disproportionately impacting a percentage of

11 the minority population in Texas?

12     A.   I think if you're asking a Hispanic or an

13 African-American and you know their ethnicity and you

14 asked them, "Are you in favor of an implementation of a

15 strict photo ID bill," and they say yes, you have to

16 assume they understand the -- that if they're being

17 asked, they understand the implication.

18     Q.   Just to be clear, aside from the polls that

19 you've referenced, you didn't conduct any other studies

20 or review any other studies about what the impact of

21 Senate Bill 14 would be on minority voters in Texas,

22 correct?

23           MS. HALPERN:  Objection, assumes facts not

24 in evidence.

25     A.   You know, we've discussed this multiple times

168

1  in questions asked today.  You're using the word study

2  in a very broad sense.  There was extensive testimony

3  for three different sessions, there were -- the time I

4  spent out in the field and across the state, there was a

5  -- studies that I pulled from the impact of elections in

6  others states and there were polls that were taken in

7  Texas asking people about the implementation of a strict

8  photo ID bill, and it was broke down by ethnicity.  And

9  so the answer is yes, we did a lot of studying.

10        Q.   (By Ms. Faransso) Do you think it would be

11  problematic if a Voter ID bill made it more difficult

12  for minority voters to participate in elections?

13        A.   You're being subjective with the what-if

14  because the bill we were passing, we believed was not

15  disproportionately in effect, that they -- it was clear

16  that they were in favor of the passage and that the

17  implementation was -- would not -- as the Carter-Baker

18  study showed, not give any due burden on people for --

19  to meet the terms of.

20        Q.   I'd like to move on to the debate on the

21  various amendments to Senate Bill 14.

22             MS. HALPERN:  You want to take a break?

23        A.   Sure.

24             MS. FARANSSO:  Take a break.

25             (Recess from 2:07 p.m. to 2:20 p.m.)

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                          169

 1                (Exhibit 20 marked for identification.)

 2       Q.   (By Ms. Faransso) Senator, you've been handed

 3  what has been marked as Exhibit 20.  Do you recognize

 4  this document?

 5       A.   No.

 6       Q.   Does this appear to be the Senate Journal from

 7  January 26, 2011?

 8       A.   I do have a question on this, this has got two

 9  exhibit numbers, 174 and then --

10                MS. HALPERN:  It was used in somebody

11  else's deposition, but 20 is the one you want to focus

12  on.

13                THE WITNESS:  Okay.

14                MS. HALPERN:  It was used with Bryan

15  Hebert.

16                THE WITNESS:  Okay.

17       Q.   (By Ms. Faransso) And so does this appear to be

18  the Senate Journal from January 26, 2011?

19       A.   It does.

20       Q.   And is the Senate Journal essentially a record

21  of events that occur on the Senate Floor?

22       A.   Yes.

23       Q.   If you could please turn to Page 118.  Do you

24  recall that a number of amendments were offered to

25  Senate Bill 14, some of which were adopted; some of

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            170

1  which were not?

2      A.   Yes.

3      Q.   Looking at Page 118, do you see Amendment 12

4  offered by Senator Davis?

5      A.   Yes.

6      Q.   This amendment would have prohibited the State

7  from charging fees for documents used as proof of

8  identification under Senate Bill 14, correct?

9      A.   Do you have a copy of the actual amendment

10 itself?

11     Q.   I am looking at the underlying text.

12     A.   That is a short version of it.  That's not the

13 amendment itself.  If you're going to ask me about the

14 amendment, you're going to have to show me the amendment

15 in full.

16     Q.   Do you recall generally that this amendment

17 would have prohibited the State from charging fees for

18 documents to use as proof of identification under Senate

19 Bill 14?

20     A.   If you could show me the exact amendment that

21 was filed, I might -- you might can refresh my memory.

22     Q.   Does the Senate Journal not accurately reflect

23 the substance of the amendment?

24     A.   The substance of the amendment, the caption of

25 the amendment does not capture the body of the

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

171

1  amendment, and 75 percent of the amendment could have

2  been fine, but the other 25 percent might not have been.

3  So you have to look at the amendment in its entirety to

4  see what the amendment did.

5      Q.   Does the Senate Journal not reflect the words

6  that would have been added to Senate Bill 14 via this

7  amendment?

8      A.   The Senate Journal does the CliffsNotes of the

9  amendment.

10     Q.   Is it fair to say that Senator Davis offered an

11 amendment that would have prohibited fees charged by the

12 State for documents used as proof of identification

13 under Senate Bill 14?

14     A.   And I can't verify that unless you can produce

15 the actual amendment so I can look at it?

16     Q.   This is public record, correct, the Senate

17 Journal?

18     A.   Yes.

19     Q.   Does this not reflect the events that happened

20 on the Senate Floor?

21     A.   The events, the Cliffs Notes of the content,

22 but it does not have the full everything.

23     Q.   What do you think is missing from Amendment 12

24 here?

25     A.   You would have to tell me that, but if you can

172

1  produce the amendment.

2      Q.   Is this language -- do you believe that

3  language is missing, language that would have been added

4  via Amendment 12?

5      A.   It would be subjective for me to try to project

6  that.

7      Q.   I'm just trying to understand what you mean by

8  a Cliffs Note version.  What I see here is underlying

9  language that would have added to Senate Bill 14

10 via this amendment.

11          Do you believe that there is language

12 beyond this language that would have been added via this

13 amendment?

14     A.   Yes.

15     Q.   Would you bear with me and be willing to talk

16 about the language we see here in the Senate Journal,

17 which as you noted, is public record?

18     A.   Sure.

19     Q.   Okay.  So based on the Senate Journal that is

20 public record, does it appear that this amendment

21 offered by Senator Davis would have prohibited the State

22 from charging fees for documents used as proof of ID

23 under Senate Bill 14?

24     A.   I can't tell, because we don't have the

25 amendment.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

173

1     Q.   You moved to table this amendment, correct?

2     A.   On a motion by Senator Fraser, the motion was

3  tabled.

4     Q.   And would adopting an amendment that would have

5  prohibited the State from charging fees for documents

6  used as proof of ID under Senate Bill 14 have interfered

7  with the purposes of Senate Bill 14?

8     A.   Once again, unless you have the amendment to

9  look at it, it is likely that there was a cost to doing

10 this, which if you're going to use a driver's license

11 for identification, and if there's a charge for a

12 driver's license in the State of Texas, and if you're

13 going to say you're going to use that for

14 identification, that would mean you would have to give

15 everyone a free driver's license.

16    Q.   Let's look at Paragraph 2 in this particular

17 amendment.  Is it fair to say that this amendment, as

18 written here in the Senate Journal, would also have

19 prohibited the State from charging fees to obtain

20 underlying documentation required to obtain an EIC?

21    A.   Once again, furnish the amendment to me and I

22 can answer that question.

23    Q.   Separate and apart from this document, would an

24 amendment prohibiting the State for charging fees to

25 obtain the underlying documentation required to obtain

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            174

1  an EIC have interfered with the purposes of Senate Bill

2  14?

3       A.   You're being subjective in assuming a what-if.

4  If you're going to have an exact example of something

5  that happened, I'll be glad to comment on it.

6            MR. WEST:   Objection, nonresponsive.

7       Q.   (By Ms. Faransso) I am asking you if an

8  amendment had been adopted, which, Senator, if you bear

9  with me, I believe it's a fair question, if an amendment

10 had been adopted that prohibited the State from charging

11 fees to obtain underlying documentation to obtain an

12 EIC, if that amendment would have interfered with the

13 purposes of Senate Bill 14?

14      A.   Again, you're going to have to look at the

15 amendment, because if the amendment had required that a

16 driver's license be given free of charge, that would

17 have created an undue burden on the State, because

18 currently we have a revenue stream from driver's

19 license.

20      Q.   The purpose of Senate Bill 14 was to deter

21 in-person voter fraud, correct?

22      A.   Yes.

23      Q.   I appreciate that an amendment might have a

24 fiscal impact on the budget.  I am simply asking whether

25 this particular amendment that we've been looking at

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            175

1 would have interfered with the purpose of Senate Bill 14

2 to deter in-person voter fraud?

3             MS. HALPERN:  But you don't want him to

4 focus on the fiscal impact of any other particular

5 aspect?

6             MS. FARANSSO:  I'm simply asking about --

7             MS. WESTFALL:  Objection to the sidebar.

8             MS. HALPERN:  Objection, relevance.

9    A.    The net result of the bill was that in the

10 final version, we did offer a free ID and virtually free

11 birth certificate.

12   Q.    (By Ms. Faransso) Senate Bill 14 provided for a

13 free birth certificate?

14   A.    No.  I said by the time of implementation, by

15 the time of the first election, that was the results.

16 And by the instruction to DPS and the Department of

17 Health Services to move in that direction, that we were

18 able to do that.

19             MS. WESTFALL:  Objection, relevance.

20   Q.    (By Ms. Faransso) Senate Bill 14 did not

21 include a provision requiring a free birth certificate,

22 did it?

23   A.    No.

24   Q.    Okay.  If you could move on to Page 121.  Do

25 you see Amendment 16 offered by Senator Vanderpute?

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              176

 1              MS. HALPERN:  Vanderpute.

 2              MS. FARANSSO:  Vanderpute, thank you.

 3     A.    Okay.

 4     Q.    (By Ms. Faransso) Take a moment to review that,

 5  please.

 6              This amendment would have expanded the

 7  list of acceptable forms of identification in Senate

 8  Bill 14, correct?

 9     A.    Yes.

10     Q.    And you moved to table this amendment, correct?

11     A.    Yes.

12     Q.    Would allowing the forms of ID listed here in

13  Senator Vanderpute's amendment have interfered with the

14  effectiveness of Senate Bill 14?

15              MS. HALPERN:  Objection, asked and

16  answered.

17              MS. FARANSSO:  I'm asking this question

18  with respect to a new amendment.

19              MS. HALPERN:  But you spent all morning

20  testifying about why those things weren't in his bill.

21              MS. FARANSSO:  We did not discuss this

22  amendment.

23              MS. HALPERN:  Not this amendment, no.

24     A.    This amendment is exactly what we discussed all

25  morning.  This is putting back -- I'm sorry, I would

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              177

1  have to have both the Election Code Book to accurately

2  answer you, and also look at 362.  But I believe this

3  amendment puts back in all the forms of the

4  identification that was in 218 and 362.  I believe that

5  is the case.

6       Q.   (By Ms. Faransso) HB 218, SB 362 and SB 14 all

7  served the same purpose, correct?

8       A.   The purpose was to protect the integrity of the

9  voting box.

10      Q.   And these were forms of ID that were included

11  in the previous versions of the Voter ID legislation,

12  correct?

13      A.   They were unacceptable to me?

14      Q.   At the time were they acceptable?

15      A.   Yes.

16      Q.   And you sponsored a bill that you found

17  unacceptable?

18      A.   I said that they were a starting point, a good

19  starting point, and that in the process that I wanted to

20  correct that.  My goal was to change the forms of

21  identification, yes.

22      Q.   Do you typically sponsor bills that you find to

23  be unacceptable?

24      A.   Yes.

25      Q.   Do you typically carry bills from the House

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

178

1  that you find to be unacceptable?

2      A.   I would carry a bill, and during the process

3  try to improve the bill.

4      Q.   If you could turn to Page 123, please.  And do

5  you see Amendment Number 18 offered by Senator Hinojosa?

6      A.   Okay.

7      Q.   This amendment concerned concealed handgun

8  licenses, correct?

9      A.   Yes.

10     Q.   And this amendment was ultimately adopted,

11  correct?

12     A.   Yes.

13     Q.   Do you know why this amendment was adopted?

14     A.   I think I've already answered that question.

15     Q.   Can you indulge me and let me know again why

16  this particular amendment was adopted?

17             MS. HALPERN:   Objection, legislative

18  privilege.

19     A.   Senator Hinojosa is a respected Hispanic

20  member, a friend of mine, and he laid out the basis that

21  he would like to have this included.  One of the reasons

22  that this is an acceptable form of identification is

23  because it is issued by the Texas Department of

24  Transportation, DPS.  The indications on the bill, and I

25  actually need to go back to the far earlier testimony I

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

179

1  gave where I didn't clarify, but that identification is

2  almost identical to the Texas driver's license.  It's

3  issued by the same agency, so the same controls for

4  duplication are in it.  And I've also in the break have

5  realized that Texas is recognized as one of the safest

6  or the toughest to change or replication.  So the ID

7  from the Department of Public Safety on concealed

8  handguns seemed like a logical place, and I accepted the

9  amendment in the mode of compromise to a Hispanic member

10 of the Texas Senate, Democrat Hispanic.

11     Q.   Do you believe that this amendment was

12 duplicative insofar as many applicants who apply for a

13 concealed handgun's license use a Texas driver's license

14 to obtain that form of identification?

15              MS. HALPERN:  Objection, assumes facts not

16 in evidence.

17     A.   Not in evidence, and I have no way of knowing

18 that.

19     Q.   (By Ms. Faransso) On the same page --

20              MS. WESTFALL:  Objection to your

21 argumentative objection and the tone, Ms. Halpern.

22              MS. HALPERN:  Counsel, I know what's

23 required to get a concealed handgun license, and you

24 don't show a driver's license to get one.  I'm sorry.

25 It assumes facts not in evidence.  You get fingerprinted

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                      180

1  in Texas.

2              MS. WESTFALL:  I've looked at the

3  requirements myself, too.  I'm not sure that's accurate,

4  but...

5              MS. HALPERN:  I have one.  I know it's

6  accurate.

7              MS. WESTFALL:  Well, let's continue.

8              MS. HALPERN:  You get fingerprinted.

9      Q.   (By Ms. Faransso) If we could continue to look

10 at the same page, Amendment 19, offered by Senator

11 Ellis, do you see that amendment?

12     A.   Amendment 19?

13     Q.   Yes.  Right below 18.

14     A.   I don't see Ellis's name.

15     Q.   It's right above Floor Amendment Number 19,

16 Senator Ellis offered the following amendment.

17     A.   Got it.  Got it.  Okay, yes.  Okay.

18     Q.   Okay?  And this amendment would have allowed as

19 an acceptable form of identification a student ID card

20 from a public university in Texas that contained the

21 person's photograph and has not expired, correct?

22     A.   Yes.

23     Q.   Just to be clear, this amendment would not have

24 permitted student IDs from other states, would it?

25     A.   No.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              181

1      Q.    And this amendment would not have permitted

2  students IDs from private institutions of public -- of

3  higher education in Texas, would it?

4      A.    No.

5      Q.    So this amendment would have allowed a limited

6  set of student ID cards from public universities in

7  Texas, correct?

8      A.    Yes.

9      Q.    And you moved to table this amendment; is that

10  right?

11      A.    Yes.

12      Q.    Did you personally oppose this amendment?

13      A.    Yes.

14      Q.    Why is that?

15      A.    Are you aware of the number of public

16  universities in Texas and the difficulty for a poll

17  worker to identify which is a real public university and

18  which is not?  Austin College sounds like a public

19  university, but it is, in fact, not.  And the difficulty

20  of a poll worker having the burden of deciding that, of

21  them not knowing, we made the determination that that

22  was much too difficult of a burden to put on a poll

23  worker and we chose not to use that.

24      Q.    And would allowing the use of student

25  identification from a public university in Texas have

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            182

1  interfered with the effectiveness of Senate Bill 14?

2      A.   Yes, because it puts the difficulty of a burden

3  on a poll worker of interpreting, is that a fair -- a

4  real type of identification, or is it one that had been

5  duplicated at Kinko's?

6      Q.   If you turn to Page 137, do you see Amendment

7  40 offered by Senator Duncan?

8      A.   Okay.

9      Q.   Do you want to take a moment to review that

10 amendment?

11     A.   Sure.

12     Q.   Ready?

13     A.   Uh-huh.

14     Q.   So Amendment 40, in part, would have required

15 the counting of provisional ballots, voters who attest

16 that they're indigent and do not have ID; is that

17 correct?

18     A.   That is correct.

19     Q.   Did you see that this amendment was adopted by

20 the Senate?

21     A.   Yes.

22     Q.   But it was not ultimately included in the final

23 version of Senate Bill 14, correct?

24     A.   Yes.

25     Q.   Yes, it was not included?

183

1     A.    It was not included.

2     Q.    Do you know why it wasn't included?

3     A.    It was an amendment that on its face appeared

4  to be acceptable.  We accepted the amendment, and I

5  think it was accepted by voice vote, unanimous voice

6  vote.  But once the bill matured as it went through the

7  House and into Conference Committee, that the bill we

8  found was not -- was not practical to implement.

9     Q.    And why was it not practical?

10    A.    Because there's too many opportunities for

11 abuse.

12    Q.    Too many opportunities for abuse.  In what ways

13 would there be abuse of this particular provision?

14    A.    Because you're enabling a broad group of people

15 to vote without identification, and I think it was

16 determined that this opened up an area that we were

17 not -- you know, would not be secure for the voter box,

18 the integrity of the voting box.

19    Q.    When you say it's opening up an area for a

20 broad group of people to vote, are you referring to --

21 the broad group, does that refer to indigent voters in

22 Texas?

23    A.    A group of people that would not be showing

24 proof of identification of who they are -- who they -- a

25 photo ID.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              184

1      Q.    And that group of people would have proven that

2  they were indigent under this particular provision,

3  correct?

4      A.    And I think that was part of the difficulty of

5  clarifying that someone was indigent.

6      Q.    Do you know if there are other items of

7  legislation in Texas that require proof of indigency?

8      A.    I don't know.

9      Q.    Had this amendment been adopted in the final

10 version of Senate Bill 14 that was signed into law,

11 would it have reduced the burden on poor voters in

12 Texas?

13     A.    I don't know.

14     Q.    Can you imagine that it would have allowed a

15 segment of the population who could otherwise not afford

16 to obtain ID to vote in Texas under Senate Bill 14?

17     A.    That would be subjective.

18     Q.    You can put that away.  Just a few more

19 questions.

20           Senator, are you familiar with the

21 decision of the DC District Court in Texas v. Holder

22 denying judicial preclearance under Senate Bill 14 -- of

23 Senate Bill 14?

24     A.    No.

25     Q.    You don't recall that decision or the basis for

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            185

1  that decision?

2      A.   If you'd like to give me a document showing me

3  that, it will probably refresh my memory.

4      Q.   You have enough documents, so I will spare you

5  that.

6            Are you familiar with the Supreme Court's

7  decision in Shelby County, which had the effect of

8  terminating the enforcement of Section 5 of the Voting

9  Rights Act?

10     A.   Yes.

11     Q.   Do you recall when that decision came out?

12     A.   No.

13     Q.   I'll represent to you that it was June 2013.

14  Are you aware that immediately after that decision was

15  handed down, the Texas Attorney General announced that

16  he would immediately begin enforcing Senate Bill 14?

17     A.   Yes.

18            MR. SCOTT:  Objection, misrepresentation.

19     Q.   (By Ms. Faransso) Was your testimony yes?  You

20  can answer the question.

21     A.   I'm aware that we moved forward to implement

22  the Voter ID bill.

23     Q.   Did you or anyone in your office speak with the

24  Office of the Attorney General about the decision to

25  enforce Senate Bill 14?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              186

1            MS. HALPERN:  Yes or no answer.

2     A.    I'm not -- I don't know.

3            MS. FARANSSO:  I'll pass the witness.

4            MS. WESTFALL:  Would you like to take a

5  break --

6            MS. HALPERN:  Yes.

7            MS. WESTFALL:  -- before we switch seats.

8            (Recess from 2:41 p.m. to 2:49 p.m.)

9            MS. WESTFALL:  Let's go back on the

10 record.  We're back on the record.

11                        EXAMINATION

12 BY MS. WESTFALL:

13    Q.    Senator Fraser, my name is Elizabeth Westfall.

14 I represent the plaintiff United States.  I just have a

15 few questions for you.

16            Do you know what the requirements are to

17 be eligible to vote in Texas?

18    A.    I actually looked at that recently.  I think

19 anyone that is 18 years old, a resident of Texas, and I

20 do believe you need to be a citizen, and you are

21 eligible, I believe, to vote.

22    Q.    And is it also true that you need to be -- you

23 can't be a convicted felon unless you have completed

24 your sentence --

25    A.    I believe that's correct.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

187

1     Q.   -- probation and parole?

2     A.   I believe that is correct.

3     Q.   And I just want to caution you.  I know we've

4  been in this before, but we need not to talk over each

5  other so that the transcription can be proper, okay?

6     A.   We have a history of that.

7     Q.   We do have a history of that.

8          Is it also true that to be eligible to

9  register to vote, you have to have not been declared by

10 a court to be mentally incapacitated?

11    A.   I do believe that is correct, yes.

12    Q.   And to register to vote must an applicant

13 complete a voter registration application?

14    A.   Yes.

15         (Exhibit 21 marked for identification.)

16    Q.   (By Ms. Westfall) You've been handed what's

17 been marked as Exhibit 21.  Do you recognize this

18 document?

19    A.   No.

20    Q.   Could you turn to the second page of this

21 document?

22    A.   Uh-huh.

23    Q.   Do you see what it says at the top?

24    A.   Texas voter registration application.

25    Q.   Do you recognize this to be a Texas voter

188

1  registration application?

2       A.   I do not.

3       Q.   Do you see that the application indicates that

4  a person completing an application to register to vote

5  in Texas must check a box under Section 1 indicating

6  that the applicant is a U.S. citizen?

7       A.   Yes.

8       Q.   Do you see at the bottom under Section 9, that

9  the person must sign at the X?

10      A.   Yes.

11      Q.   And do you see that the applicant must sign

12  under penalty of perjury that the applicant is a U.S.

13  citizen?

14      A.   Yes.

15      Q.   And putting aside Exhibit 21, do you know that

16  if once a county registrar approves a voter registration

17  application, that the registrar will mail the applicant

18  a voter registration card?

19      A.   Yes.

20      Q.   Is it fair to say that after the voter submits

21  a voter registration application, the voter doesn't need

22  to take any other steps to get that card?

23      A.   Yes.

24      Q.   Before Texas started to enforce Senate Bill 14,

25  what were voters required to show at the polls to prove

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                             189

1  their identity?

2       A.   A voter registration card or a driver's

3  license.  Or a passport also was accepted.

4       Q.   Do you know whether if a voter lost their

5  registration card they could present from one of a

6  number, a large number of forms of ID?

7       A.   Yes.

8       Q.   With regard to absentee voting in Texas, do you

9  know whether it is a no excuse absentee voting state?

10      A.   It is an excuse.

11      Q.   What do you mean by that?

12      A.   That you -- there's parameters that you have to

13  meet in order to vote by absentee.

14      Q.   So only certain categories of voters in certain

15  situations can vote absentee; is that correct?

16      A.   By rule and by law, yes.

17      Q.   Before Texas started enforcing Senate Bill 14,

18  if a voter appeared without a voter registration card or

19  any form of acceptable ID, could the voter still vote?

20      A.   I believe they could vote a provisional ballot.

21      Q.   Are provisional ballots always counted?  Under

22  prior -- prior to Senate Bill 14, were they always

23  counted?

24      A.   Not to my knowledge.

25      Q.   Do you know under what circumstances if a

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

190

1  voter, prior to Senate Bill 14, came in to vote didn't

2  have an appropriate ID and voted a provisional ballot,

3  that that ballot would be counted?

4      A.   If they came back within an appropriate number

5  of days and gave correct identification, it would be

6  counted.

7      Q.   Is your testimony with regard to the law as it

8  existed before Senate Bill 14 was in effect --

9      A.   I believe --

10     Q.   -- or after?

11     A.   I believe it's the same.  Because we have a

12  provisional ballot provision in Senate Bill 14.

13     Q.   Okay.  We may talk about that a little bit

14  later.

15              Under Senate Bill 14, if a voter appears

16  without required photo ID, can the voter cast a ballot?

17     A.   Yes.

18     Q.   What type of ballot can the voter cast?

19     A.   Provisional.

20     Q.   Under what circumstance will that provisional

21  ballot be counted?

22     A.   If they return within, I believe it is five

23  days, with sufficient photo ID, they will be counted.

24     Q.   Are there any exceptions to that requirement?

25     A.   Not to my knowledge.

191

1    Q.    Do you recall that one exception was, under

2  Senate Bill 14, that if the voter fills out an affidavit

3  indicating a religious objection to being photographed?

4    A.    I -- I'm sorry.  I'm not -- I don't know.

5    Q.    What criteria for determining which photo IDs

6  -- what were the criteria for determining which photo

7  IDs to include in Senate Bill 14?

8    A.    I think we've done an asked and answered on

9  that, and I'll be glad to go through it again, if you'd

10 like.

11   Q.    What is your answer?

12   A.    My answer is I'll be glad to go through it

13 again, but I've already answered that question once.

14         MS. WESTFALL:  Could you read back the

15 question, please?

16         (The requested portion was read back by

17 the court reporter.)

18   A.    You'd like me to answer it?

19   Q.    (By Ms. Westfall) Yes.

20   A.    The criteria we used was coming up with both

21 federal and state government identification that was

22 issued by both entities that was secure.  The ones we

23 came up with from the federal government was the

24 passport and/or military ID that were not expired, and

25 then they had a -- the certificate of -- what's it

192

1  called?  The immigration certificate where -- I'm sorry.

2  I've lost the word.  Do you mind if I reference the --

3      Q.    Certainly.

4           MS. WESTFALL:  For the record, the witness

5  is looking at Exhibit Number 16.

6      A.    Okay.  What is the page number?  A United

7  States citizenship certificate with a photograph on it.

8  From a state basis, we are allowing a Texas driver's

9  license, a concealed handgun license that was issued by

10 DPS, or an identification card that was issued by DPS.

11     Q.    (By Ms. Westfall) Did you consider whether a

12 form of photo ID to be included in the bill would prove

13 that a voter was eligible to vote in Texas?

14     A.    At the time the bill was passed and shortly

15 after, the answer was yes.

16     Q.    What did you consider in that regard?

17     A.    That one of the determination that on the Texas

18 driver's license it clarified if someone was a citizen

19 by if they were using a Texas driver's license.  There

20 was a law that -- there was a bill that was passed since

21 then that has since changed that so that a -- a

22 nonresident can receive a Texas driver's license, and if

23 they were willing to sign this and fraudulently say they

24 are a citizen and they go to the ballot box and they

25 present the driver's license, that they would likely be

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

193

1  able to vote.

2           MS. HALPERN:  Let the record reflect that

3  the exhibit he used to find this he was referring to was

4  Exhibit 21, the --

5           THE WITNESS:  Voter registration.

6           MS. HALPERN:  -- voter registration.

7      Q.   (By Ms. Westfall) So this was legislation that

8  was enacted after Senate Bill 14?

9      A.   Texas law provides that the last bill to be

10 signed into law is the law of the land, and it trumped

11 the treatment that we had on the driver's license.  The

12 old driver's license provided that you -- it was a

13 temporary license by a noncitizen.

14     Q.   So if a voter presented one of the forms of

15 photo ID under Senate Bill 14 at the time it was

16 enacted, would that indicate that the voter was eligible

17 to vote in Texas necessarily?

18     A.   They would still have to be on the voter

19 roll.  You have to be on the voter roll per registering

20 to vote, you have to go to the right location for that

21 voting, and you have to have a photo ID proving you are

22 who you say you are.

23     Q.   Turning back to my question, if you presented

24 the photo ID listed under Senate Bill 14, would that

25 prove that you're eligible to be voting?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              194

1      A.    No.

2      Q.    That would just prove that you were who you

3  were when you came into the poll, is that correct?

4      A.    It proves you are who you are on that card.

5      Q.    Okay.

6      A.    It doesn't prove that you are eligible to vote.

7      Q.    Are permanent residents eligible to serve in

8  the U.S. military, to your knowledge?

9      A.    Ask that question again, please.

10     Q.    Are permanent residents of the United States

11  allowed to serve in the U.S. military?

12     A.    Yes.

13     Q.    So they can obtain a military ID; is that

14  right?

15     A.    They are given a military ID as a result of

16  serving.

17     Q.    Can permanent residents obtain a Texas driver's

18  license?

19     A.    Yes.  If they claim that is their residence.

20     Q.    Can permanent residents be issued a personal ID

21  card in Texas?

22     A.    Yes.

23     Q.    Can permanent residents obtain a concealed

24  handgun license?

25     A.    Yes.

SENATOR TROY FRASER                               7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        195

1      Q.   Can persons who are mentally incapacitated
2 obtain a passport?
3      A.   I would believe you could.
4      Q.   Can persons who are mentally incapacitated
5 obtain a personal state card in the State of Texas?
6      A.   I would think so, yes.
7      Q.   Can a Texan who is on probation for a felony
8 conviction lawfully possess a driver's license in Texas?
9      A.   I don't know the answer to that.
10      Q.   Is it fair to say that presenting a form of
11 photo ID allowed by Senate Bill 14 does not necessarily
12 prove that the cardholder is eligible to vote in Texas?
13      A.   Based on the questions you just asked, it is
14 obvious that there are people that will have a photo ID
15 that are not eligible to vote.
16      Q.   Turning back to your testimony about House Bill
17 218, after House Bill 218 was referred to the Senate,
18 was there a time that you moved to suspend the regular
19 order of business?
20      A.   Repeat the question again.
21      Q.   Certainly.  After House Bill 218 was referred
22 to the Senate, was there a time when you moved to
23 suspend the regular order of business?
24      A.   Yes.
25      Q.   Did that occur on May 15, 2007?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              196

1        A.    I don't know the date.

2              MS. WESTFALL:   Would you please mark this.

3              (Exhibit 22 marked for identification.)

4        Q.    (By Ms. Westfall) You've been handed what's

5   been marked Exhibit 22.   Do you recognize this document?

6        A.    No.

7        Q.    Is it the Senate Journal from May 15, 2007?

8        A.    It appears to be.

9        Q.    Turning your attention to -- and the

10  pagination, as you know, is at the top of the page,

11  turning your attention to Page 2063.

12       A.    Okay.

13       Q.    Do you see at the bottom half of the page that

14  you moved to suspend the regular order of business to

15  take up Committee Substitute House Bill 218?

16       A.    Yes.

17       Q.    Is it correct, therefore, that you did, in

18  fact, on May 15, 2007, move to suspend the regular order

19  of business to allow the Senate to consider House Bill

20  218?

21       A.    Yes.

22       Q.    Why did you ask to be recognized for a motion

23  on House Bill 218 that day?

24       A.    I didn't ask to be recognized.

25       Q.    Why did you move to suspend the regular order

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

197

1  of business on that day?

2      A.    Sorry.  Let me retract my answer.  I was

3  advised, which is a normal event, is that someone from

4  the front desk, the Lieutenant Governor's desk, came

5  back and said you're going to be recognized for a motion

6  on 218 in five minutes.

7      Q.    Was that the first time that you heard that you

8  were going to be recognized for that motion?

9      A.    Yes.

10     Q.    Had you asked Lieutenant Governor Dewhurst's

11  Office in advance of this request if you could make the

12  motion?

13     A.    No.

14     Q.    Did the Lieutenant Governor's Office ask you in

15  advance of that notification you just testified to, to

16  make a motion to suspend the rules?

17     A.    Prior to?

18     Q.    Yes.

19     A.    No.

20     Q.    Would it surprise you to learn that Senator

21  Williams testified in a deposition that you were likely

22  involved in the decision to be recognized to make the

23  motion on House Bill 218?

24     A.    Yes, I'd be surprised.

25     Q.    Do you think Senator Williams' recollection is

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

198

1   incorrect in that regard?

2        A.   I know that -- the answer is yes.

3        Q.   The support of two thirds Senators was required

4   to suspend the rules and bring House Bill 218 to the

5   floor for a vote, was it not?

6        A.   Yes.

7        Q.   And the motion to suspend the regular order of

8   business with the first vote to take up House Bill 218

9   prevailed 19 to 9; is that correct?

10       A.   That is correct.

11       Q.   Was the request made to verify that vote?

12       A.   Yes.

13       Q.   By whom?

14       A.   Senator Shapleigh.

15       Q.   To whom was that request made?

16       A.   You have to make a request on the floor to the

17  presiding officer.

18       Q.   Would that have been the Lieutenant Governor?

19       A.   I don't know who was in the chair at the time.

20       Q.   Turning your attention to Exhibit 22, is there

21  any way to ascertain from Exhibit 22 who was presiding?

22       A.   No.

23       Q.   Whoever was presiding permitted the

24  verification of the vote to occur, correct?

25       A.   Yes.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            199

1      Q.   Did you at any time ever talk to that person?

2      A.   Who, Senator Shapleigh?

3      Q.   To the person whoever was presiding to allow

4 that vote to occur?

5      A.   No.

6      Q.   Are you certain that it was not the Lieutenant

7 Governor?

8      A.   I didn't say that.  My answer is I don't know

9 who was in the chair.

10     Q.   Did you hear from anyone at any time as to why

11 the verification of the vote was permitted?

12              MS. HALPERN:  You can answer yes or no.

13     A.   No.

14     Q.   (By Ms. Westfall) What was your reaction to the

15 decision to permit a verification of the vote?

16     A.   There is no reaction, there's a motion and they

17 acted on it.

18     Q.   Were you disappointed?

19     A.   I had no reaction either way.

20     Q.   What was the outcome of the verification of the

21 vote?

22     A.   The motion to suspend was -- did not suspend.

23     Q.   Did it not suspend because Senators Uresti and

24 Whitmire voted against that motion?

25     A.   Because Senator and Uresti were not present,

                                                              200

1  even though they had -- if you will look at the front

2  page, they had checked in and shown to be present when

3  the vote was taken.  But when the vote -- actually the

4  first vote, they did not vote.

5      Q.   Did the Senate take any further action on House

6  Bill 218?

7      A.   218, no.  218, during that session, there was

8  no other action.

9      Q.   Why not?

10          MS. HALPERN:  Objection, legislative

11  privilege.  You can answer if you know.

12     A.   I was never recognized again for a motion to

13  suspend.

14     Q.   (By Ms. Westfall) Were there any conversations

15  about why House Bill 218 did not pass the Senate

16  afterwards?

17          MS. HALPERN:  You can answer yes or no.

18     A.   No.

19     Q.   (By Ms. Westfall) Did you testify in your

20  previous deposition that you had one conversation with

21  Ms. Rathgeber?

22     A.   I believe I was asked if I had a conversation,

23  and I said I wasn't sure.  The question was asked, if

24  you had one, who would it have been?  And I said it

25  probably would have been Ms. Rathgeber.  You asked just

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            201

1  then do I remember a conversation, the answer is no.

2  Seven years ago, I do not remember a conversation.

3      Q.   Did you have, after the vote on House Bill 218,

4  any conversation with anybody about strategy for

5  ensuring passage of Voter ID in 2009?

6      A.   No.

7      Q.   At any time between 2005 and 2011, were you

8  concerned about the State of Texas's voter roles?

9      A.   Ask that question again.

10     Q.   At any time between 2005 and 2011, were you

11 concerned about the state, the quality of Texas's voter

12 rolls?

13     A.   Yes.

14     Q.   Could you describe those concerns?

15     A.   Testimony had shown that we were having

16 numerous discrepancies of people voting that were

17 deceased, people that were on the voter roll that

18 shouldn't have been on it, people that are not eligible

19 to vote voting, people that were showing up at the

20 polls.  And we didn't have the tools available to stop

21 ineligible people from voting, so yes, I had concerns.

22     Q.   Did you introduce any legislation to require

23 the removal of ineligible voters from the voter roll

24 during that time period 2005 to 2011?

25     A.   To my knowledge, no.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

202

1      Q.    Between 2005 and 2011, did the legislature
2  enact any legislation to require improvements to the
3  maintenance of the State's voter rolls?
4      A.    I'm sorry, I don't know.
5      Q.    Did they enact anything to ensure that
6  ineligible voters are more promptly removed from the
7  poll -- from the rolls?
8      A.    I don't know.
9      Q.    Any time since you served in the Senate have
10  you been concerned about voter fraud related to absentee
11  ballots?
12     A.    Yes.
13     Q.    What is the nature of your concern?
14     A.    We're reasonably sure that there is fraud in
15  absentee voting.  It has been evidenced by the fact that
16  multiple times we've uncovered ineligible people were
17  signed up.  There was a major fraud of the Acorn
18  Operation that was uncovered.  There was evidence that
19  showed that there was in one case all the Dallas Cowboys
20  had been signed up to vote and the voter cards sent to
21  one residence, so it was implied that there was an
22  attempt to illegally vote people.
23     Q.    Are you talking about voter registration
24  irregularities or absentee ballot irregularities?
25     A.    Both.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

203

1      Q.    Do you believe there's more voter fraud related
2  to absentee ballots than to in-person voter
3  impersonation?
4      A.    I have know way of knowing.
5      Q.    Did you introduce any legislation to address
6  voter fraud relating to voting by mail, absentee voting?
7      A.    To my knowledge, no.
8            (Exhibit 23 marked for identification)?
9      Q.    (By Ms. Westfall) Senator, you've been handed
10 what's been marked Exhibit 23.  Do you recognize this
11 document?
12     A.    Uh-huh.
13     Q.    What is it?
14     A.    It appears to be a release from December 15,
15 2008, from Janice McCoy from my office.
16     Q.    Did you review this press release before it was
17 issued?
18     A.    I'm sure I did.
19     Q.    Do you see that in the second paragraph, it
20 states that the intent of Senate Bill 362 was to ensure
21 that the person who shows up at the polls is who he or
22 she claims to be?
23     A.    Would you point out where you're seeing that?
24     Q.    Certainly.  It's at the second paragraph, a
25 couple of sentences in where you're quoted beginning

204

1  with photo ID.

2       A.   Yes.

3       Q.   And it indicates that this bill is intended to

4  ensure that the person who shows up at the polls is who

5  he or she claims to be?

6       A.   Yes.

7       Q.   Was that your -- did you believe that was the

8  intent of Senate Bill 362 at the time of this press

9  release?

10      A.   Yes.

11      Q.   Do you see this press release also refers to

12 Senate Bill 363?

13      A.   Yes.

14      Q.   Could you describe that legislation?

15      A.   In the Legislature, it is not uncommon to file

16 a companion bill to a bill that is a -- what we refer to

17 as a shell bill, that if for some reason something

18 happens to the original bill, you have a fallback

19 position of a secondary bill that could be used if

20 needed if for some reason the first bill doesn't make it

21 through the process.  Senate Bill 363 was a shell bill,

22 and it was never even given a hearing because it was not

23 needed.

24      Q.   It was a shell bill as a shell for Senate Bill

25 362; is that your testimony?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            205

1      A.   Yes.

2      Q.   And you were filing 363 in case Senate Bill 362

3  failed; is that your testimony?

4      A.   There are places throughout the Legislature

5  that a bill can get hung up and mysteriously die, and

6  that we were putting in a fallback position.  It is a

7  shell bill that's very common in the Legislature.

8  Virtually every important bill that I file, we would

9  file a shell bill in companion with it.

10     Q.   Did Senate Bill 363 differ substantively from

11 Senate Bill 362?

12     A.   363 was a shell bill that had no substance.  It

13 was only there as a placeholder and was never given a

14 hearing.  So it was just a bill with a caption in order

15 to hold a place in line.

16     Q.   But it had legislative language, it had a

17 change to the Election Code, it had substance, did it

18 not?

19     A.   But it was not intended to be implemented with

20 that language, that it was a shell and that it was

21 intended to -- to implement new language into it if it

22 was needed.

23     Q.   If that is the case, why did you talk about it

24 in this press release substantively?

25     A.   Because we filed it.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            206

1      Q.    Could you explain what Senate Bill 363 was --
2 said it did?
3      A.    Described in the bill what was currently in the
4 bill.
5      Q.    In other words, Senate Bill 363 required a
6 voter applicant to prove that he or she was a U.S.
7 citizen by furnishing a birth certificate, correct?
8      A.    Yes.
9      Q.    Is it fair to say that's a different part of
10 the voting process than what was required under Senate
11 Bill 362?
12     A.    Yes?
13     Q.    Did you regard these two bills as complimentary
14 in any way?
15     A.    The 363 was never even asked for a hearing.  It
16 was a shell bill.
17     Q.    But they are different subject matter wise, are
18 they not?
19     A.    Subject matter-wise, but the -- the caption of
20 the bill could have been used for either one.
21     Q.    Senate Bill 363 pertained to voter registration
22 requirements, correct?
23     A.    Unless you furnish me a copy of 363, I couldn't
24 tell you.
25              MS. WESTFALL:  Let's go off the record for

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                             207

 1  one second.

 2              (Brief pause off the record.)

 3              MS. WESTFALL:  Let's go back on the

 4  record.

 5              Could you mark this?

 6              (Exhibit 24 marked for identification.)

 7      Q.   (By Ms. Westfall) You've been handed what's

 8  been marked as Exhibit 24.  Do you recognize this

 9  document?

10      A.   No.

11      Q.   Can you see at the top that this says, by

12  Fraser Senate Bill 363?

13      A.   I do.

14      Q.   And that it indicates it relates to procedures

15  for registering to vote and accepting a voter at the

16  polling place?

17      A.   Yes.

18      Q.   Could you describe what this legislation would

19  do?

20      A.   Again, this is a shell bill, that the idea was

21  to file a bill as a placeholder in case a second bill

22  was needed.  So --

23      Q.   But -- go ahead.

24      A.   The language of the bill was put there as a

25  shell and not intended to move forward evidenced by the

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

208

1  fact that I didn't ask for a hearing on the bill.

2      Q.   Not withstanding the -- your testimony that

3  it's a shell bill, you did not seek a hearing, et

4  cetera, you issued a press release about the filing of

5  Senate Bill 363, did you not?

6      A.   My chief of staff issued a press release.

7      Q.   I believe you just testified that you approved

8  the issuance of this press release, did you not?

9      A.   I think you said did I read the press release.

10  I don't remember saying I approved it.

11      Q.   Senate Bill 362 pertained to identification

12  requirements at the polls when voting, correct?

13      A.   Yes.

14      Q.   Did anyone request that you file Senate Bill

15  363?

16      A.   I did not remember, but I do not think so.

17      Q.   Do you see that the release says, "Instead, I

18  want to ensure that" -- and this is one, two, three

19  four -- four paragraphs down -- "I want to ensure that

20  illegal aliens, noncitizens, and people otherwise not

21  qualified, do not dilute the legitimate votes cast by

22  citizens"?

23      A.   To be eligible to vote in Texas, you have to be

24  an authorized or legal person to vote.  A subset of

25  those people that are not legal to vote are people that

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                       209

1  are noncitizens.  So if someone is not legal to vote by

2  that subset, no, they should not be voting.

3      Q.   Just to go back to my question, Senator, you do

4  in the press release indicate that the purpose of Senate

5  Bill 363 is to ensure that illegal aliens, noncitizens,

6  and people otherwise not qualified, do not dilute

7  legitimate votes cast by citizens; isn't that correct?

8      A.   I don't believe there's a reference there to

9  363 in that statement.

10     Q.   The statement -- do you agree that there is

11 that statement in the press release?

12     A.   The statement is there, but it does not

13 reference Bill 363.  It's also referencing 362.  In 362

14 we're making sure that the requirement of the people

15 voting are eligible to vote, and a subset of that are

16 people that are not citizens, because they are not

17 qualified to vote legally in Texas.

18     Q.   Are you testifying about Senate Bill 363 or

19 362?

20     A.   I'm saying there is not a reference to whether

21 that statement referred to either one.  363 was never

22 asked for a hearing, so it was a shell bill and never

23 heard.  362 did have a hearing, was passed in the

24 Senate, went to the Texas House, and failed to be

25 adopted.

210

1     Q.   And I appreciate your testimony, but if you

2  could focus on my question, we'll get through the day

3  much faster.

4              Turning your attention back to Exhibit 23,

5  you express an interest in ensuring that illegal aliens

6  and noncitizens are not participating in elections,

7  isn't that right?

8     A.   The press release says that they are a subset

9  of making sure that people in Texas that are qualified

10 to vote are the only ones voting, and of the ones that

11 in order to qualify for Texas, someone who is not a

12 citizen is a subset of that group and is not qualified

13 to vote.

14    Q.   Did you have a concern about illegal aliens

15 voting in Texas at the time of this press release?

16    A.   I had a concern before, during and after this

17 was done making sure that every person in Texas was a

18 qualified voter and subsets of that, that were not

19 qualified, should not be voting.

20    Q.   Turning your attention back to my question, did

21 you have a concern about illegal aliens in Texas

22 participating in elections in Texas at that time?

23    A.   Before, during and after the bill was filed, I

24 continued to have -- make sure that anyone on -- that

25 only eligible voters in Texas could vote and a subset of

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

211

1  those illegal voters, were persons that were not

2  citizens, and if they were not citizens, they should not

3  be allowed to vote.

4      Q.   So the answer to my question is yes?

5      A.   The answer is I was concerned prior, before,

6  during and after and that anyone who is not qualified to

7  vote in Texas should not vote, and a subset of that is

8  people that are noncitizens.

9      Q.   So I'm going to try again.  Did you have a

10  concern, as part of the concerns you just testified to,

11  that illegal aliens were participating in elections in

12  Texas?

13      A.   I had a concern that no one in Texas that was

14  not eligible to vote should be voting, and a subset of

15  that were people that were noncitizens.

16      Q.   So is the answer to my question yes?

17      A.   The answer is I continue to have a concern of

18  making sure that no one that was ineligible to vote in

19  Texas should be voting, and a subset of that was people

20  that were noncitizens.

21      Q.   What was the basis of your concern with regard

22  to undocumented persons participating in Texas

23  elections?

24      A.   I was concerned with making sure that the --

25  for the integrity of the ballot box, that only people

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

212

1  that were eligible to vote should be voting, and no one

2  that's ineligible should vote, a subset of that were

3  people that were not citizens.

4              MS. WESTFALL:   Okay.   I'm going to move to

5  strike as nonresponsive.

6      Q.      (By Ms. Westfall) I want you to listen

7  carefully to the question so we can get through and move

8  on to another topic and another exhibit, sir.

9              What was the factual basis for your

10  concern about undocumented persons participating in

11  Texas elections?

12      A.      I -- my concern was making sure that I did not

13  feel that we had the tools in Texas to ensure the

14  integrity of the ballot box, and that if someone was not

15  qualified to vote, we did not have sufficient tools in

16  place to identify that person and prosecute them for

17  voting illegally.   So anyone that was not qualified to

18  vote was a concern, a subset of that were people that

19  were noncitizens.

20      Q.      And I believe you testified earlier that the

21  sole purpose of Senate Bill 362 was to prevent in-person

22  voter impersonation, right?

23      A.      It was to -- I think what I said was to protect

24  the integrity of the ballot box.

25      Q.      As it pertained to in-person voter

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            213

1  impersonation, correct?

2       A.    Senate Bill 362, you're referring to?  Referred

3  to in-person, yes.

4       Q.    Sitting here today, can you recall any facts,

5  convictions, information about noncitizens participating

6  in Texas elections?

7       A.    I'm going to need that repeated.

8            MS. WESTFALL:  Could you read it back?

9            (Requested portion was read back by the

10 court reporter.)

11      A.    You've asked multiple questions about

12 convictions, and I don't think I've addressed

13 convictions in anything we've said.  My answer continues

14 to be that Texas did not have the tools available under

15 current law to identify people that were not eligible to

16 vote, and of that people ineligible to vote were

17 obviously people that were not -- that didn't meet the

18 requirements.

19      Q.    (By Ms. Westfall) Why did you believe that the

20 tools were insufficient?

21      A.    Because, you know, after looking at the --

22 listening to the testimony, doing my research of what

23 had happened in other states, looking at the passage of

24 the Indiana and the Georgia law, looking at the

25 recommendations that had been placed by the Carter-Baker

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            214
1 Commission, an accumulation of all that data convinced

2 me that Texas did not have sufficient tools to protect

3 the integrity of the ballot box.

4      Q.   Did you have concerns about noncitizens from

5 particular countries or areas of the world who were

6 participating in Texas elections?

7      A.   Again, my concern was making -- that we did not

8 have sufficient tools to protect the integrity of the

9 ballot box to ensure that people that were not qualified

10 to vote, you know, would not be voting, and obviously a

11 subset of that was people that were noncitizens from

12 multiple countries around the world that were not U.S.

13 citizens.

14      Q.   I want to ask this question a different way.

15           THE WITNESS:  Can I take a break?

16           MS. WESTFALL:  Sure.

17           (Recess from 3:29 p.m. to 3:38 p.m.)

18      Q.   (By Ms. Westfall)  Senator, before the break we

19 were talking about Exhibit 23 and Senate Bill

20 363.  Senate Bill 363 did not ensure that all types of

21 ineligible voters would be kept off the rolls; is that

22 correct?

23      A.   I don't believe we addressed that.  I think

24 I've made it clear that 363 was a shell bill and that

25 the only thing we were interested in was a caption as a

215

1  fallback position for 362, there was no intent to pass

2  363.  363 was never asked for a hearing.

3      Q.   I understand that it was -- that your testimony

4  is that it was a shell bill, that you did not ask for a

5  hearing, but it did have content to the bill, did it

6  not?

7      A.   Like all shell bills that are filed in the

8  Legislature, you have to have some verbiage in the bill

9  in order to file a bill.  But when a bill is a shell

10 bill and there's no intention to pass, that is generally

11 disregarded by everyone until a hearing is held and then

12 you look at the content.

13     Q.   You nevertheless issued a press release

14 announcing that you had filed Senate Bill 362 in

15 describing the substance of the bill, did you not?

16     A.   I'm sorry?

17     Q.   You had a press release announcing that you had

18 filed Senate Bill 363?

19     A.   There's a press release filed by Janice McCoy.

20     Q.   Certainly, Janice McCoy was the contact for a

21 press release that came out of your office; isn't that

22 right?

23     A.   It says she was the contact, yes.

24     Q.   Senate Bill 363, turning your attention now to

25 Exhibit 24, did not try to prevent persons who did not

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

216

1  reside in Texas from registering to vote; isn't that
2  right?
3      A.   Ask your question again.
4      Q.   Senate Bill 363 was not designed so prevent
5  non-Texans from registering to vote?
6      A.   363 was not designed to do anything.  It was a
7  shell bill.  There was no intent to pass 363.  363 was a
8  placeholder of a caption in case it was needed.
9      Q.   Okay.  Just so we can move on to another
10 exhibit.  In summary, your testimony is that Senate Bill
11 363 was a shell bill.  You did not ask for a hearing.
12 But nevertheless, your office issued a press release
13 describing the filing of Senate Bill 363, is that your
14 -- is that your testimony?
15     A.   Someone from my office issued a press release.
16     Q.   Okay.  I believe you testified earlier that
17 voter registration applicants have to attest to their
18 citizenship as U.S. citizens when they complete a voter
19 registration application; is that correct?
20     A.   Actually, I believe you're putting words in my
21 mouth.  I believe you're the one that pointed out that
22 that is on the application, and you asked me to verify
23 that I saw it on the application.  And yes, I did see it
24 on the application.
25     Q.   And you believe it to be a requirement of voter

217

1 registration applicants in Texas?

2     A.    I believe that it's a question asked and that

3 people certify that they're telling the truth.

4     Q.    It is a requirement that Texas has the voter

5 registration applicants indicate that they are U.S.

6 citizens; is that correct?

7     A.    They have to certify that they are a U.S.

8 citizen.

9     Q.    Are you aware that Texas law requires county

10 election officials to review documents received from

11 court listing people who are excused from jury duty

12 because they are not U.S. citizens?

13     A.    I'm not aware of that, and I'm not sure how

14 that applies to the testimony we're talking about today.

15     Q.    But -- but in answer --

16     A.    I'm not aware of it, no.

17     Q.    Do you have any evidence, are you aware of any

18 evidence that non-U.S. citizens have registered to vote

19 in Texas?

20     A.    The word "evidence" is a very broad word.

21 There are many pieces of articles that you have in the

22 information that was released to you of press releases

23 from across Texas of multiple news agencies that

24 reported incidents of people that were illegal to vote

25 that had been reported that were voting.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            218

1     Q.   Was Senate Bill 363 referred to the State
2  Affairs Committee?
3     A.   I don't know.
4     Q.   Was Senator Duncan the chair of the committee
5  at that time?
6     A.   Of what committee?
7     Q.   The State Affairs Committee?
8     A.   Well, likely was, I don't -- I'm not sure, but
9  I'll suspect he probably was.
10     Q.   Do you recall discussing Senate Bill 363 with
11  Senator Duncan at any time?
12     A.   No, I don't remember that at all.
13          MS. WESTFALL:  Could you mark this?  And
14  this is a highly confidential document so the testimony
15  will be designated as highly confidential under the
16  protective order.
17          (Exhibit 25 marked for identification.)
18     Q.   (By Ms. Westfall)  You've been handed what's
19  been marked as Exhibit 25.  Do you recognize this
20  document?
21     A.   I do not recognize the document.
22     Q.   Do you see that it is an e-mail from Dan
23  Patrick to a number of senators including you?
24     A.   Okay.
25     Q.   I'm sorry?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              219

1      A.    Yes.

2      Q.    Do you see that it reads, "Dear Senators," and

3  then there's two paragraphs, and then there's a line on

4  the bottom of page TX00009987, is the Bates stamp.  Do

5  you see that line that starts, "In view of our

6  discussion on Voter ID"?

7      A.    The very last line, "In view of our

8  discussion"?

9      Q.    Yes, and then --

10     A.    I see it there, yes.

11     Q.    -- it continues on to the next page.  Could you

12  just review that and let me know when you've had a

13  chance to look at that sentence?

14     A.    Okay, I've read it.

15     Q.    And is Senator Patrick expressing the view that

16  Voter ID and immigration are the same issue, one and the

17  same or connected issues?  Do you see --

18     A.    I think you probably have to ask him that.

19     Q.    -- he's expressing that opinion?  But do you

20  see that this document, TX00009987 through 88, Exhibit

21  25, contains an e-mail from Senator Patrick with that

22  sentiment?

23     A.    I see that this is represented that this is an

24  e-mail from him saying that.

25     Q.    Do you agree with that view that is expressed

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              220
1  in the e-mail?

2       A.   That is his view.

3       Q.   Do you agree with that view?

4       A.   That is his view.

5            MR. CLAY:  Objection, this

6  mischaracterizes the e-mail.

7            MS. WESTFALL:  I'm going to object to your

8  response as unresponsive.

9       Q.   (By Ms. Westfall)  Do you share the view

10 expressed in Exhibit 25 that Voter ID and immigration

11 are the same issue or connected?

12           MR. CLAY:  Same objection,

13 mischaracterizes the e-mail.

14           MS. HALPERN:  You can answer the question.

15      A.   I do not share that view.

16           (Exhibit 26 marked for identification.)

17      Q.   (By Ms. Westfall)  You've been handed what's

18 been marked as Exhibit 26.  Do you recognize this

19 document?

20      A.   Do not.

21           MS. WESTFALL:  It is Highly Confidential

22 and the testimony pertaining to this document, which is

23 Exhibit 26, at TX00086376 through 3788, will be

24 designated as Highly Confidential.

25      Q.   (By Ms. Westfall)  Turn your attention to the

SENATOR TROY FRASER                                  7/23/2014
CONFIDENTIAL TRANSCRIPT

221

1  second page of this document at TX00086377.  Do you see

2  that there's a quote from you about the 2009 session?

3                  MS. HALPERN:  Can you be specific as to

4  where?

5       Q.   (By Ms. Westfall)  The second page, the second

6  page about halfway down on the left, where it says,

7  "Fraser introduces a similar bill in 2009 that passed in

8  the Senate, but it died in the House."  And then it goes

9  on to quote you as saying, "We're going to attempt to go

10 ahead and try to move it earlier this year."  Do you see

11 that paragraph?

12                  MS. HALPERN:  Counsel, I'm going to ask

13 that you let him read the whole article.

14                  MS. WESTFALL:  I'm directing his attention

15 to a quoted portion of the article.  I'm not going to

16 examine on anything other than the quoted portion.

17                  MR. HALPERN:  I see that.

18                  MS. WESTFALL:  Just to move things along.

19      A.   Okay.

20      Q.   (By Ms. Westfall)  Do you see that this article

21 is dated November 14, 2010?

22      A.   Yes.

23      Q.   And it's the Abilene Reporter News?

24      A.   Yes.

25      Q.   Is that correct?  And turning your attention to

222

1    the paragraph in which you are quoted as saying, "We're

2    going to attempt to go ahead and try to move it earlier

3    this year," referring to Voter ID --

4         A.   Yes.

5         Q.   -- do you believe that was an accurate quote by

6    the reporter?

7         A.   Yes.

8         Q.   And at this point in time, in November 2010,

9    what -- did you have a strategy for moving Voter ID

10   forward in the Senate so that it could actually get

11   passed into law?

12        A.   We had already passed it once.  So my

13   assumption is we could pass it again.

14        Q.   Did you have any -- and in 2009, Senate Bill

15   362 failed in the House, correct?

16        A.   Yes.

17        Q.   Did you have any strategy at this point in

18   November 2010 for moving Voter ID through both the

19   Senate and the House and having it enacted into law?

20        A.   It was not my strategy, but there was a

21   different -- a different bill sponsor in the House.  And

22   it was my belief that the problem with the bill the year

23   before was the bill sponsor.

24        Q.   Was another problem that you alluded to in this

25   article that the bill did not move quickly enough

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            223

1  through the Senate to get to the House in time to, for

2  the House to likewise pass it?

3       A.   Could you show me where that says that?

4       Q.   I'm referring to the paragraph where you say,

5  "We're going to attempt to try to move it earlier this

6  year."  Did you see that as part of the strategy to --

7       A.   I see that, but no, I'm not -- what point

8  you're trying to make is not correct.  The words speak

9  for themself is that we're going to try to move it

10 quicker.  It doesn't say anything about the Senate.  It

11 refers to the House.

12      Q.   Are you aware of any research conducted before

13 the 2009 session to determine a procedure to increase

14 the likelihood of Senate passage of a Voter ID bill?

15      A.   Ask that question again.

16      Q.   Sure.  Are you aware of any research about

17 Senate procedure that was conducted in advance of 2009

18 to ensure that Voter ID would be passed in the Senate?

19      A.   No.

20      Q.   Are you aware of Senator Tommy Williams having

21 conducted any research about how -- about procedures to

22 put into place in the Senate Rules to ensure passage of

23 Voter ID in the Senate --

24      A.   No.

25      Q.   -- in 2009?

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        224

1     A.    No.

2     Q.    Did Senator Williams spearhead -- strike that.

3           I believe you testified earlier about the

4  Rule 5.11 in the 2009 rules.  Do you remember that rule?

5     A.    Yes.

6     Q.    How did that rule come to be included in the

7  Senate Rules in 2009?

8     A.    I -- I have previous testimony that I'm not

9  aware of that other than I was not a party to putting it

10 in.

11    Q.    So you had no involvement whatsoever in any

12 research to figure out those procedures?

13    A.    No.

14    Q.    Is that correct?

15    A.    No.

16    Q.    Do you know who was involved in devising that

17 procedure in the Senate?

18    A.    No.

19    Q.    Was Senator Williams at all involved in

20 devising that procedure in 2000 --

21    A.    You need to ask Senator Williams that.

22    Q.    Are you aware of Senator Williams having any

23 involvement in devising that procedure?

24    A.    No.

25    Q.    Did Senator Williams introduce the Senate

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

225

1  resolution to include Rule 5.11 in the 2009 rules?

2      A.   The rule was presented by Senator Eltife that

3  is the Chairman of Administration.

4      Q.   Are you certain of that?

5      A.   No.  Oh, I'm -- I'm certain that Senator Eltife

6  is the one that presents the rules.

7      Q.   Did Senator Williams introduce a Senate

8  resolution to modify the rules in 2009 to include Rule

9  5.11?

10     A.   I don't -- I don't know, but I don't think so,

11 because the rules have to be adopted by the Senate as a

12 whole on the Floor of the Senate, and to my knowledge,

13 I've never seen -- I don't know of an amendment being

14 offered on the Floor.

15                 MS. WESTFALL:  Would you mark this?

16                 (Exhibit 27 marked for identification.)

17     Q.   (By Ms. Westfall)  Senator, you've been handed

18 what's been marked Exhibit 27.  Do you recognize this

19 document?

20     A.   No.

21     Q.   Is this the Senate Journal from January 14,

22 2009?

23     A.   Appears to be.

24     Q.   Turning your attention to the third page of

25 this document, which is Page 23 of the Senate -- this

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

226

1  particular Senate journal.  I'd like to turn your

2  attention to Senate Resolution 14.  Senator, does

3  Exhibit 27 refresh your recollection as to Senator

4  Williams' involvement in Senate Resolution 14?

5       A.   No, it does not.

6       Q.   Do you know anything about the circumstances

7  under which Senate Resolution 14 was introduced?

8       A.   No.

9       Q.   Or the reason for it?

10      A.   No.

11      Q.   You can put aside this exhibit.  We're done for

12  the time-being.  When you were laying out a bill in

13  committee, do you do your best to be accurate in your

14  answers?

15      A.   Yes.

16      Q.   Truthful?

17      A.   Yes.

18      Q.   Provide complete answers?

19           MS. HALPERN:  Objection.

20      Q.   (By Ms. Westfall)  You may answer.

21      A.   You'd have to give a definition of what a

22  complete answer is.  That, obviously, you answer the

23  question that is asked.

24      Q.   If you say something you later learn is

25  erroneous, is there a mechanism by which you can correct

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            227

1  the record?

2      A.    You can correct what you said and correct it.

3      Q.    But after you said something on the Senate

4  Floor and you learn that it's wrong, can you correct the

5  official record later, or is there not a mechanism for

6  that?

7      A.    You're asking again a very broad question,

8  because it depends on the procedures going on.  And if

9  the procedure's already been resolved, that I could

10 enter a statement into the record that something was

11 said incorrect and you could enter something in the

12 record to correct that.  So the answer I guess is yes,

13 you can.

14     Q.    Did you make any corrections to the record of

15 your statements concerning Senate Bill 362?

16     A.    I'm sorry, I don't remember.

17     Q.    Did you make any corrections to the record of

18 your statements about Senate Bill 14?

19     A.    Also, I don't remember.

20     Q.    Earlier in this deposition you testified that

21 Senate Bill 362 made you feel, quote, uncomfortable.  Do

22 you remember that testimony?

23     A.    Yes.

24     Q.    Why were you uncomfortable about Senate Bill

25 362?

228

1    A.    That I considered 362 a starting place, but it

2 lacked, like many things in the Legislature, it didn't

3 do everything that I'd liked to have seen done, which I

4 was in favor of a full photo ID.

5              MS. WESTFALL:   Could you mark this?

6              (Exhibit 28 marked for identification.)

7    Q.   (By Ms. Westfall)  Senator, you've been handed

8 what's been marked as Exhibit 28.  Do you recognize this

9 document?

10   A.    No.

11   Q.    Senator, is there anything in the record

12 related to your discomfort with Senate Bill 362?

13   A.    Probably not.

14   Q.    Turning back to Exhibit 28, which is highly

15 confidential, and the questions related thereto are

16 deemed highly confidential.  Exhibit 28 is Texas

17 00265592 through 96.  Do you see the chart on the second

18 page of this document?

19   A.    Yes.

20   Q.    Okay.  The first page of this document, is it

21 an e-mail?

22   A.    You're asking me?

23   Q.    Yes.

24   A.    I don't do e-mails, so I don't know the answer.

25   Q.    Do you see that the Janice McCoy is listed as a

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                             229

1  recipient of this document?

2      A.   Yes.

3      Q.   And she is your former chief of staff who

4  worked on Voter ID issues, right?

5      A.   Yes.

6      Q.   And this document is dated January 21, 2011,

7  correct?

8      A.   Yes.

9      Q.   It was shortly before the Senate's

10 consideration of Senate Bill 14, right?

11     A.   Yeah.

12     Q.   And so turning your attention back to the

13 chart, have you ever seen a chart like this?

14     A.   No.

15     Q.   And does this chart appear to compare

16 provisions of the Indiana photo ID law, Georgia photo ID

17 law and Senate Bill 14 as introduced and Texas current

18 law?

19     A.   It appears.

20     Q.   Would you mind taking a look at the row

21 entitled "Provisional Ballot," and let me know when

22 you've had a chance to look at?

23     A.   Yes.

24     Q.   I believe you testified earlier about

25 provisional ballot procedures.  Does this chart indicate

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

230

1  that Senate Bill 14 as introduced would require a voter

2  who didn't have appropriate ID to return to cast a

3  provisional ballot and then return within six days with

4  appropriate ID in order to ensure that ballot would be

5  counted?

6      A.   It appears to stay that.

7      Q.   And does it indicate that under then current

8  law, if the voter -- Texas current law, that if the

9  voter had no ID, the voter would cast a provisional

10 ballot and the registrar would confirm eligibility

11 within seven days and then count that ballot?

12     A.   That's what it says, yes.

13     Q.   Was that your understanding of current law

14 about provisional ballot when you were considering

15 Senate Bill 14?

16     A.   I think I've advised that you asked me the

17 question, and I think I told you that I wasn't totally

18 sure on provisions on current law.  I knew that on

19 Senate Bill 14 that we had the bill to cast a

20 provisional ballot and they had to return within six

21 days with an ID in order to vote.

22     Q.   So based on information in the chart which you

23 just testified you believe is correct --

24     A.   I didn't say that I believe this is correct.

25 You're representing that someone sent this to someone

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            231

1 else.  I haven't seen it, and I haven't represented that
2 it's correct.
3      Q.    At any time during consideration of Senate Bill
4 14, do you recall receiving information about the
5 current procedures related to provisional ballots and
6 people who didn't -- voters who did not have appropriate
7 ID?
8      A.    No.
9      Q.    Assuming that this chart lays out an accurate
10 comparison of Texas current law and Senate Bill 14, do
11 you think it is a significant change in provisional
12 ballot procedure between the then current law and Senate
13 Bill 14?
14     A.    Yes, because we had a significant change in the
15 ID procedures and that if someone is going to vote, they
16 had to have a photo ID.  If they didn't have that and
17 they still wanted to vote, they could vote
18 provisionally, but they had to come back and show their
19 photo ID.  So yes, it was a change.
20     Q.    And before under previous law, the voter would
21 not have to return to the registrar a second time?
22     A.    In the previous law we did not have a photo ID.
23     Q.    But in answer to my question, the voter would
24 not need to return; isn't that correct?
25     A.    And I've already told you that I'm not aware --

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                           232

1  I'm not familiar with that.

2       Q.   Are you aware of whether provisional ballots

3  are paper ballots?

4       A.   I'm sorry, I'm not aware of that either.  I

5  don't know.

6       Q.   Do you know whether the voter fills out an

7  affidavit outside of provisional ballot?

8       A.   I feel sure that there's some affidavit they

9  have to do in order to file a ballot, yes.

10      Q.   And county election officials ordinarily for

11 provisional ballots make a determination as to whether

12 that ballot should be counted; is that right?

13      A.   That's your answer, not mine.

14      Q.   You don't -- you don't know?

15      A.   I don't -- no, I don't.  The provisions for

16 that are set by the Secretary of State or by the local

17 counties that they have a methodology that they put in

18 place for voting for provisional, and that was not

19 dictated by the Legislature.

20      Q.   Are you aware, were you aware -- strike that.

21           Were you aware at the time of considering

22 Senate Bill 14 of any need, factual need to change the

23 law as it pertained to provisional ballots?

24      A.   Of course I was aware of the need to change,

25 because if you're implementing a photo ID and someone

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

233

1  doesn't have a photo ID, we want them to be allowed to

2  vote, but they're going to have to come back and prove

3  they have a photo ID.

4      Q.   But isn't it true that under Senate Bill 362,

5  the provisional ballot process was that a voter would --

6  a voter who did not have ID would vote provisionally,

7  and the county board would determine whether to count

8  that without the voter having to return to the office?

9      A.   362 was not a pure photo ID bill, and I've

10  stated before that there was things in 362 that I was

11  not in agreement with.  We changed that in Senate Bill

12  14 and changed it to a pure photo ID bill.

13      Q.   But do you know whether Senate Bill 362

14  included that provision, not requiring the voter who

15  cast the provisional ballot to return to the registrar?

16      A.   I cannot verify that.

17      Q.   Are you aware of any erroneous determinations

18  by a county election official concerning whether to

19  count a provisional ballot?

20      A.   I'm sorry, I'm not -- no, I've not been

21  advised.

22      Q.   Do you recall that Senator Van de Putte asked

23  you questions about the provisional ballot procedures in

24  Texas during the hearing on Senate Bill 14?

25      A.   I'm still -- I do not remember that.

234

1              (Exhibit 29 marked for identification.)

2      Q.   (By Ms. Westfall)  You've been handed what's

3  been marked as Exhibit 29.  Do you recognize this

4  document?

5      A.   No.

6      Q.   I will represent to you that it is an excerpt

7  of the transcript of proceedings before the Texas Senate

8  on January 25, 2011, related to consideration of Senate

9  Bill 14, and that the testimony includes -- I mean the

10  transcript includes your laying out of the bill and

11  questions and answers that you received from Senators.

12              Turning your attention to Senate

13  transcript, the Senate transcript at Page 44, do you see

14  that you were asked questions by Senator Van de Putte

15  about the provisional ballot process?

16      A.   What was the question?

17      Q.   Do you see that you referred Senator

18  Van de Putte and her questions regarding the changes in

19  law to provisional ballots to the Secretary of State's

20  office?

21      A.   Yes.

22      Q.   Do you know whether there was any consideration

23  given by you or others to the consequences of changing

24  the law in Texas as it pertained to provisional ballots?

25      A.   The -- in the -- the reason we referred her to

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

235

1  the Secretary of State was because it was scheduled to

2  be one of the invited guests to testify.  The questions

3  to the author come prior to that.  The next person to

4  come up was the Secretary of State, and it would be

5  eligible to ask questions.  At that point, if questions

6  were asked and concerns were raised, I would listen to

7  the concerns.  If the concerns were valid and needed to

8  be changed, we could have addressed that by amendment.

9  So the order -- if she's raising a question, I'm saying

10 the correct place to ask that is to the next witness.

11      Q.   So you referred her to the Secretary of State's

12 Office?

13      A.   I didn't refer her to the Secretary of State.

14 I said the Secretary of State's Office will be

15 testifying as the next person.  Once they come up, the

16 question you're asking, they can give you the clearest

17 description to make sure that I'm not inaccurately

18 telling you what the -- the question you're asking.

19      Q.   In light of the change in law of provisional

20 ballots, whereas before the voter did not have to return

21 to the registrar to present any documentation, and the

22 ballot could still be counted, whereas as under Senate

23 Bill 14, the voter who cast a provisional ballot for

24 lack of ID would have to come and present ID in order to

25 ensure that that would be counted, was any consideration

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

236

1  given to -- by the Senate to the consequences of this

2  change on voters?

3      A.   Sure.  I mean, there was a discussion where --

4  it's here in the record where Senator Van de Putte and I

5  had a discussion about it, and then when the Secretary

6  of State came up, it was discussed.  That was -- that

7  was a point of discussion.  As it's turned out that it

8  was not a problem at all, that as history has shown us

9  since we've had elections since then, we found out that

10 we have had virtually no problem with the provisional

11 ballots and that people -- there are very few of them

12 being filed, and the ones that have been filed, that it

13 has not been a problem.

14     Q.   What is the basis of your knowledge?

15     A.   On this?

16     Q.   On the provisional ballot process?

17     A.   Asking questions of the Secretary of State.

18     Q.   That has happened after the bill has -- since

19 the time the bill has been implemented?

20     A.   Yeah, it would be an impossible to project

21 prior to the passage of the bill what the impact would

22 be other than asking questions of the Secretary of State

23 of how they intended to implement.  And by after we --

24 they explained how they had planned to implement this

25 and education of the voters, it turned out that the way

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

237

1  we implemented it worked well.

2      Q.   Did you make any changes to the bill based on

3  the testimony of representatives from the Secretary of

4  State's office with regard to provisional ballots?

5      A.   I don't remember making that, and I don't

6  believe that there was an amendment that was accepted

7  for that.

8      Q.   Is the voter registrar's office generally open

9  on weekends?

10     A.   Voter registrar's, to register to vote?

11     Q.   The county elections office, is it open on

12  weekends?

13     A.   We have 254 counties, so I don't know how to

14  answer that.

15     Q.   Are you aware of any county election's office

16  that's opened on the weekends?

17     A.   It's not an issue.  I know -- I don't -- I'm

18  sure that that was addressed and asked, but I don't have

19  an answer today.

20     Q.   Are you aware of any county election's office

21  that's open outside of business hours during the week?

22     A.   Once again, it's not one that I've researched.

23  I researched the one on DPS office.  I didn't look at

24  registrar's office.

25     Q.   Is there anything in Senate Bill 14 that

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                           238

1   requires county election offices to be opened on the

2   weekends?

3        A.   To my knowledge, no.

4        Q.   Or during -- outside of business hours?

5        A.   To my knowledge, no.

6        Q.   Was there any consideration given to extending

7   the hours of county election offices based on new

8   provisional ballot procedures?

9        A.   I -- I don't remember that whether there was

10  discussion of it or not.

11       Q.   Were any changes made to the provisional ballot

12  provision in the bill after the bill was referred to the

13  House?

14       A.   Not to my knowledge.

15            MS. WESTFALL:  Can you mark this?

16            (Exhibit 30 marked for identification.)

17       Q.   (By Ms. Westfall)  Senator, you've been handed

18  what's been marked as Exhibit 30, which is a highly

19  confidential document.  It is TX00034516.  Do you

20  recognize this document?

21       A.   I do not.

22       Q.   Do you see that it is sent from your chief of

23  staff, former chief of staff, Janice McCoy?

24       A.   Yes.

25       Q.   On April 12, 2011?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

239

1      A.    Yes.

2      Q.    And it is sent to Mr. Hebert, correct?

3      A.    Appears to be.

4      Q.    Do you know why -- and do you see that it

5  indicates the subject is "OAG Language"?

6      A.    Yes.

7      Q.    And do you see that this refers to a change in

8  provisional ballots regarding persons who have religious

9  objections to being photographed?

10     A.    (Reading.)

11     Q.    Do you know why -- do you see that language?

12     A.    Yes.

13     Q.    Do you know why the OAG was providing

14  legislative language related to Senate Bill 14?

15     A.    Did not.

16     Q.    Was this provision related to an exception for

17  persons with religious objection to being photographed

18  part of the Indiana photo ID law, to your knowledge?

19     A.    I don't have the information on that.

20     Q.    Did you have any concerns about -- did you

21  serve on the Conference Committee for Senate Bill 14?

22     A.    Chaired it.

23     Q.    Did you have any concerns about having an

24  out-of-bounds resolution related to Senate Bill 14?

25     A.    Anytime you have an out-of-bounds resolution

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

240

1  it's problematic, because an out-of-bounds requires a

2  two-thirds' vote to put in.

3       Q.    Two-thirds' vote of both bodies?

4       A.    Both bodies.

5       Q.    So did you want to avoid that if possible?

6       A.    Well, the -- in most cases, if there's a bill

7  that you're concerned about getting two-thirds' vote,

8  that the answer would be yes.

9       Q.    Did you have concerns about getting two-thirds

10 of a vote for the out-of-bound resolution in the Senate?

11      A.    This isn't -- this is not from me.  It's not to

12 me.  And I told you that I haven't seen this.  So

13 assuming that I had concerns about it implies that I

14 knew about it, and I've just said that I don't -- you

15 know, this -- I have not seen this.

16      Q.    After Senate Bill 362 passed the Senate, was it

17 reported in the press that Representative Smith was

18 pursuing a modification to Senate Bill 362 that would

19 involve allowing the voter to use an affidavit?

20      A.    I'm not advised and you'd have to ask

21 Representative Smith that.

22      Q.    Was the OAG office involved in drafting any

23 other provisions for Senate Bill 14 that you're aware

24 of?

25      A.    Not to my knowledge.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                          241

1     Q.    Besides Exhibit 30?

2          MS. HALPERN:  Actually, let me enter an

3  objection here and now.  This witness has not verified

4  for you that OAG drafted this language, and I understand

5  that the subject line in the e-mail says OAG language.

6  But it is also a fact that e-mails go back and forth and

7  the content changes and the subject line never changes,

8  and I'm going to object that there is no foundation that

9  the OAG drafted the actual language that appears on

10 Exhibit 30, and this witness has certainly not confirmed

11 that.

12         MS. WESTFALL:  Ms. McCoy testified to it,

13 but I appreciate your comments.

14    Q.    (By Ms. Westfall)  I believe you testified

15 earlier that you're aware that the record on

16 consideration -- of consideration of Senate Bill 14

17 would be provided to the Department of Justice; is that

18 correct?

19    A.    Would you repeat that, please?

20    Q.    I believe you testified earlier in this

21 deposition that you were aware that the legislative

22 record of the consideration of Senate Bill 14 would be

23 provided to the Department of Justice as part of the

24 preclearance process; is that correct?

25    A.    I don't know that's entirely true, because I

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              242

 1 believe there was two routings to go, either

 2 preclearance or a three-judge panel, so I don't think

 3 that I said that everything was going to -- to

 4 preclearance.

 5     Q.   Did -- was it your belief that it would go --

 6 that the public legislative record would go either to

 7 the Department of Justice or a three-judge panel as part

 8 of the Section 5 review process?

 9     A.   I did believe that it would go one of the two

10 places.

11     Q.   Did that make you consider how -- how -- what

12 sort of statements you made on the Senate Floor?

13     A.   I was aware that everything that I was saying

14 was part of public record.

15     Q.   So you had to be careful; is that correct?

16     A.   You're putting words in my mouth.

17             MS. HALPERN:  Objection.

18             MR. CLAY:  That mischaracterizes his

19 answer.

20     Q.   (By Ms. Westfall)  Did you --

21     A.   I just said that I was aware that everything I

22 said was part of public record.

23     Q.   Did you provide drafts of your Floor statements

24 to the Office of the Attorney General before you made

25 them related to Senate Bill 14?

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                      243

1     A.   No --

2          MS. HALPERN:  Let me stop.  Stop.  I'm

3  going to object on the grounds of attorney-client,

4  because if he did that, then he did that because he was

5  consulting a legal opinion, and so I'm going to direct

6  him not to answer that.

7          MS. WESTFALL:  Okay.

8     Q.   (By Ms. Westfall)  What is the base -- factual

9  basis of your -- well, strike that.

10         I believe you testified earlier in this

11  deposition that according that according, to use your

12  words, the Democrats wanted to deal with Senate Bill 14

13  early in the session and get it over with.  Is that --

14  was that your testimony?

15    A.   No.  It's not what I said.  I said that

16  there -- the Democrats and Republicans both were in

17  agreement that we should go ahead and move Senate Bill

18  14, because they believed the likelihood that it was

19  going to pass and go ahead and get it out of the way is

20  I think is the way --

21    Q.   What is the basis of your knowledge and

22  testimony?

23    A.   Conversations with other Senators.

24    Q.   And can you identify, not the content of the

25  conversation, but the Senators by name?

SENATOR TROY FRASER                                     7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            244

1      A.    I would claim privilege on that because of the

2  communications between other Senators.

3      Q.    Do you recall that Senator Van de Putte sent

4  Senator Duncan a letter objecting to the timing of the

5  Senate's consideration of Senate Bill 14 because there

6  was not enough notice?

7      A.    No.

8      Q.    Do you recall that, notwithstanding that the

9  Senate's consideration of Senate Bill 14 was not as

10 lengthy in time as Senate Bill 362, that bill opponents

11 expressed strong opposition to the bill even though they

12 knew they didn't have the votes to stop it?  Do you

13 recall that?

14     A.    No.

15             MS. HALPERN:  Counsel, I'd like a five-

16 minute break to confer with the witness before you ask a

17 question.

18             MS. WESTFALL:  Sure.

19             (Recess from 4:25 p.m. to 4:42 p.m.)

20             (Exhibit 31 marked for identification.)

21     Q.    (By Ms. Westfall)  You've been handed what's

22 been marked as Exhibit 31.  It is a highly confidential

23 document, TX00262650 through TX00262652.  Do you

24 recognize this document?  Do you recognize this

25 document?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              245

 1      A.    No.

 2      Q.    Have you ever seen it before?

 3      A.    No.

 4      Q.    Do you see that this an e-mail dated January

 5  22, 2011?

 6      A.    Yes.

 7      Q.    And it's from -- it embeds an e-mail that is

 8  from Mr. Hebert to a number of recipients, including

 9  Janice McCoy?

10      A.    Yes.

11      Q.    Did Ms. McCoy -- although you just testified

12  you've never even this document before, Exhibit 31, did

13  Ms. McCoy share any of the contents or messages that

14  were conveyed by Mr. Hebert to her?

15      A.    No.

16      Q.    Did you want Senate Bill 14 to be enforceable?

17      A.    Yes.

18      Q.    To be enforceable at the time it was enacted,

19  it needed to be precleared under Section 5 of the Voting

20  Rights Act; is that correct?

21      A.    I believe I just testified that I think we had

22  two choices, either preclearance or three-judge panel.

23      Q.    And so it was either administrative

24  preclearance through the Department of Justice or

25  judicial preclearance through the three-judge panel; is

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            246

1  that right?

2      A.    That's correct.

3      Q.    Did you have any concerns in January of 2011

4  about the prospects of preclearance for Senate Bill 14?

5      A.    No.

6            MS. HALPERN:   Objection, legislative

7  privilege.  You can answer.

8      A.    No.

9      Q.    (By Ms. Westfall)  Did you believe at that time

10 that there was -- that preclearance was doubtful?

11     A.    No.

12     Q.    Why were you confident that it would be

13 precleared?

14     A.    That based on looking at the opinion of the

15 U.S. Supreme Court and what had been precleared in

16 Georgia, that I believed our bill was both

17 constitutional and would be precleared.

18     Q.    Do you see that Mr. Hebert in Exhibit 31

19 suggests adding forms of ID that had been listed in

20 Georgia's law related to IDs issued by the federal

21 government, state government or local government?

22     A.    Mr. Hebert is not my counsel and that I had no

23 dealings with him.

24     Q.    But turning back to my question, do you see

25 that he made that recommendation in Exhibit 31?

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

247

1      A.   I see that it is on his paper, yes.

2      Q.   Were those forms of ID from Georgia's law

3 related to IDs issued by the federal government, state

4 government or local government added to Senate Bill 14

5 during the legislative process?

6      A.   No.

7      Q.   Why not?

8      A.   The bill as we had laid it out we believed was

9 both constitutional and would be precleared.

10     Q.   Do you believe that adding those forms of ID,

11 either ID issued by the federal government, state

12 government or local government, would have interfered

13 with the effectiveness of Senate Bill 14 in preventing

14 in-person voter impersonation?

15     A.   We were very comfortable with the bill, Senate

16 Bill 14, as filed.

17     Q.   In response to my question, and I would move

18 to -- as --

19          MS. WESTFALL:   I object as unresponsive to

20 your response.

21     Q.   (By Ms. Westfall)  Would adding those forms of

22 ID have interfered with the effectiveness of Senate Bill

23 14 in preventing in-person voter impersonation?

24     A.   I believe that Texas needed a clear photo ID

25 bill.

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                      248

 1           MS. WESTFALL:   I would object as
 2 nonresponsive.
 3      Q.   (By Ms. Westfall)  And ask you again, do you
 4 believe that adding IDs issued by the federal
 5 government, state government or local government would
 6 have interfered with the effectiveness of Senate Bill
 7 14?
 8      A.   I do not believe the bill would have been as
 9 effective because we believed we needed to implement a
10 clear photo ID bill.
11      Q.   And the Georgia law and the suggestions of
12 Mr. Hebert were photo IDs, correct?
13      A.   I'm sorry, I don't -- well, I don't know.
14      Q.   Do you know whether --
15      A.   I haven't studied this.
16      Q.   My apologies.  Do you know whether the Georgia
17 photo ID law allows for the use of photo ID issued by
18 the federal government?
19      A.   I do not know.
20      Q.   Do you know whether the Georgia photo ID law
21 allows for the use of photo ID issued by the state
22 government?
23      A.   I'm sorry, I do not know.
24      Q.   Do you believe that federal employee IDs are
25 secure?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

249

1      A.    I'm sorry, I do not know.

2      Q.    Do you know whether some federal employee IDs

3  encrypt the fingerprint of the cardholder into the card?

4      A.    I do not know that.

5      Q.    Do you believe or know whether some federal ID

6  employee IDs are more secure than state-issued forms of

7  photo ID?

8      A.    I do not know that.

9      Q.    Turning your attention back to the Committee of

10  the Whole debate in January 25, 2011, which is Exhibit

11  29.  Turning your attention to page 35 of the debate.

12  And actually, it starts at 34.  Can you see -- do you

13  see that Senator Van de Putte asked you what Senate Bill

14  14 was modeled after and whether it was modeled after

15  the Indiana law?

16      A.    Would you like to point out where it says that?

17      Q.    Certainly.  At the bottom of page 34, beginning

18  at Line 21, if you could just review that question from

19  Senator Van de Putte and your answer on page 35.  And

20  let me know when you've had a chance to do that, I

21  appreciate it.  And Senator, feel free to unclip that if

22  you're not able to read.

23      A.    Okay.

24      Q.    Do you see that Senator Van de Putte asks

25  whether Senate Bill 14 was modeled after the Indiana

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

250

1   law?

2        A.   I don't believe I see the word "modeled."

3        Q.   Well, at the top of Page 35, that, "this year's

4   model is fashioned after the Indiana law," do you see

5   that part of her question?

6        A.   Okay.

7        Q.   And she was asking, was she not, whether Senate

8   Bill 14 was based on modeled after the Indiana photo ID

9   law, correct?

10       A.   I believe my answer is that we've had two years

11  later that we've had a Supreme Court decision and a

12  preclearance of Georgia, and with that experience

13  that -- and also the recommendation of the -- the

14  Baker-Carter Commission, that we have decided to go with

15  the photo -- pure photo ID bill.

16       Q.   Do you believe that your answer responded to

17  her question?

18       A.   She said thank you.  I'm assuming it did.

19       Q.   Turning your attention to page 45.  Actually,

20  begins at page 44.  Do you see that Senator Van de Putte

21  asked you whether there had been any studies done to

22  determine whether, under current Texas voter law, there

23  would be an impact on classes of Latino or African

24  American voters?  And what was -- do you see that?

25       A.   Uh-huh.

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

251

1     Q.   You have to just say "yes" for the court

2 reporter.

3     A.   Yes.

4     Q.   And what was your response to her question?

5     A.   You would like me to read the response?

6     Q.   No, could you just summarize your response?

7     A.   I think my response is, is that the bill that

8 we're laying out is modeled after bills that was

9 approved by the Supreme Court and the Department of

10 Justice in Georgia.  We're providing free access cards,

11 and we believe that to protect the confidence in

12 election in making sure that only eligible voters are

13 counted.

14    Q.   Do you believe that your response answers

15 Senator Van de Putte's question?

16    A.   She didn't appear to -- that it did not.

17    Q.   So is your testimony that you did answer her

18 question?

19    A.   I believe I answered her question.

20    Q.   Turning to page 162 of the transcript.  Do you

21 see that Senator West asked you a question about whether

22 there was research conducted on the burdens of photo ID

23 and whether they may fall disproportionately on racial

24 minorities on page 162?

25    A.   Would you show me where it says that?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              252

1      Q.    Sure.  It begins on Line 17 of 162.

2      A.    Yes.

3      Q.    And what was your response to Senator West's

4  question?

5      A.    The -- I quoted the results of the current poll

6  had been done two weeks before the bill was heard

7  showing that if you ask the public -- and if they were

8  African American, do you believe that a valid photo ID

9  -- a valid photo ID would -- should be allowed to vote,

10 82 percent of African American people responded

11 positively, yes, we should implement that.

12     Q.    Why did you respond to Senator West's question

13 with polling data that you just described?

14     A.    He was asking if the polling data was broken

15 down by ethnicity and had both African American and

16 Hispanics responding.

17     Q.    How did you believe that that was responsive to

18 his question about how burdens of photo ID requirements

19 fall on racial minorities?

20     A.    If you ask an African American or Hispanic if

21 they believe that it should be implemented and they say

22 yes, it does, you -- the assumption is that they agree

23 with it.

24     Q.    In other words, that the polling data indicated

25 there was no effect, is that your testimony?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

253

1      A.   The testimony is as -- as we've, you know,

2  explored all day, Texas has no ability for us to do

3  independent studies.  The way you do studies are either

4  testimony that happens with a legislation or a poll that

5  is conducted by someone else.  This is a poll that's

6  conducted two weeks prior to the bill being heard.  I

7  was giving him the data of the poll.

8      Q.   And you -- and is it your testimony the data

9  from the poll was responsive to Senator West's question?

10     A.   I believe it is.  He accepted it.

11     Q.   Turning to Page 159 at Line 16.  Do you see

12  that Senator West asked you whether there was any

13  prosecution of fraud in Texas associated with

14  identification?

15     A.   (Reading.)

16     Q.   Senator, do you see that Senator West requested

17  information about prosecutions of fraud associated with

18  that?

19     A.   I do not.

20     Q.   On page 159?

21     A.   No.

22     Q.   You don't see it on page 159 at Line 16?

23     A.   No.  Okay.  I see whether --

24     Q.   That's exactly right.  That's where it starts.

25     A.   What was your question?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

254

1     Q.   Do you see your response to that question?

2     A.   I do.

3     Q.   What was your response?

4     A.   "I believe the bill that we're bringing forward

5 today will clearly say when you walk in the voting

6 booth, you identify yourself as who you say you are, and

7 the bill that we're bringing forward, we believe will

8 pass the Supreme Court of the United States and be

9 approved by the Justice Department."

10    Q.   Do you believe that your response was

11 responsive to Senator West's question?

12    A.   It must have been because he did respond and

13 went to the next question.

14    Q.   Is that the only reason why you think it was

15 responsive?

16    A.   Well, other than I know Senator West very well,

17 and he's not bashful about asking a second question.

18    Q.   During the Senate's -- and you can put away

19 that exhibit for the time-being.  During the Senate's

20 consideration of Voter ID legislation, were there

21 requests for information about the racial composition of

22 Texas voters that did not possess a driver license?

23    A.   I believe there was a question asked of DPS

24 when they were testifying.

25    Q.   Did you make any requests yourself?

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                          255

1      A.    No.

2      Q.    When did you first become aware of requests for

3  information about the racial composition of Texans who

4  lacked -- Texas voters who lacked a driver license?

5      A.    Questions that were asked by -- by opponents of

6  the bill during the hearing.

7      Q.    And did you first learn about that during

8  consideration of Senate Bill 362?

9      A.    I think those questions have been asked through

10 three sessions, through 218, 362 and Senate Bill 14.

11     Q.    Did you prepare for the Committee of the Whole

12 hearing on Senate Bill 14 by meeting with anyone from

13 the Secretary of State's Office?

14     A.    No.

15     Q.    Did you meet with Ann McGeehan in January 2011,

16 before the Committee hearing?

17     A.    Not to my knowledge.

18     Q.    Does the Secretary of State maintain data about

19 Texas voters who have Hispanic surnames?

20     A.    I'm sorry, I don't know that answer.

21     Q.    Who is Coby Shorter?

22     A.    He was an employee of the Secretary of State.

23     Q.    Is he the Deputy Secretary of State?

24     A.    To my knowledge he is.

25     Q.    Was he at the time of consideration of Senate

256

1  Bill 14?

2      A.   I believe he was, yes.

3      Q.   Before the Committee of the Whole hearing on

4  Senate Bill 14, were you standing outside of the Senate

5  chamber with Senator Williams before the hearing?

6      A.   There's no way I would remember that.

7      Q.   Do you recall that during the Committee of the

8  Whole consideration of Senate Bill 14, that Ann McGeehan

9  testified as a resource witness?

10     A.   In 2011, Senate Bill 14?

11     Q.   Yes.

12     A.   I'm sorry, I don't remember.

13              (Exhibit 32 marked for identification.)

14     Q.   (By Ms. Westfall)  You've been handed what's

15  been marked as Exhibit 32.  Do you recognize this

16  document?

17     A.   No.

18     Q.   Turning your attention to pages -- I will

19  represent for the record that Exhibit 32 is a transcript

20  of the Committee of the Whole, Senate, January 25, 2011,

21  and it is an excerpt that includes Ann McGeehan's

22  testimony.  Do you see that on pages 446 of this

23  transcript, excerpted transcript, at the bottom of the

24  page --

25     A.   Okay.

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

257

1    Q.    -- it indicates that Ms. McGeehan indicates

2  that Senator Williams had approached her earlier to see

3  if she could do some comparisons to try to focus in on

4  which registered voters don't have or haven't been

5  issued, and it follows on to page 447, a driver license

6  or a personal ID number?

7    A.    Can you show me where you're starting?

8    Q.    Certainly.  It's page 446 at Line 23.

9          MS. HALPERN:  446?

10         MS. WESTFALL:  446 at page -- Line 23.

11   Q.    (By Ms. Westfall)  Have you found that the

12 testimony?

13   A.    Yes.

14   Q.    Do you recall that Senator Williams made this

15 request --

16   A.    No.

17   Q.    -- of Ann McGeehan?

18   A.    No.

19   Q.    You know nothing about it sitting here today?

20   A.    No, no.

21   Q.    Do you think it was appropriate for Senator

22 Williams to ask for this information about how many

23 Texas voters had a driver license?

24   A.    Senator Williams is a Senator, and he has the

25 right to ask for any information he wants to.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

258

1      Q.   Do you think it's desirable for Senators to

2  have information about the bills effects before the

3  Senate passes a bill?

4      A.   Every Senate has the right to seek information.

5      Q.   Do you think it's a good idea to do so on the

6  effects of a bill?

7      A.   If the senator thinks it's a good idea and

8  they're looking for information, yes, it's a good idea.

9      Q.   And do you believe that Texans deserve to have

10  access about information that indicates a bill's effects

11  before the legislature enacts that bill and before the

12  governor signs it into law?

13            MS. HALPERN:  Objection, vague.

14      Q.   (By Ms. Westfall)  You may answer.

15      A.   You know, obviously, any bill that's passed,

16  you want to make sure that you have any information that

17  is available.

18      Q.   So just to be clear, before this -- before the

19  hearing on the Committee of the Whole on Senate Bill 14,

20  had you known that Senator Williams was going to request

21  this analysis from the Secretary of State's Office?

22      A.   No.

23      Q.   Was this the first time in this hearing that

24  you heard about this request for information from the

25  Secretary of State's Office?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

259

1      A.    Yes.

2      Q.    Are you aware of any other requests made to the

3  Secretary of State's Office for the number of voters

4  without a driver license?

5      A.    No.

6      Q.    Are you aware of any requests of the Secretary

7  of State's Office for a list of Texas voters with

8  Hispanic surnames?

9      A.    Let me clarify.  The Secretary of State's

10  Office, through the testimony through three different

11  sessions, that this data is generally not kept by the

12  Secretary of State.  The Secretary of State wouldn't

13  have access to information on who had driver's license,

14  who didn't.  The information that they would have is

15  that when they registered to vote, whatever document

16  they used to -- to register to vote.  And that I think

17  that the data that came back, all they could come up

18  with is that this many used the driver's license, this

19  used their birth certificate, this many used, you know,

20  their passport, and, but it didn't show how many people

21  in Texas had driver's license.

22      Q.    After the hearing, did you or Janice McCoy, to

23  your knowledge, discuss with Senator Williams or his

24  staff Senator Williams' request information from Ann

25  McGeehan?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                           260
1      A.    To my knowledge, no.

2      Q.    Did the Secretary of State's Office ever

3  respond to Senator Williams' request for the number of

4  voters without a driver license?

5      A.    I'm not aware.

6      Q.    So your office never received any analysis?

7      A.    I have seen an analysis of the information they

8  had of how people were signed up, so I'm assuming that

9  came from the Secretary of State's Office.  I have seen

10  those numbers, but they're inconclusive, and they --

11  they do not prove who all has driver's license.  It just

12  shows the number of people that used driver's license to

13  register to vote.

14     Q.    And that set of data relates to all of the

15  registered voters and whoever had indicated on their

16  voter registration application they had a driver

17  license --

18     A.    Yes.

19     Q.    -- is that correct?

20     A.    Yes.

21     Q.    And that was only required to be provided by

22  applicants since the Help America -- since the Help

23  America Vote Act was implemented in Texas in 2006?

24     A.    I believe that is correct.  When HAVA was

25  implemented, I believe they started keeping up with how

261

1  people -- what document they've used to register to

2  vote.

3      Q.   Do you know whether Senator Williams or his

4  staff ever followed up with the Secretary of State's

5  Office to get information about the number of registered

6  voters without a driver's license?

7      A.   I don't know.

8      Q.   Did you ever discuss Senator Williams' request

9  with any other Senators?

10     A.   No.

11     Q.   Did you ever discuss Senator Williams' request

12 with the Lieutenant Governor and his staff?

13     A.   Not to my knowledge.

14     Q.   Did you ever discuss Senator Williams' request

15 with any House member or his or her staff?

16     A.   Not to my knowledge.

17             MS. HALPERN:  Where are we on time?

18             MS. WESTFALL:  Let's go off the record

19 while he --

20             MS. HALPERN:  You have one more

21 questioner, right?

22             (Off the record while time is computed.)

23             THE REPORTER:  5 hours and 50 minutes.

24             (Exhibit 33 marked for identification.)

25     Q.   (By Ms. Westfall)  You've been handed -- you've

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

262

1  been handed what's been marked as Exhibit 33, Senator.

2       A.   What?

3       Q.   You've been handed what's been marked as

4  Exhibit 33, which is Texas 00107733 through Texas

5  00107735.  Do you recognize this document?

6       A.   No.

7       Q.   Have you ever seen this document before?

8       A.   No.

9       Q.   Have you ever seen -- turning your attention to

10 the third page of this document which has Question,

11 Discussion and Conclusion.  Have you ever seen any of

12 these numbers before today?

13      A.   I do believe I've seen the numbers on the back

14 of the page, yes.

15      Q.   Do you see that this relates to voters without

16 a driver license number or ID number or who matched a

17 DPS record?

18      A.   Yes.

19      Q.   So this is different from the analysis you just

20 testified to involving voters who do not indicate a

21 driver license number when they registered; is that

22 correct, to vote?

23               MS. HALPERN:   Objection, misstates the

24 evidence.

25      Q.   (By Ms. Westfall)   You may answer.

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

263

1      A.    I'm not -- I'm not sure of the answers.  I

2  don't know the answer.  It was a cross-reference, but

3  the -- what we deemed from -- and I'm actually not sure

4  I've ever seen this, but the information that I have

5  seen showed that it was inconclusive, and the Secretary

6  of State didn't have the ability to determine how many

7  people had driver's license.

8      Q.    Have you ever seen any analysis or discussed

9  any analysis of a cross-referencing of the Texas voter

10 registration database with the DPS database?

11            MS. WESTFALL:  Could we go off the record?

12            MR. SCOTT:  Yeah, we've got something to

13 give to you so he can be released.  So off the record.

14            (Recess from 5:11 to 5:12 p.m.)

15            MS. WESTFALL:  Back on the record.

16     Q.    (By Ms. Westfall)  Senator, did you ever, when

17 you were -- during the time of consideration of Senate

18 Bill 14, receive any information from the Secretary of

19 State's Office about its attempt to match the TEAM

20 database with the DPS driver license database to

21 determine which voters had a driver license?

22     A.    The answer is no.  This correspondence was

23 February 1st.  So as the bill was being held in the --

24 or heard in the Senate -- the answer is no.

25     Q.    So, in other words, even after the Senate had

264

1  passed out and had passed Senate Bill 14 and had moved

2  it to the House, you at no time received any analysis

3  subsequent to Senate passage of Senate Bill 14 related

4  to analysis of Texas voters without a driver license?

5      A.   If I did, that was five years ago, and I'm

6  sorry, I don't remember.

7      Q.   Would any of this analysis or information have

8  been helpful to you during your consideration of Senate

9  Bill 14?

10     A.   No.  The analysis they did was nonconclusive

11 because the -- it was determined that the Secretary of

12 State did not possess data that would, you know, was

13 conclusive.

14     Q.   Are you referring to the analysis of the TEAM

15 database as to who indicated a driver license number on

16 the voter registration application?

17     A.   Yes.

18     Q.   And that I would represent to you is different

19 from the analysis contained in Exhibit 33, which is a

20 comparison as indicated on Page 2 of the TEAM database

21 with a driver license database.

22             Turn your attention to the last page of

23 this document, at the Conclusion, can you just look at

24 that one sentence?

25     A.   There's a lot of sentences.  Which sentence?

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

265

1    Q.   The last sentence, the Conclusion, there's one

2 sentence.   Can you just look at that sentence and let me

3 know when you've had a chance to look at it?   Are you --

4 have you looked at it?

5    A.   Yes.

6    Q.   Thanks.   We just need "yes" for the record.   Do

7 you think it would have been helpful to have this

8 information when you were considering Senate Bill 14?

9    A.   The information because it says it may not, is

10 not conclusive, and the answer would be no because it's

11 not conclusive data.

12   Q.   Do you think it would have been helpful for

13 bill opponents to have access to this information during

14 consideration of Senate Bill 14?

15   A.   You know, they -- they had the opportunity to

16 seek the information also, so I would not project

17 whether they would have liked to have had it.

18   Q.   Do you think Texans had a right to this

19 information when Senate Bill 14 was being considered by

20 the Legislature?

21   A.   It is not conclusive information, and we have

22 since found that this is bad -- not only nonconclusive,

23 it's bad information.

24   Q.   So you think the public did not have a right to

25 have access to this information, is that your testimony?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

266

1     A.    Public --

2               MS. HALPERN:   Objection, argumentative.

3     Q.    (By Ms. Westfall)   You may answer.

4     A.    The public should, you know -- they -- if it is

5  bad information, there's not a reason to feed bad or

6  questionable information to the public.

7     Q.    And why -- what's the basis of your assertion

8  that this is bad information?

9     A.    The conclusion is that they may not have, it is

10 not conclusive.

11    Q.    Were you aware of any other information that

12 estimated the number of Texas voters who did not have a

13 record in the driver license database?

14    A.    We went entirely, or not entirely, but we took

15 the information from prior studies that had been done of

16 the Baker -- the Baker -- the President?

17              MS. HALPERN:   Carter.

18    A.    Carter, Carter.  Baker Carter Commission.  The

19 study that's done by the Heritage Commission, which, you

20 know, they did a study of the states that had put this

21 into law, put the 24 states -- the Delaware study, and

22 the the University of Missouri study, all of those

23 studies showed that the percentage of people in like

24 states, the percentage was extremely high of people that

25 possessed driver's license.  We had no reason to believe

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

267

1  in Texas that that was not true.

2       Q.    Okay.  So is it your testimony that information
3  about voters in other states and their possession of
4  driver license information would be superior to any
5  information contained in Exhibit 33?

6       A.    The number -- the information in -- in this
7  document says they -- it's inconclusive that it may not
8  and it is in no way conclusive.

9       Q.    So the answer is yes, the information based on
10 the studies you just testified to in other states is --
11 is better?

12      A.    You're answering my question for me.  I stated
13 my answer is that I used the data from the four studies
14 from the data they had collected from actual elections,
15 and since 2004, prior to the passage of Senate Bill 14
16 in 2011.

17      Q.    Are you aware of better, more accurate
18 information that was available in January 2011 than the
19 information -- about which voters lacked a Texas driver
20 license than what is available in what is set forth in
21 Exhibit 33?

22      A.    No.

23      Q.    Did Senator Davis --

24            THE WITNESS:  I need a break.

25            MS. WESTFALL:  Oh, sure, certainly.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              268

 1              (Recess from 5:18 p.m. to 5:29 p.m.)

 2              MS. WESTFALL:  We're back on the record.

 3      Q.   (By Ms. Westfall)  Senator, do you recall that

 4   Senator Davis offered an amendment which would have

 5   prohibited state agencies from charging a fee for

 6   issuing documents used to obtain a photo ID like a birth

 7   certificate?

 8      A.   Would you like to show me a copy of that

 9   amendment?

10      Q.   I'm just asking, sitting here today, do you

11   recall an amendment?

12      A.   No.

13      Q.   Are you aware that under Indiana's photo ID

14   law, indigent persons can obtain underlying documents to

15   obtain photo ID free of charge?

16      A.   No.

17      Q.   Do you recall that you moved to table Senator

18   Davis's amendment?

19      A.   No.

20      Q.   Do you recall that you objected to her

21   amendment on the record because it was not means tested?

22      A.   No.

23      Q.   Could Senate Bill 14 have been amended prior to

24   enactment to include a means tested provision?

25      A.   Any -- any bill can be amended for any

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                          269

1  provision.

2      Q.   There was nothing preventing that from

3  occurring, correct, procedurally?

4      A.   Procedurally nothing, no.

5      Q.   And would that change have made Senate Bill 14

6  resemble more closely the Indiana photo ID law?

7      A.   I wouldn't have an opinion on that.

8      Q.   Do you recall that Senator Davis also offered

9  an amendment which would have allowed the use of expired

10 IDs?

11     A.   No.

12     Q.   Are you aware that the Indiana and Georgia

13 photo ID laws permitted the use of expired IDs?

14     A.   No.

15     Q.   Do you recall that you moved to table Senator

16 Davis's amendment related to the use of expired IDs?

17     A.   No.

18     Q.   Do you recall that you supported an alternative

19 amendment offered by Senator Lucio that would have

20 permitted the use of ID expired from no more than 60

21 days?

22     A.   I'm sorry?

23     Q.   Do you recall that you supported an amendment

24 offered by Senator Lucio that would have allowed the use

25 of IDs expired no more than 60 days?

SENATOR TROY FRASER                                  7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                          270

1     A.    I do believe that was an amendment that was

2  accepted.

3     Q.    Do you recall that Senate Bill 14 as originally

4  filed did not allow the use of expired IDs at all?

5     A.    I believe that is correct.

6     Q.    And then it was amended to adopt Senator

7  Lucio's amendment permitting the use of IDs --

8     A.    Which is a Democratic Hispanic Senator that we

9  took in the -- the mode of compromise.

10    Q.    And that amendment was adopted, correct?

11    A.    Yes, it was.

12    Q.    Do you recall whether DPS had estimated that it

13 can take up to 40 days to receive a new ID once an order

14 for a new ID is placed?

15    A.    No.

16    Q.    Did you support the amendment for that reason?

17    A.    That wasn't the reason I accepted it, no.

18    Q.    Why did you support that amendment?

19    A.    In the mode of compromise of a Democrat

20 Hispanic senator that asked me to take his amendment,

21 and I accepted it.

22              MS. WESTFALL:  Could you mark this?

23              (Exhibit 34 marked for identification.)

24    Q.    (By Ms. Westfall)  You have been handed what's

25 been marked as Exhibit 34.  It is a highly confidential

271

1  document.  I am unable to read the Bates numbers.  It is

2  entitled "Senate" -- "SB 14 Amendment, Wroe Jackson,"

3  and it is a chart of amendments.  It looks like it's

4  five or six pages long.  Senator, have you seen this

5  document before?

6      A.   No.

7      Q.   Do you know who Wroe Jackson was working for at

8  the time of consideration of Senate Bill 14?

9      A.   No.

10     Q.   Was he working for Senator Huffman?

11     A.   I have no idea.  I don't know that name.

12     Q.   Turning your attention to Page 2 of this

13 document, do you see it lists an amendment in the

14 center, three rows down, by Senator Lucio providing

15 voters a 60-day window following an ID's expiration, on

16 the second page of the document?

17     A.   Yes.

18     Q.   Do you see in the column following the

19 description of the amendment, it says it's "acceptable

20 to members because DPS estimates that it takes up to 45

21 days to receive a new ID"?

22     A.   Yes.

23     Q.   Did you support the amendment in part based on

24 this recommendation?

25     A.   No.

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

272

1            MS. HALPERN:  Counsel, I need a

2  clarification.  This witness hasn't seen this before.

3  You're representing that it was prepared by Wroe

4  Jackson?

5            MS. WESTFALL:  Well, that's what the

6  document says.

7            MS. HALPERN:  Okay.

8            MS. WESTFALL:  I do not know the

9  custodian; but I have investigated the custodian, I do

10 not know the custodian.

11           MS. HALPERN:  We also don't know whether

12 it's accurate then, right?  I mean, I've seen this --

13 I've seen somewhere where things are wrong.  Who

14 wrote -- I mean, can I voir dire the document?  Who

15 wrote the summary?  Who wrote the discussion points?  Is

16 any of this supposed to be Senator Fraser's?

17           MS. WESTFALL:  If you want to examine on

18 your own time.  He doesn't recognize the document.  I'm

19 not planning on asking him any --

20           MS. HALPERN:  All right.  Well, just --

21           MS. WESTFALL:  -- questions.

22           MS. HALPERN:  Then I would ask that you be

23 careful about suggesting what's in here is accurate.

24           MS. WESTFALL:  Okay.  You can put away

25 Exhibit 34 for the time-being.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              273

1      Q.    (By Ms. Westfall)  So is your testimony that
2  you supported Senator Lucio's amendment in the spirit of
3  compromise?
4      A.    Yes.
5      Q.    Is there any other reason you supported his
6  amendment?
7      A.    Senator Lucio offered the amendment, and I
8  accepted it.
9      Q.    Did Senator Davis, do you recall, offer an
10 amendment which would have allowed the use of IDs that
11 expired after the last general election, in other words,
12 up to two years?
13     A.    I don't remember.
14     Q.    Do you know whether the Indiana photo ID law
15 contains the same provision allowing the use of expired
16 IDs up to two years?
17     A.    I do not.
18     Q.    Did Senator Ellis offer an amendment which
19 would have permitted the use of unexpired student photo
20 IDs issued by public universities in Texas?
21     A.    I'm not aware.
22     Q.    Are you aware that Indiana's photo ID law
23 allows the use of expired student photo IDs?
24     A.    No.
25     Q.    Do you recall -- or I guess strike that.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              274

1              Prior to consideration of the amendments,

2    were you open at any time to allowing the use of student

3    photo ID and to amending Senate Bill 14 to allow the use

4    of student photo IDs?

5         A.    Would you ask that question again?

6         Q.    It was a bad question.  I will withdraw that

7    question.

8              Prior to the consideration of the

9    amendments on the Floor related to Senate Bill 14 --

10        A.    What year?

11        Q.    2011.

12             --- did you tell other bill supporters you

13   would defer to the will of the body on whether to allow

14   the use of student IDs?

15        A.    Not to my knowledge.

16        Q.    Did Senator Williams believe that student IDs

17   should not be included in Senate Bill 14?

18             MS. HALPERN:  Objection, legislative

19   privilege.

20        A.    You need to ask Senator Williams that.

21        Q.    (By Ms. Westfall)  Was it your impression that

22   Senator Williams opposed inclusion of student photo IDs

23   in Senate Bill 14?

24        A.    To my knowledge, it was never discussed.

25        Q.    Pardon?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

275

1       A.    To my knowledge, it wasn't discussed.

2       Q.    So you didn't know Senator Williams' position

3   one way --

4       A.    I don't --

5       Q.    -- or the other?

6       A.    Did not know Senator Williams' position.

7       Q.    Did Senator Davis also offer an amendment which

8   would have allowed the use of IDs with a photo issued by

9   the federal government or the State of Texas?

10      A.    I'm not aware of that.

11      Q.    Are you aware that Indiana and Georgia laws

12  permitted the use of federal ID and state ID with a

13  photo?

14      A.    No.

15      Q.    Did Senator Hinojosa offer an amendment which

16  would have allowed county commissioners to authorize

17  county election officials to issue voter registration

18  cards with a photo?

19      A.    No.

20      Q.    Do you recall that on the Senate Floor you

21  cited concerns about the expense of this amendment and

22  that it could be an implied mandate on the counties?

23      A.    Are you referring to the last question you just

24  asked?

25      Q.    Yes.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            276

1      A.    The House amendment?

2      Q.    The amendment related to county election

3 officials being able to create voter registration cards

4 with photos.

5      A.    And would you repeat?

6      Q.    Certainly.  Do you recall that in response to

7 that amendment you cited concerns about the expense of

8 such an amendment and that it would create an implied

9 mandate on the counties to offer this services to

10 voters?

11     A.    And I think, if you remember, it was the

12 potential expense.

13     Q.    Do you recall your concerns?

14     A.    Yes.

15     Q.    Had any county election officials expressed

16 that concern to you?

17     A.    County -- other county officials had not seen

18 it because the amendment was not brought forward in

19 enough time to contact.

20     Q.    So the answer is no, you had not heard

21 concerns?

22     A.    No.

23     Q.    You also -- do you recall that you said on the

24 Senate Floor that a free card, quote, unquote, free card

25 from DPS was a superior option?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            277

1      A.    Would you please repeat that?

2      Q.    Do you recall that in response to Senator

3  Hinojosa's amendment concerning county election

4  officials being able to create their own photo ID

5  registration cards, that you said that the -- having

6  a card issued by DPS with no cost was a superior option?

7      A.    Yes.

8      Q.    Why did you think cards issued by DPS were a

9  superior option?

10     A.    Because you had one central source, DPS, with a

11 secure card being issued rather than 250 different

12 possibilities of cards, and controlling it from one

13 source was a much better option.

14     Q.    Did you think that providing photo IDs through

15 county election officials would enable voters to

16 register to vote and get their photo ID in sort of

17 one-stop shopping and that that would be desirable?

18     A.    No.

19     Q.    You didn't think voters would enjoy that

20 experience?

21           MS. HALPERN:  Objection, argumentative.

22     Q.    (By Ms. Westfall)  You may answer.

23     A.    We -- we weren't determining what was going to

24 be enjoyable for voters.  We're trying to secure the

25 ballot box.  And the most secure way of doing that is

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                           278

1   having a source, that was already in the business of

2   issuing picture IDs, do it rather than 254 counties that

3   had not done it before.

4        Q.   Did you consider the needs of and experience of

5   the voters in any regard in enacting Senate Bill 14?

6             MS. HALPERN:  Objection, argumentative.

7        Q.   (By Ms. Westfall)  You may answer.

8        A.   Ask the question again.

9        Q.   Did you consider the needs or experience of

10  voters in any respect of considering Senate Bill 14?

11       A.   Of course.

12       Q.   How?

13       A.   That we were securing the integrity of the

14  ballot box so that they knew that their vote would be

15  correctly counted.

16       Q.   Are you aware of any voter who did not vote in

17  an election due to concerns about ineligible voters

18  participating in elections?

19       A.   No.

20       Q.   Do you recall that Senator Gallegos offered an

21  amendment which would have required DPS to provide

22  extended hours and Saturday hours at DPS offices?

23       A.   No.

24       Q.   Do you recall that in response to that

25  amendment, you said this was not the place to debate DPS

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                           279

1   operations?

2       A.     I believe during the debate of that amendment

3   that we had said we were going to ask DPS to explore the

4   potential of expanding both offices and operational

5   hours.

6       Q.     And this was at the discretion of DPS; is that

7   correct?

8       A.     It was instruction to the -- the -- DPS by the

9   Legislature.

10      Q.     It was not within the Texas Senate Bill 14; is

11  that correct?

12      A.     It was not included in the statute, yes.

13      Q.     Why was it not appropriate to consider the

14  issue of extended and Saturday hours for DPS in the

15  Texas statute?

16      A.     Normally in statutes, you do not micromanage an

17  agency.  You give very broad authority to the agency and

18  instruction of what you'd like to them to do, and then

19  they explore implementing and also considering cost.

20      Q.     Do you know whether in Senate Bill 14, DPS was

21  provided with any regulatory authority with regard to

22  the hours of operation?

23      A.     The answer is no, there was no instruction to

24  DPS in the statute.

25      Q.     If DPS subsequently cut back its hours of

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              280

1  operation for driver licenses, wouldn't that have an

2  impact on the ability of Texans to access photo ID

3  necessary under Senate Bill 14?

4       A.   It would subjective of me determining whether

5  it would or wouldn't.  I wouldn't have an answer to

6  that.

7            MS. WESTFALL:  Would you mark this?

8            (Exhibit 35 marked for identification.)

9       Q.   (By Ms. Westfall)  Senator, you've been handed

10 what's been marked as Exhibit 35.  Do you recognize this

11 document?

12      A.   No.

13      Q.   This is a highly confidential document.

14 Testimony about this document will be under the

15 protective order as highly confidential.  It's

16 TX00086577.  Do you know whether Ms. McCoy drafted this?

17      A.   I've never seen this document so I wouldn't

18 know.

19      Q.   Do you recall that the House added an amendment

20 that would have provided for Voter ID identification

21 education targeted to low-income voters?

22      A.   No.

23      Q.   Do you recall that in the Senate, Senator

24 Duncan introduced an amendment that permitted voters who

25 cast a provisional ballot to return within six days, and

281

1  if they attested to indigency, their ballot would be

2  counted without having to show an ID?  Do you remember

3  that?

4       A.    Would you repeat that?

5       Q.    Certainly.  It's a complicated provision, and

6  my question was complicated.

7                 Do you recall that in the Senate, Senator

8  Duncan introduced an amendment that permitted voters who

9  did not have necessary photo ID, who then returned to

10  the election office and cast a provisional ballot, to

11  say that they were indigent and couldn't afford to get

12  an ID and their ballot would be counted?  Do you

13  remember that amendment?

14       A.    Yes.

15       Q.    And do you recall that that amendment was

16  removed in the Conference Committee of Senate Bill 14?

17       A.    Yes.

18       Q.    Do you know why it was removed?

19       A.    Yes.

20       Q.    Why?

21       A.    It was determined that there was no controls,

22  that basically anyone that wanted to declare that they

23  were either indigent or poor by -- they could just sign

24  something and say I'm indigent and could escape all of

25  the parameters of the bill, and there was no methodology

282

1  to determine whether someone really was indigent or not.

2      Q.   Do you see that it indicates on Exhibit 35, OAG

3  dislikes the Voter ID targeted at low-income voters?

4      A.   I'm sorry, do it again, please.

5      Q.   Do you see on Exhibit 35, it indicates, Section

6  5, Voter ID identification targeted at low-income voters

7  and that it indicates "OAG dislikes"?  Do you see that

8  on the document?

9      A.   Yes, I do.

10     Q.   Do you know why the OAG disliked Voter ID

11 targeted at -- I mean, education targeted at low-income

12 voters?

13          MS. HALPERN:  Objection, compound, assumes

14 facts not in evidence.

15     A.   I don't know where this document came from.  I

16 don't know who put it together.  I don't know why they

17 would think that.  So the answer is no, I have no idea

18 why.

19     Q.   (By Ms. Westfall)  Had you heard anything about

20 the OAG disliking this provision?

21     A.   No.

22     Q.   Had you heard anything about the OAG

23 disliking -- or liking the exception from not counting

24 provisional ballots for persons who signed an affidavit

25 indicating religious objection to being photographed?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              283

1      A.    No.

2      Q.    Okay.  We can put down this document.

3            Did you chair the Conference Committee --

4      A.    Yes.

5      Q.    -- for Senate Bill 14?

6      A.    Yes.

7      Q.    During the Conference Committee's consideration

8 of Senate Bill 14, did you explain that the Committee

9 had created an election ID to be issued by DPS?

10     A.    Could you please do it one more time?

11     Q.    During the Conference Committee's consideration

12 of SB 14, did you explain that the Committee had created

13 a new election ID, an election identification

14 certificate to be issued by DPS?

15     A.    The free -- free ID, the answer is yes.

16     Q.    And it's referred to as the EIC.  Did you refer

17 to it --

18     A.    Yes.

19     Q.    Okay.  Do you recall that during the meeting of

20 the Conference Committee, you said that this change was

21 made from the original bill to including the EIC at the

22 request of the Texas Department of Transportation?

23     A.    The Texas Department of Transportation is the

24 -- the Department of Public Safety is a branch of the

25 Texas Department of Transportation, so I don't know that

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            284

1  I said TxDOT.  I likely had said DPS, but they are one

2  and the same.

3              MS. HALPERN:  Counsel, do you have a

4  document you can show?  I'm not objecting, but you sat

5  here now for a half an hour asking him -- pulling

6  amendments out of the air and asking him if he remembers

7  this or that, without showing him anything, and we've

8  now been at this for six hours plus.

9              MS. WESTFALL:  Well, Counsel, I have been

10 asking him questions based on his memory.  I have a

11 good-faith basis for asking about these amendments.  I

12 have documents.  We could spend a lot of time.  I could

13 seek further relief from the court so we can go through

14 these documents, but I'd like to avoid doing that.

15 That's why I'm trying to speed the process along.  I am

16 asking questions about things on the public record.  I

17 do not want to burden the Senator with paging through

18 hundred-page documents.  I'm trying to save time and

19 avoid conflict.

20             MS. HALPERN:  Well, and that's fine, and

21 you're going both, but you're also getting a lot of "I

22 don't remembers," and I don't want that to be a

23 reflection on this witness that he does not remember one

24 of 40-something amendments --

25             MS. WESTFALL:  Well --

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              285

1              MS. HALPERN:  -- when you haven't put it
2   in front of him.
3              MS. WESTFALL:  -- if you gave me another
4   half an hour, I will examine him on the document.  I
5   will do that.  Would that be your preference, because I
6   can do that?  If I have time.
7              MS. HALPERN:  Well, that should have been
8   built into your cross, so on you go.
9      A.   You have determined this was five years ago, as
10  I said.  If you'd like to -- you know, you're asking me
11  questions on something that we haven't looked at in five
12  years.
13             MS. WESTFALL:  I understand.  I'm trying
14  to get through the questions and ask him what he knows
15  sitting here today.
16             MS. HALPERN:  Actually, I want to talk to
17  him for a few minutes.  We're just going to step out in
18  the hall.
19             MS. WESTFALL: Sure.
20             (Exhibit 36 marked for identification.)
21             (Recess from 5:51 to 5:57 p.m.)
22             MS. WESTFALL:  Let's go back on the
23  record.
24             THE WITNESS:  Could I --
25             MS. WESTFALL:  Let me just -- let me find

286

1  my --

2          MS. HALPERN:  He has something -- if we're

3  going back on the record, he has something he wants to

4  say.

5      Q.  (By Ms. Westfall) No, that's okay.  I just need

6  to get organized.  I know I have 8 minutes.  I don't

7  want anyone to get mad.

8      A.  I'd like to make a correction to the last

9  response that I made.

10     Q.  Okay.

11     A.  The question was asked about TxDOT and DPS and

12 they -- to describe the relationship in Texas of the

13 two.  We have a dedicated gas tax that is collected on

14 every gallon of gas sold in Texas that funds TxDOT.  A

15 portion of that money then is used to fund DPS.

16     Q.  Uh-huh.

17     A.  Whenever we were asking DPS to furnish a free

18 identity card, TxDOT was not in favor of that because it

19 would have affected money coming from the dedicated gas

20 tax and would have kept it from building roads.  So we

21 did a separate appropriation and created a new entity,

22 which would be the EIC -- I think is the card name --

23 and we did a separate appropriation to that and created

24 the new card that would be separate from the driver's

25 license because the driver license was dedicated from

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                      287
1  the fund from TxDOT.  So that's the relationship of the

2  two, of DPS and why TxDOT had an interest in the EIC

3  card.

4       Q.   Thank you.

5            Senator, do you know what the term

6  "majority-minority" state means?

7       A.   I believe a majority-minority state would be a

8  state with more than 50 percent what would be considered

9  minority voters.

10      Q.   Is Texas a majority-minority state?

11      A.   We're nearing majority-majority --- minority-

12  majority.

13      Q.   Do you know when that is projected to occur?

14      A.   No, I do not.

15      Q.   Is it your understanding that African-American

16  voters in Texas disproportionately support Democrat

17  candidates?

18      A.   I do not know that.

19      Q.   In Texas are African-Americans more likely to

20  live in poverty than White's?

21      A.   I do not know that.

22      Q.   In Texas are Hispanics more likely to live in

23  poverty than White's?

24      A.   I do not know that.

25      Q.   I want to go off the record for one second.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

288

1          (Recess from 5:59 p.m. to 6:01 p.m.)

2     Q.   (By Ms. Westfall) Can you turn you attention

3 back to what's been previously marked as Exhibit 6.  Can

4 you turn your attention to the third page of that

5 document.

6     A.   Okay.  Can we clarify here, this is -- one is

7 the document -- what I believe to be a document.  The

8 second one is a correction of the document, and it is --

9 it is the same document.  And I -- which one was

10 actually released, I have no way of knowing.  But one

11 was the beginning document and the other one was a

12 correction, and I don't know that this was actually ever

13 released.

14     Q.   I see.  Turning your attention to Texas

15 00009751 of that highly confidential document --

16     A.   Yes.

17     Q.   -- do you see six paragraphs down, there's a

18 paragraph that starts, "It is not possible for every

19 election judge to personally know..."?

20     A.   Yes.

21     Q.   Do you see it says, "It is not possible for

22 every erection judge to personally know every voter on

23 the registration list especially in large urban

24 counties"?  Do you see that sentence?

25     A.   Yes.

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                      289

1      Q.    Do you know why this refers to problems in

2  large urban counties?

3      A.    Do we know when this was -- the date on this,

4  when it was released?

5      Q.    Well, I'm just asking you based on your --

6      A.    I'm trying to give you an answer based on when

7  this was released.

8      Q.    Certainly.  Turning to the following page, do

9  you see that it refers in a couple of paragraphs down,

10  to the Senate Bill 362?

11      A.    I believe the reference there was made in the

12  testimony on 362 that in Houston, there was an election

13  judge that had had a lady with a big hat with fruit on

14  the top of it, brightly colored, voted, left, went to

15  her car, came back in, in 15 minutes, came back and

16  voted.  The exact same woman voted again.  There was a

17  -- the person -- the election person went to the

18  election judge running the voting and made them aware

19  that the woman was voting for the second time and they

20  were made aware, "Well, we don't have the ability stop

21  her from voting.  We don't have the tools to stop her."

22  So, that probably is a reference to a large urban

23  county, i.e., Houston, where that actually happened.

24      Q.    Do you know the race of that voter by chance?

25      A.    I believe it was an Anglo.

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

290

1          MS. WESTFALL:  Could you mark this --

2     A.   I -- let me retract that.  I have no way to

3 know that.  There's no reason I would know what the

4 ethnicity of that person.

5     Q.   Thank you.

6          MS. WESTFALL:  Could you mark this.

7          (Exhibit 37 marked for identification.)

8          MS. WESTFALL:  Can we go off the record.

9          (Brief discussion off record.)

10    Q.   (By Ms. Westfall) You have been handed what's

11 been marked as Exhibit 37.  Senator, have you seen this

12 document before that's been marked -- produced in this

13 litigation as highly confidential, TX 00021227

14 through --

15    A.   Is this the University of Texas poll that was

16 done in 2009 and released in 2010?

17    Q.   Well, looking at the date on this document, do

18 you see that it was circulated by Bryan Hebert on

19 January 24, 2011?

20    A.   I'm still asking questions about this --

21    Q.   Well --

22    A.   -- if you don't mind, if you'll -- you asked me

23 do I recognize this.  It's making reference to a poll in

24 2008, and then there was a second poll done later.  Is

25 this in reference to the University of Texas poll done

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

291

1  later?

2      Q.   Well, I'm here to ask questions of you and you

3  can testify as to what --

4      A.   You asked me if I recognize this document.

5      Q.   Yes.

6      A.   I'm trying to clarify what the document is.

7      Q.   Okay.  Well, I -- I can ask questions during

8  this deposition, you're -- or I'm asking questions,

9  you're answering them, so I can't answer that question.

10              Based on your review of Exhibit 37, what

11 do you believe it to be?

12     A.   The subject says University of Texas Polling

13 Data on Voter ID, and it was released on January 24,

14 2011, so I'm assuming it was the second Texas poll that

15 came out.  There was one in 2008 and one in late 2010

16 that was released in January of 2011.  Is that the --

17 yes.

18     Q.   And so that's what you believe this to be,

19 Exhibit 37?

20     A.   I believe that to be, yes.

21     Q.   Do you see that it indicates at the top of the

22 page, at the first page, that respondents were asked

23 about, "Some people argue that requiring registered

24 voters to present government issued photo ID reduces

25 voter fraud?"

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

292

1     A.   Yes.

2     Q.   Do you see that sentence?

3          Does Senate Bill 14 allow voters to allow

4  any form of government issued photo ID?

5          MR. HALPERN:  Objection, compound.

6     Q.   (By Ms. Westfall) You may answer.

7     A.   A -- the answer is yes.  Because a passport is

8  a government issued ID, a military ID is a government ID

9  and the citizenship is a government ID, so yes, we do

10 allow it.

11    Q.   Does Senate Bill 14 allow voters to present any

12 form of government issued photo ID?

13    A.   The answer is yes because that is a type of ID.

14    Q.   But Senator, there are many forms of ID that

15 are issued by the government that you testified about

16 today that were not included in Senate Bill 14; isn't

17 that right?

18    A.   But that's not the question you asked me.  You

19 said does it -- are they -- are "any" allowed, and "any"

20 would include passports -- passports, you know, the

21 citizenship papers, the -- you know, the three that I've

22 mentioned.

23    Q.   This poll asked voters about a requirement that

24 voters present government issued photo ID, right?

25    A.   No.  The -- this poll actually asked the

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                           293

1   question, "Would you be in favor of a photo ID," an
2   absolute photo ID, and if you'll see at the bottom, the
3   results of this were exactly -- almost exactly the same
4   at July 2008.  The results were exactly the same in
5   2010, it was asked, that showed that over 65 percent of
6   African-Americans said "Yes, we would be in favor of a
7   photo ID," and then 70 percent of Hispanics said, "Yes,
8   we're in favor of it."  Those results were almost
9   exactly the same as they found two years earlier.  And
10  this is one of the documents that I referred to with the
11  Democrats saying, "How can you be against this, that you
12  have 70 percent of Hispanics that are in favor of a
13  photo ID?"

14            MS. WESTFALL:  Okay.  I'm going to object
15  as nonresponsive and a narrative response.  I'm going to
16  move to strike your response.

17      Q.   (By Ms. Westfall) Looking at the paragraph as
18  to what respondents were asked, does this describe
19  accurately the provisions of Senate Bill 14?

20      A.   The question that were asked on the poll is
21  would they be in favor of a strict photo ID.

22      Q.   And therefore, do you believe that this
23  question, asked the voters, accurately represents the
24  provisions of Senate Bill 14?

25      A.   The -- question that we're asking is were

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

294

1  people in favor of a strict photo ID.

2             MS. WESTFALL:  I would object as

3  nonresponsive.

4      Q.   (By Ms. Westfall) Does this poll ask about the

5  provisions of Senate Bill 14?

6             MR. HALPERN:  Counsel, let me enter an

7  objection for the record because you don't have the poll

8  question.  You have somebody's representation of what

9  the poll question was.  So he's answered your question.

10     Q.   (By Ms. Westfall) I'm asking about --

11            MR. HALPERN:  He's telling you he thinks

12  it was a difference poll question.

13     A.   And if you'll allow me to answer, you are

14  incorrect.  I do know what the poll question was, and

15  the question was, "Would you be in favor of a strict

16  photo ID to vote," and respondents answered, 70 percent

17  of Hispanics said yes.  And that is not a nonresponsive

18  answer, that is a correct answer based on the poll,

19  because this was a poll that was conducted based by the

20  University of Texas in late -- in late December of 2010

21  and it matched the results of the poll they did in 2008.

22     Q.   (By Ms. Westfall) Do you know whether this poll

23  was conducted by Darren Shaw?

24     A.   I do not know.

25     Q.   Do you know that Darren Shaw testified as an

SENATOR TROY FRASER                                  7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                          295

1  expert on behalf of the State of Texas in the litigation

2  Texas versus Holder concerning Senate Bill 14?

3       A.   Do you know -- no, I do not know Darren Shaw

4  and I do not know that.

5       Q.   Do you know that his testimony was disregarded

6  by the three judge panel in that case?

7       A.   No.

8            MS. HALPERN:  Objection, relevance.

9       Q.   (By Ms. Westfall) Does strict photo ID, as you

10 state in this poll asked, mean only the photo IDs

11 permitted by Senate Bill 14?

12      A.   The answer obviously is no because the Senate

13 Bill 14 had not been passed at this time.  This was an

14 independent poll that was taken prior to the legislative

15 session and probably prior to Senate Bill 14 being

16 enacted and had nothing to do with the legislation

17 coming forward.  It was a question asked independently

18 by a bipartisan group at the University of Texas as they

19 had done in 2008, and they asked the question, would --

20 do you believe that voters should be able to -- or

21 required to show a photo ID before voting?  That was the

22 question that was asked.  70 percent Hispanics and 65 of

23 African-Americans said yes.

24            MS. WESTFALL:  As they say in Texas, I

25 will pass the witness to Mr. Derfner.

```
                                                            296
 1              MS. HALPERN:  How much time has
 2 Mr. Derfner got?  Time out, we're going to do a time
 3 check.
 4              (Brief discussion off the record.)
 5              THE COURT REPORTER:  24 minutes.
 6              MS. HALPERN:  You have 24 minutes.
 7              MS. WESTFALL:  Armand?
 8              MR. SCOTT:  Is he's still on the phone?
 9              MS. WESTFALL:  I hope so.  Hey, Armand.
10              MR. SCOTT:  Are you muted, Armand?  You
11 don't have any questions?
12              MR. DERFNER:  Can you hear me now?
13              MS. HALPERN:  Yes, yes.
14              MR. DERFNER:  My problem is the mute has
15 no light on it so I can't tell if it's on or off.
16              Okay, are we ready?
17              MS. HALPERN:  We are.
18                      EXAMINATION
19 BY MR. DERFNER:
20    Q.   Senator Fraser, my name is Armand Derfner, I'm
21 a lawyer for some of the plaintiffs, the D.C. LULAC
22 plaintiffs.
23    A.   Hello, Armand.
24    Q.   And I'm here to ask you a few questions.  My
25 first question is:  When you talked earlier about the
```

297

1   House, the agency takes -- makes its rules and

2   regulations and you give them a fair amount of leeway;

3   is that correct?

4        A.    I referred to it as broad powers.

5        Q.    Okay.  When you -- when SB 14 was passed, was

6   the intention to give DPS -- with respect to the EIC,

7   the Election Identification Certificate, was the

8   intention to give DPS some good guidance or give them

9   very broad open-ended discretion?

10       A.    We gave them very clear instructions of the

11  direction that we wanted them to go under the broad

12  powers that had been given them under the Legislature,

13  and also by the appropriations process, gave them a

14  revenue stream in order to develop the EIC card.

15       Q.    And in terms of what they should require an EIC

16  applicant to present, did you give them guidance or

17  leave them pretty much open ended?

18       A.    They are in the business, because of driver's

19  license, of interpreting that and that we gave them the

20  jurisdiction to do it and instructions and -- but we

21  gave them broad authority to issue this.

22       Q.    Okay.  Would -- can we find the exhibit which

23  is SB 14, and I'd like you to take a look at that and

24  look particularly near the end in Chapter 20?

25            MR. SCOTT:  13.

298

1            MR. SHORDT:   Armand, we have two versions,

2 a as-is produced and a final signed version.

3            MR. DERFNER:   Final.

4            MR. SHORDT:   That's Exhibit 16.

5    A.   What page?

6    Q.   (By Mr. Derfner) It's near the end in Chapter

7 20.

8    A.   Well, there's not chapters.

9    Q.   Sorry.

10            MS. FARANSSO:   Should be Section 20.

11    Q.   (By Mr. Derfner) Okay.   It's -- I'm sorry,

12 Section 20, which creates Chapter 521 A of the

13 Transportation Code.

14    A.   I've got it.

15    Q.   Okay.   If you look at Subsection F, do you see

16 there, it says the department may require each applicant

17 to provide the information required by Section 521.142?

18    A.   Okay.

19    Q.   Do you see that?

20    A.   Yes.

21    Q.   Okay.

22            MR. DERFNER:   Tania, could you give the

23 Senator Section 521.142, and let's mark that as an

24 exhibit.

25            MS. HALPERN:   What number?

SENATOR TROY FRASER                                         7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                                299

1              THE COURT REPORTER:  38.

2              (Exhibit 38 marked for identification.)

3              MR. SCOTT:  What number are we on?

4              THE COURT REPORTER:  38.

5              MS. HALPERN:  38.

6     Q.   (By Mr. Derfner) Senator, do you have that?

7     A.   I have it in front of me.

8     Q.   Okay.  And if you will look, you'd see that it

9  lists some things that the applicant is supposed to do.

10  Look down at Subsection E, would you please?

11    A.   If you'll allow me, I'm going to read the whole

12  thing as we're moving forward, if you'll give me a

13  little time.

14    Q.   Okay.  Just Subsection E.

15    A.   But I'm reading the whole thing.

16    Q.   No, not the whole thing.

17    A.   But E ties to the whole thing, so I'm going to

18  read the whole thing.

19              Okay, I'm to E.

20    Q.   Okay.  Read E out loud, please.

21    A.   "The application must include other information

22  the department requires to determine the applicant's

23  identity, residency, competency and eligibility as

24  required by the department or state law."

25    Q.   Actually, it says, "Must include any other

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

300

1    information," doesn't it?

2        A.    "Any other information."

3        Q.    You read, "must include other information,"

4    but it says, "any other information," right?

5        A.    Okay.

6        Q.    Okay.

7                MR. DERFNER:  Tania, would you give the

8    Senator the Regulation Section 15.183, and mark that as

9    an exhibit, please.

10               (Exhibit 39 marked for identification.)

11               MS. FARANSSO:  It's been marked as Exhibit

12   39.

13       Q.    (By Mr. Derfner) Tell me when you have that,

14   Senator.

15       A.    I have it.

16       Q.    Okay.  If turn to the second -- oh, do you

17   recognize this as some of regulations that DPS issued

18   relating to the EIC?

19       A.    No.

20       Q.    Okay.  Would you take a look at it and just see

21   if that's what it seems like?

22       A.    Do you represent that that's what it is?

23       Q.    I do.  I do.

24       A.    Okay.

25       Q.    If you look at -- on the front page, it says --

SENATOR TROY FRASER                                        7/23/2014
CONFIDENTIAL TRANSCRIPT

301

1  the last line is Subchapter L, Election Identification

2  Certificate.

3      A.   Okay.  I don't see Subchapter L.  Got it.  Got

4  it.

5      Q.   Turn to the second page and look at Subsection

6  3.  Read that to me.

7      A.   "The fingerprints of the applicant, this does

8  not apply to an applicant who is permitted and utilizes

9  an alternative method for renewing or duplicating an

10 election identification certificate."

11     Q.   Were you aware that the Department of Public

12 Safety had issued regulations requiring applicants for

13 an EIC to give their fingerprints to the DPS in order to

14 get an EIC?

15     A.   No.

16     Q.   Is that -- was SB 14 intended to give that kind

17 of or that degree of discretion to DPS?

18     A.   We gave broad authority under rule to DPS to

19 develop the EIC.

20     Q.   So if DPS says they want an applicant for an

21 EIC to issue -- to give them their fingerprints, is that

22 in keeping with SB 14?

23     A.   We gave broad authority to DPS to develop

24 guidelines.

25     Q.   Do you, as a legislator, think it's sound

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

302

1  policy to make a -- somebody who wants to get a document

2  for voting give his fingerprints in order to get that

3  document?

4      A.   I would not be able to answer that question

5  without the rationale from DPS of the reasoning for

6  what -- their Number 3.

7      Q.   If DPS had come to you and said, "We want these

8  people's fingerprints," what would you have said?

9           MS. HALPERN:  Objection, calls for

10  speculation.

11      A.   You're asking me to speculate --

12      Q.   (By Mr. Derfner) Right.  Go ahead and

13  speculate.

14      A.   -- on something that didn't happen.  I'm sorry,

15  I don't speculate during this deposition.

16      Q.   You -- well, okay.  If -- if Senator Patrick in

17  his deposition said he thought it was perfectly okay for

18  them to demand fingerprints, would you agree with that?

19      A.   I would say that Senator Patrick's entitled to

20  his opinion if he said that.

21      Q.   Okay.  Okay.  If DPS -- what rationale could

22  there be to justify asking for fingerprints from a voter

23  applicant?

24      A.   Speculative.  I wouldn't speculate what it is

25  until DPS gave me their rationale of why they asked for

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            303

1  it.

2      Q.   Okay.  If I were to represent to you that DPS's

3  witness has said that's what they do for driver license

4  applicants and therefore they did the same for the EIC

5  applicants, what would your reaction be?

6      A.   I would say they have the authority to develop

7  the guidelines for both driver's license and EIC, and we

8  gave them authority to develop those guidelines.

9      Q.   And why did you give that authority to DPS --

10     A.   You're using --

11     Q.   -- in the case of the EIC?

12     A.   You're using why did "you," you're implying

13  that I gave the --

14     Q.   Why was that done in SB 14?

15     A.   You're speculating.

16          I'd have to speculate when that authority

17  was given.  Probably years before I came into the

18  Legislature, and I would not speculate on that.

19     Q.   Is there a valid reason for giving DPS the

20  authority over the EIC?

21     A.   I gave the response to that about four or five

22  or ten questions ago, explaining why we gave the

23  authority to DPS.  That authority was given because they

24  have the driver's license, they have the expertise to

25  issue it, and we asked them to develop that same

304

1 guidelines for EIC.

2      Q.   Well, if the EIC is supposed to represent or be

3 based on policies relating to security, as in issuance

4 of a secure document, but also protecting the interest

5 of the voter who wants to vote, how did you -- how does

6 SB 14 reflect the latter interest, that is the interest

7 of the voter, wanting to vote?

8      A.   Senate Bill 14 assigned the authority to

9 develop the guidelines to the Department of

10 Transportation -- I'm sorry, to the Department of Public

11 Safety because they are -- the primary form of

12 identification is a driver's license, they have security

13 measures that they implement into the driver's license,

14 and we asked them to develop one for EIC because that

15 was the type of security we were looking for on this

16 photo ID.

17      Q.   Do you think that the rights of a person to

18 drive are identical to the rights of a person to vote?

19      A.   Obviously not.

20      Q.   In what way?

21      A.   A person driving a car, you give a license --

22 you test them to see their ability to drive a car.  The

23 identification that we're issuing for the voter is

24 solely to represent that they are who they say they are

25 whenever they show up at the poll.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                           305

1      Q.    That wasn't my question, I think.  Let me ask

2  the question again.  Are the rights of a person seeking

3  to vote any different from the rights of a person

4  seeking to drive?

5      A.    I'm not sure I understand the question you're

6  asking.  That -- obviously, someone that is asking for a

7  driver's license is asking for the rights to drive the

8  vehicle.  The identification for voting is trying to

9  identify that they are who they say they are.

10     Q.    Are there constitutional rights involved in

11 either the right to drive or the right to vote?

12     A.    I don't believe there's a constitutional right

13 to drive.

14     Q.    What about the right to vote?

15     A.    The -- there's a constitutional right for the

16 ability to vote.

17     Q.    Okay.  Well then, does -- how is that

18 constitutional right protected if you impose the same

19 requirements for a voter as you do for a driver?

20            MR. HALPERN:  Objection, misstates the

21 testimony, assumes facts not in evidence.

22     Q.    (By Mr. Derfner) Okay.  Would it be -- if an

23 agency were to treat a voter in the same way as -- a

24 voting applicant in the same way it treats a driving

25 applicant, would that be protecting the constitutional

306

1 rights of the voter?

2          MS. HALPERN:  Objection, calls for a legal

3 conclusion.  This witness is not an expert witness.

4     Q.   (By Mr. Derfner) Fine.  Can you answer the

5 question, Senator?

6     A.   I'm not an expert witness.

7     Q.   I know you're not an expert witness.  What is

8 your belief?

9     A.   That would be based on speculation that -- I'm

10 not an expert witness in this area.

11     Q.   Okay.  Did you take any -- when you were

12 participating in the legislative consideration of SB 14,

13 did you take into consideration any different -- any

14 constitutional difference between the rights of drivers

15 and the rights of voters?

16     A.   I'm not sure that issue was ever raised by

17 anyone in the debate.

18     Q.   Okay.  Did you consider it?

19     A.   I can't say that I considered it because it was

20 not raised as an issue by anyone in the debate.

21     Q.   Okay.  Do you know if -- do you know if anybody

22 else considered it?

23     A.   I just said that I don't know that anyone

24 raised this as an issue.

25     Q.   Okay.  I believe you -- I believe you said

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

307

1  earlier on that there's been some other legislation

2  after SB 14 that dealt with, as I recall, citizens or

3  other people and qualifications to vote; is that

4  correct?

5       A.   No.

6       Q.   I'm sorry, what?

7       A.   The answer is no.

8       Q.   Okay.  Do you remember SB 1, the Budget Bill,

9  that came after SB 14?

10      A.   You're going have to be more specific.  Every

11  Budget Bill in every session is SB 1.

12      Q.   Okay.  In 2011, the Budget Bill, SB 1, was not

13  passed in the regular session, it was passed in a

14  special session in July, and as part of that budget

15  bill, there was a provision, as I recall, this Chapter

16  72, that was added by Senator Williams in the process

17  which dealt with the driver's license and basically,

18  among other things, required applicants for new or

19  renewal licenses to present documentary proof of

20  citizenship.  Do you remember that?

21      A.   No.

22      Q.   Were you involved in that at all?

23      A.   No.

24      Q.   Are you aware that the requirements for

25  driver's license applicants have been increased since

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              308

1  the time you passed -- since the time that SB 14 was

2  passed?

3       A.   No.

4       Q.   Okay.  I think I have just one more question.

5            Did you at any point in 2011 say to

6  Senator Ellis that the reason you were carrying SB 14,

7  or the Voter ID bill, was because you "drew the short

8  straw"?

9       A.   No.

10      Q.   Okay.

11           MR. DERFNER:  I have no more questions.

12           Thank you.

13           MR. SCOTT:  How much time?

14           MS. HALPERN:  Well, they're done.

15           MR. SCOTT:  Well, I was just going to see

16  if they left me any.

17           MS. HALPERN:  Well, you're -- it's by

18  party, by who is above and below the V.

19           MR. SCOTT:  Oh, okay.

20           MS. HALPERN:  You're below the V.

21           MR. SCOTT:  Okay.  Well, then how much

22  time do they have left?

23           MS. HALPERN:  How much time do they have

24  left, around 10 minutes?

25           THE COURT REPORTER:  Just a second.

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                      309
1              MS. WESTFALL:  We may need to retain some.

2              (Brief discussion off the record.)

3              THE COURT REPORTER:  About five minutes

4  left.

5              MS. HALPERN:  Mr. Scott, you have

6  questions?

7              MR. SCOTT:  I have a couple.

8              MR. HALPERN:  Where would you like to sit,

9  if you're going hand him anything.

10             MR. SCOTT:  I'm so loud mouthed, let me

11 talk from over here.

12             MR. HALPERN:  Are you going to hand him

13 documents?

14             MR. SCOTT:  No, but I'm going to get you

15 to pull some for him, if you don't mind.

16             MR. HALPERN:  Okay.

17             MR. SCOTT:  How about Exhibit 20.

18                    EXAMINATION

19 BY MR. SCOTT:

20     Q.     Senator Fraser, my name is John Scott and I'm

21 one of the lawyers who represents the Texas defendants

22 in this lawsuit.  If for any reason you need to visit

23 with your counsel, let me know and we'll stop as many

24 times as necessary during this portion of your

25 deposition.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

310

1            If you would, please, turn to Exhibit 20
2    to Page 118 of that document, specifically Floor
3    Amendment Number 12.
4        A.    118?
5            MR. CLAY:   That's the wrong one.   That's
6    it up on top there, Senator.
7        A.    Okay.   What page?
8        Q.    (By Mr. Scott) It's Page 118, Senator.
9        A.    Okay.
10       Q.    Floor Amendment Number 12.
11       A.    I'm there.
12       Q.    Who proposed that amendment Number 12?
13       A.    Appears Senator Davis.
14       Q.    Was there ever a cost estimate given on how
15   much money would it cost the State of Texas to implement
16   Floor Amendment Number 12?
17       A.    Not only was not a estimate of that, which is
18   required on an amendments, but the general rule in the
19   Senate and the rule that we placed on this bill was that
20   all amendments had to be given to the author of the bill
21   24 hours in advance.   One of the purposes of doing that
22   is so we get a fiscal note on any amendments to
23   determine what the cost would be to the State if the
24   amendment's put in.   Of the amendments offered --
25   basically, all the amendments that were offered by the

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

311

1  Democrats, usually -- I had about five minutes to look

2  at it.  This is one of the ones that was offered at the

3  last minute, she stuck the amendment in, we had no

4  chance to look at it and we had no way to determine by

5  fiscal note what the impact of the budget to the State

6  would be, which is -- was fairly typical of the

7  amendments that were offered.

8       Q.    Did any state agency raise concerns to you

9  regarding Floor Amendment Number 12?

10      A.    Yes.  There -- because there had not a been

11  fiscal note done on this, not knowing the impact of it,

12  this actually could have impacted several places in the

13  budget.

14      Q.    Get you turn over to Floor Amendment Number

15  16.  Who is the sponsor of Floor Amendment Number 16?

16      A.    It appears to be Senator Van de Putte.

17      Q.    And was this amendment provided to you pursuant

18  to Senate rules?

19      A.    No.

20      Q.    What -- where -- what failures in Senate rule

21  were done as a result of Floor Amendment 16, that you

22  recall as you sit here today?

23      A.    Again, 16 was a gutting amendment that would

24  totally change the bill back to the status of 362, and

25  that I was not given any notice prior to and it was

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

312

1   dropped in at the last minute and this particular

2   amendment, I think I had probably 5 to 7 minutes to see

3   the amendment.

4        Q.    And what would have been the effect on SB 14 of

5   Floor Amendment Number 16?

6        A.    The -- the question you're asking cannot be

7   determined because we didn't have time to evaluate

8   it.   If we had had the 24 hours notice to allow agencies

9   to evaluate, come back with a fiscal note and more

10  especially the impact on the agencies and the budget, it

11  would have given us a fair way of determining that.   But

12  because Senator Van de Putte did not allow or didn't

13  keep with the Senate rules and turned this in with very

14  short notice, we were not able to evaluate this

15  amendment.

16       Q.    As we sit here today, we can look at this

17  amendment, Floor Amendment 16, and determine a couple of

18  things at least based upon what the written word is.

19  One of which would be, under Section 6, so Floor

20  Amendment Number 16, Subpart 6, does it allow for the

21  issuance of a valid identification card -- I'm sorry.

22  Does it allow for a person to vote if they simply

23  produce a utility bill, a bank statement, government

24  check, paycheck or any other government document that

25  shows the name of a -- and address of a voter?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

313

1     A.    Yes.

2     Q.    And does this bill also allow for -- does it

3  allow for a way to stop anyone who's not 18 -- strike

4  that.

5              Does -- would Floor Amendment Number 16

6  have prevented or -- strike that.

7              Would Floor Amendment Number 16 have

8  allowed for someone who is less than 18 to acquire

9  identification were they of the mind to vote illegally?

10    A.    Because of the technology today and the ability

11 for someone to get a photo ID at virtually multiple

12 places in town, like Kinko's, it would be totally

13 impossible to determine, if a person with the ID card,

14 where they got it and were they a valid, eligible voter.

15    Q.    And with regard to Floor Amendment Number 16,

16 would this have prevented a non U.S. citizen from being

17 able to vote?

18    A.    Not likely.

19    Q.    And with regard to non U.S. citizens, as the

20 bill sponsor of SB 14, were you aware of a potential

21 issue relating to non U.S. citizens who were registered

22 to vote in the state of Texas?

23              MS. WESTFALL:   Objection --

24    Q.    (By Mr. Scott) Prior to the passage --

25              MS. WESTFALL:   Asked and answered.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

314

1      Q.    (By Mr. Scott) -- of SB 14?

2            MS. WESTFALL:   Objection, asked and

3  answered.

4      Q.    (By Mr. Scott) You may answer.

5      A.    Would you repeat the question?

6      Q.    Sure.   Prior to the passage of SB 14, were you

7  aware of allegations that's non U.S. citizens were

8  registered to vote in the state of Texas?

9      A.    Those allegations had been made by numerous

10 newspapers across the state, and those allegations were

11 made during testimony in 2007, 2009, 2011, so yes, the

12 allegations had been made by, both in testimony and by

13 numerous news sources through that period.

14     Q.    Did you believe prior to passage of SB 14, that

15 non U.S. citizens had in fact registered to vote in the

16 state of Texas?

17     A.    Based on the newspaper stories and the

18 testimony of people, I had a great concern that the

19 State of Texas did not have the tools to interpret

20 whether someone had.   And so there was a concern that

21 people that were not entitled to vote potentially were

22 voting.

23           MS. FARANSSO:   May I say for one minute --

24           MR. SCOTT:   Yeah.

25           MS. FARANSSO:   -- I just want the record

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

315

1   to reflect that when Senator Fraser and I looked at

2   Exhibit 20 earlier today, he refused to answer some

3   questions specifically with regard to this document

4   because it did not reflect the full record of the

5   amendment.   To the extent you continue to ask him

6   questions about the amendment, based on this document, I

7   just want the record to reflect that.

8               MR. HALPERN:   On the record, you don't

9   reflect that he ultimately did answer your question --

10              MR. SCOTT:   Objection, side bar.

11              MS. HALPERN:   -- based on the wording in

12  the document.

13              MR. SCOTT:   Okay.

14              MS. WESTFALL:   Objection as well.

15      Q.   (By Mr. Scott) Senator, I'm going to hand you

16  what's already been marked as Exhibit 21 to your

17  deposition.   That's a voter registration form, correct

18  -- application?

19      A.   I believe this is represented as a Texas Voter

20  Registration Application.

21      Q.   And is -- does the application require the

22  applicant to self identify whether they're a U.S.

23  citizen or not?

24              MS. WESTFALL:   Objection, asked and

25  answered.

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

316

1      A.      The question on the application says, "Are you

2    a citizen of the United States?"    The applicant is only

3    required to check either yes or no.

4      Q.      (By Mr. Scott) And do you believe that the

5    passage of SB 14 -- or did you believe prior to the

6    passage of SB 14 that the passage of SB 14 and the

7    requirement of a photo ID being presented at the time a

8    voter casts his ballot in person would help with voter

9    integrity in the state of Texas?

10      A.      The answer is yes, that we believed at the time

11    of the passage that -- and today, that will help with

12    the integrity of the ballot.    We also believe that

13    because of provisions with the DPS, the requirements

14    they were having, that would help us identify whether

15    someone was actually qualified to vote.

16      Q.      Senator, let's switch back over to Exhibit 20

17    and now let's turn to Floor Amendment 19.

18      A.      I've got it.

19      Q.      And who proposed Floor Amendment 19?

20      A.      It appears it's Senator Ellis.

21      Q.      And was this -- when was this Floor Amendment

22    19 presented to you for the first time?

23      A.      I had, you know, 5 to 10 minutes before the

24    amendment was offered for me to look at the amendment.

25      Q.      Would that -- was that in a compliance with

SENATOR TROY FRASER                                          7/23/2014
CONFIDENTIAL TRANSCRIPT

317

1   Senate rules?

2       A.    No.

3       Q.    And one of the things -- what was the purpose

4   of Floor Amendment 19?

5       A.    I don't have the full amendment, but the Cliff

6   Notes that are here appears it was addressing a person

7   who's in -- a student who was in an accredited public

8   university a student ID card.

9       Q.    Can you be a non-citizen and go to a Texas

10  university?

11      A.    Yes.

12      Q.    Would this -- would the passage of this

13  amendment have allowed a non-citizen of the state of

14  Texas or the United States to be able to present

15  identification and vote in the state of Texas where they

16  have a mind to do so?

17      A.    There would have been no tool or ability of the

18  election official to determine if that person was a

19  citizen of the United States.

20      Q.    Let me turn back to the history of Voter ID.

21  In 2007 -- I think you testified about this earlier,

22  back in 2007, was there a vote to suspend the rules?

23              MS. WESTFALL:  Objection, asked and

24  answered.

25      A.    In 2007, I was recognized for a motion to

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

318

1  suspend the regular order of business to take up and

2  consider House Bill 218.

3      Q.    (By Mr. Scott) And why was that?  Take me

4  through that.  I mean, take me through what the process

5  was, why that happened.

6                 MS. WESTFALL:  Objection, calls for a

7  narrative response.

8      Q.    (By Mr. Scott) Go ahead and answer.

9      A.    The operations of the Senate, that you have to

10 take up bills in the regular order business are

11 the order that they were received by the Senate.  In

12 order to bring my bill up and to get it out of the

13 regular order of business, you had to suspend the

14 regular order of business and have a vote of two-thirds

15 of the members present.

16     Q.    And is that the reason the bill died?

17     A.    No.

18     Q.    Why did it die?

19     A.    The bill as voted on, of the members present

20 when the vote was taken, that the vote passed.

21     Q.    And then what happened to the bill?

22                 MS. WESTFALL:  Objection, asked and

23 answered.

24     A.    There was a confirmation of the vote asked for

25 by Senator Shapleigh and a long delay as they were

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

319

1  taking that and there was a Senator that had checked in

2  that day as being present or he represented himself as

3  being present but actually wasn't present, and they were

4  successful in getting that Senator to the Body even

5  though he had represented that he was there and wasn't

6  there.  By the time they did the confirmation, he showed

7  up.

8       Q.   (By Mr. Scott) Now in 2009, there was another

9  attempt to pass the Voter ID bill by the Texas

10 Legislature; is that correct?

11      A.   Okay, ask that question again, please.

12      Q.   Sure.  In 2009, there was another attempt to

13 pass a Voter ID bill out of Texas Legislature; is that

14 correct?

15      A.   Senate Bill 362.

16      Q.   And that passed the Senate; is that correct?

17      A.   That is correct.

18      Q.   Describe, if you would, what chubbing is?

19      A.   In the Texas House, their order of bringing

20 bills up, they have several choices of how a bill could

21 be listed, and once it's put on the regular order of

22 business, they don't have the ability, like it is in the

23 House, where you can be suspend the rules to move a bill

24 out of order.  You have to take it in the order unless

25 it's considered a major state.  The Voter ID bill even

SENATOR TROY FRASER                                        7/23/2014
CONFIDENTIAL TRANSCRIPT

320

1  though it should have been considered a major state, for

2  some reason, was not placed on major state, it was place

3  in the regular order of business and because there were

4  numerous people ahead of it, you had the ability of

5  members to ask excessive questions or chub the bills

6  above it in order to extend the time.  So the time on

7  the clock, which would be 12 o'clock midnight, for -- to

8  hear the bill, that time expired before the bill came up

9  for consideration.

10       Q.    So all the bills that were behind -- and I'm

11  sorry, it was SB what?

12       A.    632.

13       Q.    All the bills that were behind SB 632 that were

14  -- they would have died at the end, at midnight?  That

15  had not passed?

16       A.    All the bills that below the bills that were

17  being chubbed died and every person that was carrying

18  that legislation died because of that chubbing.

19       Q.    Do you recall any of the types of bills that

20  failed?

21              MS. WESTFALL:  Objection, relevance.

22       A.    I do.

23       Q.    (By Mr. Scott) You do or don't?

24       A.    I could not give you examples of the bills

25  other than there were multiple of those bills that were

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

321

1    very important to the state.

2        Q.    Had you ever seen chubbing like occurred over

3    SB 362?

4                    MS. WESTFALL:   Objection, relevance.

5        A.    Unfortunately chubbing is -- has happened

6    before but it was probably excessive on this particular

7    bill.

8        Q.    (By Mr. Scott) 2011, SB 14 passed out of the

9    Senate by not requiring two-thirds for Voter ID; is that

10   correct?

11       A.    That's correct.

12       Q.    In your mind, do you think whoever made the

13   decision to treat Voter ID differently in 2011 as

14   compared to 2007, 2009, has to do with the fact that the

15   bill was continually blocked by a vocal group of

16   Democrats even though a vast majority of Texans approved

17   of the additions?

18                   MS. WESTFALL:   Objection, calls for

19   speculation.   Objection, asked and answered.

20       Q.    (By Mr. Scott) You may answer.

21       A.    The bill actually was heard by special order in

22   2009 and 2011.   The special order was put in place in

23   the rules at that time.   Special order actually was not

24   unusual.   This special order had been used multiple

25   times, more especially by the Democratic Lieutenant

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

322

1   Governor, during the period from '72 to '92 when he was

2   in office, approximately 15 times that he used the

3   special order.  So bills that are -- have an importance

4   to Texas, will be put on as a special order.

5       Q.    How long have you served again in the State

6   Senate and the House?

7       A.    I came into the House in 1988, served in '93,

8   came to the Senate in '97 and I've been in the Senate

9   since '97.

10              MR. SCOTT:  Let me take a break and let me

11  mark these.  Let's go off the record and mark these as

12  exhibits real quick.

13              (Exhibits 40, 41, 42, 43 and 44 marked for

14  identification.)

15              MR. SCOTT:  45's the next one but I don't

16  have anymore so that's it.

17              THE COURT REPORTER:  Okay.

18              MS. WESTFALL:  I want to object to the

19  caucusing in the middle of this exam between counsel.

20              MR. HALPERN:  There's no question pending,

21  Counsel.

22              MS. WESTFALL:  Well then, let's take away

23  the exhibits from the witness.

24              MR. SCOTT:  Oh, that's just -- so for the

25  record, caucus between counsel, it wasn't me caucusig

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

323

1   with anybody, just for the record.

2              MS. WESTFALL:   No, I understand.   No, I

3   understand, Mr. Scott.   I understand.

4              MR. SCOTT:   I was just letting the witness

5   look at the exhibits just so to maybe --

6              MS. WESTFALL:   Right.

7              MR. SCOTT:   -- fast forward some

8   stuff.   Well, I was going mark a couple of more

9   exhibits.   Let me -- let's go ahead and ask some

10  questions though.

11      Q.   (By Mr. Scott) Senator, if you would turn to, I

12  believe the first document is Exhibit 40.   Have you seen

13  that document before?

14      A.   Yes, I have.

15      Q.   What is that?

16      A.   That's a poll taken by the University of Texas,

17  July 2008.   The questions that were asked, per Voter ID,

18  they were asked, "Do you support a law requiring an

19  individual to present a government issued photo ID and

20  in order to be permitted to vote?"   A full photo ID.

21      Q.   And that is information you had and looked at

22  before the passage of SB 14, correct?

23      A.   And this was July '08, so this was actually

24  delivered to me prior to the 2009 session.   And the

25  results showed that at that time, 73 percent of Anglos

SENATOR TROY FRASER                                          7/23/2014
CONFIDENTIAL TRANSCRIPT

324

1   favored a full photo ID, 68 percent of Black -- or

2   African-American and 65 percent of Hispanics.

3       Q.   Okay.   So let's turn over to Exhibit 41.

4       A.   Okay.

5       Q.   What is that document?

6       A.   That is the Lighthouse opinion poll that was

7   done prior to January 10, 2011, two weeks prior to the

8   passage of Senate Bill 14.

9       Q.   And did it ask -- was there information in

10  Exhibit 41 relating to Voter ID?

11      A.   It was a question asked, "Do you favor or

12  oppose requiring a valid photo ID before a person is

13  allowed to vote?"

14      Q.   And what were the breakdown of the percentages

15  in support?

16      A.   White, 86 percent; African-American, 82

17  percent; Hispanic, 83 percent.

18      Q.   And to your knowledge, who was provided that

19  information in the poll that is contained in

20  Exhibit 41 in the Texas Legislature?

21      A.   This was a public poll, a statewide landscape

22  benchmark survey and it was provided to the public.  Do

23  you have -- I had access -- I had this information when

24  I laid out Senate Bill 14.

25      Q.   Do you know if any other state Senators had

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

325

1  that information contained in Exhibit 41?

2      A.   It's likely that probably all 31 had this.

3      Q.   Okay.   Let me get you to turn your attention

4  now to Exhibit 42.

5      A.   Could I go back on the question?

6      Q.   Absolutely.   Is there something else in Exhibit

7  41 that you --

8      A.   Not only did all 31 have this but this was

9  reference I made repeatedly in the discussion of the

10  bill asking how the opposition Senators could be against

11  this when they had 80 percent -- 82 percent of the

12  African-Americans in favor of a photo ID and 83 percent

13  of Hispanics.

14      Q.   Do you know if you were provided any

15  information by any of the opponents of SB 14 prior to

16  the passage of SB 14 of any polling that was -- showed

17  negative results?   I mean, kind of contra results to

18  what you're looking at in Exhibit 41?

19      A.   In 2007, 2009, 2011, I asked that question

20  multiple times of the opponents of the bill to please

21  show me polling that would reflect their views of

22  their -- the people in their district to show any

23  opposition to this, and to my knowledge, I was never

24  shown any polls they had that would show opposition to a

25  valid photo ID.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

326

1      Q.    You're elected by the citizens of your Senate

2 district, correct?

3      A.    Yes.

4      Q.    What happens to Senators who fail to heed the

5 wishes of their constituents?

6      A.    You're sent to Austin to vote the wishes of the

7 people that elected you, and the assumption is that if

8 you don't vote the wishes of the district, that they

9 would likely not support you.

10     Q.    So the next exhibit is Exhibit 42; is that

11 correct?

12     A.    Yes.

13     Q.    What is that?

14     A.    This is a -- the Institute of Public Policy.

15 This is a study that was done.  The person issuing the

16 report was Jeffrey Milyo from the University of

17 Missouri.

18     Q.    And what was the relevance of that -- well,

19 first of all, did you review that report prior to the

20 passage of SB 14?

21     A.    Yes, I did.

22     Q.    And what relevance, if any, did it come to play

23 in your mind in forming your decision to vote for?

24     A.    Jeffrey Milyo did a study looking at Indiana

25 and then some from other states like Georgia of the

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

327

1   effect of voter turnout by the passage of a Voter ID

2   bill.  The results that he came up with is that not only

3   there was a negative results based on turnout and/or

4   minority turnout, in cases of Indiana and in Georgia,

5   actually, there was an increase in turnout after the

6   passage of the Voter ID bill.

7        Q.    If you could turn your attention to Exhibit 43.

8        A.    Yes.

9        Q.    What is that?

10       A.    That is a report from Heritage Foundation or

11  Heritage Center for Data Analysis.  The report was done

12  by David Muhlhausen, Ph.D.

13       Q.    And did you have Exhibit 43 -- access to it

14  prior to the passage SB 14?

15       A.    Yes, I did.

16       Q.    And what role, if any, did it play in your

17  consideration -- or in coming to your opinions?

18       A.    This analysis was done all the way back to 2000

19  and examined the -- also the elections that had happened

20  after the implementation of both the Indiana, Georgia

21  and other state's bills.  Their results mirrored the

22  Missouri results, that not only was the turnout in the

23  election not lower, it actually showed in some cases to

24  be higher, and it was reflected across all lines,

25  both White, Hispanic and African-American showed not a

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

328

1  depression but, in most cases, an increase in voting.

2      Q.   And would you turn now to the next exhibit, I

3  believe that's 44.

4      A.   44, yes.

5      Q.   And what is that?

6      A.   This is an another study by the University of

7  Delaware, Jason Mycoff, and he was looking at the

8  effects of Voter ID laws present and absent.  He looked

9  at the same issues addressing what had happened with the

10 Indiana Voter ID law, the explanation of what happened

11 in Crawford V Marion through the Supreme Court and the

12 determination of how it affected both turnout of the

13 Anglos, African-Americans and Hispanics, and determined

14 that there was not only a negative factor, but the

15 turnout in all three factors had actually increased.

16     Q.   And did you have custody of that document prior

17 on the passage of SB 14?

18     A.   Yes, I did.

19     Q.   Did you attempt to share these studies with

20 your colleagues in the Senate?

21     A.   Yes, I did.

22     Q.   Prior to the passage of SB 14?

23     A.   Yes, I did.

24     Q.   And were they made freely available to both

25 proponents and opponents?

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

329

1     A.     Yes.   And I would like to make an additional

2 reference on this, actually.   During the laying out of

3 the bill in 2007, Senator Zaffirini had noticed that I

4 had a huge book with all of this in there, and she asked

5 to see it.   I not only gave it to her, but I made sure

6 that she was aware of all the things I had in the book

7 pertaining to these, that they had received.

8              (Exhibit 45 marked for identification.)

9     Q.     (By Mr. Scott) Let me hand you what's been

10 marked as Exhibit 45 to your deposition.

11     A.     Yeah.

12     Q.     Have you ever seen that document?

13     A.     Yes, I have.

14     Q.     What is it?

15     A.     It was a poll done by the University of Texas

16 in which we received in February of 2011, the poll

17 actually was taken in December of 2010.   It was a

18 follow-up to the 2008 poll of basically asking the same

19 questions saying, "Do you agree or disagree that

20 registered voters should be required to present a

21 government issued photo ID before they can be allowed to

22 vote?"   Of the people that they polled, 75 percent

23 agreed.   The racial makeup of the poll showed that it

24 was broadly agreed to even among Democrats and

25 Republicans and that if you looked at the racial makeup

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

330

1  of who agreed with this, 80 percent of Anglos agreed, 63

2  percent of African-Americans and 68 percent of Latinos.

3  The Latino number actually increased in that two-year

4  period.

5      Q.   And did you -- and you had that in your

6  possession prior to the passage of SB 14?

7      A.   Yes, I did.   And I made this available to all

8  31 members.

9              (Exhibit 46 marked for identification.)

10     Q.   (By Mr. Scott) I hand you what's been marked as

11 the Exhibit 46 to your deposition.   Have you seen this

12 document?

13     A.   This is a follow-up poll, I believe, to -- by

14 the University of Texas.

15     Q.   And what were the results of that poll?   Well,

16 first of all, what did they poll?

17              MS. WESTFALL:   Objection, relevance.   This

18 is past the enactment.

19     Q.   (By Mr. Scott) You may answer.

20     A.   This poll was taken after the bill was passed,

21 enacted, but it has not been enacted into law because

22 Texas did not enjoy the benefits of Voter ID law until

23 after the -- the ruling by the Supreme Court, Section

24 5.   The question they asked, "Do you agree or disagree

25 with the idea that registered voters should be required

SENATOR TROY FRASER                                          7/23/2014
CONFIDENTIAL TRANSCRIPT

331

1   to present a government issued photo ID before you can

2   be allowed to vote?"   The numbers continued to be the

3   same as the prior numbers we had seen.   The makeup of --

4   on this poll, the Hispanic numbers actually increased

5   again from 68 percent to 75 percent.

6                     MS. WESTFALL:   Objection, I'm going to

7   move to strike this narrative response.

8        Q.   (By Mr. Scott) Let's go by this -- taking time,

9   I'm sorry.

10                    So, if I could, get you to turn to the

11  first slide on Exhibit 46.

12       A.   Okay.

13                    MS. WESTFALL:   And Counsel, I'd like a

14  that standing objection to relevance --

15                    MR. SCOTT:   That's fine.

16                    MS. WESTFALL:   -- given that this is after

17  the -- well after the enactment of the bill.

18       Q.   (By Mr. Scott) And so, Senator, on the first

19  slide, would you -- what was the question posed to the

20  -- for purposes of obtaining the polling?

21       A.   "Do you agree or disagree with the idea that

22  registered voters should be required to present a

23  government issued photo ID at the polls before they can

24  be allowed to vote?"

25       Q.   And were -- what was the percentage of people

332

1  agreed?

2      A.   66 percent agreed.

3      Q.   And let's look over at Section 5.   What was the

4  question?

5      A.   "Do you agree with the idea of the registered

6  voter should be required to present a government issued

7  ID at the polls before they can be allowed to vote?"

8      Q.   And what were the percentages by party in

9  agreement?

10      A.   You actually had three different categories

11  here because the -- there were people that called them

12  "Independents" in 2012.   Along party lines, 92 percent

13  of Republicans; 37 Democrat; but Independents, 73

14  percent said that they should, which gave an overall

15  total of 66 percent.

16      Q.   And if you'll turn over to the fourth slide,

17  would you read the question -- the poll question on

18  that?

19      A.   "Do you agree or disagree with the idea that

20  registered voters should be required to present a

21  government issued photo ID at the polls before they can

22  be allowed to vote?"

23      Q.   And what were the percentages of agreement

24  based upon race?

25      A.   That this -- you're asking the race?

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

333

1      Q.      Yes.

2      A.      Okay.   That would be the fourth page, and it is

3  the same question.   White voters at that time were 71

4  percent; African-American, 33 percent; Hispanics were 75

5  percent.

6      Q.      So let's close that.

7              Let's look at Exhibit 33.

8      A.      33?

9      Q.      Yes, sir.

10      A.      Okay.   Where would 33 be?   I'm going to have to

11  dig it out.

12      Q.      While you're looking for that, do you have an

13  opinion whether the Texas Tribune would be considered a

14  conservative publication?

15              MS. WESTFALL: Objection, calls for

16  speculation, relevance.

17      Q.      (By Mr. Scott) How would you describe the Texas

18  Tribune?

19      A.      They are generally not regarded as a

20  conservative group.

21      Q.      And have you found Exhibit 33?

22      A.      I have.

23      Q.      Let me ask you a couple of questions first.   As

24  the bill sponsor, is it part of your obligation in order

25  to try to get your bill passed, to understand what votes

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

334

1  you've got and what votes you don't have?
2      A.   Yes.
3      Q.   And in doing so, how do you get -- well, how do
4  you get to that position where know basically whether
5  you have somebody's vote or not?
6      A.   The Senate, generally, you have a private
7  conversation with each member.
8      Q.   And with regard to Exhibit 33, is there
9  anything in Exhibit 33 that you believe, had the people
10 who voted for SB 14 actually had, would have changed the
11 support that you ultimately received from them in the
12 passage of SB 14?
13             MS. WESTFALL:  Objection, compound,
14 confusing, calls for speculation.
15     Q.   (By Mr. Scott) You may answer.
16     A.   This report, the fact that it says it -- you
17 know, was not conclusive, and they say there -- it may
18 not have been issued, the Secretary of State has agreed
19 that they did not have the data available to compare
20 this, and Public Safety, the same thing, and there was
21 not a single person that if they had had this data at
22 the time of the vote would have changed their vote.
23             MS. WESTFALL:  Objection, move to strike.
24 This witness testified he'd never seen this document
25 before and he's testifying as to the Secretary of

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            335

1    State's interpretation and intent.

2              MR. SCOTT:   No further questions.

3              Thanks.

4              MS. WESTFALL:   I think we need a minute

5    outside.

6              (Recess from 7:09 p.m. to 7:26 p.m.)

7                    EXAMINATION

8    BY MR. SHORDT:

9       Q.   Senator, my name is Richard Shordt.  I'm with

10   the Texas League of Young Voters.

11      A.   Are we back on the record?

12             MR. SHORDT:  Sorry.  Are we on the record?

13             THE COURT REPORTER:  Well, yes.  I thought

14   she was going to be asking the questions, so...

15             MS. HALPERN:  And it's not appropriate

16   switching off.

17             THE WITNESS:  And there's four minutes

18   left?

19             MR. SHORDT:  We'll discuss that.

20             MS. HALPERN:  Well, let them get started,

21   but I'm surprised that you're doing the questioning and

22   not the counsel who started this deposition.

23             MR. SHORDT:  Well, we represent the same

24   party.

25             MS. HALPERN:  I understand that, but

336

1  normally the rule is only one lawyer per party.

2            MR. SHORDT:  We're not really interrupting

3  a line of questioning.

4            MS. HALPERN:  Well, I'll let you go ahead,

5  but --

6            MR. SHORDT:  I don't remember you raising

7  an objection when Reed and Mr. Scott were switching on

8  and off, but we can go ahead.

9            MR. HALPERN:  Well, I'm not responsible

10 for that.

11    Q.   (By Mr. Shordt) Senator, I'd like to talk to

12 you about a few exhibits that Mr. Scott examined you

13 on.  First is Exhibit Number 40 -- I'm sorry,

14 Exhibit 45, apologies, it's the Texas Politics poll.

15            MR. HALPERN:  Which year, Counsel?

16            MR. SHORDT:  February of 2011.  I'm going

17 to ask about all three of them.

18    Q.   (By Mr. Shordt) Do you have that?

19    A.   I have it.

20    Q.   Now, can you read what the first question is,

21 it says, "Do you agree or disagree?" Can you read that

22 question, please?

23    A.   "Do you agree or disagree that registered

24 voters should be required to present a government issued

25 photo ID before they can be allowed vote?"

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

337

1    Q.    And you a said that this poll is one of the

2  polls that you used as a basis to suggest that a photo

3  ID requirement --

4    A.    It was one of the polls that we did reference

5  of a poll that was taken.

6    Q.    If this poll says that voters should be

7  required to present, quote, "a government issued photo

8  ID," why doesn't SB 14 include all government issued

9  photo IDs?

10   A.    Would you ask the question again?

11   Q.    This poll says, the question is, "Voters should

12 be required to present a government issued photo

13 ID."  You pointed to the overwhelming support of 75

14 percent supporting this statement as a defense of

15 including a photo ID requirement in Texas.  Why does

16 SB 14 not include all government issued photo IDs?

17   A.    I believe it says "a government," not "all

18 government photo IDs."  "A government issued photo ID"

19 is what is represented in Senate Bill 14.

20   Q.    Well, are there more than one photo IDs in SB

21 14; is that correct?

22   A.    There's either four or five examples, yes.

23   Q.    And can you point me anywhere in this poll

24 where the individuals are questioned about only those

25 photos IDs included in SB 14?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            338

1     A.   I don't believe this poll had reference to

2  Senate Bill 14.  I believe this was an independent poll

3  done by the University of Texas asking the citizens of

4  the state of Texas independently of any legislation, "Do

5  you agree" --

6     Q.   Can you --

7     A.   Not could you -- do you mind if I finish?

8     Q.   I'm sorry.

9     A.   Do you agree or disagree that registered voters

10  should be required to present a government -- a

11  government issued photo before they can be allowed to

12  vote, and 75 percent of the public agreed with that, and

13  the agreement was broad across all demographic lines of

14  ethnicity.

15     Q.   Can you point me where in this exhibit it

16  defines what a government issued photo ID is?

17     A.   I can only read you what the question was

18  asked, and I don't think that probably was -- it was a

19  very clear question to the public, and if they asked

20  John Q. Public that question, they left the question to

21  stand on it's own.

22     Q.   Can you point me where in this poll it

23  identifies a government issued photo ID as a driver

24  license?

25     A.   I don't believe that's the question.  I think

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

339

1  the question is:  Should voters have to present a

2  government issued photo ID?  And this is not directly

3  connected to any piece of legislation.  The voters were

4  asked should they show a photo ID and they said yes.

5      Q.   Does this poll anywhere identify what a

6  government issued photo ID is?

7              MS. HALPERN:  Counsel, I'm going to

8  object.  You're past the four minutes.  I'm going to

9  allow you to continue with your questioning, but I'm not

10 going to allow it if you continue to ask the same

11 question 17 times in a document that speaks for itself.

12 It's either there or it's not, and asking this witness

13 whether it's there or it's not isn't going to change the

14 fact it is there or it's not.  So I'm indulging you by

15 giving you extra time.  I'd appreciate it if you didn't

16 waste it.

17     Q.   (By Mr. Shordt)  I'd appreciate it if, Senator

18 Fraser, if you could answer my question:  Does this poll

19 define what a government issued ID is?

20     A.   In a poll the question that is asked is the

21 question that is asked.  They asked the question that I

22 read to you.  The question I think speaks for itself.

23     Q.   Senator, do you recall the questioning from

24 Ms. Westfall with respect to Exhibit 37?

25     A.   You're going to have to help me what 37 is and

SENATOR TROY FRASER                                      7/23/2014
CONFIDENTIAL TRANSCRIPT

340

1  what questioning you're representing.

2      Q.   Well, I -- when you find it, I'll ask a more

3  specific question.

4              MS. HALPERN:   Was 37 asked about on the

5  cross?

6              MR. SHORDT:   Ms. Westfall asked it.

7              MR. HALPERN:   Well, she asked about it.

8  You're suppose to responding to the cross examination.

9  He wasn't asked about that in the cross examination, so

10  it's beyond the scope.

11              MR. SCOTT:   Okay.

12      Q.   (By Mr. Shordt)  So can you tell me does this

13  poll, the poll in Exhibit 45, reference strict photo

14  IDs?

15      A.   I believe the question stands on its own that

16  it says a government issued photo ID for --

17      Q.   Do you recall -- sorry.

18      A.   Do you mind?  I'd love to answer if you don't

19  interrupt me, please.

20      Q.   Go ahead.

21      A.   Would you allow me to finish my response?

22      Q.   Yes.

23      A.   Thank you.

24              The question clearly says that should a

25  government issued photo ID be required before they're

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        341

1  allowed to vote.  The question stands on its own.

2      Q.   Okay.  Do you recall when Ms. Westfall asked

3  you with respect to Exhibit 37 and read into testimony,

4  "Do you agree or disagree with the idea that registered

5  voters should be required to present a government issued

6  photo ID at the polls before they can be allowed to

7  vote," do you recall telling her that was not your

8  understanding of the question in the poll and you stated

9  that the question asked about strict photo ID?

10     A.   Okay.  I have no idea what you just said.  If

11 you'd like to repeat that and slow down.  I can't follow

12 you what you're saying.

13          MR. SHORDT:  Chris, would you please

14 repeat the question?

15          MS. HALPERN:  Is this the clarification he

16 made after we came back from the break or the testimony

17 he gave before the clarification, Counsel?

18          MR. SHORDT:  This is the testimony that he

19 gave.  He didn't give a clarification with respect to

20 this.

21          MR. HALPERN:  Actually, I think he did.

22          MR. SHORDT:  I don't believe that he did.

23          (Requested portion read back by the court

24 reporter.)

25     A.   So what is the question?

SENATOR TROY FRASER                           7/23/2014
CONFIDENTIAL TRANSCRIPT

342

1      Q.   (By Mr. Shordt) Do you recall that testimony?
2 Do you recall that testimony from earlier this
3 afternoon?
4           MS. HALPERN:  He just read it back to you.
5      A.   Yeah.  The answer is yes.
6      Q.   (By Mr. Shordt) So is it fair to say that this
7 poll does not include the words "strict photo ID"?
8      A.   The poll that they're asking was not
9 commissioned by anyone connected with Senate Bill 14.
10 This was a poll that was commissioned independently
11 that -- by the University of Texas and was released.  I
12 saw the poll and the poll asked a question and the
13 question is very clear and the words speak for
14 themselves.
15     Q.   That's not what I asked you, Senator.  I asked
16 you if the words "strict photo ID" appear anywhere in
17 this document?
18     A.   In what document?
19     Q.   Exhibit 45.
20     A.   The wording that is -- the question clearly
21 says that you present a government issued photo ID.
22     Q.   Do you agree that there are more government
23 photo IDs that exist than are included in SB 14?
24     A.   It says "a government photo ID."
25           MR. HALPERN:  Let's just answer his

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                      343

1  question.

2      A.   Do I agree that are there more than what is

3  included?  The answer is yes.

4      Q.   (By Mr. Shordt) And you don't know how any

5  single respondent to this poll interpreted the phrase "a

6  government issued photo ID;" is that correct?

7      A.   It would be subjective for me to project what

8  someone that was asked a poll the way they interpreted

9  this.

10     Q.   So the answer is yes?

11     A.   The answer is yes.

12     Q.   Can you please turn to Exhibit Number 41 that

13 Mr. Scott asked about.

14     A.   I don't know where 41 is.  Well, here it is

15 right here.  Got it.

16     Q.   And I'll point you to what is page 3, Bates

17 TX_00009047.

18     A.   Got it.

19     Q.   Do you see at the bottom where it says Photo --

20 Photo Voter ID Requirement?

21     A.   Uh-huh.

22     Q.   And can you read that question, please?

23     A.   "Do you favor or oppose requiring a valid photo

24 ID before a person is allowed to vote?"

25     Q.   Do you understand what a valid photo ID means

344

1  in this poll?

2      A.    I believe the words speak for themselves.

3      Q.    Does the poll define what a valid photo ID is?

4      A.    This questionnaire was not connected to --

5              MR. HALPERN:  Just answer his question.

6  Is there a definition in the document?

7      A.    Is there a definition of the document in the

8  question?

9      Q.    (By Mr. Shordt) Sorry.  Is "valid photo ID"

10 defined anywhere in this Lighthouse opinion poll?

11     A.    No.

12     Q.    And is it fair to say that you have absolutely

13 no idea how any respondent to this poll interpreted the

14 phrase "valid photo ID"?

15     A.    It would be subjective for me to in any way

16 guess what they -- I think the person had to rely on the

17 question on its face of what it said.  This is a

18 question that was asked.

19     Q.    So your answer is you do not know how any

20 person interpreted the phrase "valid photo ID"?

21     A.    It would be impossible for me to do it other

22 than the question speaks for itself.

23     Q.    So your answer is a yes, you don't know how any

24 person interpreted the word -- phrase "valid photo ID"?

25     A.    My answer is that the question speaks for

345

1  itself and there's going to be no way for me to

2  interpret the way they interpreted it.

3      Q.   Can you look at the last page of this poll,

4  please, Survey Geographic Zones is at the top.  And I

5  apologize -- yeah, the last page is Texas Bates

6  TX00009052, it's a map.

7      A.   My map is not very good, but yes.

8      Q.   Does this appear to be a complete map of Texas?

9      A.   No.

10     Q.   To your knowledge, was this survey taken of

11 voters throughout all of Texas?

12     A.   I don't believe I can determine that because I

13 think this probably was a color coded map and there's

14 references to the areas you're talking about.  I think

15 you're making an assumption based on the fact that is

16 bad printing off of a bad printer and I don't think it

17 is conclusive what it is because, if you look at the

18 description below that, there's a reference to the

19 Austin area and a code of a color that would have been

20 there and that -- there's a hole in the map where that

21 would have been, but because this is not a color map, it

22 doesn't show up.

23     Q.   But you don't know the geographic breakdown of

24 the respondents for this poll?

25     A.   It would be impossible for me to determine

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

346

1  because that, the map you're looking at here, has no

2  guidelines of where they, you know, they took the poll,

3  so the question you're asking is impossible to determine

4  based on this map.

5       Q.   Can you please turn to page 3?

6       A.   On the same exhibit?

7       Q.   Yes, sir.

8       A.   Got it.  Page 3 I'm assuming is 9047?

9       Q.   Yes, sir.

10      A.   Yes.

11      Q.   At the very top, do you see where it says,

12  "Single most important problem facing Texas"?

13      A.   Yes.

14      Q.   Is lack of confidence in voting any of the most

15  important problems facing Texas?

16      A.   I do not see it listed there, but I don't think

17  that was one of the ones -- the things that was asked,

18  the question -- the choices available.  I believe if you

19  totaled the numbers of percentages, that will total to a

20  hundred.  They gave these people eight choices of

21  questions they could ask.  They chose between those

22  eight.  The question you're asking was not a choice they

23  included.

24      Q.   But this poll does ask about photo voter ID

25  requirements; is that right?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            347

1      A.    Yes.

2      Q.    So questions were asked about photo IDs?

3      A.    Yes.

4      Q.    And you don't believe that any questions --

5  well, strike that.

6            Is photo voter ID requirements listed as

7  one of the single most important problems facing Texas?

8      A.    It's not one of the questions they asked.

9      Q.    Do you know if any questions were asked about?

10     A.    There's no way to determine from this poll.

11     Q.    And can you please turn to Exhibit 42.

12     A.    42?

13     Q.    Yes, sir.

14     A.    Okay.

15     Q.    "The Effects of Photographic Identification

16 ffon Voter Turnout in Indiana, a County Level Analysis"?

17     A.    Yes.

18     Q.    Would you please turn to Page 7 of the report

19 which is Bate stamped Texas 00008826.

20     A.    I'm there.

21     Q.    I'll point you in the direction to what is

22 Section 5 discussion in the second column halfway down.

23     A.    I'm there.

24     Q.    Can you look at the first two paragraphs,

25 primarily I have a question about the second paragraph,

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        348

1  so when you've had a chance to review it, please let me

2  know.

3      A.   I'm sorry?

4      Q.   Let me know when you've had a chance to review

5  it.

6           Have you had as a chance to review it,

7  Senator?

8      A.   No.

9           Okay, I've finished reading.

10     Q.   Okay.  Do you see where it says, "In this

11 study, I exploit the existence of a natural experiment

12 in the impact of photo ID: the change in turnout between

13 the 2002 and 2006 midterm elections in Indiana."

14          Do you understand that this report

15 analyzes election results in the 2006 and 2006 midterm

16 elections in Indiana?

17          MR. HALPERN:  I think you misspoke,

18 Counsel.  You meant 2002 and 2006?

19     Q.   (By Mr. Shordt) I'm sorry, 2002 and 2006.

20     A.   I believe that's what it says.

21     Q.   Are you aware of whether 2002 or 2006 were

22 presidential election years?

23     A.   I believe that they are referring to midterm,

24 and midterm generally means that's not a presidential

25 election year.

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

349

1      Q.    Do you understand that -- or in your experience

2   as a Senator, is voter turnout generally higher during

3   midterm elections or general elections?

4      A.    The analysis of this is not determining whether

5   turnout was high or low in reference to a midterm or

6   presidential year.  They compared it to like midterm

7   years and other midterms.

8      Q.    But that wasn't quite my question.  Is turnout

9   generally higher in a midterm elections, Senator, or --

10     A.    In a presidential year, it generally is higher.

11     Q.    So do you think that an analysis of midterm

12  elections would accurately reflect turnout rates in a

13  presidential election then?

14     A.    Well, as someone who's been in politics for a

15  long time, I can tell you that the -- anytime that you

16  look at polling data, you always look at midterm.

17  Because in a presidential race, it depends on the

18  candidates running and you can have anomaly that

19  happens.  And we had an anomaly 2008 because Obama was

20  able to turn out a large portion of voters that normally

21  wouldn't vote.

22            In the midterm prior to that, in 2006 and

23  the midterm of 2002, normally you do not have that

24  anomaly and you get a very like sample so the

25  representation is better, and that's the reason they

350

1  used 2002 and 2006.

2      Q.   But is true that more people will vote in a

3  presidential election year?

4      A.   I know the question you're asking, but this

5  report is referencing a study in 2002, 2006, and it has

6  nothing do with a presidential year.

7      Q.   So it has nothing to do with analyzing an

8  election where more people will likely vote?

9      A.   Not if there's an anomaly because of the

10 presidential election turning out an abnormally -- an

11 abnormal number of people.  They're looking at comparing

12 apples and apples.  If you used a reference of what

13 happened in 2002 and 2006, it is apples and apples with

14 other midterm elections.

15     Q.   Do you think that 2008 was the only

16 presidential abnormality election?

17     A.   I was using 2008 as an example, but generally

18 you'll have, if you're going to have an abnormal

19 turnout, it will be in an highly contested presidential

20 election.

21     Q.   One last question:  You testified with respect

22 to the amendments that were offered by legislators less

23 than 24 hours prior to consideration of SB 14, and

24 correct me if I'm mischaracterizing your testimony, but

25 there was not enough time to analyze the amendments; is

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                            351

1  that correct, sir?

2      A.    I testified that in the Senate, both policy and

3  the request to turn in amendments, so we're allowed to

4  look at the physical impact and the input back from the

5  agencies of the implementation of the -- of the

6  amendment, and the reason you do that in advance is that

7  it helps the person carrying the amendment chances of

8  passing because it allows the agency that impact.

9              Generally in the legislature, if an

10  amendment is dropped in late; i.e., you only have a few

11  minutes to look at it, its chances of passage are very

12  thin or unlikely, because you do not have sufficient

13  time to analyze the impact of the -- of the amendment

14  that's offered.

15     Q.    What would a sufficient time to analyze the

16  amendment offered be?

17     A.    24 hours.

18     Q.    And do you feel that two weeks is enough time

19  to analyze the sufficiency of a major piece of

20  legislation like SB 14?

21     A.    I would think two weeks would be, yes.

22     Q.    Were there any amendments offered that were not

23  provided 24 hours ahead of time that were adopted?

24     A.    I -- I do not know the answer to that.  I would

25  think it is the likelihood that the CL -- the concealed

352

1  handgun amendment license by Senator Hinojosa, I don't

2  think we had 24 hours notice, but that was an amendment

3  that was easy to analyze because we knew the impact

4  because it was already -- there wasn't a fiscal impact

5  because it was already in place.

6      Q.   So you did make some exceptions to the 24-hour

7  rule?

8      A.   If we were able to analyze the amendment.

9      Q.   Okay.  And can you tell me is it true that the

10  time of floor consideration was changed for -- from

11  9:20 p.m. on January 26, 2014 to the daytime hours on

12  January 26, 2014, so the public could watch?  Is that

13  accurate?

14      A.   Say it -- ask the question again, please.

15      Q.   Was the time of floor consideration for SB 14

16  changed from 9:20 p.m. on January 26, 2014, to the

17  daytime hours on January 26, 2014, so the public could

18  watch?

19      A.   I still am not getting the question.  You're

20  asking --

21      Q.   Let me ask you this.  Sorry to cut you off, but

22  I want to ask it probably a different way.  Do you

23  recall when consideration of SB 14 began?

24      A.   No.

25      Q.   Do you recall if it was in the morning or

353

1  afternoon or evening?

2      A.   No.   This is Senate Bill 14 you're referring

3  to?

4      Q.   Yes, sir.

5      A.   No, I'm sorry, I do not remember.

6              MR. SHORDT:  I have no further questions.

7              MS. WESTFALL:  I have one exhibit.

8              MR. HALPERN:  Let the record reflect that

9  y'all have had 25 minutes now.  I'm going to let you ask

10 your question.

11             MS. WESTFALL:  Could you mark this?

12             (Exhibit 47 marked for identification.)

13                FURTHER EXAMINATION

14 BY MS. WESTFALL:

15     Q.   Senator, you've been handed what's been marked

16 as Exhibit 47.  Do you recognize this document?

17     A.   I do not recognize the document, no.

18     Q.   Were you copied on this document in another

19 version?   Were you sent this separately?

20     A.   I'm sorry?

21     Q.   Were you sent this letter from Senator Van de

22 Putte separately?

23     A.   If you will give me a second to look at it.

24     Q.   Take your time.

25     A.   What was your question?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                              354

1     Q.   Were you sent this letter yourself from Senator
2  Van de Putte?  Or copied?
3     A.   I do believe our office received this, yes.
4     Q.   Do you see that this is a letter sent January
5  21, 2011?
6     A.   Yes.
7     Q.   And it's sent from Senator Van de Putte to
8  Senator Duncan?
9     A.   Yes.
10    Q.   And was Senator Duncan presiding over
11 consideration of Senate Bill 14?
12    A.   I do believe that he had been asked by the
13 Lieutenant Governor to preside over the hearing.
14    Q.   And that was before the Committee of the Whole;
15 is that correct?
16    A.   That was on January 21.  This is January 21.
17 The bill was heard on the 25th, I believe.
18    Q.   And was that in committee on the 25th and then
19 on the floor on the 26th?
20    A.   I'm sorry, I don't have that data in front of
21 me, so I can't answer that.
22    Q.   That's okay.  Don't worry about it.
23         Do you see that this letter expresses in
24 the first paragraph concern about the timing of the
25 public hearing on Voter ID?

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

355

1      A.   Yes.

2      Q.   And does Senator Van de Putte also express

3  concern in the second paragraph about the notice

4  provided to all senators about when the Committee of the

5  Whole hearing on Senate Bill 14 would be held?

6      A.   Yes.

7      Q.   Does Senator Van de Putte further express --

8  contrast the notice senators were afforded in 2011 with

9  the notice provided in 2009 in the last paragraph of the

10  first page?

11      A.   Yes.

12      Q.   And turning to the second page of Exhibit 47,

13  do you see that Senator Van de Putte also expresses that

14  under the Senate rules there was concern that there was

15  inadequate notice of the timing of the Committee of the

16  Whole hearing?

17      A.   Where is the --

18      Q.   That would be three paragraphs down.  Do you

19  see that concern?

20      A.   Yes, I do.

21      Q.   Do you recall that Committee of the Whole

22  hearing was held on January 25th, 2011?

23      A.   Again, I don't have that in front of me, but if

24  you represent the hearing was on the 25th, yes.

25      Q.   I will represent that to you, and I prefer not

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

356

1  to use another exhibit so we can all save time.

2             And do you remember that the floor

3  consideration on all the amendments were considered on

4  the 26th of January?  I'll represent that to you.

5      A.    Okay.

6      Q.    Do you recall that initially there was going to

7  be requirement of 24 hours between Committee of the

8  Whole consideration of Senate Bill 14 and the floor

9  consideration of Senate Bill 14 as required by Rule 5.11

10 of the Senate rules?

11     A.    Yes.

12     Q.    And that was agreed to initially; is that

13 correct?

14     A.    Yes.

15     Q.    And then the time was shortened in order to

16 allow the public to watch the debate on television?

17     A.    I'm not aware of that, no.

18     Q.    Did the debate and the amendments, were they

19 offered during the daytime hours or earlier than

20 9:20 p.m. on January 26th?

21     A.    I believe you are correct.  This is on the

22 26th?

23     Q.    Yes.

24     A.    Yes.

25             MS. WESTFALL:  Thank you for your time,

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

357

1   Senator.

2              MR. SCOTT:   Free at last.

3              (Deposition concluded at 7:57 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                         358

1  CHANGES AND SIGNATURE

2          RE: VEASEY, ET AL. VS. PERRY, ET AL.

3  PAGE  LINE  CHANGE              REASON

4  _____

5  _____

6  _____

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20     I, SENATOR TROY FRASER, have read the foregoing

21 deposition and hereby affix my signature that same is

22 true and correct, except as noted above.

23

24                         _____

25                         SENATOR TROY FRASER

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

```
                                                              359

 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                 CORPUS CHRISTI DIVISION
 3 MARC VEASEY, et al.,              )
                                     )
 4          Plaintiff,               )
                                     )
 5 VS.                               )  CIVIL ACTION NUMBER:
                                     )  2:13-CV-193 (NGR)
 6 RICK PERRY, et al.,               )
                                     )
 7          Defendants.              )
   _____)
 8                                   )
   UNITED STATES OF AMERICA,         )
 9                                   )
            Plaintiff,               )
10                                   )
   VS.                               )  CIVIL ACTION NUMBER:
11                                   )  2:13-CV-263 (NGR)
   TEXAS LEAGUE OF YOUNG VOTERS      )
12 EDUCATION FUND, et al.,           )
                                     )
13     Plaintiff-Intervenors,        )
                                     )
14 TEXAS ASSOCIATION OF HISPANIC     )
   COUNTY JUDGES AND COUNTY          )
15 COMMISSIONERS, et al.,            )
                                     )
16     Plaintiff-Intervenors,        )
                                     )
17 VS.                               )
                                     )
18 STATE OF TEXAS, et al.,           )
                                     )
19          Defendants.              )
   _____)
20                                   )
   TEXAS STATE CONFERENCE OF         )
21 NAACP BRANCHES, et al.,           )
                                     )
22          Plaintiffs,              )
                                     )  CIVIL ACTION NUMBER:
23 VS.                               )  2:13-CV-291(NGR)
                                     )
24 NANDITA BERRY, et al.,            )
                                     )
25          Defendants.              )
```

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                        360

 1  BELINDA ORTIZ, et al.,          )
                                    )
 2          Plaintiffs,             )
                                    )
 3  VS.                             )   CIVIL ACTION NUMBER:
                                    )   2:13-CV-348(NGR)
 4  STATE OF TEXAS, et al.,         )
                                    )
 5          Defendants.             )
    _____)
 6
                    REPORTER'S CERTIFICATION
 7         HIGHLY CONFIDENTIAL DEPOSITION OF
                    SENATOR TROY FRASER
 8                   JULY 23, 2014
 9      I, Chris Carpenter, Certified Shorthand Reporter in
10  and for the State of Texas, hereby certify to the
11  following:
12      That the witness, SENATOR TROY FRASER, was duly
13  sworn by the officer and that the transcript of the oral
14  deposition is a true record of the testimony given by
15  the witness;
16      That the deposition transcript was submitted on the
17  _____day of _____, 2014, to the witness or to the
18  attorney for the witness for examination, signature and
19  return to _____,
20  by _____, 2014, and if returned,
21  the original transcript will forwarded to Tania
22  Faransso, the custodial attorney;
23      That the amount of time used by each party at the
24  deposition is as follows:
25      Ms. Faransso:  4 hours, 13 minutes

                 U.S. LEGAL SUPPORT - AUSTIN, TEXAS
                          512-292-4249

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

                                                           361

1        Ms. Westfall:  2 hours, 4 minutes
         Mr. Derfner: 19 minutes
2        Mr. Scott:  37 minutes
         Mr. Shordt:  31 minutes
3
4        I further certify that I am neither counsel for,
5    related to, nor employed by any of the parties or
6    attorneys in the action in which this proceeding was
7    taken, and further that I am not financially or
8    otherwise interested in the outcome of the action.
9        Certified to by me this 24th of July, 2014.
10
11
12        _____
13        Chris Carpenter, Texas CSR 1151
          Expiration Date:  12/31/2014
          701 Brazos, Suite 380
14        Austin, TX  78701
          (512)292-4249
15
16   Firm Registration No. 344
17
18
19
20
21
22
23
24
25

SENATOR TROY FRASER                           7/23/2014
CONFIDENTIAL TRANSCRIPT

1

**A**

**$22** 150:22 151:20
**$3** 151:1
**a.m** 2:17 51:9,9 123:6
**Abilene** 221:23
**ability** 12:24 38:17
  62:7 98:15 142:15
  162:14 253:2 263:6
  280:2 289:20
  304:22 305:16
  313:10 317:17
  319:22 320:4
**able** 11:12 12:20
  27:22 41:6 60:10,20
  61:12,21 71:5,14
  89:19 108:5 155:22
  158:24 160:25
  161:21 175:18
  193:1 249:22 276:3
  277:4 295:20 302:4
  312:14 313:17
  317:14 349:20
  352:8
**abnormal** 350:11,18
**abnormality** 350:16
**abnormally** 350:10
**above-styled** 2:16
**absent** 7:11 328:8
**absentee** 189:8,9,13
  189:15 202:10,15
  202:24 203:2,6
**absolute** 293:2
**absolutely** 325:6
  344:12
**abuse** 183:11,12,13
**acceptable** 34:13
  60:16 62:12 63:5,14
  65:17 66:15 93:7,12
  114:25 115:9
  119:10,11,20
  120:17 123:23
  129:11,22 130:5,15
  130:23 131:4

136:14 138:9 139:8
  176:7 177:14
  178:22 180:19
  183:4 189:19
  271:19
**accepted** 135:3,11
  136:11 142:9 179:8
  183:4,5 189:3 237:6
  253:10 270:2,17,21
  273:8
**accepting** 207:15
**access** 17:17 148:17
  155:23 157:5
  161:21,25 251:10
  258:10 259:13
  265:13,25 280:2
  324:23 327:13
**accommodate** 11:6
  11:20
**accredited** 317:7
**accumulation** 214:1
**accuracy** 166:17
**accurate** 20:1 22:17
  164:1 166:15 180:3
  180:6 222:5 226:13
  231:9 267:17
  272:12,23 352:13
**accurately** 170:22
  177:1 293:19,23
  349:12
**Acorn** 202:17
**acquire** 313:8
**acquiring** 149:8,17
**Act** 16:3 71:3 96:15
  118:12 185:9
  245:20 260:23
**acted** 199:17
**action** 1:5,10,22 2:3
  108:4 200:5,8 359:5
  359:10,22 360:3
  361:6,8
**activities** 22:18
**actual** 40:8 56:2
  72:13,20 120:12

124:25 170:9
  171:15 241:9
  267:14
**add** 85:22 86:6
**added** 134:11 135:10
  143:22 145:7 171:6
  172:3,9,12 247:4
  280:19 307:16
**adding** 246:19
  247:10,21 248:4
**additional** 10:13,14
  14:10 38:10 157:24
  158:3 329:1
**additions** 321:17
**address** 39:12 82:4
  82:16 108:5 135:2
  203:5 312:25
**addressed** 44:20
  108:8 213:12
  214:23 235:8
  237:18
**addressing** 66:22
  87:12 317:6 328:9
**adjusted** 24:21
**administered** 24:11
  24:18
**Administration** 7:4
  225:3
**administrative**
  245:23
**adopt** 83:16 270:6
**adopted** 83:15 85:19
  86:24 87:14 105:13
  105:14,17,19
  169:25 174:8,10
  178:10,13,16
  182:19 184:9
  209:25 225:11
  270:10 351:23
**adopting** 173:4
**Adoption** 7:1
**advance** 78:18
  197:11,15 223:17
  310:21 351:6

**advantage** 103:20
**advise** 11:11
**advised** 164:4,12
  166:21,23 197:3
  230:16 233:21
  240:20
**advising** 79:10
**advocacy** 124:18
**advocate** 28:3
**Affairs** 23:7 70:23
  89:14,16,22 218:2,7
**affect** 12:24 166:13
  166:25
**affidavit** 191:2 232:7
  232:8 240:19
  282:24
**affirmatively** 75:7
  96:21
**affix** 358:21
**afford** 184:15 281:11
**afforded** 355:8
**African** 75:6 97:5
  250:23 252:8,10,15
  252:20
**African-American**
  123:21 167:1,13
  287:15 324:2,16
  327:25 333:4
**African-Americans**
  125:7 166:14 167:3
  287:19 293:6
  295:23 325:12
  328:13 330:2
**afternoon** 138:19
  342:3 353:1
**AG's** 9:11,12
**age** 21:2,6 140:20
**agencies** 128:8,13,18
  129:24,24 217:23
  268:5 312:8,10
  351:5
**agency** 65:12,13,21
  65:22 66:10,12
  129:4,5 151:17,19

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

2

179:3 279:17,17
297:1 305:23 311:8
351:8
**ago** 10:25 38:15 41:2
41:18,21 42:1,11
44:1 45:12 57:3
69:1 73:3 80:13,17
122:5 201:2 264:5
285:9 303:22
**agree** 10:7,9,9 27:10
28:9,11 29:9 34:11
47:3,19 53:23 54:15
60:23 65:15,24 66:1
76:14 92:3,23,24
93:1 98:23,25
117:14,16 118:15
119:1 148:17 157:8
157:23 158:2,5
160:4,11 209:10
219:25 220:3
252:22 302:18
329:19 330:24
331:21 332:5,19
336:21,23 338:5,9
341:4 342:22 343:2
**agreed** 62:1 65:19
109:18 329:23,24
330:1,1 332:1,2
334:18 338:12
356:12
**agreeing** 47:10
**agreement** 27:5,9
138:8 233:11
243:17 332:9,23
338:13
**ahead** 24:18 26:7
43:7 44:14 46:23
49:13 109:14,19
119:23 207:23
221:10 222:2
243:17,19 302:12
318:8 320:4 323:9
336:4,8 340:20
351:23

**air** 284:6
**airplane** 158:10
**al** 1:3,6,12,15,18,21
1:24 2:1,4 3:9 358:2
358:2 359:3,6,12,15
359:18,21,24 360:1
360:4
**aliens** 208:20 209:5
210:5,14,21 211:11
**aligned** 47:8
**allegations** 314:7,9
314:10,12
**allow** 12:16 24:20
62:17 98:13 99:13
134:3,11,18 196:19
199:3 270:4 274:3
274:13 292:3,3,10
292:11 294:13
299:11 312:8,12,20
312:22 313:2,3
339:9,10 340:21
356:16
**allowed** 26:2 35:25
50:8 57:20 60:16
62:9,13 71:22
105:14 129:25
135:7 180:18 181:5
184:14 194:11
195:11 211:3 233:1
252:9 269:9,24
273:10 275:8,16
292:19 313:8
317:13 324:13
329:21 331:2,24
332:7,22 336:25
338:11 341:1,6
343:24 351:3
**allowing** 122:7,12,17
123:14 124:9 126:5
127:5 134:24
135:13 176:12
181:24 192:8
240:19 273:15
274:2

**allows** 70:21 137:15
248:17,21 273:23
351:8
**alluded** 222:24
**alternative** 269:18
301:9
**amazing** 136:23
**amended** 34:1 268:23
268:25 270:6
**amending** 274:3
**amendment** 134:16
134:20 135:2,3,4,6
135:10 136:9,10
142:5,8,9 170:3,6,9
170:13,14,14,16,20
170:23,24,25 171:1
171:1,3,4,7,9,11,15
171:23 172:1,4,10
172:13,20,25 173:1
173:4,8,17,17,21,24
174:8,9,12,15,15,23
174:25 175:25
176:6,10,13,18,22
176:23,24 177:3
178:5,7,10,13,16
179:9,11 180:10,11
180:12,15,16,18,23
181:1,5,9,12 182:6
182:10,14,19 183:3
183:4 184:9 225:13
235:8 237:6 268:4,9
268:11,18,21 269:9
269:16,19,23 270:7
270:7,10,16,18,20
271:2,13,19,23
273:2,6,7,10,18
275:7,15,21 276:1,2
276:7,8,18 277:3
278:21,25 279:2
280:19,24 281:8,13
281:15 310:3,10,12
310:16 311:3,9,14
311:15,17,21,23
312:2,3,5,15,17,17

312:20 313:5,7,15
315:5,6 316:17,19
316:21,24,24 317:4
317:5,13 351:6,7,10
351:13,16 352:1,2,8
**amendment's** 310:24
**amendments** 6:24
134:11 168:21
169:24 271:3 274:1
274:9 284:6,11,24
310:18,20,22,24,25
311:7 350:22,25
351:3,22 356:3,18
**America** 1:8 3:4
260:22,23 359:8
**American** 75:6
250:24 252:8,10,15
252:20
**Americans** 97:6
**amount** 9:23 297:2
360:23
**analysis** 7:9 35:12,13
35:17 36:6,13,14,18
36:20 37:1,3,13,18
37:20,22,23 38:1,1
38:6 70:12 119:8
140:12 149:7,11
152:8 155:17 156:8
160:16 161:13
258:21 260:6,7
262:19 263:8,9
264:2,4,7,10,14,19
327:11,18 347:16
349:4,11
**analyzation** 70:22
**analyze** 69:24,24
70:7,15 350:25
351:13,15,19 352:3
352:8
**analyzed** 70:9,14
**analyzes** 348:15
**analyzing** 70:16
350:7
**and/or** 36:3 57:5,6

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

3

139:16 161:10
191:24 327:3
**Anglo** 289:25
**Anglos** 323:25
  328:13 330:1
**Ann** 255:15 256:8,21
  257:17 259:24
**announced** 185:15
**announcement** 9:24
  28:25 107:23
**announcing** 215:14
  215:17
**anomaly** 349:18,19
  349:24 350:9
**answer** 11:11,21 12:4
  12:24 18:17 26:2,19
  26:20 29:14,16,18
  30:7,19 31:2 33:24
  34:8 35:3,5 37:7,17
  37:18,23 38:21
  40:17,17 42:21,22
  43:4,23 44:13,14,14
  44:25 45:1,4,16,19
  46:10,23 47:16 50:1
  50:19,25 51:1,2
  53:21 57:1 58:3,14
  58:20 61:17 62:11
  62:20 67:19,23 68:2
  70:2,8 74:16 78:24
  78:25 80:11,16,22
  81:23 82:1,13 86:21
  90:11 91:4 92:20
  97:18 98:7,14,18
  99:8,15 101:9,16
  102:13,17 109:15
  113:3,19 115:4,5,6
  115:12,13 116:18
  117:1 119:6,24
  121:11,24,25
  125:18 126:7 127:1
  129:16 136:20
  139:13 141:11
  143:9 146:7 149:18
  161:7 164:11,14

165:25 167:7 168:9
173:22 177:2
185:20 186:1
191:11,12,18
192:15 195:9 197:2
198:2 199:8,12
200:11,17 201:1
211:4,5,16,17
213:13 217:15
220:14 226:20,22
226:22 227:12
228:24 231:23
232:13 237:14,19
240:8 242:19 243:6
246:7 249:19
250:10,16 251:17
255:20 258:14
262:25 263:2,22,24
265:10 266:3 267:9
267:13 276:20
277:22 278:7
279:23 280:5
282:17 283:15
289:6 291:9 292:6,7
292:13 294:13,18
294:18 295:12
302:4 306:4 307:7
314:4 315:2,9
316:10 318:8
321:20 330:19
334:15 339:18
340:18 342:5,25
343:3,10,11 344:5
344:19,23,25
351:24 354:21
**answered** 31:8,8 38:3
  57:10 59:5 70:14
  116:23 176:16
  178:14 191:8,13
  251:19 294:9,16
  313:25 314:3
  315:25 317:24
  318:23 321:19
**answering** 29:13 45:3

48:9,12 55:25 59:4
61:15 62:5 110:14
126:19 267:12
291:9
**answers** 12:5,6 26:7
  226:14,18 234:11
  251:14 263:1
**anticipate** 71:9
**anybody** 14:8 47:14
  68:18 101:10
  143:25 201:4
  306:21 323:1
**anymore** 322:16
**anytime** 48:19
  239:25 349:15
**apart** 173:23
**apologies** 248:16
  336:14
**apologize** 52:13
  345:5
**appear** 9:21 11:16
  19:6 46:17 145:21
  146:15 164:25
  169:6,17 172:20
  229:15 251:16
  342:16 345:8
**Appearances** 5:2
**appeared** 183:3
  189:18
**appearing** 4:7
**appears** 19:12 25:10
  43:12 51:14 52:7,19
  52:21 67:19 83:14
  93:25 105:9 107:8
  107:16 114:1 118:4
  143:19 145:24
  147:18 190:15
  196:8 203:14
  225:23 229:19
  230:6 239:3 241:9
  310:13 311:16
  316:20 317:6
**apples** 350:12,12,13
  350:13

**applicant** 187:12
  188:6,11,12,17
  206:6 297:16
  298:16 299:9 301:7
  301:8,20 302:23
  305:24,25 315:22
  316:2
**applicant's** 299:22
**applicants** 179:12
  216:17 217:1,5
  260:22 301:12
  303:4,5 307:18,25
**application** 6:7
  187:13,24 188:1,3,4
  188:17,21 216:19
  216:22,23,24
  260:16 264:16
  299:21 315:18,20
  315:21 316:1
**applies** 217:14
**apply** 179:12 301:8
**appreciate** 41:21
  174:23 210:1
  241:13 249:21
  339:15,17
**approached** 257:2
**appropriate** 26:7,23
  190:2,4 230:2,4
  231:6 257:21
  279:13 335:15
**appropriation**
  286:21,23
**appropriations**
  297:13
**approval** 118:9,10
**approved** 128:24
  208:7,10 251:9
  254:9 321:16
**approves** 188:16
**approximately** 21:3
  21:7 22:3 151:23
  322:2
**April** 6:19 16:19 25:7
  25:15 68:9 238:25

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

4

**area** 105:21 155:4
  157:16,16,18
  159:16 183:16,19
  306:10 345:19
**areas** 123:22 154:18
  157:3,7 159:5,10,10
  159:17 160:3
  161:18,19,24 162:1
  214:5 345:14
**arguably** 118:7,14,23
**argue** 291:23
**argument** 92:5,11,16
  93:9,16 118:22
**argumentative**
  179:21 266:2
  277:21 278:6
**Armand** 4:7 9:16
  296:7,9,10,20,23
  298:1
**arranged** 153:21
**article** 6:14 7:7,10
  221:13,15,20
  222:25
**articles** 217:21
**as-introduced** 5:15
  43:15
**as-is** 298:2
**ascertain** 198:21
**aside** 124:7 127:4
  167:18 188:15
  226:11
**asked** 12:11,16 30:6
  30:8 45:5,15 74:25
  75:1,2,16,25 76:1,5
  76:7,9,13,15,17,22
  80:14 81:15 87:21
  89:18 96:23 97:14
  98:9 101:7 102:12
  104:7 107:12
  116:22 122:4
  123:16,20 124:3,15
  125:1,11 126:23
  136:10 139:14
  140:1 142:8 148:24

152:4 158:14,17
159:21 161:17
164:15 165:17
166:8,11,24 167:8
167:14,17 168:1
176:15 191:8
195:13 197:10
200:22,23,25
206:15 209:22
213:11 215:2
216:22 217:2
226:23 230:16
233:22 234:14
235:6 237:18
249:13 250:21
251:21 253:12
254:23 255:5,9
270:20 275:24
286:11 290:22
291:4,22 292:18,23
292:25 293:5,18,20
293:23 295:10,17
295:19,22 302:25
303:25 304:14
313:25 314:2
315:24 317:23
318:22,24 321:19
323:17,18 324:11
325:19 329:4
330:24 338:18,19
339:4,20,21,21
340:4,6,7,9 341:2,9
342:12,15,15 343:8
343:13 344:18
346:17 347:2,8,9
354:12
**asking** 8:11 15:3
  18:17 30:7 31:2
  34:18,21 38:20 41:1
  43:24 48:10 61:23
  61:25 64:4 65:3
  69:10 71:13 72:2
  73:2,16 76:24 77:6
  77:7,11 78:6,11

80:12,20 81:1,22
84:12 85:23 86:2,2
86:17 88:14,22
92:24 93:1 108:20
112:13 115:7
116:24 121:4
126:12,17 133:6
135:12 149:16
150:12 156:10
160:22 161:8 167:2
167:12 168:7 174:7
174:24 175:6
176:17 227:7
228:22 235:16,18
236:17,22 250:7
252:14 254:17
268:10 272:19
284:5,6,10,11,16
285:10 286:17
289:5 290:20 291:8
293:25 294:10
302:11,22 305:6,6,7
312:6 325:10
329:18 332:25
335:14 338:3
339:12 342:8 346:3
346:22 350:4
352:20
**asks** 249:24
**aspect** 175:5
**assert** 43:24 47:1
  98:15
**asserted** 48:20
**asserting** 26:5 29:12
  35:4 48:11,13,20
**assertion** 47:2 266:7
**asserts** 48:12
**assigned** 79:25
  122:24 304:8
**assistance** 18:5
**Assistant** 3:11
**associated** 150:2,7
  162:7 253:13,17
**Association** 1:14

30:15 359:14
**assume** 18:10 22:14
  69:2 167:16
**assumes** 61:13 82:6
  88:12 115:2,10
  118:17 119:22
  120:19 121:9
  124:22 125:15
  150:10 167:23
  179:15,25 282:13
  305:21
**assuming** 22:17,19
  24:17 44:8 88:15
  107:8,10 142:18
  158:9 174:3 231:9
  240:13 250:18
  260:8 291:14 346:8
**assumption** 155:3
  222:13 252:22
  326:7 345:15
**attached** 2:22 153:5
  153:9,10
**attachment** 5:22 6:1
  6:17,20,23 117:25
**attachments** 91:12
  91:14,17
**attempt** 28:16 55:24
  202:22 221:9 222:2
  223:5 263:19 319:9
  319:12 328:19
**attempted** 39:11 51:2
**attempting** 41:5
  50:19 96:16
**attention** 196:9,11
  198:20 210:4,20
  215:24 220:25
  221:14,25 225:24
  226:2 229:12
  234:12 249:9,11
  250:19 256:18
  262:9 264:22
  271:12 288:2,4,14
  325:3 327:7
**attest** 182:15 216:17

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

5

**attested** 281:1
**attorney** 2:20 3:11,12
  3:17,22 8:2 41:8
  48:12 57:5 185:15
  185:24 242:24
  360:18,22
**attorney-client** 243:3
**attorneys** 361:6
**Austin** 2:20 3:13,18
  3:23 138:4 181:18
  326:6 345:19
  361:14
**author** 45:23 54:10
  101:5,11 104:15,17
  235:3 310:20
**authority** 279:17,21
  297:21 301:18,23
  303:6,8,9,16,20,23
  303:23 304:8
**authorize** 275:16
**authorized** 208:24
**availability** 145:8
  152:4 155:18
  161:21
**available** 39:25 40:11
  40:20 83:5 152:16
  155:25 156:17
  201:20 213:14
  258:17 267:18,20
  328:24 330:7
  334:19 346:18
**Avenue** 3:7 4:3
**avoid** 240:5 284:14
  284:19
**aware** 21:1,5 31:3,9
  36:6 37:13 38:14
  57:8 71:14,19 86:3
  86:4,5 96:2 103:2
  106:3,5 109:5
  111:17 116:20
  128:11,16 134:17
  134:23 139:10,15
  139:17 140:2 143:2
  149:7,23 150:1,2,7

150:14,18,21,24
151:23,25 152:1
154:14 155:13
162:2 181:15
185:14,21 217:9,13
217:16,17 223:12
223:16,20 224:9,22
231:25 232:2,4,20
232:20,21,24
233:17 237:15,20
240:23 241:15,21
242:13,21 255:2
259:2,6 260:5
266:11 267:17
268:13 269:12
273:21,22 275:10
275:11 278:16
289:18,20 301:11
307:24 313:20
314:7 329:6 348:21
356:17

**B**

**b** 34:12 66:11
**back** 51:21,22,23,24
  57:18 58:8,9 59:19
  59:20 60:3,4,4 63:3
  63:17,25 64:2 65:10
  66:4 70:4,5 71:16
  71:17 87:25 88:1,16
  88:18 91:21 99:6
  101:6 104:8,9
  112:15 113:18
  119:14 123:4,17
  124:6 127:8 144:22
  144:24 147:23
  154:22,25 155:1
  160:18 164:7,8
  165:21,23 176:25
  177:3 178:25 186:9
  186:10 190:4
  191:14,16 193:23
  195:16 197:5 207:3
  209:3 210:4,20

213:8,9 228:14
229:12 231:18
233:2 241:6 246:24
249:9 259:17
262:13 263:15
268:2 279:25
285:22 286:3 288:3
289:15,15 311:24
312:9 316:16
317:20,22 325:5
327:18 335:11
341:16,23 342:4
351:4
**bad** 265:22,23 266:5
  266:5,8 274:6
  345:16,16
**Baker** 74:17 127:11
  266:16,16,18
**Baker-Carter** 250:14
**ballot** 38:23,25 39:4
  39:6,8,10,14,21
  43:6 44:17 50:15,17
  50:23 55:17 56:8
  57:17 60:8,10,17,20
  61:12,21 62:6,7,10
  62:13,14,24 65:18
  93:12 122:20,21
  125:3 126:9,24,25
  127:13 139:1,21
  189:20 190:2,3,12
  190:16,18,21
  192:24 202:24
  211:25 212:14,24
  214:3,9 229:21,25
  230:3,4,10,11,14,20
  231:12 232:7,9,12
  233:5,15,19,23
  234:15 235:22,23
  236:16 238:8,11
  277:25 278:14
  280:25 281:1,10,12
  316:8,12
**ballots** 54:24 93:8
  162:15 182:15

189:21 202:11
203:2 231:5 232:2,3
232:11,23 234:19
234:24 235:20
236:11 237:4 239:8
282:24
**bank** 312:23
**bar** 315:10
**barriers** 96:14
**base** 243:8
**based** 25:25 41:23
  105:8 108:21 120:2
  120:25 121:15
  154:15 172:19
  195:13 230:22
  237:2 238:7 246:14
  250:8 267:9 271:23
  284:10 289:5,6
  291:10 294:18,19
  304:3 306:9 312:18
  314:17 315:6,11
  327:3 332:24
  345:15 346:4
**bashful** 254:17
**basically** 281:22
  307:17 310:25
  329:18 334:4
**basis** 27:13 35:2
  39:19 40:3 42:19
  56:22 110:6,12,20
  113:3 126:15
  141:17 178:20
  184:25 192:8
  211:21 212:9
  236:14 243:9,21
  266:7 284:11 337:2
**Bate** 347:19
**Bates** 52:23 53:11
  219:4 271:1 343:16
  345:5
**battle** 26:4
**bear** 143:20 172:15
  174:8
**Beeville** 54:20 55:12

SENATOR TROY FRASER                                7/23/2014
CONFIDENTIAL TRANSCRIPT

6

**began** 352:23
**beginning** 66:8
  203:25 249:17
  288:11
**begins** 250:20 252:1
**behalf** 99:22 104:23
  295:1
**belief** 40:3 75:22
  110:7 222:22 242:5
  306:8
**believe** 11:24 19:24
  20:3,6,22 21:9,25
  27:3,19 29:1 38:3,8
  39:14 42:12,14,25
  43:5 45:13 49:7
  57:18 59:5,8,10
  61:1,18 62:4,6
  63:20 64:24 67:24
  68:5 76:16,19 77:23
  77:25 78:5 80:14
  81:15 87:3,16 88:6
  89:19 95:16,19 96:7
  96:16,20 103:24
  104:1,7,11 110:1
  114:1 117:2,4 119:9
  120:16,24 121:7
  122:19 125:2
  134:15 135:24
  141:13 142:12,13
  142:15 146:1
  151:11,12,17
  153:23 158:8,22,23
  158:25 159:9,15,21
  159:21 160:20
  162:13,16 172:2,11
  174:9 177:2,4
  179:11 186:20,21
  186:25 187:2,11
  189:20 190:9,11,22
  195:3 200:22 203:1
  204:7 208:7 209:8
  212:20 213:19
  214:23 216:16,20
  216:21,25 217:2

222:5 224:3 229:24
230:23,24 237:6
241:14,20 242:1,9
243:10 245:21
246:9 247:10,24
248:4,8,24 249:5
250:2,10,16 251:11
251:14,19 252:8,17
252:21 253:10
254:4,7,10,23 256:2
258:9 260:24,25
262:13 266:25
270:1,5 274:16
279:2 287:7 288:7
289:11,25 291:11
291:18,20 293:22
295:20 305:12
306:25,25 314:14
315:19 316:4,5,12
323:12 328:3
330:13 334:9
337:17 338:1,2,25
340:15 341:22
344:2 345:12
346:18 347:4
348:20,23 354:3,12
354:17 356:21
**believed** 59:1 61:4,7
  61:9 75:7 121:18
  125:8 145:3 168:14
  243:18 246:16
  247:8 248:9 316:10
**believing** 39:19
**BELINDA** 2:1 360:1
**benchmark** 324:22
**benefits** 157:25 158:3
  330:22
**BERRY** 1:24 359:24
**best** 89:18 114:20
  115:21 120:4 121:2
  121:19 122:22
  126:8,14 143:24
  152:15 226:13
**better** 52:24 67:6

132:6 148:13
267:11,17 277:13
349:25
**Betty** 29:22 35:7
**beyond** 10:14 56:22
  157:25 158:3
  172:12 340:10
**big** 289:13
**bill** 13:16 14:21
  17:14,19 21:15,17
  21:18 24:10,14,21
  24:23 25:5,9,10,15
  25:17,20 29:23,25
  30:1,4,18,21,25
  31:3,4,5,9,10,15,16
  31:21,25 32:2,4,6,8
  32:10,17 33:24,25
  34:8,10,15,24,25
  35:13,18,23,23 36:2
  36:5,7 37:4,13,20
  37:21 38:2,4,5,7,10
  39:7,11,22 40:6,19
  43:12,16,18 44:3,8
  44:10,22 45:7,9,11
  45:16,18,22,23,25
  46:1,2,6 49:9,17
  50:3,5,7,8,11,14,16
  51:3,18 53:24 55:7
  57:13,15,16,19,20
  57:20,24 58:2,23,25
  59:6,9,23,24,24
  60:11,14 61:2,3,8
  61:19 62:6,16 63:2
  63:6,17,22,23 64:15
  65:5,5,10 67:16
  68:6,12,16 69:15,23
  69:25 70:9,12,17
  71:6,11,20,21,24
  72:1,3,6,7,11,23
  74:1,12 76:2,5,10
  78:12 79:6,13,21,22
  79:23,24 80:1,7,8
  80:20,24,24 81:5,19
  81:24 82:4,5,11,14

82:15,20 84:8,17,22
84:25 85:2,11,15,16
87:13,17 89:4,8,11
90:1,1,5,7,8,12,15
90:17 91:24 92:11
92:12 93:10,19
94:19,24 95:12 96:3
96:5,6,9,14,16,19
96:24,25 97:3,19,22
98:2 99:12,14,15
100:3,7,14,19,20
101:5,11,12,25
102:6,8,8,10,11,14
102:14,21 103:3,5,7
103:8,9,9,11,15,17
103:18,21,23 104:2
104:2,13,15,18,20
104:22,25 105:3
109:6,12 110:21
111:2,12,24 112:7
112:15,20,25
113:10,17 114:5,7
114:11,14,21
115:21 117:8,12,15
118:2,3,7,14,22
120:5,8 121:2,3,15
121:19,21 122:8,9
122:10,11,15,22,24
123:24 125:6,8
127:6,14,19,19,23
128:7,16,24 129:2,7
129:8,10,21,23
130:4,7,18 131:4,7
131:11,20 132:3,13
132:24 133:3,9,14
133:22,25 134:3,8,9
134:22 135:1,11
136:13,17 139:10
140:14 141:25
142:8,21 143:2,10
143:16,22 144:5,14
144:19 145:3,9,23
147:20 149:2,8
150:22 151:4 152:2

SENATOR TROY FRASER                     7/23/2014
CONFIDENTIAL TRANSCRIPT

7

152:7 155:8,16,21
156:10 162:19
164:16 165:18
166:9 167:4,6,9,15
167:21 168:8,11,14
168:21 169:25
170:8,19 171:6,13
172:9,23 173:6,7
174:1,13,20 175:1,9
175:12,20 176:8,14
176:20 177:16
178:2,3,24 182:1,23
183:6,7 184:10,16
184:22,23 185:16
185:22,25 188:24
189:17,22 190:1,8
190:12,15 191:2,7
192:12,14,20 193:8
193:9,15,24 195:11
195:16,17,21
196:15,19,23
197:23 198:4,8
200:6,15 201:3
203:20 204:3,8,12
204:16,16,17,18,19
204:20,21,21,24,24
205:2,5,7,8,9,10,11
205:12,14 206:1,3,4
206:5,11,16,20,21
207:12,20,21,21,24
208:1,3,5,11,14
209:5,13,18,22
210:23 212:21
213:2 214:19,20,24
215:4,5,8,9,9,10,14
215:15,18,24 216:4
216:7,10,11,13
218:1,10 221:7
222:14,21,22,23,25
223:14 226:12
227:15,18,21,24
228:12 229:10,17
230:1,15,19,19
231:3,10,13 232:22

233:4,9,11,12,13,24
234:9,10 235:23
236:18,19,21 237:2
237:25 238:12,12
239:14,21,24 240:6
240:16,18,23
241:16,22 242:25
243:12,17 244:5,9
244:10,10,11
245:16 246:4,16
247:4,8,13,15,16,22
247:25 248:6,8,10
249:13,25 250:8,15
251:7 252:6 253:6
254:4,7 255:6,8,10
255:12 256:1,4,8,10
258:3,6,11,15,19
263:18,23 264:1,3,9
265:8,13,14,19
267:15 268:23,25
269:5 270:3 271:8
274:3,9,12,17,23
278:5,10 279:10,20
280:3 281:16,25
283:5,8,21 289:10
292:3,11,16 293:19
293:24 294:5 295:2
295:11,13,15 304:8
307:8,11,12,15
308:7 310:19,20
311:24 312:23
313:2,20 318:2,12
318:16,19,21 319:9
319:13,15,20,23,25
320:8,8 321:7,15,21
324:8,24 325:10,20
327:2,6 329:3
330:20 331:17
333:24,25 337:19
338:2 342:9 353:2
354:11,17 355:5
356:8,9
**bill's** 258:10
**bills** 40:10 64:14

79:24 80:2,4 84:16
84:22 85:11 89:9,13
89:16,17,25 105:14
108:14 111:18
115:16 117:11,15
123:11 177:22,25
206:13 215:7 251:8
258:2 318:10
319:20 320:5,10,13
320:16,16,19,24,25
322:3 327:21
**bind** 28:2
**bipartisan** 295:18
**birth** 150:19,22
151:1,12,16,19
161:11 175:11,13
175:21 206:7
259:19 268:6
**bit** 82:19 97:10
125:10 128:6
190:13
**Black** 324:1
**blocked** 321:15
**board** 67:22 233:7
**bodies** 240:3,4
**body** 99:12,13 170:25
274:13 319:4
**bolded** 147:23
**book** 177:1 329:4,6
**booth** 254:6
**bottom** 53:4,7 65:5
133:17 188:8
196:13 219:4
249:17 256:23
293:2 343:19
**box** 3:12,18,22 38:23
38:25 39:4,6,8,10
39:15,21 43:6 44:17
50:15,17,23 57:17
60:8 62:6,14 65:18
122:21,22 125:3
126:9,24,25 127:13
139:1,21 153:19,20
153:21 177:9

183:17,18 188:5
192:24 211:25
212:14,24 214:3,9
277:25 278:14
**branch** 283:24
**BRANCHES** 1:21
359:21
**Brazos** 361:13
**break** 11:5,18,22,25
51:7,8 73:20 93:20
100:17 106:19,21
123:3 141:4 168:22
168:24 179:4 186:5
214:15,18 244:16
267:24 322:10
341:16
**breakdown** 324:14
345:23
**breaking** 46:19
**breakup** 75:6
**Brief** 29:6 83:8
106:23 207:2 290:9
296:4 309:2
**brightly** 289:14
**bring** 32:7 198:4
318:12
**bringing** 254:4,7
319:19
**broad** 23:15 37:19
69:9 70:8 88:14
112:12 168:2
183:14,20,21
217:20 227:7
279:17 297:4,9,11
297:21 301:18,23
338:13
**broadly** 37:2 329:24
**broke** 123:20 168:8
**broken** 156:7 252:14
**Brooke** 3:20 9:12
14:10,14
**brooke.paup@oag....**
3:24
**brought** 31:25 32:5

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

8

69:21 276:18
**Brown** 29:22 35:7
**Bryan** 90:21 91:3
    117:20 153:4
    169:14 290:18
**budget** 24:8 35:21
    36:1 72:3 174:24
    307:8,11,12,14
    311:5,13 312:10
**building** 286:20
**built** 285:8
**bulk** 57:3 74:6 157:4
**bullet** 148:3,10,14
**bullets** 148:2
**burden** 149:17
    168:18 174:17
    181:20,22 182:2
    184:11 284:17
**burdens** 26:23
    144:19 148:5,16
    149:1,8 160:16
    161:14 162:7,11,19
    251:22 252:18
**burdensome** 93:8,13
**business** 17:25 18:3,7
    31:18,20,22 32:14
    84:6,9,15,18,21
    85:1,4,10 90:13,14
    195:19,23 196:14
    196:19 197:1 198:8
    237:21 238:4 278:1
    297:18 318:1,10,13
    318:14 319:22
    320:3
**buy** 139:16
**buying** 158:9

———————————————
C
———————————————

**C** 3:3
**Calculating** 145:12
**calendar** 84:9
**call** 28:16
**called** 137:2 192:1
    332:11

**calling** 109:3
**calls** 19:8 79:17
    84:10 85:7 87:19
    104:3 108:18
    157:11 162:21
    302:9 306:2 318:6
    321:18 333:15
    334:14
**candidates** 287:17
    349:18
**caption** 170:24
    205:14 206:19
    214:25 216:8
**capture** 170:25
**car** 158:4 289:15
    304:21,22
**card** 60:15 65:8,11
    65:20 66:9 129:3
    137:13,16 145:8,8
    157:20,21 159:19
    161:10 163:3
    180:19 188:18,22
    189:2,5,18 192:10
    194:4,21 195:5
    249:3 276:24,24
    277:6,11 286:18,22
    286:24 287:3
    297:14 312:21
    313:13 317:8
**cardholder** 195:12
    249:3
**cards** 65:16 66:15
    137:12,18 138:6
    141:10 148:17,21
    151:15 158:8 181:6
    202:20 251:10
    275:18 276:3 277:5
    277:8,12
**care** 17:23
**careful** 242:15
    272:23
**carefully** 212:7
**Carpenter** 2:18
    360:9 361:12

**carried** 105:18
**carrier** 142:6
**carries** 142:7
**carry** 30:6 44:2 45:5
    45:8,15 177:25
    178:2
**carrying** 29:23 308:6
    320:17 351:7
**Carter** 74:17 127:11
    266:17,18,18,18
**Carter-Baker** 168:17
    213:25
**case** 28:19 29:2 55:13
    55:23 56:4,12,17,20
    57:2 63:1 83:6 91:2
    108:9,10 114:17
    124:13,13 137:17
    151:4 153:18 177:5
    202:19 205:2,23
    207:21 216:8 295:6
    303:11
**cases** 125:5 127:1
    138:6 151:2 156:12
    240:6 327:4,23
    328:1
**cast** 56:8 60:10,17,20
    61:12,21 62:5,7,9
    62:13 130:24
    190:16,18 208:21
    209:7 230:2,9,19
    233:15 235:23
    280:25 281:10
**casted** 62:23
**casting** 54:24
**casts** 316:8
**categories** 189:14
    332:10
**caucus** 109:13 322:25
**caucuses** 109:18
**caucusig** 322:25
**caucusing** 322:19
**cause** 2:16
**caution** 187:3
**census** 21:2,6

**center** 7:9 20:23
    271:14 327:11
**central** 277:10
**certain** 153:8 189:14
    189:14 199:6 225:4
    225:5
**certainly** 28:9,23
    66:23 146:24 192:3
    195:21 203:24
    215:20 241:10
    249:17 257:8
    267:25 276:6 281:5
    289:8
**certificate** 5:8 142:23
    143:3,18,22 150:19
    150:22 151:1,20
    175:11,13,21
    191:25 192:1,7
    206:7 259:19 268:7
    283:14 297:7 301:2
    301:10
**certificates** 143:8
    151:12,16 161:11
**CERTIFICATION**
    360:6
**Certified** 360:9 361:9
**certify** 217:3,7
    360:10 361:4
**cetera** 208:4
**Chain** 5:22 6:17,20
    6:23
**chair** 22:24 23:9
    198:19 199:9 218:4
    283:3
**Chaired** 239:22
**Chairman** 30:13,14
    225:3
**challenges** 157:18
**chamber** 256:5
**chance** 92:1,13 93:11
    219:13 229:22
    249:20 265:3
    289:24 311:4 348:1
    348:4,6

SENATOR TROY FRASER                                          7/23/2014
CONFIDENTIAL TRANSCRIPT

9

**chances** 93:6 351:7
351:11
**change** 49:21 90:13
134:8 135:22 136:2
177:20 179:6
205:17 231:11,14
231:19 232:22,24
235:19 236:2 239:7
269:5 283:20
311:24 339:13
348:12 358:3
**changed** 24:16 30:25
31:6 34:1 49:18
65:9 120:9,15
122:15 135:21
151:3 192:21
233:11,12 235:8
334:10,22 352:10
352:16
**changes** 5:7 46:5,6,8
49:8,10 234:18
237:2 238:11 241:7
241:7 358:1
**changing** 138:23
234:23
**Chapter** 297:24
298:6,12 307:15
**chapters** 298:8
**charge** 173:11 174:16
268:15
**charged** 54:21 55:22
171:11
**charges** 41:7 57:4
**charging** 170:7,17
172:22 173:5,19,24
174:10 268:5
**charm** 29:11
**chart** 6:24 7:5 228:17
229:13,13,15,25
230:22 231:9 271:3
**check** 145:11 188:5
296:3 312:24 316:3
**checked** 200:2 319:1
**chief** 3:21 17:4 21:20

21:23 22:5,7,17
54:8 58:16 69:2
90:21 208:6 229:3
238:22,23
**choice** 155:9 159:11
159:15 346:22
**choices** 245:22
319:20 346:18,20
**choose** 84:19 159:18
159:19
**choosing** 159:5
**chose** 139:3 157:16
157:20 163:13
181:23 346:21
**chosen** 159:4
**Chris** 2:18 341:13
360:9 361:12
**Christi** 1:2 54:21
55:21 359:2
**chub** 320:5
**chubbed** 320:17
**chubbing** 319:18
320:18 321:2,5
**cigarettes** 158:9
**circulated** 290:18
**circumstance** 190:20
**circumstances**
189:25 226:6
**cited** 275:21 276:7
**citizen** 186:20 188:6
188:13 192:18,24
206:7 210:12 217:8
313:16 315:23
316:2 317:19
**citizens** 208:22 209:7
209:16 211:2,2
212:3 214:13
216:18 217:6,12,18
307:2 313:19,21
314:7,15 326:1
338:3
**citizenship** 142:23
143:3,8 149:24
150:16,19 192:7

216:18 292:9,21
307:20
**city** 54:24 56:9
**Civil** 1:5,10,22 2:3,21
3:6 359:5,10,22
360:3
**CL** 351:25
**claim** 9:25 43:3 44:15
45:3 194:19 244:1
**claimed** 54:23
**claims** 203:22 204:5
**clarification** 12:11
29:7 48:9 52:1
272:2 341:15,17,19
**clarified** 129:10,24
130:4,7 192:18
**clarify** 36:10 37:4
47:23 67:23 69:10
97:1 101:24 120:10
128:25 134:5 149:3
165:3 179:1 259:9
288:6 291:6
**clarifying** 50:21
129:9 184:5
**Clark** 8:4
**classes** 13:9 250:23
**classic** 137:14
**Clay** 3:11 131:15
146:25 147:5,14,16
220:5,12 242:18
310:5
**clear** 29:12 34:20
48:11,13,14,15,16
48:17 50:3,9,11,13
51:1 60:19 70:22
77:5 86:1 91:2
98:16 114:19,21
115:20,21 122:24
124:19 130:14,19
130:20,22 153:21
154:6 167:18
168:15 180:23
214:24 247:24
248:10 258:18

297:10 338:19
342:13
**clearer** 8:14 92:8
**clearest** 235:16
**clearly** 12:13 39:1
160:8 254:5 340:24
342:20
**Cliff** 317:5
**Cliffs** 171:21 172:8
**CliffsNotes** 171:8
**clock** 320:7
**close** 28:22 73:5,8
333:6
**closely** 142:5 269:6
**Coby** 255:21
**code** 7:3,4 177:1
205:17 298:13
345:19
**coded** 345:13
**colleagues** 28:19
328:20
**collected** 267:14
286:13
**college** 138:4,4
140:13 181:18
**color** 345:13,19,21
**colored** 289:14
**column** 271:18
347:22
**combat** 44:19 111:3
122:24
**combating** 42:15
43:1
**combination** 115:20
**come** 38:7 39:4 57:4
124:6 136:23 224:6
231:18 233:2 235:3
235:4,15,24 259:17
302:7 312:9 326:22
**comfortable** 82:15
247:15
**coming** 117:2 134:9
191:20 286:19
295:17 327:17

SENATOR TROY FRASER                                    7/23/2014
CONFIDENTIAL TRANSCRIPT

10

comment 174:5
comments 241:13
Commission 214:1
  250:14 266:18,19
commissioned 342:9
  342:10
commissioners 1:15
  275:16 359:15
commit 139:24 140:3
committee 5:17 6:5
  6:18,21 7:1 22:25
  23:3,5,10,11 29:25
  30:1,2 31:15 32:5
  32:12 36:3 63:22
  64:5,7,21 70:23
  73:24 85:17 89:4,10
  89:14,23 90:2,5,7
  121:14,17 123:10
  135:5 141:8,16
  149:15 164:3 165:1
  165:19 183:7
  196:15 218:2,4,6,7
  226:13 239:21
  249:9 255:11,16
  256:3,7,20 258:19
  281:16 283:3,8,12
  283:20 354:14,18
  355:4,15,21 356:7
Committee's 283:7
  283:11
common 89:6,8,11
  99:18 205:7
communicate 18:9
communicated 30:16
communication 30:9
communications
  45:17 163:21 244:2
companion 204:16
  205:9
compare 229:15
  334:19
compared 321:14
  349:6
comparing 350:11

comparison 231:10
  264:20
comparisons 257:3
competency 299:23
complete 12:4 187:13
  216:18 226:18,22
  345:8
completed 186:23
completely 11:2 12:7
  12:20
completing 188:4
Complex 3:17
compliance 147:24
  316:25
complicated 281:5,6
complies 148:4,15
complimentary
  206:13
composition 254:21
  255:3
compound 61:22
  120:22 125:16
  126:23 282:13
  292:5 334:13
compounding 62:3
compromise 134:15
  134:22 135:5,10
  136:11 179:9 270:9
  270:19 273:3
computed 261:22
computer 17:9 18:22
  136:22
computers 16:22
concealed 140:19
  142:1 178:7 179:7
  179:13,23 192:9
  194:23 351:25
concept 24:20
concern 82:17 202:13
  210:14,16,21
  211:10,13,17,21
  212:10,12,18 214:7
  276:16 314:18,20
  354:24 355:3,14,19

concerned 153:1
  178:7 201:8,11
  202:10 211:5,24
  240:7
concerning 227:15
  233:18 277:3 295:2
concerns 46:18 82:4
  82:11 96:13 162:6
  162:11 201:14,21
  211:10 214:4 235:6
  235:7,7 239:20,23
  240:9,13 246:3
  275:21 276:7,13,21
  278:17 311:8
concluded 357:3
conclusion 108:19
  109:3 262:11
  264:23 265:1 266:9
  306:3
conclusions 109:1
conclusive 264:13
  265:10,11,21
  266:10 267:8
  334:17 345:17
conduct 35:11,12,17
  35:21 36:1 37:23
  74:4 119:8 140:12
  152:8 155:17 156:8
  160:16 161:13
  167:19
conducted 75:15
  125:5 223:12,17,21
  251:22 253:5,6
  294:19,23
confer 10:4 244:16
Conference 1:20 7:1
  135:4 143:23
  149:15 183:7
  239:21 281:16
  283:3,7,11,20
  359:20
confidence 109:23,24
  110:2,3,5,8,11,17
  110:24 251:11

346:14
confident 246:12
confidental 28:12
confidential 2:12
  27:11,15,20 28:7,8
  28:25 29:8 47:25
  52:3,14 90:24
  117:23 145:20
  147:7,8,9,12 218:14
  218:15 220:21,24
  228:15,16 238:19
  244:22 270:25
  280:13,15 288:15
  290:13 360:7
confirm 81:1 125:9
  139:22 147:18
  159:22 230:10
confirmation 318:24
  319:6
confirmed 241:10
conflict 284:19
confuse 137:7 138:10
confused 52:17
confusing 334:14
confusion 9:25
connected 84:13
  219:17 220:11
  339:3 342:9 344:4
connection 154:11
consecutive 67:10
  146:9
consensus 109:16
consent 47:21
consequences 234:23
  236:1
conservative 333:14
  333:20
consider 23:21,25
  24:3,7,10 31:21
  32:14 37:3,20 46:5
  46:8 54:19 80:1,2
  160:19 192:11,16
  196:19 242:11
  278:4,9 279:13

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

11

306:18 318:2
**considerable** 124:4
**considerably** 123:25
**consideration** 82:20
  90:8 92:11 93:10
  103:18 112:6
  123:10 137:9,23
  138:14 145:22
  152:7 155:16
  229:10 231:3 234:8
  234:22 235:25
  238:6 241:16,16,22
  244:5,9 254:20
  255:8,25 256:8
  263:17 264:8
  265:14 271:8 274:1
  274:8 283:7,11
  306:12,13 320:9
  327:17 350:23
  352:10,15,23
  354:11 356:3,8,9
**considered** 29:16
  42:25 49:8,15 73:12
  79:22 84:2,3 85:1
  149:9 162:6 228:1
  265:19 287:8
  306:19,22 319:25
  320:1 333:13 356:3
**considering** 42:10
  71:24 72:23 134:2
  139:10 230:14
  232:21 265:8
  278:10 279:19
**consistent** 98:6
**constantly** 70:9,14
**constituent** 30:15
**constituents** 23:22
  24:1 30:12 35:18
  69:25 70:10,13,15
  96:21 97:2,8 161:2
  326:5
**constitute** 26:3
**Constitution** 108:13
  108:21 109:1,6,10

**constitutional** 118:11
  145:4 246:17 247:9
  305:10,12,15,18,25
  306:14
**consulted** 74:13
  75:15
**consulting** 112:19
  243:5
**contact** 22:8 215:20
  215:23 276:19
**contained** 180:20
  264:19 267:5
  324:19 325:1
**contains** 65:11,20
  66:9 129:3 142:23
  219:21 273:15
**content** 103:6,6
  105:3 171:21 215:5
  215:12 241:7
  243:24
**contents** 245:13
**contested** 350:19
**continually** 321:15
**continuation** 102:5
**continue** 11:10
  100:16 113:19
  115:12 145:6 180:7
  180:9 211:17 315:5
  339:9,10
**continued** 41:9 44:5
  103:3 144:5 210:24
  331:2
**continues** 32:23
  40:18 94:22 213:13
  219:11
**continuing** 26:16
**continuous** 52:24
**contra** 325:17
**contradiction** 62:8
**contrast** 355:8
**control** 88:25 137:5
**controlled** 45:25
**controlling** 277:12
**controls** 179:3

281:21
**conversation** 15:13
  35:6,9 48:4 58:21
  81:9,11,14,22 98:22
  98:22 112:14
  200:20,22 201:1,2,4
  243:25 334:7
**conversations** 29:22
  45:10,13 58:18
  80:24 81:4,6,17
  98:1,4,21 99:2,9,11
  99:16,17,18,19,21
  99:25 100:2,11,13
  101:2,10,14 106:7
  106:14 112:5,11
  200:14 243:23
**conveyed** 245:14
**convicted** 41:11 42:2
  54:20 55:12 56:14
  56:21 186:23
**conviction** 195:8
**convictions** 41:14,23
  121:22 122:3 213:5
  213:12,13
**convinced** 153:22
  214:1
**copied** 353:18 354:2
**copies** 18:15,18
**copy** 16:15 17:7
  18:21 94:5 170:9
  206:23 268:8
**corner** 52:23 165:13
**Corpus** 1:2 54:21
  55:21 359:2
**correct** 18:9 20:18
  21:21 22:9,10 25:19
  31:24 43:14,16
  50:24 51:4 55:9,14
  55:16,17 57:9,21
  62:18 65:2 68:13
  70:24 71:7 73:15
  78:20 85:2 89:23
  94:4 97:20,21
  104:18,23 108:17

111:3 114:3,8,9
  117:9 122:25 123:1
  125:14 127:16
  130:9 131:7 136:15
  140:9 147:20 151:5
  151:22 158:13
  159:24 161:23
  163:15 167:22
  170:8 171:16 173:1
  174:21 176:8,10
  177:7,12,20 178:8
  178:11 180:21
  181:7 182:17,18,23
  184:3 186:25 187:2
  187:11 189:15
  190:5 194:3 196:17
  198:9,10,24 206:7
  206:22 208:12
  209:7 213:1 214:22
  216:19 217:6
  221:25 222:15
  223:8 224:14
  226:25 227:2,2,4,12
  229:7 230:23,24
  231:2,24 235:10
  239:2 241:18,24
  242:15 245:20
  246:2 248:12 250:9
  260:19,24 262:22
  269:3 270:5,10
  279:7,11 294:18
  297:3 307:4 315:17
  319:10,14,16,17
  321:10,11 323:22
  326:2,11 337:21
  343:6 350:24 351:1
  354:15 356:13,21
  358:22
**correction** 286:8
  288:8,12
**corrections** 227:14
  227:17
**correctly** 65:1 95:22
  102:13,17 278:15

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

12

**correspondence**
263:22
**cost** 144:10 150:22
151:1,20 160:5,8,12
160:14 161:2 173:9
277:6 279:19
310:14,15,23
**council** 54:25 56:9
**counsel** 9:22 10:3
13:20,23,25 14:10
15:1 27:1 28:10,12
29:1,8 42:16 46:12
51:25 53:4,6 67:5
80:22 91:9 108:20
134:24 146:6 147:7
153:7 165:3 179:22
221:12 244:15
246:22 272:1 284:3
284:9 294:6 309:23
322:19,21,25
331:13 335:22
336:15 339:7
341:17 348:18
361:4
**count** 230:11 233:7
233:19
**counted** 189:21,23
190:3,6,21,23 230:5
232:12 235:22,25
251:13 278:15
281:2,12
**counterfeited** 141:25
**counties** 20:22
151:23 152:9
232:17 237:13
275:22 276:9 278:2
288:24 289:2
**counting** 95:22
182:15 282:23
**countries** 214:5,12
**country** 118:8,15,24
140:4
**county** 1:14,14 30:13
30:14,14 67:21

154:17 185:7
188:16 217:9
232:10 233:7,18
237:11,15,20 238:1
238:7 275:16,17
276:2,15,17,17
277:3,15 289:23
347:16 359:14,14
**couple** 41:13 54:23
55:2,23 56:4 64:23
91:19 203:25 289:9
309:7 312:17 323:8
333:23
**course** 232:24 278:11
**court** 1:1 9:15 12:6
16:12,16 19:2 26:23
27:22 28:4 29:4
43:9 47:13,22 48:5
48:7 58:9 59:21
64:3 67:24 70:6
71:11,18 88:2 93:22
98:8 99:7 104:10
114:18 115:18
117:18 118:9
145:12 147:24
148:4,15,20 155:2
164:9 165:24
184:21 187:10
191:17 213:10
217:11 246:15
250:11 251:1,9
254:8 284:13 296:5
299:1,4 308:25
309:3 322:17
328:11 330:23
335:13 341:23
359:1
**court's** 25:25 26:1
27:15 67:21 185:6
**cover** 20:20 83:12,14
91:8 105:8
**covered** 65:9
**Cowboys** 202:19
**Crawford** 67:21

69:14 328:11
**create** 96:14 137:3
276:3,8 277:4
**created** 137:2 174:17
283:9,12 286:21,23
**creates** 298:12
**credence** 74:23
**criminal** 39:16
**criteria** 191:5,6,20
**cross** 285:8 340:5,8,9
**cross-reference**
263:2
**cross-referencing**
263:9
**CSR** 2:18 361:12
**current** 22:4 39:1,25
40:11 88:17 213:15
229:17 230:7,8,13
230:18 231:5,10,12
250:22 252:5
**currently** 20:21
174:18 206:3
**custodial** 360:22
**custodian** 272:9,9,10
**custody** 328:16
**custom** 79:5
**customary** 35:22
**cut** 146:13 279:25
352:21

### D

**D** 85:13,14,22 86:6
86:15 87:14
**D.C** 3:7 4:6 9:16
296:21
**Dallas** 202:19
**Dan** 15:20 218:22
**Darren** 294:23,25
295:3
**data** 7:9 73:2,19
119:9,18 123:17
127:15,25 135:25
163:2 214:1 252:13
252:14,24 253:7,8

255:18 259:11,17
260:14 264:12
265:11 267:13,14
291:13 327:11
334:19,21 349:16
354:20
**database** 263:10,10
263:20,20 264:15
264:20,21 266:13
**date** 28:12 31:18 68:5
84:3 131:6 133:1,5
133:24 137:19
196:1 289:3 290:17
361:13
**dated** 7:14 25:15
90:22 221:21 229:6
245:4
**dates** 137:10
**David** 327:12
**Davis** 170:4 171:10
172:21 267:23
268:4 269:8 273:9
275:7 310:13
**Davis's** 268:18
269:16
**day** 10:7 41:12 82:1
111:6,9 112:14
196:23 197:1 210:2
253:2 319:2 360:17
**days** 108:14 109:7
131:6 133:1 134:4
134:12,12,19,25
135:8,15 136:12
156:9 190:5,23
230:3,11,21 269:21
269:25 270:13
271:21 280:25
**daytime** 352:11,17
356:19
**DC** 4:4 184:21
**de** 7:14 233:22
234:14,18 236:4
244:3 249:13,19,24
250:20 251:15

311:16 312:12
353:21 354:2,7
355:2,7,13
**de-designate** 29:9
**dead** 54:20 55:12
**deal** 99:14 109:19
146:19 243:12
**dealings** 246:23
**dealt** 307:2,17
**Dear** 219:2
**debate** 28:20 64:8
73:24 74:1 147:19
149:3,3 164:2 165:1
165:19 168:20
249:10,11 278:25
279:2 306:17,20
356:16,18
**debated** 152:2
**debates** 148:25
**Dec** 6:10
**deceased** 41:9,10,15
201:17
**December** 118:10
203:14 294:20
329:17
**decide** 25:20 27:4
43:18 44:9
**decided** 30:22 44:2
49:9 69:21 159:10
250:14
**deciding** 34:23,25
35:13 181:20
**decision** 44:7 67:21
67:25 68:3,15,18,22
69:14 109:17
115:20 120:4
134:18 148:4,15
159:2 184:21,25
185:1,7,11,14,24
197:22 199:15
250:11 321:13
326:23
**decisions** 28:7
**declaration** 107:14

**declare** 281:22
**declared** 107:21
187:9
**declaring** 108:3
**dedicated** 286:13,19
286:25
**deemed** 228:16 263:3
**deems** 26:23
**defendants** 1:7,19,25
2:5 3:9 28:19
108:25 309:21
359:7,19,25 360:5
**defense** 337:14
**defer** 274:13
**define** 339:19 344:3
**defined** 344:10
**defines** 338:16
**definition** 13:13
73:10 226:21 344:6
344:7
**degree** 301:17
**Delaware** 127:10
266:21 328:7
**delay** 318:25
**delayed** 106:24
**delivered** 110:23
125:23 140:6
323:24
**demand** 302:18
**Democrat** 81:12
88:21,21,23 134:16
134:21 179:10
270:19 287:16
332:13
**Democratic** 87:5
109:13 124:11,12
136:10 142:4 270:8
321:25
**Democrats** 75:5 97:5
243:12,16 293:11
311:1 321:16
329:24
**demographic** 338:13
**demographics** 72:22

73:1 116:21
**demonstrate** 126:5
**demonstrating** 56:23
**Denton** 138:4
**denying** 184:22
**department** 3:5
71:10,20 138:25
139:7,18 142:13,16
149:13,16 151:14
163:15,18 175:16
178:23 179:7
241:17,23 242:7
245:24 251:9 254:9
283:22,23,24,25
298:16 299:22,24
301:11 304:9,10
**depend** 76:15
**depends** 227:8
349:17
**deposed** 16:2,8
**deposition** 2:8,14
5:12,13 9:23 10:1,4
11:1 12:3 13:3,12
14:1,23 15:10,11,17
15:21,24 16:8 19:12
19:16,25 25:24
28:24 35:6 84:14
147:1 153:14 154:4
169:11 197:21
200:20 227:20
241:21 243:11
291:8 302:15,17
309:25 315:17
329:10 330:11
335:22 357:3
358:21 360:7,14,16
360:24
**depositions** 16:6 19:7
19:21 36:20 48:25
108:25
**depression** 328:1
**deprived** 98:15
**Deputy** 3:11,21 91:9
255:23

**Derfner** 4:7 5:5 9:16
9:16 154:11 295:25
296:2,12,14,19,20
298:3,6,11,22 299:6
300:7,13 302:12
305:22 306:4
308:11 361:1
**describe** 14:19
201:14 204:14
207:18 286:12
293:18 319:18
333:17
**described** 37:24
206:3 252:13
**describing** 215:15
216:13
**description** 5:10
235:17 271:19
345:18
**deserve** 258:9
**designate** 27:10
107:18
**designated** 27:20
28:11 106:1 109:8
147:7 218:15
220:24
**designates** 108:16
**designating** 108:6
**designation** 106:8,15
**designed** 44:18 62:17
216:4,6
**desirable** 258:1
277:17
**desk** 197:4,4
**despite** 60:17
**deter** 39:5,20 55:8
174:20 175:2
**determination** 28:13
45:2 93:4 117:10,13
181:21 192:17
232:11 328:12
**determinations**
233:17
**determine** 10:8 24:20

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

14

31:11 39:2 119:19
131:1 138:1 149:7
223:13 233:7
250:22 263:6,21
282:1 299:22
310:23 311:4
312:17 313:13
317:18 345:12,25
346:3 347:10
**determined** 34:16
140:21 183:16
264:11 281:21
285:9 312:7 328:13
**determining** 191:5,6
277:23 280:4
312:11 349:4
**deterring** 50:17,23
**develop** 297:14
301:19,23 303:6,8
303:25 304:9,14
**development** 23:3
69:15 144:4
**devising** 224:16,20
224:23
**Dewhurst's** 197:10
**dictate** 26:9
**dictated** 232:19
**die** 205:5 318:18
**died** 221:8 318:16
320:14,17,18
**differ** 205:10
**difference** 73:20
294:12 306:14
**Differences** 6:25
**different** 30:19 48:25
52:19 64:14 86:19
126:3 141:22 168:3
206:9,17 214:14
222:21,21 259:10
262:19 264:18
277:11 305:3
306:13 332:10
352:22
**differently** 321:13

**difficult** 11:8 141:24
168:11 181:22
**difficulty** 138:12
142:2,11 163:11
181:16,19 182:2
184:4
**dig** 333:11
**dilute** 208:21 209:6
**dire** 272:14
**direct** 51:16 69:24
98:7,18 243:5
**directed** 77:3 107:10
**directing** 26:19
221:14
**direction** 31:12 98:23
107:7 125:25
175:17 297:11
347:21
**directly** 339:2
**disagree** 53:3 128:19
128:20 158:7
329:19 330:24
331:21 332:19
336:21,23 338:9
341:4
**disappointed** 199:18
**disclosed** 57:14
**disclosing** 29:15
**discomfort** 228:12
**discrepancies** 201:16
**discretion** 279:6
297:9 301:17
**discuss** 45:14 57:23
58:1 68:18,21 161:2
176:21 259:23
261:8,11,14 335:19
**discussed** 55:7 69:2
72:8 84:14 97:9
116:25 121:25
125:10 167:25
176:24 236:6 263:8
274:24 275:1
**discussing** 49:8
122:19 161:1

218:10
**discussion** 26:10 27:7
29:6 53:9 58:15
60:1 61:8 64:25
69:22 81:24 83:8
106:23 140:17,20
147:13 152:3,5
155:20 156:10
219:6,8 236:3,5,7
238:10 262:11
272:15 290:9 296:4
309:2 325:9 347:22
**discussions** 100:5,21
101:4
**disenfranchising**
92:1,14
**disliked** 282:10
**dislikes** 282:3,7
**disliking** 282:20,23
**disposed** 84:3
**disproportionately**
76:11 125:13
166:13,25 167:10
168:15 251:23
287:16
**disputes** 28:13
**disregarded** 215:11
295:5
**distance** 157:19
**distances** 152:8
154:18
**distinct** 9:21 10:3
52:10
**district** 1:1,1 20:16
20:19,24 21:2,6
24:4 70:18 160:20
160:22,23 184:21
325:22 326:2,8
359:1,1
**districts** 97:7
**Division** 1:2 3:6,21
3:21 359:2
**DNC** 124:18
**document** 16:19

17:11 25:3,11 34:6
34:9 43:11 51:13
52:2,22 53:8,12,13
53:16,18,23 54:6,13
64:18 83:11 91:20
93:18,24 105:7,8
107:3,5 111:9
113:25 117:23
145:17,20 146:10
147:4,4,12 153:10
153:16,23,24
164:22 169:4
173:23 185:2
187:18,21 196:5
203:11 207:9
218:14,20,21
219:20 220:19,22
221:1 225:19,25
228:9,18,20 229:1,6
234:4 238:19,20
244:23,24,25
245:12 256:16
259:15 261:1 262:5
262:7,10 264:23
267:7 271:1,5,13,16
272:6,14,18 280:11
280:13,14,17 282:8
282:15 283:2 284:4
285:4 288:5,7,7,8,9
288:11,15 290:12
290:17 291:4,6
302:1,3 304:4 310:2
312:24 315:3,6,12
323:12,13 324:5
328:16 329:12
330:12 334:24
339:11 342:17,18
344:6,7 353:16,17
353:18
**documentary** 307:19
**documentation** 72:12
72:14,16 114:6
131:24 149:20
150:3,4,8 161:3

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

15

173:20,25 174:11
235:21
**documents** 5:11
14:17,20,21,25 15:7
16:18,22 17:14 19:4
27:14 28:25 52:7,10
53:2,17 71:25 72:10
146:12,13,15 153:1
153:5,8,9,11,17,20
160:6 166:13,25
170:7,18 171:12
172:22 173:5 185:4
217:10 268:6,14
284:12,14,18
293:10 309:13
**doing** 18:2 26:2 29:1
74:14 84:22 107:24
129:9 135:16 145:6
161:9 173:9 213:22
277:25 284:14
310:21 334:3
335:21
**DOJ's** 118:9
**dollar** 141:25
**doubt** 166:17
**doubtful** 246:10
**DPS** 151:24 152:3,9
152:10,16,19
154:16,19 155:18
156:1,9,13,14,19,20
157:1,5 163:21
175:16 178:24
192:10,10 237:23
254:23 262:17
263:10,20 270:12
271:20 276:25
277:6,8,10 278:21
278:22,25 279:3,6,8
279:14,20,24,25
283:9,14 284:1
286:11,15,17 287:2
297:6,8 300:17
301:13,17,18,20,23
302:5,7,21,25 303:9

303:19,23 316:13
**DPS's** 303:2
**draft** 45:25 53:17
107:5,7 146:5
**drafted** 34:3 42:14
42:25 53:5 54:5,7,9
104:17,20,22 107:8
107:11 112:16,17
112:20 146:2 241:4
241:9 280:16
**drafting** 53:2,16,21
104:25 112:25
113:17 139:9
240:22
**drafts** 242:23
**drawn** 98:8
**drew** 308:7
**drive** 158:4 304:18
304:22 305:4,7,11
305:13
**driver** 152:18 254:22
255:4 257:5,23
259:4 260:4,16
262:16,21 263:20
263:21 264:4,15,21
266:13 267:4,19
280:1 286:25 303:3
305:19 338:23
**driver's** 128:22 131:5
131:25 132:25
133:4,23 134:3,18
134:24 135:7,14,18
135:20,23,25 136:4
136:9 137:20
138:21,24 139:6
140:18 141:9,14
151:15 155:4,7,12
157:15,19,24 158:2
158:18 159:7
161:10 173:10,12
173:15 174:16,18
179:2,13,24 189:2
192:8,18,19,22,25
193:11,12 194:17

195:8 259:13,18,21
260:11,12 261:6
263:7 266:25
286:24 297:18
303:7,24 304:12,13
305:7 307:17,25
**drivers** 306:14
**driving** 304:21
305:24
**dropped** 312:1
351:10
**drugs** 12:23
**due** 116:18 168:18
278:17
**duly** 2:15 10:16
360:12
**Duncan** 182:7 218:4
218:11 244:4
280:24 281:8 354:8
354:10
**duplicate** 84:12
**duplicated** 182:5
**duplicating** 138:23
301:9
**duplication** 179:4
**duplicative** 179:12
**duty** 217:11

───────────
**E**
**E** 3:3,3 299:10,14,17
299:19,20
**e-mail** 5:20,22 6:1,12
6:13,17,19,20,23
7:2 17:24 18:1,2,8
18:15,21 90:21 91:8
91:12 117:20,25
153:4 218:22
219:21,24 220:1,6
220:13 228:21
241:5 245:4,7
**e-mails** 18:4,6,12,18
228:24 241:6
**earlier** 24:23 35:6
55:7 97:10 125:10

128:6 129:2 131:6
132:25 152:25
178:25 212:20
216:16 221:10
222:2 223:5 224:3
227:20 229:24
241:15,20 243:10
257:2 293:9 296:25
307:1 315:2 317:21
342:2 356:19
**early** 109:19 243:13
**ease** 129:12 130:9
144:6 149:17
**easier** 130:12,16,24
**easiest** 136:21
**easily** 138:19
**easy** 139:15,17 144:9
144:13,16 145:7
352:3
**ECF** 27:11
**Economic** 23:2
**education** 1:12 4:1
8:3,24 66:14 138:14
138:16 181:3
236:25 280:21
282:11 359:12
**effect** 71:11 76:10
85:14 167:10
168:15 185:7 190:8
252:25 312:4 327:1
**effective** 42:15 43:1
248:9
**effectiveness** 176:14
182:1 247:13,22
248:6
**effects** 7:7,10 258:2,6
258:10 328:8
347:15
**EIC** 143:20 144:20
149:1,8,20,23 150:4
150:9,15 154:19
157:10 158:6,13,20
159:1,3 160:17
161:4,14,16 162:5,7

162:20 163:8,11,14
163:17,22,25
173:20 174:1,12
283:16,21 286:22
287:2 297:6,14,15
300:18 301:13,14
301:19,21 303:4,7
303:11,20 304:1,2
304:14
**eight** 95:1,11,24,25
114:15,23 115:16
346:20,22
**Eightieth** 6:8
**Eighty-First** 6:15
**either** 24:16 36:2
57:4,6 60:11 71:10
71:21 124:18
138:23 139:4
150:25 155:10
159:18 160:10
161:9 199:19
206:20 209:21
232:4 242:1,6
245:22,23 247:11
253:3 281:23
305:11 316:3
337:22 339:12
**elderly** 54:22 55:23
56:4 92:1,14
**elected** 20:10,14 22:1
326:1,7
**election** 20:15 30:20
39:23 41:5,12 67:22
71:22 89:13,16,25
91:24 116:4,9,12
120:2 121:1,17
127:14 132:1
143:17,21 151:9
159:8 175:15 177:1
205:17 217:10
232:10 233:18
238:1,7 251:12
273:11 275:17
276:2,15 277:3,15

278:17 281:10
283:9,13,13 288:19
289:12,17,18 297:7
301:1,10 317:18
327:23 348:15,22
348:25 349:13
350:3,8,10,16,20
**election's** 237:15,20
**election-related**
22:11 90:5
**elections** 72:13
114:17 115:17,22
115:23 116:2,10,11
116:16 119:8
120:25 121:6 125:1
127:17 128:3,4
151:21 168:5,12
210:6,22 211:11,23
212:11 213:6 214:6
236:9 237:11
267:14 278:18
327:19 348:13,16
349:3,3,9,12 350:14
**eligibility** 230:10
299:23
**eligible** 60:19 155:6
186:17,21 187:8
192:13 193:16,25
194:6,7 195:12,15
201:18 208:23
209:15 210:25
211:14 212:1
213:15 235:5
251:12 313:14
**eliminated** 138:10
**eliminating** 59:11
**elimination** 166:12
166:24
**Elizabeth** 3:5 9:4
186:13
**elizabeth.westfall...**
3:8
**Ellis** 180:11,16
273:18 308:6

316:20
**Ellis's** 180:14
**else's** 98:17 169:11
**Eltife** 225:2,5
**embeds** 245:7
**emergency** 106:2
107:14,18,22 108:3
108:7,10,16 109:8
**Empirical** 7:10
**employ** 22:2 91:5
**employed** 21:25
361:5
**employee** 119:5
248:24 249:2,6
255:22
**employment** 22:12
22:15
**Empty** 6:14
**enable** 277:15
**enabling** 183:14
**enact** 202:2,5
**enacted** 24:10,18
32:3 113:10,20
114:14 116:2 120:3
163:20 193:8,16
222:19 245:18
295:16 330:21,21
**enacting** 121:1 278:5
**enactment** 268:24
330:18 331:17
**enacts** 258:11
**encompass** 37:2
65:24
**encourage** 10:3
**encouraging** 126:1
**encrypt** 249:3
**ended** 17:20 297:17
**enforce** 71:6 185:25
188:24
**enforceable** 245:16
245:18
**enforcement** 185:8
**enforcing** 185:16
189:17

**engrossed** 5:14 6:3
25:6,9,15 133:14
**enjoy** 277:19 330:22
**enjoyable** 277:24
**ensure** 50:15,17 71:5
126:8 139:1 202:5
203:20 204:4
208:18,19 209:5
212:13 214:9,20
223:18,22 230:4
235:25
**ensured** 75:18
**ensuring** 43:5 44:16
151:19 201:5 210:5
**enter** 51:25 227:10
227:11 241:2 294:6
**entertained** 129:17
**entire** 26:9 27:6,9
28:6 29:7 47:5,24
83:11 146:25
**entirely** 241:25
266:14,14
**entirety** 58:21 171:3
**entities** 191:22
**entitled** 80:21 98:12
229:21 271:2
302:19 314:21
**entity** 60:14 286:21
**entrusted** 151:19
**erection** 288:22
**erroneous** 226:25
233:17
**escape** 281:24
**especially** 288:23
312:10 321:25
**essentially** 169:20
**estimate** 310:14,17
**estimated** 266:12
270:12
**estimates** 271:20
**et** 1:3,6,12,15,18,21
1:24 2:1,4 3:9 208:3
358:2,2 359:3,6,12
359:15,18,21,24

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

360:1,4
ethnic 95:1,7,12,16
    95:19,25 96:2,4
ethnicity 167:13
    168:8 252:15 290:4
    338:14
evaluate 312:7,9,14
evening 353:1
event 21:13 197:3
events 169:21 171:19
    171:21
eventually 31:14
evidence 40:8,14
    57:8 61:14 88:13
    110:23 115:3,11
    118:18 119:22
    120:20 121:10
    124:23 125:16
    150:11 167:24
    179:16,17,25
    202:18 217:17,18
    217:20 262:24
    282:14 305:21
evidenced 202:15
    207:25
exact 44:2 121:11
    170:20 174:4
    289:16
exactly 69:20 87:11
    156:20 176:24
    253:24 293:3,3,4,9
exam 322:19
examination 5:4,4,5
    5:5,6,6 10:19 27:17
    186:11 296:18
    309:18 335:7 340:8
    340:9 353:13
    360:18
examine 19:14
    221:16 272:17
    285:4
examined 327:19
    336:12
example 54:19 55:11

55:21 56:9 122:6
127:21 137:9
150:14 153:9 174:4
350:17
examples 23:13 38:1
    56:23 320:24
    337:22
exception 191:1
    239:16 282:23
exceptions 159:13
    190:24 352:6
excerpt 5:23 6:5,18
    6:21 83:12,22 94:3
    94:8 105:9 165:4,10
    234:6 256:21
excerpted 5:17 64:21
    94:5 256:23
excess 20:25
excessive 320:5 321:6
exclude 34:16
excluding 114:10
    136:16
exclusively 160:22
excuse 189:9,10
excused 217:11
exemption 105:21
exercise 157:22
exercising 162:12
exhibit 16:11,17
    19:13,15,23,23
    24:25 25:2 32:22
    43:8,10 51:10,12
    57:19 60:3 63:8,17
    64:16 82:21,23
    90:18,20 93:21,23
    102:24 105:4,6
    106:25 107:2
    113:22,24 117:17
    117:19 131:12,19
    133:15 145:14,16
    152:25 153:3,3,22
    164:20,22 169:1,3,9
    187:15,17 188:15
    192:5 193:3,4 196:3

196:5 198:20,21
203:8,10 207:6,8
210:4 212:8 214:19
215:25 216:10
218:17,19 219:20
220:10,16,18,23
225:16,18 226:3,11
228:6,8,14,16 234:1
234:3 238:16,18
241:1,10 244:20,22
245:12 246:18,25
249:10 254:19
256:13,15,19
261:24 262:1,4
264:19 267:5,21
270:23,25 272:25
280:8,10 282:2,5
285:20 288:3 290:7
290:11 291:10,19
297:22 298:4,24
299:2 300:9,10,11
309:17 310:1 315:2
315:16 316:16
323:12 324:3,10,20
325:1,4,6,18 326:10
326:10 327:7,13
328:2 329:8,10
330:9,11 331:11
333:7,21 334:8,9
336:13,14 338:15
339:24 340:13
341:3 342:19
343:12 346:6
347:11 353:7,12,16
355:12 356:1
exhibits 5:9 18:25
    19:3 153:14 322:12
    322:13,23 323:5,9
    336:12
exist 40:13 342:23
existed 56:24 190:8
existence 348:11
exodus 117:2
expanded 176:6

expanding 279:4
expected 11:2
expedite 90:8 103:17
expeditious 109:12
expense 275:21 276:7
    276:12
expensive 160:10
experience 161:15
    162:19 250:12
    277:20 278:4,9
    349:1
experiment 348:11
expert 295:1 306:3,6
    306:7,10
expertise 303:24
expiration 134:11,13
    137:10,19 271:15
    361:13
expirations 135:2
expire 143:8
expired 131:5 132:25
    133:4,24 134:4,19
    134:25 135:7,14,18
    136:7 180:21
    191:24 269:9,13,16
    269:20,25 270:4
    273:11,15,23 320:8
expiring 134:7
explain 66:21 134:20
    150:12 153:10
    163:7 206:1 283:8
    283:12
explained 163:11
    236:24
explaining 303:22
explanation 42:20
    89:2 136:21 328:10
exploit 348:11
explore 279:3,19
explored 253:2
express 210:5 355:2
    355:7
expressed 219:25
    220:10 244:11

SENATOR TROY FRASER                           7/23/2014
CONFIDENTIAL TRANSCRIPT

18

276:15
**expresses** 354:23
  355:13
**expressing** 219:15,19
**extend** 81:24 320:6
**extended** 278:22
  279:14
**extending** 238:6
**extensive** 137:25
  168:2
**extensively** 160:22
**extent** 27:16 47:5,5
  80:16 315:5
**extra** 339:15
**extremely** 23:15
  88:14 141:23
  162:25 163:4
  266:24

_____
**F**

**F** 298:15
**F-R-A-S-E-R** 10:23
**face** 183:3 344:17
**facing** 346:12,15
  347:7
**fact** 35:19 38:14
  48:12 50:5 65:4
  71:6 100:10 127:13
  139:15,19 153:22
  154:15 181:19
  196:18 202:15
  208:1 241:6 314:15
  321:14 334:16
  339:14 345:15
**factor** 328:14
**factors** 328:15
**facts** 61:13 88:12
  115:2,10 118:17
  119:22 120:15,19
  121:5,5,9 124:19,22
  125:15 127:5
  134:17,23 150:10
  167:23 179:15,25
  213:4 282:14

305:21
**factual** 39:19 40:2,3
  56:22 110:6,12,20
  139:22 212:9
  232:22 243:8
**fail** 135:19 326:4
**failed** 31:21 32:1,6,15
  101:12,25 102:4
  205:3 209:24
  222:15 320:20
**failure** 100:20
**failures** 311:20
**fair** 33:3,10,17 34:2
  84:24 88:5 95:10,15
  112:2 128:25
  129:20 132:24
  133:22 154:14
  171:10 173:17
  174:9 182:3 188:20
  195:10 206:9 297:2
  312:11 342:6
  344:12
**fairly** 311:6
**fake** 139:15
**fall** 160:17 251:23
  252:19
**fallback** 204:18
  205:6 215:1
**familiar** 25:7 67:20
  71:1 83:22 91:5
  133:6 136:3 145:17
  149:19 164:23
  184:20 185:6 232:1
**familiarity** 108:21,22
  108:24
**far** 44:16 88:19
  178:25
**Faransso** 4:2 5:4 8:1
  8:2,13,17 9:2 10:6
  10:11,20 14:8,15
  15:9 16:12,16 19:2
  19:15 25:1 26:25
  27:3 29:10 31:13
  34:11 35:11,16,17

36:12,25 37:12,25
  38:24 40:21 42:24
  43:9 44:9,18 45:6
  45:22 47:21 48:2,15
  48:22 49:7,19 50:6
  51:11 52:4,8,11,13
  52:15 53:11 57:7
  58:7,12,17 59:1,18
  60:2 61:9,18,24
  63:25 64:17 67:8,12
  68:21 69:4,23 70:4
  70:11 71:15,24 77:7
  77:10,13 79:1,14,21
  80:23 81:13 82:3,9
  82:10,22 83:5,10
  84:24 85:12 86:17
  87:8,23,24 88:5
  89:1 90:16,19,23
  91:2,3,18 92:10,22
  93:22 94:4,5 99:4,9
  100:12 101:2,18,21
  101:24,25 102:21
  102:25 104:7,14
  105:5 106:13,22
  107:1,25 108:20
  109:5 110:19
  112:10,24 113:5,11
  113:16,23 114:22
  115:7,14 116:24
  117:5,18,22,24
  118:19 119:15,17
  119:18 120:6 121:4
  121:20 123:2,8
  125:9 126:2 129:16
  131:13,17,18 132:9
  132:11 133:12,13
  133:16 137:8
  140:24 141:3
  144:12,22 145:2,15
  145:19,21 146:11
  146:17,23 147:17
  150:14 152:21
  153:7,13 154:1,8,12
  154:21,24 155:13

157:23 160:4
  161:13 163:6 164:6
  164:11,21 165:6,9
  165:12,22 166:1
  168:10,24 169:2,17
  174:7 175:6,12,20
  176:2,4,17,21 177:6
  179:19 180:9
  185:19 186:3
  298:10 300:11
  314:23,25 360:22
  360:25
**farther** 154:18 157:9
**fashion** 109:2
**fashioned** 250:4
**fast** 66:18,25 323:7
**faster** 210:3
**favor** 38:10 75:1 95:8
  96:22 97:6,8 124:16
  134:6 167:3,6,9,14
  168:16 228:4
  286:18 293:1,6,8,12
  293:21 294:1,15
  324:11 325:12
  343:23
**favorably** 85:17
**favored** 324:1
**feature** 59:13 61:2
**Feb** 6:23
**February** 263:23
  329:16 336:16
**federal** 2:21 65:13,21
  66:11 71:10 93:6,11
  128:8,12,17,21,23
  129:5,10,21,24
  139:4,5 191:21,23
  246:20 247:3,11
  248:4,18,24 249:2,5
  275:9,12
**federal-issued** 130:5
**fee** 268:5
**feed** 266:5
**feedback** 160:23,24
**feel** 12:16 212:13

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

19

227:21 232:8
249:21 351:18
**fees** 150:2,7 170:7,17
171:11 172:22
173:5,19,24 174:11
**felon** 186:23
**felony** 54:22 55:22
195:7
**felt** 139:20
**ffon** 347:16
**field** 168:4
**fight** 28:21
**figure** 224:12
**file** 17:21,22 27:22
35:23 44:10 49:9
70:19 78:19 79:10
79:11,13 81:15
204:15 205:8,9
207:21 208:14
215:9 232:9
**filed** 21:15 24:15
25:11 33:23 38:4
41:8 43:12 44:3,8
44:15 50:3,12 57:4
59:24 60:9 62:25
63:20 78:20 79:24
79:24 80:3,4,25
81:19 89:9,10 91:22
102:6 103:3,4
104:17,20,22,22
114:2,4 120:8
133:25 134:10
135:1 170:21
205:25 210:23
215:7,14,18,19
236:12,12 247:16
270:4
**files** 17:7,9
**filing** 45:18 69:23
74:7 79:6,7,8 81:23
82:5 101:7 205:2
208:4 216:13
**fills** 191:2 232:6
**filter** 64:15

**final** 131:10,19
143:15 175:10
182:22 184:9 298:2
298:3
**financially** 361:7
**find** 109:20 156:12
177:22 178:1 193:3
285:25 297:22
340:2
**findings** 152:12
**fine** 100:18 146:23,24
154:8 171:2 284:20
306:4 331:15
**fingerprint** 249:3
**fingerprinted** 179:25
180:8
**fingerprints** 301:7,13
301:21 302:2,8,18
302:22
**finish** 129:16,18
338:7 340:21
**finished** 129:19 348:9
**Firm** 361:16
**first** 10:16,23 11:1
20:14 21:10 39:7
43:5 44:16 52:2,15
53:12 54:17 55:3,11
59:10 60:4 62:1
91:21 94:13 108:1
108:14 109:7 111:6
111:8,18,25 115:22
118:5,13 132:20
147:23 148:8,9,11
148:13,16 151:8,20
175:15 197:7 198:8
200:4 204:20
228:20 255:2,7
258:23 291:22
296:25 316:22
323:12 326:19
330:16 331:11,18
333:23 336:13,20
347:24 354:24
355:10

**fiscal** 174:24 175:4
310:22 311:5,11
312:9 352:4
**five** 44:1 45:12 54:25
56:10 57:3 80:13,17
122:5 190:22 197:6
244:15 264:5 271:4
285:9,11 303:21
309:3 311:1 337:22
**fixed** 84:4
**floor** 30:2 32:6,12
36:3 82:1 96:11
135:3 142:7 149:4
149:12 152:3
169:21 171:20
180:15 198:5,16
225:12,14 227:4
242:12,23 274:9
275:20 276:24
310:2,10,16 311:9
311:14,15,21 312:5
312:17,19 313:5,7
313:15 316:17,19
316:21 317:4
352:10,15 354:19
356:2,8
**flow** 46:19
**focus** 169:11 175:4
210:2 257:3
**follow** 66:20 341:11
**follow-up** 7:13
329:18 330:13
**followed** 29:21 261:4
**following** 33:16
52:18 66:6,24 94:15
94:18 116:11
180:16 271:15,18
289:8 360:11
**follows** 10:18 46:11
47:17 257:5 360:24
**food** 159:7
**foregoing** 358:20
**forge** 139:20
**forged** 139:11,17

140:11
**form** 33:4 35:24
37:24 60:12 62:22
63:5,14,18 65:17
130:15,21 136:14
142:22 143:3 156:2
160:4,6,11,13
166:13 178:22
179:14 180:19
189:19 192:12
195:10 292:4,12
304:11 315:17
**former** 54:24 56:9
229:3 238:23
**forming** 326:23
**forms** 32:22 33:2,11
33:13,18,20 34:3
38:13 60:12,16
62:12,23 76:1,3
78:11 93:7,12 97:13
97:16 129:22
130:17,22 139:8
140:14,22 162:18
163:5 176:7,12
177:3,10,20 189:6
193:14 246:19
247:2,10,21 249:6
292:14
**forth** 241:6 267:20
**forward** 18:11 21:16
30:2 31:10 69:21
71:20,22 105:18
149:12 185:21
207:25 222:10
254:4,7 276:18
295:17 299:12
323:7
**forwarded** 360:21
**fought** 26:4
**found** 74:19 125:23
126:7 136:25
137:17 138:2
177:16 183:8 236:9
257:11 265:22

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

20

293:9 333:21
**foundation** 74:22
  76:19 77:8,25 82:8
  92:7 127:11 241:8
  327:10
**four** 14:7 139:3
  146:15 208:19,19
  267:13 303:21
  335:17 337:22
  339:8
**fourth** 332:16 333:2
**fourths** 8:11
**framework** 85:6
**Fraser** 2:9,14 5:3,12
  5:13 8:2 10:15,21
  10:23 12:19 19:12
  19:16 36:25 53:14
  107:1 123:8 147:17
  173:2 186:13
  207:12 221:7
  296:20 309:20
  315:1 339:18
  358:20,25 360:7,12
**Fraser's** 272:16
**fraud** 39:5,10,16,20
  40:3,9,14,22 41:16
  41:17,24 42:9,15
  43:2 44:19,20 50:18
  50:24 51:4 55:8,13
  55:17 56:12,13,18
  56:23,24 59:3,9,11
  60:8 111:3 120:16
  121:6,23 122:14,18
  122:25 123:15
  124:10,21 126:6,16
  127:6 139:12,24
  140:3 174:21 175:2
  202:10,14,17 203:1
  203:6 253:13,17
  291:25
**fraudulently** 192:23
**free** 12:16 50:1 130:3
  144:11 145:8,8
  148:17,21 150:25

151:2 160:5,8,10,12
  161:10,10,11 163:3
  173:15 174:16
  175:10,10,13,21
  249:21 251:10
  268:15 276:24,24
  283:15,15 286:17
  357:2
**freely** 328:24
**friend** 178:20
**friends** 81:10
**front** 54:22 55:23
  56:3 85:11 136:22
  143:11 197:4 200:1
  285:2 299:7 300:25
  354:20 355:23
**fruit** 289:13
**full** 10:22 31:16 50:5
  50:7 51:17 52:16
  54:2 58:25 59:7
  60:6 109:22 170:15
  171:22 228:4 315:4
  317:5 323:20 324:1
**fund** 1:12 4:1 8:4,24
  286:15 287:1
  359:12
**fundamental** 54:19
**funds** 286:14
**furnish** 173:21
  206:23 286:17
**furnishing** 206:7
**further** 5:6 37:5
  200:5 284:13 335:2
  353:6,13 355:7
  361:4,7

---G---

**Gallegos** 278:20
**gallon** 286:14
**gas** 286:13,14,19
**gather** 26:4
**general** 2:20 3:11,12
  3:17,22 18:20,20
  19:20 23:24 41:8,23

57:5 77:18 91:9
  98:21 109:16
  185:15,24 242:24
  273:11 310:18
  349:3
**generalization** 89:15
**generally** 14:19
  24:14 33:25 82:11
  89:20 99:17 108:13
  156:25 170:16
  215:10 237:8
  259:11 333:19
  334:6 348:24 349:2
  349:9,10 350:17
  351:9
**generic** 78:15
**geographic** 20:19,22
  345:4,23
**Georgia** 72:21,23
  73:5,8,13,17 91:25
  92:12 113:12
  114:19 115:19
  116:4,21 117:7
  118:10 213:24
  229:16 246:16
  248:11,16,20
  250:12 251:10
  269:12 275:11
  326:25 327:4,20
**Georgia's** 128:11
  246:20 247:2
**getting** 24:18 152:17
  156:14 157:18,18
  240:7,9 284:21
  319:4 352:19
**give** 12:5 38:1 41:3
  53:19 97:14 115:6
  115:13 118:7,14
  119:23 122:4,6
  135:22 137:8,22
  138:14 164:1
  168:18 173:14
  185:2 226:21
  235:16 263:13

279:17 289:6 297:2
  297:6,8,8,16 298:22
  299:12 300:7
  301:13,16,21 302:2
  303:9 304:21
  320:24 341:19
  353:23
**given** 35:25 72:6
  73:19 151:6,10
  174:16 194:15
  204:22 205:13
  234:23 236:1 238:6
  297:12 303:17,23
  310:14,20 311:25
  312:11 331:16
  360:14
**gives** 110:17 157:24
  158:3
**giving** 29:14 253:7
  303:19 339:15
**glad** 23:17 51:1 55:20
  123:16 125:21
  174:5 191:9,12
**go** 26:14 29:4 31:12
  33:15 36:15 44:14
  46:23 49:13 63:3
  65:9 76:8 83:9
  88:18 109:14,19
  113:18 119:23
  126:1 130:14
  138:18 148:13
  152:22,23 156:14
  178:25 186:9 191:9
  191:12 192:24
  193:20 206:25
  207:3,23 209:3
  221:9 222:2 241:6
  242:1,5,6,9 243:17
  243:19 250:14
  261:18 263:11
  284:13 285:8,22
  287:25 290:8
  297:11 302:12
  317:9 318:8 322:11

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

21

| | | | |
|---|---|---|---|
| 323:9 325:5 331:8 | 44:16 49:15 51:7 | 197:14 | 46:21 47:4,20 48:3 |
| 336:4,8 340:20 | 53:13 58:22 59:6,10 | **great** 314:18 | 48:6,16,18 49:11,24 |
| **goal** 50:4 177:20 | 61:7 69:22 82:16 | **greater** 135:8 | 50:2 51:25 52:5,10 |
| **goes** 10:7 26:7 42:21 | 93:20 123:2 177:18 | **groceries** 157:18 | 52:12 56:25 58:3,13 |
| 86:3 221:8 | 258:5,7,8 297:8 | 159:7 | 58:19 59:14 61:5,13 |
| **going** 11:10,12,23 | 345:7 | **grounds** 25:22 26:16 | 61:22 67:5,9 68:19 |
| 12:25 18:16 24:24 | **good-faith** 284:11 | 26:18 44:11,23 | 68:23 69:18 70:1 |
| 25:21,23 26:1 27:6 | **Googled** 125:22 | 46:10 68:23 98:5 | 74:15 77:5,9 78:21 |
| 28:11,15,23 35:1,5 | 136:22 | 100:9 243:3 | 78:23 79:3,17 80:10 |
| 36:9 45:15 46:9 | **Googling** 74:19,19 | **group** 8:20,24 96:1 | 80:21 81:7,20 82:6 |
| 47:13,17,22 53:3 | 75:12 | 117:2 127:11 | 82:8 83:4,7 84:10 |
| 59:16 62:19 63:17 | **gotten** 163:3 | 183:14,20,21,23 | 85:7 86:14,19 87:19 |
| 66:17,18 70:2 71:9 | **government** 60:14 | 184:1 210:12 | 88:12 90:10,25 92:6 |
| 78:19 81:2,15 83:11 | 65:13,22 66:11 | 295:18 321:15 | 92:19 94:2 98:5,25 |
| 86:20 89:7,19 90:13 | 128:22,23,23 129:5 | 333:20 | 100:8,24 101:15,20 |
| 98:7,18 100:8,19 | 139:4,5 166:12,25 | **groups** 124:18 | 101:22 104:3 |
| 103:24 112:15,21 | 191:21,23 246:21 | 159:23 | 106:10,16,19,21 |
| 113:2 115:25 117:3 | 246:21,21 247:3,4,4 | **guess** 30:7 120:10 | 107:19 108:18,23 |
| 119:21,24 132:2,7 | 247:11,12,12 248:5 | 149:21 227:12 | 112:8,22 113:2,7,14 |
| 132:14,15 133:13 | 248:5,5,18,22 275:9 | 273:25 344:16 | 114:12 115:2,10 |
| 133:16 136:25 | 291:24 292:4,8,8,9 | **guests** 235:2 | 116:22 118:17 |
| 137:6 142:25 | 292:12,15,24 | **guidance** 297:8,16 | 119:12,16,21 |
| 146:14,17,21 147:3 | 312:23,24 323:19 | **guidelines** 301:24 | 120:19,22 121:9 |
| 148:7,9 150:5 | 329:21 331:1,23 | 303:7,8 304:1,9 | 123:4 124:22 |
| 154:20 170:13,14 | 332:6,21 336:24 | 346:2 | 125:15 132:6 |
| 173:10,13,13 174:4 | 337:7,8,12,16,17,18 | **gutting** 311:23 | 136:18 140:16 |
| 174:14 197:5,8 | 337:18 338:10,11 | | 144:2 145:11 146:6 |
| 211:9 212:4 213:7 | 338:16,23 339:2,6 | **H** | 146:8,20 147:2,10 |
| 220:7 221:9,12,15 | 339:19 340:16,25 | **HALE** 4:3 | 150:10 152:23 |
| 222:2 223:5,9 227:8 | 341:5 342:21,22,24 | **half** 196:13 284:5 | 153:12,15 154:5,9 |
| 231:15 233:2 241:8 | 343:6 | 285:4 | 157:11 159:25 |
| 242:3 243:3,5,19 | **governor** 31:17 32:19 | **halfway** 94:9 221:6 | 161:5 162:21 165:3 |
| 258:20 277:23 | 78:19 79:2,10,16,20 | 347:22 | 165:8,20 167:23 |
| 279:3 284:21 | 87:6 88:22 89:3,17 | **hall** 285:18 | 168:22 169:10,14 |
| 285:17 286:3 | 91:10 103:12,14,25 | **Halpern** 3:16 8:25 | 175:3,8 176:1,15,19 |
| 293:14,15 296:2 | 104:12 106:1,8,15 | 9:3,13,13,19 10:9 | 176:23 178:17 |
| 299:11,17 307:10 | 107:13,21 108:2,15 | 13:24 14:6 15:3,6 | 179:15,21,22 180:5 |
| 308:15 309:9,12,14 | 112:3,4,13 197:10 | 16:14 19:8 25:21 | 180:8 186:1,6 193:2 |
| 315:15 323:8 331:6 | 198:18 199:7 | 27:5,24 28:14 29:3 | 193:6 199:12 |
| 333:10 335:14 | 258:12 261:12 | 31:7 34:6 35:1,15 | 200:10,17 220:14 |
| 336:16 339:7,8,10 | 322:1 354:13 | 36:9,13,24 37:8,10 | 221:3,12,17 226:19 |
| 339:13,25 345:1 | **Governor's** 100:6,13 | 37:16 38:21 40:15 | 241:2 242:17 243:2 |
| 350:18 353:9 356:6 | 100:21 104:5 106:7 | 42:18 43:21 44:11 | 244:15 246:6 257:9 |
| **good** 8:1 10:12 24:22 | 106:14 112:6 197:4 | 44:23 45:19 46:9,14 | 258:13 261:17,20 |

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

262:23 266:2,17
272:1,7,11,20,22
274:18 277:21
278:6 282:13 284:3
284:20 285:1,7,16
286:2 292:5 294:6
294:11 295:8 296:1
296:6,13,17 298:25
299:5 302:9 305:20
306:2 308:14,17,20
308:23 309:5,8,12
309:16 315:8,11
322:20 335:15,20
335:25 336:4,9,15
339:7 340:4,7
341:15,21 342:4,25
344:5 348:17 353:8
**hand** 164:19 309:9
309:12 315:15
329:9 330:10
**handed** 16:16 19:3
25:2 43:10 51:12
82:22 90:19 93:23
105:5 107:2 113:23
117:19 131:13,18
145:16 164:21
169:2 185:15
187:16 196:4 203:9
207:7 218:18
220:17 225:17
228:7 234:2 238:17
244:21 256:14
261:25 262:1,3
270:24 280:9
290:10 353:15
**handgun** 139:6
140:19 142:7 178:7
179:23 192:9
194:24 352:1
**handgun's** 179:13
**handguns** 142:1
179:8
**handle** 17:11 22:11
**happen** 36:2 135:17

302:14
**happened** 31:14
53:20 73:3 80:12,17
121:12 125:1
171:19 174:5
213:23 236:18
289:23 318:5,21
321:5 327:19 328:9
328:10 350:13
**happens** 26:21
204:18 253:4 326:4
349:19
**happy** 11:6,19 12:12
47:11
**harassing** 56:25
**hard** 17:7 18:14,21
139:20
**hashed** 26:12
**hat** 289:13
**hate** 33:7
**HAVA** 260:24
**HB** 5:14 27:4 29:11
31:14,23 32:21 33:1
33:5,11,19,20 34:2
34:17 38:13,19 39:5
42:10,14,24,25 46:2
46:6 49:8 63:13
68:9 89:22 177:6
**head** 147:21
**headed** 149:21
**health** 151:11,16,18
151:18 175:17
**hear** 33:7 60:18
199:10 296:12
320:8
**heard** 30:18 40:21
41:24 42:10 84:16
84:17,23 85:3,11
87:13 90:12 92:8
108:11,12 114:20
118:22 120:24
155:23 197:7
209:23 252:6 253:6
258:24 263:24

276:20 282:19,22
321:21 354:17
**hearing** 8:9,15 37:21
42:4,8 80:16 92:5
93:9 204:22 205:14
206:15 208:1,3
209:22,23 215:2,5
215:11 216:11
233:24 255:6,12,16
256:3,5 258:19,23
259:22 354:13,25
355:5,16,22,24
**hearings** 30:1
**Hebert** 90:21 91:3
117:20 153:4
169:15 239:2 245:8
245:14 246:18,22
248:12 290:18
**Hebert's** 117:25
**heed** 326:4
**held** 23:16 84:16,23
114:17 115:17
116:19 120:25
121:15 128:4 151:9
215:11 263:23
355:5,22
**Hello** 296:23
**help** 12:6 51:19 64:10
260:22,22 316:8,11
316:14 339:25
**helpful** 264:8 265:7
265:12
**helping** 54:23
**helps** 351:7
**hereto** 2:23
**Heritage** 7:9 74:21
76:19 77:8,25
127:10 266:19
327:10,11
**Hey** 296:9
**high** 73:4,17 125:4
127:2 155:6 157:3,7
161:24 162:1,25
266:24 349:5

**higher** 65:7 66:14
138:13,15 181:3
327:24 349:2,9,10
**highly** 2:12 27:10,14
27:20 28:6,25 29:8
47:25 52:2,14 90:24
117:23 145:20
147:7,12 218:14,15
220:21,24 228:14
228:16 238:18
244:22 270:25
280:13,15 288:15
290:13 350:19
360:7
**Hinojosa** 142:4 178:5
178:19 275:15
352:1
**Hinojosa's** 277:3
**hiring** 36:15
**Hispanic** 1:14 73:7,8
73:16,17,18,20,21
123:21 167:1,12
178:19 179:9,10
252:20 255:19
259:8 270:8,20
324:17 327:25
331:4 359:14
**Hispanics** 75:7 97:6
125:7 166:14 167:2
252:16 287:22
293:7,12 294:17
295:22 324:2
325:13 328:13
333:4
**history** 88:15,17
114:15,16,23
115:15,17 119:7,25
120:7,7 187:6,7
236:8 317:20
**hold** 17:2 82:24
205:15
**Holder** 184:21 295:2
**hole** 345:20
**hope** 296:9

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

**hoped** 49:17
**hopefully** 154:3
**hour** 284:5 285:4
**hours** 9:24 10:2,7,10
  10:14 14:7 85:19
  86:25 87:14 96:11
  110:21,25 120:1
  121:13 145:13
  156:9,16,18 237:21
  238:4,7 261:23
  278:22,22 279:5,14
  279:22,25 284:8
  310:21 312:8
  350:23 351:17,23
  352:2,11,17 356:7
  356:19 360:25
  361:1
**House** 20:11 21:16
  21:18 24:17,23 25:5
  25:7,9,12 29:21,24
  30:21 31:21 32:4,4
  32:10,10 34:9,24
  39:7,11 45:22 49:14
  59:23,25 63:2 82:14
  97:20,23 98:2 100:2
  100:3,7,14,20 102:1
  120:8 134:8,9
  177:25 183:7
  195:16,17,21
  196:15,19,23
  197:23 198:4,8
  200:5,15 201:3
  209:24 221:8
  222:15,19,21 223:1
  223:2,11 238:13
  261:15 264:2 276:1
  280:19 297:1 318:2
  319:19,23 322:6,7
**housekeeping** 83:1
**Houston** 289:12,23
**Huffman** 271:10
**huge** 329:4
**hundred** 159:1
  346:20

**hundred-page**
  284:18
**hung** 205:5
**hypothetical** 135:16

---

**I**

**i.e** 289:23 351:10
**ID** 6:25 7:1 13:17
  17:15 21:10 22:8,22
  30:17 32:2,8,16,18
  32:22 33:2,2,4,11
  34:14 38:13 40:6,19
  45:16 50:3,5,7
  53:13 57:21,23 58:1
  58:25,25 59:7,12
  61:2,19 62:18,22
  63:14,18 65:8 68:1
  69:8,11,12 74:5
  75:2 76:2,10 78:12
  79:15 81:16,18
  86:11 92:13 93:7,12
  97:13,16,17 100:22
  101:5,11,18 102:1,6
  105:15 106:2
  107:14,18 108:3,6
  109:22 110:1,4,7,10
  110:16,24 111:2
  112:2 113:10
  114:19,21,25 115:8
  115:21 118:2,8,14
  118:23 119:9,19
  120:5,17 121:2,3,7
  121:19 122:11,12
  122:16,16,17,22
  123:11,19,20,23
  124:2,4,8,10,16,20
  125:3,8,12,24
  126:10,16,18 127:1
  127:5,5,12,14 128:5
  128:12,12 129:22
  130:1,5,15 136:7,14
  136:24 137:3
  138:15,19,24 139:2
  139:5,6,6,7,11,15

139:17,19,23 140:3
140:18,23,25 141:5
141:22 142:3,11,22
143:3 144:9,9,10,17
148:17,21 151:15
158:23 162:18
166:13 167:4,6,9,15
168:8,11 172:22
173:6 175:10
176:12 177:10,11
179:6 180:19 181:6
182:16 183:25
184:16 185:22
189:6,19 190:2,16
190:23 191:24
192:12 193:15,21
193:24 194:13,15
194:20 195:11,14
201:5 204:1 219:6
219:16 220:10
222:3,9,18 223:14
223:18,23 228:4
229:4,16,16 230:2,4
230:9,21 231:7,15
231:16,19,22
232:25 233:1,3,6,9
233:12 235:24,24
239:18 246:19
247:2,10,11,22,24
248:10,17,17,20,21
249:5,7 250:8,15
251:22 252:8,9,18
254:20 257:6
262:16 268:6,13,15
269:6,13,20 270:13
270:14 271:21
273:14,22 274:3
275:12,12 277:4,16
280:2,20 281:2,9,12
282:3,6,10 283:9,13
283:15 291:13,24
292:4,8,8,8,9,12,13
292:14,24 293:1,2,7
293:13,21 294:1,16

295:9,21 304:16
308:7 313:11,13
316:7 317:8,20
319:9,13,25 321:9
321:13 323:17,19
323:20 324:1,10,12
325:12,25 327:1,6
328:8,10 329:21
330:22 331:1,23
332:7,21 336:25
337:3,8,13,15,18
338:16,23 339:2,4,6
339:19 340:16,25
341:6,9 342:7,16,21
342:24 343:6,20,24
343:25 344:3,9,14
344:20,24 346:24
347:6 348:12
354:25
**ID's** 271:15
**idea** 86:8 96:20 149:1
  207:20 258:5,7,8
  271:11 282:17
  330:25 331:21
  332:5,19 341:4,10
  344:13
**identical** 87:11 115:6
  153:5,10 179:2
  304:18
**identically** 105:19
**identification** 7:8
  16:11 19:1 24:25
  33:19,20 34:4,14
  43:8 50:9,10,12
  51:10 60:12,13,13
  60:16 61:10 62:12
  63:5,15,18 64:16
  65:11,16,17,20,25
  66:9,15,16 67:17
  75:8 76:1,3,23
  78:11,16 82:21
  85:16 90:18 93:21
  95:5,6 96:22 97:15
  102:24 105:4

106:25 113:22
114:6,7,11 117:17
122:8 123:14 126:5
127:23 128:17,24
129:3,12,25 130:8
130:13,17,21,23
131:12,24 132:1
133:15 136:13
137:5,6,11,16,18,22
137:24 140:14
141:10 143:18,22
145:7,14 146:21
154:6 155:5 157:20
158:8,9,11,22 159:8
159:19 160:5,7,11
160:13,25 163:1,5
163:12 164:20
169:1 170:8,18
171:12 173:11,14
176:7 177:4,21
178:22 179:1,14
180:19 181:25
182:4 183:15,24
187:15 190:5
191:21 192:10
196:3 203:8 207:6
208:11 218:17
220:16 225:16
228:6 234:1 238:16
244:20 253:14
256:13 261:24
270:23 280:8,20
282:6 283:13
285:20 290:7 297:7
299:2 300:10 301:1
301:10 304:12,23
305:8 312:21 313:9
317:15 322:14
329:8 330:9 347:15
353:12
**identifications** 33:13
131:5
**identified** 41:5
**identifies** 338:23

**identify** 40:6,11,20
78:16 97:14 146:22
181:17 212:16
213:15 243:24
254:6 305:9 315:22
316:14 339:5
**identity** 33:3,12,21
34:4 65:18 121:8
135:19 136:8
149:25 189:1
286:18 299:23
**IDs** 34:16 59:2,2,8
63:4,23 65:4 128:8
128:23 129:11,11
136:17,22 137:1,10
138:10,13 140:11
141:17 180:24
181:2 191:5,7
246:20 247:3 248:4
248:12,24 249:2,6
269:10,13,16,25
270:4,7 273:10,16
273:20,23 274:4,14
274:16,22 275:8
277:14 278:2
295:10 337:9,16,18
337:20,25 340:14
342:23 347:2
**illegal** 208:20 209:5
210:5,14,21 211:1
211:11 217:24
**illegally** 40:1,7,12,20
41:6 54:24 55:1
56:8,11 202:22
212:17 313:9
**imagine** 184:14
**Imani** 8:4
**immediately** 185:14
185:16
**immigration** 6:14
192:1 219:16
220:10
**impact** 23:21,25 24:3
24:7 35:18 36:7

37:14 69:14,25 70:9
70:12,15,17,22
125:13 159:2,16
164:16 165:18
166:9 167:20 168:5
174:24 175:4
236:21 250:23
280:2 311:5,11
312:10 348:12
351:4,8,13 352:3,4
**impacted** 311:12
**impacting** 76:11
167:10
**impersonation** 55:24
56:5 203:3 212:22
213:1 247:14,23
**implemenation** 128:1
**implement** 127:19
183:8 185:21
205:21 236:23,24
248:9 252:11
304:13 310:15
**implementation**
127:13 144:6,14
151:8 163:14,17
167:14 168:7,17
175:14 327:20
351:5
**implemented** 127:20
128:2 144:5 205:19
236:19 237:1
252:21 260:23,25
**implementing** 232:25
279:19
**implicate** 27:18
**implication** 167:17
**implied** 56:16 108:9
202:21 275:22
276:8
**implies** 105:17
240:13
**imply** 97:7
**implying** 102:3
303:12

**importance** 322:3
**important** 12:3,5
59:13 61:1 107:17
205:8 321:1 346:12
346:15 347:7
**importantly** 60:8
**impose** 305:18
**imposed** 149:2
**impossible** 99:10
152:19 153:8
162:23 236:20
313:13 344:21
345:25 346:3
**impression** 274:21
**impressions** 98:10
**improve** 127:12
178:3
**improved** 126:25
**improvements** 202:2
**improves** 91:24
**in-person** 39:10,12
40:3 41:16,20 42:15
43:1 44:19,20 50:18
50:23 51:4 55:8
56:12,23 59:3,9
111:3 121:23
122:13,18,25
123:15 124:10,21
126:6,16 139:12,24
162:17 174:21
175:2 203:2 212:21
212:25 213:3
247:14,23
**inaccurate** 20:4,7
**inaccurately** 235:17
**inadequate** 355:15
**incapacitated** 187:10
195:1,4
**incident** 55:16
**incidents** 40:22,24
41:24 42:5,8 126:6
127:6 217:24
**include** 34:16 50:12
59:24 63:18 66:13

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

25

67:17 128:12,17
143:25 175:21
191:7 225:1,8
268:24 292:20
299:21,25 300:3
337:8,16 342:7
**included** 59:2,8,23
61:2 63:3,14 65:4,8
73:21 76:3 97:17
114:7 129:7 132:24
134:22 148:22
177:10 178:21
182:22,25 183:1,2
192:12 224:6
233:14 274:17
279:12 292:16
337:25 342:23
343:3 346:23
**includes** 34:14 131:5
142:22 143:2,6
234:9,10 256:21
**including** 115:19
116:6 117:21
218:23 245:8
283:21 337:15
**inclusion** 57:23 58:1
59:12 61:10,19
126:15 135:13
274:22
**income** 160:17
161:14 162:3
**incomplete** 20:5
**inconclusive** 260:10
263:5 267:7
**incorrect** 198:1
227:11 294:14
**incorrectly** 102:12
**increase** 125:2
223:13 327:5 328:1
**increased** 93:11
307:25 328:15
330:3 331:4
**Increases** 93:6
**independent** 74:24

77:23 253:3 295:14
338:2
**independently**
295:17 338:4
342:10
**Independents** 332:12
332:13
**INDEX** 5:1
**Indiana** 7:8 68:1 69:7
72:21,22 73:4 91:25
92:12 113:12 116:4
116:21 117:7 118:9
128:11 213:24
229:16 239:18
249:15,25 250:4,8
269:6,12 273:14
275:11 326:24
327:4,20 328:10
347:16 348:13,16
**Indiana's** 268:13
273:22
**indicate** 193:16 209:4
217:5 229:25 230:7
262:20
**indicated** 252:24
260:15 264:15,20
**indicates** 118:10
188:3 204:3 207:14
239:5 257:1,1
258:10 282:2,5,7
291:21
**indicating** 188:5
191:3 282:25
**indication** 166:15
**indications** 178:24
**indigency** 184:7
281:1
**indigent** 182:16
183:21 184:2,5
268:14 281:11,23
281:24 282:1
**individual** 150:15
158:13 323:19
**individuals** 41:15,16

117:20 337:24
**indulge** 37:1 178:15
**indulging** 339:14
**ineligible** 201:21,23
202:6,16 211:18
212:2 213:16
214:21 278:17
**inexpensive** 161:11
161:12
**information** 12:15
34:19 41:2 42:3
55:19 57:3 71:11,23
72:7 73:22 93:3
111:23 122:4 126:7
126:11 139:14,18
139:23 140:5,8
164:14 213:5
217:22 230:22
231:4 239:19
253:17 254:21
255:3 257:22,25
258:2,4,8,10,16,24
259:13,14,24 260:7
261:5 263:4,18
264:7 265:8,9,13,16
265:19,21,23,25
266:5,6,8,11,15
267:2,4,5,6,9,18,19
298:17 299:21
300:1,2,3,4 323:21
324:9,19,23 325:1
325:15
**initially** 356:6,12
**input** 24:20 35:24
37:22 38:6,8,10
39:23 351:4
**inserted** 85:23
**insofar** 179:12
**instance** 2:15 97:4
**instances** 122:2
139:11 140:2
**Institute** 326:14
**institution** 65:13,14
65:21,22 66:11,12

129:5,6 138:5
**institutions** 65:7
66:13 128:9,13,18
138:13,15 181:2
**instructed** 109:2
**instructing** 149:15
**instruction** 151:6,10
175:16 279:8,18,23
**instructions** 297:10
297:20
**insufficient** 213:20
**integrity** 38:22,24,25
39:8 43:6 44:16
50:15,17,22 57:16
122:20,21 125:2
126:8,24 127:12
139:1,21 177:8
183:18 211:25
212:14,24 214:3,8
278:13 316:9,12
**intend** 154:2
**intended** 39:5 51:3
55:8 58:23 111:3
204:3 205:19,21
207:25 236:23
301:16
**intent** 57:16 79:9
134:8 203:20 204:8
215:1 216:7 335:1
**intention** 215:10
297:6,8
**interest** 21:10,14
30:20 32:25 89:12
210:5 287:2 304:4,6
304:6
**interested** 152:17
214:25 361:8
**interesting** 109:13
**interestingly** 163:1
**interfered** 122:8,13
122:17 173:6 174:1
174:12 175:1
176:13 182:1
247:12,22 248:6

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

26

**Intergovernmental** 3:21
**intern** 4:9
**interpret** 37:2 314:19 345:2
**interpretation** 66:2 84:11 335:1
**interpreted** 343:5,8 344:13,20,24 345:2
**interpreting** 182:3 297:19
**interrupt** 33:7 66:17 340:19
**interrupting** 336:2
**Interruption** 129:14 141:1
**intervenors** 8:4
**introduce** 8:6 23:20 23:24 24:6 43:18 44:21 45:7 86:9 201:22 203:5 224:25 225:7
**introduced** 5:25 23:10,14,18 43:16 85:21 86:5 114:3 226:7 229:17 230:1 280:24 281:8
**introduces** 221:7
**introducing** 68:16
**inverse** 124:14
**investigated** 272:9
**invited** 235:2
**involve** 55:23 240:19
**involved** 56:11 85:25 104:25 112:17 113:16 161:3 163:12 197:22 224:16,19 240:22 305:10 307:22
**involvement** 105:2 224:11,23 226:4
**involving** 43:3 262:20
**irregularities** 202:24

202:24
**issuance** 208:8 304:3 312:21
**issue** 35:22 39:11 70:14,16 74:19 76:22 101:19 102:1 106:1 108:5,7 109:19 110:22 114:16 120:1,24 124:5 129:25 130:1 137:25 160:18 161:2 219:16 220:11 237:17 275:17 279:14 297:21 301:21 303:25 306:16,20 306:24 313:21
**issued** 16:18 65:12,21 65:25 66:10 68:4,9 128:8,12,17,21,22 129:4,21 130:2 135:18 137:14,18 138:24 139:2,6,8 142:12,14,16 155:12 158:10,23 178:23 179:3 191:22 192:9,10 194:20 203:17 208:4,6 215:13 216:12,15 246:20 247:3,11 248:4,17 248:21 257:5 273:20 275:8 277:6 277:8,11 283:9,14 291:24 292:4,8,12 292:15,24 300:17 301:12 323:19 329:21 331:1,23 332:6,21 334:18 336:24 337:7,8,12 337:16,18 338:11 338:16,23 339:2,6 339:19 340:16,25 341:5 342:21 343:6

**issues** 21:11,14 22:8 22:11,22 23:16 30:17,20 55:5 87:12 115:19 219:17 229:4 328:9
**issuing** 130:1 138:5 268:6 278:2 304:23 326:15
**item** 107:14,18 108:7 108:10,16 109:8
**items** 83:3 184:6

**J**

**J** 3:11
**Jackson** 271:2,7 272:4
**Jan** 5:19,24 6:1,5,6 6:16,17,18,20,22 7:2
**Janice** 15:13 21:20 54:8 58:16 69:3,5,5 69:6 90:22 92:16 93:15 104:21 112:16 117:21 203:15 215:19,20 228:25 238:23 245:9 259:22
**January** 7:14 83:15 111:5,13,14,16,17 111:19 114:4 165:2 169:7,18 225:21 229:6 234:8 245:4 246:3 249:10 255:15 256:20 267:18 290:19 291:13,16 324:7 352:11,12,16,17 354:4,16,16 355:22 356:4,20
**Jason** 328:7
**Jeffrey** 326:16,24
**job** 24:19 152:15
**John** 3:10 9:11 81:11 309:20 338:20

**john.scott@texasat...** 3:14
**journal** 5:21 6:6,8,15 93:25 94:6,20 169:6 169:18,20 170:22 171:5,8,17 172:16 172:19 173:18 196:7 225:21 226:1
**Jr** 3:11
**Juan** 142:4
**judge** 288:19,22 289:13,18 295:6
**JUDGES** 1:14 359:14
**judicial** 184:22 245:25
**July** 2:10,17 5:13 15:17,25 293:4 307:14 323:17,23 360:8 361:9
**jump** 165:4
**jumps** 84:22
**June** 16:7,8 19:16 185:13
**jurisdiction** 297:20
**jury** 217:11
**Justice** 3:5 71:10,21 241:17,23 242:7 245:24 251:10 254:9
**justify** 302:22

**K**

**keep** 79:7 80:16 83:5 138:23 141:25 312:13
**keeper** 79:9
**keeping** 260:25 301:22
**kept** 38:18 62:14 214:21 259:11 286:20
**kind** 14:19 70:11 79:8 142:11 145:5

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

27

156:5 301:16
325:17
**Kinko's** 136:25
138:18,20 182:5
313:12
**knew** 125:12 230:18
240:14 244:12
278:14 352:3
**know** 9:22 11:1,6,19
12:16 16:2 25:10
34:21,21,22 36:15
37:6 38:9 41:19,22
44:5 52:24 54:5,14
55:18 58:24 72:4,22
75:4,17,21,25 76:9
80:4 81:2 83:13
86:18 88:15 90:14
91:4,13 96:6 97:18
107:10 117:4 119:3
121:24 125:19,19
126:10,13,23 128:3
128:15 130:3
135:17 138:5,6,19
139:25 140:5
142:19 143:9
147:16 148:20,22
149:21 150:13
152:17 153:16
156:7,20,23,25
160:25 163:24
167:13,25 178:13
178:15 179:22
180:5 183:2,17
184:6,8,13 186:2,16
187:3 188:15 189:4
189:9,25 191:4
195:9 196:1,10
198:2,19 199:8
200:11 202:4,8
203:4 213:21
214:10 218:3
219:12 224:16
225:10,13 226:6
228:24 229:21

232:5,6,14 233:13
234:22 237:13,17
239:4,11,13 240:15
241:25 248:13,14
248:16,19,20,23
249:1,2,4,5,8,20
253:1 254:16
255:20 257:19
258:15 259:19
261:3,7 263:2
264:12 265:3,15
266:4,20 271:7,11
272:8,10,11 273:14
275:2,6 279:20
280:16,18 281:18
282:10,15,16,16
283:25 285:10
286:6 287:5,13,18
287:21,24 288:12
288:19,22 289:1,3
289:24 290:3,3
292:20,21 294:14
294:22,24,25 295:3
295:3,4,5 306:7,21
306:21,23 309:23
316:23 324:25
325:14 334:4,17
343:4,14 344:19,23
345:23 346:2 347:9
348:2,4 350:4
351:24
**knowing** 56:1 129:13
179:17 181:21
203:4 288:10
311:11
**knowledge** 16:21
17:11,13 18:1,5
20:2 35:8 38:15
42:12 57:11 76:4,13
78:13 80:19 89:24
90:4 100:15 121:14
139:25 141:7
189:24 190:25
194:8 201:25 203:7

225:12 236:14
238:3,5,14 239:18
240:25 243:21
255:17,24 259:23
260:1 261:13,16
274:15,24 275:1
324:18 325:23
345:10
**known** 258:20
**knows** 36:21 285:14

———————
**L**
**L** 10:15,23 301:1,3
**labeled** 165:13
**lack** 9:25 151:24
235:24 346:14
**lacked** 228:2 255:4,4
267:19
**lacking** 38:25
**lady** 289:13
**laid** 68:10,13 178:20
247:8 324:24
**Lampasas** 30:13
**land** 193:10
**landscape** 324:21
**language** 65:15 172:2
172:3,3,9,11,12,16
205:16,20,21
207:24 239:5,11,14
241:4,5,9
**large** 152:13 189:6
288:23 289:2,22
349:20
**lasts** 136:1
**late** 156:18 291:15
294:20,20 351:10
**Latino** 250:23 330:3
**Latinos** 330:2
**law** 13:17 24:11
32:17,18 33:23
35:19 39:2 68:1
69:8,11 98:21
114:17,19 118:8,9
118:10,15,24

125:12,13 151:8
184:10 189:16
190:7 192:20 193:9
193:10,10 213:15
213:24 217:9
222:11,19 229:16
229:17,18 230:8,8
230:13,18 231:10
231:12,20,22
232:23 234:19,24
235:19 239:18
246:20 247:2
248:11,17,20
249:15 250:1,4,9,22
258:12 266:21
268:14 269:6
273:14,22 299:24
323:18 328:10
330:21,22
**lawful** 144:18
**lawfully** 195:8
**laws** 6:14 7:11 92:13
112:25 113:10,11
113:19,20 116:2
117:7 120:3 128:12
269:13 275:11
328:8
**lawsuit** 309:22
**lawyer** 296:21 336:1
**lawyers** 53:5 309:21
**lay** 24:19 79:6
**laying** 68:6 74:8
155:20 226:12
234:10 251:8 329:2
**lays** 231:9
**leading** 74:8
**League** 1:11 4:1 8:3
8:20,23,24 9:7,8
335:10 359:11
**learn** 197:20 226:24
227:4 255:7
**learning** 65:7
**leave** 22:2 297:17
**leaves** 99:13

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

28

**leaving** 10:10 28:18
  62:14
**led** 119:9 120:16
  121:6
**leeway** 297:2
**left** 22:12,15 89:17
  92:12 163:14,17
  221:6 289:14
  308:16,22,24 309:4
  335:18 338:20
**LEG** 53:4
**legal** 108:18 109:1,3
  208:24,25 209:1
  243:5 306:2
**legally** 209:17
**legislation** 17:15
  23:11,13,18,20,21
  23:25 24:1,4,6,7,14
  24:15 29:15,20,21
  32:9 35:20 43:4,25
  49:16 59:13 60:9
  70:20 79:9,15 81:18
  86:12 88:6 94:25
  95:2,5,7,8,9 97:17
  100:23 102:1
  105:21 106:2,2
  107:15,18 108:7
  112:2,16,17 114:1
  123:14 124:9
  177:11 184:7 193:7
  201:22 202:2 203:5
  204:14 207:18
  253:4 254:20
  295:16 307:1
  320:18 338:4 339:3
  351:20
**legislative** 17:20
  22:18 25:22 26:3,6
  26:16,18 27:13,16
  27:18 29:12 35:2,4
  35:22 42:19 43:21
  44:12,24 46:10,18
  47:1,12,16 49:11,24
  53:5 58:13,19 59:14

61:5 68:24 69:18
  74:15 78:23 79:3
  80:5,10 81:7,20
  83:17 86:20 92:19
  98:6,10,11,13 100:9
  100:24 101:15
  103:15 106:1,16
  107:19 108:3,15
  109:7 111:19,25
  113:3,7,14 114:12
  120:11,13,23
  136:18 144:2 161:5
  178:17 200:10
  205:16 239:14
  241:21 242:6 246:6
  247:5 274:18
  295:14 306:12
**legislator** 301:25
**legislators** 35:25 36:4
  37:22 45:18 57:6
  70:21 350:22
**legislature** 6:8,15
  79:5 88:18,21 99:12
  108:4,8 202:1
  204:15 205:4,7
  215:8 228:2 232:19
  258:11 265:20
  279:9 297:12
  303:18 319:10,13
  324:20 351:9
**Legislature's** 25:14
**legitimate** 208:21
  209:7
**length** 136:3
**lengthy** 26:14 244:10
**let's** 48:3 106:21
  131:10 138:3
  173:16 180:7 186:9
  206:25 207:3
  261:18 285:22
  298:23 316:16,17
  322:11,22 323:9
  324:3 331:8 332:3
  333:6,7 342:25

**letter** 7:14 244:4
  353:21 354:1,4,23
**letters** 147:23
**letting** 323:4
**Level** 347:16
**library** 60:15
**license** 128:22 131:5
  131:25 132:25
  133:4 135:7,19,20
  135:24 136:1,9
  138:24 139:7
  141:14 142:1
  151:15 152:18
  155:4,7 157:15,19
  157:24 158:3,18
  159:7 161:10
  173:10,12,15
  174:16,19 179:2,13
  179:13,23,24 189:3
  192:9,9,18,19,22,25
  193:11,12,13
  194:18,24 195:8
  254:22 255:4 257:5
  257:23 259:4,13,18
  259:21 260:4,11,12
  260:17 261:6
  262:16,21 263:7,20
  263:21 264:4,15,21
  266:13,25 267:4,20
  286:25,25 297:19
  303:3,7,24 304:12
  304:13,21 305:7
  307:17,25 338:24
  352:1
**licenses** 133:23 134:3
  134:18,24 135:14
  136:4 137:20
  138:22 140:18
  141:9 155:12 178:8
  280:1 307:19
**Lieutenant** 31:17
  78:19 79:2,10,15,20
  87:6 88:22 89:3,17
  91:10 100:6,13,21

103:12,14,25 104:5
  104:12 106:14
  112:3,4,6,13 197:4
  197:10,14 198:18
  199:6 261:12
  321:25 354:13
**light** 235:19 296:15
**Lighthouse** 7:6 78:5
  78:6 123:24 324:6
  344:10
**liked** 228:3 265:17
**likelihood** 223:14
  243:18 351:25
**likewise** 223:2
**liking** 282:23
**limited** 181:5
**Linda** 3:16 9:13
  13:24
**Linda's** 137:13
**linda.halpern@tex...**
  3:19
**line** 52:20 53:19 64:4
  66:8,21 67:1,2,19
  98:7 109:22 152:22
  205:15 219:3,5,7
  241:5,7 249:18
  252:1 253:11,22
  257:8,10 301:1
  336:3 358:3
**lines** 27:21 98:21
  327:24 332:12
  338:13
**liquor** 139:16
**list** 32:22,24 34:13
  114:5 131:4 138:11
  148:6 176:7 259:7
  288:23
**listed** 33:19,20 95:23
  140:14 176:12
  193:24 228:25
  246:19 319:21
  346:16 347:6
**listen** 31:11 152:5
  212:6 235:6

SENATOR TROY FRASER                           7/23/2014
CONFIDENTIAL TRANSCRIPT

29

listening 213:22
listing 217:11
lists 271:13 299:9
litigation 3:17 16:3,4
    16:9 19:7 20:1 26:5
    290:13 295:1
little 67:23 82:19
    83:1 97:9 105:7
    190:13 299:13
live 20:24 157:16
    159:5,5,9,10 287:20
    287:22
living 152:9 154:17
    157:17 159:15
    160:3
local 232:16 246:21
    247:4,12 248:5
locate 154:16
location 60:20 152:10
    154:19 156:25
    193:20
logical 179:8
long 14:5,6 20:8
    21:23 41:22 46:22
    47:12 154:23 271:4
    318:25 322:5
    349:15
longer 121:7
longest 116:3 121:14
look 16:14 19:10
    24:24 25:7 51:17
    52:16,22 54:16
    55:19,20 56:2 60:3
    60:5 70:17 85:13
    105:11 113:6,11
    116:8,11 119:18
    127:21,25 131:7,10
    132:18 133:13,19
    135:20 143:10
    144:6 145:17
    164:23 171:3,15
    173:9,16 174:14
    177:2 180:9 200:1
    215:12 219:13

229:20,22 237:23
264:23 265:2,3
297:23,24 298:15
299:8,10 300:20,25
301:5 311:1,4
312:16 316:24
323:5 332:3 333:7
345:3,17 347:24
349:16,16 351:4,11
353:23
looked 75:14 76:18
    78:9 113:19 119:7
    127:15,16 129:2
    163:2 165:16 180:2
    186:18 265:4
    285:11 315:1
    323:21 328:8
    329:25
looking 34:11 36:16
    51:20 77:19 83:12
    83:22 112:24 116:6
    119:25 121:17
    137:25 144:13
    148:3,14 156:3
    166:5 170:3,11
    174:25 192:5
    213:21,23,24
    246:14 258:8
    290:17 293:17
    304:15 325:18
    326:24 328:7
    333:12 346:1
    350:11
looks 135:20 136:2
    271:3
loss 8:10
lost 33:6 189:4 192:2
lot 36:20 38:5 66:24
    74:18,23 81:9 89:16
    110:23 135:21,22
    136:2 137:11,17
    138:6 140:17 151:2
    152:14,17 157:22
    160:19 161:7 168:9

264:25 284:12,21
loud 299:20 309:10
love 51:8 340:18
low 79:22 80:1
    144:10 160:17
    161:14 162:3 163:4
    163:7,10 349:5
low-income 280:21
    282:3,6,11
lower 21:9 52:23
    80:8,14,20 102:10
    102:14 103:15,17
    103:21 127:14
    327:23
Lucio 269:19,24
    271:14 273:7
Lucio's 270:7 273:2
LULAC 4:6 9:16
    296:21
lunch 123:6,9,17

———————
M
———————
machine 2:19
mad 286:7
maiden 69:6
mail 60:14 155:10,14
    157:21 159:20,24
    163:13 188:17
    203:6
mail-in 41:17,20
    55:13,17 162:14
maintain 255:18
maintenance 202:3
major 202:17 319:25
    320:1,2 351:19
majority 85:19 86:25
    87:15 105:15
    155:24,24 161:24
    287:12 321:16
majority-majority
    287:11
majority-minority
    287:6,7,10
makeup 35:20 73:4,6

73:12,13 162:3
329:23,25 331:3
making 9:24 28:7
    46:5 49:8 62:10
    63:3 65:7 89:15
    98:16 106:8,15
    137:23 140:10
    145:8 151:7 155:3
    161:8 209:14 210:9
    210:17 211:18,24
    212:12 214:7 237:5
    251:12 290:23
    345:15
Manager 3:17
mandate 275:22
    276:9
map 345:6,7,8,13,20
    345:21 346:1,4
MARC 1:3 359:3
March 5:18,20,21
    64:8,9,22 73:24
    90:22 94:1,24
Marion 67:21 328:11
mark 28:6 29:7 196:2
    207:5 218:13
    225:15 228:5
    238:15 270:22
    280:7 290:1,6
    298:23 300:8
    322:11,11 323:8
    353:11
marked 5:10 16:11
    16:17 18:25 19:3
    24:25 25:2,15 43:8
    43:10 51:10,12 52:2
    64:16 82:21,23
    90:18,20 93:21,23
    102:24 105:4,6
    106:25 107:2
    113:22,24 117:17
    117:19 131:12,19
    133:15 145:14,16
    164:20,22 169:1,3
    187:15,17 196:3,5

203:8,10 207:6,8
218:17,19 220:16
220:18 225:16,18
228:6,8 234:1,3
238:16,18 244:20
244:22 256:13,15
261:24 262:1,3
270:23,25 280:8,10
285:20 288:3 290:7
290:11,12 299:2
300:10,11 315:16
322:13 329:8,10
330:9,10 353:12,15
**market** 137:1
**marking** 25:8 47:25
141:23,24
**markings** 25:11
**mass** 117:2
**match** 263:19
**matched** 262:16
294:21
**Mathis** 17:1,2,5,7,16
22:4,14
**matter** 8:5 15:17,24
16:18 18:20 19:20
23:24 100:10
106:11 108:16
206:17
**matter-wise** 206:19
**matured** 183:6
**maturing** 76:6
**maximum** 9:23
**MC109** 3:18
**McCoy** 15:13 21:20
22:7,15 54:8 58:16
69:5,6 90:22 92:16
93:15 99:21,23
100:1 101:17
104:21 107:5
112:16 113:17
117:21 146:1
148:24 153:18
203:15 215:19,20
228:25 238:23

241:12 245:9,11,13
259:22 280:16
**McCoy's** 15:16
**McGeehan** 255:15
256:8 257:1,17
259:25
**McGeehan's** 256:21
**mean** 36:14,14,18,19
36:21 50:6 61:10,19
79:12 87:9 101:20
108:12 109:24
110:3 153:16
164:12 172:7
173:14 189:11
234:9 236:3 272:12
272:14 282:11
295:10 318:4
325:17
**means** 13:13 32:8
33:2 47:13 90:25
109:4 121:8 164:13
268:21,24 287:6
343:25 348:24
**meant** 119:13 348:18
**measures** 304:13
**mechanism** 226:25
227:5
**mechanisms** 137:6
**medication** 12:23
**meet** 13:25 144:17
168:19 189:13
213:17 255:15
**meeting** 14:9,17
255:12 283:19
**member** 20:11 81:12
142:4 178:20 179:9
261:15 334:7
**Member-to-member**
99:18
**members** 79:11,12
81:25 82:17 85:20
95:4 100:3 271:20
318:15,19 320:5
330:8

**memory** 16:6 53:20
123:17 170:21
185:3 284:10
**mental** 98:10
**mentally** 187:10
195:1,4
**mention** 92:16
**mentioned** 24:23
36:5 38:12 39:13
41:14 42:6 72:17
76:18 83:21 88:5
112:16 114:22
119:7 121:21 130:7
138:12 292:22
**mentioning** 93:15
**message** 129:15
141:2
**messages** 245:13
**met** 15:1 131:2
**method** 301:9
**methodology** 62:10
232:17 281:25
**micromanage** 279:16
**mid-sized** 30:13
**middle** 322:19
**midnight** 320:7,14
**midterm** 348:13,15
348:23,24 349:3,5,6
349:9,11,16,22,23
350:14
**midterms** 349:7
**miles** 159:1
**military** 139:5
191:24 194:8,11,13
194:15 292:8
**Milyo** 326:16,24
**mind** 48:4 60:2 66:4
91:18 109:11 131:2
152:21 192:2
229:20 290:22
309:15 313:9
317:16 321:12
326:23 338:7
340:18

**minds** 160:2
**mine** 119:6 178:20
232:13
**minorities** 13:9 73:21
95:12,25 96:3,4
251:24 252:19
**minority** 13:2,13
70:17 71:12 73:5,11
92:2,14 95:1,7,17
95:20 125:13
164:16 165:18
166:9 167:11,21
168:12 287:9,11
327:4
**minute** 82:24 244:16
311:3 312:1 314:23
335:4
**minutes** 145:13 197:6
261:23 285:17
286:6 289:15 296:5
296:6 308:24 309:3
311:1 312:2 316:23
335:17 339:8
351:11 353:9
360:25 361:1,1,2,2
**mirrored** 327:21
**mischaracterizes**
220:6,13 242:18
**mischaracterizing**
350:24
**misheard** 119:16
**misleading** 125:17
**misrepresentation**
185:18
**missing** 58:5 171:23
172:3
**Mississippi** 77:24
**Missouri** 74:21 76:20
77:8,24 116:6 127:9
266:22 326:17
327:22
**misspoke** 348:17
**misstatements** 40:15
**misstates** 262:23

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

31

305:20
**mistaken** 95:22
**mode** 134:21 135:5,9
  136:11 179:9 270:9
  270:19
**model** 49:15 250:4
**modeled** 46:2 249:14
  249:14,25 250:2,8
  251:8
**modification** 240:18
**modify** 225:8
**moment** 10:6 32:24
  83:3 146:19 152:22
  154:2 165:14 176:4
  182:9
**moments** 10:25
**money** 160:5,8,12
  286:15,19 310:15
**Monsters** 137:2
**morning** 8:1 97:10
  129:2 176:19,25
  352:25
**mother** 54:21 55:13
**motion** 31:19,21 32:1
  32:13,15,15 84:20
  85:19 86:25 87:14
  173:2,2 196:22
  197:5,8,12,16,23
  198:7 199:16,22,24
  200:12 317:25
**mouth** 216:21 242:16
**mouthed** 309:10
**move** 31:10 43:7
  54:16 71:22 80:18
  84:8 91:20 100:19
  102:19 151:7
  168:20 175:17,24
  196:18,25 207:25
  212:4,7 216:9
  221:10,18 222:2,25
  223:5,9 243:17
  247:17 293:16
  319:23 331:7
  334:23

**moved** 21:17 30:2
  36:5 37:14 71:20
  173:1 176:10 181:9
  185:21 195:18,22
  196:14 264:1
  268:17 269:15
**moves** 35:24 99:13
**moving** 21:16 39:7
  59:10 140:10 222:9
  222:18 299:12
**Muhlhausen** 327:12
**multiple** 44:7 61:23
  74:20 75:13 114:17
  116:5 127:7 138:22
  153:1,9 154:23
  167:25 202:16
  213:11 214:12
  217:23 313:11
  320:25 321:24
  325:20
**mute** 296:14
**muted** 296:10
**Mycoff** 328:7
**mysteriously** 205:5

---

**N**

**N** 3:3
**N.W** 3:7
**NAACP** 1:21 359:21
**name** 8:2 10:22,23
  54:10 69:6 78:3
  91:5 151:17 180:14
  186:13 243:25
  271:11 286:22
  296:20 309:20
  312:25 335:9
**NAMED** 3:9
**names** 95:22,23
**NANDITA** 1:24
  359:24
**narrative** 293:15
  318:7 331:7
**narrowed** 129:21
**narrower** 130:12

**National** 124:12
**natural** 22:25 23:10
  348:11
**nature** 58:17 81:13
  98:4,22 99:11
  202:13
**near** 297:24 298:6
**nearest** 152:10
  154:19
**nearing** 287:11
**necessarily** 108:12
  193:17 195:11
**necessary** 72:1,10
  280:3 281:9 309:24
**need** 10:14 11:10
  46:16 67:12 71:9
  87:21 100:16 101:6
  120:10 154:18
  178:25 186:20,22
  187:4 188:21 213:7
  224:21 231:24
  232:22,22,24 265:6
  267:24 272:1
  274:20 286:5 309:1
  309:22 335:4
**needed** 30:25 31:5
  140:25 144:19
  204:20,23 205:22
  207:22 216:8 235:7
  245:19 247:24
  248:9
**needs** 26:9,12 52:5
  278:4,9
**negative** 325:17
  327:3 328:14
**neither** 361:4
**net** 175:9
**never** 31:25 78:13
  92:4 109:23 110:2,4
  110:10,16 200:12
  204:22 205:13
  206:15 209:21,22
  215:2 225:13 241:7
  245:12 260:6

**National** 274:24 280:17
  325:23 334:24
**nevertheless** 215:13
  216:12
**new** 60:7 83:16 101:5
  101:11 176:18
  205:21 238:7
  270:13,14 271:21
  283:13 286:21,24
  307:18
**news** 217:23 221:23
  314:13
**newspaper** 314:17
**newspapers** 314:10
**NGR** 1:5,11 359:5,11
**nice** 109:19
**nods** 147:21
**Nominations** 23:5
**non** 313:16,19,21
  314:7,15
**non-Anglo** 13:4,7,10
  13:14
**non-citizen** 317:9,13
**non-issue** 154:4
**non-photo** 33:2,13,20
  34:4,14 50:12
  123:14 124:10,20
  126:5,16 127:5
**non-Texans** 216:5
**non-U.S** 217:18
**non-White** 13:4,7,10
  13:13 73:12,12,13
  75:5
**noncitizen** 193:13
**noncitizens** 55:1
  56:11 208:20 209:1
  209:5 210:6 211:8
  211:15,20 212:19
  213:5 214:4,11
**nonconclusive**
  264:10 265:22
**nonpartisan** 75:21
**nonphoto** 57:21,23
  58:1 59:2,12 60:13

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

60:13 61:2,10,19
62:18,23 69:12
114:10,25 115:8
119:19 120:17
121:7 122:7,12,17
**nonresident** 192:22
**nonresponsive** 80:15
80:18 102:20
110:18 174:6 212:5
248:2 293:15 294:3
294:17
**nonstrict** 122:16
**nonverbal** 12:6
**normal** 48:18 197:3
**normally** 17:20 36:2
89:13 279:16 336:1
349:20,23
**note** 90:23 117:22
145:19 146:8 172:8
310:22 311:5,11
312:9
**noted** 172:17 358:22
**Notes** 171:21 317:6
**notice** 9:25 78:18
79:6 244:6 311:25
312:8,14 352:2
355:3,8,9,15
**noticed** 137:12 329:3
**notification** 197:15
**notify** 79:1
**noting** 52:13
**notwithstanding**
85:15 98:23 244:8
**Nov** 5:22
**November** 102:7
221:21 222:8,18
**number** 1:5,10,22 2:3
8:5 52:23 53:4,4
64:24 65:9 72:13
79:22,23,25 80:1,8
80:14,20 99:1,11
102:8,11,15 103:9
103:17,21 131:15
132:20,22 161:20

163:2,24 164:1
169:24 178:5
180:15 181:15
189:6,6 190:4 192:5
192:6 218:23 245:8
257:6 259:3 260:3
260:12 261:5
262:16,16,21
264:15 266:12
267:6 298:25 299:3
302:6 310:3,10,12
310:16 311:9,14,15
312:5,20 313:5,7,15
330:3 336:13
343:12 350:11
359:5,10,22 360:3
**numbered** 2:16
**numbering** 52:24
**numbers** 103:15
123:25 125:4 146:9
155:6 169:9 260:10
262:12,13 271:1
331:2,3,4 346:19
**numerous** 41:4 49:16
137:1 164:4 201:16
314:9,13 320:4
**NW** 4:3
**NWB** 3:6

## O

**o'clock** 156:13 157:6
320:7
**OAG** 239:5,13
240:22 241:4,5,9
282:2,7,10,20,22
**oath** 10:25
**Obama** 349:19
**object** 25:22 26:15,18
27:12 35:1 36:9,22
42:19 46:9,20,22
47:7,9 86:20 100:8
106:10 113:2
119:21 220:7 241:8
243:3 247:19 248:1

293:14 294:2
322:18 339:8
**objected** 46:23
268:20
**objecting** 109:3
244:4 284:4
**objection** 19:8 26:15
26:17 31:7 34:6
35:15 36:10,23
37:16 40:15 43:21
44:11,23 47:1,11,15
49:11,24 52:1 56:25
58:13,19 59:14 61:5
61:13,22 68:23
69:18 70:1 74:15
78:21 79:3,17 80:10
80:15 81:7,20 82:6
82:8 84:10 85:7
86:14 87:19 88:12
92:6,19 98:5 100:24
101:15 102:19
104:3 106:16
107:19 108:18
110:18 112:22
113:7,14 114:12
115:2,10 116:22
118:17 119:12
120:19 121:9
124:22 125:15,16
125:16 136:18
140:16 144:2 147:4
147:4 150:10
157:11 159:25
161:5 162:21
167:23 174:6 175:7
175:8,19 176:15
178:17 179:15,20
179:21 185:18
191:3 200:10 220:5
220:12 226:19
239:17 241:3
242:17 246:6
258:13 262:23
266:2 274:18

277:21 278:6
282:13,25 292:5
294:7 295:8 302:9
305:20 306:2
313:23 314:2
315:10,14,24
317:23 318:6,22
320:21 321:4,18,19
330:17 331:6,14
333:15 334:13,23
336:7
**objections** 46:13,16
96:8,12,13 108:24
239:9
**obligation** 333:24
**obtain** 149:20,23
150:4,9,15 154:19
157:9,10 159:1,2
160:5,6,12 161:4,15
163:8,11 173:19,20
173:25,25 174:11
174:11 179:14
184:16 194:13,17
194:23 195:2,5
268:6,14,15
**obtained** 163:25
**obtaining** 150:3,8
157:24 158:2,6
160:17 161:3,14
162:7,20 163:12
331:20
**obvious** 195:14
**obviously** 56:14 74:6
74:18 87:3 116:3
125:25 155:10
160:14 213:17
214:10 226:22
258:15 295:12
304:19 305:6
**occur** 114:24 169:21
195:25 198:24
199:4 287:13
**occurred** 116:16
321:2

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

33

occurring 40:4 269:3
October 22:3
offer 175:10 273:9,18
    275:7,15 276:9
offered 94:18 134:16
    134:21 135:3
    169:24 170:4
    171:10 172:21
    175:25 178:5
    180:10,16 182:7
    225:14 268:4 269:8
    269:19,24 273:7
    278:20 310:24,25
    311:2,7 316:24
    350:22 351:14,16
    351:22 356:19
offering 60:7
office 2:19 9:11,12
    17:23 35:12 51:15
    53:6 91:9 97:25
    100:6,13,22 106:6,7
    106:13,14 107:4
    112:6,20 152:9,19
    154:16 156:14
    157:5 163:20
    185:23,24 197:11
    197:14 203:15
    215:21 216:12,15
    233:8 234:20
    235:12,14 237:4,8
    237:11,15,20,23,24
    240:22 242:24
    255:13 258:21,25
    259:3,7,10 260:2,6
    260:9 261:5 263:19
    281:10 322:2 354:3
officer 198:17 360:13
offices 151:24 152:5
    152:16 155:18
    156:1,9,13,19,21,23
    157:1 161:19,22,23
    238:1,7 278:22
    279:4
official 17:25 18:3,7

44:2,7 109:17 227:5
    233:18 317:18
officials 39:23,24
    41:5 217:10 232:10
    275:17 276:3,15,17
    277:4,15
offset 144:19 149:1
offsets 148:5,16
oh 15:8 37:9 82:25
    225:5 267:25
    300:16 308:19
    322:24
okay 9:3,10 11:5,18
    12:10,14,19 13:2,15
    13:16,19,20 14:22
    15:9 17:19 18:11,24
    19:25 21:20 23:2,9
    24:23 25:13 29:3,19
    30:10,21 31:13
    32:20 33:17 34:20
    44:9 45:17 48:5,7
    49:6,7 50:14 51:6
    55:7 63:2,21 64:4
    65:3 66:5,19 67:2,3
    67:8,14 68:2,3,11
    73:23 77:9,16 78:6
    78:18 79:21 81:17
    83:9,10,25 84:7
    86:8 91:6,18 100:5
    100:19 101:18
    102:10 103:14
    105:25 106:6
    107:17 129:20
    131:10,22 132:17
    132:20,23,23
    133:11,21 134:2,14
    134:17 140:2,7
    142:25 143:12,25
    145:10 147:5,14,16
    147:22 148:11,13
    149:19 157:7 162:1
    165:11,12,15,16
    169:13,16 172:19
    175:24 176:3 178:6

180:17,17,18 182:8
    187:5 190:13 192:6
    194:5 196:12 212:4
    216:9,16 218:24
    219:14 221:19
    228:20 243:7
    249:23 250:6
    253:23 256:25
    267:2 272:7,24
    283:2,19 286:5,10
    288:6 291:7 293:14
    296:16 297:5,22
    298:11,15,18,21
    299:8,14,19,20
    300:5,6,16,20,24
    301:3 302:16,17,21
    302:21 303:2
    305:17,22 306:11
    306:18,21,25 307:8
    307:12 308:4,10,19
    308:21 309:16
    310:7,9 315:13
    319:11 322:17
    324:3,4 325:3
    331:12 333:2,10
    340:11 341:2,10
    347:14 348:9,10
    352:9 354:22 356:5
old 186:19 193:12
once 29:23 38:14
    41:18,25 42:11
    45:12 53:19 55:25
    56:6 57:2 68:25
    70:7 72:2 80:9
    84:21 89:15 95:25
    98:2 99:12 100:3,14
    102:16 120:21
    121:11 159:4
    160:18 161:17
    173:8,21 183:6
    188:16 191:13
    222:12 235:15
    237:22 270:13
    319:21

one's 65:17 121:8
    135:19 136:8
    150:19 159:16
one-day 28:5
one-stop 277:17
ones 107:9 136:23
    191:22 210:10,10
    236:12 311:2
    346:17
open 83:3 156:9,11
    156:13,19,21,23
    157:1,2,5 161:19,22
    161:23 237:8,11,21
    274:2 297:17
open-ended 297:9
opened 183:16
    237:16 238:1
opening 183:19
operate 28:15
operation 202:18
    279:22 280:1
operational 279:4
operations 279:1
    318:9
opinion 7:6 98:17
    110:14,17,20
    219:19 243:5
    246:14 269:7
    302:20 324:6
    333:13 344:10
opinions 98:9 327:17
opponent 81:2,3
opponents 38:8,9
    80:24 82:4,11
    125:23 244:10
    255:5 265:13
    325:15,20 328:25
opportunities 95:4
    159:18 183:10,12
opportunity 265:15
oppose 181:12
    324:12 343:23
opposed 12:6 81:4,18
    96:3,4,6,25 135:6

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

34

135:13 274:22
**opposition** 60:18
96:19 244:11
325:10,23,24
**option** 114:25 115:9
119:10,11,20
120:17 276:25
277:6,9,13
**options** 137:9
**oral** 2:14 19:12
360:13
**order** 24:21 26:23
27:11 31:17,20,22
32:6,13,14 35:21
36:1 39:25 44:15
50:10 83:25 84:1,1
84:5,5,8,9,15,16,17
84:18,20 85:1,4,10
85:18 86:12,24 87:1
87:5,13 88:7,19,20
90:13,14,15,17 98:6
105:15 122:21
145:5 149:23
152:16 153:19
189:13 195:19,23
196:14,18,25 198:7
205:14 210:11
215:9 218:16 230:4
230:21 232:9 235:9
235:24 270:13
280:15 297:14
301:13 302:2 318:1
318:10,11,12,13,14
319:19,21,24,24
320:3,6 321:21,22
321:23,24 322:3,4
323:20 333:24
356:15
**orders** 87:7 88:10
**ordinarily** 232:10
**organized** 286:6
**original** 204:18
283:21 360:21
**originally** 270:3

**ORTIZ** 2:1 360:1
**other's** 10:5
**out-of-bound** 240:10
**out-of-bounds**
239:24,25 240:1
**outcome** 199:20
361:8
**outside** 24:4 232:7
237:21 238:4 256:4
335:5
**overall** 332:14
**overwhelming**
124:16 127:1
155:24 337:13
**overwhelmingly**
123:22

_____

**P**

**P** 3:3,3
**p.m** 2:17 123:7
156:20,21 168:25
168:25 186:8,8
214:17,17 244:19
244:19 263:14
268:1,1 285:21
288:1,1 335:6,6
352:11,16 356:20
357:3
**P.O** 3:12,18,22
**page** 5:10 32:21,23
34:12,13 51:16,20
51:23 53:12 54:2,17
57:20 60:4,4,4,5
63:10,11 64:23,24
65:6 66:8 67:1,10
67:13 83:13,20,22
91:21,21,23 94:6,9
94:21,22 105:8,11
114:4,5 131:22,23
132:19 133:17,18
143:13 146:22
147:22,23 165:13
165:14,16 166:6
169:23 170:3

175:24 178:4
179:19 180:10
182:6 187:20 192:6
196:10,11,13 200:2
219:4,11 221:1,5,6
225:24,25 228:18
228:20 234:13
249:11,17,19 250:3
250:19,20 251:20
251:24 253:11,20
253:22 256:24
257:5,8,10 262:10
262:14 264:20,22
271:12,16 288:4
289:8 291:22,22
298:5 300:25 301:5
310:2,7,8 333:2
343:16 345:3,5
346:5,8 347:18
355:10,12 358:3
**pages** 64:23 67:9
83:21 94:7 146:18
146:19 154:2,7
165:4,8 256:18,22
271:4
**pagination** 196:10
**paging** 284:17
**panel** 242:2,7 245:22
245:25 295:6
**paper** 56:21 110:15
166:16 232:3 247:1
**papers** 292:21
**paragraph** 52:16
54:3,17,18 55:3,4
55:11 60:5,6 62:1
63:12,13 67:16 87:9
94:13,17,23 95:3
108:1 109:21,21
131:25 132:12,16
132:18,20,21,22
133:18,19 173:16
203:19,24 221:11
222:1 223:4 288:18
293:17 347:25

354:24 355:3,9
**paragraphs** 51:17
208:19 219:3
288:17 289:9
347:24 355:18
**parallel** 129:7
**parameters** 33:24
34:10 130:2 144:17
189:12 281:25
**Pardon** 274:25
**parole** 187:1
**part** 16:2 20:4 145:9
182:14 184:4 206:9
211:10 223:6
239:18 241:23
242:7,14,22 250:5
271:23 307:14
333:24
**participate** 168:12
**participating** 210:6
210:22 211:11,22
212:10 213:5 214:6
278:18 306:12
**particular** 19:11
21:13 30:6,8 37:25
56:17 73:15 75:17
76:15 78:14 113:5
173:16 174:25
175:4 178:16
183:13 184:2 214:5
226:1 312:1 321:6
**particularly** 141:18
297:24
**parties** 9:21 10:3
361:5
**parts** 30:24
**party** 124:12,12
224:9 308:18 332:8
332:12 335:24
336:1 360:23
**pass** 31:23 32:15 50:4
96:17,17 111:24
145:4 186:3 200:15
215:1,10 216:7

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

222:13 223:2
243:19 254:8
295:25 319:9,13
**passage** 40:5,10,19
　100:7 108:14 109:6
　109:12 167:3,6
　168:16 201:5
　213:23 223:14,22
　236:21 264:3
　267:15 313:24
　314:6,14 316:5,6,6
　316:11 317:12
　323:22 324:8
　325:16 326:20
　327:1,6,14 328:17
　328:22 330:6
　334:12 351:11
**passed** 13:17 25:12
　29:20,24 30:2 31:15
　32:4,5,9,10,11
　35:19 59:25 71:6
　87:17 97:19 111:12
　111:16,18 113:9,20
　121:18 125:6,8
　127:19 133:25
　150:22 151:5
　192:14,20 209:23
　221:7 222:11,12
　223:18 240:16
　258:15 264:1,1
　295:13 297:5
　307:13,13 308:1,2
　318:20 319:16
　320:15 321:8
　330:20 333:25
**passes** 258:3
**passing** 123:24 145:3
　168:14 351:8
**passport** 128:21
　139:5 189:3 191:24
　195:2 259:20 292:7
**passports** 140:19
　292:20,20
**Patrick** 15:20 218:23

219:15,21 302:16
**Patrick's** 15:24
　302:19
**Paup** 3:20 9:12,12
　14:11,11,12,13,14
**pause** 154:10 207:2
**paycheck** 312:24
**penalties** 39:16,20
**penalty** 188:12
**pending** 11:21 27:4
　84:4 99:5 322:20
**Pennsylvania** 3:7 4:3
**people** 8:5 11:15
　20:24 38:9 41:5,8
　41:11 72:14,16 75:3
　75:18 76:17 77:2
　81:4 88:4 96:25
　116:6 124:5 137:1
　138:23 140:20,22
　152:17 155:3,6
　157:22 159:4,9,23
　160:2,25 161:21
　163:2,4,7,10,24
　168:7,18 183:14,20
　183:23 184:1
　195:14 201:16,17
　201:18,19,21
　202:16,22 208:20
　208:25,25 209:6,14
　209:16 210:9 211:8
　211:15,19,25 212:3
　212:18 213:15,16
　213:17 214:9,11
　217:3,11,24 231:6
　236:11 252:10
　259:20 260:8,12
　261:1 263:7 266:23
　266:24 291:23
　294:1 307:3 314:18
　314:21 320:4
　325:22 326:7
　329:22 331:25
　332:11 334:9
　346:20 350:2,8,11

**people's** 302:8
**percent** 21:3,7 75:3
　97:5,6 125:7,7
　127:2 155:6 171:1,2
　252:10 287:8 293:5
　293:7,12 294:16
　295:22 323:25
　324:1,2,16,17,17
　325:11,11,12
　329:22 330:1,2,2
　331:5,5 332:2,12,14
　332:15 333:4,4,5
　337:14 338:12
**percentage** 127:22
　155:22 156:20,24
　163:3,7,10 167:10
　266:23,24 331:25
**percentages** 141:5
　167:4 324:14 332:8
　332:23 346:19
**perfectly** 302:17
**period** 81:24 87:3
　116:3,3 201:24
　314:13 322:1 330:4
**perjury** 188:12
**permanent** 62:10
　194:7,10,17,20,23
**permissible** 32:22
　142:22 143:3
**permit** 63:23 69:12
　142:6,12 158:13
　199:15
**permits** 140:19
**permitted** 33:1,4,11
　33:18 34:3 65:16
　128:7 133:3,23
　180:24 181:1
　198:23 199:11
　269:13,20 273:19
　275:12 280:24
　281:8 295:11 301:8
　323:20
**permitting** 63:4
　270:7

**Perry** 1:6 3:9 106:1
　107:21 108:2 358:2
　359:6
**Perry's** 107:14
**person** 22:8 35:9
　39:3 40:7,12 126:9
　146:2 155:14
　159:23 162:16,17
　162:19,24 188:4,9
　199:1,3 203:21
　204:4 208:24
　210:17 212:16
　235:3,15 289:17,17
　290:4 304:17,18,21
　305:2,3 312:22
　313:13 316:8 317:6
　317:18 320:17
　324:12 326:15
　334:21 343:24
　344:16,20,24 351:7
**person's** 65:12,20
　66:10 129:4 142:23
　143:6 180:21
**personal** 16:22 17:24
　141:10 194:20
　195:5 257:6
**personally** 135:12
　137:22 181:12
　288:19,22
**persons** 41:9 195:1,4
　211:1,22 212:10
　215:25 239:8,17
　268:14 282:24
**pertain** 38:12 77:16
　107:13 120:7
　121:22
**pertained** 76:21
　77:21 78:10 141:4
　206:21 208:11
　212:25 232:23
　234:24
**pertaining** 41:17
　119:19 120:16
　148:25 220:22

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

36

329:7
**pertains** 53:23
143:17
**Ph.D** 327:12
**phone** 9:15 129:17
296:8
**photo** 33:2,4,11,18
40:19 50:3,5,7,10
57:21 58:25,25 59:7
60:12 62:22 68:1
75:1,2 96:22 109:22
110:1,4,7,10,16,24
111:2 114:7,21
115:21 118:8,10,14
118:23,23 119:9
120:5 121:3,19
122:11,16,16,22
123:19,20,23 124:2
124:4,16 125:3,8,12
125:24 126:10,25
127:12,14,23 128:5
128:8,11,12,17
144:17 148:17,21
167:4,6,9,15 168:8
183:25 190:16,23
191:5,6 192:12
193:15,21,24
195:11,14 204:1
228:4 229:16,16
231:16,19,22
232:25 233:1,3,9,12
239:18 247:24
248:10,12,17,17,20
248:21 249:7 250:8
250:15,15 251:22
252:8,9,18 268:6,13
268:15 269:6,13
273:14,19,22,23
274:3,4,22 275:8,13
275:18 277:4,14,16
280:2 281:9 291:24
292:4,12,24 293:1,2
293:7,13,21 294:1
294:16 295:9,10,21

304:16 313:11
316:7 323:19,20
324:1,12 325:12,25
329:21 331:1,23
332:21 336:25
337:2,7,9,12,15,16
337:18,18,20
338:11,16,23 339:2
339:4,6 340:13,16
340:25 341:6,9
342:7,16,21,23,24
343:6,19,20,23,25
344:3,9,14,20,24
346:24 347:2,6
348:12
**photograph** 65:12,20
66:10 129:4 142:24
143:6 180:21 192:7
**photographed** 191:3
239:9,17 282:25
**Photographic** 7:7
347:15
**photos** 276:4 337:25
**phrase** 343:5 344:14
344:20,24
**physical** 351:4
**picked** 29:25
**picking** 44:4
**picture** 137:15 139:6
278:2
**piece** 339:3 351:19
**pieces** 217:21
**place** 16:7 19:22 40:9
40:14 60:10 61:11
61:20 64:8,22 79:8
87:5 88:20 124:25
137:6 151:9 155:11
179:8 205:15
207:16 212:16
223:22 228:1
232:18 235:10
278:25 320:2
321:22 352:5
**placed** 31:17 46:11

47:6 88:20,24
213:25 270:14
310:19 320:2
**placeholder** 205:13
207:21 216:8
**places** 141:22 205:4
242:10 311:12
313:12
**plaintiff** 1:4,9 2:15
8:4 9:5 27:21
186:14 359:4,9
**Plaintiff-Intervenors**
1:13,16 359:13,16
**plaintiffs** 1:22 2:2
9:17 296:21,22
359:22 360:2
**plan** 79:11
**planned** 56:16
236:24
**planning** 272:19
**play** 326:22 327:16
**pleasantly** 161:20
**please** 8:9 10:22
23:23 33:9,14 36:12
37:5 54:14 57:25
58:6,7 59:18 60:3
63:6,24 64:1 71:15
85:13 87:22,25
91:23 93:5 94:13,17
94:23 95:3 99:5
105:11 107:25
110:19 115:14
118:5 129:18 131:9
131:22 133:12,20
144:22 154:21,24
163:16 164:6,19
169:23 176:5 178:4
191:15 194:9 196:2
241:19 277:1 282:4
283:10 299:10,20
300:9 310:1 319:11
325:20 336:22
340:19 341:13
343:12,22 345:4

346:5 347:11,18
348:1 352:14
**pleased** 156:12
**plus** 284:8
**point** 19:22 24:15,21
48:8 49:16 58:23
59:6 60:1 61:7
66:21 69:22 74:17
82:12,16,18 91:23
93:5 95:21 115:8
153:15 177:18,19
203:23 222:8,17
223:7 235:5 236:7
249:16 308:5
337:23 338:15,22
343:16 347:21
**pointed** 216:21
337:13
**points** 6:4 145:22,24
146:3 147:18
148:23 153:8
272:15
**policies** 304:3
**policy** 24:22 302:1
326:14 351:2
**political** 65:14,22
66:12 129:6
**politics** 336:14
349:14
**poll** 7:5,12,13 34:5
74:24 75:8,9,15,16
75:17,21,25 76:2,9
76:14,16 77:23,24
78:1,2,13 123:19,23
125:5 129:12
130:10,11 137:7
167:1 181:16,20,22
182:3 194:3 202:7
252:5 253:4,5,7,9
290:15,23,24,25
291:14 292:23,25
293:20 294:4,7,9,12
294:14,18,19,21,22
295:10,14 304:25

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

37

323:16 324:6,19,21
329:15,16,18,23
330:13,15,16,20
331:4 332:17
336:14 337:1,5,6,11
337:23 338:1,2,22
339:5,18,20 340:13
340:13 341:8 342:7
342:8,10,12,12
343:5,8 344:1,3,10
344:13 345:3,24
346:2,24 347:10
**polled** 329:22
**polling** 7:6 60:10,19
61:11,20 97:4,9,12
124:5,24 125:4
126:12 137:6
207:16 252:13,14
252:24 291:12
325:16,21 331:20
349:16
**polls** 33:3,12,21 40:9
40:14 54:23 74:22
74:23 75:12,13,13
75:14,14 77:6,12,14
77:18,19,20,21,22
78:7,9 121:8 124:1
124:6,7 125:11,20
125:22,22,23
126:17 127:4,4
167:18 168:6
188:25 201:20
203:21 204:4
208:12 325:24
331:23 332:7,21
337:2,4 341:6
**poor** 92:1,14 184:11
281:23
**poorest** 160:21
**population** 21:2,6
73:7,8,17,18 75:20
76:12,24 127:22
141:4,5 152:14
155:22 157:4,4,7

161:24 162:1,3,25
167:11 184:15
**portion** 26:8,20
59:20 64:2 70:5
71:17 76:11 88:1
99:6 104:9 144:24
147:12 155:1 164:8
165:23 191:16
213:9 221:15,16
286:15 309:24
341:23 349:20
**portions** 27:19 29:9
**posed** 331:19
**position** 9:22 27:25
47:6 98:20 109:14
204:19 205:6 215:1
275:2,6 334:4
**positive** 75:8 76:23
78:16 97:15
**positively** 75:4
252:11
**possess** 39:2 127:23
130:17,21 140:13
162:18 195:8
254:22 264:12
**possessed** 38:12
140:18 141:5
266:25
**possession** 17:16
267:3 330:6
**possibilities** 277:12
**possible** 144:16 145:7
152:15 160:10
240:5 288:18,21
**possibly** 19:23 38:16
96:23 125:20
**potential** 164:16
165:18 276:12
279:4 313:20
**potentially** 314:21
**poverty** 287:20,23
**powers** 297:4,12
**practical** 183:8,9
**practice** 28:24 89:11

**preclearance** 71:2
93:6,11 96:14,17
114:18 115:18,19
145:4 184:22
241:24 242:2,4
245:22,24,25 246:4
246:10 250:12
**precleared** 71:21
245:19 246:13,15
246:17 247:9
**Predominantly** 117:6
**prefer** 155:14 159:23
162:17 355:25
**preference** 58:24
59:7 285:5
**prepare** 14:23 255:11
**prepared** 31:10
272:3
**preparing** 147:19
**present** 4:8 7:11 14:8
14:15 189:5 192:25
199:25 200:2
235:21,24 291:24
292:11,24 297:16
307:19 317:14
318:15,19 319:2,3,3
323:19 328:8
329:20 331:1,22
332:6,20 336:24
337:7,12 338:10
339:1 341:5 342:21
**presentation** 62:17
131:6 133:1,5,24
**presented** 142:5
193:14,23 225:2
316:7,22
**presenting** 195:10
**presents** 225:6
**preserve** 57:16
139:21
**preside** 354:13
**President** 266:16
**presidential** 348:22
348:24 349:6,10,13

349:17 350:3,6,10
350:16,19
**presiding** 198:17,21
198:23 199:3
354:10
**press** 5:16,24 6:10
51:14,18 52:19 53:1
54:7 61:25 107:4,13
108:1 203:16 204:8
204:11 205:24
208:4,6,8,9 209:4
209:11 210:8,15
215:13,17,19,21
216:12,15 217:22
240:17
**pretty** 117:4 136:23
297:17
**prevailed** 198:9
**prevent** 51:3 59:9
60:7 123:15 124:10
124:21 162:11
212:21 215:25
216:4
**prevented** 59:3 313:6
313:16
**preventing** 122:13,18
247:13,23 269:2
**previous** 17:15
114:23 177:11
200:20 224:8
231:20,22
**previously** 57:10
116:25 136:4 288:3
**primarily** 347:25
**primary** 22:8 304:11
**print** 18:14,18
**printer** 345:16
**printing** 345:16
**printouts** 18:21
**prior** 13:25 20:4,12
40:18 44:3,6 49:1
68:6,15 81:5 82:4
88:20 101:7 106:7
106:15 113:18

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

119:24 123:24
189:22,22 190:1
197:17 211:5 235:3
236:21 253:6
266:15 267:15
268:23 274:1,8
295:14,15 311:25
313:24 314:6,14
316:5 323:24 324:7
324:7 325:15
326:19 327:14
328:16,22 330:6
331:3 349:22
350:23
**priorities** 103:15
**priority** 79:15 108:5
112:3
**prison** 54:25 56:10
**private** 138:3,13
181:2 334:6
**privilege** 25:23 26:4
26:6,16,19 27:13,16
27:18 29:13,13 31:7
35:2,4,5 42:19 43:3
43:22,24 44:12,15
44:24 45:3 46:10,18
47:1,12,16 48:11,12
48:14,20,20 49:12
49:25 58:14,20
59:15 61:6 68:24
69:19 74:16 78:23
79:4 80:11 81:8,21
86:21 92:20 98:6,11
98:11,13,21 100:9
100:25 101:16
106:17 107:20
113:3,8,15 114:13
136:19 144:3 161:6
178:18 200:11
244:1 246:7 274:19
**privileged** 31:1 42:17
77:1
**probably** 8:11 18:3
26:11 44:4 57:2

73:4 79:19 88:20
135:23 138:9
148:24 159:13
185:3 200:25 218:9
219:18 228:11
289:22 295:15
303:17 312:2 321:6
325:2 338:18
345:13 352:22
**probation** 187:1
195:7
**problem** 11:16,17
28:18 49:4 52:18
137:19 138:18
222:22,24 236:8,10
236:13 296:14
346:12
**problematic** 168:11
240:1
**problems** 289:1
346:15 347:7
**procedural** 85:5
103:20
**procedurally** 269:3,4
**procedure** 2:21 93:13
223:13,17 224:17
224:20,23 231:17
**procedure's** 227:9
**procedures** 93:8
207:14 223:21
224:12 227:8
229:25 231:5,15
233:23 238:8
**proceeding** 361:6
**proceedings** 234:7
**process** 24:19 34:1
36:2 37:20 49:18
59:6 70:19 76:6
82:12 91:24 95:6,8
99:14 121:6 138:10
138:21 177:19
178:2 204:21
206:10 233:5
234:15 236:16

241:24 242:8 247:5
284:15 297:13
307:16 318:4
**produce** 60:15 62:12
153:19 171:14
172:1 312:23
**produced** 2:14 27:14
52:22 146:11,12
153:17 290:12
298:2
**proffering** 108:25
**program** 163:14,17
163:22
**prohibited** 170:6,17
171:11 172:21
173:5,19 174:10
268:5
**prohibiting** 173:24
**prohibits** 108:14
109:6
**project** 38:17 88:3
162:23 172:5
236:20 265:16
343:7
**projected** 128:3
287:13
**projecting** 38:16
119:3
**promise** 45:6,8
**prompted** 21:14
**promptly** 202:6
**pronounce** 65:1
**proof** 66:15 114:6
131:24 135:19
149:24 150:16
170:7,18 171:12
172:22 173:6
183:24 184:7
307:19
**proper** 75:23 187:5
**proponents** 328:25
**proposed** 162:5
310:12 316:19
**prosecute** 212:16

**prosecution** 253:13
**prosecutions** 41:15
253:17
**prospects** 246:4
**protect** 38:22 39:8,14
50:22 122:20,21
177:8 212:23 214:2
214:8 251:11
**protected** 305:18
**protecting** 304:4
305:25
**protections** 60:7
**protective** 27:11
218:16 280:15
**prove** 76:7 136:7
149:24 150:18
188:25 192:12
193:25 194:2,6
195:12 206:6 233:2
260:11
**proven** 184:1
**proves** 194:4
**provide** 71:10 148:21
150:15 226:18
242:23 278:21
298:17
**provided** 114:6
175:12 193:12
241:17,23 260:21
279:21 280:20
311:17 324:18,22
325:14 351:23
355:4,9
**provides** 148:5 193:9
**providing** 86:11
144:20 148:17
239:13 251:10
271:14 277:14
**proving** 121:8 193:21
**provision** 63:4 129:1
129:8 134:1,7,10,22
135:13 136:11
143:21 144:1
150:25 162:5

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

39

175:21 183:13
184:2 190:12
233:14 238:12
239:16 268:24
269:1 273:15 281:5
282:20 307:15
**provisional** 60:17
62:7,9,13 93:7,12
182:15 189:20,21
190:2,12,19,20
229:21,25 230:3,9
230:14,20 231:5,11
232:2,7,11,18,23
233:5,15,19,23
234:15,19,24
235:19,23 236:10
236:16 237:4 238:8
238:11 239:8
280:25 281:10
282:24
**provisionally** 231:18
233:6
**provisions** 2:22 50:8
151:3 229:16
230:18 232:15
240:23 293:19,24
294:5 316:13
**public** 24:20,22
27:17 35:24 37:22
39:23 42:5,9 57:6,9
57:12,14 65:7,25
67:17 70:20 75:22
124:8,14,14,15
125:1 126:1,12,13
126:17,23 138:13
138:15,25 139:7,19
142:13,16 144:7,8
144:14 149:13,16
151:14 155:18,21
155:25 156:2,4,5,6
163:15,18 171:16
172:17,20 179:7
180:20 181:2,6,15
181:17,18,25 242:6

242:14,22 252:7
265:24 266:1,4,6
273:20 283:24
284:16 301:11
304:10 317:7
324:21,22 326:14
334:20 338:12,19
338:20 352:12,17
352:25 356:16
**publication** 333:14
**publicly** 27:22
**pull** 78:3 309:15
**pulled** 25:13 168:5
**pulling** 75:12 284:5
**pure** 233:9,12 250:15
**purpose** 38:19,22
50:14,16,22 84:7
85:5,9 86:11,18,22
103:23 104:1
114:10 122:13,18
122:19,20 158:6,12
158:15 160:13
174:20 175:1 177:7
177:8 209:4 212:21
317:3
**purposes** 13:12 28:10
57:13 122:9 173:7
174:1,13 310:21
331:20
**pursuant** 2:21 27:11
27:15 311:17
**pursuing** 240:18
**put** 18:24 26:9,22
28:2 34:18 47:6,10
54:10 59:22 87:1,5
87:7 88:19 93:18
135:4,10 141:24
142:8 149:12
181:22 184:18
207:24 223:22
226:11 232:17
240:2 254:18
266:20,21 272:24
282:16 283:2 285:1

310:24 319:21
321:22 322:4
**puts** 177:3 182:2
**Putte** 7:14 233:22
234:14,18 236:4
244:3 249:13,19,24
250:20 311:16
312:12 353:22
354:2,7 355:2,7,13
**Putte's** 251:15
**putting** 47:24 79:8
127:4 176:25
188:15 205:6
216:20 224:9
242:16

_____

**Q**

**qualifications** 307:3
**qualified** 208:21
209:6,17 210:9,12
210:18,19 211:6
212:15,17 214:9
316:15
**qualify** 80:22 210:11
**quality** 201:11
**question** 11:20,21
12:4,10,12,15 21:4
22:17 23:15,23 26:2
26:7 27:3,12 29:13
29:18 30:7 31:1,9
33:15,25 35:3 37:8
37:11 38:3 41:23
42:7,23 45:4,15
47:8,8,16 50:19
51:1,2 55:25 57:10
57:25 58:5,9 59:17
61:16 62:4,11,21
63:24 67:7,16 69:9
70:3 71:16 73:16
75:2,16 76:6,13,17
76:25 79:20 80:18
86:19 87:21 88:14
88:22 89:18 98:14
99:5 101:6 102:12

102:13,17 103:25
104:8 112:12
113:15,18 115:5
116:1 119:13
123:16,19 124:3
126:3,19,22,23
128:25 132:4 134:5
144:23 146:14
147:11 152:4
154:23 158:14,17
161:17 163:16
164:5,14,17 166:21
169:8 173:22 174:9
176:17 178:14
185:20 191:13,15
193:23 194:9
195:20 200:23
201:9 209:3 210:2
210:20 211:4,16
212:7 214:14 216:3
217:2 220:14
223:15 226:23
227:7 230:17
231:23 234:16
235:9,16,18 244:17
246:24 247:17
249:18 250:5,17
251:4,15,18,19,21
252:4,12,18 253:9
253:25 254:1,11,13
254:17,23 262:10
267:12 274:5,6,7
275:23 278:8 281:6
286:11 291:9
292:18 293:1,20,23
293:25 294:8,9,9,12
294:14,15 295:17
295:19,22 296:25
302:4 305:1,2,5
306:5 308:4 312:6
314:5 315:9 316:1
319:11 322:20
324:11 325:5,19
330:24 331:19

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

332:4,17,17 333:3
336:20,22 337:10
337:11 338:17,19
338:20,20,25 339:1
339:11,18,20,21,21
339:22 340:3,15,24
341:1,8,9,14,25
342:12,13,20 343:1
343:22 344:5,8,17
344:18,22,25 346:3
346:18,22 347:25
349:8 350:4,21
352:14,19 353:10
353:25
**questionable** 266:6
**questioned** 154:7
337:24
**questioner** 261:21
**questioning** 9:1
46:19 52:5 96:10
153:2 335:21 336:3
339:9,23 340:1
**questionnaire** 344:4
**questions** 11:3,11
12:2,24 27:17 32:20
37:5 38:16 41:13
47:9 48:10,10 54:12
55:2 61:23 76:4,15
78:7,15 84:13 86:3
90:25 91:19 93:19
96:23 98:16,20
99:15,16 129:9
146:18 154:2
156:11 160:23
161:8 164:4,15
165:17 166:8 168:1
184:19 186:15
195:13 213:11
228:15 233:23
234:11,14,18 235:2
235:5,5 236:17,22
255:5,9 272:21
284:10,16 285:11
285:14 290:20

291:2,7,8 296:11,24
303:22 308:11
309:6 315:3,6 320:5
323:10,17 329:19
333:23 335:2,14
346:21 347:2,4,8,9
353:6
**quick** 91:19 322:12
**quicker** 223:10
**quickly** 8:10 11:9,23
108:5,8 222:25
**quite** 349:8
**quote** 221:2,9 222:5
227:21 276:24
337:7
**quoted** 78:2 203:25
221:15,16 222:1
252:5
**quoting** 61:25 110:9

**R**

**R** 3:3
**race** 141:6 289:24
332:24,25 349:17
**racial** 72:22 73:6
75:6 116:20 162:2
251:23 252:19
254:21 255:3
329:23,25
**raise** 311:8
**raised** 82:4,11 96:12
124:20 162:6,10
235:6 306:16,20,24
**raising** 235:9 336:6
**ran** 137:19
**rates** 349:12
**Rathgeber** 200:21,25
**rationale** 136:16
302:5,21,25
**re-establish** 154:10
**reaction** 199:14,16
199:19 303:5
**read** 30:21 31:3,9
54:17 55:4 58:7,9

59:18,20 62:2 63:25
64:2 66:7 67:6,13
68:15 70:4,5 71:15
71:17 75:9 84:4
86:15 87:24 88:1
91:23 93:5 94:13,17
94:23 95:3 99:4,6
102:16 104:8,9
107:25 118:5
119:13 129:3 132:7
132:11 144:22,24
154:21,24 155:1
160:2 164:6,8
165:21,23 191:14
191:16 208:9 213:8
213:9 219:14
221:13 249:22
251:5 271:1 299:11
299:18,20 300:3
301:6 332:17
336:20,21 338:17
339:22 341:3,23
342:4 343:22
358:20
**reading** 37:21 67:1
73:25 94:25 132:3,3
239:10 253:15
299:15 348:9
**readopted** 105:18
**reads** 47:14 60:6
65:11 66:9 131:25
148:3,14 219:2
**ready** 182:12 296:16
**real** 181:17 182:4
322:12
**realize** 48:24 54:13
**realized** 39:24 137:4
138:20 179:5
**realizing** 29:23
**really** 36:21 282:1
336:2
**reanswer** 80:19
**reason** 11:17 12:19
20:3,6 21:13 52:6

56:1 157:17 166:17
204:17,20 226:9
234:25 254:14
266:5,25 270:16,17
273:5 290:3 303:19
308:6 309:22
318:16 320:2
349:25 351:6 358:3
**reasonably** 8:9
202:14
**reasoning** 302:5
**reasons** 91:22 163:6
178:21
**recall** 12:15 16:4
19:17,20 30:24
37:25 40:21 41:1,23
42:4,8 45:10 49:19
53:2,16,18 54:14
55:3 56:22 60:21
63:2,21 68:3 69:7
69:11,13 72:9,18
73:2,23 76:20 80:23
81:13,17 89:25 92:5
92:10 93:9,15 94:11
96:8 97:22 102:6
105:20,23,24,25
111:5,7,12 112:19
112:24 122:2 128:7
133:3,7 134:2
142:21 148:25
162:7,10 164:2,15
166:3,11 169:24
170:16 184:25
185:11 191:1 213:4
218:10 231:4
233:22 244:3,8,13
256:7 257:14 268:3
268:11,17,20 269:8
269:15,18,23 270:3
270:12 273:9,25
275:20 276:6,13,23
277:2 278:20,24
280:19,23 281:7,15
283:19 307:2,15

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

41

311:22 320:19
339:23 340:17
341:2,7 342:1,2
352:23,25 355:21
356:6
**recalled** 166:4
**receive** 18:21 80:7
103:8 141:8,16
142:2 159:6 192:22
263:18 270:13
271:21
**received** 57:5 72:12
75:23 102:7 123:10
139:18 153:2 155:8
217:10 234:11
260:6 264:2 318:11
329:7,16 334:11
354:3
**receives** 89:16
**receiving** 231:4
**recess** 51:9 106:24
123:6 168:25 186:8
214:17 244:19
263:14 268:1
285:21 288:1 335:6
**recipient** 229:1
**recipients** 245:8
**recognize** 25:3 43:11
51:13 55:5 64:17
91:13,15,17 93:24
105:7 107:3 113:24
117:24 135:23
169:3 187:17,25
196:5 203:10 207:8
218:19,21 220:18
225:18 228:8 234:3
238:20 244:24,24
256:15 262:5
272:18 280:10
290:23 291:4
300:17 353:16,17
**recognized** 31:19,19
32:13 179:5 196:22
196:24 197:5,8,22

200:12 317:25
**recognizing** 35:7
**recollection** 66:3
68:7 69:1 73:3
131:8 143:24
165:17 166:5
197:25 226:3
**recommendation**
246:25 250:13
271:24
**recommendations**
213:25
**record** 2:22 8:7 9:20
9:24 10:2,10,13,22
12:7,17 25:21 26:12
27:17 28:16 29:1,5
29:6 30:10 42:5,9
42:13 47:23 48:4
52:1 57:9,12,14
83:8 86:1 90:24
94:2 98:16,19
106:23 117:23
119:1 122:23
125:10 143:15
145:19 146:9
147:11 152:22,24
152:24 153:25
154:13 159:22
166:18 169:20
171:16 172:17,20
186:10,10 192:4
193:2 206:25 207:2
207:4 227:1,5,10,12
227:14,17 228:11
236:4 241:15,22
242:6,14,22 256:19
261:18,22 262:17
263:11,13,15 265:6
266:13 268:2,21
284:16 285:23
286:3 287:25 290:8
290:9 294:7 296:4
309:2 314:25 315:4
315:7,8 322:11,25

323:1 335:11,12
353:8 360:14
**recorded** 25:6 129:14
141:1
**records** 38:18
**redrawn** 20:21
**reduced** 184:11
**reduces** 291:24
**Reed** 3:11 336:7
**reed.clay@texasatt...**
3:14
**refer** 13:16 143:20
183:21 204:16
235:13 283:16
**reference** 53:25 65:6
101:22 125:24
192:2 209:8,13,20
289:11,22 290:23
290:25 325:9 329:2
337:4 338:1 340:13
345:18 349:5
350:12
**referenced** 77:10
154:13 167:19
**references** 345:14
**referencing** 18:19
209:13 350:5
**referral** 89:17 90:7
**referred** 23:11 29:24
29:24 31:16 32:11
32:12 89:3,13,22
90:1,5 115:23 123:8
195:17,21 209:21
213:2 218:1 234:17
234:25 235:11
238:12 283:16
293:10 297:4
**referring** 13:3,6,17
21:18 51:23 115:24
126:4 129:1 154:3
183:20 193:3 213:2
222:3 223:4 264:14
275:23 348:23
353:2

**refers** 95:24 204:11
223:11 239:7 289:1
289:9
**refile** 80:7 102:14,21
102:25 103:11
104:13
**refiled** 102:10 103:5
103:7,8
**refiling** 103:23 104:2
**reflect** 94:2 105:13
108:6 170:22 171:5
171:19 193:2 304:6
315:1,4,7,9 325:21
349:12 353:8
**reflected** 327:24
**reflection** 284:23
**reflects** 95:11
**refresh** 16:6 53:20
66:3 131:8 165:17
166:5 170:21 185:3
226:3
**refreshed** 123:17
**refused** 315:2
**regard** 100:22 189:8
190:7 192:16 198:1
206:13 211:21
237:4 278:5 279:21
313:15,19 315:3
334:8
**regarded** 333:19
**regarding** 35:18 36:6
37:14 95:6 98:1
141:17 143:21
155:17 156:8
234:18 239:8 311:9
**region** 20:19,22
**register** 187:9,12
188:4 237:10
259:16 260:13
261:1 277:16
**registered** 217:18
257:4 259:15
260:15 261:5
262:21 291:23

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

313:21 314:8,15
329:20 330:25
331:22 332:5,20
336:23 338:9 341:4
**registering** 55:1
56:11,15,15 193:19
207:15 216:1,5
**registrar** 188:16,17
230:10 231:21
233:15 235:21
**registrar's** 237:8,10
237:24
**registration** 6:7
56:12,18 187:13,24
188:1,16,18,21
189:2,5,18 193:5,6
202:23 206:21
216:17,19 217:1,5
260:16 263:10
264:16 275:17
276:3 277:5 288:23
315:17,20 361:16
**regular** 31:17,20,22
32:13 83:18 84:9,15
84:18,20 85:1,4,10
88:7 90:13,14
195:18,23 196:14
196:18,25 198:7
307:13 318:1,10,13
318:14 319:21
320:3
**Regulation** 300:8
**regulations** 297:2
300:17 301:12
**regulatory** 279:21
**related** 17:14 95:9
121:5,22 147:11
202:10 203:1
228:12,15 231:5
234:8 239:14,16,24
242:25 246:20
247:3 264:3 269:16
274:9 276:2 361:5
**relates** 207:14 260:14

262:15
**relating** 85:16 105:14
203:6 300:18 304:3
313:21 324:10
**Relations** 3:21
**relationship** 286:12
287:1
**release** 5:16,24 6:10
51:14,18 61:25
107:4,13 108:1
109:20 203:14,16
204:9,11 205:24
208:4,6,8,9,17
209:4,11 210:8,15
215:13,17,19,21
216:12,15
**released** 52:20
123:18 217:22
263:13 288:10,13
289:4,7 290:16
291:13,16 342:11
**releases** 52:19 53:1
217:22
**relevance** 175:8,19
295:8 320:21 321:4
326:18,22 330:17
331:14 333:16
**reliable** 121:8
**relief** 284:13
**religious** 191:3 239:8
239:17 282:25
**rely** 344:16
**remember** 18:2 30:5
30:8 35:9 42:1
43:11 45:13 53:21
54:13 57:11 64:13
80:13,20 81:11 90:4
149:6 164:17 201:1
201:2 208:10,16
218:12 224:4
227:16,19,22
233:25 237:5 238:9
256:6,12 264:6
273:13 276:11

281:2,13 284:23
307:8,20 336:6
353:5 356:2
**remembers** 284:6,22
**remind** 41:25 73:10
**remote** 154:17
157:15,16,17 159:5
159:10,10,16,17
160:3
**removal** 201:23
**removed** 150:25
202:6 281:16,18
**renewal** 307:19
**renewing** 301:9
**reopen** 152:22
**repeat** 21:4 23:23
42:23 48:21 63:24
163:16 195:20
241:19 276:5 277:1
281:4 314:5 341:11
341:14
**repeated** 213:7
**repeatedly** 325:9
**rephrase** 12:12 33:14
35:16 42:7 57:25
71:13 82:9 119:17
**replicate** 139:20
141:24
**replicated** 138:22
141:10,12,15
**replicating** 142:3,11
**replication** 142:14
179:6
**report** 7:1,9 74:17
135:5 326:16,19
327:10,11 334:16
347:18 348:14
350:5
**reported** 2:19 39:4
85:17 217:24,25
240:17
**reporter** 9:15 12:7
16:12,16 19:2 26:11
28:2,4 29:4,7 43:9

47:13,22 48:5,7
58:10 59:21 64:3
70:6 71:18 88:2
93:22 99:7 104:10
117:18 144:25
145:12 155:2 164:9
165:24 191:17
213:10 221:23
222:6 251:2 261:23
296:5 299:1,4
308:25 309:3
322:17 335:13
341:24 360:9
**Reporter's** 5:8 360:6
**reports** 41:10
**represent** 20:16 25:5
25:8,13 28:19 33:1
43:14 64:20 111:8
111:15 117:3
160:20 185:13
186:14 234:6
256:19 264:18
300:22 303:2 304:2
304:24 335:23
355:24,25 356:4
**representation**
142:19 294:8
349:25
**representative** 35:7
75:19 98:1,12,14
99:19 240:17,21
**representatives**
20:12 237:3
**represented** 9:21
13:20 138:7 219:23
231:1 315:19 319:2
319:5 337:19
**representing** 8:3
230:25 272:3 340:1
**represents** 293:23
309:21
**Republican** 88:11,23
88:24
**Republicans** 75:4

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

SENATOR TROY FRASER                           7/23/2014
CONFIDENTIAL TRANSCRIPT

43

88:24 97:5 243:16
329:25 332:13
**request** 103:11
197:11 198:11,15
198:16 208:14
257:15 258:20,24
259:24 260:3 261:8
261:11,14 283:22
351:3
**requested** 59:20 64:2
70:5 71:17 88:1
99:6 104:9 144:24
155:1 164:8 165:23
191:16 213:9
253:16 341:23
**requests** 254:21,25
255:2 259:2,6
**require** 60:11 184:7
201:22 202:2 230:1
297:15 298:16
315:21
**required** 84:8 127:23
149:20 150:4,8
160:6 162:18
173:20,25 174:15
179:23 182:14
188:25 190:16
198:3 206:5,10
260:21 278:21
295:21 298:17
299:24 307:18
310:18 316:3
329:20 330:25
331:22 332:6,20
336:24 337:7,12
338:10 340:25
341:5 356:9
**requirement** 109:22
110:1,4,7,10,16,24
111:2 144:17
190:24 209:14
216:25 217:4
292:23 316:7 337:3
337:15 343:20

356:7
**requirements** 85:17
180:3 186:16
206:22 208:12
213:18 252:18
305:19 307:24
316:13 346:25
347:6
**requires** 217:9 238:1
240:1 299:22
**requiring** 109:12
137:9 175:21
233:14 291:23
301:12 321:9
323:18 324:12
343:23
**research** 35:22,23
36:1,1 37:4 70:12
71:25 72:2,4,4,5,5
73:25 74:4,6,10,14
88:18 123:9,13
124:4,9 126:4 141:3
149:11 162:24
213:22 223:12,16
223:21 224:12
251:22
**researched** 237:22,23
**researcher** 36:15
**resemble** 269:6
**reserve** 103:15
**reside** 216:1
**residence** 194:19
202:21
**residency** 299:23
**resident** 186:19
**residents** 194:7,10,17
194:20,23
**resolution** 85:16,21
86:5 225:1,8 226:2
226:4,7 239:24,25
240:10
**resolved** 227:9
**resource** 256:9
**Resources** 22:25

23:10
**respect** 37:5 38:2
39:9 78:9 94:19
117:7 118:13
121:20 125:12
136:5 137:21 140:8
146:20 154:6
176:18 278:10
297:6 339:24 341:3
341:19 350:21
**respected** 178:19
**respond** 23:17 65:6
67:15 76:17 82:11
166:23 252:12
254:12 260:3
**responded** 66:7
166:20 167:5
250:16 252:10
**respondent** 343:5
344:13
**respondents** 291:22
293:18 294:16
345:24
**responders** 76:2
78:12 125:11 167:8
**responding** 75:19
161:8 164:3 252:16
340:8
**response** 12:15 16:23
17:12 104:11
164:18 220:8
247:17,20 251:4,5,6
251:7,14 252:3
254:1,3,10 276:6
277:2 278:24 286:9
293:15,16 303:21
318:7 331:7 340:21
**responses** 27:12
76:14
**responsibilities** 22:15
**responsible** 336:9
**responsive** 252:17
253:9 254:11,15
**rest** 26:21

**restate** 13:6 61:16
**restrict** 138:2
**restrictive** 91:25
92:12 117:8,11,15
**result** 75:16 126:6,16
127:6 144:11 175:9
194:15 311:21
**results** 7:5 72:20
77:19 116:5,7 120:2
121:1,16,17 128:2
175:15 252:5 293:3
293:4,8 294:21
323:25 325:17,17
327:2,3,21,22
330:15 348:15
**retain** 309:1
**retract** 89:7 156:22
197:2 290:2
**return** 190:22 230:2
230:3,20 231:21,24
233:8,15 235:20
280:25 360:19
**returned** 281:9
360:20
**revenue** 174:18
297:14
**review** 14:17,25 15:7
15:16,23 32:24
83:11 118:8,12
152:8 155:17
165:14 167:20
176:4 182:9 203:16
217:10 219:12
242:8 249:18
291:10 326:19
348:1,4,6
**reviewed** 14:20 15:2
18:12,15 54:9 55:4
116:4 146:5
**reviewing** 18:22
19:20 53:18 132:13
**rhetoric** 60:18
**Richard** 4:2 8:19
335:9

SENATOR TROY FRASER          7/23/2014
CONFIDENTIAL TRANSCRIPT

44

**richard.shordt@w...**
4:5
**Rick** 1:6 3:9 108:2
359:6
**riding** 158:10
**right** 9:19 12:1 13:11
20:17 25:18 26:13
32:8,9 36:24 39:17
42:18 45:23 46:3,21
47:20 48:22 50:18
52:8,23 53:21 56:13
56:18 59:3 61:12
62:24 63:19 64:24
84:17 89:4,14 90:20
102:11 104:15
111:11 125:6
136:14 137:12
143:18,23 146:18
146:20 148:12
154:9 157:21 158:5
159:16,17 162:12
162:14 180:13,15
181:10 193:20
194:14 210:7
212:22 215:22
216:2 229:4,10
232:12 246:1
253:24 257:25
258:4 261:21
265:18,24 272:12
272:20 292:17,24
300:4 302:12
305:11,11,12,14,15
305:18 323:6
343:15 346:25
**right-hand** 165:13
**rights** 3:6 16:3 54:19
71:3 96:15 118:12
185:9 245:20
304:17,18 305:2,3,7
305:10 306:1,14,15
**Rivera** 4:9 9:6,6,9
**roads** 286:20
**Roberto** 4:9 9:6

**role** 17:2 327:16
**roles** 201:8
**roll** 193:19,19 201:17
201:23
**rolled** 151:21
**rollout** 163:21
**rolls** 201:12 202:3,7
214:21
**Room** 3:6
**round** 159:1
**routings** 242:1
**row** 229:20
**rows** 271:14
**rule** 83:23 84:7,19
85:13,22 86:6,9,13
87:18 105:12,12,13
159:14 189:16
224:4,4,6 225:1,2,8
301:18 310:18,19
311:20 336:1 352:7
356:9
**rules** 2:21 5:19,23
48:24,25 83:15,16
84:15 85:3 87:2,7
105:9,17,21 197:16
198:4 223:22 224:4
224:7 225:1,6,8,11
297:1 311:18
312:13 317:1,22
319:23 321:23
355:14 356:10
**ruling** 25:25 26:1
27:15 330:23
**rulings** 115:18
**running** 26:17
289:18 349:18

**S**

**S** 3:3
**safeguards** 141:13
**safest** 139:21 179:5
**Safety** 138:25 139:7
139:19 142:13,17
149:14,16 151:14

163:15,18 179:7
283:24 301:12
304:11 334:20
**sample** 75:19 77:1
349:24
**sampling** 75:23,24
**sat** 284:4
**Saturday** 278:22
279:14
**save** 284:18 356:1
**saw** 77:22 78:13
216:23 342:12
**saying** 64:5 66:8,13
66:20 67:3 89:20
110:10 158:15
208:10 209:20
219:24 221:9 222:1
235:9 242:13
293:11 329:19
341:12
**says** 19:12,16,19
56:14,21 63:7 67:4
109:2 147:24
148:16 166:16
187:23 207:11
208:17 210:8
215:23 221:6 223:3
230:12 241:5
249:16 251:25
265:9 267:7 271:19
272:6 288:21
291:12 298:16
299:25 300:4,25
301:20 316:1
334:16 336:21
337:6,11,17 340:16
340:24 342:21,24
343:19 346:11
348:10,20
**SB** 5:15,16,25 6:2,3,4
6:11,24 7:1 44:18
78:19 91:22 163:20
164:3 177:6,6 271:2
283:12 297:5,23

301:16,22 303:14
304:6 306:12 307:2
307:8,9,11,12 308:1
308:6 312:4 313:20
314:1,6,14 316:5,6
316:6 320:11,13
321:3,8 323:22
325:15,16 326:20
327:14 328:17,22
330:6 334:10,12
337:8,16,20,25
342:23 350:23
351:20 352:15,23
**scheduled** 235:1
**scope** 340:10
**Scott** 3:10 5:5 9:11
9:11 185:18 263:12
296:8,10 297:25
299:3 308:13,15,19
308:21 309:5,7,10
309:14,17,19,20
310:8 313:24 314:1
314:4,24 315:10,13
315:15 316:4 318:3
318:8 319:8 320:23
321:8,20 322:10,15
322:24 323:3,4,7,11
329:9 330:10,19
331:8,15,18 333:17
334:15 335:2 336:7
336:12 340:11
343:13 357:2 361:2
**seal** 26:2,8,10,22 27:6
27:9,20,23 28:17,18
28:20 35:3 43:4
44:1,14 45:1 46:11
46:24 47:2,6,11,14
47:17,24 50:2 52:6
58:14,20 91:1
**sealed** 29:16 42:22
146:25 147:13
**search** 16:22 17:7,9
**searches** 17:12
**seats** 20:21 186:7

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

45

**second** 8:9 29:5
47:23 51:16,20,23
52:6 54:2,17 55:21
60:3,6 65:6 67:2
91:21 94:17 109:21
148:3,7,10,14
187:20 203:19,24
207:1,21 221:1,5,5
228:17 231:21
254:17 271:16
287:25 288:8
289:19 290:24
291:14 300:16
301:5 308:25
347:22,25 353:23
355:3,12
**secondary** 204:19
**Secretary** 232:16
234:19 235:1,4,11
235:13,14 236:5,17
236:22 237:3
255:13,18,22,23
258:21,25 259:3,6,9
259:12,12 260:2,9
261:4 263:5,18
264:11 334:18,25
**Section** 16:3 19:7,25
34:12 71:2 96:15
118:12 131:25
132:12,19 133:18
143:13,17 185:8
188:5,8 242:8
245:19 282:5
298:10,12,17,23
300:8 312:19
330:23 332:3
347:22
**secure** 141:18 183:17
191:22 248:25
249:6 277:11,24,25
304:4
**securing** 100:7
278:13
**security** 91:24 304:3

304:12,15
**see** 10:7 19:15,19
51:17 52:16 53:12
54:4 56:20 63:13
84:1 91:8,11 94:8
95:25 111:9 118:2
123:4 131:20
132:13 133:9,18
137:13 147:25
148:6 166:20 170:3
171:4 172:8,16
175:25 178:5
180:11,14 182:6,19
187:23 188:3,8,11
196:13 203:19
204:11 207:11
208:17 216:23
218:22 219:2,5,10
219:17,20,23 221:1
221:10,17,20 223:6
223:7 228:17,25
234:13,17 238:22
239:4,7,11 245:4
246:18,24 247:1
249:12,13,24 250:2
250:4,20,24 251:21
253:11,16,22,23
254:1 256:22 257:2
262:15 271:13,18
282:2,5,7 288:14,17
288:21,24 289:9
290:18 291:21
292:2 293:2 298:15
298:19 299:8
300:20 301:3
304:22 308:15
312:2 329:5 343:19
346:11,16 348:10
354:4,23 355:13,19
**seeing** 54:1 203:23
**seek** 208:3 258:4
265:16 284:13
**seeking** 10:13 150:15
305:2,4

**seen** 16:19 19:4,11,17
19:18 30:18 41:7
55:5 92:4 118:19
119:4 225:13 228:3
229:13 231:1
240:12,15 245:2
260:7,9 262:7,9,11
262:13 263:4,5,8
271:4 272:2,12,13
276:17 280:17
290:11 321:2
323:12 329:12
330:11 331:3
334:24
**segment** 184:15
**self** 315:22
**Senate** 5:19,21,23 6:6
6:8,15,18,22 13:16
13:17 14:21 17:14
17:25 20:9,12,16
22:25 23:9 24:16
25:17 30:4 31:11,14
31:15,16,23,25 32:1
32:5,7,11,11 33:23
35:14 37:14 38:7
43:12,18 44:10
45:18 46:2,5 49:9
50:14,16 51:3,18
53:24 55:7 57:13,19
57:20,24 58:2 59:9
60:11 61:2,19 62:16
62:25 63:17,22,22
65:5,10 67:16 68:12
68:16 69:15,23 71:6
71:11,24 72:1,11,23
79:21,22 80:24
81:19,25 82:20
83:14,16 84:9 85:3
85:20 87:1,15,16,17
88:8,21 89:3 90:1,1
92:11 93:10,19,25
94:6,19,20,24,24
95:4,6,12 96:3
97:19,19 100:7,14

100:19,20 101:12
101:25 102:7,8,21
103:9 104:2,2,15
105:9,13,16 109:12
109:16 111:2,12,18
112:7,15,20,25
113:10,17 114:7,11
114:14 117:8,11,15
118:3,7,13,22
121:21 122:8,9,24
127:23 128:7,16,24
129:2,7,8,10,21,23
130:4,7,18 131:4,20
132:24 133:3,14,22
133:25 134:3
136:13,17 137:22
139:10 140:14
141:8 142:21 143:2
143:10,16,22
144:19 145:23
147:20 148:25
149:2,8 150:21
151:4 152:1,7
155:16 162:18
164:16 165:18
166:9 167:21
168:21 169:6,18,20
169:21,25 170:8,18
170:22 171:5,6,8,13
171:16,20 172:9,16
172:19,23 173:6,7
173:18 174:1,13,20
175:1,12,20 176:7
176:14 179:10
182:1,20,23 184:10
184:16,22,23
185:16,25 188:24
189:17,22 190:1,8
190:12,15 191:2,7
193:8,15,24 195:11
195:17,22 196:7,19
200:5,15 202:9
203:20 204:8,12,21
204:24 205:2,10,11

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

46

206:1,5,10,21
207:12 208:5,11,14
209:4,18,24 212:21
213:2 214:19,20
215:14,18,24 216:4
216:10,13 218:1,10
221:8 222:10,14,19
223:1,10,14,17,18
223:22,23 224:7,17
224:25 225:7,11,12
225:21,25 226:1,2,4
226:7 227:3,15,18
227:21,24 228:12
229:10,17 230:1,15
230:19 231:3,10,12
232:22 233:4,11,13
233:24 234:7,8,12
234:13 235:22
236:1 237:25
239:14,21,24
240:10,16,16,18,23
241:16,22 242:12
242:25 243:12,17
244:5,9,10 245:16
246:4 247:4,13,15
247:22 248:6
249:13,25 250:7
255:8,10,12,25
256:4,4,8,10,20
258:3,4,19 263:17
263:24,25 264:1,3,3
264:8 265:8,14,19
267:15 268:23
269:5 270:3 271:2,8
274:3,9,17,23
275:20 276:24
278:5,10 279:10,20
280:3,23 281:7,16
283:5,8 289:10
292:3,11,16 293:19
293:24 294:5 295:2
295:11,12,15 304:8
310:19 311:18,20
312:13 317:1 318:9

318:11 319:15,16
321:9 322:6,8,8
324:8,24 326:1
328:20 334:6
337:19 338:2 342:9
351:2 353:2 354:11
355:5,14 356:8,9,10
**Senate's** 82:20 229:9
244:5,9 254:18,19
**senator** 2:9,14 5:3,12
5:13 7:14 8:1 10:21
12:19 13:20 15:20
15:23 16:12 19:2,12
19:16 20:8 22:24
25:1 29:17 36:25
38:19 51:11 52:15
53:12,14 56:2 61:24
63:2 64:25 65:3
66:7 67:4,12,15
73:23 80:23 82:23
83:10 87:16 90:3,19
93:19 94:9,15 95:7
95:11,16,18,19
105:5 107:1 109:5
113:23 117:18
123:8 131:13
134:16,21 136:10
139:9 142:21
145:15,21 147:17
154:12 157:8 162:2
164:2,21 166:11,21
169:2 170:4 171:10
172:21 173:2 174:8
175:25 176:13
178:5,19 180:10,16
182:7 184:20
186:13 197:20,25
198:14 199:2,25
203:9 209:3 214:18
218:4,11 219:15,21
223:20 224:2,19,21
224:22,25 225:2,5,7
225:17 226:2,3
228:7,11 233:22

234:14,17 236:4
238:17 244:3,4
249:13,19,21,24
250:20 251:15,21
252:3,12 253:9,12
253:16,16 254:11
254:16 256:5 257:2
257:14,21,24,24
258:7,20 259:23,24
260:3 261:3,8,11,14
262:1 263:16
267:23 268:3,4,17
269:8,15,19,24
270:6,8,20 271:4,10
271:14 272:16
273:2,7,9,18 274:16
274:20,22 275:2,6,7
275:15 277:2
278:20 280:9,23
281:7 284:17 287:5
290:11 292:14
296:20 298:23
299:6 300:8,14
302:16,19 306:5
307:16 308:6
309:20 310:6,8,13
311:16 312:12
315:1,15 316:16,20
318:25 319:1,4
323:11 329:3
331:18 335:9
336:11 339:17,23
342:15 348:7 349:2
349:9 352:1 353:15
353:21 354:1,7,8,10
355:2,7,13 357:1
358:20,25 360:7,12
**senators** 81:9,18
88:11 89:12 95:1,11
95:24 96:2,19 162:6
162:10 198:3
199:23 218:23
219:2 234:11
243:23,25 244:2

258:1 261:9 324:25
325:10 326:4 355:4
355:8
**send** 60:9
**senior** 81:12
**sense** 12:17 13:14,18
70:8 79:14 85:12
168:2
**sent** 18:3 24:17 25:10
29:20 31:16 49:14
61:11,20 89:20
202:20 230:25
238:22 239:2 244:3
326:6 353:19,21
354:1,4,7
**sentence** 56:14 62:1
118:5,13 186:24
219:13 264:24,25
265:1,2,2 288:24
292:2
**sentenced** 54:25
56:10
**sentences** 33:8
203:25 264:25
**sentiment** 219:22
**separate** 146:16
173:23 286:21,23
286:24
**separately** 353:19,22
**serve** 21:23 22:24
194:7,11 239:21
**served** 20:8 21:20
30:14 38:6 70:23
114:21 115:21
120:4 121:2,19
122:22 155:25
158:8 161:19 177:7
202:9 322:5,7
**service** 151:11,18
**services** 151:17,18
175:17 276:9
**serving** 20:12 23:9
194:16
**session** 5:23 17:20

22:19 44:6 80:5
83:17,18,19 105:10
106:1 108:4,11,11
108:15 109:7 111:6
111:19,25 200:7
221:2 223:13
243:13 295:15
307:11,13,14
323:24
**sessions** 30:19 87:4
88:8,8 120:11,13,23
168:3 255:10
259:11
**set** 59:2,8 83:16 84:2
84:5 85:18 88:11
105:15 130:8,12
181:6 232:16
260:14 267:20
**seven** 35:8 38:15 41:2
41:18,21,25 42:11
63:3 73:3 201:2
230:11
**severe** 8:9
**Shapleigh** 198:14
199:2 318:25
**share** 220:9,15
245:13 328:19
**Shaw** 294:23,25
295:3
**shear** 152:18
**sheer** 154:13,15
**Shelby** 185:7
**shell** 204:17,21,24,24
205:7,9,12,20
206:16 207:20,25
208:3 209:22
214:24 215:4,7,9
216:7,11
**shopping** 277:17
**Shordt** 4:2 5:6 8:19
8:19,23 9:2 298:1,4
335:8,9,12,19,23
336:2,6,11,16,18
339:17 340:6,12

341:13,18,22 342:1
342:6 343:4 344:9
348:19 353:6 361:2
**short** 170:12 308:7
312:14
**shortened** 356:15
**Shorter** 255:21
**shorthand** 2:19 360:9
**shortly** 192:14 229:9
**show** 25:9,12 50:9
56:7,19 60:11 63:6
64:9 75:8 123:13
124:9 125:21 126:4
149:24 170:14,20
179:24 188:25
223:3 231:18
251:25 257:7
259:20 268:8 281:2
284:4 295:21
304:25 325:21,22
325:24 339:4
345:22
**showed** 72:15 74:25
76:23 97:4 123:22
124:7 125:4,6
141:22 155:5
162:24 168:18
202:19 263:5
266:23 293:5 319:6
323:25 325:16
327:23,25 329:23
**showing** 75:1 110:23
111:1,9 124:20
127:5,12 150:19
183:23 185:2
201:19 252:7 284:7
**shown** 62:23 107:11
200:2 201:15 236:8
325:24
**shows** 203:21 204:4
260:12 312:25
**side** 51:21,22,23,24
315:10
**sidebar** 175:7

**sides** 38:5
**sign** 188:9,11 192:23
281:23
**signature** 5:7 358:1
358:21 360:18
**signed** 6:2 32:18
131:19 143:16
184:10 193:10
202:17,20 260:8
282:24 298:2
**significant** 231:11,14
**signs** 258:12
**similar** 87:10 221:7
**simply** 26:15 34:20
50:21 61:25 86:2,17
91:13 102:18
174:24 175:6
312:22
**single** 47:7 153:16,23
153:24 334:21
343:5 346:12 347:7
**sir** 28:3 212:8 333:9
346:7,9 347:13
351:1 353:4
**sit** 23:2 309:8 311:22
312:16
**sitting** 92:22 119:2
213:4 257:19
268:10 285:15
**situations** 189:15
**six** 45:12 57:3 69:1
80:13 110:22
114:15,23 115:15
119:25 120:6,10,12
141:22 230:3,20
271:4 280:25 284:8
288:17
**size** 152:18 154:13,15
**Skipper** 30:3,5,10,12
45:10,14
**skipping** 148:8,9
**slide** 331:11,19
332:16
**slightly** 126:2

**slow** 8:12 11:14
341:11
**slower** 8:12 33:15
**Smith** 97:24 98:1
99:19 240:17,21
**sold** 286:14
**sole** 158:6 160:13
212:21
**solely** 304:24
**somebody** 98:12,17
169:10 302:1
**somebody's** 294:8
334:5
**someone's** 131:1
**someplace** 36:15
67:11
**sophisticated** 138:21
**sorry** 8:15 11:8,15
13:6 21:4,8 31:18
33:6 41:19 51:19,21
52:4,17 53:3,7
55:15 58:5 62:19
64:13 66:17 69:4,5
78:1 82:9 90:10
91:16 101:6 105:22
111:22 114:5
116:14 119:15
121:25 122:5
128:14 131:15,23
132:2 142:25 143:9
144:21 165:20
176:25 179:24
191:4 192:1 197:2
202:4 215:16
218:25 227:16
232:4 233:20
248:13,23 249:1
255:20 256:12
264:6 269:22 282:4
298:9,11 302:14
304:10 307:6
312:21 320:11
331:9 335:12
336:13 338:8

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

48

340:17 344:9 348:3
348:19 352:21
353:5,20 354:20
**sort** 242:12 277:16
**Sotto** 53:9
**sought** 163:7,11
**sound** 301:25
**sounds** 111:11
181:18
**source** 139:3 277:10
277:13 278:1
**sources** 74:13 112:19
139:3 314:13
**SOUTHERN** 1:1
359:1
**spare** 185:4
**sparse** 152:14
**speak** 8:10,12 11:9
11:12 15:10,20 28:1
34:23 42:16 66:25
86:16,23 99:23
185:23 223:8
342:13 344:2
**speaking** 36:22
108:13 156:25
**speaks** 34:7,9,15
122:10 339:11,22
344:22,25
**spearhead** 224:2
**special** 20:15 83:18
83:25 84:1,5,5 85:9
85:18 86:12,24 87:1
87:4,5,7,13 88:7,8
88:10,19,20 90:15
90:16 105:15
307:14 321:21,22
321:23,24 322:3,4
**specific** 18:16 23:16
37:5 40:22,24 41:1
45:13 46:1 68:5
76:1,3 78:7,11
87:12 96:8 97:13,16
112:23 115:25
122:2,4,6 130:11

141:16,23 164:17
221:3 307:10 340:3
**specifically** 39:9 64:8
70:16 72:9,18 77:16
78:10,14 105:12
111:15 114:24
115:23 121:4,13,24
122:1 124:3 129:1
129:10 137:21
144:13 148:20
154:7 166:12 310:2
315:3
**specifics** 41:3
**speculate** 34:18
85:23,24 86:2
302:11,13,15,24
303:16,18
**speculating** 157:13
303:15
**speculation** 19:9
33:22 79:18 84:11
85:8 87:20 104:4
157:12 162:22
302:10 306:9
321:19 333:16
334:14
**Speculative** 302:24
**speed** 284:15
**spell** 10:21
**spend** 74:9 105:6
284:12
**spent** 74:11,18
137:25 168:4
176:19
**spirit** 273:2
**spoke** 57:15
**spoken** 11:16
**sponsor** 23:17 25:20
27:4 29:11,22,25
30:4,22 34:24,25
35:13 177:22
222:21,23 311:15
313:20 333:24
**sponsored** 25:17

97:22 177:16
**spread** 75:4 94:20
**staff** 16:21 17:3,4,22
18:4,8,11,14 21:21
21:24 22:5,7,18,21
54:8 58:16 69:2
90:21 99:24 102:25
103:1 208:6 229:3
238:23,23 259:24
261:4,12,15
**staff-to-staff** 99:17
99:24
**stamp** 53:7,11 219:4
**stamped** 347:19
**stand** 338:21
**standard** 71:2 137:4
**standardize** 138:8
**standardizing** 138:12
138:15
**standards** 145:5
**standing** 46:25 256:4
331:14
**stands** 340:15 341:1
**stapled** 52:7,12
**start** 9:19 33:8 66:21
74:18 132:4
**started** 73:11 188:24
189:17 260:25
335:20,22
**starting** 24:15 49:15
58:22 59:6,25 61:7
69:22 74:7,17 82:16
82:17 177:18,19
228:1 257:7
**starts** 219:5 249:12
253:24 288:18
**state** 1:18,20 2:4,18
10:21 13:17 18:7
20:23 23:7 39:15,24
65:14,23 66:13
67:25 70:23 88:16
89:14,16,22 128:8
128:12,17,21,22,23
129:6,11,21,24

130:1,4 137:14,24
138:5 141:14
150:23 152:13,14
152:19 154:14,15
155:19,24 156:12
157:1,4 158:10,21
158:23 160:9,21
163:25 168:4 170:6
170:17 171:12
172:21 173:5,12,19
173:24 174:10,17
189:9 191:21 192:8
195:5,5 201:8,11
218:1,7 232:16
235:1,4,13 236:6,17
236:22 246:21
247:3,11 248:5,21
255:18,22,23
259:12,12 263:6
264:12 268:5 275:9
275:12 287:6,7,8,10
295:1,10 299:24
310:15,23 311:5,8
313:22 314:8,10,16
314:19 316:9
317:13,15 319:25
320:1,2 321:1 322:5
324:25 334:18
338:4 359:18,20
360:4,10
**state's** 202:3 234:19
235:11,14 237:4
255:13 258:21,25
259:3,7,9 260:2,9
261:4 263:19
327:21 335:1
**state-issued** 249:6
**stated** 2:22 35:5
69:20 152:25
233:10 267:12
341:8
**statement** 9:20 92:3
92:23,24 93:2 94:8
94:11,14,16,22

SENATOR TROY FRASER                              7/23/2014
CONFIDENTIAL TRANSCRIPT

49

95:10,15,23 110:13
117:14 118:15,20
119:2,4,5 129:20,23
136:6 147:11
148:18 152:24
157:3 209:9,10,11
209:12,21 227:10
312:23 337:14
**statements** 12:7
54:16 60:23 94:18
98:17 227:15,18
242:12,23
**states** 1:1,8 3:4 9:5
72:13,18,18 77:4,17
77:19 109:20,22
112:25 113:5,9,20
114:16 115:17
116:1,3,7 117:3
119:8 120:3,4 121:1
121:1,18 127:16
128:1 140:8 142:22
143:4 168:6 180:24
186:14 192:7
194:10 203:20
213:23 254:8
266:20,21,24 267:3
267:10 316:2
317:14,19 326:25
359:1,8
**statewide** 324:21
**stating** 73:24
**status** 311:24
**statute** 279:12,15,24
**statutes** 279:16
**stay** 230:6
**Steffes** 69:3
**step** 39:7 43:5 44:16
59:10 285:17
**stepped** 56:3
**stepping** 54:22 55:22
**steps** 82:3,10 100:22
188:22
**stipulated** 130:17
**stop** 8:8,21 33:6

39:25 41:6 52:17
132:2 201:20 243:2
243:2 244:12
289:20,21 309:23
313:3
**stopping** 10:1
**stories** 314:17
**strategy** 100:6 201:4
222:9,17,20 223:6
**straw** 308:8
**stream** 174:18
297:14
**streamline** 46:13
47:4
**Street** 2:20
**strict** 120:5 121:3,19
122:10,15,22
123:19,20,23 124:2
124:3 125:3,12,24
126:25 128:5 167:4
167:6,9,15 168:7
293:21 294:1,15
295:9 340:13 341:9
342:7,16
**strictest** 118:8,14,23
**strike** 80:18 102:19
212:5 224:2 232:20
243:9 273:25
293:16 313:3,6
331:7 334:23 347:5
**strong** 96:18 244:11
**strongly** 153:23
**stuck** 153:1 311:3
**student** 63:4,14,18,23
65:4,8,16,24 66:14
67:17 136:13,16,22
137:10,21,23
138:10 139:11,23
140:3,25 180:19,24
181:6,24 273:19,23
274:2,4,14,16,22
317:7,8
**students** 140:13
181:2

**studied** 248:15
**studies** 37:3 72:19,20
74:20 76:18,21 77:3
77:6,9,11,11,14,18
116:5,8,10,11,13,15
116:16 127:7,11,15
127:18,21 167:19
167:20 168:5
250:21 253:3,3
266:15,23 267:10
267:13 328:19
**study** 36:16 127:8,9
127:10 149:10,11
160:18,19 168:1,18
266:19,20,21,22
326:15,24 328:6
348:11 350:5
**studying** 168:9
**stuff** 323:8
**sub-bullet** 148:16
**Subchapter** 301:1,3
**subdivision** 65:14,23
66:12 129:6
**subject** 39:16 100:10
206:17,19 239:5
241:5,7 291:12
**subjective** 131:3
160:2 168:13 172:5
174:3 184:17 280:4
343:7 344:15
**submit** 68:8
**submits** 188:20
**submitted** 94:8,15
360:16
**Subpart** 312:20
**subpoena** 5:11 16:17
16:23 17:12
**Subsection** 85:13,14
85:15,22 86:6
298:15 299:10,14
301:5
**subsequent** 264:3
**subsequently** 279:25
**subset** 208:24 209:2

209:15 210:8,12,25
211:7,14,19 212:2
212:18 214:11
**subsets** 210:18
**substance** 99:2
170:23,24 205:12
205:17 215:15
**substantially** 46:4
59:25 73:14
**substantive** 111:17
**substantively** 205:10
205:24
**Substitute** 196:15
**successful** 84:21
319:4
**successive** 53:1
**sufficiency** 351:19
**sufficient** 39:20 40:6
72:16 164:14
190:23 212:15
214:2,8 351:12,15
**suggest** 163:9 337:2
**suggested** 100:10
135:9
**suggesting** 64:5,7
272:23
**suggestions** 105:3
248:11
**suggests** 246:19
**Suite** 361:13
**summarize** 251:6
**summary** 118:2,6
216:10 272:15
**summer** 4:9
**superior** 267:4
276:25 277:6,9
**supplement** 12:17
**supplying** 144:8
**support** 76:2,10
78:12,14 91:22 97:2
134:18 198:3
270:16,18 271:23
287:16 323:18
324:15 326:9

334:11 337:13
**supported** 269:18,23
273:2,5
**supporters** 274:12
**supporting** 337:14
**suppose** 340:8
**supposed** 147:13
272:16 299:9 304:2
**Supreme** 67:20,24
114:18 115:18
118:9 147:24 148:4
148:15,20 185:6
246:15 250:11
251:9 254:8 328:11
330:23
**sure** 10:4 33:10 36:18
44:3 47:7 51:20
63:8 64:12 66:2
67:1,8 79:14 82:25
91:7 99:16,19
106:20,22 119:12
126:9 132:5,5,15
133:10 139:2,13
140:10 142:20
144:8,16 146:10
151:7 152:16 161:8
165:22 168:23
172:18 180:3
182:11 200:23
202:14 203:18
209:14 210:9,17,24
211:18,24 212:12
214:16 217:13
218:8 223:16
230:18 232:8
235:17 236:3
237:18 244:18
251:12 252:1
258:16 263:1,3
267:25 285:19
305:5 306:16 314:6
319:12 329:5
**surnames** 255:19
259:8

**surprise** 197:20
**surprised** 161:20
197:24 335:21
**survey** 324:22 345:4
345:10
**suspect** 54:21 55:22
56:3 141:15 218:9
**suspend** 31:20 32:1,6
32:13 84:18,18,20
85:10 195:18,23
196:14,18,25
197:16 198:4,7
199:22,22,23
200:3 317:22
318:1,13 319:23
**suspended** 31:22
**switch** 186:7 316:16
**switching** 335:16
336:7
**sworn** 2:16 9:18
10:16,25 360:13
**system** 109:23,24
110:2,5,8,11,17,25

---

**T**

**T-R-O-Y** 10:24
**Tab** 133:12 164:19
**table** 8:6 173:1
176:10 181:9
268:17 269:15
**tabled** 173:3
**take** 11:21 19:10
21:10,14 24:24
31:20 32:14,23 71:1
82:3,10 106:19,21
131:7,10 133:19
143:10 165:14
168:22,24 176:4
182:9 186:4 188:22
196:15 198:8 200:5
214:15 270:13,20
297:23 300:20
306:11,13 318:1,3,4
318:10 319:24

322:10,22 353:24
**taken** 2:16 15:17,24
40:9,14 74:22
153:20 167:2 168:6
200:3 295:14
318:20 323:16
329:17 330:20
337:5 345:10 361:7
**takes** 17:23 271:20
297:1
**talk** 6:14 82:19
148:11 172:15
187:4 190:13 199:1
205:23 285:16
309:11 336:11
**talked** 112:13 128:6
296:25
**talking** 6:4 64:15
68:25 145:22,24
146:2 147:18
148:23 149:3 153:8
158:15 202:23
214:19 217:14
345:14
**Tania** 4:2 8:2 298:22
300:7 360:21
**tania.faransso@wi...**
4:5
**targeted** 280:21
282:3,6,11,11
**tax** 286:13,20
**TEAM** 263:19
264:14,20
**technology** 136:24
141:12,15 313:10
**teleconference**
129:14 141:1
154:10
**telephone** 4:7
**television** 356:16
**tell** 40:24 49:10,23
70:11 74:13 77:13
86:18 99:10 109:4
110:19 150:13

171:25 172:24
206:24 274:12
296:15 300:13
340:12 349:15
352:9
**telling** 13:11 44:1
217:3 235:18
294:11 341:7
**temporary** 193:13
**ten** 18:3,4 95:23
135:21,22 136:1,1,3
303:22
**tenure** 90:2
**term** 13:2 287:5
**terminating** 185:8
**terms** 168:19 297:15
**Terri** 17:1,2
**test** 304:22
**tested** 268:21,24
**testified** 10:17 16:9
197:15,21 208:7
211:10 212:20
216:16 224:3
227:20 229:24
230:23 241:12,14
241:20 243:10
245:11,21 256:9
262:20 267:10
292:15 294:25
317:21 334:24
350:21 351:2
**testify** 10:16 11:2
12:20 200:19 235:2
291:3
**testifying** 63:21
176:20 209:18
235:15 254:24
334:25
**testimony** 15:14 20:4
26:24 27:13 31:11
32:16 36:3,3 37:21
38:4,5,11 39:22
40:13,16 41:2,4,7
41:14,19 42:1,6,9

SENATOR TROY FRASER                           7/23/2014
CONFIDENTIAL TRANSCRIPT

51

42:12 57:5,7 62:16
64:6,9 66:6,6 70:20
70:21 71:19 72:6,7
72:9,15,17 96:10
110:21 111:1
114:20 115:16
120:1,24,25 121:12
121:13,15,16,21,22
123:9,13 124:8,11
124:17,17 126:3,12
127:3 135:25
139:25 141:9,16,20
141:21 142:2,10
149:11,13,14
153:18 155:5,7,23
156:6 160:20,24
162:8,25 168:2
178:25 185:19
190:7 195:16
201:15 204:25
205:3 208:2 210:1
213:22 215:3
216:10,14 217:14
218:14 220:22
224:8 227:22 234:9
237:3 243:14,22
251:17 252:25
253:1,4,8 256:22
257:12 259:10
265:25 267:2 273:1
280:14 289:12
295:5 305:21
314:11,12,18 341:3
341:16,18 342:1,2
350:24 360:14
**Texan** 195:7
**Texans** 24:4 255:3
258:9 265:18 280:2
321:16
**Texas** 1:1,11,14,18
1:20 2:4,18 3:12,17
3:22 4:1 6:7 7:3,4
7:12,13 8:3,20,23
8:24 9:6,8 20:9

21:16 24:7 25:14
32:1,4,7,9,10,17
35:21 36:7 37:15
38:7,12,17 39:2,14
39:15 40:4,5,10,18
53:14 56:24 59:23
60:7 62:25 65:25
70:19 71:5,9,12
72:5 73:6,9,13,18
74:24 75:18 77:3,17
77:20,21,23,25 78:7
78:10 79:5,22 81:25
86:25 87:15 88:16
99:12 108:13,21
109:1,6,9 114:15,20
115:15,20 118:7,14
119:9,19 120:4,9,15
121:2,5,18 123:19
124:2,5 127:16,17
127:22 128:4 136:1
136:23 137:14,24
138:3,16,20,24
139:6,11,24 140:8
141:9,9,13,17,22
142:14 145:5
150:23 151:16,18
151:24 152:13
154:16 158:21
159:4 160:9 161:24
162:3,13,25 167:11
167:21 168:7
173:12 178:23
179:2,5,10,13 180:1
180:20 181:3,7,16
181:25 183:22
184:7,12,16,21
185:15 186:17,19
187:24,25 188:5,24
189:8,17 192:8,13
192:17,19,22 193:9
193:17 194:17,21
195:5,8,12 208:23
209:17,24 210:9,11
210:15,17,21,22,25

211:7,12,13,19,22
212:11,13 213:6,14
214:2,6 216:1 217:1
217:4,9,19,23
228:16 229:17
230:8 231:10
233:24 234:7,24
247:24 250:22
253:2,13 254:22
255:4,19 257:23
259:7,21 260:23
262:4,4 263:9 264:4
266:12 267:1,19
273:20 275:9
279:10,15 283:22
283:23,25 286:12
286:14 287:10,16
287:19,22 288:14
290:15,25 291:12
291:14 294:20
295:1,2,18,24
309:21 310:15
313:22 314:8,16,19
315:19 316:9 317:9
317:14,15 319:9,13
319:19 322:4
323:16 324:20
329:15 330:14,22
333:13,17 335:10
336:14 337:15
338:3,4 342:11
345:5,8,11 346:12
346:15 347:7,19
359:1,11,14,18,20
360:4,10 361:12
**Texas's** 201:8,11
**text** 60:21 170:11
**thank** 8:18 14:22
15:9 17:24 20:8
27:2 29:17 31:13
32:16 35:11 42:4
44:21 47:21 62:16
63:11,13 67:20
78:18 83:6,20 84:24

85:21 86:8 87:16
89:1 94:21 103:14
104:14 105:20
108:2 109:11
113:21 117:5 124:6
127:3 128:6 154:1
176:2 250:18 287:4
290:5 308:12
340:23 356:25
**thanking** 107:23
**Thanks** 265:6 335:3
**themself** 223:9
**thereto** 228:15
**thin** 351:12
**thing** 56:20 84:5
132:7 147:6 214:25
299:12,15,16,17,18
334:20
**things** 49:16,20 57:11
138:22 139:16
144:7 158:17,19,20
176:20 221:18
228:2 233:10
272:13 284:16
299:9 307:18
312:18 317:3 329:6
346:17
**think** 27:8,10 29:10
31:5 45:4,14 46:17
59:5 62:20 76:6
78:15 79:19 86:18
86:21 89:18 96:18
107:17 110:9
111:15,24 123:2
124:24 126:24
136:5,21 141:11
153:19 155:23
157:3,13 158:7,10
159:12,12 167:12
168:10 171:23
178:14 183:5,15
184:4 186:18 191:8
195:6 197:25 208:9
208:16 212:23

SENATOR TROY FRASER                      7/23/2014
CONFIDENTIAL TRANSCRIPT

52

213:12 214:23
219:18 225:10
230:16,17 231:11
242:2 243:20
245:21 251:7
254:14 255:9
257:21 258:1,5
259:16 265:7,12,18
265:24 276:11
277:8,14,19 282:17
286:22 301:25
304:17 305:1 308:4
312:2 317:21
321:12 335:4
338:18,25 339:22
341:21 344:16
345:13,14,16
346:16 348:17
349:11 350:15
351:21,25 352:2
**thinking** 30:24 36:17
126:15
**thinks** 109:4 258:7
294:11
**third** 29:10 52:16
54:2 56:9 60:5
94:25 160:21
225:24 262:10
288:4
**thirds** 198:3
**thought** 58:22 82:15
104:4,5,5,8 124:8
124:14,15 126:13
126:17 130:8
157:14 302:17
335:13
**thoughts** 29:15 31:2
43:3,25 44:4,5,7
62:4 98:9
**three** 8:10 9:21 10:3
30:18 51:17 56:23
64:14 120:11,13,23
123:22 146:15
153:5 168:3 208:18

255:10 259:10
271:14 292:21
295:6 328:15
332:10 336:17
355:18
**three-judge** 242:2,7
245:22,25
**Thursday** 165:1
**ties** 299:17
**time** 9:23 10:5,13,14
11:5,8,19 12:14
19:13 21:21 22:12
26:5,6,6,15,18 27:7
28:22 30:6 32:25
38:25 39:15,15 40:5
40:22 41:12,22
42:24 44:2,3,6,7
51:7 52:20 53:19
54:7 56:24 59:1
60:24 64:4 65:15
68:15 72:23 74:9,11
74:18 76:5 79:16
84:2,3 85:18 93:20
95:12 105:7 112:3
113:9 114:14
116:20,24 118:16
123:3 127:18
133:16 136:3
137:25 139:9 142:7
145:11 147:10
150:21 151:8,20
152:1 168:3 175:14
175:15 177:14
192:14 193:15
195:18,22 197:7
198:19 199:1,10
201:7,10,24 202:9
204:8 210:15,22
218:5,11 222:8
223:1 231:3,21
232:21 236:19
244:10 245:18
246:9 255:25
258:23 261:17,22

263:17 264:2 271:8
272:18 274:2
276:19 283:10
284:12,18 285:6
289:19 295:13
296:1,2,2 299:13
308:1,1,13,22,23
312:7 316:7,10,22
319:6 320:6,6,8
321:23 323:25
331:8 333:3 334:22
339:15 349:15
350:25 351:13,15
351:18,23 352:10
352:15 353:24
356:1,15,25 360:23
**time's** 29:11
**time-being** 226:12
254:19 272:25
**times** 24:16 47:9
156:11 167:25
202:16 309:24
321:25 322:2
325:20 339:11
**timing** 244:4 354:24
355:15
**title** 53:13 91:9
**titled** 91:22
**today** 9:1,22 11:3
12:21,25 13:3,21
15:14,21 92:22
119:2 128:7 168:1
213:4 217:14
237:19 254:5
257:19 262:12
268:10 285:15
292:16 311:22
312:16 313:10
315:2 316:11
**today's** 13:12 14:23
136:24 141:12,14
**Todd** 97:24
**told** 72:3 77:22
230:17 231:25

240:12
**Tom's** 137:3
**Tommy** 223:20
**tone** 179:21
**tonight** 47:24
**tool** 317:17
**tools** 39:2,14,25 40:6
40:11,19 201:20
212:13,15 213:14
213:20 214:2,8
289:21 314:19
**top** 187:23 196:10
207:11 250:3
289:14 291:21
310:6 345:4 346:11
**topic** 212:8
**total** 332:15 346:19
**totaled** 346:19
**totally** 124:13 230:17
311:24 313:12
**Tough** 6:14
**toughest** 179:6
**town** 313:12
**transcript** 5:17 6:5
6:18,21 15:16,23
19:17,18 26:9,21,22
27:6,9,19 28:5,6,10
29:8 47:5,10,14,24
64:21,21 66:4
164:25 234:7,10,13
234:13 251:20
256:19,23,23
360:13,16,21
**transcription** 166:18
187:5
**transcripts** 19:6,21
165:10
**transit** 155:18
**transmittal** 153:4
**transportation** 7:3
155:21,25 156:2,4,5
156:6 178:24
283:22,23,25
298:13 304:10

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

53

travel 81:10 152:10
  154:18 155:11
  157:9 158:25 159:6
  160:12,14,15
traveled 160:21
traveling 155:11
treat 305:23 321:13
treated 86:12 88:7
treatment 193:11
treats 305:24
trial 28:22
Tribune 333:13,18
trip 159:1
trouble 8:15 33:15
  66:24
Troy 2:9,14 5:3 10:15
  10:23 19:16 53:14
  358:20,25 360:7,12
true 88:7,9 136:6
  186:22 187:8 233:4
  241:25 267:1 350:2
  352:9 358:22
  360:14
trumped 193:10
truth 10:16,17,17
  217:3
truthful 20:1,2
  226:16
truthfully 11:3 12:20
try 11:14 37:6 125:18
  172:5 178:3 211:9
  215:25 221:10
  222:2 223:5,9 257:3
  333:25
trying 39:8 40:17
  46:14 59:4 62:20
  64:13,14 103:2
  124:12 131:1 138:1
  144:7 172:7 223:8
  277:24 284:15,18
  285:13 289:6 291:6
  305:8
turn 32:21 57:18,20
  60:3 63:8 64:23

67:10 83:20 91:20
  94:6,21 105:11
  114:4 131:22,23
  133:17 143:13
  147:22 165:12
  169:23 178:4 182:6
  187:20 220:25
  226:1 264:22 288:2
  288:4 300:16 301:5
  310:1 311:14
  316:17 317:20
  323:11 324:3 325:3
  327:7 328:2 331:10
  332:16 343:12
  346:5 347:11,18
  349:20 351:3
turnaround 28:6
turned 236:7,25
  312:13
turning 66:4 193:23
  195:16 196:9,11
  198:20 210:4,20
  215:24 221:25
  225:24 228:14
  229:12 234:12
  246:24 249:9,11
  250:19 251:20
  253:11 256:18
  262:9 271:12
  288:14 289:8
  350:10 355:12
turnout 7:8 116:7
  127:14 128:2 327:1
  327:3,4,5,22 328:12
  328:15 347:16
  348:12 349:2,5,8,12
  350:19
twenty 135:24
twice 16:2
two 21:25 33:8,12,19
  34:3 52:7,10,19
  53:2 60:12 62:3,23
  72:20 111:18,25
  117:3 120:11 124:1

133:5,24 134:7
  136:5,7 144:7 148:2
  153:11 169:8 198:3
  206:13 208:18
  219:3 242:1,9
  245:22 250:10
  252:6 253:6 273:12
  273:16 286:13
  287:2 293:9 298:1
  324:7 347:24
  351:18,21
two-million-dollar
  36:16
two-thirds 34:12
  84:8,19,25 105:16
  240:2,3,7,9 318:14
  321:9
two-year 330:3
TX 2:20 3:13,18,23
  153:6 290:13
  361:14
TX_00009047 343:17
TX00009052 345:6
TX00009987 219:4
  219:20
TX00034516 238:19
TX00086376 220:23
TX00086377 221:1
TX00086577 280:16
TX00262650 244:23
TX00262652 244:23
TxDOT 284:1 286:11
  286:14,18 287:1,2
type 12:23 78:14
  158:22 182:4
  190:18 292:13
  304:15
types 214:20 320:19
typical 311:6
typically 177:22,25

U

U.S 3:5 114:18
  115:18 118:9

147:24 188:6,12
  194:8,11 206:6
  214:12 216:18
  217:5,7,12 246:15
  313:16,19,21 314:7
  314:15 315:22
Uh-huh 14:13 30:3
  78:8 123:12 182:13
  187:22 203:12
  250:25 286:16
  343:21
ultimately 178:10
  182:22 315:9
  334:11
unable 271:1
unacceptable 177:13
  177:17,23 178:1
unanimous 183:5
unauthorized 139:3
unclip 249:21
uncomfortable 49:17
  49:20 50:4 227:21
  227:24
uncommon 204:15
uncovered 202:16,18
underlying 149:19
  150:3,8 160:6 161:3
  170:11 172:8
  173:20,25 174:11
  268:14
undermined 54:18
underneath 148:2
understand 11:2,13
  11:22,24 12:8,9,10
  12:12,13 13:4,8
  36:17 46:17,17
  96:24 144:21
  157:17 159:6
  167:16,17 172:7
  215:3 241:4 285:13
  305:5 323:2,3,3
  333:25 335:25
  343:25 348:14
  349:1

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

54

**understanding** 11:9
25:25 26:20 35:2
44:13,25 47:18,23
49:4 109:9 144:18
158:11,12 230:13
287:15 341:8
**understands** 36:19
47:13,15
**understood** 10:11
18:8 26:17,25 29:14
32:2 38:11 39:1,13
47:12
**undocumented**
211:22 212:10
**undue** 174:17
**unexpired** 273:19
**unfortunately** 54:18
137:11,17 321:5
**uniform** 137:4,24
**United** 1:1,8 3:4 9:5
114:16 142:22
143:4 186:14 192:6
194:10 254:8 316:2
317:14,19 359:1,8
**universities** 181:6,16
273:20
**university** 7:12,13
65:25 67:18 74:21
74:24 75:18,22
76:20 77:8,23,24
78:7 116:6 123:18
124:2 127:9,10
137:2,2,3 138:3,7
180:20 181:17,19
181:25 266:22
290:15,25 291:12
294:20 295:18
317:8,10 323:16
326:16 328:6
329:15 330:14
338:3 342:11
**unquote** 276:24
**unresponsive** 220:8
247:19

**unusual** 87:1,6,9 88:6
89:8 111:24 321:24
**upheld** 118:11
**upper** 64:24 125:5
167:5
**urban** 288:23 289:2
289:22
**Uresti** 199:23,25
**urgency** 109:11
**use** 10:5 13:2 18:1
26:24 33:1,19 34:3
37:1 57:21 63:4,23
65:16 122:7 123:14
124:9,20 133:4,23
134:3 139:3 170:18
173:10,13 179:13
181:23,24 240:19
243:11 248:17,21
269:9,13,16,20,24
270:4,7 273:10,15
273:19,23 274:2,3
274:14 275:8,12
356:1
**uses** 18:8
**usually** 311:1
**utility** 60:14 312:23
**utilizes** 301:8

**V**

**v** 184:21 308:18,20
328:11
**vague** 35:15 36:10
37:19 70:1 86:14
92:6 140:16 159:25
160:1 258:13
**valid** 65:11,19 66:9
129:3 235:7 252:8,9
303:19 312:21
313:14 324:12
325:25 343:23,25
344:3,9,14,20,24
**validly** 135:18
**Van** 7:14 233:22
234:14,18 236:4

244:3 249:13,19,24
250:20 251:15
311:16 312:12
353:21 354:2,7
355:2,7,13
**Vanderpute** 175:25
176:1,2
**Vanderpute's** 176:13
**various** 33:2 123:10
168:21
**vast** 321:16
**VEASEY** 1:3 358:2
359:3
**vehicle** 305:8
**verbal** 12:5
**verbiage** 215:8
**verification** 198:24
199:11,15,20
**verified** 241:3
**verify** 21:8 33:12,21
34:4 41:20 53:8
56:7 133:9 148:19
171:14 198:11
216:22 233:16
**verifying** 33:3 65:17
**version** 5:14,15,25
6:2,3 25:6,15 34:2
43:15 46:6 50:11
65:10 114:3 131:11
131:20 133:14
143:16 170:12
172:8 175:10
182:23 184:10
298:2 353:19
**versions** 52:25
177:11 298:1
**versus** 67:21 295:2
**view** 59:12,22 219:5
219:7,15,25 220:2,3
220:4,9,15
**views** 125:11 325:21
**virtually** 141:14
175:10 205:8
236:10 313:11

**visit** 81:25 309:22
**vocal** 321:15
**voce** 53:9
**voice** 11:17 66:25
183:5,5
**voir** 272:14
**vote** 41:6,10 50:10
55:1 56:11,16 62:10
72:1,11 76:8 84:8
84:19,25 85:9 90:15
94:25 95:5 97:15
105:16 130:14,25
134:12 144:15
155:14 157:21
158:13 159:16,18
159:20,23 162:12
162:14,17,20
163:13 183:5,6,15
183:20 184:16
186:17,21 187:9,12
188:4 189:13,15,19
189:20 190:1
192:13 193:1,17,20
194:6 195:12,15
198:5,8,11,24 199:4
199:11,15,21 200:3
200:3,4,4 201:3,19
202:20,22 207:15
208:23,24,25 209:1
209:15,17 210:10
210:13,25 211:3,7,7
211:14,18 212:1,2
212:15,18 213:16
213:16 214:10
216:1,5 217:18,24
230:21 231:15,17
231:17 233:2,6
237:10 240:2,3,7,10
252:9 259:15,16
260:13,23 261:2
262:22 277:16
278:14,16 294:16
304:5,7,18 305:3,11
305:14,16 307:3

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

55

312:22 313:9,17,22
314:8,15,21 316:15
317:15,22 318:14
318:20,20,24
323:20 324:13
326:6,8,23 329:22
331:2,24 332:7,22
334:5,22,22 336:25
338:12 341:1,7
343:24 349:21
350:2,8
**voted** 17:19 41:15
81:3 88:4 95:1,8,12
190:2 199:24
289:14,16,16
318:19 334:10
**voter** 6:7,25 7:1,8
13:17 17:15 21:10
30:17 32:2,8,16,18
33:4,10,17 34:3
39:16 40:3,6,9
41:16,17 42:8,15
43:1 44:19 45:16
50:24 51:4 53:13
55:8,13,24 56:4,12
56:12,17,23,24 59:3
59:9,11 60:19 62:22
69:7,11 74:5 76:2
76:10 78:12 79:15
81:16,18 85:16
86:11 92:13 95:5,6
97:17 100:22 101:5
101:11,18 102:1,6
105:15 106:2
107:14,18 108:3,6
111:3 112:2 113:10
114:19 118:2
120:16 121:2,6,23
122:14,18,25
123:11,15 124:8,10
124:21 126:6,16,18
127:5,6 129:13
130:16,19,20,24
139:12,24 140:3

158:8,25 161:15
168:11 174:21
175:2 177:11
183:17 185:22
187:13,24,25
188:16,18,20,21,21
189:2,4,18,18,19
190:1,15,16,18
191:2 192:13 193:5
193:6,14,16,18,19
201:5,8,11,17,23
202:3,10,20,23
203:1,2,6 206:6,21
207:15 210:18
212:22,25 216:17
216:18,25 217:4
219:6,16 220:10
222:3,9,18 223:14
223:18,23 229:4
230:1,8,9,9 231:20
231:23 232:6 233:5
233:6,8,14 235:20
235:23 237:8,10
240:19 247:14,23
250:22 254:20
260:16 263:9
264:16 275:17
276:3 278:16
280:20 282:3,6,10
288:22 289:24
291:13,25 302:22
304:5,7,23 305:19
305:23 306:1 308:7
312:25 313:14
315:17,19 316:8,8
317:20 319:9,13,25
321:9,13 323:17
324:10 327:1,1,6
328:8,10 330:22
332:6 343:20
346:24 347:6,16
349:2 354:25
**Voter's** 8:3,23
**Voter-ID** 7:10

**voters** 1:11 4:1 13:2,3
13:7,13,14 36:7
37:14 38:12 60:7,11
60:15 62:12 70:17
71:12 72:10 73:7,8
73:11,16,17,18
76:10 92:2,14
125:14 130:9,11,12
144:20 148:5 149:2
152:9 154:17 155:7
155:14 157:9
160:17 162:11
164:16 165:19
166:9 167:21
168:12 182:15
183:21 184:11
188:25 189:14
201:23 202:6
210:25 211:1
214:21 231:6 236:2
236:25 250:24
251:12 254:22
255:4,19 257:4,23
259:3,7 260:4,15
261:6 262:15,20
263:21 264:4
266:12 267:3,19
271:15 276:10
277:15,19,24 278:5
278:10,17 280:21
280:24 281:8 282:3
282:6,12 287:9,16
291:24 292:3,11,23
292:24 293:23
295:20 306:15
329:20 330:25
331:22 332:20
333:3 335:10
336:24 337:6,11
338:9 339:1,3 341:5
345:11 349:20
359:11
**votes** 94:19 208:21
209:7 244:12

333:25 334:1
**voting** 16:3 21:2,6
22:8,22 24:4 39:12
40:1,7,12,20 41:11
44:20 54:20 55:12
62:15 71:2 76:23
78:17 96:15 109:23
109:25 110:2,5,8,11
118:12 139:8
155:10 157:25
158:3,6 160:13
177:9 183:18 185:8
189:8,9 193:21,25
201:16,19,21
202:15 203:6,6
206:10 208:12
209:2,15 210:10,15
210:19 211:14,19
212:1,17 214:10
217:25 232:18
245:19 254:5
289:18,19,21
295:21 302:2 305:8
305:24 314:22
328:1 346:14
**VS** 1:5,10,17,23 2:3
358:2 359:5,10,17
359:23 360:3

---

**W**

**wait** 8:21,21 12:3
51:21,21 86:4
**waiting** 165:25
**waive** 98:10,11
**waiver** 26:3
**walk** 60:19 254:5
**Wallace** 30:3,5,11,12
30:17 45:11,14
**want** 11:11,24 26:16
26:17 28:21 29:12
36:10 48:8,11 54:12
55:2 66:20 77:5
84:16 85:10 91:13
106:19 108:2

SENATOR TROY FRASER                          7/23/2014
CONFIDENTIAL TRANSCRIPT

113:18 119:23
126:21,22 148:11
152:24 154:5
168:22 169:11
175:3 182:9 187:3
208:18,19 212:6
214:14 233:1 240:5
245:16 258:16
272:17 284:17,22
285:16 286:7
287:25 301:20
302:7 314:25 315:7
322:18 352:22
**wanted** 49:20 71:5
144:9,10,15,15
145:6 147:16
153:24 177:19
231:17 243:12
281:22 297:11
**wanting** 304:7
**wants** 257:25 286:3
302:1 304:5
**Washington** 3:7 4:4
**wasn't** 82:14 108:11
120:12 127:20
137:4 158:14 183:2
200:23 230:17
270:17 275:1 305:1
319:3,5 322:25
340:9 349:8 352:4
**waste** 339:16
**watch** 352:12,18
356:16
**watched** 21:16
**water** 159:7
**Watson** 95:16
**way** 24:18 28:4,5,14
34:13 35:20 46:13
46:18 55:18 56:1
59:22 62:24 72:5
74:8 83:2 88:3,16
99:11 109:15
121:12 126:8,14
127:8 138:1,7,9

139:21 145:5
150:18 179:17
198:21 199:19
203:4 206:14
214:14 236:25
243:19,20 253:3
256:6 267:8 275:3
277:25 288:10
290:2 304:20
305:23,24 311:4
312:11 313:3
327:18 343:8
344:15 345:1,2
347:10 352:22
**ways** 137:23 144:6,13
149:16 183:12
**we'll** 11:6 210:2
309:23 335:19
**we're** 22:19 24:24
25:23 28:14 48:19
64:15 68:25 72:4
81:10 122:19
133:13 143:15
146:12 147:3
158:15 160:18
186:10 202:14
209:14 217:14
221:9 222:1 223:5,9
226:11 251:8,10
254:4,7 268:2
277:24 285:17
286:2 287:11 293:8
293:25 296:2
299:12 304:23
336:2 351:3
**we've** 20:21 26:10
108:24 167:25
174:25 187:3 191:8
202:16 213:13
236:9 250:10,11
253:1 263:12 284:7
**website** 25:14
**Wednesday** 5:21
94:1

**week** 111:13,16
156:18 167:2
237:21
**weekend** 156:16
**weekends** 156:17
237:9,12,16 238:2
**weeks** 111:18,25
252:6 253:6 324:7
351:18,21
**went** 89:24 96:11
98:2 100:3,14 102:3
120:14 123:17
147:15 151:16
153:19 154:12
183:6 209:24
254:13 266:14
289:14,17
**weren't** 176:20
277:23
**West** 2:20 94:9,15
95:11 166:11 174:6
251:21 253:12,16
254:16
**West's** 166:21 252:3
252:12 253:9
254:11
**WESTALL** 102:19
**Westfall** 3:5 5:4,6 9:4
9:4 10:12 27:2,8
28:9,23 36:22 46:12
46:15,25 47:19 48:1
48:17,23 49:2,5
80:15 98:19 110:18
147:3,6,15 175:7,19
179:20 180:2,7
186:4,7,9,12,13
187:16 191:14,19
192:4,11 193:7
196:2,4 199:14
200:14,19 203:9
206:25 207:3,7
212:4,6 213:8,19
214:16,18 218:13
218:18 220:7,9,17

220:21,25 221:5,14
221:18,20 225:15
225:17 226:20
228:5,7 234:2
238:15,17 241:12
241:14 242:20
243:7,8 244:18,21
246:9 247:19,21
248:1,3 256:14
257:10,11 258:14
261:18,25 262:25
263:11,15,16 266:3
267:25 268:2,3
270:22,24 272:5,8
272:17,21,24 273:1
274:21 277:22
278:7 280:7,9
282:19 284:9,25
285:3,13,19,22,25
286:5 288:2 290:1,6
290:8,10 292:6
293:14,17 294:2,4
294:10,22 295:9,24
296:7,9 309:1
313:23,25 314:2
315:14,24 317:23
318:6,22 320:21
321:4,18 322:18,22
323:2,6 330:17
331:6,13,16 333:15
334:13,23 335:4
339:24 340:6 341:2
353:7,11,14 356:25
361:1
**what-if** 168:13 174:3
**whatsoever** 224:11
**White** 21:3,7 75:5
123:21 324:16
327:25 333:3
**White's** 287:20,23
**Whitmire** 81:12
95:19 199:24
**Williams** 197:21,25
223:20 224:2,19,21

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

57

224:22,25 225:7
226:4 256:5 257:2
257:14,22,24
258:20 259:23,24
260:3 261:3,8,11,14
274:16,20,22 275:2
275:6 307:16
**willing** 172:15 192:23
**WILMER** 4:3
**WilmerHale** 4:9
**window** 271:15
**wise** 206:17
**wishes** 326:5,6,8
**withdraw** 274:6
**withstanding** 208:2
**witness** 2:15 3:15 8:8
8:14,18,21 9:8,10
9:14,18 26:1 35:3
36:19 42:17 46:15
46:16 48:8,9,19,24
49:3,6 57:1 80:21
98:9,13 147:21
169:13,16 186:3
192:4 193:5 214:15
235:10 241:3,10
244:16 256:9
267:24 272:2
284:23 285:24
295:25 303:3 306:3
306:3,6,7,10 322:23
323:4 334:24
335:17 339:12
360:12,15,17,18
**witnesses** 41:4
108:25
**woman** 54:20,25
55:12 56:10 289:16
289:19
**word** 36:13,14,18,19
37:1,18 70:7 89:8
168:1 192:2 217:20
217:20 250:2
312:18 344:24
**wording** 65:8 87:14

315:11 342:20
**words** 56:3,7,20
65:19,24 86:16,23
110:15 171:5 206:5
216:20 223:8
242:16 243:12
252:24 263:25
273:11 342:7,13,16
344:2
**work** 11:10 16:22
26:25 99:14 132:6
147:8 156:14
161:15
**worked** 22:22 142:5
229:4 237:1
**worker** 129:13
181:17,20,23 182:3
**workers** 130:10,11
137:7
**working** 17:21
124:18 271:7,10
**works** 35:20 99:12
**world** 214:5,12
**worry** 354:22
**wouldn't** 79:12
259:12 269:7 280:1
280:5,5,17 302:24
349:21
**written** 173:18
312:18
**Wroe** 271:2,7 272:3
**wrong** 227:4 272:13
310:5
**wrote** 272:14,15,15

X

**X** 188:9

Y

**y'all** 353:9
**yeah** 11:15 52:11
63:11 142:18 150:5
157:13 229:11
236:20 263:12

314:24 329:11
342:5 345:5
**year** 22:3 127:20
136:3 221:10 222:3
222:22 223:6
274:10 336:15
348:25 349:6,10
350:3,6
**year's** 250:3
**years** 18:4 21:25 35:8
38:15 41:2,18,21
42:1,11 44:1 45:12
54:25 56:10 57:3
63:3 69:1 73:3
80:13,17 87:4
110:22 114:15,15
114:23 115:15,17
119:25 120:6,11,12
120:13 122:5 133:5
133:24 134:7
135:21,22,24 136:1
136:1,5,7 186:19
201:2 250:10 264:5
273:12,16 285:9,12
293:9 303:17
348:22 349:7
**yesterday** 14:4 15:1,4
15:6
**Young** 1:11 4:1 8:3
8:23 335:10 359:11
**younger** 140:21
141:4,5

Z

**Zaffirini** 64:25 65:2
65:3 66:7 67:4
329:3
**Zaffirini's** 67:15
**Zones** 345:4

0

**00008826** 347:19
**00009466** 153:6
**00009751** 288:15

**00021227** 290:13
**00107733** 262:4
**00107735** 262:5
**00265592** 228:17
**08** 323:23

1

**1** 5:11 6:23 16:11,17
91:23 131:25
132:12,18,20,22
133:18 188:5 307:8
307:11,12
**1:00** 123:5
**1:02** 123:7
**10** 5:4,18,21 32:23
34:12 63:10,11
64:22 93:21,23
131:23 145:13
308:24 316:23
324:7
**10:02** 51:9
**10:15** 51:9
**102** 5:22
**105** 5:23 27:11
**106** 5:24
**10th** 64:9 73:24
**11** 5:22 15:25 102:24
111:5
**11:54** 123:6
**113** 5:25
**115** 64:23 67:1,2
**1151** 361:12
**116** 67:13
**117** 6:1
**118** 169:23 170:3
310:2,4,8
**12** 5:23 6:19 105:4,6
114:4 170:3 171:23
172:4 238:25 310:3
310:10,12,16 311:9
320:7
**12/31/2014** 361:13
**121** 175:24
**123** 178:4

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

58

**12548** 3:12,18,22
**13** 5:13,24 16:7,8
106:25 107:2
143:13 297:25
360:25
**131** 6:2
**133** 6:3
**137** 182:6
**13th** 19:16
**14** 5:19,25,25 6:2,4
6:16,24 7:1 13:16
14:21 17:15 62:7
83:15 90:1 100:20
102:4 103:9 104:2
104:15 109:12
111:2,12 112:7,15
112:20 113:1,10,17
113:22,24 114:7,11
114:14 117:8,12,15
118:3,7,14,22 122:8
122:9,24 127:24
128:16,24 129:8,10
129:21,23 130:4,7
130:18 131:4,20
132:24 134:3,9
136:13,17 139:10
140:15 142:21
143:2,10,16,22
144:19 145:23
147:20 149:2,8
150:22 151:4 152:2
152:7 155:16
162:19 163:20
164:3,16 165:18
166:9 167:21
168:21 169:25
170:8,19 171:6,13
172:9,23 173:6,7
174:2,13,20 175:1
175:12,20 176:8,14
177:6 182:1,23
184:10,16,22,23
185:16,25 188:24
189:17,22 190:1,8

190:12,15 191:2,7
193:8,15,24 195:11
221:21 225:21
226:2,4,7 227:18
229:10,17 230:1,15
230:19 231:4,10,13
232:22 233:12,24
234:9 235:23
237:25 239:14,21
239:24 240:23
241:16,22 242:25
243:12,18 244:5,9
245:16 246:4 247:4
247:13,16,23 248:7
249:14,25 250:8
255:10,12 256:1,4,8
256:10 258:19
263:18 264:1,3,9
265:8,14,19 267:15
268:23 269:5 270:3
271:2,8 274:3,9,17
274:23 278:5,10
279:10,20 280:3
281:16 283:5,8,12
292:3,11,16 293:19
293:24 294:5 295:2
295:11,13,15 297:5
297:23 301:16,22
303:14 304:6,8
306:12 307:2,9
308:1,6 312:4
313:20 314:1,6,14
316:5,6,6 321:8
323:22 324:8,24
325:15,16 326:20
327:14 328:17,22
330:6 334:10,12
337:8,16,19,21,25
338:2 342:9,23
350:23 351:20
352:15,23 353:2
354:11 355:5 356:8
356:9
**145** 6:4

**14th** 2:20 118:11
**15** 6:1,9,10 87:4
117:17,19 195:25
196:7,18 203:14
289:15 322:2
**15.183** 7:4 300:8
**159** 253:11,20,22
**15th** 22:3
**16** 5:11 6:2 87:4
131:12,17,19
175:25 192:5
253:11,22 298:4
311:15,15,21,23
312:5,17,20 313:5,7
313:15
**162** 251:20,24 252:1
**164** 6:5
**169** 6:6
**17** 5:12 6:3 133:15
252:1 339:11
**170** 165:13
**174** 169:9
**178** 102:8,21 103:3,7
104:2
**17th** 16:7,19 19:13
**18** 5:12,21 6:4 94:1
94:24 145:14,16
152:25 153:22
178:5 180:13
186:19 313:3,8
**1845** 88:16
**186** 5:4
**187** 6:7
**1875** 4:3
**19** 5:13 6:5 20:22
67:19 164:20,22
180:10,12,15 198:9
316:17,19,22 317:4
361:1
**19-12** 95:1
**196** 6:8
**1972** 87:2 88:19
**1979** 87:2
**1988** 20:15 322:7

**1997** 20:10 88:25
**1999** 21:25 88:20
**1st** 263:23

**2**

**2** 5:12 18:25 19:3,13
19:23 147:22
173:16 264:20
271:12 361:1
**2:07** 168:25
**2:13-CV-193** 1:5
359:5
**2:13-CV-263** 1:11
359:11
**2:13-CV-291(NGR)**
1:23 359:23
**2:13-CV-348(NGR)**
2:3 360:3
**2:20** 168:25
**2:41** 186:8
**2:49** 186:8
**20** 5:24 6:6 47:8,9
87:3 143:13,17
164:19 169:1,3,11
297:24 298:7,10,12
309:17 310:1 315:2
316:16
**20-year** 87:3
**2000** 127:8 224:20
327:18
**20006** 4:4
**2002** 348:13,18,19,21
349:23 350:1,5,13
**2004** 267:15
**2005** 68:7 201:7,10
201:24 202:1
**2006** 260:23 348:13
348:15,15,18,19,21
349:22 350:1,5,13
**2007** 6:9 21:12 25:7
25:16 32:3,9,17
41:24 68:6 82:14
120:8 195:25 196:7
196:18 314:11

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

59

317:21,22,25
321:14 325:19
329:3
**2008** 6:10 68:9,25
116:8,10,12,13,15
116:17 203:15
290:24 291:15
293:4 294:21
295:19 323:17
329:18 349:19
350:15,17
**2009** 5:18,19,20,21
6:16 43:7,13 64:8,9
64:22 65:5 83:15
90:22 94:1 105:14
105:18,19 114:24
114:25 115:8,9
116:25 119:10,20
120:17 122:5 201:5
221:2,7 222:14
223:13,17,25 224:4
224:7 225:1,8,22
290:16 314:11
319:8,12 321:14,22
323:24 325:19
355:9
**2010** 5:22 21:1,5
102:7 123:18
221:21 222:8,18
290:16 291:15
293:5 294:20
329:17
**2011** 5:23,24 6:1,5,6
6:17,18,19,20,22,23
7:2,14 13:18 105:10
105:13,19,19,25
111:5,20 114:4,24
115:1,8,9 116:19,25
119:11,20 120:18
123:24 125:5
127:19 165:2 169:7
169:18 201:7,10,24
202:1 229:6 234:8
238:25 245:5 246:3

249:10 255:15
256:10,20 267:16
267:18 274:11
290:19 291:14,16
307:12 308:5
314:11 321:8,13,22
324:7 325:19
329:16 336:16
354:5 355:8,22
**2012** 5:12,13 16:4,7,8
332:12
**2013** 105:21 108:10
128:5 185:13
**2014** 2:10,17 15:18
15:25 16:19 352:11
352:12,16,17 360:8
360:17,20 361:9
**202** 3:8 4:4
**203** 6:10
**20530** 3:7
**2063** 196:11
**207** 6:11
**209** 2:20
**21** 6:7,17 7:14 187:15
187:17 188:15
193:4 229:6 249:18
315:16 354:5,16,16
**218** 5:14 6:12,13
21:18 24:23 25:6
27:4 29:11,21 30:8
30:21 31:14,15,21
31:23,25 32:4,10,10
32:11,12,14,21 33:1
33:5,12,19,21,22
34:2,17 38:7,13,19
38:22 39:5,7,11
42:10,14,24,25 43:5
45:22 46:2,6 49:8
49:14 58:21 62:6
63:3,13 68:9 69:21
74:7 83:7 89:22
120:8 177:4,6
195:17,17,21
196:15,20,23 197:6

197:23 198:4,8
200:6,7,7,15 201:3
255:10 318:2
**22** 6:8,20 196:3,5
198:20,21 245:5
**220** 6:14
**225** 6:15
**228** 6:17
**23** 2:10,17 6:10 203:8
203:10 210:4
214:19 225:25
257:8,10 360:8
**234** 6:18
**238** 6:19
**24** 5:14 6:11 7:2
20:16 25:7,16 83:20
83:22 85:19 86:25
87:14 105:11 113:9
113:20 116:1,2
120:3 121:1 207:6,8
215:25 266:21
290:19 291:13
296:5,6 310:21
312:8 350:23
351:17,23 352:2
356:7
**24-hour** 352:6
**244** 6:20
**24th** 361:9
**25** 6:5,12,13,18,22
67:1,2 165:2 171:2
218:17,19 219:21
220:10 234:8
249:10 256:20
353:9
**250** 277:11
**254** 237:13 278:2
**256** 6:21
**25th** 354:17,18
355:22,24
**26** 6:6,14 169:7,18
220:16,18,23
352:11,12,16,17
**261** 6:23

**26th** 111:16 354:19
356:4,20,22
**27** 6:1,15 96:11
121:13 225:16,18
226:3
**270** 6:24
**28** 6:17 228:6,8,14,16
**280** 6:25
**285** 7:1
**29** 6:18 234:1,3
249:11
**290** 7:2
**296** 5:5
**299** 7:3

---

**3**

**3** 5:2,13 18:25 19:4
19:15,23 145:12
301:6 302:6 343:16
346:5,8
**3/29/12** 6:12,13
**3:29** 214:17
**3:38** 214:17
**30** 6:19 238:16,18
241:1,10
**300** 7:4
**309** 5:5
**31** 6:20 244:20,22
245:12 246:18,25
325:2,8 330:8 361:2
**32** 6:21 256:13,15,19
**322** 7:5,6,7,9,10
**329** 7:12
**33** 6:23 261:24 262:1
262:4 264:19 267:5
267:21 333:4,7,8,10
333:21 334:8,9
**330** 7:13
**335** 5:6
**34** 6:24 249:12,17
270:23,25 272:25
**344** 361:16
**35** 6:25 249:11,19
250:3 280:8,10

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

SENATOR TROY FRASER
CONFIDENTIAL TRANSCRIPT

7/23/2014

60

282:2,5
**353** 5:6 7:14
**358** 5:7
**359** 5:8
**36** 7:1 285:20
**361** 79:23 80:2
**362** 5:15,16 6:3 43:12
  43:19 44:10,15,18
  44:20 46:2,6 49:9
  49:15 50:3,14,16
  51:3,18 53:24 55:8
  57:13,19,20,24 58:2
  58:22 59:9 60:11
  61:2,19 62:6,17,25
  63:17,20,22,23
  65:10 67:16 68:12
  68:16 69:15,20,24
  71:6,12,25 72:1,11
  72:24 74:8 78:20
  79:21,23,24 80:24
  81:19 82:18,20 83:4
  87:17 89:4 90:1
  91:22 92:11 93:10
  93:19 94:19,25
  95:13 96:3 97:19
  100:4,7,14,20
  101:12,20,25 102:4
  102:5 121:13,21
  128:7 129:2,7 133:3
  133:14,22 134:6
  177:2,4,6 203:20
  204:8,25 205:2,11
  206:11 208:11
  209:13,13,19,23
  212:21 213:2 215:1
  215:14 222:15
  227:15,21,25 228:1
  228:12 233:4,9,10
  233:13 240:16,18
  244:10 255:8,10
  289:10,12 311:24
  319:15 321:3
**363** 6:11 204:12,21
  205:2,10,12 206:1,5

206:15,21,23
207:12 208:5,15
209:5,9,13,18,21
214:20,20,24 215:2
215:2,18,24 216:4,6
216:7,7,11,13 218:1
218:10
**37** 7:2 290:7,11
  291:10,19 332:13
  339:24,25 340:4
  341:3 361:2
**3788** 220:23
**38** 7:3 299:1,2,4,5
**380** 361:13
**39** 7:4 300:10,12

──────────
**4**
**4** 5:14,20 24:25 25:2
  63:8 90:22 360:25
  361:1
**4:25** 244:19
**4:42** 244:19
**40** 7:5 182:7,14
  270:13 322:13
  323:12 336:13
**40-something** 284:24
**41** 7:6 322:13 324:3
  324:10,20 325:1,7
  325:18 343:12,14
**42** 7:7 322:13 325:4
  326:10 347:11,12
**43** 5:15 7:9 322:13
  327:7,13
**44** 7:10 234:13
  250:20 322:13
  328:3,4
**446** 256:22 257:8,9
  257:10
**447** 257:5
**45** 7:12 250:19
  271:20 329:8,10
  336:14 340:13
  342:19
**45's** 322:15

**46** 7:13 330:9,11
  331:11
**47** 7:14 353:12,16
  355:12
**475-1969** 3:19
**475-3281** 3:13

──────────
**5**
**5** 5:15 16:3 19:7,25
  43:8,10 57:19,20
  71:2 93:5 96:15
  118:12 133:17
  156:14 185:8 242:8
  245:19 261:23
  282:6 312:2 316:23
  330:24 332:3
  347:22
**5.11** 83:23 84:7 85:13
  85:22 86:6 105:12
  224:4 225:1,9 356:9
**5:11** 263:14
**5:12** 263:14
**5:18** 268:1
**5:29** 268:1
**5:51** 285:21
**5:57** 285:21
**5:59** 288:1
**50** 97:5,6 261:23
  287:8
**51** 5:16
**511D** 87:18 105:12
**512** 3:13,19,23
**512)292-4249** 361:14
**514-0828** 3:8
**521** 298:12
**521.142** 7:3 298:17
  298:23
**591** 94:6

──────────
**6**
**6** 5:16 51:10,12 60:3
  63:12,13,17 66:8
  94:23 288:3 312:19
  312:20

**6:01** 288:1
**60** 108:14 109:7
  131:6 133:1 134:4
  134:12,12,19,25
  135:8,14 136:12
  269:20,25
**60-day** 271:15
**62** 65:5
**63** 330:1
**63.0101** 131:25
  132:19 133:19
**632** 45:18 320:12,13
**64** 5:17
**65** 293:5 295:22
  324:2
**66** 332:2,15
**663-6262** 4:4
**68** 324:1 330:2 331:5
**6A** 65:9,10,15 67:16

──────────
**7**
**7** 5:17 9:24 10:2,7,10
  10:14 64:16 156:13
  156:15,20,21 157:2
  157:6 161:20,22,23
  161:25 312:2
  347:18
**7,000** 80:6
**7:09** 335:6
**7:26** 335:6
**7:57** 2:17 357:3
**70** 21:3,7 293:7,12
  294:16 295:22
**701** 361:13
**71** 333:3
**72** 307:16 322:1
**7254** 3:6
**73** 323:25 332:13
**75** 171:1 329:22
  331:5 333:4 337:13
  338:12
**78701** 2:21 361:14
**78711-2548** 3:13,18
  3:23

SENATOR TROY FRASER                    7/23/2014
CONFIDENTIAL TRANSCRIPT

**8**

**8** 5:19 66:8 82:21,23
   95:3 114:5 133:12
   286:6
**80** 75:2 151:23
   325:11 330:1
**80s** 125:5 167:5
**82** 5:19 252:10
   324:16 325:11
**820,000** 20:25
**82nd** 111:6
**83** 125:6 324:17
   325:12
**86** 125:7 324:16
**88** 127:2 219:20
**8th** 102:7

**9**

**9** 5:20,22 32:21 90:18
   90:20 114:4 131:23
   132:19 153:3 188:8
   198:9
**9:03** 2:17
**9:20** 352:11,16
   356:20
**90** 5:20
**9047** 346:8
**90s** 155:6
**92** 322:1 332:12
**93** 5:21 322:7
**936-1381** 3:23
**950** 3:7
**96** 228:17
**97** 322:8,9
**9th** 15:17