## 1

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
 2             CORPUS CHRISTI DIVISION
 3   MARC VEASEY, et al.,        )
             Plaintiffs,         )
 4                               )
     v.                          ) Civil Action
 5                               ) No. 2:13-cv-193(NGR)
     RICK PERRY, et al.,         )
 6           Defendants.         )
     _____ )
 7                               )
     UNITED STATES OF AMERICA,   )
 8           Plaintiff,          )
                                 )
 9   TEXAS LEAGUE OF YOUNG       )
     VOTERS EDUCATION FUND,      )
10   et al.,                     )
                                 )
11        Plaintiff-             ) Civil Action
          Intervenors,          ) No. 2:13-cv-263(NGR)
12                               )
     TEXAS ASSOCIATION OF        )
13   HISPANIC COUNTY JUDGES AND  )
     COUNTY COMMISSIONERS,       )
14   et al.,                     )
          Plaintiff-             )
15        Intervenors,          )
                                 )
16   v.                          )
                                 )
17   STATE OF TEXAS, et al.,     )
             Defendants.         )
18   _____ )
19
20   **********************************************
21                ORAL DEPOSITION OF
22                  SHERI GIPSON
23                  JUNE 9, 2014
24   **********************************************
25        ORAL DEPOSITION OF SHERI GIPSON, produced as a
```

## 2

1   witness at the instance of Plaintiffs, and duly sworn,

2   was taken in the above-styled and numbered cause on

3   June 9, 2014, from 9:31 a.m. to 11:19 a.m. before

4   Kim Seibert, CSR in and for the State of Texas,

5   reported by machine shorthand, at the law offices of

6   DECHERT LLP, 300 West Sixth Street, Suite 2010, Austin,

7   Texas, pursuant to the Federal Rules of Civil Procedure

8   and/or the provisions stated on the record or attached

9   hereto.

## 3

```
             A P P E A R A N C E S
 2
 3   FOR PLAINTIFF UNITED STATES OF AMERICA:
         Ms. Jennifer L. Maranzano (By Telephone)
 4       U.S. DEPARTMENT OF JUSTICE
         Civil Rights Division
 5       950 Pennsylvania Avenue, NW
         NWB Room 7254
 6       Washington, DC  20530
         (202) 305-4355
 7       jennifer.maranzano@usdoj.gov
 8
     FOR THE VEASEY PLAINTIFFS:
 9       Mr. K. Scott Brazil
         BRAZIL & DUNN, LLP
10       4201 Cypress Creek Parkway
         Suite 530
11       Houston, Texas  77068
         (281) 380-6310
12       scott@brazilanddunn.com
13
     FOR THE DEFENDANTS:
14       Mr. S. Ronald Keister
         OFFICE OF THE ATTORNEY GENERAL OF TEXAS
15       P.O. Box 12548
         Austin, Texas  78711
16       (512) 463-2197
         ronny.keister@oag.state.tx.us
17
18   ALSO PRESENT:
         Ms. Kathleen T. Murphy-Darveau
19       TEXAS DEPARTMENT OF PUBLIC SAFETY
         5805 North Lamar Boulevard
20       Austin, Texas  78752
         (512) 424-2420
21       kathleen.murphy@dps.texas.gov
22
     REPORTED BY:
23       Kim Seibert, CSR, RPR
         U.S. Legal Support, Inc.
24       Austin Centre
         701 Brazos, Suite 380
25       Austin, Texas  78701
```

## 4

```
 1                  INDEX
 2   Appearances.....................
 3
 4   SHERI GIPSON
 5
 6   Examination by Mr. Brazil....................  5
     Examination by Ms. Maranzano................  60
     Further Examination by Mr. Brazil...........  80
 7
 8   Witness' Signature Page......................  84
     Reporter's Certificate.......................  86
 9
10                EXHIBITS
11   NUMBER       DESCRIPTION              PAGE
12   Exhibit 136  .................  54
                  Texas Driver's License Document
13                Requirements
     Exhibit 137  .................  55
14                Application for a Driver License
                  or Identification Card
15   Exhibit 138  .................  55
                  Identification Card Fees
16   Exhibit 139  .................  56
                  Driver License Fees
17   Exhibit 140  .................  58
                  E-mail dated July 24th, 2013
18                from Mr. Peters to
                  Robert Bodisch
19   Exhibit 141  .................  58
                  E-mail dated November 15th,
20                2011 to you from Karen
                  Morris
21
22
23
24
25
```

SHERI GIPSON                                                    6/9/2014

---

5

1              SHERI LYNN GIPSON,
2     having been first duly sworn, testified as follows:
3                  EXAMINATION
4     BY MR. BRAZIL:
5         Q.  Please state your full name.
6         A.  Sheri Lynn Gipson.
7         Q.  Have you ever given your deposition before?
8         A.  Not for this, no, sir.
9         Q.  I'm sorry?
10        A.  Not for this, no, sir.
11        Q.  But have you been through the process --
12        A.  Yes, sir.
13        Q.  -- of a deposition?
14        A.  Many, many years ago.
15        Q.  Okay.  All right.
16            MR. KEISTER:  One at a time.
17            THE WITNESS:  Okay.
18        Q.  (BY MR. BRAZIL)  Just to remind you of a few
19    rules.  Let me finish my question before you give an
20    answer because the court reporter can only take one of
21    us at a time.
22        A.  Okay.
23        Q.  It's common in everyday talk, you know, we
24    speak over one another.  But in a deposition we're
25    going to have to pause between question and answer.

---

6

1             Other rule is, if I ask a bad question, I
2     speak too fast, my question doesn't make any sense, you
3     just say, "Scott, stop, back up, start over.  I didn't
4     understand."  Okay?  Fair enough?
5         A.  Fair enough.
6         Q.  All right.  And you have to give verbal
7     responses to everything because the court reporter
8     doesn't know what this means or this means.
9     Understand?
10        A.  Understand.
11        Q.  And if I remind you or I say, "Is that a yes
12    or a no," don't be offended.  Fair enough?
13        A.  Fair enough.
14        Q.  You are currently employed how?
15        A.  I am the senior manager over the records
16    enforcement area in the driver license division of
17    Texas Department of Public Safety.
18        Q.  And can you tell us briefly what you do in
19    that position?
20        A.  I manage the headquarters functions, which is
21    the license and records service, who's primarily
22    responsible for the issuance and mailing of the driver
23    license identification cards, the production of driver
24    records, and the production of driver record
25    application material and the enforcement and compliance

---

7

1     service, which is primarily responsible for the
2     suspension, revocation, action, initiation, and
3     compliance processing, as well as the conviction
4     reporting from across the state.
5         Q.  Wow.  That was a mouthful.  So I apologize in
6     advance if I go back over that sometime during your
7     deposition.  Okay?
8         A.  That's fine.
9         Q.  Who do you report to?
10        A.  I report to JoeAnna Mastracchio.
11        Q.  And her position?
12        A.  And she is the deputy assistant director of
13    driver license customer support.
14        Q.  Is your office here in Austin?
15        A.  Yes, sir.
16        Q.  And do you have people that report to you?
17        A.  Yes, sir.
18        Q.  Can you briefly describe that?  I mean,
19    position, not the names.
20        A.  Direct report or in total?
21        Q.  Direct report.
22        A.  Direct report?  I have two assistant -- or
23    two managers, one for each of the services, and then a
24    special license coordinator.
25        Q.  But you are -- there's nobody else that has a

---

8

1     different region of Texas that does what you do?
2         A.  No.
3         Q.  You're all over Texas, correct?
4         A.  That is correct.  I do just the headquarters,
5     the backup, the support operation, the record
6     information.
7         Q.  In preparation for your deposition today, have
8     you reviewed anything by way of records, depositions,
9     documents, law statutes, anything of that sort?
10        A.  I have reviewed statutes, the administrative
11    rules, and the websites.
12        Q.  And the websites?
13        A.  Uh-huh.
14        Q.  And is that a yes?
15        A.  Yes, sir.
16        Q.  And I assume by "websites," you mean the
17    Department of Public Safety website?
18        A.  Yes, sir.
19        Q.  Did you see anything on the website that
20    needed to be corrected or updated when you made that
21    review?
22        A.  I wasn't looking at it with that intent.  We
23    are constantly reviewing that information when we get
24    customer comment or problems from the field offices or
25    other customers that are reporting to us, and we review

---

SHERI GIPSON                                          6/9/2014

9

1   it as it comes forward.
2       Q.  Are you in charge of any portion of the
3   website for DPS?
4       A.  No, sir.  That's the policy and business
5   improvement group.
6       Q.  But if you have something you would like to
7   add, change, or modify, do you send your request to
8   that group?
9       A.  That's correct.  We submit it through them.
10      Q.  I'm going to ask you this morning primarily
11  about driver's license and the personal identification
12  cards.  Okay?
13      A.  Okay.
14      Q.  The personal identification card, just for the
15  record, is what, in your opinion?  How do you see that?
16      A.  The personal identification card is a document
17  that is issued to an individual to show who they are
18  and where they live.  It does not give them the
19  privilege to drive a vehicle.
20      Q.  And other than -- what uses does a personal
21  identification card have in Texas, in your opinion?
22      A.  In my opinion, there's -- it's primarily used
23  as identification for business or banking or personal
24  such as residential.
25      Q.  Will it allow someone to gain access to a

10

1   state courthouse?
2       A.  Yes, sir.
3       Q.  What about boarding a plane?  Do you know if
4   that will allow a person to board a plane?
5       A.  Currently it does allow them to board a plane.
6       Q.  Does the personal identification card that is
7   issued by DPS, does it have a bar -- a bar code or any
8   type of magnetic strip that contains personal
9   identification?
10      A.  The personal identification card has both a 2D
11  bar code and a mag stripe.
12      Q.  And what kind of information is contained on
13  those two -- on the personal identification card?
14      A.  The information that is on the face of the
15  license and, additionally, it houses the weight and
16  height -- weight and hair color of the individual.
17      Q.  On the magnetic strip, or whatever you call
18  it?
19      A.  The mag stripe and the 2D bar code.
20      Q.  Okay.  What about the driver's license?
21  What -- what information is on the magnetic strip of a
22  driver's license?
23      A.  It's the same information.  It's the
24  information on the face of the license, plus the weight
25  and hair color.

11

1       Q.  So basically the same for both; personal
2   identification and driver's license?
3       A.  Yes, sir.
4       Q.  Let me ask you, first of all, about driver's
5   license in Texas, if I could.  If I go into the -- into
6   a DPS office and apply for a driver's license for the
7   first time, what type of information do I need to
8   provide to the DPS in order to obtain a Texas driver's
9   license?
10      A.  Okay.  For the -- for a driver license you
11  would fill out the application and you would also
12  provide us proof of identity, proof of residency, proof
13  of citizenship, and then if you held a previous license
14  in another state, that information as well.
15      Q.  Before I get to the forms of identification,
16  is there a fee for applying for a driver's license for
17  the first time?
18      A.  There is a fee for the driver license.  For
19  the regular driver license, it's $24.  For the
20  commercial driver license, it's $60.  And there's --
21  there's additional fees if you have motorcycles.
22      Q.  Is there any type of waiver by the DPS for
23  individuals who are -- cannot afford a driver's license
24  or a certain poverty level, anything of that sort?
25      A.  There is not a waiver for -- based on poverty,

12

1   no, sir.
2       Q.  Okay.  Is there a waiver based on age or
3   disability?
4       A.  There is.  There's a reduction in fee for an
5   identification card based on age.  There is a -- if you
6   are a veteran that receives 60 percent or more
7   disability, your driver license fees and identification
8   card fees are waived.
9       Q.  Are the fees the same for a personal
10  identification as they are for a driver's license?
11      A.  No, sir.  It's $15 for an ID.
12      Q.  But the waiver is the same?
13      A.  Yes, sir.
14      Q.  Are the requirements for receiving a personal
15  identification card the same as those for receiving a
16  driver's license for the first time?
17      A.  With the exception of proof of a license in a
18  former state.
19      Q.  Can a nonresident of Texas obtain a driver's
20  license in Texas?
21      A.  What do you mean by "nonresident"?
22      Q.  Someone who lives in another state.
23      A.  But if they're a citizen?
24      Q.  Yes.
25      A.  No, sir.  They have to -- for an original they

SHERI GIPSON                                                    6/9/2014

13

1    have to show residency --
2       Q.   Okay.
3       A.   -- and proof of living in Texas.
4       Q.   What about a non-US citizen, can they obtain a
5    driver's license in the State of Texas?
6       A.   Yes, sir, they can, as long as they can prove
7    lawful presence.  And then their card is issued based
8    on that.
9       Q.   And what is lawful presence in the mind of
10   DPS?
11      A.   Lawful presence means that they have a
12   document showing that they are here for an extended or
13   limited time period and that they have approval to be
14   in the United States.
15      Q.   And what type of documents would you expect to
16   see?
17      A.   You would have -- and you'll have to forgive
18   me.  I don't know all of the form numbers.  There is
19   documents for students for workers, permanent
20   residents, and asylees.
21      Q.   Does that driver's license have a different
22   identification on the face of it than for a
23   US resident?
24      A.   There -- it's got the same header as far as
25   the driver license, but it does say temporary resident.

14

1       Q.   And is it issued for a different period of
2    time than a driver's license for a US resident?
3       A.   It is.  The asylees and permanent residents
4    are issued for the same period of time.  But the
5    others, the expiration is based on their stay in the
6    United States.
7       Q.   Based on the documentation they provide to --
8       A.   They present.
9       Q.   -- the DPS?
10      A.   Yes, sir.
11      Q.   Okay.  Has Texas always required proof of
12   US citizenship to issue a driver's license?
13      A.   No, sir.
14      Q.   And when did that change?
15      A.   I don't recall when we initially started the
16   year.  It was as a result of voter -- the Help America
17   Vote Act.
18      Q.   How long have you been in your current
19   position at DPS?
20      A.   Since 2009.
21      Q.   What did you do before that?
22      A.   I was a manager of the license and records
23   service.  And then prior -- during that same time
24   period I served on a special project for four years.
25      Q.   How long have you been with DPS in general?

15

1       A.   32 years.
2       Q.   Congratulations.
3       A.   Thank you.
4       Q.   You don't remember exactly when proof of
5    US citizenship was required to obtain a Texas driver's
6    license?
7       A.   No, sir.  We -- the proof began in 2008.  But
8    prior to that we did start collecting that information.
9       Q.   Can you tell me the difference?  I'm not sure
10   I understood.
11      A.   Well, the difference before was -- okay.  The
12   difference before was it was a question that was asked,
13   "Are you a citizen," and the applicant provided the
14   information yes or no.
15      Q.   All right.  So before 2008 they just checked a
16   box that say US citizen?
17      A.   That's correct.
18      Q.   Okay.  After 2008, they had to show some type
19   of proof?
20      A.   Yes, sir.
21      Q.   And what type of proof did the DPS rely upon
22   to verify someone was a US citizen?
23      A.   Certificate of naturalization, birth
24   certificate, or passport.
25      Q.   Now, if I go into the DPS office to renew a

16

1    driver's license, okay, do I show all of the same
2    information or do I have to show all of the same
3    documentation as if I'm getting one for the first time?
4       A.   No, sir, you do not.
5       Q.   All right.  What if I have a driver's license
6    that was issued before 2008?
7       A.   I'm not sure what you're asking.  I mean, it's
8    the same process.  So there is certain fields, Social
9    Security number and citizenship, if they have not been
10   completed, then you do have to show proof of those two
11   for a driver license.
12      Q.   Okay.  So if I'm -- if I'm doing an in-person
13   renewal, does it make a difference in my age -- does my
14   age make a difference in what I have to show to the
15   DPS?
16      A.   No, sir.
17      Q.   All right.  So if I'm renewing a driver's
18   license that I obtained before proof -- written proof
19   was required of U.S. citizenship, I have to show it at
20   that time?
21      A.   If the system has not been updated to show a
22   citizenship yes or no, then, yes, sir.
23      Q.   And how would the system get updated?
24      A.   By the information that the applicant
25   previously submitted.

---

**17**

1    Q.  Okay.  So they would look me up on the
2  computer, and if I had not provided that type of
3  documentation or proof before, then I would have to
4  show it when I renewed?
5    A.  Well, it's not -- we don't look to see if
6  there's documentation.  So the CSR is looking at the
7  system, and if the system displays a yes or no in that
8  field, they do not request additional information.
9    Q.  Fair enough.  Is -- what about a renewal
10  on-line?
11    A.  Well, one of the requirements for a renewal
12  on-line is that the U.S. citizen equals yes.
13    Q.  Say that one more time.
14    A.  One of the -- the criteria for renewing
15  on-line is that the US citizenship field has to equal
16  yes.
17    Q.  In the database --
18    A.  In the database.
19    Q.  -- maintained by DPS?
20    A.  That's correct.
21    Q.  Okay.  So if I'm renewing on-line and it does
22  not show US citizen, then I need to supply that
23  documentation?
24    A.  Yes, sir.
25    Q.  Okay.

---

**18**

1    A.  You would be required to go into the driver
2  license office.
3    Q.  That was my next question.  So I cannot renew
4  on-line unless the database shows that I am a
5  US citizen?
6    A.  That's correct.
7    Q.  Now, are there any exceptions to either
8  renewing in person or renewing on-line for when the
9  system does not show a US -- that I'm a US citizen?
10    A.  What do you mean by "exception"?
11    Q.  Are there any exceptions to that rule?
12    A.  That they have to establish that?
13    Q.  Yes.
14    A.  No, sir.
15    Q.  Okay.  And -- but I -- the exception would be
16  if I'm a student or I have a student visa or something
17  of that nature, would that show in the database?
18    A.  Yes, sir.
19    Q.  Oh, it would?
20    A.  Yes.  It would show citizen, no, and then it
21  would give the information.
22    Q.  So if I'm renewing on-line and I'm a -- I'm a
23  student here on some type of student visa or student
24  pass, it would show that within the DPS database?
25    A.  It would and it would not allow you to renew

---

**19**

1  on-line.
2    Q.  So I would have to go in person?
3    A.  Right.  That is correct.
4    Q.  What -- you said you've reviewed some
5  statutes.  And what statutes did you review?
6    A.  Chapter 521, just overview of the application.
7    Q.  And that's 521 of which code?
8    A.  Transportation code.
9    Q.  Now, if we switch to personal identification
10  cards.  I go in to renew in person.  Same type of
11  information is required as for a Texas driver's license
12  except for an out-of-state driver's license?
13    A.  Yes, sir, except for the Social Security
14  number.  That's also permissive on an ID.  It's not
15  required.
16    Q.  Okay.  What about renew on-line?  Can I renew
17  my personal identification card on-line?
18    A.  You can if you meet all the criteria.
19    Q.  Okay.  And is it the same database or the same
20  flags that would come up with the DPS when I tried to
21  renew on-line?
22    A.  Yes, sir, that's correct.
23    Q.  Going back to driver's license for a moment.
24  I am applying for a Texas driver's license for the
25  first time.  Am I required to provide fingerprints?

---

**20**

1    A.  Yes, sir.
2    Q.  Is a warrant check run when I apply for a
3  driver's license?
4    A.  Yes, sir.
5    Q.  And what type of activity would be in the
6  database that would prevent me from getting a driver's
7  license; for example, a felony conviction?
8    A.  There is no -- felony convictions in
9  themselves would not prevent you from getting a driver
10  license.  The only thing that would prevent you from
11  getting a driver license is if you had some type of
12  suspension or revocation action that prohibited that.
13    Q.  Okay.  So if I had some type of conviction for
14  DWI, which along with that was a suspension or
15  revocation, then that would be a hold on my ability to
16  get a license?
17    A.  That would be a hold on the driver license
18  providing the suspension was still active.  The fact
19  that you had a DWI alone would not do it.
20    Q.  Okay.  What other type of activity would
21  prevent me from getting a driver's license for the
22  first time?  Is there some type of child support check?
23  Is there any other background information?
24    A.  No, sir.  The only thing that would stop you
25  initially is if there's something already in our

---

**21**

1  system.  So if you had received either convictions or
2  something of that nature prior to getting a driver
3  license and a record was established to document those
4  suspensions, then that would prohibit you from getting
5  the driver license.
6      Q.  Okay.  I read something about child support.
7  How does that affect someone's driver's license?
8      A.  Failure to pay child support, the Attorney
9  General's office sends us notification, and it will
10  suspend their driver license until they become
11  compliant.
12     Q.  All right.  Let's talk about personal
13  identification.  I go in for the first time to get a
14  personal identification card.  Am I required to provide
15  fingerprints?
16     A.  Yes, sir.
17     Q.  And is it handled in the same manner as the
18  application for a Texas driver's license?
19     A.  You mean in regard to get -- collecting the
20  prints?
21     Q.  The prints and the information that's in the
22  database for DPS.
23     A.  The prints are there and the information is
24  there, but suspension and revocation activity would not
25  prohibit you from getting an ID.

**22**

1      Q.  Would there be anything that would prevent me
2  from getting --
3      A.  Not from a suspension, with the exception of
4  sex offenders.  They are required to renew annually.
5  And so until they establish that process, they're --
6  they're suspended.  But their compliance is coming in
7  and obtaining the ID or DL, so that wouldn't stop them
8  from getting it.
9      Q.  Okay.  I'm trying to put these in categories
10  so that the record will be clear, and so I'll ask you
11  to help me -- help me do that.
12     A.  Okay.
13     Q.  Renew on-line for a driver's license, the same
14  type of information would prevent me from getting a
15  renewal that we just spoke about?
16     A.  As far as revocations or suspension action?
17  Yes, sir.
18     Q.  Yes.  Okay.  Now, as someone in your
19  department, can you describe, what is the difference
20  between, for example, revocation, suspension,
21  cancellation, confiscation?  How -- put those in a box
22  for me --
23     A.  Put them in a box?
24     Q.  -- and tell me how you view those terms.
25     A.  It --

**23**

1      Q.  Let's -- driver's license, let's start with
2  that.
3      A.  Okay.  For a driver license, the actions that
4  can be taken against it, there -- it's basically how
5  it's recorded in statute and the process of whether or
6  not there's a hearing involved.  So for certain
7  suspension actions, you're given the opportunity to
8  request a hearing and go before the court or -- I just
9  forgot what they're called.  For ALR.  Just went blank.
10  SOAH, State Office of Administrative Hearings.
11     Q.  SOAH?
12     A.  SOAH.
13     Q.  Okay.
14     A.  So you're allowed to go before them for a
15  hearing, and then they make the final determination
16  whether the suspension continues or it's not.
17         For a revocation, it is --
18     Q.  Hold that thought for just a moment.
19     A.  Okay.
20     Q.  Suspension occurs after a hearing?
21     A.  Only if they request the hearing.  And there's
22  only certain suspensions that allow you to get a
23  hearing.
24     Q.  Okay.  All right.  Let's talk about
25  suspensions.  What are the criteria for the DPS to

**24**

1  suspend my driver's license?  Give me some examples.
2      A.  So we either receive conviction information or
3  a notice that you have not complied in another state
4  for an offense that occurred there.  Most of the -- the
5  most common one is probably the habitual violator is
6  one of them, where you received four tickets in a
7  12-month period.  So you can request a hearing, go
8  before the court, and then they will determine whether
9  the suspension action would be upheld.  And so then the
10  department would go ahead and initiate it or if they
11  overturn it, and then the suspension action would be
12  stayed.
13     Q.  So the suspension is automatic?
14     A.  The suspension is at a designated time period,
15  and depending on the outcome of a hearing, if you
16  requested it, it would be automatic.
17     Q.  So if you get notification -- let's say if the
18  DPS gets notification of a conviction; that is, one
19  which they suspend your license for, then the
20  suspension has a date on it?
21     A.  Yes, sir, a beginning date.
22     Q.  How is someone notified of that?
23     A.  They are notified by mail.
24     Q.  That your license will be suspended on X date?
25     A.  Correct.

SHERI GIPSON                                                    6/9/2014

25

1    Q.  And you say not all suspensions can be heard
2  by the ALR process?
3    A.  Correct.
4    Q.  What suspensions are automatic without any
5  hearing?
6    A.  A no insurance.  So if you receive a second no
7  insurance criteria, you're allowed 21 days to show
8  proof of insurance.  If you fail to do that, then that
9  suspension goes into affect.
10   Q.  Okay.  Habitual violator, an out-of-state
11 noncompliance.  And what type of convictions would
12 suspend the license?
13   A.  There's mandatory suspensions for DWI, which
14 is driving while intoxicated, driving while license
15 invalid, certain drug offenses.  And there's -- I mean,
16 there's numerous -- we have over 200 enforcement
17 actions that we can initiate.
18   Q.  And are those by state law, by DPS regs and --
19 where do I find those?
20   A.  They are by state law.
21   Q.  Okay.
22       MR. KEISTER:  Sheri, you're doing good,
23 but you're talking over him just a little bit.
24       THE WITNESS:  Okay.
25       MR. BRAZIL:  That's all right.

26

1        THE WITNESS:  Pause.
2    Q.  (BY MR. BRAZIL)  Are those in the
3  transportation code?
4    A.  They are in the transportation code and also
5  penal code.
6    Q.  If the suspension becomes final -- let's say
7  they do not take advantage of the ALR process and it
8  becomes final.  What happens with -- in the system, the
9  DPS database or system?  Does it show, "This license no
10 longer valid"?
11   A.  That -- the record status --
12   Q.  Yes.
13   A.  -- becomes not eligible in the system.
14   Q.  Okay.  And for someone to correct that, they
15 would have to go into a DPS office and start over?
16   A.  No, sir.  The -- if they are not eligible,
17 they either serve the term of the suspension or
18 revocation, whichever it is.  Or if there's a
19 compliance item; for instance, like the no insurance.
20 Once they file that SR-22 showing that they have the
21 proof of insurance, their suspension is lifted and then
22 their record becomes eligible again.  So it's -- most
23 of the time it's a combination of them paying fees or
24 providing compliance documents.  Or in the situation of
25 the mandatory for the DWI, they just serve out the

27

1  time.
2    Q.  Now, let's talk about personal identification
3  cards.
4    A.  Okay.
5    Q.  Under the suspension category, are those --
6  can those be suspended by the DPS?
7    A.  The only thing that they can be suspended for
8  is the sex offender, which, again, all they have to do
9  is go in and apply for the updated card, their renewal,
10 and then that lifts that.  The other suspension actions
11 are notated on that record, but it does not prohibit
12 them from getting the ID card.
13   Q.  And they have to -- as a sex offender, they
14 have to re-apply every year?
15   A.  Yes, sir.
16   Q.  Okay.
17   A.  It's basically they renew each year.  They're
18 not applying as an original applicant.
19   Q.  If they don't renew, then it's suspended?
20   A.  Yes, sir.
21   Q.  And do they get a letter with a suspension
22 date?
23   A.  Yes, sir.
24   Q.  All right.  Let's talk about revocation.  You
25 used that term earlier.  Is that the same as suspension

28

1  or is that different?
2    A.  They're basically all actions that stop an
3  individual from being able to drive.  So a revocation
4  would be for -- an example would be a nonresident
5  violator compact.  So they are revoked because they did
6  not pay a ticket in a former state or in another state.
7  And that license will stay revoked until they comply
8  by -- by paying that former state.
9    Q.  And how is that different from a suspension?
10   A.  Suspension is typically for a set period of
11 time.  But, again, there's certain ones that can be
12 lifted prior to.  So like a no insurance, they're
13 required for a two-year period to show that proof of
14 insurance.  So it's a designated time; whereas, a
15 revocation is indefinite until they meet the
16 compliance.
17   Q.  So if they have an out-of-state ticket that
18 has not been paid, their license is revoked?
19   A.  Correct.
20   Q.  And are they sent a letter to that effect?
21   A.  Yes, sir.
22   Q.  And does it give a revocation date or is it
23 already -- is it automatic?
24   A.  No, it gives them a beginning date as well.
25   Q.  And if they show proof that they have paid

SHERI GIPSON                                                        6/9/2014

29

1   that out-of-state ticket, then what happens to that
2   revocation?
3       A.   The revocation is stayed and never initiated
4   if they show proof prior to that start date.
5       Q.   Okay.  What about a personal identification
6   card?  Is it ever revoked?
7       A.   No, sir.
8       Q.   Now, is there a term of cancellation of
9   personal identification cards or driver's license?  Is
10  that -- is that a term the DPS uses?
11      A.   We do use "cancellation."
12      Q.   How is that different from revocation or
13  suspension?
14      A.   Basically when we do a cancellation it is
15  because that person is not qualified for that type
16  card.  So if we have information or get information
17  that the person did not pass the necessary test, we
18  would cancel that driver license.  Or in the instance
19  of an under 18, if a parent withdrew their
20  authorization, then we would cancel that driver
21  license.
22      Q.   And they would be notified in mail?
23      A.   Yes, sir.
24      Q.   They would be given a cancellation date?
25      A.   Yes, sir.

30

1       Q.   And they could get the DPS to lift the
2   cancellation date by complying with whatever
3   requirement they had?
4       A.   That would be correct.
5       Q.   Okay.  What about a personal identification
6   card, is it ever canceled?
7       A.   I can't think of an instance, but if we were
8   to -- if we were to discover that there was fraud
9   committed or that the identity was incorrect, then we
10  would cancel that card.
11      Q.   Okay.  Sticking to driver license, can a
12  driver's license be confiscated, physically taken from
13  the driver?
14      A.   Yes, it can be confiscated.  Typically it is
15  not.  The -- the officers usually just let them keep
16  the license because the State no longer requires that
17  it be confiscated.  Way back in the day they did
18  require it, but that statute is no longer required.
19  And so typically they will -- the officer will leave
20  it, because then they don't have to maintain that in
21  their evidence or submit it to us.
22      Q.   So they generally do not take physical
23  possession of it?
24      A.   Correct.
25      Q.   Does that apply -- and you say not always,

31

1   because do different law enforcement agencies handle it
2   differently?
3       A.   It would be dependent upon the officer.  They
4   are not instructed to take it, but there are some that
5   still take it depending on the circumstances at the
6   time of arrest.
7       Q.   But Department of Public Safety troopers do
8   not take possession of it?
9       A.   No, sir, not to my knowledge.
10      Q.   Okay.  But maybe some local agencies that do?
11      A.   Correct.
12      Q.   Okay.  If someone is stopped and arrested, for
13  example, for a DWI, what happens to their driver's
14  license?
15      A.   At the time of the stop or the whole process?
16      Q.   Whenever they're processed.
17      A.   Okay.  So --
18      Q.   Since they don't take physical possession of
19  it generally.  I understand that.
20      A.   Uh-huh.
21      Q.   Is that a yes?
22      A.   Yes, sir.
23      Q.   Okay.  So what happens to their license?
24      A.   They would maintain possession of it.  And
25  they are served with a notice at the time of the stop

32

1   that their license is going to be suspended.  They're
2   given 15 days to request a hearing.  If they choose to
3   request the hearing, then they go through the hearing
4   process.  If the State Office of Administrative Hearing
5   stays it, then we would not initiate the automatic
6   suspension, the administrative license suspension.  If
7   they uphold it, then we would suspend the license.  But
8   it does not require that person to surrender that
9   license.  They can maintain it.
10      Q.   So the person that's arrested for DWI is given
11  some type of notification that the license will be
12  automatically suspended within 15 days if they don't
13  take certain action?
14      A.   No, they're given 15 days to request the
15  hearing.
16      Q.   Is their license to drive still good during
17  that 15 days?
18      A.   Yes, sir, it is.
19      Q.   Okay.  So the suspension is not in effect
20  until there's a hearing?
21      A.   If they request it.  Otherwise, it takes
22  effect on the 41st day, the suspension.
23      Q.   So the 15-day period is the period by which
24  they request a hearing?
25      A.   Correct.

---

**33**

1   Q.  If they request a hearing within 15 days, the
2   license stays -- the Texas driver's license stays valid
3   until there is a hearing?
4   A.  That is correct.
5   Q.  -- okay.  If they do not request a hearing
6   within the 15-day period, then their license is
7   automatically --
8   A.  Suspended.
9   Q.  -- suspended on the 41st day?
10  A.  Yes, sir, it is suspended on the 41st day.
11  Q.  For how long?
12  A.  It depends on whether or not they do a breath
13  test or if they refuse.
14  Q.  If they refuse, do you recall how long?
15  A.  If they refuse, I believe it's 180 days.
16  Q.  Okay.  If they take -- I mean, if they give
17  one or provide one?
18  A.  It's 90 days.
19  Q.  Is there a scenario where a personal
20  identification card would be confiscated?
21  A.  Not during -- not -- not related to a traffic
22  stop.  I mean, I can't -- I can't talk to what an
23  agency might do if they're arresting an individual.
24  But not for reasons that we would require.
25  Q.  There's not a DPS reason that you can think

---

**34**

1   of?
2   A.  No, sir.
3   Q.  All right.  If I go -- is there ever a reason
4   if I go into a DPS office for them to confiscate my
5   driver's license?
6   A.  The only reason they would confiscate it is if
7   it was proven that it was fraudulent activity.
8   Q.  And that would be the -- you call them CSRs?
9   A.  In the office?
10  Q.  Yes.  Is that term --
11  A.  CSR, customer service rep, yes, sir.
12  Q.  If I go in to apply for a driver's license and
13  there is a -- do they do an automatic warrant check
14  when I apply?
15  A.  For the driver license?
16  Q.  Yes.
17  A.  Yes, sir.
18  Q.  And for the personal ID as well?
19  A.  Yes, sir, for the ID as well.
20  Q.  And if there's an outstanding warrant, I
21  assume I'm arrested at that time?
22  A.  If there is an officer in the office.
23  Q.  Is there any type of, if you know,
24  fingerprinting requirement or warrant check for someone
25  applying for an EIC?

---

**35**

1   A.  No, sir.  They are not printed and the warrant
2   check is not done on that one.
3   Q.  If I go into a DPS office, do -- do I see
4   signage to that effect?  For example, is there a sign
5   that says, "When you apply for a driver's license, we
6   expect fingerprints," or, "We will take your
7   fingerprints and we'll do a warrant check"?
8   A.  Not to my knowledge.
9   Q.  For an EIC, is there something that says, "We
10  do not take fingerprints and we do not do a warrant
11  check"?
12  A.  Not to my knowledge.
13  Q.  Is there any way for a person applying for a
14  driver's license, personal identification, or EIC to
15  know what the differences are?  For example, the
16  website, does it make a distinction?  Could I determine
17  what I have to -- what's going to be done from the
18  website?  And don't guess.  If you don't know, you
19  don't know.
20  A.  Yeah, I'm not -- I can't answer that.  I would
21  have to go look at the website to be sure.
22  Q.  All right.  But as far as in person, if I walk
23  into a DPS office, I won't see signage that says, "This
24  is required for driver's license.  This is required for
25  personal identification.  This is required for an EIC"?

---

**36**

1   A.  I can't really answer that because I don't go
2   into the field office.  To my knowledge, it does not --
3   it does not go down to the fingerprint level.
4   Q.  We've talked about the hearings, the
5   administrative law judge hearings with SOAH.  Are there
6   any such hearings that someone can have for a personal
7   identification card?
8   A.  No, sir, because the personal identification
9   card wouldn't be required to go through that process.
10  Now, could they have a hearing because of a driving
11  incident?  Yes, sir.  But it wouldn't affect the
12  validity of their identification card.
13  Q.  If they -- if there was a problem with their
14  personal identification card, is there any way they can
15  appeal that process through the DPS to say, "I do have
16  proof and this is it and they didn't accept it and they
17  didn't issue me a card," anything of that sort?
18  A.  It would depend on the problem.  I'm not sure
19  what you're asking.
20  Q.  Is there any formal process?  I go in.  I
21  apply for a personal identification card.  I'm rejected
22  by the CSR.  How do I go to the next step?
23  A.  For -- in the instance if they don't have the
24  correct documents or something of that nature?
25  Q.  If I think I do, but the CSRs say I do not.

SHERI GIPSON                                                      6/9/2014

37

1    A.  You would ask to see the lead or the
2 supervisor in that office.
3    Q.  So there's not like a hearing process I have
4 to go through?
5    A.  No, sir.
6    Q.  When, for example, I go into Walgreens to buy
7 behind-the-counter allergy medicine, they swipe my
8 driver's license --
9    A.  Yes, sir.
10   Q.  -- is that information maintained just by the
11 pharmacies or is that information forwarded to DPS?
12   A.  That information is not forwarded to DPS.
13   Q.  Who maintains that?
14   A.  Well, let me clarify that.  It's not reported
15 to the driver license division.
16   Q.  Is it reported to some division, if you know?
17   A.  I don't know that.
18   Q.  Okay.  So it does not report that to DPS?
19   A.  No, sir, not to the driver license division.
20   Q.  Do you know of any voting locations that will
21 swipe my driver's license?
22   A.  I do not, because I live in a small town and
23 we don't swipe.
24   Q.  Okay.  But the only information that's on my
25 driver's license is what you spoke of earlier?

38

1    A.  Yes, sir.  If they're swiping the card, the
2 only information they're getting is what's on the face
3 of the card, with the addition of the two fields.
4    Q.  Okay.  What type of database does DPS
5 maintain?  Let me make that a broad question to begin
6 with.
7    A.  In relation to driver license or --
8    Q.  Let's start with driver's license.
9    A.  Okay.  So in relations to driver license, we
10 have a driver license system, which houses all of the
11 data related to the issuance of driver licenses and
12 identification cards.  It also houses all of the record
13 information; conviction, accident, crash involvements,
14 et cetera.  And then the -- there is a subset of that
15 database for the election certificate.
16   Q.  Is -- is -- is the database divided into
17 driver's license, personal identification cards, EICs?
18   A.  No, sir.  The driver licenses and
19 identification cards are in the main tables and then
20 the election certificate is in a sub-table or
21 sub-tables.
22   Q.  So if you wanted to search, for example, by
23 name, would you have to search driver's license and
24 then personal ID and then EIC, or could you do it all
25 at once?

39

1    A.  No, sir.  The only separation would be for the
2 EIC.
3    Q.  It's a separate, standalone database?
4    A.  Yes, sir.
5    Q.  Okay.
6    A.  Well, I can't say it's -- I don't know if it's
7 a separate, standalone database.  The search engines
8 are separate.
9    Q.  Okay.  All right.  And the reason it's a
10 separate search engine is because why?
11   A.  When it was developed, it was done as an --
12 basically as an offshoot of the driver license system.
13 It was not made part of the main driver license system
14 because of the differences in the printing and the
15 warrant checks, all of those things that weren't going
16 to be done.
17   Q.  How -- just looking at the driver's license
18 database, it has -- has the personal identification in
19 that database as well.  What type of categories can you
20 search?  Can you search by age, race, if you know?
21 What categories?
22   A.  You can search the primary searches either by
23 driver license number, Social Security number, name,
24 and date of birth.  We do have additional fields that
25 you can search on, which is age ranges, location, and

40

1 description.
2    Q.  What was the last one?
3    A.  Description, which is your height, weight,
4 race, et cetera.
5    Q.  Okay.  So under "Description," you could do it
6 by race?
7    A.  Correct, with additional information, not just
8 by race.  So you would have to have the name to go with
9 it.
10   Q.  I'm sorry.  I don't follow that.
11   A.  So, in other words, there's certain criteria
12 that has to be entered.  So at the minimum, you would
13 have to have a last name.  You couldn't just go in and
14 search for all white, in other words.  You have to have
15 a name to go with that.
16   Q.  Okay.  So you could -- you would -- in order
17 to -- okay.  So you couldn't go in there and say, "I
18 want to determine in that database how many
19 African-Americans hold driver's license in Texas"?
20   A.  Not off the -- just our basic search.  Now,
21 can that data be done through using our database
22 administrators?  Yes.  But just the basic search?  No,
23 sir.
24   Q.  Okay.  But it could be done if you wanted to?
25   A.  Yes, sir.

SHERI GIPSON                                                    6/9/2014

41

1  Q. All right. And so what categories of race do
2  you have? I mean, you have, I assume,
3  African-American?
4      A. African-American, Asian, Pacific Islander,
5  White, Other, and Hispanic, which is the only ethnicity
6  that's included in that.
7      Q. Okay. Do you have any idea what the breakdown
8  is today of -- by race of --
9      A. Percentages?
10     Q. Uh-huh.
11     A. No, sir.
12     Q. Okay. Can you search, either you or somebody,
13 search the database for -- to determine how many of the
14 driver's license -- how many of the Texas driver's
15 license holders are also registered to vote?
16     A. No, sir.
17     Q. Do you know approximately how many individuals
18 hold Texas driver's licenses today?
19     A. Right now we have -- there is 18 million
20 records.
21     Q. 18 million?
22     A. 18 million records.
23     Q. Okay. And why do you use the term "records"
24 rather than "individuals"?
25     A. It's just -- that's the word I use. There's

42

1  no specific reason for it. It's 18 million license
2  holders.
3      Q. Okay. And you cannot determine how many of
4  those are registered to vote?
5      A. No, sir. The only information we have in our
6  system is if they elected to do a voter registration
7  when they were doing their application. But there's
8  nothing that ties it to the actual voter registration.
9      Q. Of the 18 million registered -- the
10 18 million people that hold Texas driver's licenses,
11 how many of those 18 million have show -- have shown
12 documentation or proof of US citizenship, do you know?
13     A. I can't answer that.
14     Q. Is it all 18 or not all 18?
15     A. I would say it's not all 18.
16     Q. Is that because as the renewals come up they
17 have to show proof that they didn't have to show
18 before? Is that the reason? What would be the reason
19 why all 18 million have not shown proof of
20 US citizenship?
21     A. Because some of the people indicated that they
22 were citizens prior to us requiring them to show proof.
23     Q. Okay. I think -- all right. That was my
24 question. It was just a bad question.
25        But at some point the entire database

43

1  will be updated where everyone will have shown proof of
2  US citizenship?
3      A. I can't answer that at this point because we
4  don't require it if it's already in the system. And
5  there's nothing that indicates in our system whether or
6  not they've shown proof. So unless the State of Texas
7  becomes real ID compliant and that becomes part of the
8  process for us to recertify all of our drivers, I can't
9  say how many will have not -- will have actually shown
10 proof.
11     Q. Okay. Let me ask a couple of questions
12 because I got confused earlier.
13     A. Okay.
14     Q. So as we sit here today, if someone is in the
15 system and the system shows US citizen --
16     A. Uh-huh.
17     Q. Is that a yes?
18     A. Yes, sir.
19     Q. -- that doesn't tell you in the DPS whether or
20 not they have shown proof or just checked the box?
21     A. That is correct.
22     Q. Okay. But at some point that person will have
23 to show proof; is that correct?
24     A. Not at this time.
25     Q. What if their driver's license comes up for

44

1  renewal? You're saying that if the driver's license
2  comes up for renewal and I renew on-line and the box
3  was checked many years ago, it's still checked?
4      A. That is correct.
5      Q. Okay. All right. And the real -- when you
6  said "real ID compliant," that is the real ID law that
7  we've talked about in other depositions?
8      A. Right, that's correct.
9      Q. Is Texas real ID compliant, for lack of a
10 better term?
11     A. Not at this time, no, sir.
12     Q. Okay. All right. Just so that I'll
13 understand this -- and I apologize. So if someone had
14 checked the box "US citizen" many years ago, when would
15 they have to show physical proof that they are actually
16 a US citizen?
17     A. Only if our statute changes us -- to require
18 us to recertify the drivers.
19     Q. Okay. When would I -- I'm 55 today, as a
20 matter of fact. When would I have to go back into a
21 DPS office to get a driver's license?
22     A. Well, it depends on at the time of your
23 renewal. You're allowed alternate means of renewal,
24 which is either on-line, by mail, or over the phone
25 every other renewal period. So if you renewed in the

SHERI GIPSON                                                    6/9/2014

---

45

1 office last time and you meet all of the criteria, you
2 would be allowed to renew on-line the next renewal
3 cycle.
4    Q.  And then after that I would have to go back
5 into an office in person?
6    A.  That is correct.
7    Q.  And if I went in -- when I go back in to renew
8 and I go into a DPS office, if the database already
9 says "US citizen," I will not be asked for additional
10 proof?
11    A.  That is correct.
12    Q.  But if I go in for the first time, okay, I
13 turn 16 or I move here from another state, that's when
14 I need to show physical proof of US citizenship?
15    A.  That is correct.
16    Q.  Okay.  Thank you for helping me with that.
17       MR. BRAZIL:  Do you want to take a short
18 break?
19       MR. KIESTER:  Sure.  That would be great.
20       MR. BRAZIL:  We've been going for an hour
21 or so.
22       THE REPORTER:  Off the record.
23       (Recess from 10:17 a.m. to 10:32 a.m.)
24       (Exhibit Nos. 136 through 141 marked.)
25       THE REPORTER:  Back on the record.

---

46

1    Q.  (BY MR. BRAZIL)  Back --
2    A.  Okay.  Can I clarify one thing?
3    Q.  Yes, ma'am.
4    A.  When I was talking about the limited term and
5 the asylees, I referred to what's on the card as
6 temporary visitor.  That's what it was prior to a
7 change in 2011.  Now it actually says "limited term."
8 So it says, "Driver License" at the top of the license
9 and then "Limited Term" underneath there, not
10 "Temporary Visitor."
11    Q.  Okay.  So if it's a non-Texas resident
12 driver's license and they have a student visa or
13 they're here for a limited period of time, but they're
14 here legally, it will say what, again, on the face?
15    A.  It says -- it says, "Limited Term."
16    Q.  Is everything else the same?
17    A.  Everything else is the same except for the
18 expiration date is calculated not based on their
19 birthday, but on their lawful presence.
20    Q.  Okay.  And it just -- it doesn't say
21 "Temporary Resident"; it says, "Limited"?
22    A.  "Limited Term."
23    Q.  Okay.  Did it used to say "Temporary
24 Resident"?
25    A.  It said "Temporary Visitor" prior to.

---

47

1    Q.  Okay.  And when you say "prior to," what
2 timeframe?
3    A.  Prior to 2011.  We had a statutory change.
4    Q.  Okay.  Just a couple of follow-up questions on
5 the database we were talking about.  Can you search by
6 license revocation, or suspension, things of that
7 nature?
8    A.  Based on the offense, you mean?
9    Q.  The database we were talking about.  Could you
10 enter a search term to determine how many people have a
11 suspended license or how many people have had their
12 license revoked?
13    A.  The user cannot.  But through the database
14 administrator, if you provide them the enforcement
15 action codes, they can do a search on that.
16    Q.  Okay.  And so can they use any type of search
17 terms, if they want to, or that they're asked for?  Is
18 there any limit to that?
19    A.  The database administrator?
20    Q.  Yes.
21    A.  No, it would have to be the field information
22 or the codes that are allowed in the field.  You can't
23 just type in suspension.  We would have to actually
24 provide them with the enforcement action codes that we
25 wanted searched.

---

48

1    Q.  All right.  So you couldn't just use the term
2 "suspension"; you would have to say, "DW -- suspended
3 DWI code," whatever that was?
4    A.  It's actually a number of codes, yes, sir.
5    Q.  Right.  Okay.  Could you determine how many
6 suspensions or revocations there were for a specific
7 period of time?
8    A.  Yes, sir.
9    Q.  Okay.  But each time you would do that you
10 would have to give a certain code?
11    A.  You would have to give a certain code and the
12 time period that you wanted.
13    Q.  So if you wanted to search a year, you could
14 give all the search codes -- or provide all the codes
15 for suspensions, for example?
16    A.  Yes, sir.
17    Q.  And it would tell you those individuals and
18 how many in that period of time had a suspended
19 license?
20    A.  That would be correct.
21    Q.  Okay.  Could you also determine through the
22 administrator how many people were holding an expired
23 Texas driver's license?
24    A.  Yes, sir.
25    Q.  Okay.  When a driver's license expires, just

---

SHERI GIPSON                                                      6/9/2014

49

1    somebody does not renew it -- if I don't renew my
2    driver's license, do I get a letter that says, "Your
3    driver's license has expired.  It's now suspended,
4    revoked, or canceled," any of that sort?
5        A.  No, sir.  If -- if your license expires prior
6    -- eight weeks prior to the expiration, a renewal
7    notice is generated, which advises you you can either
8    go on-line or you renew through the mail or go into the
9    driver license office, whichever criteria you meet.
10   And then once that license has expired, that doesn't
11   create a suspension or revocation.  It's just an
12   expired license.
13       Q.  Would your database -- could you do a search
14   by expired driver's license?
15       A.  Not by expired driver license.  You would have
16   to give them the criteria to say "from this date
17   forward."
18       Q.  I'm not sure I followed that part.
19       A.  Okay.  So, in other words, I couldn't just
20   say, "Look for anything that's expired."  What I would
21   look for is an expiration date from this date in the
22   past, any record that had an expiration date, say,
23   prior to today's date, and it would identify all of the
24   records that were expired.
25       Q.  Okay.  For example, you could do a search for

50

1    all driver's license that expired -- that were expired
2    as of January 1st, 2014?
3        A.  Forward.  I'm not --
4        Q.  Wouldn't that be the same thing?
5        A.  Well, it would -- you have to give them the
6    range.  So if I want to see driver licenses that just
7    expired within a certain time period -- and it would
8    have to be ones that are currently expired.  So, in
9    other words, I can't just go say, "Show me every
10   license that expired in 2011 and didn't get renewed for
11   a, you know, two-month period."  That type of search
12   would be difficult.
13       But if I go in and say, "Show me
14   everything that had an expiration date that is not up
15   to today's date," then it could identify which ones
16   were expired.
17       Q.  Is there any way to do a generic where it
18   tells you as of today, June the 9th, 2014, this many
19   driver's license --
20       A.  Are currently expired?
21       Q.  -- have expired, yes.
22       A.  Yes, sir.
23       Q.  Okay.  And then could you break that down by
24   geographical area, race, age?
25       A.  You could break it down based on the

51

1    criteria -- or based on any criteria that's in the
2    system.  So for geographical, it would be by city or
3    county.
4        Q.  Okay.  Do you know what the criminal penalty
5    is or the charge is for attempting to vote with an
6    invalid photo ID?
7        A.  No, sir, I do not.
8        Q.  Do you know if -- if you go to vote and I have
9    an expired driver's license, would the person at the
10   voting -- at the pole know that I had an expired
11   driver's license?
12       A.  If they looked at the license, it has the
13   expiration date on it.
14       Q.  Okay.  Other than that, there wouldn't be a --
15   something sent out by DPS to precincts or to the county
16   that says, "These driver's licenses have expired in
17   your county"?
18       A.  No, sir.
19       Q.  Okay.  What is a driver responsibility
20   surcharge?
21       A.  A driver responsibility surcharge, that is an
22   administrative action that based on certain violations
23   an additional fine -- or not fine -- an additional
24   charge is done.  So, for instance, there's two types.
25   There's what's called points, which is for every

52

1    movement violation that you are convicted of, you get
2    two points.  If a crash is involved, it adds an
3    additional point.  So it could be for one -- if you
4    have an offense and a crash, you would get
5    three points.
6        If you get six points or more within a
7    36-month period, then we do what's called a point
8    surcharge.  It's $100 for the six points and $25 for
9    each point after that.  You -- that is assessed
10   annually.  So if you reach six or more points, you
11   would be put into the point surcharge, and then
12   one year from that initial surcharge there would be an
13   evaluation of your record to determine do you still
14   meet the criteria.  If you do, then another additional
15   surcharge would be given.  If not, then that one is
16   done.
17       There's standalone offenses, which is
18   driving while intoxicated, driving while license
19   invalid, no insurance, and no DL.  And those come with
20   just a surcharge for three years from the date of
21   conviction.  So once you're convicted of, say, no
22   insurance, you would get an initial surcharge, and then
23   for two consecutive years you would get an additional
24   surcharge for that.
25       Q.  And what was the last one after no insurance?

SHERI GIPSON                                                    6/9/2014

53

1    A.  It was no insurance, no driver license.
2    Q.  And DWI?
3    A.  DWI.
4    Q.  And I thought there was a fourth one.
5    A.  DWLI. It's driving while license invalid.
6    Q.  Okay.  Would I get a letter that says, "You
7  now are being surcharged"?
8    A.  Yes.  You would get a letter notifying you of
9  what the offense was and what the dollar amounts were
10  and the opportunities for payment.  For that you can
11  either pay it upfront or make installment payments.
12    Q.  And if I fail to pay upfront or make
13  installment payments, what happens to my license?
14    A.  Your license is suspended because you go into
15  default.
16    Q.  Is there any way to get that waived?
17    A.  The fee?
18    Q.  Yes.
19    A.  You can get it reduced based on your income
20  levels --
21    Q.  Okay.  So I can --
22    A.  -- for indigency.
23    Q.  All right.  So I can get it reduced based on
24  my income?
25    A.  Yes, sir.

54

1    Q.  Okay.  But if it's not paid, either the
2  reduced amount or the full amount, it goes into
3  suspension?
4    A.  Correct.
5    Q.  Do I get a notice of suspension?
6    A.  Yes, sir.
7    Q.  Let me ask you just to identify some
8  documents.  There's another attorney on the phone that
9  may have some questions about these, but I want to get
10  you to identify these documents for the record.
11    Exhibit No. 136 was taken, I believe,
12  from the DPS website.  Would you identify that for us?
13    A.  Yes, sir.  This is on the website.  It is also
14  a pamphlet that is provided to customers.
15    Q.  And it is -- what would you call this?
16    A.  It's just basic information of what they need
17  to bring when they're applying for a driver license or
18  identification card.
19    Q.  Okay.  For the record, it says, "Texas
20  Driver's License Document Requirements"?
21    A.  Correct.
22    Q.  Okay.  That's 136, correct?
23    A.  Yes, sir.
24    Q.  Okay.  Let me get you to identify No. 137, I
25  believe.  And that is also a document which I believe

55

1  came from the DPS website, did it not?
2    A.  Yes, sir.  It is available on the website and
3  in the office.  This is the application for a driver
4  license or identification card.
5    Q.  And the information required is the same for
6  both on this application?
7    A.  For the driver license and the identification
8  card, yes, sir, with the exception of the medical
9  questions.
10    Q.  And the medical questions are only for the
11  Texas driver's license?
12    A.  That's correct.
13    Q.  Okay.  Let me show you 138, which appears to
14  be from the DPS website as well?
15    A.  That's correct.
16    Q.  And would you identify this document for the
17  record?
18    A.  This indicates the driver license fees and
19  the -- well, it's actually the page for the
20  identification card fees.
21    Q.  So this is the website information for someone
22  trying to obtain a personal identification card and the
23  fees that are associated therewith?
24    A.  That is correct.  And this -- when I referred
25  to the $15 earlier, that's the statutory fee.  This

56

1  actually includes the $1 transaction fee as well that's
2  charged in the office.
3    Q.  Okay.  And the transaction fee, is that just
4  on-line or is that in the office?
5    A.  That's in the office as well as on-line.
6    Q.  All right.  Let me show you what is 139.
7    MR. KEISTER:  Thanks.
8    Q.  (BY MR. BRAZIL)  That is also a page from the
9  DPS website, is it not?
10    A.  That is correct.  This is the -- from the DPS
11  website for the driver license fees.
12    Q.  Okay.  This also includes the
13  $1 administrative fee?
14    A.  Yes.  Yes, sir, that's correct.
15    Q.  All right.  You may not have seen this
16  exhibit, but this is Exhibit No. 140.  I just want to
17  ask you a question about that.
18    MR. KEISTER:  Thanks.
19    Q.  (BY MR. BRAZIL)  Read the paragraph there and
20  I'll ask you a couple of questions.
21    A.  Okay.
22    Q.  Was there a period of time at which DPS did
23  take fingerprints and do a warrant search for EIC
24  applicants?
25    A.  I cannot answer on the fingerprints, but the

SHERI GIPSON                                                   6/9/2014

---

**57**

1   warrant message is not in part -- it's not part of the
2   EIC process.
3        Q.   Was it at one point, or do you know?
4        A.   Not the warrant.  No, sir, the warrant is not.
5        Q.   Was not?
6        A.   It is not, because there is, again, as I said,
7   the search and the database tables are completely
8   separate and the message that does the warrant request
9   is imbedded in the driver license application for the
10  DLs and IDs.  That same process is not imbedded in the
11  EIC process.
12       Q.   Has it ever been, to your knowledge?
13       A.   No, sir.
14       Q.   And on the fingerprint, do you know if that
15  was required at one time and that was stopped?
16       A.   I don't believe it was required, but I believe
17  that because the system allowed it at the beginning
18  that prints were captured.  But that's -- the system
19  has been modified now.
20       Q.   Okay.  Anything done with those prints, to
21  your knowledge?
22       A.   No, sir.
23       Q.   And I think we covered this earlier, but if I
24  go into a DPS office, you're not sure if I -- if
25  there's different signs telling the public what is

---

**58**

1   required or what will be taken for --
2        A.   That is correct.
3        Q.   -- driver's license?
4        A.   I know there's approved signages for the
5   offices.  I can't tell you what that is.
6        Q.   Okay.  Let me show you -- oh, and, by the way,
7   that was -- just for the record, I want to identify
8   that.  That was a -- Exhibit Number --
9        A.   140.
10       Q.   -- 140 was an e-mail dated July 24th, 2013
11  from Mr. Peters; is that correct?
12       A.   That's correct.
13       Q.   To?
14       A.   Robert Bodisch initially.
15       Q.   And then from Mr. Bodisch to Daniel Hodge?
16       A.   Correct.
17       Q.   Okay.  Let me show you 141 and ask you if
18  you've seen that e-mail before.
19            And, for the record, while you're looking
20  at that, that is an e-mail dated November 15th, 2011 to
21  you from Karen Morris?
22       A.   That is correct.
23       Q.   Okay.  It says, "For the EC racial profile
24  reports."  What is that?
25       A.   The election certificate racial profile

---

**59**

1   reports.
2        Q.   Okay.  Is that a question, "Should we be
3   counting the number of cards issued or the number of
4   persons"?
5        A.   That's the question, yes, sir.
6        Q.   Okay.  And the answer is, "For the existing
7   racial reports we count persons"?
8        A.   Correct.
9        Q.   Okay.  What's being discussed there?
10       A.   There was reports that were going to be
11  generated out of the initial process that we programmed
12  for in 2011 before it was stopped, and that was one of
13  the reports that we were working on to determine how
14  many cards were issued and the breakdowns.
15       Q.   And when you say "and the breakdown," the
16  breakdown by race?
17       A.   By race, yes, sir.
18       Q.   Okay.  Is that currently in existence?
19       A.   I can't answer that.  The process that -- when
20  it was reactivated last year, I was not involved with
21  that process, so I don't know if they used the initial
22  reports or not.
23       Q.   So you don't know if it's been changed or they
24  went back to the same system?
25       A.   They went back to the same system, but this

---

**60**

1   report I can't tell you whether or not they're actively
2   using it.
3        Q.   Okay.  And I assume there was no report in
4   November 2011?
5        A.   No, sir.  That was when we were doing the
6   development phase.
7        Q.   Okay.
8            MR. BRAZIL:  I'm going to pass the
9   witness at this time and let Jennifer ask you a few
10  questions.  I'll scan my notes in the meantime.
11                  EXAMINATION
12  BY MS. MARANZANO:
13       Q.   Hi, Ms. Gipson.  This is Jennifer Maranzano.
14  I'm representing the United States in this matter.  Can
15  you hear me okay?
16       A.   Yes, ma'am.
17       Q.   Okay.  Great.  I'm going to jump around a
18  little bit here.  I'm trying to fill it in some
19  additional questions.
20            Do all first-time applicants need to
21  appear in person to apply for a Texas driver's license?
22       A.   Yes, ma'am.
23       Q.   Do all first-time applicants need to appear in
24  person to apply for a personal ID card?
25       A.   Yes, ma'am.

---

61

1    Q.  And in terms of renewals, you and Mr. Brazil
2    discussed on-line renewals, but I believe you said that
3    there's also renewal by mail and by phone; is that
4    correct?
5    A.  That is correct.
6    Q.  Who is eligible to renew by mail?
7    A.  Individuals who their previous renewal was
8    done in person at a driver license office that they had
9    their portrait image on file, that they have a Social
10   Security number on file for driver licenses, not for
11   IDs, and that their US citizen equals yes.  And then
12   for driver license, there's some additional
13   restrictions that if that's on the face of the license;
14   for example, daytime only, they are required to go into
15   the driver license.  But other than that, they can
16   renew on-line, through the mail, or on phone.
17   Q.  Okay.  And if they renew by phone, do they
18   have to mail anything into DPS?
19   A.  No, ma'am.
20   Q.  So it's the same group of people who are
21   eligible for renewal by phone or on-line or by mail; is
22   that right?
23   A.  That is correct.
24   Q.  Okay.  And how about renewals of personal ID
25   cards?  Can they be done in ways other than in person?

62

1    A.  The same way.
2    Q.  And would it be the same categories of people
3    who would be eligible for renewals on-line, by mail,
4    and by phone?
5    A.  Yes, ma'am, with the exception of the
6    requirement of the Social Security number.
7    Q.  Okay.  Can you take a look at Exhibit 136 for
8    me?
9    A.  Okay.
10   Q.  This is the exhibit that says, "Texas Driver
11   License Document Requirements" at the top.  Is this --
12   can you just look at -- look through it and let me know
13   if it is accurate and current in terms of the
14   requirements that an applicant needs to present in
15   order to get a Texas driver's license?
16   A.  (Witness reading document.)  It appears to be.
17   Q.  Okay.  And is it still accurate and current in
18   terms of the underlying requirement to get a Texas
19   personal ID card?
20   A.  Yes, ma'am.
21   Q.  Is it -- is it the case that the name on an
22   individual's underlying documentation that -- that they
23   present when they're applying for a Texas driver
24   license has to be exactly the same on each of the
25   underlying documents?

63

1    A.  Well, it wouldn't have to be the same if
2    you're using marriage certificates and things like that
3    because the name would then be different.
4    Q.  So if a person's underlying documents have
5    different names, does that person need to present some
6    form of additional documentation showing the name
7    change?
8    A.  Yes, ma'am.
9    Q.  And what if the name on the underlying
10   documents are -- if it's similar, but it's not exactly
11   the same?  Would that -- would that disqualify the
12   individual from applying for a Texas driver's license?
13   A.  I'm not sure what you mean by "similar."
14   Q.  Well --
15   A.  So if the situation -- if one says "Robert"
16   and one says, you know, "John," then, no, that would
17   not be acceptable.
18   Q.  What if one appears to be a nickname?  Does
19   the DPS accept documents that -- that have names that
20   look like they could be derivations of the same name?
21   A.  I -- I don't know that I can answer that
22   fully.  It would depend on the name of the -- the name
23   and the types of documents that were being submitted.
24   I would need to see all of the documents to make a
25   determination if we would accept it or not.

64

1    Q.  And who makes that determination when someone
2    is applying for a license?  Is it the individual, the
3    customer service representative, or is it somebody
4    higher at DPS?
5    A.  If it's -- if there is something in question,
6    it would be somebody higher.  It would be someone in
7    the CSR's chain of command.
8    Q.  Okay.  Is that determination made -- would
9    that determination be made on the spot when the
10   individual is applying, or would there be some sort of
11   time lag while DPS considered the issue?
12   A.  It would depend on the circumstances.
13   There -- it could be done initially in the office
14   and/or it could require that it come to their --
15   through their chain of command to their senior
16   managers.
17   Q.  Okay.  Do all of the documents presented by a
18   driver's license applicant need to be original or
19   certified copies?
20   A.  No, ma'am.  The birth certificate -- there are
21   certain documents that do, such as the birth
22   certificate.  But not all of the documents have to be
23   originals.  The supporting documents can be copies.
24   Q.  Okay.  Can you turn to Page 2 of Exhibit 136?
25   Let's turn your attention to the first brochure that

SHERI GIPSON                                                              6/9/2014

---

65

1    says, "Verify Your Identity."  Under the primary
2    identification documents, the first one says, "Texas
3    driver's license or photo ID within two years of
4    expiration."
5             Why -- or how was the two-year time
6    period determined?
7        A.  The two-year time period is determined by
8    rule.  Anyone who lets their license or ID expire for
9    more than two years is required to apply as an original
10   applicant.
11       Q.  Okay.  And do you know what the basis was for
12   that, for determining that the time period should be
13   two years and not three years or one year?
14       A.  I do not, ma'am.  That was in place when I
15   started with the agency.
16       Q.  Okay.  Do you know how the determination was
17   made in terms of the system by proving your identity?
18   And by that, I mean that you can show one form of
19   primary identification, you know, or some combination
20   of the other forms of identification.  Do you know how
21   that was created?
22       A.  No, ma'am, I do not.
23       Q.  Has that been in place the entire time you've
24   been with DPS?
25       A.  I can't say that it's the entire time I've

---

66

1    been with DPS, but for as long as I've been working
2    with the records, which is at least the last 15.
3        Q.  Okay.  Do you know the cost of obtaining the
4    required forms of underlying identification for a Texas
5    driver's license or personal ID card?
6        A.  I do not.
7        Q.  Has DPS ever analyzed the cost of obtaining
8    the underlying documents required in order to obtain a
9    Texas driver's license or personal ID card?
10       A.  I'm not aware of that, but I can't say that
11   the agency has never done it.
12       Q.  Can you look on Page 1 for me?  In the first
13   column it talks about residency in Texas.
14       A.  Yes, ma'am.
15       Q.  And at the bottom, does it say that DPS
16   permits an applicant who is unable to prove residency
17   to submit an affidavit from someone who resides at the
18   same address?
19       A.  That's correct.
20       Q.  Are there any other circumstances in which DPS
21   permits an applicant to submit an affidavit in place of
22   some of the required forms of underlying
23   identification?
24       A.  No, ma'am.  The only other affidavit that we
25   accept is for Social Security for a driver license if

---

67

1    they're unable to obtain one.
2        Q.  If they're unable to obtain a --
3        A.  If they're not -- if they --
4        Q.  -- Social Security card?
5        A.  I'm sorry.  If they are not eligible to obtain
6    a Social Security card, there is an affidavit that they
7    can sign after they've gone through the application
8    process at the Social Security Administration.  And we
9    allow for a driver license.  We do not allow that for a
10   commercial driver license.
11       Q.  Okay.  And are there any other examples of
12   instances when an individual could submit an affidavit
13   in place of the underlying forms of identification that
14   are required?
15       A.  Not to my knowledge, but that could be a
16   process that is approved under certain circumstances by
17   the senior management of the customer operations, which
18   is the field offices.
19       Q.  Okay.  And would that be on a case-by-case
20   basis?
21       A.  Yes, ma'am.
22       Q.  Has DPS considered allowing applicants who are
23   indigent to submit an affidavit instead of some of the
24   required forms of underlying identification?
25       A.  Not to my knowledge.

---

68

1        Q.  Is there any discretion among DPS employees
2    who are issuing the driver's license to allow a
3    slightly different combination of forms than what this
4    brochure lays out?
5        A.  Yes, ma'am.  And that's typically discussed
6    with their team lead or supervisor in their office.
7        Q.  And would that be also done be on a
8    case-by-case basis?
9        A.  Yes, ma'am.  And it would usually be in the
10   supporting identification role.
11       Q.  Okay.  If an -- if an applicant, for example,
12   didn't have, say, any of the forms of primary or
13   secondary identification, would a DPS employee have
14   discretion to allow them to bring three forms of
15   supporting identification?
16       A.  I don't believe the CSR has that authority at
17   their level.
18       Q.  Would -- would others at DPS have that
19   authority?
20       A.  That would be required to be reviewed by
21   senior management and potentially the general counsel.
22       Q.  Okay.  Can you take a look at Exhibit 137?
23       A.  Do I have 137?  Okay.  Yes, ma'am.
24       Q.  Okay.  And is this a current copy of an
25   application for Texas driver's license or

---

69

1 identification card?
2    A. Yes, ma'am.
3    Q. In the top box that is labeled "Applicant
4 Information," the last line says, "Father's last name
5 and mother's maiden name." Do you see that?
6    A. Yes.
7    Q. What does DPS do with that information?
8    A. That information is just captured on the
9 application and it is used -- it is not used within the
10 driver license system. It is information that can be
11 used if there is possible fraud or identity theft.
12    Q. And how would you use that information to
13 determine whether there's fraud or identity theft?
14    A. That would be up to the investigating officer.
15    Q. How long has DPS included a question on the --
16 on this driver's license or identification card
17 application about the applicant's race or ethnicity?
18    A. I believe the race has been on there -- gosh,
19 I don't even -- I can't even tell you. It's been on
20 there for quite some time. The ethnicity of Hispanic
21 was added with the implementation of the driver license
22 system in 2010.
23    Q. And can you look at Exhibit 138 for me?
24    A. Okay.
25    Q. If you -- I have a few questions about 138 and

70

1 139, which are for the driver's license?
2    A. Okay.
3    Q. These -- are these accurate and current lists
4 of what the fees are for the Texas personal
5 identification card and Texas driver's license?
6    A. Yes, ma'am.
7    Q. And Exhibit 138 is for the Texas
8 identification card; is that correct?
9    A. That is correct.
10    Q. Exhibit 139 is a list of fees for the Texas
11 driver's license, correct?
12    A. That is correct.
13    Q. Are the fees for these -- for the Texas
14 driver's license and the personal identification card
15 set by the Legislature?
16    A. The base fee is set by statute, and then the
17 $1 transaction fee is for the payment processing.
18    Q. Okay. Does DPS have any discretion with
19 regard to these fees?
20    A. As far as when it is charged or not?
21    Q. Yes.
22    A. No, ma'am, not other than what's laid out in
23 statute, which allows veterans who have 60 percent or
24 more disability to waive the fee for the renewal or
25 issuance of the ID or DL.

71

1    Q. And does DPS have any discretion in terms of
2 the amount of the fees?
3    A. No, ma'am. That's set by statute.
4    Q. Is there any policy or procedure by which a
5 customer -- or an applicant for a Texas driver's
6 license or personal ID can defer payment or set up some
7 sort of payment plan?
8    A. Not for the application fee.
9    Q. For any other fees involved in the process?
10    A. For the driver responsibility surcharge
11 program they are allowed to make payments.
12    Q. Okay. I believe that you talked to Mr. Brazil
13 earlier about the fact that child support fees could
14 lead to a driver license being suspended; is that
15 correct?
16    A. That's correct.
17    Q. Are there any other fees that if an applicant
18 owes these fees would lead to a driver's license
19 suspension?
20    A. A DSHS overcharge or overpay.
21    Q. I'm sorry. What was that?
22    A. DSHS, Department of State Health Services, if
23 they overpay a customer and that customer fails to
24 reimburse them, they can suspend the driver license.
25    Q. Okay. Any other fees?

72

1    A. Not to my knowledge.
2    Q. So if there are tickets that -- that haven't
3 been paid, that would not lead to a suspension; is that
4 correct?
5    A. Yes, ma'am. Sorry. If you're talking about
6 citations that have not been paid, then --
7    Q. Yes.
8    A. -- there's -- there's actually two options.
9 If the citation occurred in another state, we are part
10 of a nonresident violator compact, so that state can
11 notify us. And then if the court is part of the fail
12 to appear program in the State of Texas, they can enter
13 that person into the system and it denies the renewal
14 of their driver license.
15    Q. Okay. And are there any fees that would lead
16 to license revocation?
17    A. I'm not sure what you're asking.
18    Q. Well, wasn't -- I thought I understood that
19 revocation was a separate category from driver's
20 license suspension; is that right?
21    A. Yes, ma'am. In the NRVC, the nonresidential
22 violator compact, that's considered a revocation.
23    Q. Oh, that's a revocation, not suspension?
24    A. Yes, ma'am. Sorry.
25    Q. Okay. Got it. Okay. Can you look at

SHERI GIPSON                                                    6/9/2014

---

73

1   Exhibit 140?
2       A.   Okay.
3       Q.   Now, this -- and did you look at that e-mail
4   that was from Mr. Peters to Mr. Bodisch at the bottom
5   on July 2013?  Is that your understanding of how DPS
6   handles arrest warrants for -- if an individual is
7   applying for a driver's license or a personal
8   identification card at a DPS office?
9       A.   Yes, ma'am.
10      Q.   So in some cases does DPS arrest applicants
11  for one of those forms of ID right outside the DPS
12  office building?
13      A.   Typically they take them into custody while
14  they're still inside the building.
15      Q.   Okay.  Is it fair to describe DPS primarily as
16  a law enforcement agency?
17      A.   Yes.
18      Q.   Are there usually troopers present at DPS
19  offices?
20      A.   They're not present in all offices, no, ma'am.
21      Q.   Do you know about how many offices they would
22  be present in?
23      A.   I do not.
24      Q.   What -- how is the determination made of which
25  offices they'll be present in and which ones they won't

---

74

1   be?
2       A.   That decision is made by the senior managers
3   of customer operations, our deputy assistant -- or,
4   sorry -- our assistant director Joe Peters, and the
5   highway patrol.
6       Q.   Do certain offices have troopers present all
7   the time or do they usually let troopers rotate between
8   different offices, or how does that system work?
9       A.   I can't answer that.  That's between the
10  senior managers and highway patrol or customer
11  operations.
12      Q.   Okay.  Are you aware of a public perception
13  that if you owe any fees, such as outstanding tickets
14  and enter a DPS office, you'll -- you will be arrested?
15          MR. KEISTER:  Objection, calls for
16  speculation, no foundation.
17          But you can answer.
18          THE WITNESS:  Not to my knowledge.  I
19  mean, some people, you know, come in knowing they have
20  warrants and other people are afraid to go in because
21  they -- they don't know.
22      Q.   (BY MS. MARANZANO)  Are you aware of a public
23  perception that if you owe any fees, such as
24  outstanding tickets, DPS will not issue you an ID?
25      A.   Not to my knowledge.

---

75

1       Q.   When a person applies for a driver's license,
2   do they -- how long does it take for them to obtain the
3   driver's license?
4       A.   Do you mean the actual card or the process to
5   get the license?
6       Q.   The -- how long does it take for them to get
7   their actual license?
8       A.   Okay.  So once they've passed all of the
9   examinations and provided everything they need and the
10  card is issued, they receive it within seven to
11  ten days.
12      Q.   And do they get a temporary license in the
13  meantime?
14      A.   They get a temporary license or a temporary
15  receipt with their photo on it.
16      Q.   And when do they get the temporary receipt?
17      A.   At the completion of their application.
18      Q.   Is -- after the person is issued a temporary
19  receipt, does DPS do any sort of quality control check
20  on the application?
21      A.   You mean as far as looking to see what the
22  application and what documents were presented?
23      Q.   Yes.
24      A.   I -- I don't know what kind of quality control
25  is done in the office, no, ma'am.

---

76

1       Q.   And when somebody applies for a personal
2   identification card, is the process somewhat similar in
3   terms of a temporary receipt and then a permanent card
4   later?
5       A.   That's correct.
6       Q.   And what is the time that it takes to receive
7   the permanent personal ID card between when the
8   applicant submits their application and when they
9   receive the personal identification card?
10      A.   Once the application process is completed,
11  it's seven to ten days.
12      Q.   Is there any quality control check on personal
13  ID cards after the temporary personal ID card is
14  issued?
15      A.   The same thing.  I don't know if they do
16  quality control within their office.
17      Q.   Are the permanent driver's license and
18  personal ID cards mailed to applicants?
19      A.   The final card?
20      Q.   Yes.
21      A.   Yes, they are mailed.
22      Q.   Is there a process for getting those cards to
23  individuals who may not have a permanent address?
24      A.   There is a process.  We have a onetime mailing
25  address that they can obtain -- or that they can be

---

SHERI GIPSON                                                6/9/2014

77

1  issued to, and it can be sent to shelters or special
2  mailing addresses.
3      Q.  Is the temporary receipt that is given valid
4  for a temporary amount of time?
5      A.  It is.
6      Q.  How long is it valid for?
7      A.  I believe it's 30 days.
8      Q.  And is that true for both the Texas driver's
9  license and the Texas personal ID card?
10     A.  Correct.
11     Q.  If an individual moves within Texas prior to
12 the expiration date of his or her driver's license, are
13 they required to update their driver's license?
14     A.  They are.
15     Q.  What do they need to do to make it -- to sort
16 of register their change of address?
17     A.  They can either go on-line and apply for a
18 change of address on-line or they can go into the local
19 driver license office.
20     Q.  And do they get a new picture when they update
21 their address?
22     A.  If they go into the driver license office they
23 get a new picture.  If they do on-line we use the
24 photograph that's on file.
25     Q.  Does this update change their expiration date?

78

1      A.  No, ma'am, not if it's a duplicate or just a
2  change of address on-line.
3      Q.  And if -- if someone who holds a Texas
4  driver's license changes his or her name before the
5  expiration of the driver's license, what does that
6  person need to do to have -- or does that person need
7  to update their driver's license to reflect their new
8  name?
9      A.  If they choose to change their name, then they
10 come into the local driver license office and bring the
11 documents verifying the name change.  You're not
12 allowed to do a --
13     Q.  So that --
14     A.  I'm sorry.
15     Q.  Oh, yeah, I'm sorry.  Continue.
16     A.  You're not allowed to do a name change
17 on-line.
18     Q.  And do they get a new picture when they come
19 in to change their name?
20     A.  When they come into the driver license office,
21 yes, ma'am.
22     Q.  Does that change alter at all the date of the
23 expiration of the driver's license?
24     A.  No, ma'am, not if all they're doing is a name
25 change.

79

1      Q.  Are you familiar with the election
2  identification certificate?
3      A.  I am familiar with it, but don't know the
4  details of the processes.
5      Q.  Were you at all involved in the process of
6  creating the regulations for the issuance of an
7  election identification certificate?
8      A.  I worked -- in 2011, I worked on the
9  programming side, developing the -- the part within
10 the -- or separate from driver license system, the
11 separate tables for the -- for the election
12 certificate.
13     Q.  Is it your understanding that the regulations
14 governing election identification certificate issuance
15 were based on the regulations governing Texas driver's
16 license issuance?
17     A.  Based on my understanding, it was based on the
18 Texas identification card policies.
19     Q.  The Texas identification card; meaning, the
20 personal identification card and the driver's license?
21     A.  Yes.
22     Q.  And then someone with expertise in -- in the
23 requirements to obtain a driver's license and a
24 personal ID card in Texas, do you think it makes sense
25 to base the requirements for an EIC on the requirements

80

1  to get a Texas driver's license and personal
2  identification card?
3      A.  Yes, because you're establishing identity.
4      Q.  I want to ask you a question about something
5  that you talked about earlier with Mr. Brazil related
6  to an individual who is not a US citizen, but is in the
7  United States lawfully.  I think you said that their
8  Texas driver's license says "Limited Term" on it; is
9  that correct?
10     A.  That's correct.
11     Q.  Can you -- can you tell me where on the face
12 of the driver's license it would say "Limited Term"?
13     A.  It's in the header bar where -- at the very
14 top of the license where the city skyline is.  On the
15 upper right-hand side on -- these are over 21s that are
16 the -- it says, "Driver License Or Identification
17 Card," and beneath that it says, "Limited Term."
18     Q.  Okay.  I believe those are all of my
19 questions.  Thank you so much for your time.
20     A.  Thank you.
21          FURTHER EXAMINATION
22 BY MR. BRAZIL:
23     Q.  Did you say that the -- both the temporary
24 personal identification card and the temporary driver
25 license have a photo on them?

SHERI GIPSON                                          6/9/2014

**81**

1   A.  Yes, sir.
2   Q.  Okay.  They were good for, you believe, about
3   30 days?
4   A.  Yes, sir.
5   Q.  Okay.  The database or databases that we've
6   been talking about during your deposition, are those
7   shared with any other agency or with the Legislature on
8   any regular basis?
9   A.  The database itself is not, but data extracted
10  from there is.
11  Q.  Okay.  Is it on a case-by-case basis or
12  request basis or is it done automatically?  How --
13  what's done with that, to your knowledge?
14  A.  It -- it depends.  There is multiple ways that
15  that data is shared.  We have users that do what's
16  called an entire file and they receive weekly updates,
17  and they get basic information on individuals who apply
18  for a license.  And then if they're part of the weekly
19  update, they get any records that had a change within
20  that prior week.
21       We also do certain data extracts for the
22  Attorney General's Office, Secretary of State, just
23  different ones.  There's multiple entities that we
24  provide data to.
25  Q.  And so the people that may get updates

**82**

1   automatically, those are counties or cities or law
2   enforcement agencies, or what?
3   A.  They can be counties, cities, or private
4   entities, as long as they qualify for the information
5   under the Privacy Act.
6   Q.  Okay.  And what do they use that information
7   for?  For example, a county, what would they use that
8   for?
9   A.  I can't answer that.  I don't know what all
10  they would use it for.
11  Q.  Is there a fee associated with a county or
12  some agency or some private entity getting this
13  information?
14  A.  If it's -- if it's a public entity, there's a
15  fee associated with it.  If it's a governmental agency,
16  there's no fee associated.
17  Q.  If it's a private entity there is a fee?
18  A.  Correct.
19  Q.  If it's a public entity it's not?
20  A.  That's correct.
21  Q.  Okay.  Thank you.  Appreciate your time.
22       MR. BRAZIL:  That's it.
23       MR. KEISTER:  All right.  Well, we'll
24  reserve ours until the time of trial, and the witness
25  wants to read and sign, please.

**83**

1            THE REPORTER:  Off the record.
2      (Proceedings concluded at 11:19 a.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**84**

1        WITNESS CORRECTIONS AND SIGNATURE
2      Please indicate changes on this sheet of paper,
3   giving the change, page number, line number, and reason
4   for the change.  Please sign each page of changes.
     PAGE/LINE     CORRECTION     REASON FOR CHANGE
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25          _____
              SHERI GIPSON

SHERI GIPSON                                                    6/9/2014

---

85

SIGNATURE OF WITNESS

1
2
3      I, SHERI GIPSON, solemnly swear or affirm
4  under the pains and penalties of perjury that the
5  foregoing pages contain a true and correct transcript
6  of the testimony given by me at the time and place
7  stated, with the corrections, if any, and the reasons
8  therefor noted on the foregoing correction pages(s).
9
10
11
12      _____

         SHERI GIPSON
13
14  Job No. 4-AUSTIN-162600 KS
15
16
17
18
19
20
21
22
23
24
25

---

87

1      That the witness, SHERI GIPSON, was duly sworn by
2  the officer and that the transcript of the oral
3  deposition is a true record of the testimony given by
4  the witness;  That the deposition transcript was
5  submitted on _____, 2014, to the witness,
6  or to the attorney for the witness, for examination,
7  signature, and return to U.S. Legal Support, Inc., by
8  _____, 2014;
9      That the amount of time used by each party at the
10  deposition is as follows:
11        Ms. Jennifer Maranzano - 28 min.
          Mr. Scott Brazil - 1 hr. 19 min.
12        Mr. Ronald Keister -
13    I further certify that I am neither counsel for,
14  related to, nor employed by any of the parties or
15  attorneys in the action in which this proceeding was
16  taken, and further that I am not financially or
17  otherwise interested in the outcome of the action.
18
19
20
21
22
23
24
25

---

86

1        IN THE UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF TEXAS
             CORPUS CHRISTI DIVISION
3  MARC VEASEY, et al.,        )
              Plaintiffs,      )
4                              )
     v.                        )  CIVIL ACTION NUMBER
5                              )  2:13-cv-193(NGR)
     RICK PERRY, et al.,       )
6        Defendants.           )
     _____)
7                              )
     UNITED STATES OF AMERICA, )
8        Plaintiff,            )
9  TEXAS LEAGUE OF YOUNG       )
   VOTERS EDUCATION FUND,      )
10  et al.,                    )
                               )
11      Plaintiff-             )  Civil Action
       Intervenors,            )  No. 2:13-cv-263(NGR)
12                             )
   TEXAS ASSOCIATION OF        )
13  HISPANIC COUNTY JUDGES AND )
   COUNTY COMMISSIONERS,       )
14  et al.,                    )
                               )
15      Plaintiff-             )
       Intervenors,            )
16      v.                     )
17  STATE OF TEXAS, et al.,    )
        Defendants.            )
18  _____)
19  *****************************************************
20        REPORTER'S CERTIFICATE
21  THE STATE OF TEXAS:
   COUNTY OF TRAVIS:
22
23      I, Kim Seibert, a Certified Shorthand Reporter in
24  and for the State of Texas, hereby certify to the
25  following:

---

88

1      GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this the
2  _____ day of _____, 2014.
3
4
5
6
7      Kim Seibert, Texas CSR 4589
       Expiration Date:  12-31-2014
8      U.S. Legal Support, Inc.
       Austin Centre
9      701 Brazos, Suite 380
       Austin, Texas  78701
10      Firm Registration 344
       Expiration Date 12-31-2014
11
12  Job No. 4-AUSTIN-162600 KS
13
14
15
16
17
18
19
20
21
22
23
24
25

---

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
(800) 734-4995

SHERI GIPSON                                                    6/9/2014

1

## A

**$1** 56:1,13 70:17
**$100** 52:8
**$15** 12:11 55:25
**$24** 11:19
**$25** 52:8
**$60** 11:20
**a.m** 2:3,3 45:23,23 83:2
**ability** 20:15
**able** 28:3
**above-styled** 2:2
**accept** 36:16 63:19 63:25 66:25
**acceptable** 63:17
**access** 9:25
**accident** 38:13
**accurate** 62:13,17 70:3
**Act** 14:17 82:5
**action** 1:4,11 7:2 20:12 22:16 24:9,11 32:13 47:15,24 51:22 86:4,11 87:15 87:17
**actions** 23:3,7 25:17 27:10 28:2
**active** 20:18
**actively** 60:1
**activity** 20:5,20 21:24 34:7
**actual** 42:8 75:4,7
**add** 9:7
**added** 69:21
**addition** 38:3
**additional** 11:21 17:8 39:24 40:7 45:9 51:23,23 52:3,14,23 60:19 61:12 63:6
**additionally** 10:15
**address** 66:18 76:23 76:25 77:16,18,21 78:2
**addresses** 77:2
**adds** 52:2

**Administration** 67:8
**administrative** 8:10 23:10 32:4,6 36:5 51:22 56:13
**administrator** 47:14 47:19 48:22
**administrators** 40:22
**advance** 7:6
**advantage** 26:7
**advises** 49:7
**affect** 21:7 25:9 36:11
**affidavit** 66:17,21,24 67:6,12,23
**affirm** 85:3
**afford** 11:23
**afraid** 74:20
**African-American** 41:3,4
**African-Americans** 40:19
**age** 12:2,5 16:13,14 39:20,25 50:24
**agencies** 31:1,10 82:2
**agency** 33:23 65:15 66:11 73:16 81:7 82:12,15
**ago** 5:14 44:3,14
**ahead** 24:10
**al** 1:3,5,10,14,17 86:3 86:5,10,14,17
**allergy** 37:7
**allow** 9:25 10:4,5 18:25 23:22 67:9,9 68:2,14
**allowed** 23:14 25:7 44:23 45:2 47:22 57:17 71:11 78:12 78:16
**allowing** 67:22
**allows** 70:23
**ALR** 23:9 25:2 26:7
**alter** 78:22
**alternate** 44:23
**America** 1:7 3:3

14:16 86:7
**amount** 54:2,2 71:2 77:4 87:9
**amounts** 53:9
**analyzed** 66:7
**and/or** 2:8 64:14
**annually** 22:4 52:10
**answer** 5:20,25 35:20 36:1 42:13 43:3 56:25 59:6,19 63:21 74:9,17 82:9
**apologize** 7:5 44:13
**appeal** 36:15
**appear** 60:21,23 72:12
**Appearances** 4:2
**appears** 55:13 62:16 63:18
**applicant** 15:13 16:24 27:18 62:14 64:18 65:10 66:16 66:21 68:11 69:3 71:5,17 76:8
**applicant's** 69:17
**applicants** 56:24 60:20,23 67:22 73:10 76:18
**application** 4:14 6:25 11:11 19:6 21:18 42:7 55:3,6 57:9 67:7 68:25 69:9,17 71:8 75:17,20,22 76:8,10
**applies** 75:1 76:1
**apply** 11:6 20:2 27:9 30:25 34:12,14 35:5 36:21 60:21,24 65:9 77:17 81:17
**applying** 11:16 19:24 27:18 34:25 35:13 54:17 62:23 63:12 64:2,10 73:7
**Appreciate** 82:21
**approval** 13:13
**approved** 58:4 67:16

**approximately** 41:17
**area** 6:16 50:24
**arrest** 31:6 73:6,10
**arrested** 31:12 32:10 34:21 74:14
**arresting** 33:23
**Asian** 41:4
**asked** 15:12 45:9 47:17
**asking** 16:7 36:19 72:17
**assessed** 52:9
**assistant** 7:12,22 74:3,4
**associated** 55:23 82:11,15,16
**ASSOCIATION** 1:12 86:12
**assume** 8:16 34:21 41:2 60:3
**asylees** 13:20 14:3 46:5
**attached** 2:8
**attempting** 51:5
**attention** 64:25
**attorney** 3:14 21:8 54:8 81:22 87:6
**attorneys** 87:15
**Austin** 2:6 3:15,20,24 3:25 7:14 88:8,9
**authority** 68:16,19
**authorization** 29:20
**automatic** 24:13,16 25:4 28:23 32:5 34:13
**automatically** 32:12 33:7 81:12 82:1
**available** 55:2
**Avenue** 3:5
**aware** 66:10 74:12,22

## B

**back** 6:3 7:6 19:23 30:17 44:20 45:4,7 45:25 46:1 59:24,25

**background** 20:23
**backup** 8:5
**bad** 6:1 42:24
**banking** 9:23
**bar** 10:7,7,11,19
  80:13
**base** 70:16 79:25
**based** 11:25 12:2,5
  13:7 14:5,7 46:18
  47:8 50:25 51:1,22
  53:19,23 79:15,17
  79:17
**basic** 40:20,22 54:16
  81:17
**basically** 11:1 23:4
  27:17 28:2 29:14
  39:12
**basis** 65:11 67:20
  68:8 81:8,11,12
**began** 15:7
**beginning** 24:21
  28:24 57:17
**behind-the-counter**
  37:7
**believe** 33:15 54:11
  54:25,25 57:16,16
  61:2 68:16 69:18
  71:12 77:7 80:18
  81:2
**beneath** 80:17
**better** 44:10
**birth** 15:23 39:24
  64:20,21
**birthday** 46:19
**bit** 25:23 60:18
**blank** 23:9
**board** 10:4,5
**boarding** 10:3
**Bodisch** 4:18 58:14
  58:15 73:4
**bottom** 66:15 73:4
**Boulevard** 3:19
**box** 3:15 15:16 22:21
  22:23 43:20 44:2,14
  69:3

**Brazil** 3:9,9 4:5,6 5:4
  5:18 25:25 26:2
  45:17,20 46:1 56:8
  56:19 60:8 61:1
  71:12 80:5,22 82:22
  87:11
**Brazos** 3:24 88:9
**break** 45:18 50:23,25
**breakdown** 41:7
  59:15,16
**breakdowns** 59:14
**breath** 33:12
**briefly** 6:18 7:18
**bring** 54:17 68:14
  78:10
**broad** 38:5
**brochure** 64:25 68:4
**building** 73:12,14
**business** 9:4,23
**buy** 37:6

---

**C**

**C** 3:1
**calculated** 46:18
**call** 10:17 34:8 54:15
**called** 23:9 51:25
  52:7 81:16
**calls** 74:15
**cancel** 29:18,20
  30:10
**canceled** 30:6 49:4
**cancellation** 22:21
  29:8,11,14,24 30:2
**captured** 57:18 69:8
**card** 4:14,15 9:14,16
  9:21 10:6,10,13
  12:5,8,15 13:7
  19:17 21:14 27:9,12
  29:6,16 30:6,10
  33:20 36:7,9,12,14
  36:17,21 38:1,3
  46:5 54:18 55:4,8
  55:20,22 60:24
  62:19 66:5,9 67:4,6
  69:1,16 70:5,8,14

73:8 75:4,10 76:2,3
76:7,9,13,19 77:9
79:18,19,20,24 80:2
80:17,24
**cards** 6:23 9:12 19:10
  27:3 29:9 38:12,17
  38:19 59:3,14 61:25
  76:13,18,22
**case** 62:21
**case-by-case** 67:19
  68:8 81:11
**cases** 73:10
**categories** 22:9 39:19
  39:21 41:1 62:2
**category** 27:5 72:19
**cause** 2:2
**Centre** 3:24 88:8
**certain** 11:24 16:8
  23:6,22 25:15 28:11
  32:13 40:11 48:10
  48:11 50:7 51:22
  64:21 67:16 74:6
  81:21
**certificate** 4:8 15:23
  15:24 38:15,20
  58:25 64:20,22 79:2
  79:7,12,14 86:20
**certificates** 63:2
**certified** 64:19 86:23
**certify** 86:24 87:13
**cetera** 38:14 40:4
**chain** 64:7,15
**change** 9:7 14:14
  46:7 47:3 63:7
  77:16,18,25 78:2,9
  78:11,16,19,22,25
  81:19 84:2,3,4
**changed** 59:23
**changes** 44:17 78:4
  84:2,3
**Chapter** 19:6
**charge** 9:2 51:5,24
**charged** 56:2 70:20
**check** 20:2,22 34:13
  34:24 35:2,7,11

75:19 76:12
**checked** 15:15 43:20
  44:3,3,14
**checks** 39:15
**child** 20:22 21:6,8
  71:13
**choose** 32:2 78:9
**CHRISTI** 1:2 86:2
**circumstances** 31:5
  64:12 66:20 67:16
**citation** 72:9
**citations** 72:6
**cities** 82:1,3
**citizen** 12:23 13:4
  15:13,16,22 17:12
  17:22 18:5,9,20
  43:15 44:14,16 45:9
  61:11 80:6
**citizens** 42:22
**citizenship** 11:13
  14:12 15:5 16:9,19
  16:22 17:15 42:12
  42:20 43:2 45:14
**city** 51:2 80:14
**Civil** 1:4,11 2:7 3:4
  86:4,11
**clarify** 37:14 46:2
**clear** 22:10
**code** 10:7,11,19 19:7
  19:8 26:3,4,5 48:3
  48:10,11
**codes** 47:15,22,24
  48:4,14,14
**collecting** 15:8 21:19
**color** 10:16,25
**column** 66:13
**combination** 26:23
  65:19 68:3
**come** 19:20 42:16
  52:19 64:14 74:19
  78:10,18,20
**comes** 9:1 43:25 44:2
**coming** 22:6
**command** 64:7,15
**comment** 8:24

SHERI GIPSON                                               6/9/2014

3

**commercial** 11:20
  67:10
**COMMISSIONERS**
  1:13 86:13
**committed** 30:9
**common** 5:23 24:5
**compact** 28:5 72:10
  72:22
**completed** 16:10
  76:10
**completely** 57:7
**completion** 75:17
**compliance** 6:25 7:3
  22:6 26:19,24 28:16
**compliant** 21:11 43:7
  44:6,9
**complied** 24:3
**comply** 28:7
**complying** 30:2
**computer** 17:2
**concluded** 83:2
**confiscate** 34:4,6
**confiscated** 30:12,14
  30:17 33:20
**confiscation** 22:21
**confused** 43:12
**Congratulations**
  15:2
**consecutive** 52:23
**considered** 64:11
  67:22 72:22
**constantly** 8:23
**contain** 85:5
**contained** 10:12
**contains** 10:8
**Continue** 78:15
**continues** 23:16
**control** 75:19,24
  76:12,16
**convicted** 52:1,21
**conviction** 7:3 20:7
  20:13 24:2,18 38:13
  52:21
**convictions** 20:8 21:1
  25:11

**coordinator** 7:24
**copies** 64:19,23
**copy** 68:24
**CORPUS** 1:2 86:2
**correct** 8:3,4 9:9
  15:17 17:20 18:6
  19:3,22 24:25 25:3
  26:14 28:19 30:4,24
  31:11 32:25 33:4
  36:24 40:7 43:21,23
  44:4,8 45:6,11,15
  48:20 54:4,21,22
  55:12,15,24 56:10
  56:14 58:2,11,12,16
  58:22 59:8 61:4,5
  61:23 66:19 70:8,9
  70:11,12 71:15,16
  72:4 76:5 77:10
  80:9,10 82:18,20
  85:5
**corrected** 8:20
**correction** 84:4 85:8
**corrections** 84:1 85:7
**cost** 66:3,7
**counsel** 68:21 87:13
**count** 59:7
**counties** 82:1,3
**counting** 59:3
**county** 1:13,13 51:3
  51:15,17 82:7,11
  86:13,13,21
**couple** 43:11 47:4
  56:20
**court** 1:1 5:20 6:7
  23:8 24:8 72:11
  86:1
**courthouse** 10:1
**covered** 57:23
**crash** 38:13 52:2,4
**create** 49:11
**created** 65:21
**creating** 79:6
**Creek** 3:10
**criminal** 51:4
**criteria** 17:14 19:18

23:25 25:7 40:11
  45:1 49:9,16 51:1,1
  52:14
**CSR** 2:4 3:23 17:6
  34:11 36:22 68:16
  88:7
**CSR's** 64:7
**CSRs** 34:8 36:25
**current** 14:18 62:13
  62:17 68:24 70:3
**currently** 6:14 10:5
  50:8,20 59:18
**custody** 73:13
**customer** 7:13 8:24
  34:11 64:3 67:17
  71:5,23,23 74:3,10
**customers** 8:25 54:14
**cycle** 45:3
**Cypress** 3:10

**D**

**Daniel** 58:15
**data** 38:11 40:21
  81:9,15,21,24
**database** 17:17,18
  18:4,17,24 19:19
  20:6 21:22 26:9
  38:4,15,16 39:3,7
  39:18,19 40:18,21
  41:13 42:25 45:8
  47:5,9,13,19 49:13
  57:7 81:5,9
**databases** 81:5
**date** 24:20,21,24
  27:22 28:22,24 29:4
  29:24 30:2 39:24
  46:18 49:16,21,21
  49:22,23 50:14,15
  51:13 52:20 77:12
  77:25 78:22 88:7,10
**dated** 4:17,19 58:10
  58:20
**day** 30:17 32:22 33:9
  33:10 88:2
**days** 25:7 32:2,12,14

32:17 33:1,15,18
  75:11 76:11 77:7
  81:3
**daytime** 61:14
**DC** 3:6
**DECHERT** 2:6
**decision** 74:2
**default** 53:15
**Defendants** 1:6,17
  3:13 86:6,17
**defer** 71:6
**denies** 72:13
**department** 3:4,19
  6:17 8:17 22:19
  24:10 31:7 71:22
**depend** 36:18 63:22
  64:12
**dependent** 31:3
**depending** 24:15
  31:5
**depends** 33:12 44:22
  81:14
**deposition** 1:21,25
  5:7,13,24 7:7 8:7
  81:6 87:3,4,10
**depositions** 8:8 44:7
**deputy** 7:12 74:3
**derivations** 63:20
**describe** 7:18 22:19
  73:15
**description** 4:11 40:1
  40:3,5
**designated** 24:14
  28:14
**details** 79:4
**determination** 23:15
  63:25 64:1,8,9
  65:16 73:24
**determine** 24:8 35:16
  40:18 41:13 42:3
  47:10 48:5,21 52:13
  59:13 69:13
**determined** 65:6,7
**determining** 65:12
**developed** 39:11

SHERI GIPSON                                                    6/9/2014

4

| | | | |
|---|---|---|---|
| **developing** 79:9 | **dollar** 53:9 | 16:17 19:11,12,23 | **effect** 28:20 32:19,22 |
| **development** 60:6 | **DPS** 9:3 10:7 11:6,8 | 19:24 20:3,6,21 | 35:4 |
| **difference** 15:9,11,12 | 11:22 13:10 14:9,19 | 21:7,18 22:13 23:1 | **EIC** 34:25 35:9,14,25 |
| 16:13,14 22:19 | 14:25 15:21,25 | 24:1 29:9 30:12 | 38:24 39:2 56:23 |
| **differences** 35:15 | 16:15 17:19 18:24 | 31:13 33:2 34:5,12 | 57:2,11 79:25 |
| 39:14 | 19:20 21:22 23:25 | 35:5,14,24 37:8,21 | **EICs** 38:17 |
| **different** 8:1 13:21 | 24:18 25:18 26:9,15 | 37:25 38:8,17,23 | **eight** 49:6 |
| 14:1 28:1,9 29:12 | 27:6 29:10 30:1 | 39:17 40:19 41:14 | **either** 18:7 21:1 24:2 |
| 31:1 57:25 63:3,5 | 33:25 34:4 35:3,23 | 41:14,18 42:10 | 26:17 39:22 41:12 |
| 68:3 74:8 81:23 | 36:15 37:11,12,18 | 43:25 44:1,21 46:12 | 44:24 49:7 53:11 |
| **differently** 31:2 | 38:4 43:19 44:21 | 48:23,25 49:2,3,14 | 54:1 77:17 |
| **difficult** 50:12 | 45:8 51:15 54:12 | 50:1,19 51:9,11,16 | **elected** 42:6 |
| **Direct** 7:20,21,22 | 55:1,14 56:9,10,22 | 54:20 55:11 58:3 | **election** 38:15,20 |
| **director** 7:12 74:4 | 57:24 61:18 63:19 | 60:21 62:15 63:12 | 58:25 79:1,7,11,14 |
| **disability** 12:3,7 | 64:4,11 65:24 66:1 | 64:18 65:3 66:5,9 | **eligible** 26:13,16,22 |
| 70:24 | 66:7,15,20 67:22 | 68:2,25 69:16 70:1 | 61:6,21 62:3 67:5 |
| **discover** 30:8 | 68:1,13,18 69:7,15 | 70:5,11,14 71:5,18 | **employed** 6:14 87:14 |
| **discretion** 68:1,14 | 70:18 71:1 73:5,8 | 72:19 73:7 75:1,3 | **employee** 68:13 |
| 70:18 71:1 | 73:10,11,15,18 | 76:17 77:8,12,13 | **employees** 68:1 |
| **discussed** 59:9 61:2 | 74:14,24 75:19 | 78:4,5,7,23 79:15 | **enforcement** 6:16,25 |
| 68:5 | **drive** 9:19 28:3 32:16 | 79:20,23 80:1,8,12 | 25:16 31:1 47:14,24 |
| **displays** 17:7 | **driver** 4:14,16 6:16 | **drivers** 43:8 44:18 | 73:16 82:2 |
| **disqualify** 63:11 | 6:22,23,24 7:13 | **driving** 25:14,14 | **engine** 39:10 |
| **distinction** 35:16 | 11:10,18,19,20 12:7 | 36:10 52:18,18 53:5 | **engines** 39:7 |
| **DISTRICT** 1:1,1 | 13:25 16:11 18:1 | **drug** 25:15 | **enter** 47:10 72:12 |
| 86:1,1 | 20:9,11,17 21:2,5 | **DSHS** 71:20,22 | 74:14 |
| **divided** 38:16 | 21:10 23:3 29:18,20 | **duly** 2:1 5:2 87:1 | **entered** 40:12 |
| **division** 1:2 3:4 6:16 | 30:11,13 34:15 | **DUNN** 3:9 | **entire** 42:25 65:23,25 |
| 37:15,16,19 86:2 | 37:15,19 38:7,9,10 | **duplicate** 78:1 | 81:16 |
| **DL** 22:7 52:19 70:25 | 38:11,18 39:12,13 | **DW** 48:2 | **entities** 81:23 82:4 |
| **DLs** 57:10 | 39:23 46:8 49:9,15 | **DWI** 20:14,19 25:13 | **entity** 82:12,14,17,19 |
| **document** 4:12 9:16 | 50:6 51:19,21 53:1 | 26:25 31:13 32:10 | **equal** 17:15 |
| 13:12 21:3 54:20,25 | 54:17 55:3,7,18 | 48:3 53:2,3 | **equals** 17:12 61:11 |
| 55:16 62:11,16 | 56:11 57:9 61:8,10 | **DWLI** 53:5 | **establish** 18:12 22:5 |
| **documentation** 14:7 | 61:12,15 62:10,23 | | **established** 21:3 |
| 16:3 17:3,6,23 | 66:25 67:9,10 69:10 | **E** | **establishing** 80:3 |
| 42:12 62:22 63:6 | 69:21 71:10,14,24 | **E** 3:1,1 85:1,1 | **et** 1:3,5,10,14,17 |
| **documents** 8:9 13:15 | 72:14 77:19,22 | **e-mail** 4:17,19 58:10 | 38:14 40:4 86:3,5 |
| 13:19 26:24 36:24 | 78:10,20 79:10 | 58:18,20 73:3 | 86:10,14,17 |
| 54:8,10 62:25 63:4 | 80:16,24 | **earlier** 27:25 37:25 | **ethnicity** 41:5 69:17 |
| 63:10,19,23,24 | **driver's** 4:12 9:11 | 43:12 55:25 57:23 | 69:20 |
| 64:17,21,22,23 65:2 | 10:20,22 11:2,4,6,8 | 71:13 80:5 | **evaluation** 52:13 |
| 66:8 75:22 78:11 | 11:16,23 12:10,16 | **EC** 58:23 | **everyday** 5:23 |
| **doing** 16:12 25:22 | 12:19 13:5,21 14:2 | **EDUCATION** 1:9 | **evidence** 30:21 |
| 42:7 60:5 78:24 | 14:12 15:5 16:1,5 | 86:9 | **exactly** 15:4 62:24 |

SHERI GIPSON                                                    6/9/2014

5

63:10
**examination** 4:5,6,6
5:3 60:11 80:21
87:6
**examinations** 75:9
**example** 20:7 22:20
28:4 31:13 35:4,15
37:6 38:22 48:15
49:25 61:14 68:11
82:7
**examples** 24:1 67:11
**exception** 12:17
18:10,15 22:3 55:8
62:5
**exceptions** 18:7,11
**exhibit** 4:12,13,15,16
4:17,19 45:24 54:11
56:16,16 58:8 62:7
62:10 64:24 68:22
69:23 70:7,10 73:1
**EXHIBITS** 4:10
**existence** 59:18
**existing** 59:6
**expect** 13:15 35:6
**expertise** 79:22
**expiration** 14:5 46:18
49:6,21,22 50:14
51:13 65:4 77:12,25
78:5,23 88:7,10
**expire** 65:8
**expired** 48:22 49:3
49:10,12,14,15,20
49:24 50:1,1,7,8,10
50:16,20,21 51:9,10
51:16
**expires** 48:25 49:5
**extended** 13:12
**extracted** 81:9
**extracts** 81:21

———————
**F**
———————
**F** 85:1
**face** 10:14,24 13:22
38:2 46:14 61:13
80:11

**fact** 20:18 44:20
71:13
**fail** 25:8 53:12 72:11
**fails** 71:23
**Failure** 21:8
**fair** 6:4,5,12,13 17:9
73:15
**familiar** 79:1,3
**far** 13:24 22:16 35:22
70:20 75:21
**fast** 6:2
**Father's** 69:4
**Federal** 2:7
**fee** 11:16,18 12:4
53:17 55:25 56:1,3
56:13 70:16,17,24
71:8 82:11,15,16,17
**fees** 4:15,16 11:21
12:7,8,9 26:23
55:18,20,23 56:11
70:4,10,13,19 71:2
71:9,13,17,18,25
72:15 74:13,23
**felony** 20:7,8
**field** 8:24 17:8,15
36:2 47:21,22 67:18
**fields** 16:8 38:3 39:24
**file** 26:20 61:9,10
77:24 81:16
**fill** 11:11 60:18
**final** 23:15 26:6,8
76:19
**financially** 87:16
**find** 25:19
**fine** 7:8 51:23,23
**fingerprint** 36:3
57:14
**fingerprinting** 34:24
**fingerprints** 19:25
21:15 35:6,7,10
56:23,25
**finish** 5:19
**Firm** 88:10
**first** 5:2 11:4,7,17
12:16 16:3 19:25

20:22 21:13 45:12
64:25 65:2 66:12
**first-time** 60:20,23
**flags** 19:20
**follow** 40:10
**follow-up** 47:4
**followed** 49:18
**following** 86:25
**follows** 5:2 87:10
**foregoing** 85:5,8
**forgive** 13:17
**forgot** 23:9
**form** 13:18 63:6
65:18
**formal** 36:20
**former** 12:18 28:6,8
**forms** 11:15 65:20
66:4,22 67:13,24
68:3,12,14 73:11
**forward** 9:1 49:17
50:3
**forwarded** 37:11,12
**foundation** 74:16
**four** 14:24 24:6
**fourth** 53:4
**fraud** 30:8 69:11,13
**fraudulent** 34:7
**full** 5:5 54:2
**fully** 63:22
**functions** 6:20
**FUND** 1:9 86:9
**further** 4:6 80:21
87:13,16

———————
**G**
———————
**G** 85:1
**gain** 9:25
**general** 3:14 14:25
68:21
**General's** 21:9 81:22
**generally** 30:22
31:19
**generated** 49:7 59:11
**generic** 50:17
**geographical** 50:24

51:2
**getting** 16:3 20:6,9
20:11,21 21:2,4,25
22:2,8,14 27:12
38:2 76:22 82:12
**Gipson** 1:22,25 4:4
5:1,6 60:13 84:25
85:3,12 87:1
**give** 5:19 6:6 9:18
18:21 24:1 28:22
33:16 48:10,11,14
49:16 50:5
**given** 5:7 23:7 29:24
32:2,10,14 52:15
77:3 85:6 87:3 88:1
**gives** 28:24
**giving** 84:2
**go** 7:6 11:5 15:25
18:1 19:2,10 21:13
23:8,14 24:7,10
26:15 27:9 32:3
34:3,4,12 35:3,21
36:1,3,9,20,22 37:4
37:6 40:8,13,15,17
44:20 45:4,7,8,12
49:8,8 50:9,13 51:8
53:14 57:24 61:14
74:20 77:17,18,22
**goes** 25:9 54:2
**going** 5:25 9:10 19:23
32:1 35:17 39:15
45:20 59:10 60:8,17
**good** 25:22 32:16
81:2
**gosh** 69:18
**governing** 79:14,15
**governmental** 82:15
**great** 45:19 60:17
**group** 9:5,8 61:20
**guess** 35:18

———————
**H**
———————
**habitual** 24:5 25:10
**hair** 10:16,25
**HAND** 88:1

SHERI GIPSON                                          6/9/2014

6

**handle** 31:1
**handled** 21:17
**handles** 73:6
**happens** 26:8 29:1
  31:13,23 53:13
**header** 13:24 80:13
**headquarters** 6:20
  8:4
**Health** 71:22
**hear** 60:15
**heard** 25:1
**hearing** 23:6,8,15,20
  23:21,23 24:7,15
  25:5 32:2,3,3,4,15
  32:20,24 33:1,3,5
  36:10 37:3
**hearings** 23:10 36:4
  36:5,6
**height** 10:16 40:3
**held** 11:13
**help** 14:16 22:11,11
**helping** 45:16
**hereto** 2:9
**Hi** 60:13
**higher** 64:4,6
**highway** 74:5,10
**Hispanic** 1:13 41:5
  69:20 86:13
**Hodge** 58:15
**hold** 20:15,17 23:18
  40:19 41:18 42:10
**holders** 41:15 42:2
**holding** 48:22
**holds** 78:3
**hour** 45:20
**houses** 10:15 38:10
  38:12
**Houston** 3:11
**hr** 87:11

— I —

**ID** 12:11 19:14 21:25
  22:7 27:12 34:18,19
  38:24 43:7 44:6,6,9
  51:6 60:24 61:24

  62:19 65:3,8 66:5,9
  70:25 71:6 73:11
  74:24 76:7,13,13,18
  77:9 79:24
**idea** 41:7
**identification** 4:14,15
  6:23 9:11,14,16,21
  9:23 10:6,9,10,13
  11:2,15 12:5,7,10
  12:15 13:22 19:9,17
  21:13,14 27:2 29:5
  29:9 30:5 33:20
  35:14,25 36:7,8,12
  36:14,21 38:12,17
  38:19 39:18 54:18
  55:4,7,20,22 65:2
  65:19,20 66:4,23
  67:13,24 68:10,13
  68:15 69:1,16 70:5
  70:8,14 73:8 76:2,9
  79:2,7,14,18,19,20
  80:2,16,24
**identify** 49:23 50:15
  54:7,10,12,24 55:16
  58:7
**identity** 11:12 30:9
  65:1,17 69:11,13
  80:3
**IDs** 57:10 61:11
**image** 61:9
**imbedded** 57:9,10
**implementation**
  69:21
**improvement** 9:5
**in-person** 16:12
**incident** 36:11
**included** 41:6 69:15
**includes** 56:1,12
**income** 53:19,24
**incorrect** 30:9
**indefinite** 28:15
**INDEX** 4:1
**indicate** 84:2
**indicated** 42:21
**indicates** 43:5 55:18

**indigency** 53:22
**indigent** 67:23
**individual** 9:17 10:16
  28:3 33:23 63:12
  64:2,10 67:12 73:6
  77:11 80:6
**individual's** 62:22
**individuals** 11:23
  41:17,24 48:17 61:7
  76:23 81:17
**information** 8:6,23
  10:12,14,21,23,24
  11:7,14 15:8,14
  16:2,24 17:8 18:21
  19:11 20:23 21:21
  21:23 22:14 24:2
  29:16,16 37:10,11
  37:12,24 38:2,13
  40:7 42:5 47:21
  54:16 55:5,21 69:4
  69:7,8,10,12 81:17
  82:4,6,13
**initial** 52:12,22 59:11
  59:21
**initially** 14:15 20:25
  58:14 64:13
**initiate** 24:10 25:17
  32:5
**initiated** 29:3
**initiation** 7:2
**inside** 73:14
**installment** 53:11,13
**instance** 2:1 26:19
  29:18 30:7 36:23
  51:24
**instances** 67:12
**instructed** 31:4
**insurance** 25:6,7,8
  26:19,21 28:12,14
  52:19,22,25 53:1
**intent** 8:22
**interested** 87:17
**Intervenors** 1:11,15
  86:11,15
**intoxicated** 25:14

  52:18
**invalid** 25:15 51:6
  52:19 53:5
**investigating** 69:14
**involved** 23:6 52:2
  59:20 71:9 79:5
**involvements** 38:13
**Islander** 41:4
**issuance** 6:22 38:11
  70:25 79:6,14,16
**issue** 14:12 36:17
  64:11 74:24
**issued** 9:17 10:7 13:7
  14:1,4 16:6 59:3,14
  75:10,18 76:14 77:1
**issuing** 68:2
**item** 26:19

— J —

**January** 50:2
**Jennifer** 3:3 60:9,13
  87:11
**jennifer.maranzan...**
  3:7
**Job** 85:14 88:12
**Joe** 74:4
**JoeAnna** 7:10
**John** 63:16
**judge** 36:5
**JUDGES** 1:13 86:13
**July** 4:17 58:10 73:5
**jump** 60:17
**June** 1:23 2:3 50:18
**JUSTICE** 3:4

— K —

**K** 3:9
**Karen** 4:20 58:21
**Kathleen** 3:18
**kathleen.murphy...**
  3:21
**keep** 30:15
**Keister** 3:14 5:16
  25:22 56:7,18 74:15
  82:23 87:12

SHERI GIPSON                                         6/9/2014

7

**KIESTER** 45:19
**Kim** 2:4 3:23 86:23
  88:7
**kind** 10:12 75:24
**know** 5:23 6:8 10:3
  13:18 34:23 35:15
  35:18,19 37:16,17
  37:20 39:6,20 41:17
  42:12 50:11 51:4,8
  51:10 57:3,14 58:4
  59:21,23 62:12
  63:16,21 65:11,16
  65:19,20 66:3 73:21
  74:19,21 75:24
  76:15 79:3 82:9
**knowing** 74:19
**knowledge** 31:9 35:8
  35:12 36:2 57:12,21
  67:15,25 72:1 74:18
  74:25 81:13
**KS** 85:14 88:12

**L**

**L** 3:3
**labeled** 69:3
**lack** 44:9
**lag** 64:11
**laid** 70:22
**Lamar** 3:19
**law** 2:5 8:9 25:18,20
  31:1 36:5 44:6
  73:16 82:1
**lawful** 13:7,9,11
  46:19
**lawfully** 80:7
**lays** 68:4
**lead** 37:1 68:6 71:14
  71:18 72:3,15
**LEAGUE** 1:9 86:9
**leave** 30:19
**Legal** 3:23 87:7 88:8
**legally** 46:14
**Legislature** 70:15
  81:7
**let's** 21:12 23:1,1,24

24:17 26:6 27:2,24
  38:8 64:25
**letter** 27:21 28:20
  49:2 53:6,8
**level** 11:24 36:3
  68:17
**levels** 53:20
**license** 4:12,14,16
  6:16,21,23 7:13,24
  9:11 10:15,20,22,24
  11:2,5,6,9,10,13,16
  11:18,19,20,23 12:7
  12:10,16,17,20 13:5
  13:21,25 14:2,12,22
  15:6 16:1,5,11,18
  18:2 19:11,12,23,24
  20:3,7,10,11,16,17
  20:21 21:3,5,7,10
  21:18 22:13 23:1,3
  24:1,19,24 25:12,14
  26:9 28:7,18 29:9
  29:18,21 30:11,12
  30:16 31:14,23 32:1
  32:6,7,9,11,16 33:2
  33:2,6 34:5,12,15
  35:5,14,24 37:8,15
  37:19,21,25 38:7,8
  38:9,10,17,23 39:12
  39:13,17,23 40:19
  41:14,15 42:1 43:25
  44:1,21 46:8,8,12
  47:6,11,12 48:19,23
  48:25 49:2,3,5,9,10
  49:12,14,15 50:1,10
  50:19 51:9,11,12
  52:18 53:1,5,13,14
  54:17,20 55:4,7,11
  55:18 56:11 57:9
  58:3 60:21 61:8,12
  61:13,15 62:11,15
  62:24 63:12 64:2,18
  65:3,8 66:5,9,25
  67:9,10 68:2,25
  69:10,16,21 70:1,5
  70:11,14 71:6,14,18

71:24 72:14,16,20
  73:7 75:1,3,5,7,12
  75:14 76:17 77:9,12
  77:13,19,22 78:4,5
  78:7,10,20,23 79:10
  79:16,20,23 80:1,8
  80:12,14,16,25
  81:18
**licenses** 38:11,18
  41:18 42:10 50:6
  51:16 61:10
**lift** 30:1
**lifted** 26:21 28:12
**lifts** 27:10
**limit** 47:18
**limited** 13:13 46:4,7
  46:9,13,15,21,22
  80:8,12,17
**line** 69:4 84:2
**list** 70:10
**lists** 70:3
**little** 25:23 60:18
**live** 9:18 37:22
**lives** 12:22
**living** 13:3
**LLP** 2:6 3:9
**local** 31:10 77:18
  78:10
**location** 39:25
**locations** 37:20
**long** 13:6 14:18,25
  33:11,14 66:1 69:15
  75:2,6 77:6 82:4
**longer** 26:10 30:16
  30:18
**look** 17:1,5 35:21
  49:20,21 62:7,12,12
  63:20 66:12 68:22
  69:23 72:25 73:3
**looked** 51:12
**looking** 8:22 17:6
  39:17 58:19 75:21
**Lynn** 5:1,6

**M**

**ma'am** 46:3 60:16,22
  60:25 61:19 62:5,20
  63:8 64:20 65:14,22
  66:14,24 67:21 68:5
  68:9,23 69:2 70:6
  70:22 71:3 72:5,21
  72:24 73:9,20 75:25
  78:1,21,24
**machine** 2:5
**mag** 10:11,19
**magnetic** 10:8,17,21
**maiden** 69:5
**mail** 24:23 29:22
  44:24 49:8 61:3,6
  61:16,18,21 62:3
**mailed** 76:18,21
**mailing** 6:22 76:24
  77:2
**main** 38:19 39:13
**maintain** 30:20 31:24
  32:9 38:5
**maintained** 17:19
  37:10
**maintains** 37:13
**manage** 6:20
**management** 67:17
  68:21
**manager** 6:15 14:22
**managers** 7:23 64:16
  74:2,10
**mandatory** 25:13
  26:25
**manner** 21:17
**Maranzano** 3:3 4:6
  60:12,13 74:22
  87:11
**MARC** 1:3 86:3
**marked** 45:24
**marriage** 63:2
**Mastracchio** 7:10
**material** 6:25
**matter** 44:20 60:14
**mean** 7:18 8:16 12:21
  16:7 18:10 21:19
  25:15 33:16,22 41:2

SHERI GIPSON                                                6/9/2014

8

47:8 63:13 65:18
74:19 75:4,21
**meaning** 79:19
**means** 6:8,8 13:11
44:23
**medical** 55:8,10
**medicine** 37:7
**meet** 19:18 28:15
45:1 49:9 52:14
**message** 57:1,8
**million** 41:19,21,22
42:1,9,10,11,19
**min** 87:11,11
**mind** 13:9
**minimum** 40:12
**modified** 57:19
**modify** 9:7
**moment** 19:23 23:18
**morning** 9:10
**Morris** 4:20 58:21
**mother's** 69:5
**motorcycles** 11:21
**mouthful** 7:5
**move** 45:13
**movement** 52:1
**moves** 77:11
**multiple** 81:14,23
**Murphy-Darveau**
3:18

**N**

**N** 3:1 85:1,1
**name** 5:5 38:23 39:23
40:8,13,15 62:21
63:3,6,9,20,22,22
69:4,5 78:4,8,9,11
78:16,19,24
**names** 7:19 63:5,19
**naturalization** 15:23
**nature** 18:17 21:2
36:24 47:7
**necessary** 29:17
**need** 11:7 17:22
45:14 54:16 60:20
60:23 63:5,24 64:18

75:9 77:15 78:6,6
**needed** 8:20
**needs** 62:14
**neither** 87:13
**never** 29:3 66:11
**new** 77:20,23 78:7,18
**nickname** 63:18
**non-Texas** 46:11
**non-US** 13:4
**noncompliance**
25:11
**nonresident** 12:19,21
28:4 72:10
**nonresidential** 72:21
**North** 3:19
**Nos** 45:24
**notated** 27:11
**noted** 85:8
**notes** 60:10
**notice** 24:3 31:25
49:7 54:5
**notification** 21:9
24:17,18 32:11
**notified** 24:22,23
29:22
**notify** 72:11
**notifying** 53:8
**November** 4:19
58:20 60:4
**NRVC** 72:21
**number** 4:11 16:9
19:14 39:23,23 48:4
58:8 59:3,3 61:10
62:6 84:2,2 86:4
**numbered** 2:2
**numbers** 13:18
**numerous** 25:16
**NW** 3:5
**NWB** 3:5

**O**

**O** 85:1
**Objection** 74:15
**obtain** 11:8 12:19
13:4 15:5 55:22

66:8 67:1,2,5 75:2
76:25 79:23
**obtained** 16:18
**obtaining** 22:7 66:3,7
**occurred** 24:4 72:9
**occurs** 23:20
**offended** 6:12
**offender** 27:8,13
**offenders** 22:4
**offense** 24:4 47:8
52:4 53:9
**offenses** 25:15 52:17
**office** 3:14 7:14 11:6
15:25 18:2 21:9
23:10 26:15 32:4
34:4,9,22 35:3,23
36:2 37:2 44:21
45:1,5,8 49:9 55:3
56:2,4,5 57:24 61:8
64:13 68:6 73:8,12
74:14 75:25 76:16
77:19,22 78:10,20
81:22 88:1
**officer** 30:19 31:3
34:22 69:14 87:2
**officers** 30:15
**offices** 2:5 8:24 58:5
67:18 73:19,20,21
73:25 74:6,8
**offshoot** 39:12
**oh** 18:19 58:6 72:23
78:15
**okay** 5:15,17,22 6:4
7:7 9:12,13 10:20
11:10 12:2 13:2
14:11 15:11,18 16:1
16:12 17:1,21,25
18:15 19:16,19
20:13,20 21:6 22:9
22:12,18 23:3,13,19
23:24 25:10,21,24
26:14 27:4,16 29:5
30:5,11 31:10,12,17
31:23 32:19 33:5,16
37:18,24 38:4,9

39:5,9 40:5,16,17
40:24 41:7,12,23
42:3,23 43:11,13,22
44:5,12,19 45:12,16
46:2,11,20,23 47:1
47:4,16 48:5,9,21
48:25 49:19,25
50:23 51:4,14,19
53:6,21 54:1,19,22
54:24 55:13 56:3,12
56:21 57:20 58:6,17
58:23 59:2,6,9,18
60:3,7,15,17 61:17
61:24 62:7,9,17
64:8,17,24 65:11,16
66:3 67:11,19 68:11
68:22,23,24 69:24
70:2,18 71:12,25
72:15,25,25 73:2,15
74:12 75:8 80:18
81:2,5,11 82:6,21
**on-line** 17:10,12,15
17:21 18:4,8,22
19:1,16,17,21 22:13
44:2,24 45:2 49:8
56:4,5 61:2,16,21
62:3 77:17,18,23
78:2,17
**once** 26:20 38:25
49:10 52:21 75:8
76:10
**ones** 28:11 50:8,15
73:25 81:23
**onetime** 76:24
**operation** 8:5
**operations** 67:17
74:3,11
**opinion** 9:15,21,22
**opportunities** 53:10
**opportunity** 23:7
**options** 72:8
**oral** 1:21,25 87:2
**order** 11:8 40:16
62:15 66:8
**original** 12:25 27:18

SHERI GIPSON                                             6/9/2014

9

64:18 65:9
**originals** 64:23
**out-of-state** 19:12
    25:10 28:17 29:1
**outcome** 24:15 87:17
**outside** 73:11
**outstanding** 34:20
    74:13,24
**overcharge** 71:20
**overpay** 71:20,23
**overturn** 24:11
**overview** 19:6
**owe** 74:13,23
**owes** 71:18

────────────

**P**

**P** 3:1,1
**P.O** 3:15
**Pacific** 41:4
**page** 4:7,11 55:19
    56:8 64:24 66:12
    84:2,3
**PAGE/LINE** 84:4
**pages** 85:5
**pages(s)** 85:8
**paid** 28:18,25 54:1
    72:3,6
**pains** 85:4
**pamphlet** 54:14
**paper** 84:2
**paragraph** 56:19
**parent** 29:19
**Parkway** 3:10
**part** 39:13 43:7 49:18
    57:1,1 72:9,11 79:9
    81:18
**parties** 87:14
**party** 87:9
**pass** 18:24 29:17 60:8
**passed** 75:8
**passport** 15:24
**patrol** 74:5,10
**pause** 5:25 26:1
**pay** 21:8 28:6 53:11
    53:12

**paying** 26:23 28:8
**payment** 53:10 70:17
    71:6,7
**payments** 53:11,13
    71:11
**penal** 26:5
**penalties** 85:4
**penalty** 51:4
**Pennsylvania** 3:5
**people** 7:16 42:10,21
    47:10,11 48:22
    61:20 62:2 74:19,20
    81:25
**percent** 12:6 70:23
**Percentages** 41:9
**perception** 74:12,23
**period** 13:13 14:1,4
    14:24 24:7,14 28:10
    28:13 32:23,23 33:6
    44:25 46:13 48:7,12
    48:18 50:7,11 52:7
    56:22 65:6,7,12
**perjury** 85:4
**permanent** 13:19
    14:3 76:3,7,17,23
**permissive** 19:14
**permits** 66:16,21
**PERRY** 1:5 86:5
**person** 10:4 18:8
    19:2,10 29:15,17
    32:8,10 35:13,22
    43:22 45:5 51:9
    60:21,24 61:8,25
    63:5 72:13 75:1,18
    78:6,6
**person's** 63:4
**personal** 9:11,14,16
    9:20,23 10:6,8,10
    10:13 11:1 12:9,14
    19:9,17 21:12,14
    27:2 29:5,9 30:5
    33:19 34:18 35:14
    35:25 36:6,8,14,21
    38:17,24 39:18
    55:22 60:24 61:24

62:19 66:5,9 70:4
    70:14 71:6 73:7
    76:1,7,9,12,13,18
    77:9 79:20,24 80:1
    80:24
**persons** 59:4,7
**Peters** 4:18 58:11
    73:4 74:4
**pharmacies** 37:11
**phase** 60:6
**phone** 44:24 54:8
    61:3,16,17,21 62:4
**photo** 51:6 65:3
    75:15 80:25
**photograph** 77:24
**physical** 30:22 31:18
    44:15 45:14
**physically** 30:12
**picture** 77:20,23
    78:18
**place** 65:14,23 66:21
    67:13 85:6
**Plaintiff** 1:8,11,14
    3:3 86:8,11,14
**Plaintiffs** 1:3 2:1 3:8
    86:3
**plan** 71:7
**plane** 10:3,4,5
**please** 5:5 82:25 84:2
    84:3
**plus** 10:24
**point** 42:25 43:3,22
    52:3,7,9,11 57:3
**points** 51:25 52:2,5,6
    52:8,10
**pole** 51:10
**policies** 79:18
**policy** 9:4 71:4
**portion** 9:2
**portrait** 61:9
**position** 6:19 7:11,19
    14:19
**possession** 30:23 31:8
    31:18,24
**possible** 69:11

**potentially** 68:21
**poverty** 11:24,25
**precincts** 51:15
**preparation** 8:7
**presence** 13:7,9,11
    46:19
**present** 3:18 14:8
    62:14,23 63:5 73:18
    73:20,22,25 74:6
**presented** 64:17
    75:22
**prevent** 20:6,9,10,21
    22:1,14
**previous** 11:13 61:7
**previously** 16:25
**primarily** 6:21 7:1
    9:10,22 73:15
**primary** 39:22 65:1
    65:19 68:12
**printed** 35:1
**printing** 39:14
**prints** 21:20,21,23
    57:18,20
**prior** 14:23 15:8 21:2
    28:12 29:4 42:22
    46:6,25 47:1,3 49:5
    49:6,23 77:11 81:20
**Privacy** 82:5
**private** 82:3,12,17
**privilege** 9:19
**probably** 24:5
**problem** 36:13,18
**problems** 8:24
**procedure** 2:7 71:4
**proceeding** 87:15
**Proceedings** 83:2
**process** 5:11 16:8
    22:5 23:5 25:2 26:7
    31:15 32:4 36:9,15
    36:20 37:3 43:8
    57:2,10,11 59:11,19
    59:21 67:8,16 71:9
    75:4 76:2,10,22,24
    79:5
**processed** 31:16

SHERI GIPSON                                        6/9/2014

**processes** 79:4
**processing** 7:3 70:17
**produced** 1:25
**production** 6:23,24
**profile** 58:23,25
**program** 71:11 72:12
**programmed** 59:11
**programming** 79:9
**prohibit** 21:4,25
  27:11
**prohibited** 20:12
**project** 14:24
**proof** 11:12,12,12
  12:17 13:3 14:11
  15:4,7,19,21 16:10
  16:18,18 17:3 25:8
  26:21 28:13,25 29:4
  36:16 42:12,17,19
  42:22 43:1,6,10,20
  43:23 44:15 45:10
  45:14
**prove** 13:6 66:16
**proven** 34:7
**provide** 11:8,12 14:7
  19:25 21:14 33:17
  47:14,24 48:14
  81:24
**provided** 15:13 17:2
  54:14 75:9
**providing** 20:18
  26:24
**proving** 65:17
**provisions** 2:8
**public** 3:19 6:17 8:17
  31:7 57:25 74:12,22
  82:14,19
**pursuant** 2:7
**put** 22:9,21,23 52:11

**Q**
**qualified** 29:15
**qualify** 82:4
**quality** 75:19,24
  76:12,16
**question** 5:19,25 6:1

6:2 15:12 18:3 38:5
  42:24,24 56:17 59:2
  59:5 64:5 69:15
  80:4
**questions** 43:11 47:4
  54:9 55:9,10 56:20
  60:10,19 69:25
  80:19
**quite** 69:20

**R**
**R** 3:1 85:1
**race** 39:20 40:4,6,8
  41:1,8 50:24 59:16
  59:17 69:17,18
**racial** 58:23,25 59:7
**range** 50:6
**ranges** 39:25
**re-apply** 27:14
**reach** 52:10
**reactivated** 59:20
**read** 21:6 56:19
  82:25
**reading** 62:16
**real** 43:7 44:5,6,6,9
**really** 36:1
**reason** 33:25 34:3,6
  39:9 42:1,18,18
  84:2,4
**reasons** 33:24 85:7
**recall** 14:15 33:14
**receipt** 75:15,16,19
  76:3 77:3
**receive** 24:2 25:6
  75:10 76:6,9 81:16
**received** 21:1 24:6
**receives** 12:6
**receiving** 12:14,15
**recertify** 43:8 44:18
**Recess** 45:23
**record** 2:8 6:24 8:5
  9:15 21:3 22:10
  26:11,22 27:11
  38:12 45:22,25
  49:22 52:13 54:10

54:19 55:17 58:7,19
  83:1 87:3
**recorded** 23:5
**records** 6:15,21,24
  8:8 14:22 41:20,22
  41:23 49:24 66:2
  81:19
**reduced** 53:19,23
  54:2
**reduction** 12:4
**referred** 46:5 55:24
**reflect** 78:7
**refuse** 33:13,14,15
**regard** 21:19 70:19
**region** 8:1
**register** 77:16
**registered** 41:15 42:4
  42:9
**registration** 42:6,8
  88:10
**regs** 25:18
**regular** 11:19 81:8
**regulations** 79:6,13
  79:15
**reimburse** 71:24
**rejected** 36:21
**related** 33:21 38:11
  80:5 87:14
**relation** 38:7
**relations** 38:9
**rely** 15:21
**remember** 15:4
**remind** 5:18 6:11
**renew** 15:25 18:3,25
  19:10,16,16,21 22:4
  22:13 27:17,19 44:2
  45:2,7 49:1,1,8 61:6
  61:16,17
**renewal** 16:13 17:9
  17:11 22:15 27:9
  44:1,2,23,23,25
  45:2 49:6 61:3,7,21
  70:24 72:13
**renewals** 42:16 61:1
  61:2,24 62:3

**renewed** 17:4 44:25
  50:10
**renewing** 16:17
  17:14,21 18:8,8,22
**rep** 34:11
**report** 7:9,10,16,20
  7:21,22 37:18 60:1
  60:3
**reported** 2:5 3:22
  37:14,16
**reporter** 5:20 6:7
  45:22,25 83:1 86:23
**Reporter's** 4:8 86:20
**reporting** 7:4 8:25
**reports** 58:24 59:1,7
  59:10,13,22
**representative** 64:3
**representing** 60:14
**request** 9:7 17:8 23:8
  23:21 24:7 32:2,3
  32:14,21,24 33:1,5
  57:8 81:12
**requested** 24:16
**require** 30:18 32:8
  33:24 43:4 44:17
  64:14
**required** 14:11 15:5
  16:19 18:1 19:11,15
  19:25 21:14 22:4
  28:13 30:18 35:24
  35:24,25 36:9 55:5
  57:15,16 58:1 61:14
  65:9 66:4,8,22
  67:14,24 68:20
  77:13
**requirement** 30:3
  34:24 62:6,18
**requirements** 4:13
  12:14 17:11 54:20
  62:11,14 79:23,25
  79:25
**requires** 30:16
**requiring** 42:22
**reserve** 82:24
**residency** 11:12 13:1

66:13,16
**resident** 13:23,25
14:2 46:11,21,24
**residential** 9:24
**residents** 13:20 14:3
**resides** 66:17
**responses** 6:7
**responsibility** 51:19
51:21 71:10
**responsible** 6:22 7:1
**restrictions** 61:13
**result** 14:16
**return** 87:7
**review** 8:21,25 19:5
**reviewed** 8:8,10 19:4
68:20
**reviewing** 8:23
**revocation** 7:2 20:12
20:15 21:24 22:20
23:17 26:18 27:24
28:3,15,22 29:2,3
29:12 47:6 49:11
72:16,19,22,23
**revocations** 22:16
48:6
**revoked** 28:5,7,18
29:6 47:12 49:4
**RICK** 1:5 86:5
**right** 5:15 6:6 15:15
16:5,17 19:3 21:12
23:24 25:25 27:24
34:3 35:22 39:9
41:1,19 42:23 44:5
44:8,12 48:1,5
53:23 56:6,15 61:22
72:20 73:11 82:23
**right-hand** 80:15
**Rights** 3:4
**Robert** 4:18 58:14
63:15
**role** 68:10
**Ronald** 3:14 87:12
**ronny.keister@oag...**
3:16
**Room** 3:5

**rotate** 74:7
**RPR** 3:23
**rule** 6:1 18:11 65:8
**rules** 2:7 5:19 8:11
**run** 20:2

——————
**S**
**S** 3:1,14 85:1,1,1
**Safety** 3:19 6:17 8:17
31:7
**saying** 44:1
**says** 35:5,9,23 45:9
46:7,8,15,15,21
49:2 51:16 53:6
54:19 58:23 62:10
63:15,16 65:1,2
69:4 80:8,16,17
**scan** 60:10
**scenario** 33:19
**Scott** 3:9 6:3 87:11
**scott@brazilanddu...**
3:12
**SEAL** 88:1
**search** 38:22,23 39:7
39:10,20,20,22,25
40:14,20,22 41:12
41:13 47:5,10,15,16
48:13,14 49:13,25
50:11 56:23 57:7
**searched** 47:25
**searches** 39:22
**second** 25:6
**secondary** 68:13
**Secretary** 81:22
**Security** 16:9 19:13
39:23 61:10 62:6
66:25 67:4,6,8
**see** 8:19 9:15 13:16
17:5 35:3,23 37:1
50:6 63:24 69:5
75:21
**seen** 56:15 58:18
**Seibert** 2:4 3:23
86:23 88:7
**send** 9:7

**sends** 21:9
**senior** 6:15 64:15
67:17 68:21 74:2,10
**sense** 6:2 79:24
**sent** 28:20 51:15 77:1
**separate** 39:3,7,8,10
57:8 72:19 79:10,11
**separation** 39:1
**serve** 26:17,25
**served** 14:24 31:25
**service** 6:21 7:1
14:23 34:11 64:3
**services** 7:23 71:22
**set** 28:10 70:15,16
71:3,6
**seven** 75:10 76:11
**sex** 22:4 27:8,13
**shared** 81:7,15
**sheet** 84:2
**shelters** 77:1
**Sheri** 1:22,25 4:4 5:1
5:6 25:22 84:25
85:3,12 87:1
**short** 45:17
**shorthand** 2:5 86:23
**show** 9:17 13:1 15:18
16:1,2,10,14,19,21
17:4,22 18:9,17,20
18:24 25:7 26:9
28:13,25 29:4 42:11
42:17,17,22 43:23
44:15 45:14 50:9,13
55:13 56:6 58:6,17
65:18
**showing** 13:12 26:20
63:6
**shown** 42:11,19 43:1
43:6,9,20
**shows** 18:4 43:15
**side** 79:9 80:15
**sign** 35:4 67:7 82:25
84:3
**signage** 35:4,23
**signages** 58:4
**signature** 4:7 84:1

87:7
**signs** 57:25
**similar** 63:10,13 76:2
**sir** 5:8,10,12 7:15,17
8:15,18 9:4 10:2
11:3 12:1,11,13,25
13:6 14:10,13 15:7
15:20 16:4,16,22
17:24 18:14,18
19:13,22 20:1,4,24
21:16 22:17 24:21
26:16 27:15,20,23
28:21 29:7,23,25
31:9,22 32:18 33:10
34:2,11,17,19 35:1
36:8,11 37:5,9,19
38:1,18 39:1,4
40:23,25 41:11,16
42:5 43:18 44:11
48:4,8,16,24 49:5
50:22 51:7,18 53:25
54:6,13,23 55:2,8
56:14 57:4,13,22
59:5,17 60:5 81:1,4
**sit** 43:14
**situation** 26:24 63:15
**six** 52:6,8,10
**Sixth** 2:6
**skyline** 80:14
**slightly** 68:3
**small** 37:22
**SOAH** 23:10,11,12
36:5
**Social** 16:8 19:13
39:23 61:9 62:6
66:25 67:4,6,8
**solemnly** 85:3
**somebody** 41:12 49:1
64:3,6 76:1
**someone's** 21:7
**somewhat** 76:2
**sorry** 5:9 40:10 67:5
71:21 72:5,24 74:4
78:14,15
**sort** 8:9 11:24 36:17

SHERI GIPSON                                                    6/9/2014

49:4 64:10 71:7
75:19 77:15
**SOUTHERN** 1:1
86:1
**speak** 5:24 6:2
**special** 7:24 14:24
77:1
**specific** 42:1 48:6
**speculation** 74:16
**spoke** 22:15 37:25
**spot** 64:9
**SR-22** 26:20
**standalone** 39:3,7
52:17
**start** 6:3 15:8 23:1
26:15 29:4 38:8
**started** 14:15 65:15
**state** 1:17 2:4 5:5 7:4
10:1 11:14 12:18,22
13:5 23:10 24:3
25:18,20 28:6,6,8
30:16 32:4 43:6
45:13 71:22 72:9,10
72:12 81:22 86:17
86:21,24
**stated** 2:8 85:7
**States** 1:1,7 3:3 13:14
14:6 60:14 80:7
86:1,7
**status** 26:11
**statute** 23:5 30:18
44:17 70:16,23 71:3
**statutes** 8:9,10 19:5,5
**statutory** 47:3 55:25
**stay** 14:5 28:7
**stayed** 24:12 29:3
**stays** 32:5 33:2,2
**step** 36:22
**Sticking** 30:11
**stop** 6:3 20:24 22:7
28:2 31:15,25 33:22
**stopped** 31:12 57:15
59:12
**Street** 2:6
**strip** 10:8,17,21

**stripe** 10:11,19
**student** 18:16,16,23
18:23,23 46:12
**students** 13:19
**sub-table** 38:20
**sub-tables** 38:21
**submit** 9:9 30:21
66:17,21 67:12,23
**submits** 76:8
**submitted** 16:25
63:23 87:5
**subset** 38:14
**Suite** 2:6 3:10,24
88:9
**supervisor** 37:2 68:6
**supply** 17:22
**support** 3:23 7:13 8:5
20:22 21:6,8 71:13
87:7 88:8
**supporting** 64:23
68:10,15
**surcharge** 51:20,21
52:8,11,12,15,20,22
52:24 71:10
**surcharged** 53:7
**sure** 15:9 16:7 35:21
36:18 45:19 49:18
57:24 63:13 72:17
**surrender** 32:8
**suspend** 21:10 24:1
24:19 25:12 32:7
71:24
**suspended** 22:6
24:24 27:6,7,19
32:1,12 33:8,9,10
47:11 48:2,18 49:3
53:14 71:14
**suspension** 7:2 20:12
20:14,18 21:24 22:3
22:16,20 23:7,16,20
24:9,11,13,14,20
25:9 26:6,17,21
27:5,10,21,25 28:9
28:10 29:13 32:6,6
32:19,22 47:6,23

48:2 49:11 54:3,5
71:19 72:3,20,23
**suspensions** 21:4
23:22,25 25:1,4,13
48:6,15
**swear** 85:3
**swipe** 37:7,21,23
**swiping** 38:1
**switch** 19:9
**sworn** 2:1 5:2 87:1
**system** 16:21,23 17:7
17:7 18:9 21:1 26:8
26:9,13 38:10 39:12
39:13 42:6 43:4,5
43:15,15 51:2 57:17
57:18 59:24,25
65:17 69:10,22
72:13 74:8 79:10

---

**T**

**T** 3:18 85:1,1
**tables** 38:19 57:7
79:11
**take** 5:20 26:7 30:22
31:4,5,8,18 32:13
33:16 35:6,10 45:17
56:23 62:7 68:22
73:13 75:2,6
**taken** 2:2 23:4 30:12
54:11 58:1 87:16
**takes** 32:21 76:6
**talk** 5:23 21:12 23:24
27:2,24 33:22
**talked** 36:4 44:7
71:12 80:5
**talking** 25:23 46:4
47:5,9 72:5 81:6
**talks** 66:13
**team** 68:6
**Telephone** 3:3
**tell** 6:18 15:9 22:24
43:19 48:17 58:5
60:1 69:19 80:11
**telling** 57:25
**tells** 50:18

**temporary** 13:25
46:6,10,21,23,25
75:12,14,14,16,18
76:3,13 77:3,4
80:23,24
**ten** 75:11 76:11
**term** 26:17 27:25
29:8,10 34:10 41:23
44:10 46:4,7,9,15
46:22 47:10 48:1
80:8,12,17
**terms** 22:24 47:17
61:1 62:13,18 65:17
71:1 76:3
**test** 29:17 33:13
**testified** 5:2
**testimony** 85:6 87:3
**Texas** 1:1,9,12,17 2:4
2:7 3:11,14,15,19
3:20,25 4:12 6:17
8:1,3 9:21 11:5,8
12:19,20 13:3,5
14:11 15:5 19:11,24
21:18 33:2 40:19
41:14,18 42:10 43:6
44:9 48:23 54:19
55:11 60:21 62:10
62:15,18,23 63:12
65:2 66:4,9,13
68:25 70:4,5,7,10
70:13 71:5 72:12
77:8,9,11 78:3
79:15,18,19,24 80:1
80:8 86:1,9,12,17
86:21,24 88:7,9
**Thank** 15:3 45:16
80:19,20 82:21
**Thanks** 56:7,18
**theft** 69:11,13
**therefor** 85:8
**therewith** 55:23
**thing** 20:10,24 27:7
46:2 50:4 76:15
**things** 39:15 47:6
63:2

SHERI GIPSON                                                    6/9/2014

13

**think** 30:7 33:25
    36:25 42:23 57:23
    79:24 80:7
**thought** 23:18 53:4
    72:18
**three** 52:5,20 65:13
    68:14
**ticket** 28:6,17 29:1
**tickets** 24:6 72:2
    74:13,24
**ties** 42:8
**time** 5:16,21 11:7,17
    12:16 13:13 14:2,4
    14:23 16:3,20 17:13
    19:25 20:22 21:13
    24:14 26:23 27:1
    28:11,14 31:6,15,25
    34:21 43:24 44:11
    44:22 45:1,12 46:13
    48:7,9,12,18 50:7
    56:22 57:15 60:9
    64:11 65:5,7,12,23
    65:25 69:20 74:7
    76:6 77:4 80:19
    82:21,24 85:6 87:9
**timeframe** 47:2
**today** 8:7 41:8,18
    43:14 44:19 50:18
**today's** 49:23 50:15
**top** 46:8 62:11 69:3
    80:14
**total** 7:20
**town** 37:22
**traffic** 33:21
**transaction** 56:1,3
    70:17
**transcript** 85:5 87:2
    87:4
**transportation** 19:8
    26:3,4
**TRAVIS** 86:21
**trial** 82:24
**tried** 19:20
**troopers** 31:7 73:18
    74:6,7

**true** 77:8 85:5 87:3
**trying** 22:9 55:22
    60:18
**turn** 45:13 64:24,25
**two** 7:22,23 10:13
    16:10 38:3 51:24
    52:2,23 65:3,9,13
    72:8
**two-month** 50:11
**two-year** 28:13 65:5
    65:7
**type** 10:8 11:7,22
    13:15 15:18,21 17:2
    18:23 19:10 20:5,11
    20:13,20,22 22:14
    25:11 29:15 32:11
    34:23 38:4 39:19
    47:16,23 50:11
**types** 51:24 63:23
**typically** 28:10 30:14
    30:19 68:5 73:13

_____
         **U**
_____

**U** 85:1
**U.S** 3:4,23 16:19
    17:12 87:7 88:8
**Uh-huh** 8:13 31:20
    41:10 43:16
**unable** 66:16 67:1,2
**underlying** 62:18,22
    62:25 63:4,9 66:4,8
    66:22 67:13,24
**underneath** 46:9
**understand** 6:4,9,10
    31:19 44:13
**understanding** 73:5
    79:13,17
**understood** 15:10
    72:18
**United** 1:1,7 3:3
    13:14 14:6 60:14
    80:7 86:1,7
**update** 77:13,20,25
    78:7 81:19
**updated** 8:20 16:21

16:23 27:9 43:1
**updates** 81:16,25
**upfront** 53:11,12
**upheld** 24:9
**uphold** 32:7
**upper** 80:15
**use** 29:11 41:23,25
    47:16 48:1 69:12
    77:23 82:6,7,10
**user** 47:13
**users** 81:15
**uses** 9:20 29:10
**usually** 30:15 68:9
    73:18 74:7

_____
         **V**
_____

**v** 1:4,16 86:4,16
**valid** 26:10 33:2 77:3
    77:6
**validity** 36:12
**VEASEY** 1:3 3:8
    86:3
**vehicle** 9:19
**verbal** 6:6
**verify** 15:22 65:1
**verifying** 78:11
**veteran** 12:6
**veterans** 70:23
**view** 22:24
**violation** 52:1
**violations** 51:22
**violator** 24:5 25:10
    28:5 72:10,22
**visa** 18:16,23 46:12
**visitor** 46:6,10,25
**vote** 14:17 41:15 42:4
    51:5,8
**voter** 14:16 42:6,8
**VOTERS** 1:9 86:9
**voting** 37:20 51:10

_____
         **W**
_____

**W** 85:1
**waive** 70:24
**waived** 12:8 53:16

**waiver** 11:22,25 12:2
    12:12
**Walgreens** 37:6
**walk** 35:22
**want** 40:18 45:17
    47:17 50:6 54:9
    56:16 58:7 80:4
**wanted** 38:22 40:24
    47:25 48:12,13
**wants** 82:25
**warrant** 20:2 34:13
    34:20,24 35:1,7,10
    39:15 56:23 57:1,4
    57:4,8
**warrants** 73:6 74:20
**Washington** 3:6
**wasn't** 8:22 72:18
**way** 8:8 30:17 35:13
    36:14 50:17 53:16
    58:6 62:1
**ways** 61:25 81:14
**we'll** 35:7 82:23
**we're** 5:24
**we've** 36:4 44:7
    45:20 81:5
**website** 8:17,19 9:3
    35:16,18,21 54:12
    54:13 55:1,2,14,21
    56:9,11
**websites** 8:11,12,16
**week** 81:20
**weekly** 81:16,18
**weeks** 49:6
**weight** 10:15,16,24
    40:3
**went** 23:9 45:7 59:24
    59:25
**weren't** 39:15
**West** 2:6
**whichever** 26:18 49:9
**white** 40:14 41:5
**withdrew** 29:19
**witness** 2:1 4:7 5:17
    25:24 26:1 60:9
    62:16 74:18 82:24

SHERI GIPSON                                                    6/9/2014

84:1 87:1,4,5,6
**word** 41:25
**words** 40:11,14 49:19
   50:9
**work** 74:8
**worked** 79:8,8
**workers** 13:19
**working** 59:13 66:1
**wouldn't** 22:7 36:9
   36:11 50:4 51:14
   63:1
**Wow** 7:5
**written** 16:18

---
### X
**X** 24:24

---
### Y
**yeah** 35:20 78:15
**year** 14:16 27:14,17
   48:13 52:12 59:20
   65:13
**years** 5:14 14:24 15:1
   44:3,14 52:20,23
   65:3,9,13,13
**YOUNG** 1:9 86:9

---
### Z

---
### 0

---
### 1
**1** 66:12 87:11
**10:17** 45:23
**10:32** 45:23
**11:19** 2:3 83:2
**12-31-2014** 88:7,10
**12-month** 24:7
**12548** 3:15
**136** 4:12 45:24 54:11
   54:22 62:7 64:24
**137** 4:13 54:24 68:22
   68:23
**138** 4:15 55:13 69:23
   69:25 70:7
**139** 4:16 56:6 70:1,10

**140** 4:17 56:16 58:9
   58:10 73:1
**141** 4:19 45:24 58:17
**15** 32:2,12,14,17 33:1
   66:2
**15-day** 32:23 33:6
**15th** 4:19 58:20
**16** 45:13
**18** 29:19 41:19,21,22
   42:1,9,10,11,14,14
   42:15,19
**180** 33:15
**19** 87:11
**1st** 50:2

---
### 2
**2** 64:24
**2:13-cv-193(NGR)**
   1:5 86:5
**2:13-cv-263(NGR)**
   1:11 86:11
**200** 25:16
**2008** 15:7,15,18 16:6
**2009** 14:20
**2010** 2:6 69:22
**2011** 4:20 46:7 47:3
   50:10 58:20 59:12
   60:4 79:8
**2013** 4:17 58:10 73:5
**2014** 1:23 2:3 50:2,18
   87:5,8 88:2
**202** 3:6
**20530** 3:6
**21** 25:7
**21s** 80:15
**24th** 4:17 58:10
**28** 87:11
**281** 3:11
**2D** 10:10,19

---
### 3
**30** 77:7 81:3
**300** 2:6
**305-4355** 3:6
**32** 15:1

**344** 88:10
**36-month** 52:7
**380** 3:24 88:9
**380-6310** 3:11

---
### 4
**4-AUSTIN-162600**
   85:14 88:12
**41st** 32:22 33:9,10
**4201** 3:10
**424-2420** 3:20
**4589** 88:7
**463-2197** 3:16

---
### 5
**5** 4:5
**512** 3:16,20
**521** 19:6,7
**530** 3:10
**54** 4:12
**55** 4:13,15 44:19
**56** 4:16
**58** 4:17,19
**5805** 3:19

---
### 6
**60** 4:6 12:6 70:23

---
### 7
**701** 3:24 88:9
**7254** 3:5
**77068** 3:11
**78701** 3:25 88:9
**78711** 3:15
**78752** 3:20

---
### 8
**80** 4:6
**84** 4:7
**86** 4:8

---
### 9
**9** 1:23 2:3
**9:31** 2:3
**90** 33:18
**950** 3:5

**9th** 50:18