```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
 2              CORPUS CHRISTI DIVISION

 3   MARC VEASEY, JANE HAMILTON,    )
     SERGIO DELEON, FLOYD J. CARRIER,)
 4   ANNA BURNS, MICHAEL MONTEZ,    )
     PENNY POPE, OSCAR ORTIZ, KOBY  )
 5   OZIAS, JOHN MELLOR-CRUMMEY,    )
     JANE DOE, JOHN DOE, LEAGUE OF  )  CIVIL ACTION NO.
 6   UNITED LATIN AMERICAN CITIZENS )  2:13-CV-193 (NGR)
     (LULAC), AND DALLAS COUNTY,    )  (lead case)
 7   TEXAS                          )
                                    )
 8   VS.                            )
                                    )
 9   RICK PERRY, Governor of Texas, )
     and JOHN STEEN, Texas Secretary)
10   of State                       )
     _____)
11                                  )
     UNITED STATES OF AMERICA,      )
12                                  )
     V.                             )
13                                  )
     STATE OF TEXAS, JOHN STEEN, in )  CIVIL ACTION NO.
14   his official capacity as Texas )  2:13-CV-263 (NGR)
     Secretary of State, and STEVE  )  (consolidated case)
15   MCCRAW, in his official capacity)
     as Director of the Texas       )
16   Department of Public Safety,   )
     _____)
17                                  )
     TEXAS STATE CONFERENCE OF NACCP)
18   BRANCHES, AND THE MEXICAN      )
     AMERICAN LEGISLATIVE CAUCUS OF )
19   THE TEXAS HOUSE OF             )
     REPRESENTATIVES,               )
20                                  )
     V.                             )  CIVIL ACTION NO.
21                                  )  2:13-CV-291 (NGR)
     JOHN STEEN, in his official    )  (consolidated case)
22   capacity as Texas Secretary of )
     State, and STEVE MCCRAW, in his)
23   official capacity as Director of)
     the Texas Department of Public )
24   Safety                         )

25
```

Case 2:13-cv-00193 Document 716-6 Filed on 11/14/14 in TXSD Page 2 of 17

2


...


1  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2              ORAL DEPOSITION OF

3                 CAROLYN GUIDRY

4                  JULY 24, 2014

5  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6

7       ORAL DEPOSITION of CAROLYN GUIDRY, produced as

8  a witness at the instance of the Plaintiffs, was taken

9  in the above-styled and numbered cause on JULY 24, 2014,

10 from 10:47 a.m. to 2:37 p.m., before Cynthia C. Miller,

11 CSR in and for the State of Texas, reported by machine

12 shorthand, at the Jefferson County Courthouse, District

13 Attorney's Office, 1085 Pearl Street, Third Floor,

14 Beaumont, Texas, pursuant to the Federal Rules of Civil

15 Procedure and the following stipulation and waiver of

16 counsel:

17      IT WAS STIPULATED AND AGREED by and between

18 counsel that if the original of said deposition is not

19 signed or available at the time of trial or any hearing,

20 an unsigned copy may be used in lieu thereof.

21

22

23

24

25

```
 1                    APPEARANCES

 2   FOR THE PLAINTIFFS:

 3       Ms. Emma Simson
         CAMPAIGN LEGAL CENTER
 4       215 E. Street, NE
         Washington, DC 20002
 5       Tel: 202-736-2200, ext. 12
         Fax: 202-736-2222
 6       Email: ESimson@campaignlegalcenter.org

 7       Mr. Chad W. Dunn
         BRAZIL & DUNN
 8       4201 Cypress Creek Pkwy, Suite 530
         Houston, Texas 77068
 9       Tel: 281-580-6310
         Fax: 281-580-6362 (fax)
10       Email: chad@brazilanddunn.com

11

12   FOR THE PLAINTIFF UNITED STATES OF AMERICA:

13       Mr. Bruce Gear (by telephone)
         DEPARTMENT OF JUSTICE
14       Civil Rights Division
         950 Pennsylvania Avenue N.W. (NWB-7200)
15       Washington, D.C. 20530
         Tel: 202-514-2919
16       Fax: 202-307-3961
         Email: bruce.gear@usdoj.gov
17

18
     FOR THE DEFENDANTS STATE OF TEXAS,
19   RICK PERRY, JOHN STEEN, AND STEVE McCRAW:

20       Mr. S. Ronald Keister
         DEPUTY ATTORNEY GENERAL FOR LITIGATION
21       Southern District of Texas No. 10418
         209 West 14th Street
22       Austin, Texas 70711
         Tel: 512-475-0131
23       Fax: 512-475-2994
         Email: ronny.keister@oag.state.tx.us
24

25
```

1          APPEARANCES CONTINUED

2  FOR THE DEPONENT:

3
   Ms. Kathleen M. Kennedy
4  Mr. Philip Babin
   ASSISTANTS DISTRICT ATTORNEY
5  1085 Pearl Street, Third Floor
   Beaumont, Texas  77701
6  Tel:  409-835-8550
   Fax:  409-784-5893

```
 1                    INDEX
 2
 3                                        Page
 4
     Stipulations..............................2
 5
     Appearances...............................3/4
 6
 7
 8
     Testimony of CAROLYN GUIDRY
 9
         Examination by Ms. Simson.............6
10
         Examination by Mr. Gear...............85
11
         Examination by Mr. Keister............105
12
         Further Examination by Mr. Gear.......164
13
         Further Examination by Ms. Simson.....170
14
         Further Examination by Mr. Keister....174
15
16
17
     Changes and Signature.....................177/178
18
     Reporter's Certificate....................179
19
20
                       EXHIBITS
21
     Guidry Deposition Exhibit No. 1...........65
22       (Substantially-Similar Name Analysis)

23   Guidry Deposition Exhibit No. 2...........176
         (Ms. Guidry's File)
24
25
```

```
 1                    CAROLYN GUIDRY,
 2   having been first duly sworn, testified as follows:
 3                       EXAMINATION
 4   BY MS. SIMSON:
 5       Q.  Could you go ahead and state your name for the
 6   record, please?
 7       A.  Carolyn Guidry.
 8       Q.  Excellent.  And are you represented by an
 9   attorney here today?
10       A.  Yes, I am.
11       Q.  And who would that be?
12       A.  Kathleen Kennedy.
13       Q.  Okay.  Excellent.  My name is Emma Simson, and
14   this is Chad Dunn.  We represent the Veasey/LULAC
15   plaintiffs in this lawsuit.  Do you understand you're
16   not a party to this lawsuit?
17       A.  I am.
18       Q.  Have you ever been deposed before?
19       A.  Yes, I have.
20       Q.  How many times?
21       A.  Probably twice.
22       Q.  Do you recall what the cases were about?
23       A.  I remember the most recent case.
24       Q.  Okay.  What was that one about?
25       A.  It had to do with property.
```

1   Q.   Property?

2   A.   Uh-huh.

3   Q.   Did either of the depositions have anything to
4   do with elections?

5   A.   No, it did not.

6   Q.   Okay. And you are the County Clerk for
7   Jefferson County; is that correct?

8   A.   That's correct.

9   Q.   Excellent. So before we get started, I know
10  you've given two depositions before, but just a few
11  ground rules to kind of make this go smoothly.

12      The first is: If you don't understand a
13  question that I ask, please let me know, and I'll try to
14  rephrase it in a way that makes sense.

15  A.   Okay.

16  Q.   Excellent. The second is that I ask that we
17  try to avoid talking over each other. So I will do my
18  best to wait until you finish your answer, and I'll ask
19  you to wait until I finish my question before you
20  answer. Does that make sense?

21  A.   Okay.

22  Q.   The next I would ask is that you give verbal
23  answers because the court reporter is trying to get this
24  down, so if you nod or make a noise, she won't be able
25  to get that down. Do you understand that?

1    A.  Yes.

2    Q.  Excellent.  The next is that this shouldn't

3  take too long, but we can then try to take a break very

4  shortly after that.

5    A.  I will.

6    Q.  Excellent.  So to start us off, can you give

7  us a bit of background about yourself, where you're

8  from, where you went to school, past jobs?

9    A.  All right.  My name is Carolyn Guidry.  I am

10  originally from Beaumont, Texas.  I've lived here the

11  majority of my life.  I went to school here.  Attended

12  Catholic school, first part of my life through 8th

13  grade.

14           I went on and attended Hebert High

15  School.  Got married at an early age.  I attended some

16  business school.

17           I was hired on with Southwestern Bell in

18  1974.  I worked for them for 30 years.  Within that 30

19  years, I had several jobs in the business office, in the

20  network department.  I worked on equipment.

21           I was transferred to Houston for nine

22  years.  I worked in major marketing there.  I returned

23  to Beaumont, worked in the network department.  I worked

24  on the equipment.

25           I was vice president of my union, CWA.

1  And I retired after 30 years with Southwestern Bell.
2          I ran for office in 2004 for county
3  clerk, and I was elected at that time for an unexpired
4  term. So I've been county clerk since October of 2004.
5  And I am serving in my ninth year as county clerk.
6          And as county clerk, I oversee the
7  elections for Jefferson County.
8      Q.  Excellent.
9      A.  Here I am.
10     Q.  And did you run with a political party when
11 you ran for county clerk?
12     A.  Yes, I did.
13     Q.  And which party was that?
14     A.  Democrat party.
15     Q.  Excellent. Have you had any other experience
16 working in a campaign?
17     A.  I have worked campaigns since I was about 12
18 years old. I've always done -- I get out the vote
19 campaigns. I have -- my uncle was very politically
20 active, so I've been involved in campaigns since he --
21 at a very, very young age.
22          So I always been involved, especially
23 being a union official, I was always very, very
24 involved, so yes.
25     Q.  All right. So to turn to your responsibility

1    as county clerk, so you mentioned that you have some
2    election-related responsibilities.  What do those
3    entail?
4         A.   I do the elections for -- I administer the
5    elections for the county, so I'm responsible -- my
6    responsibilities are to do any elections that's called
7    by the Governor, or by the commissioners, but I also do
8    the elections for the political subdivisions.  I
9    contract with them to do their elections as well.
10             So as an administrator, what I do is I
11   make sure once they are given me -- once they call their
12   elections and do their part, which is to call the orders
13   and post their notices and stuff, I take their
14   information, I make sure that their ballots are done, I
15   do all their ballot information.  I get it programmed.
16             We do all the testing of the equipment.
17   We deploy all the equipment.  I employ all the election
18   workers.  Do all the payroll for those.  Staff all the
19   polling locations.  Do all the training for the polling
20   locations.  And make sure that we have the adequate
21   staffing for the counting station on election night.
22   And make sure that they have what they need.
23             I am not responsible for the actual
24   tabulation because those are appointed by Commissioners
25   Court.  But everything else I'm responsible for.

1    Q.  Do you also have responsibilities for voter
2  registration?
3    A.  No, I don't.
4    Q.  And who has responsibility for that?
5    A.  The voter registrar which is the tax
6  assessor/collector.
7    Q.  And who is that for Jefferson County?
8    A.  Right now it is Terry -- I can't say her last
9  name.  She's an interim.
10   Q.  Okay.  So you've been doing this now for about
11 nine years.  And how many staff do you have in your
12 office?
13   A.  As a county clerk, I have 35 people in my
14 office.  For the election department, I have five people
15 in the election department.
16   Q.  And who are the five that are in the election
17 department?
18   A.  Right now, the election manager is Naomi
19 Doyle.  The election programmer is Frederick Cribbs.
20 The warehouse manager is Toy Linton.  I have Denise
21 Plumber is a voting technician, and then Adrian Taylor
22 is also a voting technician.
23   Q.  And what do each of those employees do?  What
24 are their responsibilities?
25   A.  Naomi Doyle is the election manager.  She

1  oversees the entire department.  So she's responsible
2  for everything goes -- that goes on, starting with the
3  processing of all the mail ballots, all the way down to
4  everything that they do to make sure that they get all
5  the information they need to make sure the program is
6  done, to make sure the equipment is processed, the
7  equipment is programmed everything that they need is
8  done.  Just make sure that they are made ready for all
9  the elections.
10          Q.  Okay.
11          A.  Frederick Cribbs, the programmer, which he has
12  some training, he's new, and he does not do all the
13  programming right now, we're outsourcing that.  But once
14  he gets fully trained, he will do all the programming of
15  our ballots and stuff.
16              Right now, he does other Web site
17  updating, the EA tablets that we use to process the
18  voters and stuff.  So he has a lot of other
19  responsibilities as well.
20              Toy Taylor, she's the warehouse
21  supervisor, she maintains all the equipment.  She
22  actually works with programming the equipment, once we
23  get the program to program each Etronics, once it's sent
24  out to the field.
25              They also help -- all of them help with

1   all the testing and everything before it is deployed.
2   Of course, the voting technicians work under the
3   direction of the warehouse supervisor with all the
4   testing and making sure everything is operable.
5     Q.  Excellent.  To go back for a second, did you
6   receive a deposition notice today that requested
7   documents?
8     A.  Yes, I did.
9     Q.  And did you bring documents with you today?
10     A.  Yes, I did.
11     Q.  And could you describe generally what's
12   included in those documents?
13     A.  Well, what's in those documents -- first, I
14   pulled the Senate bill, which is what we're talking
15   about.  Also pulled things like the press releases that
16   we did pertinent to the photo ID, signs that we post at
17   the polling locations, training material that we use to
18   train our poll workers.
19       Public request we got pertaining to the
20   photo ID or anything to do with the photo ID or the
21   Senate bill.
22       Any complaints we got about the photo ID.
23   Budget allocations that we did to finance, finance for
24   photo ID.  Money we spent for advertising for photo ID
25   for what was required when they come to the polling

1  locations.
2           The mailing that went out for the 2014
3  tax statements that went out.  Communications that I had
4  between Judge Branick, as well as the Secretary of
5  State, that was regarding photo ID.
6           Communications and e-mails that we had
7  when we were trying to set up -- set up for an EIC in
8  order for the people in Jefferson County that did not
9  have the proper photo ID to be able to obtain their EIC
10 certificates to be able to vote.
11          Provisional ballots that we had during
12 the March primary and the runoff election that had to do
13 with voter ID, people that had to vote originally, as
14 well as the list of our election workers.
15          And then we only had one alleged incident
16 that might have been voter fraud.  Those are the
17 documentation that I pulled.
18     Q.   Excellent.  And was there someone in your
19 office who was put in charge of collecting all the
20 documents that were responsive, or did you do that
21 yourself?
22     A.   I collected those documents.
23     Q.   You did that, okay.  And was there any search
24 for documents outside of the county clerk's office but
25 that might be in possession of the county?

1   A.  No.
2   Q.  So we are here to talk today about Senate
3   Bill 14.  And if I say S.B. 14, you understand that I'm
4   talking about the photo ID bill that was passed in 2011;
5   correct?
6   A.  Yes.
7   Q.  Excellent.  So when did your office start
8   implementing, start working to implement S.B. 14?
9   A.  When the Senate bill originally came out, of
10  course, it was not implemented.  So it wasn't until we
11  got notification in June that it was going to go into
12  effect, and that was after the -- to do with the -- I've
13  got to back up a little bit.
14  Q.  Are you thinking of the Supreme Court case
15  came down?
16  A.  Yeah, the Supreme Court case came down and
17  then did away with something, I can't remember.  It's in
18  here.  I would have to go back and look at it.
19          And then all of a sudden, Greg Abbott
20  said we are going to implement it, even though we were
21  not going to implement it when it was passed.  That was
22  in June of 2013, I think.
23  Q.  How did you receive notification it was going
24  to go into effect?
25  A.  Through the Secretary of State.

1  Q. Nobody contacted you separately from the
2  e-mail saying "get ready"?
3  A. Judge Branick, our county judge, sent us an
4  e-mail, as well as the e-mail we got from the Secretary
5  of State's office.
6  Q. Okay. And when you got that e-mail, what did
7  the office have to do to get ready to implement S.B. 14?
8  A. Well, nothing. Well, we just had to make sure
9  that we had -- well, when they sent us the e-mail, they
10  also sent some things that we could send press releases
11  and stuff for, and we needed to get ready because the
12  next election was in November.
13        So knowing that was the next election
14  that would be affected by Senate Bill 14, then we
15  started looking at some things that we would have to
16  plan ahead for to make sure everybody had proper ID.
17  Q. Were there any elections before November, any
18  local elections?
19  A. No.
20  Q. And so you get the notification. Did you have
21  to train your staff or the elections department? What
22  kind of training did they receive on implementing S.B.
23  14?
24  A. Well, they got training prior to the November
25  election. And that was in their regular poll workers

1  training that we would have done prior to the election.
2      Q.  And what is the regular poll worker training
3  consist of?
4      A.  Well, they have an on-line training, but that
5  on-line training did not include that.  We have a Power
6  Point training.  And we have that -- I have that
7  material also in what I brought here today.
8      Q.  When you say the on-line training didn't
9  include that, are you saying the on-line training didn't
10  include any information on photo ID?
11      A.  Right.  I didn't see any.  I think the
12  Secretary of State eventually put some on-line training
13  on there, but not the on-line training that we had at
14  the time.
15      Q.  And when you say "at the time," when was this?
16      A.  Well, at the time that the ruling came out on
17  June 27, there was nothing on-line at that time.
18      Q.  Okay.
19      A.  So we implemented something, we added
20  something to our Power Point training to include the
21  photo ID, Senate Bill 14.
22      Q.  So you added that into a special training
23  materials?
24      A.  Into our Power Point training, correct.
25      Q.  When did you give your Power Point training to