1  cable TV, or maybe they did not necessarily reach our
2  local stations. I'm not sure.
3       But I just think that if we would have
4  been able to do it locally, that maybe we could have
5  done something a little bit better here locally, had we
6  had the funds ourselves to spend.
7       I would have liked to have more than
8  $10,000 to spend on radio, which is all we were afforded
9  to spend out of our budget. Because it was something
10 that we had not planned for in our budget when it came
11 about, you know.
12      Because by the time that they said we're
13 going to institute it, in June of 2013, in June of 2013,
14 of course, our budget at that time had already been set
15 for that year. Then we were able to allot some money
16 for the following year in October, so --
17   Q.  So all of the money that you did spend on
18 voter education and outreach, was all of that out of
19 your regular budget, or did you go to the Commissioners
20 Court and ask for additional funds?
21   A.  I asked for additional funds for that
22 following budget year.
23   Q.  So that would be for the fiscal year starting
24 when?
25   A.  2013-2014, October 1st.

1   Q.  October 1st of 2013?

2   A.  2013, right.

3   Q.  So you did ask for additional funds for that?

4   A.  Right.

5   Q.  And did you get those funds?

6   A.  Yeah.  They allotted me $20,000.

7   Q.  And is that $20,000 specifically for voter

8   education and outreach?

9   A.  Yes.

10  Q.  Did you ever ask the Secretary of State's

11  office for funds to do voter education and outreach?

12  A.  No.

13  Q.  Did the Secretary of State's office ever offer

14  funds?

15  A.  No.

16  Q.  Are there any other costs, though?  I think

17  we've covered the forms, the radio ads, the tax inserts.

18  Are there any other costs that were involved that your

19  office had to pay for that you would not have had to pay

20  for if S.B. 14 had not gone into effect?

21      MR. KEISTER:  Object to form.

22  Q.  (By Ms. Simson)  Let me actually rephrase that

23  question.  Aside from the radio ads, the tax inserts,

24  and changes to the forms, are there any other costs that

25  your office had to pay for that you would not have had

1  to pay for, if not for S.B. 14?
2            MR. KEISTER: Object to form.
3       A. You say the change in the forms. No, I guess
4  that was the cost was just changing the forms, the
5  additional training. That probably was it.
6       Q. (By Ms. Simson) So there were costs with
7  additional training?
8       A. Well, yeah, we had to have additional
9  training.
10      Q. And what additional training did you do that
11 you would not have done?
12      A. Well, I mean, just adding it to the Power
13 Point, making sure that we got everybody retrained on
14 it.
15      Q. Did the election clerks or the poll workers
16 have to go to any additional training in terms of time?
17 Did they spend any more time in training than we would
18 have otherwise spent?
19      A. Yeah, because sometimes if we don't -- if
20 we're not adding anything new, it's not necessary to
21 bring them all back in. But as we add new things, then
22 we need to cover new things with them to make sure they
23 understand what the changes have been.
24           So, you know, there was a lot of new
25 changes when you start talking about photo ID, and

1  especially when you're talking about similar names and
2  not similar names.  And that was very hard for them to
3  understand.  We spent a lot of time going over for them
4  to understand that.
5        And, you know, even at that, you know,
6  they kind of were very, very confused.  We spent a lot
7  of time even going to the polling locations during the
8  election period to try to straighten it out once people
9  got there when their identification saying, "No, see,
10 this really is the same, and this is okay, and you can
11 accept this or you can't accept that," you know.
12       So, yes, we spent extra time just trying
13 to help them understand.  But you have to understand,
14 the average age of our poll worker is 70 years old.  So
15 it's not as easy and cut and dry as just saying, you
16 know, "You do it this way," you know, "This is the way
17 it is."
18     Q.  And about how many poll workers do you have on
19 election day?
20     A.  Well, for the March primary, we had like about
21 410 probably, at least.
22     Q.  And I think before you said that in the past,
23 if there's not a big change to the law, then you do not
24 have to retrain some people?
25     A.  Right.

 1    Q.  You can rely on their past training, and that
 2  you had to have a bunch -- every person come back in for
 3  training this year; is that correct?
 4    A.  Right.  We had changes.  Make sure they know
 5  what's going on.
 6    Q.  Okay.  And on election day, how many people
 7  work at a polling place?
 8    A.  Well, at the larger polling locations, like if
 9  you take some of my larger polling locations, I may have
10  15, 16 people.
11        Some of the smaller locations, probably
12  the minimum amount I'm going to have is going to be six.
13    Q.  And is there someone who's supervising at each
14  location?  Is there one person who's given the title of
15  judge?
16    A.  Well, during the primary elections, because we
17  have joint primary elections, we have co-judges, so
18  you're going to have a Democrat and a Republican
19  co-judge.
20        When it's a general election, it's not a
21  co-judge.  You have a judge and an alternate judge.  And
22  that's based on which party got the most votes in the
23  gubernatorial race, that determines who is the judge and
24  who is the alternate judge.
25    Q.  And so those are referred to as election

1  judges?
2      A.  Right.
3      Q.  And then who works below them, what would you
4  call them?
5      A.  They're election clerks.
6      Q.  Election clerks.  And do they all receive the
7  same training, or do election judges receive extra
8  training?
9      A.  No, they all pretty much receive the same
10 training, but the election judges have different duties.
11 They're delegated different duties to do.
12     Q.  And what are their duties?
13     A.  Well, they kind of, like, oversee -- they're
14 like the liaisons of everything that's going on.  They
15 have the ultimate responsibility to make sure that
16 everything is run smooth.  Whereas, they are not allowed
17 to come and go, like the clerks may be able to come and
18 go.
19          They have the ultimate responsibility to
20 make sure that everything runs right at their polling
21 location.  And at the end of the day it's their
22 responsibility to make sure that everything closes down
23 correctly, and that all the medium that's used to
24 tabulate at the end of the night is brought to the
25 accounting station.

1  Q. But in terms of training, they receive the
2  same types of training that the election workers
3  receive?
4     A. Right.
5     Q. Or the election clerks?
6     A. Yes.
7     Q. Okay. And when people complete training, do
8  they have to certify completion of that training?
9     A. They get -- yeah, they get a certificate at
10 the end of their training, if they are on-line and
11 stuff.
12    Q. Okay.
13    A. Of course, it's training that we give, they
14 just get a little "attaboy," and "thank you for coming."
15    Q. Right. And you mentioned that during the
16 training, they were a little bit longer because there
17 was a lot of confusion around the -- for example, the
18 substantially-similar name issue.
19    A. Right.
20    Q. Do you do anything at the end of the training
21 to see if people understood the training?
22    A. No. Well, what we will do normally, we stay,
23 if they have any questions, they will come and ask us.
24 A lot of times they wouldn't ask us, they will wait
25 until they run into the situation, and we find out they

1   really didn't understand.
2           We take our training serious, because
3   when we train, we pay for training.  The Secretary of
4   State, like, during the primary election, because those
5   are actually the elections of the party, they do not pay
6   for training.
7           But any time we bring the people in for
8   training, the county -- whether it's the primary or not,
9   I'm paying them to come in.  Because that's their time,
10  and I want them to take it serious, and I want them to
11  learn.
12      Q.  So because you had to have every person come
13  back for training this year because of the photo ID law,
14  you had to also pay for additional training?
15      A.  That's right.
16      Q.  And so you don't do -- when you said before
17  there's -- they can come up for questions at the end,
18  but there is no kind of quiz at the end to see if they
19  understood the information?
20      A.  No.
21      Q.  Okay.  Do you think that you were successful
22  in training the election workers to prepare for the
23  photo ID law?
24      A.  Pretty much.  I only had one complaint, and
25  that's in here also.  One of the newer election judges

1 observed a behavior that she thought -- that she thought
2 was not conducive to the training.
3     And like I said, a lot of times people --
4 I mean, you would be surprised. We train, we train, we
5 train. And on election day, it's like people just go
6 blank. They act like they have never been trained. But
7 like I said, the average age is 70 years old. So it
8 happens.
9   Q.  And did your office do anything to analyze the
10 impact of S.B. 14 on voters?
11     MR. KEISTER: Object to form.
12   A.  Not other than we looked at the number of --
13 we had -- we didn't have a horrific amount of
14 provisional ballots when we looked at it. I think we
15 had a total of seven over the March primary and runoff
16 election, which I guess isn't an enormous amount.
17     But I don't think that we've had a great
18 amount of people not having ID in the past. But, of
19 course, most people come just with their voter
20 registration cards in the past. So I don't know.
21   Q.  (By Ms. Simson) Do you think it's possible
22 that some voters would not show up to the polls because
23 they now have to have a photo ID and they don't have
24 one?
25     MR. KEISTER: Objection; form. Calls for

1 speculation.
2     A.  I think that's possible. And I think that
3 what it may do is just encourage a whole lot of other
4 people just to vote by mail.
5         I know that a lot of the seniors are
6 doing that now because their driver's license have
7 expired, and they have no reason to get a driver's
8 license because, frankly, some of them don't need to be
9 driving. But, yeah, that's a possibility. I don't
10 know.
11     Q.  (By Ms. Simson) Did you look at any numbers,
12 like voter turnout, before the photo ID law, after the
13 photo ID law, to see if there was any effect?
14     A.  No, I did not.
15     Q.  And before you mentioned that you found that
16 there was a relatively small number of provisional
17 ballots, were there any in the November election?
18     A.  No, there were not. But normally, for the
19 constitutional amendment election, it's such a low
20 turnout, that you would not see anything significantly
21 happening anyway.
22     Q.  And are the March primary and May runoff
23 elections -- would you consider those to be typically
24 low turnout elections as well?
25     A.  No, those would normally be good turnouts.

1  Even though it's a governor race, it still was a much
2  better turnout normally for a governor's race, it was a
3  good turnout for this election.
4     Q.  Would you expect the turnout in November to be
5  significantly higher than the primary elections?
6     A.  I would.
7     Q.  And were there any provisional ballots in the
8  May special election?
9     A.  None to do with photo ID.
10    Q.  Okay.  And of the seven provisional ballots
11 that were cast because of an ID problem, how many of
12 those voters came back and cured their ballots?
13    A.  None, that I'm aware of.
14    Q.  Did you follow up with any of those who did
15 not cure?  So any of those seven voters, did you follow
16 up to find out if they had ID and just forgot it, or did
17 you follow up to find out if they just lacked ID?
18    A.  I did not follow up, but I know one
19 personally, and I know that she has ID.  And I think
20 that on Addie's part -- Addie Allen, I know her
21 personally.
22        I think on her part, that she just had a
23 misunderstanding of what day that she was actually due
24 back to cure her ballot.
25        And she had originally forgotten her ID

1   because she was in the midst of running back and forth
2   with her mother, who was a patient at TIRR in Houston.
3           And when she came in, that's when she
4   realized she did not have her ID with her.  Addie was
5   actually a candidate for a state rep office at one time,
6   and I know she votes constantly.
7           And it was totally an oversight on her
8   part.  And I know she really felt bad about it.  I
9   really felt bad for her, but there was nothing I could
10  do about that.
11          And then when she realized that she was a
12  day late to cure her ballot, I mean, there's nothing I
13  can do about it.  But, I mean, things happen.
14      Q.  Right.  What about the other six, do you have
15  any idea whether they have ID and just forgot it, or
16  whether they don't have the IDs?
17      A.  I have no clue about the other six.  I really
18  don't know them.  And I really can't tell from the
19  information on there, on the envelope what the issue
20  would have been.  It just says no ballot.  One of them,
21  I think, was not even a registered voter.
22      Q.  Okay.
23      A.  According to this, was not even in the
24  database.
25      Q.  Did the Secretary of State's office request

1  any information about how many provisional ballots had
2  been cast in the elections because of an ID problem?
3     A.   The Secretary of State's office did not.
4     Q.   Did you share these numbers with anyone else
5  for feedback about how the photo ID law was going?
6     A.   I did get a request from an attorney from the
7  Department of Justice.
8     Q.   Okay. Now, if I say EIC, I'm referring to the
9  election identification certificate. Do you understand
10 what the EIC is?
11    A.   Yes, I do.
12    Q.   Okay. Does Jefferson County have the
13 authority to issue EICs?
14    A.   Not Jefferson County, Jefferson County DPS
15 office.
16    Q.   But the county clerk's office does not have
17 the authority to do that?
18    A.   Does not.
19    Q.   Are you aware that other counties have
20 received authorization to issue EICs through their
21 county clerk's office?
22    A.   No, I'm not.
23    Q.   Is that something that you would think the
24 county would be interested in doing if it were possible
25 for the county clerk's office to get authorization to

1  issue EICs?
2      A.  Yes.
3      Q.  DPS, you mentioned, is the authority within
4  Jefferson County that can issue EICs.  Do you know
5  approximately how many locations DPS has within
6  Jefferson County?
7      A.  I believe two.  One in Beaumont, and one in
8  Port Arthur.  Is the only two I'm aware of.
9      Q.  But you're not aware of any others?
10     A.  No.
11     Q.  And are you aware whether DPS offered Saturday
12 hours for issuing EICs within Jefferson County?
13     A.  No, I'm not aware of that.
14     Q.  So no one from the Secretary of State's office
15 contacted you and said DPS is going to have Saturday
16 hours to issue EICs?
17     A.  No, I'm not.
18     Q.  And you mentioned two mobile units on two
19 different days, so I took that to mean there was one
20 mobile unit on each day; is that correct?
21     A.  That's correct.
22     Q.  And were those two days before the November
23 election?  When were those --
24     A.  They were before the March primary.
25     Q.  So there were no mobile EIC units before the

1  November election?

2  A. There were not. They did contact me prior to
3  the November election, but they contacted me like days
4  before they wanted to bring the unit, and I didn't think
5. that was very beneficial because it did give us adequate
6  time to notify the people in order to give them adequate
7  time to be anywhere.

8      You know, if it's going to be a benefit,
9  I think you need to have time to at least to be able to
10 circulate maybe to the church or to the organizations,
11 "Hey, they are going to be here," so you would have a
12 good attendance.

13 Q. Who contacted you before the November election
14 before having mobile EIC units in Jefferson County?

15 A. The Secretary of State's office.

16 Q. Do you know who at the Secretary of State's
17 office?

18 A. I can look at my e-mails.

19 Q. It's okay.

20 A. Okay.

21 Q. So the Secretary of State's office contacted
22 you about having a mobile EIC unit for the November
23 election, but you declined because you didn't feel you
24 had enough time to organize it?

25 A. That's correct.