1    issued a birth certificate?

2        A.   Do I know if someone was issued a birth

3    certificate by a midwife?

4        Q.   No, let me ask the question again.  Do you

5    know if a person who is born by a midwife receives a

6    birth certificate?

7            MR. KEISTER:  Objection; form.  Vague.

8    Calls for a legal opinion.

9        A.   I know there have been some amended birth

10   certificates by midwives.

11       Q.   (By Mr. Gear)  So do midwives issue birth

12   certificates, if you know?

13       A.   They do.

14       Q.   And do you know if midwives issued those

15   certificates in every case of an individual being born

16   by a midwife?

17           MR. KEISTER:  Objection; form.  Calls for

18   speculation.

19       A.   I doubt that.  I doubt that because there are

20   many missing birth certificates back from the days.

21       Q.   (By Mr. Gear)  When you say there are many

22   missing birth certificates back from the days, what do

23   you mean?

24       A.   Births of people that were born by midwives

25   that we do not have recorded birth certificates for.

1    Everything that I get recorded.  And we have records

2    back to the 1800s.

3        Q.   And not going quite that far, but do you know

4    what process an individual would have to go through to

5    receive a birth certificate by the county if they were

6    born by a midwife?

7        A.   Well, that's no longer a county issue.  That's

8    a state issue.  They have to go through Austin to get

9    something issued.

10        Q.   Do you know if that process requires a fee?

11        A.   Requires a what?

12        Q.   If there is a cost to obtain a birth

13    certificate through that process.

14            MR. KEISTER:  Objection; form, vague.

15        A.   I'm pretty sure there is a cost, but I'm not

16    sure what process they have to go through.  But at this

17    point, the county cannot issue anything.

18            Everything that has not been recorded at

19    the county level then has to come through a state level.

20        Q.   (By Mr. Gear)  Do you know the percentage of

21    minorities in Jefferson County that lack transportation?

22        A.   No, sir, I don't.

23        Q.   Would you agree that there are minority voters

24    in Jefferson County that lack transportation?  And I'm

25    talking about personal vehicles.

1       MR. KEISTER:  Objection; form.

2       Q.   (By Mr. Gear)  Motorcycle.

3       MR. KEISTER:  Sorry.  Objection; vague,

4   calls for speculation.

5       A.   Yes, sir, I would agree.

6       Q.   (By Mr. Gear)  Would you agree if a person

7   prefers to vote at a polling place, that is their right?

8       MR. KEISTER:  Objection; form.

9       A.   Yes, sir, I would agree.

10      Q.   (By Mr. Gear)  Regarding the property tax

11  statement, just a point of clarification, would a

12  property tax statement be sent to a renter in Jefferson

13  County?

14      A.   To a who?

15      Q.   A renter.  A person that rents an apartment.

16      A.   No, it would not be.

17      Q.   Do you have any knowledge of the percentage of

18  minorities in Jefferson County that do not own homes?

19      A.   No, I don't have a percentage.

20      Q.   Do you have an idea of the rental market in

21  Jefferson County and -- do you have an idea of the

22  rental market in Jefferson County?

23      MR. KEISTER:  Objection; form, vague.

24      A.   No, I don't.

25      Q.   (By Mr. Gear)  Do you know if there is a --

1   how would you describe the minority voters as -- in

2   terms of renting in Jefferson County, do you know if

3   that's a significant number?  How would you describe

4   that?

5           MR. KEISTER:  Objection; form, vague.

6       A.  I'm sure it's a large number that's registered

7   voters.

8       Q.  (By Mr. Gear)  So if I understood your

9   testimony, you are sure that there's a large number of

10  registered minority voters that do not -- that rent in

11  Jefferson County?

12      A.  That is correct.

13      Q.  And is it fair to say that they would not have

14  received a property tax statement and the notice that

15  was sent out by the county?

16      A.  That is correct, sir.

17          MR. GEAR:  I don't think I have any

18  further questions.

19              FURTHER EXAMINATION

20  BY MS. SIMSON:

21      Q.  I have a few quick questions.  Is it possible

22  that if a voter shows up at the polls and is offered a

23  provisional ballot because they lack identification,

24  that the voter may decline to cast a provisional ballot

25  because they don't think they can make it back to the

1    voter registrar's office in six days?

2         A.   Yes.

3         Q.   So it's possible that a voter would show up

4    without an ID, and there wouldn't be a record of that?

5         A.   That's true.

6         Q.   On voting by mail, how far in advance of an

7    election does a voter have to submit a ballot?

8         A.   An application or a ballot?

9         Q.   The ballot itself.

10        A.   To return it?

11        Q.   Yes.

12        A.   They have until election day.

13        Q.   They can postmark it?

14        A.   No, we have to receive it on the election day.

15   We go to the post office all the way to the post office

16   close time.

17        Q.   They have to put it in the mail at least a few

18   days in?

19        A.   Or send it by carrier and have it delivered to

20   our office at least by 5:00 p.m.

21        Q.   Okay.  And does that mean if you vote by mail,

22   you may have to vote before a campaign finishes on

23   election day?  I can rephrase that question.

24        A.   Yeah, okay.

25        Q.   If you have to put it in the mail a couple of

1   days in advance, does that mean a voter who votes by

2   mail may not be able to wait until a campaign is done

3   or, you know, until election day to decide who they want

4   to vote for?

5       A.   Until election day?

6       Q.   Correct.

7       A.   Unless they send it by a private carrier, I

8   mean, you can have somebody to -- a carrier to deliver

9   it that same day's delivery.

10      Q.   Okay.  And are there people over the age of 65

11  that you know prefer to vote in person instead of by

12  mail?

13      A.   Absolutely.  We have some people that will not

14  vote early, and they insist on going on election day to

15  cast their ballot.

16      Q.   And why do you think that is?

17      A.   Just the way they have always been.  It's just

18  their belief.  They want to cast that ballot on election

19  day at their polling location.

20      Q.   And does the county clerk's -- I believe your

21  testimony earlier was that the county clerk's office

22  does not have the authority to issue any S.B. 14

23  approved IDs; is that correct?

24      A.   No, we do not.

25      Q.   And so would you expect a person to contact

1    your office if they needed a driver's license, a

2    personal ID, or an EIC?

3        A.   No, I would not.

4        Q.   Okay.  Earlier, you talked with Mr. Keister

5    about individuals who had shown up to the polls to vote,

6    but they cast their ballots by mail earlier.

7        A.   Right.

8        Q.   Would S.B. 14 have prevented any of those

9    individuals from casting an illegal ballot?

10       A.   No.  I mean, that happens all the time.

11       Q.   And it was your system that looked them up and

12   found that they had cast earlier ballots that stopped

13   them from voting?

14       A.   Right.

15       Q.   Did you -- you mentioned two individuals who

16   cast provisional ballots in March 2014 because of

17   expired IDs.  Did either of those individuals contact

18   your office to complain?

19       A.   No, they did not.

20       Q.   Before S.B. 14, what were generally the ID

21   requirements to vote?

22       A.   Your voter registration, any form of an ID

23   issued from DPS, your student ID.  You could have used a

24   utility bill, you know.  We had about nine or ten

25   different forms of ID that you could have used.

1      Q.   And based on your experience as a county clerk

2   administering elections, did you think those

3   requirements were sufficient to secure the voting

4   requirements?

5      A.   They were sufficient.

6           MS. SIMSON:  And I think that's all my

7   questions.  Thanks again.

8                FURTHER EXAMINATION

9   BY MR. KEISTER:

10      Q.   Ms. Guidry, did any of your poll workers

11   report to you that there were voters showing up and

12   turning down those provisional ballots because they

13   didn't have an ID?

14      A.   No.

15      Q.   Okay.  During any of the five elections that's

16   occurred, have any of your poll workers reported to you

17   during any of those elections people were showing up and

18   refusing a provisional ballot when they did not have an

19   ID?

20      A.   No.

21      Q.   Okay.  With respect to voting by mail and

22   having to -- or possibly having to complete your vote

23   before the campaigns had ended, isn't that scenario also

24   true with early voting, if people chose to vote early,

25   they vote prior to the end of the campaign?

1        A.   Yes.

2        Q.   And isn't it true that it's simply a matter of

3    convenience for some people to make that choice to vote

4    early?

5        A.   Yes.

6        Q.   Or to have the -- everybody can vote early;

7    correct?

8        A.   Right.

9        Q.   But only a limited number of people can vote

10   by mail; correct?

11       A.   Right.

12       Q.   But those people who vote by mail also can

13   make that -- have the opportunity to make that

14   determination if they want to do it by mail, or get the

15   ID and vote in person; correct?

16       A.   Right.

17       Q.   Okay.  With respect to tracking persons who do

18   not go to the polls to vote because they do not have an

19   acceptable form of S.B. 14 ID, is there any possible way

20   the county or anyone else could track information like

21   that?  And I'm referring to the question Mr. Gear asked

22   you a few minutes ago.

23       A.   No, not other than making a list if they were

24   there.

25       Q.   Right.  And, I mean, wouldn't that be the same

1   as saying does the county track the number of people who

2   don't go to the polls and vote because they decided they

3   wanted to go fishing?  Wouldn't that be about the same

4   type of analysis?

5      A.   I guess so.

6      Q.   Okay.  If people don't vote, or don't go to

7   the poll, you can't -- or anybody else can't say why

8   they didn't go; correct?

9      A.   Right.

10      Q.   Other than asking that person specifically,

11   "Why didn't you go vote"; correct?

12      A.   Right.

13         MS. SIMSON:  Okay.  Thank you.

14         (Guidry Deposition Exhibit No. 2 was

15   marked and is made a part of this deposition.)

16

17

18

19

20

21

22

23

24

25

177

CHANGES AND SIGNATURE
FOR THE DEPOSITION OF CAROLYN GUIDRY
JULY 24, 2014

PAGE   LINE   CHANGE                    REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

1    I, CAROLYN GUIDRY, have read the foregoing

2    deposition and hereby affix my signature that same is

3    true and correct, except as noted above.

4

5

6

7    _____
     CAROLYN GUIDRY
8

9    THE STATE OF _____ )

10   COUNTY OF _____ )

11         Before me, _____, on
     this day personally appeared CAROLYN GUIDRY, known to me
12   or proved to me under oath or through _____
     (description of identity card or other document) to be
13   the person whose name is subscribed to the foregoing
     instrument and acknowledged to me that they executed the
14   same for the purposes and consideration therein
     expressed.
15
           Given under my hand and seal of office
16   this _____ day of _____, 2014.

17

18

19   _____
     NOTARY PUBLIC IN AND FOR
20   THE STATE OF _____

21

22

23

24

25

```
1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
2                  CORPUS CHRISTI DIVISION

3    MARC VEASEY, JANE HAMILTON,     )
     SERGIO DELEON, FLOYD J. CARRIER,)
4    ANNA BURNS, MICHAEL MONTEZ,     )
     PENNY POPE, OSCAR ORTIZ, KOBY   )
5    OZIAS, JOHN MELLOR-CRUMMEY,     )
     JANE DOE, JOHN DOE, LEAGUE OF   )   CIVIL ACTION NO.
6    UNITED LATIN AMERICAN CITIZENS  )   2:13-CV-193 (NGR)
     (LULAC), AND DALLAS COUNTY,     )   (lead case)
7    TEXAS                   )
                             )
8    VS.                     )
                             )
9    RICK PERRY, Governor of Texas,  )
     and JOHN STEEN, Texas Secretary )
10   of State                  )
     _____)
11                            )
     UNITED STATES OF AMERICA,      )
12                            )
     V.                      )
13                            )
     STATE OF TEXAS, JOHN STEEN, in  )   CIVIL ACTION NO.
14   his official capacity as Texas  )   2:13-CV-263 (NGR)
     Secretary of State, and STEVE   )   (consolidated case)
15   MCCRAW, in his official capacity)
     as Director of the Texas       )
16   Department of Public Safety,    )
     _____)
17                            )
     TEXAS STATE CONFERENCE OF NACCP )
18   BRANCHES, AND THE MEXICAN       )
     AMERICAN LEGISLATIVE CAUCUS OF  )
19   THE TEXAS HOUSE OF             )
     REPRESENTATIVES,              )
20                            )
     V.                      )   CIVIL ACTION NO.
21                            )   2:13-CV-291 (NGR)
     JOHN STEEN, in his official     )   (consolidated case)
22   capacity as Texas Secretary of  )
     State, and STEVE MCCRAW, in his )
23   official capacity as Director of)
     the Texas Department of Public  )
24   Safety                   )

25
```

```
 1              REPORTER'S CERTIFICATION
             DEPOSITION OF CAROLYN GUIDRY
 2                  JULY 24, 2014          .

 3        I, Cynthia C. Miller, a Certified Shorthand

 4   Reporter in and for the State of Texas, do hereby

 5   certify that the facts as stated by me in the caption

 6   hereto are true, that the above and foregoing answers of

 7   the witness, CAROLYN GUIDRY, to the questions as

 8   indicated were made before me by the said witness after

 9   being first duly sworn to testify to the truth, and same

10   were reduced to writing under my direction; that the

11   above and foregoing deposition as set forth in writing

12   is a full, true and correct transcript of the

13   proceedings had at the time of taking said deposition;

14   that as requested the deposition was made available for

15   the witness to read and sign.

16        I further certify that I am not, in any

17   capacity, a regular employee of the party in whose

18   behalf this deposition is taken, nor in the regular

19   employ of their attorney, and that I am not interested

20   in the cause, nor of kin or counsel to either of the

21   parties.

22

23

24

25
```

1          GIVEN under my hand and seal of office on this,

2    the 8th day of August, A. D. 2014.

3

4

5

6          CYNTHIA C. MILLER, Texas CSR 8065
           Certification Expiration 12/31/2014

7          Firm Registration No. 378
           P.O. Box 169

8          Tomball, Texas 77377
           281.376.9303

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25