## Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      CORPUS CHRISTI DIVISION
 3    MARC VEASEY, et al.,           )
                                     )
 4          Plaintiffs,              )
                                     )
 5    v.                             ) CIVIL ACTION NUMBER
                                     )  2:13-cv-193(NGR)
 6    RICK PERRY, et al.,            )
                                     )
 7          Defendants.              )
 8
 9  ***************************************************
10              ORAL DEPOSITION OF
11                KEITH INGRAM
12               APRIL 23, 2014
13  ***************************************************
14       ORAL DEPOSITION OF KEITH INGRAM, produced as a
15  witness at the instance of PLAINTIFF UNITED STATES OF
16  AMERICA and duly sworn, was taken in the above-styled and
17  numbered cause on the 23rd day of April, 2014, from
18  9:02 a.m. to 6:13 p.m. before TEENA L. HARMON-DAVIS, a
19  Certified Shorthand Reporter in and for the State of
20  Texas, reported by machine shorthand at the offices of
21  Dechert LLP, 300 West Sixth Street, Suite 2010, Austin,
22  Texas, pursuant to the Federal Rules of Civil Procedure
23  and/or the provisions stated on the record or attached
24  hereto.
25
```

## Page 2

```
 1
 2          A P P E A R A N C E S
 3  FOR PLAINTIFF UNITED STATES OF AMERICA:
 4    Ms. Elizabeth S. Westfall
      Ms. Jennifer Maranzano
 5    U.S. DEPARTMENT OF JUSTICE
      Civil Rights Division
 6    950 Pennsylvania Avenue, NW
      Washington, DC 20530
 7    elizabeth.westfall@usdoj.gov
      jennifer.maranzano@usdoj.gov
 8
 9  FOR THE VEASEY PLAINTIFFS:
10    Mr. Neil G. Baron
      LAW OFFICE OF NEIL G. BARON
11    914 FM 517 West, Suite 242
      Dickinson, Texas  77539
12    neil@ngbaronlaw.com
13  and-
14    Mr. Scott Brazil
      BRAZIL & DUNN, LLP
15    4201 Cypress Creek Parkway, Suite 530
      Houston, Texas  77068
16    scott@brazilanddunn.com
17
    FOR THE TEXAS STATE CONFERENCE OF NAACP BRANCHES
18  PLAINTIFFS:
19    Mr. Vishal Agraharkar
      BRENNAN CENTER FOR JUSTICE
20    161 Avenue of the Americas, 12th Floor
      New York, New York 10013
21    vishal.agraharkar@nyu.edu
22  and-
23    Mr. Ezra D. Rosenberg
      DECHERT LLP
24    902 Carnegie Center, Suite 500
      Princeton, New Jersey  08540
25    ezra.rosenberg@dechert.com
```

## Page 3

```
 1  APPEARANCES/continued:
 2  FOR THE TEXAS LEAGUE OF YOUNG VOTERS
    PLAINTIFF-INTERVENORS:
 3
      Mr. Deuel Ross
 4    Ms. Natasha M. Korgaonkar
      NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
 5    40 Rector Street, Fifth Floor
      New York, New York  10006
 6    dross@naacpldf.org
      nkorgaonkar@naacpldf.org
 7
    and-
 8
      Ms. Lynn Eisenberg
 9    WILMER CUTLER PICKERING HALE & DORR, LLP
      1875 Pennsylvania Avenue, NW
10    Washington, DC  20006
      lynn.eisenberg@wilmerhale.com
11
    FOR THE ORTIZ PLAINTIFFS:
12
      Mr. Robert W. Doggett
13    Mr. Jose Garza
      TEXAS RIO GRANDE LEGAL AID, INC.
14    4920 North IH-35
      Austin, Texas  78751
15    rdoggett@trla.org
      jgarza@trla.org
16
    FOR THE TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND
17  COUNTY COMMISSIONERS PLAINTIFF-INTERVENORS:
18    Mr. Rolando L. Rios
      ROLANDO L. RIOS & ASSOCIATES, PLLC
19    115 East Travis, Suite 1645
      San Antonio, Texas  78205
20    rrios@rolandorioslaw.com
    FOR THE DEFENDANTS:
21    Mr. S. Ronald Keister
22    Ms. Whitney Deason
      Ms. Lindsey Wolf
23    OFFICE OF THE ATTORNEY GENERAL OF TEXAS
24    P.O. Box 12548
      Austin, Texas  78711
25    ronny.keister@oag.state.tx.us
```

## Page 4

```
 1  APPEARANCES/continued:
 2    Mr. Wroe Jackson
      OFFICE OF THE SECRETARY OF STATE
 3    Capitol Building, Room 1E.8
      P.O. Box 12697
 4    Austin, Texas  78711
      wjackson@sos.state.tx.us
 5
 6  ALSO PRESENT:
 7    Ms. Kathleen Murphy-Darveau
      TEXAS DEPARTMENT OF PUBLIC SAFETY
 8    (512) 424-2890
      kathleen.murphy@dps.texas.gov
 9
    and -
10
      Ms. Teena L. Harmon-Davis, Court Reporter
11    US LEGAL SUPPORT
      701 Brazos, Suite 380
12    Austin, Texas  78701
      (512) 292-4249
13
14  VIA TELEPHONE:
15    Ms. Jennifer Clark, Brennan Center for Justice
16    Ms. Emma Simpson, Campaign Legal Center
17    Ms. Myrna Perez, NAACP
18
19
20
21
22
23
24
25
```

KEITH INGRAM                                                    4/23/2014

5

                    INDEX
                                      Page
Appearances ..................................   2
KEITH INGRAM
    Examination by Ms. Westfall ...............   10
    Examination by Mr. Baron .................  191
    Examination by Mr. Brazil ................  237
    Further Examination by Mr. Baron .........  266
    Examination by Mr. Agraharkar ...........  273
    Examination by Mr. Rosenberg .............  306
    Examination by Mr. Ross ..................  308
    Examination by Ms. Korgaonkar ............  342
    Further Examination by Mr. Rosenberg ...... 343
    Further Examination by Mr. Baron .......... 352
Reporter's Certificate ........................  356


                    EXHIBITS
No.  Description                              Page
1   Plaintiffs' and Plaintiff-Intervenors'
    Amended Notice of Rule 30(b)(6) Deposition
    of The Texas Office of the Secretary of
    State and Request for Documents Relied
    Upon by 30(b)(6) Designees
    ..........................................   10

2   Defendants' Objections and Responses to
    Plaintiffs and Plaintiff-Intervenors'
    First Set of Interrogatories
    ..........................................   17

7

EXHIBITS/continued:
No.  Description                              Page
13  E-mail Chain, Subject:  EIC and Voter
    Registration Mobile Drive (Week 2)
    ..........................................  107
14  E-mail Chain, Subject:  Draft MOU: SOS/DPS
    Mobile EIC Centers
    ..........................................  110
15  October 13, 2013 Letter from Bruce Elfant
    to Keith Ingram Updating Him about Their
    Four Days of Community Outreach with DPS
    Regarding the New Voter ID Law
    ..........................................  113
16  February 3, 2014 List of Valid EIC
    Issuances
    ..........................................  118
17  List of Driver License Offices Open on
    Saturdays Until November 6, 2013
    ..........................................  131
18  E-mail from Tony Rodriguez, Subject:  EIC
    Offices That Will Open on Saturday
    ..........................................  132
19  E-mail Chain, Subject:  EIC Locations for
    SOS Staff
    ..........................................  138
20  Secretary of State Memorandum Regarding
    Frequently Asked Questions - Implementation
    of Senate Bill 14
    ..........................................  146

21  Request for Disability Exemption Form
    ..........................................  148
22  Transcript of Proceedings Before the Senate
    of The State of Texas 82nd Legislature
    ..........................................  170
23  E-Mail Chain, Subject:  Query to Identify
    Voters with no TDL/ID-Compare to DPS Records
    ..........................................  172

6

EXHIBITS/continued:
No.  Description                              Page
3   Texas Administrative Code 15.181, 15.182,
    15.183, 15.184 and Texas Transportation
    Code 521.142
    ..........................................   31

4   Memorandum of Understanding Between The
    Office of the Texas Secretary of State and
    The Texas Department of Public Safety
    Concerning Election Identification
    Certificate Issuance Outside of a
    Department of Public Safety Facility
    ("Mobile EIC Centers")
    ..........................................   58
5   Interlocal Cooperation Contract - Mobile
    EIC Operations
    ..........................................   84
6   List of DPS Mobile Stations Issuing
    Election Identification Certificates
    ..........................................   92
7   List of DPS Mobile Stations Issuing
    Election Identification Certificates
    ..........................................   92
8   E-mail from Wroe Jackson, Subject:  "No"
    Counties
    ..........................................   98
9   E-mail from Tony Rodriguez, Subject:  FW:
    Mobile EIC Operations (Phase 1)
    ..........................................  102
10  E-mail Chain, Subject:  Training
    ..........................................  104

11  E-mail Chain, Subject:  EIC Training
    ..........................................  105
12  E-mail Chain, Subject:  EIC Metrics
    ..........................................  106

        (Continued on next page)

8

EXHIBITS/continued:
No.  Description                              Page
24  October 13, 2011 Letter to Ann McGeehan
    from League of Women Voters of Texas
    Regarding Substantially Similar Name
    Standards
    ..........................................  212
25  E-mail Chain, Subject:  Question -
    "Substantially Similar Name"
    ..........................................  213
26  E-mail Chain, Subject:  Draft Rule for
    Similar Name Standard
    ..........................................  213
27  E-mail Chain, Subject:  Voter ID Problem
    ..........................................  216

28  Document Titled:  Fall 2013 Campaign
    $400,000 (all non-HAVA money)
    ..........................................  276

29  Document Titled:  2014 Voter Education
    Campaign Phase 1-about $400,000 (HAVA)
    ..........................................  276

30  Document Titled:  2014 Voter Education
    Campaign Phase II-about $1.6 million (HAVA)
    ..........................................  276

31  Document Titled:  Texas Secretary of State,
    Paid Media Wrapup (TV, Radio + Print),
    September-October 2013
    ..........................................  282
32  Screen Shots from On-Line Poll Worker
    Training
    ..........................................  301
33  E-mail Chain, Subject:  Webb County
    Locations for EIC Ops
    ..........................................  323
34  E-mail Chain, Subject:  Mobile EIC
    ..........................................  326

KEITH INGRAM                                                        4/23/2014

9

1   EXHIBITS/continued:
2   No.  Description                          Page
3   35  List of Election Identification Certificate
        Mobile Stations for Val Verde County
4       ........................................... 331
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

11

1   the Brennan Center.  I represent Texas NAACP and MALC.
2       MR. DOGGETT:  Robert Doggett, Texas Rio
3   Grande Legal Aid, with Jose Garza, representing the Ortiz
4   Plaintiffs.
5       MR. BARON:  Neil Baron for the
6   Veasey-LULAC Group.
7       MR. BRAZIL:  Scott Brazil for the Veasey
8   Group.
9       MR. KEISTER:  Ronny Keister for
10  Defendants, and also Lindsey Wolf and Whitney Deason.
11      THE REPORTER:  Sir, would you raise your
12  right hand, please.
13      Do you solemnly swear or affirm that the
14  testimony you're about to give here today will be the
15  truth, the whole truth, and nothing but the truth, so
16  help you God?
17  THE WITNESS:  I do.
18      MR. ROSENBERG:  Just one logistical thing.
19  There are a whole bunch of different plaintiffs here.
20  We're not going to object to each other's questions, I
21  hope, but down the road if there are any objections by
22  one I think it should be deemed to be objections by
23  others or otherwise you'll have six different people
24  objecting at once.
25      MR. KEISTER:  That's fine, unless I

10

1                  PROCEEDINGS
2       (Exhibit No. 1 marked)
3       THE REPORTER:  This is the deposition of
4   Keith Ingram taken at the firm of Dechert LLP, 300 West
5   Sixth Street, Austin Texas.  Today's date is April 23,
6   2014.  The approximate time is 9:02 a.m.  My name is
7   Teena Davis with the firm of U.S. Legal Support in
8   Austin, Texas.  Would counsel please state your
9   appearances on the record.
10      MS. WESTFALL:  This is Elizabeth Westfall
11  for the United States.
12      MS. MARANZANO:  Jennifer Maranzano for the
13  United States.
14      MR. ROSENBERG:  Ezra Rosenberg from
15  Dechert for the Texas State Conference of NAACP Branches
16  and MALC.
17      MS. KORGAONKAR:  Natasha Korgaonkar from
18  the NAACP Legal Defense Fund here for Texas League of
19  Young Voters Group.
20      MR. ROSS:  Deuel Ross from the NAACP Legal
21  Defense Fund for the Texas League, Plaintiff-Intervenors.
22      MS. EISENBERG:  Lynn Eisenberg from
23  WilmerHale.  We're the Texas League Plaintiff-Intervenors
24  here.
25      MR. AGRAHARKAR:  Vishal Agraharkar from

12

1   indicate otherwise on the particular objection.
2       MS. WESTFALL:  Thank you.
3       KEITH INGRAM,
4   having been first duly sworn, testified as follows:
5                  EXAMINATION
6   BY MS. WESTFALL:
7       Q.  Good morning, Mr. Ingram.  How are you?
8       A.  Marvelous.
9       Q.  Could you state and spell your name for the
10  record, please?
11      A.  Brian Keith Ingram, B-R-I-A-N, K-E-I-T-H,
12  I-N-G-R-A-M.
13      Q.  And are you employed?
14      A.  I am.
15      Q.  Where are you employed?
16      A.  I work for the Texas Secretary of State.
17      Q.  And what is your title?
18      A.  I am the director of the Elections Division.
19      Q.  Mr. Ingram, you had your deposition taken in
20  the lawsuit of Texas v. Holder in 2012; is that right?
21      A.  I did.
22      Q.  And do you remember that you were instructed on
23  the ground rules for depositions at that time?
24      A.  Yes, I do.
25      Q.  Do you remember the ground rules today, sitting

KEITH INGRAM                                                    4/23/2014

13

1  here?
2      A.  I do.
3      Q.  Do you understand you've been sworn in under
4  oath and you may be subject to penalty of perjury for
5  giving false or misleading testimony?
6      A.  Certainly.
7      Q.  And so you need to testify truthfully,
8  accurately, and completely?
9      A.  Yes.
10     Q.  So just to review some of the key rules for
11  depositions, please wait for me to finish my question
12  before you answer, and I'll try to do the same.
13     A.  Okay.
14     Q.  I will try to ask you clear questions, but if
15  you don't understand a question that I ask, please ask
16  for clarification, okay?
17     A.  I will.
18     Q.  If you wish to stop and take a break, please
19  let me know and I'll try to accommodate you, but if there
20  is a question pending, please answer the question before
21  you ask to take a break.  Is that okay?
22     A.  I'll try to do that.
23     Q.  Do you understand these instructions?
24     A.  Yes.
25     Q.  Are you on any medication today that would

14

1  affect your ability to testify truthfully?
2      A.  I am not.
3      Q.  Is there any other reason why you can't testify
4  truthfully today?
5      A.  No.
6      Q.  If I refer to you or your office I will be
7  referring to the elections division of the Texas
8  Secretary of State.  Do you understand?
9      A.  Yes.
10     Q.  And if I refer to the Secretary of State I'm
11  referring to the entire office of the Secretary of State.
12  Is that okay?
13     A.  Okay.  I typically think of my office as the
14  Secretary of State, so that's -- I might get that messed
15  up.  Sorry.
16     Q.  I will try to use those terms interchangeably
17  to encompass as wide a scope as possible.  Is that okay?
18     A.  Certainly.
19     Q.  And when I refer to the term minority voters
20  I mean voters that are not white and not Anglo.  Is that
21  okay?
22     A.  Okay.
23     Q.  I'm going to hand you what's been previously
24  marked as Exhibit No. 1.  Do you recognize this document?
25     A.  I do.

15

1      Q.  What is it?
2      A.  It's an amended notice of a 30(b)(6) depo for
3  the Secretary of State's Office.
4      Q.  And are you here as the designee for all of the
5  topics listed in that notice?
6      A.  I am.
7      Q.  Are you prepared to testify about all the
8  topics in that notice?
9      A.  Yes.
10     Q.  The notice asks that documents relied upon by
11  you in preparation of this deposition be produced to the
12  plaintiffs in advance of this deposition.  Has that been
13  done?
14     A.  Yes.
15     Q.  And I believe that your -- who is your counsel?
16     A.  Representing me here today is Ronny Keister and
17  a couple of other associates from the Attorney General's
18  Office.
19     Q.  And I believe that before we started this
20  deposition your counsel provided some documents.  Is that
21  correct?
22     A.  It is.
23     Q.  Are there any other documents that you relied
24  upon in preparing for this deposition that have not been
25  previously produced?

16

1      A.  No, ma'am.  I reviewed some documents that we
2  had produced over the last year, but I didn't rely on
3  them.  I just wanted to refresh my recollection about
4  what our office had done.
5      Q.  Could you tell me generally what you reviewed
6  in advance of this deposition?
7      A.  I looked at the rules that we changed regarding
8  provisional ballots, 81.172 to 81.174 of the Texas
9  Administrative Code.  I looked at the two versions of
10  81.71 -- I guess the three versions of that that we had
11  done as well as some e-mail advisories and PowerPoint
12  presentations.
13     Q.  Is there anything else you reviewed?
14     A.  No, ma'am.
15     Q.  Did you review --
16     A.  Oh, excuse me.  Yes, I did review the
17  interrogatory responses and requests for admissions.
18     Q.  Did you review any documents in the files of
19  Ann McGeehan?
20     A.  I don't think so, no, ma'am.
21     Q.  Did you review any documents in the files of --
22     A.  I mean, I don't think of it as in the files of
23  Ann McGeehan.  Our office did a first set of rules 81.172
24  to 174 that were not finally adopted that we revised
25  before final adoption, and so I don't know if you

KEITH INGRAM                                                    4/23/2014

5 (Pages 17 to 20)

---

**17**

1   consider those to be in the files of Ann McGeehan, but I
2   did review those.
3       Q.  Did you review any documents authored by
4   Elizabeth Winn?
5       A.  No, I mean, other than the hand she would have
6   had in the first version of 81.71 and first version of
7   the provisional ballot rules.
8           MS. WESTFALL:  Could you mark this.
9           (Exhibit No. 2 marked)
10      Q.  I'm handing you what's been marked as
11  Exhibit 2.  Do you recognize this document?
12      A.  Yes.
13      Q.  What is it?
14      A.  It appears to be the answers to the first set
15  of interrogatories from the State of Texas.
16      Q.  Did you assist in the preparation of these
17  interrogatory responses?
18      A.  I did.
19      Q.  What were the interrogatories you contributed
20  to as a general matter?
21      A.  Generally I helped with the ones that related
22  to our office.
23      Q.  And those would include?
24      A.  Do you want specific numbers?
25      Q.  Please.

---

**18**

1       A.  Number 1, number 3, number 8 indirectly,
2   number 9 indirectly, number 10 directly, number 11
3   directly, number 12, number 13, number 14, number 16,
4   number 17, number 18, number 19, number 22, 24 and 25
5   were, sort of, and I believe that's it.
6       Q.  Thank you.  The interrogatory responses state
7   that in July 2013 the voter registration list was matched
8   against the jury wheel used by DPS.  Is that correct?
9       A.  That's correct.
10      Q.  Were you involved in that matching process or
11  overseeing that matching process?
12      A.  I did.
13      Q.  What is the jury wheel list?
14      A.  The jury wheel is a list of persons with a
15  driver license and a state ID that the DPS provides to us
16  once a year for the purpose of constituting the list of
17  jurors for each county.
18      Q.  And how does that differ from the list of
19  driver license holders and personal ID holders?
20      A.  I don't know.
21      Q.  Is it different insofar as it is limited to
22  U.S. citizens and persons without felony convictions?
23      A.  That's what we're making -- we do with that
24  with the jury wheel when we're making -- we do with that
25  list from the DPS when we're making the jury wheel is

---

**19**

1   eliminate non-citizens, so I believe they're on that
2   list.
3       Q.  The jury wheel list that you get from DPS; is
4   that correct?
5       A.  That's correct.
6       Q.  And then your office removes non-citizens and
7   persons with felony convictions; is that correct?
8       A.  That's correct.
9       Q.  And you prepare the jury list; is that right?
10      A.  That's right.
11      Q.  What data elements from the TEAM database were
12  matched against the jury wheel list that was conducted in
13  July 2013?
14      A.  What we did is -- we compared several different
15  ways, but primarily the name, first name, last name, date
16  of birth, and any identifying numbers that might have
17  been included, so either the driver license number or the
18  last four of the Social or, if we had it, the full nine
19  of the Social.
20      Q.  And were those the sum total of the fields that
21  you matched?
22      A.  I am not sure about middle name.  I do not
23  believe it's used in that process.
24      Q.  Who in your office conducted the match?
25      A.  Betsy Schonhoff is my voter registration

---

**20**

1   manager, so she interfaced directly with our IT
2   department, and our IT department would actually do the
3   sequel server queries to generate the list.
4       Q.  How many active voters were not present on the
5   jury wheel list?
6       A.  I don't know.
7       Q.  Do you have any ballpark estimate?
8       A.  I'm not sure what you're asking.  If you're
9   asking about the number of people that didn't match with
10  an ID -- is that what you're asking?
11      Q.  Yes.
12      A.  It was just under 800,000, 795,000 or so.
13      Q.  This was a number that was -- that came out of
14  the July 2013 match?
15      A.  It's in that ballpark.  It might have been
16  seven-eighty-five, but it was somewhere in the upper
17  700,000, yes, ma'am.
18      Q.  Do you recall that a similar type of matching
19  process was conducted in 2011?
20      A.  Yes.
21      Q.  And was the matching result roughly the same?
22      A.  I believe it was less than that.  I'm not sure
23  exactly what process was used in September of '11.  That
24  was prior to my time with the Secretary of State's
25  Office.  But it's my recollection that that number was

---

KEITH INGRAM                                                    4/23/2014

21

1   something under 700,000 non-matches.
2       Q.  So just to be clear about your testimony, is it
3   your testimony that the Secretary of State's Office
4   prepared a jury wheel list from information from the DPS
5   and then you compared the jury wheel list with a list of
6   registered voters?  Is that correct?
7       A.  No, ma'am.
8       Q.  Could you clarify?
9       A.  No, we took the DPS database that they provided
10  for jury wheel purposes and matched the voter
11  registration database against that database, so we didn't
12  match it against the actual jury wheel.  The jury wheel
13  consists of both registered voters and driver license
14  holders, and the goal of making the jury wheel is to make
15  sure that duplicates aren't on that list.
16      Q.  I see.  I see.
17      Q.  So that somebody's not on the jury list because
18  they've got a driver license and on the jury list because
19  they're a registered voter.
20      Q.  I see.  Did you provide the matching results
21  from this July 2013 match to anyone outside of the
22  Secretary of State's Office?
23      A.  We did.
24      Q.  Who were those entities or people?
25      A.  I'm not sure if I can remember all of them off

22

1   the top of my head.  I know Sondra Haltom from Empower
2   the Vote Texas requested it.  I know that Chris Tomlinson
3   from the Associated Press requested it.  We also provided
4   it to counties who asked for their particular voters who
5   were non-matches, so there were some counties -- I know
6   Dallas, Travis, I believe Harris all asked for their list
7   for their county of persons who didn't match within their
8   county.
9       Q.  Were there any other counties you can recall at
10  this time?
11      A.  I don't know.  I can't -- I mean, there might
12  have been some smaller ones that asked for it as well.
13  But I know -- I know Travis did, I know Dallas was
14  interested in it, and I know that Harris was.
15      Q.  Why did you conduct this match?
16      A.  The purpose of that match was to get an idea by
17  ZIP code of where concentrations of voters would be that
18  didn't match with a driver license or state ID.  We were
19  contemplating the use of mobile election identification
20  certificate units and we wanted to have some idea -- a
21  rough idea, because obviously non-matches doesn't mean
22  they don't have an ID.  But we wanted to have a rough
23  idea of where the voters might be concentrated who could
24  benefit from election identification certificate mobile
25  unit.

23

1       Q.  Okay.  And then how did counties and other
2   entities, such as Ms. Haltom and Chris Tomlinson, learn
3   about the existence of this match?
4           MR. KEISTER:  Objection, calls for
5   speculation.
6       A.  I don't know how Sondra Haltom and
7   Chris Tomlinson learned about it.  The counties learned
8   about it because we were contacting them and we were
9   letting them know that we had done this match and we had
10  a list of ZIP codes in their counties and the numbers of
11  non-matches within those ZIP codes and did they know of
12  anyplace where an EIC unit could be set up within those
13  ZIP codes.
14      Q.  I see.  And just to be clear -- because it's
15  not clear in my mind or I misunderstood the interrogatory
16  response.  You prepared -- you obtained -- the process
17  was that you obtained from DPS the list of driver license
18  and personal ID holders and you created the jury wheel,
19  is that correct, in-house?
20      A.  That's right.
21      Q.  And then you took the jury wheel and you
22  compared it with the TEAM database; is that correct?
23      A.  No.
24      Q.  Correct me, because I'm not understanding the
25  matching process.

24

1       A.  The purpose of mentioning the jury wheel is to
2   say that it was the driver license database associated
3   with the jury wheel process.
4       Q.  I see.  I see.
5       A.  So we matched with the DPS database that we use
6   for jury wheel.
7       Q.  Did you contact every single county about the
8   results of this match?
9       A.  No, ma'am.
10      Q.  How did you identify which counties?
11      A.  Like I said, the purpose of this was we were
12  investigating where to send mobile EIC units, and so the
13  goal was to find -- there were two competing variables
14  with regard to mobile EIC units; number 1, we wanted to
15  make sure that rural communities had access to EICs if
16  they needed an election identification certificate.  So
17  that was one interest at stake with regard to the EIC
18  mobile program.  The other interest was to find
19  concentrations of voters that may benefit from this
20  program.  So with regard to this matching exercise, it
21  was -- the purpose was to find concentrations of voters
22  that could benefit, potentially, from an EIC, and so
23  that's the reason those counties with high concentrations
24  in a ZIP code were contacted.  Obviously, in Reeves
25  County or Upton or any of the other rural counties, they

KEITH INGRAM                                              4/23/2014

---

25

1   don't have large concentrations of voters.  The matching
2   exercise was not really pertinent to that aspect of the
3   mobile EIC program.
4        Q.  So in some you contacted some counties with
5   large concentrations and some counties with rural
6   populations that might not have a driver license office
7   or where you were contemplating putting a mobile EIC
8   unit?
9        A.  Right.  And it wasn't just that they didn't
10  have a driver license full time in their county, it was
11  that they were rural and they could be -- you know, even
12  if it was within the same county, they could be a
13  significant distance away from the driver license office,
14  so we wanted to make sure that there was rural coverage.
15       Q.  How many counties was it total that you
16  contacted, approximately?
17       A.  With regard to what?
18       Q.  With regard to the jury wheel match results in
19  July 2013.
20       A.  I am not sure.  It would have been all of the
21  big ones, so Bexar, Harris, Dallas, Travis, Williamson,
22  Hays, Fort Bend, Brazoria, Jefferson.  You know, it would
23  have been all of the larger counties, Cameron, Hidalgo.
24       Q.  Did you produce the matching results to your
25  counsel in this litigation?

---

26

1        A.  I believe so, yes, ma'am.
2        Q.  Have they been turned over to the United States
3   and the other plaintiffs in this litigation?
4        A.  I don't know.
5        MS. WESTFALL:  Mr. Keister, have the
6   matching results been produced in this litigation?
7        MR. KEISTER:  Counsel, I can't answer that
8   question.  I'm sorry.
9        MS. WESTFALL:  Could you, after this
10  deposition, look into that and determine whether you
11  have?  And we would request that the matching results be
12  produced.  They are responsive to our request for
13  production.
14       A.  Could I clarify that request?
15       Q.  Certainly.
16       A.  There's two different forms that this response
17  takes.  They're both in an Excel spreadsheet.  There's
18  one that is just broken out by county by ZIP code, so it
19  just has the numbers on it, and then there's another one
20  that has the actual voters underneath those numbers.  You
21  want one or both of those?
22       Q.  So there are two files, one is a summary by
23  county of the number of voters and one is a list of the
24  actual voters; is that correct?
25       A.  That's right.  And so, you know, the one with

---

27

1   the voters in it is very large.
2        Q.  We would request both of those matching
3   results.  Thank you for your clarification.
4        MR. KEISTER:  Counsel, let me just state
5   on the record I do not know if those have been produced
6   or not.  I'm not saying they have, I'm not saying they
7   haven't.  And just to make it clear, my memory is not as
8   good as it once was, so don't rely upon anything said at
9   the deposition for me to follow up on.  Please give it to
10  me in writing or give it to us in writing.
11       MS. WESTFALL:  Certainly we will do that.
12       MR. KEISTER:  Not to be problematic, but
13  I'm sure by the end of the day this will all be gone from
14  my memory.
15       MS. WESTFALL:  We will do that.  Thank
16  you.
17  BY MS. WESTFALL:
18       Q.  Did you contact any voters on the matching list
19  individually and advise them of SB 14's ID requirements
20  or the availability of an EIC?
21       A.  No, ma'am.
22       Q.  Why didn't you do that?
23       A.  Well, because there's too many of them.  I
24  don't know -- you know, we break it down by county.  The
25  counties deal with their voters.  So I know that

---

28

1   Bruce Elfant here in Travis County sent all of his voters
2   on that list a postcard.  I know that Toni Pippins Poole
3   did it up in Dallas.  And so it's their responsibility to
4   interface with their voters if they feel the need to do
5   so.
6        Q.  And as the Secretary of State responsible for
7   enforcing the statute, SB 14, you did not feel it was
8   within your responsibility to contact the voters
9   individually?
10       A.  We have not -- as an office we have not made
11  that decision.  There are budgetary and resource
12  constraints that are all too real whenever we're talking
13  about a list that large.
14       Q.  So was it -- it was budgetary and resource
15  constraints that caused you to conclude at that time that
16  you were not going to contact voters individually?  Is
17  that your testimony?
18       A.  Yes, ma'am.
19       Q.  Did you have on that list of matched voters
20  phone numbers for those voters?
21       A.  No, ma'am.
22       Q.  They're not available --
23       MS. WESTFALL:  Strike that.
24       Q.  Do voters supply their phone number when they
25  register to vote?

29

1      A.   Some do.
2      Q.   And is that information in the TEAM database?
3      A.   I don't believe so.
4      Q.   It's not input in the TEAM database?
5      A.   No, ma'am.
6      Q.   What are those phone numbers used for when
7  they're input on the voter registration application?
8      A.   The counties sometimes use them to contact the
9  voters.
10      Q.   Is it your testimony that there are no phone
11  numbers associated with individual voters in the TEAM
12  database?
13      A.   I don't know for sure, but I don't believe
14  there are.
15      Q.   Aside from Sondra Haltom, Chris Tomlinson, and
16  the counties, did anyone else request this list?
17      A.   I don't remember.  I think there were a couple
18  of other requests, but I don't know who they were.  I
19  know that in response to Interrogatory No. 17 we provided
20  a spreadsheet with the folks who had requested that list.
21      Q.   Did the Secretary of State's Office play any
22  role in the development of the EIC application form?
23      A.   No, ma'am.
24      Q.   And by EIC I'm referring to the election
25  identification certificate, okay?

30

1      A.   Okay.
2      Q.   Did the Secretary of State's Office play any
3  role in developing the regulations promulgated by the
4  Department of Public Safety pertaining to EICs?
5      A.   I don't know.  I think so.
6      Q.   Do you know what that role or participation
7  was?
8      A.   Well, when we were contemplating the use of
9  mobile election identification certificate units we were
10  trying to gather the list of equipment that would be
11  required to issue election identification certificates on
12  a remote basis away from the office, and there was some
13  equipment in there that we asked questions about, and I
14  believe as a result of our question the need for
15  that equipment went away, so I don't know how that played
16  out on the DPS side.
17      Q.   Who in your office interfaced with the
18  Department of Public Safety, if you know, over these --
19  concerning the promulgation of regulations related to
20  EICs?
21      A.   And that's -- that's my point.  It wasn't
22  directly regarding the promulgation of regulations, but
23  it did, I think, have an impact on the final version of
24  those regulations.
25           MS. WESTFALL:  Could you mark this as 3,

31

1  please.
2           (Exhibit No. 3 marked)
3      Q.   I'm handing you what's been marked as
4  Exhibit 3.  Have you seen this document before?
5      A.   No, ma'am.
6      Q.   Did the Department of Public Safety solicit the
7  views of your office about whether to require EIC
8  applicants to provide fingerprints?
9      A.   They didn't solicit our advice.  We gave it
10  unsolicited.
11      Q.   Who in your office gave that input?
12      A.   Myself and Secretary Steen.
13      Q.   When was that input provided?
14      A.   Several occasions.
15      Q.   Do you know approximately the first time that
16  you provided input on fingerprinting requirements?
17           MR. KEISTER:  Mr. Ingram, let me advise
18  you that to the extent that it was deliberative process
19  of the Secretary of State's Office, I'm going to advise
20  you not to answer, but if it's not within deliberative
21  process, you can.
22      A.   You're talking about the date?
23           MS. WESTFALL:  And, Mr. Keister, the
24  Department of Public Safety was the entity responsible
25  for administering the EICs, so I'm not sure what decision

32

1  you are referring to that would have been made by the SOS
2  with regard to fingerprinting.
3           MR. KEISTER:  Well, what you're asking
4  for, to me, is calling for the deliberations of the
5  Secretary of State with respect to advice they gave to
6  the Department of Public Safety.  And to the extent,
7  Mr. Ingram, that that is within the deliberative process,
8  the process that you guys went through, then I'm going to
9  instruct you not to answer.
10           MS. WESTFALL:  Could you read back the
11  question, please.
12           (Question read by the reporter)
13      A.   So --
14           MR. KEISTER:  With respect to that
15  question you can answer, but with respect to any
16  underlying conversations or deliberations between you and
17  your office, don't give any additional information.
18      A.   The timing of it would have been in July and
19  August of 2013.
20      Q.   What was your input with regard to
21  fingerprinting?
22      A.   It was our belief that fingerprinting was
23  unnecessary with regard to an election identification
24  certificate.
25      Q.   What was the basis of your view?

KEITH INGRAM                                                4/23/2014

---

33

1      A.  It was the basis for our view that SB 14 had in
2  its transportation code amendment that the requirements
3  that the DPS could require for the election
4  identification certificate said that they may require the
5  same identification points as a driver license requires,
6  which would have included fingerprint, and since that
7  language was worded permissively it didn't require all of
8  the elements that are required to obtain a driver license
9  and that we felt that fingerprinting for this process to
10 prevent in-person voter impersonation fraud for a
11 single-use certificate that could only be used for voting
12 was unnecessary and didn't need to be.
13     Q.  Are you aware that the DPS regulations
14 concerning the application form and what an applicant has
15 to provide for an EIC do require fingerprinting?
16     A.  That was DPS' response, that their rule
17 required it, and I said, well, that's your rule and it
18 can be changed.
19     Q.  And are you aware that as of today it hasn't
20 changed?
21     A.  I am not aware of that, no, ma'am.
22     Q.  Was there ever a time when applicants for an
23 EIC were required to provide fingerprints?
24     A.  I believe so, yes, ma'am.
25     Q.  What was that period of time?

---

34

1      A.  Before July or August of 2013.  So there
2  were -- I don't know.  At that point seems like there
3  might have been 17 or 20 that had been issued statewide,
4  and probably those folks gave fingerprints.
5      Q.  So that was between the period when the law
6  began to be enforced around the 25th of June 2013 and
7  sometime in July 2013; is that correct?
8      A.  Or perhaps August, but yes, ma'am.
9      Q.  Were there any complaints received by your
10 office or by county election officials about the
11 fingerprinting requirement?
12     A.  No, ma'am.
13     Q.  How did this issue come to your attention?
14     A.  Like I said, it was with regard to getting a
15 list of equipment that would be required to do mobile
16 election identification certificates.
17     Q.  And one of the items in that equipment related
18 to fingerprinting; is that correct?
19     A.  That's right.
20     Q.  And that's how it was brought to your
21 attention; is that right?
22     A.  Yes.
23     Q.  And to your knowledge about 15 to 20 people had
24 to be fingerprinted during that period when fingerprints
25 were required?

---

35

1      A.  I don't know how many.  That's just my best
2  guess.
3      Q.  Does a voter registration applicant in Texas
4  need to provide fingerprints?
5      A.  No, ma'am.
6      Q.  Do you know who made the decision at DPS to
7  require fingerprints?
8      A.  I have no idea.
9      Q.  Do you know whether an applicant for a U.S.
10 passport needs to provide fingerprints?
11     A.  I don't know.  I doubt -- I don't think so.
12     Q.  Do you know whether a person in the military
13 obtaining an ID needs to provide fingerprints?
14     A.  I don't know.  I don't think so.  I should ask
15 my son.
16     Q.  Do you know what offices EIC applicants were
17 required to provide fingerprints in?
18     A.  No, ma'am.
19     Q.  Or what counties?
20     A.  No.
21     Q.  Do you know whether any voters were deterred
22 from applying for EICs due to this fingerprinting
23 requirement?
24     A.  I have no idea.
25     Q.  How many conversations did you have with the

---

36

1  Department of Public Safety concerning fingerprinting?
2      A.  How many?  I don't know.  Three or four.
3      Q.  Who at the Department of Public Safety did you
4  communicate your views to?
5      A.  We communicated our views to Mr. Bodisch,
6  Mr. Peters, and Mr. McCraw, Colonel McCraw.
7      Q.  What was their reaction?
8      A.  I don't know.  I don't know what you mean.
9      Q.  Did they respond favorably to your suggestion
10 to remove that requirement or were they resistant?
11     A.  They were resistant.
12     Q.  What was the basis of their views as you
13 perceived them?
14         MR. KEISTER:  Calls for speculation.
15     A.  I don't know.
16     Q.  What did they tell you as to why they needed to
17 continue this requirement?
18     A.  I don't know.  I don't -- their view was that
19 they're a law enforcement agency and as a law enforcement
20 agency that's their primary way to look at the world and
21 when they've got the opportunity to interface with
22 someone they want to get that data on that person and
23 that the potential for somebody to impersonate someone to
24 get an EIC existed apart from the fingerprint to confirm
25 their identity.

---

KEITH INGRAM                                                4/23/2014

37

1    Q.  Do you know what the Department of Public
2  Safety -- and I'm going to refer to it interchangeably as
3  DPS and Department of Public Safety.  Do you know what
4  they did with the fingerprints when they obtained the
5  fingerprints from the EIC applicants?
6    **A.  No, ma'am.**
7    Q.  Do you know what the standard practice is of
8  DPS when they obtain fingerprints from applicants for
9  other forms of ID?
10   **A.  I do not.**
11   Q.  Are you confident sitting here today that no
12 DPS offices are requiring fingerprinting of EIC
13 applicants?
14   **A.  I am not.**
15   Q.  Do you know who would know the answer to that
16 question?
17   **A.  The Department of Public Safety.**
18   Q.  Do you know who at DPS would know?
19   **A.  I don't know for sure who over there would**
20 **know.  Probably all of the ones that I mentioned would**
21 **know as well as Mr. Rodriguez.**
22   Q.  And was there a time after you had three or
23 four conversations with DPS that they agreed with your
24 position and decided that fingerprints would not be
25 required?

38

1    **A.  There was, and that the equipment that we**
2  **purchased for the mobile EIC units did not include the**
3  **fingerprint equipment.**
4    Q.  And it's your testimony this was about
5  August 2013?
6    **A.  Yes, because we started the actual usage of the**
7  **mobile EICs in the middle of September, so it would have**
8  **been late August or early September.**
9    Q.  Do you know whether the determination to stop
10 requiring fingerprinting was communicated to DPS
11 personnel?
12   **A.  I have no idea.**
13   Q.  Do you know who would know the answer to that
14 question?
15   **A.  The folks over at DPS.**
16   Q.  Were you concerned -- was part of the reason
17 why you didn't feel fingerprinting was necessary was that
18 you were concerned that fingerprinting EIC applicants
19 would be intimidating to those voters?
20   MR. KEISTER:  Objection.  Are you asking
21 Mr. Ingram his personal opinion or are you asking is
22 there a position of the Secretary of State?
23   MS. WESTFALL:  I'm asking his personal
24 opinion.
25   MR. KEISTER:  Well, then I'm going to

39

1  instruct him not to answer his personal opinions.  That's
2  outside the scope of what we're here for today.  He's
3  here to testify on the areas in the subpoena, and that's
4  not his personal opinions.
5    MS. WESTFALL:  Well, Mr. Keister, we can
6  certainly notice Mr. Ingram for another deposition in his
7  personal capacity if that's how you would like to proceed
8  or we could try to efficiently conduct this deposition
9  and have him here for one day.
10   MR. KEISTER:  Counsel, that's your call
11 how you want to proceed, but I'm going to instruct
12 Mr. Ingram only to testify, to the extent possible, as to
13 the issues in the subpoena, and that's -- and I do not
14 want this record to confuse Mr. Ingram's personal
15 opinions for being that of the Office of the Secretary of
16 State.  It's going to be a long depo, and I'm afraid it
17 will get confused.
18   MS. WESTFALL:  I'll ask it a different
19 way.
20   MR. KEISTER:  Okay.
21 BY MS. WESTFALL:
22   Q.  From the standpoint of the Secretary of State's
23 Office was the Secretary of State at any time concerned
24 that some voters might be intimidated by the
25 fingerprinting requirement?

40

1    **A.  I don't know if intimidated is the correct**
2  **word.  It felt to us like it was unnecessary and would**
3  **create an additional hurdle that might be a problem for**
4  **some voters for whatever reason, and we did not believe**
5  **that the hurdle was necessary.**
6    Q.  Did you think that the Secretary of State's
7  Office felt that voters might be discouraged from
8  applying for an EIC because of this requirement?
9    MR. KEISTER:  Once again, Mr. Ingram --
10 are you asking for his personal opinion at this point or
11 are you asking for the Office of the Secretary of State?
12   MS. WESTFALL:  The Office of the Secretary
13 of State.
14   **A.  We were of the opinion that it would create**
15 **a hurdle for some voters that was unnecessary.**
16   Q.  Are EIC applicants required to provide
17 documentary proof of U.S. citizenship?
18   **A.  I believe so.  I believe they're required to**
19 **produce proof of citizenship and identification, but the**
20 **specific elements of those requirements would be a DPS**
21 **question.**
22   Q.  And could the decision to require or not
23 require fingerprints be reversed at any time?
24   **A.  I don't know.**
25   Q.  Do you know why EIC applicants are required to

KEITH INGRAM                                                      4/23/2014

---

41

1    provide documentary proof of U.S. citizenship?
2        A.  I do not.
3        Q.  Did DPS solicit the views of the Secretary of
4    State on this issue?
5        A.  No, ma'am.
6        Q.  Do you know who at DPS decided that EIC
7    applicants would have to provide documentary proof of
8    U.S. citizenship?
9        A.  I do not.
10       Q.  Do you know what the purpose of this
11   requirement is?
12       A.  I do not.
13       Q.  It's not required by SB 14, is it?
14       A.  SB 14 says that the DPS can require the same
15   elements of proof of ID and proof of citizenship that are
16   required for a driver license.
17       Q.  Do you think documentary proof of citizenship
18   is a necessary requirement for EIC applicants?
19           MR. KEISTER:  Objection.  Once again,
20   counsel, I'm going to instruct --
21       Q.  On behalf of the Secretary of State.
22       A.  Our office has no position on that.
23       Q.  Is documentary proof of citizenship required
24   when you register to vote in Texas?
25       A.  No, ma'am.

---

42

1        Q.  Is it required to obtain a license to carry a
2    concealed handgun?
3        A.  I don't know.
4        Q.  Is it required to obtain a Texas driver
5    license?
6        A.  I don't know.
7        Q.  Is it required to obtain a Texas personal ID
8    card from DPS?
9        A.  I don't know.
10       Q.  At any point were EIC applications compared
11   against other state databases to see if the applicant had
12   any outstanding traffic tickets?
13       A.  I'm not sure.
14       Q.  Have you heard anything about this before?
15       A.  Well, I know that when we were getting the
16   mobile EIC unit concept underway that one of the
17   requirements was realtime connectivity at a fairly high
18   data bit rate, and when we questioned the need for that
19   the response was that it was to perform background
20   checks.  So I don't know if a background check includes
21   unpaid traffic tickets or not, but that was another thing
22   that we felt was unnecessary.
23       Q.  What was the resolution of your dispute with
24   DPS as to background checks on applicants?
25           MR. KEISTER:  Objection to the

---

43

1    characterization of testimony as a dispute.
2        Q.  You may answer.
3        A.  The mobile EIC units did not have realtime
4    connectivity.
5        Q.  So in other words, the mobile EIC units did not
6    conduct background checks of EIC applicants?
7        A.  I don't know.  They did not have realtime
8    Internet connectivity for performing said background
9    checks in realtime.
10       Q.  Do you know whether EIC applicants who went to
11   driver license offices were subjected to background
12   checks?
13       A.  I do not know.
14       Q.  Do you know who would know that?
15       A.  The DPS.
16       Q.  Who at DPS?
17       A.  I don't know.
18       Q.  Do you know whether EIC applicants had -- when
19   they submitted their application, had a check for arrest
20   warrants as part of the background check you described?
21       A.  I believe that was the purpose of the
22   background check.
23       Q.  Do you believe background checks are occurring
24   currently for EIC applicants?
25       A.  I have no idea.

---

44

1        Q.  Is there any state law that you're aware of
2    that would prevent DPS from conducting background checks
3    of EIC applicants?
4        A.  No, ma'am.
5        Q.  And the Secretary of State's Office doesn't
6    compare voter registration applications against data
7    showing whether you have an outstanding traffic ticket,
8    does it?
9        A.  No.
10       Q.  And when you're processing voter registration
11   applications you don't do any check to determine whether
12   the applicant has any outstanding arrest warrants; is
13   that correct?
14       A.  That is correct.
15       Q.  Is the Secretary of State's Office aware of any
16   public perception that if you go to a driver license
17   office a warrant check will be conducted while you're
18   there?
19       A.  I have no idea.
20       Q.  Are state troopers or law enforcement generally
21   present at driver license offices?
22       A.  Yes, they are.
23       Q.  Are you aware -- is the Secretary of State's
24   Office aware of any concerns about the presence of law
25   enforcement at driver license offices?

---

KEITH INGRAM                                                      4/23/2014

---

**45**

1  A.  No, ma'am.
2  Q.  Is there any law enforcement at polling places
3  on election day?
4  A.  Well, there can be, but usually not.
5  Q.  And why is that?
6  A.  Not usually a need.  If the election judge
7  feels that there is a potential breach of the peace, then
8  they certainly can have a constable or a local law
9  official at the polling place, but normally there's not
10 a perceived threat to public order or safety that would
11 require the election judge to make that request of local
12 law enforcement.
13 Q.  And is it generally true that county election
14 offices don't have law enforcement at polling places
15 because it would be intimidating to voters?
16     MR. KEISTER:  Objection, calls for
17 speculation.
18 A.  Right.  I don't believe that has anything to do
19 with it, no, ma'am.
20 Q.  Has the Secretary of State's Office played any
21 role in the issuance of EICs?
22 A.  Yes.
23 Q.  And describe that role.
24 A.  We were a part of the program for the mobile
25 EIC units last fall, and then we have actually had

---

**46**

1  several of our employees trained to issue election
2  identification certificates, and in the spring campaign
3  before the March primary some of our agency employees
4  were out with the mobile units paired with a DPS person
5  and they did issue a couple or maybe three or four EICs.
6  Q.  Is there any other way in which the Secretary
7  of State's Office has played a role in issuing EICs?
8  A.  No, ma'am.
9  Q.  Did your office have any role in issuing EICs
10 in October or September 2013?
11 A.  We -- we had a role in trying to direct the
12 locations of the election identification certificate
13 mobile units, and so we coordinated very closely with DPS
14 in that process.  But no, we didn't actually issue the
15 election identification certificates.
16 Q.  So you had no involvement in issuing EICs at
17 driver license offices; is that correct?
18 A.  That's correct.
19 Q.  You have no plans to be involved in issuing
20 EICs at driver license offices; is that correct?
21 A.  Our office has no such current plans.  If the
22 legislature decides that we need to have a role, then we
23 will.
24 Q.  Fair point.  Has your office played any role in
25 working in other -- in county offices to issue EICs?

---

**47**

1  A.  Yes.
2  Q.  What has that role been?
3  A.  There was what we call Phase 3 of the mobile
4  EIC unit program, and it involved permanent fixtures of
5  election identification certificate mobile units inside
6  counties that didn't have a permanent driver license
7  office, so I, for the Secretary of State's Office,
8  contacted those counties -- I don't remember how many
9  there were, 79 or 80 of them -- and talked to them about
10 the possibility of having the training, having the
11 equipment and the ability to issue election
12 identification certificates locally on a full-time basis.
13 Q.  Has that been executed or is that a plan?
14 A.  It has been executed and it is currently in the
15 process of continuing to be executed.  So there were some
16 counties who were very quick on deciding to take us up on
17 the offer, there were other counties who were more
18 reluctant, and so it's been a process.
19 Q.  What is the current status of how many counties
20 without driver license offices have entered into this
21 arrangement?
22 A.  I am not sure.  The last I heard it was 40 had
23 the ability to do EICs on a full-time basis locally.  I'm
24 not sure of what the updated numbers are past that.  I
25 believe that there were several more who had agreed to be

---

**48**

1  trained and accept the equipment.  I just don't know what
2  the current status is.
3  Q.  Are those 40 currently operating offices that
4  issue EICs or is this -- is your testimony that they've
5  entered into an agreement to do that?
6  A.  No, no, they -- they -- they -- they're up and
7  running, so if someone needs an election identification
8  certificate in those counties they can go to their
9  local -- it depends on the county which office has the
10 equipment.  Sometimes the county judge's office has it,
11 sometimes it's the sheriff, sometimes it is the voter
12 registrar, and sometimes it's the county clerk, so it
13 depends on the county.
14 Q.  Okay.  We'll talk a little bit about that
15 Phase 3 later, after we talk about earlier phases.
16     Are you aware that there have been changes
17 to the rules related to the issuance of birth
18 certificates to be used to obtain an EIC?
19 A.  Yes.
20 Q.  Have you had any role or involvement or input
21 in the changes to those rules?
22 A.  No, ma'am.
23 Q.  Are you familiar with mobile EIC centers?
24 A.  I'm not sure.
25 Q.  Units?

---

49

1    A. Yes.
2    Q. What are those?
3    A. It is equipment that can be transported from
4    location to location that has within it the ability to
5    take the person's information, scan it in and issue a
6    temporary form of an election identification certificate.
7    Q. What prompted development of mobile EIC units?
8       MR. KEISTER: Mr. Ingram, to the extent
9    that calls for any deliberations within the office, I'm
10   going to instruct you not to answer that. To the extent
11   it's simply telling what the office does, then you can go
12   into that.
13   A. Yeah, then I don't know if I can answer that
14   question.
15   Q. When did the beginning of the program start?
16   A. It actually started with mobile EIC units in
17   place sometime around the 15th or 20th of September. I'm
18   not sure exactly the kickoff date.
19   Q. When did the plans for the units start?
20   A. It would have been June and July of 2013.
21   Q. Who was involved in developing the plans?
22   A. Our office, the Governor's Office, the
23   Department of Public Safety.
24   Q. Who at the Governor's Office was involved?
25   A. I am not sure who all was involved. There's a

50

1    deputy chief of staff. I can't think of his name to save
2    my life right now. But anyway, he -- he was the primary
3    point person for the Governor's Office on it.
4    Q. Were you the point person for the Secretary of
5    State's Office?
6    A. I along with our general counsel and our
7    deputy.
8    Q. And who was the point of contact at DPS?
9    A. Duke Bodisch and Joe Peters.
10   Q. Were there other means of reaching registered
11   and eligible voters who lacked EICs that you considered?
12   A. One of the things that we had talked about was
13   Saturday hours at some of the higher traffic DPS offices.
14   Q. Were there any other avenues of reaching voters
15   without EICs that you contemplated?
16      MR. KEISTER: Mr. Ingram, to the extent
17   that's going into the deliberations of the office I'm
18   going to instruct you not to answer that, and also to the
19   extent that it invades the attorney-client privilege I'm
20   going to instruct you not to answer that.
21   Q. And I'm certainly not asking you about any
22   conversations you've had with your attorneys, but were
23   there other means or avenues of reaching voters that you
24   contemplated?
25      MR. KEISTER: Once again, to the extent

51

1    that that's concerning deliberations in your office about
2    what ultimately resulted in the mobile EICs, I'm going to
3    instruct you not to answer that.
4    A. I guess I can't answer.
5    Q. You had the list of voters who didn't have
6    state-issued IDs in July 2013, correct?
7    A. No, ma'am, I did not.
8    Q. You had testified earlier in this deposition
9    that you had conducted a match of TEAM with the jury
10   wheel list, correct?
11   A. That we matched TEAM with the DPS database used
12   for jury wheel, yes, ma'am.
13   Q. Correct. And you had a list of voters who did
14   not have state forms of -- who did not have a Texas
15   driver license or a personal ID.
16   A. No, ma'am, that is not what I testified.
17   Q. Could you clarify?
18   A. We did not have such a list. We've never had
19   such a list, and as far as I know such a list does not
20   exist.
21   Q. Can you testify as to your understanding of
22   what that matching list constituted and represented?
23   A. That list of persons were registered voters who
24   we could not prove had a state-issued ID, that we
25   couldn't match with a state-issued ID. That does not

52

1    mean that they did not have one, and in fact, we believe
2    most of them do have one, we just didn't have the
3    necessary information to show it.
4    Q. What was the basis of your belief that most of
5    them had the state forms of ID?
6    A. Because it's our understanding that most people
7    have a state-issued ID of some sort or another.
8    Q. But for some reason they were not in the DPS
9    driver license database?
10   A. No, ma'am. They didn't match with a person in
11   the DPS driver license database.
12   Q. So it's your testimony that it was a matching
13   problem, but that the 795,000 or 785,000 people you just
14   testified about likely, because of matching issues,
15   actually had state forms of ID; is that correct?
16   A. That's right.
17   Q. And it's because the matching that you
18   conducted was somehow flawed; is that correct?
19   A. The information that we use for matching
20   purposes has within it deficiencies, so what we have
21   associated with a registered voter are certain bits of
22   information. What the driver license database has
23   associated with a particular driver or state ID holder
24   are certain bits of information. Making those bits of
25   information match so that you feel comfortable it's the

KEITH INGRAM                                        4/23/2014

---

**53**

1  same person is a very complicated process and it's
2  subject to all the discrepancies between the data that
3  the same person can have.  So I can be Keith Ingram in
4  the DPS database and I can be Brian Keith Ingram in the
5  voter registration database.  You understand?  So there's
6  all kinds of data entry issues that come into play, and
7  so matching those bits of information is a complicated
8  process that we do not have any certainty whatsoever.
9        As a matter of fact, we believe that all
10  that 795 or 785 or 790, whatever it was, all that
11  represents is the most that could possibly not have an
12  ID, but we know it's a lot less than that.  Even if they
13  don't have one of the state forms of issued ID, they
14  could have a military ID, a passport, they could have a
15  concealed carry, they could have a naturalization
16  certificate, they could have any of the things that are
17  on the 63.0101 list that we don't check for even if our
18  check was perfect.
19     Q.  Is there any other --
20     A.  And it's not.
21     Q.  -- basis of your understanding for that these
22  folks -- these unmatched people actually had state forms
23  of ID that you haven't already testified to?
24     A.  Yes.  The fact that we've had two general
25  elections in Texas and the number of folks who have been

---

**54**

1  unable to present a state -- or one of the acceptable
2  forms of identification has been vanishingly small.
3     Q.  Isn't it true that for the last two elections
4  turnout has been quite low?
5     A.  Turnout has been -- I would say for the
6  constitutional amendment election it was up.  For the
7  primary it was down a little bit off of 2010, but
8  consistent with the normal range of voters.  There's not
9  any -- there's not any evidence that we've seen in the
10  turnout pattern that indicates anybody has been deterred
11  from voting.  To the contrary.
12     Q.  Turnout is low for -- generally speaking, for
13  the statewide constitutional election, is it not?
14     A.  Sure.
15     Q.  It's a small percentage of registered voters,
16  is it not?
17     A.  Absolutely.
18     Q.  So when you say it's high, you're saying high
19  relative to similar elections; is that correct?
20     A.  Absolutely.  Almost double the one before it.
21     Q.  And so it's your testimony that because there
22  were not a lot of people who were unable to produce IDs
23  in these low turnout elections of November 2013 and
24  March 2014 that people have state forms of ID?
25        MR. KEISTER:  Object to form,

---

**55**

1  mischaracterizes previous answers.
2     A.  That's what I was about to say.  That's not
3  exactly what I said.  What I said was -- you asked for
4  other bits of information, data points that we have to
5  confirm our belief that there's not 800,000 voters that
6  don't have an ID.  That's one of them.  Another one is
7  that we have a constant feedback loop with the public and
8  county election officials.  We have realtime feedback
9  from the public, and we get thousands of phone calls
10  every month, and there has been absolutely almost no
11  phone calls, e-mails, problems related to lack of an ID.
12  The few that we've had have primarily related to elderly
13  folks who have been using an expired driver license but
14  don't drive anymore.  That has been -- we've had maybe
15  three or four of those who have been unable to have an
16  ID, and obviously they can vote by mail.  But as far as
17  a pattern of people who said, I don't have an ID, I don't
18  know what to do, how can I get one, doesn't exist.
19  Thousands of phone calls every month.
20        We've got a public hotline that is on the
21  back of every voter registration card, and we get all
22  kinds of calls.  We get calls because my name doesn't
23  match.  We get calls because of a lot of reasons, but not
24  that I don't have an ID.
25     Q.  And it's true that you have not had a

---

**56**

1  presidential election since SB 14 was -- has been
2  implemented; is that correct?
3     A.  That's true.
4     Q.  Is there any other basis of your understanding
5  that everyone on TEAM has a state form of ID?
6     A.  I object.  Can I object?  That ain't what I
7  said.
8        MR. KEISTER:  I'll object.  Object to
9  form, mischaracterizes the previous testimony.
10     A.  Yeah, that's not what I said.  What I said was
11  that of the 795,000, we know that there's not many --
12  that many people that don't have an ID, and we believe
13  that it is substantially less than that.  How many it is
14  we don't know, and there is not such a list that exists
15  as far as I know.  It can't exist.  But based upon our
16  feedback from the public with regard to this process --
17  and this process, obviously, has made a lot of news
18  and -- and we've had a lot of phone calls because of it,
19  and because of the turnout in these elections and the
20  number of provisional voters based on ID, we believe that
21  the number is very small.
22     Q.  Who specifically in your office created this
23  list of your -- in your IT department?
24     A.  I don't know.
25     Q.  Who is the head of your IT department?

---

KEITH INGRAM                                           4/23/2014

---

**57**

1      A.  The head of this particular division is
2  Elizabeth Kirkwood, but I don't know which of the guys
3  actually did it.
4      Q.  Did you consider robocalling voters on this
5  list that you prepared in July 2013 to let them know
6  about SB 14 or the availability of EICs?
7      A.  No, ma'am.
8      Q.  Why did you not consider that?
9          MR. KEISTER:  And by you, you're referring
10  to the office?
11      A.  The office.
12      A.  The Office of the Secretary of State doesn't
13  have their phone number and we don't have the resources
14  or the ability to contact the voters, and they're not our
15  voters, they're the counties' voters, and every single
16  voter in the state received, in 2011, a voter
17  registration card with a list of photo ID requirements
18  that would be in effect if preclearance happened and then
19  they got a voter registration card -- every single voter
20  in the state got a card at the end of 2013 with a list of
21  photo ID requirements.  So every voter has been contacted
22  with regard to the need for a photo ID at the polling
23  place.
24      Q.  The voter registration card was reissued in
25  '13?

---

**58**

1      A.  Yes.
2      Q.  So I believe you testified that mobile EIC
3  units were in operation in advance of November 2013.  Is
4  that correct?
5      A.  That's correct.
6      Q.  And you testified a bit about your involvement
7  in that program.
8      A.  Right.
9      Q.  And the involvement was providing the equipment
10  for the units?
11      A.  We bought the equipment and we interfaced with
12  the counties about locations to put the units, and that
13  was my job.
14      Q.  And DPS was involved in what capacity?
15      A.  DPS made sure that the locations that were
16  proposed by the county election officials were sufficient
17  for the purpose and made sure that the equipment and the
18  personnel to run the equipment were on the location on
19  the dates needed.
20          MS. WESTFALL:  Could you mark this as 4.
21          (Exhibit No. 4 marked)
22      Q.  I've handed you what's been marked as
23  Exhibit 4.  Do you recognize this document?
24      A.  Yes, ma'am.
25      Q.  What is it?

---

**59**

1      A.  It is a Memorandum of Understanding between our
2  office and the Department of Public Safety.
3      Q.  When did your office and DPS enter into this
4  agreement?
5      A.  It shows to be October 8th of 2013.
6      Q.  Why did you enter into this agreement?
7      A.  To have a record of -- of -- of what our
8  offices had agreed to do jointly with regard to election
9  identification certificate mobile units.
10      Q.  Does it remain in effect today?
11      A.  Yes, ma'am.
12      Q.  Are you aware of any law or regulation
13  requiring the Secretary of State's Office and DPS to
14  enter into this memorandum?
15      A.  No, ma'am.
16      Q.  Are you aware of any law requiring the
17  Secretary of State or DPS to offer mobile EIC units, make
18  them available to voters?
19      A.  No, ma'am.
20      Q.  Could the Secretary of State and DPS terminate
21  this agreement at any time?
22      A.  I don't know.  I don't know what it says.  I
23  guess.
24          MR. KEISTER:  Don't guess.
25      A.  Yeah, I don't know.

---

**60**

1      Q.  Turning your attention to page 3, at VII,
2  Duration of Partnership, and on page -- continuing on to
3  page 4, do you see that it is effective on the date it's
4  executed and can terminate on written agreement of the
5  parties?
6      A.  Right.
7      Q.  So is it your understanding that DPS and the
8  Secretary of State's Office could terminate this
9  agreement upon written agreement?
10      A.  I guess we could.  We certainly have no plans
11  to do so.
12      Q.  Is the future of mobile EI -- the EIC program
13  at the discretion of the Secretary of State and DPS?
14      A.  And probably from input from the Governor's
15  Office, but yes.
16      Q.  Did the Governor's Office play any role in this
17  memorandum?
18      A.  I don't know what you mean by played any role.
19  They didn't sign it.
20      Q.  Did they participate in the development of the
21  terms of this memorandum?
22      A.  I don't believe so.  Not the actual terms,
23  no, ma'am.
24      Q.  Did they participate in the development of the
25  relationship between DPS and the Secretary of State's

KEITH INGRAM                                                    4/23/2014

**61**

1    Office to provide these units?
2        MR. KEISTER: Mr. Ingram, to the extent
3    that goes into deliberative process I'm going to instruct
4    you not to -- not to answer that question.  You can give
5    the ultimate answer as to what they did, but in terms of
6    how things were discussed and developed underlying the
7    final determination I'm going to instruct you not to
8    answer, as well as based on attorney-client.
9        MS. WESTFALL: Mr. Keister, I am asking
10   whether an office was involved.  I'm not asking the
11   substance of the involvement, recommendations, or any
12   deliberations prior to a decision.  I'm asking for an
13   identity of an office that was involved, yes or no, and
14   I think that's appropriate even assuming that
15   deliberative process privilege is appropriately asserted
16   here, which -- which -- which I'm not conceding.
17       MR. KEISTER: You can answer that
18   question, but don't go into the underlying discussions.
19   Q.   Was the Governor's Office involved in the terms
20   of the memorandum?
21   A.   I don't believe --
22   Q.   Or the concept?
23   A.   I don't know if they were involved in the
24   memorandum.  They were involved in the development of the
25   mobile EIC program, you bet.

**62**

1    Q.   Who was the person in the Governor's Office who
2    was involved?
3    A.   I can't remember his --
4    Q.   Could you identify the title of the person in
5    the Governor's Office involved?
6    A.   He's the deputy chief of staff, and I swear
7    he's going to kill me if I can't remember his name, but
8    I'm just drawing a blank.
9    Q.   If you remember at a break will you tell me a
10   little bit later in the deposition?
11   A.   Certainly.
12   Q.   When was the Governor's Office involved in the
13   development of the mobile EIC units?
14   A.   All the way, stem to stern, beginning to end,
15   alpha and omega.
16   Q.   What time period was the office involved?
17   A.   I am not sure.  It would have been sometime in
18   July until it was underway.
19   Q.   Was anyone from the Lieutenant Governor's
20   Office involved in the development of the mobile EIC unit
21   program?
22   A.   No.  They, I believe --
23       MR. KEISTER: Just answer the question.
24   Q.   Was there more than one person involved at the
25   Governor's Office in developing this program?

**63**

1    A.   Yes.
2    Q.   Can you think of anyone else by name of who was
3    involved?
4    A.   Sure.  The chief of staff, Cathy Walt, was also
5    involved.
6    Q.   It's Walt, W-A-L-T?
7    A.   Yes.
8    Q.   Anyone else?
9    A.   No, ma'am.
10   Q.   During what periods of time have the units been
11   in operation from the time it started until the present?
12   A.   Right.  The -- the -- it kind of depends on
13   what phase you're talking about.  Phase 2 units were in
14   operation from middle of September until the week after
15   election day, so I believe that would be through
16   November 12th or so, and then they were put back into
17   service in January of this year through March, and we
18   actually, I believe, have restarted the program now
19   building into the November election.
20   Q.   So what was Phase 1 of the mobile EIC unit
21   program?
22   A.   I don't know.  I think that Phase 1, there
23   were -- there was initially an idea that there were some
24   complex pieces of equipment on trailers, and I think that
25   might be what the DPS refers to as Phase 1, but we didn't

**64**

1    ever use those.
2    Q.   Turn back to Exhibit 4.  Do you see that it
3    provides for 25 such units?
4    A.   Yes.
5    Q.   How was the decision made to provide 25 units?
6        MR. KEISTER: Mr. Ingram, to the extent
7    that calls for deliberative process, I'm going to give
8    you the same instruction not to -- not to go into the
9    underlying deliberations.  To the extent that you can
10   give the ultimate results, you're welcome to do so.
11   A.   I guess I can't answer.
12       MR. BARON: Just for the record -- I've
13   been quiet for like over an hour, which is a personal
14   record.  But it seems like we're entitled to know what
15   they did and what they didn't do.  I understand your
16   objection to what went on behind the scenes in terms of
17   why, but a lot of these questions, particularly the ones
18   asking him what they did, don't seem to completely
19   involve the deliberative process to me, Ronny, just as
20   a general comment.
21       MR. KEISTER: And I'm trying to walk that
22   line and instruct him to answer as to what they did, but
23   not to go into deliberations.  I'm trying to do it as
24   surgically as possible.
25       MR. BARON: All right.

65

1  BY MS. WESTFALL:
2      Q.  Mr. Ingram, you could have provided 35 units,
3  correct?
4      **A.  Well, obviously we have resource constraints.**
5  **This is -- we're having to move money from other places**
6  **in our budget to pay for this, and so there was**
7  **definitely an upper limit.  So the goal is to have as**
8  **many units as would be useful for accomplishing the**
9  **purpose within the available resources.**
10     Q.  Was 25 the upper limit or were there more that
11  you could have done that you decided not to do?
12     **A.  Well, as it turned out, not.  They were not --**
13  **it was not against the upper limit.  As initially**
14  **proposed from DPS it was very much the upper limit.  So**
15  **the configuration of the mobile units changed in a way**
16  **that made them cheaper, so -- and at that point we had 25**
17  **committed.**
18     Q.  I see.  So you could have -- you could have
19  done more.  You had more budget because you did it
20  cheaper than expected; is that correct?
21     **A.  Well, there's two pieces to this.  There's the**
22  **piece for the equipment that the Secretary of State was**
23  **responsible for and then there's the piece for the**
24  **personnel that DPS was going to be responsible for, and**
25  **so 25 could well have been very much where they felt like**

66

1  they could go.
2      Q.  For your original budget, correct?
3      A.  Right.
4      Q.  And then you were able to do it less
5  expensively, and you could have done more, but you
6  didn't.  Is that your testimony?
7      A.  No, ma'am.  No, ma'am.  I'm saying that as far
8  as the Secretary of State on the equipment piece, we
9  could have done a few more, but I don't know if DPS could
10  have serviced more in an effective way.
11     Q.  Did you offer DPS the additional units and they
12  declined because of the cost of personnel?
13     A.  No, ma'am.
14     Q.  Did you let them know that you had additional
15  units available or did you not communicate that to DPS?
16     A.  We didn't have additional units available.
17     Q.  But you had budget for additional units; is
18  that correct?
19     A.  We didn't have budget for any of this.
20     Q.  Was it your testimony you had capacity to do
21  more than 25?
22     A.  We could conceivably have done more than 25.
23  We did not feel that more than 25 was necessary, and I
24  don't know if that would have been up against DPS'
25  resource constraints or not because it wasn't necessary

67

1  to engage in that discussion.
2      Q.  Did you conduct any analyses of the number of
3  mobile units needed to reach registered and eligible
4  voters without state forms of ID?
5      **A.  No, ma'am.**
6      Q.  And why not?
7      **A.  Because we're missing one of the variables in**
8  **that equation.**
9      Q.  Which is?
10     **A.  The number of persons without an ID.**
11     Q.  So is it your testimony that 25 was kind of
12  somewhat of an arbitrary number of units?
13     **A.  I don't think it was arbitrary.  I think that**
14  **25 was believed to be sufficient to have pretty good**
15  **coverage across the state in the time period that was**
16  **before the election.**
17     Q.  And by coverage across the state what do you
18  mean?
19     **A.  I mean coverage across the state.**
20     Q.  In particular counties or areas of the state or
21  across the entire state?
22     **A.  In the areas that we felt like would be**
23  **beneficial -- that it would be beneficial to have these.**
24  **Like I said before, there were two primary drivers of**
25  **where the mobile EIC units would go.  Number one, we**

68

1  wanted to make sure that rural voters had access at a
2  fairly close distance, so we wanted to spread them out in
3  the rural parts of Texas, and we had ZIP codes where we
4  had significant numbers of non-matches that we wanted to
5  target.  So the combination of those two purposes, we
6  felt like 25 was sufficient to cover it.
7      Q.  The basis of your understanding as to where
8  there were large concentrations of voters without ID was
9  based on your list or based on -- based on what?
10     A.  I did not have an understanding that there were
11  large concentrations of voters without an ID.  I had an
12  understanding that there -- we had an understanding that
13  there were large concentrations of voters that didn't
14  match with an ID.
15     Q.  And that was the basis of where you came up
16  with the 25?
17     A.  No, ma'am.
18     Q.  What is your testimony on this?
19     A.  That there were two primary drivers for where
20  the mobile election identification certificate units
21  would go.  Number one, we wanted to have sufficient to
22  reach that crescent of Texas from El Paso down to
23  Cameron County where it's very rural and up in the
24  Panhandle where it's very rural.  We wanted to make sure
25  that we had some representation in those counties where

KEITH INGRAM                                                    4/23/2014

---

**69**

1  rural voters live.  The other consideration was we wanted
2  to make sure that where we had identified non-matches by
3  ZIP code, that there were EIC units in reasonably close
4  proximity to those ZIP codes sometime before the
5  election.
6      Q.  I see.  And the ZIP code analysis was based on
7  your July 2013 matching process; is that correct?
8      A.  That's correct.
9      Q.  And your concern about rural voters along the
10 border of Mexico, is that -- were you concerned about
11 counties without existing driver license offices or were
12 you just concerned about the driving distance in those
13 counties or both?
14     MR. KEISTER:  Object that that
15 mischaracterized the previous testimony.
16     A.  Yeah.  The goal was to make sure that those
17 very large counties along the border had the availability
18 of EIC units, you know, sprinkled around.
19     Q.  Did the Secretary of State's Office determine
20 the particular locations within each county in which to
21 locate a mobile EIC unit?
22     A.  It was a collaborative effort between the
23 county, our office, and DPS.
24     Q.  How did that -- how did that work?
25     A.  I would call the county election official,

---

**70**

1  usually the voter registrar, sometimes the county clerk,
2  and if there was an election administrator I would call
3  them, and ask them where they thought it would be useful
4  to have an election identification certificate mobile
5  unit.  They would identify potential places.  We would
6  submit those to the Department of Public Safety.
7  Department of Public Safety would vet them for
8  sufficiency, and sometimes they would say that they are
9  not sufficient and we need to find someplace else, and
10 they would tell me and I would call the county and the
11 county would find an alternate location.
12     Q.  So the communications were between your office
13 and the county election officials; is that right?
14     A.  It was between me and the county election
15 officials, yes, ma'am.
16     Q.  Okay.  Great.  And what was the split between
17 coverage that you were providing in rural areas versus
18 coverage with ZIP -- the ZIP codes with large
19 concentrations of persons on this July 2013 list?
20     A.  I don't know.  It was -- it was -- it varied,
21 so sometimes we would have more in cities and less in the
22 rural and sometimes we would have more in the rural and
23 less in the cities, so it just -- it just depended on
24 where they were that week.
25     Q.  Did you consult any other list to determine

---

**71**

1  where to locate these units besides the July 2013 list?
2      A.  No, ma'am.
3      Q.  And when you were consulting the July 2013 list,
4  did you rely upon that information for any other
5  decisions about mobile EIC units besides the location?
6      A.  No, ma'am.
7      Q.  In other words, you didn't rely upon that list
8  to determine the hours of operation, the days of
9  operation, et cetera?
10     A.  No, ma'am.
11     Q.  And did you rely upon the July 2013 list to
12 determine the total number of mobile EIC units?
13     A.  No, ma'am.
14     Q.  Who in your office consulted the list to
15 determine the locations of mobile EIC units?
16     A.  Myself, our general counsel, Mr. Jackson, and
17 deputy secretary of state.
18     Q.  Mr. Shorter?
19     A.  Mr. Shorter.
20     Q.  Anyone else?
21     A.  I don't believe so.
22     Q.  Did you rerun this jury wheel DPS list against
23 TEAM for the purposes of locating EIC mobile units in
24 advance of the March 2014 election?
25     A.  No, ma'am.

---

**72**

1      Q.  Why did you not do that?
2      A.  Because it was not a useful tool.
3      Q.  And why is that?
4      A.  Because it did not result in any usage of the
5  EIC program on the local basis.
6      Q.  Do you plan to rerun this matching process in
7  advance of the November 2014 election?
8      A.  No, ma'am.
9      Q.  For the same reasons you just testified to?
10     A.  That's correct.
11     Q.  Turning back to October 2013, did any county
12 request a mobile EIC unit in its county?
13     A.  Yes.
14     Q.  Which counties?
15     A.  I don't know if I remember.
16     Q.  Do you remember any?
17     A.  Yeah, there were several.  I just don't
18 remember off the top of my head who made specific
19 requests.  I know that Carolyn Guidry over in Jefferson
20 County wanted to make sure that we came her direction.
21 I'm pretty sure that Jacque Callanan down in
22 Bexar County, she had a county commissioner or city
23 council person that wanted one in his precinct or
24 district.  I don't know which it was.  And so we had
25 requests like that from several people, I just don't know

---

**73**

1     off the top of my head where they were.
2         Q.  How many counties would you say?
3         A.  I don't know.
4         Q.  Half a dozen?  Dozen?
5         A.  Maybe.
6         Q.  Dozen?
7         A.  Maybe a dozen.  Probably between half a dozen
8     and a dozen.
9         Q.  Did you grant all those requests and locate
10    mobile EIC units in those counties?
11        A.  Sure.
12        Q.  Were any denied?
13        A.  I don't think so.
14        Q.  Did you try to provide equal access -- other
15    than what you've just testified that it's split between
16    the rural and the concentrations of voters, did you try
17    to provide equal acces to mobile EIC units to all voters
18    without a qualifying ID?
19        A.  Yes.
20        Q.  Did you make any particular efforts to locate
21    the units in areas with high concentrations of minority
22    voters?
23        A.  No.  You know, we did want to make sure that
24    Hidalgo and Cameron County were well represented, as well
25    as El Paso, but that wasn't primarily because there are

**74**

1     minorities there, it's because there were ZIP codes with
2     significant numbers of non-matches.  And so, you know, I
3     don't know if we necessarily had in mind -- we wanted to
4     make sure that -- in Houston at the Holman Street Baptist
5     Church they had a mobile EIC unit almost the whole time
6     before the November 2013 election, and there were two
7     purposes for that.  There was several ZIP codes in that
8     area with -- with high concentrations of voters and the
9     University of Houston was pretty close to it as well, so
10    we were kind of killing two birds with one stone there.
11        Q.  But your testimony is you supplied the mobile
12    EIC units uniformly across all voters without a state ID,
13    to the best of your knowledge.
14        MR. KEISTER:  Object to form.
15        A.  I don't think that we -- that it's possible to
16    do that because we don't know who doesn't have a state
17    ID.
18        Q.  Did you make any particular efforts to target
19    low income voters?
20        A.  I don't know.  You know, I don't know if low
21    income was specifically a requirement.  We don't have any
22    idea where low income is, but some of the places that we
23    went probably would be characterized as low income
24    places, rural Texas and some of the -- some of the ZIP
25    codes inside the cities.

**75**

1         Q.  Did you -- did your office suggest any
2     locations that DPS rejected?
3         A.  Specific locations, yes.
4         Q.  Which were those locations?
5         A.  I think over in Liberty County there was a
6     place that the local election administrator thought would
7     be good that DPS didn't think was sufficient, and they
8     ended up doing it at a place in the next block, stuff
9     like that where a particular location, for whatever
10    reason, didn't meet DPS' requirements and it would be
11    moved to a different location in close proximity.
12        Q.  What was the basis of DPS' concern?
13        A.  I don't know.
14        Q.  Can you think of any other examples where DPS
15    vetoed the decision about where to put a mobile unit?
16        A.  No, ma'am.
17        Q.  Just Liberty County?
18        A.  It was either Liberty or Hardin or Orange.  It
19    was one of those over there north of Jefferson County, in
20    that area of Texas.  I don't remember which one
21    specifically it was.  I believe it was Liberty, but it
22    could have been Hardin and it could have been Orange.
23        Q.  Did you consider locating mobile EIC units
24    close to early voting locations?
25        A.  As the early voting began that was one of the

**76**

1     things that I talked to county election officials about
2     was saying it would be a good idea if you could have an
3     EIC unit either in the same building as an early voting
4     location or across the street from it, yes.
5         Q.  Did that happen?
6         A.  Yes.
7         Q.  In what counties?
8         A.  I don't know.
9         Q.  How many counties?
10        A.  Several.
11        Q.  Did it not happen in certain counties because
12    it wasn't -- for whatever reason?
13        A.  No, I think all the places that we talked about
14    it, it was -- that was their concern is the place where
15    we would have this is close to the early voting, and I
16    said that's good, that's useful.  So no, I don't think
17    that it didn't happen.  You know, there was no resistance
18    to the idea.
19        Q.  Was the mobile EIC unit in operation at the
20    same time early voting was being conducted or different
21    days?
22        A.  At the same time, in close proximity, once
23    early voting began.  Mobile units were in place before
24    early voting began.
25        Q.  What were DPS' particular requirements for

77

1  location?
2      A.  I don't know.
3      Q.  Do you know who at DPS would know?
4      A.  I don't know for sure.  Tony Rodriguez was the
5  one for DPS who was overseeing the operation, so maybe he
6  would know.  Maybe it would be the regional people
7  underneath him.  I don't know.
8      Q.  In any counties was there anything that
9  prevented you from working with a county to locate a
10  mobile EIC unit close to early voting?
11     A.  No, ma'am.
12     Q.  Did you consider locating mobile EIC units in
13  polling places on election day?
14     A.  No, that was not considered.
15     Q.  Why did you not consider that?
16     A.  Because we don't want anything extra at a
17  polling place.
18     Q.  And what do you mean by that?
19     A.  I mean that polling places are for voting, not
20  for other stuff.  Now, if a polling place has a room down
21  the hall from the polling place where an EIC unit could
22  go, that was definitely considered, but in the polling
23  location itself, no, ma'am.
24     Q.  What was the basis of your concern about having
25  those two activities in the same room?

78

1      A.  That we don't have anything besides voting
2  going on in polling places.  That's -- that's the law.
3  That's what we do.
4      Q.  Is there a legal prohibition against issuing
5  EICs in the same room?
6      A.  Yes, 61.001 of the Election Code.
7      Q.  Nothing else can occur in that room?
8      A.  Nobody else can be in that room unless they're
9  a worker or voting.
10     Q.  In October 2013 or September --
11         MS. WESTFALL:  Strike that.
12     Q.  In -- on election day, November 5, 2013, did
13  you have EICs being issued in the same building as a
14  polling place in any county across the state?
15     A.  Sure.
16     Q.  What county?
17     A.  I don't know.  I'd have to go back and look and
18  see where they were and when they were.  But yeah, that
19  was a common occurrence.
20     Q.  Are you certain that there were EICs issued on
21  election day?
22     A.  Oh, issued.  I'm sorry.  I didn't hear the
23  question well.  I don't know if there were any EICs
24  issued at all, period, through this whole program.  That
25  would be a DPS question.

79

1      Q.  But are you aware of whether EIC issuance was
2  available in the same building as polling places on
3  election day in 2013?
4      A.  I don't know on election day itself.  Maybe, or
5  across the street or down the block, but they probably
6  were close.
7      Q.  Were EICs issued on election day in mobile EIC
8  units at all?
9      A.  I don't know.
10     Q.  Did you consider whether to locate mobile EIC
11  units where they were accessible to public transit?
12     A.  I don't know.  You know, that would have been
13  a local county election official's decision on whether or
14  not to put one close to a bus stop or a train stop, and I
15  don't know if any of these places had that consideration
16  in mind.
17     Q.  Does the elections division conduct voter
18  registration drives?
19     A.  No, ma'am.
20     Q.  Did you consider -- were any mobile EIC units
21  located in public schools or near public schools?
22     A.  High schools?
23     Q.  Yes.
24     A.  I don't know.
25     Q.  Were any located near -- near or in social

80

1  services offices?
2      A.  I think so, yes, ma'am.
3      Q.  In what counties?
4      A.  I don't know for sure.  You'd have to ask the
5  county election officials how close the proximity was.
6  But, you know, this one that I'm talking about over in
7  Liberty or Orange or Hardin, wherever it was, was close
8  to a benefit office.  But anyway, that happened all over.
9  The government offices are usually clustered together.
10     Q.  Turn your attention back to Exhibit 4, Section
11  IV.  Do you see that under the list of equipment on
12  page 2 of this exhibit it lists -- it states that SOS
13  will notify DPS in writing of the final location at least
14  two full business days in advance of the start date of
15  operations?
16     A.  That's right.
17     Q.  Why was there only two days advanced notice of
18  the location of the operation?
19     A.  We tried, obviously, to have more notice than
20  that, but that was the minimum amount of notice that DPS
21  could operate within.
22     Q.  Did you feel that that was adequate notice?
23     A.  Adequate notice for who?
24     Q.  DPS.
25     A.  I don't know if it was adequate notice for DPS

---

81

1  or not.  We generally gave them more notice than that.
2  So I don't know.
3      Q.  Do you think two days notice of where a
4  location will be would be adequate notice for voters or
5  for county officials?
6      A.  I don't know.  Adequate notice for what?
7      Q.  To provide notice to voters about the
8  availability of these services.
9      A.  Well, like I said, we generally gave more
10  notice than that.  This was the minimum that DPS
11  required.  This doesn't have anything to do with notice
12  to the public of the location.
13      Q.  But do you think two days is adequate notice to
14  DPS?
15          MR. KEISTER:  Object.
16      A.  They agreed to it.  I don't know.
17      Q.  Did the Secretary of State's Office have any
18  concern that providing two days notice would not allow
19  sufficient time to provide notice to voters about the
20  availability of the EICs?
21      A.  The two-day notice requirement doesn't have
22  anything to do with notice to voters.
23      Q.  If voters -- explain that.
24      A.  That we endeavored to give as much notice as we
25  could give so that the county and us and DPS had a final

---

82

1  location.  We preferred a week.  We preferred two weeks,
2  but sometimes it wasn't possible.  The minimum notice
3  that DPS required in order to make a functioning EIC unit
4  at a place was two days.  I don't know of very many
5  instances where it came down to two days.  Obviously the
6  goal was to have as much advanced notice as possible,
7  especially in rural areas where the newspaper comes out
8  once every two weeks.  So yes, if it was too late to get
9  into the newspaper for a rural area, then the local
10  election official was on the radio and whatever local
11  television news they could get.  There were stories all
12  over the state trying to get the word out to the public,
13  so sometimes there was more time to get word out to the
14  public, sometimes there wasn't as much time, but usually
15  the places where it was less time for notice to the
16  public were during early voting, and the primary goal of
17  those places was if somebody showed up without an ID, to
18  send them down the road, and there's not as much need for
19  notice to the general public for those places.
20      Q.  So what was the least amount of notice that you
21  can recall providing DPS?
22      A.  I don't know.
23      Q.  Was it five days? four days?
24      A.  I don't know.
25      Q.  But it was -- it was -- is it your testimony it

---

83

1  was always more than two days?
2      A.  No, ma'am.
3      Q.  Sometimes it was two days?
4      A.  Probably.
5      Q.  Do you recall what counties in which it was
6  only two days notice?
7      A.  I have no idea.
8      Q.  Which agencies or entities actually staffed the
9  mobile EIC units?
10      A.  The DPS.
11      Q.  Did the DPS contract with county -- county
12  employees to staff those units or was it actually DPS
13  employees in all of these units?
14      A.  If we're talking about the 25 mobile EIC units,
15  it was DPS staffed.  If we're talking about the Phase 3
16  units for permanent county placement, then it's a mixture
17  of county and DPS.
18          MR. KEISTER:  Elizabeth, when you get to
19  a good spot could we consider a break?
20          MS. WESTFALL:  Oh, yeah.  Do you want to
21  take one right now?
22          MR. KEISTER:  Are you ready?
23          MS. WESTFALL:  Sure, we can go on break.
24  Let's go off the record.
25          (Recess from 10:28 a.m. to 10:46 a.m.)

---

84

1          (Exhibit No. 5 marked)
2  BY MS. WESTFALL:
3      Q.  Mr. Ingram, I'm handing you what's been marked
4  as Exhibit 5.  Do you recognize this document?
5      A.  Yes.
6      Q.  What is it?
7      A.  It is the proposed agreement between DPS and
8  counties who are going to issue EICs locally.
9      Q.  It allows, but does not require, counties to
10  perform certain processing services of EIC applicants; is
11  that right?
12      A.  I'm not sure what you mean.
13      Q.  In other words, counties can voluntarily enter
14  into this agreement; is that correct?
15      A.  That's right.
16      Q.  Counties can determine if they want to
17  participate; is that right?
18      A.  They can.
19      Q.  Are you aware of any legal obligation of any
20  county to participate in this program?
21      A.  No, ma'am.
22      Q.  And counties -- this Exhibit 5, the Interlocal
23  Cooperation Contract, indicates that counties can set the
24  hours of operation; is that correct?
25      A.  That's correct.

KEITH INGRAM                                                    4/23/2014

85

1    Q.  Did any counties sign this contract?
2    A.  I don't know for sure.
3    Q.  Were you involved in the process of reaching
4    agreement between counties and DPS on this contract?
5    A.  Yes.
6    Q.  Was this contract used for the mobile EIC unit
7    program in September and October 2013?
8    A.  It did not -- this is not something that would
9    be used with regard to the 25 mobile EIC units under
10   Phase 2.  This is a Phase 3 document.
11   Q.  Could you describe what this contract pertains
12   to with regard to Phase 3?
13   A.  It is the agreement under which DPS would
14   provide the equipment to the counties as well as the
15   training for them to issue EICs on a local basis and on
16   a continuing basis.
17   Q.  Was this in effect for February 2013?
18   A.  I'm not sure what you mean.
19   Q.  Was this contract -- I'm sorry.
20       MS. WESTFALL:  Strike that.
21   Q.  Did counties staff the mobile EIC units and
22   provide employees in 2014?
23   A.  Well, I don't know for sure.  It's my
24   understanding that we've got as many as 40 counties, and
25   probably more than that now, who have signed this

86

1    agreement who are issuing EICs or are able to issue EICs
2    currently, and I don't know how many counties joined,
3    officially, the program over time, but I -- I just --
4    there were counties who had the equipment who had signed
5    the agreement who were issuing EICs in February of 2014,
6    yes, ma'am.
7    Q.  Who would know the most about the status of the
8    Interlocal Cooperation Contracts?
9    A.  Over at the Department of Public Safety.
10   Q.  Who in particular at DPS would know about this?
11   A.  I don't know for sure.  Probably Joe Peters
12   would know, and I would imagine Tony Rodriguez would know
13   as well, probably not as much as Joe.
14   Q.  So Mr. Peters was the primary point of contact
15   for these contracts?
16   A.  He's the one that's in charge of the division
17   that does this program, or the deputy chief.  I'm not
18   sure what his exact title is, but he's the operations
19   hands-on guy.
20   Q.  Do you know whether of the -- I think it was 79
21   counties that you testified about that don't have driver
22   license offices.
23   A.  Right.
24   Q.  And you just testified about 40 of them have
25   agreed to participate in this program; is that correct?

87

1    A.  I believe it's more than 40 now.  I don't know
2    how many more than 40.  I don't have current data.
3    Q.  When did this contract get underway with the
4    counties?
5    A.  It was -- it was something that came along
6    after we had begun the Phase 2 units, but pretty closely
7    in proximity thereto, so I would say October of 2013 this
8    was of primary focus.
9    Q.  So after October DPS started the process of
10   entering into these agreements with counties?
11   A.  No, ma'am.  During October they would have
12   started this process.
13   Q.  But the counties -- when was the earliest that
14   the counties started issuing EICs under this contract?
15   A.  I can't say for certain, but it would have been
16   in October of 2013.  I just don't know if it would have
17   been the first week or the middle or maybe the third
18   week, but it would have been in October of 2013 that
19   the -- the early adopters would have started.
20   Q.  I see.  And so prior to the November 2014
21   election it was a mix of DPS employees and county
22   employees that were staffing the mobile EIC units?  I
23   mean, it was -- it varied by office?  Is that your
24   testimony?
25   A.  It varied by program.  So for the -- for the

88

1    counties who had undergone the training, who had accepted
2    the equipment from the state, they were issuing the EICs.
3    The DPS would pick up that data from the counties and run
4    it through their process.  So for those Phase 3 units it
5    was county only.  For the 25 mobile EIC units in Phase 2,
6    DPS was staffing those, so it was only DPS officials.  So
7    it was not a mix of DPS and counties staffing the units.
8    There were two different programs going on, one staffed
9    by the counties and one staffed by the DPS.
10   Q.  Thank you for your testimony.  What was the
11   Secretary of State's involvement in the Interlocal
12   Cooperation Contracts?
13   A.  Our -- our role in Phase 3 was to sort of act
14   as go-between between the counties and DPS to make
15   introductions and hand them off to the Department of
16   Public Safety.
17   Q.  So Phase 2 -- just so I have it clear in my
18   mind, Phase 2 is the mobile EIC units run by DPS, the 25
19   that you testified about?
20   A.  The 25 mobile units that are the subject of the
21   Memorandum of Understanding that's Exhibit 4.
22   Q.  I see.  And that was in advance of both the
23   November 2013 election and the March 2014 election?
24   A.  That's right, and the November of 2014 election
25   as well.

89

1    Q.  I see.  And then this county program is
2  separate and apart, and you refer to it as Phase 3; is
3  that correct?
4    **A.  That's correct.**
5    Q.  Do you see that in Exhibit 5, the Interlocal
6  Cooperation Contract, that counties are not paid for
7  their services?
8    **A.  Yes.**
9    Q.  Why would counties want to participate in this
10 program?
11   **A.  To help their voters.**
12   Q.  Did any counties complain that this was an
13 unfunded mandate and refuse to participate on that basis?
14   **A.  There were some counties who were concerned**
15 **about how much time it would take and how much effort it**
16 **would take and that it was unfunded, and I think that,**
17 **you know, a significant number of counties had those**
18 **concerns alleviated.**
19   Q.  How were they alleviated?
20   **A.  By me.**
21   Q.  Did you get them some budget or funding or did
22 you encourage them to participate?
23   **A.  I encouraged them to participate and that it**
24 **would be not a high stress, high demand product, that it**
25 **would be a once in a while thing and it wouldn't tax them**

90

1  **unnecessarily.**
2    Q.  Which were these counties?
3    **A.  I don't know.  I talked to a lot of counties.**
4    Q.  How many counties did you talk to?
5    **A.  Seventy-nine.**
6    Q.  What period of time did you have these
7  conversations?
8    **A.  October of 2013.**
9    Q.  You talked to all 79 in October 2013?
10   **A.  Multiple times.**
11   Q.  And the final -- the end result as of today is
12 that 40 counties are participating; is that correct?
13   **A.  I think it's more than that.  I don't know how**
14 **many more.**
15   Q.  But you did not provide them with any funding
16 to do this work, did you?
17   **A.  No, ma'am.  We provided the equipment and the**
18 **training.**
19   Q.  And according to this contract, under paragraph
20 13, counties have to certify that they have the budget
21 currently to conduct this program; is that correct?
22   **A.  Well, it looks like both parties have to make**
23 **that assertion.**
24   Q.  Has this part of the contract proven
25 problematic for any counties in terms of county

91

1  participation?
2    **A.  I don't know.  I haven't had anything to do**
3  **with this program since the initial handoff to DPS.  That**
4  **would be a Department of Public Safety question.**
5    Q.  And under this contract -- so this contract,
6  Exhibit 5, is not signed, correct?
7    **A.  Correct.**
8    Q.  Is this the contract that -- to your knowledge,
9  that was used with all counties?
10   **A.  As far as I know.  You know, some of them,**
11 **after I had contacted them to see if they had signed it,**
12 **would send it back to me, and so this looks like what I**
13 **saw.**
14   Q.  Is this the standard contract that's been used
15 with all the counties, to your knowledge?
16   **A.  As far as I know it is.**
17   Q.  There haven't been any changes, to your
18 knowledge?
19   **A.  I don't know of any.**
20   Q.  And do you see that -- under Terms and
21 Conditions on page 1, that either party can voluntarily
22 cancel this contract for any reason with 30 days notice?
23   **A.  Which paragraph?**
24   Q.  Under IV, Terms and Conditions, on page 1,
25 under paragraph 2, Termination, either party can

92

1  terminate at any time with 30 days notice.  Do you see
2  that?
3    **A.  Yes.**
4    Q.  So it's pretty -- I mean, a party can -- the
5  county could unilaterally terminate its participation in
6  this contract; is that right?
7    **A.  According to this it looks like they could on**
8  **30 days notice, yes, ma'am.**
9    Q.  And counties, because they're not paid and
10 they're not legally obligated to, as you just testified,
11 participate, they are the ones who determine whether they
12 want to participate; is that right?
13   **A.  Counties who participate in this program do so**
14 **voluntarily, yes, ma'am.**
15       MS. WESTFALL:  Could you mark this.
16       (Exhibit No. 6 marked)
17   Q.  I'm handing you what's been marked as
18 Exhibit 6.  Do you recognize this document?
19   **A.  No, ma'am.**
20   Q.  Could you take a look to review it?  While
21 you're looking --
22       MS. WESTFALL: Could you mark this one.
23       (Exhibit No. 7 marked)
24   Q.  I'm handing you what's been marked as
25 Exhibit 7.  Have you seen this document?

KEITH INGRAM                                                    4/23/2014

93

1    A.  I don't believe so, no, ma'am.
2    Q.  Do you know what it represents?
3    A.  No, ma'am.
4    Q.  I will represent to you, and I'm sure your
5  counsel will not object to this representation, that
6  these documents were attached -- were produced in
7  conjunction with Defendants' interrogatory responses in
8  this action.  Could you take a quick look at this -- both
9  of Exhibit 6 and Exhibit 7 and let me know when you've
10 had a chance to scan them?
11   A.  (Reviewing documents)  Okay.
12   Q.  Do you believe that Exhibit 6 is a final list
13 of mobile stations issuing EICs in October 2013?
14   A.  No, ma'am.
15   Q.  What makes you say that?
16   A.  Because this doesn't have any of ours on it.
17   Q.  And by ours, you mean?
18   A.  The Phase 2 units.
19   Q.  What list do you believe this -- what does this
20 represent to your mind?
21   A.  I don't know.
22   Q.  And turning your attention to Exhibit 7, do you
23 know what this represents?
24   A.  I do not.
25   Q.  Do you know whether there was a reduction in

94

1  the number of mobile EIC units between October 2013 and
2  February 2014?
3    A.  There was not.
4    Q.  Was it an increase or did it stay the same?
5    A.  It would have been the same.
6    Q.  Did some -- so to your knowledge no counties
7  that participated in October 2013 decided not to in 2014?
8    A.  I don't know what you mean by counties that
9  participated.  Participated in what?
10   Q.  In the mobile EIC unit program.
11   A.  Which phase?
12   Q.  The phase -- Phase 3 is the county offices, so
13 those are not mobile EIC units, correct?
14   A.  They are.
15   Q.  You call them mobile EIC units?  Are they --
16   A.  They're mobile.
17   Q.  They're mobile?  Those are not -- those are --
18 those are not permanent sites that issue EICs permanently
19 or you consider those to be mobile and temporary?
20   A.  They're -- they're located within the county
21 permanently, but it's the same equipment that a mobile
22 unit would have.  It's -- it's transportable from one
23 office to an office down the hall if they need to.
24 It's -- it's mobile.
25   Q.  Okay.  So turning back to 6 and 7, are these

95

1  lists of mobile stations -- do they encompass all of the
2  mobile stations staffed by DPS in October 2013 and
3  February 2014?
4    A.  No, ma'am.
5    Q.  So these are not complete lists, to the best of
6  your knowledge --
7    A.  No.
8    Q.  -- as to where any subset, Phase 2, Phase 3,
9  et cetera -- these are not complete final lists of mobile
10 EIC unit locations?
11   A.  No.  If I -- well, I don't want to guess, but
12 if I were going to guess about what these are I would say
13 that these are Phase 3 counties that haven't yet accepted
14 the training where the DPS is going to provide EIC
15 services.  That is my best speculation, which I'm sure my
16 lawyer doesn't like.
17   Q.  Okay.  Turning your attention back to Exhibit 6
18 and 7, these refer to dates in the past, October and
19 February.  You, nevertheless, believe that these are not
20 final lists.  Okay.  Well, let's -- let's put these
21 aside.
22            And I believe it was your testimony that
23 there was not a change in counties participating in
24 mobile EIC unit availability between October 2013 and
25 February 2014.  Is that correct?

96

1    A.  Well, I don't know what you mean by that.
2  That's -- that's what I don't understand, because the
3  number of counties who directly participated by offering
4  EICs themselves went up between October and February,
5  October of 2013 and February of 2014, so the number of
6  counties that -- that were in that 79 that didn't have a
7  DL office that DPS had to service directly went down.  So
8  it changed, but I believe it increased.
9    Q.  Okay.  And then with regard to mobile EIC units
10 run by DPS itself, not run by the counties, did that
11 number increase or decrease between October 2013 and
12 February 2014?
13   A.  I don't know.  That's a DPS question.  It's my
14 understanding that the number actually run by DPS
15 themselves decreased between October and February because
16 the number that were serviced by the counties themselves
17 increased, and the number of personnel involved would
18 have decreased because our office became involved in the
19 mobile Phase 2 program and supplied some of the
20 personnel.
21   Q.  And when did that -- that aspect start with --
22 with the Secretary of State staffing?
23   A.  January of 2014.
24   Q.  Why did that occur?
25   A.  I don't know.  I mean, it occurred because we

97

1    thought it was a good idea to assist the DPS with
2    staffing these units and DPS thought it was a good idea
3    and offered the training to us.
4        Q.  Was DPS unable to or have shortcomings or
5    difficulty in staffing its mobile EIC units itself and
6    sought your assistance?
7        A.  No, it was just an agreement between us that it
8    was better for us to participate in sharing the load.
9        Q.  And why was that?  Was it a resource issue?
10   Were there other considerations?
11       A.  I -- I don't know if it's a resource issue on
12   DPS' part, but we definitely wanted to have a part in --
13   in making these available to the public.
14       Q.  Were you concerned about any aspects of DPS'
15   administration or issuance of the EICs and you wanted to
16   have a role in it yourself as Secretary of State?
17       A.  No, ma'am, there were no concerns.  We were
18   just trying to help.
19       Q.  Turning back to October 2013, are you aware of
20   any problems in the -- any difficulties, complaints,
21   shortcomings in the operation of the mobile EIC units?
22       A.  I don't know what you mean.  Do you mean
23   objectively were there issues that came up logistically
24   or do you mean subjectively did people complain about it?
25       Q.  Let's start off with the people complaining

98

1    about it.  Are you aware of complaints?
2        A.  I know that we had one e-mailed complaint from
3    a fellow, I believe his name was Glen Johnson, in
4    Harris County about the Holman Street location, signage
5    and that sort of thing.  I don't know of any other
6    subjective complaints that we received from the public.
7    You know, some of the election officials in the counties
8    might have had some issues with, you know, how they were
9    talked to by DPS, you know, that sort of interpersonal
10   thing, but, you know, I can't remember anything specific.
11       Q.  Is there anything else, any other complaints
12   that you heard about people making about the October 2013
13   program?
14       A.  Not that I can recall our office receiving off
15   the top of my head.
16           MS. WESTFALL:  Would you mark this.
17           (Exhibit No. 8 marked)
18       Q.  I'm handing you what's been marked as
19   Exhibit 8.  Have you seen this document before?
20       A.  By the way, that's the fellow's name in the
21   Governor's Office.
22       Q.  Is it Mr. Stephenson MacGregor or MacGregor
23   Stephenson?
24       A.  MacGregor Stephenson.
25       Q.  Okay.  Thank you for that correction.  Glad

99

1    this prompted your memory.  Have you seen this e-mail
2    before?
3        A.  Not that I can recall, no, ma'am.
4        Q.  Do you see that it indicates that several
5    counties have declined to participate in the EIC program?
6        A.  This list pertains to the Phase 3 portion of
7    the program, and, yes, these counties, as of September 26,
8    had declined to participate.
9        Q.  Did they at some point thereafter change their
10   mind?
11       A.  I don't know.  I'd have to see what the current
12   list of participating counties is to know that.
13       Q.  Do you know what the basis was for their
14   refusal to participate?
15       A.  Just what the e-mail says.  It says lack of
16   facilities, staffing, population, or some combination of
17   the three.  That is consistent with my conversations with
18   some of these counties.
19       Q.  Were you otherwise able to locate a DPS-run
20   Phase 2 mobile EIC unit in these counties, to the best of
21   your recollection, in October 2013?
22       A.  These counties would have received a Phase 3
23   unit, and the Phase 3 units were in place longer than the
24   Phase 2 units, so DPS would have blocked out a five-day
25   window of time in each of these counties to -- to be

100

1    present prior to the November 2013 election.
2        Q.  And DPS was able to do that even without the
3    consent of these counties or they -- they went in and
4    somehow got facilities for the mobile EIC unit?  How did
5    that -- how did that actually happen?
6        A.  I don't know.  You'd have to ask DPS how that
7    happened.  But certainly DPS can go where they want to go
8    and do what they want to do.  They don't have to have the
9    county's consent to do that.
10       Q.  Just to clarify your testimony as to -- as to
11   Phase 3 -- I haven't heard these terms before this
12   deposition, so I just want to make sure your testimony on
13   the record is clear.  These counties did not want to
14   participate in the county-run mobile EIC program; is that
15   correct?
16       A.  That's correct.  These counties were declining
17   to accept the equipment at this point, September 26,
18   2013.  I believe some of these counties changed their
19   mind thereafter.  But they didn't want the equipment,
20   they didn't want the training, they didn't want to have
21   to be issuing election identification certificates on an
22   ongoing basis to voters in their county.
23       Q.  And there -- was there anything that DPS or --
24   or Secretary of State's Office could do when faced with
25   counties that refused to participate in Phase 3 from a

101

1   legal standpoint?
2       A.  From a legal standpoint, no.  But we could
3   definitely call and persuade.
4       Q.  Did these counties, to your knowledge, have
5   driver license offices?
6       A.  I don't believe that these counties have a
7   driver license office.
8       Q.  Was Phase 3 and the targeting of the Phase 3
9   directed towards -- only towards counties that did not
10  have driver license offices?
11      A.  That's correct.
12      Q.  Do you know which counties of this list in
13  Exhibit 8 changed their position with regard to
14  participation in the Phase 3?
15      A.  I'd have to go -- I'd have to go check to make
16  sure.  I don't want to -- I don't want to guess about
17  that.
18      Q.  Thank you.  To your knowledge did any counties
19  refuse to receive training on how to issue EICs?
20      A.  Yes.
21      Q.  And which counties; do you recall?
22      A.  I don't know.  There's a list at DPS of
23  counties who have accepted the training, accepted the
24  equipment.  There's -- there are counties who have
25  accepted the training and it hasn't occurred yet, and

102

1   then there are counties who have refused the training and
2   refused the equipment, so I don't know what that current
3   list is.  That's the Department of Public Safety.
4   Phase 3 has been handed off.
5       Q.  From the standpoint of the Secretary of State's
6   Office, is there anything you can do in response other
7   than persuasion to try to change the position of those
8   counties on acceptance of Phase 3?
9       A.  At this point, no, ma'am.
10      Q.  Are you aware of any complaints about
11  inadequate notice of locations of mobile EIC units?
12      A.  From the public?  From the election officials?
13  From the DPS?
14      Q.  From -- from any source whatsoever.
15      A.  I don't know.  I can't recall any specific
16  complaints from the public.  I know that, you know,
17  sometimes the local election officials wish they would
18  have received a call sooner when we were talking about
19  coming next week.  And so I don't know.  You know, it's
20  the -- it's the normal sort of thing when you're putting
21  together a program on the fly.
22          MS. WESTFALL:  Could you mark this as 9.
23          (Exhibit No. 9 marked.)
24      Q.  I'm handing you what's been marked as
25  Exhibit 9.  Have you seen this before?

103

1       A.  I don't know if I've seen it.  Wroe would have
2   talked to me about it.
3       Q.  And what is this?
4       A.  This is an e-mail from Tony Rodriguez to our
5   general counsel, Wroe Jackson, about some locations,
6   looks like in Travis County.
7       Q.  And what is the concern expressed here?
8       A.  That -- that there had been poor communication
9   between Travis County and the locations regarding the
10  arrival of mobile EIC units.
11      Q.  Were you aware of these concerns about poor
12  communications?
13      A.  Yes.
14      Q.  What was your response or reaction?
15      A.  My response -- I don't know.  We were
16  coordinating, I believe, with both Mr. Elfant's office as
17  well as Dana DeBeauvoir's office on these, but I probably
18  would have called Michael Winn and said, you need to get
19  on the stick, these people didn't know we were coming,
20  what's the deal.
21      Q.  Who is Michael Winn?
22      A.  Michael Winn is the director of elections for
23  Travis County.
24      Q.  Did the Secretary of State's Office have any
25  concern that, given what appeared to be lack of

104

1   communication, that there would not be adequate notice to
2   voters about the availability of EICs through these
3   offices?
4       A.  I -- I don't know if we had any specific
5   concerns in that regard.  Obviously less time is less
6   ability to generate awareness.
7           MS. WESTFALL:  Could you mark this as 10,
8   please.
9           (Exhibit No. 10 marked.)
10      Q.  I'm handing you what's been marked as
11  Exhibit 10.  Have you seen this before?
12      A.  I don't believe so, no, ma'am.
13      Q.  Do you see that it is an e-mail concerning
14  Coke County's inability to attend training?
15      A.  That's right.
16      Q.  Is this what you testified about earlier, that
17  some counties were not available or were unwilling to
18  attend training?
19      A.  Yes.  And --
20      Q.  And you're referring back to Exhibit --
21      A.  I was looking back on Exhibit 8 to see if
22  Coke County was one of the ones that had -- that had
23  declined, but they -- they do not appear on that list, so
24  apparently they had agreed to it, they just couldn't work
25  out the logistics on this round of training.

105

1        MS. WESTFALL: Could you mark this.
2        (Exhibit No. 11 marked)
3    Q. I'm handing you what's been marked as
4 Exhibit 11. Have you seen this e-mail before?
5    **A. I don't believe so, no, ma'am.**
6    Q. Does this e-mail indicate that Mason County
7 decided to not participate in training?
8    **A. Yes, that's what it indicates, that**
9 **Mason County, as of October 15, had declined.**
10   Q. Had you heard anything about problems with
11 Mason County?
12   **A. Yeah, Mason County was one that was in and out,**
13 **and so, yeah, I remember Mason County.**
14   Q. And this is with regard to the Phase 3
15 county-run offices?
16   **A. That's correct.**
17   Q. What is the current status of Mason County?
18   **A. I don't know.**
19   Q. Have you sought to persuade Mason County to
20 participate?
21   **A. I did back then. I haven't talked to them**
22 **since October.**
23   Q. Did you have any complaints or concerns from
24 county election officials about inadequate number of
25 sites within their counties of mobile units?

106

1    **A. I don't know. I'm sure that there were some**
2 **counties who wanted more locations than the DPS and us**
3 **were able to provide, and our solution to that was to**
4 **offer them to come back later or to do it in 2014**
5 **election cycle.**
6        MS. WESTFALL: Could you mark this,
7 please, as Exhibit 12.
8        (Exhibit No. 12 marked)
9    Q. I'm handing you what's been marked as
10 Exhibit 12. Do you recognize this document?
11   **A. No, ma'am.**
12   Q. Had you heard about any -- is this an e-mail
13 from Robert Heard to Wroe Jackson?
14   **A. Appears to be, yes, ma'am.**
15   Q. And could you take a minute to look at the
16 e-mail, the message at the top to Mr. Jackson?
17   **A. (Reviewing document) Okay. Yes, ma'am.**
18   Q. Had you heard about this concern from
19 Mr. Heard?
20   **A. I don't know if I heard about this concern**
21 **specifically. I know that Dallas wanted more EIC**
22 **service.**
23   Q. What was the response of DPS and Secretary of
24 State to that request?
25   **A. Well, our response would have been to either**

107

1 schedule a return visit closer to the election or to
2 offer them EIC mobile units in 2014.
3    Q. Do you know whether other counties had similar
4 complaints about or concerns about lack of adequate
5 number of EIC mobile units?
6    **A. I don't know. It could be that there were**
7 **other ones that wanted more coverage.**
8        MS. WESTFALL: Could you mark this as
9 Exhibit 13.
10       (Exhibit No. 13 marked)
11   Q. I'm handing you what's been marked as
12 Exhibit 13. Have you seen this before?
13   **A. I don't know if I've seen it, no, ma'am.**
14   Q. Do you see that the e-mail in the middle of
15 this from Wroe Jackson to Mr. Javier Chacon was -- you
16 were copied on it?
17   **A. Uh-huh.**
18   Q. Do you recall receiving this e-mail?
19   **A. I know that we were talking to El Paso about**
20 **it, yes.**
21   Q. Do you recall the problem in El Paso?
22   **A. That they wanted more time during the day, more**
23 **extended hours.**
24   Q. Did you -- what was your response to that
25 request?

108

1    **A. That we explained to them when DPS could be**
2 **there and that for extended hours we'd need advance**
3 **approval.**
4    Q. So in other words, your response was that you
5 were not able to provide longer hours?
6    **A. I don't know if we ended up providing longer**
7 **hours or not. I do know that we had to talk to DPS about**
8 **that, and we did in a few locations. I know we did it in**
9 **Webb County. I'm not sure what happened in El Paso.**
10   Q. Do you know whether in October 2013 any of the
11 DPS-run mobile EIC units were open past four o'clock in
12 the afternoon?
13   **A. I believe some were, yes, ma'am.**
14   Q. Do you know which counties were?
15   **A. I know in Webb County that there were extended**
16 **hours to 6:30 or 7:00.**
17   Q. And do you see a reference to logistical and
18 staffing concerns with DPS that are referred to in this
19 e-mail?
20   **A. Yes.**
21   Q. Do you understand what those logistical and
22 staffing concerns were?
23   **A. I don't know the specifics on that, no, ma'am.**
24   Q. Was there -- did DPS take the position that the
25 mobile EIC units run by DPS should be open during

109

1   business hours only because that's when their staff was
2   available to staff them?
3       A.   DPS believed that the mobile units should be
4   open during business hours, yes, ma'am.
5       Q.   And was that the practice and the case for
6   mobile units prior to November 2013 election?
7       A.   That was the case for the Phase 2 units.  I
8   don't know what the counties did with the Phase 3 units.
9   And I know that we had some exceptions to this general
10  rule, but we would have to get it pre-approved by DPS.
11      Q.   So in other words, it was DPS' decision as to
12  the hours of operation of its mobile -- of mobile EIC
13  units run by DPS; is that correct?
14      A.   DPS was staffing the units and they had the
15  units in their possession, so the logistics on getting
16  the units to the location and having staff available to
17  man the units would have been a DPS decision, yes, ma'am.
18      Q.   Did you have conversations with DPS about
19  extending its hours of operation in the mobile EIC units?
20      A.   Yes.
21      Q.   When were those conversations?
22      A.   I don't know.  In the fall of 2013.  You know,
23  specifically in the context of Webb County I know we had
24  that discussion and some extended hours were approved.
25  I don't know of another instance where that occurred.

110

1       Q.   And what was your position in that -- or what
2   was the Secretary of State's position in that
3   conversation?
4       A.   Our position was that if we could have at least
5   one day at each location with an hour past regular
6   closing hours, that that would be a good thing to do if
7   we could do it.
8       Q.   And did DPS accept that recommendation?
9       A.   Not all the time, no, ma'am.
10      Q.   And you can only recall one county, Webb
11  County, where that occurred at least with regard to the
12  2013 operation of the mobile units?
13      A.   That I can recall right now.  I don't know if
14  it happened more than that.  I think perhaps it did, but
15  I know it happened with Oscar in Webb County.
16      Q.   I'm sorry.  With another county called?
17      A.   With Oscar Villarreal.  He's the election
18  administer in Webb County.
19      Q.   Thank you.  Were there any other logistical or
20  staffing concerns that you were aware of that Mr. Jackson
21  was alluding to in this e-mail at Exhibit 13?
22      A.   No, ma'am.
23           MS. WESTFALL:  Could you mark this,
24  please, as Exhibit 14.
25           (Exhibit No. 14 marked)

111

1       Q.   I'm handing you what's been marked as
2   Exhibit 14.  Do you recognize this document?
3       A.   No.
4       Q.   Were you -- did you become aware of any of
5   these concerns raised in these e-mails from Mr. Jackson?
6       A.   I don't know.  We would have talked about it
7   probably.
8       Q.   Turning your attention to page TEX 00461906,
9   which is the second page of Exhibit 14, do you see an
10  e-mail from Mr. Jackson to Pam Smith --
11      A.   Yes.
12      Q.   -- at the bottom?  And do you see that there is
13  discussion of the three-day deadline to get locations
14  locked in?
15      A.   Yes.
16      Q.   And do you see Mr. Jackson expressed concerns
17  about the practicality of doing that?
18      A.   Yes.
19      Q.   Do you recall having difficulties getting
20  locations locked in within three days?
21      A.   When we were first getting the program rolling,
22  definitely, when we were cobbling it together and trying
23  to get places lined up.  But as we went on, then I had
24  more lead time to work with the counties and this was far
25  less of a problem after we were rolling.

112

1       Q.   When did -- when were the problems with meeting
2   the three-day deadline occurring just in terms of the
3   calendar?
4       A.   Right.  That would have been late September or
5   early October.
6       Q.   When did you feel that locations -- the
7   identification of the locations became easier and
8   clearer?
9       A.   Well, you know, we had mapped out where we
10  intended to be, and so -- some counties are more
11  responsive and easier to work with than other counties.
12  And so as the program progressed there were counties who
13  were what we call green -- I don't know if you've seen
14  the matrices from Tony Rodriguez, but the green counties
15  stretched out further and further in advance.  But even
16  in those weeks there were some counties who were still
17  black, which means that they hadn't committed one way or
18  the other to give us locations.  So overall the program
19  got better by the middle of October for sure, but there
20  were always some counties where it was, you know, sort of
21  putting it together at the last minute.
22      Q.   I see.  And so I -- I don't think I know the
23  document you're referring to, but the green counties were
24  counties that had agreed to participate in Phase 2 or
25  Phase 3?

113

1      A.   Phase 2.
2      Q.   Phase 2, DPS?
3      A.   We're talking about Phase 2 on -- on this --
4  this e-mail is the MOU.
5      Q.   Right.
6      A.   This is Phase 2.
7      Q.   Oh, the MOU, right, right.  Thank you.
8           MS. WESTFALL:  Could you mark this as 14.
9           MR. KEISTER:  15.
10          MS. WESTFALL:  15?  Sorry.
11          (Exhibit No. 15 marked)
12     Q.   I'm handing you what's been marked as
13  Exhibit 15.  Have you seen this document before?
14     A.   Yes.
15     Q.   What is it?
16     A.   It's a letter from Bruce Elfant to me.
17     Q.   Who is Bruce Elfant?
18     A.   He's the tax assessor-collector for
19  Travis County.
20     Q.   When was the letter sent?
21     A.   October 13, 2013.
22     Q.   How would you describe the purpose of the
23  letter?
24     A.   The purpose of the letter was to tell me what
25  they had done with regard to voter outreach and to say

114

1  that they didn't think any more EIC units in
2  Travis County would be necessary for this election cycle.
3      Q.   So can you describe and list all of the
4  concerns that Mr. Elfant raised?
5      A.   You want me to read his letter?
6      Q.   No, just as you perceived it, since the letter
7  was directed to you.
8      A.   I mean, you'd have to ask Mr. Elfant what his
9  concerns were.  I can read his letter.
10     Q.   Did he have concerns about inadequate notice of
11  the location of the sites?
12     A.   He said that there was short time, very little
13  time.
14     Q.   And so that was inadequate notice; is that
15  right?
16     A.   I don't know if that's inadequate notice or
17  not.  You'd have to ask Mr. Elfant if that's what he
18  thought was meant by very little time.  I think he says
19  that he appreciated the SOS' efforts in this regard.
20     Q.   Did he also raise a suggestion that there could
21  have been mailings done to voters without state-issued
22  IDs?
23     A.   He -- he thinks that a better way to go would
24  be to mail new voter ID requirements to each voter, and
25  that's what happened in the mass mail-out at the end of

115

1  2013.
2      Q.   So you decided to follow his advice and do a
3  mass mail-out?  Was that done by the Secretary of State's
4  Office or was that done by county -- county offices?
5      A.   No, ma'am, that is the normal county process
6  that they do at the end of every odd-numbered year.
7      Q.   And this was the election registration
8  certificate that went to voters?
9      A.   That's right.  Orange colored this year.
10     Q.   Probably not using the right term.  But the
11  voter registration card was sent out to every single
12  voter in the state?
13     A.   Every single voter.
14     Q.   And on the back of it, it listed the forms of
15  ID?
16     A.   That are required to vote, yes, ma'am.
17     Q.   What else did it list on the card that
18  pertained to SB 14?
19     A.   I don't believe it has anything else with
20  regard to SB 14.  The list of required IDs is in Spanish
21  and English on the back of the card.
22     Q.   Did it provide any information about how a
23  voter may obtain an EIC?
24     A.   I don't know.  I'd have to read the card.
25     Q.   Has the card been produced to us in litigation?

116

1      A.   I have no idea.
2           MS. WESTFALL:  Mr. Keister, do you know?
3           MR. KEISTER:  I can't answer that
4  question.  I would suspect it has been, but --
5           MS. WESTFALL:  If it hasn't been, we would
6  ask that it is.
7  BY MS. WESTFALL:
8      Q.   So the cards -- the voter registration cards
9  were sent by the counties; is that correct?
10     A.   That's right.
11     Q.   And did the Secretary of State separately do
12  any mailings to voters in response to Mr. Elfant's
13  letter?
14     A.   No, ma'am.
15     Q.   Did you take any steps at all in response to
16  Mr. Elfant's letter?
17     A.   No.
18     Q.   Why not?
19     A.   What steps should I take?
20     Q.   Did you think he raised any legitimate concerns
21  in his letter or did you not?
22     A.   I just appreciated his input.
23     Q.   Do you see that Mr. Elfant makes the
24  observation that it's much more difficult to reach this
25  population than expected?

117

1      A.  I see that Mr. Elfant is assuming there's a
2  population to reach, yes.
3      Q.  And that he is of the view that it's a
4  difficult population to reach.  Is that what he expresses
5  in the letter?
6      A.  That's what he says.  We can read his letter
7  together if you want.
8      Q.  Do you agree with that assessment?
9      A.  I don't know what population he's talking
10  about.
11     Q.  So you do not -- just to clarify, you don't
12  agree with the assessment that they're difficult to reach
13  because you don't believe there is such population.  Am I
14  summarizing your testimony correctly?
15     A.  No, ma'am.
16     Q.  Could you clarify?
17     A.  I don't know who the population is that doesn't
18  have an acceptable form of ID.  That has been the
19  question that has been in our minds the whole time we've
20  been going through this process, so whether or not there
21  is a particular population that doesn't have an
22  acceptable form of ID and whether or not that population
23  is hard to reach are very unresolved questions at this
24  point.  I appreciate Mr. Elfant's input.
25         MS. WESTFALL:  Could you mark this as 16,

118

1  please.
2         (Exhibit No. 16 marked)
3      Q.  Mr. Ingram, I'm handing you what's been marked
4  as Exhibit 16.  Have you seen this document before?
5      A.  No, ma'am.
6      Q.  Do you see that it's a list of valid EIC
7  issuances?  At least that's what it's captioned on
8  page 1.
9      A.  I see that caption, yes, ma'am.
10     Q.  Do you know who prepared this list?
11     A.  I have no idea.
12     Q.  If you could, take a look at Exhibit 16 and let
13  me know when you've had a chance just to scan through the
14  pages.
15     A.  (Reviewing document)  Okay.
16     Q.  I will represent to you that this list was
17  produced in connection with Defendants' interrogatory
18  responses.  Do you have any reason to believe that this
19  list of valid EIC issuances as of February 3, 2014, is
20  not accurate?
21     A.  I don't have any basis for saying it's accurate
22  or not accurate.
23     Q.  Do you see that the list indicates whether the
24  EIC was issued in an office or a mobile?
25     A.  I do see that.

119

1      Q.  And what does DL mobile refer to?
2      A.  I don't know.
3      Q.  Do you know who would know?
4      A.  I presume the Department of Public Safety.
5      Q.  Do you know how many EICs were issued as of
6  February 3, 2014?
7      A.  I do not.  I heard the number 226 somewhere
8  around that time, but I don't know if it was after that
9  or before that.
10     Q.  I will represent to you that based on this
11  document produced from Defendants with interrogatory
12  responses that it indicates that 65 EICs were issued
13  through a DL mobile station.  Does that sound accurate to
14  you based on your knowledge of the mobile program?
15     A.  I have no idea.
16     Q.  So, Mr. Ingram, as you may recall from our
17  discussion of the deposition notice, one of the topics in
18  the notice is -- well, let's turn to Exhibit 1.  Turning
19  back to Exhibit A to Exhibit 1, which is the amended
20  notice of deposition, it indicates that topic 5 is
21  concerning policies and procedures related to
22  implementation concerning applications for and issuance
23  of EICs.
24     A.  Sure.
25     Q.  And you are here to testify, and you said

120

1  you're qualified to testify for all the topics listed in
2  this notice; is that correct?
3      A.  Right.  And the notice is served on the
4  Secretary of State's Office.
5      Q.  Correct.  And you're here --
6      A.  So with regard to our office I am the one most
7  qualified to testify on that point, and with regard to
8  our office the DPS does not tell us how many they've
9  issued and from what source they've been issued.
10     Q.  I see.
11         MR. KEISTER:  Let her ask her question.
12         MS. WESTFALL:  So, Mr. Keister, is there
13  someone more knowledgeable about the number of EICs
14  issued from DPS, from the standpoint of the Secretary of
15  State's Office, who can -- who's qualified to testify on
16  Topic 1 on EICs?
17         MR. KEISTER:  I can't add anything to what
18  Mr. Ingram just stated.  I think he pretty well stated
19  it.
20         MS. WESTFALL:  My question is whether
21  there is a more knowledgeable, prepared designee for
22  Topic 1 as it pertains to EICs from the Secretary of
23  State's Office than Mr. Ingram.
24         MR. KEISTER:  Well, the person we have
25  designated is the person that we think has the most

121

1    knowledge on these particular issues.
2          MS. WESTFALL: So there's no one --
3          MR. KEISTER: Or at least has knowledge to
4    testify on these issues. Now, obviously they can't
5    testify about DPS issues. I think that's what Mr. Ingram
6    was trying to state.
7          MS. WESTFALL: Okay. Okay. But you --
8    you did not serve any objections to this notice as to
9    the -- as to the topics and inability to testify from the
10   standpoint of Secretary of State; is that correct?
11         MR. KEISTER: Correct.
12   BY MS. WESTFALL:
13         Q. So assuming that as of February 3, 2014, 65
14   EICs were issued from mobile EIC units, would that relate
15   to the mobile EIC unit program just in September and
16   October 2013 or was it available continuously from the
17   time it was established in the summer of 2013 up until
18   February 3, 2014?
19         A. I'm not sure what you're asking.
20         Q. Do mobile EIC units -- are they continuously in
21   operation or only for certain dates and times?
22         A. Again, I'm not sure what you're asking.
23         Q. For Phase 2 DPS-run mobile units, are they only
24   available for certain dates and times or are they
25   continuously available as of when they start?

122

1          A. The mobile EIC Phase 2 program went from
2    September to the week after the election, which I believe
3    was November 12th. We could have stopped it
4    November 10th or so. I'm not sure. But anyway, that --
5    that was Phase 1 of Phase 2, and then we started the
6    second phase of Phase 2 program mobile units in
7    January of 2014, so there was a gap from the middle of
8    November and December of 2013 before the mobile units
9    involved in Phase 2 began again.
10         Q. When did they start up again in 2014?
11         A. January.
12         Q. January. At the beginning of the month?
13         A. I don't believe so. It was more like the
14   second or third week.
15         Q. So assuming that this document, Exhibit 16, is
16   accurate and 65 EICs were issued from mobile EICs,
17   whatever DL mobile means, what is your assessment of the
18   mobile EIC unit program as of February 3rd? Was it
19   successful?
20         A. I don't believe that our office has made an
21   assessment of the success or failure of this program.
22   I would say, speaking personally, that 65 sounds like
23   a higher number than I thought it was, so I'm -- I'm
24   pleased to know that number.
25         Q. And what was your expected number of issuances?

123

1          A. I thought it was significantly less than that,
2    so --
3          Q. What was that based on?
4          A. Just me in my head.
5          Q. Are there no other facts or bases for that
6    prediction?
7          A. No. The DPS has not reported to the Secretary
8    of State's Office on a regular basis at all the number of
9    EICs issued, the location that those were issued from,
10   the circumstances of their issuance. That is not
11   something that DPS has reported to the Secretary of
12   State's Office, so with regard to the actual number of
13   EICs issued, we have been in the dark on that. Our
14   office has not kept tabs with it, our office has not been
15   informed of it, our office hasn't requested to know it.
16   It's just been the general impression that we've
17   received. So 65 sounds good to me personally. Whether
18   it sounds good to our office -- our office has not
19   evaluated the success or failure of the mobile program.
20         Q. Do you know how many -- and I think you just
21   answered this. But do you know how many EICs were issued
22   out of mobile EIC units in 2014?
23         A. I do not.
24         Q. Why have you not requested this information of
25   DPS?

124

1          A. Because the -- the responsibility for issuing
2    election identification certificates rests with DPS.
3    That is not something that the legislature has made our
4    responsibility and it's not our responsibility other
5    than, you know, human curiosity to know these things. So
6    DPS doesn't need to report to us how they're fulfilling
7    their statutory mandate. That's just -- that's just not
8    required.
9          Q. Without understanding how many EICs have been
10   issued out of the mobile EIC units is it possible for you
11   to figure out how to improve the program or do you
12   believe you need that data?
13         A. Well, certainly at some point we will need to
14   sort of reevaluate, reassess, figure out what worked,
15   what didn't work, but we're not at that point yet. We
16   are currently in a different type of Phase 2 where we are
17   trying to work with counties who are having events where
18   people will be at the events and making sure that we have
19   an invitation and the opportunity to participate in those
20   events, and so we're going at it from a different
21   direction right now.
22         Q. Is there a point in time at which you will
23   evaluate the -- you know, the success of the mobile EIC
24   program?
25         A. Certainly.

KEITH INGRAM                                                    4/23/2014

125

1    Q.  When will that be?
2    A.  Probably after the November 2014 election.
3    Q.  Do you see, turning your attention back to
4  Exhibit 16, that there is a list of invalid applications
5  at page TEX I.R.000415?
6    A.  Yes.
7    Q.  And do you see that a number of those
8  individuals did not have sufficient supporting
9  documentation?
10   A.  I do see that, yes, ma'am.
11   Q.  Are you aware of whether DPS or anyone within
12  the state government of Texas has contacted these voters
13  to assist them in applying for an EIC successfully and
14  overcoming any of these challenges?
15   A.  I do not know.  Certainly our office has not
16  made any effort because we didn't know who they were or
17  where they were.
18   Q.  Do you plan to operate -- to work with DPS and
19  the counties to operate or assist them in operating
20  mobile EIC units in May 2014?
21   A.  For Phase 2 or for Phase 3?
22   Q.  For Phase 2 and Phase 3.
23   A.  Well, for Phase --
24   Q.  For either.
25   A.  For Phase 3, we're out of the loop on that

126

1  unless DPS wants us to assist with anything.  For Phase 2
2  we are currently -- we have mobile EIC units out.
3    Q.  They're currently operating in -- currently
4  presently operating in advance of the May 27th election?
5    A.  That's right.
6    Q.  And do you plan to operate those units in
7  advance of the November 2014 election?
8    A.  Yes, ma'am.
9    Q.  Do you have any specific plans or changes or --
10   A.  As I said, we're trying to go more toward an
11  invitation model and more of an event-driven model so
12  that the counties, as they have an event that voters will
13  be present at, invite us to come.
14   Q.  I see.  So what exactly does that mean, more of
15  an event model?  Is that a voter registration drive?  Is
16  that a --
17   A.  No, it could be county fairs, it could be
18  watermelon festivals, it could be whatever they have at
19  which they believe it would be useful to have the
20  opportunity for election identification certificates to
21  be available to their -- to their citizens.
22   Q.  I see.  So these are county -- county fairs,
23  county this and that?
24   A.  Events.
25   Q.  Events, okay.  As opposed to having them in

127

1  government offices; is that correct?
2    A.  Right.  We're trying to -- to see about getting
3  the mobile EIC possibility or availability to the voters
4  as much as we can and not waiting for them to come to us.
5    Q.  What is the status of these plans for
6  event-based?
7    A.  I am not sure of the current status.  There's
8  a lady in my office, Louri O'Leary, who's our point
9  person with DPS and with the counties on that so that I'm
10  not making all the calls now, so I don't know what is
11  currently scheduled, but I do know that she is working on
12  that program and that she's made contacts and she's got a
13  schedule.
14   Q.  Is there a plan in place, a written plan, to
15  put this program together?
16   A.  I don't know.  I don't know what you would
17  consider a written plan.  I don't believe so, no, ma'am.
18   Q.  Is there -- are these targeted in counties that
19  don't have driver license offices or --
20   A.  No, ma'am.  The Phase 2 program has never been
21  targeted to counties that didn't have driver license
22  offices.  That's Phase 3.
23   Q.  Okay.  So this is just a Phase 2 program as it
24  pertains -- and by Phase 2, I mean that bucket of
25  counties, the rural counties and the ones with high

128

1  concentrations of people who may not have an appropriate
2  ID.  Is that correct?
3    A.  That -- that's part of it, but now we've
4  introduced a new variable with regard to invitations and
5  events.
6    Q.  And invitations and events, this program you
7  just testified about, is this in lieu of mobile EIC units
8  in government offices or in addition?
9    A.  It's another factor to consider when we're
10  talking about where to send the EIC units.  Our goal is
11  to have more events and more invitations because we
12  believe that that's a more effective way to reach voters
13  who might need an ID.  For instance, the city of Trinity
14  had a collection of senior citizens who needed election
15  identification certificates, and they wanted us to bring
16  a mobile EIC unit to Trinity, the city of Trinity.
17  Trinity County, in their county seat, has accepted the
18  training.  They have a permanent mobile EIC unit at the
19  county seat, but the city of Trinity felt like that was
20  too far for their folks to drive, so they wanted us to
21  come, so we made available a mobile EIC unit for them --
22  I don't know if it was one or two days -- and we
23  fulfilled that request, and I believe EICs were issued at
24  that event.  So that's the kind of model that we're
25  talking about.  If -- if the counties or cities within

129

1   those counties have a population of voters that feel like
2   they want an EIC unit, we want to be there.
3          Now, in addition to that we want to make
4   sure that the rest of the machines are not just sitting
5   idle, so we'll continue inviting ourselves, but we would
6   prefer it to be primarily event-driven and
7   invitation-driven for 2014.
8       Q.  Thank you.  And you have plans in place for
9   November of 2014 for these event-driven collaborations
10  with counties, but as you sit here today can you
11  guarantee that -- that this collaboration will happen in
12  particular counties?
13          MR. KEISTER:  Object, calls for
14  speculation.
15      A.  Right.  If you're asking if we have anything
16  scheduled, I don't know.  I'd have to talk to Louri and
17  see what -- what's planned for down the road.  I don't
18  know how far in advance she's got a schedule working.  If
19  you're talking about making sure the counties know that
20  we're interested in coming to their events, then yes,
21  we've done that already.  We'll continue to do it as we
22  go through the summer.
23      Q.  And the model will be more at the request of
24  the county at least with regard to events; is that
25  correct?

130

1       A.  That's right.
2       Q.  It will be in the discretion of the counties;
3   is that right?
4       A.  That's right.
5       Q.  Were you involved in the decision that certain
6   driver license offices have Saturday hours for the
7   issuance of EICs in October 2013?
8       A.  Our office was not involved in that decision
9   other than it was part of a process that we've talked
10  about with regard to El Paso and Bruce Elfant's letter
11  that it would be useful to have non-business hour
12  availability of EICs.  So we had that discussion with --
13  with DPS, and I believe their response to that was to
14  have Saturday hours at the most busy offices.
15      Q.  But that -- was that the extent of the
16  Secretary of State's involvement in that particular
17  program?
18      A.  Exactly.  And I don't know if it was
19  involvement or not.  I'm just saying it could have had
20  a role to play in that decision.  I don't know.
21      Q.  Did you have conversations with DPS yourself
22  about Saturday hours?
23      A.  We did.  They told us what they were going to
24  do with regard to Saturday hours.
25      Q.  Did they decide the offices where to have

131

1   Saturday hours or did you have any input whatsoever?
2       A.  They -- they decided the offices that were
3   going to be open and how many to open.
4       Q.  Is there -- to your knowledge is there any
5   legal requirement that DPS offer EICs during Saturday
6   hours?
7       A.  To my understanding there is not such a
8   requirement.
9       Q.  And so DPS has offered EICs and Saturday hours,
10  but it may decide not to do so in the future; is that
11  your understanding?
12          MR. KEISTER:  Objection, calls for
13  speculation.
14      A.  I don't know how their processes work.
15          MS. WESTFALL:  Can you mark this as
16  Exhibit 17.
17          (Exhibit No. 17 marked)
18      Q.  I'm handing you what's been marked as
19  Exhibit 17.  Have you seen this document before?
20      A.  I don't know if I've seen this version of this
21  document, but I have seen maybe a press release mock-up
22  of it.
23      Q.  Do you know how -- first of all, as to
24  Exhibit 17, do you know if this is an accurate list of
25  the offices that offered Saturday hours in 2013?

132

1       A.  I -- I don't know if it's accurate or not.
2       Q.  Do you know how these locations were
3   identified?
4       A.  No.
5       Q.  Do you know who made the decision about what
6   offices would have Saturday hours?
7       A.  I do not.  I know that Joe Peters and
8   Tony Rodriguez and Duke Bodisch told us about it.
9       Q.  Was this a temporary program to have Saturday
10  hours to offer EICs in advance of the November 13th
11  election?
12      A.  It was for those Saturdays that were between
13  the announcement and the election.
14      Q.  Do you know whether DPS was cooperative --
15  well, I believe you testified DPS made the decision to
16  have Saturday hours, but was DPS cooperative in executing
17  this program to operate EICs during Saturday hours?
18      A.  I don't know what that means.
19      Q.  Was there any resistance on the part of DPS to
20  offering -- providing Saturday hours?
21      A.  I don't know.
22          MS. WESTFALL:  Could you mark this as 18.
23          (Exhibit No. 18 marked)
24      Q.  You've been handed what's been marked as
25  Exhibit 18.  Have you ever seen this document before?

KEITH INGRAM                                          4/23/2014

133

1     **A.  No.**
2     Q.  Can you take a look at just the first page, the
3     e-mail on the first page, and let me know when you've had
4     a chance to look at it?
5     **A.  Sure.  (Reviewing document)  Okay.**
6     Q.  Do you see that Mr. Rodriguez is the author of
7     the e-mail?
8     **A.  I see that.**
9     Q.  Do you see that Mr. Rodriguez asks that state
10    troopers -- or troopers be present at the driver license
11    offices for the Saturday hours?
12    **A.  I do.**
13    Q.  Do you know why he made that suggestion?
14    **A.  I'm not sure I understand the question.**
15    Q.  Do you know why he asked the -- the recipients
16    of the e-mail to provide troopers during Saturday hours
17    at the DPS offices?
18    **A.  Specifically DPS troopers and not just clerks?**
19    Q.  Well, he says troopers, does he not, in the
20    second paragraph?
21    **A.  Yeah.  I don't know DPS' policy on who has to**
22    **be present when an office is open.  That's -- that's a**
23    **DPS question, so I don't know.  If you're specifically**
24    **asking if there's a reason to have troopers in the office**
25    **on a Saturday, I -- that is -- I don't know.**

134

1     Q.  And do you see that -- in the first paragraph
2     that his thought is that if there's no demand for EICs
3     they can make the case for stopping having Saturday
4     hours?
5     **A.  That's what he says.**
6     Q.  Why do you think he said that?
7     MR. KEISTER:  Objection, calls for
8     speculation.
9     **A.  I don't know why he said it.  I don't know why**
10    **he said it.  I know that DPS was having to pay overtime**
11    **for these employees.**
12    Q.  So you think DPS was not enthusiastic about the
13    payroll involved in the Saturday hours for the EIC
14    program?  Is that your sense?
15    **A.  I have no idea if they --**
16    MR. KEISTER:  Objection, calls for --
17    calls for speculation.
18    **A.  I have no idea if they were enthusiastic or**
19    **not.**
20    Q.  Do you see in the first sentence that it
21    indicates that the Secretary of State's Office is
22    targeting 13 counties?
23    **A.  It looks like we took our list from the**
24    **July '13 matching exercise, picked the top 13 counties**
25    **and decided those would be the offices that would be**

135

1     open.
2     Q.  And was that at your request, that the Saturday
3     hours would be initiated?
4     **A.  No.  I mean, it -- we were definitely of the**
5     **opinion that off hours should be offered.  I don't know**
6     **if that played a role in this or not.**
7     Q.  Do you know how many EICs were issued during
8     Saturday hours in October 2013?
9     **A.  I do not.**
10    Q.  Did you track that at all?
11    **A.  No, ma'am.**
12    Q.  Do you know, for example, on one Saturday at
13    nine offices only two were issued?  Are you aware of that
14    fact?
15    **A.  No.  We could have been told that somewhere**
16    **along the way, but as I sit here today I don't remember**
17    **it.**
18    Q.  Have you made any assessment of the success of
19    Saturday hours to offer EICs at driver license offices?
20    **A.  No, ma'am, our office has not made any**
21    **assessment of Saturday hours.**
22    Q.  Do you know whether Saturday hours will be
23    offered in February 2014 at driver license offices?
24    **A.  I don't know.**
25    Q.  And have you worked with -- I believe you

136

1     testified you worked with DPS to offer EICs through
2     mobile EIC units in February 2014, correct?
3     **A.  Our office did.  It would have been Louri at**
4     **that point.**
5     Q.  Have you made any changes in your program in
6     2014 from 2013 for the mobile EIC units?
7     **A.  As I said, we're trying to have more of the**
8     **units placed with events and invitations.**
9     Q.  That is for the future.  I guess just limiting
10    the EIC mobile unit as it pertains to February, in
11    advance of the March 2014 election, have you made any
12    changes from October 2013?
13    **A.  Yes.  The event-driven invitation model is the**
14    **2014, not just for the November election, but also for**
15    **the primary.**
16    Q.  I see.  Any other changes?
17    **A.  No, ma'am.**
18    Q.  And I believe you testified earlier that the
19    Secretary of State is staffing some of the mobile units?
20    **A.  That is correct.**
21    Q.  And that is for this month, February 2014?
22    **A.  This month is April.**
23    Q.  I'm in the wrong -- I'm sorry.  I'm saying
24    February.  I -- I'm thinking about the May election.  My
25    apologies.  I'm messing up the record.

137

1           MS. WESTFALL:  Strike that.
2      Q.  Okay.  So you -- okay.  The Secretary of
3   State's Office staffed in February in advance of the
4   March 2014 election --
5      A.  We did.
6      Q.  -- some mobile offices.  Which offices?
7      A.  I don't know how many.  There were quite a few.
8   My -- my office has the numbers if you need them.  We've
9   got the schedule and we've got the numbers of who went
10  where.  But it was -- it was quite a few of them.
11     Q.  Why did that occur?
12     A.  I think I've answered this question.  Our
13  office and DPS thought it would be a useful thing to have
14  Secretary of State employees in the process of
15  issuing election identification certificates.  They
16  offered us the training.  We took the training and now we
17  have staff with DPS.  The -- the -- the rollout in
18  February and before the March primary was one DPS person,
19  one Secretary of State person for each of the mobile
20  units.
21     Q.  Why did you decide to agree to have your staff
22  play that role?
23     A.  Because we can.
24     Q.  As of February, the beginning of February, were
25  there about 33 counties in Texas without a driver license

138

1   office or permanent EIC program?  Does that sound right?
2      A.  That sounds like it could be correct.  I don't
3   know the precise number.
4           MS. WESTFALL:  Bear with me for one
5   moment.  Let's go off the record for one second while
6   I get my exhibits together.
7           (Off the record 11:57 a.m. to 11:59 a.m.)
8           (Exhibit No. 19 marked)
9   BY MS. WESTFALL:
10     Q.  I'm handing you what's been marked as
11  Exhibit 19.  Have you seen this before?
12     A.  I don't believe I have, no, ma'am.
13     Q.  Do you see it's from Louri O'Leary, whose name
14  I think you just mentioned, concerning some sites in
15  February 2014 for a mobile EIC?
16     A.  Yes.
17     Q.  And do you see that Ms. O'Leary is talking
18  about tight deadlines again and confirming locations
19  again?  Do you see that?
20     A.  I do.
21     Q.  Were there continued concerns about securing
22  sites with adequate notice in February 2014?
23     A.  No, ma'am.
24     Q.  There were no concerns?
25     A.  No.

139

1      Q.  So you think this e-mail is inaccurate?
2      A.  No.
3      Q.  Or doesn't reflect that?
4      A.  I don't think it reflects that.
5      Q.  Why does it not reflect that?
6      A.  I think it reflects that the -- the sites were
7   given with the five days notice, we've -- we've stretched
8   out the required minimum notice to five days, and that if
9   there's some sort of problem, then the EIC units would be
10  rescheduled.
11     Q.  And you see that she -- this e-mail was sent on
12  February 14th?
13     A.  I do.
14     Q.  And she was trying to confirm locations within
15  two days, is that right, by the 16th?
16     A.  Right.  But that wasn't when they were going to
17  start.
18     Q.  And when --
19     A.  That's just when she wanted to know for sure
20  whether it was a go or no go.
21     Q.  When were they going to start?
22     A.  I don't know.  I would have to see the
23  schedule.  It was sometime after Sunday the 16th.
24     Q.  But it's your testimony today there were no
25  concerns about no adequate notice in February 2014 for

140

1   these locations?
2      A.  No, ma'am, there was no concern.
3      Q.  In February 2014 did you -- did your office
4   have any involvement in the Saturday hours of where EICs
5   would be offered?
6      A.  No, ma'am.  Louri participates in a daily
7   conference call with DPS, so she probably knew about it,
8   but it wasn't anything that we were driving.
9      Q.  Based on -- we talked about this a little bit
10  earlier.  But based on the number of applications that
11  you've received for EICs do you believe this program has
12  been successful?
13     A.  We haven't received any applications for EICs.
14     Q.  Based on the number of applications that have
15  been submitted do you believe this program has been
16  successful?
17     A.  I don't know for sure how many applications
18  have been submitted.  I know what you showed me before,
19  and I've said that we're going to make an assessment
20  probably at the end of the year after the November
21  election about whether or not this program has been
22  successful.
23     Q.  So your testimony today is you do not know
24  whether the EIC program has been successful or not; is
25  that correct?

KEITH INGRAM                                                    4/23/2014

141

1      A.  I don't know what you mean by EIC program.  If
2  you mean Phase 2 mobile unit program, it -- I don't know
3  is the answer, yes.
4      Q.  I guess overall do you think the EIC program,
5  making it available to persons who otherwise do not have
6  acceptable photo ID under SB 14, do you think it's been
7  successful?
8      A.  I don't know.
9      Q.  And I will represent to you that the
10  defendants' interrogatory responses indicate in the
11  responses themselves that as of February 3, 2014, 167
12  applications for EICs had been received.  Does that sound
13  accurate from your standpoint?
14      A.  I know that the number is more than that now.
15      Q.  Does it sound accurate as of February 3, 2014?
16      A.  I would have thought it would be closer to 200
17  as of February.
18      Q.  And based on that number do you have any
19  assessment as to whether making EICs available to the
20  public has been successful or not?
21          MR. KEISTER:  Objection, asked and
22  answered, and since he's already stated that they haven't
23  made an assessment, it would be speculation, unless
24  you're asking him personally.
25      Q.  You may answer.

142

1      A.  As I said, we haven't made an assessment of the
2  success or failure of this program yet.  That'll probably
3  occur after the November 2014 election.
4      Q.  Are you -- is your office trying to increase
5  the number of EIC applications?
6      A.  It is not our role to increase the number of
7  EIC applications.  It is our role to do whatever we can
8  do to make EICs available to voters who need an
9  acceptable form of ID to vote.  So I don't know if there
10  is a way to measure the success or failure of that other
11  than we provided the opportunity, and it is our goal to
12  provide the opportunity as widely as we can.
13      Q.  And I believe you testified before that there's
14  no legal obligation on the part of the Secretary of State
15  to increase the number of applications of EICs.  Is that
16  right?
17      A.  The EIC application process is not ours, it's
18  the DPS'.
19      Q.  And is it -- I know your testimony is that the
20  Secretary of State's Office does not have an obligation
21  to increase the number of EIC applications.  Is it the
22  responsibility of any other entity, state or local, in
23  the state of Texas to increase the number of EIC
24  applications?
25      A.  I don't know of any requirement for any minimum

143

1  number of EIC applications to comply with any statutory
2  mandate.  I do know that we want to make them as widely
3  available as we can make them.
4      Q.  Have you taken any steps to ensure that
5  unregistered eligible voters who lack SB 14 ID obtain an
6  EIC?
7      A.  No, ma'am.
8      Q.  Have you given any consideration to that issue
9  at all?
10      A.  No, ma'am.  There -- there -- we just had an
11  interim elections committee hearing, and one of the
12  things that was under discussion was interstate
13  crosscheck programs between voter lists and doing list
14  maintenance.  One of the things that we talked about at
15  the interim committee was the ERIC program.  The ERIC
16  program has as a component offering the opportunity to
17  currently nonregistered but eligible citizens the
18  opportunity to register to vote.  I don't know what the
19  legislature will decide with regard to participating in
20  that program or not.  That's just one of the things that
21  we talked about at the interim elections committee
22  hearing.  And that is the only program that I know of
23  that reaches out to currently unregistered voters.
24      Q.  Could you describe that program?
25      A.  ERIC?  I don't know if I know enough about it

144

1  to describe it.
2      Q.  That's okay then.  I don't want you to testify
3  about things you don't know about, so that's okay.
4      Could county election officials issue an
5  EIC when a voter registers to vote?  Would it be possible
6  for the county election officials to do that?
7      A.  The counties who have accepted the training and
8  have the equipment, yes.
9      Q.  It could all be within one -- a one-step
10  process?
11      A.  It wouldn't be a one-step process, it would be
12  a two-step process.  But yes.  One of the requirements to
13  receive an election identification certificate is either
14  that you are already registered to vote or you submit an
15  application to register to vote contemporaneously with
16  your application for the EIC.  So in some of the counties
17  in Phase 3 I believe the voter registrar is where the EIC
18  equipment is, and so if -- if a voter registers to vote
19  and needs an ID, there is the opportunity to get both at
20  the same visit to the voter registrar's office.
21      Q.  To your knowledge are any counties presently
22  doing that?
23      A.  Yes.
24      Q.  Which counties?
25      A.  I don't know.  There's 40 or so.

KEITH INGRAM                                                    4/23/2014

---

145

1    Q.  They're all -- so all of those 40 counties in
2  which there isn't a driver license and which they're
3  participating in Phase 3, those counties are issuing the
4  EICs from the county election office; is that correct?
5    A.  Well --
6    Q.  Or elsewhere?
7    A.  Yeah, the county election office is -- is a --
8  is a moving target, so I don't know what you mean when
9  you say that.  We have -- the county clerks in a lot of
10  counties run the elections.  The voter registrar is
11  usually the tax assessor-collector.  There are some
12  counties where those roles are reversed and there's some
13  counties where one or both -- one of those will have both
14  roles.  There are other counties, about 100 of them,
15  where there's an election administrator who does both the
16  election piece and the voter registrar piece.
17       So I don't know which counties you're
18  talking about, but with regard to the counties that don't
19  have a driver license office that do have the EIC
20  available, I am aware of Grimes County.  Becky Duff is
21  the elections administrator over there, and she issues
22  EICs.  As far as I know she's the only county with a
23  permanent location who's actually issued an EIC, and
24  she's very pleased that she's done three of them.
25    Q.  Thank you.  Now I want to turn to a different

---

146

1  topic, the disability exemption.
2       MS. WESTFALL:  Could you mark this as
3  Exhibit 20.
4       (Exhibit No. 20 marked)
5    Q.  I'm handing you what's been marked as
6  Exhibit 20.
7    A.  Yes.
8    Q.  Do you recognize this document?
9    A.  Yes, I do.
10    Q.  And what is it?
11    A.  This is some FAQs that we prepared for county
12  election officials with regard to implementing photo ID
13  SB 14s for the November 2013 election.
14    Q.  And does it set forth various procedures
15  related to the disability exemption?
16    A.  Well, this -- this is sort of a response
17  document to input that we receive from the counties,
18  so -- the nature of a frequently asked questions document
19  is to answer frequently asked questions, and so if
20  there's some disability questions in here, then that is a
21  response to ones we had received.  The -- the disability
22  exemption advisory came out earlier in the year, shortly
23  after the Shelby County decision on June 25th of 2013.
24  We might have issued that advisory as early as June 26th.
25  I think that it was pretty much ready to go if -- if the

---

147

1  law became enforceable.  And so I think that we had
2  previously issued the disability exemption advisory.  You
3  know, I think the advisory also had stuff with regard to
4  religious exemption and disaster declaration exemption as
5  well, but the primary purpose of that advisory was the
6  disability exemption.
7    Q.  Is the September 13, 2013, FAQs the most
8  up-to-date piece of information about how the disability
9  exemption works or you're saying the advisory is more
10  accurate or up to date or are they both?
11    A.  You're misunderstanding my point.  The
12  advisories set forth the policy, the procedure, this is
13  how you do it.  The FAQ answers questions with regard to
14  that policy and that procedure.  So my point is that they
15  work together to -- talk about disability exemption
16  procedure.
17    Q.  Got it.  If a voter wants to obtain a
18  disability exemption must the voter appear at the county
19  registrar or the election official in person or can this
20  be obtained in other means?
21    A.  They can mail it in.
22    Q.  They can mail in their original documentation
23  certifying the disability to the election official; is
24  that correct?
25    A.  No, they can mail in a copy.

---

148

1    Q.  Mail in a copy.  That's right.  But they can do
2  it by mail?
3    A.  They don't need to mail in their original
4  disability documents.
5    Q.  Okay.
6    A.  They need to mail in a copy or present a copy
7  in person.
8    Q.  What sort of documents from the Social Security
9  Administration or the Veterans Administration will
10  suffice?
11    A.  You know, I don't know what documents they
12  issue.  It's our belief in the Secretary of State's
13  Office that there is a letter at the end of a process
14  where someone gets evaluated that will show a disability
15  rating of X percent.  With regard to the Social Security
16  Administration, if there's any disability at all they're
17  qualified for the disability exemption.  With regard to
18  the Veterans Administration the disability rating has to
19  be more than 50 percent.  So I don't know what form that
20  notice takes to the voter, but whatever they get, they
21  present a copy of it to the election officials.
22    Q.  Thank you.
23       MS. WESTFALL:  Can you mark this as 21.
24       (Exhibit No. 21 marked)
25    Q.  I'm handing you what's been marked as 21.  Do

KEITH INGRAM                                                          4/23/2014

149

1   you recognize this document?
2       **A.  I do.**
3       Q.  What is it?
4       **A.  This is the application form -- the request**
5   **form that we came up with for requesting a disability**
6   **exemption.**
7       Q.  Do you see that a voter must indicate that the
8   voter does not have another acceptable form of SB 14
9   qualifying ID in order to get this exemption?
10      **A.  I believe that's the statutory requirement.**
11      Q.  Is it?  Is that the source of the obligation?
12      **A.  I believe so.  Now I don't remember where it**
13  **is.**
14          MR. KEISTER:  I don't think she asked you
15  to find it.  If she wants you to, that's fine.
16          MS. WESTFALL:  For the record, Mr. Ingram
17  is preparing -- is looking at the Election Code.
18      **A.  Yes.**
19      Q.  What is the source of the obligation that
20  voters say they don't have any other forms of ID?
21      **A.  It is Election Code 13.002, subpart (i),**
22  **subpart 2.**
23      Q.  And this is SB -- this is SB 14 as codified?
24      **A.  I believe so.**
25      Q.  If a voter obtains a disability exemption,

150

1   appears to vote and is not -- and is listed on the list
2   of voters as exempted, has an E in the list of registered
3   voters, but does not have the card showing an E, the
4   voter registration certificate, that voter must vote by
5   provisional ballot, right?
6       **A.  That's right.**
7       Q.  And what is the purpose of that requirement as
8   you understand it?
9       **A.  Because they have to identify themselves as the**
10  **voter and they at least need their certificate with the E**
11  **on it.**
12      Q.  But if they had an old certificate that didn't
13  have an E on it, why wouldn't that suffice to prove the
14  identity of the voter provided the voter has an E in the
15  poll book?
16      **A.  An old certificate is not an acceptable form of**
17  **identification under 13.002(i) or 63.0101.**
18      Q.  Isn't the purpose of the disability exemption
19  to exempt certain people with disabilities from the SB 14
20  identification requirements?
21      **A.  No, ma'am.**
22      Q.  What is the purpose of the disability
23  exemption?
24      **A.  The purpose of the disability exemption is to**
25  **exempt certain people from the requirement that they show**

151

1   a photo ID, but they still have to show an acceptable
2   form of ID under SB 14.
3       Q.  So your understanding is that the purpose is to
4   show identification and it must have an E, the voter
5   registration certificate?  That's your understanding?
6       **A.  That's right.**
7       Q.  Is there any time period by which a county
8   official must process an application for a disability
9   exemption?
10      **A.  I don't remember what our advisory says.  You**
11  **know, obviously they need to do it.**
12      Q.  Is there any legal requirement under the code
13  or regulation other than the advisory you just discussed?
14      **A.  I don't think that we've actually put it in the**
15  **rule, so I don't know if there's a time requirement for a**
16  **county to act on the disability exemption.**
17      Q.  Is it true, therefore, that the voter is not
18  guaranteed that her application for a disability
19  exemption will be processed in time for an election?
20  There's no -- there's no guarantee?
21      **A.  I don't know what that means, there's no**
22  **guarantee.**
23      Q.  There's no certainty if a voter applies at a
24  certain date that the exemption will be granted before an
25  election -- upcoming election by law?

152

1       **A.  Again, what's the certain date?  I mean, I**
2   **don't understand the question.  There are -- there are**
3   **county election officials all over this state who are**
4   **very diligent and care a lot about what they do.  There**
5   **are also a lot of people who register to vote at the last**
6   **minute, so there is a requirement that voters be**
7   **registered 30 days before an election.  There is a**
8   **requirement that if you're going to have an election**
9   **identification -- or a disability exemption that you have**
10  **a card with an E on it.  However, sometimes counties get**
11  **overwhelmed with last minute surges in applications, and**
12  **potentially a disability exemption could be caught up in**
13  **that surge, and so they might not have the actual**
14  **physical card with an E on it yet, but the E will be on**
15  **the official list of registered voters by the time of the**
16  **election, and if a voter applies for the disability**
17  **exemption in that 30-day window, then there's not a**
18  **guarantee that it'll be on there, but if it's done**
19  **before -- 30 days before the election, then they'll have**
20  **the E on the official list of registered voters and they**
21  **can bring their current election -- their current voter**
22  **registration card without the E and show it, because**
23  **it'll have the right color, not a previous one, and they**
24  **can -- they can get the disability exemption without a --**
25  **without a provisional ballot.  However, if they ask for**

153

1    the disability exemption within the 30-day window, then
2    no, there's not a guarantee.
3        Q.   So they may still have their registration card
4    that doesn't indicate an E and they'll vote by
5    provisional ballot?
6        A.   No, ma'am.  If they have their current orange
7    colored voter registration certificate and they show up
8    to vote and they bring that with them and they say,
9    I'm -- I'm disabled, they'll look on the official list of
10   registered voters.  If there's an E on the official list
11   of registered voters for that voter, then they can vote a
12   regular ballot.
13       Q.   And that is pursuant to what?
14       A.   That's pursuant to our advisory and this FAQ.
15       Q.   Under what circumstance would a voter who has
16   applied for a disability exemption and hasn't received it
17   have to vote provisionally?
18       A.   If they did it less than 30 days before the
19   election.
20       Q.   If a voter obtains a disability exemption and
21   moves to another county, that voter needs to reapply for
22   the exemption; is that correct?
23       A.   That's right.  They also need to reregister to
24   vote in the new county.  Voter registration is a
25   county-based system, and so the counties don't have any

154

1    obligation to share information.
2        Q.   What is the purpose of that reregistration of
3    the disability exemption requirement if one moves?
4        A.   I don't know how to explain it any better than
5    I just did.
6        Q.   Isn't the voter identified as E within the TEAM
7    statewide database?
8        A.   Probably.  Yeah, I think we've got --
9        Q.   So why is there a reason for the voter to have
10   to reapply for that exemption when she moves?
11       A.   Because they have to reregister to vote and
12   they have to apply for an exemption in the new county
13   with their new voter registration so that that county
14   knows that that voter has got a disabled exemption, and
15   they've got an obligation -- the county has an obligation
16   under 13, I believe, 054 of the Election Code, maybe
17   13.104, to maintain information regarding active voters
18   as long as that voter is active and for up to two years
19   for a canceled voter.
20            So the county has an obligation to have
21   the information related to its voters, and if the voter
22   registered to vote, got a disability exemption at another
23   county, then the county -- the new county wouldn't have
24   that data, they would be not complying with their
25   statutory obligations.

155

1        Q.   But it's not enough to have the voter indicated
2    in TEAM as exempt, in other words --
3        A.   No.  No, that --
4        Q.   -- because the counties must have separate
5    documentation.  Is that your testimony?
6        A.   The counties have to maintain documents with
7    regard to their voters, and an E in TEAM that, let's just
8    say, Grimes County has because they've seen the
9    disability exemption paperwork and they've got it
10   maintained for that voter means nothing to Navasota -- I
11   mean to Marion County.  That -- Marion County just sees
12   an E.  They don't know that that voter -- they don't know
13   what was shown, they don't have it, they don't -- they've
14   got a statutory obligation to have the paperwork.  The
15   county has an --
16       Q.   Does SB 14 require that?
17       A.   No.  Preexisting law requires that information
18   specific to a voter be in the county where the voter is
19   registered.
20       Q.   Do you know how many voters have applied for
21   this exemption?
22       A.   I don't know the current numbers.  I know that
23   as of January there were 19 in the TEAM system.
24       Q.   Would you agree that the disability exemption
25   is a narrow exemption to the requirements of SB 14 for

156

1    ID?
2        A.   I don't know how to characterize it.
3        Q.   Would you characterize 19 as a large number of
4    voters?
5            MR. KEISTER:  Objection, vague.
6        A.   I don't know in reference to what 19 exists.
7        Q.   Do you have any -- any view on the part of the
8    Secretary of State of whether this is -- provides much
9    relief from the ID requirements under SB 14?
10       A.   I don't believe that the ID requirement needs
11   relief.  The Secretary of State's Office is in the
12   business of implementing the laws as they are put to us
13   by the legislature, and in doing so we don't express
14   opinions about whether or not the law is ill-founded,
15   well-founded.  We don't express opinions about whether
16   exemptions are narrow or wide.  That is not our role.
17   Our role is to implement the law.
18       Q.   Have you assessed whether persons who are
19   eligible for the exemption have had any problems or
20   success in applying for this exemption?
21       A.   I have not.
22       Q.   Do you know of any office that has?
23       A.   I am not aware of any office that has made such
24   an assessment.  I do know that our advice to the counties
25   is to be -- is to not take a stringent view of the

KEITH INGRAM                                                    4/23/2014

157

1  documentation provided, so if there's any indication on
2  the documents anywhere that there's some kind of
3  disability from Social Security Administration, we advise
4  the county to accept it.  We don't -- we don't want them
5  in the business of second-guessing Social Security
6  Administration documents.
7       Q.  Was there a time when you determined that
8  certain forms of photo ID not expressly listed in SB 14
9  were sufficient as ID?
10      A.  No.
11      Q.  Did you determine that the -- that a
12  citizenship certificate also included a Certificate of
13  Naturalization?
14      A.  We did determine that when the legislature
15  listed citizenship certificate as a form of ID they --
16  they also meant to include naturalization certificate,
17  yeah, that when they said citizenship certificate they
18  meant a certificate that you get when you become a
19  citizen.
20      Q.  How did you make that determination?  What was
21  that based on?
22      A.  Well, we investigated -- you know, talked to
23  the Immigration and Naturalization Service about what is
24  a citizenship certificate.  This thing exists.  Well,
25  there is a particular form that the Immigration and

158

1  Naturalization Service comes up with that is a
2  citizenship certificate by name, and we talked to the
3  drafters of the legislation and asked them if that's what
4  they meant when they said citizenship certificate, did
5  they mean a particular document or did they mean the
6  document that you get -- a person gets whenever they
7  become a citizen, and they said the latter.  We said,
8  okay, well, there -- there's two things, then.  We've got
9  a naturalization certificate and a Certificate of
10 Citizenship.  Certificate of citizenship was meant
11 generically in SB 14, and it actually has a specific
12 thing.  So we haven't expanded what the legislature
13 intended, we've only implemented what the legislature
14 intended.
15      Q.  Did you have discussions with Senator Fraser
16 about this issue?
17      A.  No.
18      Q.  Others in the legislature?
19      A.  Did I?
20      Q.  Yes.
21      A.  No, ma'am.
22      Q.  Did anyone in your office?
23      A.  Yes, ma'am.
24      Q.  Who in your office?
25          MR. KEISTER:  Let me just -- before we go

159

1  any further, to the extent that specific legislatures had
2  specific communications related, I don't want you to get
3  into the details of those based on legislative privilege,
4  but I think you can answer the general question.
5       A.  The person in our office whose role it is to
6  interface with legislatures and their staff is our
7  general counsel, Wroe Jackson.
8       Q.  Certificates of Citizenship are particular
9  documents, are they not?  Is that your understanding?
10      A.  That is -- that is what we discovered whenever
11 we were putting this process together, yes, ma'am.
12      Q.  And that was what is specifically mentioned in
13 the text of SB 14, is it not?
14      A.  It says -- it says certificate of citizenship,
15 but it didn't mean citizenship certificate the way that
16 INS means it.
17      Q.  So your interpretation is that it includes
18 Certificate of Naturalization?
19      A.  That's right.
20      Q.  Could the Secretary of State's Office reverse
21 its decision on this position at any time?
22      A.  Could they?
23      Q.  Yes.
24      A.  I don't know.
25      Q.  Could you legally reverse your decision and

160

1  decide that that was not an acceptable form of ID?
2       A.  I don't know.
3       Q.  You haven't issued a regulation to this effect,
4  have you?
5       A.  No.
6       Q.  How has this been communicated to county
7  election officials, that this form of ID is acceptable?
8       A.  We have, obviously, training materials for poll
9  workers as well as county election officials, and it's
10 included in that training.
11      Q.  Beyond training is there any legal embodiment,
12 any regulation or any steps that you've taken to make
13 this permanent in a legal sense?
14      A.  No, ma'am.  The statutes made it permanent.
15      Q.  Because, as you testified earlier, you believe
16 the legislature intended to list that form of ID even
17 though it's not expressly included; is that correct?
18      A.  No, ma'am.  That is not what I said.  I said it
19 was listed.  It is listed.
20      Q.  You believe a Certificate of Naturalization is
21 a Certificate of Citizenship?  That's your testimony
22 today?
23      A.  That is my -- that is my testimony, as the
24 legislature intended it, you bet.
25      Q.  Do you believe that the Secretary of State's

KEITH INGRAM                                           4/23/2014

161

1    interpretation of including a Certificate of
2    Naturalization could be subject to any legal challenge?
3        A.  I don't know.
4        Q.  Is it being subject to any legal challenge?
5        A.  Well, now, that's a good question.  I don't
6    know.  Is that the claim being made in this lawsuit, that
7    maybe we need to narrow the forms of identification?
8    Because if that's the claim, then that's really weird.
9        Q.  Well --
10       A.  I'm sorry, but --
11       Q.  I'm going to let your counsel advise you to
12   not -- to not comment on that, but I -- I -- that is not
13   one of the claims.  I was asking whether there's --
14       A.  I didn't think it was.
15       Q.  -- a legal challenge that you're aware of in
16   the state of Texas.
17       A.  No, ma'am.  And I don't anticipate that there
18   would be.  But the Secretary of State has the
19   responsibility under 31.003 of the Election Code to
20   interpret laws passed by the legislature, election laws,
21   and that's what we've done.
22       Q.  What IDs fall within military identification?
23       A.  All forms of military identification.
24       Q.  And who was responsible in your office for
25   making the determination as to what IDs would qualify?

162

1        A.  The legislature made the determination about
2    what IDs would qualify.  Our office determined what IDs
3    they meant when they said military ID.
4        Q.  And who made that determination?
5        A.  Our office.
6        Q.  Who in your office?
7        A.  Myself, my legal director, our general counsel,
8    the secretary.
9        Q.  Does military ID now include retiree military
10   cards and Veteran Affair cards?
11       A.  I don't know what you mean by now include.
12       Q.  Are you interpreting it that those IDs are to
13   be accepted at the polls as compliant under SB 14?
14       A.  Yeah.  They're on the list of -- of what is a
15   military ID, you bet.
16       Q.  Do you know why retiree military cards and
17   Veteran Affair cards are included as acceptable military
18   ID?
19       A.  Because they're a military ID.  They're issued
20   to military persons.
21       Q.  One of the topics in the notice of deposition
22   is the process, manner, and method of identifying items
23   in response to the United States' Request for Production
24   of Documents.
25       A.  Yes.

163

1        Q.  Is that right?  Are you familiar with the
2    United States' First Request for Production of Documents?
3        A.  I am.
4        Q.  Could you describe the process for responding
5    to this request?
6        A.  Certainly.  Our general counsel would have
7    received the request from our attorneys and he would have
8    sent it to the division directors, including me, and I
9    would have directed my managers to assemble documents
10   responsive thereto.
11       Q.  And who were the custodians whose records were
12   searched within the Election Division of the Secretary of
13   State?
14       A.  All of us.
15       Q.  Was there a search done -- how -- how was the
16   search conducted?
17       A.  Well, it comes in the context of the existence
18   of the litigation, and as a result of the existence of
19   the litigation we had received a litigation hold document
20   from our attorneys for all documents related to SB 14,
21   photo ID, and so we had segregated documents
22   electronically, e-mails as well as documents on our
23   shared drive, related to photo ID, so obviously all of
24   that material was produced.  And then we did a search --
25   each person did a search on their individual drives as

164

1    well as their individual e-mail archives for "photo ID,"
2    "SB 14," specific terms related to the request, and so --
3    to see if anything was not in the litigation hold
4    materials, and all of that was produced.  I believe that
5    our IT department also did a global search on all of the
6    agency's drives for anything related to photo ID or
7    SB 14.
8        Q.  Do you know when the litigation hold was put
9    into place?
10       A.  I do not.
11       Q.  Do you know whether it was put into place or
12   continuous from the Texas v. Holder case or is this a new
13   litigation hold for this matter?
14       A.  We did receive a new one, but all of the
15   documents that were subject to the hold under SB -- the
16   Holder preclearance litigation had continued in effect.
17   All of those documents were still being maintained.
18       Q.  Just to clarify, there were -- there were
19   keyword searches conducted by individual custodians of
20   e-mail in your office?
21       A.  That's right, if they didn't have their photo
22   ID separately archived.
23       Q.  Can you tell me who those people were who
24   conducted individual e-mail searches?
25       A.  All of us.

KEITH INGRAM                                                4/23/2014

165

1      Q.  Every single person in the elections division?
2      A.  I believe so, yes, ma'am.
3      Q.  And you individually did that search or did
4  your counsel?
5      A.  I did it.
6      Q.  Was that true for all employees?  Did the
7  Office of the Attorney General conduct any searches or
8  did -- did all the individual e-mail users do their own
9  searches?
10         MR. KEISTER:  Don't comment on what the
11  Office of the Attorney General did.  That's worker --
12  that's worker -- attorney -- attorney-client and work
13  product.  But you can tell her what y'all did.
14     A.  We were responsible for producing our
15  documents.  Now, that involved individual searches as
16  well as global searches by our IT department.
17     Q.  When did you most recently search your own
18  e-mail in response to the request for production?
19     A.  When it was answered.
20     Q.  So that would be in January or February of this
21  year?
22     A.  Yes, ma'am.
23     Q.  Have you conducted any subsequent searches
24  since that time?
25     A.  No, ma'am.

166

1      Q.  Do you use personal e-mail to communicate with
2  the Secretary of State employees, your personal e-mail
3  and not the Secretary of State's e-mail to conduct
4  official business?
5      A.  No, ma'am.
6      Q.  Do you know whether anyone else in your office
7  or your IT department has conducted search -- searches of
8  e-mail or of the server in response to the RFP subsequent
9  to January or February of this year?
10     A.  I don't know what they've done.  I don't
11  believe so.
12     Q.  Have you provided any additional documents
13  since the response was -- was made in February or January
14  of this year?
15     A.  No, ma'am, just what we brought today, the
16  communication stuff.
17     Q.  Are you continuing to try to locate responsive
18  documents in response to the request today or at any time
19  since the responses?
20     A.  No.  If we were asked to we would.  You know,
21  there have been some documents generated since the
22  requests for production have been responded to that would
23  probably be responsive, and so we could certainly.
24     Q.  Thank you.
25         MS. WESTFALL:  And, Mr. Keister, we would

167

1  request that the responses to the RFP be updated and
2  supplemented as required by the federal rules.
3      Q.  Now we're going to turn to another topic,
4  information provided to the legislature.  I'm going to --
5         MR. KEISTER:  Elizabeth, would this be a
6  good time for a break?
7         MS. WESTFALL:  I think it would.  What is
8  the time?
9         MS. MARANZANO:  12:30.
10         MS. WESTFALL:  If I can push through I can
11  get through my topics.  I have a few more pages.  Can you
12  bear with me?
13         MR. KEISTER:  I'll try.
14         MS. WESTFALL:  Okay.
15         MS. MARANZANO:  Can we take a quick break?
16         MS. WESTFALL:  Yeah, let's take a quick
17  break.  We can go off the record.
18         MR. KEISTER:  Yeah.
19         (Recess from 12:33 p.m. to 12:47 p.m.)
20  BY MS. WESTFALL:
21     Q.  Mr. Ingram, I want to turn to a different
22  topic, which is item number 5 on the notice related to
23  all information that was provided to the Texas
24  Legislature regarding certain bills.
25     A.  Right.

168

1      Q.  During the 79th Legislative Session in 2005 did
2  the Secretary of State's Office provide the Texas
3  Legislature with any information or data related to voter
4  ID?
5      A.  I don't know, and the thing is, nobody in our
6  office knows.
7      Q.  Okay.  And during the 80th Legislative Session
8  in 2007 did the Secretary of State's Office provide the
9  legislature with any information or data related to voter
10  ID?
11     A.  Again, I don't know and nobody in our office
12  knows.  Whatever the documents reflect was provided is
13  what we know about.
14     Q.  And the same question with regard to the 81st
15  Legislative Session in 2009; do you know whether the
16  Secretary of State's Office provided the legislature with
17  any information or data related to voter ID?
18     A.  I don't know and nobody in our office knows.
19  Whatever the legislative documents and hearing testimony
20  reveals is what it reveals.
21     Q.  Turning to -- do you know whether Ann McGeehan
22  would know the answer to those questions?
23     A.  She would have a better idea than -- than
24  anybody currently at our office.
25     Q.  Would she be the best person to answer those

169

1  questions, do you think?
2      **A. I don't know. I would expect that either she**
3  **or Elizabeth Winn would be the ones to talk to, but I**
4  **don't know.**
5      Q. Between January 1, 2005 and May 27, 2011 did
6  the Secretary of State's Office conduct any analyses of
7  registered voters who possess a Texas driver license or
8  personal ID?
9      **A. I don't know. I've seen documents that reflect**
10 **that -- that there was some matching going on in the 2011**
11 **Legislative Session. I don't know if there was any**
12 **before that.**
13     Q. Okay. And what was that matching in 2011?
14     **A. It was similar to the matching that occurred in**
15 **September of 2011, January of 2012, and August -- or July**
16 **of 2013.**
17     Q. Was that the only matching that you're aware of
18 during that time period other than the other ones you
19 just testified to?
20     **A. That's right.**
21     Q. In 2011 did the Secretary of State's Office
22 receive a request for a comparison of registered voters
23 with a driver license database from the legislature?
24     **A. I don't know. I think that such a request was**
25 **made, yes, ma'am.**

170

1      Q. And was it made by Senator Williams?
2      **A. I don't know.**
3      Q. Did the division or the Secretary of State's
4  Office subsequently conduct an analysis of registered
5  voters compared with the driver license database?
6      **A. I have seen some e-mail traffic -- whenever I**
7  **first started with the Secretary of State we were pulling**
8  **together documents related to photo ID for a public**
9  **information request, and there were some documents in**
10 **that pile that indicated that there was some matching**
11 **going on in the spring of 2011.**
12         MS. WESTFALL: Could you mark this.
13         (Exhibit No. 22 marked)
14     Q. You've been handed what's been marked as
15 Exhibit 22. Do you recognize this?
16     **A. No, ma'am.**
17     Q. Did you -- have you ever reviewed -- well, you
18 can see on the -- on the cover page that it's a
19 transcript of proceedings before the legislature in the
20 82nd Legislature on January 25, 2011; is that right?
21     **A. I do see that, yes.**
22     Q. So you have not reviewed this testimony in
23 advance of this deposition today?
24     **A. No, ma'am, I have not.**
25     Q. Are you aware that on page 490 of this

171

1  transcript, which is TX 00000846, there is a colloquy
2  between Senator Williams and Ann McGeehan concerning a
3  data request?
4      **A. I see that Senator Williams talks about that,**
5  **yes.**
6      Q. And he was requesting a comparison of voters
7  with the driver license database; is that correct?
8      **A. Looks like that's what he was doing, yes,**
9  **ma'am.**
10     Q. Is it your understanding that such an analysis
11 was undertaken by the Secretary of State's Office?
12     **A. I have seen the evidence that there was some**
13 **matching going on, yes, ma'am.**
14     Q. What was the information that you refer to?
15     **A. I've seen some e-mail traffic.**
16     Q. What did that e-mail traffic indicate?
17     **A. That there was some matching going on.**
18     Q. What was the results of the matching?
19     **A. I don't remember. It seems like there were --**
20 **that they had done the analysis several different ways**
21 **and come up -- came up with several different results**
22 **that were all pretty close to the same thing.**
23     Q. What were the results, if you recall?
24     **A. I don't really remember. To the best of my**
25 **recollection, it was somewhere in the 650,000 range,**

172

1  **600,000 range, five-eighty-six. So it was in the -- it**
2  **was in the ballpark of what was later done in September**
3  **of 2011 is what I remember, that it was not very**
4  **different from what was later done for preclearance.**
5      Q. Do you know who in the division of the
6  Secretary of State's Office was involved in this matching
7  process?
8      **A. I don't know who it would have been in 2011.**
9      Q. And do you know whether it was released outside
10 of the Secretary of State's Office?
11     **A. I do not.**
12     Q. Do you know who would know the answer to that
13 question?
14     **A. I don't know if anybody would. Certainly not**
15 **anybody in our office.**
16     Q. Do you know if Ann McGeehan would know the
17 answer to that question?
18     **A. She might. I don't know.**
19     Q. Do you know if Elizabeth Winn would know the
20 answer to that question?
21     **A. She might. I don't know.**
22         MS. WESTFALL: Can you mark this, please.
23         (Exhibit No. 23 marked)
24     Q. I'm handing you what's been marked as
25 Exhibit 23. Can you take a look at this exhibit and let

KEITH INGRAM                                                4/23/2014

173

1    me know if you've seen it before?
2       A.  I believe this is the e-mail that was attached
3    to either the request for admission or request for
4    production.
5       Q.  And have you reviewed this in advance of this
6    deposition?
7       A.  No.  I saw it whenever it came with the
8    discovery request.
9       Q.  Do you see that the e-mail was drafted
10   around -- it's a bunch of e-mails from January 27, 2011,
11   to February 1, 2011?
12      A.  I see that.
13      Q.  And it has an analysis of voters -- or an
14   estimate and reporting of the number of registered voters
15   without a driver license or personal ID card?
16      A.  No, I do not agree that that's what it shows.
17      Q.  What does it show, in your view?
18      A.  It shows non-matches.
19      Q.  And do you see there's a summary about the
20   question presented, a discussion, and a conclusion on
21   page TX 00107735?
22      A.  I see that.
23      Q.  And do you see the conclusion is between
24   844,000 plus voters to 678,000 plus voters may not have
25   been issued a driver license or ID by DPS?

174

1       A.  I see that.
2       Q.  And was this -- to your knowledge was this
3    question, discussion, and conclusion drafted by Ann
4    McGeehan?
5       A.  No.
6       Q.  Who was it drafted by?
7       A.  Karen Richards.
8       Q.  And who is Karen Richards?
9       A.  She was the voter registration manager back
10   then.
11      Q.  Do you know whether SB 14 was being considered
12   by the Senate or the House of the Texas Legislature at
13   the time these e-mails were written?
14      A.  I do not.
15      Q.  Do you know whether this analysis was conducted
16   in response to Senator Williams' inquiry?
17      A.  I don't.
18      Q.  Do you know whether this analysis was released
19   outside of the Secretary of State's Office?
20      A.  I do not.  I've seen nothing to indicate that
21   it ever was.
22      Q.  Do you know whether anyone within the Secretary
23   of State's Office directed that it not be released --
24      A.  I don't know.
25      Q.  -- outside the Secretary of State's Office?

175

1       Q.  Do you know where -- is Karen Richards
2    employed with the Secretary of State today?
3       A.  She is not.
4       Q.  Where is she employed?
5       A.  She is, I believe -- last I heard she was
6    employed with VOTEC.
7       Q.  And where is that company based?
8       A.  VOTEC, I believe, has their headquarters in
9    California.  She works here in Austin.
10      Q.  When did she leave the Secretary of State's
11   Office?
12      A.  I'm not sure on her exact leave date, but I
13   believe it was July of 2011.
14      Q.  What were the circumstances of her -- the
15   ending of her employment with the Secretary of State's
16   Office?
17      A.  I don't know.  It was before my time.  From
18   everything I can see, she got a better offer.
19      Q.  Do you know whether the Texas Legislature ever
20   saw this analysis during -- when it was considering
21   SB 14?
22      A.  I don't know for sure, but I've seen nothing to
23   indicate that they did.
24      Q.  Do you know why, in response to
25   Senator Williams' request, this wasn't provided to the

176

1    legislature?
2       A.  I don't.  It is my belief that it's because the
3    data is uncertain and we didn't want to give a wrong
4    impression.
5       Q.  And what is that belief based on?
6       A.  The fact that in subsequent matching exercises
7    we have a pretty high degree of uncertainty.
8       Q.  So Senator Williams' request was not -- there
9    was no response to him?
10      A.  I don't know what response was given to him.
11      Q.  In 2011 did the division receive any other
12   requests for information about voters without a driver
13   license or a personal ID card?
14      A.  I don't know.
15      Q.  And besides the analysis on an e-mail on
16   Exhibit 23, are you aware of any other analyses that the
17   division conducted that relate to SB 14 during 2011
18   before the bill was signed into law in May?
19      A.  I don't -- I don't believe that any other
20   analyses were performed.  I think that these queries that
21   are outlined on page TX 00107734 are the queries that
22   were done.
23      Q.  Do you know why this analysis was not part of
24   the defendants' interrogatory responses in response to
25   requests about analyses that have been done of voters

177

1  without a driver license?
2      A.  I don't know.  That's -- I don't know.
3      Q.  Was any other analysis done by the Secretary of
4  State's Office in 2011 regarding registered or eligible
5  voters without any other forms of ID required by SB 14?
6      A.  Not that I'm aware of.  I don't believe so.
7      Q.  Can you state every single occasion on which
8  the Secretary of State has attempted to match the TEAM
9  database to the DPS driver license database?
10     A.  Well, I don't know if I can give you every
11  time.  I know the ones that I know about.
12     Q.  Okay.
13     A.  And based on what I know, the DPS database
14  hasn't been a constant variable in these matching
15  exercises.
16     Q.  Okay.  Could you describe every occasion that
17  you're aware of?
18     A.  So we've got this that happened early in 2011.
19  I have no idea which version of the DPS database they
20  used for this, and so I don't know.  That's one.  Then we
21  know about September of 2011, and what I don't know is if
22  previous results were given in response to requests from
23  the Department of Justice or if a new analysis was done.
24  I believe that one of these queries was produced, but I
25  don't know that for sure, and it looks like the numbers

178

1  match maybe Query 3, but I don't know.  So I don't know
2  if there was a separate matching exercise done or if they
3  relied on results they'd received earlier in the year.
4  For the January 2012 matching exercise we got a new
5  version of the DPS database that was specifically for
6  that exercise, and it was a version that contained race
7  and ethnicity data as the DPS had it, and so we did that
8  exercise.  That exercise happened in December of 2011
9  before I began with the office in January of '12.  And
10  then the next time we did it it was with the DPS database
11  that was provided for the jury wheel constitution, and
12  that was done in 2013.  So those are the ones that I know
13  about.
14     Q.  Those are the sum total that you're aware of?
15     A.  That I'm aware of, yes, ma'am.  And I don't
16  know if September of '11 was a separate matching exercise
17  or a giving of the data from before.
18     Q.  Has the Secretary of State ever provided the
19  TEAM database to anyone other than the Department of
20  Justice for purposes of matching to the DPS driver
21  license office?
22     A.  I don't -- I can't understand that question.
23     Q.  Okay.  Any other -- you described some matching
24  that the Secretary of State's Office has done itself with
25  TEAM and DPS, correct -- the driver license database,

179

1  correct?
2      A.  Right.
3      Q.  And then are you aware that in this litigation
4  the TEAM database has been supplied to the Department of
5  Justice along with the DPS database to conduct matching?
6      A.  Sure.
7      Q.  Are there any other entities or parties that
8  your office has provided the TEAM database to, to conduct
9  matching with the driver license database?
10         MR. KEISTER:  As long as it has nothing to
11  do with the attorney-client privilege.  Don't mention
12  anything about the OAG.
13     A.  We get public information requests for the TEAM
14  database on a regular basis, and I don't know what people
15  are doing with it, so I can't really answer the question.
16  It could be that some people who are getting the TEAM
17  database are trying to do some kind of matching.  I don't
18  know.  I do know that the counties were interested in
19  doing matching on their own, and so they obtained a
20  driver license database from DPS that we facilitated that
21  transaction so that they could match their voter
22  registration data against the DPS, but they already have
23  the TEAM database, so I don't know if that's what you're
24  talking about or not.
25     Q.  I guess putting aside copies of the TEAM

180

1  database or communications that you've had with your
2  counsel, because I don't want you to testify about that,
3  have you supplied the TEAM database to anybody else with
4  the intention of the -- for the purpose of matching
5  against the driver license database?
6      A.  I -- I don't -- I don't know how to answer that
7  question.  I know that the Department of Justice is not
8  the only plaintiff in this litigation or in the previous
9  litigation, and I believe the other plaintiffs also
10  received a copy of the database.  I don't know if they
11  actually were planning to do matching with that or not.
12  I just -- I don't know what the purpose of someone's
13  request is.
14     Q.  So you have not received any other matching
15  results outside of any communications you've had with
16  OAG's office concerning TEAM and the DPS driver license
17  database?
18     A.  No.  Some counties have done some matching, and
19  so they've -- they've communicated some of those results
20  to us.
21     Q.  Which counties?
22     A.  Parker County comes to mind.
23     Q.  So Parker County has matched its county
24  database against the DPS driver license database; is that
25  right?

181

1     A.  That's right.
2     Q.  And there was a result and they provided it to
3  you; is that correct?
4     A.  They did.
5     Q.  And when did that occur?
6     A.  I don't know for sure.  I believe it was after
7  our county election official seminar last year in July of
8  2013, so maybe August or September of 2013.
9     Q.  Have any other counties engaged in similar
10  matching?
11     A.  I know that Dallas County has done it.  I've
12  seen news media reports indicating that they've got
13  results that they've acted upon.  And then I know that
14  Harris County has done it.  They haven't reported to us
15  the results, but I know that they've got copies of both
16  of those databases, done some matching, and reached out
17  to voters.  And I know that Travis --
18     Q.  But Dallas -- Dallas and Harris -- I'm sorry --
19  and Travis have not supplied you with the fruits of that
20  matching?
21     A.  That's right.  And I don't know if any other
22  counties have done it.  I just don't know.
23     Q.  Do you know what fields they compared in
24  conducting those matches or do you have any information
25  about how those matches were conducted?

182

1     A.  I do not.
2     Q.  I would like to turn to matching between the
3  Bureau of Vital Statistics and the TEAM database.
4     A.  Okay.
5     Q.  Your interrogatory responses indicate that the
6  vital statistics sends over a list of deceased persons to
7  the Secretary of State's Office weekly; is that right?
8     A.  That is correct.
9     Q.  And what happens with that information?
10     A.  It is -- it automatically goes through a
11  process where matches are made and sent out to the
12  counties.
13     Q.  This is an automatic process that -- that
14  matches the deceased individuals identified by vital
15  statistics with TEAM and then it just sends it out; is
16  that correct?
17     A.  That's right.
18     Q.  And this is conducted centrally in your office?
19     A.  It is since 2007.
20     Q.  Then the individual counties get those results
21  and determine what to do in terms of list maintenance for
22  their own county list; is that correct?
23     A.  Not exactly.  For the strong-matched deceased,
24  they are automatically canceled in TEAM.  For on-line
25  counties that means that the voter is canceled.  For

183

1     off-line counties it means that there is a task for the
2     off-line county to perform with regard to that voter, and
3     the task is a 99 to cancel.
4     Q.  How many counties are still not on-line with
5  TEAM?
6     A.  I think the current number is 215 on-line and
7  39 off-line.
8     Q.  When you get a weak match, as referred to in
9  the -- in the interrogatory responses --
10     A.  Sure.
11     Q.  -- what happens to them?
12     A.  Weak matches are investigated by the counties.
13  There was a little tweak -- I believe it was
14  House Bill 3593 -- that required the counties to do some
15  actual investigative work before they send a letter.  It
16  used to be that counties could claim as their
17  investigation sending a confirmation notice to the
18  potentially deceased voter, but now the law requires them
19  to do an actual investigation before they send a letter.
20  If they can't determine if the voter is deceased or if
21  they can't determine if the voter is alive, then they
22  will send a letter to the voter that says, we've done
23  some investigation and it looks like you could be deceased, we
24  hope you're not.
25     Q.  And that's done at the county level?

184

1     A.  That's all at the county level.
2     Q.  Does the voter still stay in active status
3  during all the investigation until the letter goes out?
4  It's not put in any sort of suspense or inactive status?
5     A.  Their status doesn't change unless 30 days goes
6  by without a response to the letter.
7     Q.  And then if there is no response, they're
8  presumed to be deceased then?
9     A.  They're canceled.  16.037 of the Election Code
10  requires immediate reinstatement if someone is wrongfully
11  canceled, so if they show up and they're not actually
12  deceased, then they're immediately reinstated and vote a
13  regular ballot.
14     Q.  They will not appear on the list of registered
15  voters, correct?
16     A.  That's correct.
17     Q.  But if they appear with a proper ID and a voter
18  registration card, what happens then?
19     A.  If they appear with a proper ID -- they don't
20  need the voter registration card unless they're disabled,
21  but if they appear with a proper ID and they say, this is
22  my precinct, then often the poll workers will call the
23  voter registrar and the voter registrar will look them up
24  and will determine if they were canceled for being
25  deceased, and they'll say, but I'm not dead yet, and they

KEITH INGRAM                                    4/23/2014

185

1   will be reinstated.
2       Q.  Turning to your interrogatory responses again,
3   at page 66 -- I believe it's Exhibit 2.  Is a weak match
4   found where there is a match on first name, last name,
5   date of birth alone without also looking at Social
6   Security number when comparing TEAM with the
7   Social Security Administration Death Master File?
8       A.  Yeah, that -- that's a different process.  So
9   the Bureau of Vital Statistics, first name, last name,
10  date of birth is not one of the matching criteria.
11      Q.  Right.  But did I accurately describe what
12  happens with regard to the Social Security Administration
13  Death Master File?
14      A.  Yes.
15      Q.  And the Social Security -- the -- pardon me.
16  The Secretary of State started using the Social Security
17  Administration Death Master File in June 2012; is that
18  right?
19      A.  That is correct.
20      Q.  Was there a reason why the Secretary of State's
21  Office did not use it prior to that time?
22      A.  It was not required to by the legislature.  The
23  legislature passed a bill that ended up being 18.068 of
24  the Election Code that required it.
25      Q.  That was in 2012?

186

1       A.  Yes.  Well, they passed the bill in 2011.
2       Q.  Was there anything that prevented the Secretary
3   of State's Office from using the Death Master File prior
4   to that time?
5       A.  It -- it costs money to have the Death Master
6   File and we didn't have any budget for it, so I don't
7   know if that was the reason.  I didn't -- I wasn't here
8   before 2012, so I don't know what the office's thought
9   was with regard to the Social Security Administration's
10  Death Master File before 2012.
11      Q.  Are you aware of any legal prohibition on using
12  the Death Master File prior to that time?
13      A.  Prohibition?  I don't know of any prohibition.
14      Q.  It just wasn't required; is that your
15  testimony?
16      A.  Right.  And -- and -- yeah, that's right.
17      Q.  Turning to Topic 17, what changes have been
18  made to the TEAM database to implement and enforce
19  SB 14's requirements?
20      A.  The TEAM database has been -- has been updated
21  to accommodate the E for the disability exemption so that
22  that can be coded for a voter.  The other thing that
23  changed was we tightened up the name fields.  So prior to
24  SB 14 there was no category for exact name match versus
25  substantially similar name, it was just find the voter's

187

1   name on the list of registered voters, and so there was
2   no real need to be tight with regard to name fields
3   inside of TEAM.  But with the advent of the substantially
4   similar name requirement versus exact name match some
5   voters might be interested to know how their name is
6   going to appear on the official list of registered
7   voters, and so to have the name appear on the voter
8   registration certificate the way it will appear on the --
9   on what we call the OLRV, then to have it appear on the
10  look-up for Am I Registered the way it'll appear on the
11  OLRV, and then to appear on the OLRV in a uniform way, we
12  tightened up the name rules inside of TEAM.
13      Q.  What do you mean?  Can you just describe --
14  I -- I understand the similar -- similar name rule, but
15  what is the tightening that you're --
16      A.  Well, before --
17      Q.  -- referring to?
18      A.  Before we messed with the name fields inside of
19  TEAM it's possible that a voter could have a voter
20  registration card with one name on it, they could look
21  themselves up on Am I Registered and see a different
22  version of their name, and then they could show up on the
23  official list of registered voters and it would be yet
24  another version of their name.  They were all the same
25  names that they had given to us when they registered to

188

1   vote, but they weren't first, middle, last, former,
2   nickname, suffix, you know, all of the things that are --
3   that are -- so what we did inside of TEAM is make that
4   tight so that first, middle, and last would show up over
5   the mailing address on the voter registration
6   certificate, first, middle, and last would show up if
7   someone looks themselves up on Am I Registered, and
8   first, middle, and last would show up on the official
9   list of registered voters.  So what we did is we made the
10  names consistent so that a voter could look themselves up
11  and have notice beforehand if there's not an exact match
12  to whatever form of ID they want to use.
13      Q.  Did you make any changes to the provisional
14  ballot fields?
15      A.  No.
16      Q.  So if a provisional ballot is rejected does
17  TEAM indicate the reason for rejection?
18      A.  No.
19      Q.  And is it still the case that TEAM only
20  reflects successful applicants for disability exemptions?
21      A.  I believe that's correct, yes, ma'am.
22      Q.  So if you apply and you're rejected, it's not
23  so indicated?
24      A.  Right.  The counties would have that
25  information.

189

1      Q.  Is the Secretary of State's Office doing
2   anything to monitor whether counties are properly
3   administering the disability exemption?
4      **A.  What do you mean?**
5      Q.  To see whether they're correctly processing
6   applications?
7      **A.  Again, what do you mean?**
8      Q.  To determine whether the counties are using the
9   proper criteria?
10     **A.  No, I understand that question.  What I don't**
11  **understand is what you would suggest we would do to**
12  **monitor their success or failure.**
13     Q.  Well, are you aware -- are you aware of whether
14  they are successfully implementing it or not?  Is there
15  any oversight whatsoever you can identify today in your
16  deposition?
17     **A.  I don't know what form this oversight would**
18  **take.**
19     Q.  So is the answer no?
20     **A.  Well, I mean, we respond to questions that the**
21  **counties ask.  If they have a question about the process,**
22  **if they have a question about a document they received**
23  **from a potentially disabled person and what to do with**
24  **it, then certainly we respond to questions.  And so there**
25  **is assistance that we give, but that's -- that's our**

190

1   **role.  Secretary of State is not an enforcement agency,**
2   **it's not an investigative agency, it is a -- it is -- it**
3   **is technical support for elections in Texas, and in that**
4   **role we do assist counties with disability exemptions,**
5   **you bet.**
6      Q.  And what is -- I mean, that assistance is the
7   questions?  If a county has a question you will answer
8   it, otherwise you let the counties administer it?
9      **A.  And we -- we did the frequently asked questions**
10  **that included a portion on disability exemption.  As I**
11  **recall, there were quite a few questions answered that we**
12  **had received from counties that we figured needed a**
13  **broader broadcast of answers to those questions.**
14     Q.  I believe you testified earlier that voters who
15  do not have appropriate SB 14 are the county's voters.
16  It's the county's responsibility.  Is that a correct
17  summary of your testimony?
18     **A.  No.  I don't know what that is.**
19     Q.  Well, with regard to registered voters who do
20  not have a qualifying ID, that to the extent EICs are to
21  be offered, it's the responsibility of the counties, it's
22  the responsibility of DPS; is that correct?
23     **A.  No, that -- if I gave that impression, then**
24  **that's not what I meant to convey.  What I mean to convey**
25  **is that if a county wants to interact with its voters**

191

1   **with regard to -- some sort of supplemental or extra way**
2   **with regard to voter ID or substantially similar name or**
3   **whatever, then they can undertake that on the county**
4   **level.  That is not our responsibility, yes, ma'am.**
5         MS. WESTFALL:  Okay.
6         MR. ROSENBERG:  Okay.  Why don't we take a
7   break until 2:00.  Is that good?  And then we'll continue
8   with the other questioning.
9         (Recess from 1:15 p.m. to 2:00 p.m.)
10            EXAMINATION
11  BY MR. BARON:
12     Q.  Good afternoon, Mr. Ingram.  My name is Neil
13  Baron.  I'm one of the lawyers with the Veasey-LULAC
14  group.
15     **A.  Howdy.**
16     Q.  I'm going to talk to you for a few minutes
17  about substantially similar.
18     **A.  Okay.**
19     Q.  Before I go into that I wanted to -- I heard
20  you testify earlier today that the Secretary of State's
21  role is to implement the law that's passed by the
22  legislature.  Do you remember talking about that?
23     **A.  I do.**
24     Q.  And that you don't -- you're not an enforcement
25  agency?

192

1      **A.  That is true.**
2      Q.  And you supply technical assistance to counties
3   that request it?
4      **A.  That is true, as well as advisories**
5   **prophylactic in nature.**
6      Q.  So I was looking at your website, and it says
7   that the Secretary of State serves as the chief election
8   officer to assist county election officials to ensure
9   uniform application and interpretation of election laws
10  throughout Texas.  Is that also one of your
11  responsibilities?
12     **A.  That is, 31.003 of the Election Code.**
13     Q.  Uniformity?
14     **A.  Uniformity.**
15     Q.  And so --
16     **A.  Obtain and maintain uniformity.**
17     Q.  Okay.  In the application, operation, and
18  interpretation of the code, right?
19     **A.  That's right.**
20     Q.  So when we look at substantially similar, your
21  office adopted 81.71, Texas Administrative Code.
22     **A.  That's true.**
23     Q.  I think back in 2011?
24     **A.  The initial version of that rule was adopted in**
25  **2011.  There was an emergency version that was an**

KEITH INGRAM                                                    4/23/2014

193

1  amendment thereto that was adopted before the November of
2  2013 election, and subsequently that emergency version,
3  as slightly modified, was finally adopted, I believe, two
4  or three or four weeks ago.
5      Q.  The one I'm looking at here in front of me
6  says:  Amended to be effective April 3, 2014.  Does that
7  sound right to you?
8      A.  That sounds right.
9      Q.  And so looking through this I'm struck by the
10 amount of discretion given to the election worker, and
11 I want to talk to you about that for a few minutes.
12     A.  Sure.
13     Q.  With regard to substantially similar the rule
14 says that if the name does not match exactly, the
15 election worker shall refer to the standards in Section
16 C.  Do you want a copy of this in front of you to look
17 at?
18     A.  I've got one.
19     Q.  I know you do, and it might be helpful.  I
20 promise not to spend too much time parsing words with
21 you, but I do need to go over a few of these things.
22     A.  Sure.
23     Q.  So looking down there, it says a voter's name
24 is considered substantially similar, and then it
25 references those four examples, 1, 2, 3, and 4, right?

194

1      A.  I wouldn't call them examples.  I think there
2  are examples within those categories, but those are four
3  different ways that we feel that names can be
4  substantially similar, yes.
5      Q.  Sure.  But, for example, to repeat myself,
6  number 2 says it's for illustrative purposes only, right?
7      A.  That's right.
8      Q.  And it uses some terminology, for example, on
9  C(1), slightly different.
10     A.  Right.
11     Q.  See that?  On C(2), customary, right?
12     A.  Customary variation, yes, sir.
13     Q.  And so that's kind of in the eyes of the
14 beholder, right?  That's up to the election worker at the
15 time the ID is presented.
16     A.  Right.
17     Q.  Are there any official Secretary of State
18 publications, other than what I'm looking at here in
19 Rule 81.71 and your on-line training, which has some more
20 examples of names, like Lady Bird Johnson and William
21 Clements and Earl C. Campbell -- I mean, I could bring
22 them all out.  Are there any official publications that
23 give the election workers guidance on the definitions of
24 slightly different or customary?
25     A.  I'm not sure what you mean and I don't know

195

1  what you refer to when you're talking about the on-line.
2  We've got -- we've got several different --
3      Q.  The training materials that I've looked at
4  on-line.
5      A.  Right.  And I don't know what you've looked at.
6      Q.  Okay.
7      A.  Have you taken the on-line poll worker training
8  course from start to finish or have you just reviewed a
9  PowerPoint?
10     Q.  I reviewed the PowerPoints.
11     A.  Which PowerPoints?
12     Q.  I'll bring those up.  Let's move on and I'll
13 come back to that, okay?
14     A.  No, no, I'm just -- I'm asking because we've
15 got several different publications and they've changed
16 a little bit over time, but with regard to similar name
17 they've been pretty consistent across -- across
18 publications.
19     Q.  Okay.  Well, let's -- I'll bring that up in a
20 second and we'll come back to it while I keep on working
21 my way through this part of the process.
22         Do you agree that the election worker has
23 total discretion to determine whether the name on the
24 offered ID is not substantially similar to the official
25 list of registered voters?

196

1      A.  I don't know what that means, total discretion.
2      Q.  Okay.  Can --
3      A.  And I don't know what it means when you say
4  election worker.  You're going to have to ask a specific
5  question.
6      Q.  Okay.  I thought that was a specific question.
7  Election worker is defined in Rule 81.71.  Take a look at
8  81.71(b) right there on the first page.
9      A.  Right.
10     Q.  Talks about the reviewing early voting clerk,
11 deputy early voting clerk, election judge, or election
12 clerk collectively included in the term election worker.
13     A.  Sure.
14     Q.  So we can have an agreement today that when
15 I say election worker that's what I'm referring to?
16     A.  Right.  But I don't know what you mean when you
17 say total discretion.  There is a process that happens at
18 a polling place when a voter presents themselves to vote,
19 and in the process of qualifying a voter to vote there is
20 a process that's gone through.  So you would have
21 initially an election clerk checking in a voter.  If an
22 election clerk had a question that they felt like they
23 were unable to resolve or if they resolved the question
24 and the voter was unhappy with that resolution, then they
25 can appeal to the election judge in that polling

197

1    location.  The election judge will then make a decision.
2    If, for some reason, the voter or -- is not happy or the
3    judge feels like they can't make a decision, then they
4    can call the early voting clerk.  So when you say total
5    discretion, I don't know what that means with regard to
6    the specific players in the polling place on election day
7    qualifying the voter.
8        Q.  All right.  Well, let's go through them one at
9    a time, then, because your rule collectively calls them
10   election workers.
11       A.  Sure.
12       Q.  So the early voting clerk would be a clerk
13   who's employed during early voting, correct?
14       A.  No.  An early voting clerk is typically the
15   chief election official for the entity holding the
16   election, so if it's a school district election it'll be
17   the school superintendent; if it's a city, then it'll be
18   the city secretary; if it's a county election it'll be
19   the county clerk or the election administrator.  So the
20   early voting clerk changes depending on who's holding the
21   election.
22       Q.  Okay.  Tell me what you define the deputy early
23   voting clerk as.
24       A.  Well, a deputy early voting clerk is somebody
25   that works in the early voting clerk's office, whoever

198

1    that is.
2        Q.  Election judge?
3        A.  Election judge is the one who has been
4    appointed either for early voting or for election day by
5    either -- either the entity holding the election or
6    political party to be the election judge for a polling
7    place.
8        Q.  And election clerk?
9        A.  Election clerks are people that the election
10   judge picks to staff the polling location with him or
11   her.
12       Q.  So when we go down to C where it talks about
13   when a voter's name is considered substantially similar,
14   it says that election workers should consider whether
15   information on the presented ID document matches elements
16   of the voter's information on the official list of
17   registered voters, correct?
18       A.  That's right.
19       Q.  So election workers would include all of the
20   people that we just talked about in B.
21       A.  That's right.
22       Q.  It would basically include anybody authorized
23   to administer the election at the particular polling
24   location.
25       A.  Yes.

199

1        Q.  So when the voter shows up, those people have
2    the discretion to determine whether the voter's name on
3    the ID that he offers, the SB 14 ID that he offers or she
4    offers, is substantially similar to what the Secretary of
5    State has on your OLRV, your official list of registered
6    voters.
7        A.  Yeah.  And really I don't mean to quibble, but
8    the OLRV is a county document.
9        Q.  That's okay.  We're here to quibble.  That's
10   okay.
11       A.  It's not a Secretary of State document.
12       Q.  All right.
13       A.  The OLRV is generated by the county and it --
14   in the first instance, the election workers on scene have
15   that discretion.  They can -- if they have a question
16   they can call the early voting clerk and talk to the
17   clerk or one of their staff members, a deputy early
18   voting clerk, and then, obviously, all of this gets
19   reviewed by the voter registrar during the cure period,
20   so the voter registrar then makes a recommendation to the
21   early voting ballot board.  The early voting ballot board
22   is the one who makes the final decision, if someone had
23   to vote provisionally, whether to accept that provisional
24   ballot or not.  So there is discretion in the first
25   instance when a voter presents themselves, and that

200

1    discretion we've encouraged them to exercise for the
2    benefit of the voter, and if that voter is unhappy with
3    that resolution at the polling location they will have
4    the opportunity with the voter registrar and the early
5    voting ballot board to change that outcome.
6        Q.  So let's talk about the voter registrar.  Skip
7    on down to Section J, the last portion of the rule where
8    it says that in determining whether an ID document
9    presented to the voter registrar -- this is based on a
10   provisional ballot now.
11       A.  Right.
12       Q.  The voter registrar shall utilize the processes
13   outlined in subsections C and D of this section, which
14   takes you right back to where we just were, right?
15       A.  That's right.
16       Q.  So the voter registrar's decision is equally as
17   discretionary as the election worker's --
18       A.  Sure.
19       Q.  -- in terms of whether that individual person
20   thinks the name is substantially similar or not.
21       A.  That's right.
22       Q.  Now, is there an appeal process from a decision
23   of the voter registrar to not count a vote?
24       A.  No.
25       Q.  That's a final decision, correct?

201

1      A.  That is not a final decision, it's a
2  recommendation that's made to the early voting ballot
3  board.  The early voting ballot board has the final
4  decision.
5      Q.  Now, we have run a few elections in Texas under
6  this new law.
7      A.  Yes, we have.
8      Q.  The November 2013 constitutional, the
9  March 2014 primary, and a few school board bond election
10  type elections, I think, in probably, what, September of
11  2013?
12      A.  Yeah, in the November 2013 election on the
13  uniform date there were local elections across the state,
14  so there were city and school district elections as well
15  as the constitutional amendment election, so it was a
16  uniform date available for elections to be held, and
17  quite a few entities across the state took advantage of
18  the availability of that date.  In addition to the
19  uniform election date on the first Tuesday in November of
20  2013 and the March primary we have had several school
21  districts have tax ratification/tax rollback elections
22  that are not required to be held on a uniform date and we
23  might have had a city council special election as a home
24  rule city with four-year terms, and they can have those
25  special elections that aren't on a uniform date according

202

1  to Article 11, Section 11 of the constitution.
2      Q.  And although none of these elections are of the
3  magnitude in terms of volume of voters as the
4  presidential or gubernatorial, it is a fair number of
5  elections, and particularly November and March 2013 and
6  March 2014 took place in every county across the state,
7  correct?
8      A.  That's right.  I can't -- I hesitate because
9  the primary is the party -- the political party primary,
10  and so there's some counties that didn't have a
11  Democratic Primary because there wasn't a party chair to
12  put on election.  There are some counties that didn't
13  have a Republican Primary.  I'm not aware of any county
14  that didn't have both party chairs and didn't have a
15  primary at all, but it could be that there was such a
16  county.  I just -- I don't think there was in 2014.  I
17  know for 2012 primary election that in the runoff
18  Sterling County didn't have a runoff at all because both
19  party chairs quit between the runoff and the primary.
20      Q.  So with the possible exception of a county or
21  two, every county has had an opportunity to administer a
22  couple of elections under this new law.
23      A.  True so, yes, sir.
24      Q.  And we agree that part of the SOS' mission is
25  to ensure uniform administration of elections across the

203

1  state, right?
2      A.  That is one of the goals of the office, yes,
3  sir, statutory obligation.
4      Q.  Has there been any analysis conducted by the
5  Secretary of State on the substantially similar
6  combination form that's been used in these elections?
7      A.  I'm not sure I understand what that question
8  means.
9      Q.  Has the Secretary of State gotten copies of
10  these forms from the various counties to take a look at
11  how substantially similar is being implemented?
12      A.  You're talking about the combo form where a
13  voter signs in?
14      Q.  Yes.
15      A.  We have not made a practice of looking at combo
16  forms.  Occasionally we'll get a combo form when someone
17  makes an election law complaint regarding something
18  that's on that form, so --
19      Q.  So the answer to my question is that you
20  haven't, in the Secretary of State's Office anyway, taken
21  a look at any of these combo forms from these elections
22  in 2013 or 2014 since Senate Bill 14 was passed into law.
23      A.  No, we have not made a practice of procuring
24  combo forms from the counties.
25      Q.  What about analyzing provisional ballots; have

204

1  you taken a look at any of those?
2      A.  I don't know if we've seen any, but we
3  certainly haven't made a practice of pulling provisional
4  ballots from counties and looking at them.
5      Q.  What, if anything, have -- has, so that I don't
6  ask you personally, the Secretary of State's Office done
7  to analyze and ensure that the counties and the election
8  workers are implementing Senate Bill 14 uniformly across
9  the state with regard specifically to the substantially
10  similar name issue?
11      A.  I don't know -- it seems like you have a
12  misconception of the Secretary of State's role.  As I --
13  as I said to Ms. Westfall before, we are not an
14  enforcement agency.
15          MR. BARON:  I'm going to object as
16  nonresponsive.
17      A.  Can I answer your question, sir?
18      Q.  If you get around to answering it, that'll be
19  fine.
20      A.  I'm answering your question.
21      Q.  Okay.
22      A.  It comes in a context.  All of this comes in a
23  context, and the context is that our office has a 1-800
24  number available to county election officials and it has
25  a 1-800 number available to voters, and every single

205

1    voter registration certificate has on it that 1-800
2    number for the voters to use, and so we have a feedback
3    loop that is phenomenal from voters and from election
4    officials, and if there is an issue with regard to some
5    portion of the administration of an election we hear
6    about it. We hear about it quickly. And so I don't know
7    the best way to tell you this, but if there was an issue
8    with regard to the implementation of the substantially
9    similar name rules we would have heard about it, and we
10   haven't heard about it at all, not from a voter and not
11   from an election official. There hasn't been any issue
12   raised with our office with regard to substantially
13   similar names, and so it is our belief, our strong
14   belief, that there hasn't been any problem with regard to
15   the implementation of the substantially similar name
16   rules.
17          Now, if we were wrong in that regard and
18   if we were hearing about voters who were being
19   disenfranchised because they were wrongly believed to
20   have their names not be substantially similar, then we
21   would take action in that regard same as we do whenever
22   we hear that a voter doesn't have a provisional ballot
23   offered to them. If we hear that a voter has not been
24   offered the opportunity to vote provisionally, the voter
25   calls and they're upset, we will immediately call that

206

1    county on election day, during the early voting period,
2    whenever it happens, and we will tell that county, this
3    is the complaint we received from the voter, this is the
4    place where they tried to vote, you need to make sure
5    that those poll workers understand that they need to
6    offer a voter a provisional ballot, they can't make that
7    decision for the voter. And so that is the way this
8    process works from our perspective.
9         Q.  Have you completed your answer?
10        A.  I think so.
11             MR. BARON:  Okay. I'm going to object as
12   nonresponsive.
13        Q.  I just want to verify that the Secretary of
14   State's Office has not analyzed any of the combo forms
15   for the substantially similar sign-in sheets/affidavits
16   or the provisional ballots that have been cast in any of
17   the elections held in Texas since the implementation of
18   SB 14. Correct?
19        A.  And as I said previously, we have not made a
20   practice of pulling combo forms or provisional ballots
21   from the counties with regard to those elections.
22        Q.  And you're relying, I guess, on the lack of
23   phone complaints you receive from I think what you said
24   earlier in your deposition was literally thousands of
25   calls per month?

207

1         A.  That is right.
2         Q.  I believe you get those calls. Having been a
3    frequent caller to the Secretary of State's Office
4    myself, I have absolutely no reason to doubt that you
5    guys get thousands of calls, but I want to ask you a
6    slightly different question. Are those logged?
7         A.  No, not generally as a matter of course.
8    However, on election day whenever we -- we put together
9    a phone bank and -- the lawyers and some of the other
10   voter registration people in my office, we put computers
11   and phones in a conference room and we collectively take
12   phone calls in that room all day, and those calls are
13   logged into an access database. So the election day
14   phone calls are logged.
15        Q.  And are those maintained?
16        A.  Yes.
17        Q.  So those would be available for us? There
18   would be a log of those types of calls from election day?
19        A.  There should be.
20        Q.  Any other time period?
21        A.  You know, sometimes if we get a phone call from
22   a place, the lawyers, if they don't know the answer right
23   off, will send an e-mail to the other lawyers asking
24   about, you know, I got this phone call, this is the
25   question, what do we -- what do we say back to the

208

1    county, and so we could have an indirect reference to
2    phone calls that way.
3         Q.  Of the thousands of calls you get a month, who
4    categorizes the subject matter of the calls? I mean,
5    you --
6         A.  The caller does.
7         Q.  Sure. But at the Secretary of State's Office.
8    I mean, you said they're not about substantially similar
9    name problems, for example.
10        A.  Uh-huh.
11        Q.  Who takes those calls and who categorizes them?
12   How do you know what they're about?
13        A.  Sure. That's a fair question. My office is
14   right outside the receptionist area where we have three
15   receptionists whose full-time job is to answer phone
16   calls, so I hear them talking. In addition, the phone
17   calls that we receive if the frontline receptionist can't
18   answer the question for the voter will go through to
19   either voter registration or electronic funds management
20   or the legal division for resolution, and I meet weekly
21   with my managers for those sections and we talk about
22   what's going on, and one of the things that we talk
23   about -- my -- my administration manager, Louri O'Leary,
24   one of the things that she'll talk about is call volume
25   and the nature of the calls, but we don't keep a record

209

1   of what calls come in with regard to what. But
2   whenever -- whenever the voter registration certificates
3   are mass-mailed out, you know, you can hear that a lot of
4   the calls are about the voter registration certificate
5   and, you know, the information that's on it, so that's
6   the questions that the receptionists are answering
7   primarily, and there has never been a time where the
8   topic of the phone calls has been problems with similar
9   name implementation at the polling place.
10          There have been calls and there have been
11  periods where the phone calls have been about,
12  prospectively, I'm going to go vote, I'm afraid I won't
13  be able to because my name doesn't match. We had a whole
14  bunch of those calls, and so that was before the November
15  of 2013 election, but there hasn't been any calls
16  retrospectively or during the active voting about an
17  issue regarding substantially similar name, and there
18  would have been if there was a problem. That I can
19  promise you.
20      Q.  The combo forms would tell us whether the
21  election workers are implementing substantially similar
22  name policy correctly, right?
23      A.  I don't know if they would or not. I don't
24  think so. I don't know why you think that.
25      Q.  Well, I guess when I went to vote with my ID,

210

1   which is Neil G. Baron, and my voter registration was
2   Neil Geoffrey Baron, I had to initial the affidavit.
3       A.  Sure.
4       Q.  So it would seem to me that that would identify
5   the fact that I had a substantially similar name issue
6   that was correctly addressed, because middle initial
7   versus full middle name is one of the specific examples
8   in 81.71, right?
9       A.  That's right. But that's of no informational
10  value to my office in determining whether there's a
11  problem to correct. That is -- that is -- that is all
12  the way it's supposed to be. What would indicate there's
13  a problem to my office that would need to be corrected
14  either with the local officials with regard to their poll
15  worker training or something else would be if people are
16  made to vote provisionally when their name is Neil
17  J. Baron instead of Neil Jefferson Baron. That's when I
18  would know we had a problem, and that would be of value
19  to determine whether or not additional training would be
20  necessary.
21      Q.  And so the better documents to analyze, from
22  what you're telling me, would be the provisional ballots.
23      A.  Sure. If there were provisional ballots where someone
24  had a substantially similar name or what we would
25  consider to be a substantially similar name and they were

211

1   made to vote provisionally, that would be of some value
2   in this -- in this regard, yes, sir.
3       Q.  And do you know how many provisional ballots
4   were cast as a result of the March 2014 primary
5   elections?
6       A.  I do not.
7       Q.  Do you reside in Travis or Williamson?
8       A.  Williamson.
9       Q.  Do you have any idea how many were cast in
10  Williamson?
11      A.  For the March primary I haven't asked Jason
12  that question. I think it was something like 25 for
13  November. I can text him right now if you want me to.
14      Q.  Well, I think you're familiar with
15  Bill Sargent, right?
16      A.  I am.
17      Q.  My elections administrator?
18      A.  I am familiar with Sarge.
19      Q.  We're going to come back to Sarge in a few
20  minutes. I think we had 160 in Galveston --
21      A.  Okay.
22      Q.  -- in the primaries, I think 25 in the
23  Democratic Primary and 120 or 130 in the Republican
24  Primary.
25      A.  Total provisional ballots?

212

1       Q.  Yes.
2       A.  Okay.
3       Q.  About 160.
4       A.  Yeah, I think I heard 154 for Galveston, but --
5       Q.  I'm probably -- I'm rounding up. If you were
6   to just extrapolate that statewide you would think there
7   would have been multiple thousands of provisional ballots
8   cast statewide at least.
9       A.  For the primary I believe there were several
10  thousand. I think there was maybe 3,000 or 4,000 right
11  here in Travis County. They were not ID related.
12      Q.  And I guess my question there is, if you
13  haven't analyzed them how do you know?
14      A.  Because I can read the news and I can talk to
15  Travis County election officials and I can talk to Sarge.
16      Q.  And so that would be a better source of
17  information than the provisional ballots themselves?
18      A.  No.
19      Q.  So you -- prior to the implementation of
20  Senate Bill 14 you did receive concerns expressed in
21  e-mails and letters -- or the Secretary of State's
22  Office?
23      A.  Sure.
24          (Exhibit No. 24 marked)
25      Q.  I mean, for example, I'm just going to hand you

KEITH INGRAM                                                          4/23/2014

213

1  what's been marked as Exhibit 24, which is an
2  October 2011 letter to Ann McGeehan.  It's fair to say
3  that this is an example of several types of
4  correspondence that's been received by the Secretary of
5  State's Office from 2011 continuing pretty much into the
6  end of last year, right?
7      **A.  I agree with that.  As a matter of fact, I got**
8  **some correspondence yesterday similar to this, but it**
9  **wasn't exactly like this.  It was about similar names**
10 **being inappropriately applied.  But yes.**
11     Q.  Okay.  And since we're taking Sarge's name in
12 vain, I'll let you take a look at -- keep that.  I'm
13 going to ask you a couple of general questions about
14 these three or four documents I'm going to give you.
15         (Exhibit No. 25 marked)
16     Q.  This is the Sarge e-mail and this is an
17 e-mail -- it's several e-mails, but the one at the bottom
18 of the page -- or in the middle of the page from
19 Melanie Huff to Betsy Schonhoff with the last paragraph
20 about Sarge making the classic mistake of ensuring
21 identity.
22         (Exhibit No. 26 marked)
23     Q.  Exhibit 26 is another e-mail from Elizabeth
24 Winn to Melanie Huff referencing concerns about giving
25 the election worker what's essentially unfettered

214

1  discretion.
2         So we've got 254 counties in the state,
3  some with hardly anybody living in them and some with
4  multiple millions of people, right?
5      **A.  That's right.**
6      Q.  We've got some counties where the tax assessor
7  is also the voter registrar, some counties where the
8  county clerk is the voter registrar, some counties where
9  they've actually, like Galveston, created an elections
10 administration position, right?
11     **A.  Galveston has not created an election**
12 **administration position.**
13     Q.  Well, Sarge is the -- he works for the county
14 clerk, but he is the elections administrator.
15     **A.  He is the deputy at the clerk's office that**
16 **deals with elections; however, the tax**
17 **assessor-collector, Cheryl Johnson, is in charge of voter**
18 **registration.**
19     Q.  She is in charge of voter registration, that's
20 correct, but Sarge runs the elections.  But I won't get
21 into an argument with you about Galveston County.
22 Throughout the state there are counties that have
23 election administrators.
24     **A.  Right.  And the point of an election**
25 **administrator is to take the election function and the**

215

1      **voter registration function out of the two separate**
2      **county offices and combine them in one office under a**
3      **person who's actually named an election administrator**
4      **under Chapter 31 of the code.**
5          Q.  Fair enough.  Regardless, there are at least
6      254 different people running elections in the 254
7      counties in the state of Texas.
8          **A.  Well, sort of.  It depends upon what election**
9      **we're talking about.  You know, if you've got the primary**
10     **election that we just had, some of those the county runs**
11     **for the parties, some of those the parties run for**
12     **themselves, and so you can have a lot more than 254**
13     **during a primary.  You also have elections where, like**
14     **the November constitutional amendment election, the**
15     **county can be running a constitutional amendment election**
16     **at the same time entities are running a separate local**
17     **entity election.  So yeah, I would say at least 254.**
18         Q.  At least and probably more.
19         **A.  Right.**
20         Q.  And quite a few concerns have been regularly
21     raised about this issue with substantially similar.
22         **A.  I don't -- I don't know what time period you're**
23     **talking about.**
24         Q.  Well, the e-mails that I've handed you so far
25     run from -- there's one in August of 2011, one in January

216

1  of 2013, one in October of 2011.
2         (Exhibit No. 27 marked)
3      Q.  I actually neglected to hand you the Caroline
4  Geppert e-mail, Exhibit 27, dated October 21, 2013.
5      A.  Okay.
6      Q.  I think you testified that in advance of these
7  elections there were regular calls from voters concerned
8  about problems they might have with this substantial
9  similarity issue, correct?
10     A.  That -- that is exactly correct, and that is my
11 point with regard to nailing down the time frame.  Most
12 of these exhibits that you've shown me have to do with
13 before Shelby County even came down, so there hadn't been
14 any communication with the counties other than 81.71
15 about what substantially similar name meant or how to
16 exercise their discretion at the polling place.  We
17 hadn't had a county election officials seminar where we
18 did in July of 2013, we hadn't had any PowerPoint
19 presentations, and we hadn't done any poll worker
20 training modifications, and so all of that was very
21 preliminary, very prophylactic.  I will say that on my
22 first day, whenever I first joined the Secretary of
23 State's Office, January 5, 2012, I had a meeting with
24 Elizabeth Winn, and Elizabeth Winn was the legal director
25 at the time and she told me, she said, Keith, the problem

217

1  with voter ID is not going to be people not having IDs,
2  the problem with voter ID is going to be substantially
3  similar names.  So substantially similar names was very
4  much on people's minds going into the process.
5  However -- and it became -- it became a factor in the
6  public's mind with some news reports primarily from
7  Judge Watson in Corpus Christi who had raised it with her
8  local news media, so then that's when we started getting
9  e-mails like this one to Caroline worrying about whether
10  or not they were going to have a problem voting.  And I
11  want to emphasize that people are not bashful about
12  contacting our office about issues that they perceive
13  with regard to the election process, and since elections
14  have actually happened there has been no complaints with
15  regard to the implementation of substantially similar
16  name.  It has been a non-factor.  So with regard to how
17  it was going to be, people were very concerned and we had
18  a lot of communication about that.  How it's actually
19  been, not a problem as far as we're concerned or as far
20  as we can tell.
21         Q.  And you're relying totally on the anecdotal
22  information from your fielding of phone calls and not on
23  any data analysis.
24         A.  We haven't done any data analysis from the
25  counties.  However, I have talked to a lot of county

218

1  election officials about their provisional ballots and
2  asking them how it went, what were the issues, what came
3  up.  Substantially similar name has not been an issue.
4  Some of the issues that we've heard from voters with
5  regard to substantially similar name as a result of these
6  two elections are the voters believe -- their -- their
7  belief that the poll workers were making them change
8  their name.  They were still allowed to vote, they just
9  were offered the opportunity to change their name with a
10  name change form and they believed that the poll worker
11  was making them change the name, and they didn't want to
12  change their name on the voter registration, they wanted
13  to change their name on their driver license.  So we've
14  heard some of those kind of complaints, but nobody that
15  was told they couldn't vote or had to vote a provisional
16  ballot because their name didn't match.
17         Q.  Again, all based on anecdotal --
18         A.  Based on a tool that we use --
19         Q.  What tool is that?
20         A.  -- in our office, and this is the feedback that
21  we get.  If there is an issue that we hear three or four
22  or five or ten phone calls on, then we have a pretty good
23  indication that it's more widespread than that and we'll
24  issue an advisory.  That is a very important tool in our
25  arsenal with regard to the implementation of the

219

1  Election Code.  Since we don't have any budget for
2  investigation, we don't have any budget for enforcement,
3  what we can do is listen carefully to our constituents,
4  see if there's a problem that needs to be addressed and
5  to address it.
6         As an example, during early voting for the
7  primary, right in the middle of early voting we got
8  a phone call from a voter who said, I used my new VA card
9  to vote and they wouldn't take it, so that's how we
10  learned that the Veterans Affairs Administration had
11  issued a different form of the card.  We immediately that
12  day sent out an advisory to all the counties, VA's got a
13  new card, this is what it looks like, please put it in
14  your list of acceptable forms of ID.
15         Q.  Fair enough.  We've gone over this several
16  times.  The only documentation on the calls would be the
17  election day logs?
18         A.  No, that's not what I said.
19         Q.  Okay.  Tell me what you said.
20         A.  I said that sometimes we'll generate e-mails
21  about them, especially if there's a pattern of phone
22  calls, I'm getting a lot of phone calls about this,
23  should we issue an advisory.  There'll be e-mails about
24  that.
25         Q.  Okay.  And as far as you know those logs are

220

1  maintained by your office somewhere?
2         A.  The access database for election day?  You bet.
3         Q.  How would we get those?
4         A.  I don't know.  I guess you can make a request.
5         Q.  What type of information is reflected in those
6  logs?
7         A.  It depends on how much information the caller
8  gave us.  Usually we'll have the caller's name or a
9  portion thereof, we'll have the county, we try to get the
10  precinct where they voted, and then the nature of the
11  problem, the complaint, the issue that they raised.
12         Q.  Is that maintained in some kind of Excel
13  spreadsheet or something?
14         A.  Access database.
15         Q.  All right.  Let's talk briefly about the
16  affidavit.  Senate Bill 14 requires a voter who is
17  determined to be substantially similar to still sign an
18  affidavit to confirm that he or she is that person,
19  correct?
20         A.  You're talking about 63.001(c)?
21         Q.  Yeah, the bill itself.
22         A.  Yeah, and it's codified at 63.001(c).
23         Q.  Right.  Yeah, sure.  Let me pull my copy of it
24  out too, get specifically to the language.  I just want
25  to talk about the process that was utilized to create the

---

221

1   combination form.
2        A.  Sure.  Yeah, C says that if in making a
3   determination under this subsection an election officer
4   determines under standards adopted by the Secretary of
5   State that the voter's name --
6            THE REPORTER:  Would you slow down.
7        A.  I'm sorry.  I think the reading is boring, so I
8   try to go through it quickly.
9            If in making a determination under this
10  subsection the election officer determines under
11  standards adopted by the Secretary of State that the
12  voter's name on the documentation is substantially
13  similar to, but does not match exactly with, the name on
14  the list, the voter shall be selected for voting under
15  subsection (d) if the voter submits an affidavit stating
16  that the voter is the person on the list of registered
17  voters.
18       Q.  And I think starting in 2011, and probably
19  continuing for a while, various people, including
20  counties, raised concerns about the procedure that was
21  going to be necessary to implement that.
22       A.  Well, I don't know --
23       Q.  The actual signing of an affidavit.
24       A.  Sure.  And I don't know exactly what concerns
25  might have been raised in that regard from counties

---

222

1   because I arrived in the office on January 5, 2012, and
2   the folks who were here before that aren't here anymore.
3   But I will say that when I arrived the proposed form of
4   the affidavit was a separate piece of paper that was --
5   looked like an affidavit.
6        Q.  Going to be actually notarized.
7        A.  Well, the election judge has the discretion of
8   a district court judge on election day, and so the
9   election judge would be the one that would be actually
10  attesting to all these signatures.  But it would be a
11  very troublesome process to have a separate piece of
12  paper in the election kit that would now have to be used
13  for who knows how many voters, and because of the power
14  of the election judge to witness signatures I asked
15  Elizabeth Winn at the time, why can't we just put this on
16  the combo form; they used to -- before SB 14 they used to
17  have to sign an affidavit that you've lost your
18  certificate if you show up to vote with another form of
19  ID besides your certificate, and that was on the combo
20  form, why can't we do this that way.  And I talked to
21  Steve Rayburn in Tarrant County.  He thought that would
22  be a much better way to handle it, so that is what we
23  started working toward with changing the combo form to
24  add that as a place for the voter to initial.  And
25  Harris County wanted to use their own version of the

---

223

1   combo form that would allow the voter to check a box, and
2   I didn't feel like that was a sufficient attestation of
3   an affidavit.  I thought that at least initials needed to
4   be given and not a checkmark, so I would not approve
5   Harris County's proposed combo form for a checkmark.
6        Q.  And that was implemented pursuant to the
7   Secretary of State's authority to adopt rules to
8   essentially implement that statute, correct?
9        A.  That's right.
10       Q.  And that's an authority that you have?
11       A.  You bet.
12       Q.  That's part of your mission?
13       A.  That's right.
14       Q.  And so if there were other problems with
15  implementation of this law, you would have the same
16  ability to adopt rules or regulations in order to solve
17  those problems, whatever they might be, correct?
18       A.  Well, it would depend.  I mean, you know, if
19  there's a substantive issue that somebody has, the
20  legislature would have to address that.  So I don't know
21  what you're talking about.  I can't really speak
22  hypothetically.
23       Q.  Well, that's fair.  You had previously
24  testified that your role is to implement the law.
25       A.  That's right.

---

224

1        Q.  And this is an example of passing a rule to
2   implement a portion of the law.
3        A.  This is an example of prescribing a form to
4   implement a law.
5        Q.  I guess adjusting the technical definition of
6   an affidavit.
7        A.  No, I don't believe we've adjusted the
8   definition of an affidavit at all.  We have prescribed
9   the form of affidavit to take -- that it has to take,
10  yes.
11       Q.  Right.  Initials.
12       A.  That's right.
13       Q.  Versus a check.
14       A.  Versus a check.
15       Q.  Check is no good.  Initials, in your opinion,
16  were okay.
17       A.  Sufficient indication of intent.
18       Q.  Didn't think you needed the whole separate form
19  signed by the voter in front of the elections official?
20       A.  No.
21       Q.  And that was done, again, pursuant to your
22  authority to -- as the chief election officer of the
23  state.
24       A.  That's right.
25       Q.  Okay.  Let me talk to you briefly about the

225

1    OLRV, the official list of registered voters.  You
2    testified a little while ago that that's a county
3    document?
4         A.  That's right.
5         Q.  Generated from the TEAM database?
6         A.  Not for all counties.
7         Q.  How many counties don't access TEAM, don't use
8    TEAM to get their OLRV?
9         A.  I don't know.  Some of the off-line counties --
10   there's 39 off-line counties currently, but some of them
11   actually do generate their OLRV out of TEAM, some
12   generate it out of their proprietary voter registration
13   database, and I don't know which are which.  I don't know
14   if we keep track of that.
15        Q.  Tell me -- it's my understanding that the
16   source of data that the OLRV would need from TEAM was
17   updated, and I think you testified earlier in response to
18   Ms. Westfall's questions about how you adjusted the
19   fields.  Remember that testimony?
20        A.  That we tightened up the name rules inside of
21   TEAM, yes.
22        Q.  So that you could be sure to have former names
23   included in a specific order?  Tell me -- tell me exactly
24   what you did.
25             MR. BARON:  Well, strike that.

226

1         Q.  Just tell me what you did.  We'll take out
2    exactly, okay?
3         A.  Yeah, because technically I have no earthly
4    idea.  The mission that was given to the IT department
5    with regard to TEAM was to make it so that someone's
6    official list of registered voters name would appear over
7    the mailing address on their voter registration
8    certificate, would appear on Am I Registered if they
9    looked themselves up, and would appear on the OLRV in
10   exactly the same way.  So I don't know how the technical
11   people made that happen.  I understand that the name
12   rules inside of TEAM with regard to fields for particular
13   names were not well defined prior to us making it well
14   defined in connection with this process that my voter
15   registration manager and I thought was necessary, and
16   part of our reason for thinking it was necessary is
17   because of input from the counties because they were
18   concerned that voters who wanted to look themselves up
19   would get two or three different answers.
20        Q.  When was that update completed?
21        A.  I don't know.
22        Q.  I saw an e-mail that looked like it was being
23   undertaken in August of last year.  Does that sound about
24   right?
25        A.  It does.  And the reason that we needed to get

227

1    it done was so that voters looking themselves up before
2    the November election would be able to have good
3    information.  We had our county election officials
4    seminar toward the end of July, I believe, and it was
5    after that seminar that we undertook this process.
6         Q.  Since it's been completed has it been tested
7    for accuracy other than through the process of the
8    election?
9         A.  I -- I don't know -- I mean, we test things
10   before we implement them, so --
11        Q.  What did you do?
12        A.  The voter registration team in my office, the
13   voter registration section, Betsy's group, they do all of
14   the assurance testing before -- before a software update
15   is put into production, so that testing would have
16   occurred before it went into production.  Since it's gone
17   into production we have real world evidence as well.  But
18   yeah, it seems to have done exactly what it was intended
19   to do.
20        Q.  And tell me in your opinion what that was.
21             MR. KEISTER:  Objection.  Are you asking
22   for his personal opinion or the Secretary of State's?
23        Q.  In the context of the Secretary of State's
24   Office what was the intent or the purpose of it?
25        A.  Right.  And the intent is what I just said,

228

1    that our office was of the opinion that a voter needed to
2    have the form of the name that was going to show up on
3    the official list of registered voters match at least one
4    of the names on the voter registration certificate as
5    well as the Am I Registered.  The Am I Registered one is
6    the one that required the tweaking, and it had the
7    corollary benefit of tweaking the voter registration name
8    as well.
9         Q.  All right.  Let me take you -- this is
10   Exhibit 2, and I'm going to take you to page 42, go
11   through a few things with you on this.
12        A.  Sure.
13        Q.  Well, actually, if you look on page 40, I think
14   that's where the question is.  Sorry.  So on page 44, the
15   last paragraph talks about totality of circumstances.
16        A.  Right.
17        Q.  You assisted in answering this question?
18        A.  I did.
19        Q.  Okay.  And so what this answer tells me is that
20   totality of circumstances can only be used to assist the
21   voter in determining that the name is substantially
22   similar; is that correct?
23        A.  That is correct.
24        Q.  Cannot be used to disqualify the voter --
25   quote/unquote, disqualify as being not substantially

229

1   similar.
2       A.  That's right.
3       Q.  So just as an example, if my name's not -- you
4   know, Neil G. versus Neil Geoffrey -- I'll use the same
5   example I've been using -- and my date of birth doesn't
6   match, the election worker is supposed to ignore that?
7       A.  I don't know what you mean.  If your name
8   matches exactly --
9       Q.  No, we're not talking about -- right.  I
10  understand.  But forget about matching exactly.  We're
11  talking about in the case of a non-exact match, so now
12  we're making a substantially similar determination,
13  right?
14      A.  Right.
15      Q.  If my name doesn't match exactly, then that
16  bounces us to is it substantially similar, correct?
17      A.  That's right.
18      Q.  And then the election officer, the election
19  worker, whichever one of these individuals it might be
20  has the ability to look at address, date of birth, some
21  of the other information to assist that official in
22  determining whether the name is substantially similar,
23  correct?
24      A.  Right.  And that's -- that's not exactly the
25  way I would picture the decision tree.  If someone

230

1   doesn't have an exact match and the only difference is
2   there's a middle initial versus a middle name, then they
3   don't need totality of the circumstances.  That -- that's
4   substantially similar.  So totality of the circumstances
5   only comes in when you've got something like Claudia
6   Taylor Johnson versus Lady Bird Johnson.  Then you've
7   got -- then you've got to sort of go outside the name
8   itself to determine whether or not this is the same
9   person.
10      What we've told the counties repeatedly is
11  that the point from our office's perspective of SB 14 is
12  to prevent in-person voter impersonation fraud.  It's a
13  measure to make sure that the person standing in front of
14  you is the person who's on the official list of
15  registered voters.  And so from our perspective, if you
16  can make that determination with the information that
17  you've got in front of you, then give the benefit of the
18  doubt to the voter and let them vote.  It's only if there
19  is no possible way to verify the identity of the voter
20  from the identification provided that they vote
21  provisionally.
22      Q.  But this is what confuses me, because I'm
23  reading the sworn answers and it says if the election
24  worker is trying to determine if a voter's name fits into
25  one or more categories of substantially similar names,

231

1   the election worker should -- doesn't say may, says
2   should use the totality of circumstances method to verify
3   the voter's identity, and then it goes on to talk about
4   the election worker should compare all available
5   information on the list of registered voters and the
6   voter's identification, such as date of birth, address,
7   and other information to assist in making a
8   determination.  That's what it -- that's what these
9   answers say, right?
10      A.  That's right.
11      Q.  So what you're saying here today is that if it
12  obviously fits in one of these categories, like a middle
13  initial or a former name, they shouldn't go with totality
14  of circumstances, they should automatically conclude
15  substantially similar exists.
16      A.  That's right.  That's the way we've taught it
17  to the counties, that's the way it's in the poll worker
18  training, that's the way I've given it in I don't know
19  how many speeches since this implementation has occurred.
20  So if I need to amend this answer so that it makes you
21  feel better, I'm glad to do that.  This is not what we've
22  told the counties.
23      Q.  Okay.  So the answers in these interrogatories
24  are different than what you believe is being disseminated
25  by your office to the counties?

232

1           MR. KEISTER:  Objection, that's
2   mischaracterizing his answer in the interrogatory.
3           MR. BARON:  Well, let me clarify it.  I'm
4   not trying to -- this part, this section that we're
5   talking about right here, this paragraph --
6           MR. KEISTER:  I know, but the following
7   paragraph spells out what Mr. Ingram is trying to
8   explain, and I think it's only fair to allow him to read
9   that whole paragraph.
10      A.  And my point is that I don't believe it's at
11  variance with what we've told the counties, and
12  my point is that if you've misunderstood our answer so
13  that it's not clear, then I am perfectly willing to amend
14  this answer to make it more clear so that you understand
15  exactly what we intended.
16      Q.  Well, it's not my understanding that I'm
17  worried about, it's those some 254 election
18  administrators throughout Texas and the thousands upon
19  thousands of election workers who are trying to implement
20  this statute in a way that it sounds like you are trying
21  to do to ensure that people --
22      A.  Can vote.
23      Q.  -- get to vote.
24      A.  And those election officials haven't read these
25  interrogatory answers.  They've heard our training.

233

```
 1        Q.  So to get back to totality of circumstances,
 2   regardless of when it's used, it's not supposed to be
 3   used, as this answer says, to the detriment of the voter.
 4        A.  That's right.
 5        Q.  Which means that, again, if the election worker
 6   isn't sure whether the name fits into one or more of the
 7   categories of substantially similar names, the election
 8   worker is supposed to look at the other information
 9   that's available.
10        A.  Right, to assist the voter, not to their
11   detriment.
12        Q.  And only to benefit the voter.
13        A.  That's right.
14        Q.  Besides this interrogatory answer, where else
15   is that directive located?
16        A.  It's in all of our training materials, it's in
17   every speech we give, it's -- it is what we say.  It's
18   what we say in our advisories, it's what we say in the
19   FAQ that's an exhibit to this deposition.
20        Q.  Is it in 81.71 somewhere?
21        A.  I don't know.
22        Q.  Part of the reason I ask that is because I --
23   you're familiar with concerns that a number of voters,
24   particularly in Harris and Dallas County, I think for
25   sure, have default dates of birth because they registered
```

234

```
 1   before HAVA.
 2        A.  Sure.
 3        Q.  So there's a fairly large number of people who
 4   are still in the voter database, in the TEAM database,
 5   whose dates of birth are probably not accurate, correct?
 6        A.  Absolutely.  I don't know if it's a lot.  I
 7   know that last I heard there was about 24,000 in Dallas.
 8   And so I don't know, you know, out of a million
 9   registered voters if that's a lot, but there are some,
10   you bet.
11        Q.  Sure.  But we all --
12        A.  We've heard about a situation down in Jim Wells
13   County from the 2012 election where somebody thought
14   there was voter fraud because several voters had, you
15   know, January 1, 1911, as their date of birth, and nobody
16   believed that many --
17        Q.  People would all be born on the same day?
18        A.  Right, and that old voting, and it was just
19   because that's the placeholder that was put in for people
20   who don't have a date of birth in the voter registration
21   database.
22        Q.  And so it's important -- that's another one of
23   those words your lawyer won't like.  But it's important
24   that the totality of circumstances application be
25   understood very clearly, right?
```

235

```
 1        A.  Yes.  And it's -- it's not just the totality of
 2   the circumstances.  You know, we have voters who call us
 3   on election day who say that they weren't allowed to vote
 4   because their address didn't match on the driver license
 5   and the official list of registered voters and their name
 6   is an exact match.  So this is not a situation where it's
 7   just the totality of the circumstances.  Some poll
 8   workers just don't understand that the addresses don't
 9   have to match, and so it's very important that they get
10   that information, and we try every way we can to make
11   sure that poll workers understand that, that the address
12   doesn't have to match.
13        Q.  All right.  Again on totality of circumstances,
14   it also applies to the photographic identification.  I'm
15   just looking at your answers.  After the election workers
16   found the voter on the list of registered voters they
17   still have to compare the voter to the photo, right?
18        A.  It's what 63.001(d) calls verifying the
19   identity of the voter.
20        Q.  Right.  And there they may use the totality of
21   circumstances to assist in verifying the voter's
22   identity?
23        A.  Right.  If the pictures don't look a lot the
24   same, then they can use other information available to
25   them to help the voter.
```

236

```
 1        Q.  And is that the same rule, only to the benefit
 2   of the voter, or in that circumstance can totality of
 3   circumstances be used to the detriment of the voter's
 4   right to vote?
 5        A.  No, it's the same thing.  It's to help the
 6   voter, not to -- not to count against him.
 7        Q.  And is that information also contained in all
 8   of your training materials?
 9        A.  Sure.
10        Q.  A couple of other questions that aren't really
11   on substantially similar.  The 25 mobile EIC units that
12   you talked about this morning.
13        A.  Sure.
14        Q.  Do you know whether any outside groups, True
15   The Vote, King Street Patriots, any of those independent
16   organizations were allowed at the EICs?
17        A.  I don't know what that means.
18        Q.  Were they allowed to be present in the EICs
19   when they were operable?
20        A.  Allowed?
21        Q.  Yes.
22        A.  It was not a closed area.  Anybody was allowed.
23        Q.  Okay.  I think you testified about this as well
24   this morning.  But did the Secretary of State have any
25   specific goal in terms of number of days of advance
```

237

1  notice for when the EICs would be in place?
2      **A.  As much as we could manage.**
3      Q.  So there was no specific goal, you just did as
4  much as you could?
5      **A.  We tried to put it in as much advance as we**
6  **could so that the county would have the opportunity to**
7  **get information out to the news media and so that our**
8  **media office could put out a press release.  We tried to**
9  **endeavor to have as much advance notice as possible.**
10  **Sometimes it wasn't possible to have much.**
11         MR. BARON:  I'm going to pass the witness
12  for now.
13             EXAMINATION
14  BY MR. BRAZIL:
15      Q.  You want to take a quick break or are you okay?
16      **A.  No, I'm fine.**
17      Q.  All right.  I'm going to jump around to save
18  time.  You've been here a long time, we've all been here
19  a long time.  So if I lose you along the way, just say
20  stop, back up, slow down, okay?
21      **A.  Okay.**
22      Q.  What is your understanding in your position as
23  to the definition of provisional ballot?  How do you
24  understand that in your position as director of
25  elections?

238

1      **A.  A provisional ballot is something that a voter**
2  **casts because there's some issue that prevents them from**
3  **casting a regular ballot.**
4      Q.  And in order to cure that vote on the
5  provisional ballot they have to do what?
6      **A.  Well, not all provisional ballots can be cured,**
7  **so I don't know -- if you're talking about specifically**
8  **ID provisional ballots, it depends upon the reason why**
9  **the ID provisional ballot was -- why the voter had to**
10  **vote that way.  So if it's because they didn't have an ID**
11  **at all, then they need to bring an acceptable form of**
12  **photo ID.  If it's because they were expired, then they**
13  **need to renew their form of photo ID.  So I don't know --**
14  **I don't know how to answer that question.**
15      Q.  Which of the categories can be cured in the
16  six-day period?  Let me ask it that way.
17      **A.  Well, it's not a six-day period.**
18      Q.  Okay.
19      **A.  It's until six days after the election, so if**
20  **somebody votes the first day of early voting they've got**
21  **substantially more than six days to cure it.  They've got**
22  **until --**
23      Q.  Let's just assume in a normal election on
24  election day.
25      **A.  Okay.**

239

1      Q.  That's six days after that?
2      **A.  That's right.**
3      Q.  Okay.  And in what instances can they cure that
4  provisional ballot in those six days?
5      **A.  If the reason for the provisional ballot was**
6  **some form of failure to present an acceptable form of**
7  **identification, that's a curable thing.**
8      Q.  And they would have to bring the same type of
9  photo ID within that six-day period that they would on
10  election day, is that correct, to cure that.
11      **A.  I'm not sure I understand that question.**
12      Q.  Well, let me ask it this way.  Is there
13  anything different they need to bring within that six-day
14  period?
15      **A.  I still don't know if I understand the**
16  **question.  Let me try.  If --**
17      Q.  Tell me how they cure.  Let me make it simple.
18      **A.  Right.  It depends upon what the problem was,**
19  **but if the problem was that their picture was completely**
20  **different because they've had some sort of transgender**
21  **operation, they can bring a doctor note and say, this is**
22  **the reason my picture didn't match.  We've got the things**
23  **that they can do to cure in 81.71.  So if -- if it was a**
24  **name issue, they can present a marriage license to show**
25  **that their name has changed.  Hopefully that won't happen**

240

1  **because that should be a substantially similar name.  But**
2  **they can also -- if they've changed their name from,**
3  **let's say, Keith Ingram to Squirrel Period, then they can**
4  **show the court order changing their name to**
5  **Squirrel Period and they'll be allowed to vote.  They can**
6  **bring a letter from a doctor saying that they're**
7  **undergoing transgender operations.  They can also -- if**
8  **they don't have any of these and they don't have -- and**
9  **they haven't renewed their driver license or whatever,**
10  **they can sign an affidavit at the voter registrar's**
11  **office that says they're the same person on the official**
12  **list of registered voters.**
13      Q.  And who is the person that has the authority to
14  make that determination within that six-day period?
15      **A.  The voter --**
16      Q.  Is it only the voter registrar or is there
17  someone else?
18      **A.  Well, the voter registrar is the one that the**
19  **voter will interact with during the six-day period, the**
20  **voter registrar or one of their employees in the office,**
21  **so it could be a deputy voter registrar, and then the**
22  **early voting ballot board will make the final decision on**
23  **the ballot.**
24      Q.  Will they get a recommendation from the
25  registrar?

KEITH INGRAM                                                    4/23/2014

241

1      **A.  They will.**
2      Q.  And then they will make the ultimate decision
3  on whether or not to count that vote?
4      **A.  That's right.**
5      Q.  Now, is there any -- and you may have answered
6  this.  Is there any analysis or any procedure for the
7  Secretary of State's Office after an election to gather
8  in a central location information from all the 254
9  counties on the individual problems with provisional
10  ballots or the provisional ballots themselves?
11      **A.  No.**
12      Q.  So just so that I'm clear, there's no database
13  that the Secretary of State's Office has or generates
14  after an election to say, okay, we had this many
15  provisional ballots statewide because of A, B, C?
16      **A.  No.**
17      Q.  Has there ever been a suggestion that the
18  Secretary of State's Office do that type of tracking or
19  recording of provisional ballots?
20      **A.  I don't know.  You know, there's a -- there's**
21  **a bit of an issue with that sort of thing because of**
22  **secrecy of the ballot.  In some counties there aren't**
23  **very many provisional ballots and the counties -- you**
24  **know, we -- we give them the opportunity to list**
25  **provisional ballots accepted in their voter history**

242

1  **report that's required by the legislature, and some of**
2  **them don't do it that way, they'll do it as a regular**
3  **election day vote or an early vote because they don't**
4  **want -- there's only one or two ballots and they don't**
5  **want to compromise the secrecy of the ballot.  So I don't**
6  **know if anybody has ever suggested that the Secretary of**
7  **State gather this information regarding provisional**
8  **ballots after an election, but if they did I can imagine**
9  **a situation where some counties, especially smaller**
10  **counties, would express concerns with that and would want**
11  **to make sure that there were adequate protections in**
12  **place regarding the voters and the secrecy of their**
13  **ballot.  There is a thing that happens at the end of**
14  **every even-numbered year called the Election Assistance**
15  **Commission Survey, and the federal voting assistance**
16  **program also does a survey -- this year they're going to**
17  **be combined for the first time -- and a lot of the**
18  **questions with regard to provisional ballots are included**
19  **in that survey.  So there is general information**
20  **regarding provisional ballots that were done during early**
21  **voting, that were done on election day and that were**
22  **rejected and that were accepted.  There is a database**
23  **with regard to globally, but that's only in even-numbered**
24  **years and it's only at the end of the year with the EAC**
25  **survey.**

243

1      Q.  So the next time that information would exist
2  would be at the end of '14?
3      **A.  Right.  And the EAC will probably have it from**
4  **us -- I don't know -- by February or early March of 2015.**
5      Q.  And what under SB 14 is the reporting
6  requirements for the county with regard to provisional
7  ballots?  Is there any reporting requirement?
8      **A.  No, not that I'm aware of.**
9      Q.  So there's no aspect of SB 14 where the county
10  has to, after a general election or after any election,
11  report to the Secretary of State provisional ballots or
12  problems with provisional ballots?
13      **A.  That's right.**
14      Q.  Now, the affidavits that can be completed, for
15  example, a natural disaster affidavit, I think there's
16  one for a religious objection to having your photograph
17  taken, how are those handled?  Are those handled on
18  election day by the election officials or are they
19  handled as a provisional ballot after the election?
20      **A.  That's part of the cure process for a**
21  **provisional ballot based on ID.**
22      Q.  And same question with regard to those
23  affidavits.  Is there any compilation by the Secretary of
24  State's Office or any analyzation of that or any database
25  created as a result of those?

244

1      **A.  No.**
2      Q.  So you could not tell us in your position how
3  many people filed an affidavit, for example, with a
4  religious objection?
5      **A.  That's right.  Not unless I ask all the**
6  **counties.**
7      Q.  I'm sorry?
8      **A.  Not unless I ask all the counties.**
9      Q.  Now, just so that I'll understand a couple of
10  the databases -- for example, the DPS has a database that
11  you spoke of earlier, correct?
12      **A.  Yes.**
13      Q.  And is there a separate CHL database as well?
14      **A.  I don't know.**
15      Q.  Do you know whether or not the DPS database
16  includes the CHLs?  And you know what I mean by CHL,
17  right?
18      **A.  Sure, concealed handgun license.  But what I**
19  **don't know is if DPS has a database with those combined.**
20  **We don't have access to a database with those combined.**
21      Q.  Okay.  And the TEAM is a database of what?
22      **A.  Registered voters.**
23      Q.  That is maintained by the Secretary of State?
24      **A.  That's right.**
25      Q.  Are there any other databases that we haven't

245

1   spoke of?  We've got TEAM, we've got DPS, maybe CHL.  Is
2   there any other database maintained by any other state
3   agency that we haven't spoken about?
4        A.  I'm sure there are lots of databases from lots
5   of state agencies.  I don't know what --
6        Q.  For registered voters.
7        A.  Okay.  We have -- we have maintained within our
8   system a list of all of the deceased persons from the
9   Bureau of Vital Statistics, so it's not directly
10  registered voters, but it is the complete list, and so
11  when somebody registers to vote their application is
12  checked against deceased persons.  So we have that
13  database that people are checked against.
14       Q.  And what was the database that these on-line
15  counties can access that you spoke of earlier?  You said
16  almost all but 20 or 30 of the counties were on-line.
17  What did you mean by that?
18       A.  That means that they interface with TEAM in
19  realtime, so if they add a voter to TEAM it's added right
20  then.  If an off-line county were to add a voter as a
21  registered voter it will be batch processed overnight,
22  and so that voter will show up in TEAM the next day.
23       Q.  Is there any other database that's available to
24  the counties from any source, whether it be DPS or
25  Secretary of State or a third-party vendor, that counties

246

1   could utilize in updating their voter registration rolls
2   or anything of that sort?
3        A.  I don't know.  You know, I don't know what they
4   could use.  I've heard that some use public data for list
5   maintenance purposes, especially with regard to
6   investigating weak matches that we send the counties.
7   There's a possibility that counties could subscribe to
8   national change of address.  I don't know if any of them
9   do.  So I don't know if there's something out there that
10  they could use.
11       Q.  Is there any database maintained by the
12  Secretary of State's Office or DPS that charges the
13  individual counties for usage?  Is there a charge to the
14  counties to access TEAM or any of the databases the
15  Secretary of State's Office may have?
16       A.  TEAM itself, since 2007, since it's been in
17  place, has not charged the counties either off-line or
18  on-line.  We do have statutory authority under Chapter 18
19  of the Election Code to make contracts with the counties
20  for their participation in electronic voter registration
21  database.  We haven't used that authority since TEAM has
22  been in place because it's been well funded by the
23  federal government under HAVA, so there may come a time
24  in the future whenever we'll have to change that policy.
25       Q.  But as of today, no?

247

1        A.  Well, previously under -- under TVRS -- before
2   TEAM, the Texas Voter Registration System, TVRS, was the
3   electronic version that wasn't HAVA compliant, but it
4   existed before HAVA -- counties were charged a
5   participation fee.
6        Q.  You mentioned VOTEC earlier.  What is that
7   entity, VOTEC?
8        A.  I don't know what all they do.  One of the
9   things that I do know they do is they provide voter
10  registration services to some off-line counties in Texas.
11       Q.  What exactly services, if you know, do they
12  offer?
13       A.  I don't -- I don't know what's on their menu of
14  options, but they do voter registration and election
15  management for those -- for those counties, and I don't
16  know if there's a sliding scale of different options that
17  they could elect to have or not.  I just -- I don't know.
18       Q.  Do you know how -- do they interface at all
19  with the Secretary of State's Office?
20       A.  Sure, every night.
21       Q.  So they have access to TEAM as well?
22       A.  They do.  And every off-line county vendor or
23  every vendor that wants to provide voter registration
24  services to counties off of TEAM has to be certified by
25  the Secretary of State, and our certification process is

248

1   to ensure that we get accurate data from them whenever
2   they submit data to us, so we put them through some
3   tests.
4        Q.  So the county would provide that information to
5   a company like VOTEC and then they would provide that to
6   the Secretary of State's Office?
7        A.  Well, I don't know if they --
8        Q.  What information were you referring to?  Let me
9   ask that question.
10       A.  Well, anything that happens with regard to a
11  person who registers to vote.  So from the application
12  getting entered into the system as an application, that
13  will then come to TEAM.  TEAM overnight will do a live
14  check process to make sure that this voter has correctly
15  identified themselves, and then that information will be
16  passed back to the county the next night, so then if
17  anything ever happens with regard to that voter, if they
18  move or change their name or if their voter registration
19  certificate bounces from their address, they'll be put in
20  suspense.  So any activity with regard to that voter
21  happens at the local level on the voter registration
22  system of the off-line vendor.  That's the direct
23  interface that the VR office will have in that county,
24  and that information will then be transmitted to TEAM in
25  a batch process overnight.

249

1           Now, if we get a deceased voter or a felon
2   or some sort of notification with regard to one of the
3   off-line county voters, then that will be sent to the
4   county overnight as a task for them to work, so they'll
5   have to work their task list and make sure their task
6   list is kept current.  If a county -- an off-line county
7   doesn't interface with TEAM regularly, if they skip
8   several nights, then we -- we will chop off, cut off
9   access to their Chapter 19 voter registration money until
10  they submit a batch process.  So we have a mechanism for
11  making sure that the counties stay regular in their
12  interface with TEAM.
13         Q.  Would it be only the off-line counties that
14  would utilize an outside vendor or can they use both TEAM
15  and an outside vendor?
16         A.  I can't think of a situation -- I mean, there
17  are all kinds of vendors in the election world.  So they
18  could have a poll book vendor and be on TEAM.  They could
19  have some sort of -- I don't know -- list maintenance,
20  letter generating.  They could have all kinds of vendors
21  that would use TEAM's information, so I don't know
22  exactly how to answer that question.
23         Q.  Let me go to a different area now.  Has there
24  ever been an instance where the Secretary of State would
25  send to the individual voters -- you talked about this

250

1   700,000 or 800,000 people that may or may not have a
2   photo ID.  Ever an occasion where the Secretary of
3   State's Office itself would send out a letter to those
4   potential voters or is that left up to the individual
5   counties?
6          A.  Well, as I mentioned to Ms. Westfall, every
7   single registered voter in the state gets a card every
8   two years, and for the last two cycles of that process on
9   the card has been a list of identification requirements
10  necessary to vote.
11         Q.  I'm talking about just those that you have
12  found through your matching, the Secretary of State's
13  Office found through their matching that may not have the
14  correct ID.  Did they get a separate letter?
15         A.  They did not get a separate letter from the
16  Secretary of State's Office.  I don't know if they
17  received one from their county or not.
18         Q.  Was that list sent to the individual counties
19  so they could make that determination?
20         A.  The counties that asked for it, yes.
21         Q.  And would those -- would it be automatically
22  available to those that are on-line?
23         A.  No.
24         Q.  That would be a separate list or a separate
25  request would have to be made by the counties?

251

1          A.  Sure.
2          Q.  How would the individual counties know the
3   Secretary of State's Office had this list of 700,000 or
4   800,000 registered voters who may or may not have correct
5   ID?
6          A.  I don't know how anybody knows anything.
7   That's -- that's a hard question to answer.
8          Q.  Well, I see e-mail blasts that may go out to
9   the county -- county election officials from your office,
10  from the Secretary of State's Office.  Was that ever done
11  to say, okay, we have this match, we have eight or --
12  700,000 or 800,000 registered voters who may not have the
13  correct ID, if you would like those in your county
14  request it?
15         A.  I don't think we ever sent a mass e-mail on
16  that.  We -- we do talk about it regularly with counties
17  and they talk amongst themselves.  The Texas Association
18  of Counties has a list serve, and so a lot of the things
19  that one county's doing with regard to a process they
20  share with each other on their list serve.  And so I
21  don't know if we've ever sent an e-mail out on that
22  particular point, but we have talked about it at our
23  seminars and I'm sure they've talked about it amongst
24  themselves.  And there are some counties who've received
25  the DPS database themselves and done the matching

252

1   themselves.  So it's up to the county how they want to do
2   that.
3          Q.  So a county could take their registered voter
4   database and match it with DPS --
5          A.  Sure.
6          Q.  -- if they wanted to?
7          A.  They can.
8          Q.  The seminars that you have spoken of during
9   your deposition, are those where county officials can log
10  on on-line?  How is that conducted?  How would somebody
11  in Harris County or Galveston County know that you're
12  going to conduct a seminar, for example?
13         A.  Well, it's an annual event and it's a live
14  event that we have here in Austin, and so the seminars --
15  the official election law seminars, we will have one
16  every year for county election officials, we will have
17  one every year for city, school, and other political
18  subdivisions, and we'll have one every other year for
19  political county chairs, county party chairs.  So those
20  are -- those are set, and it is a -- it is a much
21  anticipated event when we post the dates of those
22  seminars.
23         Q.  And that's a live seminar?
24         A.  That's a live seminar.
25         Q.  Do you ever do a Skype type seminar for county

253

1  election officials?
2      A.  We do.  We've had -- we've had -- our voter
3  registration section has done webinars monthly.  They
4  have drafted what they call mini manuals with regard to
5  the topic that's going to be presented at next month's
6  webinar, post that mini manual to the TEAM communication
7  web page so that counties who want to participate in the
8  webinar that month can read the materials ahead of time
9  and be prepared for the webinar, and we've had those
10 monthly for, I want to say -- if it's not all of 2013,
11 it's almost all of 2013.  And we have them every month,
12 so there's a topic every month, and it's not just voter
13 registration.  Now we've started branching out into some
14 election related webinars, specifically the legal team
15 was involved in one for volunteer deputy registrars.  So
16 yeah, webinars are a tool in our arsenal.
17         The other thing that we do is regional
18 county election officials have meetings -- some of them
19 do it monthly, some of them do it bimonthly, some of them
20 do it quarterly -- and they will invite us to come speak
21 on a topic and we will do that.  The other thing is the
22 election administrators in Texas have their own
23 association, and they get together once a year, usually
24 in January, and they invite us to speak at their meeting
25 as well.

254

1      Q.  These webinars, are they recorded where someone
2  could log on a few days later and watch the webinar
3  again?
4      A.  Not by us.
5      Q.  This matching that you spoke of earlier today,
6  the 700,000 or 800,000 registered voters who may lack
7  some form of identification, is that broken down by race
8  or geographic location?  How specific is that list
9  category-wise?
10     A.  Texas does not keep any racial information or
11 ethnicity information with regard to voters, so there's
12 no indicator anywhere in our database about anybody's
13 race.  It is categorized by -- there's -- like I told
14 Ms. Westfall, there's actually two separate lists;
15 there's one that has the county and the ZIP codes within
16 that county and the number of non-matches by ZIP code and
17 then there's one that has that information plus the
18 voter's name and address.
19     Q.  Was any survey or focus group or follow-up
20 specifically done by the Secretary of State's Office
21 after, for example, the November 2013 election?  You know
22 what I mean by that?
23     A.  No.
24     Q.  I mean, just to determine how the election went
25 forward, what the problems were.  I mean, did you do

255

1  anything specifically -- rather than receive complaints,
2  did you do anything affirmatively to determine how things
3  could be done better or how they could be more efficient
4  by doing focus groups or just randomly calling election
5  officials, anything of that sort?
6      A.  So you're talking about voters, surveying
7  voters?
8      Q.  No, I'm talking about the election officials,
9  surveying how things went in the November 2013 election,
10 how we could improve what we're doing, what problems you
11 had.  Was there any survey or follow-up or focus group
12 done by the Secretary of State's Office?
13     A.  I wouldn't say that there was a survey or a
14 focus group.  We do talk.  We talk all the time, and
15 obviously that's a question on our minds, how did it go,
16 what needs to be improved, what was -- what was -- what
17 needs some tweaking.  So that -- that conversation occurs
18 all the time.  It -- it occurs in person.  You know, we
19 had a Conference of Urban Counties meeting and I went to
20 it, and that was the hot topic, how did -- how did voter
21 ID go for the November election.  And so all of the folks
22 there I talked to one-on-one.  So yes, this -- this is --
23 there's not any official formal process, but like I was
24 explaining, there is a very real and active feedback
25 loop.

256

1      Q.  But just so I'll understand your answer,
2  there's no official follow-up or survey that's completed
3  by your office?
4      A.  There's not any formal process for gathering
5  information in a systematic way.  There is very much a
6  very real and very alive feedback loop that is constant.
7      Q.  Has there been any -- has there been any
8  investigation -- and maybe that's not the right word --
9  or review by the Secretary of State's Office into things
10 like same -- same day voter registration or putting --
11 you know, making the DPS office, you know, a place where
12 you can register to vote, get your ID, all of that?
13     A.  The legislature introduces bills, you know,
14 every other year, and I believe that on-line voter
15 registration has been a bill that's been introduced, and
16 as such it's a bill that we would have analyzed and we
17 would have done a fiscal note for, so --
18     Q.  You would have done a what?
19     A.  Fiscal note, how much will it cost the state if
20 we implement same day voter registration.  So if that's
21 what you mean by analysis of same day voter registration,
22 we've done that.  With regard to the DPS being an ID and
23 voter registration shop, that's what they do now under
24 the 1993 National Voter Registration Act.
25     Q.  The analysis for the same day voter

257

1   registration, where would we find that in the document
2   production? Would that be on-line or do you know?
3       A. Yeah, that would be -- I don't know where stuff
4   goes related to a legislative session, but that would be
5   associated with whatever particular bill had same day
6   voter registration in it, and the legislature would keep
7   those records in the Legislative Reference Library or --
8   I don't know where fiscal notes go after a session.
9       Q. But the fiscal analysis would have come from
10  your office in that regard?
11      A. Part of it probably.
12      Q. Has there been any request by your office for
13  a fiscal analysis of, say, waiving all the fees for
14  indigent voters?
15      A. I don't understand that question.
16      Q. I don't know how to rephrase it. There's been
17  some talk about waiving all of the fees for individuals
18  who cannot afford to get, for example, a birth
19  certificate or a driver license. Has your office ever
20  been asked to provide an analysis of the cost of doing
21  that, waiving those fees?
22      A. No. Whenever the Health and Human Services
23  issued their rule amendment saying that a birth
24  certificate for election identification certificate
25  purposes could be purchased for the statutory minimum fee

258

1   of $2 or $3, whatever it is, we did hear from a lot of
2   county clerks who believed that a source of revenue was
3   being cut from them, but we did not do any analysis of
4   how much that was.
5       Q. So there were some complaints about the loss of
6   revenue, but your office did not analyze how much that
7   would be?
8       A. No, sir.
9       Q. Is there any other aspect of Senate Bill 14 or
10  one of the amendments where your office was asked to
11  perform some type of fiscal -- fiscal analysis that you
12  can think of?
13      A. I can't think of any. There -- you know, I
14  don't want to -- there was talk in the 2011 82nd
15  Legislative Session about voter education with regard to
16  ID requirements and there was a specific -- I don't know
17  what mechanism the legislature used, but they designated
18  $2 million of the Help American Vote Act money for that
19  purpose, so there was that bit of fiscal piece to SB 14.
20      Q. Somebody else is going to cover that area with
21  you in a few minutes.
22      A. Okay.
23      Q. But as far as the budget from the Secretary of
24  State's Office for educational purposes for SB 14, was
25  that from your budget, meaning the Secretary of State's

259

1   budget, or was it all from HAVA?
2       A. Well, we do things all the time to educate
3   counties that are within our budget. I believe the HAVA
4   designated money was specifically for a paid media public
5   relations campaign in addition to what we do within our
6   budget. So it's both, to answer your question.
7       Q. But the HAVA money was specifically -- has to
8   be specifically used for a specific purpose, as I
9   understand that bill. Is that correct?
10      A. That's right.
11      Q. Okay. Has there been any analysis or has
12  anyone in the Secretary of State's Office analyzed
13  provisional ballots from, let's say, the general election
14  in 2008, general election in 2012, the November 2013
15  election? Has anybody analyzed whether provisional
16  ballots are going up or going down, anything of that
17  sort?
18      A. No, other than the EAC survey that I mentioned
19  before so you can compare the data across even-numbered
20  years. The EAC survey pertains to the general election
21  in those even-numbered years.
22      Q. Other than the forms we have seen that have
23  been produced by your office, has there ever been a form
24  that was sent to the election officials as part of a
25  potential survey just for Secretary of State's feedback

260

1   purposes, like tell us how we're doing, tell us what the
2   problems are, anything of that sort?
3       A. Well, currently we're doing our annual survey,
4   customer satisfaction survey, so that's at the bottom of
5   all of our outgoing e-mails now.
6       Q. Okay. And how often does that occur?
7       A. It occurs one month every year. And it's for
8   all Secretary of State customers, not just elections
9   division.
10      Q. Have there been any complaints from the
11  counties that they do not have enough staff to handle
12  some of the aspects of SB 14?
13      A. No. No, the -- the -- the concerns that have
14  been expressed have been with regard to a fear of
15  increased on -- increase on provisional voters, so we've
16  heard from some voter registrars who were concerned about
17  a potential increase in workload, but all of that was
18  before actual elections had taken place. We haven't
19  heard anything to that effect since the elections have
20  actually occurred.
21      Q. Have any of the counties asked for extra
22  funding because of some aspect of SB 14, to your
23  knowledge?
24      A. I don't know. They would have asked their
25  county commissioners for funding, so I -- I just don't --

261

1  I haven't heard about it.
2      Q.  Would it ever come to the attention of the
3  Secretary of State's Office through the county
4  commissioners court or anybody that they needed extra
5  funding or would it go to the legislature or some
6  other --
7      A.  Right.  If -- if there was some sort of thing
8  that counties felt like they needed money for they'd go
9  to the legislature for it.
10     Q.  They wouldn't come to your office and there's
11 no mechanism for them doing that under SB 14?
12     A.  That's right.
13     Q.  The training of the election officials or the
14 election judges or clerks, is that required by the
15 Secretary of State's Office?
16     A.  Well, it depends.  All election poll workers
17 have to undergo training with regard to photo ID
18 requirements.  County election officials are required to
19 train poll workers for county official election
20 elections.  Primaries there's not a requirement for
21 general poll worker training and for any local entity
22 election there's not a requirement for poll worker
23 training.  However, to the extent that the local entities
24 have an election run by the county, the county will offer
25 poll worker training, and like I said, all poll workers

262

1  have to be trained with regard to photo ID requirements,
2  for primary, for local elections, for county elections
3  that -- that they're running for local entities.
4      Q.  And how is that monitored by your office or is
5  it?
6      A.  It's not.
7      Q.  So they just -- you just make sure that the
8  counties know they're supposed to train the poll workers,
9  but there's no way for you to know if they actually do
10 that?
11     A.  That's right.  And for -- we have to inform the
12 political party chairs, and we did that at our seminar in
13 October of 2013, of their responsibility to train their
14 poll workers with regard to photo ID requirements.  So
15 that is part of SB 14.
16     Q.  Who in your office, whether it be a division
17 head or someone underneath you, was in charge of
18 implementing the educational requirements to the public
19 or the advertising to the public of the new requirements
20 of SB 14?
21     A.  The paid media piece and the Secretary of
22 State's election official visits would have been
23 coordinated with our communications director,
24 Alicia Pierce.
25     Q.  Would she be the best person to address how the

263

1  funds were spent, how much was utilized on media, print,
2  et cetera?
3      A.  I'm ready to talk about that today.
4      Q.  Okay.  I think that's somebody else's area.
5  I don't want to step on anybody's toes and I don't want
6  to re-plow --
7      A.  I mean, and if there's a specific answer that
8  I can't answer, then probably she would be best, but --
9      Q.  Okay.  Did your office do any research before
10 the first election under SB 14 that came from other
11 states?  Did you do any outreach to other states who may
12 have had a similar bill and had an election under that
13 type of bill to get feedback before you came up with your
14 forms, before you did the training, anything of that
15 sort?
16     A.  I am a member of the National Association of
17 State Election Directors, and yes, I have talked to
18 secretaries of state as well as election directors in
19 other states about their implementation of photo ID, what
20 they found that worked, what they found that didn't work,
21 you know, issues they ran into and how they overcame
22 them.  Yeah, we've definitely had those kind of
23 conversations, not anything systematic or official.
24     Q.  Not any exchange of letters or documents,
25 anything of that sort, all oral?

264

1      A.  I don't know if I've received any documents.
2  I'm pretty sure that Tennessee sent me some examples of
3  their public communications.  I don't know if it was
4  links back to their website or what, but definitely I got
5  some information from Tennessee.
6      Q.  Any other states that you can recall?
7      A.  I've talked to Marcy over in South Carolina.
8  She's the state election director.  I've talked to the
9  election officials in Alabama.  They don't usually come
10 to our meetings, but I've -- I've talked to them and then
11 I've talked to Mark Goins and Tre Hargett in Tennessee.
12 I also talked to Trent -- I can't think of his last name.
13 He's the democratic elections director for Indiana -- and
14 Brad King, the Republican in -- in Indiana.  I've talked
15 to both of them.  Trent Deckard.
16     Q.  Did any of those other states or individuals
17 provide you with any information that you utilized or
18 relied upon?
19     A.  I can't think of anything in writing.  I did
20 get a letter that Indiana received from the Election
21 Assistance Commission about using HAVA money for
22 education purposes.
23     Q.  And who in your office is responsible for
24 requesting HAVA money?
25     A.  The HAVA money was -- was sent pretty much as

265

1 a one-time payment, so we've had the HAVA money in the
2 comptroller's accounts since whenever it arrived.
3     Q.  Was it there after you took your position or
4 was it there before?
5     A.  It was given to us by the federal government
6 before I arrived.
7     Q.  That amount of 3 -- 2 million?  3 million?
8 I don't remember.
9     A.  No, the total amount of 203.7 million.
10     Q.  But designated for the educational or the
11 advertising portion was how much?
12     A.  I don't know.  We've got -- we've got a state
13 plan for usage of the HAVA money that we had to submit to
14 the Election Assistance Commission before they would
15 release the money, and so there -- there is an Election
16 Improvement Fund that would have contained education as
17 one of the strategies within that fund, and I don't know
18 how much was originally put into that strategy, but there
19 are variances within each element of the state plan, so
20 it can be a range of dollars that can be spent, and we
21 are well within our state plan range.
22         MR. BRAZIL:  Thank you.  I'll pass the
23 witness.
24         MR. BARON:  I've got a few quick
25 follow-ups.

266

1         FURTHER EXAMINATION
2 BY MR. BARON:
3     Q.  When I was talking to you earlier we talked
4 about the training materials and the PowerPoints, so I
5 went on-line finally and tracked them down.  I see two
6 here, and one is the Intro to Photo ID that's dated
7 February 6th of 2014.
8     A.  Okay.
9     Q.  Are you familiar -- I mean, I'll show it to
10 you.  I mean, they're a little hard to print out, but you
11 can scroll up to the top of it.  That one's dated
12 February 6th of 2014.
13     A.  Okay.
14     Q.  And so there's just two slides there I wanted
15 to ask you about.  Slide 6 --
16     A.  I don't know what speech this was in regard to.
17     Q.  That's fine.  They're on your website.  I'm not
18 trying to play gotcha here.  I'm just going to ask you
19 a few questions.
20         MR. BARON:  Hey, if they turn out to be
21 gotcha answers I'll be surprised.  But, you know, this
22 guy's a pretty good witness, so he'll have an
23 explanation, I'm sure.
24     A.  Right.  Slide 6.  I've got it.
25     Q.  Okay.  So that one says:  Secretary of State

267

1 will help counties contact potentially impacted voters,
2 right?
3     A.  That's right.
4     Q.  What are you talking about there?  Is that
5 substantially similar or is that the general
6 informational program that you talked about?
7     A.  It's -- it's -- it's all of that, yes, and it's
8 people who need IDs, where they can get IDs.  So part of
9 our help to the counties is to have our statewide
10 education program and our election visits from the
11 Secretary of State so that we can get earned media as
12 well as paid media, and so we -- we made a commitment to
13 the counties to consistently direct voters to
14 VoteTexas.Gov and Am I Registered because voters need to
15 look themselves up to make sure their names will match
16 and change it if they want to.  So that's -- that's our
17 commitment here.  And we also -- when we say contact us
18 if you need more information, that's where we would have
19 talked about, you know, if you need information with
20 regard to voters in your county who don't match with an
21 ID, then we've got -- we've got a list from last summer.
22     Q.  But in terms of funding, that doesn't refer to
23 any assistance with funding?
24     A.  No, it doesn't refer to any assistance with
25 funding.

268

1     Q.  Counties are on their own in terms of costs?
2     A.  Right.  Now, it -- it -- if -- if -- they have
3 available to them state money under Chapter 19 to assist
4 with voter registration, and so conceivably they could
5 have some sort of voter registration campaign with regard
6 to checking your names and stuff and they could ask for
7 a Chapter 19 reimbursement, and we would, of course,
8 evaluate those claims.
9     Q.  Go to Slide 17, Totality of Circumstances.
10     A.  Uh-huh.
11     Q.  And you see that, right?
12     A.  Sure.
13     Q.  And we talked about totality of circumstances.
14 And all it says there is to remember to compare all info.
15     A.  Right.
16     Q.  Doesn't include -- and you can look through the
17 whole thing.  I mean, I have.  It doesn't include that
18 discussion about only using the information to the
19 benefit and not to the detriment of the voter; is that
20 correct?
21     A.  Right.  The slide doesn't, but the speech
22 behind the slide sure does --
23     Q.  Fair enough.
24     A.  -- every time it's given.
25     Q.  Okay.

269

1    **A.  And I've given the speech a lot of times.**
2    Q.  I'm not arguing with you, I'm just going with
3    what's --
4    **A.  You want to hear it?**
5    Q.  I'm sure before this case is over we'll
6    probably get to, but --
7    **A.  Absolutely.**
8    Q.  And I'm going to go to one more -- one more
9    presentation real quick.
10   MR. KEISTER:  Counsel, is there some way
11   to identify that for the record?
12   MR. BARON:  Yes, this is the -- the
13   PowerPoint, and it's titled Intro to Photo ID, and it's
14   dated February 6, 2014, and it is contained on the Texas
15   Secretary of State website under the annual seminar
16   presentation files.
17   MR. KEISTER:  Okay.  Thank you.
18   MR. BARON:  And they're hard to print out.
19   You have to do some fancy thing about saving them and all
20   that.
21   **A.  And that's why I think that February 6th date**
22   **is not correct.**
23   Q.  And I'm not arguing with you, but -- okay.  The
24   other one I want to talk to you about very briefly is the
25   one that's titled How to Handle Substantially Similar

270

1    Names, and that's actually dated August 12th of 2013.
2    And I also want to go to the -- you can look at the whole
3    thing if you want.  I mean, I think this is where you
4    have the totality of circumstances with the Lady Bird
5    Johnson example on Slide 10, and then on Slide 11 again
6    it says to use the info to assist in the determination
7    without making it clear that the totality of
8    circumstances analysis is only supposed to be used to the
9    benefit of the voter, not to the detriment of the voter,
10   correct?
11   **A.  Sure.  It doesn't say it on the slide, but we**
12   **definitely say it in the speech.**
13   Q.  A few quick questions.  Were -- one more
14   question on the counties.  Were counties given lists of
15   no-match voters for free or did they have to pay for
16   that?
17   **A.  No, no, if they wanted it we'd give it to them.**
18   Q.  But only if they requested it?
19   **A.  Sure.**
20   Q.  Okay.  Talking about curing -- I think you were
21   testifying about that a little bit earlier.
22   **A.  Uh-huh.**
23   Q.  Can voters, in the totality of circumstances
24   analysis, show other non-SB 14 identification to assist
25   in the totality of circumstances analysis, in your

271

1    opinion?
2    **A.  At the polling place?**
3    Q.  Yes, sir.
4    **A.  No.**
5    Q.  Okay.  What about -- so they can't do that to
6    show that the name should be considered substantially
7    similar?
8    **A.  No.**
9    Q.  Okay.  And --
10   **A.  Not at the polling place.**
11   Q.  Not at the polling --
12   **A.  That's a matter for the voter registrar during**
13   **the cure period.**
14   Q.  Only during the cure period?
15   **A.  That's right.**
16   Q.  So during the cure period your position is,
17   I could show up with whatever, my utility bill, some --
18   some additional documentation?
19   **A.  No.  You could show up with a marriage license,**
20   **court order, letter from a physician, or you can make an**
21   **affidavit.**
22   Q.  Okay.  Those four things that are listed in the
23   statute and those things only.  Okay.  Has the Secretary
24   of State, to your knowledge, done any searches for
25   information on any of the individual plaintiffs in this

272

1    case?
2    **A.  I don't know.**
3    Q.  Okay.
4    **A.  I mean -- I don't know.**
5    Q.  Has the Secretary of State requested any
6    information searches from any other state agencies on any
7    of the individual plaintiffs in this case?
8    **A.  We have not.**
9    Q.  On the mobile units -- this is my last
10   question.  You talked about no fingerprinting equipment
11   on those mobile units, right?
12   **A.  That's right.**
13   Q.  Is there anything else that's not on those
14   mobile units that the DPS uses that they issue EICs at
15   DPS locations that you can think of?
16   **A.  I don't want you to be under the impression**
17   **that they collect IDs for EICs at DPS locations.**
18   Q.  Well, if I'm --
19   **A.  So if you're under that impression I'm not**
20   **going to -- I'm not going to agree with that assumption**
21   **in light of that question.**
22   Q.  I'm -- I'm confused then.  What I'm saying is,
23   is there any equipment --
24   MR. BARON:  Strike it.  I'll rephrase it
25   and maybe fix the problem.

273

1     Q.  Is there any other equipment not on the mobile
2  units that DPS uses in the EIC process at the DPS
3  offices?
4     A.  Not that I'm aware of.
5        MR. BARON:  Okay.  Thank you.
6        MR. ROSENBERG:  Want to take a break?
7        MR. KEISTER:  I'm ready to.
8        (Recess from 3:49 p.m. to 4:03 p.m.)
9              EXAMINATION
10  BY MR. AGRAHARKAR:
11     Q.  Good afternoon, Mr. Ingram.  My name is
12  Vishal Agraharkar and I represent Texas NAACP and MALC,
13  and I'll be asking you a few more questions today.
14     A.  Okay.
15     Q.  At any time between January 1, 2011, to the
16  present has the Secretary of State analyzed or estimated
17  the total number of registered voters who are either
18  Anglo, African-American, Latino, or other?
19     A.  What was the date range?
20     Q.  January 1, 2011 to the present.
21     A.  There was a matching exercise that the
22  Department of Justice made us undergo, and I sent the
23  letter to them with the results of that exercise, I
24  believe January 12th or so of 2012, and every month we do
25  a report of the number of Hispanic surname voters by

274

1  household and by county.
2     Q.  Okay.  And the first matching exercise that you
3  mentioned, was that just with respect to Hispanic
4  surnames or what was the -- what was the match?
5     A.  The request by the Department of Justice in the
6  administrative preclearance process was to match with the
7  DPS data that contained race and ethnicity because the
8  previous matching that we had done was with our in-house
9  database and it did not contain any race or ethnicity
10  information.  And so we did a separate matching process
11  with a more complete, in that regard, database from the
12  Department of Public Safety, and it carried with it its
13  own set of problems that I outlined in my letter to the
14  Department of Justice about those results.
15     Q.  Okay.  And has the Secretary of State during
16  that time done anything else to attempt to determine the
17  racial demographics of registered voters?
18     A.  No, sir.
19     Q.  Okay.  Is a suspended driver license acceptable
20  for voting?
21     A.  I don't know.  I don't know how a poll worker
22  would know that a driver license is suspended.  So if you
23  show up with a driver license and it's not expired you
24  can use it to vote.  If it's suspended by the Department
25  of Public Safety, there's no way for a poll worker to

275

1  know that.
2     Q.  But if a voter came to the polls and said, my
3  driver license is suspended, there is currently -- is
4  your testimony that there is no rule or guidance as to
5  whether or not that is acceptable ID for voting?
6     A.  That would be an acceptable form of ID.
7     Q.  That is an acceptable form of ID?
8     A.  If it's not expired more than 60 days.
9     Q.  And has that been clearly communicated to
10  election officials in trainings or to voters in any other
11  way?
12     A.  We have not discussed suspended driver's
13  licenses at all because a suspended driver license is not
14  something that a poll worker would have knowledge of.
15     Q.  Okay.  So it is possible, then, that voters,
16  poll workers, and other election officials may believe
17  that a suspended license is not a valid ID for voting?
18        MR. KEISTER:  Objection, calls for
19  speculation.
20     A.  I don't know if they would believe that or not.
21  It's not a category that has come up or would come up.
22     Q.  Have you in your public education or other
23  advertisements used the phrase current ID to describe the
24  types of driver's licenses that are acceptable for
25  voting?

276

1     A.  I don't know if we've said current ID.  What we
2  say is an ID that is not expired or is not expired more
3  than 60 days before the date it's presented.
4     Q.  Okay.  And assuming that you use the phrase
5  current at times, is -- do you see room for confusion as
6  to whether a suspended driver license would meet that
7  definition?
8     A.  I don't know if a suspended driver license
9  would be current or not.  That's -- that's not the
10  phraseology the statute uses and that's not the
11  phraseology we use in our training.
12        (Exhibit Nos. 28 through 30 marked)
13     Q.  Okay.  I'd like to show you these marked
14  documents, Exhibit 28, Exhibit 29, and Exhibit 30.
15        MR. AGRAHARKAR:  I'm afraid I don't have
16  many copies of them.
17        MR. ROSENBERG:  Why don't you just
18  identify them for the record.
19        MR. AGRAHARKAR:  Exhibit 28 is titled,
20  Fall 2013 Campaign $400,000 (all non-HAVA money); Exhibit
21  29 is titled, 2014 Voter Education Campaign Phase 1 -
22  about $400,000 (HAVA); and Exhibit 30 is titled, 2014
23  Voter Education Campaign Phase II - about $1.6 million
24  (HAVA).
25     Q.  Mr. Ingram, do you know what these documents

277

1  are?
2      **A.  Yes.**
3      Q.  What are they?
4      **A.  They are summary sheets that the director of**
5  **communications prepared for me to prepare for this**
6  **deposition.**
7      Q.  Okay.  So when were they produced?  I'm sorry.
8  When were they produced to us?
9      **A.  Today.**
10     Q.  Today.  And are there other documents with
11  respect to the Voter Education Campaign that have not yet
12  been produced to the plaintiffs?
13         MR. KEISTER:  Objection, vague.
14     Q.  Are there -- well, you may answer if you -- if
15  you understand the question.
16     **A.  I don't know -- I don't know what's been**
17  **produced and what hasn't been produced.**
18     Q.  Have you --
19     **A.  These didn't exist until late last week, and so**
20  **they couldn't have been produced.**
21     Q.  Okay.  And who made this?
22     **A.  Alicia Pierce, our communications director for**
23  **the Secretary of State's Office.**
24     Q.  Okay.  And is that true for Exhibit 28,
25  Exhibit 29, and Exhibit 30?

278

1      **A.  Yes, sir.**
2      Q.  And just looking at Exhibit 28, does this
3  include all of the components of a -- of a voter
4  education plan for 2013?
5      **A.  Not exactly.  This would -- this has the -- the**
6  **paid media visit extra effort kind of stuff.  There are**
7  **other things that we do in our office for the counties as**
8  **well as for the national voter registration agencies**
9  **under Chapter 20 of the Election Code that are not**
10  **included on this that would have been public outreach.**
11  **So this is the media component of the public outreach**
12  **that our director of communications would have directly**
13  **oversaw.  There is also an ongoing sort of voter**
14  **education effort within the election division that we**
15  **participate in with the counties and the national voter**
16  **registration agencies.**
17     Q.  Okay.  So this is just the media component, but
18  there's a separate education component; is that -- is
19  that right?
20     **A.  Right.  There's -- the education of the public**
21  **has, I would say, sort of two main ways that we do it.**
22  **We do it on an ongoing basis through the counties and**
23  **through our partners in voter registration as well as**
24  **with the public and our -- our VoteTexas.Gov website.**
25  **And so there's those kind of ongoing things that are not**

279

1  of special extra money paid media campaign or effort, and
2  those are very real and they're very much a part of the
3  education of the public with regard to photo ID, and
4  this -- these summary sheets talk about the other piece
5  of it, which is the special event paid media, earned
6  media campaign with regard to voter education.
7      Q.  Okay.  And I'm just trying to get some clarity
8  with respect to the components of the education campaign
9  that are not listed on here for 2013.
10     **A.  Sure.**
11     Q.  You said that there was some education with
12  counties and then there is a website.  Is -- what did you
13  mean by the education with the county officials?
14     **A.  Well, the county election officials are very,**
15  **very important in our relations with the public.  You**
16  **know, we have to have the county election officials -- we**
17  **have to teach them what's new and how it's going to be**
18  **different and what's going to be required on the part of**
19  **their voters, and then they turn around and educate their**
20  **local communities.  These local election administrator**
21  **folks, county clerks, tax assessor-collectors, and EAs**
22  **usually have very good working relations with their local**
23  **media.  Their local media usually is very happy to do a**
24  **story, you know, about what it -- public information**
25  **kind of story about voting and what's different and**

280

1  **what's coming up, so this is -- this is a good**
2  **opportunity for them to provide that information.  So our**
3  **first line of defense is for our elections division to**
4  **interface with the county election officials so that they**
5  **are prepared.  We -- we -- we do -- I don't know what you**
6  **call it.  Collateral, I think, is the official media**
7  **relations term for handouts, posters, stuff like that for**
8  **the counties to use, and we give that to them from our**
9  **graphics department.**
10     Q.  Okay.  And that is separate from what is listed
11  on here, which -- under the headings Paid Media, Earned
12  Media, and Web Social Media?
13     **A.  That's correct.**
14     Q.  Okay.  And then you mentioned the website,
15  which you said is also separate from this.  Are there any
16  other components of your voter education campaign?
17     **A.  Sure.  We -- we also have partner agencies**
18  **under Chapter 20 in the National Voter Registration Act**
19  **that assist with voter registration, and they have -- in**
20  **their offices where benefit recipients go to interface**
21  **with them about benefits they have posters from the**
22  **Secretary of State's Office, so we make sure that the**
23  **information on those posters is current, and we actually**
24  **produce the posters in English and Spanish for those NVRA**
25  **agency offices.**

281

1    Q.   Okay.  And are those posters the same posters
2    that -- and bear with me.  I haven't had much time to
3    review this.  But are there -- I believe there are
4    posters mentioned on here or print items.  Are those the
5    same posters that are mentioned on here or are those just
6    specific to the partner agencies?
7    A.   Those are -- those are separate from anything
8    on here.  Anything on here is something the secretary
9    would use in her personal visits to counties.  What I'm
10   talking about are posters that we produce in-house -- we
11   do the graphics for them as well as the printing -- and
12   distribute to counties and to benefit agencies.
13   Q.   Okay.  And other than the routine
14   communications with the counties that you mentioned, the
15   website, and these partner agency collaborations, are
16   there any other components that you'd say to the
17   education campaign?
18   A.   Well, you know, as I mentioned before, the mass
19   mail-out of voter registration certificates occurs at the
20   end of every odd-numbered year, and we communicate
21   information on those as well specifically with regard to
22   photo ID.  The mass mail-out in 2011 didn't actually
23   occur until April of 2012 because of redistricting, and
24   so that delayed card, anyway, when it was mailed it had
25   on the back of it a conditional, if cleared by the

282

1    federal government this is what you'll be -- you'll need
2    to bring to vote, and it had the list of forms of photo
3    identification.
4    Q.   Okay.  Are there -- have there been any
5    documents created that list everything that the Secretary
6    of State does with respect to photo ID education in
7    particular?
8    A.   I don't think that any such document has been
9    created, no, sir.
10   Q.   Okay.  Let me mark one more document here as
11   31.
12        (Exhibit No. 31 marked)
13   Q.   And if you could just take a look at this, and
14   let me know when you've had a chance.
15   A.   (Reviewing document)
16   Q.   Do you recognize this document?
17   A.   I don't believe I've ever seen this document,
18   but I can tell you what it is.
19   Q.   Okay.  What is it?
20   A.   It is -- I don't know if it's all or if it's
21   part of the paid media summary of the campaign prior to
22   the November 2013 election from our vendor TKO.
23   Q.   Okay.  And is this -- so was TKO responsible
24   for each of these components, radio, cable, and print
25   newspaper ads?

283

1    A.   Yes, in collaboration with our communications
2    department, but we -- I don't know how you -- we hire a
3    vendor with certain expertise so that they -- and we rely
4    on that expertise.
5    Q.   Okay.  And is this -- based on your
6    understanding, is this the entirety of the paid media
7    campaign?  Do you think -- or I'll let you respond.
8    A.   I don't know if it's all of it or not.  It says
9    it's a wrap-up.  It doesn't give an indication that
10   there's more than one page, but I -- I don't know.
11   Q.   Do you know if there was a wrap-up document
12   that contained all of the paid media campaign?
13   A.   I am not aware if a document other than this
14   one exists or not.
15   Q.   Does the vendor develop documents that contain
16   wrap-ups separately from the Secretary of State's
17   documents that they send to you?
18   A.   Yes.  I think that's what this is.
19   Q.   Okay.  And if there was such a document would
20   that have already been produced?
21   A.   Yes.
22   Q.   Assuming this is the entirety of the wrap-up,
23   then, of the paid media campaign, I'd like to direct your
24   attention to the first table, which is entitled, Radio
25   Flights.

284

1    A.   Yes, sir.
2    Q.   Is this -- assuming this is the entirety of the
3    radio flights, would this include both English and
4    Spanish -- English and Spanish components of your radio
5    campaign?
6    A.   See, I just don't -- I just don't know.
7    Q.   Okay.  Well, do you see the column marked -- or
8    titled, Market?
9    A.   Yes.
10   Q.   Is that a list of all of the markets where
11   there were radio advertisements?
12   A.   I don't know.  I know that they rely on the
13   Texas State Network for statewide stuff, and you can see
14   that most of the impressions are off of Texas State
15   Network.
16   Q.   Okay.  And what is an impression?
17   A.   An impression is an opportunity for an audience
18   member to hear the spot.
19   Q.   Okay.  And so you said it's an opportunity.  It
20   is not -- is it not actually a measure of how many people
21   have actually seen the ad?  Is that right?
22   A.   That's right.
23   Q.   So, for example, if someone -- let's say under
24   the cable TV flights, if someone had one of these
25   channels, they subscribed to one of these channels, would

285

1   that count as an impression?
2        A.   Not exactly.  They somehow do some magic with
3   the ratings for whenever the spot runs to determine how
4   many people had the opportunity to see the spot.  So in
5   other words, it's not just how many people have access to
6   the channel, it's how many people were -- the ratings
7   show were actually on the channel.
8        Q.   Okay.  And is there -- there may be duplication
9   among some of these impressions?  Some people might count
10  as being one of the impressions under the radio as well
11  as under cable; is that right?
12       A.   Well, I don't know -- I don't know if that's --
13  if that's true or not.  I would imagine that you could
14  have somebody who would have an opportunity to hear one
15  or more of these radio spots would also have an
16  opportunity to see one or more of these TV spots, yes.
17       Q.   Right.  And even within the radio flights, I
18  mean, someone may be in one of the city markets, but they
19  might also be counted within the statewide market; is
20  that right?
21       A.   Certainly they could have been listening to the
22  spots when they played locally as well as on the state
23  network.
24       Q.   Okay.  So there's no -- the figure of
25  impressions doesn't -- it doesn't count for that

286

1   duplication?
2        A.   The figure of impressions is a -- is a term of
3   art used in media campaigns to -- to measure how many --
4   how far-reaching the ad campaign was.  So it's not
5   designed to be correlated directly with audience members
6   that specifically heard it or saw it, it's designed to
7   show how far-reaching the media campaign was, and so
8   there's not any way to do a one-for-one comparison of
9   actual views of the ads unless you do surveys, and as
10  part of our media campaigns we actually have the vendors
11  do audience surveys as well.
12       Q.   Okay.  And did -- what were all the surveys
13  that were done to determine where the paid media should
14  be placed?
15       A.   I don't know how they make those
16  determinations.  Again, we hire vendors with certain
17  expertise and we rely on that expertise to -- to do the
18  placements.
19       Q.   Do you work with them to develop the criteria
20  that would go into determining a proper placement of
21  advertisements?
22       A.   We -- you know, I can speak more particularly
23  of the 2014 campaign because I was part of the RFO
24  process.  We put out in the request for proposal
25  parameters that we would like for a vendor to be able to

287

1   fill, and one of the parameters is market penetration and
2   specific target markets.  And there was an emergency
3   procurement in the fall campaign, so the emergency
4   procurement didn't go through the full RFP process, and
5   so I don't know exactly what was communicated to TKO with
6   regard to what they needed to emphasize.  I do know that
7   Alicia worked closely with TKO with regard to the
8   schedule for where things would be placed.  And, of
9   course, the budget was all of our Secretary of State
10  money, so it had to be used judiciously.
11       Q.   And would Alicia be the best person to speak to
12  about the details of the paid media campaign plan?
13       A.   Alicia dealt with it directly.  However, I'm
14  happy to answer any questions that you've got on it.
15       Q.   Okay.  And one question would be, how were
16  these specific markets chosen?
17       A.   TKO's expertise.
18       Q.   And so the Secretary of State didn't --
19       A.   With the assistance and guidance of the
20  Secretary of State and what they wanted to emphasize to
21  get the most bang for our limited bucks.
22       Q.   Okay.  And what did you want to emphasize?
23       A.   Number of impressions.
24       Q.   The number of impressions.  And what are the
25  types of places where you would get more impressions?

288

1        A.   Places with lots of people.
2        Q.   Places with lots of people.  And those would
3   probably be the larger markets; is that right?
4        A.   Larger markets and statewide, yes, sir.
5        Q.   Okay.  So was there any research done to
6   determine whether the largest markets where you wanted to
7   target your paid media campaign were also the places
8   where there happened to be more people who needed
9   education on the law?
10       A.   I don't know how to determine who needs
11  education on the law.  We figure with a -- with a
12  complete change -- or a significant change like photo ID
13  requirements that the widest possible market needs to
14  know about it since it's going to affect all voters and
15  all voters haven't previously known about it.
16       Q.   Okay.  And of the -- of the, I think, 19
17  different radio campaigns that are listed, as you look at
18  this list are -- are you familiar with the cities listed
19  here?
20       A.   Sure.
21       Q.   Okay.  Are any of them, let's say, south of
22  Houston?
23       A.   I don't know.  I don't think Beaumont is south
24  of Houston.  It's probably level with it.
25       Q.   Okay.  Well, are any of them in, let's say,

KEITH INGRAM                                                  4/23/2014

289

1  Corpus Christi or further south of that?
2      A.  Well, the statewide spots for the Texas State
3  Network are -- are statewide, so yes.
4      Q.  Okay.  And the statewide network -- if you look
5  under the column marked Station, is that just -- is there
6  just one station listed there?
7      A.  The Texas State Network feeds programming to
8  stations all over the state.
9      Q.  Okay.  So do you have a sense of how many radio
10 stations is incorporated in the Texas statewide network?
11     A.  No, but I know that their -- their many impressions who
12 purchase their programming are rural and smaller market
13 stations.
14     Q.  Okay.  And how many counties did this get to --
15 did this reach, I think is -- was the terminology used.
16     A.  I don't know.  As far as I know every county
17 was reached.
18     Q.  Okay.  And --
19     A.  Had -- had impressions in every county.
20     Q.  So if one county had -- how many impressions
21 does it take -- or how do you define reach?  Would one
22 impression, would that constitute being that a county was
23 reached, if it received one impression?
24     A.  I don't know.  You know, the -- when it comes
25 to paid media, the more money you spend and the more

290

1  repetition you get, the more impressions you get, the
2  more likely that you've actually penetrated the
3  consciousness of a person or two or 15 or 30.  So we
4  didn't have very much money.  This is money that we
5  assembled together inside of our agency, because Help
6  America Vote Act money for voter education can't be used
7  for non-federal voter campaigns, so if we were going to
8  have a campaign at all for the constitutional amendment
9  and local election on the uniform date in November of
10 2013, then we needed to come up with money from other
11 agency strategies, and then what we did with that money
12 that we came up with was put it inside of HAVA as a state
13 match and then spent the money as state money, but using
14 the HAVA strategy.  And so that limitation meant that we
15 had to maximize the reach of the program and not the
16 depth.  So, you know, to the extent that the quibble is
17 with the depth of the program and whether or not it
18 actually impacted particular voters in particular
19 counties, we did the best we could with the money that we
20 had, and our goal was to -- was to maximize the reach,
21 not the depth, for the fall 2013 campaign.
22     Q.  Okay.  And so was any research done after the
23 fall 2013 campaign to determine -- to determine the
24 effectiveness of the paid media campaign?
25     A.  Yes.

291

1      Q.  And what was that research?  Did it just
2  measure the number of impressions?
3      A.  No, no, it -- there was a full-blown survey
4  performed by Burson Marstteller in connection with the
5  spring 2014 campaign, and the research was -- you know,
6  it was a general opinion survey done with regular opinion
7  survey methods and metrics testing whether or not voters
8  had heard of the Secretary of State's fall campaign,
9  testing whether or not voters were familiar with the
10 forms of ID, testing whether or not they had deficiencies
11 in their level of knowledge with regard to any of this.
12 And so the goal of that survey was to make sure that the
13 education program -- the paid media education program for
14 2014 addressed any deficiencies that remained after the
15 fall 2013 campaign, and the Burson Marsteller survey had
16 very high levels of familiarity with the requirement of
17 having a photo ID, with the -- with the ability to get a
18 free election identification certificate if needed.  It
19 was -- it was really a very -- from our perspective, the
20 earned media, the paid media, the -- the complete news
21 effort that occurred in 2013 had its intended results in
22 that most voters across the state in all demographics
23 were familiar with the need to have a photo ID and how to
24 get one if they didn't have one.
25     Q.  Did you give this survey to your attorney in

292

1  response to the request for production?
2      A.  I don't know if that's a proprietary document
3  of Burson Marstteller or not.
4      Q.  But it would be within the Secretary of State's
5  possession and responsive to the -- the request?
6      A.  I -- I don't know, because it was part of a
7  request for a proposal process, and so I don't know if
8  that stays confidential and is not subject to open
9  records. I don't know if that's subject to something
10 that would have to require confidential sealing.  I don't
11 know the discovery process on that document.
12     Q.  Okay.  You mentioned that the survey tested the
13 deficiencies in people's knowledge of the ID
14 requirements.  What were -- what were the deficiencies
15 that you found?
16     A.  Very little.
17     Q.  Could you elaborate?  Were there -- what were
18 they?
19     A.  Well, like I said, most voters -- I don't
20 remember the numbers -- were familiar with the need to
21 bring a photo ID and they had a pretty good idea -- they
22 could spontaneously regurgitate a significant number of
23 the categories of photo ID.
24     Q.  Did it test knowledge of the -- like any
25 components of the election identification certificate

KEITH INGRAM                                                          4/23/2014

293

1  process?
2      A.  I don't know if that was specifically asked
3  about or if it was just more general, do you know that
4  there's a free election identification certificate
5  available from DPS.  So I don't know specifically what
6  the question was on EIC.
7      Q.  Okay.  Going back to Exhibit 28.
8      A.  Okay.
9      Q.  If you look at I E., it says that you targeted
10 rural voters, African-American voters, and Hispanic
11 voters.
12     A.  Sure.
13     Q.  Why did you target such voters?
14     A.  Well, there's a -- there's a -- I don't know if
15 you're familiar with the problem of media consumption in
16 our modern age that we live in.  We have a very
17 fragmented media consumption environment.  It used to be
18 that people had the same television channels that they
19 watched at the same time and were generally susceptible
20 to advertising through limited number of channels.  With
21 our fragmented media environment, with the Internet and
22 people consuming what they want to consume rather than
23 what's pushed at them and the huge number of cable
24 channels, it's just an amazingly difficult proposition to
25 get a message out across enough platforms to reach the

294

1  people that you want to reach.  And there are differences
2  in the way media is consumed by demographic group, so
3  African-American voters get a lot of their information
4  from their community newspapers and Hispanic voters get
5  a lot of information on mobile devices.  And so the idea
6  was to use the expertise of TKO and to use the expertise
7  of Burson Marsteller for this year's campaign to make
8  sure that we get the message across all the demographics
9  in the state of Texas in this very challenging media
10 environment given the limitations of the resources
11 available.
12     Q.  Did you find that these groups of voters --
13 would you say that these groups of voters
14 disproportionately needed education on the ID
15 requirements, then, because of deficiencies or problems
16 in the way that they get information?
17     A.  No, that's -- that's not the implication at
18 all.  The implication is that since they consume media
19 differently, to reach those voters there has to be a more
20 targeted effort.
21     Q.  Okay.  And you may have gone over this already.
22 But the 400,000 figure at the top, is that -- what does
23 that figure represent?  Is that what was budgeted?
24     A.  Yes, that's -- that's money that we came up
25 with from our agency to use for this effort.

295

1      Q.  And was it all spent?
2      A.  Yes.
3      Q.  And was it all spent specifically on education
4  of the ID law?
5      A.  I believe so.  I don't think there was any
6  other general voter education message in the fall
7  campaign.  I think it was all photo ID.  All of the radio
8  advertising were forms of ID that are acceptable and
9  required, and all the print media was the same and all
10 the TV was the same.
11     Q.  And in Exhibit 29, Phase 1 of the 2014
12 campaign, the $400,000 figure there, is that -- would you
13 give the same response that you just gave, that it's all
14 on voter ID?
15     A.  No.  The Help America Vote Act education money
16 can't be specifically targeted to only one thing, so
17 voter ID in -- in the voter education campaign this year
18 is the largest, most substantive component of the
19 education campaign, but it is in a larger, be prepared to
20 vote campaign.
21     Q.  Okay.  And what component of that would you
22 say, then, is spent on voter ID?
23     A.  Most of it.  And it's -- and it's featured in
24 every single communication.
25     Q.  Okay.  And in Phase 2 in Exhibit 30 it mentions

296

1  1.6 million.  Do you have a sense of what proportion of
2  that amount will be spent specifically on voter ID?
3      A.  Well, that's what I'm trying to say, that the
4  campaign for 2014 is part of HAVA, and HAVA has more
5  broad education requirements, so we have a more robust
6  voter education campaign.  Voter ID is central to that
7  campaign, so every communication in this campaign is
8  going to talk about voter ID.  So it's not as if part of
9  the money is going to voter ID and part of it's not.
10 It's part of a bigger picture this year than it was last
11 fall.
12     Q.  And do you have -- or has the budget for voter
13 education been established for any elections after 2014?
14     A.  No.
15     Q.  Do you have plans to increase the budget in
16 2016?
17     A.  I don't know what the legislature is going to
18 do about that.  I don't -- that's down the road.
19     Q.  What does it depend on?
20     A.  It depends on their willingness to give us
21 money.
22     Q.  Okay.  All right.  So the -- back on
23 Exhibit 31, the paid media wrap-up, the second table has
24 to do with cable TV.  How were those markets chosen?
25 Were those also primarily chosen based on impressions?

KEITH INGRAM                                                    4/23/2014

297

1    **A.  Yes.  And again, it's -- it would have been**
2    TKO's expertise and consultation with Alicia Pierce.
3        Q.  And the criteria was more in terms of how many
4    people would be hit and not so much who needed education
5    on voter ID?
6        **A.  The goal of the campaign was to have as wide**
7    **a reach as possible, to have as wide a reach for the**
8    **impressions as possible, yes, sir.**
9        Q.  Okay.  And in -- in the third table, on the
10   print --
11       **A.  Can I -- I'm sorry.**
12       Q.  Sure.
13       **A.  What I would like to add is that when it comes**
14   **to cable TV advertising it can be a much more targeted**
15   **sort of effort, and I don't know which particular cable**
16   **channels are behind these spots, and so it could be that**
17   **there was some consideration given to the particular**
18   **demographic of the audience for a particular channel that**
19   **received one or more of these spots.**
20       Q.  And would there be a document somewhere that
21   would show all those considerations?
22       **A.  TKO should have some sort of sheet showing**
23   **where each individual spot was run.**
24       Q.  Would it show all the considerations that were
25   taken into account in determining that these were the

298

1    best markets?
2        **A.  No.**
3        Q.  Okay.  Switching topics to poll worker
4    training, you stated in prior deposition testimony
5    that -- or earlier today, actually, that local officials
6    are responsible for making sure that the poll workers go
7    through training; is that right?
8        **A.  That's right.**
9        Q.  Okay.  And what are all the materials that
10   the -- or what is the Secretary of State's involvement in
11   developing poll workers' materials?
12       A.  We -- we do -- in 2013 it was kind of a special
13   thing because we were in the midst of implementing the
14   law at the -- at -- on the fly.  And so, you know, in
15   August and September we had local elections in Hidalgo
16   County and Galveston, and so they needed to train their
17   poll workers on photo ID requirements right away, and so
18   we adopted some of the materials that we used for our
19   county election officials seminar in July and made that
20   into poll worker training with regard to photo ID, and we
21   sent those PowerPoints to the counties to use in
22   connection with the rest of their poll worker training
23   process for those local elections.  By the time the poll
24   worker training came around in September for the November
25   election we had completely revamped our on-line poll

299

1    worker training module as well as prepared a complete
2    PowerPoint for poll worker training that counties could
3    use if they didn't want to use our on-line module and --
4    and had made that change throughout all the materials,
5    and so we didn't have a specific photo ID poll worker
6    training piece after that.  We also -- I lost my train of
7    thought.  I'm sorry.  That -- that -- that's basically
8    it.  And the poll worker training that we had, the
9    counties can also add their own stuff to it.  All we have
10   is what the minimum requirement is.
11       Q.  Okay.  And if a county were to add their own
12   stuff to the -- to the training that you provide them, do
13   you review those?
14       A.  Usually, yes, sir.
15       Q.  And do you have to give approval before those
16   are used?
17       A.  I don't know if we have to.  Counties usually
18   ask us to.
19       Q.  Okay.  And you mentioned the on-line poll
20   worker training tool.  When did you say that was
21   finalized?
22       **A.  I don't remember the exact date.  It would have**
23   **been in September of 2013, probably middle to the end of**
24   **the month.**
25       Q.  Okay.  And do you have a sense of what

300

1    percentage of poll workers are trained through that tool?
2        **A.  I would -- I would say a low percent.**
3        Q.  Okay.  And what is the breakdown of the way in
4    which poll workers are trained?
5        **A.  Well, in any given election you could have as**
6    **many as 20,000 poll workers, and we've had 13,000 people**
7    **use the on-line poll worker training tool since it's been**
8    **in effect since 2007, so that tells you right away that**
9    **the numbers percentage-wise of poll workers actually**
10   **being trained with the on-line tool is small.**
11       Q.  Okay.  And you said 20 percent?  I'm sorry.
12   What was --
13       **A.  No.  Every election has probably more than**
14   **20,000 poll workers, and 13,000 have used on-line poll**
15   **worker training since its inception eight years ago.**
16       Q.  Got it.
17       **A.  Seven years ago.**
18       Q.  Okay.  And have you received feedback from
19   election officials or poll workers about the tool?
20       **A.  The feedback that we've received regarding the**
21   **on-line poll worker training tool has been positive for**
22   **the ones who use it.  The reason that it's not used as**
23   **much as we would like is because the county election**
24   **officials like to have in-person training sessions where**
25   **they can interface with the poll workers and, you know,**

301

1  have -- have that feedback loop that I mentioned earlier.
2      Q.  Okay.  Let's mark this document.
3          (Exhibit No. 32 marked)
4      Q.  I'll give you a chance to look through a few
5  pages.
6      A.  Okay.
7      Q.  Okay.  And do you know what this is?
8      A.  This appears to be screen shots from our
9  on-line poll worker training.
10     Q.  Okay.  And do you have the underlying documents
11  that make -- does the Secretary of State keep the
12  underlying documents that make up the on-line poll worker
13  training, the -- the pages?  Are those in your system
14  somewhere?
15     A.  I'm not sure in what form they exist.  I know
16  that Leticia Salazar in my office is the one who has this
17  responsibility and role.  She gets the input from the
18  attorneys about the content, but actually making the
19  changes on here is her province, and I believe that she
20  has this on one of our hard drives that we share in the
21  elections division and that she's got the previous
22  version before photo ID saved as well.
23     Q.  Okay.  And so will you produce those documents
24  if -- if you haven't already?
25          MR. KEISTER:  Counsel, the witness isn't

302

1  going to make agreements on production, but if they
2  haven't been produced, you can certainly request them.
3      Q.  Okay.  Could you flip to the fourth page on
4  here.  Okay.  If I represent to you that this is the --
5  the part of the training that deals with qualifying
6  voters at the polls, does that sound accurate?
7      A.  Well, that's -- that's what the first page of
8  this says.
9      Q.  Okay.  And the date at the bottom right-hand
10  corner, that's yesterday; is that correct?
11     A.  That's what it says.
12     Q.  Okay.  And could you just review the text
13  underneath the title, Step 1:  Voter Registration
14  Certificate?
15     A.  Uh-huh.
16     Q.  Does that seem like an accurate statement of
17  the law?
18     A.  It does not.
19     Q.  What does it say?
20     A.  It says for a voter to present their voter
21  registration certificate as it is preferred.
22     Q.  And could you read the sentence after that?
23     A.  There are eight other acceptable forms of ID.
24     Q.  Okay.  And the -- on that same page, on the
25  sidebar underneath the title, Key Point, do you see that

303

1  the text underneath Key Point?
2      A.  I do.
3      Q.  Okay.  And is that an accurate statement of the
4  law?
5      A.  It is not.
6      Q.  Okay.  And does that basically say the same
7  thing, that -- could you read it out loud, please.
8      A.  Sure.  It says:  Each voter must present a
9  voter registration certificate or one of eight acceptable
10  forms of ID.
11     Q.  Okay.  And neither of those statements are
12  accurate with respect to the -- the voter ID law,
13  correct, currently?
14     A.  That's correct.
15     Q.  Okay.  And you haven't received any feedback
16  from election officials or poll workers about -- about
17  this?
18     A.  We have not.
19     Q.  Okay.
20     A.  What I don't understand is why there's a button
21  that says:  Photo ID now required for voting in Texas.
22  Is there a way for me to get a copy of this and leave
23  with it today?  I don't want to take the exhibit, but I
24  want this.
25     Q.  Yes.  Yes, I'll give you my other copy of it.

304

1          MR. ROSENBERG:  Or we can make another
2  copy.
3      Q.  Okay.  Switching topics again, do you ask
4  counties to keep track of persons who are turned away at
5  the polls?
6      A.  No.
7      Q.  Okay.  So if someone was not provided or if
8  there's no ballot and turned away, you have no way of
9  tracking that?
10     A.  Well, I don't know what you mean by turned
11  away.  They shouldn't be turned away.  They can
12  voluntarily decide to leave and go get an acceptable form
13  of ID and come back.  So if we hear about a voter being
14  turned away we will call that to the county election
15  official's attention and ask them to remedy it with the
16  poll workers.
17     Q.  Okay.  And how would you normally hear of that
18  happening?
19     A.  A voter calls.
20     Q.  Through the hotline that you mentioned earlier?
21     A.  That's right.
22     Q.  How is that hotline advertised?
23     A.  Well, there -- there's information in the
24  polling place.  The notice of ID requirements has the
25  phone number on it.  I don't know.  There's probably

305

1  several other pieces of information inside the polling
2  place posted on the walls that has the phone number on it
3  as well as the voter registration certificate has the
4  phone number on it.
5      Q.  Okay.
6      A.  And if you Google Secretary of State you'll get
7  VoteTexas.Gov or SOS.TX.US.Gov, and both of them have the
8  phone number.
9      Q.  And the phone number, is that a general phone
10  number to the Secretary of State's Office or is this a
11  separate hotline that is advertised separately?
12      A.  No, no, it's -- it's -- it's our phone number.
13      Q.  Okay.
14      A.  The voter hotline is our phone number.
15      Q.  Okay.  One last set of questioning on the
16  mobile EICs.  What factors do you use to determine the
17  hours of the -- for the mobile EIC units?
18      A.  Well, the hours that the building will be open
19  and the hours the DPS is available to operate the
20  equipment.
21      Q.  Anything else?
22      A.  That was for the fall campaign, so I don't --
23  sometimes the counties want extended hours or we'd ask
24  DPS to provide extended hours or we'd make sure that the
25  county used a building that had extended hours available,

306

1  but primarily the drivers of availability were the
2  building being open and DPS being available.
3      Q.  Okay.  So you didn't prioritize weekend hours
4  or weekday evening hours then?
5      A.  No.
6          MR. AGRAHARKAR:  Okay.  If I could just
7  have a moment off the record.
8          (Off the record 4:51 p.m. to 4:52 p.m.)
9          MR. ROSENBERG:  I have a few follow-up
10  questions and then we'll pass the witness.
11          EXAMINATION
12  BY MR. ROSENBERG:
13      Q.  Just going back to the person that
14  Mr. Agraharkar spoke about in terms of whether someone
15  can use a suspended license as one of the SB 14 forms of
16  identification.  Can one use a revoked license?
17      A.  Well, again, I don't know if a revoked license
18  will still be in the driver's possession.  If it is and
19  it's not expired, then yes.
20      Q.  And then just a few follow-ups on the issue of
21  the targeting of blacks -- black voters and Hispanic
22  voters.  Precisely how was that targeting done?
23      A.  That's -- that's one of those situations where
24  we rely upon the expertise of the vendor to -- to make
25  sure that they use appropriate channels to get to those

307

1  voters.
2      Q.  Do you know what they did?
3      A.  I do know that they emphasized community
4  newspapers in African-American communities, that they
5  primarily geared the mobile app and mobile information
6  for Hispanic voters, and then, of course, used
7  advertising on media consumed by those voters.
8      Q.  Do you know what studies or analyses were done
9  as to which forms of media were best to be used for
10  purposes of reaching certain minorities?
11      A.  I don't.  That would be -- that would be within
12  the expertise of Burson or TKO.
13      Q.  And you mentioned polling that was done by
14  Burson.  Do you recall whether the polling results were
15  broken down in terms of the -- how successful the
16  campaign was for different minority groups?
17      A.  I believe that there was demographic
18  information in the poll, yes, sir.  I don't know how
19  the -- how do you call it -- the margin of error might
20  have changed for smaller subgroups within the large
21  group.
22      Q.  Do you know what the results were within the
23  subgroups?
24      A.  I don't.  I don't recall off the top of my
25  head.

308

1      Q.  And who would be the best person to ask those
2  questions of?
3      A.  Burson Marstetter.
4      Q.  Who at Burson Marstetter?
5      A.  I don't know.
6      Q.  Who would know at the Secretary of State?
7      A.  Well, I would whenever my mind's working
8  properly.  I can't remember her name off the top of my
9  head who's our account executive at Burson.
10          MR. ROSENBERG:  Okay.  We pass the
11  witness.
12          EXAMINATION
13  BY MR. ROSS:
14      Q.  Hello, Mr. Ingram.
15      A.  Hello.
16      Q.  How are you?
17      A.  Marvelous.
18      Q.  My name is Deuel Ross.  I'm an attorney with
19  the NAACP Legal Defense Fund.
20      A.  Yes, sir.
21      Q.  And I'm representing the Texas League of Young
22  Voters.  I'm going to talk to you a little bit about the
23  availability of EICs and ask you some follow-up questions
24  about the mobile stations.
25      A.  Okay.

KEITH INGRAM                                                    4/23/2014

309

1     Q.  Can you tell me -- can you walk me through the
2  process of how the locations of the mobile stations for
3  Phase 2 were decided?
4     A.  Sure.  As I -- as I mentioned to Ms. Westfall,
5  there were two sort of driving characteristics of the
6  fall mobile EIC location placement, and number one was
7  where are concentrations of voters that don't match with
8  a DL or a Texas ID in our process and where are wide-open
9  empty spaces away from a driver license office.  So those
10  were the two driving considerations for location of the
11  mobile EIC units in the fall of 2013.
12     Q.  Were there any other factors taken into
13  consideration?
14     A.  I believe that some counties requested the
15  presence of a -- of an election identification
16  certificate mobile station, and so we certainly took
17  those into account if someone requested it.
18     Q.  Do you know who from those counties requested
19  it?
20     A.  I know that Dallas wanted a repeat visit.  I
21  know that Bexar County wanted to make sure that -- that
22  we had a repeat visit to Bexar County.  I don't know of
23  any others off the top of my head.
24     Q.  Would they be the county registrars that
25  requested it or anyone specific?

310

1     A.  Both Dallas and Bexar County have elections
2  administrators, and so it would have been their office.
3     Q.  Did any state-elected officials request that
4  something come?
5     A.  I don't know if we had any state-elected
6  officials.  I'm pretty sure that Representative Turner
7  wanted to make sure that there were some in his district,
8  and we accommodated that.  I don't know of any others
9  that made the specific request to have EIC unit
10  placement.
11     Q.  What about -- I know you mentioned some city
12  officials; I think it was in Trinity.
13     A.  That's right.
14     Q.  Anyone else who --
15     A.  The city manager in Trinity, Buddy Drake,
16  wanted to make sure that we came to Trinity this -- this
17  spring.
18     Q.  And were there any other city officials who
19  requested it?
20     A.  Not that I know of off the top of my head.
21     Q.  Okay.  Did you place any special priority on
22  who was requesting the presence of the mobile stations?
23     A.  No.  We've -- we've had a low enough number of
24  requests that all of them could be accommodated.  We
25  haven't had to prioritize or leave anybody out in the

311

1  cold.
2     Q.  What about people who weren't in government who
3  requested the presence of EICs?
4     A.  There -- we had some interactions with the
5  student government as well as the administration over at
6  Prairie View A&M on an unrelated matter last year, and
7  they wanted to make sure that we had an EIC unit come to
8  Prairie View, and so we accommodated that request.
9     Q.  How did you accommodate that request?
10     A.  By having an election identification
11  certificate come to the Prairie View campus.
12     Q.  Okay.
13     A.  Mobile unit.
14     Q.  Do you know what days it was --
15     A.  I do not.  It was -- it was early on because we
16  knew their request existed early.
17     Q.  Early on like a month maybe?
18     A.  I would say -- yeah, I would say late September
19  or early October.  I don't know for sure though.
20     Q.  Do you know how many days it ended up being?
21     A.  I don't know.  I would have to talk to
22  Robin German.  She was the election administrator for
23  Waller County at the time and she had at least two units
24  to work with, and so I don't know how many days she spent
25  on campus and how many days were elsewhere around the

312

1  county.
2     Q.  Do you know how many days ahead of time
3  Waller County was notified?
4     A.  I don't.
5     Q.  So, sir, going back a little bit to the
6  process, can you explain again what the role of the
7  Secretary of State is in deciding the location of a
8  mobile station?
9     A.  Well, it was our role to -- what we did is the
10  matching process to identify ZIP codes where there were
11  significant numbers of non-matches, so we -- we had that
12  role to play, and then it's also been our role to
13  interface with the county election officials to -- to
14  talk to them about where their voters might benefit from
15  an election identification certificate mobile station,
16  and then once we get locations from the county, to
17  communicate that information to the Department of Public
18  Safety so that they could do their process to make sure
19  it was a sufficient, adequate location for a unit.
20     Q.  Okay.  And so if a -- if a county requested the
21  presence of a unit and DPS disagreed with that location,
22  what role would the Secretary of State play in sort of
23  mediating that?
24     A.  Well, I don't know if you're asking if a county
25  asked for EIC units and DPS refused in general, because

313

1    that never happened.
2        Q.  Well, if they refused for a particular
3    location.
4        A.  Right.  And there was a -- there was a location
5    identified over in East Texas -- I think it was Liberty
6    County, as I mentioned before -- that DPS felt was not
7    suitable, and so we asked the county election
8    administrator to find a backup location, and she did.
9        Q.  Okay.  So if there's a dispute between DPS and
10   your office regarding the location of a -- of a mobile
11   unit, who gets the final say in terms of where the
12   location will be?
13       A.  I don't know.  There -- there never has been
14   such a dispute.
15       Q.  If there were a dispute, do you --
16           MR. KEISTER:  Objection, calls for
17   speculation.
18       A.  Yeah, I just -- I can't imagine that happening.
19       Q.  Are there particular groups of individuals
20   within the Secretary of State's Office who makes -- make
21   decisions about where to locate mobile stations?
22       A.  The -- the team for the fall was myself,
23   Mr. Jackson, and our deputy secretary, Coby Shorter.
24   Currently we have my administration manager, Louri
25   O'Leary, who's heading up that process.

314

1        Q.  And is there -- is there a task force between
2    the Secretary of State and DPS that makes those
3    decisions?
4        A.  Currently the primary point of contact between
5    DPS and Secretary of State is Louri O'Leary, one of my
6    managers.
7        Q.  How were they selected for that position?  How
8    were they selected?  How were the individuals you just
9    mentioned on the Secretary of State's task force selected
10   to join in?
11       A.  Well, last fall Wroe, myself, and the deputy
12   secretary did it because it needed to be done and the
13   time to do it was right now.  We -- the deputy and I
14   talked about having that responsibility shifted to
15   someone else in the office, and so that's -- we felt like
16   Louri is very good at event planning sort of stuff --
17   she's an administrator by nature -- and so that she would
18   be a good person for that role, and we asked Louri to
19   take it on.
20       Q.  So is it fair to characterize it as a sort of
21   ad hoc committee, people -- or you picked folks who you
22   thought would be good to make those decisions or to work
23   on this project?
24       A.  I wouldn't -- I wouldn't call it ad hoc.  I
25   would -- I would characterize it more as adding to one of

315

1    my manager's job description.
2        Q.  Okay.  If we go back to -- I believe it's
3    marked Exhibit 4, the Memorandum of Understanding between
4    DPS and the Secretary of State's Office.
5        A.  Sure.
6        Q.  Would you look at page 2 of that document?
7        A.  Yes, sir.
8        Q.  And do you see the first full paragraph that
9    begins:  Mobile EIC centers?
10       A.  Yes.
11       Q.  Can you read that paragraph, just review it
12   briefly?
13       A.  Sure.  (Reviewing document)  Okay.
14       Q.  Is that your understanding of the Secretary of
15   State's role in deciding the location of EICs?
16       A.  I believe that accurately summarizes our role.
17   I will say that for this -- for this year's effort we've
18   changed that two day to five day.
19       Q.  Okay.  Can you read aloud your -- the portion
20   that you have in your understanding of the Secretary
21   of State's role in that paragraph?
22       A.  Sure.  It says:  Mobile EIC centers will move
23   throughout the state to locations determined by SOS and
24   agreed to by DPS.  SOS will notify DPS in writing of the
25   final location for each mobile EIC center at least two

316

1    full business days in advance of the requested start date
2    of operations at that location.
3        Q.  And your -- your testimony was that it's now
4    five days, correct?
5        A.  That's right.  And I don't know if we've done
6    an official written modification of this MOU, but we
7    definitely have agreed that it's five days and not two
8    now.
9        Q.  So then based on your understanding of this
10   paragraph and the way the process works, the Secretary of
11   State's Office has final authorization about the location
12   of mobile stations?
13       A.  Yeah, I don't think that that's exactly what
14   this says.  What this says is the location is determined
15   by SOS and agreed to by DPS, and that's the way it's
16   worked in practice, that -- that our office has
17   determined where the mobile EIC units should go.  We
18   offered those locations to DPS.  DPS has agreed to almost
19   all of them except one that I can remember off the top of
20   my head.
21       Q.  And that's the Liberty Hill location -- or
22   excuse me -- Liberty location?
23       A.  Liberty County location, right.  And it could
24   be Orange and it could be Hardin.  I just -- it's over in
25   Southeast Texas.

317

1    Q.  And do you know why the location in Liberty was
2  considered unsuitable by DPS?
3    A.  I don't remember exactly what DPS' concern was.
4  I believe that it was that the room was too small, too
5  crowded, and they felt like there needed to be more space
6  for -- for everything to work properly.
7    Q.  Okay.  You previously testified that the
8  Secretary of State's Office used a January 2014 no-match
9  list to determine the location of the Phase 2 mobile
10  stations?
11    A.  No, it was a July 2013 no-match list.
12    Q.  July 2013.  My apologies.  So can you explain
13  the process in which the Secretary of State used that
14  no-match list to determine where mobile stations would be
15  located?
16    A.  Well, as I've described before, there were two
17  drivers for locations for the mobile EIC units in
18  Phase 2; one was rural nature of some parts of Texas, the
19  other was ZIP codes that had a high number of no matches
20  for ID.  And so what we did was roughly split the mobile
21  units, some for taking care of rural voters and some for
22  taking care of concentrations in ZIP codes of
23  non-matches, and then we just worked the list.
24    Q.  Okay.
25        THE REPORTER:  Excuse me, counsel.  Can we

318

1  go off the record for a minute?
2        MR. ROSS:  Okay.
3        MR. KEISTER:  You want to take a break for
4  a couple of minutes?
5        THE REPORTER:  If you don't mind.
6        MR. ROSS:  We can take a few minutes
7  break.
8        (Recess from 5:11 p.m. to 5:15 p.m.)
9  BY MR. ROSS:
10    Q.  You mentioned that in determining where to
11  place EICs -- or excuse me -- mobile stations you
12  primarily looked to whether a location was rural and then
13  whether or not there were ZIP codes with a high number of
14  no matches, people on the no-match list.
15    A.  That's right.
16    Q.  Okay.  And you also mentioned the request from
17  Prairie View was a particular location that -- well, you
18  mentioned Prairie View, right?
19    A.  Right.
20    Q.  Okay.  Is there -- was there any other effort
21  to locate a mobile station near a college?
22    A.  Sure.  One of the mobile units that was pretty
23  consistently in place throughout the period before the
24  November 13 election was at Lone Star College, a junior
25  college campus in Houston, and then the Holman Street

319

1  Baptist Church location was in reasonably close proximity
2  to the University of Houston.  This spring we went to
3  Texas Women's University fulfilling a request, and I'm
4  not sure if we actually went to University of Texas or
5  just talked about it.  But yes.
6    Q.  Okay.  So you mentioned -- what was the women's
7  college?  What was the name of that?
8    A.  Texas Women's University.
9    Q.  And that was in response to a request?
10    A.  That's right.
11    Q.  Do you know who made that request?
12    A.  It was a graduate student and a professor.  I
13  don't remember their names.
14    Q.  Okay.  Do you know how they made that request?
15    A.  In an e-mail to me.
16    Q.  And the location at the University of Houston,
17  how was that request -- or why was that location chosen?
18    A.  Well, the ZIP codes in that proximity were --
19  for Harris County were some of the highest non-match ZIP
20  codes, and so we wanted a location in that area.  The
21  Holman Street Baptist Church is a place that our deputy
22  secretary is familiar with, and they were willing to make
23  their facilities available for an extended period of time
24  for this purpose, and so we were accommodating a local
25  population that was pretty rich in non-matches.  So I

320

1  don't know if they actually needed IDs or not, but that
2  was the -- the primary purpose of the Holman Street
3  Baptist Church location was to accommodate those ZIP
4  codes.  The secondary purpose was it was close to the
5  University of Houston.
6    Q.  Okay.  You said it was there for an extended
7  period of time?
8    A.  That's right.
9    Q.  Do you know how long that was?
10    A.  It was there almost the entire period that EIC
11  units were out and about, from late September to after
12  the election.  I think that the Holman Street unit was
13  used in another county for a few days during that period,
14  but it was back at Holman Street thereafter.
15    Q.  Okay.  And during that period, that couple of
16  months period it sounds like, was the mobile unit
17  stationed there for every day of the week?
18    A.  Workdays, yes, sir.
19    Q.  Workdays.  Was it stationed there after
20  four o'clock?
21    A.  I don't know what the hours were.  I don't
22  believe so.  Maybe 4:30.
23    Q.  Okay.  You also mentioned the West Star
24  University; was that it?  Or excuse me.  I'm sorry.
25  Lone Star.  I'm in Texas.

321

1           MR. ROSS:  Let me strike that question.
2    Q.  The Lone Star --
3    **A.  Lone Star College.**
4    Q.  -- College, yes.
5    **A.  Yes.**
6    Q.  How was the decision to locate a mobile unit
7    made there?
8    **A.  That was -- the location for that was chosen**
9    **with regard to Representative Turner's request.  I**
10   **believe that that location is within his district.**
11   Q.  Okay.  Do you know when that location was open?
12   **A.  It was open the same as the Holman Street,**
13   **almost the entire time.**
14   Q.  Okay.  Do you know the days in which it was
15   open, days of the week?
16   **A.  It would have been Monday through Friday.**
17   Q.  Do you know the hours?
18   **A.  Business hours.  I'm not sure exactly what the**
19   **schedule was.**
20   Q.  After four o'clock?
21   **A.  Maybe to 4:30.**
22   Q.  Okay.  Do you know why those hours were chosen
23   for that location?
24   **A.  DPS availability and the -- and the hours that**
25   **the building was open.**

322

1    Q.  Okay.  You said that you used a -- excuse me --
2    the no-match list in part to determine locations.  Did
3    you rely on any data to determine when people were
4    available in those locations, any -- did the Secretary of
5    State do any studies to determine when people who were on
6    the no-match list were available to go to EICs?
7    **A.  No.**
8    Q.  Or excuse me.  Go to mobile stations?
9    **A.  No.**
10   Q.  You previously testified that Webb County was
11   the only county you're aware of where a mobile unit was
12   run after business hours?
13   **A.  It's my belief that at least Webb County had a**
14   **location that had some extra hours.**
15   Q.  Do you know how that decision was made in
16   Webb County?
17   **A.  They asked for it and we asked DPS for it.**
18   Q.  Okay.  Do you know what DPS' response was?  Do
19   you remember?
20   **A.  I don't remember exactly how it went down.  I**
21   **don't remember if Oscar wanted the locations to be**
22   **extended hours every day and DPS gave him one.  I don't**
23   **remember how that process happened.**
24   Q.  Oscar was --
25   **A.  Oscar Villarreal, the -- the elections**

323

1    administrator in Webb County.
2    Q.  Okay.  Do you know why he asked for the
3    extended hours?
4    **A.  He thought it would be good for his voters.**
5    Q.  Do you know why he thought it would be good for
6    his voters?
7    **A.  I don't.**
8    Q.  Were you involved in that decision to open the
9    office for extended hours, the mobile station?
10   **A.  I was the interface between Webb County and the**
11   **DPS.**
12   Q.  Okay.  Do you know if the Secretary of State's
13   Office supported that effort to open the Webb County
14   mobile station for extended hours?
15   **A.  Sure.**
16        **(Exhibit No. 33 marked)**
17   Q.  Okay.  I'd like to introduce what I marked as
18   Exhibit 31 -- 32.  I'm sorry.
19        THE REPORTER:  There's a 32 also.
20   Q.  Oh, 33.
21        MR. KEISTER:  I suggest we ask the court
22   reporter.
23        THE REPORTER:  33.
24   Q.  Okay.  So looking at Exhibit 31 (sic), can you
25   turn to page 2, which is Bates-stamped number

324

1    TEX 00462498?
2    **A.  Yes, sir.**
3    Q.  In the middle of that page do you see the
4    e-mail from Mr. Jackson to Mr. Rodriguez dated October 2,
5    2013, at 10:24 a.m.?
6    **A.  Yes.**
7    Q.  Can you please review that e-mail?
8    **A.  Certainly.  (Reviewing document)**
9    Q.  So have you had a chance to look at it?
10   **A.  Uh-huh.**
11   Q.  Can you read the line beginning with, Keith
12   has?
13   **A.  Right.**
14   Q.  Can you read it aloud, please.
15   **A.  Thank you.  Keith has already contacted them to**
16   **request the change in hours from 9 to 4 with one day**
17   **available for off-business hours as we discussed.**
18   Q.  Do you remember why you requested that the
19   hours for the mobile station be from 9:00 a.m. to
20   4:00 p.m.?
21   **A.  DPS made that request.**
22   Q.  Well, this says:  Keith has already contacted
23   them to request the change in hours from 9 a.m. to 4 p.m.
24   **A.  Right, because DPS wanted me to make that**
25   **request of the county.**

325

1    Q.  Okay.  And did you oppose that request at all
2  or did you have an opinion on that request to limit the
3  hours from the evening?
4    A.  I don't -- I don't understand your question.
5    Q.  Well, your testimony was that the Webb County
6  elections administrator asked that there be evening hours
7  for the mobile stations; is that correct?
8    A.  That's right.
9    Q.  And your understanding is that DPS opposed
10  evening hours at that time, right?
11    A.  That's right.
12    Q.  But it appears from the e-mail -- and feel free
13  to correct me -- that the Secretary of State's Office
14  requested the change from 9:00 a.m. to 4:00 p.m.
15    A.  I was the point of contact for the counties, so
16  when DPS got the proposed locations from Webb County,
17  they got the proposed hours from Webb County, they did
18  not want to accommodate those locations at those hours
19  and they asked Wroe to ask me to ask the county to modify
20  the hours with one day available for off-business hours,
21  and that's the request that I made to Oscar.
22    Q.  Did the Secretary of State's Office play any
23  role in determining when mobile stations were open, the
24  hours they were open for?
25    A.  I don't know how to answer that question.  We

326

1  wanted as much availability as possible.  DPS was
2  responsible for manning the stations, and there were
3  building constraints for some buildings, so operating in
4  an environment where another agency is supplying the
5  personnel and county or city agencies are running the
6  building, to the extent we had any control over the
7  process, which was very little, we wanted as many hours
8  as possible.
9    (Exhibit No. 34 marked)
10    Q.  Okay.  So I'm going to show you what is marked
11  as Exhibit 34.  Can you read the second e-mail message
12  from the top there?
13    A.  Right.
14    Q.  And who is that e-mail message from?
15    A.  That is me to the Hays County elections
16  administrator.
17    Q.  And what does the e-mail say?
18    A.  Says: Excellent.  The times are basically up
19  to you.  We think business hours are better -- is
20  better -- we think during business hours is better.  A
21  table for the computer printer and a place to plug in for
22  electricity.
23    Q.  Okay.  So why -- why did you think that
24  business hours were better?
25    A.  I didn't.

327

1    Q.  Okay.  Isn't that what the e-mail says, that
2  you thought business hours were better?
3    A.  I'm using -- I'm using we in the sense to
4  encompass us and DPS.  Since DPS is manning the stations,
5  this is DPS' request.
6    Q.  So is it your testimony that you were merely
7  conveying DPS' request for limited hours?
8    A.  That's right.
9    Q.  Okay.
10    A.  But I didn't want -- whenever you're doing
11  something like this -- I don't know if you've got kids,
12  but human beings are human beings, and if they sense any
13  daylight between participants in a program they will
14  exploit that, so there's -- there's no benefit to
15  Joyce Cowan understanding that DPS and I didn't really
16  agree on the hours, so I'm going to tell her we think,
17  because I'm saying we are doing this program, have
18  agreed upon business hours being better.
19    Q.  Okay.  What recourse would the Secretary of
20  State's Office have with -- in an instance where there
21  was a strong disagreement between the Department of
22  Public Safety and your office about the hours of a mobile
23  station?
24    A.  If -- if there was a disagreement and it was
25  incapable of being resolved, I don't know.

328

1    Q.  Does the MOU say anything about it?
2    A.  It does not.  And, you know, sometimes when --
3  well, no, it doesn't.
4    Q.  Okay.  Exhibit 34 was Bates range 462497 to
5  462499.
6    A.  That's Exhibit 33.
7    Q.  Excuse me.  Exhibit 33.  And Exhibit 34 was
8  Bates range 462079 to 4620 -- well, they're all 462079.
9  My apologies.
10    MR. ROSS:  Strike that.
11    Q.  To your knowledge has a mobile station visited
12  every county in Texas?
13    A.  I don't know.  I doubt it.
14    Q.  Do you know why it wouldn't have visited every
15  county in Texas?
16    A.  I guess because we haven't had time to yet.
17    Q.  Okay.  Do you know which counties have not been
18  visited?
19    A.  I do not.
20    Q.  Do you know why particular counties might not
21  have been visited other than not getting around to it?
22    A.  You've got 25 units, you've got 254 counties,
23  and you've got a limited amount of time.
24    Q.  Okay.  Do you know if there are any plans to
25  send mobile stations to counties that have not received

329

1  one in the past?
2      A.  I don't know if that's a particular part of the
3  consideration.  I don't think it is.
4      Q.  You don't know if it's a particular
5  consideration whether or not a county has already been
6  visited?
7      A.  That's right.
8      Q.  Okay.  In those counties that have not been
9  visited by a mobile station does your office know how far
10 the average person has to go to reach a mobile station?
11         MR. KEISTER:  Objection, vague.
12     A.  Yeah, I -- I don't think the metric should be
13 how far someone has to drive to get to a mobile station.
14 I think the metric should be how far does somebody have
15 to drive to get to a driver license office or other
16 available place for an election identification
17 certificate.
18     Q.  Well, based on that metric, has the Secretary
19 of State's Office conducted any studies to determine how
20 far people have to go in order to reach mobile -- or
21 excuse me -- DPS offices?
22     A.  I have received information from the DPS
23 indicating areas of the state that are more than 50 miles
24 away from a driver license office and I have received
25 information from the DPS about places in the state that

330

1  are more than 100 miles away from a DPS office.
2      Q.  And is that information taken into
3  consideration in deciding where to locate a mobile
4  station?
5      A.  Yes.
6      Q.  Has that -- did that come in the form of a
7  report or data set or --
8      A.  You're talking about the information about how
9  far people have to drive?
10     Q.  The information about how far, yes.
11     A.  It was a -- it was visual demonstration with
12 colored places being within 50 miles of a -- of a driver
13 license office and white portions not being within
14 50 miles.
15     Q.  Okay.  Do you know if that information has been
16 produced to the plaintiffs?
17     A.  I have no idea.
18     Q.  Okay.  In general do you know the racial
19 demographics of the counties that have been visited by
20 a mobile station?
21     A.  No.
22     Q.  Do you know the demographics of the counties
23 that have not been visited by a mobile station?
24     A.  No.
25     Q.  The racial demographics.  So you're -- based on

331

1  the no-match list you're aware of particular ZIP codes
2  that have high rates of individuals with no match that
3  appear on that list, right?
4      A.  That's right.
5      Q.  Okay.  Are you aware of the racial demographics
6  of those ZIP codes?
7      A.  No.
8         (Exhibit No. 35 marked)
9      Q.  Okay.  I'm going to introduce one more exhibit.
10 It's number 35 and the Bates number is 461925.
11 Mr. Ingram, are you familiar with this document at all?
12     A.  I think that Janie might have sent this to me.
13     Q.  Okay.  What is it?
14     A.  This is a notice for Val Verde County for where
15 EIC mobile units would be available for the public.
16     Q.  Who is Janie?
17     A.  Janie Ramon is the -- I believe she's the
18 county clerk in Val Verde County.
19     Q.  So was this created -- this was created by
20 Val Verde or who created this document?
21     A.  I believe that -- that this is a Val Verde
22 County created document.
23     Q.  Do you know if the Secretary of State's Office
24 played any role in creating it?
25     A.  We might have.  This might be based on a form

332

1  that we gave counties to use.  I don't know.
2      Q.  Okay.  Did the Secretary of State's Office have
3  a role in deciding to locate a mobile station in
4  Val Verde County?
5      A.  Sure.
6      Q.  To your knowledge how was that decision made?
7      A.  This would have been in the rural voters
8  component.  We were trying to -- most of the places that
9  were far away from a driver license office were in the
10 Rio Grande Valley.  I don't know if you've ever been to
11 Val Verde County, but it's very large, and I wanted to
12 make sure that counties like that had an opportunity to
13 have election identification certificate mobile units.
14     Q.  Do you know the racial demographics of that
15 county?
16     A.  I do not.
17     Q.  Okay.  On which dates does this press release
18 indicate that the mobile stations would be in Val Verde
19 County?
20     A.  Thursday, October 31st and Friday,
21 November 1st.
22     Q.  Do you know how those dates were selected?
23     A.  I don't.  It was -- we were working our way
24 down from El Paso, and that's where we happened to be
25 those two days.

333

1    Q.  Do you know whether there were discussions
2  about operating the Val Verde County mobile station
3  during a weekend?
4    A.  I'm -- I don't believe there were any such
5  discussions, no, sir.
6    Q.  I guess, in general, for how many days a week
7  is a mobile station open at one location?
8    A.  We usually had the mobile stations in a general
9  vicinity for two days, and usually the county liked to
10  move it from one place to another on each day.  Sometimes
11  the county would want it to be at the same location both
12  days.
13    Q.  Why two days?
14    A.  That's just what we put into the schedule.
15    Q.  So there were no discussions about having a
16  mobile station in a location for more than two days?
17    A.  Sure there was.
18    Q.  What sorts of discussions were there?
19    A.  As I mentioned, Harris County had a couple of
20  locations that were almost continuous throughout this
21  period.  Harris County also has 2.8 million registered
22  voters.
23    Q.  So what went into consideration for deciding
24  whether or not to open a mobile station for more than two
25  days?

334

1    A.  How many voters could be helped by it.
2    Q.  Okay.  To your knowledge are mobile stations
3  ever operated on weekends?
4    A.  I don't know if they have been for the spring
5  or not.  Since we've gone to more of an event-driven
6  invitation model the likelihood is pretty high that we're
7  going to have some weekend EIC units.
8    Q.  But you don't know if that's happened in the
9  past?
10    A.  I'm not sure if it's actually happened yet this
11  year or not.  I know it didn't happen last fall.
12    Q.  You know it did not happen last fall?
13    A.  It could have.  Now, I don't want to speak
14  about Phase 3.  There were DPS-operated mobile EIC units
15  in those counties that don't have a driver license
16  office, and they might have had some on weekends in those
17  counties.  I wasn't directly involved in scheduling
18  those, so I don't know.
19    Q.  Okay.  Do you know what counties those might
20  have been that had Saturday mobile stations?
21    A.  No.  It would have been one of the 79 that
22  didn't get the training and the equipment to issue EICs
23  themselves and didn't have a driver license office.
24    Q.  Okay.  Going back --
25    A.  And also, just to clarify, those mobile

335

1  stations that DPS operated in those counties were in
2  place for five days, not two.
3    Q.  And those are the Phase 3 mobile stations?
4    A.  That's right.
5    Q.  Okay.  Was it the Secretary of State's opinion
6  that the rural -- the rural voters in Val Verde County
7  would be able to easily access the mobile station there
8  on weekdays between 9:00 a.m. and 4:00 p.m.?
9    A.  Secretary of State's Office didn't have an
10  opinion in that regard.  We did make it available for
11  folks.
12    Q.  Do you know if efforts were made to advertise
13  the presence of mobile stations in Val Verde County?
14    A.  I'm not sure if Janie did locally.  I know
15  that we would have issued a press release, and I don't
16  know what else she did.
17    Q.  Do you know --
18    A.  I know that she was pretty excited about them
19  coming.
20    Q.  Do you know what efforts the Secretary of
21  State's Office in general does to advertise the location
22  of a mobile station?
23    A.  We will prepare materials that we release
24  directly to the media and we'll also prepare materials
25  for the county to use in their interactions with the

336

1  media.
2    Q.  Is there a budget for advertising mobile
3  stations?
4    A.  In 2013, no.  We do have part of our money
5  reserved this year for EIC unit program.
6    Q.  How much money is that for 2014?
7    A.  It's not -- it's, you know, however much we
8  need, but we've tried to save back a portion of our
9  $2 million.
10    Q.  Do you know what amount that is, about what
11  amount that is?
12    A.  I don't.  300,000 or 400,000.
13    Q.  Okay.  How is that money used, that $300,000
14  or $400,000?
15    A.  It hasn't been used.
16    Q.  Oh, it hasn't been used at all?
17    A.  That's right.
18    Q.  Okay.  Are there plans to use it specifically?
19    A.  If needed, sure.
20    Q.  Do you -- what kinds of plans in general?
21    A.  Well, if we decide that we need to have an
22  extra budget for mobile EIC units, then it would be for
23  everything associated with them, banners, signage,
24  travel, employee expense.  It would be everything
25  associated with the program.

337

1    Q.   Okay.  So the money that you mentioned for --
2  that's budgeted for 2014 is for the mobile stations in
3  general, not for advertising them specifically?
4    A.   Right.
5    Q.   Okay.  And -- and you mentioned that the
6  Secretary of State's Office has model press releases for
7  the mobile locations.
8    A.   Right.
9    Q.   Yeah.  Does the Secretary of State's Office
10  sign off on ads before -- like the Val Verde one before
11  they're sent out by the counties?
12    A.   Not usually, no, sir.
13    Q.   Does the Secretary of State's Office have
14  guidelines for effective advertising of mobile stations?
15    A.   No.
16    Q.   Okay.  Do you know if DPS has a budget for
17  advertising mobile stations?
18    A.   I do not know.
19    Q.   Do you know if any other agency does?
20    A.   I do not.
21    Q.   Okay.  Well, you mentioned the Secretary of
22  State's efforts to reach out to particular groups through
23  the media about the SB 14 voter ID requirement.
24    A.   Right.
25    Q.   Do you know if similar efforts to reach

338

1  particular groups, minorities in particular, were made
2  as --
3        MR. ROSS:  Well, strike that question.
4    Q.   Do you know if the Secretary of State's Office
5  made a particular effort to advertise to minorities the
6  presence of mobile stations in a location?
7    A.   The Secretary of State's Office didn't make
8  advertising efforts with regard to mobile EIC units.
9    Q.   Okay.  To your knowledge how many people were
10  issued EICs by the mobile stations in Val Verde County on
11  October 31st and November 1st of 2013?
12    A.   I do not know.
13    Q.   Do you have an estimate of how many people?
14    A.   I do not.
15    Q.   It was your earlier testimony that the
16  Secretary of State's Office plans to evaluate the
17  effectiveness of the mobile unit program after the 2014
18  November elections?
19    A.   If we're going to do some sort of comprehensive
20  evaluation, that's when it will occur.
21    Q.   Do you know how the Secretary of State's Office
22  might measure the effectiveness of the mobile stations
23  program?
24    A.   Well, I don't -- that's -- that's a difficult
25  question because the effectiveness of it -- the -- the

339

1  purpose is not to get EIC applications, right?  That's
2  the hope for a benefit, but that's not the point.  The
3  point is to make sure that people have the opportunity to
4  get an election identification certificate in close
5  proximity to them if they need it.  We want to make the
6  opportunity available, so metrics on making the
7  opportunity available are a little more amorphous than
8  actual persons who have taken us up on the opportunity.
9    Q.   Okay.  Let me ask you a couple of questions
10  about Phase 3 mobile units.  You previously testified
11  that about 40 counties are participating in Phase 3?
12    A.   No, what I testified to is that there were 40
13  counties involved last I heard.  I believe there's more
14  than that now.
15    Q.   Okay.  And according to your testimony, the
16  decision to locate mobile units in a particular county
17  was based in part on whether a DPS office was in that
18  county?
19    A.   You talking about for Phase 3?
20    Q.   Phase 3, yes.
21    A.   For Phase 3 all of those counties were targeted
22  for mobile EIC units.
23    Q.   All of which counties?
24    A.   All of the 79 counties that don't have a driver
25  license office.

340

1    Q.   Okay.  Did your office take any other factors
2  into consideration when deciding whether to place a
3  Phase 3 mobile station in a particular county?
4    A.   The Phase 3 program is not ours.  We were just
5  a point of contact for the counties for DPS.
6    Q.   Okay.  So the Secretary of State's Office --
7  well, what role did the Secretary of State's Office play
8  in determining the location of a mobile station in
9  Phase 3?
10    A.   None.
11    Q.   None.  Okay.
12        MR. ROSS:  Can we take a really quick
13  break off the record?
14        (Off the record 5:44 p.m. to 5:45 p.m.)
15  BY MR. ROSS:
16    Q.   Are you familiar with roughly how many DPS
17  offices there are in Texas?
18    A.   I -- I -- I don't know.
19    Q.   Okay.  Do you have a sense of where the DPS
20  offices are located in Texas?
21    A.   No.
22    Q.   Not even based on your work on the mobile
23  units?
24    A.   No.  What I know is the coverage area of a
25  particular -- of the DPS offices, but I don't remember on

341

1   that map there being a point where the DPS office
2   actually is. It was just a shading for counties that
3   were within a 50-mile radius and a 100-mile radius of an
4   office, but I don't think it showed the offices. It
5   might have, but I don't think so. It's not something
6   that I would have keyed on at all.
7       Q. Let's go back to one quick question. So you
8   mentioned that MOU, Exhibit 4, that it may have been
9   updated from two to five days notice for DPS and the
10  Secretary of State's Office on the location of a mobile
11  station?
12      A. I think what I said is that we've agreed to
13  extend that to five days. Whether or not it's been
14  formalized or not, I don't think it has.
15      Q. Formalized -- by formalized you mean whether
16  it's in writing somewhere?
17      A. That's right. I mean, I'm sure -- well, I
18  don't know. I mean, I saw Louri's e-mail from earlier
19  mentioning the five-day requirement and I know the
20  five-day requirement has been agreed to by our respective
21  offices.
22      Q. Okay. If it was memorialized in writing do you
23  know if it would have been produced?
24      A. I don't.
25      Q. Okay. If it were not memorialized in writing

342

1   could it be changed based on an understanding between the
2   Secretary of State's Office and DPS, be changed back to a
3   two-day requirement?
4       A. If it were changed it would be to make it
5   longer, not to make it shorter.
6       MR. ROSS: Okay.
7               EXAMINATION
8   BY MS. KORGAONKAR:
9       Q. I just have one very quick question -- I
10  understand it's late in the day -- about the July 2013
11  match that gave you ZIP codes where there's the highest
12  concentration of people who didn't match who may not have
13  an ID.
14      A. Right.
15      Q. Was there any effort made by the Secretary of
16  State's Office to learn anything about those populations
17  within those ZIP codes?
18      A. No.
19      Q. There was no inquiry into, for example, whether
20  those people worked within those ZIP codes?
21      A. No.
22      Q. Or the hours that those people were likely,
23  based on perhaps census data, to have been within those
24  ZIP codes during a weekday?
25      A. No, ma'am.

343

1       MS. KORGAONKAR: Okay. That's all.
2       MR. ROSENBERG: Let's take a short break,
3   and then we can come back for any type of follow-ups.
4       (Recess from 5:47 p.m. to 5:55 p.m.)
5           FURTHER EXAMINATION
6   BY MR. ROSENBERG:
7       Q. We're going to try to do this as expeditiously
8   as possible, Mr. Ingram. Just before the end of the
9   questions you were talking about the metric that you
10  would use for evaluating the success of the mobile -- or
11  of the EIC program, and could you again please tell me
12  what you -- what metric you referenced?
13      A. Sure. It would be easy to say that the program
14  is a success or failure based upon the number of EIC
15  units that are issued for mobile units, but I don't think
16  that that's the best measure of whether or not the
17  program was a success or needs to be repeated. The
18  metric that I would advocate for is how widely available
19  were the EICs made, and the idea being that we would want
20  to make sure that populations of voters and voters who
21  don't live in population centers both had access to an
22  election identification certificate if they needed one.
23      Q. And how would you judge how widely available
24  EICs were made?
25      A. See, that's what I mean. That's a much more

344

1   amorphous metric and that's a very difficult thing to
2   evaluate.
3       Q. Have you given some thought to that?
4       A. No.
5       Q. Have you considered what factors you might take
6   into consideration?
7       A. No.
8       Q. Did the state have a contract with any vendor
9   or marketing agency to provide a statewide voter
10  education program from June 25, 2013, to the end of 2013?
11      A. We had a statewide voter education campaign
12  that was in place toward the end of the year, but not
13  from June 25th on.
14      Q. Do you know when in 2013 it began?
15      A. I believe it was in September.
16      Q. Was that pursuant to an RFP?
17      A. It was not.
18      Q. Who was the vendor?
19      A. We did an emergency procurement with TKO since
20  they were involved in our voter education campaign in
21  2012 and were familiar with the requirements of that RFP,
22  which included voter ID education.
23      Q. How much did it cost?
24      A. We allocated 400,000 to the -- to the effort.
25      Q. And do you know what it covered?

345

1    A.  As much as we could cover for 400,000.  It
2  covered -- it covered --
3    Q.  You and I would spend it quite differently.
4    A.  Yeah, exactly.  It covered paid media,
5  advertising on cable TV and newspapers and radio, and it
6  also covered visits by the secretary -- at that time it
7  was Secretary of State Steen -- to election officials
8  across the state to gather earned media.
9    Q.  And was TKO responsible for placing the ads on
10  radio and television, newspaper, all of that?
11    A.  They were.
12    Q.  On the Burson Marsteller contract, was that
13  pursuant to a public bid?
14    A.  It was.
15    Q.  And have those bidding materials been produced
16  in connection with this litigation; do you know?
17    A.  I don't know.
18    Q.  What was the budget for that?
19    A.  Two million.
20    Q.  And there was a contract, I assume?
21    A.  Yes.
22    Q.  And do you know if that's been produced?
23    A.  I don't.  I believe the contract is for
24  1.675 million.
25    Q.  And the 2 million comes from -- or the

346

1  difference between the 2 million and 1.675 comes from?
2    A.  The money that we've held back if we need it
3  for EIC mobile unit program.
4    Q.  What, to your knowledge, has been the
5  participation of anyone in the Governor's Office in the
6  implementation of SB 14?
7    A.  I don't know what all the governor has done
8  with regard to the implementation of SB 14.  The
9  Governor's Office and MacGregor Stephenson has worked
10  with us on mobile EIC units.  We've talked to, you know,
11  people in the Governor's Office about implementation of
12  the voter ID list to make sure that we were communicating
13  with all the stakeholders about the list of acceptable
14  IDs as we interpreted it.
15    Q.  Anything else?
16    A.  I don't -- I can't think of anything else off
17  the top of my head.
18    Q.  What was the specific participation of the
19  Governor's Office in connection with the mobile EIC
20  units?  What was -- what recommendations did it make?
21            MR. KEISTER:  To the extent that that
22  involves any attorney-client communications or
23  deliberative process communications, I'm going to
24  instruct you not to answer, but if you can give him
25  the --

347

1    A.  I'm not sure exactly how to answer that
2  question.  They -- they were -- I don't want to violate
3  my attorney's instruction.
4    Q.  Well, let's see if we can parse it just a bit.
5  I think your attorney -- well, which part of your
6  attorney's instruction are you concerned about violating?
7    A.  Deliberative privilege and attorney-client
8  privilege.
9    Q.  What attorney was involved in -- what attorney
10  communications are involved in your answer?  When I say
11  what attorney, I mean the identity of the attorney.
12            MR. KEISTER:  Don't answer that question.
13            MR. ROSENBERG:  Then how can we tell
14  whether the attorney-client privilege applies?
15            MR. KEISTER:  Well, it's the
16  attorney-client privilege because the attorney-client --
17  the attorneys were involved in it, and we're not going to
18  get into those discussions and argue and -- I mean, you
19  can ask him anything that has to do with the -- you know,
20  with the ultimate decisions or work that the governor put
21  into it, but going into the deliberations behind it and
22  any possible attorney-client communications, who, when,
23  what, and where, I'm going to instruct him not to answer.
24            MR. ROSENBERG:  And the only reason I'm
25  just a little puzzled is because my questions have to do

348

1  with communications between the Governor's Office and --
2            MR. KEISTER:  The Governor's Office is a
3  defendant in this case as is the Secretary of State and
4  as is DPS.
5            MR. ROSENBERG:  Well, then let me back up
6  and ask these questions.
7  BY MR. ROSENBERG:
8    Q.  Have you had any communications with anyone
9  from the Governor's Office concerning the implementation
10  of SB 14?
11    A.  Yes.
12    Q.  With whom did you have such communications?
13    A.  I've talked to MacGregor Stephenson and I've
14  talked to Cathy Walt.  I don't know if I've talked to
15  anybody else.
16    Q.  And what subject areas did you discuss with
17  MacGregor Stephenson concerning the implementation of
18  SB 14?
19            MR. KEISTER:  Without going into the
20  details.  You can tell the subject matters, but not the
21  underlying conversations.
22    A.  The subject matters that I've spoken to the
23  Governor's Office about were our interpretation of the
24  list of photo IDs and mobile EIC unit program.
25    Q.  And when you say your interpretation of the

349

1  list of photo IDs, what do you mean by your
2  interpretation of the list?
3      **A.  The information that I went through with**
4  **Ms. Westfall about the specific forms that we believe a**
5  **military ID takes, the specific forms that a certificate**
6  **of citizenship takes, that sort of thing.**
7      Q.  And did the Governor's Office provide its
8  opinion on any of those issues?
9      **A.  They agreed with our interpretation.**
10     Q.  Now, the second area that you said you
11  discussed was the mobile EIC units.  With whom did you
12  have discussions concerning mobile EIC units?
13     **A.  MacGregor Stephenson and Cathy Walt in the**
14  **Governor's Office, if that's what we're talking about.**
15     Q.  And which issues relating to the mobile EIC
16  units did you discuss?
17     **A.  We -- we discussed with them whether to do the**
18  **program or not.**
19     Q.  Did the Governor's Office provide its opinion
20  and recommendation to you on that issue?
21     **A.  Yes.**
22     Q.  And what was it?
23         MR. KEISTER:  Once again, in terms of any
24  communications that are deliberative, I'm going to
25  instruct you not to answer based on deliberative process.

350

1  He can give you the ultimate implementation decision, you
2  know, but in terms of giving the discussions I'm going to
3  instruct him not to answer.
4      **A.  They strongly supported the effort.**
5      Q.  Did you have discussions with anyone in the
6  Governor's Office concerning any locations of the mobile
7  EIC units?
8      **A.  I don't believe so.**
9      Q.  Do you know if anyone in your office did?
10     **A.  I don't believe so.**
11     Q.  Do you know if anyone in your office other than
12  yourself had discussions with anyone in the Governor's
13  Office concerning implementation of SB 14?
14     **A.  Yes.**
15     Q.  And who was that?
16     **A.  Our general counsel, Wroe Jackson, and our**
17  **deputy secretary of state, Coby Shorter, as well as**
18  **Secretary Steen.**
19     Q.  And were you privy to those discussions?
20     **A.  I was privy to the ones that I was privy to.**
21  **I don't know if I was privy to all of them.**
22     Q.  Were you aware of what the subject matters are
23  of the discussions where you were not privy?
24     **A.  I don't know what I don't know.**
25     Q.  Meaning did they tell you after the

351

1  discussions?
2      **A.  I think that our -- our discussions with the**
3  **Governor's Office regarding the implementation of photo**
4  **ID centered around the interpretation of the secretary's**
5  **office about the list of acceptable IDs and the mobile**
6  **EIC unit program.**
7      Q.  So other than those two issues, as far as
8  you're aware no one in your office had discussions with
9  anyone in the Governor's Office concerning the
10  implementation of SB 14?
11     **A.  We could have.  I'm not sure about this, but**
12  **our office could have communicated with the Governor's**
13  **Office about voter education in the fall of 2013 and**
14  **funds to pay for that effort.**
15     Q.  And when you say you could have, you mean you
16  think you might have or you --
17     **A.  I don't know what if that was the case or not.  If**
18  **it was, it would have been communication with**
19  **Mike Morrissey in the Governor's Office.**
20     Q.  And who would have had that communication?
21     **A.  Mr. Jackson and Mr. Shorter.**
22     Q.  One last question I have -- I don't know if
23  anyone else has any follow-up.  In your -- in your view,
24  in the construction of SB 14, the education program that
25  is mandated by the statute, does it specifically mandate

352

1  that you focus on photo ID in terms of the education or
2  voter -- voter -- voter ID generally with photo ID kind
3  of folded into it?
4      **A.  I don't know.**
5      Q.  Or something else?
6      **A.  No, I'd have to -- I'd have to read the bill to**
7  **see what it says.  But the -- the bill set aside a**
8  **particular pot of money, and that is money from the**
9  **federal government under the Help America Vote Act.  In**
10  **setting aside that particular pot of money it comes with**
11  **its built-in set of constraints, and so regardless of**
12  **what the legislature said and the words that they used**
13  **with regard to that $2 million, it can't overcome the**
14  **regulations associated with spending federal money on a**
15  **voter education program, so we have endeavored in our**
16  **office in putting this program together to have a program**
17  **that very much emphasizes voter ID education as directed**
18  **by the legislature while accommodating the requirements**
19  **on the use of the money by the federal government.**
20         MR. ROSENBERG:  I'll pass to whomever else
21  wants to ask a question or two.
22             FURTHER EXAMINATION
23  BY MR. BARON:
24     Q.  Keith, just on that same topic -- I'll just
25  speak loud.  So the 1.675 million on the

353

1 Burson Marsteller contract, that's the HAVA money?
2     **A. That's right.**
3     Q. And so that contract, whatever it says, is
4 going to have expenditures in compliance with HAVA?
5     **A. That's right.**
6     Q. Whether that be photo ID education or a mix of
7 general voter education and photo ID education?
8     **A. It is going to be compliant with HAVA, yes,**
9 **sir.**
10     Q. And you said you would just have to read the
11 bill, so in terms of the statutory requirement to conduct
12 a statewide voter ID education plan, you're not sure
13 today whether that allows you to conduct a general voter
14 education plan with a statewide voter ID as a component
15 or whether it would cause you to conduct a separate
16 stand-alone photo ID education plan?
17     **A. And what I'm trying to communicate to both you**
18 **and Mr. Rosenberg is that that is a distinction that is**
19 **not a difference at all. There is -- there is -- there**
20 **is -- we have completely complied with what the**
21 **legislature wanted us to do with regard to this money and**
22 **we are completely compliant with what the federal**
23 **government expects us to do with this money and we don't**
24 **see that there's any incompatibility, inconsistency, or**
25 **other problem with doing what we're doing the way that we**

354

1 **are doing it. We are both implementing what the**
2 **legislature wanted us to do with this money as well as**
3 **complying with the federal requirements associated**
4 **therewith. There is not any daylight between those two**
5 **things.**
6     Q. Fair enough. All we're trying to do -- all I'm
7 trying to do is find out what was spent on photo ID and
8 what was spent on other aspects of it. And the contract,
9 I take it, will provide the answer to that?
10     **A. I don't know if the contract talks about that.**
11 **The contract talks about a voter education campaign where**
12 **voter ID is the centerpiece.**
13     MR. BARON: Okay. Pass the witness.
14     MR. ROSENBERG: We're done.
15     THE REPORTER: Are there any stipulations,
16 any more information for the record at all?
17     MR. ROSENBERG: Usual stips.
18     MR. KEISTER: Yeah. Reserve our questions
19 for time of trial.
20     THE REPORTER: Okay. We're off the record
21 at 6:13.
22     (Deposition concluded at 6:13 p.m.)
23     (According to Federal Rule 30(e)(1)
24     Deponent or party must request read and
25     sign before the deposition is completed.

355

1     Since this was not done, signature is
2 considered waived for this transcript.)

356

1     IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF TEXAS
2         CORPUS CHRISTI DIVISION
3   MARC VEASEY, et al.,    )
                            )
4     Plaintiffs,           )
                            ) CIVIL ACTION NUMBER
5   v.                      ) 2:13-cv-193(NGR)
                            )
6   RICK PERRY, et al.,     )
                            )
7     Defendants.           )
8
      REPORTERS CERTIFICATION
9     DEPOSITION OF KEITH INGRAM
      APRIL 23, 2014
10
11     I, TEENA L. HARMON-DAVIS, a Certified Shorthand
12 Reporter in and for the State of Texas, hereby certify to
13 the following:
14     That the witness, KEITH INGRAM, was duly sworn by me
15 and that this transcript of the oral deposition is a true
16 record of the testimony given by the witness;
17     That examination and signature of the witness to the
18 deposition transcript was waived pursuant to Federal Rule
19 30(e)(1);
20     That the original deposition was delivered to
21 Ms. Elizabeth Westfall;
22     That the amount of time used by each party at the
23 deposition is as follows:
24     Ms. Westfall - 3 hours:39 minutes
25     Mr. Baron - 1 hour:21 minutes

357

1       Mr. Brazil - 0 hours:35 minutes
2       Mr. Agraharkar - 0 hours:48 minutes
3       Mr. Rosenberg - 0 hours:15 minutes
4       Mr. Ross - 0 hours:48 minutes
5       Ms. Korgaonkar - 0 hours:01 minutes
6          I further Certify that I am neither counsel for,
7     related to, nor employed by any of the parties or
8     attorneys in the action in which this proceeding was
9     taken, and further that I am not financially or otherwise
10    interested in the outcome of the action.
11         Certified to by me on this, the 25th day of April,
12    2014.
13
14
15                    
                      _____
16                    TEENA L. HARMON-DAV...
                      Texas CSR No. 4900
                      Expires:  December 31, 2014
17
                      U.S. LEGAL SUPPORT, INC.
18                    Texas CRCB No. 341
                      Austin Centre
19                    701 Brazos, Suite 380
                      Austin, Texas  78701
20                    (512) 292-4249 or (800) 734-4995
21
22
23
24
25

## A

**ability** 14:1 47:11,23
49:4 57:14 104:6
223:16 229:20
291:17
**able** 66:4 86:1 99:19
100:2 106:3 108:5
209:13 227:2
286:25 335:7
**abovestyled** 1:16
**absolutely** 54:17,20
55:10 207:4 234:6
269:7
**accept** 48:1 100:17
110:8 157:4 199:23
**acceptable** 54:1
117:18,22 141:6
142:9 149:8 150:16
151:1 160:1,7
162:17 219:14
238:11 239:6
274:19 275:5,6,7,24
295:8 302:23 303:9
304:12 346:13
351:5
**acceptance** 102:8
**accepted** 88:1 95:13
101:23,23,25
128:17 144:7
162:13 241:25
242:22
**acces** 73:17
**access** 24:15 68:1
73:14 207:13 220:2
220:14 225:7
244:20 245:15
246:14 247:21
249:9 285:5 335:7
343:21
**accessible** 79:11
**accommodate** 13:19
186:21 311:9 320:3
325:18
**accommodated**
310:8,24 311:8

**accommodating**
319:24 352:18
**accomplishing** 65:8
**account** 297:25 308:9
309:17
**accounts** 265:2
**accuracy** 227:7
**accurate** 118:20,21
118:22 119:13
122:16 131:24
132:1 141:13,15
147:10 234:5 248:1
302:6,16 303:3,12
**accurately** 13:8
185:11 315:16
**act** 88:13 151:16
256:24 258:18
280:18 290:6
295:15 352:9
**acted** 181:13
**action** 1:5 93:8
205:21 356:4 357:8
357:10
**active** 20:4 154:17,18
184:2 209:16
255:24
**activities** 77:25
**activity** 248:20
**actual** 21:12 26:20,24
38:6 60:22 123:12
152:13 183:15,19
221:23 260:18
286:9 339:8
**ad** 284:21 286:4
314:21,24
**add** 120:17 222:24
245:19,20 297:13
299:9,11
**added** 245:19
**adding** 314:25
**addition** 128:8 129:3
201:18 208:16
259:5
**additional** 32:17 40:3
66:11,14,16,17

166:12 210:19
271:18
**address** 188:5 219:5
223:20 226:7
229:20 231:6 235:4
235:11 246:8
248:19 254:18
262:25
**addressed** 210:6
219:4 291:14
**addresses** 235:8
**adequate** 80:22,23,25
81:4,6,13 104:1
107:4 138:22
139:25 242:11
312:19
**adjusted** 224:7
225:18
**adjusting** 224:5
**administer** 110:18
190:8 198:23
202:21
**administering** 31:25
189:3
**administration** 97:15
148:9,9,16,18 157:3
157:6 185:7,12,17
202:25 205:5
208:23 214:10,12
219:10 311:5
313:24
**administrations**
186:9
**administrative** 6:3
16:9 192:21 274:6
**administrator** 70:2
75:6 145:15,21
197:19 211:17
214:14,25 215:3
279:20 311:22
313:8 314:17 323:1
325:6 326:16
**administrators**
214:23 232:18
253:22 310:2

**admission** 173:3
**admissions** 16:17
**adopt** 223:7,16
**adopted** 16:24
192:21,24 193:1,3
221:4,11 298:16
**adopters** 87:19
**adoption** 16:25
**ads** 282:25 286:9
337:10 345:9
**advance** 15:12 16:6
58:3 71:24 72:7
80:14 88:22 108:2
112:15 126:4,7
129:18 132:10
136:11 137:3
170:23 173:5 216:6
236:25 237:5,9
316:1
**advanced** 80:17 82:6
**advantage** 201:17
**advent** 187:3
**advertise** 335:12,21
338:5
**advertised** 304:22
305:11
**advertisements**
275:23 284:11
286:21
**advertising** 262:19
265:11 293:20
295:8 297:14 307:7
336:2 337:3,14,17
338:8 345:5
**advice** 31:9 32:5
115:2 156:24
**advise** 27:19 31:17
31:19 157:3 161:11
**advisories** 16:11
147:12 192:4
233:18
**advisory** 146:22,24
147:2,3,5,9 151:10
151:13 153:14
218:24 219:12,23

KEITH INGRAM                                      4/23/2014

2

**advocate** 343:18
**affair** 162:10,17
**affairs** 219:10
**affect** 14:1 288:14
**affidavit** 210:2
  220:16,18 221:15
  221:23 222:4,5,17
  223:3 224:6,8,9
  240:10 243:15
  244:3 271:21
**affidavits** 206:15
  243:14,23
**affirm** 11:13
**affirmatively** 255:2
**afford** 257:18
**afraid** 39:16 209:12
  276:15
**africanamerican**
  273:18 293:10
  294:3 307:4
**afternoon** 108:12
  191:12 273:11
**age** 293:16
**agencies** 83:8 245:5
  272:6 278:8,16
  280:17 281:6,12
  326:5
**agency** 36:19,20 46:3
  190:1,2 191:25
  204:14 245:3
  280:25 281:15
  290:5,11 294:25
  326:4 337:19 344:9
**agencys** 164:6
**ago** 193:4 225:2
  300:15,17
**agraharkar** 2:19,21
  5:9 10:25,25 273:10
  273:12 276:15,19
  306:6,14 357:2
**agree** 117:8,12
  137:21 155:24
  173:16 195:22
  202:24 213:7
  272:20 327:16

**agreed** 37:23 47:25
  59:8 81:16 86:25
  104:24 112:24
  315:24 316:7,15,18
  327:18 341:12,20
  349:9
**agreement** 48:5 59:4
  59:6,21 60:4,9,9
  84:7,14 85:4,13
  86:1,5 97:7 196:14
**agreements** 87:10
  302:1
**ahead** 253:8 312:2
**aid** 3:13 11:3
**aint** 56:6
**al** 1:3,6 356:3,6
**alabama** 264:9
**alicia** 262:24 277:22
  287:7,11,13 297:2
**alive** 183:21 256:6
**alleviated** 89:18,19
**allocated** 344:24
**allow** 81:18 223:1
  232:8
**allowed** 218:8 235:3
  236:16,18,20,22
  240:5
**allows** 84:9 353:13
**alluding** 110:21
**aloud** 315:19 324:14
**alpha** 62:15
**alternate** 70:11
**amazingly** 293:24
**amend** 231:20 232:13
**amended** 5:20 15:2
  119:19 193:6
**amendment** 33:2
  54:6 193:1 201:15
  215:14,15 257:23
  290:8
**amendments** 258:10
**america** 1:16 2:3
  290:6 295:15 352:9
**american** 258:18
**americas** 2:20

**amorphous** 339:7
  344:1
**amount** 80:20 82:20
  193:10 265:7,9
  296:2 328:23
  336:10,11 356:22
**analyses** 67:2 169:6
  176:16,20,25 307:8
**analysis** 69:6 170:4
  171:10,20 173:13
  174:15,18 175:20
  176:15,23 177:3,23
  203:4 217:23,24
  241:6 256:21,25
  257:9,13,20 258:3
  258:11 259:11
  270:8,24,25
**analyzation** 243:24
**analyze** 204:7 210:21
  258:6
**analyzed** 206:14
  212:13 256:16
  259:12,15 273:16
**analyzing** 203:25
**anecdotal** 217:21
  218:17
**anglo** 14:20 273:18
**ann** 8:3 16:19,23 17:1
  168:21 171:2
  172:16 174:3 213:2
**announcement**
  132:13
**annual** 252:13 260:3
  269:15
**answer** 13:12,20 26:7
  31:20 32:9,15 37:15
  38:13 39:1 43:2
  49:10,13 50:18,20
  51:3,4 61:4,5,8,17
  62:23 64:11,22
  116:3 141:3,25
  146:19 159:4
  168:22,25 172:12
  172:17,20 179:15
  180:6 189:19 190:7

203:19 204:17
  206:9 207:22
  208:15,18 228:19
  231:20 232:2,12,14
  233:3,14 238:14
  249:22 251:7 256:1
  259:6 263:7,8
  277:14 287:14
  325:25 346:24
  347:1,10,12,23
  349:25 350:3 354:9
**answered** 123:21
  137:12 141:22
  165:19 190:11
  241:5
**answering** 204:18,20
  209:6 228:17
**answers** 17:14 55:1
  147:13 190:13
  226:19 230:23
  231:9,23 232:25
  235:15 266:21
**anticipate** 161:17
**anticipated** 252:21
**antonio** 3:19
**anybody** 54:10
  168:24 172:14,15
  180:3 198:22 214:3
  236:22 242:6 251:6
  259:15 261:4
  310:25 348:15
**anybodys** 254:12
  263:5
**anymore** 55:14 222:2
**anyplace** 23:12
**anyway** 50:2 80:8
  122:4 203:20
  281:24
**apart** 36:24 89:2
**apologies** 136:25
  317:12 328:9
**app** 307:5
**apparently** 104:24
**appeal** 196:25 200:22
**appear** 104:23

147:18 184:14,17
184:19,21 187:6,7,8
187:9,10,11 226:6,8
226:9 331:3
**appearances** 3:1 4:1
5:3 10:9
**appeared** 103:25
**appears** 17:14 106:14
150:1 301:8 325:12
**applicant** 33:14 35:3
35:9 42:11 44:12
**applicants** 31:8 33:22
35:16 37:5,8,13
38:18 40:16,25 41:7
41:18 42:24 43:6,10
43:18,24 44:3 84:10
188:20
**application** 29:7,22
33:14 43:19 142:17
144:15,16 149:4
151:8,18 192:9,17
234:24 245:11
248:11,12
**applications** 42:10
44:6,11 119:22
125:4 140:10,13,14
140:17 141:12
142:5,7,15,21,24
143:1 152:11 189:6
339:1
**applied** 153:16
155:20 213:10
**applies** 151:23
152:16 235:14
347:14
**apply** 154:12 188:22
**applying** 35:22 40:8
125:13 156:20
**appointed** 198:4
**appreciate** 117:24
**appreciated** 114:19
116:22
**appropriate** 61:14
128:1 190:15
306:25

**appropriately** 61:15
**approval** 108:3
299:15
**approve** 223:4
**approved** 109:24
**approximate** 10:6
**approximately** 25:16
31:15
**april** 1:12,17 10:5
136:22 193:6
281:23 356:9
357:11
**arbitrary** 67:12,13
**archived** 164:22
**archives** 164:1
**area** 74:8 75:20 82:9
208:14 236:22
249:23 258:20
263:4 319:20
340:24 349:10
**areas** 39:3 67:20,22
70:17 73:21 82:7
329:23 348:16
**arent** 21:15 201:25
222:2 236:10
241:22
**argue** 347:18
**arguing** 269:2,23
**argument** 214:21
**arrangement** 47:21
**arrest** 43:19 44:12
**arrival** 103:10
**arrived** 222:1,3
265:2,6
**arsenal** 218:25
253:16
**art** 286:3
**article** 202:1
**aside** 29:15 95:21
179:25 352:7,10
**asked** 7:18 22:4,6,12
30:13 55:3 133:15
141:21 146:18,19
149:14 158:3
166:20 190:9

211:11 222:14
250:20 257:20
258:10 260:21,24
293:2 312:25 313:7
314:18 322:17,17
323:2 325:6,19
**asking** 20:8,9,10
30:14 32:3 38:20,21
38:23 40:10,11
50:21 61:9,10,12
64:18 121:19,22
129:15 133:24
141:24 161:13
195:14 207:23
218:2 227:21
273:13 312:24
**asks** 15:10 133:9
**aspect** 25:2 96:21
243:9 258:9 260:22
**aspects** 97:14 260:12
354:8
**assemble** 163:9
**assembled** 290:5
**asserted** 61:15
**assertion** 90:23
**assessed** 156:18
**assessment** 117:8,12
122:17,21 135:18
135:21 140:19
141:19,23 142:1
156:24
**assessor** 214:6
**assessorcollector**
113:18 145:11
214:17
**assessorcollectors**
279:21
**assist** 17:16 97:1
125:13,19 126:1
190:4 192:8 228:20
229:21 231:7
233:10 235:21
268:3 270:6,24
280:19
**assistance** 97:6

189:25 190:6 192:2
242:14,15 264:21
265:14 267:23,24
287:19
**assisted** 228:17
**associated** 22:3 24:2
29:11 52:21,23
257:5 336:23,25
352:14 354:3
**associates** 3:18 15:17
**association** 3:16
251:17 253:23
263:16
**assume** 238:23
345:20
**assuming** 61:14
117:1 121:13
122:15 276:4
283:22 284:2
**assumption** 272:20
**assurance** 227:14
**attached** 1:23 93:6
173:2
**attempt** 274:16
**attempted** 177:8
**attend** 104:14,18
**attention** 34:13,21
60:1 80:10 93:22
95:17 111:8 125:3
261:2 283:24
304:15
**attestation** 223:2
**attesting** 222:10
**attorney** 3:23 15:17
165:7,11,12 291:25
308:18 347:5,9,9,11
347:11
**attorneyclient** 50:19
61:8 165:12 179:11
346:22 347:7,14,16
347:16,22
**attorneys** 50:22
163:7,20 301:18
347:3,6,17 357:8
**audience** 284:17

KEITH INGRAM                                    4/23/2014

286:5,11 297:18
**august** 32:19 34:1,8
  38:5,8 169:15 181:8
  215:25 226:23
  270:1 298:15
**austin** 1:21 3:14,24
  4:4,12 10:5,8 175:9
  252:14 357:18,19
**author** 133:6
**authored** 17:3
**authority** 223:7,10
  224:22 240:13
  246:18,21
**authorization** 316:11
**authorized** 198:22
**automatic** 182:13
**automatically** 182:10
  182:24 231:14
  250:21
**availability** 27:20
  57:6 69:17 81:8,20
  95:24 104:2 127:3
  130:12 201:18
  306:1 308:23
  321:24 326:1
**available** 28:22 59:18
  65:9 66:15,16 79:2
  97:13 104:17 109:2
  109:16 121:16,24
  121:25 126:21
  128:21 141:5,19
  142:8 143:3 145:20
  201:16 204:24,25
  207:17 231:4 233:9
  235:24 245:23
  250:22 268:3 293:5
  294:11 305:19,25
  306:2 319:23 322:4
  322:6 324:17
  325:20 329:16
  331:15 335:10
  339:6,7 343:18,23
**avenue** 2:6,20 3:9
**avenues** 50:14,23
**average** 329:10

**aware** 33:13,19,21
  44:1,15,23,24 48:16
  59:12,16 79:1 84:19
  97:19 98:1 102:10
  103:11 110:20
  111:4 125:11
  135:13 145:20
  156:23 161:15
  169:17 170:25
  176:16 177:6,17
  178:14,15 179:3
  186:11 189:13,13
  202:13 243:8 273:4
  283:13 322:11
  331:1,5 350:22
  351:8
**awareness** 104:6

---
**B**
---

**back** 32:10 55:21
  63:16 64:2 72:11
  78:17 80:10 91:12
  94:25 95:17 97:19
  104:20,21 105:21
  106:4 115:14,21
  119:19 125:3 174:9
  192:23 195:13,20
  200:14 207:25
  211:19 233:1
  237:20 248:16
  264:4 281:25 293:7
  296:22 304:13
  306:13 312:5 315:2
  320:14 334:24
  336:8 341:7 342:2
  343:3 346:2 348:5
**background** 42:19,20
  42:24 43:6,8,11,20
  43:22,23 44:2
**backup** 313:8
**ballot** 17:7 150:5
  152:25 153:5,12
  184:13 188:14,16
  199:21,21,24 200:5
  200:10 201:2,3

205:22 206:6
  218:16 237:23
  238:1,3,5,9 239:4,5
  240:22,23 241:22
  242:5,13 243:19,21
  304:8
**ballots** 16:8 203:25
  204:4 206:16,20
  210:22,23 211:3,25
  212:7,17 218:1
  238:6,8 241:10,10
  241:15,19,23,25
  242:4,8,18,20 243:7
  243:11,12 259:13
  259:16
**ballpark** 20:7,15
  172:2
**bang** 287:21
**bank** 207:9
**banners** 336:23
**baptist** 74:4 319:1,21
  320:3
**baron** 2:10,10 5:6,8
  5:14 11:5,5 64:12
  64:25 191:11,13
  204:15 206:11
  210:1,2,17,17
  225:25 232:3
  237:11 265:24
  266:2,20 269:12,18
  272:24 273:5
  352:23 354:13
  356:25
**based** 56:15,20 61:8
  68:9,9,9 69:6
  119:10,14 123:3
  140:9,10,14 141:18
  157:21 159:3 175:7
  176:5 177:13 200:9
  218:17,18 243:21
  283:5 296:25 316:9
  329:18 330:25
  331:25 339:17
  340:22 342:1,23
  343:14 349:25

**bases** 123:5
**bashful** 217:11
**basically** 198:22
  299:7 303:6 326:18
**basis** 30:12 32:25
  33:1 36:12 47:12,23
  52:4 53:21 56:4
  68:7,15 72:5 75:12
  77:24 85:15,16
  89:13 99:13 100:22
  118:21 123:8
  179:14 278:22
**batch** 245:21 248:25
  249:10
**bates** 328:4,8 331:10
**batesstamped** 323:25
**bear** 138:4 167:12
  281:2
**beaumont** 288:23
**becky** 145:20
**began** 34:6 75:25
  76:23,24 122:9
  178:9 344:14
**beginning** 49:15
  62:14 122:12
  137:24 324:11
**begins** 315:9
**begun** 87:6
**behalf** 41:21
**beholder** 194:14
**beings** 327:12,12
**belief** 32:22 52:4 55:5
  148:12 176:2,5
  205:13,14 218:7
  322:13
**believe** 15:15,19 18:5
  18:23 19:1,23 20:22
  22:6 26:1 29:3,13
  30:14 33:24 40:4,18
  40:18 43:21,23
  45:18 47:25 52:1
  53:9 56:12,20 58:2
  60:22 61:21 62:22
  63:15,18 71:21
  75:21 87:1 93:1,12

KEITH INGRAM                                    4/23/2014

93:19 95:19,22 96:8
98:3 100:18 101:6
103:16 104:12
105:5 108:13
115:19 117:13
118:18 122:2,13,20
124:12 126:19
127:17 128:12,23
130:13 132:15
135:25 136:18
138:12 140:11,15
142:13 144:17
149:10,12,24
154:16 156:10
160:15,20,25 164:4
165:2 166:11 173:2
175:5,8,13 176:19
177:6,24 180:9
181:6 183:13 185:3
188:21 190:14
193:3 202:23 207:2
212:9 218:6 224:7
227:4 231:24
232:10 256:14
259:3 273:24
275:16,20 281:3
282:17 295:5
301:19 307:17
309:14 315:2,16,20
317:4 320:22
321:10 331:17,21
333:4 339:13
344:15 345:23
349:4 350:8,10
**believed** 67:14 109:3
205:19 218:10
234:16 258:2
**bend** 25:22
**beneficial** 67:23,23
**benefit** 22:24 24:19
24:22 80:8 200:2
228:7 230:17
233:12 236:1
268:19 270:9
280:20 281:12

312:14 327:14
339:2
**benefits** 280:21
**best** 35:1 74:13 95:5
95:15 99:20 168:25
171:24 205:7
262:25 263:8
287:11 290:19
298:1 307:9 308:1
343:16
**bet** 61:25 160:24
162:15 190:5 220:2
223:11 234:10
**betsy** 19:25 213:19
**betsys** 227:13
**better** 97:8 112:19
114:23 154:4
168:23 175:18
210:21 212:16
222:22 231:21
255:3 326:19,20,20
326:24 327:2,18
**bexar** 25:21 72:22
309:21,22 310:1
**beyond** 160:11
**bid** 345:13
**bidding** 345:15
**big** 25:21
**bigger** 296:10
**bill** 7:19 176:18
183:14 185:23
186:1 203:22 204:8
211:15 212:20
220:16,21 256:15
256:16 257:5 258:9
259:9 263:12,13
271:17 352:6,7
353:11
**bills** 167:24 256:13
**bimonthly** 253:19
**bird** 194:20 230:6
270:4
**birds** 74:10
**birth** 19:16 48:17
185:5,10 229:5,20

231:6 233:25 234:5
234:15,20 257:18
257:23
**bit** 42:18 48:14 54:7
58:6 62:10 140:9
195:16 241:21
258:19 270:21
308:22 312:5 347:4
**bits** 52:21,24,24 53:7
55:4
**black** 112:17 306:21
**blacks** 306:21
**blank** 62:8
**blasts** 251:8
**block** 75:8 79:5
**blocked** 99:24
**board** 199:21,21
200:5 201:3,3,9
240:22
**bodisch** 36:5 50:9
132:8
**bond** 201:9
**book** 150:15 249:18
**border** 69:10,17
**boring** 221:7
**born** 234:17
**bottom** 111:12
213:17 260:4 302:9
**bought** 58:11
**bounces** 229:16
248:19
**box** 3:24 4:3 223:1
**brad** 264:14
**branches** 2:17 10:15
**branching** 253:13
**brazil** 2:14,14 5:7
11:7,7 237:14
265:22 357:1
**brazilanddunn** 2:16
**brazoria** 25:22
**brazos** 4:11 357:19
**breach** 45:7
**break** 13:18,21 27:24
62:9 83:19,23 167:6
167:15,17 191:7

237:15 273:6 318:3
318:7 340:13 343:2
**breakdown** 300:3
**brennan** 2:19 4:15
11:1
**brian** 12:11,11 53:4
**briefly** 220:15 224:25
269:24 315:12
**bring** 128:15 152:21
153:8 194:21
195:12,19 238:11
239:8,13,21 240:6
282:2 292:21
**broad** 296:5
**broadcast** 190:13
**broader** 190:13
**broken** 26:18 254:7
307:15
**brought** 34:20
166:15
**bruce** 7:7 28:1
113:16,17 130:10
**bucket** 127:24
**bucks** 287:21
**buddy** 310:15
**budget** 65:6,19 66:2
66:17,19 89:21
90:20 186:6 219:1,2
258:23,25 259:1,3,6
287:9 296:12,15
336:2,22 337:16
345:18
**budgetary** 28:11,14
**budgeted** 294:23
337:2
**building** 4:3 63:19
76:3 78:13 79:2
305:18,25 306:2
321:25 326:3,6
**buildings** 326:3
**builtin** 352:11
**bunch** 11:19 173:10
209:14
**bureau** 182:3 185:9
245:9

**burson** 291:4,15
292:3 294:7 307:12
307:14 308:3,4,9
345:12 353:1
**bus** 79:14
**business** 80:14 109:1
109:4 156:12 157:5
166:4 316:1 321:18
322:12 326:19,20
326:24 327:2,18
**busy** 130:14
**button** 303:20

**C**

**cable** 282:24 284:24
285:11 293:23
296:24 297:14,15
345:5
**calendar** 112:3
**california** 175:9
**call** 39:10 47:3 69:25
70:2,10 94:15 101:3
102:18 112:13
140:7 184:22 187:9
194:1 197:4 199:16
205:25 207:21,24
208:24 219:8 235:2
253:4 280:6 304:14
307:19 314:24
**callanan** 72:21
**called** 103:18 110:16
242:14
**caller** 207:3 208:6
220:7
**callers** 220:8
**calling** 32:4 255:4
**calls** 23:4 36:14
45:16 49:9 55:9,11
55:19,22,22,23
56:18 64:7 127:10
129:13 131:12
134:7,16,17 197:9
205:25 206:25
207:2,5,12,12,14,18
208:2,3,4,11,16,17

208:25 209:1,4,8,10
209:11,14,15 216:7
217:22 218:22
219:16,22,22
235:18 275:18
304:19 313:16
**cameron** 25:23 68:23
73:24
**campaign** 4:16 8:11
8:14,16 46:2 259:5
268:5 276:20,21,23
277:11 279:1,6,8
280:16 281:17
282:21 283:7,12,23
284:5 286:4,7,23
287:3,12 288:7
290:8,21,23,24
291:5,8,15 294:7
295:7,12,17,19,20
296:4,6,7,7 297:6
305:22 307:16
344:11,20 354:11
**campaigns** 286:3,10
288:17 290:7
**campbell** 194:21
**campus** 311:11,25
318:25
**cancel** 91:22 183:3
**canceled** 154:19
182:24,25 184:9,11
184:24
**cant** 14:3 22:11 26:7
50:1 51:4 56:15
62:3,7 64:11 87:15
98:10 102:15 116:3
120:17 121:4
178:22 179:15
183:20,21 197:3
202:8 206:6 208:17
222:15,20 223:21
249:16 258:13
263:8 264:12,19
271:5 290:6 295:16
308:8 313:18
346:16 352:13

**capacity** 39:7 58:14
66:20
**capitol** 4:3
**caption** 118:9
**captioned** 118:7
**card** 42:8 55:21
57:17,19,20,24
115:11,17,21,24,25
150:3 152:10,14,22
153:3 173:15
176:13 184:18,20
187:20 219:8,11,13
250:7,9 281:24
**cards** 116:8,8 162:10
162:10,16,17
**care** 152:4 317:21,22
**carefully** 219:3
**carnegie** 2:24
**carolina** 264:7
**caroline** 216:3 217:9
**carolyn** 72:19
**carried** 274:12
**carry** 42:1 53:15
**case** 109:5,7 134:3
164:12 188:19
229:11 269:5 272:1
272:7 348:3 351:17
**cast** 206:16 211:4,9
212:8
**casting** 238:3
**casts** 238:2
**categories** 194:2
230:25 231:12
233:7 238:15
292:23
**categorized** 254:13
**categorizes** 208:4,11
**category** 186:24
275:21
**categorywise** 254:9
**cathy** 63:4 348:14
349:13
**caught** 152:12
**cause** 1:17 353:15
**caused** 28:15

**census** 342:23
**center** 2:19,24 4:15
4:16 11:1 315:25
**centered** 351:4
**centerpiece** 354:12
**centers** 6:8 7:5 48:23
315:9,22 343:21
**central** 241:8 296:6
**centrally** 182:18
**centre** 357:18
**certain** 52:21,24
76:11 78:20 84:10
87:15 121:21,24
130:5 150:19,25
151:24 152:1 157:8
167:24 283:3
286:16 307:10
**certainly** 13:6 14:18
26:15 27:11 39:6
45:8 50:21 60:10
62:11 100:7 124:13
124:25 125:15
163:6 166:23
172:14 189:24
204:3 285:21 302:2
309:16 324:8
**certainty** 53:8 151:23
**certificate** 5:15 6:7
9:3 22:20,24 24:16
29:25 30:9 32:24
33:4,11 46:12 47:5
48:8 49:6 53:16
59:9 68:20 70:4
115:8 144:13 150:4
150:10,12,16 151:5
153:7 157:12,12,15
157:16,17,18,24
158:2,4,9,9,10
159:14,15,18
160:20,21 161:1
187:8 188:6 205:1
209:4 222:18,19
226:8 228:4 248:19
257:19,24,24
291:18 292:25

293:4 302:14,21
303:9 305:3 309:16
311:11 312:15
329:17 332:13
339:4 343:22 349:5
**certificates** 6:12,14
30:11 34:16 46:2,15
47:12 48:18 100:21
124:2 126:20
128:15 137:15
159:8 209:2 281:19
**certification** 247:25
356:8
**certified** 1:19 247:24
356:11 357:11
**certify** 90:20 356:12
357:6
**certifying** 147:23
**cetera** 71:9 95:9
263:2
**chacon** 107:15
**chain** 6:20,21,23 7:3
7:5,16,24 8:6,8,10
8:22,24
**chair** 202:11
**chairs** 202:14,19
252:19,19 262:12
**challenge** 161:2,4,15
**challenges** 125:14
**challenging** 294:9
**chance** 93:10 118:13
133:4 282:14 301:4
324:9
**change** 95:23 99:9
102:7 184:5 200:5
218:7,9,10,11,12,13
246:8,24 248:18
267:16 288:12,12
299:4 324:16,23
325:14
**changed** 16:7 33:18
33:20 65:15 96:8
100:18 101:13
186:23 195:15
239:25 240:2

307:20 315:18
342:1,2,4
**changes** 48:16,21
91:17 126:9 136:5
136:12,16 186:17
188:13 197:20
301:19
**changing** 222:23
240:4
**channel** 285:6,7
297:18
**channels** 284:25,25
293:18,20,24
297:16 306:25
**chapter** 215:4 246:18
249:9 268:3,7 278:9
280:18
**characteristics** 309:5
**characterization**
43:1
**characterize** 156:2,3
314:20,25
**characterized** 74:23
**charge** 86:16 214:17
214:19 246:13
262:17
**charged** 246:17
247:4
**charges** 246:12
**cheaper** 65:16,20
**check** 42:20 43:19,20
43:22 44:11,17
53:17,18 101:15
223:1 224:13,14,15
248:14
**checked** 245:12,13
**checking** 196:21
268:6
**checkmark** 223:4,5
**checks** 42:20,24 43:6
43:9,12,23 44:2
**cheryl** 214:17
**chief** 50:1 62:6 63:4
86:17 192:7 197:15
224:22

**chl** 244:13,16 245:1
**chls** 244:16
**chop** 249:8
**chosen** 287:16 296:24
296:25 319:17
321:8,22
**chris** 22:2 23:2,7
29:15
**christi** 1:2 217:7
289:1 356:2
**church** 74:5 319:1,21
320:3
**circumstance** 153:15
236:2
**circumstances**
123:10 175:14
228:15,20 230:3,4
231:2,14 233:1
234:24 235:2,7,13
235:21 236:3 268:9
268:13 270:4,8,23
270:25
**cities** 70:21,23 74:25
128:25 288:18
**citizen** 157:19 158:7
**citizens** 18:22 126:21
128:14 143:17
**citizenship** 40:17,19
41:1,8,15,17,23
157:12,15,17,24
158:2,4,10,10 159:8
159:14,15 160:21
349:6
**city** 72:22 128:13,16
128:19 197:17,18
201:14,23,24
252:17 285:18
310:11,15,18 326:5
**civil** 1:5,22 2:5 356:4
**claim** 161:6,8 183:16
**claims** 161:13 268:8
**clarification** 13:16
27:3
**clarify** 21:8 26:14
51:17 100:10

117:11,16 164:18
232:3 334:25
**clarity** 279:7
**clark** 4:15
**classic** 213:20
**claudia** 230:5
**clear** 13:14 21:2
23:14,15 27:7 88:17
100:13 232:13,14
241:12 270:7
**cleared** 281:25
**clearer** 112:8
**clearly** 234:25 275:9
**clements** 194:21
**clerk** 48:12 70:1
196:10,11,12,21,22
197:4,12,14,14,19
197:20,23,24 198:8
199:16,17,18 214:8
214:14 331:18
**clerks** 133:18 145:9
197:25 198:9
214:15 258:2
261:14 279:21
**close** 68:2 69:3 74:9
75:11,24 76:15,22
77:10 79:6,14 80:5
80:7 171:22 319:1
320:4 339:4
**closed** 236:22
**closely** 46:13 87:6
287:7
**closer** 107:1 141:16
**closing** 110:6
**clustered** 80:9
**cobbling** 111:22
**coby** 313:23 350:17
**code** 6:3,4 16:9 22:17
24:24 26:18 33:2
69:3,6 78:6 149:17
149:21 151:12
154:16 161:19
184:9 185:24
192:12,18,21 215:4
219:1 246:19

254:16 278:9
**coded** 186:22
**codes** 23:10,11,13
  68:3 69:4 70:18
  74:1,7,25 254:15
  312:10 317:19,22
  318:13 319:18,20
  320:4 331:1,6
  342:11,17,20,24
**codified** 149:23
  220:22
**coke** 104:14,22
**cold** 311:1
**collaboration** 129:11
  283:1
**collaborations** 129:9
  281:15
**collaborative** 69:22
**collateral** 280:6
**collect** 272:17
**collection** 128:14
**collectively** 196:12
  197:9 207:11
**college** 318:21,24,25
  319:7 321:3,4
**colloquy** 171:1
**colonel** 36:6
**color** 152:23
**colored** 115:9 153:7
  330:12
**column** 284:7 289:5
**com** 2:12,16,25 3:10
  3:20
**combination** 68:5
  99:16 203:6 221:1
**combine** 215:2
**combined** 242:17
  244:19,20
**combo** 203:12,15,16
  203:21,24 206:14
  206:20 209:20
  222:16,19,23 223:1
  223:5
**come** 34:13 53:6
  106:4 126:13 127:4

128:21 171:21
  195:13,20 209:1
  211:19 246:23
  248:13 253:20
  257:9 261:2,10
  264:9 275:21,21
  290:10 304:13
  310:4 311:7,11
  330:6 343:3
**comes** 82:7 158:1
  163:17 180:22
  204:22,22 230:5
  289:24 297:13
  345:25 346:1
  352:10
**comfortable** 52:25
**coming** 102:19
  103:19 129:20
  280:1 335:19
**comment** 64:20
  161:12 165:10
**commission** 242:15
  264:21 265:14
**commissioner** 72:22
**commissioners** 3:17
  260:25 261:4
**commitment** 267:12
  267:17
**committed** 65:17
  112:17
**committee** 143:11,15
  143:21 314:21
**common** 78:19
**communicate** 36:4
  66:15 166:1 281:20
  312:17 353:17
**communicated** 36:5
  38:10 160:6 180:19
  275:9 287:5 351:12
**communicating**
  346:12
**communication**
  103:8 104:1 166:16
  216:14 217:18
  253:6 295:24 296:7

351:18,20
**communications**
  70:12 103:12 159:2
  180:1,15 262:23
  264:3 277:5,22
  278:12 281:14
  283:1 346:22,23
  347:10,22 348:1,8
  348:12 349:24
**communities** 24:15
  279:20 307:4
**community** 7:8 294:4
  307:3
**company** 175:7 248:5
**compare** 44:6 231:4
  235:17 259:19
  268:14
**compared** 19:14 21:5
  23:22 42:10 170:5
  181:23
**comparing** 185:6
**comparison** 169:22
  171:6 286:8
**competing** 24:13
**compilation** 243:23
**complain** 89:12
  97:24
**complaining** 97:25
**complaint** 98:2
  203:17 206:3
  220:11
**complaints** 34:9
  97:20 98:1,6,11
  102:10,16 105:23
  107:4 206:23
  217:14 218:14
  255:1 258:5 260:10
**complete** 95:5,9
  245:10 274:11
  288:12 291:20
  299:1
**completed** 206:9
  226:20 227:6
  243:14 256:2
  354:25

**completely** 13:8
  64:18 239:19
  298:25 353:20,22
**complex** 63:24
**compliance** 353:4
**compliant** 162:13
  247:3 353:8,22
**complicated** 53:1,7
**complied** 353:20
**comply** 143:1
**complying** 154:24
  354:3
**component** 143:16
  278:11,17,18
  295:18,21 332:8
  353:14
**components** 278:3
  279:8 280:16
  281:16 282:24
  284:4 292:25
**comprehensive**
  338:19
**compromise** 242:5
**comptrollers** 265:2
**computer** 326:21
**computers** 207:10
**concealed** 42:2 53:15
  244:18
**conceding** 61:16
**conceivably** 66:22
  268:4
**concentrated** 22:23
**concentration** 342:12
**concentrations** 22:17
  24:19,21,23 25:1,5
  68:8,11,13 70:19
  73:16,21 74:8 128:1
  309:7 317:22
**concept** 42:16 61:22
**concern** 69:9 75:12
  76:14 77:24 81:18
  103:7,25 106:18,20
  140:2 317:3
**concerned** 38:16,18
  39:23 69:10,12

89:14 97:14 216:7
217:17,19 226:18
260:16 347:6
**concerning** 6:7 30:19
33:14 36:1 51:1
104:13 119:21,22
138:14 171:2
180:16 348:9,17
349:12 350:6,13
351:9
**concerns** 44:24 89:18
97:17 103:11 104:5
105:23 107:4
108:18,22 110:20
111:5,16 114:4,9,10
116:20 138:21,24
139:25 212:20
213:24 215:20
221:20,24 233:23
242:10 260:13
**conclude** 28:15
231:14
**concluded** 354:22
**conclusion** 173:20,23
174:3
**conditional** 281:25
**conditions** 91:21,24
**conduct** 22:15 39:8
43:6 67:2 79:17
90:21 165:7 166:3
169:6 170:4 179:5,8
252:12 353:11,13
353:15
**conducted** 19:12,24
20:19 44:17 51:9
52:18 76:20 163:16
164:19,24 165:23
166:7 174:15
176:17 181:25
182:18 203:4
252:10 329:19
**conducting** 44:2
181:24
**conference** 2:17
10:15 140:7 207:11

255:19
**confident** 37:11
**confidential** 292:8,10
**configuration** 65:15
**confirm** 36:24 55:5
139:14 220:18
**confirmation** 183:17
**confirming** 138:18
**confuse** 39:14
**confused** 39:17
272:22
**confuses** 230:22
**confusion** 276:5
**conjunction** 93:7
**connection** 118:17
226:14 291:4
298:22 345:16
346:19
**connectivity** 42:17
43:4,8
**consciousness** 290:3
**consent** 100:3,9
**consider** 17:1 57:4,8
75:23 77:12,15
79:10,20 83:19
94:19 127:17 128:9
198:14 210:25
**consideration** 69:1
79:15 143:8 297:17
309:13 329:3,5
330:3 333:23 340:2
344:6
**considerations** 97:10
297:21,24 309:10
**considered** 50:11
77:14,22 174:11
193:24 198:13
271:6 317:2 344:5
355:2
**considering** 175:20
**consistent** 54:8 99:17
188:10 195:17
**consistently** 267:13
318:23
**consists** 21:13

**constable** 45:8
**constant** 55:7 177:14
256:6
**constituents** 219:3
**constitute** 289:22
**constituted** 51:22
**constituting** 18:16
**constitution** 178:11
202:1
**constitutional** 54:6
54:13 201:8,15
215:14,15 290:8
**constraints** 28:12,15
65:4 66:25 326:3
352:11
**construction** 351:24
**consult** 70:25
**consultation** 297:2
**consulted** 71:14
**consulting** 71:3
**consume** 293:22
294:18
**consumed** 294:2
307:7
**consuming** 293:22
**consumption** 293:15
293:17
**contact** 24:7 27:18
28:8,16 29:8 50:8
57:14 86:14 267:1
267:17 314:4
325:15 340:5
**contacted** 24:24 25:4
25:16 47:8 57:21
91:11 125:12
324:15,22
**contacting** 23:8
217:12
**contacts** 127:12
**contain** 274:9 283:15
**contained** 178:6
236:7 265:16
269:14 274:7
283:12
**contemplated** 50:15

50:24
**contemplating** 22:19
25:7 30:8
**contemporaneously**
144:15
**content** 301:18
**context** 109:23
163:17 204:22,23
204:23 227:23
**continue** 36:17 129:5
129:21 191:7
**continued** 3:1 4:1 6:1
6:24 7:1 8:1 9:1
138:21 164:16
**continuing** 47:15
60:2 85:16 166:17
213:5 221:19
**continuous** 164:12
333:20
**continuously** 121:16
121:20,25
**contract** 6:10 83:11
84:23 85:1,4,6,11
85:19 87:3,14 89:6
90:19,24 91:5,5,8
91:14,22 92:6 344:8
345:12,20,23 353:1
353:3 354:8,10,11
**contracts** 86:8,15
88:12 246:19
**contrary** 54:11
**contributed** 17:19
**control** 326:6
**conversation** 110:3
255:17
**conversations** 32:16
35:25 37:23 50:22
90:7 99:17 109:18
109:21 130:21
263:23 348:21
**convey** 190:24,24
**conveying** 327:7
**convictions** 18:22
19:7
**cooperation** 6:10

84:23 86:8 88:12
89:6
**cooperative** 132:14
132:16
**coordinated** 46:13
262:23
**coordinating** 103:16
**copied** 107:16
**copies** 179:25 181:15
203:9 276:16
**copy** 147:25 148:1,6
148:6,21 180:10
193:16 220:23
303:22,25 304:2
**corner** 302:10
**corollary** 228:7
**corpus** 1:2 217:7
289:1 356:2
**correct** 15:21 18:8,9
19:4,5,7,8 21:6
23:19,22,24 26:24
34:7,18 40:1 44:13
44:14 46:17,18,20
51:6,10,13 52:15,18
54:19 56:2 58:4,5
65:3,20 66:2,18
69:7,8 72:10 84:14
84:24,25 86:25 89:3
89:4 90:12,21 91:6
91:7 94:13 95:25
100:15,16 101:11
105:16 109:13
116:9 120:2,5
121:10,11 127:1
128:2 129:25 136:2
136:20 138:2
140:25 145:4
147:24 153:22
160:17 171:7
178:25 179:1 181:3
182:8,16,22 184:15
184:16 185:19
188:21 190:16,22
197:13 198:17
200:25 202:7

206:18 210:11
214:20 216:9,10
220:19 223:8,17
228:22,23 229:16
229:23 234:5
239:10 244:11
250:14 251:4,13
259:9 268:20
269:22 270:10
280:13 302:10
303:13,14 316:4
325:7,13
**corrected** 210:13
**correction** 98:25
**correctly** 117:14
189:5 209:22 210:6
248:14
**correlated** 286:5
**correspondence**
213:4,8
**cost** 66:12 256:19
257:20 344:23
**costs** 186:5 268:1
**couldnt** 51:25 104:24
218:15 277:20
**council** 72:23 201:23
**counsel** 10:8 15:15
15:20 25:25 26:7
27:4 39:10 41:20
50:6 71:16 93:5
103:5 159:7 161:11
162:7 163:6 165:4
180:2 269:10
301:25 317:25
350:16 357:6
**count** 200:23 236:6
241:3 285:1,9,25
**counted** 285:19
**counties** 6:16 22:4,5
22:9 23:1,7,10
24:10,23,25 25:4,5
25:15,23 27:25 29:8
29:16 35:19 47:6,8
47:16,17,19 48:8
57:15 58:12 67:20

68:25 69:11,13,17
72:14 73:2,10 76:7
76:9,11 77:8 80:3
83:5 84:8,9,13,16
84:22,23 85:1,4,14
85:21,24 86:2,4,21
87:4,10,13,14 88:1
88:3,7,9,14 89:6,9
89:12,14,17 90:2,3
90:4,12,20,25 91:9
91:15 92:9,13 94:6
94:8 95:13,23 96:3
96:6,10,16 98:7
99:5,7,12,18,20,22
99:25 100:3,13,16
100:18,25 101:4,6,9
101:12,18,21,23,24
102:1,8 104:17
105:25 106:2 107:3
108:14 109:8
111:24 112:10,11
112:12,14,16,20,23
112:24 116:9
124:17 125:19
126:12 127:9,18,21
127:25,25 128:25
129:1,10,12,19
130:2 134:22,24
137:25 144:7,16,21
144:24 145:1,3,10
145:12,13,14,17,18
146:17 152:10
153:25 155:4,6
156:24 179:18
180:18,21 181:9,22
182:12,20,25 183:1
183:4,12,14,16
188:24 189:2,8,21
190:4,8,12,21 192:2
202:10,12 203:10
203:24 204:4,7
206:21 214:2,6,7,8
214:22 215:7
216:14 217:25
219:12 221:20,25

225:6,7,9,10 226:17
230:10 231:17,22
231:25 232:11
241:9,22,23 242:9
242:10 244:6,8
245:15,16,24,25
246:6,7,13,14,17,19
247:4,10,15,24
249:11,13 250:5,18
250:20,25 251:2,16
251:18,24 253:7
255:19 259:3
260:11,21 261:8
262:8 267:1,9,13
268:1 270:14,14
278:7,15,22 279:12
280:8 281:9,12,14
289:14 290:19
298:21 299:2,9,17
304:4 305:23
309:14,18 325:15
328:17,20,22,25
329:8 330:19,22
332:1,12 334:15,17
334:19 335:1
337:11 339:11,13
339:21,23,24 340:5
341:2
**county** 3:16,17 8:22
9:3 18:17 22:7,8
24:7,25 25:10,12
26:18,23 27:24 28:1
34:10 45:13 46:25
48:9,10,12,13 55:8
58:16 68:23 69:20
69:23,25 70:1,10,11
70:13,14 72:11,12
72:20,22,22 73:24
75:5,17,19 76:1
77:9 78:14,16 79:13
80:5 81:5,25 83:11
83:11,16,17 84:20
87:21 88:5 89:1
90:25 92:5 94:12,20
98:4 100:22 103:6,9

KEITH INGRAM                                    4/23/2014

11

103:23 104:22
105:6,9,11,12,13,17
105:19,24 108:9,15
109:23 110:10,11
110:15,16,18
113:19 114:2 115:4
115:4,5 126:17,22
126:22,23 128:17
128:17,19 129:24
144:4,6 145:4,7,9
145:20,22 146:11
146:23 147:18
151:7,16 152:3
153:21,24 154:12
154:13,15,20,23,23
154:23 155:8,11,11
155:15,18 157:4
160:6,9 180:22,23
180:23 181:7,11,14
182:22 183:2,25
184:1 190:7,25
191:3 192:8 197:18
197:19 199:8,13
202:6,13,16,18,20
202:21 204:24
206:1,2 208:1
212:11,15 214:8,13
214:21 215:2,10,15
216:13,17 217:25
220:9 222:21,25
225:2 227:3 233:24
234:13 237:6 243:6
243:9 245:20
247:22 248:4,16,23
249:3,4,6,6 250:17
251:9,9,13 252:1,3
252:9,11,11,16,19
252:19,25 253:18
254:15,16 258:2
260:25 261:3,18,19
261:24,24 262:2
267:20 274:1
279:13,14,16,21
280:4 289:16,19,20
289:22 298:16,19

299:11 300:23
304:14 305:25
309:21,22,24 310:1
311:23 312:1,3,13
312:16,20,24 313:6
313:7 316:23
319:19 320:13
322:10,11,13,16
323:1,10,13 324:25
325:5,16,17,19
326:5,15 328:12,15
329:5 331:14,18,18
331:22 332:4,11,15
332:19 333:2,9,11
333:19,21 335:6,13
335:25 338:10
339:16,18 340:3
**countybased** 153:25
**countyrun** 100:14
  105:15
**countys** 100:9 104:14
  190:15,16 223:5
  251:19
**couple** 15:17 29:17
  46:5 202:22 213:13
  236:10 244:9 318:4
  320:15 333:19
  339:9
**course** 195:8 207:7
  268:7 287:9 307:6
**court** 1:1 4:10 222:8
  240:4 261:4 271:20
  323:21 356:1
**cover** 68:6 170:18
  258:20 345:1
**coverage** 25:14 67:15
  67:17,19 70:17,18
  107:7 340:24
**covered** 344:25 345:2
  345:2,4,6
**cowan** 327:15
**crcb** 357:18
**create** 40:3,14 220:25
**created** 23:18 56:22
  214:9,11 243:25

282:5,9 331:19,19
  331:20,22
**creating** 331:24
**creek** 2:15
**crescent** 68:22
**criteria** 185:10 189:9
  286:19 297:3
**crosscheck** 143:13
**crowded** 317:5
**csr** 357:16
**curable** 239:7
**cure** 199:19 238:4,21
  239:3,10,17,23
  243:20 271:13,14
  271:16
**cured** 238:6,15
**curing** 270:20
**curiosity** 124:5
**current** 46:21 47:19
  48:2 87:2 99:11
  102:2 105:17 127:7
  152:21,21 153:6
  155:22 183:6 249:6
  275:23 276:1,5,9
  280:23
**currently** 43:24
  47:14 48:3 86:2
  90:21 124:16 126:2
  126:3,3 127:11
  143:17,23 168:24
  225:10 260:3 275:3
  303:13 313:24
  314:4
**custodians** 163:11
  164:19
**customary** 194:11,12
  194:24
**customer** 260:4
**customers** 260:8
**cut** 249:8 258:3
**cutler** 3:9
**cycle** 106:5 114:2
**cycles** 250:8
**cypress** 2:15

**D**

**daily** 140:6
**dallas** 22:6,13 25:21
  28:3 106:21 181:11
  181:18,18 233:24
  234:7 309:20 310:1
**dana** 103:17
**dark** 123:13
**data** 19:11 36:22
  42:18 44:6 53:2,6
  55:4 87:2 88:3
  124:12 154:24
  168:3,9,17 171:3
  176:3 178:7,17
  179:22 217:23,24
  225:16 246:4 248:1
  248:2 259:19 274:7
  322:3 330:7 342:23
**database** 19:11 21:9
  21:11,11 23:22 24:2
  24:5 29:2,4,12
  51:11 52:9,11,22
  53:4,5 154:7 169:23
  170:5 171:7 177:9,9
  177:13,19 178:5,10
  178:19,25 179:4,5,8
  179:9,14,17,20,23
  180:1,3,5,10,17,24
  180:24 182:3
  186:18,20 207:13
  220:2,14 225:5,13
  234:4,4,21 241:12
  242:22 243:24
  244:10,13,15,19,20
  244:21 245:2,13,14
  245:23 246:11,21
  251:25 252:4
  254:12 274:9,11
**databases** 42:11
  181:16 244:10,25
  245:4 246:14
**date** 10:5 19:15 31:22
  49:18 60:3 80:14
  147:10 151:24
  152:1 175:12 185:5

185:10 201:13,16
201:18,19,22,25
229:5,20 231:6
234:15,20 269:21
273:19 276:3 290:9
299:22 302:9 316:1
**dated** 216:4 266:6,11
269:14 270:1 324:4
**dates** 58:19 95:18
121:21,24 233:25
234:5 252:21
332:17,22
**davis** 10:7
**day** 1:17 27:13 39:9
45:3 63:15 77:13
78:12,21 79:3,4,7
107:22 110:5 197:6
198:4 206:1 207:8
207:12,13,18
216:22 219:12,17
220:2 222:8 234:17
235:3 238:20,24
239:10 242:3,21
243:18 245:22
256:10,20,21,25
257:5 315:18,18
320:17 322:22
324:16 325:20
333:10 342:10
357:11
**daylight** 327:13
354:4
**days** 7:8 71:8 76:21
80:14,17 81:3,13,18
82:4,5,23,23 83:1,3
83:6 91:22 92:1,8
111:20 128:22
139:7,8,15 152:7,19
153:18 184:5
236:25 238:19,21
239:1,4 254:2 275:8
276:3 311:14,20,24
311:25 312:2 316:1
316:4,7 320:13
321:14,15 332:25

333:6,9,12,13,16,25
335:2 341:9,13
**dc** 2:6 3:10
**dead** 184:25
**deadline** 111:13
112:2
**deadlines** 138:18
**deal** 27:25 103:20
**deals** 214:16 302:5
**dealt** 287:13
**deason** 3:22 11:10
**death** 185:7,13,17
186:3,5,10,12
**debeauvoirs** 103:17
**deceased** 182:6,14,23
183:18,20,23 184:8
184:12,25 245:8,12
249:1
**december** 122:8
178:8 357:16
**dechert** 1:21 2:23,25
10:4,15
**decide** 130:25 131:10
137:21 143:19
160:1 304:12
336:21
**decided** 37:24 41:6
65:11 94:7 105:7
115:2 131:2 134:25
309:3
**decides** 46:22
**deciding** 47:16 312:7
315:15 330:3 332:3
333:23 340:2
**decision** 28:11 31:25
35:6 40:22 61:12
64:5 75:15 79:13
109:11,17 130:5,8
130:20 132:5,15
146:23 159:21,25
197:1,3 199:22
200:16,22,25 201:1
201:4 206:7 229:25
240:22 241:2 321:6
322:15 323:8 332:6

339:16 350:1
**decisions** 71:5 313:21
314:3,22 347:20
**deckard** 264:15
**declaration** 147:4
**declined** 66:12 99:5,8
104:23 105:9
**declining** 100:16
**decrease** 96:11
**decreased** 96:15,18
**deemed** 11:22
**default** 233:25
**defendant** 348:3
**defendants** 1:7 3:21
5:23 11:10 93:7
118:17 119:11
141:10 176:24
356:7
**defense** 3:4 10:18,21
280:3 308:19
**deficiencies** 52:20
291:10,14 292:13
292:14 294:15
**define** 197:22 289:21
**defined** 196:7 226:13
226:14
**definitely** 65:7 77:22
97:12 101:3 111:22
135:4 263:22 264:4
270:12 316:7
**definition** 224:5,8
237:23 276:7
**definitions** 194:23
**degree** 176:7
**delayed** 281:24
**deliberations** 32:4,16
49:9 50:17 51:1
61:12 64:9,23
347:21
**deliberative** 31:18,20
32:7 61:3,15 64:7
64:19 346:23 347:7
349:24,25
**delivered** 356:20
**demand** 89:24 134:2

**democratic** 202:11
211:23 264:13
**demographic** 294:2
297:18 307:17
**demographics**
274:17 291:22
294:8 330:19,22,25
331:5 332:14
**demonstration**
330:11
**denied** 73:12
**department** 2:5 4:7
6:6,8 20:2,2 30:4,18
31:6,24 32:6 36:1,3
37:1,3,17 49:23
56:23,25 59:2 70:6
70:7 86:9 88:15
91:4 102:3 119:4
164:5 165:16 166:7
177:23 178:19
179:4 180:7 226:4
273:22 274:5,12,14
274:24 280:9 283:2
312:17 327:21
**depend** 223:18
296:19
**depended** 70:23
**depending** 197:20
**depends** 48:9,13
63:12 215:8 220:7
238:8 239:18
261:16 296:20
**depo** 15:2 39:16
**deponent** 354:24
**deposition** 1:10,14
5:20 10:3 12:19
15:11,12,20,24 16:6
26:10 27:9 39:6,8
51:8 62:10 100:12
119:17,20 162:21
170:23 173:6
189:16 206:24
233:19 252:9 277:6
298:4 354:22,25
356:9,15,18,20,23

KEITH INGRAM                                    4/23/2014

13

**depositions** 12:23
  13:11
**depth** 290:16,17,21
**deputy** 50:1,7 62:6
  71:17 86:17 196:11
  197:22,24 199:17
  214:15 240:21
  253:15 313:23
  314:11,13 319:21
  350:17
**describe** 45:23 85:11
  113:22 114:3
  143:24 144:1 163:4
  177:16 185:11
  187:13 275:23
**described** 43:20
  178:23 317:16
**description** 5:19 6:2
  7:2 8:2 9:2 315:1
**designated** 120:25
  258:17 259:4
  265:10
**designed** 286:5,6
**designee** 15:4 120:21
**designees** 5:22
**details** 159:3 287:12
  348:20
**determination** 38:9
  61:7 157:20 161:25
  162:1,4 221:3,9
  229:12 230:16
  231:8 240:14
  250:19 270:6
**determinations**
  286:16
**determine** 26:10
  44:11 69:19 70:25
  71:8,12,15 84:16
  92:11 157:11,14
  182:21 183:20,21
  184:24 189:8
  195:23 199:2
  210:19 230:8,24
  254:24 255:2
  274:16 285:3

286:13 288:6,10
  290:23,23 305:16
  317:9,14 322:2,3,5
  329:19
**determined** 157:7
  162:2 220:17
  315:23 316:14,17
**determines** 221:4,10
**determining** 200:8
  210:10 228:21
  229:22 286:20
  297:25 318:10
  325:23 340:8
**deterred** 35:21 54:10
**detriment** 233:3,11
  236:3 268:19 270:9
**deuel** 3:3 10:20
  308:18
**develop** 283:15
  286:19
**developed** 61:6
**developing** 30:3
  49:21 62:25 298:11
**development** 29:22
  49:7 60:20,24 61:24
  62:13,20
**devices** 294:5
**dickinson** 2:11
**didnt** 16:2 20:9 21:11
  22:7,18 25:9 27:22
  31:9 33:7,12 38:17
  46:14 47:6 51:5
  52:2,10 60:19 63:25
  64:15 66:6,16,19
  68:13 71:7 75:7,10
  76:17 78:22 96:6
  100:19,20,20
  103:19 114:1
  124:15 125:16
  127:21 150:12
  159:15 161:14
  164:21 176:3 186:6
  186:7 202:10,12,14
  202:14,18 218:11
  218:16 223:2

224:18 235:4
  238:10 239:22
  263:20 277:19
  281:22 287:4,18
  290:4 291:24 299:3
  299:5 306:3 326:25
  327:10,15 334:11
  334:22,23 335:9
  338:7 342:12
**differ** 18:18
**difference** 230:1
  346:1 353:19
**differences** 294:1
**different** 11:19,23
  18:21 19:14 26:16
  39:18 75:11 76:20
  88:8 124:16,20
  145:25 167:21
  171:20,21 172:4
  185:8 187:21 194:3
  194:9,24 195:2,15
  207:6 215:6 219:11
  226:19 231:24
  239:13,20 247:16
  249:23 279:18,25
  288:17 307:16
**differently** 294:19
  345:3
**difficult** 116:24 117:4
  117:12 293:24
  338:24 344:1
**difficulties** 97:20
  111:19
**difficulty** 97:5
**diligent** 152:4
**direct** 46:11 248:22
  267:13 283:23
**directed** 101:9 114:7
  163:9 174:23
  352:17
**direction** 72:20
  124:21
**directive** 233:15
**directly** 18:2,3 20:1
  30:22 96:3,7 245:9

278:12 286:5
  287:13 334:17
  335:24
**director** 12:18
  103:22 162:7
  216:24 237:24
  262:23 264:8,13
  277:4,22 278:12
**directors** 163:8
  263:17,18
**disabilities** 150:19
**disability** 7:20 146:1
  146:15,20,21 147:2
  147:6,8,15,18,23
  148:4,14,16,17,18
  149:5,25 150:18,22
  150:24 151:8,16,18
  152:9,12,16,24
  153:1,16,20 154:3
  154:22 155:9,24
  157:3 186:21
  188:20 189:3 190:4
  190:10
**disabled** 153:9
  154:14 184:20
  189:23
**disagreed** 312:21
**disagreement** 327:21
  327:24
**disaster** 147:4 243:15
**discouraged** 40:7
**discovered** 159:10
**discovery** 173:8
  292:11
**discrepancies** 53:2
**discretion** 60:13
  130:2 193:10
  195:23 196:1,17
  197:5 199:2,15,24
  200:1 214:1 216:16
  222:7
**discretionary** 200:17
**discuss** 348:16
  349:16
**discussed** 61:6

151:13 275:12
324:17 349:11,17
**discussion** 67:1
109:24 111:13
119:17 130:12
143:12 173:20
174:3 268:18
**discussions** 61:18
158:15 333:1,5,15
333:18 347:18
349:12 350:2,5,12
350:19,23 351:1,2,8
**disenfranchised**
205:19
**disproportionately**
294:14
**dispute** 42:23 43:1
313:9,14,15
**disqualify** 228:24,25
**disseminated** 231:24
**distance** 25:13 68:2
69:12
**distinction** 353:18
**distribute** 281:12
**district** 1:1,1 72:24
197:16 201:14
222:8 310:7 321:10
356:1,1
**districts** 201:21
**division** 1:2 2:5 12:18
14:7 57:1 79:17
86:16 163:8,12
165:1 170:3 172:5
176:11,17 208:20
260:9 262:16
278:14 280:3
301:21 356:2
**dl** 96:7 119:1,13
122:17 309:8
**doctor** 239:21 240:6
**document** 8:11,13,15
8:17 14:24 17:11
31:4 58:23 84:4
85:10 92:18,25
98:19 106:10,17

111:2 112:23
113:13 118:4,15
119:11 122:15
131:19,21 132:25
133:5 146:8,17,18
149:1 158:5,6
163:19 189:22
198:15 199:8,11
200:8 225:3 257:1
282:8,10,15,16,17
283:11,13,19 292:2
292:11 297:20
301:2 315:6,13
324:8 331:11,20,22
**documentary** 40:17
41:1,7,17,23
**documentation** 125:9
147:22 155:5 157:1
219:16 221:12
271:18
**documents** 5:21
15:10,20,23 16:1,18
16:21 17:3 93:6,11
148:4,8,11 155:6
157:2,6 159:9
162:24 163:2,9,20
163:21,22 164:15
164:17 165:15
166:12,18,21
168:12,19 169:9
170:8,9 210:21
213:14 263:24
264:1 276:14,25
277:10 282:5
283:15,17 301:10
301:12,23
**doesnt** 22:21 44:5
55:18,22 57:12
74:16 81:11,21
93:16 95:16 117:17
117:21 124:6 139:3
153:4 184:5 205:22
209:13 229:5,15
230:1 231:1 235:12
249:7 267:22,24

268:16,17,21
270:11 283:9
285:25,25 328:3
**doggett** 3:12 11:2,2
**doing** 75:8 111:17
143:13 144:22
156:13 171:8
179:15,19 189:1
251:19 255:4,10
257:20 260:1,3
261:11 327:10,17
353:25,25 354:1
**dollars** 265:20
**dont** 13:15 16:20,22
16:25 18:20 20:6
22:11,22 23:6 25:1
26:4 27:8,24 29:3
29:13,13,17,18 30:5
30:15 32:17 34:2
35:1,11,11,14,14
36:2,8,8,15,18,18
37:19 40:1,24 42:3
42:6,9,20 43:7,17
44:11 45:14,18 47:8
48:1 49:13 53:13,17
55:6,14,17,17,24
56:12,14,24 57:2,13
59:22,22,24,25
60:18,22 61:18,21
61:23 63:22 64:18
66:9,24 67:13 70:20
71:21 72:15,17,24
72:25 73:3,13 74:3
74:15,16,20,20,21
75:13,20 76:8,16
77:2,4,7,16 78:1,17
78:23 79:4,9,12,15
79:24 80:4,25 81:2
81:6,16 82:4,22,24
85:2,23 86:2,11,21
87:1,2,16 90:3,13
91:2,19 93:1,21
94:8 95:11 96:1,2
96:13,25 97:11,22
98:5 99:11 100:6,8

101:6,16,16,22
102:2,15,19 103:1
103:15 104:4,12
105:5,18 106:1,20
107:6,13 108:6,23
109:8,22,25 110:13
111:6 112:13,22
114:16 115:19,24
117:9,11,13,17
118:21 119:2,8
122:13,20 127:10
127:16,16,17,19
128:22 129:16,17
130:18,20 131:14
131:20 132:1,18,21
133:21,23,25 134:9
134:9 135:5,16,24
137:7 138:2,12
139:4,22 140:17
141:1,2,8 142:9,25
143:18,25 144:2,3
144:25 145:8,17,18
148:3,11,19 149:12
149:14,20 151:10
151:14,15,21 152:2
153:25 154:4
155:12,12,13,13,22
156:2,6,10,13,15
157:4,4 159:2,24
160:2 161:3,5,17
162:11 165:10
166:10,10 168:5,11
168:18 169:2,4,9,11
169:24 170:2
171:19,24 172:8,14
172:18,21 174:17
174:24 175:17,22
176:2,10,14,19,19
177:2,2,6,10,20,21
177:25 178:1,1,15
178:22 179:11,14
179:17,23 180:2,6,6
180:10,12 181:6,21
181:22 184:19
186:6,8,13 189:10

KEITH INGRAM                                        4/23/2014

15

189:17 190:18
191:6,24 194:25
195:5 196:1,3,16
197:5 199:7 202:16
204:2,5,11 205:6
207:22 208:25
209:23,23,24
215:22,22 219:1,2
220:4 221:22,24
223:20 224:7 225:7
225:7,9,13,13
226:10,21 227:9
229:7 230:3 231:18
232:10 233:21
234:6,8,20 235:8,8
235:23 236:17
238:7,13,14 239:15
240:8,8 241:20
242:2,3,4,5 243:4
244:14,19,20 245:5
246:3,3,8,9 247:8
247:13,13,15,17
248:7 249:19,21
250:16 251:6,15,21
257:3,8,15,16
258:14,16 260:24
260:25 263:5,5
264:1,3,9 265:8,12
265:17 266:16
267:20 272:2,4,16
274:21,21 275:20
276:1,8,15,17
277:16,16 280:5
282:8,17,20 283:2,8
283:10 284:6,6,12
285:12,12 286:15
287:5 288:10,23,23
289:16,24 292:2,6,7
292:9,10,19 293:2,5
293:14 295:5
296:17,18 297:15
299:17,22 303:20
303:23 304:10,25
305:22 306:17
307:11,18,24,24

308:5 309:7,22
310:5,8 311:19,21
311:24 312:4,24
313:13 316:5,13
317:3 318:5 319:13
320:1,21,21 322:20
322:21,22 323:7
325:4,4,25 327:11
327:25 328:13
329:2,3,4,12 332:1
332:10,23 333:4
334:4,8,13,15,18
335:15 336:12
338:24 339:24
340:18,25 341:4,5
341:14,18,24
343:15,21 345:17
345:23 346:7,16
347:2,12 348:14
350:8,10,21,24,24
351:17,22 352:4
353:23 354:10
**dorr** 3:9
**double** 54:20
**doubt** 35:11 207:4
230:18 328:13
**dozen** 73:4,4,6,7,7,8
**dps** 4:8 6:12,14 7:5,8
7:24 18:8,15,25
19:3 21:4,9 23:17
24:5 30:16 33:3,13
33:16 35:6 37:3,8
37:12,18,23 38:10
38:15 40:20 41:3,6
41:14 42:8,24 43:15
43:16 44:2 46:4,13
50:8,13 51:11 52:8
52:11 53:4 58:14,15
59:3,13,17,20 60:7
60:13,25 63:25
65:14,24 66:9,11,15
66:24 69:23 71:22
75:2,7,10,12,14
76:25 77:3,5 78:25
80:13,20,24,25

81:10,14,25 82:3,21
83:10,11,12,15,17
84:7 85:4,13 86:10
87:9,21 88:3,6,6,7,9
88:14,18 91:3 95:2
95:14 96:7,10,13,14
97:1,2,4,12,14 98:9
99:24 100:2,6,7,23
101:22 102:13
106:2,23 108:1,7,18
108:24,25 109:3,10
109:11,13,14,17,18
110:8 113:2 120:8
120:14 121:5 123:7
123:11,25 124:2,6
125:11,18 126:1
127:9 130:13,21
131:5,9 132:14,15
132:16,19 133:17
133:18,21,23
134:10,12 136:1
137:13,17,18 140:7
142:18 173:25
177:9,13,19 178:5,7
178:10,20,25 179:5
179:20,22 180:16
180:24 190:22
244:10,15,19 245:1
245:24 246:12
251:25 252:4
256:11,22 272:14
272:15,17 273:2,2
274:7 293:5 305:19
305:24 306:2
312:21,25 313:6,9
314:2,5 315:4,24,24
316:15,18,18 317:2
317:3 321:24
322:17,18,22
323:11 324:21,24
325:9,16 326:1
327:4,4,5,7,15
329:21,22,25 330:1
335:1 337:16
339:17 340:5,16,19

340:25 341:1,9
342:2 348:4
**dpsoperated** 334:14
**dpsrun** 99:19 108:11
121:23
**draft** 7:5 8:8
**drafted** 173:9 174:3
174:6 253:4
**drafters** 158:3
**drake** 310:15
**drawing** 62:8
**drive** 7:3 55:14
126:15 128:20
163:23 329:13,15
330:9
**driver** 7:12 18:15,19
19:17 21:13,18
22:18 23:17 24:2
25:6,10,13 33:5,8
41:16 42:4 43:11
44:16,21,25 46:17
46:20 47:6,20 51:15
52:9,11,22,23 55:13
69:11 86:21 101:5,7
101:10 127:19,21
130:6 133:10
135:19,23 137:25
145:2,19 169:7,23
170:5 171:7 173:15
173:25 176:12
177:1,9 178:20,25
179:9,20 180:5,16
180:24 218:13
235:4 240:9 257:19
274:19,22,23 275:3
275:13 276:6,8
309:9 329:15,24
330:12 332:9
334:15,23 339:24
**drivers** 67:24 68:19
275:12,24 306:1,18
317:17
**drives** 79:18 163:25
164:6 301:20
**driving** 69:12 140:8

309:5,10
**dross** 3:6
**due** 35:22
**duff** 145:20
**duke** 50:9 132:8
**duly** 1:16 12:4
356:14
**dunn** 2:14
**duplicates** 21:15
**duplication** 285:8
286:1
**duration** 60:2

_____
**E**

**eac** 242:24 243:3
259:18,20
**earl** 194:21
**earlier** 48:15 51:8
104:16 136:18
140:10 146:22
160:15 178:3
190:14 191:20
206:24 225:17
244:11 245:15
247:6 254:5 266:3
270:21 298:5 301:1
304:20 338:15
341:18
**earliest** 87:13
**early** 38:8 75:24,25
76:3,15,20,23,24
77:10 82:16 87:19
112:5 146:24
177:18 196:10,11
197:4,12,13,14,20
197:22,24,25 198:4
199:16,17,21,21
200:4 201:2,3 206:1
219:6,7 238:20
240:22 242:3,20
243:4 311:15,16,17
311:19
**earned** 267:11 279:5
280:11 291:20
345:8

**earthly** 226:3
**eas** 279:21
**easier** 112:7,11
**easily** 335:7
**east** 3:19 313:5
**easy** 343:13
**edu** 2:21
**educate** 259:2 279:19
**education** 8:13,15
258:15 264:22
265:16 267:10
275:22 276:21,23
277:11 278:4,14,18
278:20 279:3,6,8,11
279:13 280:16
281:17 282:6 288:9
288:11 290:6
291:13,13 294:14
295:3,6,15,17,19
296:5,6,13 297:4
344:10,11,20,22
351:13,24 352:1,15
352:17 353:6,7,7,12
353:14,16 354:11
**educational** 3:4
258:24 262:18
265:10
**effect** 57:18 59:10
85:17 160:3 164:16
260:19 300:8
**effective** 60:3 66:10
128:12 193:6
337:14
**effectiveness** 290:24
338:17,22,25
**efficient** 255:3
**efficiently** 39:8
**effort** 69:22 89:15
125:16 278:6,14
279:1 291:21
294:20,25 297:15
315:17 318:20
323:13 338:5
342:15 344:24
350:4 351:14

**efforts** 73:20 74:18
114:19 335:12,20
337:22,25 338:8
**ei** 60:12
**eic** 6:8,10,18,21,23
7:3,5,10,14,16 8:22
8:24 23:12 24:12,14
24:17,22 25:3,7
27:20 29:22,24 31:7
33:15,23 35:16
36:24 37:5,12 38:2
38:18 40:8,16,25
41:6,18 42:10,16
43:3,5,6,10,18,24
44:3 45:25 47:4
48:18,23 49:7,16
58:2 59:17 60:12
61:25 62:13,20
63:20 67:25 69:3,18
69:21 71:5,12,15,23
72:5,12 73:10,17
74:5,12 75:23 76:3
76:19 77:10,12,21
79:1,7,10,20 82:3
83:9,14 84:10 85:6
85:9,21 87:22 88:5
88:18 94:1,10,13,15
95:10,14,24 96:9
97:5,21 99:5,20
100:4,14 102:11
103:10 106:21
107:2,5 108:11,25
109:12,19 114:1
115:23 118:6,19,24
121:14,15,20 122:1
122:18 123:22
124:10,23 125:13
125:20 126:2 127:3
128:7,10,16,18,21
129:2 134:13 136:2
136:6,10 138:1,15
139:9 140:24 141:1
141:4 142:5,7,17,21
142:23 143:1,6
144:5,16,17 145:19

145:23 236:11
273:2 293:6 305:17
309:6,11 310:9
311:7 312:25 315:9
315:22,25 316:17
317:17 320:10
331:15 334:7,14
336:5,22 338:8
339:1,22 343:11,14
346:3,10,19 348:24
349:11,12,15 350:7
351:6
**eics** 24:15 30:4,20
31:25 35:22 38:7
45:21 46:5,7,9,16
46:20,25 47:23 48:4
50:11,15 51:2 57:6
78:5,13,20,23 79:7
81:20 84:8 85:15
86:1,1,5 87:14 88:2
93:13 94:18 96:4
97:15 101:19 104:2
119:5,12,23 120:13
120:16,22 121:14
122:16,16 123:9,13
123:21 124:9
128:23 130:7,12
131:5,9 132:10,17
134:2 135:7,19
136:1 140:4,11,13
141:12,19 142:8,15
145:4,22 190:20
236:16,18 237:1
272:14,17 305:16
308:23 311:3
315:15 318:11
322:6 334:22
338:10 343:19,24
**eight** 251:11 300:15
302:23 303:9
**eisenberg** 3:8,10
10:22,22
**either** 19:17 75:18
76:3 91:21,25
106:25 125:24

144:13 169:2 173:3
198:4,5,5 208:19
210:14 246:17
273:17
**el** 68:22 73:25 107:19
107:21 108:9
130:10 332:24
**elaborate** 292:17
**elderly** 55:12
**elect** 247:17
**election** 6:7,12,14 9:3
22:19,24 24:16
29:24 30:9,11 32:23
33:3 34:10,16 45:3
45:6,11,13 46:1,12
46:15 47:5,11 48:7
49:6 54:6,13 55:8
56:1 58:16 59:8
63:15,19 67:16
68:20 69:5,25 70:2
70:4,13,14 71:24
72:7 74:6 75:6 76:1
77:13 78:6,12,21
79:3,4,7,13 80:5
82:10 87:21 88:23
88:23,24 98:7 100:1
100:21 102:12,17
105:24 106:5 107:1
109:6 110:17 114:2
115:7 122:2 124:2
125:2 126:4,7,20
128:14 132:11,13
136:11,14,24 137:4
137:15 140:21
142:3 144:4,6,13
145:4,7,15,16
146:12,13 147:19
147:23 148:21
149:17,21 151:19
151:25,25 152:3,7,8
152:16,19,21
153:19 154:16
160:7,9 161:19,20
163:12 181:7 184:9
185:24 192:7,8,9,12

193:2,10,15 194:14
194:23 195:22
196:4,7,11,11,12,15
196:21,22,25 197:1
197:6,10,15,16,16
197:18,19,21 198:2
198:3,4,5,6,8,9,9,14
198:19,23 199:14
200:17 201:9,12,15
201:19,23 202:12
202:17 203:17
204:7,24 205:3,5,11
206:1 207:8,13,18
209:15,21 212:15
213:25 214:11,23
214:24,25 215:3,8
215:10,14,15,17
216:17 217:13
218:1 219:1,17
220:2 221:3,10
222:7,8,9,12,14
224:22 227:2,3,8
229:6,18,18 230:23
231:1,4 232:17,19
232:24 233:5,7
234:13 235:3,15
238:19,23,24
239:10 241:7,14
242:3,8,14,21
243:10,10,18,18,19
246:19 247:14
249:17 251:9
252:15,16 253:1,14
253:18,22 254:21
254:24 255:4,8,9,21
257:24 259:13,14
259:15,20,24
261:13,14,16,18,19
261:22,24 262:22
263:10,12,17,18
264:8,9,20 265:14
265:15 267:10
275:10,16 278:9,14
279:14,16,20 280:4
282:22 290:9

291:18 292:25
293:4 298:19,25
300:5,13,19,23
303:16 304:14
309:15 311:10,22
312:13,15 313:7
318:24 320:12
329:16 332:13
339:4 343:22 345:7
**elections** 12:18 14:7
53:25 54:3,19,23
56:19 79:17 103:22
143:11,21 145:10
145:21 165:1 190:3
201:5,10,13,14,16
201:21,25 202:2,5
202:22,25 203:6,21
206:17,21 211:5,17
214:9,14,16,20
215:6,13 216:7
217:13 218:6
224:19 237:25
260:8,18,19 261:20
262:2,2 264:13
280:3 296:13
298:15,23 301:21
310:1 322:25 325:6
326:15 338:18
**electricity** 326:22
**electronic** 208:19
246:20 247:3
**electronically** 163:22
**element** 265:19
**elements** 19:11 33:8
40:20 41:15 198:15
**elfant** 7:7 28:1
113:16,17 114:4,8
114:17 116:23
117:1
**elfants** 103:16 116:12
116:16 117:24
130:10
**eligible** 50:11 67:3
143:5,17 156:19
177:4

**eliminate** 19:1
**elizabeth** 2:4,7 10:10
17:4 57:2 83:18
167:5 169:3 172:19
213:23 216:24,24
222:15 356:21
**elses** 263:4
**email** 6:16,18,20,21
6:23 7:3,5,14,16,24
8:6,8,10,22,24
16:11 99:1,15 103:4
104:13 105:4,6
106:12,16 107:14
107:18 108:19
110:21 111:10
113:4 133:3,7,16
139:1,11 164:1,20
164:24 165:8,18
166:1,2,3,8 170:6
171:15,16 173:2,9
176:15 207:23
213:16,17,23 216:4
226:22 251:8,15,21
319:15 324:4,7
325:12 326:11,14
326:17 327:1
341:18
**emailed** 98:2
**emails** 55:11 111:5
163:22 173:10
174:13 212:21
213:17 215:24
217:9 219:20,23
260:5
**embodiment** 160:11
**emergency** 192:25
193:2 287:2,3
344:19
**emma** 4:16
**emphasize** 217:11
287:6,20,22
**emphasized** 307:3
**emphasizes** 352:17
**employed** 12:13,15
175:2,4,6 197:13

357:7
**employee** 336:24
**employees** 46:1,3
83:12,13 85:22
87:21,22 134:11
137:14 165:6 166:2
240:20
**employment** 175:15
**empower** 22:1
**empty** 309:9
**encompass** 14:17
95:1 327:4
**encourage** 89:22
**encouraged** 89:23
200:1
**endeavor** 237:9
**endeavored** 81:24
352:15
**ended** 75:8 108:6
185:23 311:20
**enforce** 186:18
**enforceable** 147:1
**enforced** 34:6
**enforcement** 36:19
36:19 44:20,25 45:2
45:12,14 190:1
191:24 204:14
219:2
**enforcing** 28:7
**engage** 67:1
**engaged** 181:9
**english** 115:21
280:24 284:3,4
**ensure** 143:4 192:8
202:25 204:7
232:21 248:1
**ensuring** 213:20
**enter** 59:3,6,14 84:13
**entered** 47:20 48:5
248:12
**entering** 87:10
**enthusiastic** 134:12
134:18
**entire** 14:11 67:21
320:10 321:13

**entirety** 283:6,22
284:2
**entities** 21:24 23:2
83:8 179:7 201:17
215:16 261:23
262:3
**entitled** 64:14 283:24
**entity** 31:24 142:22
197:15 198:5
215:17 247:7
261:21
**entry** 53:6
**environment** 293:17
293:21 294:10
326:4
**equal** 73:14,17
**equally** 200:16
**equation** 67:8
**equipment** 30:10,13
30:15 34:15,17 38:1
38:3 47:11 48:1,10
49:3 58:9,11,17,18
63:24 65:22 66:8
80:11 85:14 86:4
88:2 90:17 94:21
100:17,19 101:24
102:2 144:8,18
272:10,23 273:1
305:20 334:22
**eric** 143:15,15,25
**error** 307:19
**especially** 82:7
219:21 242:9 246:5
**essentially** 213:25
223:8
**established** 121:17
296:13
**estimate** 20:7 173:14
338:13
**estimated** 273:16
**et** 1:3,6 71:9 95:9
263:2 356:3,6
**ethnicity** 178:7
254:11 274:7,9
**evaluate** 124:23

268:8 338:16 344:2
**evaluated** 123:19
148:14
**evaluating** 343:10
**evaluation** 338:20
**evening** 306:4 325:3
325:6,10
**evennumbered**
242:14,23 259:19
259:21
**event** 126:12,15
128:24 252:13,14
252:21 279:5
314:16
**eventbased** 127:6
**eventdriven** 126:11
129:6,9 136:13
334:5
**events** 124:17,18,20
126:24,25 128:5,6
128:11 129:20,24
136:8
**evidence** 54:9 171:12
171:14 227:17
**exact** 86:18 175:12
186:24 187:4
188:11 230:1 235:6
299:22
**exactly** 20:23 49:18
55:3 126:14 130:18
182:23 193:14
213:9 216:10
221:13,24 225:23
226:2,10 227:18
229:8,10,15,24
232:15 247:11
249:22 278:5 285:2
287:5 316:13 317:3
321:18 322:20
345:4 347:1
**examination** 5:5,6,7
5:8,9,10,11,12,13
5:14 12:5 191:10
237:13 266:1 273:9
306:11 308:12

342:7 343:5 352:22
356:17
**example** 135:12
194:5,8 208:9
212:25 213:3 219:6
224:1,3 229:3,5
243:15 244:3,10
252:12 254:21
257:18 270:5
284:23 342:19
**examples** 75:14
193:25 194:1,2,20
210:7 264:2
**excel** 26:17 220:12
**excellent** 326:18
**exception** 202:20
**exceptions** 109:9
**exchange** 263:24
**excited** 335:18
**excuse** 16:16 316:22
317:25 318:11
320:24 322:1,8
328:7 329:21
**executed** 47:13,14,15
60:4
**executing** 132:16
**executive** 308:9
**exempt** 150:19,25
155:2
**exempted** 150:2
**exemption** 7:20
146:1,15,22 147:2,4
147:4,6,9,15,18
148:17 149:6,9,25
150:18,23,24 151:9
151:16,19,24 152:9
152:12,17,24 153:1
153:16,20,22 154:3
154:10,12,14,22
155:9,21,24,25
156:19,20 186:21
189:3 190:10
**exemptions** 156:16
188:20 190:4
**exercise** 24:20 25:2

134:24 178:2,4,6,8
178:8,16 200:1
216:16 273:21,23
274:2
**exercises** 176:6
177:15
**exhibit** 10:2 14:24
17:9,11 31:2,4
58:21,23 64:2 80:10
80:12 84:1,4,22
88:21 89:5 91:6
92:16,18,23,25 93:9
93:9,12,22 95:17
98:17,19 101:13
102:23,25 104:9,11
104:20,21 105:2,4
106:7,8,10 107:9,10
107:12 110:21,24
110:25 111:2,9
113:11,13 118:2,4
118:12 119:18,19
119:19 122:15
125:4 131:16,17,19
131:24 132:23,25
138:8,11 146:3,4,6
148:24 170:13,15
172:23,25,25
176:16 185:3
212:24 213:1,15,22
213:23 216:2,4
228:10 233:19
276:12,14,14,14,19
276:20,22 277:24
277:25,25 278:2
282:12 293:7
295:11,25 296:23
301:3 303:23 315:3
323:16,18,24 326:9
326:11 328:4,6,7,7
331:8,9 341:8
**exhibits** 5:18 6:1 7:1
8:1 9:1 138:6
216:12
**exist** 51:20 55:18
56:15 243:1 277:19

301:15
**existed** 36:24 247:4
311:16
**existence** 23:3 163:17
163:18
**existing** 69:11
**exists** 56:14 156:6
157:24 231:15
283:14
**expanded** 158:12
**expect** 169:2
**expected** 65:20
116:25 122:25
**expects** 353:23
**expeditiously** 343:7
**expenditures** 353:4
**expense** 336:24
**expensively** 66:5
**expertise** 283:3,4
286:17,17 287:17
294:6,6 297:2
306:24 307:12
**expired** 55:13 238:12
274:23 275:8 276:2
276:2 306:19
**expires** 357:16
**explain** 81:23 154:4
232:8 312:6 317:12
**explained** 108:1
**explaining** 255:24
**explanation** 266:23
**exploit** 327:14
**express** 156:13,15
242:10
**expressed** 103:7
111:16 212:20
260:14
**expresses** 117:4
**expressly** 157:8
160:17
**extend** 341:13
**extended** 107:23
108:2,15 109:24
305:23,24,25
319:23 320:6

322:22 323:3,9,14
**extending** 109:19
**extent** 31:18 32:6
39:12 49:8,10 50:16
50:19,25 61:2 64:6
64:9 130:15 159:1
190:20 261:23
290:16 326:6
346:21
**extra** 77:16 191:1
260:21 261:4 278:6
279:1 322:14
336:22
**extrapolate** 212:6
**eyes** 194:13
**ezra** 2:23,25 10:14

_____

**F**

**faced** 100:24
**facilitated** 179:20
**facilities** 99:16 100:4
319:23
**facility** 6:8
**fact** 52:1 53:9,24
135:14 176:6 210:5
213:7
**factor** 128:9 217:5
**factors** 305:16
309:12 340:1 344:5
**facts** 123:5
**failure** 122:21 123:19
142:2,10 189:12
239:6 343:14
**fair** 46:24 202:4
208:13 213:2 215:5
219:15 223:23
232:8 268:23
314:20 354:6
**fairly** 42:17 68:2
234:3
**fairs** 126:17,22
**fall** 8:11 45:25
109:22 161:22
276:20 287:3
290:21,23 291:8,15

295:6 296:11
305:22 309:6,11
313:22 314:11
334:11,12 351:13
**false** 13:5
**familiar** 48:23 163:1
211:14,18 233:23
266:9 288:18 291:9
291:23 292:20
293:15 319:22
331:11 340:16
344:21
**familiarity** 291:16
**fancy** 269:19
**faq** 147:13 153:14
233:19
**faqs** 146:11 147:7
**far** 51:19 55:16 56:15
66:7 91:10,16
111:24 128:20
129:18 145:22
215:24 217:19,19
219:25 258:23
289:16 329:9,13,14
329:20 330:9,10
332:9 351:7
**farreaching** 286:4,7
**favorably** 36:9
**fear** 260:14
**featured** 295:23
**february** 7:10 85:17
86:5 94:2 95:3,19
95:25 96:4,5,12,15
118:19 119:6
121:13,18 122:18
135:23 136:2,10,21
136:24 137:3,18,24
137:24 138:15,22
139:12,25 140:3
141:11,15,17
165:20 166:9,13
173:11 243:4 266:7
266:12 269:14,21
**federal** 1:22 167:2
242:15 246:23

265:5 282:1 352:9
352:14,19 353:22
354:3,23 356:18
**fee** 247:5 257:25
**feedback** 55:7,8
56:16 205:2 218:20
255:24 256:6
259:25 263:13
300:18,20 301:1
303:15
**feeds** 289:7
**feel** 28:4,7 38:17
52:25 66:23 80:22
112:6 129:1 194:3
223:2 231:21
325:12
**feels** 45:7 197:3
**fees** 257:13,17,21
**fellow** 98:3
**fellows** 98:20
**felon** 249:1
**felony** 18:22 19:7
**felt** 33:9 40:2,7 42:22
65:25 67:22 68:6
128:19 196:22
261:8 313:6 314:15
317:5
**festivals** 126:18
**fielding** 217:22
**fields** 19:20 181:23
186:23 187:2,18
188:14 225:19
226:12
**fifth** 3:5
**figure** 124:11,14
285:24 286:2
288:11 294:22,23
295:12
**figured** 190:12
**file** 185:7,13,17 186:3
186:6,10,12
**filed** 244:3
**files** 16:18,21,22 17:1
26:22 269:16
**fill** 287:1

**final** 16:25 30:23
61:7 80:13 81:25
90:11 93:12 95:9,20
199:22 200:25
201:1,3 240:22
313:11 315:25
316:11
**finalized** 299:21
**finally** 16:24 193:3
266:5
**financially** 357:9
**find** 24:13,18,21 70:9
70:11 149:15
186:25 257:1
294:12 313:8 354:7
**fine** 11:25 149:15
204:19 237:16
266:17
**fingerprint** 33:6
36:24 38:3
**fingerprinted** 34:24
**fingerprinting** 31:16
32:2,21,22 33:9,15
34:11,18 35:22 36:1
37:12 38:10,17,18
39:25 272:10
**fingerprints** 31:8
33:23 34:4,24 35:4
35:7,10,13,17 37:4
37:5,8,24 40:23
**finish** 13:11 195:8
**firm** 10:4,7
**first** 5:24 12:4 16:23
17:6,6,14 18:23
19:15 31:15 87:17
111:21 131:23
133:2,3 134:1,20
163:2 170:7 185:4,9
188:1,4,6,8 196:8
199:14,24 201:19
216:22,22 238:20
242:17 263:10
274:2 280:3 283:24
302:7 315:8
**fiscal** 256:17,19

257:8,9,13 258:11
258:11,19
**fits** 230:24 231:12
233:6
**five** 82:23 139:7,8
218:22 315:18
316:4,7 335:2 341:9
341:13
**fiveday** 99:24 341:19
341:20
**fiveeightysix** 172:1
**fix** 272:25
**fixtures** 47:4
**flawed** 52:18
**flights** 283:25 284:3
284:24 285:17
**flip** 302:3
**floor** 2:20 3:5
**fly** 102:21 298:14
**fm** 2:11
**focus** 87:8 254:19
255:4,11,14 352:1
**folded** 352:3
**folks** 29:20 34:4
38:15 53:22,25
55:13 128:20 222:2
255:21 279:21
314:21 335:11
**follow** 27:9 115:2
**following** 232:6
356:13
**follows** 12:4 356:23
**followup** 254:19
255:11 256:2 306:9
308:23 351:23
**followups** 265:25
306:20 343:3
**force** 314:1,9
**forget** 229:10
**form** 7:20 29:22
33:14 49:6 54:25
56:5,9 74:14 117:18
117:22 142:9
148:19 149:4,5,8
150:16 151:2

157:15,25 160:1,7
160:16 188:12
189:17 203:6,12,16
203:18 218:10
219:11 221:1 222:3
222:16,18,20,23
223:1,5 224:3,9,18
228:2 238:11,13
239:6,6 254:7
259:23 275:6,7
301:15 304:12
330:6 331:25
**formal** 255:23 256:4
**formalized** 341:14,15
341:15
**former** 188:1 225:22
231:13
**forms** 26:16 37:9
51:14 52:5,15 53:13
53:22 54:2,24 67:4
115:14 149:20
157:8 161:7,23
177:5 203:10,16,21
203:24 206:14,20
209:20 219:14
259:22 263:14
282:2 291:10 295:8
302:23 303:10
306:15 307:9 349:4
349:5
**fort** 25:22
**forth** 146:14 147:12
**forward** 254:25
**found** 185:4 235:16
250:12,13 263:20
263:20 292:15
**four** 7:8 19:18 36:2
37:23 46:5 55:15
82:23 108:11 193:4
193:25 194:2
213:14 218:21
271:22 320:20
321:20
**fourth** 302:3
**fouryear** 201:24

fragmented 293:17
  293:21
frame 216:11
fraser 158:15
fraud 33:10 230:12
  234:14
free 270:15 291:18
  293:4 325:12
frequent 207:3
frequently 7:18
  146:18,19 190:9
friday 321:16 332:20
front 193:5,16
  224:19 230:13,17
frontline 208:17
fruits 181:19
fulfilled 128:23
fulfilling 124:6 319:3
full 19:18 25:10
  80:14 210:7 287:4
  315:8 316:1
fullblown 291:3
fulltime 47:12,23
  208:15
function 214:25
  215:1
functioning 82:3
fund 3:4 10:18,21
  265:16,17 308:19
funded 246:22
funding 89:21 90:15
  260:22,25 261:5
  267:22,23,25
funds 208:19 263:1
  351:14
further 5:8,13,14
  112:15,15 159:1
  266:1 289:1 343:5
  352:22 357:6,9
future 60:12 131:10
  136:9 246:24
fw 6:18

_____ G _____
galveston 211:20

212:4 214:9,11,21
  252:11 298:16
gap 122:7
garza 3:13 11:3
gather 30:10 241:7
  242:7 345:8
gathering 256:4
geared 307:5
general 3:23 17:20
  50:6 53:24 64:20
  71:16 82:19 103:5
  109:9 123:16 159:4
  159:7 162:7 163:6
  165:7,11 213:13
  242:19 243:10
  259:13,14,20
  261:21 267:5 291:6
  293:3 295:6 305:9
  312:25 330:18
  333:6,8 335:21
  336:20 337:3
  350:16 353:7,13
generally 16:5 17:21
  44:20 45:13 54:12
  81:1,9 207:7 293:19
  352:2
generals 15:17
generate 20:3 104:6
  219:20 225:11,12
generated 166:21
  199:13 225:5
generates 241:13
generating 249:20
generically 158:11
geoffrey 210:2 229:4
geographic 254:8
geppert 216:4
german 311:22
getting 34:14 42:15
  109:15 111:19,21
  127:2 179:16 217:8
  219:22 248:12
  328:21
give 11:14 27:9,10
  32:17 61:4 64:7,10

81:24,25 112:18
  176:3 177:10
  189:25 194:23
  213:14 230:17
  233:17 241:24
  270:17 280:8 283:9
  291:25 295:13
  296:20 299:15
  301:4 303:25
  346:24 350:1
given 103:25 139:7
  143:8 176:10
  177:22 187:25
  193:10 223:4 226:4
  231:18 265:5
  268:24 269:1
  270:14 294:10
  297:17 300:5 344:3
  356:16
giving 13:5 178:17
  213:24 350:2
glad 98:25 231:21
glen 98:3
global 164:5 165:16
globally 242:23
go 44:16 48:8 49:11
  61:18 64:8,23 66:1
  67:25 68:21 77:22
  78:17 83:23,24
  100:7,7 101:15,15
  114:23 126:10
  129:22 138:5
  139:20,20 146:25
  158:25 167:17
  191:19 193:21
  197:8 198:12
  208:18 209:12
  221:8 228:10 230:7
  231:13 249:23
  251:8 255:15,21
  257:8 261:5,8 268:9
  269:8 270:2 280:20
  286:20 287:4 298:6
  304:12 315:2
  316:17 318:1 322:6

322:8 329:10,20
  341:7
goal 21:14 24:13 65:7
  69:16 82:6,16
  128:10 142:11
  236:25 237:3
  290:20 291:12
  297:6
goals 203:2
gobetween 88:14
god 11:16
goes 61:3 182:10
  184:3,5 231:3 257:4
going 11:20 14:23
  28:16 31:19 32:8
  37:2 38:25 39:11,16
  41:20 49:10 50:17
  50:18,20 51:2 61:3
  61:7 62:7 64:7
  65:24 78:2 84:8
  88:8 95:12,14
  117:20 124:20
  130:23 131:3
  139:16,21 140:19
  152:8 161:11 167:3
  167:4 169:10
  170:11 171:13,17
  187:6 191:16 196:4
  204:15 206:11
  208:22 209:12
  211:19 212:25
  213:13,14 217:1,2,4
  217:10,17 221:21
  222:6 228:2,10
  237:11,17 242:16
  252:12 253:5
  258:20 259:16,16
  266:18 269:2,8
  272:20,20 279:17
  279:18 288:14
  290:7 293:7 296:8,9
  296:17 302:1
  306:13 308:22
  312:5 326:10
  327:16 331:9 334:7

334:24 338:19
343:7 346:23
347:17,21,23
348:19 349:24
350:2 353:4,8
**goins** 264:11
**good** 12:7 27:8 67:14
75:7 76:2,16 83:19
97:1,2 110:6 123:17
123:18 161:5 167:6
191:7,12 218:22
224:15 227:2
266:22 273:11
279:22 280:1
292:21 314:16,18
314:22 323:4,5
**google** 305:6
**gotcha** 266:18,21
**gotten** 203:9
**gov** 2:7,7 4:8 267:14
278:24 305:7,7
**government** 80:9
125:12 127:1 128:8
246:23 265:5 282:1
311:2,5 352:9,19
353:23
**governor** 346:7
347:20
**governors** 49:22,24
50:3 60:14,16 61:19
62:1,5,12,19,25
98:21 346:5,9,11,19
348:1,2,9,23 349:7
349:14,19 350:6,12
351:3,9,12,19
**graduate** 319:12
**grande** 3:13 11:3
332:10
**grant** 73:9
**granted** 151:24
**graphics** 280:9
281:11
**great** 70:16
**green** 112:13,14,23
**grimes** 145:20 155:8

**ground** 12:23,25
**group** 10:19 11:6,8
191:14 227:13
254:19 255:11,14
294:2 307:21
**groups** 236:14 255:4
294:12,13 307:16
313:19 337:22
338:1
**guarantee** 129:11
151:20,22 152:18
153:2
**guaranteed** 151:18
**gubernatorial** 202:4
**guess** 16:10 35:2 51:4
59:23,24 60:10
64:11 95:11,12
101:16 136:9 141:4
179:25 206:22
209:25 212:12
220:4 224:5 328:16
333:6
**guidance** 194:23
275:4 287:19
**guidelines** 337:14
**guidry** 72:19
**guy** 86:19
**guys** 32:8 57:2 207:5
266:22

──────────
**H**
──────────

**hadnt** 112:17 216:13
216:17,18,19
**hale** 3:9
**half** 73:4,7
**hall** 77:21 94:23
**haltom** 22:1 23:2,6
29:15
**hand** 11:12 14:23
17:5 88:15 212:25
216:3
**handed** 58:22 102:4
132:24 170:14
215:24
**handgun** 42:2 244:18

**handing** 17:10 31:3
84:3 92:17,24 98:18
102:24 104:10
105:3 106:9 107:11
111:1 113:12 118:3
131:18 138:10
146:5 148:25
172:24
**handle** 222:22 260:11
269:25
**handled** 243:17,17
243:19
**handoff** 91:3
**handouts** 280:7
**handson** 86:19
**happen** 76:5,11,17
100:5 129:11
226:11 239:25
334:11,12
**happened** 57:18 80:8
100:7 108:9 110:14
110:15 114:25
177:18 178:8
217:14 288:8 313:1
322:23 332:24
334:8,10
**happening** 304:18
313:18
**happens** 182:9
183:11 184:18
185:12 196:17
206:2 242:13
248:10,17,21
**happy** 197:2 279:23
287:14
**hard** 117:23 251:7
266:10 269:18
301:20
**hardin** 75:18,22 80:7
316:24
**hargett** 264:11
**harmondavis** 1:18
4:10 356:11 357:15
**harris** 22:6,14 25:21
98:4 181:14,18

222:25 223:5
233:24 252:11
319:19 333:19,21
**hasnt** 33:19 101:25
116:5 123:15
153:16 177:14
205:11,14 209:15
277:17 336:15,16
**hava** 8:14,16 234:1
246:23 247:3,4
259:1,3,7 264:21,24
264:25 265:1,13
276:22,24 290:12
290:14 296:4,4
353:1,4,8
**havent** 27:7 53:23
91:2,17 95:13
100:11 105:21
140:13 141:22
142:1 158:12 160:3
181:14 203:20
204:3 205:10
211:11 212:13
217:24 232:24
240:9 244:25 245:3
246:21 260:18
261:1 281:2 288:15
301:24 302:2
303:15 310:25
328:16
**hays** 25:22 326:15
**head** 22:1 56:25 57:1
72:18 73:1 98:15
123:4 262:17
307:25 308:9
309:23 310:20
316:20 346:17
**heading** 313:25
**headings** 280:11
**headquarters** 175:8
**health** 257:22
**hear** 78:22 205:5,6
205:22,23 208:16
209:3 218:21 258:1
269:4 284:18

285:14 304:13,17
**heard** 42:14 47:22
  98:12 100:11
  105:10 106:12,13
  106:18,19,20 119:7
  175:5 191:19 205:9
  205:10 212:4 218:4
  218:14 232:25
  234:7,12 246:4
  260:16,19 261:1
  286:6 291:8 339:13
**hearing** 143:11,22
  168:19 205:18
**held** 201:16,22
  206:17 346:2
**hell** 266:22
**hello** 308:14,15
**help** 11:16 89:11
  97:18 235:25 236:5
  258:18 267:1,9
  290:5 295:15 352:9
**helped** 17:21 334:1
**helpful** 193:19
**hereto** 1:24
**hes** 39:2 62:6,7 86:16
  86:18 110:17
  113:18 117:9
  141:22 264:13
**hesitate** 202:8
**hey** 266:20
**hidalgo** 25:23 73:24
  298:15
**high** 24:23 42:17
  54:18,18 73:21 74:8
  79:22 89:24,24
  127:25 176:7
  291:16 317:19
  318:13 331:2 334:6
**higher** 50:13 122:23
**highest** 319:19
  342:11
**hill** 316:21
**hire** 283:2 286:16
**hispanic** 3:16 273:25
  274:3 293:10 294:4

306:21 307:6
**history** 241:25
**hit** 297:4
**hoc** 314:21,24
**hold** 163:19 164:3,8
  164:13,15
**holder** 12:20 52:23
  164:12,16
**holders** 18:19,19
  21:14 23:18
**holding** 197:15,20
  198:5
**holman** 74:4 98:4
  318:25 319:21
  320:2,12,14 321:12
**home** 201:23
**hope** 11:21 183:24
  339:2
**hopefully** 239:25
**hot** 255:20
**hotline** 55:20 304:20
  304:22 305:11,14
**hour** 64:13 110:5
  130:11 356:25
**hours** 50:13 71:8
  84:24 107:23 108:2
  108:5,7,16 109:1,4
  109:12,19,24 110:6
  130:6,14,22,24
  131:1,6,9,25 132:6
  132:10,16,17,20
  133:11,16 134:4,13
  135:3,5,8,19,21,22
  140:4 305:17,18,19
  305:23,24,25 306:3
  306:4 320:21
  321:17,18,22,24
  322:12,14,22 323:3
  323:9,14 324:16,17
  324:19,23 325:3,6
  325:10,17,18,20,20
  325:24 326:7,19,20
  326:24 327:2,7,16
  327:18,22 342:22
  356:24 357:1,2,3,4

357:5
**house** 174:12 183:14
**household** 274:1
**houston** 2:15 74:4,9
  288:22,24 318:25
  319:2,16 320:5
**howdy** 191:15
**huff** 213:19,24
**huge** 293:23
**human** 124:5 257:22
  327:12,12
**hurdle** 40:3,5,15
**hypothetically**
  223:22

---

**I**

**id** 7:8 8:10 18:15,19
  20:10 22:18,22
  23:18 27:19 35:13
  37:9 41:15 42:7
  51:15,24,25 52:5,7
  52:15,23 53:12,13
  53:14,23 54:24 55:6
  55:11,16,17,24 56:5
  56:12,20 57:17,21
  57:22 67:4,10 68:8
  68:11,14 73:18
  74:12,17 78:17
  82:17 99:11 101:15
  101:15 114:24
  115:15,24 117:18
  117:22 128:2,13
  129:16 141:6 142:9
  143:5 144:19
  146:12 149:9,20
  151:1,2 156:1,9,10
  157:8,9,15 160:1,7
  160:16 162:3,9,15
  162:18,19 163:21
  163:23 164:1,6,22
  168:4,10,17 169:8
  170:8 173:15,25
  176:13 177:5
  184:17,19,21
  188:12 190:20

191:2 194:15
  195:24 198:15
  199:3,3 200:8
  209:25 212:11
  217:1,2 219:14
  222:19 238:8,9,10
  238:12,13 239:9
  243:21 250:2,14
  251:5,13 255:21
  256:12,22 258:16
  261:17 262:1,14
  263:19 266:6
  267:21 269:13
  275:5,6,7,17,23
  276:1,2,13 279:3
  281:22 282:6
  283:23 288:12
  291:10,17,23
  292:13,21,23
  294:14 295:4,7,8,14
  295:17,22 296:2,6,8
  296:9 297:5 298:17
  298:20 299:5
  301:22 302:23
  303:10,12,21
  304:13,24 309:8
  317:20 323:17
  337:23 342:13
  344:22 346:12
  349:5 351:4 352:1,2
  352:2,6,6,17 353:6
  353:7,12,14,16
  354:7,12
**idcompare** 7:24
**idea** 22:16,20,21,23
  35:8,24 38:12 43:25
  44:19 63:23 74:22
  76:2,18 83:7 97:1,2
  116:1 118:11
  119:15 134:15,18
  168:23 177:19
  211:9 226:4 292:21
  294:5 330:17
  343:19
**identification** 6:7,12

6:14 9:3 22:19,24
24:16 29:25 30:9,11
32:23 33:4,5 34:16
40:19 46:2,12,15
47:5,12 48:7 49:6
54:2 59:9 68:20
70:4 100:21 112:7
124:2 126:20
128:15 137:15
144:13 150:17,20
151:4 152:9 161:7
161:22,23 230:20
231:6 235:14 239:7
250:9 254:7 257:24
270:24 282:3
291:18 292:25
293:4 306:16
309:15 311:10
312:15 329:16
332:13 339:4
343:22
**identified** 69:2 132:3
154:6 182:14
248:15 313:5
**identify** 7:24 24:10
62:4 70:5 150:9
189:15 210:4
269:11 276:18
312:10
**identifying** 19:16
162:22
**identity** 36:25 61:13
150:14 213:21
230:19 231:3
235:19,22 347:11
**idle** 129:5
**ids** 51:6 54:22 114:22
115:20 161:22,25
162:2,2,12 217:1
267:8,8 272:17
320:1 346:14
348:24 349:1 351:5
**ignore** 229:6
**ih35** 3:14
**ii** 276:23

**iiabout** 8:16
**ill** 13:12,19,22 39:18
56:8 167:13 195:12
195:12,19 213:12
229:4 244:9 256:1
265:22 266:9,21
272:24 273:13
283:7 301:4 303:25
352:20,24
**illfounded** 156:14
**illustrative** 194:6
**im** 14:10,23 17:10
20:8,22 21:25 23:24
26:8 27:6,6,13
29:24 31:3,19,25
32:8 37:2 38:23,25
39:11,16 41:20
42:13 47:23 48:24
49:9,17 50:17,19,21
51:2 61:3,7,10,12
61:16 62:8 64:7,21
64:23 66:7 72:21
78:22 80:6 84:3,12
85:18,19 86:17
92:17,24 93:4 95:15
98:18 102:24
104:10 105:3 106:1
106:9 107:11 108:9
110:16 111:1
113:12 118:3
121:19,22 122:4,23
122:23 127:9
130:19 131:18
133:14 136:23,23
136:23,24,25
138:10 146:5
148:25 153:9,9
161:10,11 167:4
172:24 175:12
177:6 178:15
181:18 184:25
191:13,16 193:5,9
194:18,25 195:14
195:14 196:15
202:13 203:7

204:15,20 206:11
209:12,12 212:5,5
212:25 213:12,14
219:22 221:7
228:10 230:22
231:21 232:3,16
235:14 237:11,16
237:17 239:11
241:12 243:8 244:7
245:4 250:11
251:23 255:8 263:3
264:2 266:17,18,23
269:2,2,5,8,23
272:18,19,20,22,22
272:22 273:4,7
276:15 277:7 279:7
281:9 287:13 296:3
297:11 299:7
300:11 301:15
308:18,21,22 310:6
319:3 320:24,25
321:18 323:18
326:10 327:3,3,16
327:17 331:9 333:4
334:10 335:14
341:17 346:23
347:1,23,24 349:24
350:2 351:11
353:17 354:6
**imagine** 86:12 242:8
285:13 313:18
**immediate** 184:10
**immediately** 184:12
205:25 219:11
**immigration** 157:23
157:25
**impact** 30:23
**impacted** 267:1
290:18
**impersonate** 36:23
**impersonation** 33:10
230:12
**implement** 156:17
186:18 191:21
221:21 223:8,24

224:2,4 227:10
232:19 256:20
**implementation** 7:18
119:22 205:8,15
206:17 209:9
212:19 217:15
218:25 223:15
231:19 263:19
346:6,8,11 348:9,17
350:1,13 351:3,10
**implemented** 56:2
158:13 203:11
223:6
**implementing** 146:12
156:12 189:14
204:8 209:21
262:18 298:13
354:1
**implication** 294:17
294:18
**important** 218:24
234:22,23 235:9
279:15
**impression** 123:16
176:4 190:23
272:16,19 284:16
284:17 285:1
289:22,23
**impressions** 284:14
285:9,10,25 286:2
287:23,24,25
289:19,20 290:1
291:2 296:25 297:8
**improve** 124:11
255:10
**improved** 255:16
**improvement** 265:16
**inability** 104:14
121:9
**inaccurate** 139:1
**inactive** 184:4
**inadequate** 102:11
105:24 114:10,14
114:16
**inappropriately**

213:10
incapable 327:25
inception 300:15
include 17:23 38:2
  157:16 162:9,11
  198:19,22 268:16
  268:17 278:3 284:3
included 19:17 33:6
  157:12 160:10,17
  162:17 190:10
  196:12 225:23
  242:18 278:10
  344:22
includes 42:20
  159:17 244:16
including 161:1
  163:8 221:19
income 74:19,21,22
  74:23
incompatibility
  353:24
inconsistency 353:24
incorporated 289:10
increase 94:4 96:11
  142:4,6,15,21,23
  260:15,17 296:15
increased 96:8,17
  260:15
independent 236:15
index 5:1
indiana 264:13,14,20
indicate 12:1 105:6
  141:10 149:7 153:4
  171:16 174:20
  175:23 182:5
  188:17 210:12
  332:18
indicated 155:1
  170:10 188:23
indicates 54:10 84:23
  99:4 105:8 118:23
  119:12,20 134:21
indicating 181:12
  329:23
indication 157:1

218:23 224:17
  283:9
indicator 254:12
indigent 257:14
indirect 208:1
indirectly 18:1,2
individual 29:11
  163:25 164:1,19,24
  165:8,15 182:20
  200:19 241:9
  246:13 249:25
  250:4,18 251:2
  271:25 272:7
  297:23
individually 27:19
  28:9,16 165:3
individuals 125:8
  182:14 229:19
  257:17 264:16
  313:19 314:8 331:2
info 268:14 270:6
inform 262:11
information 21:4
  29:2 32:17 49:5
  52:3,19,22,24,25
  53:7 55:4 71:4
  115:22 123:24
  147:8 154:1,17,21
  155:17 167:4,23
  168:3,9,17 170:9
  176:12 179:13
  181:24 182:9
  188:25 198:15,16
  209:5 212:17
  217:22 220:5,7
  227:3 229:21
  230:16 231:5,7
  233:8 235:10,24
  236:7 237:7 241:8
  242:7,19 243:1
  248:4,8,15,24
  249:21 254:10,11
  254:17 256:5 264:5
  264:17 267:18,19
  268:18 271:25

272:6 274:10
  279:24 280:2,23
  281:21 294:3,5,16
  304:23 305:1 307:5
  307:18 312:17
  329:22,25 330:2,8
  330:10,15 349:3
  354:16
informational 210:9
  267:6
informed 123:15
ingram 1:11,14 5:4
  7:7 10:4 12:3,7,11
  12:12,19 31:17 32:7
  38:21 39:6,12 40:9
  49:8 50:16 53:3,4
  61:2 64:6 65:2 84:3
  118:3 119:16
  120:18,23 121:5
  149:16 167:21
  191:12 232:7 240:3
  273:11 276:25
  308:14 331:11
  343:8 356:9,14
ingrams 39:14
inhouse 23:19 274:8
  281:10
initial 91:3 192:24
  210:2,6 222:24
  230:2 231:13
initially 63:23 65:13
  196:21
initials 223:3 224:11
  224:15
initiated 135:3
inperson 33:10
  230:12 300:24
input 29:4,7 31:11,13
  31:16 32:20 48:20
  60:14 116:22
  117:24 131:1
  146:17 226:17
  301:17
inquiry 174:16
  342:19

ins 159:16
inside 47:5 74:25
  187:3,12,18 188:3
  225:20 226:12
  290:5,12 305:1
insofar 18:21
instance 1:15 109:25
  128:13 199:14,25
  249:24 327:20
instances 82:5 239:3
instruct 32:9 39:1,11
  41:20 49:10 50:18
  50:20 51:3 61:3,7
  64:22 346:24
  347:23 349:25
  350:3
instructed 12:22
instruction 64:8
  347:3,6
instructions 13:23
intended 112:10
  158:13,14 160:16
  160:24 227:18
  232:15 291:21
intent 224:17 227:24
  227:25
intention 180:4
interact 190:25
  240:19
interactions 311:4
  335:25
interchangeably
  14:16 37:2
interest 24:17,18
interested 22:14
  129:20 179:18
  187:5 357:10
interface 28:4 36:21
  159:6 245:18
  247:18 248:23
  249:7,12 280:4,20
  300:25 312:13
  323:10
interfaced 20:1 30:17
  58:11

**interim** 143:11,15,21
**interlocal** 6:10 84:22
  86:8 88:11 89:5
**internet** 43:8 293:21
**interpersonal** 98:9
**interpret** 161:20
**interpretation**
  159:17 161:1 192:9
  192:18 348:23,25
  349:2,9 351:4
**interpreted** 346:14
**interpreting** 162:12
**interrogatories** 5:24
  17:15,19 231:23
**interrogatory** 16:17
  17:17 18:6 23:15
  29:19 93:7 118:17
  119:11 141:10
  176:24 182:5 183:9
  185:2 232:2,25
  233:14
**interstate** 143:12
**intimidated** 39:24
  40:1
**intimidating** 38:19
  45:15
**intro** 266:6 269:13
**introduce** 323:17
  331:9
**introduced** 128:4
  256:15
**introduces** 256:13
**introductions** 88:15
**invades** 50:19
**invalid** 125:4
**investigated** 157:22
  183:12
**investigating** 24:12
  246:6
**investigation** 183:17
  183:19 184:3 219:2
  256:8
**investigative** 183:15
  190:2
**invitation** 124:19

126:11 136:13
  334:6
**invitationdriven**
  129:7
**invitations** 128:4,6
  128:11 136:8
**invite** 126:13 253:20
  253:24
**inviting** 129:5
**involve** 64:19
**involved** 18:10 46:19
  47:4 49:21,24,25
  58:14 61:10,13,19
  61:23,24 62:2,5,12
  62:16,20,24 63:3,5
  85:3 96:17,18 122:9
  130:5,8 134:13
  137:14 165:15
  172:6 253:15 323:8
  334:17 339:13
  344:20 347:9,10,17
**involvement** 46:16
  48:20 58:6,9 61:11
  88:11 130:16,19
  140:4 298:10
**involves** 346:22
**isnt** 54:3 145:2
  150:18 154:6 233:6
  301:25 327:1
**issuance** 6:7 45:21
  48:17 79:1 97:15
  119:22 123:10
  130:7
**issuances** 7:10 118:7
  118:19 122:25
**issue** 30:11 34:13
  41:4 46:1,5,14,25
  47:11 48:4 49:5
  84:8 85:15 86:1
  94:18 97:9,11
  101:19 143:8 144:4
  148:12 158:16
  204:10 205:4,7,11
  209:17 210:5
  215:21 216:9 218:3

218:21,24 219:23
  220:11 223:19
  238:2 239:24
  241:21 272:14
  306:20 334:22
  349:20
**issued** 34:3 53:13
  78:13,20,22,24 79:7
  118:24 119:5,12
  120:9,9,14 121:14
  122:16 123:9,9,13
  123:21 124:10
  128:23 135:7,13
  145:23 146:24
  147:2 160:3 162:19
  173:25 219:11
  257:23 335:15
  338:10 343:15
**issues** 39:13 52:14
  53:6 97:23 98:8
  121:1,4,5 145:21
  217:12 218:2,4
  263:21 349:8,15
  351:7
**issuing** 6:12,14 46:7
  46:9,16,19 78:4
  86:1,5 87:14 88:2
  93:13 100:21 124:1
  137:15 145:3
**item** 167:22
**items** 34:17 162:22
  281:4
**itll** 152:18,23 187:10
  197:16,17,18
**iv** 80:11 91:24
**ive** 58:22 64:12 103:1
  107:13 131:20
  137:12 140:19
  169:9 171:15
  174:20 175:22
  181:11 193:18
  195:3 215:24 229:5
  231:18 246:4 264:1
  264:7,8,10,10,11,14
  265:24 266:24

269:1 282:17
  317:16 348:13,13
  348:14,22

___

**J**

**jackson** 4:2 6:16
  71:16 103:5 106:13
  106:16 107:15
  110:20 111:5,10,16
  159:7 313:23 324:4
  350:16 351:21
**jacque** 72:21
**janie** 331:12,16,17
  335:14
**january** 63:17 96:23
  122:7,11,12 155:23
  165:20 166:9,13
  169:5,15 170:20
  173:10 178:4,9
  215:25 216:23
  222:1 234:15
  253:24 273:15,20
  273:24 317:8
**jason** 211:11
**javier** 107:15
**jefferson** 25:22 72:19
  75:19 210:17
**jennifer** 2:4,7 4:15
  10:12
**jersey** 2:24
**jgarza** 3:15
**jim** 234:12
**job** 58:13 208:15
  315:1
**joe** 50:9 86:11,13
  132:7
**johnson** 98:3 194:20
  214:17 230:6,6
  270:5
**join** 314:10
**joined** 86:2 216:22
**jointly** 59:8
**jose** 3:13 11:3
**joyce** 327:15
**judge** 45:6,11 196:11

196:25 197:1,3
198:2,3,6,10 217:7
222:7,8,9,14 343:23
**judges** 3:16 48:10
261:14
**judiciously** 287:10
**july** 18:7 19:13 20:14
21:21 25:19 32:18
34:1,7 49:20 51:6
57:5 62:18 69:7
70:19 71:1,3,11
134:24 169:15
175:13 181:7
216:18 227:4
298:19 317:11,12
342:10
**jump** 237:17
**june** 34:6 49:20
146:23,24 185:17
344:10,13
**junior** 318:24
**jurors** 18:17
**jury** 18:8,13,14,24,25
19:3,9,12 20:5 21:4
21:5,10,12,12,14,17
21:18 23:18,21 24:1
24:3,6 25:18 51:9
51:12 71:22 178:11
**justice** 2:5,19 4:15
177:23 178:20
179:5 180:7 273:22
274:5,14

——————
**K**
**karen** 174:7,8 175:1
**kathleen** 4:7,8
**keep** 195:20 208:25
213:12 225:14
254:10 257:6
301:11 304:4
**keister** 3:22,25 11:9,9
11:25 15:16 23:4
26:5,7 27:4,12
31:17,23 32:3,14
36:14 38:20,25 39:5

39:10,20 40:9 41:19
42:25 45:16 49:8
50:16,25 54:25 56:8
57:9 59:24 61:2,9
61:17 62:23 64:6,21
69:14 74:14 81:15
83:18,22 113:9
116:2,3 120:11,12
120:17,24 121:3,11
129:13 131:12
134:7,16 141:21
149:14 156:5
158:25 165:10
166:25 167:5,13,18
179:10 227:21
232:1,6 269:10,17
273:7 275:18
277:13 301:25
313:16 318:3
323:21 329:11
346:21 347:12,15
348:2,19 349:23
354:18
**keith** 1:11,14 5:4 7:7
10:4 12:3,11,11
53:3,4 216:25 240:3
324:11,15,22
352:24 356:9,14
**kept** 123:14 249:6
**key** 13:10 302:25
303:1
**keyed** 341:6
**keyword** 164:19
**kickoff** 49:18
**kids** 327:11
**kill** 62:7
**killing** 74:10
**kind** 63:12 67:11
74:10 128:24 157:2
179:17 194:13
218:14 220:12
263:22 278:6,25
279:25 298:12
352:2
**kinds** 53:6 55:22

249:17,20 336:20
**king** 236:15 264:14
**kirkwood** 57:2
**kit** 222:12
**knew** 140:7 311:16
**know** 13:19 16:25
18:20 20:6 22:1,2,5
22:11,13,13,13,14
23:6,9,11 25:11,22
26:4,25 27:5,24,24
27:25 28:2 29:13,18
29:19 30:5,6,15,18
31:15 34:2 35:1,6,9
35:11,12,14,16,21
36:2,8,8,15,18 37:1
37:3,7,15,15,18,18
37:19,20,21 38:9,13
38:13 40:1,24,25
41:6,10 42:3,6,9,15
42:20 43:7,10,13,14
43:14,17,18 48:1
49:13 51:19 53:12
55:18 56:11,14,15
56:24 57:2,5 59:22
59:22,25 60:18
61:23 63:22 64:14
66:9,14,24 69:18
70:20 72:15,19,24
72:25 73:3,23 74:2
74:3,16,20,20,20
75:13 76:8,17 77:2
77:3,3,4,6,7 78:17
78:23 79:4,9,12,12
79:15,24 80:4,6,25
81:2,6,16 82:4,22
82:24 85:2,23 86:2
86:7,10,11,12,12,20
87:1,16 89:17 90:3
90:13 91:2,10,10,16
91:19 93:2,9,21,23
93:25 94:8 96:1,13
96:25 97:11,22 98:2
98:5,7,8,9,10 99:11
99:12,13 100:6
101:12,22 102:2,15

102:16,16,19,19
103:1,15,19 104:4
105:18 106:1,20,21
107:3,6,13,19 108:6
108:7,8,10,14,15,23
109:8,9,22,22,23,25
110:13,15 111:6
112:9,13,20,22
114:16 115:24
116:2 117:9,17
118:10,13 119:2,3,3
119:5,8 122:24
123:15,20,21 124:5
124:5,23 125:15,16
127:10,11,16,16
128:22 129:16,18
129:19 130:18,20
131:14,20,23,24
132:1,2,5,7,14,18
132:21 133:3,13,15
133:21,23,25 134:9
134:9,10 135:5,7,12
135:22,24 137:7
138:3 139:19,22
140:17,18,23 141:1
141:2,8,14 142:9,19
142:25 143:2,18,22
143:25,25 144:3,25
145:8,17,22 147:3
148:11,11,19
151:11,15,21 154:4
155:12,12,20,22,25
156:2,6,22,24
157:22 159:24
160:2 161:3,6
162:11,16 164:8,11
166:6,10,20 168:5
168:11,13,15,18,21
168:22 169:2,4,9,11
169:24 170:2 172:5
172:8,9,12,12,14,16
172:16,18,19,19,21
173:1 174:11,15,18
174:22,24 175:1,17
175:19,22,24

176:10,14,23 177:2
177:2,10,11,11,13
177:20,21,21,25
178:1,1,12,16
179:14,18,18,23
180:6,7,10,12 181:6
181:11,13,15,17,21
181:22,23 186:7,8
186:13 187:5 188:2
189:17 190:18
193:19 194:25
195:5 196:1,3,16
197:5 202:17 204:2
204:11 205:6
207:21,22,24
208:12 209:3,5,23
209:24 210:18
211:3 212:13 215:9
215:22 219:25
220:4 221:22,24
223:18,20 225:9,13
225:13 226:10,21
227:9 229:4,7
231:18 232:6
233:21 234:6,7,8,8
234:15 235:2
236:14,17 238:7,13
238:14 239:15
241:20,20,24 242:6
243:4 244:14,15,16
244:19 245:5 246:3
246:3,3,8,9 247:8,9
247:11,13,16,17,18
248:7 249:19,21
250:16 251:2,6,21
252:11 254:21
255:18 256:11,11
256:13 257:2,3,8,16
258:13,16 260:24
262:8,9 263:21
264:1,3 265:12,17
266:16,21 267:19
272:2,4 274:21,21
274:22 275:1,20
276:1,8,25 277:16

277:16 279:16,24
280:5 281:18
282:14,20 283:2,8
283:10,11 284:6,12
284:12 285:12,12
286:15,22 287:5,6
288:10,14,23
289:11,16,16,24,24
290:16 291:5 292:2
292:6,7,9,11 293:2
293:3,5,14 296:17
297:15 298:14
299:17 300:25
301:7,15 304:10,25
306:17 307:2,3,8,18
307:22 308:5,6
309:18,20,21,22
310:5,8,11,20
311:14,19,20,21,24
312:2,24 313:13
316:5 317:1 319:11
319:14 320:1,9,21
321:11,14,17,22
322:15,18 323:2,5
323:12 325:25
327:11,25 328:2,13
328:14,17,20,24
329:2,4,9 330:15,18
330:22 331:23
332:1,10,14,22
333:1 334:4,8,11,12
334:18,19 335:12
335:14,16,17,18,20
336:7,10 337:16,18
337:19,25 338:4,12
338:21 340:18,24
341:18,19,23
344:14,25 345:16
345:17,22 346:7,10
347:19 348:14
350:2,9,11,21,24,24
351:17,22 352:4
354:10
**knowledge** 34:23
74:13 91:8,15,18

94:6 95:6 101:4,18
119:14 121:1,3
131:4 144:21 174:2
260:23 271:24
275:14 291:11
292:13,24 328:11
332:6 334:2 338:9
346:4
**knowledgeable**
120:13,21
**known** 288:15
**knows** 154:14 168:6
168:12,18 222:13
251:6
**korgaonkar** 3:4 5:12
10:17,17 342:8
343:1 357:5

_____
**L**
**lack** 55:11 99:15
103:25 107:4 143:5
206:22 254:6
**lacked** 50:11
**lady** 127:8 194:20
230:6 270:4
**language** 33:7 220:24
**large** 25:1,5 27:1
28:13 68:8,11,13
69:17 70:18 156:3
234:3 307:20
332:11
**larger** 25:23 288:3,4
295:19
**largest** 288:6 295:18
**late** 38:8 82:8 112:4
277:19 311:18
320:11 342:10
**latino** 273:18
**law** 2:10 7:8 34:5
36:19,19 44:1,20,24
45:2,8,12,14 59:12
59:16 78:2 147:1
151:25 155:17
156:14,17 176:18
183:18 191:21

201:6 202:22
203:17,22 223:15
223:24 224:2,4
252:15 288:9,11
295:4 298:14
302:17 303:4,12
**laws** 156:12 161:20
161:20 192:9
**lawsuit** 12:20 161:6
**lawyer** 95:16 234:23
**lawyers** 191:13 207:9
207:22,23
**lead** 111:24
**league** 3:2 8:3 10:18
10:21,23 308:21
**learn** 23:2 342:16
**learned** 23:7,7
219:10
**leave** 175:10,12
303:22 304:12
310:25
**left** 250:4
**legal** 3:4,13 4:11,16
10:7,18,20 11:3
78:4 84:19 101:1,2
131:5 142:14
151:12 160:11,13
161:2,4,15 162:7
186:11 208:20
216:24 253:14
308:19 357:17
**legally** 92:10 159:25
**legislation** 158:3
**legislative** 159:3
168:1,7,15,19
169:11 257:4,7
258:15
**legislature** 7:22
46:22 124:3 143:19
156:13 157:14
158:12,13,18
160:16,24 161:20
162:1 167:4,24
168:3,9,16 169:23
170:19,20 174:12

175:19 176:1
185:22,23 191:22
223:20 242:1
256:13 257:6
258:17 261:5,9
296:17 352:12,18
353:21 354:2
**legislatures** 159:1,6
**legitimate** 116:20
**leticia** 301:16
**letter** 7:7 8:3 113:16
113:20,23,24 114:5
114:6,9 116:13,16
116:21 117:5,6
130:10 148:13
183:15,19,22 184:3
184:6 213:2 240:6
249:20 250:3,14,15
264:20 271:20
273:23 274:13
**letters** 212:21 263:24
**letting** 23:9
**level** 183:25 184:1
191:4 248:21
288:24 291:11
**levels** 291:16
**liberty** 75:5,17,18,21
80:7 313:5 316:21
316:22,23 317:1
**library** 257:7
**license** 7:12 18:15,19
19:17 21:13,18
22:18 23:17 24:2
25:6,10,13 33:5,8
41:16 42:1,5 43:11
44:16,21,25 46:17
46:20 47:6,20 51:15
52:9,11,22 55:13
69:11 86:22 101:5,7
101:10 127:19,21
130:6 133:10
135:19,23 137:25
145:2,19 169:7,23
170:5 171:7 173:15
173:25 176:13

177:1,9 178:21,25
179:9,20 180:5,16
180:24 218:13
235:4 239:24 240:9
244:18 257:19
271:19 274:19,22
274:23 275:3,13,17
276:6,8 306:15,16
306:17 309:9
329:15,24 330:13
332:9 334:15,23
339:25
**licenses** 275:13,24
**lieu** 128:7
**lieutenant** 62:19
**life** 50:2
**light** 272:21
**liked** 333:9
**likelihood** 334:6
**limit** 65:7,10,13,14
325:2
**limitation** 290:14
**limitations** 294:10
**limited** 18:21 287:21
293:20 327:7
328:23
**limiting** 136:9
**lindsey** 3:23 11:10
**line** 64:22 280:3
324:11
**lined** 111:23
**links** 264:4
**list** 6:12,14 7:10,12
9:3 18:7,13,14,16
18:18,25 19:2,3,9
19:12 20:3,5 21:4,5
21:5,15,17,18 22:6
23:10,17 26:23
27:18 28:2,13,19
29:16,20 30:10
34:15 51:5,10,13,18
51:19,19,22,23
53:17 56:14,23 57:5
57:17,20 68:9 70:19
70:25 71:1,3,7,11

71:14,22 80:11
93:12,19 99:6,12
101:12,22 102:3
104:23 114:3
115:17,20 118:6,10
118:16,19,23 125:4
131:24 134:23
143:13 150:1,2
152:15,20 153:9,10
160:16 162:14
182:6,21,22 184:14
187:1,6,23 188:9
195:25 198:16
199:5 219:14
221:14,16 225:1
226:6 228:3 230:14
231:5 235:5,16
240:12 241:24
245:8,10 246:4
249:5,6,19 250:9,18
250:24 251:3,18,20
254:8 267:21 282:2
282:5 284:10
288:18 317:9,11,14
317:23 318:14
322:2,6 331:1,3
346:12,13 348:24
349:1,2 351:5
**listed** 15:5 115:14
120:1 150:1 157:8
157:15 160:19,19
271:22 279:9
280:10 288:17,18
289:6
**listen** 219:3
**listening** 285:21
**lists** 80:12 95:1,5,9
95:20 143:13
254:14 270:14
**literally** 206:24
**litigation** 25:25 26:3
26:6 115:25 163:18
163:19,19 164:3,8
164:13,16 179:3
180:8,9 345:16

**little** 48:14 54:7
62:10 114:12,18
140:9 183:13
195:16 225:2
266:10 270:21
292:16 308:22
312:5 326:7 339:7
347:25
**live** 69:1 248:13
252:13,23,24
293:16 343:21
**living** 214:3
**llp** 1:21 2:14,23 3:9
10:4
**load** 97:8
**local** 45:8,11 48:9
72:5 75:6 79:13
82:9,10 85:15
102:17 142:22
201:13 210:14
215:16 217:8
248:21 261:21,23
262:2,3 279:20,20
279:22,23 290:9
298:5,15,23 319:24
**locally** 47:12,23 84:8
285:22 335:14
**locate** 69:21 71:1
73:9,20 77:9 79:10
99:19 166:17
313:21 318:21
321:6 330:3 332:3
339:16
**located** 79:21,25
94:20 233:15
317:15 340:20
**locating** 71:23 75:23
77:12
**location** 49:4,4 58:18
70:11 71:5 75:9,11
76:4 77:1,23 80:13
80:18 81:4,12 82:1
98:4 109:16 110:5
114:11 123:9
145:23 197:1

198:10,24 200:3
241:8 254:8 309:6
309:10 312:7,19,21
313:3,4,8,10,12
315:15,25 316:2,11
316:14,21,22,23
317:1,9 318:12,17
319:1,16,17,20
320:3 321:8,10,11
321:23 322:14
333:7,11,16 335:21
338:6 340:8 341:10
**locations** 7:16 8:22
46:12 58:12,15
69:20 71:15 75:2,3
75:4,24 95:10
102:11 103:5,9
106:2 108:8 111:13
111:20 112:6,7,18
132:2 138:18
139:14 140:1
272:15,17 309:2
312:16 315:23
316:18 317:17
322:2,4,21 325:16
325:18 333:20
337:7 350:6
**locked** 111:14,20
**log** 207:18 252:9
254:2
**logged** 207:6,13,14
**logistical** 11:18
108:17,21 110:19
**logistically** 97:23
**logistics** 104:25
109:15
**logs** 219:17,25 220:6
**lone** 318:24 320:25
321:2,3
**long** 39:16 154:18
179:10 237:18,19
320:9
**longer** 99:23 108:5,6
342:5
**look** 26:10 36:20

78:17 92:20 93:8
106:15 118:12
133:2,4 153:9
172:25 184:23
187:20 188:10
192:20 193:16
196:7 203:10,21
204:1 213:12
226:18 228:13
229:20 233:8
235:23 267:15
268:16 270:2
282:13 288:17
289:4 293:9 301:4
315:6 324:9
**looked** 16:7,9 195:3,5
222:5 226:9,22
318:12
**looking** 92:21 104:21
149:17 185:5 192:6
193:5,9,23 194:18
203:15 204:4 227:1
235:15 278:2
323:24
**looks** 90:22 91:12
92:7 103:6 134:23
171:8 177:25
183:23 188:7
219:13
**lookup** 187:10
**loop** 55:7 125:25
205:3 255:25 256:6
301:1
**lose** 237:19
**loss** 258:5
**lost** 222:17 299:6
**lot** 53:12 54:22 55:23
56:17,18 64:17 90:3
145:9 152:4,5 209:3
215:12 217:18,25
219:22 234:6,9
235:23 242:17
251:18 258:1 269:1
294:3,5
**lots** 245:4,4 288:1,2

**loud** 303:7 352:25
**louri** 127:8 129:16
136:3 138:13 140:6
208:23 313:24
314:5,16,18
**louris** 341:18
**low** 54:4,12,23 74:19
74:20,22,23 300:2
310:23
**lynn** 3:8,10 10:22

---

**M**

**maam** 16:1,14,20
20:17 21:7 24:9
26:1 27:21 28:18,21
29:5,23 31:5 33:21
33:24 34:8,12 35:5
35:18 37:6 41:5,25
44:4 45:1,19 46:8
48:22 51:7,12,16
52:10 57:7 58:24
59:11,15,19 60:23
63:9 66:7,7,13 67:5
68:17 70:15 71:2,6
71:10,13,25 72:8
75:16 77:11,23
79:19 80:2 83:2
84:21 86:6 87:11
90:17 92:8,14,19
93:1,3,14 95:4
97:17 99:3 102:9
104:12 105:5
106:11,14,17
107:13 108:13,23
109:4,17 110:9,22
115:5,16 116:14
117:15 118:5,9
125:10 126:8
127:17,20 135:11
135:20 136:17
138:12,23 140:2,6
143:7,10 150:21
153:6 158:21,23
159:11 160:14,18
161:17 165:2,22,25

166:5,15 169:25
170:16,24 171:9,13
178:15 188:21
191:4 342:25
**macgregor** 98:22,22
98:24 346:9 348:13
348:17 349:13
**machine** 1:20
**machines** 129:4
**magic** 285:2
**magnitude** 202:3
**mail** 55:16 114:24
147:21,22,25 148:1
148:2,3,6
**mailed** 281:24
**mailing** 188:5 226:7
**mailings** 114:21
116:12
**mailout** 114:25 115:3
281:19,22
**main** 278:21
**maintain** 154:17
155:6 192:16
**maintained** 155:10
164:17 207:15
220:1,12 244:23
245:2,7 246:11
**maintenance** 143:14
182:21 246:5
249:19
**making** 18:24,25
21:14 52:24 97:13
98:12 124:18
127:10 129:19
141:5,19 161:25
213:20 218:7,11
221:2,9 226:13
229:12 231:7
249:11 256:11
270:7 298:6 301:18
339:6
**malc** 10:16 11:1
273:12
**man** 109:17
**manage** 237:2

**management** 208:19
  247:15
**manager** 20:1 174:9
  208:23 226:15
  310:15 313:24
**managers** 163:9
  208:21 314:6 315:1
**mandate** 89:13 124:7
  143:2 351:25
**mandated** 351:25
**manner** 162:22
**manning** 326:2 327:4
**manual** 253:6
**manuals** 253:4
**map** 341:1
**mapped** 112:9
**maranzano** 2:4,7
  10:12,12 167:9,15
**marc** 1:3 356:3
**march** 46:3 54:24
  63:17 71:24 88:23
  136:11 137:4,18
  201:9,20 202:5,6
  211:4,11 243:4
**marcy** 264:7
**margin** 307:19
**marion** 155:11,11
**mark** 17:8 30:25
  58:20 92:15,22
  98:16 102:22 104:7
  105:1 106:6 107:8
  110:23 113:8
  117:25 131:15
  132:22 146:2
  148:23 170:12
  172:22 264:11
  282:10 301:2
**marked** 10:2 14:24
  17:9,10 31:2,3
  58:21,22 84:1,3
  92:16,17,23,24
  98:17,18 102:23,24
  104:9,10 105:2,3
  106:8,9 107:10,11
  110:25 111:1

113:11,12 118:2,3
  131:17,18 132:23
  132:24 138:8,10
  146:4,5 148:24,25
  170:13,14 172:23
  172:24 212:24
  213:1,15,22 216:2
  276:12,13 282:12
  284:7 289:5 301:3
  315:3 323:16,17
  326:9,10 331:8
**market** 284:8 285:19
  287:1 288:13
  289:12
**marketing** 344:9
**markets** 284:10
  285:18 287:2,16
  288:3,4,6 296:24
  298:1
**marriage** 239:24
  271:19
**marsteller** 291:4,15
  292:3 294:7 308:3,4
  345:12 353:1
**marvelous** 12:8
  308:17
**mason** 105:6,9,11,12
  105:13,17,19
**mass** 114:25 115:3
  251:15 281:18,22
**massmailed** 209:3
**master** 185:7,13,17
  186:3,5,10,12
**match** 19:24 20:9,14
  21:12,21 22:7,15,16
  22:18 23:3,9 24:8
  25:18 51:9,25 52:10
  52:25 55:23 68:14
  177:8 178:1 179:21
  183:8 185:3,4
  186:24 187:4
  188:11 193:14
  209:13 218:16
  221:13 228:3 229:6
  229:11,15 230:1

235:4,6,9,12 239:22
  251:11 252:4
  267:15,20 274:4,6
  290:13 309:7 331:2
  342:11,12
**matched** 18:7 19:12
  19:21 21:10 24:5
  28:19 51:11 180:23
**matches** 181:24,25
  182:11,14 183:12
  198:15 229:8 246:6
  317:19 318:14
**matching** 18:10,11
  20:18,21 21:20
  23:25 24:20 25:1,24
  26:6,11 27:2,18
  51:22 52:12,14,17
  52:19 53:7 69:7
  72:6 134:24 169:10
  169:13,14,17
  170:10 171:13,17
  171:18 172:6 176:6
  177:14 178:2,4,16
  178:20,23 179:5,9
  179:17,19 180:4,11
  180:14,18 181:10
  181:16,20 182:2
  183:23 185:10
  229:10 250:12,13
  251:25 254:5
  273:21 274:2,8,10
  312:10
**material** 163:24
**materials** 160:8
  164:4 195:3 233:16
  236:8 253:8 266:4
  298:9,11,18 299:4
  335:23,24 345:15
**matrices** 112:14
**matter** 17:20 53:9
  164:13 207:7 208:4
  213:7 271:12 311:6
**matters** 348:20,22
  350:22
**maximize** 290:15,20

**mccraw** 36:6,6
**mcgeehan** 8:3 16:19
  16:23 17:1 168:21
  171:2 172:16 174:4
  213:2
**mean** 14:20 16:22
  17:5 22:11,21 36:8
  52:1 60:18 67:18,19
  77:18,19 84:12
  85:18 87:23 92:4
  93:17 94:8 96:1,25
  97:22,22,24 114:8
  126:14 127:24
  135:4 141:1,2 145:8
  152:1 155:11 158:5
  158:5 159:15
  162:11 187:13
  189:4,7,20 190:6,24
  194:21,25 196:16
  199:7 208:4,8
  212:25 223:18
  227:9 229:7 244:16
  245:17 249:16
  254:22,24,25
  256:21 263:7 266:9
  266:10 268:17
  270:3 272:4 279:13
  285:18 304:10
  341:15,17,18
  343:25 347:11,18
  349:1 351:15
**meaning** 258:25
  350:25
**means** 50:10,23
  112:17 122:17
  132:18 147:20
  151:21 155:10
  159:16 182:25
  183:1 196:1,3 197:5
  203:8 233:5 236:17
  245:18
**meant** 114:18 157:16
  157:18 158:4,10
  162:3 190:24
  216:15 290:14

**measure** 142:10
  230:13 284:20
  286:3 291:2 338:22
  343:16
**mechanism** 249:10
  258:17 261:11
**media** 8:18 181:12
  217:8 237:7,8 259:4
  262:21 263:1
  267:11,12 278:6,11
  278:17 279:1,5,6,23
  279:23 280:6,11,12
  280:12 282:21
  283:6,12,23 286:3,7
  286:10,13 287:12
  288:7 289:25
  290:24 291:13,20
  291:20 293:15,17
  293:21 294:2,9,18
  295:9 296:23 307:7
  307:9 335:24 336:1
  337:23 345:4,8
**mediating** 312:23
**medication** 13:25
**meet** 75:10 208:20
  276:6
**meeting** 112:1 216:23
  253:24 255:19
**meetings** 253:18
  264:10
**melanie** 213:19,24
**member** 263:16
  284:18
**members** 199:17
  286:5
**memorandum** 6:5
  7:18 59:1,14 60:17
  60:21 61:20,24
  88:21 315:3
**memorialized** 341:22
  341:25
**memory** 27:7,14 99:1
**mention** 179:11
**mentioned** 37:20
  138:14 159:12

247:6 250:6 259:18
  274:3 280:14 281:4
  281:5,14,18 292:12
  299:19 301:1
  304:20 307:13
  309:4 310:11 313:6
  314:9 318:10,16,18
  319:6 320:23
  333:19 337:1,5,21
  341:8
**mentioning** 24:1
  341:19
**mentions** 295:25
**menu** 247:13
**merely** 327:6
**message** 106:16
  293:25 294:8 295:6
  326:11,14
**messed** 14:14 187:18
**messing** 136:25
**method** 162:22 231:2
**methods** 291:7
**metric** 329:12,14,18
  343:9,12,18 344:1
**metrics** 6:23 291:7
  339:6
**mexico** 69:10
**michael** 103:18,21,22
**middle** 19:22 38:7
  63:14 87:17 107:14
  112:19 122:7 188:1
  188:4,6,8 210:6,7
  213:18 219:7 230:2
  230:2 231:12
  299:23 324:3
**midst** 298:13
**mike** 351:19
**miles** 329:23 330:1
  330:12,14
**military** 35:12 53:14
  161:22,23 162:3,9,9
  162:15,16,17,19,20
  349:5
**million** 8:16 234:8
  258:18 265:7,7,9

276:23 296:1
  333:21 336:9
  345:19,24,25 346:1
  352:13,25
**millions** 214:4
**mind** 23:15 74:3
  79:16 88:18 93:20
  99:10 100:19
  180:22 217:6 318:5
**minds** 117:19 217:4
  255:15 308:7
**mini** 253:4,6
**minimum** 80:20
  81:10 82:2 139:8
  142:25 257:25
  299:10
**minorities** 74:1
  307:10 338:1,5
**minority** 14:19 73:21
  307:16
**minute** 106:15
  112:21 152:6,11
  318:1
**minutes** 191:16
  193:11 211:20
  258:21 318:4,6
  356:24,25 357:1,2,3
  357:4,5
**mischaracterized**
  69:15
**mischaracterizes**
  55:1 56:9
**mischaracterizing**
  232:2
**misconception**
  204:12
**misleading** 13:5
**missing** 67:7
**mission** 202:24
  223:12 226:4
**mistake** 213:20
**misunderstanding**
  147:11
**misunderstood** 23:15
  232:12

**mix** 87:21 88:7 353:6
**mixture** 83:16
**mobile** 6:8,10,12,14
  6:18 7:3,5 8:24 9:3
  22:19,24 24:12,14
  24:18 25:3,7 30:9
  34:15 38:2,7 42:16
  43:3,5 45:24 46:4
  46:13 47:3,5 48:23
  49:7,16 51:2 58:2
  59:9,17 60:12 61:25
  62:13,20 63:20
  65:15 67:3,25 68:20
  69:21 70:4 71:5,12
  71:15,23 72:12
  73:10,17 74:5,11
  75:15,23 76:19,23
  77:10,12 79:7,10,20
  83:9,14 85:6,9,21
  87:22 88:5,18,20
  93:13 94:1,10,13,15
  94:16,17,19,21,24
  95:1,2,9,24 96:9,19
  97:5,21 99:20 100:4
  100:14 102:11
  103:10 105:25
  107:2,5 108:11,25
  109:3,6,12,12,19
  110:12 118:24
  119:1,13,14 121:14
  121:15,20,23 122:1
  122:6,8,16,17,18
  123:19,22 124:10
  124:23 125:20
  126:2 127:3 128:7
  128:16,18,21 136:2
  136:6,10,19 137:6
  137:19 138:15
  141:2 236:11 272:9
  272:11,14 273:1
  294:5 305:16,17
  307:5,5 308:24
  309:2,6,11,16
  310:22 311:13
  312:8,15 313:10,21

315:9,22,25 316:12
316:17 317:9,14,17
317:20 318:11,21
318:22 320:16
321:6 322:8,11
323:9,14 324:19
325:7,23 327:22
328:11,25 329:9,10
329:13,20 330:3,20
330:23 331:15
332:3,13,18 333:2,7
333:8,16,24 334:2
334:14,20,25 335:3
335:7,13,22 336:2
336:22 337:2,7,14
337:17 338:6,8,10
338:17,22 339:10
339:16,22 340:3,8
340:22 341:10
343:10,15 346:3,10
346:19 348:24
349:11,12,15 350:6
351:5
**mockup** 131:21
**model** 126:11,11,15
128:24 129:23
136:13 334:6 337:6
**modern** 293:16
**modification** 316:6
**modifications** 216:20
**modified** 193:3
**modify** 325:19
**module** 299:1,3
**moment** 138:5 306:7
**monday** 321:16
**money** 8:12 65:5
186:5 249:9 258:18
259:4,7 261:8
264:21,24,25 265:1
265:13,15 268:3
276:20 279:1
287:10 289:25
290:4,4,6,10,11,13
290:13,19 294:24
295:15 296:9,21

336:4,6,13 337:1
346:2 352:8,8,10,14
352:19 353:1,21,23
354:2
**monitor** 189:2,12
**monitored** 262:4
**month** 55:10,19
122:12 136:21,22
206:25 208:3 253:8
253:11,12 260:7
273:24 299:24
311:17
**monthly** 253:3,10,19
**months** 253:5 320:16
**morning** 12:7 236:12
236:24
**morrissey** 351:19
**mou** 7:5 113:4,7
316:6 328:1 341:8
**move** 65:5 195:12
248:18 315:22
333:10
**moved** 75:11
**moves** 153:21 154:3
154:10
**moving** 145:8
**multiple** 90:10 212:7
214:4
**murphy** 4:8
**murphydarveau** 4:7
**myrna** 4:17

---
**N**

**naacp** 2:17 3:4 4:17
10:15,18,20 11:1
273:12 308:19
**naacpldf** 3:6,6
**nailing** 216:11
**name** 8:4,6,8 10:6
12:9 19:15,15,15,22
50:1 55:22 62:7
63:2 98:3,20 138:13
158:2 185:4,4,9,9
186:23,24,25 187:1
187:2,4,4,5,7,12,14

187:18,20,22,24
191:2,12 193:14,23
195:16,23 198:13
199:2 200:20
204:10 205:9,15,20
208:9 209:9,13,17
209:22 210:5,7,16
210:24,25 213:11
216:15 217:16
218:3,5,8,9,10,11
218:12,13,16 220:8
221:5,12,13 225:20
226:6,11 228:2,7,21
229:7,15,22 230:2,7
230:24 231:13
233:6 235:5 239:24
239:25 240:1,2,4
248:18 254:18
264:12 271:6
273:11 308:8,18
319:7
**named** 215:3
**names** 187:25 188:10
194:3,20 205:13
213:9 217:3,3
225:22 226:13
228:4 229:3 230:25
233:7 267:15 268:6
270:1 319:13
**narrow** 155:25
156:16 161:7
**natasha** 3:4 10:17
**national** 246:8
256:24 263:16
278:8,15 280:18
**natural** 243:15
**naturalization** 53:15
157:13,16,23 158:1
158:9 159:18
160:20 161:2
**nature** 146:18 192:5
208:25 220:10
314:17 317:18
**navasota** 155:10
**near** 79:21,25,25

318:21
**necessarily** 74:3
**necessary** 38:17 40:5
41:18 52:3 66:23,25
114:2 210:20
221:21 226:15,16
250:10
**need** 13:7 28:4 30:14
33:12 35:4 42:18
45:6 46:22 57:22
70:9 82:18 94:23
103:18 108:2 124:6
124:12,13 128:13
137:8 142:8 148:3,6
150:10 151:11
153:23 161:7
184:20 187:2
193:21 206:4,5
210:13 225:16
230:3 231:20
238:11,13 239:13
267:8,14,18,19
282:1 291:23
292:20 336:8,21
339:5 346:2
**needed** 24:16 36:16
58:19 67:3 128:14
190:12 223:3
224:18 226:25
228:1 261:4,8 287:6
288:8 290:10
291:18 294:14
297:4 298:16
314:12 317:5 320:1
336:19 343:22
**needs** 35:10,13 48:7
144:19 153:21
156:10 219:4
255:16,17 288:10
288:13 343:17
**neglected** 216:3
**neil** 2:10,10,12 11:5
191:12 210:1,2,16
210:17 229:4,4
**neither** 303:11 357:6

KEITH INGRAM                                    4/23/2014

34

**network** 284:13,15
  285:23 289:3,4,7,10
**never** 51:18 127:20
  209:7 313:1,13
**nevertheless** 95:19
**new** 2:20,20,24 3:5,5
  7:8 114:24 128:4
  153:24 154:12,13
  154:23 164:12,14
  177:23 178:4 201:6
  202:22 219:8,13
  262:19 279:17
**news** 56:17 82:11
  181:12 212:14
  217:6,8 237:7
  291:20
**newspaper** 82:7,9
  282:25 345:10
**newspapers** 294:4
  307:4 345:5
**ngbaronlaw** 2:12
**ngr** 1:5 356:5
**nickname** 188:2
**night** 247:20 248:16
**nights** 249:8
**nine** 19:18 135:13
**nkorgaonkar** 3:6
**nomatch** 270:15
  317:8,11,14 318:14
  322:2,6 331:1
**nonbusiness** 130:11
**noncitizens** 19:1,6
**nonexact** 229:11
**nonfactor** 217:16
**nonfederal** 290:7
**nonhava** 8:12 276:20
**nonmatch** 319:19
**nonmatches** 21:1
  22:5,21 23:11 68:4
  69:2 74:2 173:18
  254:16 312:11
  317:23 319:25
**nonregistered** 143:17
**nonresponsive**
  204:16 206:12

**nonsb** 270:24
**normal** 54:8 102:20
  115:5 238:23
**normally** 45:9 304:17
**north** 3:14 75:19
**nos** 276:12
**notarized** 222:6
**note** 239:21 256:17
  256:19
**notes** 257:8
**notice** 5:20 15:2,5,8
  15:10 39:6 80:17,19
  80:20,22,23,25 81:1
  81:3,4,6,7,10,11,13
  81:18,19,21,22,24
  82:2,6,15,19,20
  83:6 91:22 92:1,8
  102:11 104:1
  114:10,14,16
  119:17,18,20 120:2
  120:3 121:8 138:22
  139:7,8,25 148:20
  162:21 167:22
  183:17 188:11
  237:1,9 304:24
  331:14 341:9
**notification** 249:2
**notified** 312:3
**notify** 80:13 315:24
**november** 7:12 54:23
  58:3 63:16,19 72:7
  74:6 78:12 87:20
  88:23,24 100:1
  109:6 122:3,4,8
  125:2 126:7 129:9
  132:10 136:14
  140:20 142:3
  146:13 193:1 201:8
  201:12,19 202:5
  209:14 211:13
  215:14 227:2
  254:21 255:9,21
  259:14 282:22
  290:9 298:24
  318:24 332:21

338:11,18
**number** 1:5 18:1,1,1
  18:2,2,2,3,3,3,4,4
  18:4,4 19:17 20:9
  20:13,25 24:14
  26:23 28:24 53:25
  56:20,21 57:13 67:2
  67:10,12,25 68:21
  71:12 89:17 94:1
  96:3,5,11,14,16,17
  105:24 107:5 119:7
  120:13 122:23,24
  122:25 123:8,12
  125:7 138:3 140:10
  140:14 141:14,18
  142:5,6,15,21,23
  143:1 156:3 167:22
  173:14 183:6 185:6
  194:6 202:4 204:24
  204:25 205:2
  233:23 234:3
  236:25 254:16
  273:17,25 287:23
  287:24 291:2
  292:22 293:20,23
  304:25 305:2,4,8,9
  305:10,12,14 309:6
  310:23 317:19
  318:13 323:25
  331:10,10 343:14
  356:4
**numbered** 1:17
**numbers** 17:24 19:16
  23:10 26:19,20
  28:20 29:6,11 47:24
  68:4 74:2 137:8,9
  155:22 177:25
  292:20 300:9
  312:11
**nvra** 280:24
**nw** 2:6 3:9
**nyu** 2:21

————————————
**O**
————————————
**oag** 3:25 179:12

**oags** 180:16
**oath** 13:4
**object** 11:20 54:25
  56:6,6,8,8 69:14
  74:14 81:15 93:5
  129:13 204:15
  206:11
**objecting** 11:24
**objection** 12:1 23:4
  38:20 41:19 42:25
  45:16 64:16 131:12
  134:7,16 141:21
  156:5 227:21 232:1
  243:16 244:4
  275:18 277:13
  313:16 329:11
**objections** 5:23 11:21
  11:22 121:8
**objectively** 97:23
**obligated** 92:10
**obligation** 84:19
  142:14,20 149:11
  149:19 154:1,15,15
  154:20 155:14
  203:3
**obligations** 154:25
**observation** 116:24
**obtain** 33:8 37:8 42:1
  42:4,7 48:18 115:23
  143:5 147:17
  192:16
**obtained** 23:16,17
  37:4 147:20 179:19
**obtaining** 35:13
**obtains** 149:25
  153:20
**obviously** 22:21
  24:24 55:16 56:17
  65:4 80:19 82:5
  104:5 121:4 151:11
  160:8 163:23
  199:18 231:12
  255:15
**occasion** 177:7,16
  250:2

**occasionally** 203:16
**occasions** 31:14
**occur** 78:7 96:24
    137:11 142:3 181:5
    260:6 281:23
    338:20
**occurred** 96:25
    101:25 109:25
    110:11 169:14
    227:16 231:19
    260:20 291:21
**occurrence** 78:19
**occurring** 43:23
    112:2
**occurs** 255:17,18
    260:7 281:19
**oclock** 108:11 320:20
    321:20
**october** 7:7 8:3 46:10
    59:5 72:11 78:10
    85:7 87:7,9,11,16
    87:18 90:8,9 93:13
    94:1,7 95:2,18,24
    96:4,5,11,15 97:19
    98:12 99:21 105:9
    105:22 108:10
    112:5,19 113:21
    121:16 130:7 135:8
    136:12 213:2 216:1
    216:4 262:13
    311:19 324:4
    332:20 338:11
**oddnumbered** 115:6
    281:20
**offbusiness** 324:17
    325:20
**offer** 47:17 59:17
    66:11 106:4 107:2
    131:5 132:10
    135:19 136:1
    175:18 206:6
    247:12 261:24
**offered** 97:3 131:9,25
    135:5,23 137:16
    140:5 190:21

195:24 205:23,24
    218:9 316:18
**offering** 96:3 132:20
    143:16
**offers** 199:3,3,4
**office** 2:10 3:23 4:2
    5:21 6:6 14:6,11,13
    15:3,18 16:4,23
    17:22 19:6,24 20:25
    21:3,22 25:6,13
    28:10 29:21 30:2,12
    30:17 31:7,11,19
    32:17 34:10 39:15
    39:23 40:7,11,12
    41:22 44:5,15,17,24
    45:20 46:7,9,21,24
    47:7,7 48:9,10 49:9
    49:11,22,22,24 50:3
    50:5,17 51:1 56:22
    57:10,11,12 59:2,3
    59:13 60:8,15,16
    61:1,10,13,19 62:1
    62:5,12,16,20,25
    69:19,23 70:12
    71:14 75:1 80:8
    81:17 87:23 94:23
    94:23 96:7,18 98:14
    98:21 100:24 101:7
    102:6 103:16,17,24
    115:4 118:24 120:4
    120:6,8,15,23
    122:20 123:8,12,14
    123:14,15,18,18
    125:15 127:8 130:8
    133:22,24 134:21
    135:20 136:3 137:3
    137:8,13 138:1
    140:3 142:4,20
    144:20 145:4,7,19
    148:13 156:11,22
    156:23 158:22,24
    159:5,20 161:24
    162:2,5,6 164:20
    165:7,11 166:6
    168:2,6,8,11,16,18

168:24 169:6,21
    170:4 171:11 172:6
    172:10,15 174:19
    174:23,25 175:11
    175:16 177:4 178:9
    178:21,24 179:8
    180:16 182:7,18
    185:21 186:3 189:1
    192:21 197:25
    203:2,20 204:6,23
    205:12 206:14
    207:3,10 208:7,13
    210:10,13 212:22
    213:5 214:15 215:2
    216:23 217:12
    218:20 220:1 222:1
    227:12,24 228:1
    231:25 237:8
    240:11,20 241:7,13
    241:18 243:24
    246:12,15 247:19
    248:6,23 250:3,13
    250:16 251:3,9,10
    254:20 255:12
    256:3,9,11 257:10
    257:12,19 258:6,10
    258:24 259:12,23
    261:3,10,15 262:4
    262:16 263:9
    264:23 277:23
    278:7 280:22
    301:16 305:10
    309:9 310:2 313:10
    313:20 314:15
    315:4 316:11,16
    317:8 323:9,13
    325:13,22 327:20
    327:22 329:9,15,19
    329:24 330:1,13
    331:23 332:2,9
    334:16,23 335:9,21
    337:6,9,13 338:4,7
    338:16,21 339:17
    339:25 340:1,6,7
    341:1,4,10 342:2,16

346:5,9,11,19 348:1
    348:2,9,23 349:7,14
    349:19 350:6,9,11
    350:13 351:3,5,8,9
    351:12,13,19
    352:16
**officer** 192:8 221:3
    221:10 224:22
    229:18
**offices** 1:20 7:12,14
    35:16 37:12 43:11
    44:21,25 45:14
    46:17,20,25 47:20
    48:3 50:13 59:8
    69:11 80:1,9 86:22
    94:12 101:5,10
    104:3 105:15 115:4
    127:1,19,22 128:8
    130:6,14,25 131:2
    131:25 132:6
    133:11,17 134:25
    135:13,19,23 137:6
    137:6 186:8 215:2
    230:11 273:3
    280:20,25 329:21
    340:17,20,25 341:4
    341:21
**official** 45:9 69:25
    82:10 147:19,23
    151:8 152:15,20
    153:9,10 166:4
    181:7 187:6,23
    188:8 194:17,22
    195:24 197:15
    198:16 199:5
    205:11 224:19
    225:1 226:6 228:3
    229:21 230:14
    235:5 240:11
    252:15 255:23
    256:2 261:19
    262:22 263:23
    280:6 316:6
**officially** 86:3
**officials** 34:10 55:8

KEITH INGRAM								4/23/2014

58:16 70:13,15 76:1
79:13 80:5 81:5
88:6 98:7 102:12,17
105:24 144:4,6
146:12 148:21
152:3 160:7,9 192:8
204:24 205:4
210:14 212:15
216:17 218:1 227:3
232:24 243:18
251:9 252:9,16
253:1,18 255:5,8
259:24 261:13,18
264:9 275:10,16
279:13,14,16 280:4
298:5,19 300:19,24
303:16 304:15
310:3,6,12,18
312:13 345:7
**offline** 183:1,2,7
225:9,10 245:20
246:17 247:10,22
248:22 249:3,6,13
**oh** 16:16 78:22 83:20
113:7 323:20
336:16
**okay** 13:13,16,21
14:12,13,17,21,22
23:1 29:25 30:1
39:20 48:14 70:16
93:11 94:25 95:17
95:20 96:9 98:25
106:17 118:15
121:7,7 126:25
127:23 133:5 137:2
137:2 144:2,3 148:5
158:8 167:14 168:7
169:13 177:12,16
178:23 182:4 191:5
191:6,18 192:17
195:6,13,19 196:2,6
197:22 199:9,10
204:21 206:11
211:21 212:2
213:11 216:5

219:19,25 224:16
224:25 226:2
228:19 231:23
236:23 237:15,20
237:21 238:18,25
239:3 241:14
244:21 245:7
251:11 258:22
259:11 260:6 263:4
263:9 266:8,13,25
268:25 269:17,23
270:20 271:5,9,22
271:23 272:3 273:5
273:14 274:2,15,19
275:15 276:4,13
277:7,21,24 278:17
279:7 280:10,14
281:1,13 282:4,10
282:19,23 283:5,19
284:7,16,19 285:8
285:24 286:12
287:15,22 288:5,16
288:21,25 289:4,9
289:14,18 290:22
292:12 293:7,8
294:21 295:21,25
296:22 297:9 298:3
298:9 299:11,19,25
300:3,11,18 301:2,6
301:7,10,23 302:3,4
302:9,12,24 303:3,6
303:11,15,19 304:3
304:7,17 305:5,13
305:15 306:3,6
308:10,25 310:21
311:12 312:20
313:9 315:2,13,19
317:7,24 318:2,16
318:20 319:6,14
320:6,15,23 321:11
321:14,22 322:1,18
323:2,12,17,24
325:1 326:10,23
327:1,9,19 328:4,17
328:24 329:8

330:15,18 331:5,9
331:13 332:2,17
334:2,19,24 335:5
336:13,18 337:1,5
337:16,21 338:9
339:9,15 340:1,6,11
340:19 341:22,25
342:6 343:1 354:13
354:20
**old** 150:12,16 234:18
**oleary** 127:8 138:13
138:17 208:23
313:25 314:5
**olrv** 187:9,11,11
199:5,8,13 225:1,8
225:11,16 226:9
**omega** 62:15
**once** 11:24 18:16
27:8 40:9 41:19
50:25 76:22 82:8
89:25 253:23
312:16 349:23
**oneforone** 286:8
**oneonone** 255:22
**ones** 17:21 22:12
25:21 37:20 64:17
92:11 104:22 107:7
127:25 146:21
169:3,18 177:11
178:12 266:11
300:22 350:20
**onestep** 144:9,11
**onetime** 265:1
**ongoing** 100:22
278:13,22,25
**online** 8:20 182:24
183:4,6 194:19
195:1,4,7 245:14,16
246:18 250:22
252:10 256:14
257:2 266:5 298:25
299:3,19 300:7,10
300:14,21 301:9,12
**open** 7:12,14 108:11
108:25 109:4 131:3

131:3 133:22 135:1
292:8 305:18 306:2
321:11,12,15,25
323:8,13 325:23,24
333:7,24
**operable** 236:19
**operate** 80:21 125:18
125:19 126:6
132:17 305:19
**operated** 334:3 335:1
**operating** 48:3
125:19 126:3,4
326:3 333:2
**operation** 58:3 63:11
63:14 71:8,9 76:19
77:5 80:18 84:24
97:21 109:12,19
110:12 121:21
192:17 239:21
**operations** 6:10,18
80:15 86:18 240:7
316:2
**opinion** 38:21,24
40:10,14 135:5
224:15 227:20,22
228:1 271:1 291:6,6
325:2 335:5,10
349:8,19
**opinions** 39:1,4,15
156:14,15
**opportunity** 36:21
124:19 126:20
142:11,12 143:16
143:18 144:19
200:4 202:21
205:24 218:9 237:6
241:24 280:2
284:17,19 285:4,14
285:16 332:12
339:3,6,7,8
**oppose** 325:1
**opposed** 126:25
325:9
**ops** 8:22
**options** 247:14,16

**oral** 1:10,14 263:25
    356:15
**orange** 75:18,22 80:7
    115:9 153:6 316:24
**order** 45:10 82:3
    149:9 223:16
    225:23 238:4 240:4
    271:20 329:20
**org** 3:6,6,15,15
**organizations** 236:16
**original** 66:2 147:22
    148:3 356:20
**originally** 265:18
**ortiz** 3:11 11:3
**oscar** 110:15,17
    322:21,24,25
    325:21
**outcome** 200:5
    357:10
**outgoing** 260:5
**outlined** 176:21
    200:13 274:13
**outreach** 7:8 113:25
    263:11 278:10,11
**outside** 6:7 21:21
    39:2 172:9 174:19
    174:25 180:15
    208:14 230:7
    236:14 249:14,15
**outstanding** 42:12
    44:7,12
**overall** 112:18 141:4
**overcame** 263:21
**overcome** 352:13
**overcoming** 125:14
**overnight** 245:21
    248:13,25 249:4
**oversaw** 278:13
**overseeing** 18:11
    77:5
**oversight** 189:15,17
**overtime** 134:10
**overwhelmed** 152:11

_____
              **P**
_____

**page** 5:2,19 6:2,24
    7:2 8:2 9:2 60:1,2,3
    80:12 91:21,24
    111:8,9 118:8 125:5
    133:2,3 170:18,25
    173:21 176:21
    185:3 196:8 213:18
    213:18 228:10,13
    228:14 253:7
    283:10 302:3,7,24
    315:6 323:25 324:3
**pages** 118:14 167:11
    301:5,13
**paid** 8:18 89:6 92:9
    259:4 262:21
    267:12 278:6 279:1
    279:5 280:11
    282:21 283:6,12,23
    286:13 287:12
    288:7 289:25
    290:24 291:13,20
    296:23 345:4
**paired** 46:4
**pam** 111:10
**panhandle** 68:24
**paper** 222:4,12
**paperwork** 155:9,14
**paragraph** 90:19
    91:23,25 133:20
    134:1 213:19
    228:15 232:5,7,9
    315:8,11,21 316:10
**parameters** 286:25
    287:1
**pardon** 185:15
**parker** 180:22,23
**parkway** 2:15
**parse** 347:4
**parsing** 193:20
**part** 38:16 43:20
    45:24 90:24 97:12
    97:12 128:3 130:9
    132:19 142:14
    156:7 176:23
    195:21 202:24

223:12 226:16
    232:4 233:22
    243:20 257:11
    259:24 262:15
    267:8 279:2,18
    282:21 286:10,23
    292:6 296:4,8,9,10
    302:5 322:2 329:2
    336:4 339:17 347:5
**participants** 327:13
**participate** 60:20,24
    84:17,20 86:25 89:9
    89:13,22,23 92:11
    92:12,13 97:8 99:5
    99:8,14 100:14,25
    105:7,20 112:24
    124:19 253:7
    278:15
**participated** 94:7,9,9
    96:3
**participates** 140:6
**participating** 90:12
    95:23 99:12 143:19
    145:3 339:11
**participation** 30:6
    91:1 92:5 101:14
    246:20 247:5 346:5
    346:18
**particular** 12:1 22:4
    52:23 57:1 67:20
    69:20 73:20 74:18
    75:9 76:25 86:10
    117:21 121:1
    129:12 130:16
    157:25 158:5 159:8
    198:23 226:12
    251:22 257:5 282:7
    290:18,18 297:15
    297:17,18 313:2,19
    318:17 328:20
    329:2,4 331:1
    337:22 338:1,1,5
    339:16 340:3,25
    352:8,10
**particularly** 64:17

202:5 233:24
    286:22
**parties** 60:5 90:22
    179:7 215:11,11
    357:7
**partner** 280:17 281:6
    281:15
**partners** 278:23
**partnership** 60:2
**parts** 68:3 317:18
**party** 91:21,25 92:4
    198:6 202:9,9,11,14
    202:19 252:19
    262:12 354:24
    356:22
**paso** 68:22 73:25
    107:19,21 108:9
    130:10 332:24
**pass** 237:11 265:22
    306:10 308:10
    352:20 354:13
**passed** 161:20 185:23
    186:1 191:21
    203:22 248:16
**passing** 224:1
**passport** 35:10 53:14
**patriots** 236:15
**pattern** 54:10 55:17
    219:21
**pay** 65:6 134:10
    270:15 351:14
**payment** 265:1
**payroll** 134:13
**peace** 45:7
**penalty** 13:4
**pending** 13:20
**penetrated** 290:2
**penetration** 287:1
**pennsylvania** 2:6 3:9
**people** 11:23 20:9
    21:24 34:23 52:6,13
    53:22 54:22,24
    55:17 56:12 72:25
    77:6 97:24,25 98:12
    103:19 124:18

128:1 150:19,25
152:5 164:23
179:14,16 198:9,20
199:1 207:10
210:15 214:4 215:6
217:1,11,17 221:19
226:11 232:21
234:3,17,19 244:3
245:13 250:1 267:8
284:20 285:4,5,6,9
288:1,2,8 289:11
293:18,22 294:1
297:4 300:6 311:2
314:21 318:14
322:3,5 329:20
330:9 338:9,13
339:3 342:12,20,22
346:11
**peoples** 217:4 292:13
**perceive** 217:12
**perceived** 36:13
45:10 114:6
**percent** 148:15,19
300:2,11
**percentage** 54:15
300:1
**percentagewise**
300:9
**perception** 44:16
**perez** 4:17
**perfect** 53:18
**perfectly** 232:13
**perform** 42:19 84:10
183:2 258:11
**performed** 176:20
291:4
**performing** 43:8
**period** 33:25 34:5,24
62:16 67:15 78:24
90:6 151:7 169:18
199:19 206:1
207:20 215:22
238:16,17 239:9,14
240:3,5,14,19
271:13,14,16

318:23 319:23
320:7,10,13,15,16
333:21
**periods** 63:10 209:11
**perjury** 13:4
**permanent** 47:4,6
83:16 94:18 128:18
138:1 145:23
160:13,14
**permanently** 94:18
94:21
**permissively** 33:7
**perry** 1:6 356:6
**person** 35:12 36:22
46:4 50:3,4 52:10
53:1,3 62:1,4,24
72:23 120:24,25
127:9 137:18,19
147:19 148:7 158:6
159:5 163:25 165:1
168:25 189:23
200:19 215:3
220:18 221:16
230:9,13,14 240:11
240:13 248:11
255:18 262:25
287:11 290:3
306:13 308:1
314:18 329:10
**personal** 18:19 23:18
38:21,23 39:1,4,7
39:14 40:10 42:7
51:15 64:13 166:1,2
169:8 173:15
176:13 227:22
281:9
**personally** 122:22
123:17 141:24
204:6
**personnel** 38:11
58:18 65:24 66:12
96:17,20 326:5
**persons** 18:14,22
19:7 22:7 49:5
51:23 67:10 70:19

141:5 156:18
162:20 182:6 245:8
245:12 304:4 339:8
**perspective** 206:8
230:11,15 291:19
**persuade** 101:3
105:19
**persuasion** 102:7
**pertained** 115:18
**pertaining** 30:4
**pertains** 85:11 99:6
120:22 127:24
136:10 259:20
**pertinent** 25:2
**peters** 36:6 50:9
86:11,14 132:7
**phase** 6:18 8:14,16
47:3 48:15 63:13,13
63:20,22,25 83:15
85:10,10,12 87:6
88:4,5,13,17,18
89:2 93:18 94:11,12
94:12 95:8,8,13
96:19 99:6,20,22,23
99:24 100:11,25
101:8,8,14 102:4,8
105:14 109:7,8
112:24,25 113:1,2,3
113:6 121:23 122:1
122:5,5,6,6,9
124:16 125:21,21
125:22,22,23,25
126:1 127:20,22,23
127:24 141:2
144:17 145:3
276:21,23 295:11
295:25 309:3 317:9
317:18 334:14
335:3 339:10,11,19
339:20,21 340:3,4,9
**phases** 48:15
**phenomenal** 205:3
**phone** 28:20,24 29:6
29:10 55:9,11,19
56:18 57:13 206:23

207:9,12,14,21,24
208:2,15,16 209:8
209:11 217:22
218:22 219:8,21,22
304:25 305:2,4,8,9
305:9,12,14
**phones** 207:11
**photo** 57:17,21,22
141:6 146:12 151:1
157:8 163:21,23
164:1,6,21 170:8
235:17 238:12,13
239:9 250:2 261:17
262:1,14 263:19
266:6 269:13 279:3
281:22 282:2,6
288:12 291:17,23
292:21,23 295:7
298:17,20 299:5
301:22 303:21
348:24 349:1 351:3
352:1,2 353:6,7,16
354:7
**photograph** 243:16
**photographic** 235:14
**phrase** 275:23 276:4
**phraseology** 276:10
276:11
**physical** 152:14
**physician** 271:20
**pick** 88:3
**picked** 134:24 314:21
**pickering** 3:9
**picks** 198:10
**picture** 229:25
239:19,22 296:10
**pictures** 235:23
**piece** 65:22,23 66:8
145:16,16 147:8
222:4,11 258:19
262:21 279:4 299:6
**pieces** 63:24 65:21
305:1
**pierce** 262:24 277:22
297:2

**pile** 170:10
**pippins** 28:2
**place** 45:9 49:17
  57:23 75:6,8 76:14
  76:23 77:17,20,21
  78:14 82:4 99:23
  127:14 129:8 164:9
  164:11 196:18
  197:6 198:7 202:6
  206:4 207:22 209:9
  216:16 222:24
  237:1 242:12
  246:17,22 256:11
  260:18 271:2,10
  304:24 305:2
  310:21 318:11,23
  319:21 326:21
  329:16 333:10
  335:2 340:2 344:12
**placed** 136:8 286:14
  287:8
**placeholder** 234:19
**placement** 83:16
  286:20 309:6
  310:10
**placements** 286:18
**places** 45:2,14 65:5
  70:5 74:22,24 76:13
  77:13,19 78:2 79:2
  79:15 82:15,17,19
  111:23 287:25
  288:1,2,7 329:25
  330:12 332:8
**placing** 345:9
**plaintiff** 1:15 2:3
  180:8
**plaintiffintervenors**
  3:2,17 5:20,24
  10:21,23
**plaintiffs** 1:4 2:9,18
  3:11 5:20,24 11:4
  11:19 15:12 26:3
  180:9 271:25 272:7
  277:12 330:16
  356:4

**plan** 47:13 72:6
  125:18 126:6
  127:14,14,17
  265:13,19,21 278:4
  287:12 353:12,14
  353:16
**planned** 129:17
**planning** 180:11
  314:16
**plans** 46:19,21 49:19
  49:21 60:10 126:9
  127:5 129:8 296:15
  328:24 336:18,20
  338:16
**platforms** 293:25
**play** 29:21 30:2 53:6
  60:16 130:20
  137:22 266:18
  312:12,22 325:22
  340:7
**played** 30:15 45:20
  46:7,24 60:18 135:6
  285:22 331:24
**players** 197:6
**please** 10:8 11:12
  12:10 13:11,15,18
  13:20 17:25 27:9
  31:1 32:11 104:8
  106:7 110:24 118:1
  172:22 219:13
  303:7 324:7,14
  343:11
**pleased** 122:24
  145:24
**pllc** 3:18
**plug** 326:21
**plus** 173:24,24
  254:17
**point** 30:21 34:2
  40:10 42:10 46:24
  50:3,4,8 65:16
  86:14 99:9 100:17
  102:9 117:24 120:7
  124:13,15,22 127:8
  136:4 147:11,14

214:24 216:11
  230:11 232:10,12
  251:22 302:25
  303:1 314:4 325:15
  339:2,3 340:5 341:1
**points** 33:5 55:4
**policies** 119:21
**policy** 133:21 147:12
  147:14 209:22
  246:24
**political** 198:6 202:9
  252:17,19 262:12
**poll** 8:20 150:15
  160:8 184:22 195:7
  206:5 210:14
  216:19 218:7,10
  231:17 235:7,11
  249:18 261:16,19
  261:21,22,25,25
  262:8,14 274:21,25
  275:14,16 298:3,6
  298:11,17,20,22,23
  298:25 299:2,5,8,19
  300:1,4,6,7,9,14,14
  300:19,21,25 301:9
  301:12 303:16
  304:16 307:18
**polling** 45:2,9,14
  57:22 77:13,17,19
  77:20,21,22 78:2,14
  79:2 196:18,25
  197:6 198:6,10,23
  200:3 209:9 216:16
  271:2,10,11 304:24
  305:1 307:13,14
**polls** 162:13 275:2
  302:6 304:5
**poole** 28:2
**poor** 103:8,11
**population** 99:16
  116:25 117:2,4,9,13
  117:17,21,22 129:1
  319:25 343:21
**populations** 25:6
  342:16 343:20

**portion** 99:6 190:10
  200:7 205:5 220:9
  224:2 265:11
  315:19 336:8
**portions** 330:13
**position** 37:24 38:22
  41:22 101:13 102:7
  108:24 110:1,2,4
  159:21 214:10,12
  237:22,24 244:2
  265:3 271:16 314:7
**positive** 300:21
**possess** 169:7
**possession** 109:14
  292:5 306:18
**possibility** 47:10
  127:3 246:7
**possible** 14:17 39:12
  64:24 74:15 82:2,6
  124:10 144:5
  187:19 202:20
  230:19 237:9,10
  275:15 288:13
  297:7,8 326:1,8
  343:8 347:22
**possibly** 53:11
**post** 252:21 253:6
**postcard** 28:2
**posted** 305:2
**posters** 280:7,21,23
  280:24 281:1,1,4,5
  281:10
**pot** 352:8,10
**potential** 36:23 45:7
  70:5 250:4 259:25
  260:17
**potentially** 24:22
  152:12 183:18
  189:23 267:1
**power** 222:13
**powerpoint** 16:11
  195:9 216:18
  269:13 299:2
**powerpoints** 195:10
  195:11 266:4

298:21
**practicality** 111:17
**practice** 37:7 109:5
    203:15,23 204:3
    206:20 316:16
**prairie** 311:6,8,11
    318:17,18
**preapproved** 109:10
**precinct** 72:23
    184:22 220:10
**precise** 138:3
**precisely** 306:22
**preclearance** 57:18
    164:16 172:4 274:6
**prediction** 123:6
**preexisting** 155:17
**prefer** 129:6
**preferred** 82:1,1
    302:21
**preliminary** 216:21
**preparation** 15:11
    17:16
**prepare** 19:9 277:5
    335:23,24
**prepared** 15:7 21:4
    23:16 57:5 118:10
    120:21 146:11
    253:9 277:5 280:5
    295:19 299:1
**preparing** 15:24
    149:17
**prescribed** 224:8
**prescribing** 224:3
**presence** 44:24
    309:15 310:22
    311:3 312:21
    335:13 338:6
**present** 4:6 20:4
    44:21 54:1 63:11
    100:1 126:13
    133:10,22 148:6,21
    236:18 239:6,24
    273:16,20 302:20
    303:8
**presentation** 269:9

269:16
**presentations** 16:12
    216:19
**presented** 173:20
    194:15 198:15
    200:9 253:5 276:3
**presently** 126:4
    144:21
**presents** 196:18
    199:25
**presidential** 56:1
    202:4
**press** 22:3 131:21
    237:8 332:17
    335:15 337:6
**presume** 119:4
**presumed** 184:8
**pretty** 67:14 72:21
    74:9 87:6 92:4
    120:18 146:25
    171:22 176:7
    195:17 213:5
    218:22 264:2,25
    266:22 292:21
    310:6 318:22
    319:25 334:6
    335:18
**prevent** 33:10 44:2
    230:12
**prevented** 77:9 186:2
**prevents** 238:2
**previous** 55:1 56:9
    69:15 152:23
    177:22 180:8 274:8
    301:21
**previously** 14:23
    15:25 147:2 206:19
    223:23 247:1
    288:15 317:7
    322:10 339:10
**primaries** 211:22
    261:20
**primarily** 19:15
    55:12 73:25 129:6
    209:7 217:6 296:25

306:1 307:5 318:12
**primary** 36:20 46:3
    50:2 54:7 67:24
    68:19 82:16 86:14
    87:8 136:15 137:18
    147:5 201:9,20
    202:9,9,11,13,15,17
    202:19 211:4,11,23
    211:24 212:9 215:9
    215:13 219:7 262:2
    314:4 320:2
**princeton** 2:24
**print** 8:18 263:1
    266:10 269:18
    281:4 282:24 295:9
    297:10
**printer** 326:21
**printing** 281:11
**prior** 20:24 61:12
    87:20 100:1 109:6
    185:21 186:3,12,23
    212:19 226:13
    282:21 298:4
**prioritize** 306:3
    310:25
**priority** 310:21
**privilege** 50:19 61:15
    159:3 179:11 347:7
    347:8,14,16
**privy** 350:19,20,20
    350:21,23
**probably** 34:4 37:20
    60:14 73:7 74:23
    79:5 83:4 85:25
    86:11,13 103:17
    111:7 115:10 125:2
    140:7,20 142:2
    154:8 166:23
    201:10 212:5
    215:18 221:18
    234:5 243:3 257:11
    263:8 269:6 288:3
    288:24 299:23
    300:13 304:25
**problem** 8:10 40:3

52:13 107:21
    111:25 139:9
    205:14 209:18
    210:11,13,18
    216:25 217:2,10,19
    219:4 220:11
    239:18,19 272:25
    293:15 353:25
**problematic** 27:12
    90:25
**problems** 55:11
    97:20 105:10 112:1
    156:19 208:9 209:8
    216:8 223:14,17
    241:9 243:12
    254:25 255:10
    260:2 274:13
    294:15
**procedure** 1:22
    147:12,14,16
    221:20 241:6
**procedures** 119:21
    146:14
**proceed** 39:7,11
**proceeding** 357:8
**proceedings** 7:22
    10:1 170:19
**process** 18:10,11
    19:23 20:19,23
    23:16,25 24:3 31:18
    31:21 32:7,8 33:9
    46:14 47:15,18 53:1
    53:8 56:16,17 61:3
    61:15 64:7,19 69:7
    72:6 85:3 87:9,12
    88:4 115:5 117:20
    130:9 137:14
    142:17 144:10,11
    144:12 148:13
    151:8 159:11
    162:22 163:4 172:7
    182:11,13 185:8
    189:21 195:21
    196:17,19,20
    200:22 206:8 217:4

KEITH INGRAM                                                    4/23/2014

41

217:13 220:25
222:11 226:14
227:5,7 243:20
247:25 248:14,25
249:10 250:8
251:19 255:23
256:4 273:2 274:6
274:10 286:24
287:4 292:7,11
293:1 298:23 309:2
309:8 312:6,10,18
313:25 316:10
317:13 322:23
326:7 346:23
349:25
**processed** 151:19
245:21
**processes** 131:14
200:12
**processing** 44:10
84:10 189:5
**procurement** 287:3,4
344:19
**procuring** 203:23
**produce** 25:24 40:19
54:22 280:24
281:10 301:23
**produced** 1:14 15:11
15:25 16:2 26:6,12
27:5 93:6 115:25
118:17 119:11
163:24 164:4
177:24 259:23
277:7,8,12,17,17,20
283:20 302:2
330:16 341:23
345:15,22
**producing** 165:14
**product** 89:24 165:13
**production** 26:13
162:23 163:2
165:18 166:22
173:4 227:15,16,17
257:2 292:1 302:1
**professor** 319:12

**program** 24:18,20
25:3 45:24 47:4
49:15 58:7 60:12
61:25 62:21,25
63:18,21 72:5 78:24
84:20 85:7 86:3,17
86:25 87:25 89:1,10
90:21 91:3 92:13
94:10 96:19 98:13
99:5,7 100:14
102:21 111:21
112:12,18 119:14
121:15 122:1,6,18
122:21 123:19
124:11,24 127:12
127:15,20,23 128:6
130:17 132:9,17
134:14 136:5 138:1
140:11,15,21,24
141:1,2,4 142:2
143:15,16,20,22,24
242:16 267:6,10
290:15,17 291:13
291:13 327:13,17
336:5,25 338:17,23
340:4 343:11,13,17
344:10 346:3
348:24 349:18
351:6,24 352:15,16
352:16
**programming** 289:7
289:12
**programs** 88:8
143:13
**progressed** 112:12
**prohibition** 78:4
186:11,13,13
**project** 314:23
**promise** 193:20
209:19
**prompted** 49:7 99:1
**promulgated** 30:3
**promulgation** 30:19
30:22
**proof** 40:17,19 41:1,7

41:15,15,17,23
**proper** 184:17,19,21
189:9 286:20
**properly** 189:2 308:8
317:6
**prophylactic** 192:5
216:21
**proportion** 296:1
**proposal** 286:24
292:7
**proposed** 58:16
65:14 84:7 222:3
223:5 325:16,17
**proposition** 293:24
**proprietary** 225:12
292:2
**prospectively** 209:12
**protections** 242:11
**prove** 51:24 150:13
**proven** 90:24
**provide** 21:20 31:8
33:15,23 35:4,10,13
35:17 40:16 41:1,7
61:1 64:5 73:14,17
81:7,19 85:14,22
90:15 95:14 106:3
108:5 115:22
133:16 142:12
168:2,8 247:9,23
248:4,5 257:20
264:17 280:2
299:12 305:24
344:9 349:7,19
354:9
**provided** 15:20 21:9
22:3 29:19 31:13,16
65:2 90:17 142:11
150:14 157:1
166:12 167:4,23
168:12,16 175:25
178:11,18 179:8
181:2 230:20 304:7
**provides** 18:15 64:3
156:8
**providing** 58:9 70:17

81:18 82:21 108:6
132:20
**province** 301:19
**provisional** 16:8 17:7
56:20 150:5 152:25
153:5 188:13,16
199:23 200:10
203:25 204:3
205:22 206:6,16,20
210:22,23 211:3,25
212:7,17 218:1,15
237:23 238:1,5,6,8
238:9 239:4,5 241:9
241:10,15,19,23,25
242:7,18,20 243:6
243:11,12,19,21
259:13,15 260:15
**provisionally** 153:17
199:23 205:24
210:16 211:1
230:21
**provisions** 1:23
**proximity** 69:4 75:11
76:22 80:5 87:7
319:1,18 339:5
**public** 4:7 6:6,8 30:4
30:18 31:6,24 32:6
36:1,3 37:1,3,17
44:16 45:10 49:23
55:7,9,20 56:16
59:2 70:6,7 79:11
79:21,21 81:12
82:12,14,16,19 86:9
88:16 91:4 97:13
98:6 102:3,12,16
119:4 141:20 170:8
179:13 246:4 259:4
262:18,19 264:3
274:12,25 275:22
278:10,11,20,24
279:3,15,24 312:17
327:22 331:15
345:13
**publications** 194:18
194:22 195:15,18

publics 217:6
pull 220:23
pulling 170:7 204:3
    206:20
purchase 289:12
purchased 38:2
    257:25
purpose 18:16 22:16
    24:1,11,21 41:10
    43:21 58:17 65:9
    113:22,24 147:5
    150:7,18,22,24
    151:3 154:2 180:4
    180:12 227:24
    258:19 259:8
    319:24 320:2,4
    339:1
purposes 21:10 52:20
    68:5 71:23 74:7
    178:20 194:6 246:5
    257:25 258:24
    260:1 264:22
    307:10
pursuant 1:22 153:13
    153:14 223:6
    224:21 344:16
    345:13 356:18
push 167:10
pushed 293:23
put 58:12 63:16
    75:15 79:14 95:20
    127:15 151:14
    156:12 164:8,11
    184:4 202:12 207:8
    207:10 219:13
    222:15 227:15
    234:19 237:5,8
    248:2,19 265:18
    286:24 290:12
    333:14 347:20
putting 25:7 102:20
    112:21 159:11
    179:25 256:10
    352:16
puzzled 347:25

**Q**

qualified 120:1,7,15
    148:17
qualify 161:25 162:2
qualifying 73:18
    149:9 190:20
    196:19 197:7 302:5
quarterly 253:20
queries 20:3 176:20
    176:21 177:24
query 7:24 178:1
question 8:6 13:11,15
    13:20,20 26:8 30:14
    32:11,12,15 37:16
    38:14 40:21 49:14
    61:4,18 62:23 78:23
    78:25 91:4 96:13
    116:4 177:19
    120:11,20 133:14
    133:23 137:12
    152:2 159:4 161:5
    168:14 172:13,17
    172:20 173:20
    174:3 178:22
    179:15 180:7
    189:10,21,22 190:7
    196:5,6,22,23
    199:15 203:7,19
    204:17,20 207:6,25
    208:13,18 211:12
    212:12 228:14,17
    238:14 239:11,16
    243:22 248:9
    249:22 251:7
    255:15 257:15
    259:6 270:14
    272:10,21 277:15
    287:15 293:6 321:1
    325:4,25 338:3,25
    341:7 342:9 347:2
    347:12 351:22
    352:21
questioned 42:18
questioning 191:8
    305:15

questions 7:18 11:20
    13:14 30:13 64:17
    117:23 146:18,19
    146:20 147:13
    168:22 169:1
    189:20,24 190:7,9
    190:11,13 209:6
    213:13 225:18
    236:10 242:18
    266:19 270:13
    273:13 287:14
    306:10 308:2,23
    339:9 343:9 347:25
    348:6 354:18
quibble 199:7,9
    290:16
quick 47:16 93:8
    167:15,16 237:15
    265:24 269:9
    270:13 340:12
    341:7 342:9
quickly 205:6 221:8
quiet 64:13
quit 202:19
quite 54:4 137:7,10
    190:11 201:17
    215:20 345:3
quote 228:25

**R**

race 178:6 254:7,13
    274:7,9
racial 254:10 274:17
    330:18,25 331:5
    332:14
radio 8:18 82:10
    282:24 283:24
    284:3,4,11 285:10
    285:15,17 288:17
    289:9 295:7 345:5
    345:10
radius 341:3,3
raise 11:11 114:20
raised 111:5 114:4
    116:20 205:12

    215:21 217:7
    220:11 221:20,25
ramon 331:17
ran 263:21
randomly 255:4
range 54:8 171:25
    172:1 265:20,21
    273:19 328:4,8
rate 42:18
rates 331:2
ratification 201:21
rating 148:15,18
ratings 285:3,6
rayburn 222:21
rdoggett 3:15
reach 67:3 68:22
    116:24 117:2,4,12
    117:23 128:12
    289:15,21 290:15
    290:20 293:25
    294:1,19 297:7,7
    329:10,20 337:22
    337:25
reached 181:16
    289:17,23
reaches 143:23
reaching 50:10,14,23
    85:3 307:10
reaction 36:7 103:14
read 32:10,12 114:5
    114:9 115:24 117:6
    212:14 232:8,24
    253:8 302:22 303:7
    315:11,19 324:11
    324:14 326:11
    352:6 353:10
    354:24
reading 221:7 230:23
ready 83:22 146:25
    263:3 273:7
real 28:12 187:2
    227:17 255:24
    256:6 269:9 279:2
really 25:2 161:8
    171:24 179:15

199:7 223:21
236:10 291:19
327:15 340:12
**realtime** 42:17 43:3,7
43:9 55:8 245:19
**reapply** 153:21
154:10
**reason** 14:3 24:23
38:16 40:4 52:8
75:10 76:12 91:22
118:18 133:24
154:9 185:20 186:7
188:17 197:2 207:4
226:16,25 233:22
238:8 239:5,22
300:22 347:24
**reasonably** 69:3
319:1
**reasons** 55:23 72:9
**reassess** 124:14
**recall** 20:18 22:9
82:21 83:5 98:14
99:3 101:21 102:15
107:18,21 110:10
110:13 111:19
119:16 171:23
190:11 264:6
307:14,24
**receive** 101:19
144:13 146:17
164:14 169:22
176:11 206:23
208:17 212:20
255:1
**received** 34:9 57:16
98:6 99:22 102:18
123:17 140:11,13
141:12 146:21
153:16 163:7,19
178:3 180:10,14
189:22 190:12
206:3 213:4 250:17
251:24 264:1,20
289:23 297:19
300:18,20 303:15

328:25 329:22,24
**receiving** 98:14
107:18
**receptionist** 208:14
208:17
**receptionists** 208:15
209:6
**recess** 83:25 167:19
191:9 273:8 318:8
343:4
**recipients** 133:15
280:20
**recognize** 14:24
17:11 58:23 84:4
92:18 106:10 111:2
146:8 149:1 170:15
282:16
**recollection** 16:3
20:25 99:21 171:25
**recommendation**
110:8 199:20 201:2
240:24 349:20
**recommendations**
61:11 346:20
**record** 1:23 10:9
12:10 27:5 39:14
59:7 64:12,14 83:24
100:13 136:25
138:5,7 149:16
167:17 208:25
269:11 276:18
306:7,8 318:1
340:13,14 354:16
354:20 356:16
**recorded** 254:1
**recording** 241:19
**records** 7:24 163:11
257:7 292:9
**recourse** 327:19
**rector** 3:5
**redistricting** 281:23
**reduction** 93:25
**reevaluate** 124:14
**reeves** 24:24
**refer** 14:6,10,19 37:2

89:2 95:18 119:1
171:14 193:15
195:1 267:22,24
**reference** 108:17
156:6 208:1 257:7
**referenced** 343:12
**references** 193:25
**referencing** 213:24
**referred** 108:18
183:8
**referring** 14:7,11
29:24 32:1 57:9
104:20 112:23
187:17 196:15
248:8
**refers** 63:25
**reflect** 139:3,5
168:12 169:9
**reflected** 220:5
**reflects** 139:4,6
188:20
**refresh** 16:3
**refusal** 99:14
**refuse** 89:13 101:19
**refused** 100:25 102:1
102:2 312:25 313:2
**regard** 24:14,17,20
25:17,18 32:2,20,23
34:14 56:16 57:22
59:8 85:9,12 96:9
101:13 104:5
105:14 110:11
113:25 114:19
115:20 120:6,7
123:12 128:4
129:24 130:10,24
143:19 145:18
146:12 147:3,13
148:15,17 155:7
168:14 183:2
185:12 186:9 187:2
190:19 191:1,2
193:13 195:16
197:5 204:9 205:4,8
205:12,14,17,21

206:21 209:1
210:14 211:2
216:11 217:13,15
217:16 218:5,25
221:25 226:5,12
242:18,23 243:6,22
246:5 248:10,17,20
249:2 251:19 253:4
254:11 256:22
257:10 258:15
260:14 261:17
262:1,14 266:16
267:20 268:5
274:11 279:3,6
281:21 287:6,7
291:11 298:20
321:9 335:10 338:8
346:8 352:13
353:21
**regarding** 7:8,18 8:4
16:7 30:22 103:9
154:17 167:24
177:4 203:17
209:17 242:7,12,20
300:20 313:10
351:3
**regardless** 215:5
233:2 352:11
**regional** 77:6 253:17
**register** 28:25 41:24
143:18 144:15
152:5 256:12
**registered** 21:6,13,19
50:10 51:23 52:21
54:15 67:3 144:14
150:2 152:7,15,20
153:10,11 154:22
155:19 169:7,22
170:4 173:14 177:4
184:14 187:1,6,10
187:21,23,25 188:7
188:9 190:19
195:25 198:17
199:5 221:16 225:1
226:6,8 228:3,5,5

230:15 231:5
233:25 234:9 235:5
235:16 240:12
244:22 245:6,10,21
250:7 251:4,12
252:3 254:6 267:14
273:17 274:17
333:21
**registers** 144:5,18
245:11 248:11
**registrar** 48:12 70:1
144:17 145:10,16
147:19 184:23,23
199:19,20 200:4,6,9
200:12,23 214:7,8
240:16,18,20,21,25
271:12
**registrars** 144:20
200:16 240:10
253:15 260:16
309:24
**registration** 7:3 18:7
19:25 21:11 29:7
35:3 44:6,10 53:5
55:21 57:17,19,24
79:18 115:7,11
116:8 126:15 150:4
151:5 152:22 153:3
153:7,24 154:13
174:9 179:22
184:18,20 187:8,20
188:5 205:1 207:10
208:19 209:2,4
210:1 214:18,19
215:1 218:12
225:12 226:7,15
227:12,13 228:4,7
234:20 246:1,20
247:2,10,14,23
248:18,21 249:9
253:3,13 256:10,15
256:20,21,23,24
257:1,6 268:4,5
278:8,16,23 280:18
280:19 281:19

302:13,21 303:9
305:3
**regular** 110:5 123:8
153:12 179:14
184:13 216:7 238:3
242:2 249:11 291:6
**regularly** 215:20
249:7 251:16
**regulation** 59:12
151:13 160:3,12
**regulations** 30:3,19
30:22,24 33:13
223:16 352:14
**regurgitate** 292:22
**reimbursement**
268:7
**reinstated** 184:12
185:1
**reinstatement** 184:10
**reissued** 57:24
**rejected** 75:2 188:16
188:22 242:22
**rejection** 188:17
**relate** 121:14 176:17
**related** 17:21 30:19
34:17 48:17 55:11
55:12 119:21
146:15 154:21
159:2 163:20,23
164:2,6 167:22
168:3,9,17 170:8
212:11 253:14
257:4 357:7
**relating** 349:15
**relations** 259:5
279:15,22 280:7
**relationship** 60:25
**relative** 54:19
**release** 131:21 237:8
265:15 332:17
335:15,23
**released** 172:9
174:18,23
**releases** 337:6
**relied** 5:21 15:10,23

178:3 264:18
**relief** 156:9,11
**religious** 147:4
243:16 244:4
**reluctant** 47:18
**rely** 16:2 27:8 71:4,7
71:11 283:3 284:12
286:17 306:24
322:3
**relying** 206:22
217:21
**remain** 59:10
**remained** 291:14
**remedy** 304:15
**remember** 12:22,25
21:25 29:17 47:8
62:3,7,9 72:15,16
72:18 75:20 98:10
105:13 135:16
149:12 151:10
171:19,24 172:3
191:22 225:19
265:8 268:14
292:20 299:22
308:8 316:19 317:3
319:13 322:19,20
322:21,23 324:18
340:25
**remote** 30:12
**remove** 36:10
**removes** 19:6
**renew** 238:13
**renewed** 240:9
**repeat** 194:5 309:20
309:22
**repeated** 343:17
**repeatedly** 230:10
**repetition** 290:1
**rephrase** 257:16
272:24
**replow** 263:6
**report** 124:6 242:1
243:11 273:25
330:7
**reported** 1:20 123:7

123:11 181:14
**reporter** 1:19 4:10
10:3 11:11 32:12
221:6 317:25 318:5
323:19,22,23
354:15,20 356:12
**reporters** 5:15 356:8
**reporting** 173:14
243:5,7
**reports** 181:12 217:6
**represent** 11:1 93:4
93:20 118:16
119:10 141:9
273:12 294:23
302:4
**representation** 68:25
93:5
**representative** 310:6
321:9
**represented** 51:22
73:24
**representing** 11:3
15:16 308:21
**represents** 53:11
93:2,23
**republican** 202:13
211:23 264:14
**request** 5:21 7:20
26:11,12,14 27:2
29:16 45:11 72:12
106:24 107:25
128:23 129:23
135:2 149:4 162:23
163:2,5,7 164:2
165:18 166:18
167:1 169:22,24
170:9 171:3 173:3,3
173:8 175:25 176:8
180:13 192:3 220:4
250:25 251:14
257:12 274:5
286:24 292:1,5,7
302:2 310:3,9 311:8
311:9,16 318:16
319:3,9,11,14,17

KEITH INGRAM                                        4/23/2014

321:9 324:16,21,23
324:25 325:1,2,21
327:5,7 354:24
**requested** 22:2,3
29:20 123:15,24
270:18 272:5
309:14,17,18,25
310:19 311:3
312:20 316:1
324:18 325:14
**requesting** 149:5
171:6 264:24
310:22
**requests** 16:17 29:18
72:19,25 73:9
166:22 176:12,25
177:22 179:13
310:24
**require** 31:7 33:3,4,7
33:15 35:7 40:22,23
41:14 45:11 84:9
155:16 292:10
**required** 30:11 33:8
33:17,23 34:15,25
35:17 37:25 40:16
40:18,25 41:13,16
41:23 42:1,4,7
81:11 82:3 115:16
115:20 124:8 139:8
167:2 177:5 183:14
185:22,24 186:14
201:22 228:6 242:1
261:14,18 279:18
295:9 303:21
**requirement** 34:11
35:23 36:10,17
39:25 40:8 41:11,18
74:21 81:21 131:5,8
142:25 149:10
150:7,25 151:12,15
152:6,8 154:3
156:10 187:4 243:7
261:20,22 291:16
299:10 337:23
341:19,20 342:3

353:11
**requirements** 27:19
31:16 33:2 40:20
42:17 57:17,21
75:10 76:25 114:24
144:12 150:20
155:25 156:9
186:19 243:6 250:9
258:16 261:18
262:1,14,18,19
288:13 292:14
294:15 296:5
298:17 304:24
344:21 352:18
354:3
**requires** 33:5 155:17
183:18 184:10
220:16
**requiring** 37:12
38:10 59:13,16
**reregister** 153:23
154:11
**reregistration** 154:2
**rerun** 71:22 72:6
**rescheduled** 139:10
**research** 263:9 288:5
290:22 291:1,5
**reserve** 354:18
**reserved** 336:5
**reside** 211:7
**resistance** 76:17
132:19
**resistant** 36:10,11
**resolution** 42:23
196:24 200:3
208:20
**resolve** 196:23
**resolved** 196:23
327:25
**resource** 28:11,14
65:4 66:25 97:9,11
**resources** 57:13 65:9
294:10
**respect** 32:5,14,15
274:3 277:11 279:8

282:6 303:12
**respective** 341:20
**respond** 36:9 189:20
189:24 283:7
**responded** 166:22
**responding** 163:4
**response** 23:16 26:16
29:19 33:16 42:19
102:6 103:14,15
106:23,25 107:24
108:4 116:12,15
130:13 146:16,21
162:23 165:18
166:8,13,18 174:16
175:24 176:9,10,24
177:22 184:6,7
225:17 292:1
295:13 319:9
322:18
**responses** 5:23 16:17
17:17 18:6 93:7
118:18 119:12
141:10,11 166:19
167:1 176:24 182:5
183:9 185:2
**responsibilities**
192:11
**responsibility** 28:3,8
124:1,4,4 142:22
161:19 190:16,21
190:22 191:4
262:13 301:17
314:14
**responsible** 28:6
31:24 65:23,24
161:24 165:14
264:23 282:23
298:6 326:2 345:9
**responsive** 26:12
112:11 163:10
166:17,23 292:5
**rest** 129:4 298:22
**restarted** 63:18
**rests** 124:2
**result** 20:21 30:14

72:4 90:11 163:18
181:2 211:4 218:5
243:25
**resulted** 51:2
**results** 21:20 24:8
25:18,24 26:6,11
27:3 64:10 171:18
171:21,23 177:22
178:3 180:15,19
181:13,15 182:20
273:23 274:14
291:21 307:14,22
**retiree** 162:9,16
**retrospectively**
209:16
**return** 107:1
**revamped** 298:25
**reveals** 168:20,20
**revenue** 258:2,6
**reverse** 159:20,25
**reversed** 40:23
145:12
**review** 13:10 16:15
16:16,18,21 17:2,3
92:20 256:9 281:3
299:13 302:12
315:11 324:7
**reviewed** 16:1,5,13
170:17,22 173:5
195:8,10 199:19
**reviewing** 93:11
106:17 118:15
133:5 196:10
282:15 315:13
324:8
**revised** 16:24
**revoked** 306:16,17
**rfo** 286:23
**rfp** 166:8 167:1 287:4
344:16,21
**rich** 319:25
**richards** 174:7,8
175:1
**rick** 1:6 356:6
**right** 11:12 12:20

KEITH INGRAM                                        4/23/2014

19:9,10 23:20 25:9
26:25 34:19,21
45:18 50:2 52:16
58:8 60:6 63:12
64:25 66:3 70:13
80:16 83:21 84:11
84:15,17 86:23
88:24 92:6,12
104:15 110:13
112:4 113:5,7,7
114:15 115:9,10
116:10 120:3
124:21 126:5 127:2
129:15 130:1,3,4
138:1 139:15,16
142:16 148:1 150:5
150:6 151:6 152:23
153:23 159:19
163:1 164:21
167:25 169:20
170:20 179:2
180:25 181:1,21
182:7,17 185:11,18
186:16,16 188:24
192:18,19 193:7,8
193:25 194:6,7,10
194:11,14,16 195:5
196:8,9,16 197:8
198:18,21 199:12
200:11,14,14,15,21
202:8 203:1 207:1
207:22 208:14
209:22 210:8,9
211:13,15 212:10
213:6 214:4,5,10,24
215:19 219:7
220:15,23 223:9,13
223:25 224:11,12
224:24 225:4
226:24 227:25
228:9,16 229:2,9,13
229:14,17,24 231:9
231:10,16 232:5
233:4,10,13 234:18
234:25 235:13,17

235:20,23 236:4
237:17 239:2,18
241:4 243:3,13
244:5,17,24 245:19
256:8 259:10 261:7
261:12 262:11
266:24 267:2,3
268:2,11,15,21
271:15 272:11,12
278:19,20 284:21
284:22 285:11,17
285:20 288:3
296:22 298:7,8,17
300:8 304:21
310:13 313:4
314:13 316:5,23
318:15,18,19
319:10 320:8
324:13,24 325:8,10
325:11 326:13
327:8 329:7 331:3,4
335:4 336:17 337:4
337:8,24 339:1
341:17 342:14
353:2,5
**righthand** 302:9
**rights** 2:5
**rio** 3:13 11:2 332:10
**rios** 3:18,18
**road** 11:21 82:18
  129:17 296:18
**robert** 3:12 11:2
  106:13
**robin** 311:22
**robocalling** 57:4
**robust** 296:5
**rodriguez** 6:18 7:14
  37:21 77:4 86:12
  103:4 112:14 132:8
  133:6,9 324:4
**rolando** 3:18,18
**rolandorioslaw** 3:20
**role** 29:22 30:3,6
  45:21,23 46:7,9,11
  46:22,24 47:2 48:20

60:16,18 88:13
97:16 130:20 135:6
137:22 142:6,7
156:16,17 159:5
190:1,4 191:21
204:12 223:24
301:17 312:6,9,12
312:12,22 314:18
315:15,16,21
325:23 331:24
332:3 340:7
**roles** 145:12,14
**rollback** 201:21
**rolling** 111:21,25
**rollout** 137:17
**rolls** 246:1
**ronald** 3:22
**ronny** 3:25 11:9
  15:16 64:19
**room** 4:3 77:20,25
  78:5,7,8 207:11,12
  276:5 317:4
**rosenberg** 2:23,25
  5:10,13 10:14,14
  11:18 191:6 273:6
  276:17 304:1 306:9
  306:12 308:10
  343:2,6 347:13,24
  348:5,7 352:20
  353:18 354:14,17
  357:3
**ross** 3:3 5:11 10:20
  10:20 308:13,18
  318:2,6,9 321:1
  328:10 338:3
  340:12,15 342:6
  357:4
**rough** 22:21,22
**roughly** 20:21 317:20
  340:16
**round** 104:25
**rounding** 212:5
**routine** 281:13
**rrios** 3:20
**rule** 5:20 8:8 33:16

33:17 109:10
151:15 187:14
192:24 193:13
194:19 196:7 197:9
200:7 201:24 224:1
236:1 257:23 275:4
354:23 356:18
**rules** 1:22 12:23,25
  13:10 16:7,23 17:7
  48:17,21 167:2
  187:12 205:9,16
  223:7,16 225:20
  226:12
**run** 58:18 88:3,18
  96:10,10,14 108:25
  109:13 145:10
  201:5 215:11,25
  261:24 297:23
  322:12
**running** 48:7 215:6
  215:15,16 262:3
  326:5
**runoff** 202:17,18,19
**runs** 214:20 215:10
  285:3
**rural** 24:15,25 25:5
  25:11,14 68:1,3,23
  68:24 69:1,9 70:17
  70:22,22 73:16
  74:24 82:7,9 127:25
  289:12 293:10
  317:18,21 318:12
  332:7 335:6,6

——————————
S
**safety** 4:7 6:6,8 30:4
  30:18 31:6,24 32:6
  36:1,3 37:2,3,17
  45:10 49:23 59:2
  70:6,7 86:9 88:16
  91:4 102:3 119:4
  274:12,25 312:18
  327:22
**salazar** 301:16
**san** 3:19

**sarge** 211:18,19
212:15 213:16,20
214:13,20
**sargent** 211:15
**sarges** 213:11
**satisfaction** 260:4
**saturday** 7:14 50:13
130:6,14,22,24
131:1,5,9,25 132:6
132:9,16,17,20
133:11,16,25 134:3
134:13 135:2,8,12
135:19,21,22 140:4
334:20
**saturdays** 7:12
132:12
**save** 50:1 237:17
336:8
**saved** 301:22
**saving** 269:19
**saw** 91:13 173:7
175:20 226:22
286:6 341:18
**saying** 27:6,6 54:18
66:7 76:2 118:21
130:19 136:23
147:9 231:11 240:6
257:23 272:22
327:17
**says** 41:14 59:22
99:15,15 114:18
117:6 133:19 134:5
151:10 159:14,14
183:22 192:6 193:6
193:14,23 194:6
198:14 200:8 221:2
230:23 231:1 233:3
240:11 266:25
268:14 270:6 283:8
293:9 302:8,11,20
303:8,21 315:22
316:14,14 324:22
326:18 327:1 352:7
353:3
**sb** 27:19 28:7 33:1

41:13,14 56:1 57:6
115:18,20 141:6
143:5 146:13 149:8
149:23,23 150:19
151:2 155:16,25
156:9 157:8 158:11
159:13 162:13
163:20 164:2,7,15
174:11 175:21
176:17 177:5
186:19,24 190:15
199:3 206:18
222:16 230:11
243:5,9 258:19,24
260:12,22 261:11
262:15,20 263:10
306:15 337:23
346:6,8 348:10,18
350:13 351:10,24
**scale** 247:16
**scan** 49:5 93:10
118:13
**scene** 199:14
**scenes** 64:16
**schedule** 107:1
127:13 129:18
137:9 139:23 287:8
321:19 333:14
**scheduled** 127:11
129:16
**scheduling** 334:17
**schonhoff** 19:25
213:19
**school** 197:16,17
201:9,14,20 252:17
**schools** 79:21,21,22
**scope** 14:17 39:2
**scott** 2:14,16 11:7
**screen** 8:20 301:8
**scroll** 266:11
**sealing** 292:10
**search** 163:15,16,24
163:25 164:5 165:3
165:17 166:7
**searched** 163:12

**searches** 164:19,24
165:7,9,15,16,23
166:7 271:24 272:6
**seat** 128:17,19
**second** 111:9 122:6
122:14 133:20
138:5 195:20
296:23 326:11
349:10
**secondary** 320:4
**secondguessing**
157:5
**secrecy** 241:22 242:5
242:12
**secretaries** 263:18
**secretary** 4:2 5:21
6:6 7:18 8:17 12:16
14:8,10,11,14 15:3
20:24 21:3,22 28:6
29:21 30:2 31:12,19
32:5 38:22 39:15,22
39:23 40:6,11,12
41:3,21 44:5,15,23
45:20 46:6 47:7
50:4 57:12 59:13,17
59:20 60:8,13,25
65:22 66:8 69:19
71:17 81:17 88:11
96:22 97:16 100:24
102:5 103:24
106:23 110:2 115:3
116:11 120:4,14,22
121:10 123:7,11
130:16 134:21
136:19 137:2,14,19
142:14,20 148:12
156:8,11 159:20
160:25 161:18
162:8 163:12 166:2
166:3 168:2,8,16
169:6,21 170:3,7
171:11 172:6,10
174:19,22,25 175:2
175:10,15 177:3,8
178:18,24 182:7

185:16,20 186:2
189:1 190:1 191:20
192:7 194:17
197:18 199:4,11
203:5,9,20 204:6,12
206:13 207:3 208:7
212:21 213:4
216:22 221:4,11
223:7 227:22,23
236:24 241:7,13,18
242:6 243:11,23
244:23 245:25
246:12,15 247:19
247:25 248:6
249:24 250:2,12,16
251:3,10 254:20
255:12 256:9
258:23,25 259:12
259:25 260:8 261:3
261:15 262:21
266:25 267:11
269:15 271:23
272:5 273:16
274:15 277:23
280:22 281:8 282:5
283:16 287:9,18,20
291:8 292:4 298:10
301:11 305:6,10
308:6 312:7,22
313:20,23 314:2,5,9
314:12 315:4,14,20
316:10 317:8,13
319:22 322:4
323:12 325:13,22
327:19 329:18
331:23 332:2 335:5
335:9,20 337:6,9,13
337:21 338:4,7,16
338:21 340:6,7
341:10 342:2,15
345:6,7 348:3
350:17,18
**secretarys** 351:4
**section** 80:10 193:15
200:7,13 202:1

KEITH INGRAM                                          4/23/2014

227:13 232:4 253:3
**sections** 208:21
**securing** 138:21
**security** 148:8,15
  157:3,5 185:6,7,12
  185:15,16 186:9
**see** 21:16,16,20 23:14
  24:4,4 42:11 60:3
  64:2 65:18 69:6
  78:18 80:11 87:20
  88:22 89:1,5 91:11
  91:20 92:1 99:4,11
  104:13,21 107:14
  108:17 111:9,12,16
  112:22 116:23
  117:1 118:6,9,23,25
  120:10 125:3,7,10
  126:14,22 127:2
  129:17 133:6,8,9
  134:1,20 136:16
  138:13,17,19
  139:11,22 149:7
  164:3 170:18,21
  171:4 173:9,12,19
  173:22,23 174:1
  175:18 187:21
  189:5 194:11 219:4
  251:8 266:5 268:11
  276:5 284:6,7,13
  285:4,16 302:25
  315:8 324:3 343:25
  347:4 352:7 353:24
**seen** 31:4 54:9 92:25
  98:19 99:1 102:25
  103:1 104:11 105:4
  107:12,13 112:13
  113:13 118:4
  131:19,20,21
  132:25 138:11
  155:8 169:9 170:6
  171:12,15 173:1
  174:20 175:22
  181:12 204:2
  259:22 282:17
  284:21

**sees** 155:11
**segregated** 163:21
**selected** 221:14 314:7
  314:8,9 332:22
**seminar** 181:7
  216:17 227:4,5
  252:12,23,24,25
  262:12 269:15
  298:19
**seminars** 251:23
  252:8,14,15,22
**senate** 7:19,22
  174:12 203:22
  204:8 212:20
  220:16 258:9
**senator** 158:15 170:1
  171:2,4 174:16
  175:25 176:8
**send** 24:12 82:18
  91:12 128:10
  183:15,19,22
  207:23 246:6
  249:25 250:3
  283:17 328:25
**sending** 183:17
**sends** 182:6,15
**senior** 128:14
**sense** 134:14 160:13
  289:9 296:1 299:25
  327:3,12 340:19
**sent** 28:1 113:20
  115:11 116:9
  139:11 163:8
  182:11 219:12
  249:3 250:18
  251:15,21 259:24
  264:2,25 273:22
  298:21 331:12
  337:11
**sentence** 134:20
  302:22
**separate** 89:2 155:4
  178:2,16 215:1,16
  222:4,11 224:18
  244:13 250:14,15

250:24,24 254:14
274:10 278:18
280:10,15 281:7
305:11 353:15
**separately** 116:11
  164:22 283:16
  305:11
**september** 20:23
  38:7,8 46:10 49:17
  63:14 78:10 85:7
  99:7 100:17 112:4
  121:15 122:2 147:7
  169:15 172:2
  177:21 178:16
  181:8 201:10
  298:15,24 299:23
  311:18 320:11
  344:15
**septemberoctober**
  8:18
**sequel** 20:3
**serve** 121:8 251:18
  251:20
**served** 120:3
**server** 20:3 166:8
**serves** 192:7
**service** 63:17 96:7
  106:22 157:23
  158:1
**serviced** 66:10 96:16
**services** 80:1 81:8
  84:10 89:7 95:15
  247:10,11,24
  257:22
**session** 168:1,7,15
  169:11 257:4,8
  258:15
**sessions** 300:24
**set** 5:24 16:23 17:14
  23:12 84:23 146:14
  147:12 252:20
  274:13 305:15
  330:7 352:7,11
**setting** 352:10
**seven** 300:17

**seveneightyfive**
  20:16
**seventynine** 90:5
**shading** 341:2
**share** 154:1 251:20
  301:20
**shared** 163:23
**sharing** 97:8
**sheet** 297:22
**sheets** 206:15 277:4
  279:4
**shelby** 146:23 216:13
**shell** 208:24
**sheriff** 48:11
**shes** 127:12,12
  129:18 145:22,24
  145:24 264:8
  301:21 314:17
  331:17
**shifted** 314:14
**shop** 256:23
**short** 114:12 343:2
**shortcomings** 97:4
  97:21
**shorter** 71:18,19
  313:23 342:5
  350:17 351:21
**shorthand** 1:19,20
  356:11
**shortly** 146:22
**shots** 8:20 301:8
**shouldnt** 231:13
  304:11
**show** 52:3 148:14
  150:25 151:1,4
  152:22 153:7
  173:17 184:11
  187:22 188:4,6,8
  222:18 228:2
  239:24 240:4
  245:22 266:9
  270:24 271:6,17,19
  274:23 276:13
  285:7 286:7 297:21
  297:24 326:10

KEITH INGRAM                                                          4/23/2014

**showed** 82:17 140:18 341:4
**showing** 44:7 150:3 297:22
**shown** 155:13 216:12
**shows** 59:5 173:16,18 199:1
**sic** 323:24
**side** 30:16
**sidebar** 302:25
**sign** 60:19 85:1 220:17 222:17 240:10 337:10 354:25
**signage** 98:4 336:23
**signature** 355:1 356:17
**signatures** 222:10,14
**signed** 85:25 86:4 91:6,11 176:18 224:19
**significant** 25:13 68:4 74:2 89:17 288:12 292:22 312:11
**significantly** 123:1
**signin** 206:15
**signing** 221:23
**signs** 203:13
**similar** 8:4,6,8 20:18 54:19 107:3 169:14 181:9 186:25 187:4 187:14,14 191:2,17 192:20 193:13,24 194:4 195:16,24 198:13 199:4 200:20 203:5,11 204:10 205:9,13,15 205:20 206:15 208:8 209:8,17,21 210:5,24,25 213:8,9 215:21 216:15 217:3,3,15 218:3,5 220:17 221:13 228:22 229:1,12,16

229:22 230:4,25 231:15 233:7 236:11 240:1 263:12 267:5 269:25 271:7 337:25
**similarity** 216:9
**simple** 239:17
**simply** 49:11
**simpson** 4:16
**single** 24:7 57:15,19 115:11,13 165:1 177:7 204:25 250:7 295:24
**singleuse** 33:11
**sir** 11:11 194:12 202:23 203:3 204:17 211:2 258:8 271:3 274:18 278:1 282:9 284:1 288:4 297:8 299:14 307:18 308:20 312:5 315:7 320:18 324:2 333:5 337:12 353:9
**sit** 129:10 135:16
**sites** 94:18 105:25 114:11 138:14,22 139:6
**sitting** 12:25 37:11 129:4
**situation** 234:12 235:6 242:9 249:16
**situations** 306:23
**six** 11:23 238:19,21 239:1,4
**sixday** 238:16,17 239:9,13 240:14,19
**sixth** 1:21 10:5
**skip** 200:6 249:7
**skype** 252:25
**slide** 266:15,24 268:9 268:21,22 270:5,5 270:11
**slides** 266:14

**sliding** 247:16
**slightly** 193:3 194:9 194:24 207:6
**slow** 221:6 237:20
**small** 54:2,15 56:21 300:10 317:4
**smaller** 22:12 242:9 289:12 307:20
**smith** 111:10
**social** 19:18,19 79:25 148:8,15 157:3,5 185:5,7,12,15,16 186:9 280:12
**software** 227:14
**solemnly** 11:13
**solicit** 31:6,9 41:3
**solution** 106:3
**solve** 223:16
**somebody** 36:23 82:17 197:24 223:19 234:13 238:20 245:11 252:10 258:20 263:4 285:14 329:14
**somebodys** 21:17
**someones** 180:12 226:5
**someplace** 70:9
**somewhat** 67:12
**son** 35:15
**sondra** 22:1 23:6 29:15
**sooner** 102:18
**sorry** 14:15 26:8 78:22 85:19 110:16 113:10 136:23 161:10 181:18 221:7 228:14 244:7 277:7 297:11 299:7 300:11 320:24 323:18
**sort** 18:5 52:7 88:13 98:5,9 102:20 112:20 124:14

139:9 146:16 148:8 184:4 191:1 215:8 230:7 239:20 241:21 246:2 249:2 249:19 255:5 259:17 260:2 261:7 263:15,25 268:5 278:13,21 297:15 297:22 309:5 312:22 314:16,20 338:19 349:6
**sorts** 333:18
**sos** 4:4 7:5,16 32:1 80:12 114:19 202:24 305:7 315:23,24 316:15
**sought** 97:6 105:19
**sound** 119:13 138:1 141:12,15 193:7 226:23 302:6
**sounds** 122:22 123:17,18 138:2 193:8 232:20 320:16
**source** 102:14 120:9 149:11,19 212:16 225:16 245:24 258:2
**south** 264:7 288:21 288:23 289:1
**southeast** 316:25
**southern** 1:1 356:1
**space** 317:5
**spaces** 309:9
**spanish** 115:20 280:24 284:4,4
**speak** 223:21 253:20 253:24 286:22 287:11 334:13 352:25
**speaking** 54:12 122:22
**special** 201:23,25 279:1,5 298:12 310:21

KEITH INGRAM                                        4/23/2014

50

**specific** 17:24 40:20
    72:18 75:3 98:10
    102:15 104:4 126:9
    155:18 158:11
    159:1,2 164:2 196:4
    196:6 197:6 210:7
    225:23 236:25
    237:3 254:8 258:16
    259:8 263:7 281:6
    287:2,16 299:5
    309:25 310:9
    346:18 349:4,5
**specifically** 56:22
    74:21 75:21 106:21
    109:23 133:18,23
    159:12 178:5 204:9
    220:24 238:7
    253:14 254:20
    255:1 259:4,7,8
    281:21 286:6 293:2
    293:5 295:3,16
    296:2 336:18 337:3
    351:25
**specifics** 108:23
**speculation** 23:5
    36:14 45:17 95:15
    129:14 131:13
    134:8,17 141:23
    275:19 313:17
**speech** 233:17 266:16
    268:21 269:1
    270:12
**speeches** 231:19
**spell** 12:9
**spells** 232:7
**spend** 193:20 289:25
    345:3
**spending** 352:14
**spent** 263:1 265:20
    290:13 295:1,3,22
    296:2 311:24 354:7
    354:8
**split** 70:16 73:15
    317:20
**spoke** 244:11 245:1

245:15 254:5
    306:14
**spoken** 245:3 252:8
    348:22
**spontaneously**
    292:22
**spot** 83:19 284:18
    285:3,4 297:23
**spots** 285:15,16,22
    289:2 297:16,19
**spread** 68:2
**spreadsheet** 26:17
    29:20 220:13
**spring** 46:2 170:11
    291:5 310:17 319:2
    334:4
**sprinkled** 69:18
**squirrel** 240:3,5
**staff** 7:16 50:1 62:6
    63:4 83:12 85:21
    109:1,2,16 137:17
    137:21 159:6
    198:10 199:17
    260:11
**staffed** 83:8,15 88:8,9
    95:2 137:3
**staffing** 87:22 88:6,7
    96:22 97:2,5 99:16
    108:18,22 109:14
    110:20 136:19
**stake** 24:17
**stakeholders** 346:13
**standalone** 353:16
**standard** 8:8 37:7
    91:14
**standards** 8:4 193:15
    221:4,11
**standing** 230:13
**standpoint** 39:22
    101:1,2 102:5
    120:14 121:10
    141:13
**star** 318:24 320:23
    320:25 321:2,3
**start** 49:15,19 80:14

96:21 97:25 121:25
    122:10 139:17,21
    195:8 316:1
**started** 15:19 38:6
    49:16 63:11 87:9,12
    87:14,19 122:5
    170:7 185:16 217:8
    222:23 253:13
**starting** 221:18
**state** 1:19 2:17 3:25
    4:2,4 5:21 6:6 7:18
    7:22 8:17 10:8,15
    12:9,16 14:8,10,11
    14:14 17:15 18:6,15
    22:18 27:4 28:6
    32:5 38:22 39:16,23
    40:11,13 41:4,21
    42:11 44:1,20 51:14
    52:5,15,23 53:13,22
    54:1,24 56:5 57:12
    57:16,20 59:17,20
    60:13 65:22 66:8
    67:4,15,17,19,20,21
    71:17 74:12,16
    78:14 82:12 88:2
    96:22 97:16 106:24
    115:12 116:11
    121:6,10 125:12
    133:9 136:19
    137:14,19 142:14
    142:22,23 152:3
    156:8 161:16,18
    163:13 166:2 170:7
    175:2 177:7,8
    178:18 185:16
    190:1 192:7 194:17
    199:5,11 201:13,17
    202:6 203:1,5,9
    204:9 214:2,22
    215:7 221:5,11
    224:23 236:24
    242:7 243:11
    244:23 245:2,5,25
    247:25 249:24
    250:7 256:19 260:8

263:17,18 264:8
    265:12,19,21
    266:25 267:11
    268:3 269:15
    271:24 272:5,6
    273:16 274:15
    282:6 284:13,14
    285:22 287:9,18,20
    289:2,7,8 290:12,13
    291:22 294:9
    301:11 305:6 308:6
    312:7,22 314:2,5
    315:23 317:13
    322:5 329:23,25
    344:8 345:7,8 348:3
    350:17 356:12
**stated** 1:23 120:18,18
    141:22 298:4
**stateelected** 310:3,5
**stateissued** 51:6,24
    51:25 52:7 114:21
**statement** 302:16
    303:3
**statements** 303:11
**states** 1:1,15 2:3
    10:11,13 15:3 20:24
    21:3,22 26:2 29:21
    30:2 31:19 39:22
    40:6 44:5,15,23
    45:20 46:7 47:7
    50:5 59:13 60:8,25
    69:19 80:12 81:17
    88:11 100:24 102:5
    103:24 110:2 115:3
    120:4,15,23 123:8
    123:12 130:16
    134:21 137:3
    142:20 148:12
    156:11 159:20
    160:25 162:23
    163:2 166:3 168:2,8
    168:16 169:6,21
    170:3 171:11 172:6
    172:10 174:19,23
    174:25 175:10,15

177:4 178:24 182:7
185:20 186:3 189:1
191:20 203:20
204:6,12 206:14
207:3 208:7 212:21
213:5 216:23 223:7
227:22,23 241:7,13
241:18 243:24
246:12,15 247:19
248:6 250:3,12,16
251:3,10 254:20
255:12 256:9
258:24,25 259:12
259:25 261:3,15
262:22 263:11,11
263:19 264:6,16
277:23 280:22
283:16 291:8 292:4
298:10 305:10
313:20 314:9 315:4
315:15,21 316:11
317:8 323:12
325:13,22 327:20
329:19 331:23
332:2 335:5,9,21
337:6,9,13,22 338:4
338:7,16,21 340:6,7
341:10 342:2,16
356:1
**statewide** 34:3 54:13
154:7 212:6,8
241:15 267:9
284:13 285:19
288:4 289:2,3,4,10
344:9,11 353:12,14
**stating** 221:15
**station** 119:13 289:5
289:6 309:16 312:8
312:15 318:21
323:9,14 324:19
327:23 328:11
329:9,10,13 330:4
330:20,23 332:3
333:2,7,16,24 335:7
335:22 340:3,8

341:11
**stationed** 320:17,19
**stations** 6:12,14 9:3
93:13 95:1,2 289:8
289:10,13 308:24
309:2 310:22
313:21 316:12
317:10,14 318:11
322:8 325:7,23
326:2 327:4 328:25
332:18 333:8 334:2
334:20 335:1,3,13
336:3 337:2,14,17
338:6,10,22
**statistics** 182:3,6,15
185:9 245:9
**status** 47:19 48:2
86:7 105:17 127:5,7
184:2,4,5
**statute** 28:7 223:8
232:20 271:23
276:10 351:25
**statutes** 160:14
**statutory** 124:7 143:1
149:10 154:25
155:14 203:3
246:18 257:25
353:11
**stay** 94:4 184:2
249:11
**stays** 292:8
**steen** 31:12 345:7
350:18
**stem** 62:14
**step** 263:5 302:13
**stephenson** 98:22,23
98:24 346:9 348:13
348:17 349:13
**steps** 116:15,19 143:4
160:12
**sterling** 202:18
**stern** 62:14
**steve** 222:21
**stick** 103:19
**stips** 354:17

**stipulations** 354:15
**stone** 74:10
**stop** 13:18 38:9 79:14
79:14 237:20
**stopped** 122:3
**stopping** 134:3
**stories** 82:11
**story** 279:24,25
**strategies** 265:17
290:11
**strategy** 265:18
290:14
**street** 1:21 3:5 10:5
74:4 76:4 79:5 98:4
236:15 318:25
319:21 320:2,12,14
321:12
**stress** 89:24
**stretched** 112:15
139:7
**strike** 28:23 78:11
85:20 137:1 225:25
272:24 321:1
328:10 338:3
**stringent** 156:25
**strong** 205:13 327:21
**strongly** 350:4
**strongmatched**
182:23
**struck** 193:9
**student** 311:5 319:12
**studies** 307:8 322:5
329:19
**stuff** 75:8 77:20
147:3 166:16 257:3
268:6 278:6 280:7
284:13 299:9,12
314:16
**subdivisions** 252:18
**subgroups** 307:20,23
**subject** 6:16,18,20,21
6:23 7:3,5,14,16,24
8:6,8,10,22,24 13:4
53:2 88:20 161:2,4
164:15 208:4 292:8

292:9 348:16,20,22
350:22
**subjected** 43:11
**subjective** 98:6
**subjectively** 97:24
**submit** 70:6 144:14
248:2 249:10
265:13
**submits** 221:15
**submitted** 43:19
140:15,18
**subpart** 149:21,22
**subpoena** 39:3,13
**subscribe** 246:7
**subscribed** 284:25
**subsection** 221:3,10
221:15
**subsections** 200:13
**subsequent** 165:23
166:8 176:6
**subsequently** 170:4
193:2
**subset** 95:8
**substance** 61:11
**substantial** 216:8
**substantially** 8:4,6
56:13 186:25 187:3
191:2,17 192:20
193:13,24 194:4
195:24 198:13
199:4 200:20 203:5
203:11 204:9 205:8
205:12,15,20
206:15 208:8
209:17,21 210:5,24
210:25 215:21
216:15 217:2,3,15
218:3,5 220:17
221:12 228:21,25
229:12,16,22 230:4
230:25 231:15
233:7 236:11
238:21 240:1 267:5
269:25 271:6
**substantive** 223:19

KEITH INGRAM                                    4/23/2014

295:18
success 122:21
    123:19 124:23
    135:18 142:2,10
    156:20 189:12
    343:10,14,17
successful 122:19
    140:12,16,22,24
    141:7,20 188:20
    307:15
successfully 125:13
    189:14
suffice 148:10 150:13
sufficiency 70:8
sufficient 58:16
    67:14 68:6,21 70:9
    75:7 81:19 125:8
    157:9 223:2 224:17
    312:19
suffix 188:2
suggest 75:1 189:11
    323:21
suggested 242:6
suggestion 36:9
    114:20 133:13
    241:17
suitable 313:7
suite 1:21 2:11,15,24
    3:19 4:11 357:19
sum 19:20 178:14
summarizes 315:16
summarizing 117:14
summary 26:22
    173:19 190:17
    277:4 279:4 282:21
summer 121:17
    129:22 267:21
sunday 139:23
superintendent
    197:17
supplemental 191:1
supplemented 167:2
supplied 74:11 96:19
    179:4 180:3 181:19
supply 28:24 192:2

supplying 326:4
support 4:11 10:7
    190:3 357:17
supported 323:13
    350:4
supporting 125:8
supposed 210:12
    229:6 233:2,8 262:8
    270:8
sure 19:22 20:8,22
    21:15,25 24:15
    25:14,20 27:13
    29:13 31:25 37:19
    42:13 47:22,24
    48:24 49:18,25
    54:14 58:15,17
    62:17 63:4 68:1,24
    69:2,16 72:20,21
    73:11,23 74:4 77:4
    78:15 80:4 83:23
    84:12 85:2,18,23
    86:11,18 93:4 95:15
    100:12 101:16
    106:1 108:9 112:19
    119:24 121:19,22
    122:4 124:18 127:7
    129:4,19 133:5,14
    139:19 140:17
    175:12,22 177:25
    179:6 181:6 183:10
    193:12,22 194:5,25
    196:13 197:11
    200:18 203:7 206:4
    208:7,13 210:3
    212:23 220:23
    221:2,24 225:22
    228:12 230:13
    233:6,25 234:2,11
    235:11 236:9,13
    239:11 242:11
    244:18 245:4
    247:20 248:14
    249:5,11 251:1,23
    252:5 262:7 264:2
    266:23 267:15

268:12,22 269:5
    270:11,19 279:10
    280:17,22 288:20
    291:12 293:12
    294:8 297:12 298:6
    301:15 303:8
    305:24 306:25
    309:4,21 310:6,7,16
    311:7,19 312:18
    315:5,13,22 318:22
    319:4 321:18
    323:15 332:5,12
    333:17 334:10
    335:14 336:19
    339:3 341:17
    343:13,20 346:12
    347:1 351:11
    353:12
surge 152:13
surges 152:11
surgically 64:24
surname 273:25
surnames 274:4
surprised 266:21
survey 242:15,16,19
    242:25 254:19
    255:11,13 256:2
    259:18,20,25 260:3
    260:4 291:3,6,7,12
    291:15,25 292:12
surveying 255:6,9
surveys 286:9,11,12
susceptible 293:19
suspect 116:4
suspended 274:19,22
    274:24 275:3,12,13
    275:17 276:6,8
    306:15
suspense 184:4
    248:20
swear 11:13 62:6
switching 298:3
    304:3
sworn 1:16 12:4 13:3
    230:23 356:14

system 153:25 155:23
    245:8 247:2 248:12
    248:22 301:13
systematic 256:5
    263:23

_____

T

table 283:24 296:23
    297:9 326:21
tabs 123:14
take 13:18,21 47:16
    49:5 83:21 89:15,16
    92:20 93:8 106:15
    108:24 116:15,19
    118:12 133:2
    156:25 167:15,16
    172:25 189:18
    191:6 196:7 203:10
    205:21 207:11
    213:12 214:25
    219:9 224:9,9 226:1
    228:9,10 237:15
    252:3 273:6 282:13
    289:21 303:23
    314:19 318:3,6
    340:1,12 343:2
    344:5 354:9
taken 1:16 10:4
    12:19 143:4 160:12
    195:7 203:20 204:1
    243:17 260:18
    297:25 309:12
    330:2 339:8 357:9
takes 26:17 148:20
    200:14 208:11
    349:5,6
talk 48:14,15 90:4
    108:7 129:16
    147:15 169:3
    191:16 193:11
    199:16 200:6
    208:21,22,24
    212:14,15 220:15
    220:25 224:25
    231:3 251:16,17

255:14,14 257:17
258:14 263:3
269:24 279:4 296:8
308:22 311:21
312:14
**talked** 47:9 50:12
76:1,13 90:3,9 98:9
103:2 105:21 111:6
130:9 140:9 143:14
143:21 157:22
158:2 198:20
217:25 222:20
236:12 249:25
251:22,23 255:22
263:17 264:7,8,10
264:11,12,14 266:3
267:6,19 268:13
272:10 314:14
319:5 346:10
348:13,14,14
**talking** 28:12 31:22
63:13 80:6 83:14,15
102:18 107:19
113:3 117:9 128:10
128:25 129:19
138:17 145:18
179:24 191:22
195:1 203:12
208:16 215:9,23
220:20 223:21
229:9,11 232:5
238:7 250:11 255:6
255:8 266:3 267:4
270:20 281:10
330:8 339:19 343:9
349:14
**talks** 171:4 196:10
198:12 228:15
354:10,11
**target** 68:5 74:18
145:8 287:2 288:7
293:13
**targeted** 127:18,21
293:9 294:20
295:16 297:14

339:21
**targeting** 101:8
134:22 306:21,22
**tarrant** 222:21
**task** 183:1,3 249:4,5
249:5 314:1,9
**taught** 231:16
**tax** 89:25 113:18
145:11 201:21,21
214:6,16 279:21
**taylor** 230:6
**tdl** 7:24
**teach** 279:17
**team** 19:11 23:22
29:2,4,11 51:9,11
56:5 71:23 154:6
155:2,7,23 177:8
178:19,25 179:4,8
179:13,16,23,25
180:3,16 182:3,15
182:24 183:5 185:6
186:18,20 187:3,12
187:19 188:3,17,19
225:5,7,8,11,16,21
226:5,12 227:12
234:4 244:21 245:1
245:18,19,22
246:14,16,21 247:2
247:21,24 248:13
248:13,24 249:7,12
249:14,18 253:6,14
313:22
**teams** 249:21
**technical** 190:3 192:2
224:5 226:10
**technically** 226:3
**teena** 1:18 4:10 10:7
356:11 357:15
**telephone** 4:14
**television** 82:11
293:18 345:10
**tell** 16:5 36:16 62:9
70:10 113:24 120:8
164:23 165:13
197:22 205:7 206:2

209:20 217:20
219:19 225:15,23
225:23 226:1
227:20 239:17
244:2 260:1,1
282:18 309:1
327:16 343:11
347:13 348:20
350:25
**telling** 49:11 210:22
232:11
**tells** 228:19 300:8
**temporary** 49:6
94:19 132:9
**ten** 218:22
**tennessee** 264:2,5,11
**term** 14:19 115:10
196:12 280:7 286:2
**terminate** 59:20 60:4
60:8 92:1,5
**termination** 91:25
**terminology** 194:8
289:15
**terms** 14:16 60:21,22
61:5,19 64:16 90:25
91:20,24 100:11
112:2 164:2 182:21
200:19 201:24
202:3 236:25
267:22 268:1 297:3
306:14 307:15
313:11 349:23
350:2 352:1 353:11
**test** 227:9 292:24
**tested** 227:6 292:12
**testified** 12:4 51:8,16
52:14 53:23 58:2,6
72:9 73:15 86:21,24
88:19 92:10 104:16
128:7 132:15 136:1
136:18 142:13
160:15 169:19
190:14 216:6
223:24 225:2,17
236:23 317:7

322:10 339:10,12
**testify** 13:7 14:1,3
15:7 39:3,12 51:21
119:25 120:1,7,15
121:4,5,9 144:2
180:2 191:20
**testifying** 270:21
**testimony** 11:14 13:5
21:2,3 28:17 29:10
38:4 43:1 48:4
52:12 54:21 56:9
66:6,20 67:11 68:18
69:15 74:11 82:25
87:24 88:10 95:22
100:10,12 117:14
139:24 140:23
142:19 155:5
160:21,23 168:19
170:22 186:15
190:17 225:19
275:4 298:4 316:3
325:5 327:6 338:15
339:15 356:16
**testing** 227:14,15
291:7,9,10
**tests** 248:3
**tex** 111:8 125:5 324:1
**texas** 1:1,20,22 2:11
2:15,17 3:2,13,14
3:16,19,23,24 4:4,7
4:8,12 5:21 6:3,3,6
6:6 7:22 8:3,17 10:5
10:8,15,18,21,23
11:1,2 12:16,20
14:7 16:8 17:15
22:2 35:3 41:24
42:4,7 51:14 53:25
68:3,22 74:24 75:20
125:12 137:25
142:23 161:16
164:12 167:23
168:2 169:7 174:12
175:19 190:3
192:10,21 201:5
206:17 215:7

KEITH INGRAM                                          4/23/2014

54

232:18 247:2,10
251:17 253:22
254:10 269:14
273:12 284:13,14
289:2,7,10 294:9
303:21 308:21
309:8 313:5 316:25
317:18 319:3,4,8
320:25 328:12,15
340:17,20 356:1,12
357:16,18,19
**text** 159:13 211:13
302:12 303:1
**thank** 12:2 18:6 27:3
27:15 88:10 98:25
101:18 110:19
113:7 129:8 145:25
148:22 166:24
265:22 269:17
273:5 324:15
**thatll** 142:2 204:18
**thats** 11:25 14:14
18:5,9 19:5,8,10
23:20 24:23 26:25
30:21,21 33:17
34:19,20 35:1 36:20
39:1,3,7,10,13
46:18 50:17 51:1
52:16 55:2,2,6 56:3
56:10 58:5 61:14
69:8 72:10 76:16,16
78:2,2,3 80:16
84:15,25 86:16
88:21,24 89:4 91:14
96:2,2,13 98:20
100:16 101:11
102:3 104:15 105:8
105:16 109:1
114:16,17,25 115:9
116:10 117:6 118:7
121:5 124:7,7 126:5
127:22 128:3,12,24
130:1,4 133:22,22
134:5 139:19
143:20 144:2,3

148:1 149:10,15
150:6 151:5,6
153:14,23 158:3
159:19 160:21
161:5,8,8,21 164:21
165:11,12 169:20
171:8 173:16 177:2
177:20 179:23
181:1,21 182:17
183:25 184:1,16
185:8 186:16
188:21 189:25,25
190:24 191:21
192:19,22 194:7,13
194:14 196:15,20
198:18,21 199:9,9
200:15,21,25 201:2
202:8 203:6,18
208:13 209:5,5
210:9,9,17 213:4
214:5,19 217:8
219:9,18 223:9,10
223:12,13,23,25
224:12,24 225:2,4
228:14 229:2,17,24
229:24 230:3 231:8
231:8,10,16,16,17
231:18 232:1 233:4
233:9,13,19 234:9
234:19,22 239:1,2,7
241:4 242:1,23
243:13,20 244:5,24
245:23 248:22
251:7,7 252:23,24
253:5 255:15 256:2
256:8,15,20,23
259:10 260:4
261:12 262:11
263:4 266:6,17
267:3,16,16,18
269:21,25 270:1
271:12,15 272:12
272:13 276:9,9,10
280:13 283:18
284:22 285:12,13

292:2,9 294:17,17
294:24,24 296:3,18
298:8 299:7 302:7,7
302:10,11 303:14
304:21 306:23,23
310:13 314:15
316:5,13,15,21
318:15 319:10
320:8 325:8,11,21
327:8 328:6 329:2,7
331:4 332:24
333:14 334:8 335:4
336:17 337:2
338:20,24,24 339:1
339:2 341:17 343:1
343:16,25,25 344:1
345:22 349:14
353:1,2,5
**therell** 219:23
**thereof** 220:9
**theres** 26:16,17,19
27:23 45:9 49:25
53:5 54:8,9 55:5
56:11 65:21,21,23
82:18 101:22,24
117:1 121:2 127:7
133:24 134:2 139:9
142:13 144:25
145:12,15 146:20
148:16 151:15,20
151:20,21,23
152:17 153:2,10
157:1,2 158:8
161:13 173:19
188:11 202:10
210:10,12 215:25
219:4,21 223:19
225:10 230:2 234:3
238:2 241:12,20,20
242:4 243:9,15
246:7,9 247:16
253:12 254:11,13
254:14,15,17
255:23 256:2,4
257:16 261:10,20

261:22 262:9 263:7
266:14 274:25
278:18,20,25
283:10 285:24
286:8 293:4,14,14
303:20 304:8,23,25
313:9 323:19
327:14,14 339:13
342:11 353:24
**thereto** 87:7 163:10
193:1
**therewith** 354:4
**theyll** 152:19 153:4,9
184:25 240:5 242:2
248:19 249:4
**theyre** 19:1 21:19
26:17 28:22 29:7
36:19 40:18 48:6
57:14,15 78:8 92:9
92:10 94:16,17,20
94:20 117:12 124:6
126:3 145:1,2
148:16 162:14,19
162:19 184:7,9,11
184:12,20 189:5
205:25 208:8,12
240:6,11 242:16
262:3,8 266:10,17
269:18 279:2 328:8
337:11
**theyve** 21:18 36:21
48:4 120:8,9 154:15
155:8,9,13 166:10
180:19,19 181:12
181:13,15 195:15
195:17 214:9
232:25 238:20,21
239:20 240:2
251:23
**thing** 11:18 42:21
89:25 98:5,10
102:20 110:6
137:13 157:24
158:12 168:5
171:22 186:22

KEITH INGRAM                                         4/23/2014

55

236:5 239:7 241:21
242:13 253:17,21
261:7 268:17
269:19 270:3
295:16 298:13
303:7 344:1 349:6
**things** 18:23 50:12
53:16 61:6 76:1
124:5 143:12,14,20
144:3 158:8 188:2
193:21 208:22,24
227:9 228:11
239:22 247:9
251:18 255:2,9
256:9 259:2 271:22
271:23 278:7,25
287:8 354:5
**think** 11:22 14:13
16:20,22 29:17 30:5
30:23 35:11,14 40:6
41:17 50:1 61:14
63:2,22,24 67:13,13
73:13 74:15 75:5,7
75:14 76:13,16 80:2
81:3,13 86:20 89:16
90:13 110:14
112:22 114:1,18
116:20 120:18,25
121:5 123:20 134:6
134:12 137:12
138:14 139:1,4,6
141:4,6 146:25
147:1,3 149:14
151:14 154:8 159:4
161:14 167:7 169:1
169:24 176:20
183:6 192:23 194:1
201:10 202:16
206:10,23 209:24
209:24 211:12,14
211:20,22 212:4,6
212:10 216:6 221:7
221:18 224:18
225:17 228:13
232:8 233:24

236:23 243:15
249:16 251:15
258:12,13 263:4
264:12,19 269:21
270:3,20 272:15
280:6 282:8 283:7
283:18 288:16,23
289:15 295:5,7
310:12 313:5
316:13 320:12
326:19,20,23
327:16 329:3,12,14
331:12 341:4,5,12
341:14 343:15
346:16 347:5 351:2
351:16
**thinking** 136:24
226:16
**thinks** 114:23 200:20
**third** 87:17 122:14
297:9
**thirdparty** 245:25
**thought** 70:3 75:6
97:1,2 114:18
122:23 123:1 134:2
137:13 141:16
186:8 196:6 222:21
223:3 226:15
234:13 299:7
314:22 323:4,5
327:2 344:3
**thousand** 212:10
**thousands** 55:9,19
206:24 207:5 208:3
212:7 232:18,19
**threat** 45:10
**three** 16:10 36:2
37:22 46:5 55:15
99:17 111:20
145:24 193:4
208:14 213:14
218:21 226:19
**threeday** 111:13
112:2
**thursday** 332:20

**ticket** 44:7
**tickets** 42:12,21
**tight** 138:18 187:2
188:4
**tightened** 186:23
187:12 225:20
**tightening** 187:15
**time** 10:6 12:23
20:24 22:10 25:10
28:15 31:15 33:22
33:25 37:22 39:23
40:23 59:21 62:16
63:10,11 67:15 74:5
76:20,22 81:19
82:13,14,15 86:3
89:15 90:6 92:1
99:25 104:5 107:22
110:9 111:24
114:12,13,18
117:19 119:8
121:17 124:22
151:7,15,19 152:15
157:7 159:21
165:24 166:18
167:6,8 169:18
174:13 175:17
177:11 178:10
185:21 186:4,12
193:20 194:15
195:16 197:9
207:20 209:7
215:16,22 216:11
216:25 222:15
237:18,18,19
242:17 243:1
246:23 253:8
255:14,18 259:2
268:24 273:15
274:16 281:2
293:19 298:23
311:23 312:2
314:13 319:23
320:7 321:13
325:10 328:16,23
345:6 354:19

356:22
**times** 90:10 121:21
121:24 219:16
269:1 276:5 326:18
**timing** 32:18
**title** 12:17 62:4 86:18
302:13,25
**titled** 8:11,13,15,17
269:13,25 276:19
276:21,22 284:8
**tko** 282:22,23 287:5,7
294:6 297:22
307:12 344:19
345:9
**tkos** 287:17 297:2
**today** 11:14 12:25
13:25 14:4 15:16
33:19 37:11 39:2
59:10 90:11 129:10
135:16 139:24
140:23 160:22
166:15,18 170:23
175:2 189:15
191:20 196:14
231:11 246:25
254:5 263:3 273:13
277:9,10 298:5
303:23 353:13
**todays** 10:5
**toes** 263:5
**told** 130:23 132:8
135:15 216:25
218:15 230:10
231:22 254:13
**tomlinson** 22:2 23:2
23:7 29:15
**toni** 28:2
**tony** 6:18 7:14 77:4
86:12 103:4 112:14
132:8
**tool** 72:2 218:18,19
218:24 253:16
299:20 300:1,7,10
300:19,21
**top** 22:1 72:18 73:1

KEITH INGRAM                                        4/23/2014

56

98:15 106:16
134:24 266:11
294:22 307:24
308:8 309:23
310:20 316:19
326:12 346:17
**topic** 119:20 120:16
120:22 146:1 167:3
167:22 186:17
209:8 253:5,12,21
255:20 352:24
**topics** 15:5,8 119:17
120:1 121:9 162:21
167:11 298:3 304:3
**total** 19:20 25:15
71:12 178:14
195:23 196:1,17
197:4 211:25 265:9
273:17
**totality** 228:15,20
230:3,4 231:2,13
233:1 234:24 235:1
235:7,13,20 236:2
268:9,13 270:4,7,23
270:25
**totally** 217:21
**track** 135:10 225:14
304:4
**tracked** 266:5
**tracking** 241:18
304:9
**traffic** 42:12,21 44:7
50:13 170:6 171:15
171:16
**trailers** 63:24
**train** 79:14 261:19
262:8,13 298:16
299:6
**trained** 46:1 48:1
262:1 300:1,4,10
**training** 6:20,21 8:20
47:10 85:15 88:1
90:18 95:14 97:3
100:20 101:19,23
101:25 102:1

104:14,18,25 105:7
128:18 137:16,16
144:7 160:8,10,11
194:19 195:3,7
210:15,19 216:20
231:18 232:25
233:16 236:8
261:13,17,21,23,25
263:14 266:4
276:11 298:4,7,20
298:22,24 299:1,2,6
299:8,12,20 300:7
300:15,21,24 301:9
301:13 302:5
334:22
**trainings** 275:10
**transaction** 179:21
**transcript** 7:22
170:19 171:1 355:2
356:15,18
**transgender** 239:20
240:7
**transit** 79:11
**transmitted** 248:24
**transportable** 94:22
**transportation** 6:3
33:2
**transported** 49:3
**travel** 336:24
**travis** 3:19 22:6,13
25:21 28:1 103:6,9
103:23 113:19
114:2 181:17,19
211:7 212:11,15
**tre** 264:11
**tree** 229:25
**trent** 264:12,15
**trial** 354:19
**tried** 80:19 206:4
237:5,8 336:8
**trinity** 128:13,16,16
128:17,19 310:12
310:15,16
**trla** 3:15,15
**troopers** 44:20

133:10,10,16,18,19
133:24
**troublesome** 222:11
**true** 45:13 54:3 55:25
56:3 151:17 165:6
192:1,4,22 236:14
277:24 285:13
356:15
**truth** 11:15,15,15
**truthfully** 13:7 14:1
14:4
**try** 13:12,14,19,22
14:16 39:8 73:14,16
102:7 166:17
167:13 220:9 221:8
235:10 239:16
343:7
**trying** 30:10 46:11
64:21,23 82:12
97:18 111:22 121:6
124:17 126:10
127:2 136:7 139:14
142:4 179:17
230:24 232:4,7,19
232:20 266:18
279:7 296:3 332:8
353:17 354:6,7
**tuesday** 201:19
**turn** 64:2 80:10
119:18 145:25
167:3,21 182:2
266:20 279:19
323:25
**turned** 26:2 65:12
304:4,8,10,11,14
**turner** 310:6
**turners** 321:9
**turning** 60:1 72:11
93:22 94:25 95:17
97:19 111:8 119:18
125:3 168:21 185:2
186:17
**turnout** 54:4,5,10,12
54:23 56:19
**tv** 8:18 284:24 285:16

295:10 296:24
297:14 345:5
**tvrs** 247:1,2
**tweak** 183:13
**tweaking** 228:6,7
255:17
**two** 16:9 24:13 26:16
26:22 53:24 54:3
65:21 67:24 68:5,19
74:6,10 77:25 80:14
80:17 81:3,13,18
82:1,4,5,8 83:1,3,6
88:8 128:22 135:13
139:15 154:18
158:8 193:3 202:21
215:1 218:6 226:19
242:4 250:8,8
254:14 266:5,14
278:21 290:3 309:5
309:10 311:23
315:18,25 316:7
317:16 332:25
333:9,13,16,24
335:2 341:9 345:19
351:7 352:21 354:4
**twoday** 81:21 342:3
**twostep** 144:12
**tx** 3:25 4:4 171:1
173:21 176:21
305:7
**type** 20:18 124:16
201:10 220:5 239:8
241:18 252:25
258:11 263:13
343:3
**types** 207:18 213:3
275:24 287:25
**typically** 14:13
197:14

_____

**U**

**uhhuh** 107:17 208:10
268:10 270:22
302:15 324:10
**ultimate** 61:5 64:10

241:2 347:20 350:1
**ultimately** 51:2
**unable** 54:1,22 55:15
  97:4 196:23
**uncertain** 176:3
**uncertainty** 176:7
**undergo** 261:17
  273:22
**undergoing** 240:7
**undergone** 88:1
**underlying** 32:16
  61:6,18 64:9 301:10
  301:12 348:21
**underneath** 26:20
  77:7 262:17 302:13
  302:25 303:1
**understand** 13:3,15
  13:23 14:8 53:5
  64:15 96:2 108:21
  133:14 150:8 152:2
  178:22 187:14
  189:10,11 203:7
  206:5 226:11
  229:10 232:14
  235:8,11 237:24
  239:11,15 244:9
  256:1 257:15 259:9
  277:15 303:20
  325:4 342:10
**understanding** 6:5
  23:24 51:21 52:6
  53:21 56:4 59:1
  60:7 68:7,10,12,12
  85:24 88:21 96:14
  124:9 131:7,11
  151:3,5 159:9
  171:10 225:15
  232:16 237:22
  283:6 315:3,14,20
  316:9 325:9 327:15
  342:1
**understood** 234:25
**undertake** 191:3
**undertaken** 171:11
  226:23

**undertook** 227:5
**underway** 42:16
  62:18 87:3
**unfettered** 213:25
**unfunded** 89:13,16
**unhappy** 196:24
  200:2
**uniform** 187:11
  192:9 201:13,16,19
  201:22,25 202:25
  290:9
**uniformity** 192:13,14
  192:16
**uniformly** 74:12
  204:8
**unilaterally** 92:5
**unit** 22:25 23:12 25:8
  42:16 47:4 62:20
  63:20 69:21 70:5
  72:12 74:5 75:15
  76:3,19 77:10,21
  82:3 85:6 94:10,22
  95:10,24 99:20,23
  100:4 121:15
  122:18 128:16,18
  128:21 129:2
  136:10 141:2 310:9
  311:7,13 312:19,21
  313:11 320:12,16
  321:6 322:11 336:5
  338:17 346:3
  348:24 351:6
**united** 1:1,15 2:3
  10:11,13 26:2
  162:23 163:2 356:1
**units** 22:20 24:12,14
  30:9 38:2 43:3,5
  45:25 46:4,13 47:5
  48:25 49:7,16,19
  58:3,10,12 59:9,17
  61:1 62:13 63:10,13
  64:3,5 65:2,8,15
  66:11,15,16,17 67:3
  67:12,25 68:20 69:3
  69:18 71:1,5,12,15

71:23 73:10,17,21
  74:12 75:23 76:23
  77:12 79:8,11,20
  83:9,12,13,14,16
  85:9,21 87:6,22
  88:4,5,7,18,20
  93:18 94:1,13,15
  96:9 97:2,5,21
  99:23,24 102:11
  103:10 105:25
  107:2,5 108:11,25
  109:3,6,7,8,13,14
  109:15,16,17,19
  110:12 114:1
  121:14,20,23 122:6
  122:8 123:22
  124:10 125:20
  126:2,6 128:7,10
  136:2,6,8,19 137:20
  139:9 236:11 272:9
  272:11,14 273:2
  305:17 309:11
  311:23 312:25
  316:17 317:17,21
  318:22 320:11
  328:22 331:15
  332:13 334:7,14
  336:22 338:8
  339:10,16,22
  340:23 343:15,15
  346:10,20 349:11
  349:12,16 350:7
**university** 74:9 319:2
  319:3,4,8,16 320:5
  320:24
**unmatched** 53:22
**unnecessarily** 90:1
**unnecessary** 32:23
  33:12 40:2,15 42:22
**unpaid** 42:21
**unquote** 228:25
**unregistered** 143:5
  143:23
**unrelated** 311:6
**unresolved** 117:23

**unsolicited** 31:10
**unsuitable** 317:2
**unwilling** 104:17
**upcoming** 151:25
**update** 226:20
  227:14
**updated** 47:24 167:1
  186:20 225:17
  341:9
**updating** 7:7 246:1
**upper** 20:16 65:7,10
  65:13,14
**upset** 205:25
**uptodate** 147:8
**upton** 24:25
**urban** 255:19
**usage** 38:6 72:4
  246:13 265:13
**usdoj** 2:7,7
**use** 14:16 22:19 24:5
  29:8 30:8 52:19
  64:1 166:1 185:21
  188:12 205:2
  218:18 222:25
  225:7 229:4 231:2
  235:20,24 246:4,4
  246:10 249:14,21
  270:6 274:24 276:4
  276:11 280:8 281:9
  294:6,6,25 298:21
  299:3,3 300:7,22
  305:16 306:15,16
  306:25 332:1
  335:25 336:18
  343:10 352:19
**useful** 65:8 70:3 72:2
  76:16 126:19
  130:11 137:13
**users** 165:8
**uses** 194:8 272:14
  273:2 276:10
**usual** 354:17
**usually** 45:4,6 70:1
  80:9 82:14 145:11
  220:8 253:23 264:9

279:22,23 299:14
299:17 333:8,9
337:12
**utility** 271:17
**utilize** 200:12 246:1
249:14
**utilized** 220:25 263:1
264:17

_____

**V**

**va** 219:8
**vague** 156:5 277:13
329:11
**vain** 213:12
**val** 9:3 331:14,18,20
331:21 332:4,11,18
333:2 335:6,13
337:10 338:10
**valid** 7:10 118:6,19
275:17
**valley** 332:10
**value** 210:10,18
211:1
**vanishingly** 54:2
**variable** 128:4
177:14
**variables** 24:13 67:7
**variance** 232:11
**variances** 265:19
**variation** 194:12
**varied** 70:20 87:23
87:25
**various** 146:14
203:10 221:19
**vas** 219:12
**veasey** 1:3 2:9 11:7
356:3
**veaseylulac** 11:6
191:13
**vendor** 245:25
247:22,23 248:22
249:14,15,18
282:22 283:3,15
286:25 306:24
344:8,18

**vendors** 249:17,20
286:10,16
**verde** 9:3 331:14,18
331:20,21 332:4,11
332:18 333:2 335:6
335:13 337:10
338:10
**verify** 206:13 230:19
231:2
**verifying** 235:18,21
**version** 17:6,6 30:23
131:20 177:19
178:5,6 187:22,24
192:24,25 193:2
222:25 247:3
301:22
**versions** 16:9,10
**versus** 70:17 186:24
187:4 210:7 224:13
224:14 229:4 230:2
230:6
**vet** 70:7
**veteran** 162:10,17
**veterans** 148:9,18
219:10
**vetoed** 75:15
**vicinity** 333:9
**view** 32:25 33:1
36:18 117:3 156:7
156:25 173:17
311:6,8,11 318:17
318:18 351:23
**views** 31:7 36:4,5,12
41:3 286:9
**vii** 60:1
**villarreal** 110:17
322:25
**violate** 347:2
**violating** 347:6
**vishal** 2:19,21 10:25
273:12
**visit** 107:1 144:20
278:6 309:20,22
**visited** 328:11,14,18
328:21 329:6,9

330:19,23
**visits** 262:22 267:10
281:9 345:6
**visual** 330:11
**vital** 182:3,6,14 185:9
245:9
**volume** 202:3 208:24
**voluntarily** 84:13
91:21 92:14 304:12
**volunteer** 253:15
**vote** 22:2 28:25 41:24
55:16 115:16 142:9
143:18 144:5,14,15
144:18 150:1,4
152:5 153:4,8,11,17
153:24 154:11,22
184:12 188:1
196:18,19 199:23
200:23 205:24
206:4 209:12,25
210:16 211:1 218:8
218:15,15 219:9
222:18 230:18,20
232:22,23 235:3
236:4,15 238:4,10
240:5 241:3 242:3,3
245:11 248:11
250:10 256:12
258:18 274:24
282:2 290:6 295:15
295:20 352:9
**votec** 175:6,8 247:6,7
248:5
**voted** 220:10
**voter** 7:3,8 8:10,13
8:15 18:7 19:25
21:10,19 29:7 33:10
35:3 44:6,10 48:11
52:21 53:5 55:21
57:16,16,19,19,21
57:24 70:1 79:17
113:25 114:24,24
115:11,12,13,23
116:8 126:15
143:13 144:5,17,18

144:20 145:10,16
147:17,18 148:20
149:7,8,25 150:4,4
150:10,14,14 151:4
151:17,23 152:16
152:21 153:7,11,15
153:20,21,24 154:6
154:9,13,14,18,19
154:21 155:1,10,12
155:18,18 168:3,9
168:17 174:9
179:21 182:25
183:2,18,20,21,22
184:2,17,20,23,23
186:22 187:7,19,19
188:5,10 191:2
196:18,19,21,24
197:2,7 199:1,19,20
199:25 200:2,2,4,6
200:9,12,16,23
203:13 205:1,10,22
205:23,24 206:3,6,7
207:10 208:18,19
209:2,4 210:1 214:7
214:8,17,19 215:1
217:1,2 218:12
219:8 220:16
221:14,15,16
222:24 223:1
224:19 225:12
226:7,14 227:12,13
228:1,4,7,21,24
230:12,18,19 233:3
233:10,12 234:4,14
234:20 235:16,17
235:19,25 236:2,6
238:1,9 240:10,15
240:16,18,19,20,21
241:25 245:19,20
245:21,22 246:1,20
247:2,9,14,23
248:14,17,18,20,21
249:1,9 250:7 252:3
253:2,12 255:20
256:10,14,20,21,23

KEITH INGRAM                                    4/23/2014

59

256:24,25 257:6
258:15 260:16
268:4,5,19 270:9,9
271:12 275:2
276:21,23 277:11
278:3,8,13,15,23
279:6 280:16,18,19
281:19 290:6,7
295:6,14,17,17,22
296:2,6,6,8,9,12
297:5 302:13,20,20
303:8,9,12 304:13
304:19 305:3,14
337:23 344:9,11,20
344:22 346:12
351:13 352:2,2,2,15
352:17 353:7,12,13
353:14 354:11,12
**voters** 3:2 7:24 8:3
10:19 14:19,20 20:4
21:6,13 22:4,17,23
24:19,21 25:1 26:20
26:23,24 27:1,18,25
28:1,4,8,16,19,20
28:24 29:9,11 35:21
38:19 39:24 40:4,7
40:15 45:15 50:11
50:14,23 51:5,13,23
54:8,15 55:5 56:20
57:4,14,15,15 59:18
67:4 68:1,8,11,13
69:1,9 73:16,17,22
74:8,12,19 81:4,7
81:19,22,23 89:11
100:22 104:2
114:21 115:8
116:12 125:12
126:12 127:3
128:12 129:1 142:8
143:5,23 149:20
150:2,3 152:6,15,20
153:10,11 154:17
154:21 155:7,20
156:4 169:7,22
170:5 171:6 173:13

173:14,24,24
176:12,25 177:5
181:17 184:15
186:25 187:1,5,7,23
188:9 190:14,15,19
190:25 193:23
195:25 198:13,16
198:17 199:2,6
202:3 204:25 205:2
205:3,18 216:7
218:4,6 221:5,12,17
222:13 225:1 226:6
226:18 227:1 228:3
230:15,24 231:3,5,6
233:23 234:9,14
235:2,5,16,21 236:3
240:12 242:12
244:22 245:6,10
249:3,25 250:4
251:4,12 254:6,11
254:18 255:6,7
257:14 260:15
267:1,13,14,20
270:15,23 273:17
273:25 274:17
275:10,15 279:19
288:14,15 290:18
291:7,9,22 292:19
293:10,10,11,13
294:3,4,12,13,19
302:6 306:21,22
307:1,6,7 308:22
309:7 312:14
317:21 323:4,6
332:7 333:22 334:1
335:6 343:20,20
**votes** 238:20
**votetexas** 267:14
278:24 305:7
**voting** 33:11 54:11
75:24,25 76:3,15,20
76:23,24 77:10,19
78:1,9 82:16 196:10
196:11 197:4,12,13
197:14,20,23,24,25

198:4 199:16,18,21
199:21 200:5 201:2
201:3 206:1 209:16
217:10 219:6,7
221:14 234:18
238:20 240:22
242:15,21 274:20
275:5,17,25 279:25
303:21
**vr** 248:23

_____

**W**
_____

**wait** 13:11
**waiting** 127:4
**waived** 355:2 356:18
**waiving** 257:13,17,21
**walk** 64:21 309:1
**waller** 311:23 312:3
**walls** 305:2
**walt** 63:4,6,6 348:14
349:13
**want** 17:24 26:21
36:22 39:11,14
73:23 77:16 83:20
84:16 89:9 92:12
95:11 100:7,8,12,13
100:19,20,20
101:16,16 114:5
117:7 129:2,2,3
143:2 144:2 145:25
157:4 159:2 167:21
176:3 180:2 188:12
193:11,16 206:13
207:5 211:13
217:11 218:11
220:24 237:15
242:4,5,10 252:1
253:7,10 258:14
263:5,5 267:16
269:4,24 270:2,3
272:16 273:6
287:22 293:22
294:1 299:3 303:23
303:24 305:23
318:3 325:18

327:10 333:11
334:13 339:5
343:19 347:2
**wanted** 16:3 22:20,22
24:14 25:14 68:1,2
68:4,21,24 69:1
72:20,23 74:3 97:12
97:15 106:2,21
107:7,22 128:15,20
139:19 191:19
218:12 222:25
226:18 252:6
266:14 270:17
287:20 288:6
309:20,21 310:7,16
311:7 319:20
322:21 324:24
326:1,7 332:11
353:21 354:2
**wants** 126:1 147:17
149:15 190:25
247:23 352:21
**warrant** 44:17
**warrants** 43:20 44:12
**washington** 2:6 3:10
**wasnt** 25:9 30:21
66:25 73:25 76:12
82:2,14 139:16
140:8 175:25 186:7
186:14 202:11
213:9 237:10 247:3
334:17
**watch** 254:2
**watched** 293:19
**watermelon** 126:18
**watson** 217:7
**way** 36:20 39:19 46:6
62:14 65:15 66:10
98:20 112:17
114:23 128:12
135:16 142:10
159:15 187:8,10,11
191:1 195:21 205:7
206:7 208:2 210:12
222:20,22 226:10

KEITH INGRAM                                                    4/23/2014

60

229:25 230:19
231:16,17,18
232:20 235:10
237:19 238:10,16
239:12 242:2 256:5
262:9 269:10
274:25 275:11
286:8 294:2,16
300:3 303:22 304:8
316:10,15 332:23
353:25
**ways** 19:15 171:20
194:3 278:21
**weak** 183:8,12 185:3
246:6
**web** 253:7 280:12
**webb** 8:22 108:9,15
109:23 110:10,15
110:18 322:10,13
322:16 323:1,10,13
325:5,16,17
**webinar** 253:6,8,9
254:2
**webinars** 253:3,14,16
254:1
**website** 192:6 264:4
266:17 269:15
278:24 279:12
280:14 281:15
**wed** 108:2 270:17
305:23,24
**week** 7:3 63:14 70:24
82:1 87:17,18
102:19 122:2,14
277:19 320:17
321:15 333:6
**weekday** 306:4
342:24
**weekdays** 335:8
**weekend** 306:3 333:3
334:7
**weekends** 334:3,16
**weekly** 182:7 208:20
**weeks** 82:1,8 112:16
193:4

**weird** 161:8
**welcome** 64:10
**wellfounded** 156:15
**wells** 234:12
**went** 30:15 32:8
43:10 64:16 74:23
96:4,7 100:3 111:23
115:8 122:1 137:9
209:25 218:2
227:16 254:24
255:9,19 266:5
319:2,4 322:20
333:23 349:3
**west** 1:21 2:11 10:4
320:23
**westfall** 2:4,7 5:5
10:10,10 12:2,6
17:8 26:5,9 27:11
27:15,17 28:23
30:25 31:23 32:10
38:23 39:5,18,21
40:12 58:20 61:9
65:1 78:11 83:20,23
84:2 85:20 92:15,22
98:16 102:22 104:7
105:1 106:6 107:8
110:23 113:8,10
116:2,5,7 117:25
120:12,20 121:2,7
121:12 131:15
132:22 137:1 138:4
138:9 146:2 148:23
149:16 166:25
167:7,10,14,16,20
170:12 172:22
191:5 204:13 250:6
254:14 309:4 349:4
356:21,24
**westfalls** 225:18
**weve** 51:18 53:24
54:9 55:12,14,20
56:18 85:24 117:19
123:16 128:3
129:21 130:9 137:8
137:9 139:7,7

151:14 154:8 158:8
158:13 161:21
177:18 183:22
195:2,2,14 200:1
204:2 214:2,6 218:4
218:13 219:15
224:7 230:10
231:16,21 232:11
234:12 237:18
239:22 245:1,1
251:21 253:2,2,9,13
256:22 260:15
263:22 265:1,12,12
267:21,21 276:1
300:6,20 310:23,23
315:17 316:5 334:5
336:8 341:12 346:2
346:10
**whats** 14:23 17:10
31:3 58:22 84:3
92:17,24 98:18
102:24 103:20
104:10 105:3 106:9
107:11 111:1
113:12 118:3
129:17 131:18
132:24 138:10
146:5 148:25 152:1
170:14 172:24
208:22 213:1,25
247:13 269:3
277:16 279:17,18
279:25 280:1
293:23
**whatsoever** 53:8
102:14 131:1
189:15
**wheel** 18:8,13,14,24
18:25 19:3,12 20:5
21:4,5,10,12,12,14
23:18,21 24:1,3,6
25:18 51:10,12
71:22 178:11
**whichever** 229:19
**white** 14:20 330:13

**whitney** 3:22 11:10
**whos** 120:15 127:8
145:23 197:13,20
215:3 230:14 308:9
313:25
**whove** 251:24
**wide** 14:17 156:16
297:6,7
**widely** 142:12 143:2
343:18,23
**wideopen** 309:8
**widespread** 218:23
**widest** 288:13
**william** 194:20
**williams** 170:1 171:2
171:4 174:16
175:25 176:8
**williamson** 25:21
211:7,8,10
**willing** 232:13 319:22
**willingness** 296:20
**wilmer** 3:9
**wilmerhale** 3:10
10:23
**window** 99:25 152:17
153:1
**winn** 17:4 103:18,21
103:22 169:3
172:19 213:24
216:24,24 222:15
**wish** 13:18 102:17
**witness** 1:15 11:17
222:14 237:11
265:23 266:22
301:25 306:10
308:11 354:13
356:14,16,17
**wjackson** 4:4
**wolf** 3:23 11:10
**women** 8:3
**womens** 319:3,6,8
**wont** 209:12 214:20
234:23 239:25
**word** 40:2 82:12,13
256:8

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
(800) 734-4995

KEITH INGRAM                                          4/23/2014

**worded** 33:7
**words** 43:5 71:7
  84:13 108:4 109:11
  155:2 193:20
  234:23 285:5
  352:12
**work** 12:16 69:24
  90:16 104:24
  111:24 112:11
  124:15,17 125:18
  131:14 147:15
  165:12 183:15
  249:4,5 263:20
  286:19 311:24
  314:22 317:6
  340:22 347:20
**workdays** 320:18,19
**worked** 124:14
  135:25 136:1
  263:20 287:7
  316:16 317:23
  342:20 346:9
**worker** 8:20 78:9
  165:11,12 193:10
  193:15 194:14
  195:7,22 196:4,7,12
  196:15 210:15
  213:25 216:19
  218:10 229:6,19
  230:24 231:1,4,17
  233:5,8 261:21,22
  261:25 274:21,25
  275:14 298:3,20,22
  298:24 299:1,2,5,8
  299:20 300:7,15,21
  301:9,12
**workers** 160:9
  184:22 194:23
  197:10 198:14,19
  199:14 200:17
  204:8 206:5 209:21
  218:7 232:19 235:8
  235:11,15 261:16
  261:19,25 262:8,14
  275:16 298:6,11,17

300:1,4,6,9,14,19
300:25 303:16
304:16
**working** 46:25 77:9
  127:11 129:18
  195:20 222:23
  279:22 308:7
  332:23
**workload** 260:17
**works** 147:9 175:9
  197:25 206:8
  214:13 316:10
**world** 36:20 227:17
  249:17
**worried** 232:17
**worrying** 217:9
**wouldnt** 89:25
  144:11 150:13
  154:23 194:1 219:9
  255:13 261:10
  314:24,24 328:14
**wrapup** 8:18 283:9
  283:11,22 296:23
**wrapups** 283:16
**writing** 27:10,10
  80:13 264:19
  315:24 341:16,22
  341:25
**written** 60:4,9 127:14
  127:17 174:13
  316:6
**wroe** 4:2 6:16 103:1,5
  106:13 107:15
  159:7 314:11
  325:19 350:16
**wrong** 136:23 176:3
  205:17
**wrongfully** 184:10
**wrongly** 205:19

---

**X**

---

**Y**

**yall** 165:13
**yeah** 49:13 56:10

59:25 69:16 72:17
78:18 83:20 105:12
105:13 133:21
145:7 154:8 157:17
162:14 167:16,18
185:8 186:16 199:7
201:12 212:4
215:17 220:21,22
220:23 221:2 226:3
227:18 253:16
257:3 263:22
311:18 313:18
316:13 329:12
337:9 345:4 354:18
**year** 16:2 18:16
  63:17 115:6,9
  140:20 146:22
  165:21 166:9,14
  178:3 181:7 213:6
  226:23 242:14,16
  242:24 252:16,17
  252:18 253:23
  256:14 260:7
  281:20 295:17
  296:10 311:6
  334:11 336:5
  344:12
**years** 154:18 242:24
  250:8 259:20,21
  294:7 300:15,17
  315:17
**yesterday** 213:8
  302:10
**york** 2:20,20 3:5,5
**youd** 80:4 100:6
  114:8,17 281:16
**youll** 11:23 282:1,1
  305:6
**young** 3:2 10:19
  308:21
**youre** 11:14 20:8,8
  20:10 31:22 32:3
  44:1,10,17 54:18
  57:9 63:13 64:10
  92:21 102:20

104:20 112:23
120:1,5 121:19,22
129:15,19 133:23
141:24 145:17
147:9,11 152:8
161:15 169:17
177:17 178:14
179:23 183:24
187:15 188:22
191:24 195:1 196:4
203:12 206:22
210:22 211:14
215:22 217:21
220:20 223:21
231:11 233:23
238:7 252:11 255:6
272:19 293:15
312:24 322:11
327:10 330:8,25
331:1 351:8 353:12
**youve** 13:3 50:22
  73:15 93:9 112:13
  118:13 132:24
  133:3 140:11
  160:12 170:14
  173:1 180:1,15
  195:5 215:9 216:12
  222:17 230:5,6,7,17
  232:12 237:18
  282:14 287:14
  290:2 327:11
  328:22,22,23
  332:10

---

**Z**

**zip** 22:17 23:10,11,13
  24:24 26:18 68:3
  69:3,4,6 70:18,18
  74:1,7,24 254:15,16
  312:10 317:19,22
  318:13 319:18,19
  320:3 331:1,6
  342:11,17,20,24

---

**0**

KEITH INGRAM                                    4/23/2014

62

**0** 357:1,2,3,4,5
**00** 108:16 191:7,9
  324:19,20 325:14
  325:14 335:8,8
**000** 8:12,14 20:12,12
  20:17 21:1 52:13,13
  55:5 56:11 171:25
  172:1 173:24,24
  212:10,10 234:7
  250:1,1 251:3,4,12
  251:12 254:6,6
  276:20,22 294:22
  295:12 300:6,6,14
  300:14 336:12,12
  336:13,14 344:24
  345:1
**00000846** 171:1
**000415** 125:5
**001** 78:6 220:20,22
  235:18
**00107734** 176:21
**00107735** 173:21
**002** 149:21 150:17
**003** 161:19 192:12
**00461906** 111:8
**00462498** 324:1
**01** 357:5
**0101** 53:17 150:17
**02** 1:18 10:6
**03** 273:8
**037** 184:9
**054** 154:16
**068** 185:23
**08540** 2:24

———————
**1**
**1** 5:20 6:18 8:16 10:2
  14:24 18:1 24:14
  63:20,22,25 91:21
  91:24 118:8 119:18
  119:19,20 120:16
  120:22 122:5 169:5
  173:11 191:9
  193:25 194:9
  234:15 273:15,20

276:21,23 295:11
  296:1 302:13
  345:24 346:1
  352:25 354:23
  356:19,25
**10** 5:5,22 6:20 18:2
  83:25,25 104:7,9,11
  270:5 324:5
**100** 145:14 330:1
**10006** 3:5
**10013** 2:20
**100mile** 341:3
**102** 6:19
**104** 6:20 154:17
**105** 6:22
**106** 6:23
**107** 7:4
**10th** 122:4
**11** 6:21 18:2 20:23
  105:2,4 138:7,7
  178:16 202:1,1
  270:5 318:8
**110** 7:6
**113** 7:9
**115** 3:19
**118** 7:11
**12** 6:23 18:3 106:7,8
  106:10 167:9,19,19
  178:9
**120** 211:23
**12548** 3:24
**12697** 4:3
**12th** 2:20 63:16
  122:3 270:1 273:24
**13** 1:18 7:3,7 8:3 18:3
  57:25 90:20 107:9
  107:10,12 110:21
  113:21 134:22,24
  134:24 147:7
  149:21 150:17
  154:16,17 300:6,14
  318:24 354:21,22
**130** 211:23
**131** 7:13
**132** 7:15

**138** 7:17
**13cv193** 1:5 356:5
**13th** 132:10
**14** 7:5,19 18:3 28:7
  33:1 41:13,14 56:1
  57:6 110:24,25
  111:2,9 113:8
  115:18,20 141:6
  143:5 149:8,23
  150:19 151:2
  155:16,25 156:9
  157:8 158:11
  159:13 162:13
  163:20 164:2,7
  174:11 175:21
  176:17 177:5
  186:24 190:15
  199:3 203:22 204:8
  206:18 212:20
  220:16 222:16
  230:11 243:2,5,9
  258:9,19,24 260:12
  260:22 261:11
  262:15,20 263:10
  270:24 306:15
  337:23 346:6,8
  348:10,18 350:13
  351:10,24
**142** 6:4
**146** 7:19
**148** 7:21
**14s** 27:19 146:13
  186:19
**14th** 139:12
**15** 6:3,3,3,3 7:7 34:23
  105:9 113:9,10,11
  113:13 191:9 290:3
  318:8 357:3
**154** 212:4
**15th** 49:17
**16** 7:10 18:3 117:25
  118:2,4,12 122:15
  125:4 184:9
**160** 211:20 212:3
**161** 2:20

**1645** 3:19
**167** 141:11
**16th** 139:15,23
**17** 5:25 7:12 18:4
  29:19 34:3 131:16
  131:17,19,24
  186:17 268:9
**170** 7:23
**172** 7:25 16:8,23
**174** 16:8,24
**18** 7:14 18:4 132:22
  132:23,25 185:23
  246:18
**1800** 204:23,25 205:1
**181** 6:3
**182** 6:3
**183** 6:3
**184** 6:3
**1875** 3:9
**19** 7:16 18:4 138:8,11
  155:23 156:3,6
  249:9 268:3,7
  288:16
**191** 5:6
**1911** 234:15
**1993** 256:24
**1about** 8:14
**1e** 4:3
**1st** 332:21 338:11

———————
**2**
**2** 1:5 5:3,23 7:3 17:9
  17:11 63:13 80:12
  85:10 87:6 88:5,17
  88:18 91:25 93:18
  95:8 96:19 99:20,24
  109:7 112:24 113:1
  113:2,3,6 121:23
  122:1,5,6,9 124:16
  125:21,22 126:1
  127:20,23,24 141:2
  149:22 185:3 191:7
  191:9 193:25 194:6
  194:11 228:10
  258:1,18 265:7

KEITH INGRAM
4/23/2014

63

295:25 309:3 315:6
317:9,18 323:25
324:4 333:21 336:9
345:25 346:1
352:13 356:5
**20** 7:18 34:3,23 146:3
146:4,6 245:16
278:9 280:18 300:6
300:11,14
**200** 141:16
**20006** 3:10
**2005** 168:1 169:5
**2007** 168:8 182:19
246:16 300:8
**2008** 259:14
**2009** 168:15
**2010** 1:21 54:7
**2011** 8:3 20:19 57:16
169:5,10,13,15,21
170:11,20 172:3,8
173:10,11 175:13
176:11,17 177:4,18
177:21 178:8 186:1
192:23,25 213:2,5
215:25 216:1
221:18 258:14
273:15,20 281:22
**2012** 12:20 169:15
178:4 185:17,25
186:8,10 202:17
216:23 222:1
234:13 259:14
273:24 281:23
344:21
**2013** 7:7,12 8:11,18
18:7 19:13 20:14
21:21 25:19 32:19
34:1,6,7 38:5 46:10
49:20 51:6 54:23
57:5,20 58:3 59:5
69:7 70:19 71:1,3
71:11 72:11 74:6
78:10,12 79:3 85:7
85:17 87:7,16,18
88:23 90:8,9 93:13

94:1,7 95:2,24 96:5
96:11 97:19 98:12
99:21 100:1,18
108:10 109:6,22
110:12 113:21
115:1 121:16,17
122:8 130:7 131:25
135:8 136:6,12
146:13,23 147:7
169:16 178:12
181:8,8 193:2 201:8
201:11,12,20 202:5
203:22 209:15
216:1,4,18 253:10
253:11 254:21
255:9 259:14
262:13 270:1
276:20 278:4 279:9
282:22 290:10,21
290:23 291:15,21
298:12 299:23
309:11 317:11,12
324:5 336:4 338:11
342:10 344:10,10
344:14 351:13
**2014** 1:12,17 7:10
8:13,15 10:6 54:24
71:24 72:7 85:22
86:5 87:20 88:23,24
94:2,7 95:3,25 96:5
96:12,23 106:4
107:2 118:19 119:6
121:13,18 122:7,10
123:22 125:2,20
126:7 129:7,9
135:23 136:2,6,11
136:14,21 137:4
138:15,22 139:25
140:3 141:11,15
142:3 193:6 201:9
202:6,16 203:22
211:4 266:7,12
269:14 276:21,22
286:23 291:5,14
295:11 296:4,13

317:8 336:6 337:2
338:17 356:9
357:12,16
**2015** 243:4
**2016** 296:16
**203** 265:9
**20530** 2:6
**20th** 49:17
**21** 7:20 148:23,24,25
216:4 356:25
**212** 8:5
**213** 8:7,9
**215** 183:6
**216** 8:10
**22** 7:22 18:4 170:13
170:15
**226** 119:7
**23** 1:12 7:24 10:5
172:23,25 176:16
356:9
**237** 5:7
**23rd** 1:17
**24** 8:3 18:4 212:24
213:1 234:7 324:5
**242** 2:11
**25** 8:6 18:4 64:3,5
65:10,16,25 66:21
66:22,23 67:11,14
68:6,16 83:14 85:9
88:5,18,20 170:20
211:12,22 213:15
236:11 328:22
344:10
**254** 214:2 215:6,6,12
215:17 232:17
241:8 328:22
**25th** 34:6 146:23
344:13 357:11
**26** 8:8 99:7 100:17
213:22,23
**266** 5:8
**26th** 146:24
**27** 8:10 169:5 173:10
216:2,4
**273** 5:9

**276** 8:12,14,16
**27th** 126:4
**28** 8:11 83:25 276:12
276:14,19 277:24
278:2 293:7
**282** 8:19
**29** 8:13 276:14,21
277:25 295:11
**2924249** 4:12 357:20

**3**

**3** 6:3 7:10 18:1 30:25
31:2,4 47:3 48:15
60:1 83:15 85:10,12
88:4,13 89:2 94:12
95:8,13 99:6,22,23
100:11,25 101:8,8
101:14 102:4,8
105:14 109:8
112:25 118:19
119:6 121:13,18
125:21,22,25
127:22 141:11,15
144:17 145:3 178:1
193:6,25 212:10
258:1 265:7,7 273:8
334:14 335:3
339:10,11,19,20,21
340:3,4,9 356:24
**30** 5:20,22 8:15 15:2
91:22 92:1,8 108:16
152:7,19 153:18
167:9 184:5 245:16
276:12,14,22
277:25 290:3
295:25 320:22
321:21 354:23
356:19
**300** 1:21 10:4 336:12
336:13
**301** 8:21
**306** 5:10
**308** 5:11
**30day** 152:17 153:1
**31** 6:4 8:17 161:19

KEITH INGRAM                                    4/23/2014

192:12 215:4
282:11,12 296:23
323:18,24 357:16
**31st** 332:20 338:11
**32** 8:20 301:3 323:18
323:19
**323** 8:23
**326** 8:24
**33** 8:22 137:25
167:19 323:16,20
323:23 328:6,7
**331** 9:4
**34** 8:24 326:9,11
328:4,7
**341** 357:18
**342** 5:12
**343** 5:13
**35** 9:3 65:2 331:8,10
357:1
**352** 5:14
**356** 5:15
**3593** 183:14
**380** 4:11 357:19
**39** 183:7 225:10
356:24
**3rd** 122:18

___

**4**

**4** 6:5 58:20,21,23
60:3 64:2 80:10
88:21 193:25
212:10 273:8 306:8
306:8 315:3 320:22
321:21 324:16,20
324:23 325:14
335:8 341:8
**40** 3:5 47:22 48:3
85:24 86:24 87:1,2
90:12 144:25 145:1
228:13 339:11,12
**400** 8:12,14 276:20
276:22 294:22
295:12 336:12,14
344:24 345:1
**42** 228:10

**4201** 2:15
**4242890** 4:8
**44** 228:14 340:14
**45** 340:14
**46** 83:25
**461925** 331:10
**4620** 328:8
**462079** 328:8,8
**462497** 328:4
**462499** 328:5
**47** 167:19 343:4
**48** 357:2,4
**49** 273:8
**490** 170:25
**4900** 357:16
**4920** 3:14

___

**5**

**5** 6:10 78:12 84:1,4
84:22 89:5 91:6
167:22 216:23
222:1 318:8,8
340:14,14 343:4,4
**50** 148:19 329:23
330:12,14
**500** 2:24
**50mile** 341:3
**51** 306:8
**512** 4:8,12 357:20
**517** 2:11
**52** 306:8
**521** 6:4
**530** 2:15
**55** 343:4
**57** 138:7
**58** 6:9
**59** 138:7

___

**6**

**6** 1:18 5:20,22 6:12
7:12 8:16 15:2
92:16,18 93:9,12
94:25 95:17 108:16
266:15,24 269:14
276:23 296:1

354:21,22
**60** 275:8 276:3
**600** 172:1
**61** 78:6
**63** 53:17 150:17
220:20,22 235:18
**65** 119:12 121:13
122:16,22 123:17
**650** 171:25
**66** 185:3
**675** 345:24 346:1
352:25
**678** 173:24
**6th** 266:7,12 269:21

___

**7**

**7** 6:14 92:23,25 93:9
93:22 94:25 95:18
108:16 265:9
**700** 20:17 21:1 250:1
251:3,12 254:6
**701** 4:11 357:19
**71** 16:10 17:6 192:21
194:19 196:7,8
210:8 216:14
233:20 239:23
**7344995** 357:20
**77068** 2:15
**77539** 2:11
**78205** 3:19
**785** 52:13 53:10
**78701** 4:12 357:19
**78711** 3:24 4:4
**78751** 3:14
**79** 47:9 86:20 90:9
96:6 334:21 339:24
**790** 53:10
**795** 20:12 52:13
53:10 56:11
**79th** 168:1

___

**8**

**8** 4:3 6:16 18:1 98:17
98:19 101:13
104:21 333:21

**80** 47:9
**800** 20:12 55:5 250:1
251:4,12 254:6
357:20
**80th** 168:7
**81** 16:8,8,10,23 17:6
192:21 194:19
196:7,8 210:8
216:14 233:20
239:23
**81st** 168:14
**82nd** 7:22 170:20
258:14
**84** 6:11
**844** 173:24
**8th** 59:5

___

**9**

**9** 1:18 6:18 10:6 18:2
102:22,23,25
324:16,19,23
325:14 335:8
**902** 2:24
**914** 2:11
**92** 6:13,15
**950** 2:6
**98** 6:17
**99** 183:3